**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rudolph W. Giuliani** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|   |   |   | Unsecured claim |
|---|---|---|---|
| **1** BST & Co. CPAs, LLC<br>250 Park Avenue, 7th Floor<br>New York, NY 10177 | What is the nature of the claim?   Lawsuit | | $10,000.00 |
| | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>  Value of security:<br>  Unsecured claim | | |
| Contact<br>Contact phone | | | |
| **2** Daniel Gill<br>c/o Law Office of Ronald L. Kuby<br>119 West 23rd STreet, Suite 900<br>New York, NY 10011 | What is the nature of the claim?   Lawsuit | | $2,000,000.00 |
| | As of the date you file, the claim is: Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>☐ None of the above apply | | |
| | Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured) | | |
| Contact | | | |

Debtor 1   Rudolph W. Giuliani   Case number (if known) _____

Contact phone _____   Value of security: -_____
Unsecured claim _____

---

**3**

Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158

What is the nature of the claim?   Lawsuit   $1,360,000.00

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Contact _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security: -_____
  Unsecured claim _____

Contact phone _____

---

**4**

Eric Coomer, Ph.D.
c/o Cain & Skarnulis, PLLC
P.O. Box 1064
Salida, CO 81201

What is the nature of the claim?   Lawsuit   Unknown

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Contact _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security: -_____
  Unsecured claim _____

Contact phone _____

---

**5**

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?   Income taxes   $521,345.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Contact _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security: -_____
  Unsecured claim _____

Contact phone _____

---

**6**

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?   Income taxes   $202,887.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor 1   **Rudolph W. Giuliani**                                  Case number *(if known)*

☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

---

**7** **Law Offices of Aidala, Bertuna & Kamins**
546 Fifth Avenue, 6th Floor
New York, NY 10036

What is the nature of the claim?    **Outstanding legal fees**    **$387,859.98**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

---

**8** **Momentum Telecom, Inc.**
c/o Abramson Brooks LLP
1051 Port Washington Boulevard, #322
Port Washington, NY 11050

What is the nature of the claim?    **Lawsuit**    **$30,000.00**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

---

**9** **Noelle Dunphy**
c/o Abrams Fensterman, LLP
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201

What is the nature of the claim?    **Lawsuit**    **Unknown**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact
Contact phone

| Debtor 1 | Rudolph W. Giuliani | | Case number *(if known)* | |

**10** NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany, NY 12227

What is the nature of the claim?   Income taxes    $204,346.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

**11** NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany, NY 12227

What is the nature of the claim?   Income taxes    $61,340.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

**12** Robert Hunter Biden
c/o Winston and Strawn, LLP
1901 L Street NW
Washington, DC 20036

What is the nature of the claim?   Lawsuit    Unknown

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

---

**13** Ruby Freeman & Wandrea Moss
c/o Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006

What is the nature of the claim?   Lawsuit    $148,000,000.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
No

Debtor 1    **Rudolph W. Giuliani**                             Case number *(if known)*

| | |
|---|---|
| Contact | ☒ |
| | ☐ Yes. Total claim (secured and unsecured) |
| | Value of security: |
| Contact phone | Unsecured claim |

**14**  
**Smartmatic USA Corp.**  
**c/o Kishner Miller Himes P.C.**  
**40 Fulton Street, 12th Floor**  
**New York, NY 10038-1850**

What is the nature of the claim?    **Lawsuit**            Unknown

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

**15**  
**US Dominion, Inc.**  
**c/o Susman Godfrey LLP**  
**1000 Louisiana Street, Suite 5100**  
**Houston, TX 77002**

What is the nature of the claim?    **Lawsuit**            Unknown

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:
  Unsecured claim

Contact

Contact phone

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____    X _____
**Rudolph W. Giuliani**                         Signature of Debtor 2
Signature of Debtor 1

Date _____    Date _____