UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                Debtor

------------------------------------------------------------X

Chapter 11
Case No.: 23-12055

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND OTHER DOCUMENTS**

    **PLEASE TAKE NOTICE,** that Berger, Fischoff, Shumer, Wexler & Goodman, LLP, by Gary C. Fischoff, Esq., hereby enters its appearance on behalf of RUDOLPH W. GIULIANI, Debtor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP**
**6901 JERICHO TURNPIKE, SUITE 230**
**SYOSSET, NEW YORK 11791**
**ATTN: Gary C. Fischoff, Esq.**
**gfischoff@bfslawfirm.com**
**(516) 747-1136**

    **PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
       December 21, 2023

                                          BERGER, FISCHOFF, SHUMER,
                                          WEXLER & GOODMAN, LLP
                                          *Attorneys for Debtor*
                                          6901 Jericho Turnpike, Suite 230
                                          Syosset, New York 11791
                                          (516) 747-1136

                                          _____
                                          By: Gary C. Fischoff, Esq.