Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for Debtor and
Debtor in Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re                                                                          Chapter 11

RUDOLPH W. GIULIANI                                               Case No.: 23-12055

                                                                                    **AFFIDAVIT PURSUANT TO**
                                     Debtor                               **RULE 1007-4**
-----------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF NASSAU  )

　　　　RUDOLPH W. GIULIANI, being duly sworn, deposes and says:

1. I am the Debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

2. On December 21, 2023 I filed a voluntary petition for relief from creditors under Chapter 11 of the Bankruptcy Code.

3. There are no prior bankruptcy case filings by this Debtor.

4. The Debtor is an individual.

5. The filing was precipitated by the issuance of a $148 million dollar verdict entered against the Debtor along with numerous other lawsuits currently pending.

6. I intend to use the Chapter 11 reorganization process to restructure my finances and address my financial obligations.

7. There is no pre-petition creditor's committee.

8. Pursuant to Bankruptcy Rule 1007 and the local rules of this Court the Debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the Debtor at the time of filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The preliminary list of the twenty largest unsecured creditors is annexed hereto.

9. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for such an entity.

10. The Debtor's assets will be included on the Debtor's Schedule B – Personal Property, and will be timely filed in accordance with the Federal Rules of Bankruptcy Procedure.

11. The Debtor's assets and liabilities will be listed on the debtor's Schedules which will be timely filed in accordance with the Federal Rules of Bankruptcy Procedure.

_____
Rudolph W. Giuliani

Sworn to before me this
21st day of December, 2023

_____
Notary Public

GARY C. FISCHOFF
Notary Public, State of New York
No. 02F14845533
Qualified in Nassau County
Commission Expires April 16, 20 26