DAVIDOFF HUTCHER & CITRON LLP
*Creditor and Party in Interest*
605 Third Avenue
New York, NY 10158
(212)-557-7200
James B. Glucksman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> RUDOLPH W. GIULIANI, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-12055 (SHL) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Davidoff Hutcher & Citron LLP hereby appears in the above-captioned Chapter 11 case (the "Chapter 11 Case") on its own behalf and on behalf of its member Robert Costello ("Appearing Parties"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in the Chapter 11 Case, and all papers served or required to be served in the Chapter 11 Case, be directed and served via CM/ECF to the email addresses set forth below and, if necessary, delivered to the following address, telephone and fax numbers:

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
Email  jbg@dhclegal.com
Telephone (212) 557-7200
Fax (212) 286-1884

Dated: New York, New York
       December 26, 2023

DAVIDOFF HUTCHER & CITRON LLP
*Creditor and Party in Interest and on behalf of*
Robert J. Costello
605 Third Avenue
New York, New York 10158
(212) 557-7200

By:     */s/ James B. Glucksman*
        JAMES B. GLUCKSMAN, ESQ.