UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                                                   Chapter 11

RUDOLPH W. GIULIANI                                              Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                    Debtor
-----------------------------------------------------------X

## PROPOSED ORDER

APPLICATION having been made to the Court, by the Debtor herein, by his attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP, for an order granting the Debtor an extension of time within to file all outstanding Statements and Schedules as defined in the Application from January 4, 2024 to February 5, 2024 pursuant to Rules 1007(c), and 9006(b) of the Federal Rules of Bankruptcy Procedure, and after due consideration and for cause it is;

ORDERED, that the application of the Debtor, pursuant to Rule 1007(c) and 9006(b) of the Federal Rule of Bankruptcy Procedure, be and is hereby granted, and it is further

ORDERED, that the Debtor's time within which to file all outstanding schedules including but not limited to: Schedule A/B; Schedule C; Schedule D; Schedule I, Schedule J, Summary of Assets and Liabilities; Schedule of Executory Contracts and Statement of Financial Affairs is hereby enlarged from January 4, 2024 to February 5, 2024, and it is further

ORDERED that this Order is without prejudice to request further extensions.