UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

    RUDOLPH W. GIULIANI
    a/k/a RUDOLPH WILLIAM GIULIANI

                      Debtor

Chapter 11:
Case No.: 23-12055

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND OTHER DOCUMENTS**

---

      **PLEASE TAKE NOTICE**, that Abrams Fensterman, LLP, by Maureen T. Bass, Esq., hereby enters its appearance on behalf of NOELLE DUNPHY, Creditor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be direct to the following:

              **ABRAMS FENSTERMAN, LLP**
              **Attn: Maureen T. Bass, Esq.**
              **2280 East Avenue**
              **First Floor**
              **Rochester, New York 14610**
              **mbass@abramslaw.com**
              **(585) 218-9999**

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Rochester, New York
       January ____, 2024

**ABRAMS FENSTERMAN, LLP**
Attorneys for Creditor
2280 East Avenue
First Floor
Rochester, New York 14610
(585) 218-9999

/s/ Maureen T. Bass_____
**By: Maureen T. Bass, Esq.**