UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                              Chapter 11:
                                                                    Case No.: 23-12055

    RUDOLPH W. GIULIANI
    a/k/a RUDOLPH WILLIAM GIULIANI            **NOTICE OF APPEARANCE AND
                                                                    DEMAND FOR SERVICE OF
                   Debtor            PAPERS AND OTHER
                                                                    DOCUMENTS**

_____


        **PLEASE TAKE NOTICE**, that Abrams Fensterman, LLP, by Justin T. Kelton, Esq.,

hereby enters its appearance on behalf of NOELLE DUNPHY, Creditor, in the above-captioned

action.  Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010,

request is hereby made that all notices given or required to be given in this case and all pleadings

and other papers filed in the above matter be direct to the following:


             **ABRAMS FENSTERMAN, LLP
             Attn: Justin T. Kelton, Esq.
             1 Metrotech Center
             Suite 1701
             Brooklyn, New York 11201
             jkelton@abramslaw.com
             (718) 215-5300 x501**

        **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the

notices and papers referred to in the Rules specified above, but also includes, without limitation,

all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands,

replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of

reorganization, and disclosure statements, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex,

telefax or otherwise.

Dated:   Brooklyn, New York
         January 3, 2024

                                        **ABRAMS FENSTERMAN, LLP**
                                        *Attorneys for Creditor Noelle Dunphy*
                                        1 MetroTech Center
                                        Suite 1701
                                        Brooklyn, New York 11201
                                        Tel.: (718) 215-5300 x 501
                                        Email:  jkelton@abramslaw.com

                                          */s/ Justin T. Kelton*
                                        **By: Justin T. Kelton, Esq.**

2