**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                                    Case No.: 23-12055

                                                                                             Chapter 11

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                                                                                             Adversary Proceeding No.: _____

                                                  Debtor

-----------------------------------------------------------------x

                                                  Plaintiff

                          v.

                                                  Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Joel G. Samuels, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation, creditors and interested parties in the above-referenced ☒ case ☐ adversary proceeding.

      ***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central, Northern, and Eastern Districts of California.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 4, 2024

Los Angeles, California                                  /s/ Joel G. Samuels_____

                                                            *Mailing Address*:
                                                            Joel G. Samuels
                                                            BUCHALTER, a Professional Corporation
                                                            1000 Wilshire Blvd., 15th Floor
                                                            Los Angeles, California  90017
                                                            *E-mail address*:  jsamuels@buchalter.com
                                                            *Telephone number*:  (213) 891-0700

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  
RUDOLPH W. GIULIANI  
a/k/a RUDOLPH WILLIAM GIULIANI  

Case No.: 23-12055-shl  
Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Joel G. Samuels, to be admitted, *pro hac vice*, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation; (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Courts for the Central, Northern and Eastern Districts of California, it is hereby

**ORDERED**, that Joel G. Samuels, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE