**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:                                                                                Case No.: 23-12055-shl

RUDOLPH W. GIULIANI                                                 Chapter 11

a/k/a RUDOLPH WILLIAM GIULIANI

       Debtor

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of Anthony J. Napolitano, to be admitted, ***pro hac vice***, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation, (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Courts for the Central, Northern, Eastern and Southern Districts of California, it is hereby

  **ORDERED**, that Anthony J. Napolitano, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 4, 2024

White Plains, New York      /s/ ___***Sean H. Lane***_____

                UNITED STATES BANKRUPTCY JUDGE