**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:  
RUDOLPH W. GIULIANI  
a/k/a RUDOLPH WILLIAM GIULIANI

Case No.: 23-12055-shl  
Chapter 11

                    Debtor

---------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joel G. Samuels, to be admitted, ***pro hac vice***, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation; (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Courts for the Central, Northern and Eastern Districts of California,  it is hereby

**ORDERED**, that Joel G. Samuels, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 4, 2024  
White Plains, New York                     /s/ _____***Sean H. Lane***_____  
                                                               UNITED STATES BANKRUPTCY JUDGE