**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                      Debtor. | Case No. 23-12055<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Susman Godfrey LLP, through the undersigned counsel hereby appears as co-counsel of record for Dominion Voting Systems, Inc. ("Dominion") in the above-captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that copies of all notices required to be served under Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the U.S. Bankruptcy Court, Southern District of New York, or otherwise be sent either through the CM/ECF system and via U.S. Mail to the following address:

> Susman Godfrey LLP
> Attn: Stephen Shackelford
> 1301 6th Ave., 32nd Floor
> New York, NY  10019
> Telephone:  (212) 336-8330
> Facsimile:  (212) 336-8340
> Email:       sshackelford@susmangodfrey.com

**PLEASE TAKE FURTHER NOTICE** that this request includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings.  This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

-1-

**PLEASE TAKE FURTHER NOTICE** that Dominion additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Dominion's:  (i) rights to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) rights to have final orders in non-core matters entered only after de novo review by a district judge; (iii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Dominion is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED:  January 4, 2024    BUCHALTER, a Professional Corporation

By:  /s/ Anthony J. Napolitano
         ANTHONY J. NAPOLITANO

BUCHALTER, a Professional Corporation
Joel G. Samuels (admitted *pro hac vice*)
     jsamuels@buchalter.com
Anthony J Napolitano (admitted *pro hac vice*)
     anapolitano@buchalter.com
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 896-0400

SUSMAN GODFREY LLP
Stephen Shackelford (NY Bar No. 5393657)
     sshackelford@susmangodfrey.com
1301 6th Avenue, 32nd Floor
New York, NY 10019
Telephone:  (212) 336-8330
Facsimile:   (212) 336-8340

Attorneys for US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION

BN 80319333V1