**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-12055-shl |
| RUDOLPH W. GIULIANI | ) | Chapter 11 |
| a/k/a RUDOLPH WILLIAM GIULIANI | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | Adversary Proceeding No.: |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

I, Sven T. Nylen, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, creditors and interested parties in the above-referenced ☒ case ☐ adversary proceeding.

I certify that I am a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Central, Northern and Southern Districts of Illinois.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: January 5, 2024

Chicago, Illinois

/s/ Sven T. Nylen
Sven T. Nylen
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com

*Counsel to SMARTMATIC USA CORP.,*
*SMARTMATIC INTERNATIONAL HOLDING*
*B.V., and SGO CORPORATION LIMITED*

23594766 v2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-12055-shl |
| RUDOLPH W. GIULIANI | ) | Chapter 11 |
| a/k/a RUDOLPH WILLIAM GIULIANI | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | Adversary Proceeding No.: |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sven T. Nylen, to be admitted, **pro hac vice**, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Central, Northern and Southern Districts of Illinois, it is hereby

**ORDERED**, that Sven T. Nylen, is admitted to practice, **pro hac vice**, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                      UNITED STATES BANKRUPTCY JUDGE

23594766 v2