UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re                                                                    Chapter 11

RUDOLPH W. GIULIANI                     Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                Debtor
---------------------------------------------------------X

**ORDER SCHEDULING EMERGENCY HEARING ON DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE MODIFICATION OF THE STAY FOR PURPOSES OF POST JUDGMENT MOTIONS AND APPEALS**

UPON the application dated January 5, 2024 [Dkt. No. 25] of RUDOLPH W. GIULIANI (the "Debtor"), for an Order scheduling an emergency hearing on its motion for an order authorizing the modification of the stay for purposes of post judgment motions and appeals, and for good cause shown, and after due deliberation, it is hereby

**ORDERED**, that a hearing on the Motion will be heard before the Court on January 12, 2024, at 11:00 a.m. The hearing will be held via Zoom. Parties wishing to participate in the hearing must register their appearance utilizing the Electronic Appearance portal located on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. EST on the business day prior to the hearing. Additional information concerning how to participate in the hearing is available in the Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.; and it is further

**ORDERED**, that the Debtor's counsel must serve by **January 5, 2024** a copy of this Order together with the Motion, by facsimile or email, and by overnight mail for next day delivery, upon (i) the Office of the United States Trustee for the Southern District of New York, (ii) the twenty creditors holding the largest general unsecured claims against the Debtor; and (iii) all parties who

have filed a notice of appearance in this case; and it is further

**ORDERED,** that objections to Motion should be filed with the Court by January 11, 2024 at 12:00 noon but, given the shortened time, the Court will also consider objections raised at the hearing; and it is further

**ORDERED**, that the Debtor's counsel shall file a certificate of service of this Order and the Motion with the Clerk of the Court by 12:00 noon on January 9, 2024.

Dated: January 5, 2024
White Plains, New York          /s/ _____***Sean H. Lane***_____
                                    UNITED STATES BANKRUPTCY JUDGE