# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 1/5/2024 |
| Case: 23−12055−shl | Form ID: pdf001 | Total: 63 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          New York State Department of Taxation and Finance
cr          Robert Hunter Biden
                                                                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion02.NYECF@USDOJ.GOV
aty         Anthony J. Napolitano          anapolitano@buchalter.com
aty         Enid Nagler Stuart             enid.stuart@ag.ny.gov
aty         Gary C. Fischoff               gfischoff@bfslawfirm.com
aty         Heath S. Berger                hberger@bfslawfirm.com
aty         James B. Glucksman             jbg@dhclegal.com
aty         Joel G Samuels                 jsamuels@buchalter.com
aty         Justin Tyler Kelton            jkelton@abramslaw.com
aty         Maureen T. Bass                mbass@abramslaw.com
aty         Robert Leslie Rattet           rlr@dhclegal.com
aty         Sven Thure Nylen               snylen@beneschlaw.com
aty         Timothy W. Walsh               twwalsh@winston.com
                                                                                                TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Rudolph W. Giuliani          45 East 66th Street          Apartment 10W          New York, NY 10065
cr          Davidoff Hutcher & Citron LLP          605 Third Avenue, 34th Floor          New York, NY 10158
cr          Noelle Dunphy          Abrams Fensterman, LLP          2280 East Avenue          First Floor          Rochester, NY 14610 US
cr          Dominion Voting Systems Corporation          c/o Buchalter, A Professional Corp.          Attn: Anthony J. Napolitano          1000 Wilshire Blvd., Ste. 1500          Los Angeles, CA 90017
cr          Dominion Voting Systems, Inc.          c/o Buchalter, A Professional Corp.          Attn: Anthony J. Napolitano          1000 Wilshire Blvd., Ste. 1500          Los Angeles, CA 90017−1730
cr          US Dominion, Inc.          c/o Buchalter, A Professional Corp.          Attn: Anthony J. Napolitano, Esq.          1000 Wilshire Blvd., Suite 1500          Los Angeles, CA 90017−1730
cr          SGO Corporation Limited          c/o Benesch Friedlander Coplan & Aronoff          Sven T. Nylen, Esq.          71 South Wacker Drive, Suite 1600          Chicago          IL, 60606−4637 UNITED STATES
cr          Smartmatic International Holding B.V.          c/o Benesch Friedlander Coplan & Aronoff          Sven T. Nylen          71 South Wacker Drive, Suite 1600          Chicago          IL, 60606−4637 UNITED STATES
cr          SMARTMATIC USA CORP.          c/o Benesch Friedlander Coplan & Aronoff          Sven T. Nylen, Esq.          71 South Wacker Drive, Suite 1600          Chicago          IL, 60606−4637 UNITED STATES
8252609     ABRAMS FENSTERMAN, LLP          Attn: Justin T. Kelton, Esq.          1 Metrotech Center          Suite 1701          Brooklyn, New York 11201
8252610     ABRAMS FENSTERMAN, LLP          Attn: Maureen T. Bass, Esq.          2280 East Avenue          First Floor          Rochester, New York 14610
8253018     Abbe D. Lowell          WINSTON & STRAWN LLP          1901 L St., N.W.          Washington, DC 20036−3508
8249614     BST & CO. CPAS, LLC          250 PARK AVENUE, 7TH FLOOR          NEW YORK, NY 10177
8249646     Berger, Fischoff, Shumer,          Wexler & Goodman, LLP          6901 Jericho Turnpike, Suite 230          Syosset, New York 11791
8253020     Buchalter, a Professional Corporation          Attn: Joel G. Samuels          Anthony J. Napolitano          1000 Wilshire Blvd., 15th Floor          Los Angeles, California 90017
8249615     DANIEL GILL          C/O LAW OFFICE OF RONALD L. KUBY          119 WEST 23RD STREET, SUITE 900          NEW YORK, NY 10011
8249616     DAVIDOFF HUTCHER & CITRON LLP          605 THIRD AVENUE          NEW YORK, NY 10158
8250459     DAVIDOFF HUTCHER & CITRON LLP          605 Third Avenue          New York, New York 10158
