UNITED STATES BANKRUPTY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI | Case No.: 23-12055 |
| Debtor | |

--------------------------------------------------------X

**ORDER SCHEDULING EMERGENCY HEARING ON DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE MODIFICATION OF THE STAY FOR PURPOSES OF POST JUDGMENT MOTIONS AND APPEALS**

UPON the application dated January 5, 2024 [Dkt. No. 25] of RUDOLPH W. GIULIANI (the "Debtor"), for an Order scheduling an emergency hearing on its motion for an order authorizing the modification of the stay for purposes of post judgment motions and appeals, and for good cause shown, and after due deliberation, it is hereby

**ORDERED**, that a hearing on the Motion will be heard before the Court on January 12, 2024, at 11:00 a.m. The hearing will be held via Zoom. Parties wishing to participate in the hearing must register their appearance utilizing the Electronic Appearance portal located on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. EST on the business day prior to the hearing. Additional information concerning how to participate in the hearing is available in the Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.; and it is further

**ORDERED**, that the Debtor's counsel must serve by **January 5, 2024** a copy of this Order together with the Motion, by facsimile or email, and by overnight mail for next day delivery, upon (i) the Office of the United States Trustee for the Southern District of New York, (ii) the twenty creditors holding the largest general unsecured claims against the Debtor; and (iii) all parties who

have filed a notice of appearance in this case; and it is further

**ORDERED,** that objections to Motion should be filed with the Court by January 11, 2024 at 12:00 noon but, given the shortened time, the Court will also consider objections raised at the hearing; and it is further

**ORDERED**, that the Debtor's counsel shall file a certificate of service of this Order and the Motion with the Clerk of the Court by 12:00 noon on January 9, 2024.


