UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU     )   ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On January 5, 2024 deponent served a copy of the **Order Scheduling Hearing and Debtor's Motion for an Order Modifying the Stay** by overnight mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express and/or the United States Postal Service within the State of New York by overnight mail.

To:     * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 5th
day of January 2024

_____
NOTARY PUBLIC

GARY C. FISCHOFF
Notary Public, State of New York
No. 02F14845533
Qualified in Nassau County
Commission Expires April 16, 20 26

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Fri Jan  5 15:25:21 EST 2024

Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn:  Joel G. Samuels, Esq.
        Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA  90017-1730

Dominion Voting Systems Corporation
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

ENID NAGLER STUART
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005-1495

ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201-1064

Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495

GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065-6159

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901-2021

LAW OFFICES OF AIDALA, BERTUNA & KAMINS
546 FIFTH AVENUE, 6TH FLOOR
NEW YORK, NY 10036-5000

LEO GAGION
ASST. ATTY GENERAL
OFFICE OF NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL.
NEW YORK, NY 10005-1495

MOMENTUM TELECOM, INC.
C/O ABRAMSON BROOKS LLP
1051 PORT WASHINGTON BOULEVARD, #32
PORT WASHINGTON, NY 11050-0108

NOELLE DUNPHY
C/O ABRAMS FENSTERMAN, LLP
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201-3949

| | | |
|---|---|---|
| NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BLDG 8 ROOM 455<br>ALBANY, NY 12227-0001 | New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 |
| New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Noelle Dunphy<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 | Palm Beach County Tax Collector<br>Attn Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402-3715 |
| ROBERT HUNTER BIDEN<br>C/O WINSTON AND STRAWN, LLP<br>1901 L STREET NW<br>WASHINGTON, DC 20036-3510 | RUBY FREEMAN & WANDREA MOSS<br>C/O WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1239 | Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 |
| SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-1850 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 |
| Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 | US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 | US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn: Joel G. Samuels, Esq.<br>       Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 | Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 |
| Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 | Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)New York State Department of   Taxation and | (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 |
| (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>     Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 | (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | (u)Robert Hunter Biden |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

-------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On January 5, 2024, deponent served a copy of the within **Order Scheduling Emergency Hearing and Debtor's Motion for An Order Modifying the Stay** by sending true and correct copies via email to:

- See Attached

_____
Angelique Filardi

Sworn to me this 5th
day of January, 2024

_____
NOTARY PUBLIC

**GARY C. FISCHOFF**
Notary Public, State of New York
No. 02F14845533
Qualified in Nassau County
Commission Expires April 16, 20 26

Davidhoff Hutcher & Citron, LLP
jbg@dhclegal.com
rlr@dhclegal.com
jsp@dhclegal.com


Abrams Fensterman, LLP
jkelton@abramslaw.com


Winston & Strawn, LLP
twwalsh@winston.com
abbelowellpublicoutreach@winston.com


Buchalter, a Professional Corporation
jsamuels@buchalter.com
anapolitano@buchalter.com


Susman Godfrey, LLP
sshackelford@susmangodfrey.com