UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:

    RUDOLPH W. GIULIANI,

               Debtor

-----------------------------------------------------------x

               Chapter 11
               Case: 23-12055

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Ronald L. Kuby hereby appears for Creditor Daniel Gill in the above-entitled and demands that all notices, papers and pleadings not e-filed through PACER be served upon the undersigned as follows:

        Ronald L. Kuby
        119 West 23rd Street, Suite 900
        New York, NY 10011
        Ronaldlkuby@gmail.com
        212 529 0223

        By: _____
             Ronald L. Kuby

Dated: New York, NY
        January 5, 2024