**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rudolph W. Giuliani, | : | Case No. 23-12055 (SHL) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kenneth L. Perkins, hereby request admission *pro hac vice* in the above-referenced chapter 11 case to represent Robert Hunter Biden. I certify that I am a member in good standing of the bar of the State of New York. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  January 8, 2024
        New York, New York

WINSTON & STRAWN LLP

By: *s/ Kenneth L. Perkins*
Kenneth L. Perkins
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: KPerkins@winston.com

*Counsel for Robert Hunter Biden*

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rudolph W. Giuliani, | : | Case No. 23-12055 (SHL) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kenneth L. Perkins to be admitted *pro hac vice* to represent Robert Hunter Biden in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar of the State of New York, it is hereby:

ORDERED that Kenneth L. Perkins is admitted to practice *pro hac vice* in the above-captioned case to represent Robert Hunter Biden in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
 Dated: _____, 2024

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE
_____

2