**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                      Debtor | )<br>)<br>) Case No. 23-12055-shl<br>) Chapter 11<br>)<br>)<br>) |
|                       Plaintiff<br>v.<br><br>                      Defendant | )<br>) Adversary Proceeding No.:<br>)<br>)<br>)<br>)<br>) |

    I, Jennifer R. Hoover, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, creditors and interested parties in the above-referenced ☒ case ☐ adversary proceeding.

    I certify that I am a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware.

    I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: January 8, 2024

Chicago, Illinois

                                                */s/ Jennifer R. Hoover*
                                                Jennifer R. Hoover
                                                Benesch, Friedlander, Coplan & Aronoff LLP
                                                1313 North Market Street, Suite 1201
                                                Wilmington, DE 19801
                                                Telephone: (302) 442-7006
                                                Email: jhoover@beneschlaw.com

                                                *Counsel to SMARTMATIC USA CORP.,*
                                                *SMARTMATIC INTERNATIONAL HOLDING*
                                                *B.V., and SGO CORPORATION LIMITED*