**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-12055-shl<br>Chapter 11 |
| Plaintiff<br>v.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding No.: |

I, Daniel N. Brogan, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, creditors and interested parties in the above-referenced ☒ case ☐ adversary proceeding.

I certify that I am a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: January 10, 2024

Chicago, Illinois

*/s/ Daniel N. Brogan*
Daniel N. Brogan
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7006
Email: dbrogan@beneschlaw.com

*Counsel to SMARTMATIC USA CORP.,*
*SMARTMATIC INTERNATIONAL HOLDING*
*B.V., and SGO CORPORATION LIMITED*