**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                        Debtor | Case No. 23-12055-shl<br>Chapter 11 |
|                         Plaintiff<br>v.<br><br>                        Defendant | Adversary Proceeding No.: |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Daniel N. Brogan, to be admitted, ***pro hac vice***, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Daniel N. Brogan, is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                                                         UNITED STATES BANKRUPTCY JUDGE