UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                                       Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                    Debtor
-------------------------------------------------------X

## NOTICE OF ADJOURNED STATUS CONFERENCE

PLEASE TAKE NOTICE that the Motion for Relief From Stay currently scheduled for January 12, 2024 has been adjourned to **January 19, 2024 at 11:00 a.m.** (Eastern Time) and will be conducted via Zoom.

PLEASE TAKE FURTHER NOTICE that to participate in the hearing parties are required to register their appearances by **4:00 p.m.** (Eastern Time) one business day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: Syosset, New York
         January 10, 2024

                                                                        BERGER, FISCHOFF, SHUMER,
                                                                        WEXLER & GOODMAN, LLP

                                                                        _____
                                                                        Gary C. Fischoff, Esq.
                                                                        6901 Jericho Turnpike, Suite 230
                                                                        Syosset, New York 11791