# AMENDED PROPOSED ORDER

Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor
and Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                          Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

**ORDER AUTHORIZING**
**EMPLOYMENT OF**
**AIDALA, BERTUNA &**
**KAMINS, P.C., AS**
<u>**SPECIAL COUNSEL**</u>

                                    Debtor.
-----------------------------------------------------------------X

Upon the application of RUDOLPH W. GIULIANI, the above-named Debtor and Debtor-In Possession (the "Debtor"), for entry of an order, pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of the law firm of Aidala, Bertuna & Kamins, P.C., as Special Counsel to represent the Debtor, and upon the Declaration of John Leventhal, Esq. which is annexed to the Application (the "Declaration"); and it appearing that Aidala, Bertuna & Kamins, P.C. is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of Aidala, Bertuna & Kamins, P.C. by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ Aidala, Bertuna & Kamins, P.C. as Special Counsel for the Debtor effective December 21, 2023; and it is further

ORDERED that Aidala, Bertuna & Kamins, P.C. shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to 11 U.S.C. §§330 and 221, Bankruptcy Rule 2016, S.D.N.Y.L.B.R.2016 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED that prior to any increases in Aidala, Bertuna & Kamins, P.C.'s rates, Aidala, Bertuna & Kamins, P.C. shall file a supplemental affidavit with the Court and provide ten business days' prior notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increase in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to the reasonableness standard providing for in section 330 of the Bankruptcy Code, and the Court retains the right to review under section 330 of the Bankruptcy Code and rate increase.