UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

-------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On January 10, 2024 deponent served a copy of the **Notice of Presentment** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 10th
day of January 2024

_____
NOTARY PUBLIC

**GARY C. FISCHOFF**
Notary Public, State of New York
No. 02F14845533
Qualified in Nassau County  26
Commission Expires April 16, 20_____

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Tue Jan 9 15:43:36 EST 2024

Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Dominion Voting Systems Corporation
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

ENID NAGLER STUART
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005-1495

ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201-1064

Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495

GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065-6159

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901-2021

LAW OFFICES OF AIDALA, BERTUNA & KAMINS
546 FIFTH AVENUE, 6TH FLOOR
NEW YORK, NY 10036-5000

LEO GAGION
ASST. ATTY GENERAL
OFFICE OF NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL.
NEW YORK, NY 10005-1495

MOMENTUM TELECOM, INC.
C/O ABRAMSON BROOKS LLP
1051 PORT WASHINGTON BOULEVARD, #32
PORT WASHINGTON, NY 11050-0108

NOELLE DUNPHY
C/O ABRAMS FENSTERMAN, LLP
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201-3949

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227-0001

New York City Dept. Of Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5826

New York State Department of Tax & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300


New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Noelle Dunphy
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Palm Beach County Tax Collector
Attn Legal Services
PO Box 3715
West Palm Beach FL 33402-3715


ROBERT HUNTER BIDEN
C/O WINSTON AND STRAWN, LLP
1901 L STREET NW
WASHINGTON, DC 20036-3510

RONALD L. KUBY
119 WEST 23RD STREET
SUITE 900
NEW YORK, NY 10011-6342

RUBY FREEMAN & WANDREA MOSS
C/O WILLKIE FARR & GALLAGHER LLP
1875 K STREET NW
WASHINGTON, DC 20006-1239


Robert Hunter Biden
c/o Winston & Strawn LLP
1901 L Street, N.W.
Washington, D.C. 20036-3510

SMARTMATIC USA CORP.
C/O KISHNER MILLER HIMES P.C.
40 FULTON STREET, 12TH FLOOR
NEW YORK, NY 10038-1850

Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736


TABNER, RYAN K KENIRY, LLP
18 CORPORATE WOODS BOULEVARD, SUITE 8
ALBANY, NY 12211-2522

Timothy W. Walsh
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4002

US DOMINION, INC.
C/O SUSMAN GODFREY LLP
1000 LOUISIANA STREET, SUITE 5100
HOUSTON, TX 77002-5091


US Dominion, Inc.
c/o Buchalter, A Professional Corporatio
Attn:  Joel G. Samuels, Esq.
        Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

US Dominion, Inc.
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1459


Gary C. Fischoff
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420

Heath S. Berger
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420

Noelle Dunphy
Abrams Fensterman, LLP
2280 East Avenue
First Floor
Rochester, NY 14610-2562


Rudolph W. Giuliani
45 East 66th Street
Apartment 10W
New York, NY 10065-6159


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Dominion Voting Systems, Inc.
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

(u)New York State Department of  Taxation and

(d)Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499