**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Rudolph W. Giuliani, | : | Case No. 23-12055 (SHL) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Kenneth L. Perkins to be admitted *pro hac vice* to represent Robert Hunter Biden in the above-captioned chapter 11 case, and upon the movant's certification that he is a member in good standing of the bar of the State of New York, it is hereby:

ORDERED that Kenneth L. Perkins is admitted to practice *pro hac vice* in the above-captioned case to represent Robert Hunter Biden in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: January 11, 2024
White Plains, New York

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE