**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                        Debtor | Case No. 23-12055-shl<br>Chapter 11 |
|                         Plaintiff<br>v.<br><br>                        Defendant | Adversary Proceeding No.: |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer R. Hoover, to be admitted, ***pro hac vice***, to represent SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Jennifer R. Hoover, is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 11, 2024
White Plains, New York

                                            */s/ Sean H. Lane*
                                            UNITED STATES BANKRUPTCY JUDGE

23603860 v1