UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                                    Chapter 11
                                    Case No.: 23-12055

                         Debtor

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On January 11, 2024 deponent served a copy of the **Notice of Presentment** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

                                                _____
                                                Angelique Filardi

Sworn to me this 11th
day of January 2024

_____
NOTARY PUBLIC

                                      Dana Dybus
                               Notary Public, State of New York
                                    No. 02DY6371717
                               Qualified in Nassau County
                               Commission Expires March 5, 20__

```
Label Matrix for local noticing              Davidoff Hutcher & Citron LLP              Dominion Voting Systems Corporation
0208-1                                        605 Third Avenue, 34th Floor               c/o Buchalter, A Professional Corp.
Case 23-12055-shl                             New York, NY 10158-3499                    Attn: Anthony J. Napolitano
Southern District of New York                                                            1000 Wilshire Blvd., Ste. 1500
Manhattan                                                                                Los Angeles, CA 90017-1730
Thu Jan 11 10:27:22 EST 2024

Internal Revenue Service                      SGO Corporation Limited                    SMARTMATIC USA CORP.
PO Box 7346                                   c/o Benesch Friedlander Coplan & Aronoff   c/o Benesch Friedlander Coplan & Aronoff
Philadelphia, PA 19101-7346                   Sven T. Nylen, Esq.                        Sven T. Nylen, Esq.
                                              71 South Wacker Drive, Suite 1600          71 South Wacker Drive, Suite 1600
                                              Chicago, IL 60606-4637                     Chicago, IL 60606-4637

Smartmatic International Holding B.V.         US Dominion, Inc.                          Manhattan Division
c/o Benesch Friedlander Coplan & Aronoff      c/o Buchalter, A Professional Corp.        One Bowling Green
Sven T. Nylen                                 Attn: Anthony J. Napolitano, Esq.          New York, NY 10004-1415
71 South Wacker Drive, Suite 1600             1000 Wilshire Blvd., Suite 1500
Chicago, IL 60606-4637                        Los Angeles, CA 90017-1730

ABRAMS FENSTERMAN, LLP                        ABRAMS FENSTERMAN, LLP                     Abbe D. Lowell
Attn: Justin T. Kelton, Esq.                  Attn: Maureen T. Bass, Esq.                WINSTON & STRAWN LLP
1 Metrotech Center                            2280 East Avenue                           1901 L St., N.W.
Suite 1701                                    First Floor                                Washington, DC 20036-3510
Brooklyn, New York 11201-3949                 Rochester, New York 14610-2562

BST & CO. CPAS, LLC                           Berger, Fischoff, Shumer,                  Buchalter, a Professional Corporation
250 PARK AVENUE, 7TH FLOOR                    Wexler & Goodman, LLP                      Attn: Joel G. Samuels
NEW YORK, NY 10177-0799                       6901 Jericho Turnpike, Suite 230           Anthony J. Napolitano
                                              Syosset, New York 11791-4420               1000 Wilshire Blvd., 15th Floor
                                                                                         Los Angeles, California 90017-2457

DANIEL GILL                                   DAVIDOFF HUTCHER & CITRON LLP              DAVIDOFF HUTCHER & CITRON LLP
C/O LAW OFFICE OF RONALD L. KUBY              605 THIRD AVENUE                           605 Third Avenue
119 WEST 23RD STREET, SUITE 900               NEW YORK, NY 10158-3499                    New York, New York 10158-3499
NEW YORK, NY 10011-6342

Dominion Voting Systems Corporation           Dominion Voting Systems Corporation        ENID NAGLER STUART
c/o Buchalter, A Professional Corp.           c/o Susman Godfrey LLP                     ASST ATTY GENERAL
Attn: Joel G. Samuels, Esq.                   Attn: Stephen Shackelford                  OFFICE OF THE NYS ATTY GENERAL
      Anthony J. Napolitano, Esq.             1301 6th Ave., 32nd Floor                  28 LIBERTY ST., 17TH FL
1000 Wilshire Blvd., Ste. 1500                New York, NY 10019-7736                    NEW YORK, NY 10005-1495
Los Angeles, CA 90017-1730

ERIC COOMER, PH.D.                            Enid Nagler Stuart, Ass't Attorney Gene    GIULIANI PARTNERS LLC
C/O CAIN & SKARNULIS, PLLC                    Counsel for NYS Dep't of Taxation          45 EAST 66TH STREET
P.O. BOX 1064                                 28 Liberty Street - 17th floor             APARTMENT 10W
SALIDA, CO 81201-1064                         New York, NY 10005-1495                    NEW YORK, NY 10065-6159

IRS                                           John A. Vos                                LAW OFFICES OF AIDALA, BERTUNA & KAMINS
CENTRALIZED INSOLVENCY OPERATION              1430 Lincoln Avenue                        546 FIFTH AVENUE, 6TH FLOOR
PO BOX 7346                                   San Rafael, CA 94901-2021                  NEW YORK, NY 10036-5000
PHILADELPHIA, PA 19101-7346

LEO GAGION                                    MOMENTUM TELECOM, INC.                     NOELLE DUNPHY
ASST. ATTY GENERAL                            C/O ABRAMSON BROOKS LLP                    C/O ABRAMS FENSTERMAN, LLP
OFFICE OF NYS ATTY GENERAL                    1051 PORT WASHINGTON BOULEVARD, #32        1 METROTECH CENTER, SUITE 1701
28 LIBERTY ST., 17TH FL.                      PORT WASHINGTON, NY 11050-0108             BROOKLYN, NY 11201-3949
NEW YORK, NY 10005-1495
```

| | | |
|---|---|---|
| NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BLDG 8 ROOM 455<br>ALBANY, NY 12227-0001 | New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 |
| New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Noelle Dunphy<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 | Palm Beach County Tax Collector<br>Attn Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402-3715 |
| ROBERT HUNTER BIDEN<br>C/O WINSTON AND STRAWN, LLP<br>1901 L STREET NW<br>WASHINGTON, DC 20036-3510 | RONALD L. KUBY<br>119 WEST 23RD STREET<br>SUITE 900<br>NEW YORK, NY 10011-6342 | RUBY FREEMAN & WANDREA MOSS<br>C/O WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1239 |
| Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 | SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-1850 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 | Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 | US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 |
| US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn: Joel G. Samuels, Esq.<br>       Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 |
| Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 |
| Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)New York State Department of Taxation and | (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 |