UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>      Debtor | )<br>)<br>) Case No. 23-12055-shl<br>) Chapter 11<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Benesch, Friedlander, Coplan and Aronoff LLP, through the undersigned counsel hereby appears as counsel of record for SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED ("Smartmatic") in the above-captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that copies of all notices required to be served under Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the U.S. Bankruptcy Court, Southern District of New York, or otherwise be sent either through the CM/ECF system and via U.S. Mail to the following address:

| | |
|---|---|
| Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>Attn: Sven T. Nylen<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192<br>Email: snylen@beneschlaw.com | Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>Attn: Jennifer R. Hoover & Daniel N. Brogan<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>   dbrogan@beneschlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings. This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

23598381 v2

**PLEASE TAKE FURTHER NOTICE** that Smartmatic additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Smartmatic's: (i) rights to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) rights to have final orders in non-core matters entered only after de novo review by a district judge; (iii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Smartmatic is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: January 11, 2024

*/s/ Sven T. Nylen*
Sven T. Nylen (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com

and

Jennifer R. Hoover (admitted *pro hac vice*)
Daniel N. Brogan (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
         dbrogan@beneschlaw.com

*Counsel to SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED*