WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green, Rm. 534
New York, NY 10004
Tel. (212) 510-0500
By:     Andrea B. Schwartz, Esq.
        Annie Wells, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :          Chapter 11
                                                               :
RUDOLPH W. GIULIANI, a/k/a RUDOLPH             :          Case No. 23-12055 (SHL)
  WILLIAM GIULIANI,                                            :
                                          Debtor.              :
------------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

       William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a)

of title 11, United States Code, hereby appoints the following unsecured creditors that are willing

to serve on the Official Committee of Unsecured Creditors of Rudolph W. Giuliani, a/k/a

Rudolph William Giuliani:

        1.      U.S. Dominion Inc.
                410 17th St., Suite 850
                Denver, CO 80202
                Attn.: Lindsey Kurtz, General Counsel
                Tel.: (866) 654-8683
                Email: lindsey.kurtz@dominionvoting.com

        2.      Ms. Wandrea' ArShaye Moss
                c/o Von A. Dubose, Esq.
                Dubose & Miller
                75 14th Street NE
                Atlanta, GA 30309
                Tel.: 404-738-5453
                Email: dubose@dubosemiller.com

3.       Ms. Noelle Dunphy
         c/o Justin Kelton, Esq.
         Abrams Fensterman LLP
         One Metrotech Center, Suite 1701
         Brooklyn, NY 11201
         Tel.: 718-215-5300 ext. 501
         Email: jkelton@abramslaw.com

Dated: New York, New York
       January 12, 2024

                                        Sincerely,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                                        By:    */s/ Andrea B. Schwartz*
                                               Andrea B. Schwartz
                                               Annie Wells
                                               Trial Attorneys

2