**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GUILIANI<br>a/k/a RUDOLPH WILLIAM GUILIANI | Case No. 23-12055 |
| Debtor. | |

------------------------------------------------------------
x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Victoria Argeroplos, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion, parties-in-interest in the above-referenced ☒ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the bar of the U.S. District Court for the Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 12, 2024.

Houston, Texas
                                                             /s/ *Victoria Argeroplos*
                                                            Victoria Argeroplos

                                                            *Mailing Address*:
                                                            Jackson Walker LLP
                                                            1401 McKinney Suite 1900
                                                            Houston, TX 77010
                                                            *E-mail address*: vargeroplos@jw.com
                                                            *Telephone number*: (713) 752-4334

38646403v.1