**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GUILIANI** <br> a/k/a RUDOLPH WILLIAM GUILIANI | Case No. 23-12055 |
| Debtor. | |

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Matthew D. Cavenaugh, to be admitted, ***pro hac vice***, to represent Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion, (the "Client"), parties-in-interest in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Southern District of Texas, it is hereby

**ORDERED**, that Matthew D. Cavenaugh, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

UNITED STATES BANKRUPTCY JUDGE