UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Presentment Date and Time:
12:00 p.m. on January 19, 2024

Objection Deadline:
11:30 a.m. on January 19, 2024

In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI,

Debtor.

Chapter 11

Case No. 23-12055

# NOTICE OF PRESENTMENT OF PROPOSED ORDER SETTING STATUS CONFERENCE ON MOTION FOR ENTRY OF ORDER CLARIFYING WHETHER THE AUTOMATIC STAY APPLIES TO STAY DISCOVERY IN CONSOLIDATED LITIGATION

PLEASE TAKE NOTICE that upon the annexed *Motion for Entry of Order Clarifying Whether the Automatic Stay Applies to Stay Discovery in Consolidated Litigation* (the "Motion") of Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Parties"), the undersigned will present the attached proposed order to the Honorable Sean H. Lane, on January 19, 2024 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers any by the undersigned not later than 11:30 a.m. on January 19, 2024. The ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections. Unless objections are received by that time, the order may be signed.

Dated: January 12, 2024

                                                  By: */s/ Victoria Argeroplos*

                                                  **JACKSON WALKER LLP**
Charles L. Babcock (NY State Bar No. 5451117)
cbabcock@jw.com
Matthew D. Cavenaugh (*pro hac vice* pending)
mcavenaugh@jw.com
Joel Glover (NY State Bar No. 5697487)
jglover@jw.com
Victoria Argeroplos (*pro hac vice* pending)
vargeroplos@jw.com
1401 McKinney St, Suite 1900
Houston, TX 77010
T: (713) 953-4200
F: (713) 752-4221

*Counsel for the Herring Parties*