## Exhibit 1

**Consolidation Order**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* ) <br> ) <br> Plaintiffs/Counterclaim ) <br> Defendants ) <br> ) <br> v. ) <br> ) <br> HERRING NETWORKS, INC., *et al.,* ) <br> ) <br> Defendants/Counterclaim, ) <br> Third-Party Claim Defendants ) <br> v. ) <br> ) <br> AT&T Services, Inc., *et al.* ) <br> ) <br> Counterclaim/Third-Party ) <br> Claim Defendants ) <br> ) | Case No. 1:21-cv-02130-CJN <br><br><br><br> Judge Carl J. Nichols |

**ORDER GRANTING IN PART AND DENYING IN PART DOMINION'S MOTION FOR ENTRY OF A SCHEDULING ORDER & CONSOLIDATION**

Before the Court is Plaintiff U.S. Dominion, Inc.'s Motion for Entry of a Scheduling Order & Consolidation. Upon review of the Motion, it is **ORDERED** that the Motion to Consolidate is **GRANTED**. This case is accordingly consolidated with the previously consolidated cases for purposes of discovery. It is further **ORDERED** that the following schedule shall govern discovery for all consolidated cases:

1

1. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34**: October 26, 2023

2. **Deadline for Completion of Fact Discovery**: May 30, 2024

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** June 27, 2024

4. **Deadline for Opponets to Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2):** July 31, 2024

5. **Deadline for Proponents to Produce Responsive Expert Reports:** August 29, 2024

6. **Deadline for Expert Depositions:** October 3, 2024

7. **Status Conference:** In-Person Status Conference at 11:00am on October 17, 2024

8. **Deadline to File Dispositive Motions:** November 14, 2024

9. **Deadline to File Oppositions to Dispostive Motions**: December 19, 2024

10. **Deadline to File Replies in Support of Dispostive Motion**s: January 30, 2025

It is so **ORDERED**.

Dated: July 24, 2023

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

2