| | |
|---|---|
| Rachel C. Strickland | Von A. DuBose (*pro hac vice* forthcoming) |
| James H. Burbage | DUBOSE MILLER LLC |
| M. Annie Houghton-Larsen | 75 14th Street NE |
| WILLKIE FARR & GALLAGHER LLP | Suite 2110 |
| 787 Seventh Avenue | Atlanta, GA 30309 |
| New York, New York 10019 | Tel: (404) 720-8111 |
| Telephone: (212) 728-8000 | dubose@dubosemiller.com |
| Facsimile: (212) 728-8111 | |
| rstrickland@willkie.com | |
| jburbage@willkie.com | |
| mhoughton-larsen@willkie.com | |
| | Rachel Goodman |
| Michael J. Gottlieb (*pro hac vice* pending) | John Langford |
| Meryl C. Governski (*pro hac vice* pending) | UNITED TO PROTECT DEMOCRACY |
| Aaron E. Nathan | 82 Nassau Street, #601 |
| WILLKIE FARR & GALLAGHER LLP | New York, NY 10038 |
| 1875 K Street NW | Tel: (202) 579-4582 |
| Washington, DC 20006 | rachel.goodman@protectdemocracy.org |
| mgottlieb@willkie.com | john.langford@protectdemocracy.org |
| mgovernski@willkie.com | |
| anathan@willkie.com | |

*Counsel for Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI | Case No. 23-12055 (SHL) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael J. Gottlieb, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Ruby Freeman and Wandrea' ArShaye "Shaye" Moss, in the above-captioned case.

I certify that I am a member in good standing of the bars of the District of Columbia and the State of New York, and have been admitted to practice before the United States District Court for the District of Columbia and other federal courts, including the United States Supreme Court. A copy of my Certificate of Good Standing for the District of Columbia is attached hereto.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: January 18, 2024
Washington, D.C.

                            WILLKIE FARR & GALLAGHER LLP

                            By: /s/ Michael J. Gottlieb
                                Michael J. Gottlieb
                                WILLKIE FARR & GALLAGHER LLP
                                1875 K Street, N.W.
                                Washington, DC  20006
                                Telephone:  (202) 303-1000
                                Facsimile:  (202) 303-2000
                                mgottlieb@willkie.com

                                *Counsel to Ms. Ruby Freeman and Ms.*
                                *Wandrea' ArShaye "Shaye" Moss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael J. Gottlieb to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar in the bars of the District of Columbia and the State of New York and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Michael J. Gottlieb, Esq. is admitted to practice, *pro hac vice* in the above-captioned case to represent Ruby Freeman and Ms. Wandrea ArShaye "Shaye" Moss in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January ___, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE SEAN H. LANE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Michael J Gottlieb

*was duly qualified and admitted on June 11, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 09, 2024.*

**JULIO A. CASTILLO**
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**