| | |
|---|---|
| Rachel C. Strickland | Von A. DuBose (*pro hac vice* forthcoming) |
| James H. Burbage | DUBOSE MILLER LLC |
| M. Annie Houghton-Larsen | 75 14th Street NE |
| WILLKIE FARR & GALLAGHER LLP | Suite 2110 |
| 787 Seventh Avenue | Atlanta, GA 30309 |
| New York, New York 10019 | Tel: (404) 720-8111 |
| Telephone: (212) 728-8000 | dubose@dubosemiller.com |
| Facsimile: (212) 728-8111 | |
| rstrickland@willkie.com | |
| jburbage@willkie.com | |
| mhoughton-larsen@willkie.com | |
| | Rachel Goodman |
| Michael J. Gottlieb (*pro hac vice* pending) | John Langford |
| Meryl C. Governski (*pro hac vice* pending) | UNITED TO PROTECT DEMOCRACY |
| Aaron E. Nathan | 82 Nassau Street, #601 |
| WILLKIE FARR & GALLAGHER LLP | New York, NY 10038 |
| 1875 K Street NW | Tel: (202) 579-4582 |
| Washington, DC 20006 | rachel.goodman@protectdemocracy.org |
| mgottlieb@willkie.com | john.langford@protectdemocracy.org |
| mgovernski@willkie.com | |
| anathan@willkie.com | |

*Counsel for Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI | Case No. 23-12055 (SHL) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Meryl C. Governski, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss, in the above-captioned case.

I certify that I am a member in good standing of the bars of the District of Columbia and the State of Maryland, and have been admitted to practice before the United States District Court

for the District of Columbia and other federal courts. A copy of my Certificate of Good Standing for the District of Columbia is attached hereto.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: January 18, 2024
     Washington, D.C.

WILLKIE FARR & GALLAGHER LLP

By: /s/ Meryl C. Governski
    Meryl C. Governski
    WILLKIE FARR & GALLAGHER LLP
    1875 K Street, N.W.
    Washington, DC 20006
    Telephone: (202) 303-1000
    Facsimile: (202) 303-2000
    mgottlieb@willkie.com

*Counsel to Ms. Ruby Freeman and Ms. Wandrea ArShaye "Shaye" Moss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                           Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Meryl C. Governski to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar in the bars of the District of Columbia and the State of Maryland and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Meryl C. Governski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January ___, 2024
        New York, New York

                                                    THE HONORABLE SEAN H. LANE
                                                    UNITED STATES BANKRUPTCY JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Meryl Conant Governski*

was duly qualified and admitted on December 7, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 08, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**