| | |
|---|---|
| Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>rstrickland@willkie.com<br>jburbage@willkie.com<br>mhoughton-larsen@willkie.com | Von A. DuBose (*pro hac vice* forthcoming)<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309<br>Tel: (404) 720-8111<br>dubose@dubosemiller.com |
| Michael J. Gottlieb (*pro hac vice* pending)<br>Meryl C. Governski (*pro hac vice* pending)<br>Aaron E. Nathan<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>mgottlieb@willkie.com<br>mgovernski@willkie.com<br>anathan@willkie.com | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038<br>Tel: (202) 579-4582<br>rachel.goodman@protectdemocracy.org<br>john.langford@protectdemocracy.org |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                                  Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

       **PLEASE TAKE NOTICE** that, in accordance with Rules 2002, 7005, 9007 and 9010(b) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss by and through their counsel, Willkie Farr & Gallagher

LLP, DuBose Miller LLC and United to Protect Democracy, hereby requests that all notices given or required to be given in this chapter 11 case, and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Emails:<br>rstrickland@willkie.com<br>jburbage@willkie.com<br>mhoughton-larsen@willkie.com | Von A. DuBose<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309<br>Tel: (404) 720-8111<br>Email: dubose@dubosemiller.com |
| Michael J. Gottlieb<br>Meryl C. Governski<br>Aaron E. Nathan<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Emails:<br>mgottlieb@willkie.com<br>mgovernski@willkie.com<br>anathan@willkie.com | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038<br>Tel: (202) 579-4582<br>Emails:<br>rachel.goodman@protectdemocracy.org<br>john.langford@protectdemocracy.org |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Ms.

2

Moss' and Ms. Freeman's (a) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) rights to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (c) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (d) rights to object to the jurisdiction of this Bankruptcy Court; or (e) other rights, claims, actions, defenses, setoffs, or recoupments to which Ms. Moss and Ms. Freeman is or may be entitled under arrangements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   New York, New York
         January 18, 2024

By: */s/ Rachel C. Strickland*

Rachel C. Strickland
James H. Burbage
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
jburbage@willkie.com
mhoughton-larsen@willkie.com

Michael J. Gottlieb (*pro hac vice* pending)
Meryl C. Governski (*pro hac vice* pending)
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com
mgovernski@willkie.com
anathan@willkie.com

Von A. DuBose (*pro hac vice* forthcoming)
DUBOSE MILLER LLC
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Rachel Goodman
John Langford
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.langford@protectdemocracy.org