AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (*pro hac vice* pending)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a **RUDOLPH WILLIAM GIULIANI,** | Case No. 23-12055 (SHL) |
| **Debtor.** | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Rachel Biblo Block, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent the Official Committee of Unsecured Creditors.

I certify that I am a member in good standing of the bars of the State of Texas and the State of Delaware and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas and the United States District Court for the District of Delaware.

My address is 2300 N. Field Street, Suite 1800, Dallas, TX, 75201-2481; my email address is rbibloblock@akingump.com; and my telephone number is (214) 969-2736.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 18, 2024

                          AKIN GUMP STRAUSS HAUER & FELD LLP

                          /s/ *Rachel Biblo Block*
                          Rachel Biblo Block
                          2300 N. Field Street, Suite 1800
                          Dallas, Texas 75201
                          Telephone: (214) 969-2800
                          Fascimile: (214) 969-4343
                          rbibloblock@akingump.com

                          *Proposed Counsel to the Official Committee*
                          *of Unsecured Creditors of Rudolph W. Giuliani*

## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
RUDOLPH W. GIULIANI                                            :    Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                                :
                                                               :
                Debtor.                                        :
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Rachel Biblo Block, to be admitted, *pro hac vice*, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 case, and upon the movant's certification that the movant is a member in good standing of the bars of the State Texas and the State of Delaware and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Rachel Biblo Block, Esq., is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case to represent the Official Committee of Unsecured Creditors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
New York, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE