UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

                                                                Debtor
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES    )   ss.

      I, Margie Arias, being duly sworn, say: I am not a party to the action, am over 18 years of age and am employed by Buchalter, a Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017.

      I certify that on January 18, 2024, the **LIMITED OPPOSITION OF THE DOMINION PARTIES TO THE HERRING PARTIES' NOTICE OF PRESENTMENT OF PROPOSED ORDER SETTING STATUS CONFERENCE ON MOTION FOR ENTRY OF ORDER REGARDING THE AUTOMATICS STAY AND UNDERLYING MOTION REGARDING THE AUTOMATIC STAY** (the "**Opposition**") was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record in this bankruptcy case who are registered ECF users as specified on the attached service list.

      Further, on January 18, 2024, I served a copy of the **OPPOSITION** by first class mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of California.

On January 18, 2024, I served two copies of the OPPOSITION by depositing a true copy of same enclosed in a postpaid, properly addressed Federal Express envelope, to be delivered via overnight mail on US Bankruptcy Court, Southern District of New York, Honorable Sean H. Lane, 300 Quarropas Street, White Plains, NY 10601-4140.

Dated: January 18, 2024

_____
Margie Arias

Sworn to me this 18th
Day of January, 2024

See attached jurat

_____
NOTARY PUBLIC

2

BN 80533419v1

**CALIFORNIA ACKNOWLEDGMENT**

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ }

On _January 18, 2024_ before me, _V. Monica Mandel, Notary Public_,
Date                                  Here Insert Name and Title of the Officer

personally appeared _Margie Arias_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Notary Seal: V. MONICA MANDEL, COMM. # 2414058, NOTARY PUBLIC • CALIFORNIA, LOS ANGELES COUNTY, Comm. Exp. SEPT. 17, 2026]

Place Notary Seal and/or Stamp Above

---OPTIONAL---

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

# SERVICE LIST

**Electronic Mail Notice List:**

- **Victoria N** Argeroplos    vargeroplos@jw.com, kgradney@jw.com,dtrevino@jw.com,jpupo@jw.com,steso@jw.com,dduhon@jw.com
- **Maureen T. Bass**    mbass@abramslaw.com, dvanderbles@abramslaw.com
- **Heath S. Berger**    hberger@bfslawfirm.com, afilardi@bfslawfirm.com
- **Daniel Brogan**    dbrogan@beneschlaw.com, docket2@beneschlaw.com
- **Gary C. Fischoff**    gfischoff@bfslawfirm.com, afilardi@bfslawfirm.com
- **James B. Glucksman**    jbg@dhclegal.com, ch11esq@yahoo.com
- **Jennifer Hoover**    jhoover@beneschlaw.com, docket2@beneschlaw.com
- **Justin Tyler Kelton**    jkelton@abramslaw.com
- **Ronald Lawrence Kuby**    ronaldlkuby@gmail.com
- **Anthony J. Napolitano**    anapolitano@buchalter.com, marias@buchalter.com
- **Sven Thure Nylen**    snylen@beneschlaw.com, debankruptcy@beneschlaw.com
- **Kenneth L. Perkins**    kperkins@winston.com, kenneth-perkins-3146@ecf.pacerpro.com;docketny@winston.com
- **Robert Leslie Rattet**    rlr@dhclegal.com, jsp@dhclegal.com;mdv@dhclegal.com;ms@dhclegal.com;rattetrr89983@notify.bestcase.com
- **Joel G Samuels**    jsamuels@buchalter.com
- **Andrea Beth Schwartz**    andrea.b.schwartz@usdoj.gov
- **Rachel C. Strickland**    maosbny@willkie.com, rstrickland@willkie.com
- **Enid Nagler Stuart**    enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
- **United States Trustee**    USTPRegion02.NYECF@USDOJ.GOV

**Counsel for Non-Debtor Litigation Defendants:**

Gregory M. Singer
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
*Counsel for Consolidated Defendant Christina Bobb*

Alfred Carry
McGlinchey Stafford
1275 Pennsylvania Ave. NW, Suite 420
Washington, DC 20004
*Counsel for Consolidated Defendant Patrick Byrne*

Teresa Cinnamond
Kennedys
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
*Counsel for Consolidated Defendant Sidney Powell and Sidney Powell, P.C.*

3

BN 80533419v1

Joseph Pull
Parker Daniels Kibort
888 Colwell Building
123 North Third Steet
Minneapolis, MN 55401
*Counsel for Consolidated Defendant MyPillow*

Marc J. Eisenstein, Esq.
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, Northwest
Second Floor
Washington, DC 20036
*Counsel for Consolidated Defendant Defending the Republic*

**Manual Notice Party:**

Timothy W. Walsh
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

4

BN 80533419v1