# Exhibit 2

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - - x
 3     RUBY FREEMAN, et al.,
                                        Civil Action No. 21-3354
 4                   Plaintiffs,        Monday, December 13, 2023
       vs.                              1:21 p.m.
 5
       RUDY GIULIANI,
 6
                     Defendant.
 7     - - - - - - - - - - - - - - - x

 8     _____

 9          TRANSCRIPT OF JURY TRIAL - AFTERNOON SESSION
            HELD BEFORE THE HONORABLE BERYL A. HOWELL
10                  UNITED STATES DISTRICT JUDGE

11     _____

12     APPEARANCES:

13     FOR PLAINTIFFS:     MICHAEL GOTTLIEB, ESQ.
                           MERYL CONANT GOVERNSKI, ESQ.
14                         ANNIE HOUGHTON-LARSEN, ESQ.
                           WILLKIE FARR & GALLAGHER LLP
15                         1875 K Street, Suite 100
                           Washington, DC 20006
16                         (202) 303-1016
                           Email: mgovernski@willkie.com
17
                           VON A. DuBOSE, ESQ.
18                         DUBOSE MILLER
                           75 14th Street NE
19                         Atlanta, GA 30309
                           (404) 720-8111
20                         Email: miller@dubosemiller.com

21                         JOHN LANGFORD, ESQ.
                           PROTECT DEMOCRACY
22                         555 W. 5th Street
                           Los Angeles, CA 90013
23                         (919) 619-9819
                           Email: john.langford@protectdemocracy.org

