# Exhibit 5



| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: ""WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes"" / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334585579510652928 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:19:24 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:20:41 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | aeiE6whF1WKa4gEBCVXZpd |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-237**

C.A. No. 21-3354 (BAH)

PDF REFERENCE #:    koi9aooYpeBwoNYktuVGow



Document title: Rudy W. Giuliani on X: &quot;"WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told…
Capture URL: https://twitter.com/RudyGiuliani/status/1334585579510652928
Capture timestamp (UTC): Tue, 31 Oct 2023 16:20:41 GMT
Page 1 of 1
Freeman_Giuliani-00002036