# Exhibit 6

23-12055-shl Doc 60-6 Filed 01/18/24 Entered 01/18/24 17:06:55 Exhibit 6 Pg 2 of 4

11/18/22, 11:34 AM  Gabriel Sterling on Twitter: "@FaxReynolds @GaSecofState In this part of the process I suppose there is no difference...just a d...



- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

**Gabriel Sterling** @GabrielSterling · Dec 4, 2020

The 90 second video of election workers at State Farm arena, purporting to show fraud was watched in its entirety (hours) by @GaSecofState investigators. Shows normal ballot processing. Here is the fact check on it.



leadstories.com
Fact Check: Video From Georgia Does NOT Show Suitcases Filled Wit...
By Alan Duke and Hallie Golden Does security camera video show a Fulton County, Georgia, election supervisor suspiciously pulling ...

9,373    6,646    11.4K

**Fax Reynolds** @faxreynolds · Dec 4, 2020
Replying to @GabrielSterling and @GaSecofState

thanks Gabe. Just digging into the process a bit for clarity, what's the difference in scanning and counting?

16        19

**Gabriel Sterling** @GabrielSterling

Replying to @faxreynolds and @GaSecofState

In this part of the process I suppose there is no difference…just a different word for the same thing. One thing, scanning can start 2 weeks prior to Election Day…tabulating and getting the results off the machines can't happen until Election Day.

7:53 AM · Dec 4, 2020 from Sandy Springs, GA · Twitter for iPhone

4 Retweets    9 Quote Tweets    72 Likes

**Plaintiffs' Exhibit PTX-252**
C.A. No. 21-3354 (BAH)

EXHIBIT 16

Research Account @rsrch_account

Tweet your reply

Reply

11/18/22, 11:34 AM                Gabriel Sterling on Twitter: "@FaxReynolds @GaSecofState In this part of the process I suppose there is no difference...just a d...

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

**Gwen Barlow** @soundearth · Dec 5, 2020
Replying to @GabrielSterling @faxreynolds and @GaSecofState
You do know you'll face judgement day right?
  1

**Raymond Vive la France** @Ray_karl · Dec 4, 2020
Replying to @GabrielSterling @faxreynolds and @GaSecofState
Why did they told challengers to leave? Why did R challengers parked with the press? This is a total mess.
  3          4

**bernielomax** @bernielomax · Dec 4, 2020
Replying to @Ray_karl @GabrielSterling and 2 others
They didn't.
  3       3

Show replies

This Tweet is from a suspended account. Learn more

Show replies

This Tweet is from a suspended account. Learn more

**bob the burner** @02percent_ · Dec 6, 2020
Replying to @06c0f0ae8598426 @GabrielSterling and 2 others
These states already do that when certifying the results.
  1

Show more replies

**Research Account**
@rsrch_account

https://twitter.com/GabrielSterling/status/1334843199756623873                                       2/3

23-12055-shl Doc 60-6 Filed 01/18/24 Entered 01/18/24 17:06:55 Exhibit 6 Pg 4 of 4

11/18/22, 11:34 AM  Gabriel Sterling on Twitter: "@FaxReynolds @GaSecofState In this part of the process I suppose there is no difference...just a d…



- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**



Research Account
@rsrch_account