# Exhibit 7

Page 1

13  Georgia Final 2020 Presidential Results, Georgia
14  Secretary of State Brad Raffensperger (R) held a
15  briefing in Atlanta to provide an update on the
16  State's final 2020 election results
17  (December 7, 2020)

Plaintiffs' Exhibit
**PTX-292**
C.A. No. 21-3354 (BAH)

EXHIBIT 6

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400

Page 2

1   MAN 1: This news briefing was held in
2   Atlanta.
3       BRAD RAFFENSPERGER: Okay. Let me get
4   rid of that thing. Okay, good morning. I'm glad
5   you're here bright and early. I'm sure you have
6   a place to be probably around ten o'clock.
7       It's been a long 34 days since the
8   election on November 3. We have now counted
9   legally-cast ballots three times, and the results
10  remain unchanged.
11      As Secretary of State, I have worked to
12  secure the vote for all Georgians. On day one,
13  we outlawed ballot harvesting. We strengthened
14  signature match through the GBI training and
15  moved towards and auditable paper-ballot system.
16  I am the first Secretary of State to implement a
17  driver's license requirement for online absentee
18  ballot applications, which strengthen the
19  security of our absentee ballot process.
20      Whether it is the President of the
21  United States or a failed gubernatorial
22  candidate, disinformation regarding election
23  administration should be condemned and rejected.
24  Integrity matters. Truth matters.
25      Today, the Secretary of State's office

Page 3

1   will be recertifying our State's election
2   results. Then the safe harbor, under the United
3   States code, to name electors is tomorrow. And
4   then they will meet on December 14, to officially
5   elect the next president.
6       While we continue our investigations to
7   their conclusions, and where prosecution is
8   necessary, we will work with the State Election
9   Board to refer them to the proper prosecutors.
10      We are working with the counties to
11  assure a fair, safe and secure election for
12  January 5. We will continue to take steps to
13  assure that only legally-registered Georgians
14  will be casting ballots.
15      So, let's discuss where we are and
16  where we are heading in Georgia. All this talk
17  of a stolen election, whether it's Stacey Abrams
18  or the President of the United States, is hurting
19  our state. Georgia is the number one state in
20  the nation to do business, for nearly a decade.
21  Continuing to make debunked claims of a stolen
22  election is hurting our state.
23      I started my business and built it from
24  the ground up. I've employed hundreds and
25  hundreds of Georgians, men and women, in those

Page 4

1   years. I know what it takes to build teams that
2   work to strengthen buildings, restore and
3   strengthen old landmarks. And I have also built
4   a team that knows how to win an election.
5       I also have built a team that knows how
6   to run and oversee elections. And I understand
7   we need to focus on the future of growing
8   businesses here in Georgia, getting through the
9   COVID pandemic and bringing more good paying
10  Georgians to our state.
11      The vast majority of Georgians,
12  Republicans and Democrats, want us, all of us, as
13  elected officials, to focus on protecting and
14  growing Georgia jobs, getting the vaccine out as
15  efficiently as possible, and getting back to
16  normal.
17      The focus on November 3 is drawing
18  energy away from those goals. The President has
19  his due process rights, and those are available
20  to him. It's time we all focus on the future and
21  growth.
22      I know there are people that are
23  convinced the election was fraught with problems,
24  but the evidence, the actual evidence, the facts,
25  tell us a different story.

Page 5

1       Business owners across Georgia know
2   it's time to focus on the future. Georgians have
3   serious issues that need to be addressed. I am
4   looking forward to a great Christmas time, and
5   then a good legislative session. We will have
6   our elections bill brought forward. It will be a
7   major reform of the election processes, where I
8   will work with the legislature, the Governor,
9   Lieutenant Governor Duncan, and we can all work
10  together to help all of our businesses and make
11  Georgia an even better place to do business; so
12  that each and every Georgian can get a good job,
13  or those brave entrepreneurs can start their next
14  small business. It is now time to direct our
15  energies towards the January 5 runoff election,
16  and then to making Georgia an even better place
17  to grow your businesses, raise your families and
18  enjoy prosperity here in Georgia. Thank you.
19      GABRIEL STERLING: Good morning. I
20  didn't bring my computer today. (indiscernible)
21  a few numbers to go through. First, as the
22  Secretary pointed out, we will be recertifying
23  today. We are waiting on the County Elections
24  Board meeting in Coffee County. They knocked off
25  work on Friday. We tried to talk to them again

2 (Pages 2 - 5)

Page 6

1  this morning; they weren't quite in the office
2  yet. So, we don't know the exact time of that
3  meeting, but we are working to figure that out.
4      As he pointed out, the safe harbor is
5  tomorrow, so we still have time to have the bills
6  of ascertainment sent to DC, so the electors can
7  be set properly.
8      All right. Moving onto the January 5
9  election, so far, we have 1,037,172 absentee --
10 I've talked too much the last week, guys --
11 1,037,172 absentee ballot applications have been
12 put into the voter registration system. We have
13 about 39,259 that are on the dashboard for the
14 online request process. So, that's a total of
15 1,076,431. So far, 43,289 voters have already
16 had their ballots accepted at the county level.
17      And this is a new number to talk about
18 -- the ballot tracks system, which is the system
19 we put in place to allow for proactive
20 notifications to go out -- we have 240,912 voters
21 signed up for that right now. And of those,
22 12,547 have already got their ballots into us.
23      And now I'll move onto what I'm going
24 to call Disinformation Monday, out of the gate.
25 Many of you all saw the videotape from State Farm

Page 7

1  Arena. I spent hours with our post certified
2  investigators. Justin Gray from WSB spent hours
3  with us going over this video to explain to
4  people that what you saw, the secret suitcases
5  with magic ballots, were actually ballots that
6  had been packed into those absentee ballot
7  carriers by the workers, in plain view of the
8  monitors and the press.
9      The reason they were packed away is
10 because they were under the misbegotten
11 impression that they were getting to go home.
12 Which, if you notice, when you go back to see the
13 videos on this, they were packing these things up
14 10:00, 10:30 at night. You see some of the same
15 people there at 7:00 and 7:30, and 8:00 in the
16 morning, setting up those tables. They had been
17 there all day long. They were tired and wanted
18 to go home and they thought they could.
19      What happened around that time, for
20 many of you who were with us on election night,
21 saw the Secretary leaving around a similar time.
22 We had heard that they were knocking off for the
23 day and he was, understandably, not happy with
24 that and made that very clear, I think, on the
25 way out the door.

