# Exhibit 8

# Exhibit 11

## Has been saved as a ZIP FILE

Please reach out to litsup-ny2@veritext.com to retrieve a copy



**Plaintiffs' Exhibit**
**PTX-307**

C.A. No. 21-3354 (BAH)