8250304     Davidoff Hutcher & Citron LLP          605 Third Avenue          New York, NY 10158
8253007     Dominion Voting Systems Corporation          c/o Buchalter, A Professional Corp.          Attn: Joel G. Samuels, Esq.          Anthony J. Napolitano, Esq.          1000 Wilshire Blvd., Ste. 1500          Los Angeles, CA 90017−1730
8253010     Dominion Voting Systems Corporation          c/o Susman Godfrey LLP          Attn: Stephen Shackelford          1301 6th Ave., 32nd Floor          New York, NY 10019
8253006     Dominion Voting Systems, Inc.          c/o Buchalter, A Professional Corp.          Attn: Joel G. Samuels, Esq.          Anthony J. Napolitano, Esq.          1000 Wilshire Blvd., Ste. 1500          Los Angeles, CA 90017−1730
8253009     Dominion Voting Systems, Inc.          c/o Susman Godfrey LLP          Attn: Stephen Shackelford          1301 6th Ave., 32nd Floor          New York, NY 10019
8252938     ENID NAGLER STUART          ASST ATTY GENERAL          OFFICE OF THE NYS ATTY GENERAL          28 LIBERTY ST., 17TH FL          NEW YORK, NY 10005
8249617     ERIC COOMER, PH.D.          C/O CAIN & SKARNULIS, PLLC          P.O. BOX 1064          SALIDA, CO 81201
8252933     Enid Nagler Stuart, Ass't Attorney General          Counsel for NYS Dep't of Taxation          28 Liberty Street − 17th floor          New York, NY 10005

| | | | | |
|---|---|---|---|---|
| 8249618 | GIULIANI PARTNERS LLC | 45 EAST 66TH STREET | APARTMENT 10W | NEW YORK, NY 10065 |
| 8249619 | IRS | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | PHILADELPHIA, PA 19101−7346 |
| 8249620 | IRS | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | PHILADELPHIA, PA 19101−7346 |
| 8251322 | John A. Vos | 1430 Lincoln Avenue | San Rafael, CA 94901 | |
| 8249621 | LAW OFFICES OF AIDALA, BERTUNA & KAMINS | 546 FIFTH AVENUE, 6TH FLOOR | NEW YORK, NY 10036 | |
| 8252939 | LEO GAGION | ASST. ATTY GENERAL | OFFICE OF NYS ATTY GENERAL | 28 LIBERTY ST., 17TH FL.  NEW YORK, NY 10005 |
| 8249622 | MOMENTUM TELECOM, INC. | C/O ABRAMSON BROOKS LLP | 1051 PORT WASHINGTON BOULEVARD, #322 | PORT WASHINGTON, NY 11050 |
| 8249623 | NOELLE DUNPHY | C/O ABRAMS FENSTERMAN, LLP | 1 METROTECH CENTER, SUITE 1701 | BROOKLYN, NY 11201 |
| 8249624 | NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT−TCD | BLDG 8 ROOM 455 | ALBANY, NY 12227 |
| 8249625 | NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT−TCD | BLDG 8 ROOM 455 | ALBANY, NY 12227 |
| 8250149 | New York State Department of Tax & Finance | Bankruptcy Section | P O Box 5300 | Albany New York 12205−0300 |
| 8252494 | Noelle Dunphy | 2280 East Avenue | First Floor | Rochester, New York 14610 |
| 8252960 | Palm Beach County Tax Collector | Attn Legal Services | PO Box 3715 | West Palm Beach FL 33402 |
| 8249626 | ROBERT HUNTER BIDEN | C/O WINSTON AND STRAWN, LLP | 1901 L STREET NW | WASHINGTON, DC 20036 |
| 8249627 | RUBY FREEMAN & WANDREA MOSS | C/O WILLKIE FARR & GALLAGHER LLP | 1875 K STREET NW | WASHINGTON, DC 20006 |
| 8252961 | Robert Hunter Biden | c/o Winston & Strawn LLP | 1901 L Street, N.W. | Washington, D.C. 20036−3506 |
| 8249628 | SMARTMATIC USA CORP. | C/O KISHNER MILLER HIMES P.C. | 40 FULTON STREET, 12TH FLOOR | NEW YORK, NY 10038−1850 |
| 8253021 | Susman Godfrey LLP | Attn: Stephen Shackelford | 1301 6th Ave., 32nd Floor | New York, NY 10019 |
| 8249629 | TABNER, RYAN K KENIRY, LLP | 18 CORPORATE WOODS BOULEVARD, SUITE 8 | ALBANY, NY 12211 | |
| 8253017 | Timothy W. Walsh | WINSTON & STRAWN LLP | 200 Park Avenue | New York, NY 10166−4193 |
| 8249630 | US DOMINION, INC. | C/O SUSMAN GODFREY LLP | 1000 LOUISIANA STREET, SUITE 5100 | HOUSTON, TX 77002 |
| 8253005 | US Dominion, Inc. | c/o Buchalter, A Professional Corporatio | Attn: Joel G. Samuels, Esq.  Anthony J. Napolitano, Esq. | 1000 Wilshire Blvd., Ste. 1500  Los Angeles, CA 90017 |
| 8253008 | US Dominion, Inc. | c/o Susman Godfrey LLP | Attn: Stephen Shackelford | 1301 6th Ave., 32nd Floor  New York, NY 10019 |

TOTAL: 49