Dated: January 5, 2024  
White Plains, New York              /s/      ***Sean H. Lane***_____
                                              UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-12055-shl |
| Rudolph W. Giuliani | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: pdf001 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rudolph W. Giuliani, 45 East 66th Street, Apartment 10W, New York, NY 10065-6159 |
| cr | + | Davidoff Hutcher & Citron LLP, 605 Third Avenue, 34th Floor, New York, NY 10158-3499 |
| cr | + | Dominion Voting Systems Corporation, c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| cr | + | Noelle Dunphy, Abrams Fensterman, LLP, 2280 East Avenue, First Floor, Rochester, NY 14610 US 14610-2562 |
| cr | + | SGO Corporation Limited, c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 UNITED STATES 60606-4637 |
| cr | + | SMARTMATIC USA CORP., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 UNITED STATES 60606-4637 |
| cr | + | Smartmatic International Holding B.V., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 UNITED STATES 60606-4637 |
| cr | | US Dominion, Inc., c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-1730 |
| 8252609 | + | ABRAMS FENSTERMAN, LLP, Attn: Justin T. Kelton, Esq., 1 Metrotech Center, Suite 1701, Brooklyn, New York 11201-3949 |
| 8252610 | + | ABRAMS FENSTERMAN, LLP, Attn: Maureen T. Bass, Esq., 2280 East Avenue, First Floor, Rochester, New York 14610-2562 |
| 8253018 | + | Abbe D. Lowell, WINSTON & STRAWN LLP, 1901 L St., N.W., Washington, DC 20036-3510 |
| 8249614 | + | BST & CO. CPAS, LLC, 250 PARK AVENUE, 7TH FLOOR, NEW YORK, NY 10177-0799 |
| 8249646 | + | Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791-4420 |
| 8253020 | + | Buchalter, a Professional Corporation, Attn: Joel G. Samuels, Anthony J. Napolitano, 1000 Wilshire Blvd., 15th Floor, Los Angeles, California 90017-2457 |
| 8249615 | + | DANIEL GILL, C/O LAW OFFICE OF RONALD L. KUBY, 119 WEST 23RD STREET, SUITE 900, NEW YORK, NY 10011-6342 |
| 8249616 | + | DAVIDOFF HUTCHER & CITRON LLP, 605 THIRD AVENUE, NEW YORK, NY 10158-3499 |
| 8250459 | + | DAVIDOFF HUTCHER & CITRON LLP, 605 Third Avenue, New York, New York 10158-3499 |
| 8253006 | | Dominion Voting Systems, Inc., c/o Buchalter, A Professional Corp., Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90017-1730 |
| 8253009 | + | Dominion Voting Systems, Inc., c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8252938 | + | ENID NAGLER STUART, ASST ATTY GENERAL, OFFICE OF THE NYS ATTY GENERAL, 28 LIBERTY ST., 17TH FL, NEW YORK, NY 10005-1495 |
| 8249617 | + | ERIC COOMER, PH.D., C/O CAIN & SKARNULIS, PLLC, P.O. BOX 1064, SALIDA, CO 81201-1064 |
| 8252933 | + | Enid Nagler Stuart, Ass't Attorney General, Counsel for NYS Dep't of Taxation, 28 Liberty Street - 17th floor, New York, NY 10005-1495 |
| 8249618 | + | GIULIANI PARTNERS LLC, 45 EAST 66TH STREET, APARTMENT 10W, NEW YORK, NY 10065-6159 |
| 8251322 | | John A. Vos, 1430 Lincoln Avenue, San Rafael, CA 94901-2021 |
| 8249621 | + | LAW OFFICES OF AIDALA, BERTUNA & KAMINS, 546 FIFTH AVENUE, 6TH FLOOR, NEW YORK, NY 10036-5000 |
| 8252939 | + | LEO GAGION, ASST. ATTY GENERAL, OFFICE OF NYS ATTY GENERAL, 28 LIBERTY ST., 17TH FL., NEW YORK, NY 10005-1495 |
| 8249622 | + | MOMENTUM TELECOM, INC., C/O ABRAMSON BROOKS LLP, 1051 PORT WASHINGTON BOULEVARD, #322, PORT WASHINGTON, NY 11050-0123 |
| 8249623 | + | NOELLE DUNPHY, C/O ABRAMS FENSTERMAN, LLP, 1 METROTECH CENTER, SUITE 1701, BROOKLYN, NY 11201-3949 |
| 8252494 | + | Noelle Dunphy, 2280 East Avenue, First Floor, Rochester, New York 14610-2562 |
| 8249626 | + | ROBERT HUNTER BIDEN, C/O WINSTON AND STRAWN, LLP, 1901 L STREET NW, WASHINGTON, DC 20036-3510 |
| 8249627 | + | RUBY FREEMAN & WANDREA MOSS, C/O WILLKIE FARR & GALLAGHER LLP, 1875 K STREET NW, WASHINGTON, DC 20006-1239 |
| 8252961 | + | Robert Hunter Biden, c/o Winston & Strawn LLP, 1901 L Street, N.W., Washington, D.C. 20036-3510 |
| 8249628 | | SMARTMATIC USA CORP., C/O KISHNER MILLER HIMES P.C., 40 FULTON STREET, 12TH FLOOR, NEW YORK, NY 10038-1850 |
| 8253021 | + | Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8249629 | + | TABNER, RYAN K KENIRY, LLP, 18 CORPORATE WOODS BOULEVARD, SUITE 8, ALBANY, NY 12211-2522 |
| 8253017 | + | Timothy W. Walsh, WINSTON & STRAWN LLP, 200 Park Avenue, New York, NY 10166-4002 |
| 8249630 | + | US DOMINION, INC., C/O SUSMAN GODFREY LLP, 1000 LOUISIANA STREET, SUITE 5100, HOUSTON, TX 77002-5091 |
| 8253005 | + | US Dominion, Inc., c/o Buchalter, A Professional Corporatio, Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire |

23-12055-shl    Doc 29    Filed 01/07/24    Entered 01/08/24 00:08:04    Imaged
Certificate of Notice    Pg 4 of 5