24
       (Continued on Next Page)
25
```

1      APPEARANCES (CONTINUED):

2    FOR DEFENSE:   **JOSEPH D. SIBLEY, IV, ESQ.**
                    **CAMARA & SIBLEY LLP**
3                   1108 Lavaca Street
                    Suite 110263
4                   Austin, TX 78701
                    (713) 966-6789
5                   Email: sibley@camarasibley.com

6    ALSO PRESENT: Ruby Freeman
                   Wandrea Moss
7

8    Court Reporter:              Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
9                                 U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
10                                Washington, DC  20001
                                  (202) 354-3187
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# Excerpted

1    A.  So a $5 million to $8 million plan run over ten days

2    would cost more than, let's say, a million dollars a week,

3    probably $2 million a week actually.

4         If you were to run this kind of campaign on the

5    scale needed in this case, it would cost -- let's say a

6    million times 52 weeks for a year, and that would be $52

7    million.

8         MR. GOTTLIEB:  Thank you, Dr. Humphreys.  No

9    further questions.

10        THE COURT:  Okay.  You're excused, Dr. Humphreys.

11        THE WITNESS:  Thank you.

12        THE COURT:  And the plaintiffs' next witness.

13        MS. GOVERNSKI:  Your Honor, the plaintiffs call

14   Ruby Freeman.

15        THE COURT:  Good afternoon, Ms. Freeman.

16        Mark, could you clear the things off the desk.

17        THE COURTROOM DEPUTY:  Sure, Your Honor.

18        THE COURT:  I don't want you to be crowded over

19   there, Ms. Freeman.

20        THE WITNESS:  Thank you.

21        (Witness sworn)

22        MS. GOVERNSKI:  Your Honor, before we begin, I'd

23   like to batch in certain documents that I intend to

24   reference during Ms. Freeman's exam.

25        THE COURT:  And, Ms. Freeman, I know that chair

1 | can go back really far, but you might have to lean forward.

2 | Pull the microphone over to you -- it's moveable -- so we

3 | can hear you when you start speaking.

4 |      Okay.  Now, for the exhibits?

5 |      MS. GOVERNSKI:  Your Honor, pursuant to the

6 | parties' stipulation and agreement and with the Court's

7 | permission, I move to admit the following exhibits to which

8 | Defendant Giuliani has not asserted any objections:  PTX 27,

9 | 142 through 146, 149 through 150, 394, 404, 416 through 420,

10 | 423, 499, 502, 510, 570, and 571.

11 |      I would note, Your Honor, that 510, 570 and 5 --

12 |      THE COURT:  Slow down just one second.

13 |      MS. GOVERNSKI:  Yes, ma'am.

14 |      THE COURT:  Say that again.  510 and what?

15 |      MS. GOVERNSKI:  570 and 571.  And I would note

16 | that 510, 570, and 571 are hard-copy exhibits.

17 |      THE COURT:  All right.  Mr. Sibley, do you need a

18 | second to check on those numbers?

19 |      MR. SIBLEY:  It looks like it was what we

20 | stipulated to last night.  I have no objection, Your Honor.

21 |      THE COURT:  All right.  Hearing no objection, all

22 | those numbers will be admitted.

23 |      MS. GOVERNSKI:  Thank you, Your Honor.

24 |      I also would note that I intend to use the

25 | following exhibits which have already been admitted:  PTX 1,

1    11, 12, 165A, 237, and 575.

2                    THE COURT:  Okay.

3                    (Pause)

4                    THE COURT:  Oh, please proceed.  Sorry about that.

5                    MS. GOVERNSKI:  Thank you.

6                            RUBY FREEMAN, Sworn

7                            DIRECT EXAMINATION

8    BY MR. GOVERNSKI:

9    Q.  Good afternoon.

10   A.  Good afternoon.

11   Q.  Can you please state your name for the record.

12   A.  Ruby Freeman.

13   Q.  Ms. Freeman, would you please introduce yourself to the

14   jury.

15   A.  Good afternoon.  I am Lady Ruby.  I am a mother, a

16   grandmother.  I'm a daughter.  I'm a proud American citizen.

17   I am a Christian.  I have a traveling boutique by the name

18   of LaRuby's Unique Treasures.

19   Q.  Ms. Freeman, what does the name "Lady Ruby" mean to you?

20   A.  Lady Ruby was special.  It meant classy, unique.  I'm a

21   lady.

22   Q.  Do you still go by the name "Lady Ruby"?

23   A.  No, I don't.  I can't use my name anymore, so I'm no

24   longer Lady Ruby.

25                    Sometimes I don't know who I am.

1   Q.  Ms. Freeman, what about your last name?  Can you tell us

2   any of the symbolism of your last name?

3   A.  I found out that "Freeman" was the name that the slaves

4   chose to keep instead of taking on a slave master name, so I

5   was always -- I liked that because it meant I was a free

6   person.  I'm a free man, Freeman.

7   Q.  Ms. Freeman, where did you grow up?

8   A.  I grew up in South Georgia; Douglas, Georgia.

9   Q.  And who raised you?

10  A.  I called her Mama, which was my grandmamma.  Yeah.  She

11  raised me.

12  Q.  What was Mama like?

13  A.  Mama was strict.  In the South, you know.  Mama worked

14  for a family ironing clothes.  She also worked in the

15  tobacco field.  She was very protective.  I was like her

16  youngest because my mom was in school, so she was Mama.

17  Q.  What did you do for fun as a child?

18  A.  Mama made candy for me.  She would make candy, and we

19  would color it different food colors, you know, and I would

20  take it to school and sell it.  And I would come home and

21  say, "Mama, everybody don't have a nickel.  Can we sell some

22  for a penny or three cents?" you know.

23          And she made doughnuts, canned biscuits, and she

24  had a pill bottle, and she would put the -- you know, make

25  the hole, you know, from the pill bottles.  And that was

1   like doughnuts now.

2            But I ate those.  I didn't sell any of those.

3   Q.  You mentioned candy.  I'm just wondering why the memory

4   of candy triggered a memory for you.

5   A.  Candy was always -- has always been a part of my life it

6   seems like, you know.  We had candy, and my mom grew up

7   later giving us candy in our stockings, and so then I always

8   took on to having, you know, candy, like a ginger mint,

9   candy.

10  Q.  You mentioned a ginger mint.  I'm holding up what has

11  been admitted as PTX 510.

12           Ms. Freeman, what is this?

13  A.  It's a ginger mint.

14  Q.  And what are ginger mints?

15  A.  Ginger mints is a -- it's a mint that has a ginger taste

16  to it, and I always use it -- especially in the pandemic,

17  you know, everybody coughs or sneezes.  It's like, you know,

18  "Get a ginger mint," because I felt like it was healthy and

19  it was something soothing.  And it was a ginger mint.

20  Q.  Ms. Freeman, I noticed ginger mints over at counsel

21  table.  You brought some here with you today?

22  A.  Oh, yeah, I brought ginger mints.  And I know that Your

23  Honor was coughing yesterday.  I wanted to give her one so

24  bad.

25           THE COURT:  I know I might need this one.

1    A.  You know, so ginger mints are what I give everybody.

2    And even in the boutique, I would put one in their bag when

3    they'd shop with me.  Just a ginger mint.

4    Q.  Ms. Freeman, if we could go back to your childhood a

5    little bit.

6          Could you tell me a little bit about school.

7    A.  Well, it was segregated.  It was first through twelfth

8    grade.  And I think around the sixth grade it became

9    integrated, so we moved from one school to another school.

10   And I was there for two years.

11         And then we went on to high school.  I was there

12   just for the ninth and tenth grade, and that was -- it was a

13   challenging year, but yeah.  I went there.

14   Q.  You mentioned that at some point you left your

15   segregated school to go to a school that was integrated; is

16   that right?

17   A.  Yes.

18   Q.  How was that transition for you?

19   A.  It was hard.  It was different, you know, because of

20   course we was with white students now.

21         And I remember one incidence.  It was -- it was a

22   set of twins, and they were white.  And I don't know what

23   brought it on, but they called me the N word, and I remember

24   that I never heard it like that.

25         You know, of course, we saw Martin Luther King

1   stuff, but I'd never been called that or really heard it

2   being used because we were Christians.  Mama didn't use

3   those words, so -- and I went home and I told Mama, and she

4   said, "Just stay away from them."

5   Q.  And is that a lesson that you've taken with you

6   throughout your life?

7   A.  Yes.  People that have the audacity to call you the N

8   word, you just don't associate with them at all.

9   Q.  And you mentioned high school.  Where did you finish

10  high -- or did you finish high school?

11  A.  I moved to Atlanta in the Metro Atlanta area, and I

12  finished high school, yes, in East Atlanta.

13  Q.  And what type of work did you do after you graduated

14  from high school?

15  A.  When I graduated from high school, I went to work for

16  this law firm.  And my assignment was to make sure the files

17  were signed before they took them out, you know.  So this

18  man came in and he got a file, and he was reading it and

19  just slowly walking out and reading.

20          And I was like, "Excuse me.  Can you sign the

21  book?"

22          And he was looking at me.  I said, "You have to

23  sign the book before you can take them out."

24          And he signed it, and he walked out.  And then

25  later I found out that he was Mr. Spalding of King &

1   Spalding law firm, so I was like, Well, he should have known

2   to sign for it.  He made the rules.

3   Q.  Would you have done anything different if you had known

4   who he was?

5   A.  No, because you go by the rules.  The rule is to sign

6   the book, so you sign the book.

7   Q.  Ms. Freeman, did there come a time when you started to

8   sell clothing?

9   A.  Yes.  I started selling clothing in 1987.  I was a

10  street vendor for Atlanta Fulton County Stadium at that

11  time, and it was the Atlanta Braves when we went from the

12  worst to the first, and I did the World Series and then I --

13  the next year I did the Olympics, and yeah.

14  Q.  Did you enjoy selling clothing?

15  A.  Yes, I enjoyed selling clothing.  I had unique -- I had

16  the official merchandise, so people bought -- they got used

17  to me.  They would come to the games, and they would look

18  for me.

19          And some of the baseball players and the batting

20  coaches, they would come and shop with me because they knew

21  I had the merchandise that they had inside the stadium, but

22  they were less expensive.  So I was known to have the good

23  stuff.

24  Q.  What did you like about selling clothing?

25  A.  I got to talk to people.  They would come from all over,

1   and sometimes the guys would come.

2          The woman might not want to go in the game, and

3   they would stay out with me, and they talked, and we talked,

4   and they would share some of their private moments with me.