Page 8

1      So, our Elections Director for the
2  State, called the Fulton County Elections
3  Director, Rick Barron, who was the English Avenue
4  warehouse doing Election Day activities -- not at
5  State Farm Arena -- and said, "Why are you all
6  knocking off?" And basically said, "What do you
7  mean? We're not knocking off." And he goes,
8  "Well, from what we understand, at State Farm,
9  they are."
10      So, Rick got off that phone call.
11 Then, you see Ralph Jones, at State Farm Arena,
12 getting a phone call around that time, as he's
13 literally, with blue seals in his hand, to seal
14 up these containers. And you can see his
15 shoulder is kind of slumped for a second, and he
16 goes over and does some more work on the side, I
17 think ginning up the courage to go tell these
18 workers, who had been there all day, "Hey guys,
19 we have to stay here longer, to keep scanning at
20 least the batches we have."
21      So, you could watch all this happen.
22 You could see it from the beginning to the end.
23 We watched the beginning of that thing -- and
24 let's be clear -- there was no watermain break;
25 there was a urinal that they turned off during

Page 9

1  the downtime at State Farm, because there's no
2  events going on there, and they had a little slow
3  leak that came over the side. We have a
4  videotape, and we're working to get this
5  videotape online, but it's 80 gigabytes and we
6  don't really have a tool to let you all through
7  it right now. We're trying to figure that out
8  right now. So, we've got it into manageable
9  bytes of the most important parts of the day,
10 that should be, hopefully, online today or
11 tomorrow.
12      So, you'll see, when they walk in and
13 they see the obvious water leak on the floor; you
14 will see, when they move all the stuff out of the
15 way; you will see the Zamboni little carpet drier
16 thingy driving around. I mean, you can see all
17 these things happen. You can see the table get
18 put in place.
19      And what's really frustrating is the
20 President's attorneys had this same videotape.
21 They saw the exact same things the rest of us
22 could see, and they chose to mislead state
23 senators and the public about what was on that
24 video.
25      I am quite sure that they will not

3 (Pages 6 - 9)

Page 10

1  characterize the video, if they try to enter it
2  into evidence, because that is the kind of thing
3  that could lead to sanctions; because it's
4  obviously untrue. They knew it was untrue and
5  they continue to do things like this. So, that's
6  one.
7       Ware County. There are no seized
8  machines in Ware County. Not true. Did not
9  happen. There was a written report from an
10 activist who says the hand count was 37 off. It
11 was. He says the only reason it could be off is
12 because of an algorithm in the machines, which is
13 ridiculous. What have we been saying since the
14 beginning? The most obvious fault point in any
15 of the system is the human beings who were
16 counting them. Again, it was .26 percent.
17 That's pretty close, especially when all the
18 studies show you expect a 1 to 2 percent
19 differential on hand-counted ballots.
20      And if you take that map, and that
21 biggest part of the hand-counted ballots that you
22 could have problems on, is the mail-in absentee.
23 If you look at 25 percent of 1 to 2 percent, what
24 does that get you? About 2.26 percent. So,
25 that's well within the normal range. There is no

Page 11

1  algorithm proof. There are no seized machines.
2       I believe some people are trying to
3  conflate this with some of the machines being
4  inspected in Michigan, but that's just not the
5  case.
6       And then, specifically, a United States
7  congressman sent this disinformation out on his
8  Twitter. He wrote it himself. Again, it's
9  irresponsible.
10      I was the campaign manager, years ago,
11 in 1994, for the first Republican to get that
12 Tenth District seat. He would never have acted
13 that irresponsibly, and I'm frustrated that we
14 continue to see people who are put in positions
15 of responsibility, sending out this
16 disinformation and undermining the electoral
17 system.
18      Okay. Another one: Jen Jordan and
19 Elaina Parent did not get on a plane to go count
20 votes in Pennsylvania. Okay? They basically
21 said, "Here's a picture of a blond woman in a
22 mask. Here's another picture of a blond woman in
23 a mask. Obviously, there's a conspiracy where
24 Democrat state senators are counting ballots in
25 Pennsylvania." It's ridiculous. I can't believe

Page 12

1  I have to keep on standing here and saying these
2  things, but I do.
3       So, there is no algorithm. The five
4  million ballot hand count proves there's no
5  algorithm switching votes.
6       Is there any other disinformation I
7  missed over the weekend, guys? Justin, I'm not
8  sure.
9       JUSTIN: We're getting the same
10 messages here. So, the one I keep hearing over
11 and over, is a woman scanning ballots over and
12 over and over again. Can you explain whether the
13 machines can count a ballot three times?
14      GABRIEL STERLING: Well, if it counted
15 it five times, guess what? It would have shown
16 up in the hand count. Because if you do the same
17 batch -- and let's say -- I don't even know how
18 many there were -- 100, 200, whatever it was --
19 and (indiscernible) do it three times, they would
20 have been 600 off on that, on the hand count;
21 they weren't.
22      I mean...it's just, as I've said, and
23 you all have heard me say it before, it's like a
24 ridiculous game of whack-a-mole. You just keep
25 on finding the next one. We're now at the point

Page 13

1  where they've recycled them. They're going back
2  to the algorithm thing that have been debunked
3  before.
4       So, all right, what other questions
5  have we got? Yes?
6       WOMAN 1: [OFF MIC] ...if you can
7  explain, I think some people don't understand
8  that there is a (indiscernible) machine and that
9  (indiscernible).
10      GABRIEL STERLING: There's two
11 different types -- well, there's four different
12 buckets of two different types of ballots, and
13 let's go through those right now.
14      You have the traditional hand-marked
15 paper ballots, which we're all used to. They
16 were kind of like old Scantron sheets, when we
17 took our SATs when we were in high school and
18 stuff, where you bubble something in. And in
19 this state, those cover the provisionals,
20 occasionally the emergency ballots, if they don't
21 have the regular ballots going, and then the
22 absentee by mail. That's one. That's about
23 probably 25 percent of our overall votes.
24      About 75 percent of our votes come from
25 the ballot marking device, which was the new tool

4 (Pages 10 - 13)

Page 14

1  that the legislature adopted in a bill in 2019,
2  that we had a state procurement under; there were
3  three bidders. Dominion Voting Systems won that
4  bid process. There was no challenge to that bid
5  process, meaning it was a very clean bid process.
6  And we began the deployment of those that summer,
7  and we made the initial delivery deadline of
8  Valentine's Day of 2020.
9       That machine, you take a screen...you
10 check in on a device that has nothing to do with
11 the voting machines. This is just to identify
12 you and then give you a card to give you your
13 ballot on the ballot marking device. You insert
14 that card; it then brings up your ballot on the
15 screen. You then make your selections on that
16 screen, and when you are done, you'll say, "Print
17 ballot." You print the ballot; it comes off an
18 HP printer.
19       You can look at that ballot, assure
20 that your choices are the choices you intended to
21 make, and then you take that to a completely
22 different machine. It's a scanner that's in the
23 polling location; you can have one or two,
24 occasionally three scanners in there. And you
25 trop it into that. You can watch it, the counter