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: pdf001 | Total Noticed: 43 |

|  |  |  |
|---|---|---|
|  | Blvd., Ste. 1500 Los Angeles, CA 90017-1730 |  |
| 8253008 | + US Dominion, Inc., c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |  |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: zcarter@beneschlaw.com | Jan 05 2024 19:05:00 | SGO Corporation Limited, c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| cr | + Email/Text: zcarter@beneschlaw.com | Jan 05 2024 19:05:00 | SMARTMATIC USA CORP., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| cr | + Email/Text: zcarter@beneschlaw.com | Jan 05 2024 19:05:00 | Smartmatic International Holding B.V., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| 8249619 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 19:05:00 | IRS, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 8249624 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 05 2024 19:05:00 | NYS DEPARTMENT OF TAXATION & FINANCE, BANKRUPTCY UNIT-TCD, BLDG 8 ROOM 455, ALBANY, NY 12227-0001 |
| 8250149 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 05 2024 19:05:00 | New York State Department of Tax & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8252960 | + Email/Text: legalservices@pbctax.com | Jan 05 2024 19:05:00 | Palm Beach County Tax Collector, Attn Legal Services, PO Box 3715, West Palm Beach FL 33402-3715 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | New York State Department of Taxation and Finance |
| cr |  | Robert Hunter Biden |
| cr | * | Dominion Voting Systems, Inc., c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 8250304 | *+ | Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158-3499 |
| 8253007 | * | Dominion Voting Systems Corporation, c/o Buchalter, A Professional Corp., Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 8253010 | *+ | Dominion Voting Systems Corporation, c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8249620 | * | IRS, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 8249625 | *+ | NYS DEPARTMENT OF TAXATION & FINANCE, BANKRUPTCY UNIT-TCD, BLDG 8 ROOM 455, ALBANY, NY 12227-0001 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 05, 2024 | Form ID: pdf001 | Total Noticed: 43 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Anthony J. Napolitano
  on behalf of Creditor US Dominion  Inc. anapolitano@buchalter.com, marias@buchalter.com

Anthony J. Napolitano
  on behalf of Creditor Dominion Voting Systems Corporation anapolitano@buchalter.com  marias@buchalter.com

Anthony J. Napolitano
  on behalf of Creditor Dominion Voting Systems  Inc. anapolitano@buchalter.com, marias@buchalter.com

Enid Nagler Stuart
  on behalf of Creditor New York State Department of Taxation and Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov

Gary C. Fischoff
  on behalf of Debtor Rudolph W. Giuliani gfischoff@bfslawfirm.com  afilardi@bfslawfirm.com

Heath S. Berger
  on behalf of Debtor Rudolph W. Giuliani hberger@bfslawfirm.com  afilardi@bfslawfirm.com

James B. Glucksman
  on behalf of Creditor Davidoff Hutcher & Citron LLP jbg@dhclegal.com  ch11esq@yahoo.com

Joel G Samuels
  on behalf of Creditor US Dominion  Inc. jsamuels@buchalter.com

Joel G Samuels
  on behalf of Creditor Dominion Voting Systems Corporation jsamuels@buchalter.com

Joel G Samuels
  on behalf of Creditor Dominion Voting Systems  Inc. jsamuels@buchalter.com

Justin Tyler Kelton
  on behalf of Creditor Noelle Dunphy jkelton@abramslaw.com

Maureen T. Bass
  on behalf of Creditor Noelle Dunphy mbass@abramslaw.com  dvanderbles@abramslaw.com

Robert Leslie Rattet
  on behalf of Creditor Davidoff Hutcher & Citron LLP rlr@dhclegal.com
  rattet2we@gmail.com;ms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com

Sven Thure Nylen
  on behalf of Creditor Smartmatic International Holding B.V. snylen@beneschlaw.com  debankruptcy@beneschlaw.com

Sven Thure Nylen
  on behalf of Creditor SMARTMATIC USA CORP. snylen@beneschlaw.com  debankruptcy@beneschlaw.com

Sven Thure Nylen
  on behalf of Creditor SGO Corporation Limited snylen@beneschlaw.com  debankruptcy@beneschlaw.com

United States Trustee
  USTPRegion02.NYECF@USDOJ.GOV


TOTAL: 17