5   And we would pray.  We would talk.  They just got to know

6   me.  They knew me as the person that they could sit with.

7          And I don't know if you've ever been in the

8   stadium, but there's only one restaurant there, and that was

9   the Kentucky Fried Chicken.  And they would say, "Well, you

10  want us to watch your table while you go to the restaurant

11  to get something?"

12         So it was always special that they knew that they

13  was going to come to the game and they was going to watch my

14  stuff while I go to the restaurant.  It was just fun getting

15  to know the people.

16  Q.  And you mentioned that you started your own boutique.

17  Tell us a little bit about that.

18  A.  Yeah, so after the Olympics, and so now there is no

19  more -- it's not unique anymore because at that time nobody

20  was really selling Braves merchandise or Olympics

21  merchandise.  It was just -- but now everybody has it, so it

22  was like okay, that season is over.

23         And then later I started working selling clothes

24  and LaRuby's Unique Treasures, and I always had -- because I

25  remembered the stadium stuff.  So I had good-quality, unique

1    clothing.  I did a lot of -- most people call them trade

2    shows, but to me they was church conventions or people

3    that's in the limelight, you know, that wanted fashion.  So

4    I enjoyed that.

5    Q.  Did you have a brick and mortar?

6    A.  No.  That was my goal.  My goal was to have a brick and

7    mortar.

8            Yeah, but of course I can't do that now.  I can't

9    do the brick and mortar because I can't use my name anymore,

10   so I can't advertise Lady Ruby.  It's just -- yeah, so I

11   can't do that.

12   Q.  We'll get back to that.

13           Ms. Freeman, when did you have your daughter, the

14   fellow plaintiff in this case, Ms. Moss?

15   A.  Shaye was born in 1984.

16   Q.  And where did you live throughout Ms. Moss's childhood?

17   A.  We moved throughout the Metro Atlanta area, and then we

18   ended up in Cobb County, a known address in Powder Springs,

19   Georgia; 5201 Memorial Lane, Powder Springs, Georgia.

20   Q.  And you referenced Memorial Lane.  Was that your street?

21   A.  That was the street I lived on, 20 -- at 20, 22 years.

22   Q.  Can you tell us a little bit about that neighborhood.

23   A.  I lived in a nice neighborhood.  It was quiet.  It was

24   multiracial.  It was -- everybody minded their own business.

25   And because I was in the little area, about like a five-

1   house radius, I was the only single woman, so they watched

2   out for me.  At that time they knew I had the big 14-foot-

3   long truck, so they watched out for me.

4              I knew people in my neighborhood.  I got to know

5   the cleaners.  I had certain cleaners.  The grocery store.

6   You know, it was a good neighborhood.  I enjoyed it.

7   Q.  And you said you had lived there for how long?

8   A.  I moved there in 2000.

9   Q.  And at some point did your daughter, Ms. Moss, go to

10  college?

11  A.  Yes.  Shaye left and went to college in 2022, 2021.

12  Yes, she went on to college, and she graduated from college,

13  and she came home and blessed me with a grandson, yeah.

14  Q.  You said 2021?

15  A.  2001, sorry.

16  Q.  2001.  Thank you, just to clear our record.

17              And what did Ms. Moss do after college?

18  A.  She started working at the Fulton County voters

19  registration and election.

20  Q.  And you also -- did you have a history of working for

21  Fulton County?

22  A.  Yes.  I worked for Fulton County Police Department for

23  11 years, and then I went on to work for Fulton County 911

24  for eight years.

25  Q.  Ms. Freeman, did there come a time when you decided to

1   help Fulton County with the 2020 presidential election?

2   A.   Yes, I did.   2020, I think it was like October.

3   Q.   And why did you decide to do that?

4   A.   Well, when I worked at the police department and for

5   911, Fulton County was always special to me.   You know,

6   that's -- they were special.   I really enjoyed working with

7   them.

8          And so I would always say -- well, when it was

9   time for the election, I said, You know what?   When I worked

10   there before, I remember the secretary of state at that

11   time.   You know, they would always say that Fulton County

12   was -- well, it was a big county, the last one to get the

13   ballots and everything in, and it was just taking so long.

14          I said, You know what?   I can do this.   I'm going

15   to go and help.   You know, they mean something to me.   I'm

16   going to go and help Fulton County out.

17   Q.   How much, if any, role did politics have on your

18   decision to help Fulton County in the presidential election?

19   A.   Politics, no.   I mean, you know, you vote.   You

20   definitely had to vote because we finally earned the right

21   as blacks to vote, and then being a woman.   So you vote.

22          But politics, no.

23   Q.   You don't consider yourself a political person?

24   A.   No.

25   Q.   You mentioned that the job started in October of 2020?

1    A.   Yes.

2    Q.   Where did you work when you started October 2020?

3    A.   The Fulton County Government Center.

4    Q.   And while you were working at the Fulton County

5    Government Center in October 2020, did you ever check which

6    candidates were marked on the ballots?

7    A.   No.

8    Q.   Could you have?

9    A.   No.

10   Q.   Why not?

11   A.   The ballots were in the envelope.

12   Q.   So at the Government Center in Fulton County, the

13   ballots were sealed when you dealt with them?

14   A.   Yes.

15   Q.   And did there come a time when you started working at a

16   location other than the government counting center?

17   A.   Yes.  I went on to State Farm Arena.

18   Q.   And when was that?

19   A.   About a week -- a couple of days before the election.

20   Q.   And when you say "before the election," is that the --

21   A.   The 2020 election, I'm sorry.  It was in November.

22   Q.   November 3, 2020?

23   A.   Probably so, yes.

24   Q.   Ms. Freeman, when you were working at the State Farm

25   Arena in connection with the 2020 presidential election, did

1    you ever look at the ballots, how they were marked?

2    A.  No.

3    Q.  And, Ms. Freeman, did you work out of the State Farm

4    Arena on Election Day?

5    A.  Yes.

6    Q.  And you also worked at the Fulton County arena the days

7    up to Election Day?

8    A.  Yes.

9    Q.  How were the days up to the election and Election Day

10   different, if they were in any way?

11   A.  The only difference on Election Day, it was people

12   everywhere.  There were cameras.  There was reporters,

13   observers.  It was just a very busy day.

14   Q.  Was the work itself different?

15   A.  No.  I did the same thing.

16   Q.  Ms. Freeman, did anything particularly memorable happen

17   in November 2020 after Election Day?

18   A.  No.

19   Q.  Did there come a point in time when that changed?

20   A.  Yes.

21   Q.  When was that?

22   A.  December 3rd, that night, going into December 4th, early

23   morning.

24          MS. GOVERNSKI:  I'd like to pull up PTX 237, which

25   has been previously admitted.

1        Permission to publish to the jury?

2            THE COURT:  You may publish.

3   BY MR. GOVERNSKI:

4   Q.  Ms. Freeman, do you see what's on your screen?

5   A.  Yes.

6   Q.  It looks like this is a Tweet from Defendant Rudy

7   Giuliani on December 3, 2020, at 2:49 p.m.?

8   A.  Yes.

9   Q.  Does Mr. Giuliani's Tweet on this day and at this time

10  have any significance to you?

11  A.  Yes.  That's when the first video came out, yes.

12  Q.  And, Ms. Freeman, what happened to you in your personal

13  life after this December 3, 2020, Tweet?

14  A.  After that, like I said, that morning of the 4th, I just

15  start getting phone calls, text messages, emails.  The phone

16  was just going crazy, just a lot.

17           MS. GOVERSKI:  I'd like to pull up on the screen

18  Exhibit 165A, which also has been previously admitted.  And

19  I would request permission to publish to the jury.

20           THE COURT:  Yes, you may publish.

21  Q.  Ms. Freeman, you can see it on your screen as well, if

22  that's helpful.

23  A.  Yes.

24  Q.  Do you recognize what this is?

25  A.  Yes.

1    Q.   What is this?

2    A.   This is an email dated December the 4th at 2:58 a.m.

3    Q.   And when you said that you started receiving various

4    communications into the evening, December 3rd into the 4th,

5    is this what you were referring to?

6    A.   Yes, ma'am.

7    Q.   If I could please ask you to turn the page to the

8    document with the Bates -- I'm sorry, 165A with the Bates

9    number that ends in 003.

10            You should see it on your screen as well,

11   Ms. Freeman.

12            And you'll see this is an email that you received

13   on December 4th at 3:14 a.m.; is that right?

14   A.   Yes.

15   Q.   Ms. Freeman, the top of this, the substance of this

16   email states:  Someone's Interested in LaRuby's Unique

17   Treasures?

18   A.   Yes.

19   Q.   What does LaRuby's Unique Treasures mean to you in the

20   context of this communication?

21   A.   This is the name of my boutique, so I just assumed it

22   was someone interested in buying merchandise.

23            MS. GOVERNSKI:  And if we can please pull up the

24   content of this message, which I'm not going to read in the

25   record given the profanity, and I apologize to the jury and

1  the Court for the language that we'll be seeing in the next

2  few moments.

3  BY MS. GOVERNSKI:

4  Q.  Ms. Freeman, when you read this message, did you believe

5  this individual was interested in LaRuby's Unique Treasures?

6  A.  No.

7  Q.  Ms. Freeman, before December 3rd or 4th, had you ever in

8  your life received a message like this before?

9  A.  No.

10  Q.  Before December 3rd or 4th, had you ever in your life

11  been called the words in this email?

12  A.  No.

13  Q.  Had you ever been called a criminal and a felon?

14  A.  No.

15  Q.  Had you ever been accused of treason?

16  A.  No.

17       MS. GOVERNSKI:  If we can please put up on the

18  screen the page from the same exhibit, PTX 165A, that ends

19  in 320.

20  Q.  Ms. Freeman, is this another message that you received

21  via LaRuby's Unique Treasures?

22  A.  Yes.

23  Q.  I'm also not going to read the full text to the jury,

24  but if we look at the first line, it says, "You are dead.

25  Your family and you are now criminals and traitors to the

1    union.  BLM wants the cops to go away, good.  They are in

2    the way of my ropes and your tree!"

3           Do the phrases "ropes" and "tree" have any meaning

4    to you?

5    A.  Yes.  I took it as though they were going to hang me

6    with their ropes on my trees.

7           MS. GOVERNSKI:  And if we can look in the

8    second-to-last sentence where it says, "Kill yourself now so

9    we can save AMNO!" and then proceeds on to repeat various