Page 15

1  go up to one, one (indiscernible) as your ballot
2  goes through. And at that time, it tabulates it
3  on there, and it takes an image of your ballot.
4  So, we have two things it's capturing on that.
5       And then from there, the memory cards
6  from those are taken to the central location
7  where they have their central election management
8  system, to tabulate all and aggregate all of the
9  ballots together. So, there is an artifact of
10 where the voter made a choice that exists -- and
11 by law it has to be held for another two years
12 under Georgia law; I think 22 months under
13 federal law.
14      So, and that's what we use for the hand
15 retally. Those are the same ballots we used for
16 the recount that we are recertifying today. Does
17 that cover your question.
18      WOMAN 1: I have one more.
19      GABRIEL STERLING: Yeah.
20      WOMAN 1: There is a lot of questions
21 about signature audit and (indiscernible)...
22 there's a lot of information going around that
23 this ballot (indiscernible)...
24      GABRIEL STERLING: The ballot envelope
25 is under the same law, so keep the ballots alive,

Page 16

1  also have those for two more years. And there
2  will be Governor Kemp and Secretary Raffensperger
3  are working together. We're going to be bringing
4  in the GBI as handwriting experts to go over
5  those specific counties where there are specific
6  allegations about any issues around the signature
7  match, with the absentee ballots. But that is
8  not a statewide, you know, signature audit.
9       Because one of the remedies asked for -
10 - and the Powell lawsuit is, if there's a certain
11 percentage -- they don't really say what -- that
12 don't match -- and it's a subjective measure. As
13 we all know, everybody's -- signatures can change
14 -- it's a subjective measure. So, if you're
15 arguing over that, then they'll say a certain
16 percentage. If we get to that certain
17 percentage, throw out all of the absentee
18 ballots, which is a ridiculously, over-the-top
19 hammer that no federal court is going to allow.
20      So, again, it was an unnecessary thing,
21 but to -- we always investigate when we have
22 specific allegations. When there's a specific
23 allegation to investigate, we'll do it. But a
24 generalized, "We don't like the outcome. We
25 think this is a faulty part of the system," --

Page 17

1  we're not going to do that.
2       But we have said before, the place in
3  the system that is the most likely to have an
4  issue is going to be in the absentee by mail
5  program. Because in person, we always present an
6  ID. So, we absolutely know that the person who
7  is voting is that person who's supposed to be
8  voting legally.
9       WOMAN 1: Gabe?
10      GABRIEL STERLING: One second, let me
11 go over there.
12      WOMAN 2: In the recount result, Fulton
13 County looks like it has almost 900 fewer votes
14 in the recount. Why is that and does that worry
15 you?
16      GABRIEL STERLING: It's about two votes
17 per precinct; it's a big county. It's a little
18 worrisome. And my best guess is they have a
19 batch somewhere they didn't get. And we've been
20 asking about it. The problem is the clock's
21 running -- the clock ran out. It's a big, big
22 county. They've had managerial issues, we know
23 that. And of those ballots, because they were so
24 heavily for Vice President Biden, that means his
25 total in the statewide counts -- I'm sure we've

5 (Pages 14 - 17)

Page 18

1 all seen online -- is about 900 lower. But
2 again, not enough to make up the difference of
3 12,000.
4      It's frustrating because, again, we see
5 these managerial issues coming out of Fulton
6 County. And I know they're tired. I know
7 they're put upon, to a degree. But to
8 consistently have these and have -- we had that
9 press conference at (indiscernible) where we put
10 up all the headlines from like 1995 on; none of
11 this is new with them. So, it is frustrating.
12 It's a little irritating.
13      Another anomaly we saw was Appling
14 County, where they had 49 ballots that had been
15 stuck in adjudication -- not stuck in; they got
16 left in. We literally did a phone call to every
17 country that says, "Hey, we know this is a
18 problem with some counties. Make sure you get
19 your ballots off adjudication." They didn't,
20 until this final time. So, everybody's learning
21 this new system. It's a high stress environment
22 right now because the presidential election was
23 so close. So, those kind of things are going to
24 happen. And that's -- when you've handled these
25 ballots now three times, there always going to

Page 19

1 look different because human beings are involved
2 in the process. Yes.
3      MAN 1: How many new voters have
4 registered for the runoffs since the November 3rd
5 election?
6      GABRIEL STERLING: I don't have the
7 answer to that question. We'll try to get it.
8 Part of the reason we don't, is because only as
9 of last Tuesday or Wednesday, really, could
10 Fulton, DeKalb and Clayton put in any new
11 registrations in, because they were involved in
12 their large runoffs. Yes?
13      WOMAN 2: In the suit that the Trump
14 campaign filed in Fulton County Superior Court,
15 they say there are literally tens of thousands of
16 illegal votes that were (indiscernible) and
17 included in the tabulation (indiscernible). Do
18 you know what they're talking about? And what's
19 your response to that (indiscernible)?
20      GABRIEL STERLING: No, I have idea what
21 they're talking about, but they need to present
22 their evidence if they make that kind of claim.
23      MAN 2: Gabe, you mentioned the role of
24 the GBI. What will their role be in helping the
25 Secretary of State investigators who are looking

Page 20

1 into these (indiscernible)?
2      GABRIEL STERLING: Well, the main role
3 they would have is they have expertise in the
4 handwriting, so they would a big part of, I
5 think, of the 250 -- I think there's 18 -- and I
6 could be wrong, but I think it's about 18 cases
7 having to do with absentee ballot and absentee
8 ballot handling. So, that would be the main
9 thing I think they go through. I don't know the
10 manpower that they're going to be throwing at the
11 whole thing for all the other cases.
12      And let me make one other thing clear:
13 The 250 cases is all of 2020 that are still open.
14 From November on, it's a lower number, a subset.
15 I will try to get that number to you all, because
16 I know the people are saying they call came out
17 of the general election. That's not exactly
18 true. It was 250 for all of 2020. And that's
19 probably my fault, because I put the Excel
20 spreadsheet and grabbed everything from 2020 into
21 the count. So, I'm going to go back and do that
22 again to get the subset proper.
23      Yeah, Justin?
24      JUSTIN: Two questions. One
25 (indiscernible).