10   profanities that I'll spare the Court.

11   Q.  Ms. Freeman, have you at any time used this type of

12   language with anyone?

13   A.  No.

14   Q.  And why not?

15   A.  That's just not a part of my character.  I don't say

16   stuff like that.

17   Q.  I'm going to look at one -- a few more, please.

18          MS. GOVERNSKI:  If we could turn to 379 of the

19   same exhibit.

20   Q.  Ms. Freeman, can you please tell the jury who this

21   communication was from and the email address that was used?

22   A.  It said from the Grand Wizard, kkk@protonmail.

23   Q.  What, if anything, do those terms mean to you?

24   A.  Grand Wizard, Ku Klux Klan, you know.  I thought, Wow,

25   I'm getting an email from -- whether it was true or not, I

1    saw that it said Grand Wizard, KKK.

2         You don't mess with the KKK.  That's like --

3    living in Georgia, it's like that's a side of town you

4    didn't go to and you didn't -- you know, so to get an email

5    from that was horrible.

6    Q.  And you see it says, "We are coming for you and your

7    family!  Ms. Ruby, safest place for you right now is in

8    prison.  Or you will swing from the trees."

9    A.  Yeah.

10   Q.  Ms. Freeman, I'm wondering if you had any reaction to

11   their use of your name, Ruby, in this message?

12   A.  So it's like, okay, you're calling me by my name, so how

13   you -- you got my name.

14   Q.  How do you think they got your name?

15   A.  Huh?

16   Q.  I'm sorry?

17   A.  What did you say?

18   Q.  I didn't mean to interrupt.

19   A.  No.  What did you say?

20   Q.  How do you think they got your name?

21   A.  From the business name from -- I had a -- I had a T-

22   shirt on that night.  I had one in every color because it's

23   my business, you know, Lady Ruby's.  So that was like my

24   uniform.  I had all the colors.  And so I had it on for

25   election night, you know, Lady Ruby, blinged out.

1    So they had my name.

2    Q.  And when you refer -- you were wearing a shirt on

3    election night when you were working at the State Farm

4    Arena?

5    A.  Yes.

6    Q.  And we had earlier talked about the State Farm Arena

7    video.

8    A.  Uh-huh.

9    Q.  Were you wearing the shirt in that video?

10   A.  Yes.

11        MS. GOVERNSKI:  If we could please turn to 395 in

12   the same exhibit, 165A.

13   Q.  Ms. Freeman, I'll direct your attention to the first

14   sentence, which states your full name.  "Ruby Freeman, I

15   hope the Federal Government hangs you and your daughter from

16   the Capitol dome.  I pray that I will be sitting close

17   enough to hear your necks snap!"

18        Do you recall your reaction to receiving this

19   message?

20   A.  Yes.  It was like you have my full name now, and you

21   want the federal government to hang me and my daughter from

22   the Capitol dome, and you hate us so bad that you want to

23   hear our necks snap.

24   Q.  Did you only receive messages like this to LaRuby's

25   Unique Treasures?

1    A.   No.   I received messages from all forms of social media,

2    personal email, text messages, voicemails.

3              I had LinkedIn, and they got so many that they

4    disconnected me from being on LinkedIn.

5              It was just everywhere.   I got letters in the mail

6    because they got my address.   Now they got -- you know, you

7    can put your name in and find out where you live, so now

8    they have my address.

9              THE COURT:   Ms. Freeman, could you just move that

10   microphone closer to you.   Thank you.

11             THE WITNESS:   Okay.

12   BY MS. GOVERNSKI:

13   Q.   Ms. Freeman, how many communications like the ones we've

14   talked about did you receive?

15   A.   Hundreds.   Hundreds.   I received so many on my phone

16   that at one time my phone crashed.   It just died.

17             MS. GOVERNSKI:   If we can go to 287, please.

18   Ms. Freeman, where do you receive these messages?

19   A.   This is on Instagram.

20   Q.   If I could please direct your attention to the comment

21   on 288 from -- that you see on the screen.   Would you mind

22   reading this comment to the jury starting with the words "Go

23   after"?

24   A.   It says, "Go after Ruby Freeman, the owner of

25   Ruby_Unique Treasures.   She's the lady in the purple shirt

1   from the video where she took ballots out of the suitcase.

2   Lock her up."

3   Q.   And the lady in the purple shirt?

4   A.   That was me.

5   Q.   That was you?

6          MS. GOVERNSKI:   We can go to Page 18, please.

7   Q.   Ms. Freeman, can you tell where you received this

8   message?

9   A.   Messenger, Facebook Messenger.

10  Q.   And if I can direct your attention to the second

11  sentence at the end, it says, "You better get on the phone

12  with Uncle Rudy Giuliani and cut a deal.  It might keep u

13  out of the big house."

14  A.   Yes.

15  Q.   Do you recall having an impression of the reference in

16  this email to the defendant in this case, Rudy Giuliani?

17  A.   Yes.  That was -- I went back to that -- the video, that

18  Tweet that was -- that Rudy Giuliani sent out to his

19  millions of followers about me at State Farm Arena, and it

20  was like, Get in touch with him.  Maybe he can keep you out

21  of prison.

22  Q.   And that's the Tweet that we looked at --

23  A.   Yes.

24  Q.   -- a few moments ago, PTX 237?

25  A.   I think that's the name of it, yes.

1          MS. GOVERNSKI:  If we can go, please, to Page 90

2     of 279A.

3          Sorry.  Back up, Mr. Spalding.  Yes, right here.

4     BY MS. GOVERNSKI:

5     Q.  Ms. Freeman, can you please read the substance of this

6     text message to the jury?

7     A.  It says, "We know.

8          "Where.

9          "U.

10         "Sleep."

11    Q.  And how did you receive this message?

12    A.  This came in through text message.

13    Q.  A text message to your personal phone?

14    A.  Yes, yes.

15         MS. GOVERNSKI:  And if we can go to the next page,

16    Mr. Spalding, please.

17    Q.  Ms. Freeman, can you please read this -- was this a text

18    message also?

19    A.  Yes, this is a text message.

20    Q.  Can you please read to the jury the language starting

21    with "They are coming for you"?

22    A.  It says, "They are coming for you.  I'm not far behind.

23    I'm coming for you also.  Trash will be taken to the street

24    in bags."

25         I'm sorry.

1    Q.  What, if any, meaning did you take from the last

2    sentence, "Trash will be taken to the street in bags"?

3    A.  I took it as though they were going to cut me up and put

4    me in the trash bags and take it out to my street.

5    Q.  And your street at that point was Memorial Lane?

6    A.  Yes.

7    Q.  And you talked about receiving letters to your home?

8    A.  Yes.

9        MS. GOVERNSKI:  Your Honor, I plan to use PTX 570

10   and 571, which are two of the physical exhibits that you

11   admitted.  I would ask permission to approach the witness.

12       THE COURT:  Yes, you may.

13   BY MS. GOVERNKSI:

14   Q.  Ms. Freeman, let's start with the top document that I

15   handed you.  Can you open that and explain to the jury what

16   it is?

17       MS. GOVERNSKI:  And, Mr. Spalding, we can take

18   this down from the screen.

19   A.  It was a letter, something like I got in the mail on

20   December the 7th, 2020.  It said, "LaRuby, you are one

21   ignorant cheaten lying fat ugly N word.  Black people don't

22   do like you did."

23       MS. GOVERNSKI:  Let's put 165A back on the screen,

24   which has just been admitted, and we have a scanned version

25   of this contained within that document.

1            If we can go to the -- right.

2   BY MS. GOVERNSKI:

3   Q.  Ms. Freeman, is this the document that you just read to

4   the jury?

5   A.  Yes.

6   Q.  And this was sent to your personal residence?

7   A.  Yes, 5201 Memorial Lane.

8   Q.  Would you mind opening the next envelope and describing

9   it to the jury.

10  A.  Yes.  This is another letter that I got on December 22nd

11  at my home address, 5201 Memorial Lane.

12  Q.  How would you describe it?

13  A.  When I saw it, it looked like a demonic monkey, and it

14  said "LaRuby's father."

15            MS. GOVERNSKI:  And for clarity of the record, on

16  the screen right now we're seeing 165A at Page 2526.

17            Mr. Spalding, can you go to the next page.

18  Q.  Ms. Freeman, is this the image that's on the second

19  document that is in front of you?

20  A.  Yes.

21  Q.  It's a little bit difficult to see on the screen.  Can

22  you try to describe --

23  A.  I had to really look at it because I didn't know what it

24  was, and then I realized -- I realized that it was roadkill

25  on the side of the street, on the curb, with a balloon

1    saying "Get Well Soon."

2          I took it as they were going to kill me like

3    roadkill and put me on the side of the street.

4    Q.  Can you try to explain to the jury what it felt like to

5    receive messages like this mailed to you at your home.

6    A.  I felt horrible.  I felt I was terrorized.  I was -- I

7    was scared.

8          Now I don't know.  You know, I'm just scared like

9    people are coming to kill me.  They got my address.  You

10   know, you saw they had my phone number.  They had my name.

11   I just -- I was always scared.

12   Q.  Ms. Freeman, you mentioned that you received voicemails

13   as well; is that right?

14   A.  Yes.  I got a lot of voicemails.

15          MS. GOVERNSKI:  We've already admitted PTX 149 and

16   150.  I would like permission to play PTX 150 for the jury.

17          THE COURT:  You may.

18          MS. GOVERNSKI:  And I warn that this will be

19   difficult to listen to.

20          (Audio played)

21   BY MS. GOVERNSKI:

22   Q.  Ms. Freeman, do you remember receiving this?

23   A.  Yes.

24   Q.  Can you explain your reaction?

25   A.  I thought it was horrible.  People calling me saying

1    stuff like this about me and my daughter.  I thought it was

2    just racist.  Scary.  Horrible.  Horrible part of my life.

3    Q.  And this wasn't the only voice message you received, was

4    it?

5    A.  No.  I received several.

6              MS. GOVERNSKI:  If we can please pull up PTX 142,

7    which has been admitted.

8              Permission to publish to the jury?

9              THE COURT:  It may be published.

10   Q.  Ms. Freeman, if you can look at your screen, what are we

11   looking at here?

12   A.  Voicemail.  There was three of them back to back.

13   Q.  So these are three back-to-back voicemails from December

14   6, 2020?

15   A.  Yes, from the same number, and person.

16   Q.  And it says at 13:53, so 1:53, 1:55, and 15:58; is that

17   right?

18   A.  Yes.

19   Q.  In the afternoon?

20   A.  Yes.

21             MS. GOVERNSKI:  I'd like to play these one by one.

22   And the same warning, that they'll be difficult to listen

23   to.

24             THE COURT:  And this is Exhibit 142, correct?

25             MS. GOVERNSKI:  Oh, Your Honor, thank you.