Page 21

1      GABRIEL STERLING: That's fine.
2      JUSTIN: The one for me is about that
3 gap that we keep hearing about that -- you say
4 it's about a hour before (indiscernible) started
5 counting before your observer got back. Can you
6 explain any -- I guess, what happens to the votes
7 counted in that gap? I mean, that's why we have
8 a recount, right? There's --
9      GABRIEL STERLING: There's a secondary
10 thing about this. Under our state law, observers
11 are allowed to be there; they are not required to
12 be there. That's the main thing. So, this is
13 not illegal counting, as it says.
14      Now, I understand the frustration,
15 especially on the Republican side, because, as I
16 said before, everybody in that room thought they
17 were getting to go home. The press -- I mean,
18 the workers were leaving, the press is like,
19 "Well, we may go ahead and leave." There's no
20 reason that the election workers couldn't think -
21 - I mean the observers couldn't think the same
22 thing. They were all literally boxing things up
23 and putting seals on. The doors were not locked.
24 Nobody was kept out.
25      It's frustrating, because I know

6 (Pages 18 - 21)

Page 22

1 somebody might have said -- because there's no
2 audio to this, is a problem -- so all it's going
3 to be a he said-she said from now, ad infinitum.
4 And somebody said, "We're done for the night,"
5 but nobody said, "All of you people have to
6 leave. There was nobody directing people to
7 leave." In fact, while people were in the room
8 still working, the observers could have stayed
9 for that, because things could happen then too as
10 they're boxing things up.
11     So, I'm not saying it's the observers'
12 fault, or the press's fault. It was a long day
13 for these people. And let's just use some common
14 sense, which I know is such a rare thing to say -
15 - that they were tired and wanted to go home.
16 They were frustrated when they didn't get to go
17 home. So, I think everybody's kind of under the
18 impression, they're leaving, it's 10:30 at night,
19 let's let it go. And then they started working
20 again once we -- the irony is, we can't win for
21 losing. We called Fulton County to say keep on
22 working. They keep on working. All of a sudden,
23 there's a giant conspiracy, they worked when
24 nobody was there -- because they were frustrated
25 they weren't working long enough.

Page 23

1     So, it's kind of a circular thing. But
2 we're trying to keep counties diligently working
3 to meet the goal of getting these election
4 results out quickly.
5     And then, because there was a
6 miscommunication from the manager at Fulton
7 County, to the manager at the State Farm, who
8 thought they could finish, that caused all of
9 this.
10     JUSTIN: Second question --
11     GABRIEL STERLING: Yeah. Okay, who is
12 it from, before --
13     JUSTIN: (indiscernible) reporter
14 (indiscernible).
15     GABRIEL STERLING: Okay, that's fine.
16     JUSTIN" He's talking about what
17 happens when a voter dies? Some states have laws
18 on the books that if you voted in early -- voted
19 before the election day, cast an early ballot it
20 doesn't count. What happens to that vote if a
21 voter dies before the election? And what's the
22 process of getting a dead voter off the rolls?
23     GABRIEL STERLING: I'll start with the
24 easy part. The main process is getting the dead
25 voter off the rolls is handled at the county

Page 24

1 level. They get vital records to come in. They
2 just deal with it, usually monthly or weekly,
3 depending on the processes they have in place.
4     Now, secondarily, as we have made very
5 clear, when the ballot envelope is separated from
6 the secrecy sleeve, there is no way to go claw
7 that vote back; it is in the system. Same thing
8 is if somebody goes and early votes in person,
9 and gets hit by a car, you can't go back and get
10 that ballot back out. It's just physically
11 impossible, given the privacy rules in our state.
12 So, again, does that answer your question? All
13 right.
14     WOMAN 1: One more. (indiscernible)
15 register to vote (indiscernible).
16     GABRIEL STERLING: Today is the final
17 date for Georgians to register to vote in the
18 January 5 runoff election.
19     WOMAN 1: What time is the cutoff?
20     GABRIEL STERLING: If you can go to the
21 -- it's usually when their doors close, at the
22 registrar, as we do in person. You can go to the
23 online portal, if you have a driver's license
24 attached to your voter registration -- or, if you
25 have a driver's license, because we can find your

Page 25

1 information from that. And that goes until 11:59
2 tonight.
3     WOMAN 2: (indiscernible).
4     GABRIEL STERLING: Yes?
5     WOMAN 2: Are these certified now, or
6 what time do you expect to certify?
7     GABRIEL STERLING: As I pointed out in
8 the beginning, we're waiting for Coffee County to
9 do their certification. And they took the
10 weekend off, and we talked -- I talked to
11 somebody who talked to the county commission
12 chairman, who hasn't been told yet when they're
13 having the Elections Board get together to do
14 that certification.
15     WOMAN 2: So, today?
16     GABRIEL STERLING: It has to be today.
17 It will have to be today.
18     WOMAN 2: How will we know? Are you
19 guys (indiscernible)?
20     GABRIEL STERLING: Yeah, we probably
21 will. All right, anything else? All right.
22 Thank you all.
23
24
25

7 (Pages 22 - 25)

Page 26

1    C E R T I F I C A T I O N
2
3    I, Sonya Ledanski Hyde, certify that the
4    foregoing transcript is a true and accurate
5    record of the proceedings.
6
7
8    _Sonya M. Ledanski Hyde_
9    _____
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:  November 28, 2022
17
18
19
20
21
22
23
24
25

[1 - beginning]                                                                                                    Page 1

**1**

**1**  2:1 10:18,23 13:6 15:18,20 17:9 19:3 24:14 24:19
**1,037,172**  6:9,11
**1,076,431**  6:15
**100**  12:18
**10:00**  7:14
**10:30**  7:14 22:18
**11501**  26:14
**12,000**  18:3
**12,547**  6:22
**12151**  26:8
**14**  3:4
**18**  20:5,6
**1994**  11:11
**1995**  18:10

**2**

**2**  10:18,23 17:12 19:13,23 25:3,5 25:15,18
**2.26**  10:24
**200**  12:18
**2019**  14:1
**2020**  1:13,16,17 14:8 20:13,18,20
**2022**  26:16
**22**  15:12
**240,912**  6:20
**25**  10:23 13:23
**250**  20:5,13,18
**26**  10:16
**28**  26:16

**3**

**3**  2:8 4:17
**300**  26:13
**330**  26:12
**34**  2:7
**37**  10:10
**39,259**  6:13
**3rd**  19:4

**4**

**43,289**  6:15
**49**  18:14

**5**

**5**  3:12 5:15 6:8 24:18

**6**

**600**  12:20

**7**

**7**  1:17
**75**  13:24
**7:00**  7:15
**7:30**  7:15

**8**

**80**  9:5
**8:00**  7:15

**9**

**900**  17:13 18:1

**a**

**abrams**  3:17
**absentee**  2:17,19 6:9,11 7:6 10:22 13:22 16:7,17 17:4 20:7,7
**absolutely**  17:6
**accepted**  6:16