```
 1                THE COURT:  Is it?

 2                MS. GOVERNSKI:  This is 142.  The voicemails are

 3      separate exhibits.  They're 143, 144, and 145.

 4                THE COURT:  Okay.  Mark, do you have 143?

 5                THE COURTROOM DEPUTY:  Yes, I have them.  I have

 6      them, yes.

 7                MS. GOVERNSKI:  Thank you, Your Honor.  Permission

 8      to play them?

 9                THE COURT:  Yes, you may.

10                MS. GOVERNSKI:  Let's start, Mr. Spalding, with

11      143.

12                (Audio played)

13                MS. GOVERNSKI:  And let's go to 144.

14                (Audio played)

15                MS. GOVERNSKI:  And 145, please.

16                (Audio played)

17      BY MS. GOVERNSKI:

18      Q.  I'm sorry, Ms. Freeman.  Can you explain what it felt

19      like to receive these messages.

20      A.  It was horrible.  I couldn't believe, you know, I'm

21      getting all these messages, you know, all these voicemails,

22      because I wasn't answering the phone at this point.  And I

23      just -- a lot of racist people out there who just really

24      don't like me.

25                And it started with this one person that just
```

1   started everything, and now seems like half the world is

2   against me, you know, because they think I did something.

3            I didn't do nothing.

4   Q.  Did you report these threats to the police?

5   A.  Yes, I did, on December 4th.  I went to the police

6   department, and I reported it.

7   Q.  What do you remember about that meeting?

8   A.  Well, the Fulton County Government Center is inside --

9   it's the city of Atlanta, but because Fulton County Police

10  Department is in there -- and I went to them.  I guess I

11  felt close to them because I had worked with Fulton County,

12  so I went there.

13           And we went in the back, and my phone just kept

14  ringing.  And I was telling the lieutenant that I was

15  receiving all these messages and -- you know, about working

16  with the elections.  And the phone just kept ringing and

17  ringing.

18           And she got my phone and she started answering it,

19  and, you know, she would say, "Who is this?"  You know,

20  "Talk to me."  You know, "Come and get me," you know,

21  because they were saying, "We're coming to get you."

22           And she made a police report, and she told me when

23  I got home that Cobb County is to make -- call the police

24  and make a report so they will have it.

25  Q.  Just so I understand your testimony, while you were

1   meeting with the police, your cell phone kept ringing with

2   people making those threats?

3   A.  Yes, because that was still -- that was on the 4th, so

4   the phone was still -- it was just ringing off -- just

5   ringing, ringing, ringing, you know, all day, all morning.

6   It started early that morning.  So it was just ringing

7   nonstop, just ringing.

8           And so she told me, you know -- after I left she

9   told me -- before I left she told me once I left out of

10  there, just turn the phone off.  You know, just turn it off.

11  And that's what I did.  I turned it off.

12  Q.  And did there come a time when you called the police for

13  help?

14  A.  Yes.  When I got home, I called the police.  They came

15  out, and they made a police report.

16          And then later, the next day I think it was, I

17  called the police out.

18  Q.  The next day being January 5th?

19  A.  December --

20  Q.  I mean -- I'm sorry -- December 5, 2020?

21  A.  December 5th, yes.  I called them because people start

22  coming to the house with bullhorns and -- you know, and --

23  you know, they was just coming to get me.

24  Q.  Ms. Freeman, just so I can make sure that the record is

25  clear since I messed up the date, you were saying you called

1   the police on December 5, 2020; is that right?

2   A.  I first called the police on December 4th when I came

3   home from the police department for Fulton County.

4   Q.  And then the next day?

5   A.  And then the next day, yeah, people started coming to

6   the house.

7          MS. GOVERNSKI:  Your Honor, I'd like to play PTX

8   423, which is the 911 call that's been admitted into

9   evidence.

10          THE COURT:  You may publish.

11          MS. GOVERNSKI:  Mr. Spalding, would you please

12   play PTX 423 from 1:49 to 2:36.

13          (Audio played)

14   BY MS. GOVERNSKI:

15   Q.  You were saying they're banging on the door; is that

16   right?

17   A.  Yes.

18   Q.  Do you remember how you felt at the moment when you were

19   calling police on this call?

20   A.  I was scared.  I was scared because now not only am I

21   getting phone calls and emails and stuff, now you're

22   actually coming to the house.

23          And I was just scared.  I was scared because I

24   didn't know -- you know, they're coming to kill me.  I was

25   just scared.  I was scared.

1    Q.  On that call you used the word "terroristic threats."

2    I'm just wondering why?

3    A.  Because I was terrorized, so that was my best

4    description.  I was terrorized.  I felt terrible.  It was

5    just -- it was horrible.  It was just horrible.

6    Q.  Did there come a time when things quieted down a little

7    bit?

8    A.  Yes.  It got quiet about the second week of December

9    around about.  It got quiet.  And before Christmas.

10   Q.  Did things stay quiet?

11   A.  No.  It got -- it got crazy again around January the

12   4th; 3rd, 4th.

13           MS. GOVERNSKI:  Your Honor, I'd like to put PTX 1

14   on the screen, which has been admitted.

15           THE COURT:  Yes, it may be published.

16   BY MS. GOVERNSKI:

17   Q.  Ms. Freeman, do you recognize this document?

18   A.  Yes.

19   Q.  What is this?

20   A.  It's the Strategic Communications Plan, Giuliani

21   Presidential Legal Defense Team.  It was dated December --

22   the timeline was December 27th through January 6th.

23   Q.  And that's right around the time when you just --

24   A.  Yeah.

25   Q.  -- were stating that things got crazy again for you?

1   A.  Yeah.

2           MS. GOVERNSKI:  If we can please, Mr. Spalding, go

3   to Page 20.

4   Q.  And you can see at the bottom it says Georgia Suitcase

5   Gate, Video of Ballot Stuffing?

6   A.  Yes.

7   Q.  Do you have any impression of the term "video" and the

8   terms "ballot stuffing"?

9   A.  It was the video that Giuliani had Tweeted out to his

10  millions of followers in that first video that we saw.

11  Q.  And when you refer to that first Tweet, you're talking

12  about that December 3rd Tweet that we mentioned earlier?

13  A.  Yes, yes.  Me with the purple shirt.

14          THE COURT:  I'm just going to step over here.

15          THE WITNESS:  Shoot.

16          THE COURT:  I want you to lean it over that way.

17          THE WITNESS:  Okay.  Is that better?  Okay.

18          MS. GOVERNSKI:  Thank you, Your Honor.

19  BY MS. GOVERNSKI:

20  Q.  Ms. Freeman, you see your name referenced there in the

21  third-to-last sentence?

22  A.  Yes.

23  Q.  It says "Ruby Freeman (woman in purple shirt on video)."

24  A.  Yes.

25  Q.  And the reference to "woman in purple shirt on video" is

1   to that shirt you described earlier to the jury?

2   A.  Yes.

3   Q.  And you see it says, "Ruby Freeman (woman in purple

4   shirt on video), now under arrest," and then at the end it

5   has brackets and in italics *need confirmation of arrest and*

6   *evidence*.

7           Do you see that?

8   A.  Yes.

9   Q.  Ms. Freeman, were you ever arrested in connection with

10  the 2020 presidential election?

11  A.  No.

12  Q.  Have you ever been arrested?

13  A.  No.

14  Q.  Is anything about this sentence true?

15  A.  No.

16  Q.  And what was your reaction to seeing your name in the

17  Giuliani Strategic Communications Plan?

18  A.  When I saw this, it took me back to when it first came

19  out that I had did something.  I always -- I felt that this

20  was a plan.  This was a plan from the beginning that if No.

21  45 didn't win, then they had already set this plan up, and

22  now that my name is on my -- on a shirt, they can fill me in

23  the spaces to this plan they already had put in order.  This

24  was what they were going to do.

25          So now they've got my name, and they put me.  They

1   filled in the blanks with my name and my business, because I

2   had a little -- you know, it was LaRuby's Unique Treasures,

3   so I'm the culprit.

4   Q.  What was that last word you said?

5   A.  Culprit.  That may not be the right word.

6   Q.  Ms. Freeman, when you refer to 45, who are you referring

7   to?

8   A.  Former president.

9   Q.  President --

10  A.  I don't even like to call his name, yeah.

11  Q.  Former President Trump?

12  A.  Yes.

13  Q.  Did there come a time in January that you learned about

14  former President Trump using your name?

15  A.  Yes, I did.

16  Q.  How so?

17  A.  I heard the conversation when he called

18  Mr. Raffensperger, Secretary of State for Fulton County,

19  City of Atlanta.

20  Q.  And he said that name on your call?