**accurate**  26:4
**acted**  11:12
**activist**  10:10
**activities**  8:4
**actual**  4:24
**ad**  22:3
**addressed**  5:3
**adjudication**  18:15,19
**administration**  2:23
**adopted**  14:1
**aggregate**  15:8
**ago**  11:10
**ahead**  21:19
**algorithm**  10:12 11:1 12:3,5 13:2
**alive**  15:25
**allegation**  16:23
**allegations**  16:6 16:22
**allow**  6:19 16:19
**allowed**  21:11
**anomaly**  18:13
**answer**  19:7 24:12
**applications**  2:18 6:11
**appling**  18:13
**arena**  7:1 8:5,11
**arguing**  16:15
**artifact**  15:9
**ascertainment**  6:6
**asked**  16:9
**asking**  17:20
**assure**  3:11,13 14:19

**atlanta**  1:15 2:2
**attached**  24:24
**attorneys**  9:20
**audio**  22:2
**audit**  15:21 16:8
**auditable**  2:15
**available**  4:19
**avenue**  8:3

**b**

**back**  4:15 7:12 13:1 20:21 21:5 24:7,9,10
**ballot**  2:13,15,18 2:19 6:11,18 7:6 12:4,13 13:25 14:13,13,14,17 14:17,19 15:1,3 15:23,24 20:7,8 23:19 24:5,10
**ballots**  2:9 3:14 6:16,22 7:5,5 10:19,21 11:24 12:11 13:12,15 13:20,21 15:9,15 15:25 16:7,18 17:23 18:14,19 18:25
**barron**  8:3
**basically**  8:6 11:20
**batch**  12:17 17:19
**batches**  8:20
**began**  14:6
**beginning**  8:22 8:23 10:14 25:8

[beings - day]                                                                                    Page 2

| | | | |
|---|---|---|---|
| **beings** 10:15 19:1 | **businesses** 4:8 5:10,17 | **choice** 15:10 | **continue** 3:6,12 10:5 11:14 |
| **believe** 11:2,25 | **bytes** 9:9 | **choices** 14:20,20 | **continuing** 3:21 |
| **best** 17:18 | **c** | **chose** 9:22 | **convinced** 4:23 |
| **better** 5:11,16 | **c** 26:1,1 | **christmas** 5:4 | **count** 10:10 11:19 12:4,13,16 12:20 20:21 23:20 |
| **bid** 14:4,4,5 | **call** 6:24 8:10,12 18:16 20:16 | **circular** 23:1 | |
| **bidders** 14:3 | **called** 8:2 22:21 | **claim** 19:22 | |
| **biden** 17:24 | **campaign** 11:10 19:14 | **claims** 3:21 | |
| **big** 17:17,21,21 20:4 | **candidate** 2:22 | **claw** 24:6 | **counted** 2:8 10:19,21 12:14 21:7 |
| **biggest** 10:21 | **capturing** 15:4 | **clayton** 19:10 | |
| **bill** 5:6 14:1 | **car** 24:9 | **clean** 14:5 | |
| **bills** 6:5 | **card** 14:12,14 | **clear** 7:24 8:24 20:12 24:5 | **counter** 14:25 |
| **blond** 11:21,22 | **cards** 15:5 | **clock** 17:21 | **counties** 3:10 16:5 18:18 23:2 |
| **blue** 8:13 | **carpet** 9:15 | **clock's** 17:20 | |
| **board** 3:9 5:24 25:13 | **carriers** 7:7 | **close** 10:17 18:23 24:21 | **counting** 10:16 11:24 21:5,13 |
| **books** 23:18 | **case** 11:5 | **code** 3:3 | **country** 18:17 26:12 |
| **boxing** 21:22 22:10 | **cases** 20:6,11,13 | **coffee** 5:24 25:8 | |
| **brad** 1:14 2:3 | **cast** 2:9 23:19 | **come** 13:24 24:1 | **counts** 17:25 |
| **brave** 5:13 | **casting** 3:14 | **comes** 14:17 | **county** 5:23,24 6:16 8:2 10:7,8 17:13,17,22 18:6 18:14 19:14 22:21 23:7,25 25:8,11 |
| **break** 8:24 | **caused** 23:8 | **coming** 18:5 | |
| **briefing** 1:15 2:1 | **central** 15:6,7 | **commission** 25:11 | |
| **bright** 2:5 | **certain** 16:10,15 16:16 | **common** 22:13 | |
| **bring** 5:20 | **certification** 25:9,14 | **completely** 14:21 | **courage** 8:17 |
| **bringing** 4:9 16:3 | **certified** 7:1 25:5 | **computer** 5:20 | **court** 16:19 19:14 |
| **brings** 14:14 | **certify** 25:6 26:3 | **conclusions** 3:7 | **cover** 13:19 15:17 |
| **brought** 5:6 | **chairman** 25:12 | **condemned** 2:23 | |
| **bubble** 13:18 | **challenge** 14:4 | **conference** 18:9 | **covid** 4:9 |
| **buckets** 13:12 | **change** 16:13 | **conflate** 11:3 | **cutoff** 24:19 |
| **build** 4:1 | **characterize** 10:1 | **congressman** 11:7 | **d** |
| **buildings** 4:2 | **check** 14:10 | **consistently** 18:8 | **dashboard** 6:13 |
| **built** 3:23 4:3,5 | | **conspiracy** 11:23 22:23 | **date** 24:17 26:16 |
| **business** 3:20,23 5:1,11,14 | | **containers** 8:14 | **day** 2:12 7:17,23 8:4,18 9:9 14:8 |

22:12 23:19
days 2:7
dc 6:6
dead 23:22,24
deadline 14:7
deal 24:2
debunked 3:21
  13:2
decade 3:20
december 1:17
  3:4
degree 18:7
dekalb 19:10
delivery 14:7
democrat 11:24
democrats 4:12
depending 24:3
deployment 14:6
device 13:25
  14:10,13
dies 23:17,21
difference 18:2
different 4:25
  13:11,11,12
  14:22 19:1
differential
  10:19
diligently 23:2
direct 5:14
directing 22:6
director 8:1,3
discuss 3:15
disinformation
  2:22 6:24 11:7
  11:16 12:6
district 11:12
doing 8:4

dominion 14:3
door 7:25
doors 21:23
  24:21
downtime 9:1
drawing 4:17
drier 9:15
driver's 2:17
  24:23,25
driving 9:16
due 4:19
duncan 5:9

    e

e 26:1
early 2:5 23:18
  23:19 24:8
easy 23:24
efficiently 4:15
elaina 11:19
elect 3:5
elected 4:13
election 1:16 2:8
  2:22 3:1,8,11,17
  3:22 4:4,23 5:7
  5:15 6:9 7:20
  8:4 15:7 18:22
  19:5 20:17
  21:20 23:3,19,21
  24:18
elections 4:6 5:6
  5:23 8:1,2 25:13
electoral 11:16
electors 3:3 6:6
emergency
  13:20
employed 3:24