21  A.  Yes, several times.  I think they said over 18 times.

22  The conversation lasted over an hour with him talking about

23  me stealing the ballots.

24  Q.  That's former President Trump using your name, Ruby

25  Freeman, 18 times?

1    A.  Yes.

2           MS. GOVERNSKI:  Your Honor, we've already admitted

3    PTX 11, 12, and 575.  I'd like permission to play part of

4    PTX 11 to the jury.

5           THE COURT:  You may publish.

6           MS. GOVERNSKI:  Mr. Spalding, can you please play

7    PTX 111 at 4:04 to 4:22.

8           (Audio played)

9    BY MS. GOVERNSKI:

10   Q.  Ms. Freeman, how did it feel to hear the most powerful

11   person on earth say your name?

12   A.  I just felt like really?  Is this the former president

13   talking about me?  Me?  How mean.  How evil.

14          I just was devastated.  I just -- me?  I didn't do

15   nothing.  It just made me feel like he really don't care.

16   You all are just trying to execute your plan.  You don't

17   care that I'm a real person.  I'm just a real person, and I

18   didn't do anything.

19          MS. GOVERNSKI:  Mr. Spalding, let's play 21:12 to

20   21:47.

21          (Audio played)

22   BY MS. GOVERNSKI:

23   Q.  Ms. Freeman, do you have any reaction to hearing former

24   President Trump use the terms "ballot stuffing"?

25   A.  He didn't know what he was talking about really.  And we

1   were stuffing ballots in suitcases.

2          He had no clue what he was talking about.  He was

3   just trying to put a name with somebody stealing ballots,

4   which was totally a lie.

5   Q.  And is that the same language, "stuffing ballots," that

6   we just saw in the strategic plan?

7   A.  Yes.

8   Q.  And what is your reaction to hearing former President

9   Trump saying that the term "Where's Ruby?" was trending

10  online?

11  A.  No, I felt -- once again, I felt bad.  I felt horrible.

12  I'm getting all the death threats.  I'm getting all this

13  mail.  I'm just -- people talking about they're coming to

14  get me.

15         And by him saying "Where is she?" that, to me, was

16  like, Go get her.  Where is she?  She should be arrested by

17  now.  Like you're really telling them to find me and go get

18  me.  I should be arrested.

19         MS. GOVERNSKI:  Let's play, Mr. Spalding, 24:59 to

20  25:29.

21         (Audio played)

22  BY MS. GOVERNSKI:

23  Q.  Ms. Freeman, what was your reaction to hearing former

24  President Trump tell Mr. Raffensperger that your reputation

25  was devastated?

1   A.  My reputation.  It, like, took my reputation.  It was...

2            What I took out was also all over the Internet.

3   You put me on blast.  You just messed up my reputation

4   totally.

5   Q.  You mentioned earlier that you were concerned with

6   "Where's Ruby?" online, that people would take that as a cue

7   to come find you?

8   A.  Yes.

9   Q.  And did they?

10  A.  Yeah.  They came.  Yeah, they came looking for me.

11  Q.  To your home?

12  A.  To my home.

13  Q.  When was that?

14  A.  When did they come to my home?  Different ones came to

15  my home around January the 4th.

16  Q.  Tell us about that.

17  A.  Hmm?

18  Q.  Tell us about that.

19  A.  I had people start coming to the home with bullhorns.

20  They were looking for me.  I was just scared, y'all.  It

21  was -- I could have never imagined that happening to anyone,

22  you know, and -- yeah.

23            They was coming to get me, you know, and I just

24  felt this all started with one Tweet.  It just all started

25  with that.

1          And now the -- No. 45, the campaign, and

2     Mr. Giuliani just messed me up, you know.  They just messed

3     up my name.  They messed up my business, you know, and they

4     had my daughter involved.

5          It was just -- it was horrible.  It was -- yeah.

6     Q.  Ms. Freeman, you testified that people came to your home

7     around January 4th; is that right?

8     A.  Yes.

9     Q.  About how many people?

10    A.  I don't know.  It was -- it was I would say over ten

11    people that had come to my home.

12    Q.  With bullhorns?

13    A.  Yes.

14    Q.  Were they carrying anything else?

15    A.  They came with bullhorns.  They came with flags.  And,

16    you know -- yeah, they were coming to get me.

17    Q.  And were you at your home?

18    A.  No.

19    Q.  Why not?

20    A.  I had just been advised that I needed to leave my home.

21          And I was like, "Where am I going?"  And I said,

22    "Well, when can I come back home?"

23          And they said, "Not until after the inauguration."

24    So I had to leave my home.

25    Q.  When you said you were advised and "they," who are you

1    referring to?

2    A.   The FBI.

3    Q.   And how long did you stay out of your home?

4    A.   Two months.

5    Q.   Beginning on what date?

6    A.   January the 5th.  Yes, January the 5th I left home.  A

7    girlfriend of mine, she and her husband let me stay at their

8    house.  I stayed there for two weeks.

9    Q.   And then where did you stay?

10   A.   And then I was at different Airbnbs.

11   Q.   Did that cost money?

12   A.   Yeah.

13            MS. GOVERNSKI:  Your Honor, the parties have

14   stipulated that Ms. Freeman incurred $6,699 related to the

15   temporary housing during the period between January 5, 2021,

16   and March 2021.  That stipulation is entered into the

17   exhibit that we have provided into evidence.

18   BY MS. GOVERNSKI:

19   Q.   Ms. Freeman, did you make any modifications to your home

20   on Memorial Lane during this period of time when you weren't

21   living there?

22   A.   Yes, I had -- I had to get security cameras and motion

23   sensors, yeah.

24   Q.   Had you ever in your more than 20 years living at

25   Memorial Lane considered getting security cameras?

1    A.   No.  No, I never thought about getting security cameras.

2    Q.   And did that cost money, Ms. Freeman?

3    A.   Yes, that cost money as well.

4    Q.   The installation and the monitoring?

5    A.   Yes.

6    Q.   Do you still live at Memorial Lane?

7    A.   No.

8    Q.   Why not?

9    A.   I had to move.  I moved out because my address is out

10   there, you know.  So I couldn't stay at home.

11          I was just too scared, and my neighbors were

12   having to watch out for me.  I couldn't -- I was scared to

13   come home at dark, you know.

14          Yeah, I was just scared, so I knew I had to move.

15   Q.   When did you move?

16   A.   I moved November the 6th, 2022.

17   Q.   And did you buy a new home?

18   A.   Yes, I had to buy a new home.

19   Q.   Did you install security cameras at your new home?

20   A.   I have installed new cameras, yes.

21   Q.   And did that cost money?

22   A.   Yes.

23          MS. GOVERNSKI:  Your Honor, the parties have

24   stipulated that Ms. Freeman incurred $4,635 in connection

25   with installing and maintaining security systems for her

1  former home at Memorial Lane and her current residence.

2  BY MS. GOVERNSKI:

3  Q.  Ms. Freeman, when did you list your home on Memorial

4  Lane?

5  A.  I didn't list my home until June 2023.

6  Q.  Why did you wait that long?

7  A.  I didn't know where I was going.  I didn't know where I

8  was going, and I had to borrow money from the equity to be

9  able to move and to get -- find somewhere to live, you know,

10  because I didn't have all the money, so...

11  Q.  So, Ms. Freeman, you took equity out of your home on

12  Memorial Lane?

13  A.  Yes.

14       MS. GOVERNSKI:  Your Honor, the parties have

15  stipulated that Ms. Freeman took out $129,000 -- I'm sorry,

16  $129,932 in equity from her home on Memorial Lane in October

17  2022.

18  BY MS. GOVERNSKI:

19  Q.  Ms. Freeman, did these events cause any complications

20  with you purchasing a new home?

21  A.  Yes.

22  Q.  How so?

23  A.  It was hard because I knew I couldn't have a home in my

24  name.  Utilities -- you know, nothing could be in my name,

25  so I had to -- I had to get a lawyer, a certain kind of

1   lawyer, to help me so I wouldn't have nothing in my name.

2   And it was just hard.

3          You know, every time I would pass by the cameras

4   in the house, you know, it was just -- even though I didn't

5   hear nothing, I would always catch myself looking in the

6   cameras to make sure nobody was around the house.  But,

7   yeah, I couldn't have it in my name.

8          And I would go with a bill, and I'd never had to

9   really have anything but the bill.  And I went this one

10  time, and the lady said I needed my ID.

11         And I was like, "No, I don't need my ID."

12         And they was like, "Yes, you do."

13         And it was horrible.  I just -- I tried to be

14  calm.  I tried to explain to the lady I've never had to do

15  it before.  And I can't get my name.

16         And I would leave, and I would go to a different

17  place because I know I didn't have to use my name.  I was

18  just oh, so scared.  I can't use my name no more.  And it's

19  so scary every time I go somewhere, if I have to use my

20  name -- yeah.

21  Q.  Ms. Freeman, do you introduce yourself to your new