energies 5:15
energy 4:18
english 8:3
enjoy 5:18
enter 10:1
entrepreneurs
  5:13
envelope 15:24
  24:5
environment
  18:21
especially 10:17
  21:15
events 9:2
everybody 21:16
everybody's
  16:13 18:20
  22:17
evidence 4:24,24
  10:2 19:22
exact 6:2 9:21
exactly 20:17
excel 20:19
exists 15:10
expect 10:18
  25:6
expertise 20:3
experts 16:4
explain 7:3
  12:12 13:7 21:6

    f

f 26:1
fact 22:7
facts 4:24
failed 2:21
fair 3:11

families 5:17
far 6:9,15
farm 6:25 8:5,8
  8:11 9:1 23:7
fault 10:14 20:19
  22:12,12
faulty 16:25
federal 15:13
  16:19
fewer 17:13
figure 6:3 9:7
filed 19:14
final 1:13,16
  18:20 24:16
find 24:25
finding 12:25
fine 21:1 23:15
finish 23:8
first 2:16 5:21
  11:11
five 12:3,15
floor 9:13
focus 4:7,13,17
  4:20 5:2
foregoing 26:4
forward 5:4,6
four 13:11
fraught 4:23
friday 5:25
frustrated 11:13
  22:16,24
frustrating 9:19
  18:4,11 21:25
frustration
  21:14
fulton 8:2 17:12
  18:5 19:10,14
  22:21 23:6

**future** 4:7,20 5:2

**g**

**gabe** 17:9 19:23
**gabriel** 5:19
  12:14 13:10
  15:19,24 17:10
  17:16 19:6,20
  20:2 21:1,9
  23:11,15,23
  24:16,20 25:4,7
  25:16,20
**game** 12:24
**gap** 21:3,7
**gate** 6:24
**gbi** 2:14 16:4
  19:24
**general** 20:17
**generalized**
  16:24
**georgia** 1:13,13
  3:16,19 4:8,14
  5:1,11,16,18
  15:12
**georgian** 5:12
**georgians** 2:12
  3:13,25 4:10,11
  5:2 24:17
**getting** 4:8,14,15
  7:11 8:12 12:9
  21:17 23:3,22,24
**giant** 22:23
**gigabytes** 9:5
**ginning** 8:17
**give** 14:12,12
**given** 24:11
**glad** 2:4

**go** 5:21 6:20
  7:11,12,18 8:17
  11:19 13:13
  15:1 16:4 17:11
  20:9,21 21:17,19
  22:15,16,19 24:6
  24:9,20,22
**goal** 23:3
**goals** 4:18
**goes** 8:7,16 15:2
  24:8 25:1
**going** 6:23 7:3
  9:2 13:1,21
  15:22 16:3,19
  17:1,4 18:23,25
  20:10,21 22:2
**good** 2:4 4:9 5:5
  5:12,19
**governor** 5:8,9
  16:2
**grabbed** 20:20
**gray** 7:2
**great** 5:4
**ground** 3:24
**grow** 5:17
**growing** 4:7,14
**growth** 4:21
**gubernatorial**
  2:21
**guess** 12:15
  17:18 21:6
**guys** 6:10 8:18
  12:7 25:19

**h**

**hammer** 16:19
**hand** 8:13 10:10
  10:19,21 12:4,16

  12:20 13:14
  15:14
**handled** 18:24
  23:25
**handling** 20:8
**handwriting**
  16:4 20:4
**happen** 8:21
  9:17 10:9 18:24
  22:9
**happened** 7:19
**happens** 21:6
  23:17,20
**happy** 7:23
**harbor** 3:2 6:4
**harvesting** 2:13
**heading** 3:16
**headlines** 18:10
**heard** 7:22 12:23
**hearing** 12:10
  21:3
**heavily** 17:24
**held** 1:14 2:1
  15:11
**help** 5:10
**helping** 19:24
**hey** 8:18 18:17
**high** 13:17 18:21
**hit** 24:9
**home** 7:11,18
  21:17 22:15,17
**hopefully** 9:10
**hour** 21:4
**hours** 7:1,2
**hp** 14:18
**human** 10:15
  19:1

**hundreds** 3:24
  3:25
**hurting** 3:18,22
**hyde** 26:3

**i**

**idea** 19:20
**identify** 14:11
**illegal** 19:16
  21:13
**image** 15:3
**implement** 2:16
**important** 9:9
**impossible** 24:11
**impression** 7:11
  22:18
**included** 19:17
**indiscernible**
  5:20 12:19 13:8
  13:9 15:1,21,23
  18:9 19:16,17,19
  20:1,25 21:4
  23:13,14 24:14
  24:15 25:3,19
**infinitum** 22:3
**information**
  15:22 25:1
**initial** 14:7
**insert** 14:13
**inspected** 11:4
**integrity** 2:24
**intended** 14:20
**investigate**
  16:21,23
**investigations**
  3:6
**investigators** 7:2
  19:25

[involved - monthly]   Page 5

| | | | |
|---|---|---|---|
| involved 19:1,11 | know 4:1,22 5:1 | little 9:2,15 | managerial |
| irony 22:20 | 6:2 12:17 16:8 | 17:17 18:12 | 17:22 18:5 |
| irresponsible | 16:13 17:6,22 | location 14:23 | manpower 20:10 |
| 11:9 | 18:6,6,17 19:18 | 15:6 | map 10:20 |
| irresponsibly | 20:9,16 21:25 | locked 21:23 | marked 13:14 |
| 11:13 | 22:14 25:18 | long 2:7 7:17 | marking 13:25 |
| irritating 18:12 | knows 4:4,5 | 22:12,25 | 14:13 |
| issue 17:4 | **l** | longer 8:19 | mask 11:22,23 |
| issues 5:3 16:6 | landmarks 4:3 | look 10:23 14:19 | match 2:14 16:7 |
| 17:22 18:5 | large 19:12 | 19:1 | 16:12 |
| **j** | law 15:11,12,13 | looking 5:4 | matters 2:24,24 |
| january 3:12 | 15:25 21:10 | 19:25 | mean 8:7 9:16 |
| 5:15 6:8 24:18 | laws 23:17 | looks 17:13 | 12:22 21:7,17,21 |
| jen 11:18 | lawsuit 16:10 | losing 22:21 | meaning 14:5 |
| job 5:12 | lead 10:3 | lot 15:20,22 | means 17:24 |
| jobs 4:14 | leak 9:3,13 | lower 18:1 20:14 | measure 16:12 |
| jones 8:11 | learning 18:20 | **m** | 16:14 |
| jordan 11:18 | leave 21:19 22:6 | machine 13:8 | meet 3:4 23:3 |
| justin 7:2 12:7,9 | 22:7 | 14:9,22 | meeting 5:24 6:3 |
| 20:23,24 21:2 | leaving 7:21 | machines 10:8 | memory 15:5 |
| 23:10,13,16 | 21:18 22:18 | 10:12 11:1,3 | men 3:25 |
| **k** | ledanski 26:3 | 12:13 14:11 | mentioned 19:23 |
| keep 8:19 12:1 | left 18:16 | magic 7:5 | messages 12:10 |
| 12:10,24 15:25 | legal 26:11 | mail 10:22 13:22 | mic 13:6 |
| 21:3 22:21,22 | legally 2:9 3:13 | 17:4 | michigan 11:4 |
| 23:2 | 17:8 | main 20:2,8 | million 12:4 |
| kemp 16:2 | legislative 5:5 | 21:12 23:24 | mineola 26:14 |
| kept 21:24 | legislature 5:8 | major 5:7 | misbegotten |
| kind 8:15 10:2 | 14:1 | majority 4:11 | 7:10 |
| 13:16 18:23 | level 6:16 24:1 | making 5:16 | miscommunic... |
| 19:22 22:17 | license 2:17 | man 2:1 19:3,23 | 23:6 |
| 23:1 | 24:23,25 | manageable 9:8 | mislead 9:22 |
| knew 10:4 | lieutenant 5:9 | management | missed 12:7 |
| knocked 5:24 | literally 8:13 | 15:7 | mole 12:24 |
| knocking 7:22 | 18:16 19:15 | manager 11:10 | monday 6:24 |
| 8:6,7 | 21:22 | 23:6,7 | monitors 7:8 |
| | | | monthly 24:2 |