22  neighbors?

23  A.  No.  You know, I go and take the trash out and they

24  would be like, you know, "Glad to see you in the

25  neighborhood."  They would tell me their name, and I felt

1    just so -- I was like -- I think one lady I didn't even

2    introduce myself because who am I?  What am I?  What is my

3    name today?  Who am I today?  What name am I going to use?

4           You know, they sent a welcome letter.  You know,

5    they have different stuff going on, karaoke, tennis, you

6    know, different stuff.  And it's like, well, I can't go

7    because I can't use my name so I can't participate in

8    nothing.

9           You know, so it's like, yeah, I have -- I have a

10   home, but I can't do nothing.  I can't -- I can't say who I

11   am.  You know, I'm used to going and meeting somebody, you

12   know, and I have this home store that I go to, and, you

13   know, you see people shopping and saying stuff, and it's

14   like I can't introduce myself no more.

15          You know, and so the home, it's like I miss my old

16   neighborhood because I was me.  I could introduce myself.

17          Now I just don't have -- you know, I don't have a

18   name really.

19   Q.  Ms. Freeman, I want to go back for a second to January

20   5, 2021, which you testified was the day that you left your

21   home, right?

22   A.  Yes.

23   Q.  And that's the day before January 6, 2021?

24   A.  Yes.

25   Q.  Does that date have any meaning to you?

1    A.  Yes.  January 6th was the day that they stormed the

2    Capitol.

3    Q.  So they came -- people came to your house --

4    A.  Before then, yes.  And I remember when I saw it on the

5    television, the January 6th, I remember thinking, you know,

6    that could have been me because of this person, all the

7    stuff going on with the Capitol.

8              And, you know, I felt so bad for the people.  No

9    one helping them.  You know, the ones that got killed and

10   stuff, I felt so bad for them.  I was like, you know, if the

11   FBI hadn't told me to leave, that could have been me because

12   they came to my house, you know.

13             I was just so -- I was just kind of -- I didn't

14   know -- I didn't know if I was mad, hurt, disappointed.  I

15   don't know.  I just was having a whole bunch of emotions.

16   Q.  And at that point you were staying at your friend's

17   home?

18   A.  Yes.

19   Q.  You had mentioned that you only stayed there for a few

20   weeks?

21   A.  Yes.  I got a phone call, and -- I had two phone calls

22   that day -- one day, and they had advised me that -- they'd

23   say whenever something happens they have to call and make a

24   note.  So they had advised me that my name was in this

25   person's wallet on the death list.  It was a list of people,

1    and my name was on it.

2          And so then I got a call from somebody else, and

3    they was asking me about the people that came to my house,

4    and my girlfriend's husband, I heard him.  He's like, you

5    know, "It's getting too close to home now."

6          So, you know, I was so -- I was just -- I just

7    started packing.  I started packing myself.

8          And she was like, "Where are you going?"

9          And I was like, "I don't know."  I said, "I

10   don't know where I'm going, but I'm leaving because I don't

11   want -- I don't want your husband to feel like I'm putting

12   you all in jeopardy now, and your life is threatened because

13   of me being here."

14         And she was like, "Where are you going?"

15         I was like, "I don't know."  I said, "But if it

16   wasn't dark, I would leave now."

17         So that next morning I remember her fixing me a

18   big breakfast.  You know, I felt like a homeless person

19   because, you know, somebody going to feed you and then you

20   got to leave.

21         So she fed me, and then I just left, and I had all

22   my stuff in the car.  I couldn't go back home.  And I was

23   just mad.  I was just mad.

24   Q.  I want to break that apart a little, Ms. Freeman, just

25   so I can make sure the record is clear.

1            You said you received phone calls.  Who did you

2    receive phone calls from?

3    A.  The FBI called, and the other one was from Cobb County

4    Police Department.

5    Q.  And your impression of those calls was that you were on

6    a death list?

7    A.  Yes.  He said that they had arrested somebody, and when

8    they arrested them, that in their wallet or whatever on that

9    person my name was on this list, and there was a death list.

10   And I -- he said whenever anything happened he had to call

11   to let me know.

12            So, yeah.

13   Q.  And you left your friend's home after that?

14   A.  Yeah.

15   Q.  Because you testified you were -- well, can you explain

16   why that prompted you to leave your friend's home again.

17   A.  Because, you know, he was saying, you know, "It's

18   getting too close now.  This is beginning to affect us," you

19   know, with me being there.  And he just felt it was just so

20   ironic that in one day -- you know, nobody called me the

21   whole time, and then one day you had two people calling, and

22   he was not happy.

23            And I -- I didn't -- I couldn't stay there

24   knowing -- I'd rather just stay in my car and just be

25   homeless than to put that on somebody else.  So I just -- I

1    just left.

2    Q.  How did it feel in that moment when you were in your

3    car?

4    A.  Homeless.  Because I have a house, and I can't even go

5    there.  I don't have nowhere to go.  I'm just in my car out

6    on the street.

7         And then I just got -- I just got mad with the

8    people all over again.  This man that's done put out this

9    Tweet and done caused all of this -- all of this, all of

10   this, and I'm just emotional.  I'm just all over the place.

11        I wasn't going to stay with nobody else.  I don't

12   want to  be -- I just -- I don't want to put that on nobody,

13   so I would just -- so yeah, and I went to different Airbnbs.

14   Q.  Was there anyone for you to turn to?

15   A.  No.  No.  No.  No.  No.  Because people were saying

16   like -- you know, even with friends, you know, they were

17   afraid to be associated with me.

18        Yeah, they -- I talked with one lady.  She was a

19   vendor.  And I -- she was called the Shoe Lady.  She was

20   like, "Girl, we heard all this stuff talking about you."

21        I'm like, "Well, why nobody called?  Why did

22   nobody reach out to me?"

23        It's like, "We didn't know if your phone was

24   tapped.  We weren't going to be calling you."

25        So then I didn't have nobody.

1          And then, yeah, I -- I notified my church.  I was

2     trying to get in touch with them.  And finally they called.

3     And I was saying, you know, "Don't look it up now," because

4     you be on the phone and you can tell when somebody's looking

5     up something.

6          I was like, "No.  Wait until you get home with

7     Pastor Young.  Look it up."

8          And they never called me back.  They never called.

9     They never sent no letter.  It was around Christmas, so they

10    didn't -- I didn't get -- they didn't -- they just cut me

11    off.

12         But I had to realize that, you know, they had kind

13    of a big congregation, and they didn't want that on them,

14    you know.  You know, they just didn't want that on their

15    members.

16         I was just hurt.  I was like, Jesus, you know,

17    what is going on?  Why?  What am I to do?  Now that this is

18    happening with me, what am I doing?  What am I doing?

19         And yes, so I didn't know.  I couldn't turn to

20    Shaye because I knew what she was going through.  And my

21    mom, I wouldn't dare.  I wouldn't dare go to her.  I just

22    said, I'll deal with this by myself.

23         No, I didn't have nobody.  People were afraid to

24    be associated with me.

25    Q.  You mentioned Ms. Moss.  You were here yesterday when

1    she testified, right?

2    A.   Yup.

3    Q.   How did it feel to hear her tell her story?

4    A.   Once again, I was just -- to have to go through that,

5    you know, at a young age, just going through.  And I felt so

6    bad for her.  I felt so bad for her.  And even while she was

7    up here to hear people's remarks, you know, I was just --

8    you know, I am a Christian.  I'm like, Fix it, Jesus,

9    because I can't do nothing about this.  Fix it, Jesus.  And

10   to hear them talking and sniggering and stuff, I was just,

11   Okay.  I know you got this, God.  I know you got this.

12          So yeah, I felt bad for her because she really

13   loved her job, you know.  She loved her job.  She would

14   always be there, you know, regardless.  She would always be

15   there and leave my grandson at home to work all the time,

16   you know.  So I felt bad for her.

17   Q.   Ms. Freeman, you talked a little bit about how this all

18   is still impacting your life today.  I'm just wondering if

19   you can explain to the jury at all about how this -- the