months 15:12
morning 2:4 5:19 6:1 7:16
move 6:23 9:14
moved 2:15
moving 6:8

**n**

n 26:1
name 3:3
nation 3:20
nearly 3:20
necessary 3:8
need 4:7 5:3 19:21
never 11:12
new 6:17 13:25 18:11,21 19:3,10
news 2:1
night 7:14,20 22:4,18
normal 4:16 10:25
notice 7:12
notifications 6:20
november 2:8 4:17 19:4 20:14 26:16
number 3:19 6:17 20:14,15
numbers 5:21
ny 26:14

**o**

o 26:1
o'clock 2:6
observer 21:5
observers 21:10 21:21 22:8,11
obvious 9:13 10:14
obviously 10:4 11:23
occasionally 13:20 14:24
office 2:25 6:1
officially 3:4
officials 4:13
okay 2:3,4 11:18 11:20 23:11,15
old 4:3 13:16 26:12
once 22:20
online 2:17 6:14 9:5,10 18:1 24:23
open 20:13
outcome 16:24
outlawed 2:13
overall 13:23
oversee 4:6
owners 5:1

**p**

packed 7:6,9
packing 7:13
pandemic 4:9
paper 2:15 13:15
parent 11:19
part 10:21 16:25 19:8 20:4 23:24
parts 9:9
paying 4:9
pennsylvania 11:20,25
people 4:22 7:4 7:15 11:2,14 13:7 20:16 22:5 22:6,7,13
percent 10:16,18 10:23,23,24 13:23,24
percentage 16:11,16,17
person 17:5,6,7 24:8,22
phone 8:10,12 18:16
physically 24:10
picture 11:21,22
place 2:6 5:11,16 6:19 9:18 17:2 24:3
plain 7:7
plane 11:19
point 10:14 12:25
pointed 5:22 6:4 25:7
polling 14:23
portal 24:23
positions 11:14
possible 4:15
post 7:1
powell 16:10
precinct 17:17
present 17:5 19:21
president 2:20 3:5,18 4:18 17:24
president's 9:20
presidential 1:13 18:22
press 7:8 18:9 21:17,18
press's 22:12
pretty 10:17
print 14:16,17
printer 14:18
privacy 24:11
proactive 6:19
probably 2:6 13:23 20:19 25:20
problem 17:20 18:18 22:2
problems 4:23 10:22
proceedings 26:5
process 2:19 4:19 6:14 14:4,5 14:5 19:2 23:22 23:24
processes 5:7 24:3
procurement 14:2
program 17:5
proof 11:1
proper 3:9 20:22
properly 6:7
prosecution 3:7
prosecutors 3:9
prosperity 5:18
protecting 4:13
proves 12:4
provide 1:15

[provisionals - signature]                                                                                                 Page 7

**provisionals** 13:19
**public** 9:23
**put** 6:12,19 9:18 11:14 18:7,9 19:10 20:19
**putting** 21:23

**q**

**question** 15:17 19:7 23:10 24:12
**questions** 13:4 15:20 20:24
**quickly** 23:4
**quite** 6:1 9:25

**r**

**r** 1:14 26:1
**raffensperger** 1:14 2:3 16:2
**raise** 5:17
**ralph** 8:11
**ran** 17:21
**range** 10:25
**rare** 22:14
**really** 9:6,19 16:11 19:9
**reason** 7:9 10:11 19:8 21:20
**recertifying** 3:1 5:22 15:16
**record** 26:5
**records** 24:1
**recount** 15:16 17:12,14 21:8
**recycled** 13:1
**refer** 3:9

**reform** 5:7
**regarding** 2:22
**register** 24:15,17
**registered** 3:13 19:4
**registrar** 24:22
**registration** 6:12 24:24
**registrations** 19:11
**regular** 13:21
**rejected** 2:23
**remain** 2:10
**remedies** 16:9
**report** 10:9
**reporter** 23:13
**republican** 11:11 21:15
**republicans** 4:12
**request** 6:14
**required** 21:11
**requirement** 2:17
**response** 19:19
**responsibility** 11:15
**rest** 9:21
**restore** 4:2
**result** 17:12
**results** 1:13,16 2:9 3:2 23:4
**retally** 15:15
**rick** 8:3,10
**rid** 2:4
**ridiculous** 10:13 11:25 12:24
**ridiculously** 16:18

**right** 6:8,21 9:7 9:8 13:4,13 18:22 21:8 24:13 25:21,21
**rights** 4:19
**road** 26:12
**role** 19:23,24 20:2
**rolls** 23:22,25
**room** 21:16 22:7
**rules** 24:11
**run** 4:6
**running** 17:21
**runoff** 5:15 24:18
**runoffs** 19:4,12

**s**

**safe** 3:2,11 6:4
**sanctions** 10:3
**sats** 13:17
**saw** 6:25 7:4,21 9:21 18:13
**saying** 10:13 12:1 20:16 22:11
**says** 10:10,11 18:17 21:13
**scanner** 14:22
**scanners** 14:24
**scanning** 8:19 12:11
**scantron** 13:16
**school** 13:17
**screen** 14:9,15 14:16
**seal** 8:13