20   issues -- the events we've discussed impacts you on a daily

21   basis.

22   A.   You know, I still have -- I'm on an emotional roller

23   coaster from one day to the next, you know.  You know, some

24   days I'm good, and then some days I'm not good.

25          When I heard the alarm was messed up, you know,

1   the -- from the cameras, and it was just beeping, beeping,

2   and I remember going to the -- just trying to find out what

3   it was.  It just kept beeping.

4        And then I went to the -- I called the police

5   because I'm like, What's going on?  Is somebody outside?

6   You know, it's -- you panic.  You have those moments.

7        Still if I'm in the car, I always wear a mask.  I

8   always wear a mask and/or sunglasses so -- because I

9   don't -- I'm afraid, you know.  I'm afraid of people, you

10  know.

11       And some days I'll just go along, and if it's a

12  really bad day, you know, I'll say, Jesus, you know, I don't

13  like your people today.  Not today.  Today's not good,

14  Jesus.  I don't like them today.

15       And, you know, I just talk, you know, and I

16  tell -- I say -- sometimes I say I'm glad I live alone

17  because I'll just go through the house screaming.  You know,

18  it's to keep my sanity.  It may not seem like I'm sane right

19  then, but I'll just go through the house screaming.  I'll

20  just release.  I'll release.

21       Yeah, I'm scared to not be able to do shows

22  anymore, and there's some shows -- like I'm supposed to be

23  doing a show now.  But some shows I do, if I'm the only one,

24  for whatever reason.

25       They had my name up because they know me as Lady

1    Ruby, but they don't know -- everybody don't know what's

2    going up, and they'll have my name up and little lanyards

3    with bling around them, you know, to represent me.  They're

4    my T-shirts that I don't wear anymore, but they don't know

5    that.

6           And I know this one event I did, and -- that

7    event, and I was so excited because they had my name up, and

8    I was just so excited.  And this man came up and said, Are

9    you Lady Ruby:

10           And I'm always like, "Why?"

11           And he said, "Are you the Lady Ruby?"

12           And I walk away, and, you know, I go -- I travel

13    all over the United States to get the latest fashions, and I

14    had to stop going because you have to have your name on your

15    lanyard.

16           I can't go nowhere with my name because they -- so

17    it's like I don't have a life.  I don't have a life.  I

18    don't have a life.  I'm just out here trying to make it

19    happen.

20           But it's sad.  It's scary and it's sad.

21           Just a lot of different things happened that --

22    yeah.

23    Q.  Do you still operate LaRuby's Unique Treasures?

24    A.  No.  I had to change the name.  I had to change the

25    name, and because I changed the name nobody knows me no

1    more.  My brand is gone.  You know, I can't say -- I can't

2    advertise, and I can't do pop-up shops with my name.  I

3    can't -- different people that really know me, you know.

4         People that come from all over the United States

5    wherever I do shows, they will say -- people will get off

6    the elevator, and they'll say, "Oh" -- because you got your

7    name there, they will say, "Are you Lady Ruby?"

8         And I'm like, "Yeah."

9         It's like, "We were told that we didn't need to

10   bring the luggage," you know, and they would shop.

11        But now, you know, it's like that person is gone

12   no more.  I can't just advertise.  And when I do a show, I

13   can't -- you know, I can't do Facebook Live no more.  I

14   can't -- I can't market to other vendors because I'm the

15   prime vendor.  So I have mentees that I teach how to be

16   successful vendors, you know.  I can't do that no more.

17        You know, and people will say, "When are we going

18   back on the road again?"  And I'll just go by myself.  But I

19   go because I can't put nobody else, you know, in harm like

20   that.  So I don't have -- I don't have a name no more.

21        And a name is everything.  If you don't have

22   nothing else, you have your name.  That's the only thing you

23   have in life, is your name.  You know, everything else is

24   either bought or whatever.

25        So my life is just messed up.  It's just really

1    messed up all because of somebody putting me out there on

2    blast, just Tweeting my name out to their millions of

3    followers, and all of them hate me.  Like they just say it,

4    you know, yeah.

5    Q.   So are you Lady Ruby still?

6    A.   No.  I am Lady Ruby, but I can't advertise it, you know

7    what I'm saying?  I can't market it.  I can't do a show, and

8    I got -- I have shows and there I have -- they'll say, "Send

9    your logo, you know, so we can put on the big screen, you

10   know."  I'm the only one that don't have nothing up there

11   because I can't.  Because I don't know who's coming in the

12   hotel, who's coming in the conference center, who's going to

13   know.

14           And then I'm the only one in there with a mask

15   on.  You know, a lot of people don't wear masks anymore.

16   I'm walking around with a mask on because I can't be

17   recognized.

18           And then there are some shows I can't even do

19   because the ones that do know about it, you know, some of

20   them, they're afraid for me to be around, so I can't even do

21   shows.

22           It's -- I'm just -- I'm kind of lost, y'all,

23   you know.  I'm just kind of lost.  It's like, What am I

24   doing?

25           But I still know I have purpose.  I know I have

1    purpose, and so it's going to be all right.

2              MS. GOVERNSKI:  No further questions.

3              THE COURT:  Mr. Sibley.

4              MR. SIBLEY:  Ms. Freeman, it's nice to finally

5    meet you.

6              THE WITNESS:  Thank you.

7              MR. SIBLEY:  I don't have any questions for you.

8              THE COURT:  Any redirect?

9              MS. GOVERNSKI:  No, Your Honor.  I just wanted to

10   read into the record a couple of additional stipulations

11   relating to Ms. Freeman.

12             The parties have stipulated that Ms. Freeman

13   incurred $24,946 in monthly mortgage payments on her former

14   home since relocating on November 6, 2022.

15             The parties have stipulated that Ms. Freeman

16   incurred $1,198 of utility payments on her former home since

17   relocating on November 6, 2022, through October 2023.

18             And the parties have stipulated that Ms. Freeman

19   incurred $3,500 in moving expenses.

20             THE COURT:  And is that on a document that is

21   admitted into evidence so that it will be presented to the

22   jury in case they didn't write down all those numbers very

23   quickly?

24             MS. GOVERNSKI:  Yes, Your Honor, it is.

25             THE COURT:  (To the jury) So if you missed some of

1    those numbers, it will be sent back with you during your

2    deliberations.

3              MS. GOVERNSKI:  PTX 588.

4              THE COURT:  Okay.

5              MS. GOVERNSKI:  Thank you, Ms. Freeman.

6              THE COURT:  Ms. Freeman, you're excused.  You may

7    leave the witness stand.

8              All right.  Let me just have a brief conversation

9    with counsel.

10             (The following is a bench conference

11              held outside the hearing of the jury)

12             THE COURT:  Okay.  So do the plaintiffs have any

13   other witnesses?

14             MR. GOTTLIEB:  No, Your Honor.

15             THE COURT:  So do you want to rest in front of the

16   jury?

17             MR. GOTTLIEB:  Yes.

18             THE COURT:  And then -- and then we'll start up

19   tomorrow morning with any defense case.

20             MR. SIBLEY:  Yes, Your Honor, and also directed

21   verdict, motions for directed verdict.  I'm just going to

22   make them orally.

23             THE COURT:  Yeah, but how is that going to work

24   since the claim -- there's this default judgment.  You're

25   going to get a defaulted judgment on the damages?  Is

# Excerpted

1          MR. GOTTLIEB:  No, Your Honor.

2          THE COURT:  Okay.

3          (Whereupon the hearing was

4           concluded at 4:57 p.m.)

5

6          **CERTIFICATE OF OFFICIAL COURT REPORTER**

7

8          I, LISA A. MOREIRA, RDR, CRR, do hereby

9     certify that the above and foregoing constitutes a true and

10    accurate transcript of my stenographic notes and is a full,

11    true and complete transcript of the proceedings to the best

12    of my ability.

13        Dated this 13th day of December, 2023.

14

15                                    /s/Lisa A. Moreira, RDR, CRR
16                                    Official Court Reporter
                                      United States Courthouse
17                                    Room 6718
                                      333 Constitution Avenue, NW
18                                    Washington, DC 20001

19

20

21

22

23

24

25