**seals** 8:13 21:23
**seat** 11:12
**second** 8:15 17:10 23:10
**secondarily** 24:4
**secondary** 21:9
**secrecy** 24:6
**secret** 7:4
**secretary** 1:14 2:11,16,25 5:22 7:21 16:2 19:25
**secure** 2:12 3:11
**security** 2:19
**see** 7:12,14 8:11 8:14,22 9:12,13 9:14,15,16,17,22 11:14 18:4
**seen** 18:1
**seized** 10:7 11:1
**selections** 14:15
**senators** 9:23 11:24
**sending** 11:15
**sense** 22:14
**sent** 6:6 11:7
**separated** 24:5
**serious** 5:3
**session** 5:5
**set** 6:7
**setting** 7:16
**sheets** 13:16
**shoulder** 8:15
**show** 10:18
**shown** 12:15
**side** 8:16 9:3 21:15
**signature** 2:14 15:21 16:6,8

[signature - training] Page 8

| | | | |
|---|---|---|---|
| 26:8 | stay 8:19 | 16:25 17:3 | thingy 9:16 |
| signatures 16:13 | stayed 22:8 | 18:21 24:7 | think 7:24 8:17 |
| signed 6:21 | steps 3:12 | systems 14:3 | 13:7 15:12 |
| similar 7:21 | sterling 5:19 | t | 16:25 20:5,5,6,9 |
| sleeve 24:6 | 12:14 13:10 | | 21:20,21 22:17 |
| slow 9:2 | 15:19,24 17:10 | t 26:1,1 | thought 7:18 |
| slumped 8:15 | 17:16 19:6,20 | table 9:17 | 21:16 23:8 |
| small 5:14 | 20:2 21:1,9 | tables 7:16 | thousands 19:15 |
| solutions 26:11 | 23:11,15,23 | tabulate 15:8 | three 2:9 12:13 |
| somebody 22:1,4 | 24:16,20 25:4,7 | tabulates 15:2 | 12:19 14:3,24 |
| 24:8 25:11 | 25:16,20 | tabulation 19:17 | 18:25 |
| sonya 26:3 | stolen 3:17,21 | take 3:12 10:20 | throw 16:17 |
| specific 16:5,5 | story 4:25 | 14:9,21 | throwing 20:10 |
| 16:22,22 | strengthen 2:18 | taken 15:6 | time 4:20 5:2,4 |
| specifically 11:6 | 4:2,3 | takes 4:1 15:3 | 5:14 6:2,5 7:19 |
| spent 7:1,2 | strengthened | talk 3:16 5:25 | 7:21 8:12 15:2 |
| spreadsheet | 2:13 | 6:17 | 18:20 24:19 |
| 20:20 | stress 18:21 | talked 6:10 | 25:6 |
| stacey 3:17 | stuck 18:15,15 | 25:10,10,11 | times 2:9 12:13 |
| standing 12:1 | studies 10:18 | talking 19:18,21 | 12:15,19 18:25 |
| start 5:13 23:23 | stuff 9:14 13:18 | 23:16 | tired 7:17 18:6 |
| started 3:23 21:4 | subjective 16:12 | team 4:4,5 | 22:15 |
| 22:19 | 16:14 | teams 4:1 | today 2:25 5:20 |
| state 1:14 2:11 | subset 20:14,22 | tell 4:25 8:17 | 5:23 9:10 15:16 |
| 2:16 3:8,19,19 | sudden 22:22 | ten 2:6 | 24:16 25:15,16 |
| 3:22 4:10 6:25 | suit 19:13 | tens 19:15 | 25:17 |
| 8:2,5,8,11 9:1,22 | suitcases 7:4 | tenth 11:12 | told 25:12 |
| 11:24 13:19 | suite 26:13 | thank 5:18 25:22 | tomorrow 3:3 |
| 14:2 19:25 | summer 14:6 | thing 2:4 8:23 | 6:5 9:11 |
| 21:10 23:7 | superior 19:14 | 10:2 13:2 16:20 | tonight 25:2 |
| 24:11 | supposed 17:7 | 20:9,11,12 21:10 | tool 9:6 13:25 |
| state's 2:25 3:1 | sure 2:5 9:25 | 21:12,22 22:14 | top 16:18 |
| states 2:21 3:3 | 12:8 17:25 | 23:1 24:7 | total 6:14 17:25 |
| 3:18 11:6 23:17 | 18:18 | things 7:13 9:17 | tracks 6:18 |
| statewide 16:8 | switching 12:5 | 9:21 10:5 12:2 | traditional |
| 17:25 | system 2:15 6:12 | 15:4 18:23 | 13:14 |
| state's 1:16 | 6:18,18 10:15 | 21:22 22:9,10 | training 2:14 |
| | 11:17 15:8 | | |

[transcript - zamboni]  Page 9

transcript 26:4
tried 5:25
trop 14:25
true 10:8 20:18 26:4
trump 19:13
truth 2:24
try 10:1 19:7 20:15
trying 9:7 11:2 23:2
tuesday 19:9
turned 8:25
twitter 11:8
two 13:10,12 14:23 15:4,11 16:1 17:16 20:24
types 13:11,12

**u**

unchanged 2:10
undermining 11:16
understand 4:6 8:8 13:7 21:14
understandably 7:23
united 2:21 3:2 3:18 11:6
unnecessary 16:20
untrue 10:4,4
update 1:15
urinal 8:25
use 15:14 22:13
usually 24:2,21

**v**

vaccine 4:14
valentine's 14:8
vast 4:11
veritext 26:11
vice 17:24
video 7:3 9:24 10:1
videos 7:13
videotape 6:25 9:4,5,20
view 7:7
vital 24:1
vote 2:12 23:20 24:7,15,17
voted 23:18,18
voter 6:12 15:10 23:17,21,22,25 24:24
voters 6:15,20 19:3
votes 11:20 12:5 13:23,24 17:13 17:16 19:16 21:6 24:8
voting 14:3,11 17:7,8

**w**

waiting 5:23 25:8
walk 9:12
want 4:12
wanted 7:17 22:15
ware 10:7,8
warehouse 8:4
watch 8:21 14:25
watched 8:23
water 9:13
watermain 8:24
way 7:25 9:15 24:6
we've 9:8 17:19 17:25
wednesday 19:9
week 6:10
weekend 12:7 25:10
weekly 24:2
whack 12:24
win 4:4 22:20
woman 11:21,22 12:11 13:6 15:18,20 17:9,12 19:13 24:14,19 25:3,5,15,18
women 3:25
won 14:3
work 3:8 4:2 5:8 5:9,25 8:16
worked 2:11 22:23
workers 7:7 8:18 21:18,20
working 3:10 6:3 9:4 16:3 22:8,19,22,22,25 23:2
worrisome 17:18
worry 17:14
written 10:9
wrong 20:6

wrote 11:8
wsb 7:2

**y**

yeah 15:19 20:23 23:11 25:20
years 4:1 11:10 15:11 16:1

**z**

zamboni 9:15