# Exhibit 9

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13    Senate Judiciary Subcommittee

14    December 3, 2020

15

16

17

18

19

20

21

22

23

24

25



**Plaintiffs' Exhibit**

**PTX-223**

C.A. No. 21-3354 (BAH)

**Exhibit 0005**

Pick

Page 2

1    CHAIRMAN WILLIAM LIGON, JR.:  Go ahead
2 and call the Subcommittee of the Judiciary to
3 order, and I would like to open up by asking
4 Senator Heath to open us up with a word of
5 prayer.  Let's pray.
6    SENATOR BILL HEATH:  Heavenly Father,
7 we thank you for this day.  We thank you for all
8 the great blessings in life.  Lord, you've been
9 incredibly grateful -- gracious with us and
10 blessed us in so many ways.
11    Lord, we thank you for those that
12 you've spared from the -- from the virus and from
13 illness and we pray that you continue to protect
14 us, give us -- give us your divine protection.
15    We pray, Lord, that in this meeting
16 today that you would give us wisdom, that if
17 there's anything that's not truthful that might
18 come out of our mouth, I pray that you would just
19 remove that from our minds, give us civility.
20 Lord, I just pray that the truth will be brought
21 to light in this meeting and that everything that
22 is said and done here would bring honor to your
23 name.
24    We pray for your blessings on this
25 state and on this country.  In Jesus' name I

Page 3

1 pray, Amen.
2    CHAIRMAN WILLIAM LIGON, JR.:  Okay.  I
3 want to thank all of you for coming today.  Let
4 me just say a couple of things before we begin
5 with the testimony.  You know, I think that we
6 all recognize that in our constitutional republic
7 that the right to vote is sacred and that
8 includes the right to have our votes counted and
9 recorded properly and not to be canceled out by
10 illegal votes.
11    Every legal vote must count and failure
12 to ensure this violates the fundamental civil
13 rights of Georgia citizens.  Since the 3rd of
14 November, we in the Senate have been flooded with
15 reports from those citizens about voting
16 irregularities and potential fraud, both in the
17 election and in the audit process.
18    In fact, it was proper for this
19 committee to wait until the completion of the
20 audit to convene these hearings.  These
21 complaints deserve full investigation.  In fact,
22 even though the national and local media are
23 pretending that there's nothing to see here, we
24 in the Senate have a constitutional
25 responsibility to get to the bottom of what

Page 4

1 happened, and if the evidence demonstrates
2 problems in the election process, we have an
3 obligation to take appropriate action.
4    We don't know where the investigation
5 will lead, but failing to examine the evidence
6 would show utter disrespect and even contempt to
7 the honest citizens who saw what they saw and
8 cannot in good conscience keep quiet about it.
9 It would also irreparably damage the confidence
10 that we all should have in the integrity of the
11 election process.
12    I want to thank everyone again who has
13 taken their time to be here today and to tell us
14 about their experiences.  Your participation is
15 the essence of patriotism, and we are very
16 grateful.
17    Okay.  I want the record to also
18 reflect that the minority party was notified.
19 They were members to the committee.  There's
20 Senator Parent.  Thank you for being here.
21    Okay.  We will begin with the first
22 witness and we have with us today Mayor Rudy
23 Giuliani, and sir, thank you for being here, and
24 if you would -- you can testify where you are.
25    MAYOR RUDY GIULIANI:  Well, thank you

Page 5

1 very much, Mr. Chairman, but if you don't mind
2 I'm going to defer to our counsel and then after
3 he finishes then I'll (indiscernible) witnesses.
4    CHAIRMAN WILLIAM LIGON, JR.:  Okay.
5 All right.  If you would state your name and let
6 me -- what number -- it's number 12, 12, 12.
7 Okay.
8    RAY SMITH:  Good afternoon, Mr.
9 Chairman.  Ray Smith.  I am honored to be the
10 lead counsel for the -- for Georgia's -- for the
11 President of the United States, Donald J. Trump.
12    CHAIRMAN WILLIAM LIGON, JR.:  Mr.
13 Smith, I tell you, it might be better if you
14 stood at the witness stand right behind us if
15 that's okay?
16    RAY SMITH:  Sure, no problem.
17    CHAIRMAN WILLIAM LIGON, JR.:  Yeah,
18 what number is that by the podium?
19    RAY SMITH:  All right, are we on?
20    RAY LIGON, JR.:  We're on.
21    RAY SMITH:  Okay, good afternoon again.
22 My name is Ray Smith.  I am honored to be the
23 lead counsel in Georgia for Donald J. Trump, the
24 President of the United States.  Mr. Chairman,
25 Mr. Vice Chairman, members of the committee,

2 (Pages 2 - 5)

Page 6

1 thank you for hearing us today to consider the
2 issues, problems, concerns, irregularities,
3 violations of the law, potential fraud in the
4 November 3, 2020 election in the state of
5 Georgia.
6        This hearing is the tip of the iceberg.
7 We are filing today a petition in the Fulton
8 Superior Court contesting the results of the 2020
9 presidential election in Georgia.  Because of the
10 documented results of the 2020 presidential
11 election in Georgia because -- excuse me -- the
12 irregularities and the abject failure of the
13 secretary of state of this state and the counties
14 to properly conduct -- of the election.
15        It is impossible, impossible, to
16 certify the results of the 2020 presidential
17 election.  Normally in an election contest under
18 Georgia law, the remedy is a new election.  That
19 would certainly be possible remedy in the
20 instance and we are asking the Court to order a
21 new election.
22        However, because the presidential
23 election is actually a delegation of your
24 constitutional duties as a legislature, you as a
25 Georgia legislature are the body that is to

Page 7

1 choose the presidential electors.
2        As you're aware, the United States
3 Constitution states, "Each state shall appoint in
4 such manner as the legislature thereof may direct
5 a number of electors equal to the number -- the
6 whole number of senators and representatives to
7 which the state may be entitled in Congress."
8 And in Georgia, of course, that's 16.  The United
9 States Constitution, Article 2, Section 1.
10        The Georgia legislature has established
11 the election code for the state of Georgia
12 specifying the time, place, and manner of
13 conducting federal elections, including the 2020
14 presidential election.
15        But when is -- here the election code
16 was ignored and wholly disregarded, the
17 Legislature cannot rely on the results of that
18 flawed process Congress has provided for that
19 eventuality.
20        Title 3 of the United States Code,
21 Section 2, provides, "Whenever any state has held
22 an election for the purpose of choosing electors
23 and has failed to make a choice on the day
24 prescribed by law, the electors may be appointed
25 on a subsequent day in such a manner as the

Page 8

1 legislature of such state may direct."
2        In other words, because the November 3,
3 2020 general election was so fraught with error,
4 violations of law, lack of uniformity across the
5 state, it is the legislature, the legislature,
6 that must choose the presidential electors
7 exactly as specified in the United States
8 constitution, federal law, and the Georgia
9 Constitution of the state.
10        Our election contest petition that we
11 are filing today cites multiple violations of the
12 election code of the state, several of which by
13 themselves would reverse the outcome of this
14 election.
15        The margin of ostensible victory for
16 former Vice President Biden is approximately
17 12,500 ballots.  I say approximately because the
18 margin has changed several times and is likely
19 changed again as a result of the current ongoing
20 statutory recount.  But we do -- we do know that
21 the margin is less than one half of 1 percent of
22 the millions of votes cast in the presidential
23 election in Georgia this year.
24        What we are presenting to the Court and
25 to you today as the Georgia Legislature are

Page 9

1 facts.  Facts:  2,506 felons voted illegally in
2 Georgia; 66,248 under age and therefore
3 ineligible people to illegally register to vote
4 before their 17 birthday when the law requires
5 17-and-a-half years old; at least 2,423
6 individuals to vote who were not listed as
7 registered; 1,043 individuals to cast ballots who
8 had illegally registered to vote using a Post
9 Office box; 4,926 individuals voted in Georgia
10 who had registered to vote after their Georgia
11 voter registration date, thereby canceling their
12 Georgia voter registration; 10,315 or more
13 individuals to vote who are deceased by the time
14 of the election; 395 individuals to vote in
15 Georgia who had cast ballots in another state,
16 which is illegal in both states; 15,700
17 individuals to vote in Georgia who had filed a
18 national change of address with the United States
19 Postal Service prior to November 3, 2020; 40,279
20 individuals to vote who had moved across county
21 lines at least 30 days prior to election day and
22 who had failed to properly re-register to vote in
23 their new county after moving, also in violation
24 of Georgia law.
25        The petition to -- for contest will

3 (Pages 6 - 9)

Page 10

1 include affidavits of more than 100 -- 100
2 Georgia voters sworn under penalty of perjury,
3 attesting to and confirming multiple violations
4 of the Georgia Election Code. You will hear from
5 several of those witnesses today.
6        And then we have the issue of outright
7 lies and potential fraud. The actual results of
8 legal ballots cast in the November 3, 2020
9 election in compliance with the Georgia Election
10 Code cannot be known ever, not by the secretary
11 of state, not by the governor downstairs, not by
12 the voting public, and not by this Georgia
13 Legislature.
14        That is why the election must be
15 vacated and cannot be allowed to stand and that
16 is why the Georgia Legislature must exercise and
17 fulfill its duties under the United States
18 Constitution, the Georgia Constitution, and
19 Georgia law. The Georgia Legislature must
20 appoint the presidential electors to meet on
21 December 14, 2020. That is your duty to the
22 people of Georgia and to the United States. You
23 must determine the presidential elections --
24 electors.
25        Now, I'd like to introduce Jackie Pick

Page 11

1 who is going to introduce our video and is going
2 to narrate the video that we have to show to the
3 -- to the committee, please.
4        CHAIRMAN WILLIAM LIGON, JR.: Ma'am, I
5 need for you to go to the podium.
6        RAY SMITH: And Ms. Pick is an attorney
7 as well. Thank you.
8        CHAIRMAN WILLIAM LIGON, JR.: If you
9 would tell us your name and your position,
10 please?
11        JACKIE PICK: So, I'm Jackie Pick and
12 I'm here as a volunteer. I am a lawyer, but I'm
13 not acting as a lawyer in this case. I'm just
14 helping out the legal team here and going to
15 explain to you the evidence that we have from the
16 State Farm Arena here in Fulton County, which
17 goes to what Ray was talking about in terms of
18 fraud or misrepresentation.
19        So, when that queues. Okay. So, it's
20 going to be tough because I'm going to have to
21 depart from the microphone and point out some
22 things at times.
23        CHAIRMAN WILLIAM LIGON, JR.: Sure,
24 that's fine.
25        JACKIE PICK: You're looking at one big

Page 12

1 room here. This is where, according to our
2 witnesses, who have given sworn affidavits, this
3 is where the absentee ballots and military
4 ballots are being tabulated on Election Day.
5        So, we have the tape from first thing
6 in the morning all the way past the close of the
7 polls. What you have is essentially two
8 Republican field organizers who were sent here to
9 be observers. At no time were they actually
10 permitted to observe in a meaningful way.
11        I'm sorry. I have a voice issue today.
12        They are roped off with the press on
13 the side. Let me see if I can show you. Keep
14 your eyes right here. Okay.
15        CHAIRMAN WILLIAM LIGON, JR.: Tell you
16 what you could do to help us out so that everyone
17 can hear who's live streaming. If you would tell
18 us what you're going to point to and then go
19 point to it.
20        JACKIE PICK: Okay. Okay.
21        CHAIRMAN WILLIAM LIGON, JR.: Okay?
22 All right?
23        JACKIE PICK: So, now what will happen
24 is these frames can move around, so this can get
25 a little confusing, but I'll make sure to make it

Page 13

1 clear. We have two observers there that are
2 going to show up -- not at this point. This is
3 in the morning as you can see the daylight.
4 They're going to get there at about 8:00 to watch
5 the tabulation of absentee and military ballots.
6        But according to their affidavits, at
7 about 10:00 there was one person working the
8 polls who told everyone in the room to leave on
9 the basis they were going to stop counting and
10 return at 8:30 in the morning. So, if I can get
11 the frame for approximately 10:00 or 10:20-ish?
12        CHAIRMAN WILLIAM LIGON, JR.: 10 p.m.
13        JACKIE PICK: Okay.
14        CHAIRMAN WILLIAM LIGON, JR.:
15 (Indiscernible).
16        JACKIE PICK: We'll have to come back
17 to the morning for a different reason in just a
18 second. Okay, so you can see what time it is
19 here, right here, so we're at about 10:00 and
20 what you'll notice is that the workers are
21 present working and you have -- back in that
22 corner I pointed out to you the press and the
23 Republican observers.
24        So, according to the witnesses, the
25 republican observers, there is a lady who has

4 (Pages 10 - 13)

Page 14

1 blonde braids who comes out to announce we're
2 going to stop counting, everyone go home, and in
3 fact we see that. What happens is everyone
4 clears out including the Republican observers and
5 the press, but four people stay behind and
6 continue counting and tabulating well into the
7 night from that point, which is going to be about
8 10:25 when they all clear out or 10:30, and they
9 will continue counting unobserved, unsupervised,
10 not in public view as your statute requires until
11 about 1 in the morning.
12       The reason we know this is because when
13 our Republican observers were forced to leave,
14 they went to the Central tabulation center and
15 they got news from a -- word from a news crew
16 that in fact counting had continued. They have
17 information that not everybody left according to
18 plan and some people stayed behind.
19       So, this shocked them. So, they
20 returned back to State Farm Arena at about 1:00
21 in the morning where they confirmed that in fact
22 people had just left State Farm Arena in
23 contravention of what they'd been told by the
24 supervisors who are running this operation.
25       So, okay, we're still at about 10:00.

Page 15

1 Can you take us to about 10:25? So, we can see
2 the change. You're going to watch this place be
3 busy and filled up to emptied at sometime between
4 10:25 and 10:35, which is consistent with what
5 the affidavits say.
6       Okay. So, 10:25 they're still there.
7 Let's go to 10:35. It takes it just a few
8 minutes for the frames to actually catch up with
9 -- there you go -- with the time that you're
10 seeing. So, here you see it's all cleared out.
11 We just went from 10:25 to 10:37. The place is a
12 ghost town.
13       This is where the people were vacated
14 and told go home. Come back at 8:30. We will
15 now stop working and stop counting. But notice
16 who stays behind. You have four people
17 consistent with our affidavits who stayed behind.
18       And so, you'll see the lady in purple.
19 You'll see two women in yellow in the back, which
20 is where the scanners are there at the top, top
21 right frame, and then the lady with the blonde
22 braids also who told everyone to leave. Those
23 are the four people who will stay behind.
24       Okay. Observer's still there. So, the
25 Republican observers said they were the last

Page 16

1 people to leave State Farm Arena along with the
2 Fox News crew excepting those four people.
3       So, what you're going to see -- look at
4 the ladies in yellow. You'll see that they will
5 begin just sitting still doing nothing,
6 ostensibly not working because after all they
7 said they were going to stop counting.
8       They will wait until the witnesses over
9 there in that roped off area, the press and the
10 observers, leave the room. Then you'll see them
11 move into action and begin scanning ballots.
12       Okay. So, I think what we can do now
13 is fast forward to about 11. Do you see them?
14 Yeah, okay, there they walk. They're walking
15 off, but the ladies in yellow are still there.
16       Yes. Keep your eyes on the lady in
17 purple and the two in yellow and the woman in the
18 blue apron with blonde braids, because those are
19 the people who stay behind.
20       Okay. So, what you're going to see
21 happen at about 11:00 is once everyone is gone,
22 coast is clear, they are going to pull ballots
23 out from underneath a table. Watch this table.
24 So, actually this will take a few minutes, but we
25 did not know when we first watched this, okay, is

Page 17

1 it normal to store suitcases of ballots under a
2 table under a tablecloth? Is that how they run
3 the place? Maybe this is what they've been doing
4 all day. Maybe this is what they're doing under
5 all the tables.
6       So, we went back and watched the video,
7 a team of us. We don't see that. What we see is
8 typically you're going to find ballots, you know,
9 back in this corner or coming in through a door
10 and then they get moved and circulated throughout
11 the room, and it can get a little confusing
12 because they have these black containers of
13 ballots. They have the U.S. Postal Service
14 containers.
15       But what we're trying to do when we
16 determined that there were being -- ballots being
17 pulled out from underneath this table is, you
18 know, what was the chain of custody? Where did
19 they come from? Who put them there? When did
20 they put them there?
21       We only reviewed this at about 1 in the
22 morning last night for a couple of hours. So,
23 we're going to need about 14 hours to watch it
24 carefully because we fast forwarded through it
25 several times and could not find that particular

5 (Pages 14 - 17)

Page 18

1 frame.  But here's what we can tell you for sure.
2       At about 8:00 in the morning -- we're
3 going to roll this back and show it to you.
4 There you go.  So, now they're going to start
5 pulling these ballots out from under this table.
6 This table, the black one, was placed there by
7 the lady with the blonde braids at about 8:22
8 a.m. in the morning.  So, she put that table
9 there.  So, the same person who's staying behind
10 now, the same person who cleared the place out
11 under the pretense that we're going to stop
12 counting is the person who put the table there at
13 8:22 in the morning.
14       Yeah, I saw four suitcases come out
15 from underneath the table.  Yeah, upper right
16 hand.  You see the gentleman in the red.  So, he
17 just pulled one out.
18       So, what are these ballots doing there
19 separate from all the other ballots and why are
20 they only counting them whenever the place is
21 cleared out with no witnesses is the question.
22 So, these machines can process about 3,000
23 ballots an hour.  You have multiple, multiple
24 machines there and they're there for two hours.
25       So, you do the math.  How many ballots

Page 19

1 went through those machines in those two hours
2 when there was no one there to supervise, to be
3 present, consistent with your statutes and rules
4 to supervise the tabulation?
5       We believe that could easily be and
6 probably is certainly beyond the margin of
7 victory in this race, because if it's only three
8 scanners working for two hours, right, that's
9 18,000 ballots that went through.
10       So, we're now at 11:09.  There were --
11 in addition to the four workers that you see
12 there, there were two other people who were
13 bringing ballots in and out, the gentleman in red
14 that you saw, and then a second person, I can't
15 tell if it's a male or female based on their hair
16 being pulled back and their mask, but in any
17 event, that's six total people.
18       And so, if we were to sit here for the
19 next two hours, what we would see is that this
20 operation just goes on and on and on.  They're
21 scanning until about 12:55 in the morning.  So,
22 we kept the video running, and you know, we can
23 show you the people who gave us the affidavits
24 reappearing at that time, just as they said
25 around 1 a.m., to find out are they in fact

Page 20

1 counting after they told us they would stop
2 working or not?
3       And we will fast forward to that, but
4 have you all seen as much as you'd like to see of
5 what's happening here?
6       CHAIRMAN WILLIAM LIGON, JR.:  I think
7 so.
8       JACKIE PICK:  I think you basically get
9 the idea.
10       CHAIRMAN WILLIAM LIGON, JR.:  Unless
11 any member wants to see more.
12       JACKIE PICK:  You have any questions?
13       CHAIRMAN WILLIAM LIGON, JR.:  No.  No,
14 let's go ahead.
15       JACKIE PICK:  Okay.  So, let's fast
16 forward to about 12:55 in the morning.  Okay.
17 So, it's updated to 12:50.  You can see these
18 people are still there up in the upper right-hand
19 corner.  Basically they've wrapped up.  This is
20 the end of their operation.
21       They've now completed about two hours
22 of unsupervised tabulation of ballots.  So, now
23 you're going to watch them leave, and let's fast
24 forward to -- let's go to 1:30.  I think it's
25 between 1:30 and 1:45 is when our two witnesses

Page 21

1 come back.  They had to fight through security to
2 get in there but they did and they say in their
3 affidavits that two different people affirm for
4 them that people have been counting from, you
5 know, 10:30 when they cleared out until about
6 approximately five minutes before they arrived,
7 and they have the names of those people who told
8 them that.
9       Okay, now we're looking at, what is
10 that, 1:42 in the morning.  Is there a way to
11 fast forward a bit or make it go a little faster?
12 Okay.  There are guys right there in the lower
13 left-hand corner.  So, they've now returned to
14 State Farm Arena having heard from the press that
15 they had continued counting because they wanted
16 to see for themselves if that was really
17 happening, which was a complete contradiction to
18 what they had been told by at least one person
19 from Fulton County who's an employee and
20 spokesperson and also the lady in the blonde
21 braids we spoke about earlier.
22       And so, they see for themselves and
23 from this we get the affidavit.  I don't know the
24 name of the lady in the blonde braids.  They
25 simply gave the description to us, and you can --

6 (Pages 18 - 21)

Page 22

1 you can make out clearly who she is based on the
2 people in the -- in the film.
3      Lady in the blonde braids halfway down
4 her back is the person who yelled out everyone
5 leave and stop counting. I believe Ms. Waller is
6 the spokesperson for Fulton County Elections who
7 is -- who remained behind the other two people
8 they don't have names for. They just said they
9 were older women. One of them had the name Ruby
10 across her shirt somewhere and that's as much as
11 they know about who those people were.
12      But -- so, our guys go in. They look
13 around. They ask a few questions and they leave.
14 It is from their affidavits that we even knew to
15 ask about this.
16      And you might recall that the press
17 reported there was like a supposed water break or
18 water main break or pipe break or whatever and
19 that this was an excuse for people clearing out
20 of State Farm Arena. It's not clear from the
21 affidavits that I saw whether or not that was the
22 reason given by the election official or whether
23 they gave any reason at all. They just said
24 stop, we're leaving, we'll be back at 8:30. So,
25 I don't know if that was a play here or not.

Page 23

1      Okay, can we back up to 8:22 a.m. in
2 the morning, same frames, because we wanted to
3 know when did that table get put there? Who put
4 it there? What did the ballots get put there?
5 Who put it there?
6      Okay, so 8:21, you'll notice the table
7 is not there at all. Here it comes. There's the
8 table going in that we're talking about where the
9 ballots were obscured. That lady who's moving it
10 is the lady with the blonde braids. She's
11 dressed differently in the morning. So, it took
12 us a while to figure out that's the same person
13 that you see at night with the blue apron on
14 who's yelling for everyone to leave and who stays
15 behind to help tabulate ballots after they've all
16 left.
17      So, I can see that she's the one who
18 chose to place that table there close to the
19 scanners. And so, the video is still under
20 review. We need to spend hours reviewing
21 carefully how those ballots got there, but we can
22 tell you that it appears to be an aberration from
23 how the other ballots were handled in that room
24 throughout that day.
25      So, that's the gist of it. Do you have

Page 24

1 any questions?
2      CHAIRMAN WILLIAM LIGON, JR.: Any
3 questions? Senator Heath?
4      SENATOR BILL HEATH: Fulton County
5 Chairman Rob Pitts testified in a committee
6 earlier today that the water break occurred at
7 6:07 a.m. and was repaired by 12:07 a.m.
8      WOCHAIRMAN WILLIAM LIGON, JR.: 8:07.
9      SENATOR BILL HEATH: 8:07, two hours,
10 6:07 until 8:07, and that the water main break
11 did not disrupt the work of the whole room that
12 his example was that if we were counting ballots
13 working in here and the water main break was in
14 the back or the leak, we would just simply move
15 out of the way of the leak.
16      But he testified this morning that the
17 leak occurred at 6:07 and was repaired by 8:07
18 a.m. From what I'm seeing here, I don't see
19 anybody moving around to avoid a leak.
20      JACKIE PICK: No.
21      SENATOR BILL HEATH: He did state that
22 the leak was greatly exaggerated and that it was
23 not like -- wiped out the whole place but I just
24 thought that might be --
25      JACKIE PICK: What's that?

Page 25

1      SENATOR BILL HEATH: I mean, the water
2 leak according to the commission chairman was at
3 6:07 a.m.
4      JACKIE PICK: I'm told that we have a
5 video that it was a toilet leak and not a water
6 main break, but I know that Mr. Pitt's name was
7 mentioned in one of our affidavits and our
8 witness says that he was physically present in
9 this room clear up until everyone was made to
10 leave.
11      So, presumably if he was in the room at
12 the time they made the announcement, he would be
13 a witness to that. He was one of the last to
14 leave, but he did leave in front of our witnesses
15 -- before our witnesses. Yes?
16      CHAIRMAN WILLIAM LIGON, JR.: Senator
17 Parent?
18      SENATOR ELENA PARENT: Thank you.
19 Thank you for being with us. We heard from the
20 Secretary of State's Office earlier just a couple
21 hours ago that they've investigated this
22 repeatedly, that they had a monitor on site the
23 entire time, and frankly this has been debunked
24 for weeks by our Secretary of State's Office.
25      JACKIE PICK: I doubt he's seen the

7 (Pages 22 - 25)

Page 26

1 video.
2      SENATOR ELENA PARENT:  What evidence --
3 then I think the courts will probably be able to
4 handle this once you present your evidence to
5 them.
6      As I'm aware, there have been about 40
7 lawsuits dismissed already, and according to the
8 law of the state of Georgia, we do not have the
9 power to submit alternate electors.
10      The provision in the law is quite clear
11 at 21-2-501-F.
12      JACKIE PICK:  Is there a question?
13      CHAIRMAN WILLIAM LIGON, JR.:  Senator -
14 - we'll ask questions.  We'll have a time for
15 statements at the conclusion if --
16      SENATOR ELENA PARENT:  Yeah, my
17 question is what -- the question is since this
18 has been debunked repeatedly, what evidence can
19 you give to us that counters what our elections
20 officials have presented us with only an hour
21 ago?
22      JACKIE PICK:  You just saw it.  Your
23 officials need to watch the video.
24      SENATOR ELENA PARENT:  What about the
25 fact that they say that they had a monitor there

Page 27

1 the entire time?
2      JACKIE PICK:  I can't speak for them.
3      SENATOR ELENA PARENT:  Well -- thank
4 you.
5      MAN 2:  They did not have -- they did
6 not have the video.
7      SENATOR ELENA PARENT:  They said they
8 had a monitor the whole time.
9      CHAIRMAN WILLIAM LIGON, JR.:  Okay.
10      JACKIE PICK:  You're looking at the
11 room.
12      MAN 2:  There's no -- there's no
13 secretary of state --
14      SENATOR ELENA PARENT:  Then maybe we
15 should invite them back in.
16      CHAIRMAN WILLIAM LIGON, JR.:  All
17 right, well, we may need to do that.  Senator
18 Tillery?  What number are you?
19      SENATOR BLAKE TILLERY:  Number one.
20      CHAIRMAN WILLIAM LIGON, JR.:  Number
21 one?
22      SENATOR BLAKE TILLERY:  Thank you, Mr.
23 Chairman.  Thank you, Ms. Pick.
24      I just have two questions just to try
25 to follow through and understand this a little

Page 28

1 better.  Thank you for presenting this.
2 (Indiscernible) --
3      CHAIRMAN WILLIAM LIGON, JR.:  Yeah, get
4 a little closer, too.
5      SENATOR BLAKE TILLERY:  Okay.  Is that
6 better?  Thank you again for being here.  Thank
7 you for presenting this.  I just have two
8 questions to kind of understand it a little
9 better.  My first is I didn't have this before
10 but when Senator Parent asked it made me ask,
11 have you been able to figure out where your
12 monitor would have been -- or the monitor -- can
13 you point that out to us?
14      JACKIE PICK:  Yes.  Yeah.  Right here.
15      SENATORY TILLERY:  Okay.
16      JACKIE PICK:  So --
17      SENATOR BLAKE TILLERY:  And it's easier
18 to see in -- from where I'm sitting slide in the
19 top left.  Can you see - -can you help me
20 understand where -- if that's where -- sorry, top
21 right is where the scanners are.  Where would the
22 monitor be in that screen?  I'm just trying to be
23 able to understand it.
24      JACKIE PICK:  Yes.  It's very confusing
25 because these frames don't portray that

Page 29

1 accurately.  What the witnesses said is that when
2 they were in that roped off area I just pointed
3 to with the press, not only could they not see a
4 single ballot because they were so far away, they
5 couldn't see those scanners at all.
6      The only reason that they knew the
7 scanners were there is because the election
8 official, Ms. Waller, told them so.  So, I don't
9 know if that means -- this is an enormous room --
10 that there was like a curvature to the room, but
11 that is not a straight shot from where you see
12 where they would have stood to the scanners
13 because they could not see those scanners.  Now,
14 other people could depending on where you were in
15 the room.
16      SENATOR BLAKE TILLERY:  Mr. Chairman,
17 may I ask a follow-up?
18      CHAIRMAN WILLIAM LIGON, JR.:  Yes.
19      SENATOR BLAKE TILLERY:  The first thing
20 is when you do find out that information, if you
21 don't mind getting it back to us?  I know you
22 will and thank you for that.
23      JACKIE PICK:  Mm-hmm.
24      SENATORY TILLERY:  The second thing is
25 just a -- more like a chain of custody process.

Page 30

1 You -- we saw --
2 CHAIRMAN WILLIAM LIGON, JR.: Excuse
3 me, Senator -- is -- I'm getting reports that
4 it's difficult to hear, so you may need to get
5 closer to the microphone.
6 SENATORY TILLERY: Okay.
7 CHAIRMAN WILLIAM LIGON, JR.: So -- and
8 I hate to do it.
9 SENATOR BLAKE TILLERY: All right. I
10 promise you, I'm not doing it for these guys.
11 I'm doing it for these guys, so I -- as long as
12 they can hear me, I'm good.
13 CHAIRMAN WILLIAM LIGON, JR.: Right,
14 yeah, but a lot of people across the state want
15 to hear what's being said.
16 SENATOR BLAKE TILLERY: On the -- on
17 the second question I have, and thank you for
18 your answer to that one, thank you for getting us
19 that, we'll look for the answer back from you,
20 just a chain of custody question now.
21 If -- we could clearly see the ballots
22 in the top right screen come out from underneath
23 a table. I could not see that there was a cover
24 on the front of the table until your 8-22 video.
25 So, that was very helpful.

Page 31

1 Can -- is there anything -- can you
2 show us where other ballots were coming from?
3 Have y'all been able to figure that out yet?
4 Because I think if they were coming from a
5 different place, obviously that raises even more
6 of a specter of concern or question.
7 JACKIE PICK: Right, so if you see --
8 again, this is hard to understand where this
9 would be coming from, but -- look here. So,
10 there you have the black -- I'm going to call it
11 a suitcase -- containers for ballots. You also
12 have boxes. Those are being moved around the
13 room throughout the day. So, it appears to us
14 they're coming from there.
15 SENATOR TILLERY: From that back -- from
16 the top corner of the bottom left screen; is that
17 JACKIE PICK: Correct, yeah.
18 SENATOR TILLERY: Okay.
19 JACKIE PICK: And from there, they're
20 shuffled around a lot. It gets confusing to
21 watch this, because again, you're not looking at
22 a linear representation of the room.
23 SENATOR TILLERY: Right.
24 JACKIE PICK: Where they're not coming
25 from as far as we can tell is from under that

Page 32

1 table or any table.
2 SENATOR TILLEY: Right. And it does
3 not look like the top corner of that bottom left
4 screen is concurrent or consecutive or any way
5 tied into the bottom corner of the top right
6 screen. It does not look like those are
7 congruent. We're not seeing them come out of
8 that corner by coming underneath that table,
9 correct?
10 JACKIE PICK: I don't think we can tell
11 that from the film.
12 SENATOR TILLEY: Okay. And I'm sure
13 y'all -- we'll get more information on that as
14 well. Thank you for helping me just understand
15 that a little bit better. I appreciate it.
16 JACKIE PICK: Okay.
17 CHAIRMAN WILLIAM LIGON, JR.: Okay.
18 Was there another question?
19 RAY SMITH: And just for the record, we
20 did not receive this video until late last night
21 and we were reviewing it in the middle of the
22 night last night, so we're still -- we're still
23 reviewing it. There's still a lot more to
24 review.
25 CHAIRMAN WILLIAM LIGON, JR.: Okay.

Page 33

1 Senator Jones?
2 SENATOR BURT JONES: Thank you, Mr.
3 Chairman, and thank you for presenting this. And
4 that was going to be my question, Mr. Smith, was
5 when exactly did we receive this video or you
6 guys get in possession of this video. And then
7 also -- so, you've had no time to -- when
8 questioning the four people who are having a lot
9 of movement and activity during the time frame
10 that everyone goes home, y'all have not had time
11 to find out who these individuals are and
12 actually question them on anything, correct?
13 RAY SMITH: That's correct.
14 SENATOR BURT JONES: Okay, thank you.
15 CHAIRMAN WILLIAM LIGON, JR.: Senator
16 Rhett?
17 SENATOR MICHAEL RHETT: Thank you, Mr.
18 Chairman, and welcome.
19 JACKIE PICK: Thank you.
20 SENATOR MICHAEL RHETT: Appreciate it.
21 Just quick refresher. When you talk with
22 authorities involved pertaining to the situation,
23 what was their explanation or have you had a
24 chance to speak with them?
25 JACKIE PICK: Do you mean Fulton County

9 (Pages 30 - 33)

Page 34

1 officials?

2    SENATOR MICHAEL RHETT: Yes, ma'am.

3    JACKIE PICK: I've not spoken with them

4 because we just got the video.

5    SENATOR MICHAEL RHETT: Thank you.

6    JACKIE PICK: Mm-hmm.

7    CHAIRMAN WILLIAM LIGON, JR.: Okay,

8 Senator Kennedy.

9    SENATOR JOHN KENNEDY: Thank you, Mr.

10 Chairman. Ms. Pick, thank you for being here.

11 Mr. Smith, thank you as well, for this very

12 important presentation. My question is simply --

13 and if this was addressed earlier, forgive me,

14 but who's in charge of the cameras? Who -- were

15 they placed there under the Secretary of State's

16 Office or by Fulton County? And who's in charge

17 of monitoring them and who's in charge of

18 securing whatever footage is there and the data?

19    RAY SMITH: They're operated by the

20 State Farm Arena. The State Farm Arena.

21    SENATOR JOHN KENNEDY: So, these were

22 not placed there for the purposes of that

23 facility being used to count ballots?

24    RAY SMITH: That's correct.

25    SENATOR JOHN KENNEDY: This is just

Page 35

1 regular old security cameras that just happen to

2 be there?

3    RAY SMITH: They use these for, you

4 know, if you're in the arena and you have a slip

5 and fall or there's a fight or something happens

6 in the arena, they're -- these videos are -- as I

7 understand it are subpoenaed all the time.

8    SENATOR JOHN KENNEDY: Okay, thank you.

9    RAY SMITH: Yes.

10    CHAIRMAN WILLIAM LIGON, JR.: Senator

11 Beach, just let me get your microphone on.

12    SENATOR BRANDON BEACH: Yes. Is it on?

13 Hello?

14    CHAIRMAN WILLIAM LIGON, JR.: Yes.

15    SENATOR BRANDON BEACH: Yes. I think

16 you said there were three scanners, correct? Is

17 there a way to know if those scanners were used

18 between 10:30 and 1 a.m.? Do they track -- are

19 they tracked by time when things are scanned

20 through them, ballots are scanned through them?

21 Do you know?

22    RAY SMITH: I'm not sure.

23    SENATOR BRANDON BEACH: Okay.

24    JACKIE PICK: There have been

25 conflicting reports about whether or not those

Page 36

1 machines keep a log for -- in real time. They

2 certainly should. I mean, historically that's

3 the standard required, but whether or not they

4 will hand those over or kept them, I don't know.

5    CHAIRMAN WILLIAM LIGON, JR.: Okay.

6 Are there any other questions. Okay, Senator

7 Parent, one more question.

8    SENATOR ELENA PARENT: Did you mention

9 that Chairman Pitts was there or you spoke to him

10 about being there during this episode?

11    JACKIE PICK: I was not there. This is

12 a witness affidavit that says he was there.

13    SENATOR ELENA PARENT: Okay, because --

14    JACKIE PICK: Almost up until -- he was

15 one of the last people to leave, not as late as

16 the witnesses that we have, but he was there.

17    SENATOR ELENA PARENT: So, he just told

18 us he wasn't there just an hour ago.

19    JACKIE PICK: Okay, well, I don't know.

20 One of the witness affidavits says he's there.

21    SENATOR ELENA PARENT: Well, okay, so

22 we heard from --

23    CHAIRMAN WILLIAM LIGON, JR.: Senator

24 Brass?

25    SENATOR ELENA PARENT: Can I ask one

Page 37

1 more?

2    CHAIRMAN WILLIAM LIGON, JR.: No,

3 ma'am. We need to move on. We have a lot of

4 questions. What number are you, Senator Brass?

5    SENATOR MATT BRASS: Seven.

6    CHAIRMAN WILLIAM LIGON, JR.: Seven?

7    SENATOR MATT BRASS: So, and -- thank

8 you, Mr. Chairman. Thank you, Ms. Pick. So, the

9 table was placed there around 8:30-ish, we said,

10 a.m.?

11    CHAIRMAN WILLIAM LIGON, JR.: 8:22 in

12 the morning approximately.

13    SENATOR MATT BRASS: At what point? Or

14 -- and y'all may not know this since you just got

15 the video, at what point did the boxes of ballots

16 go under the table?

17    JACKIE PICK: We don't have the answer

18 to that. So --

19    SENATOR MATT BRASS: Still don't know?

20    JACKIE PICK: -- we fast forwarded

21 through the tape several times to try to find

22 that because we haven't had time to review it in

23 real time, which would be 14 hours of tape to

24 review.

25    SENATOR MATT BRASS: Right.

10 (Pages 34 - 37)

Page 38

1    JACKIE PICK:  So, we just haven't had
2 time to look at that.
3    SENATOR MATT BRASS:  Understood.  Do we
4 know about how many ballots would go in each one
5 of those suitcases?
6    JACKIE PICK:  So, we have a witness who
7 says that inside the suitcases she estimates that
8 about 6,000 ballots can fit in there.
9    SENATOR MATT BRASS:  And there were how
10 many that were taken out?
11    JACKIE PICK:  We don't know.
12    SENATOR MATT BRASS:  Okay, thank you.
13    CHAIRMAN WILLIAM LIGON, JR.:  Senator
14 Gooch?
15    SENATOR STEVE GOOCH:  Maybe a question
16 for Senator Parent.  I heard you say several
17 times this has been debunked, but I also just
18 heard that this video just appeared last night.
19 So, how could it have been debunked?
20    SENATOR ELENA PARENT:  Well, my
21 response, not being an expert, is that these very
22 allegations came up right away after the election
23 almost a month ago and have been repeatedly
24 discussed by the Secretary of State's Office,
25 including everything that we're seeing here.

Page 39

1    SENATOR STEVE GOOCH:  But is this not -
2 -
3    SENATOR ELENA PARENT:  And there have
4 been explanations for all of it.
5    SENATOR STEVE GOOCH:  Is this not the
6 first time this video has been shown?  I believe
7 that this is the first time this video has been
8 seen.
9    RAY SMITH:  Yes, that's correct.
10    SENATOR STEVE GOOCH:  And the news
11 media hasn't seen this video or have not --
12    RAY SMITH:  They have not.
13    SENATOR STEVE GOOCH:  -- put it out?
14 They have not put it out.
15    RAY SMITH:  Because I've been in --
16 I've been in contact with counsel for the State
17 Farm Arena and --
18    SENATOR STEVE GOOCH:  But let's hope
19 that it will be today.
20    CHAIRMAN WILLIAM LIGON, JR.:  Okay,
21 Senator Anderson, you're on number seven,
22 correct?
23    SENATOR LEE ANDERSON:  Yes, thank you.
24 Thank you for being here today.  My question is
25 if they said that they were going to shut down

Page 40

1 and no more counting, does the election system
2 shut down to where it can't count no more or can
3 it keep on counting?
4    JACKIE PICK:  Well, so I referenced the
5 statute which shows that the Georgia elections
6 must be conducted in public view.  That means the
7 press can watch.  That means the other party can
8 watch.  Both parties are represented to be
9 observers or monitors, whatever.  Here, they were
10 made to leave.  So, it was done in contravention
11 of the statute.
12    SENATOR LEE ANDERSON:  But my question
13 is, is the equipment, the counting system, does
14 it supposed to shut down when nobody's supposed
15 to be counting?
16    JACKIE PICK:  I'll defer to Ray on
17 that.
18    RAY SMITH:  I do not know the answer to
19 that question.
20    JACKIE PICK:  It has to be secured if
21 they're going to leave the premises for sure.
22    SENATOR LEE ANDERSON:  Well, that's
23 getting -- leading to what I'm -- is it actually
24 securing the count even though they say that
25 we're not going to count?

Page 41

1    RAY SMITH:  There's not supposed to be
2 activity with election workers if there's not
3 public view.  That's the law in Georgia.
4    JACKIE PICK:  And the ballots have to
5 be secured at all times.
6    SENATOR LEE ANDERSON:  Okay.
7    CHAIRMAN WILLIAM LIGON, JR.:  Thank
8 you.  Okay, I think we may need -- do you have
9 anything else that you'd want to point out about
10 the video?
11    JACKIE PICK:  I think that's
12 everything, right?
13    CHAIRMAN WILLIAM LIGON, JR.:  Okay.
14    RAY SMITH:  That's everything for now.
15 Yes.
16    JACKIE PICK:  Okay.
17    CHAIRMAN WILLIAM LIGON, JR.:  All
18 right.  Well --
19    RAY SMITH:  Thank you, Senator.
20    CHAIRMAN WILLIAM LIGON, JR.:  Thank
21 you.  I think we had -- was it Russell Ramsland
22 that we wanted to -- Mayor, that's right.  I'm
23 sorry.
24    MAYOR RUDY GIULIANI:  Mr. Chairman,
25 distinguished members of the committee, thank you

11 (Pages 38 - 41)

Page 42

1  very much for giving us this hearing.  I
2  represent President Trump along with Jenna Ellis
3  and this is our fourth or fifth hearing.  So, I
4  really appreciate the opportunity to get these
5  facts out.  We've had some difficulty getting a
6  hearing, but I appreciate it very, very much, and
7  I want to congratulate our local counsel on doing
8  such a fine job for us here in Georgia.  This is
9  just only the tip of the iceberg of all the good
10  work that he's done.
11       I'm going to present two witnesses to
12  you who are in the nature of expert witnesses who
13  have testified in cases like this at times in the
14  past.  One of them, Mr. Ramsland, is going to be
15  on Zoom, and he's basically going to show that in
16  2016 you had only 199,356 mail-in votes.  This
17  time you had 1.3 million.  2016, you had a 6.4-
18  percent rejection rate and this time you had a
19  two-tenths of a percent rejection rate.  In other
20  words, 0.2.
21       So, when you had 200,000 ballots you
22  had a rejection rate of 6.4 percent.  And now
23  where you have 1.3 million ballots, you have
24  almost no rejection rate.  Two-tenths of a
25  percent is almost statistically insignificant.

Page 43

1       That alone raises suspicion of fraud
2  and has been held as such in election cases.  And
3  Biden won the mail vote by over -- the mail-in
4  vote by over 400,000.  Mr. Ramsland will also go
5  through the Dominion Machine, the Hart machine,
6  and how that compared to the other machines that
7  you used throughout the state and he will also
8  show you some very, very -- I guess he would
9  describe it as indicia of fraud.
10       You had 96,600 mail-in ballots that
11  were voted, yet the county records show they were
12  never received back.  Let me be a little clearer.
13  Altogether, you had 231,188 ballots with no
14  return record at all.  You were able to cancel
15  134,000 of those but you kept 96,600 votes when
16  there was no return record for them.  What would
17  that suggest?  Phantom votes.  There's no return
18  record yet it's counted.
19       That pattern has appeared in other
20  states that were involved in massive fraud.  I
21  might say that a good deal of what I see here is
22  very similar to what happened at approximately
23  that time in Pennsylvania, in Michigan at about
24  4:00 in the morning.  People had been cleared out
25  around 1 in the morning and told there'd be no

Page 44

1  more counting.  All the republicans left.  Two
2  remained behind accidentally and a Dominion
3  employee, and all of a sudden they saw two big
4  trucks come in the back.  They thought they were
5  food trucks and they were very hungry, so they
6  ran to the food trucks.  Well, there wasn't food.
7  There were ballots coming out, thousands and
8  thousands of ballots in paper bags, in garbage
9  cans, in cardboard boxes, and then they were put
10  on a table and they were counted for the next
11  three hours and there were three witnesses under
12  oath to that and they say that they were counted
13  and as they could listen, they never heard one
14  time that there was a vote for Trump.  All the
15  votes were for Biden and they estimate somewhere
16  between 50 and 100,000 votes entered at that
17  time.
18       There's similar evidence in
19  Pennsylvania and also something similar in
20  Arizona at around this time.  The second witness
21  will be Colonel Phil Waldron.  Colonel Waldron
22  has had the opportunity to forensically examine
23  the Dominion machine that actually began to cause
24  the problem for Dominion.  That was the machine
25  that was found in Michigan's Antrim County that

Page 45

1  had recorded mistakenly 6,000 votes for Biden
2  when the votes actually were cast for Trump.
3       And he can give you an analysis of the
4  problems with the Dominion machine.  And also
5  just a piece of advice, you've got a very big
6  election coming up.  I think you'd be very ill
7  advised to use that company or their machines.
8  When you test their record over the last 12 to 15
9  years, I think you'll find they're one of the
10  more insecure companies in this business.
11       So, let me first see if I can get Mr.
12  Ramsland on the Zoom.
13       CHAIRMAN WILLIAM LIGON, JR.:  Mr.
14  Ramsland will be via Zoom.  There he is.
15       RUSSELL RANSLAND:  Here he is.
16       MAYOR RUDY GIULIANI:  How are you, sir?
17       RUSSELL RAMSLAND:  I'm fine, Mayor, how
18  are you?
19       MAYOR RUDY GIULIANI:  So, you are --
20  you are speaking to a committee of the Georgia
21  Legislature and just tell us your name, please?
22       RUSSELL RAMSLAND:  Russell Ramsland.
23       MAYOR RUDY GIULIANI:  And you're a
24  resident of Dallas, Texas; is that right?
25       RUSSELL RAMSLAND:  I am.  In fact, I'm

12 (Pages 42 - 45)

Page 46

1 in Dallas, Texas right now.
2     MAYOR RUDY GIULIANI:  And you -- just
3 give us your credentials, you know, briefly.  I
4 know they're very long so give us the best ones.
5     RUSSELL RAMSLAND:  I've run basically a
6 security operation.  We do cyber security as well
7 as personal security.
8     MAYOR RUDY GIULIANI:  Yes, sir, as I
9 know.
10     RUSSELL RAMSLAND:  We have a number of
11 ex-three-letter agency intel people that work for
12 us in the cyber side.  We have ex-military people
13 that work force in the cyber side.  We have a
14 fairly robust cyber capability in both protecting
15 as well as trying to penetrate people's network
16 to help them better protect.
17     MAYOR RUDY GIULIANI:  And you hold an
18 MBA from Harvard University, Political Science
19 degree from Duke, and you've worked for NASA and
20 for MIT; is that correct?
21     RUSSELL RAMSLAND:  Well, I have worked
22 with NASA and with MIT.  That is -- that is
23 correct.  Coming from West Texas, I don't always
24 tell people about Harvard.  They're a little
25 worried about Harvard there.

Page 47

1     MAYOR RUDY GIULIANI:  Okay.  So, if we
2 could go to page -- just so that we can do this
3 quickly, Mr. Ramsland, if we go to Page 10 of
4 your affidavit where you describe the comparison
5 of the Dominion and Hart machines in comparison
6 to the other machines used in Georgia, what did
7 you find when you did that comparison?
8     RUSSELL RAMSLAND:  We were concerned
9 because we had seen some audit logs in Dallas in
10 2018.  So, this really started for us long before
11 this election and we started actually with ES&S,
12 but we eventually got into Dominion because we
13 saw many of the same problems with Dominion in
14 elections that we saw with ES&S, so the first
15 thing we wanted to do was to see what the effect
16 was of a Dominion machine compared to one other,
17 and we looked at it -- or excuse me, compared to
18 a group of others, and we looked at it from three
19 points of view.
20     And the first thing we did is we tried
21 to go through the 2017 census demographics.  We
22 got the 2020 vote count by county for the country
23 and then we also got the election assistance
24 committee voting machine information so we knew
25 what each county had.

Page 48

1     And we -- you would normally assume
2 that once you do the correlation between turnout
3 and voters and counties, et cetera, and how they
4 voted in the previous election, you get a pretty
5 good mathematical model as to what you should
6 expect to see in a Biden versus Trump by county
7 vote.  And then we went and tested that and sure
8 enough, we found that the model was pretty darn
9 accurate other than a few extreme outliers that
10 we do want to now go back and look at in more
11 detail.
12     But the point is we could see on a
13 percentage basis whether Biden, for instance,
14 outperformed, you know, by a certain percentage
15 or underperformed by a certain percentage what
16 you would expect in a county and normally you
17 would expect that over-performance and
18 underperformance to about zero out.
19     Well, in this case what we noticed is
20 when we went back and looked at it instead of all
21 voting equipment all over the country and we
22 simply segmented out Dominion, we found out that
23 Biden outperformed what he should have by about 5
24 percent across the board.  It was actually
25 amazing.  No other -- we did not see that result

Page 49

1 in most other cases.  So, then we said, well, you
2 know, this is the election system.  We've got to
3 -- we've got to make sure that is right.
4     So, we went back and we looked at it
5 instead of percentage out performance or
6 underperformance, we looked at it by counties,
7 and when we did it by counties, we found an even
8 more startling result.  We found out that if
9 Dominion counts your votes, Mr. Biden got about
10 78 percent of the -- of the wins, and if you used
11 all other voting machines then you only got about
12 46 percent.
13     So, we noticed right away again a
14 second marker that with Dominion, he
15 significantly outperformed any other voting
16 system.  And then we did what was called a chi
17 squared analysis and I won't bore the committee
18 with what that is.  It's a -- it's a regression
19 of sorts and it allows you to sort data into
20 various boxes.
21     And what we did is we wanted to find
22 out using this analysis, whether or not, again,
23 Dominion outperformed the others, and it was very
24 interesting because once again we came up with
25 about the same number and we got about the same

13 (Pages 46 - 49)

Page 50

1 answer. And this analysis said that you get
2 about a 5.5-percent bump compared to all other
3 voting equipment as compared to -- Dominion
4 compared to others.
5        And when you apply that to the actual
6 vote, then you find out that we're talking a
7 fairly serious number of votes doing Dominion
8 versus others. I think I jotted the number down
9 here. Yeah.
10        We found using our first analysis that
11 about 123,000 votes in Georgia would have been
12 entirely outside the realm of what you would have
13 expected had another voting system been used.
14 And if you used the chi squared analysis, you got
15 to about 136,000.
16        So, either way, it was a very
17 significant number of votes. We did note that
18 you had 199,356 mail-ins in 2016 with a 6.4-
19 percent rejection rate, and then in 2020 you had
20 1,320,154 with a 0.2 rejection rate. So, that
21 got us looking then at the mail-in ballots, and
22 we had already done an analysis in Dallas this
23 voting cycle and had found that after the county
24 posted registered votes and they do that by
25 posting the voter record so you can see a lot of

Page 51

1 data, you can see the name, the address, the date
2 someone asked for a mail-in, the date they were
3 mailed, that mail-in, and the date it was
4 returned, and what we found is that in early
5 voting over 57,000 votes were tampered with after
6 the county had first recorded them as being
7 voted.
8        So, we went and we did the same kind of
9 look at -- in Georgia and what we found was very
10 interesting because we found over 200,000 mail-in
11 ballots that when we looked at the voter record
12 had supposedly never been returned, and yet they
13 were voting.
14        Now, about half of those ultimately got
15 purged, but about 96,000 of those were never
16 marked returned and yet they were voted. And we
17 have seen that in other areas of the country
18 because it's very easy in the Dominion system to
19 assign a person to a mail-in ballot inside the
20 system itself and --
21        MAYOR RUDY GIULIANI: Sir, may I just
22 interrupt with one question?
23        RUSSELL RAMSLAND: -- that's one
24 possible explanation.
25        MAYOR RUDY GIULIANI: To assign it that

Page 52

1 way would of course be fraudulent, wouldn't it?
2        RUSSELL RAMSLAND: Of course.
3        MAYOR RUDY GIULIANI: Yeah.
4        RUSSELL RAMSLAND: Yeah, you have no
5 idea. You just have a ballot in the adjudication
6 file, for instance, and you decide to vote it and
7 you assign it to a vote.
8        MAYOR RUDY GIULIANI: How many times
9 approximately, did you --
10        RUSSELL RAMSLAND: Well, there were
11 about 96,000 of those that we found, and I think
12 the exact -- yeah, 96,600 was the exact number of
13 mail-in ballots that were voted but were never
14 actually shown as received back by the county.
15        Well, I think -- is there anything else
16 you would like to point out? I think that's
17 pretty complete.
18        RUSSELL RAMSLAND: I think that's
19 pretty much got it.
20        MAYOR RUDY GIULIANI: So, there's
21 96,600 votes that were counted, never received,
22 and assigned somewhere and these would have to be
23 considered illegal votes, wouldn't they?
24        RUSSELL RAMSLAND: Right. And by the
25 way, I would say this was not just mere oversight

Page 53

1 by one or two counties, because we saw this
2 pretty much across the board. And so, this was -
3 - this was an across-the-board problem and we
4 also saw a couple other interesting things.
5        I noticed that -- we noticed that
6 sometimes the ballot was actually shown as being
7 voted before it was received back. There was a
8 receive-back date, but it was voted before the
9 company received it back. We also --
10        MAYOR RUDY GIULIANI: How could -- how
11 could that be possible?
12        RUSSELL RAMSLAND: Well, you'll have to
13 explain that one to me, too, because it's not
14 supposed to be that way.
15        MAYOR RUDY GIULIANI: Okay.
16        RUSSELL RAMSLAND: We also saw a
17 situation where ballots were voted the exact same
18 day that they were mailed out. So, they were
19 mailed out, mailed in. Somehow they managed to
20 make the round trip on the exact same day.
21        We saw it happen just one day after, so
22 that you mail it on a Tuesday and Wednesday
23 afternoon in the mail you got the ballot back.
24 We just saw a lot of these kinds of problems with
25 the mail-in ballot but it was the 96,000 that

14 (Pages 50 - 53)

Page 54

1 were never received back that really jumped out
2 at us in a big way.
3      MAYOR RUDY GIULIANI:  And what was the
4 difference in the margin between President Trump
5 and Joe Biden on mail-in votes?
6      RUSSELL RAMSLAND:  I don't actually
7 have that number handy.  I'm sorry.
8      MAYOR RUDY GIULIANI:  Well, if I told
9 you 399,000, would that sound about right?
10      RUSSELL RAMSLAND:  That's probably in
11 the ballpark.  Yes, sir.
12      MAYOR RUDY GIULIANI:  Thank you.
13      CHAIRMAN WILLIAM LIGON, JR.:  Okay, are
14 there any questions of Mr. Ramsland?  Okay, thank
15 you, sir, for your participation today.  All
16 right.  We'll --
17      MAYOR RUDY GIULIANI:  The second person
18 I'm going to ask to speak is Phil Waldron.
19      CHAIRMAN WILLIAM LIGON, JR.:  Yes, sir.
20      MAYOR RUDY GIULIANI:  Phil, you're
21 here, are you not?
22      CHAIRMAN WILLIAM LIGON, JR.:  He's
23 right behind you.
24      MAYOR RUDY GIULIANI:  Right behind me.
25 Okay.  Would you like to sit or stand?

Page 55

1      CHAIRMAN WILLIAM LIGON, JR.:  Mr.
2 Waldron.
3      MAYOR RUDY GIULIANI:  Why don't you
4 stand and I'll sit?
5      CHAIRMAN WILLIAM LIGON, JR.:  If you
6 would tell us -- give us your full name and tell
7 us where you live and give -- tell us a little
8 bit about yourself and then let us know what you
9 want us to hear.
10      PHIL WALDRON:  My name is Phil Waldron.
11 I live in Texas close to Mr. Ramsland out in
12 Dripping Springs.  My background is army
13 information operations, the intersection of
14 computer network operations, electronic warfare,
15 psychological operations, deception, and OPSEC,
16 and my point of view of looking at these systems
17 is how to penetrate them, how to corrupt them,
18 how to manipulate them to conduct strategic
19 influence operations.
20      And in my opinion, this is -- the
21 American people are under a pretty significant
22 information warfare campaign that's multifaceted,
23 and we've looked at the Dominion system.  We've
24 looked at the history of these electronic voting
25 companies and they're all pretty well-related.

Page 56

1 They're connected by a common DNA, which is their
2 software code.
3      So, this all started back with
4 Smartmatic, was designed basically to keep Hugo
5 Chavez in power in Venezuela.  He invested I
6 believe 28 percent of the funds to stand the
7 company up, and I personally debriefed the son of
8 a Cuban intelligence officer who -- first-hand
9 knowledge two of Hugo Chavez's family members
10 when Maduro was faced by a populist uprising
11 after Hugo Chavez had died.
12      Two of Hugo Chavez's family members
13 said don't worry, it's guaranteed.  Our father
14 invested the money into Smartmatic so that Maduro
15 is going to win.  So, I guess to connect all the
16 dots.  Dominion voting equipment acquired a
17 company called Sequoia Voting Systems which was
18 spun off of SGO Smartmatic, and they also
19 acquired the Premier system which came from the
20 Diebold Election Company which also used
21 Smartmatic software.
22      ES&S software, which Mr. Ramsland
23 mentioned, has a license agreement with
24 Smartmatic and so does Dominion.  They all feed
25 information to Clarity Elections, which is owned

Page 57

1 by a company named -- called Seytl, S-E-Y-T-L,
2 which is headquartered in Madrid, Spain.  They
3 also have U.S. elections.
4      Our teams recently uncovered just doing
5 basic investigative work on the dark web but we
6 have an affidavit to this effect that Smartmatic
7 and Dominion do share a physical business address
8 in Barbados at the same -- the same building, the
9 same street address.  So, there are commonalities
10 in business links, licensing agreements, as well
11 as the software code and the functionality.
12      We began really looking at these as --
13 looking at the operator's manuals for these
14 software systems and just like President Chavez
15 designed them for, they're designed to control
16 and manipulate votes and that's what we found
17 reviewing these things.
18      CHAIRMAN WILLIAM LIGON, JR.:  Are there
19 any questions?  Yes, sir.
20      MAYOR RUDY GIULIANI:  So, have you had
21 occasion to -- have you had occasion to examine
22 one of these Dominion machines?
23      PHIL WALDRON:  Yes, sir.  We did up in
24 Northern Michigan.  Our team conducted forensics
25 analysis on Central Lake Township Precinct in

15 (Pages 54 - 57)

Page 58

1 Antrim Michigan on the 27th of November.
2        MAYOR RUDY GIULIANI:  And would you
3 consider it to be a very insecure machine that
4 can be accessed very easily?
5        PHIL WALDRON:  Correct.  These machines
6 have been shown at DEFCON and hacking contest and
7 actually elementary school students too, DEFCON
8 guys can get in in under two minutes.  The
9 elementary school kids can get in in about seven
10 minutes to hack into the machines and take over
11 their operating system.
12        MAYOR RUDY GIULIANI:  This is contrary
13 to the public statements that Dominion has made
14 about their security; isn't that correct?
15        PHIL WALDRON:  There are about 12
16 different attack vectors or ways you can get into
17 these systems.  Everything from the server level
18 to download CSV files, make changes to them and
19 re-upload them at the -- at the server level to,
20 you know, basically the operating system of these
21 machines and what we found in Antrim, Michigan is
22 everybody's got thumb drives, but until you put
23 one in your computer, you really don't know
24 what's on there.  That's a common vulnerability.
25 And actually in the military in our classified

Page 59

1 equipment systems, all of the USB ports are
2 disabled because of the huge vulnerability
3 represented by USB drives.
4        So, when the Antrim County -- actually
5 it was the Township of Central Lake, they had a
6 voting -- finished their voting on the 3rd,
7 stored all their ballots according to the policy,
8 and all of their chain of custody documents for
9 the software.
10        They got called back to do a rerun on
11 November the 6th using the same voting data card,
12 using the same encryption or the encryption
13 software but a different USB drive to run the
14 totals.  Their totals were significantly
15 different even in down ballot races.
16 Presidential race, I think it was only different
17 by a couple or three votes, and it was again a
18 very, very small sample size, but school board
19 elections, state propositions for spending and
20 marijuana bills, changed the outcome of the vote
21 in the rerun from November the 3rd to November
22 the 6th.
23        And again, this was one small -- one
24 small precinct with a total of 1,494 votes.  And
25 basically what this does is put this system

Page 60

1 outside of the specificity limitations set forth
2 in the federal election laws, that you're
3 basically only allowed one out of 250,000 votes
4 or ballots to have an error, and the error rate
5 was -- far exceeded the allowable standard for
6 this software.
7        MAYOR RUDY GIULIANI:  Have you had an
8 opportunity to examine any of other Dominion
9 machines?
10        PHIL WALDRON:  No, but we'd like to.
11 The company stalls pretty much at every
12 opportunity.  They've included in their
13 contracts, and I'm sure that it's the same in
14 Georgia, that they want to control your votes and
15 they want to ensure that you can't inspect their
16 software or how your votes are voted, where
17 they're sent, and how they're stored.
18        As a matter of fact, we just left
19 Michigan early this morning and testifying before
20 the house last night in Oakland County.  If you
21 actually click on their county elections
22 supervisor, you click on the 2020 election
23 results, a warning flag pops up and it says
24 you're exiting this site and you're going to
25 Clarity Elections.

Page 61

1        So, Clarity Elections is a subsidiary
2 of Seytl which provides the early voting logs to
3 TVs, New York Times, you know, all the mainstream
4 media.
5        Those votes from Oakland County, which
6 was, you know, one of the biggest counties in
7 Michigan, they're actually controlled,
8 maintained, and owned by Clarity Elections and it
9 pops up on the website, we're going to take you
10 to www.ClarityElections, and you can look that up
11 on your computers if you'd like to.
12        MAYOR RUDY GIULIANI:  So, I would think
13 this would come as quite a surprise to the people
14 of Georgia or Michigan or that they're voting
15 data sent outside the United States and also that
16 their vote is being counted by a foreign company.
17 Isn't that correct?
18        PHIL WALDRON:  Clarity Elections is
19 owned by Seytl, which is headquartered in
20 Barcelona, Spain.  And again, these companies
21 have servers all over the world and the -- we
22 came to the identity or saw the packet transfer
23 to the server in Frankfurt that was reported on
24 the 8th and then on the 9th that server went
25 offline.

16 (Pages 58 - 61)

Page 62

1    So, we know from German cybersecurity
2  professors that talked about the increase in
3  their -- the drastic increase in their traffic on
4  November the 3rd and 4th and he attributes
5  attributed the increase in traffic -- in web
6  traffic to the American elections.  So, it was
7  common knowledge that that server was processing
8  a lot of American election data.
9    MAYOR RUDY GIULIANI:  And one last
10  question.  Could you -- could you describe
11  fractional voting?  So, if all of us in this
12  room, you know, had one vote for one candidate,
13  we would have the sum of the votes in this room.
14    When the -- when the votes are reported
15  to the -- from Dominion to the media, they're
16  reported in fractional numbers, three digits.
17  So, when you add whole numbers together, you
18  can't get a fraction.  When you calculate or have
19  a formula or an algorithm to assign points to
20  votes, then you get a fraction.  So, our voting
21  results are reported in fractional values, not in
22  whole numbers.
23    CHAIRMAN WILLIAM LIGON, JR.:  Senator
24  Beach?
25    SENATOR BRANDON BEACH:  Yes, thank you

Page 63

1  Colonel Waldron for your testimony.  I voted on
2  Election Day and --
3    CHAIRMAN WILLIAM LIGON, JR.:  Senator,
4  you need to speak into the microphone, because
5  otherwise you won't be picked up.
6    SENATOR BRANDON BEACH:  Yes.  I voted -
7  - Colonel Waldron, thank you for your testimony.
8  I voted on Election Day and I got a paper ballot.
9  I scanned it and on the scanner it said I was
10  number 78 at 9:05.  So, my question to you is Ms.
11  Pick was telling us in that video there were
12  three scanners at the State Farm Arena.  Is there
13  a drive tape or a flash drive in a scanner --
14  could -- that we could know if votes were counted
15  between 10:30 and 1 a.m. in -- on those three
16  machines at State Farm Arena?  Because if they --
17  my ballot told me I was cast at 9:05 and I was
18  number 78 on the machine I scanned it in.  So,
19  should we be able to have some data from those
20  three scanners?
21    PHIL WALDRON:  So, those ballots, the
22  paper is actually scanned into a ballot image.
23  The ballot image is actually what is counted for
24  the vote.  So, each one of those machines do have
25  logs and they will trans -- you know, transmit to

Page 64

1  a reporting upload time.  It's my understanding I
2  believe Tuesday, though, that the Fulton County
3  machines were wiped.  It's -- I heard a report of
4  that.  I don't know that.  There are forensic
5  artifacts that can be pulled off those machines,
6  but really the place you would get that is under
7  the U.S. Code, I believe it's Title 46.  All
8  federal election documents whether they're paper
9  or electronic have to be maintained for 22
10  months.
11    So, if there is an archive, those
12  ballot images will tell you the date time stamp
13  on those, but someone would have to get a
14  forensic access to that -- to that data and those
15  machines, the tapes and the servers.
16    SENATOR BRANDON BEACH:  And was Ms.
17  Pick correct in saying there could be about 3,000
18  an hour scanned in the machine, so it could be
19  about 18,000 votes; is that correct?
20    PHIL WALDRON:  That's -- the technical
21  specifications of those machines are, depending
22  on their jam rate, you know, between 2,000 and
23  3,000 an hour.  If they're operating great with a
24  seasoned operator that knows what they're doing,
25  They can probably get up to the manufacturer's

Page 65

1  specification, which would be 3,000 votes per
2  hour.
3    SENATOR BRANDON BEACH:  Thank you.
4    CHAIRMAN WILLIAM LIGON, JR.:  Senator
5  Parent?
6    SENATOR ELENA PARENT:  Thank you, Mr.
7  Chairman.  First, really brief comment and I do
8  have a question.  Some of what you said, portions
9  of it, remind me of some of what we heard in
10  testimony in various committees in 2019 when we
11  were considering buying this new system actually.
12  We did hear from a lot of election security
13  experts, computer scientists, and I don't know if
14  you're aware but democrats argued repeatedly and
15  strongly against buying these due to their
16  complexity, cost, and potential lapses in
17  security.
18    PHIL WALDRON:  That's correct.
19    SENATOR ELENA PARENT:  But my question
20  is -- you're aware, of course, that there was a
21  hand recount using the human readable text that
22  also held Biden out as the victor of this
23  election.  Do -- would you think -- do you have a
24  comment on that?  Do you have a -- an opinion on
25  the risk-limiting audit done on every ballot

17 (Pages 62 - 65)

Page 66

1 using the human readable text versus the barcode?
2     PHIL WALDRON:  Yes, ma'am.  If there
3 was 100-percent audit on actual ballots, which if
4 that was done, that's awesome -- the risk-
5 limiting audit I believe is a very small sample
6 of those ballots.  So --
7     SENATOR ELENA PARENT:  Normally, yes,
8 but this one was --
9     PHIL WALDRON:  So, if the evidence that
10 was presented this morning, the videos, if
11 additional ballots were pulled in, then that's
12 what you're going to count.  You're going to
13 count the ballots that have been injected into
14 the process, and this is something again that
15 we've seen in Pennsylvania and Arizona and
16 Michigan, in a couple other states that we're
17 currently working on, is that there is a huge --
18 there are huge breaches in chain of custody of
19 the ballots, of the USB drives that run these
20 systems.
21     So, yes, ma'am, that risk-limiting
22 audit could have been conducted 100 percent and
23 shows the readouts.  There are ways to detect
24 fraudulent paper ballots.  We can image those to
25 detect machine-printed ink spots.  We can detect

Page 67

1 if they were folded.  We can detect if they were
2 marked by hand.
3     There's about 29 different point
4 signatures when you pick up a pen and you fill in
5 a ballot.  A machine-printed ballot, mass-
6 produced ballot which we have affidavits in
7 Pennsylvania and Arizona that these machine-
8 printed ballots were injected into the system, so
9 until you did a full forensic audit, you would
10 not be able to tell which ballots were actually
11 filled out by Georgia citizens or which ballots
12 were printed by machine and fraudulently injected
13 into the voting process.
14     SENATOR ELENA PARENT:  Thank you.
15     CHAIRMAN WILLIAM LIGON, JR.:  Senator
16 Jones?
17     SENATOR BURT JONES:  Thank you, Mr.
18 Chairman.  Quick question.  I know when the
19 Secretary of State was shopping for -- when we
20 had to upgrade our voting system, I think we had
21 three different vendors who came before us and
22 they settled on the Dominion group and they're
23 used now in all 159 counties that we have here in
24 Georgia.
25     How many other states use this system?

Page 68

1 Do you know the answer to that?  And what's been
2 the feedback with other states?
3     PHIL WALDRON:  Generally, there's a
4 mix.  So, for example, in Arizona it's only
5 Maricopa County.  In Michigan, it's swapped up.
6 In Pennsylvania it was pretty much Philadelphia
7 and Pittsburgh -- sorry, Pittsburgh I think used
8 ES&S, but the functionality in the systems are
9 very, very similar between ES&S and Dominion as
10 far as our research goes.
11     So, the -- what Mr. Ramsland presented
12 earlier that showed about a 5-and-a-half-point
13 differential when you just isolate Dominion
14 machines across the country, that's kind of the
15 working theory that we were working off of.
16     SENATOR BURT JONES:  Right.  Follow-up
17 question, Mr. Chairman.  So, I saw some looks on
18 people's faces, even with their mask on, when you
19 were talking about the fractual adding of votes.
20 Maybe you can go over that one more time, because
21 I -- it gave me pause when I first heard it as
22 well.  So, maybe you can help me with that.  And
23 is that just with the Dominion program that
24 you've seen or --
25     PHIL WALDRON:  That appears to be the

Page 69

1 live feed from Dominion and Clarity.  So, all of
2 those reporting, you know, the fractional voting
3 is there.  The -- it's not a whole number.
4 Again, if there are 10 people, you cast 10
5 ballots, you know, the sum of the -- whatever
6 candidates are voted for should equal 10 and not,
7 you know, 2.87 for one, 3.13 for the other, and
8 four for the third candidate.  It should all, you
9 know, equal whole numbers and that's not what's
10 represented.
11     SENATOR BURT JONES:  Okay, thank you.
12 Thank you, Mr. Chairman.
13     CHAIRMAN WILLIAM LIGON, JR.:  Thank
14 you.  Senator Jordan?  Let me see what -- let me
15 get your -- what number are you on?
16     SENATOR JEN JORDAN:  I'm at number
17 seven.
18     CHAIRMAN WILLIAM LIGON, JR.:  Seven.
19     SENATOR JEN JORDAN:  Thank you, Mr.
20 Chairman.  I just have some follow-up questions
21 because I'm a little bit confused.
22     PHIL WALDRON:  Yes, ma'am.
23     SENATOR JEN JORDAN:  Senator Parent
24 indicated that -- or asked you about the fact
25 that there was -- in terms of the risk-limiting

18 (Pages 66 - 69)

Page 70

1 audit that there had been a hand examination of
2 every single machine-cast ballot that resulted in
3 virtually an identical outcome as the scanned
4 vote, and I'll represent to you that it was 100-
5 percent recount, that normally risk-limiting
6 audits obviously are a small portion, but here it
7 was an actual recount of all ballots. So, I just
8 want to make sure that we're on the same page
9 with respect to that.
10     PHIL WALDRON: Yes, ma'am.
11     SENATOR JEN JORDAN: Okay. And so,
12 after she said that, though, you went on to say
13 something about however, what we saw in the video
14 about the ballots injected into the process, so
15 are you trying to say that in the video what you
16 saw were ballots that were somehow not lawful,
17 that weren't real, that weren't actually cast by
18 registered voters in the state of Georgia?
19     PHIL WALDRON: We do have affidavits of
20 people who trucked in ballots from out of state
21 into other states and that --
22     SENATOR JEN JORDAN: And to be clear,
23 into Georgia? Because I heard a lot of --
24     PHIL WALDRON: Not into Georgia. I
25     SENATOR JEN JORDAN: That's right. I

Page 71

1 heard a lot about Michigan, too, and so -- and a
2 lot about north -- well, not North Carolina,
3 which is part of the problem, but a lot about
4 Michigan, a lot about Arizona, a lot about these
5 other states, which some use some of the same
6 systems, some don't. And as you know state to
7 state, the election laws and processes are very
8 different, right?
9     PHIL WALDRON: That's correct.
10     SENATOR JEN JORDAN: Okay.
11     PHIL WALDRON: And even -- ma'am, even
12 from county to county under the same law, the
13 execution in chain of custody procedures appear
14 to be a lot different.
15     SENATOR JEN JORDAN: It can be. We --
16 we're trying to make sure that they're as
17 streamlined and -- you know, as possible.
18 Obviously, that's hard. So, your opinion is
19 based on the fact that there are affidavits of
20 other people from other states who have alleged
21 that they've trucked in ballots to other states,
22 and you're -- so, then your testimony is saying
23 that ergo these ballots in this video must have
24 been trucked in from other states and are
25 unlawful; is that the conclusion?

Page 72

1     PHIL WALDRON: No, ma'am. I said that
2 a full forensic audit would determine that, and
3 doing -- forensically auditing the paper, the
4 ink, and the ink signatures with optical imaging
5 devices would be able to tell you if there were
6 any ballots that were not legitimate ballots that
7 were injected into the process.
8     SENATOR JEN JORDAN: And so then my
9 question is if these were extras that were just
10 trucked in, right, somebody just brought them in,
11 then you would expect then that the number of
12 ballots would exceed the number of registered
13 voters who had requested absentee ballots and/or
14 who had voted in person, correct?
15     PHIL WALDRON: Underneath the -- you
16 know, within the margin of error. The -- we've
17 seen -- again not -- I haven't seen in Georgia so
18 I can't testify to that, but we've seen in other
19 places where ballots were segregated, separated,
20 and discarded or not counted and then other
21 ballots were injected and those were by
22 affidavits that have been acquired by the -- all
23 the legal teams.
24     SENATOR JEN JORDAN: And so, for
25 example in Georgia, you don't know -- just one

Page 73

1 more.
2     CHAIRMAN WILLIAM LIGON, JR.: Senator
3 Jordan, maybe -- yeah, I was going to say just
4 one more question.
5     SENATOR JEN JORDAN: Just one more, Mr.
6 Chairman. So, sitting here, you don't know that
7 the fact that the number of ballots cast actually
8 matched the number of registered voters that
9 requested absentee ballots and then cast the
10 absentee ballots and/or appeared in person to
11 cast ballots, correct?
12     PHIL WALDRON: That's correct.
13     SENATOR JEN JORDAN: Okay, thank you.
14     CHAIRMAN WILLIAM LIGON, JR.: Any other
15 -- Senator Tillery, did you have a question?
16     SENATOR BLAKE TILLERY: Yes, sir.
17 (Indiscernible) --
18     MAYOR RUDY GIULIANI: (Indiscernible)
19 Chairman?
20     CHAIRMAN WILLIAM LIGON, JR.: Yes, sir.
21     MAYOR RUDY GIULIANI: Would it be
22 appropriate for me to ask a question
23 (indiscernible)?
24     CHAIRMAN WILLIAM LIGON, JR.: Yes, sir.
25 Yes, sir.

19 (Pages 70 - 73)

Page 74

1    MAYOR RUDY GIULIANI:  Colonel, when you
2  see those ballots being taken out from under the
3  -- from under the desk, aren't there 96,600
4  ballots that were voted but for which there's no
5  return?  Could they possibly be those ballots?
6    PHIL WALDRON:  There is a possibility.
7    MAYOR RUDY GIULIANI:  Could that be a
8  reasonable explanation for these unexplained
9  ballots?
10    PHIL WALDRON:  It could be one
11  explanation.  Yes, sir.
12    MAYOR RUDY GIULIANI:  And what about
13  the -- go further back in Mr. Ramsland's
14  analysis, expert opinion, he says there are
15  136,098 votes that have the indicia of fraud.
16  They're in serious question based on the analysis
17  that he did of the Dominion machines.  Could it
18  have something to do with that?
19    PHIL WALDRON:  The machine vote is
20  highly suspect.  I think the -- if I recall
21  correctly, the timeline, the upload of votes --
22    MAYOR RUDY GIULIANI:  Yes, I was going
23  to ask you that.
24    PHIL WALDRON:  0336 in the morning that
25  -- of the 4th, Georgia had the largest single

Page 75

1  ballot upload, and it was from multiple centers
2  but it was a 200,000-ballot upload and -- at
3  0336.
4    MAYOR RUDY GIULIANI:  What time was
5  that?
6    PHIL WALDRON:  0336 on the 4th.
7    MAYOR RUDY GIULIANI:  Did that include
8  Fulton County?
9    PHIL WALDRON:  That was across multiple
10  precincts across the state.
11    SENATOR JEN JORDAN:  Mr. Chair, I just
12  have one follow-up -- one really quick follow-up,
13  one just real quick.
14    CHAIRMAN WILLIAM LIGON, JR.:  One, but
15  I have other senators that have questions.
16    SENATOR JEN JORDAN:  I know, but one of
17  the issues with respect to Mr. Ramsland that I
18  want to -- is that there was an indication that -
19  - are you aware of the fact that in the system,
20  in our voting system, that when you vote early it
21  indicates that you have cast an absentee ballot?
22    So, for example, it will say absentee
23  ballot requested, let's say October 6, and then
24  it'll say received October 6th, but it says
25  absentee.  Are you aware of that?

Page 76

1    PHIL WALDRON:  That would be a question
2  for Mr. Ramsland.  I'm sorry.
3    SENATOR JEN JORDAN:  Okay.  And so,
4  could that explain some of these purported votes
5  that he was talking about in terms of they were
6  absentees the day -- you know, they were received
7  the day of and then voted the same day or
8  requested and then voted?
9    PHIL WALDRON:  So, if there -- in
10  Georgia, if there's a difference in absentee
11  ballots versus mail-in ballots, then there is a
12  difference.  If the early votes were recorded as
13  absentee ballots, I believe what I heard Mr.
14  Ramsland say that those were mail-in ballots, so
15  if there's a distinction between absentee and
16  mail-in in the state of Georgia, that would --
17  that would be a question for your election
18  officials as far as how they tabulate or account
19  for early voting statistics under the Secretary
20  of State's website.
21    CHAIRMAN WILLIAM LIGON, JR.:  Senator
22  Tillery?
23    SENATOR BLAKE TILLERY:  Thank you, Mr.
24  Chairman.  I think the mayor asked the question
25  about the 96,600 votes that I was going to ask a

Page 77

1  lot more eloquently than I could, so thank you,
2  Mr. Mayor, but I do have two follow-up questions
3  on that.
4    When you mentioned -- it sounds like if
5  we have done a full audit of the paper counts 100
6  percent, not just a small percentage of audit,
7  that that may negate some of your concerns about
8  the Dominion machines, but you then said we might
9  need to audit the paper for what the 200,000 or
10  so that may have come in.  Did I hear you
11  correctly on that?
12    PHIL WALDRON:  Again, there are so many
13  ways.  So, I look at life as how to attack it.
14  That's what I did in the military.  How do I
15  attack it?  How do I defeat it?  How do I
16  interdict it?
17    And if we looked at those, you can --
18  we've heard testimony, and again I'm not sure
19  about Georgia on the processing, but I did hear
20  it in Pennsylvania, I did hear it in Arizona,
21  that mail-in ballots were opened by the time they
22  got to the processor.  There were ballots
23  separated from the envelope.  The signature
24  verification was non-standard on the envelope.
25    SENATOR BLAKE TILLERY:  Well, I don't

Page 78

1 mean to cut you off. I'm doing it just for time
2 purposes. I apologize.
3        PHIL WALDRON: Yes.
4        SENATOR BLAKE TILLERY: But I thought
5 you said something about ink and where folds were
6 and marks on the paper.
7        PHIL WALDRON: Correct.
8        SENATOR BLAKE TILLERY: My question
9 goes to that. With the Dominion system and our
10 ballot marking device, would that put marks in
11 the same place that would cause some issue with
12 auditing the way you suggested possibly on marks
13 on the paper?
14        PHIL WALDRON: No, no. The hand-marked
15 features of a ballot are forensically -- it's
16 just like, you know, when your DPS, your state
17 troopers ballistics on a bullet. Every ballot
18 has a unique marking parameter that can be picked
19 up by optical sensors to differentiate it from
20 machine printing.
21        Even if they, you know, try to smudge a
22 machine print on a -- on a printer, a hand-marked
23 ballot is different than a machine-marked ballot
24 and that can be picked up and -- with a
25 reprogrammed scanner.

Page 79

1        SENATOR BLAKE TILLERY: One final
2 question if you'll allow me, Mr. Chairman?
3        CHAIRMAN WILLIAM LIGON, JR.: Yes.
4        SENATOR BLAKE TILLERY: Had -- I do not
5 know if you've been able to look at Georgia's
6 numbers specifically yet, but I'm wondering did
7 you see fractional numbers in Georgia?
8        PHIL WALDRON: I did not look. I just
9 looked at the aggregate roll-ups, so I did not --
10 Mr. Ramsland and several other members of the
11 team did the work on Georgia.
12        SENATOR BLAKE TILLERY: That'd be a
13 question we should ask him?
14        PHIL WALDRON: Correct.
15        SENATOR BLAKE TILLERY: Thank you.
16        CHAIRMAN WILLIAM LIGON, JR.: Okay. I
17 think Senator Rhett had a question.
18        SENATOR MICHAEL RHETT: Thank you, Mr.
19 Chairman, and I want to welcome you all to
20 Georgia and particularly the Honorable Mayor.
21 I'm a retired veteran and I lived in New York
22 under your tenure, Mayor, in particular under
23 9/11 and I want to give you kudos for a great
24 job.
25        But I have a quick question. From a

Page 80

1 financial and logistical standpoint, it probably
2 -- won't be feasible to change out the Dominion
3 system before the January 5th runoff. So, if you
4 had a chance to talk to the voters of Georgia,
5 how -- what would you say to them in terms of
6 encouragement moving forward using this system?
7 Thank you, Mr. Chairman.
8        CHAIRMAN WILLIAM LIGON, JR.: Thank
9 you.
10        PHIL WALDRON: I would say there are
11 controls that can be put into place for every
12 machine. If there is absolute positive control
13 of the software and the tapes, you basically put
14 the software in position in the machines, you run
15 a standard ballot, you know, 200 ballots for one
16 candidate and 200 ballots for the other
17 candidate, get the tapes out and make sure that
18 they run right, and then you pretty much have a
19 guard on that machine so that nobody touches the
20 USB drives or the -- or the soft drives and then
21 every precinct can have a hard copy tape and that
22 could be manually added up.
23        CHAIRMAN WILLIAM LIGON, JR.: Okay,
24 thank you. I don't think there are any further -
25 - Senator Harper, did you have a question?

Page 81

1        SENATOR TYLER HARPER: Mr. Chairman, if
2 --
3        CHAIRMAN WILLIAM LIGON, JR.: What
4 number is he?
5        SENATOR TYLER HARPER: Thank you, Mr.
6 Chairman. I just wanted to -- just a point of
7 clarification to Senator Jordan's point about
8 absentee ballots. I just pulled up my -- I voted
9 early and in person, and I think we do, although
10 it says absentee, it specifically says absentee
11 early in vote, early person in -- early in-person
12 voting is the way that it's specifically listed.
13 And if you go to the Secretary of State's
14 website, it also separates those absentee by
15 mail, absentee by advance, or advance in-person
16 voting. I just wanted to make sure that there
17 was a clarification that there is a distinction
18 in our system of by mail absentee, early person
19 in vote -- early in-person voting by absentee.
20        CHAIRMAN WILLIAM LIGON, JR.: Thank
21 you, Senator Harper. So, Senator Anderson?
22        SENATOR LEE ANDERSON: Thank you, Mr.
23 Chairman. Did I understand you tell us that
24 someone at your level could hack into the machine
25 in two minutes?

21 (Pages 78 - 81)

Page 82

1    PHIL WALDRON:  A hacker, yes, sir,
2 DEFCON, which is a big conference, they have all
3 the white hat and black hat hackers out in Las
4 Vegas every year, but that's not me.
5    SENATOR LEE ANDERSON:  Okay.  If we can
6 find -- if someone can hack in it in two minutes,
7 can we find out who did it?
8    PHIL WALDRON:  So, if there was a full
9 forensic audit, then yes, but for anyone to hack
10 into the machines as they sit without the proper
11 authorization would be illegal.
12    SENATOR LEE ANDERSON:  It would be
13 illegal.
14    CHAIRMAN WILLIAM LIGON, JR.:  Okay.
15    SENATOR LEE ANDERSON:  Okay --
16    PHIL WALDRON:  It'd be illegal for me
17 to do it without the proper authorization or our
18 teams.
19    SENATOR LEE ANDERSON:  I see, I see, I
20 see.  All right.  And then my follow-up question,
21 the 96,000 votes that the mayor's talking about,
22 could they have been -- in this situation we in,
23 could they have been come in from out of state?
24    PHIL WALDRON:  The capability exists.
25 The possibility exists for them to be printed.

Page 83

1 We had voice recordings of an order being placed
2 in China to print ballots.  They were given the
3 basic ballots, and they were, you know -- again,
4 that's outside of the U.S. and outside really of
5 our purview, but there are indications that there
6 were fake ballots printed up and pre-positioned
7 in places for injection into the voting systems.
8    SENATOR LEE ANDERSON:  In Georgia?
9    PHIL WALDRON:  No, sir.  Not -- not
10 there I know of in Georgia, in the U.S.
11 presidential election.
12    SENATOR LEE ANDERSON:  Okay, thank you.
13    PHIL WALDRON:  Yes, sir.
14    CHAIRMAN WILLIAM LIGON, JR.:  All
15 right.  Senator Carden?  Yes, sir, Mr. Mayor, go
16 ahead.
17    MAYOR RUDY GIULIANI:  Thank you very
18 much, Colonel.  I would just like to finish up
19 with two points.
20    First of all, Representative Jordan,
21 you said that the democrats here objected to
22 Dominion.  I should tell you that the best letter
23 written on Dominion is written by my
24 congresswoman Carolyn Maloney, who is a democrat,
25 and I really would suggest reading it.  It's

Page 84

1 prophetic.  She wrote it in 2006, and she
2 basically outlined the history of Dominion and
3 Smartmatic, the connection to Hugo Chavez.
4 Eventually, she followed up with Maduro and how
5 it's a highly inaccurate machine.
6    And I guess this is just a question.  I
7 don't know why that isn't discovered in due
8 diligence, and whether you're a republican or a
9 democrat this is not a machine you want counting
10 your votes.
11    Second, on the -- so, I don't consider
12 that a part of an issue at all, but it does cast
13 doubt on the entire legitimacy of the -- of the
14 vote.  And the fact that you have the power to do
15 this, State law doesn't in any way prevent you,
16 the legislature, from immediately taking this
17 over and deciding this.
18    That power, right, obligation is given
19 to you by the founding fathers deliberately.  The
20 founding fathers felt in a situation -- I can't
21 imagine they thought of this one, but in a
22 situation of complexity, the best place to decide
23 would be with the institution closest to the
24 people, and you're the institution closest to the
25 people.

Page 85

1    And you're going to have a very, very
2 much better legal mind than mine talk to you on
3 this, Professor Eastland -- Eastman.  My
4 professor in law school was Eastland.  This is
5 Professor Eastman.
6    And it's very, very clear the Supreme
7 Court in McPherson v. Blacker says whatever
8 provisions may be made by statute or by the state
9 constitution to choose electors by the people,
10 there is no doubt of the right of the legislature
11 to resume the power at any time, to be sure at
12 any time would likely not allow the letter
13 chasers to pick its own set of electors by whim,
14 but there would have to be a substantial basis
15 for it.
16    And that's really what we're presenting
17 to you, a substantial basis, even to the point
18 that these votes are too illegitimate to certify,
19 either too illegitimate to certify or you can
20 look through them and certify them in whatever
21 way you feel is right.
22    But this is your power, your
23 obligation, and I know it's surprising.  I've
24 been before state legislators who didn't realize
25 it and really, do we really have this power, and

22 (Pages 82 - 85)

Page 86

1 then once reading the Constitution and the
2 Federalist papers, it clearly is yours.
3          You are the final arbiter of who the
4 electors should be and whether the process is
5 fair or not, and the other way to look at it,
6 it's your responsibility if a false and
7 fraudulent count is submitted to the United
8 States Government.  And it is clear that the
9 count you have right now is false.
10          CHAIRMAN WILLIAM LIGON, JR.:  Thank
11 you.  All right.  I think we're going to move on
12 to the next --
13          MAYOR RUDY GIULIANI:  It's all yours.
14          CHAIRMAN WILLIAM LIGON, JR.:  Wasn't it
15 Mr. Smith?  Did you want to say something else or
16 did you have --
17          RAY SMITH:  Well, we do have a couple
18 of other witnesses.
19          CHAIRMAN WILLIAM LIGON, JR.:  Susan
20 Voyles?
21          RAY SMITH:  Yes.  Susan Voyles.  I'm
22 just going to bring her in.
23          CHAIRMAN WILLIAM LIGON, JR.:  There she
24 is.  Ms. Voyles, would you --
25          RAY SMITH:  Right here.

Page 87

1          CHAIRMAN WILLIAM LIGON, JR.:  Right
2 there.  She's right there.
3          SUSAN VOYLES.  Right here.
4          RAY SMITH:  There you are.  Are you
5 ready?
6          CHAIRMAN WILLIAM LIGON, JR.:  I'm
7 ready.
8          RAY SMITH:  Okay.  All right.  Would
9 you state your name and where you live, Ms.
10 Voyles?
11          SUSAN VOYLES:  My name is Susan Voyles
12 and most people call me Suzi.  I live in Sandy
13 Springs, Georgia, which is in Fulton County.
14          RAY SMITH:  And tell me -- tell
15 me about your being a poll manager and what
16 you've done as far as --
17          CHAIRMAN WILLIAM LIGON, JR.:  Mr.
18 Smith, the -- I'm going to need for you to -- I
19 know she's behind you, but I'm going to need for
20 you to speak into the microphone --
21          RAY SMITH:  I'm sorry.
22          CHAIRMAN WILLIAM LIGON, JR.:  -- so
23 that you can be heard online.  I'm sorry --
24          RAY SMITH:  Sure, absolutely.
25          CHAIRMAN WILLIAM LIGON, JR.:  -- to

Page 88

1 interrupt you, but you may want to start over.
2          RAY SMITH:  Okay.  Ms. Voyles, if you
3 could tell the committee here what your role is
4 as a precinct poll manager and how long you've
5 been doing it, and then kind of get into how you
6 were involved with the recount, et cetera.
7          SUSAN VOYLES:  I'd be happy to.
8          RAY SMITH:  Okay.
9          SUSAN VOYLES:  I have been a manager of
10 a precinct polling location in Sandy Springs for
11 over 20 years.  I've mostly been in the same
12 location.  When they consolidated polls, However,
13 they asked me to move to another poll, then when
14 they pared them down, I got to go to SSO2 again,
15 which I thought was a wonderful thing.
16          Anyway, I have never experienced in all
17 my time an election quite like this one.  I have
18 never seen such poor handling of not only the
19 machinery, but the chain of custody from the very
20 beginning was so flawed.
21          I went in on Sunday, and that's the
22 typical day that we pick up our things and all
23 our equipment, our big BMDs, the ballot marking
24 device, is supposed to be put in --
25          RAY SMITH:  What -- could you tell what

Page 89

1 date that was, please?
2          SUSAN VOYLES:  Yes.  That would have
3 been Sunday the 1st of November.  It's always the
4 Sunday prior.  And that Friday prior to that, our
5 ballot marking devices are all supposed to be in
6 the location of our poll.
7          Up to that point, I had no idea that
8 mine were not there, but when I went in on
9 Sunday, I'm to pick up my poll pads, a lot of
10 material, and the poll pads are really an updated
11 version of the numbered list of voters.  It's
12 just on an iPad-like device and it also has a
13 place where I can encode the cards for the
14 voters, the voter access cards.  But when I went
15 in, the only thing I received was my telephone
16 and he's --
17          RAY SMITH:  Ms. Voyles, I'm sorry.
18 Could you -- we've got limited time.  Why don't
19 we skip ahead to when you were involved with the
20 recount on November 14th?
21          SUSAN VOYLES:  I'd be happy to.
22          RAY SMITH:  Okay.
23          SUSAN VOYLES:  On Saturday -- well, I
24 was called the day before on the 13th.  Friday
25 the 13th I was called and asked could I obtain

23 (Pages 86 - 89)

Page 90

1 two of my managers -- I mean two of my assistant
2 managers and would I be willing to go down to
3 perform the audit? I said yes, I would.
4        Unfortunately, we had to sign up for
5 the entire five days, Saturday through Wednesday
6 and from 7 a.m. to 5 p.m. every day. If we could
7 not commit to that time, they did not want our
8 services. So, I could but my other assistant
9 managers could not.
10        I did go down with another manager and
11 our first box that we finally got close to 10:00
12 in the morning, I believe it was 9:45, because
13 they didn't have enough tables for everybody,
14 they just did -- they weren't prepared for as
15 many as they asked to come.
16        Our first box that we got was a
17 corrugated cardboard box that was not the size of
18 a typical file box, but it was just a -- like
19 maybe a book box if you were moving.
20        It was bound together with packaging
21 tape, and on the top of that -- clear packaging
22 tape. On the top of that was the seal that
23 should be totally pressed down like a sticker
24 from the Secretary of State's Office, which
25 should according to the chain of custody have the

Page 91

1 signatures of those who had prepared this box,
2 who had been the last to touch it.
3        Likewise, at the end, that would have
4 been my responsibility once we had gone through
5 the context -- contents to do the same thing,
6 replace it with a new seal with my signature and
7 my partner's signature.
8        We were instructed how we were to do
9 the ballots and our first batch -- our first box
10 was -- contained eight batches of at least 100
11 apiece. One batch did have 110 in it.
12        And as we went through the batches,
13 they were normal absentee ballots and most of
14 them were pretty worn until we came up to a batch
15 that is -- it was -- my words were pristine. It
16 was white, it was so white, and this is a typical
17 absentee ballot. You can see how when it comes
18 to you in the mail how it's got many folds in it.
19 These had no folds.
20        You could see where it should have been
21 folded if it went through a folding machine or
22 for the voter to figure out easily how to do
23 that, but these did not have that. I was running
24 my hands up and I said to my seat mate, I said
25 feel these, they feel different. And when you

Page 92

1 have felt absentee ballots for as long as I have,
2 the years are creeping up there, you know the
3 feel of them. You know the feel of a real dollar
4 bill. You know the feel of a play dollar bill
5 even though it might look genuine.
6        But the thing that really jumped out at
7 us besides the feel of these ballots, besides
8 there were no folds, was the fact that the first
9 one that was bubbled in had almost a little
10 eclipse of white in the bubble where you would
11 bubble in, and in that ballot, I mean, everything
12 else was right there, but as we began to proceed
13 through because we had to sort these by Donald J.
14 Trump, Joseph R. Biden, and Joe Jorgensen and
15 then write-in if we happened to have a write in.
16        What we began to notice was an
17 overwhelming amount were exactly, not possibly,
18 but exactly the same. So, these absentee ballots
19 had no folds in them yet they were presented as
20 absentee ballots. Even if they'd wound up as a
21 provisional ballot, which is similar in
22 structure, just different type of envelopes, it
23 would have been exactly the same. There would
24 have been folds in them.
25        But these ballots were exactly the same

Page 93

1 and there was one in the middle of this stack
2 that all of us at times have pulled something out
3 of a scanner or a copier too soon and the image
4 is not square on the paper, and that's exactly
5 the way one of these ballots was in this batch.
6 It was also striking to me that rather than
7 having the customary 100 to the batch, it had
8 110. We found this to be quite an oddity.
9        RAY SMITH: Talk about the -- when you
10 were down there about the --
11        MAN 3: Microphone.
12        RAY SMITH: Oh, I'm sorry. Talk about
13 the organization when you were down there and you
14 came down there on that -- I think it was a
15 Sunday morning you came down there and you
16 thought you were going to be down there all day
17 and they told you to leave.
18        SUSAN VOYLES: On the second day -- we
19 stayed until about 4:45 on Saturday. We were
20 instructed to come back Sunday morning, which we
21 did. We were very surprised to find no lines.
22 What they had done was not only had poll managers
23 there, Fulton County poll managers, but they the
24 previous day had had a number of Fulton County
25 employees who were there also. The girls behind

24 (Pages 90 - 93)

Page 94

1 us, they were librarians and -- but they were
2 Fulton County librarians. They were there to do
3 this.
4        So, on Sunday morning when we went
5 down, it was fairly void of anybody. We were
6 just very surprised. We were instructed to go to
7 our table that we had had the day before. People
8 came in after us, including the people at the
9 table behind us.
10        We were -- we gave our table number so
11 that we could get our ballots. We waited and we
12 waited. The people behind us got theirs. They
13 had over 3,000 from Sandy Springs precincts. The
14 people in front of us had over 6,000 from another
15 precinct, and when our box came, you know, our
16 eyes were getting kind of big because that was a
17 lot of ballots to get through, when we got ours,
18 we opened up our box and the Fulton County ballot
19 boxes are like heavy duty suitcases with padding
20 on the inside and roller carts.
21        We had the young man unseal ours and
22 then when we opened it, I was kind of aghast. We
23 had one batch of the machine-generated ballots in
24 there from the BMDs, the ballot marking device.
25 There were 60 of them in that batch. They were

Page 95

1 all from a quality living center and -- which is
2 in I believe Southwest Atlanta, I do know it's
3 South Atlanta, and all we had was 60.
4        And we stayed around and we asked for
5 another batch and we waited and we waited and we
6 waited, did not get one. We volunteered to help
7 the other people who had such enormous stacks and
8 we were told that we were done.
9        So, the thing that was also an oddity
10 to us, whether it was the Sunday bunch, I've done
11 this long enough to know the votes are usually
12 fairly even and this was not the case either on -
13 - with the absentee type ballots or, you know,
14 when you're seeing a stack where 98 percent of
15 them are for one candidate, those are
16 overwhelming odds, particularly when you look at
17 the overall vote count.
18        RAY SMITH: Okay. Were there other --
19 when you -- when you were -- when you were told
20 to leave, were there -- was there anybody else
21 still left there, still counting?
22        SUSAN VOYLES: Oh, yes, this was 10 in
23 the morning and that's why we volunteered to help
24 the gals behind us and the gals in front of us or
25 anybody else in the room, but we were told to

Page 96

1 leave. Some other friends of ours, Dr. and Dr.
2 Roll, were told to leave.
3        And so, I suggested to my partner that
4 we (indiscernible) and that we left. And when we
5 were there the night before, there were pallets
6 of ballots that needed to be addressed and
7 counted and those pallets were non-existent the
8 next day.
9        And to be told we had to block off so
10 much time and miraculously finish by 10:00 on
11 Sunday morning and not required for any other
12 service, that was amazing.
13        RAY SMITH: No further questions of
14 this witness.
15        CHAIRMAN WILLIAM LIGON, JR.: Senator
16 Parent had a question.
17        SENATOR ELENA PARENT: Thank you so
18 much, Mr. Chairman. Ms. Voyles, thank you for
19 being here with us today and thank you for
20 working as a poll manager.
21        As it relates to the ballots that you
22 discovered that were pristine and not folded, I'm
23 assuming as a poll manager you're familiar with
24 the process of ballot duplication?
25        SUSAN VOYLES: Yes, I am. But --

Page 97

1        SENATOR ELENA PARENT: Or replication.
2        SUSAN VOYLES: Now, are you speaking if
3 something was flawed and could not go through the
4 scanner; is that what you're speaking of?
5        SENATOR ELENA PARENT: Yeah, either
6 flawed and cannot be read by the scanner or a
7 UOCAVA ballot that is printed on a home printer
8 overseas and then mailed in and then is going to
9 be duplicated onto a ballot by poll workers such
10 as yourself?
11        SUSAN VOYLES: I certainly am. But if
12 that were the case with these ballots, the
13 markings would not have been identical through 98
14 percent of the ballots.
15        SENATOR ELENA PARENT: Well, couldn't
16 it be explained -- the lack of folding, could
17 that -- and the fact that they were more
18 identical, couldn't that be explained by the fact
19 that they were all personally replicated and
20 duplicated with observation by individuals
21 working that same poll?
22        SUSAN VOYLES: Well, that -- the
23 probability of that I would think is very slight
24 because why would 98 ballots have that little
25 white eclipse on the very first presidential

Page 98

1 ballot?  Why would all of them be exactly the
2 same?  It was very easy to see that a ballot had
3 been replicated many times.  One was hand done,
4 the rest had some other marking device, whether
5 it was copied, whether it was scanned.  You know
6 --
7       SENATOR ELENA PARENT:  So, your
8 testimony is that they just looked too identical.
9 It's not that -- because I understood you to say
10 the fact that they were folded set off alarm --
11 or not folded set off alarms for you where my
12 more limited understanding of the process is that
13 it makes perfect sense due to the duplication
14 process that not every ballot would be folded.
15 So, your testimony is that they looked too
16 similar --
17       SUSAN VOYLES:  My testimony is --
18       SENATOR ELENA PARENT:  -- to have been
19 properly duplicated?
20       SUSAN VOYLES:  Correct.  None of them
21 were folded.  None of -- none of them -- if
22 something had been done, it would -- it would
23 look somewhat accordion like this.  None of them
24 were like this.
25       SENATOR ELENA PARENT:  Well, so can you

Page 99

1 educate me for a second?  Because I guess --
2       SUSAN VOYLES:  Sure.
3       SENATOR ELENA PARENT:  -- what I'm not
4 understanding is why those would be folded.
5 Because my understanding of the duplication
6 process is that they indeed would be pristine and
7 not folded.
8       SUSAN VOYLES:  Well, you would not have
9 had the score marks in them that -- where they
10 should have been folded by -- if you're familiar
11 with any type of mailing, you know, whether it's
12 a church bulletin or, you know, your school
13 report cards or whatever it is, they have
14 wonderful folding machines and -- but they are
15 usually sent by the printer, and I don't think
16 it's the fold so much.  It was the field that
17 drew our attention to how all of these were
18 marked.
19       SENATOR ELENA PARENT:  So, your
20 testimony is they -- it's not so much the fold.
21 It's that they felt differently.  Is that
22 correct?
23       SUSAN VOYLES:  That's what drew our
24 attention to it, was the fact that they felt
25 differently and then as we began to examine the

Page 100

1 ballots, we saw that they indeed were different.
2 We had already been through 600.  Well, six
3 batches which would have been over 600 ballots,
4 and these were much different.
5       SENATOR ELENA PARENT:  Not explainable
6 by the normal duplication process that would be
7 done as a batch?
8       SUSAN VOYLES:  No, no.
9       SENATOR ELENA PARENT:  All right, thank
10 you.
11       CHAIRMAN WILLIAM LIGON, JR.:  Senator
12 Heath?
13       SENATOR BILL HEATH:  You mentioned -- I
14 think I got this right.  You mentioned a box that
15 had 60 ballots in it.
16       SUSAN VOYLES:  That was the box on
17 Sunday, yes.
18       SENATOR BILL HEATH:  I'm over here, I'm
19 sorry.  I --
20       SUSAN VOYLES:  You saw my head bobbling
21 around.
22       SENATOR BILL HEATH:  Yeah, I thought
23 you were on something more important, so.
24       SUSAN VOYLES:  I'm sorry, yes -- no,
25 no, no, nothing more important than what you're

Page 101

1 asking.  So, yes, Sunday there were 60 ballots in
2 our box.
3       SENATOR BILL HEATH:  And that box was
4 from quality --
5       SUSAN VOYLES:  Quality living center.
6 And those were all generated on a ballot marking
7 device, which is looking like a larger iPad.
8 It's a Dominion --
9       SENATOR HEALTH:  So, is quality -- I'm
10 sorry, is that -- is that a voting precinct or is
11 that --
12       SUSAN VOYLES:  No, sir.  It is simply a
13 men's recovery center, and that was very unusual
14 to me also because most of our senior centers
15 have been trying to get at least one sort of
16 precinct designation or early designation for the
17 20 years that I've been doing this, and they have
18 not, so to have a 60-person facility.
19       SENATOR HEALTH:  So, is this -- Fulton
20 County made mention that they had some --
21       SUSAN VOYLES:  Mobile units.
22       SENATOR BILL HEATH:  -- mobile units
23 that they -- it seemed to me that they were
24 saying like they were mobile precincts that if
25 they had an issue at a precinct, they could roll

26 (Pages 98 - 101)

Page 102

1 in there with this thing and take over the work
2 there.
3        I had some questions about how you
4 reprogram a precinct from being Precinct 1 to be
5 Precinct 54, for example, because it would be
6 different -- potentially different ballots on
7 that, like if there were school board or city
8 council or county commission or whatever, you --
9 not all -- not all precincts have the same
10 ballot, at least in some elections.
11       So, I had some questions about that.
12 But is it -- are you implying or is it possible
13 that this was the result of a mobile precinct
14 that rolled into a quality living center and they
15 all came out and voted or --
16       SUSAN VOYLES: I can't say it's not
17 possible. I can -- that is a possibility.
18       SENATOR BILL HEATH: I'm trying to
19 understand what --
20       SUSAN VOYLES: But usually --
21       SENATOR BILL HEATH: How you knew they
22 came from quality living center --
23       SUSAN VOYLES: Because that was on the
24 batch -- the ballot box. Every batch of ballots
25 that we received told us where they had

Page 103

1 originated.
2        SENATOR BILL HEATH: But that's
3 generally a voting precinct.
4        SUSAN VOYLES: No, this is not a voting
5 -- this is just where those 60 ballots had come
6 from. They took a voting unit there, and I
7 cannot answer whether it was a single BMD or
8 whether it was the unit.
9        SENATOR BILL HEATH: So, it could have
10 been the mobile voting unit or mobile precinct.
11 I think Fulton County testified they had two of
12 these. But my point is, is that they sort of --
13 I'm not sure how the detail of -- level of detail
14 at the elections, but I don't think you can just
15 decide oh, we'll have a precinct over at the
16 Kroger today from noon to three and then we'll
17 move over to somewhere else later that day. I
18 don't -- and furthermore, I mean how -- I
19 understand having ballots -- a group of ballots
20 that came from a precinct, but a group of ballots
21 that came from an address doesn't seem right.
22 I'm --
23       SUSAN VOYLES: If I might answer your
24 question from another direction? When I finally
25 did receive my poll pads and we were trying to

Page 104

1 have our first voters vote first thing in the
2 morning, the one thing that we noticed, and I did
3 bring if you'd like to see, I brought -- the poll
4 pad, the first thing that came up was the voter
5 didn't belong in that poll and yet I saw her, you
6 know, her ID and her license address and
7 everything like that and I thought well this is
8 screwy.
9        I looked at it and our poll pads were
10 actually programmed for Adams Park Library. And
11 so, it did show her as -- it gave her directions
12 how to get up to where she was standing
13 physically in front of me. And so then at that
14 point what was done since -- when the techs
15 finally came in to remedy this problem, they with
16 the use of the internet got ahold of Dominion in
17 Denver and they were able to reprogram those but
18 I think on a diff -- so that they went from my
19 pole. I think on a different level, and I can't
20 -- I'm not even going to speculate on the mobile
21 units.
22       SENATOR BILL HEATH: May I continue or?
23 So, I have -- I thought that I understood that
24 the -- that the voting system was separated from
25 the world by an air gap, that they're not

Page 105

1 connected to the internet. What I thought I
2 heard you say is that you were able to contact
3 Dominion. They were able to fix the problem.
4 That indicates to me that somehow they're able to
5 communicate with the device that you have.
6        SUSAN VOYLES: Yes, sir, they were.
7 And to give you an example, the way -- I am not a
8 tech person but the best way I can explain it to
9 you is when something happens with my phone that
10 I can't -- I have an iPhone -- or something
11 happens with my Apple computer where I need
12 additional assistance with that, I call up Apple
13 and I say, you know, this is what's happening and
14 they say do I have permission to take over your
15 computer, and of course I give them the
16 permission to do that because I want it fixed.
17       That was the exact same thing. I had
18 to give them permission to take over my pole pad
19 so that they could reprogram it from Adams Park
20 to SSO2A and B, which is at West Balding Drive
21 Elementary.
22       SENATOR BILL HEATH: One final, I
23 think. So, as I think through this, there's some
24 protection -- should be some protection that
25 keeps me from going to one precinct and voting

27 (Pages 102 - 105)

Page 106

1 and driving over to another precinct and voting.
2 That would seem to require that maybe it's this
3 poll pad, not the actual ballot marking device or
4 the scanner but the poll pad has to be connected
5 to other poll pads.
6      But that's -- so maybe what you're
7 saying is, is that that pole pad, that update on
8 the pole pad, was not -- is not generating
9 ballots. It's only generating a card that you
10 then take to the ballot marking device to vote;
11 is that correct? Or --
12      SUSAN VOYLES: That is partially
13 correct, sir. We also had with our ballot
14 marking devices at the same time, because of
15 whatever was going wrong and then we could not
16 encode the cards, they fixed those machines, the
17 ballot marking devices, at the same time. So,
18 does that answer your question a little bit more?
19 Yes, they operated remotely on both the ballot
20 marking device and on the pole pads.
21      We also had someone there -- we've
22 always been told we cannot take our personal
23 computers or even have our phones there and we
24 also had someone -- I'll see if I can try and
25 explain her position, requested by the ACLU but

Page 107

1 she was not with the ACLU. She was an attorney
2 and she was sworn in as a deputy registrar and
3 her position -- because they were anticipating
4 many, many provisional ballots or absentee
5 ballots coming in where people actually wanted to
6 vote in person, which by the way, all of those
7 ballots at the end of the day, if somebody
8 surrenders there, they are marked canceled. We
9 tear a portion of that ballot so it cannot go
10 through a scanner and then they are marked on the
11 machine.
12      But she was always connected to the
13 internet, and we have been told that never -- I'm
14 not -- I'm not trying to discredit her. She was
15 doing what she was asked to do and she was a
16 great deal of help to me personally, because in
17 the past we had to call up and say, you know, has
18 John Smith returned his absentee ballot and go
19 through a whole bunch. She could do it almost
20 immediately.
21      CHAIRMAN WILLIAM LIGON, JR.: Okay.
22 Senator, have a couple of questions and we'll
23 need to move on to Senator Kennedy and then
24 Senator Brass. I'll get you on the next one. Go
25 ahead.

Page 108

1      SENATOR JOHN KENNEDY: Thank you, Mr.
2 Chairman. Ms. Voyles, thank you very much for
3 appearing before this committee. Your
4 experiences and the testimony you bring are
5 critical to us understanding and getting to the
6 bottom of what happens and what happened during
7 the course of the election on election day. So,
8 thank you very much for being here.
9      My question is really just one. With
10 regard to the pristine ballots that you've talked
11 about and answered some other questions on, can
12 you give us an estimate of what -- the total
13 number of those ballots that you found suspicious
14 for -- on whatever basis it was, but the ones
15 that are in the pristine category, can you tell
16 us about how many of those you think were there?
17      SUSAN VOYLES: Yes, I can. In that
18 batch there were 110, and that was odd. We were
19 told no batch would be over 100. Sometimes we
20 had 99 because there might have been a
21 disqualified ballot and that was on the tally
22 sheet that we received beforehand. In that
23 particular batch, there were two for Donald J.
24 Trump, there was one for Joe Jorgensen, and the
25 remainder of the 110 were for Joseph R. Biden.

Page 109

1      SENATOR JOHN KENNEDY: Okay. I said
2 one question. Can I ask one more, Mr. Chairman?
3      CHAIRMAN WILLIAM LIGON, JR.: Yes.
4      SENATOR JOHN KENNEDY: A different
5 question. Were there -- other than the
6 experience that you answered questions about for
7 Senator Heath of ballots that indicated or had
8 some indicia from which they were sourced
9 geographically, some address or something
10 indicating where they came from, did you see
11 anything like that in addition to what you've
12 already described? That is ballots that had some
13 indicator or some way to trace back or some
14 suggestion of the sourcing of where they came
15 from geographically?
16      SUSAN VOYLES: Yes. This first box
17 that we received all indicated that they were
18 from the center that was put up at -- State Farm
19 Arena, I'm sorry.
20      SENATOR JOHN KENNEDY: Thank you.
21 Thank you, Mr. Chairman.
22      CHAIRMAN WILLIAM LIGON, JR.: Senator
23 Brass.
24      SENATOR MATT BRASS: Thank you, Mr.
25 Chairman. Thank you, Ms. Suzi, for being here.

28 (Pages 106 - 109)

Page 110

1    Going back to that pristine batch of
2 110, did you say you've been doing this poll
3 managing for 21 years?  Did I hear that earlier
4 or?
5    SUSAN VOYLES:  You heard over 20 years.
6    SENATOR MATT BRASS:  Over 20 years.
7 Okay.  So, in your over 20 years' experience,
8 have you ever seen a batch that was completely
9 pristine like this with no folds?  Yes or no is
10 fine.
11    SUSAN VOYLES:  No.
12    SENATOR MATT BRASS:  Okay.  In your --
13 in your 20-plus years' experience doing this,
14 have you ever noticed or seen ballots to where
15 the mark was pretty much the same in every spot?
16 Yes or no will be fine.
17    SUSAN VOYLES:  No.
18    SENATOR MATT BRASS:  Okay.
19    CHAIRMAN WILLIAM LIGON, JR.:  Senator
20 Carden?  Summers, sorry about that.
21    SENATOR CARDEN SUMMERS:  That's all
22 right.  Have any of your colleagues in Georgia in
23 159 counties -- you or the mayor, by the way,
24 have they come forward as you've come forward as
25 telling us these facts that you know to be true

Page 111

1 about the way these ballots are done?  Is anybody
2 else in Georgia, poll workers or the head of the
3 pole, doing that?
4    SUSAN VOYLES:  Yes, sir.
5    SENATOR CARDEN SUMMERS:  Okay.  Are you
6 able to -- Mr. Mayor, will you be able to submit
7 that to this committee of what will happen?
8    MAYOR RUDY GIULIANI:  So, we have
9 (indiscernible) we have over 100 affidavits.  The
10 witnesses that we're presenting today are just
11 examples of numerous other witnesses who have the
12 same information or similar information.  We
13 didn't want to -- we didn't think we could take
14 up your time with 100 witnesses.
15    RAY SMITH:  For instance, though, we
16 had a witness from Bibb County who saw these same
17 pristine ballots in Bibb County.
18    MAYOR RUDY GIULIANI:  If I could
19 clarify one other thing, I don't know if Phil
20 made it -- Colonel Waldron made it clear --
21    CHAIRMAN WILLIAM LIGON, JR.:  Mr.
22 Mayor, could you -- could you pull the microphone
23 closer?
24    MAYOR RUDY GIULIANI:  I don't know if
25 Colonel Waldron made it clear in his testimony,

Page 112

1 but one of the problems with Dominion is it has
2 numerous connections to the internet, and in
3 every state in which we've done investigations
4 Dominion was connected to the internet and would
5 lie about it and they would say they weren't.
6    I'd have to look through the affidavits
7 here to see if that's the case here, but at least
8 three other states' wit -- numerous witnesses saw
9 the internet connections of Dominion and the
10 Dominion supervisor would say no, we're not
11 connected to the internet.
12    And Phil has evidence of those
13 communications, communications into the Dominion
14 machine and communications outside, which we can
15 submit to you.
16    SUSAN VOYLES:  May I add a comment
17 there?  About the techs and everything, most of
18 us did not have a tech, a technical person within
19 our precinct.  We had to wait for one to arrive
20 from Fulton County.
21    So, I hear there is a rumor that
22 everybody had a tech, and I talked to Mike
23 Dvorak.  I was asking him and he did not have one
24 in the poll that they managed.  I did not have
25 one and numerous other people had to wait hours

Page 113

1 for techs to come.
2    CHAIRMAN WILLIAM LIGON, JR.:  Thank
3 you.  Senator Anderson?
4    SENATOR LEE ANDERSON:  Thank you,
5 ma'am, for being here today.  Thank you, Mr.
6 Chairman.  Going back to Senator Heath's
7 comments, did I understand that Dominion's
8 supposed to not be tied to the internet or tied
9 to any type?
10    SUSAN VOYLES:  That is my
11 understanding.  However --
12    SENATOR LEE ANDERSON:  But then -- but
13 -- okay.
14    SUSAN VOYLES:  -- it is.  And if you
15 look on their own website, and I told you I'm not
16 a real big tech person, but they showed you how
17 to repair things or how to download things.
18    SENATOR LEE ANDERSON:  Now, did I hear
19 you correctly say that you could call them and
20 then they could, over the phone, fix the machine?
21    SUSAN VOYLES:  We did call them and
22 they did fix our machine over the phone.
23    SENATOR LEE ANDERSON:  All right.  How
24 do you honestly know that you're really talking
25 to somebody from Dominion?

29 (Pages 110 - 113)

Page 114

1    SUSAN VOYLES: How do I know when I
2 call Georgia Power that I'm honestly talking with
3 somebody from Georgia Power?
4    SENATOR LEE ANDERSON: I mean, but --
5 right, but I mean, really --
6    SUSAN VOYLES: That's the number that
7 we're given.
8    SENATOR LEE ANDERSON: -- really, we
9 don't even know if you're really talking --
10 you're hoping you are, but you're really not
11 knowing that you're really talking to the right
12 people. I mean, I don't -- I mean, I --
13    SUSAN VOYLES: Well, that sounds a
14 little more nefarious than I'm giving --
15    SENATOR LEE ANDERSON: I mean, it's a
16 possibility is what I'm trying to say.
17    SUSAN VOYLES: Well, I guess anything's
18 a possibility, but if Fulton County gives us --
19 or gives our techs a number for Dominion, I would
20 assume --
21    SENATOR LEE ANDERSON: And they can fix
22 it over the phone.
23    SUSAN VOYLES: Right. They fixed it
24 right there. I can --
25    SENATOR LEE ANDERSON: Okay. I got --

Page 115

1    CHAIRMAN WILLIAM LIGON, JR.: I think
2 that's all our questions here for Ms. Voyles, so
3 thank you, ma'am, for being here today. We
4 appreciate your time.
5    SUSAN VOYLES: Thanks for having us.
6    CHAIRMAN WILLIAM LIGON, JR.: We'll
7 move on to I think --
8    SUSAN VOYLES: Could I take one point
9 of personal privilege for a minute?
10    CHAIRMAN WILLIAM LIGON, JR.: Yes,
11 ma'am.
12    SUSAN VOYLES: One of my concerns over
13 the years has been how many laws have been set
14 concerning our voting system, and I take -- I
15 take this very, very seriously. And so when the
16 new secretary was in, I went into the office and
17 I did speak with Sam Teasley and I said how many
18 people in here have ever worked a polling
19 location to see beyond theory, have seen the
20 actual practice, and I do have to compliment Sam
21 Teasley out of that office for taking me up and
22 he worked, his wife worked, and his daughter
23 worked so they could compare notes, and I really
24 appreciate when people will do that. So, thank
25 you.

Page 116

1    CHAIRMAN WILLIAM LIGON, JR.: Thank
2 you. Okay. I think we were going to move on to
3 Ms. Bridget Throne. Bridget Throne. I --
4    RAY SMITH: She's out there?
5    CHAIRMAN WILLIAM LIGON, JR.: Okay, are
6 you Bridget Throne?
7    BRIDGET THORNE: Thorne.
8    CHAIRMAN WILLIAM LIGON, JR.: Thorne,
9 I'm sorry.
10    BRIDGET THORNE: Yeah.
11    MAN 4: What's her name?
12    CHAIRMAN WILLIAM LIGON, JR.: Bridget
13 Thorne. If you would -- well, Mr. Smith, you
14 were going to ask her some questions.
15    BRIDGET THORNE: Hi, hi.
16    RAY SMITH: Good afternoon, Ms. Thorne.
17 Would you state your full name for the record and
18 tell us where you're from?
19    BRIDGET THORNE: Bridget Elaine Thorne.
20 I'm from Alpharetta, Georgia.
21    RAY SMITH: Okay. And Ms. Thorne, I
22 think you're here today to talk about the lack of
23 securing paper ballots and such and recounts?
24    BRIDGET THORNE: Yes.
25    RAY SMITH: Can you tell us about that,

Page 117

1 please?
2    BRIDGET THORNE: Yes. I guess you have
3 my whole testimony here.
4    RAY SMITH: Yeah, yeah, just kind of a
5 summary if you will.
6    BRIDGET THORNE: Summary of it, okay.
7    RAY SMITH: We'll flesh it out and ask
8 questions if we need to.
9    BRIDGET THORNE: Great. Great. I've
10 worked with Fulton County Elections for
11 approximately nine years as just a precinct
12 manager, poll worker. I've tried to step up
13 whenever they needed. They don't ask us managers
14 for much help, which when I was -- Rob Pitts was
15 talking about staffing the State Farm Arena, they
16 never reach out to us managers in North Fulton
17 County to come and help with early voting. I've
18 made extensive efforts to try to help, to try to
19 be a manager, and then I find out that
20 unexperienced people are managing precincts.
21    So, it was a bit frustrating listening
22 to this morning. But I did through a lot of
23 effort was able to get tech certified and I was
24 trained by Dominion to be a pole tech worker, and
25 last minute they said I could come down to the

30 (Pages 114 - 117)

Page 118

1  warehouse because they needed help.
2       I went down to the warehouse for 5-and-
3  a-half days. I was there from 8 a.m. to
4  approximately 10 p.m. My job was primarily test
5  -- printing test ballots, and these were real
6  ballots. I had reams of rolling paper behind my
7  desk, and I could print ballots all day long, and
8  I did pretty much, because we had to run tests,
9  21 ballots for every section of a precinct. Some
10  precincts had four sections, so we'd have 80-some
11  ballots. It was quite common that these ballots
12  would go lost or missing and we would have to
13  reprint them, kind of a bummer.
14       So, in my course of printing these
15  ballots and when we made mistakes, before I put
16  them in the shredder case, I would spoil them,
17  because as a manager, I know, like this is a real
18  ballot. I can't let it get in the wrong hands.
19       And so, I started spoiling them and my
20  -- the girl who was over me who has no poll
21  worker experience, she's a friend of the Dominion
22  person, she's like what are you doing? And I
23  said I'm spoiling ballots before I put them in
24  this suitcase that's just in the middle of the
25  room, and she kind of questioned and then I went

Page 119

1  over one day and I pulled out a stack of ballots
2  out of that case that was unattended, that was 8
3  inches high.
4       So, throughout the day I put them next
5  to me and I just started tearing them because I
6  could tear more than mark each one through and
7  spoiled the ballots.
8       The next day the girl who was over me,
9  she came to me and she said that she spoke to the
10  head Dominion girl and that what I was doing was
11  correct, that they were way too loose with the
12  ballots in the warehouse, and -- but there was no
13  directive for anybody else to spoil ballots and I
14  never went back in the suitcase and pulled out
15  extra ballots.
16       Then on Friday when early voting
17  concluded, I was just working at my little
18  station and some poll -- other tech poll workers
19  that were trained like me came up and said,
20  Bridget, you're a manager; is this correct? And
21  I'm like, what? What's going on? And they're
22  like they're just pulling out ballots and they
23  had brought all the tabulator scanners out from
24  State Farm Arena and wheeled them in the
25  warehouse.

Page 120

1       And I guess I should back up. The
2  warehouse was run by Dominion people because the
3  Fulton County employees had a COVID outbreak.
4  So, they were all quarantined, 24 of them. So,
5  this was all run by Dominion software people, and
6  I realized they probably have never worked an
7  election and they don't know the security and the
8  preciousness of a ballot of someone's vote. So,
9  I went over to look at the situation with the co-
10  workers and I was quickly reprimanded and told
11  Bridget, it's fine, we've been doing this all
12  week, and I didn't know what to say because I had
13  no authority. I was bothered by it, and I told
14  the poll workers, I'm like, well, you know, the
15  media card's what's really important. The paper
16  ballots are just back-ups, so it'll be okay,
17  they're not going to need these paper ballots
18  anyway, and I was uncomfortable and I walked
19  away.
20       I went back to my desk to print more
21  test ballots. I had a break. I went over and
22  just helped a gentleman pull ballots out, throw
23  them in a suitcase. People left for dinner, just
24  left the ballots sitting on the floor unattended.
25       I left that night at 10 p.m. and there

Page 121

1  was still a suitcase with ballots that I passed
2  as I was walking out the door. It was completely
3  unattended, just left there.
4       And I was uncomfortable with it, but I
5  went ahead and left. The next morning I came
6  into the warehouse -- and by the way, to get in
7  the warehouse you just had to say I'm with Fulton
8  County Elections. They buzzed you in. Anybody
9  could go in. There was a loading dock. Anybody
10  could drive up to the loading dock and walk in
11  the building and one woman actually did and she
12  was kicked out at -- later in the day.
13       So, I walked out -- in that morning and
14  that -- there were no Dominion employees there.
15  There were probably 10 of us there and all the
16  ballot suitcases were sealed and they were just
17  stacked in the corner of the warehouse.
18       And for me, I thought this is just not
19  secure. Someone could just wheel these -- I
20  could wheel them out to my car. I could have
21  wheeled them to the loading dock. I could've
22  changed out ballots. I could have done anything.
23       So, that was Friday, but I tried not to
24  worry about it. Then on Sunday it was my last
25  day in the warehouse and I was just sticking

31 (Pages 118 - 121)

Page 122

1 around because -- in case they lost ballots again
2 I would be there to reprint, but I had nothing to
3 do. So, I decided I would leave the desk, and
4 there was no other people printing test ballots
5 that night. I thought I would leave my desk and
6 I would go out into the floor and help.
7    So, I was away for an hour or so. It
8 was 10:00 at night. I thought it's time for me
9 to go, and I go to my desk and there's a Dominion
10 worker and there was a consultant who had been in
11 the warehouse that whole week. I thought he was
12 a warehouse consultant. I've now figured out
13 he's not a warehouse consultant. He was from the
14 elections group. He was from Chicago.
15    The two of them were printing ballots,
16 and I thought oh my gosh, they need some more
17 test ballots. They lost test ballots. So, I sat
18 down and I'm like oh, let me help you guys. What
19 do you need? Do I start from the bottom? Do I
20 start from the top? And the Dominion worker was
21 like oh, you can start from the bottom. And so,
22 I started and then he's like well, I got to go.
23    Then the consultant guy who was
24 printing ballots, I look over and I notice he's
25 printing random ballots. I'm like there's an

Page 123

1 order when you print test ballots. The purpose
2 of a test ballot is so that you can vote for each
3 candidate, so you either start from the top and
4 vote for the first person all the way across and
5 then the second person, et cetera.
6    This guy was just printing random
7 ballots. And so I went over and instructed him,
8 hey, you know, to print test ballots, you've got
9 to do it this way. And he's like oh, do I have
10 to vote for Trump? I'm like yeah, you got to
11 vote for Trump. And then he started printing
12 some ballots and then he said he had to leave, so
13 he left and it was 10:00 at night so I just
14 finished up printing that batch of test ballots,
15 ran it over to the person, and then I left.
16    So, then -- I am also a precinct
17 manager. So, I manage the precinct in my -- and
18 I'm concerned over the emergency ballots. You
19 guys passed a law that 10 percent of every voter
20 in the poll book, you have to have an emergency
21 ballot.
22    Well, in my precinct I got yellow
23 sample ballots. They were on yellow, cheap
24 paper, said sample across them. So, I got 250 of
25 these. So, I called the warehouse. I said where

Page 124

1 are my emergency ballots? I mean, I hope I don't
2 need them, but where are they? And I took a
3 picture, sent them a picture, and they're like,
4 yeah, that's not right. And we don't know where
5 they are. We can't find them.
6    And in my training as a manager, I've
7 never been trained the importance of securing the
8 emergency ballots. When I've gone into the
9 check-in center at the end of the night, there's
10 no accountability. In the June election, they
11 didn't even have forms when they checked us in.
12 They didn't have ballot recap sheets, which is
13 the most important thing you need as well, but
14 they didn't have check-in forms to say, hey, you
15 turned in all your provisional ballots that were
16 unused, you turned in all your emergency ballots.
17 There's no checking.
18    The next election, you think, okay,
19 that was the first time we used the system, maybe
20 they'll get it right. So, the second time I went
21 to check in, they had the old check-in forms with
22 old language, DREs, and I'm like, okay, I'll sign
23 off that here's all my emergency ballots, here's
24 all my unused provisional ballots.
25    So, you think the third time they would

Page 125

1 get a form. I go to check in that night. They
2 don't have forms. The girl at the Roswell check-
3 in center said she just made one up. But there
4 was nowhere on there to say Bridget had 250
5 emergency ballots and she's turned in those
6 ballots. There was nowhere to say that my
7 provisional ballots -- I'm -- and I'm a split
8 precinct, so I did have proper provisional
9 ballots for my B precinct but none for my A
10 precinct.
11    So, that was concerning. And I did
12 write my superior at Fulton County Elections and
13 she sent it on to her superiors, and I've not
14 heard back about my concerns.
15    I did send it to the Secretary of
16 State. I sent my concerns prior to the election
17 and they were supposed to forward it on to the
18 correct people. I got -- I went back to the
19 Secretary of State after the election with my
20 post-election concerns. I've not heard back from
21 the Secretary of State.
22    I attended the Board of Elections
23 meeting this last week on Monday morning while I
24 was in the airport, and I was going to give my
25 testimony of securing the ballots, and I was

32 (Pages 122 - 125)

Page 126

1 muted 15 seconds into my presentation.
2      So, I feel like I'm not heard or it's
3 not a concern. I was also concerned about the --
4 Fulton County. Rob Pitts didn't mention to you
5 this morning, but they had ACLU clerks in every
6 single Fulton County location to process absentee
7 ballots.
8      I was concerned because my clerk was
9 not trained. She was trained the day before.
10 She seemed very intelligent. She's a lawyer.
11 She wasn't trained to collect an affidavit if
12 you're clearing an absentee ballot. I was also
13 concerned that she was using a personal laptop,
14 but I guess that's fine to have the whole voter
15 database and who turned in absentee ballots and
16 who didn't on your personal laptop.
17      So, those are just some of my concerns.
18 I kind of went around, so I'm sure you have some
19 questions.
20      RAY SMITH: Thank you.
21      CHAIRMAN WILLIAM LIGON, JR.: Are there
22 any questions from any of the senators? Senator
23 Heath?
24      SENATOR BILL HEATH: I don't want to
25 jump ahead of any of these smart guys in here.

Page 127

1 You just -- a lot of information there that could
2 certainly --
3      BRIDGET THORNE: I'm sorry.
4      SENATOR BILL HEATH: There was a lot of
5 information there that could certainly cause me
6 concern, but one of the last things you were
7 talking about, these emergency ballots and you
8 mentioned the absentee ballots, so who all knows
9 -- if I request an absentee ballot, who all knows
10 whether or not I have voted that absentee ballot?
11      BRIDGET THORNE: In previous years, we
12 would have to call downtown to Fulton County
13 Elections and they would clear a voter to vote on
14 the machines. In this election, they would --
15 there was a lot of snafus because there were so
16 many absentee ballots sent out back in June, so
17 the solution was to put an ACLU absentee clerk in
18 every precinct that would do the job of the
19 Fulton County people, because the phones would
20 jam and I would have three poll workers on the
21 phone calling the three different lines and we
22 would just sit there and let it ring and ring and
23 ring until someone got through, and then we'd
24 clear our line of voters that we had so they
25 could go vote on the machines.

Page 128

1      But I don't know, maybe that's public
2 information. I'm -- of who has turned in their
3 absentee ballot? It seems like if it was public
4 information, then I would have loved to have been
5 able to look it up myself on my phone.
6      SENATOR BILL HEATH: Do you have any
7 concern that if I knew which available absentee
8 ballots were out there and uncast that it might
9 be a good opportunity to do whatever with,
10 whether it was called them up and say, hey, you
11 need to go vote today or --
12      BRIDGET THORNE: You haven't turned in
13 your ballot. Can I come get it?
14      SENATOR BILL HEATH: Can I come help
15 you or whatever?
16      BRIDGET THORNE: Mm-hmm.
17      SENATOR BILL HEATH: Tell me -- help me
18 with these emergency ballots. Is that what you
19 called them?
20      BRIDGET THORNE: Yes, emergency
21 ballots.
22      SENATOR BILL HEATH: So, these are
23 legitimate ballots?
24      BRIDGET THORNE: Yes, supposedly.
25      SENATOR BILL HEATH: And so if -- how

Page 129

1 are they used in a -- they're to be used in a
2 voting precinct.
3      BRIDGET THORNE: Mm-hmm.
4      SENATOR BILL HEATH: In what condition
5 would you need an emergency ballot in a voting
6 precinct?
7      BRIDGET THORNE: So, an example that
8 they give us in our training classes is if --
9 like my precinct's in a school, so if the school
10 person doesn't show up to open up the school and
11 I need to open up the polls, I can go ahead and
12 open up the poles on the sidewalk with emergency
13 ballots until I can get in the school.
14      SENATOR BILL HEATH: And let people
15 vote on those ballots and drop them in your
16 briefcase or whatever?
17      BRIDGET THORNE: Mm-hmm. They give us
18 an orange bag. I mean, fortunately I've never
19 had to do this, but they give us an orange bag
20 for provisional, because I'm not allowed to touch
21 a ballot once someone has cast a ballot.
22      SENATOR BILL HEATH: And so, what
23 happens to them? What happens to that orange bag
24 after that? Are they then fed through the ballot
25 scanning device or --

33 (Pages 126 - 129)

Page 130

1    BRIDGET THORNE: So, it depends. Like,
2  if you had a power failure and you were in your
3  precinct, all the scanner tabulator -- the --
4  either the cabinet or the stand-alone have an
5  emergency ballot drop box.
6        So, I did process five emergency
7  ballots back in June because our cards weren't
8  printing correctly and it took us a little bit of
9  time to get the card thing working right. So, I
10  let five people vote emergency and they went over
11  and they filled them out and then they dropped
12  them in the emergency drop box.
13        And then at a point -- a slow point in
14  the day I have to announce to the entire precinct
15  that I'm opening that emergency ballot box. I
16  have to have two people with me and I can take
17  them out. I can touch them and then I put them
18  through the scanner myself.
19        CHAIRMAN WILLIAM LIGON, JR.: Senator
20  Dolezal?
21        SENATOR DOLEZAL: Thank you, Mr.
22  Chairman, and thank you, Ms. Thorne, for being
23  here. I've got two different things I'd like to
24  ask you about.
25        The first one you said something that

Page 131

1  caught my attention. What was the role of the
2  ACLU? And you said they were in every precinct.
3  How do you know they were in every precinct? But
4  -- what did you observe them doing?
5        BRIDGET THORNE: On Sunday while I was
6  in the warehouse working as a tech, my supervisor
7  sent an e-mail. She's over all of North Fulton
8  County and she gave us bullet points of what we
9  needed to do to prepare for the election, and the
10  last bullet point was that we would have an ACLU
11  clerk in every precinct to process ballots,
12  absentee ballots.
13        SENATOR DOLAZOL: I've read our code
14  and I don't read anything in Georgia law about
15  having an ACLU. Would you say it was an ACLU
16  tech?
17        BRIDGET THORNE: It was an ACLU clerk.
18        SENATOR DOLAZOL: Clerk, I'm sorry.
19  ACLU clerk.
20        BRIDGET THORNE: So, I assumed -- I
21  assumed it was just an ACLU lawyer.
22        SENATOR DOLAZOL: What were they doing?
23        BRIDGET THORNE: So, if a voter came
24  in, and most voters aren't familiar with absentee
25  ballots if they want to vote on the machines,

Page 132

1  they don't bring their ballots, and so to make
2  sure that they haven't already voted or already
3  cast their absentee ballot, we have to get them
4  cleared so that we can issue a card to vote on
5  the machines. If they bring their ballot in,
6  it's no problem. We just spoil it, put it in an
7  envelope, and then they're able to vote on the
8  machines.
9        SENATOR DOLAZOL: Okay. I want to go
10  back to really your primary function it sounds
11  like in this election. You were a pole tech
12  worker working for Dominion to I believe fulfill
13  this provision of our law that requires on the
14  third day before a primary election or the fifth
15  day before a general election essentially test
16  the scanners, right? Print out the known set of
17  ballots with the known result, run those through
18  the scanners and ensure that that scanner
19  delivers the results of the -- of the known set
20  of ballots; is that accurate?
21        BRIDGET THORNE: Yes, but my primary
22  job was just printing the test ballots.
23        SENATOR DOLAZOL: So --
24        BRIDGET THORNE: But the one night
25  where I was -- went out on the floor and did run

Page 133

1  an actual test, I went through and I realized
2  that I printed two for Kelly Loeffler
3  accidentally, and it was kind of late. So, I
4  just went ahead and ran it, and when I took my
5  card to Dominion, it passed the test anyway.
6        SENATOR DOLAZOL: Where was this taking
7  place? Was this at --
8        BRIDGET THORNE: In the Georgia World
9  Congress Center Building B.
10        SENATOR DOLAZOL: Okay. And you were -
11  - you were requested to be there by the Fulton
12  County Election Board. You're -- the people
13  you've worked with before, but Dominion was
14  actually facilitating --
15        BRIDGET THORNE: Yes.
16        SENATOR DOLAZOL: -- the function of
17  the -- of the test. I guess what I don't --
18  approximately how many scanners would you say
19  that you all had to test?
20        BRIDGET THORNE: Oh, jeez, there's --
21  well, there are 255 precincts. Each has one
22  scanner. Even mine which is only 2000 voters
23  they sent two scanners. So, I don't know, maybe,
24  you know, 400.
25        SENATOR DOLAZOL: In our code, it

34 (Pages 130 - 133)

Page 134

1 speaks to this being done by the superintendent.
2 Would you say that the Fulton County staff was in
3 charge of this process or were you receiving your
4 primary direction from Dominion staff?
5         BRIDGET THORNE:  I was receiving it
6 from Dominion staff.
7         SENATOR DOLAZOL:  Okay.  And you said
8 this took the course over a couple of days to
9 test these couple -- call it 500 ballots?
10        BRIDGET THORNE:  I was there five-and-
11 a-half days.  But people were there a week before
12 me.
13        SENATOR DOLAZOL:  What day did you all
14 conclude your work?
15        BRIDGET THORNE:  Sunday night, I
16 believe.
17        SENATOR DOLAZOL:  The Sunday night
18 before the election?
19        BRIDGET THORNE:  It was strange because
20 I would leave thinking there was no work to be
21 done and they didn't need my help anymore, but
22 there were a group of people that would always
23 stay and then I'd come back the next day and
24 they're like, oh, we stayed till 2 a.m.
25        SENATOR DOLAZOL:  Just to clarify, this

Page 135

1 is -- this is the Sunday before the election that
2 you concluded your work.
3         BRIDGET THORNE:  Correct.
4         SENATOR DOLAZOL:  So, you all did not
5 fulfill the Georgia law that says honor before
6 the third day before the election, because you
7 were finishing on the second day before the
8 election?
9         BRIDGET THORNE:  Yes, correct.  But
10 that might have been due to the COVID and not
11 using the regular staff.
12        SENATOR DOLAZOL:  Okay, I appreciate
13 your time and thank you for clarifying that for
14 me.
15        CHAIRMAN WILLIAM LIGON, JR.:  Senator
16 Summers?
17        SENATOR CARDEN SUMMERS:  Thank you, Mr.
18 Chairman.  Ms. Thorne, is there any way you can
19 estimate the improprieties roughly that you saw.
20 I know you're not -- you can't -- it won't hold
21 water, but I mean how many votes do these
22 improprieties you spoke of possibly could that
23 have represented?  Any way of knowing that
24 number?
25        BRIDGET THORNE:  Yeah, I have no idea.

Page 136

1 I failed to mention the Friday after they emptied
2 the ballots, people in the warehouse were coming
3 up to me and bringing me ballots and asking are
4 these real ballots or test ballots, and I
5 honestly had no way of telling.  And so, we would
6 just spoil the ballot and put it away.
7         SENATOR CARDEN SUMMERS:  What's a test
8 ballot?
9         BRIDGET THORNE:  It's the one that
10 we're using to test the scanners.  The
11 tabulators.
12        CHAIRMAN WILLIAM LIGON, JR.:  Thank
13 you.  Senator Parent, did you have a question?
14        SENATOR ELENA PARENT:  Oh, yeah, I was
15 just going to -- no, I really don't.  I was just
16 going to clarify for Senator Dolazol about the
17 ACLU Deputy Registrars Program.
18        CHAIRMAN WILLIAM LIGON, JR.:  Okay, go
19 ahead.
20        SENATOR ELENA PARENT:  Okay.  Yeah, so
21 the ACLU, we had a choke point, especially during
22 early voting, with people that have requested
23 absentee ballots but decided they wanted to vote
24 in person.
25        So, to help eliminate that choke point,

Page 137

1 ACLU launched this Deputy Registrars Program that
2 attorneys could participate in and be trained to
3 add additional staff to cancel the absentees and
4 let the people vote in person and they partnered
5 with Fulton.
6         We actually wanted them to partner with
7 Dekalb and that ended up not happening.  But
8 yeah, it was -- it's not -- you're not going to
9 find it in the code.
10        CHAIRMAN WILLIAM LIGON, JR.:  Okay.
11        BRIDGET THORNE:  They just weren't
12 trained to take an affidavit before they clear
13 the ballot, which is kind of a huge snafu on my
14 part, I would say.
15        CHAIRMAN WILLIAM LIGON, JR.:  Anything
16 else -- Mr. Smith, did you have anything?  Okay.
17 Okay.  Thank you, Ms. Thorne.  Appreciate it.
18        BRIDGET THORNE:  Thank you, appreciate
19 it.
20        CHAIRMAN WILLIAM LIGON, JR.:  Okay.
21 Now, we'll move on to Mark Amick.  Mr. Smith, did
22 you have some questions for Mr. Amick?
23        RAY SMITH:  I did not.
24        CHAIRMAN WILLIAM LIGON, JR.:  You did
25 not, okay.

35 (Pages 134 - 137)

Page 138

1    RAY SMITH: My next one is Dana Smith.
2    CHAIRMAN WILLIAM LIGON, JR.: Dana
3 Smith, okay. We'll let Mr. Amick go ahead.
4    MARK AMICK: Am I free to go?
5    CHAIRMAN WILLIAM LIGON, JR.: Yes, sir.
6    MARK AMICK: Okay.
7    CHAIRMAN WILLIAM LIGON, JR.: Tell us
8 who you are, where you live, and try to get to
9 the point. Be brief.
10    MARK AMICK: Succinct.
11    CHAIRMAN WILLIAM LIGON, JR.: We have -
12 - that's right.
13    MARK AMICK: I understand.
14    CHAIRMAN WILLIAM LIGON, JR.: We have a
15 lot of people that want to talk.
16    MARK AMICK: Yeah, I understand and
17 appreciate that. My name is Mark Amick. I live
18 here in Milton, Georgia, and I'm a statewide poll
19 watcher for this past election. I want to thank
20 you all for the opportunity to speak here today
21 and speak about these important matters and
22 observations that I saw in my role, fraud and
23 other irregularities in the process.
24    You know, this -- there's a few
25 different things and I'll get through these

Page 139

1 relatively quickly as again to be succinct.
2 There was one instance on Election Day where I
3 was denied entry into a polling location at
4 Birmingham Falls Elementary in Milton, Georgia.
5 I was wearing my badge and presented my Secretary
6 of State letter to the poll manager. She denied
7 me entry. I pointed to the information on the
8 letter that designated that I was allowed to be
9 there. She disagreed and would not let me in and
10 was turned away.
11    I was also -- went to two other
12 locations in Roswell on election morning, both
13 instances, which I was informed that democrat
14 poll watchers were engaging with voters outside
15 of the elementary schools. This was at Mimosa
16 Elementary and both of these turned out to be
17 valid, as well. This was at Mimosa Elementary
18 where they were standing between the parking lot
19 and the entryway to the school, engaging with
20 voters to and from, and then also at Esther
21 Jackson Elementary School where the two democrat
22 poll watchers there had been engaging with voters
23 outside of the school while they were in line,
24 apparently collecting voter data on their phones.
25    Moving ahead to the recount, the first

Page 140

1 one, that is, in Dekalb County on Sunday,
2 November 15th I arrived at that facility. The
3 observation process was very difficult. The
4 tables were set up in groups of 16, yet we're
5 only allowed one person for every 10 tables, so
6 that was difficult to manage through. We're
7 required to be six feet away from the tables and
8 as well as the personnel despite our being issued
9 a required mask by Dekalb County.
10    After growing frustrated with trying to
11 watch this process, I tried to find somewhere
12 where I could go add some more value. So, I
13 decided to stand behind a table where the two
14 workers were actually entering in the signed vote
15 totals into the Arlo system for the final count.
16    I was standing about six feet or so
17 behind the workers. While I could not see the
18 computer screen to validate what they were
19 entering into the system, I was able to read the
20 sheets that the person was providing to them.
21    So, I decided I would start taking
22 notes on that in case there was an opportunity to
23 provide an audit or something that was necessary
24 to cross-reference what was actually submitted
25 and what was actually input into the system.

Page 141

1    After a while, I was able to see a
2 pattern of what I would expect in terms of the
3 vote totals. I'd ballpark that around 1500 and
4 one came through that was a serious red flag and
5 that one came through at 10,707 votes for Biden
6 and 13 for President Trump.
7    And so, I turned to the person that was
8 next to me and said it to her but loud enough so
9 the workers in front of me could hear that, and
10 that was that 10,000 votes for Biden, that can't
11 be right and wanted to make sure that they heard
12 that so that it would get flagged. They then
13 whispered amongst themselves for some time trying
14 to figure out what to do.
15    Eventually a manager was called over,
16 and I followed that paper and that manager
17 through the process. She went towards the back
18 of the room where they take the ballots in and
19 out and spoke with two other workers. I stayed
20 some distance back because of requirements, but
21 yet I could make out the fact that they were
22 trying to ascertain what that vote total was as
23 well and why it was that way.
24    They also discussed about whether or
25 not to make that change on their own based upon

36 (Pages 138 - 141)

Page 142

1  what they thought that the two counters had meant
2  for that total to be.  They -- although they did
3  -- I think they decided not to do that because
4  one, they looked over at me, made some eye
5  contact and the conversation changed to a
6  whisper, but at the same time they were also
7  talking about they could not determine how that
8  error had occurred or fraud because the numbers
9  didn't match up.  It wasn't a decimal.  It wasn't
10  a digit issue.  It was so significantly wrong.
11      Later through that process I decided to
12  engage Mr. Tillman who was the -- I understood to
13  be the election director for Dekalb County there
14  and informed him of the issue, let him know the
15  serious concern that I had and that we discussed
16  recounting that box.
17      He went and verified that with his team
18  and he came back and agreed that that 10,000
19  count couldn't possibly be right, and we worked
20  out an arrangement to where I would follow that
21  box through the rest of the process, through the
22  recounting process to ensure that it was counted
23  correctly and he had a new team come in about 45
24  minutes later.
25      I watched and observed that process.  I

Page 143

1  think the new team that came in did an excellent
2  job and that final vote total for Biden ended up
3  being 1,081 and not 10,707 as initially submitted
4  and signed off on by the two counters to be going
5  into the system.  So, 9,626 vote difference,
6  pretty significant.
7      I also did flag the fact that, you
8  know, it's -- I don't know if they have gone back
9  to look at what those other two counters have
10  done with other ballot boxes to validate those --
11  that authenticity as well and certainly don't
12  know if anything was skimmed off the tops of the
13  others, you know, a few votes here and there,
14  (indiscernible) any given candidate.  But the
15  egregious error was what I was able to catch.
16      Going back to November 6th, these two
17  incidents recur -- or occur at State Farm Arena
18  where on the day that they were provided -- or
19  excuse me, that they were processing the
20  provisional ballots, the military and UOCAVA
21  ballots on that day, two things with this.
22      One was after the observing -- after
23  observing the process, I flagged it the next day
24  in an e-mail and then signed an affidavit to the
25  effect that I thought that the process lent

Page 144

1  itself and was open to significant fraud
2  opportunities at two points.
3      So, what they do is my understanding as
4  it was explained to us by Rick Barron that what
5  they will do with the military and overseas, the
6  UOCAVA, is they will e-mail a form to that voter.
7  That voter then prints the form, marks the form
8  with their vote choices, and then mails back that
9  hard copy.
10      Fulton County, they receive it.  They
11  go through a process of what's called duplication
12  and what that process was as it was explained to
13  us is that a worker who we are not allowed to
14  engage with or witness to verify its authenticity
15  will then take that form and then it's supposed
16  to duplicate that voter's choice onto the ballot.
17      This is all, you know, in a situation
18  where you're not able to observe it from a
19  distance roughly this far apart or greater.
20  Actually, it is greater than this.  So, no
21  possible way to see it and no verification or
22  authenticity (indiscernible) the process that I
23  could see and that we were told or informed
24  about.
25      Another serious concern with that

Page 145

1  process happens later when the ballots are then
2  provided to another individual who actually goes
3  and casts the ballots.  So, you are not allowed
4  to see what ballot choices are cast on behalf of
5  that voter that's in our military or overseas.
6      And that in my -- in my opinion was an
7  opportunity because there's no validation or
8  observation or ability to observe whether that
9  was done correctly as well.
10      And then after having -- you know, I
11  flagged that early on, like I said, the next day
12  and filed an affidavit (indiscernible) my
13  concerns over that process and obviously have
14  since learned that that vote total ended up being
15  roughly 900 to nothing in favor of Joe Biden
16  versus President Trump.  So, pretty alarming and
17  concerning.
18      On that same day, I noticed this is in
19  regards to the Secretary of State's
20  representative that was on site that day, and
21  what this is basically entailing.  I believe I
22  provided this information previously, and that is
23  that the secretary -- the -- excuse me.  The vote
24  count was supposed to start at 8:30.  It didn't
25  start until roughly 8:50 that morning.

37 (Pages 142 - 145)

Page 146

1    I first noticed the Secretary of State
2 Representative that entered the room around mid-
3 morning and didn't make too much of that at the
4 time, but something told me, because I went back
5 and looked at my notes and what I did from a
6 picture standpoint, that something was not quite
7 right, because at 11:45 I was documenting already
8 that he was outside the room leaning against the
9 wall on his phone texting or what have you.
10    Now, that in itself wouldn't be that --
11 particularly a big deal but there's -- but
12 something had struck me that I needed to start
13 documenting that.
14    As it goes through the through the day,
15 approximately 1:35 I realized that it was the
16 first time that I had seen this representative
17 who was potentially providing oversight actually
18 out on the floor with the -- with the workers and
19 the first time I had seen that was at 1:35, and I
20 want to clarify that I got there at 8:20. I was
21 probably one of the first couple people there in
22 the room. I took the first table in the front
23 row and that's predominantly where I stayed most
24 of the day.
25    I noticed that -- as I looked around

Page 147

1 and wondered where he was at the rest of the
2 time, I noticed that he was actually back in the
3 corner on his phone. And so, what I decided to
4 do from that point on, and I should ask, and I
5 don't know if it's proper to ask, so I apologize
6 if it's not proper protocol, but I've submitted
7 pictures if they've been made available. If not,
8 I do have those on a jump drive that I have
9 brought with me. I probably should have brought
10 that up first.
11    CHAIRMAN WILLIAM LIGON, JR.: Just tell
12 us -- I'm sorry, just tell us what you saw and
13 we'll open it up for a few questions in another
14 minute.
15    MARK AMICK: So, fair enough. So, what
16 I decided to then do was further document that
17 this person was not providing oversight just in
18 case there was a claim later that there was,
19 because my concerns over how the ballots were
20 being processed. And so, I'd started taking
21 selfies over my shoulder, you know, so I've got
22 this so I can validate that it's me, it's over my
23 shoulder, and he's further back in the corner
24 just, you know, kind of semi-slumped on his phone
25 in different positions. And I started taking

Page 148

1 pictures at 2:37, 3:51, 4:47, 5:41, and so forth
2 that he was back there in the -- in the corner of
3 the back of the room not providing oversight or
4 engagement or anything on the floor there.
5    I did leave for dinner for a bit and
6 when I came back, I had walked down the hall
7 briefly. He was at the end of the hall on a
8 phone call. I walked out. He was a few steps
9 behind me and he was complaining about parking.
10 He was concerned about -- I'm not sure if I
11 parked on the ruby lot if it's the red lot and if
12 I don't know how this is going to work and  if
13 it's the red lot or the ruby lot and the cost
14 because he was going to be there for over 10
15 hours and how expensive that was going to be.
16    So, and then through the rest of the
17 evening he was predominantly at the back of the
18 room and I provided specific time points of when
19 he entered and what have you for the record.
20    CHAIRMAN WILLIAM LIGON, JR.: Okay.
21 All right. Any questions for Mr. -- Senator
22 Dolazol?
23    SENATOR DOLAZOL: Thank you, Mr.
24 Chairman. I'm on number five. Thank you, Mr.
25 Chairman. Was it Mr. Amick? I don't want to

Page 149

1 mispronounce your name, because I --
2    MARK AMICK: Yes, thank you.
3    SENATOR DOLAZOL: Sure. You've been
4 doing this for a number of years from what I
5 gather from your testimony; is that correct? The
6 pole observing.
7    MARK AMICK: Actually, this is my third
8 presidential, yes.
9    SENATOR DOLAZOL: Right. How does --
10 how does your access this year relative to
11 distances compared to your access in previous
12 years?
13    MARK AMICK: So, that's an interesting
14 question. So, I moved here roughly three-and-a-
15 half years ago from Texas. So, my reference
16 point is a little bit different, you know, from
17 that perspective.
18    But I will say that the ability to
19 access and witness the process was significantly
20 limited and in every -- in every part of the
21 process, whether it was just going to a polling
22 location or certainly State Farm Arena and
23 certainly Dekalb County.
24    SENATOR DOLAZOL: You mentioned this,
25 the Secretary of State's poll watcher, which as I

38 (Pages 146 - 149)

Page 150

1 understand is the result of a settlement from
2 when the state sued Fulton County some years ago
3 that we now have a State -- Secretary of State
4 paid poll watcher in the room. Was this
5 gentleman you observed the only Secretary of
6 State poll watcher? How did you identify him as
7 being such? Did you see anybody else that was
8 working under the direction of the Secretary's
9 Office?
10      MARK AMICK: I did not. So, the
11 gentleman -- when he came in, there was another
12 watcher with us who said that was the individual
13 and he had on the little gold Secretary of State
14 emblem lapel pin, and he certainly was -- you
15 know, he was out on the floor and engaged with
16 the (indiscernible) whenever he chose, which was
17 limited, but that was how I was able to ascertain
18 that.
19      SENATOR DOLAZOL: So, he had access to
20 the floor, obviously, that you were not being
21 that he was a state employee?
22      MARK AMICK: Correct.
23      SENATOR DOLAZOL: And were you there -
24 this was during the recount process, the risk-
25 limiting audit recount process?

Page 151

1      MARK AMICK: So, the -- so that
2 particular day was November 6th, which was still
3 the processing of the initial count.
4      SENATOR DOLAZOL: Okay.
5      MARK AMICK: So, it was provisional,
6 military, and UOCAVA.
7      SENATOR DOLAZOL: Okay. So, just to
8 clarify in that room, and I believe it's the room
9 that we saw the video from earlier then, is that
10 accurate?
11      MARK AMICK: I did not see the -- I was
12 not here at the time to see the video, so I can't
13 reference that.
14      SENATOR DOLAZOL: How large was the
15 room approximately?
16      MARK AMICK: It's too large to observe.
17 And the layout of the room is kind of dog-legged,
18 so you can't -- the way they have you pushed back
19 against one part of the area, which is a short
20 part of the room, it extends way past and you
21 actually can't see. There's actually a door
22 where they bring -- at least that's my
23 understanding, because you can't see it, but it's
24 where they --
25      SENATOR DOLAZOL: That sounds like the

Page 152

1 room that we saw the video of earlier. And just
2 to clarify, so in your day there, you saw one
3 member of the Secretary of State staff and you
4 would, I guess, as a blanket statement describe
5 him as mildly engaged in oversight process and
6 more engaged in doing something on his phone in a
7 corner of the room.
8      MARK AMICK: I don't even think that I
9 would -- I wouldn't go as far as saying mildly
10 engaged.
11      SENATOR DOLAZOL: Fair enough. Thank
12 you.
13      CHAIRMAN WILLIAM LIGON, JR.: All
14 right. Any other questions? Any other
15 questions? Senator Tillery.
16      SENATOR BLAKE TILLERY: Good morning,
17 Mr. Amick. Am I --
18      CHAIRMAN WILLIAM LIGON, JR.: You're
19 on. Get it close.
20      SENATOR BLAKE TILLERY: I just -- I
21 want to go back into your testimony and ask you
22 when you said you identified that ballot box that
23 was way skewed, not the 900 to zero one, but the
24 one before that, what was the process of the
25 recount or what went -- what happened to make

Page 153

1 those numbers change? Did somebody pull the
2 paper out and count it? Was it a card that
3 someone re-ran? Can you help me understand that?
4      MARK AMICK: Sure. So, I just want to
5 make sure we're talking about -- just to clarify,
6 so the Dekalb recount?
7      SENATOR BLAKE TILLERY: Yeah, the
8 Dekalb box, yeah.
9      MARK AMICK: Okay. Yeah.
10      SENATOR BLAKE TILLERY: Can you remind
11 me of the numbers just so I can make sure that's
12 the one I was talking about?
13      MARK AMICK: Sure. So, what was signed
14 off and submitted to be entered into that Arlo
15 system as final was 10,707 votes for Biden and 13
16 for Trump.
17      SENATOR BLAKE TILLERY: And this would
18 have been signed off on just like a sheet or this
19 would have been a box and they would have put a
20 number on top of it and said this is 10,000 to
21 1,000 or?
22      MARK AMICK: So -- yeah, sure. So,
23 what they do is after they do a count, there's a
24 -- I'm approximating the form but they basically
25 would say the batch, which is the box. So, it

39 (Pages 150 - 153)

Page 154

1 had an identification number associated with
2 that. There was a table -- a color table and
3 then the number that was associated with it, and
4 then it would have the count for the candidates
5 on those sheets with different line items, and at
6 the bottom two spaces for signatures to
7 supposedly authenticate and validate that the
8 count is correct.
9      SENATOR BLAKE TILLERY: So, to re-
10 verify that or when you noted it, and thank you
11 for noting it, did they actually open a box and
12 go back through and recount it or do you know?
13 Like how that --
14      MARK AMICK: So, so I didn't see what -
15 -
16      SENATOR BLAKE TILLERY: I'm trying to
17 figure out if it was data or if it was paper.
18 That's kind of what I'm trying to get to.
19      MARK AMICK: Sure. So, I did not see
20 the counting of that box initially. So, what I
21 was doing is I was standing back, because the
22 counting was just, you know, it wasn't adding a
23 lot of value, I didn't think, so I was trying to
24 find something that would make a difference.
25      And so I stood behind the table where

Page 155

1 they take those sheets and they'll say okay,
2 batch one, two, three, four, five, X amount for
3 Biden, X amount for President Trump, and the
4 person enters that in the computer. Okay?
5      So, I was standing back there. I was
6 able, because I was taking notes of those items
7 as we went through, I was able to gain an
8 expectation of what the total should be or a
9 pattern with -- therein. And that one came
10 through as so egregious and so large that that's
11 how it was able to get flagged, frankly.
12      SENATOR BLAKE TILLERY: If you had not
13 flagged it, is it something -- and I'm asking you
14 to -- kind of going down the road, you may not
15 know this about our election procedure and I
16 apologize for asking you a question you may not
17 know the answer to.
18      MARK AMICK: That's fine, yeah.
19      SENATOR BLAKE TILLERY: If you had not
20 flagged it and we had gone through this re-
21 canvassing process, is this something that would
22 have been caught then, or do you think it would
23 have gone through that entire process and not
24 been caught, too?
25      MARK AMICK: So, that's part of a

Page 156

1 process I could -- I couldn't speak to. So, I
2 certainly would hate to, you know, speculate
3 beyond that.
4      SENATOR BLAKE TILLERY: That's very
5 fair. I just -- I didn't know.
6      MARK AMICK: I will say that I was
7 concerned about it being entered in based upon
8 what the -- what they said later, because as the
9 sheets were brought back to verify, okay, here's
10 the original, after we went through the recount
11 process, again, I tracked those sheets because I
12 was not going to let that out of my sight, and
13 they were brought over to the table and we
14 verified side by side. I also had a couple other
15 people look, so it wasn't just me, so that people
16 could see the initial sheets and the totals and
17 that they were signed off on.
18      But the lady that -- the workers had
19 changed out, one of them had changed out, and the
20 one that was there said that she could feel the
21 phrase was, you know, she knew it was wrong but
22 she could feel the eyes upon her. And so, that
23 made me -- is an interesting phrase and leads
24 credence to why we have poll watchers frankly.
25      SENATOR BLAKE TILLERY: Thank you.

Page 157

1      CHAIRMAN WILLIAM LIGON, JR.: Thank
2 you, Mr. Amick. We appreciate your time today.
3 Thank you, and we're going to need to move on to
4 the next witness, so --
5      MARK AMICK: Sure.
6      CHAIRMAN WILLIAM LIGON, JR.: --
7 appreciate you being here.
8      MARK AMICK: Thank you.
9      CHAIRMAN WILLIAM LIGON, JR.: All
10 right. Next, we'll call Dana Smith; is that
11 correct?
12      DANA SMITH: I have photos. Does
13 anyone need a copy of the photos and a copy of
14 the -- pardon me? Okay, so here are some packets
15 of photos if someone -- if anyone wants some. I
16 also submitted a thumb drive that someone was
17 going to try to pick up for those of you that
18 don't have it, and if someone needs a copy of my
19 affidavit or something like that, I have those
20 here as well.
21      CHAIRMAN WILLIAM LIGON, JR.: Just
22 speak so that we can hear you.
23      DANA SMITH: Oh, let me take this off.
24      CHAIRMAN WILLIAM LIGON, JR.: You're
25 going to have to pull your mask off, yes.

40 (Pages 154 - 157)

Page 158

1      DANA SMITH:  Sorry.
2      CHAIRMAN WILLIAM LIGON, JR.:  Thank
3  you.
4      DANA SMITH:  You forget they're on.
5      CHAIRMAN WILLIAM LIGON, JR.:  That's
6  right.
7      DANA SMITH:  Okay, so --
8      RAY SMITH:  Ms. Smith, would you state
9  your full name and address -- where you live --
10      DANA SMITH:  Yes.
11      RAY SMITH:  -- for the record, and then
12  you can talk about your experience as a poll
13  worker in Hart County.
14      DANA SMITH:  Sure.  My name is Dana Van
15  Buren Smith, and I reside in Hartwell, Georgia,
16  and I was a poll worker for the November 3rd
17  election, and I was also a poll watcher for the
18  first initial paper ballot count on February --
19  February, on November 13th and also a poll
20  watcher for counting the absentee ballots on the
21  following Monday, which would be November 16th.
22      I in my regular life have been a
23  licensed practical nurse for 33 years and I got
24  laid off from my urgent care job because of low
25  census with COVID infections.  Our census dropped

Page 159

1  at our urgent care center, and then we relocated
2  to Georgia about six months ago.
3      So, I found myself without a lot to do
4  and some time on my hands, so I decided just to
5  do my patriotic duty and be a poll watcher.  So,
6  I went through the training and I was really
7  excited, and I felt like our process in Hart
8  County was good.  You know, going into it, I
9  thought oh, this is going to be solid.  It was
10  wonderful.  I was excited for the day, but as the
11  day progressed and as things happened, I became
12  more and more alarmed.
13      I have four things that really bothered
14  me, and I'm going to go -- move through the
15  initial three things pretty quickly, because the
16  big thing is at the end.
17      The first thing, and I'm going to kind
18  of read it to help myself out, on Election Day,
19  someone had turned the natural gas off to the
20  building and so we had set up all of the machines
21  the day before and the heat was working in the
22  rec center where our polling place was.
23      I understand that that rec center used
24  to be a barn that had been converted into this
25  rec center, and so it was -- it's a big, hulking

Page 160

1  building and it was freezing cold when we got in
2  there.
3      That morning, I had got up and we had
4  been in the low 30s and I had to use my heated
5  seat in my car and my heater, and we arrived and
6  the building was really cold.
7      So, they called the HVAC people in and
8  the HVAC people worked all morning, and it was
9  sometime after noon that an HVAC guy came in and
10  said that someone had shut off the natural gas to
11  the building and that that's why our heat wasn't
12  working.  He indicated that nothing was wrong
13  with the heater.  Some unknown person in the
14  night had shut off the gas to the building.
15      Well, we all cheered and hoorayed
16  because the heat finally came on, and at that
17  time I did not know that Georgia law requires
18  that that electronic equipment be kept in a
19  climate-controlled environment, which having it
20  in a freezing cold building all night long in my
21  view does not constitute a climate-controlled
22  environment.
23      I found this out the next night when I
24  read Georgia law.  Because of all the things that
25  happened, I thought I probably better figure out

Page 161

1  what is going on here, and that's when I learned
2  that the machines were supposed to be in a
3  climate-controlled environment.
4      There is no alarm system in the place
5  where these things are being stored to notify if
6  these machines have come out of climate control
7  compliance.  And I noted in the Georgia election
8  law that there isn't a requirement to have an
9  alarm system.  And so I -- my plea to you is that
10  I think you need to look at that and require
11  these places, maybe free up some money so these
12  places could get a $300 alarm system to let them
13  know if they have in fact violated the law and
14  gone out of compliance.
15      I do not know what the temperature that
16  night, if they were out of the range, but in
17  January when we have our election coming up, the
18  Georgia mountains can be pretty chilly.  So, you
19  probably ought to look into that.
20      How can you verify if something went
21  out of compliance if you have no alarm?  I do
22  know that someone in the night shut the gas off
23  to the building and we had a really cold
24  building.  I don't know who did that, what time
25  or why, because there was no alarm.

41 (Pages 158 - 161)

Page 162

1    The next concern I have is that the
2 Democratic poll watcher checked in in the morning
3 and then left for the rest of the day.  The
4 sheriff who was on hand stated to us that he was
5 sitting out in his car in the parking lot all
6 day, which I thought was an interesting place for
7 him to be watching what was going on.
8    Our Republican poll watcher mid-morning
9 was removed by an official because the supervisor
10 could not locate her paperwork.  Also, no one had
11 supplied her with the proper paperwork.  So, she
12 was missing for a while.  I put in my statement
13 several hours.  I spoke with her after because I
14 wasn't sure how long she was gone and she said it
15 wasn't several hours, it was about a half an
16 hour, but she was so upset she returned to her
17 home and didn't stay there and was gone for a
18 period of time because she was so rattled by what
19 had happened.
20    The third issue I noted was that the
21 special printing paper for the paper ballots to
22 be printed on was not secured and mid-morning
23 there was a poll watcher walking around with this
24 special ballot paper taking coffee orders on it,
25 writing down coffee orders on this special ballot

Page 163

1 paper that prints the ballots, those precious
2 ballots.  She was taking a coffee order on it.
3 To me, anyone can just walk over and grab that
4 specialty paper and then get in their order for
5 the ballots they want to print.
6    All of that is pretty upsetting, but
7 the worst thing to me is where those pictures
8 come in, and I don't know.  Are we able to put
9 the pictures up for people -- can see?  I gave a
10 thumb drive to someone.
11    CHAIRMAN WILLIAM LIGON, JR.:  Yes, sur.
12 Are those -- those are the pictures that you've
13 passed out?  I think --
14    DANA SMITH:  It's the pictures that I
15 passed out, but I had a thumb drive as well so
16 that everyone could see.
17    CHAIRMAN WILLIAM LIGON, JR.:  Okay.
18 Yes, if you could pass the thumb drive over to
19 our assistant?
20    DANA SMITH:  Okay, I'll give you some
21 background to the pictures while they're putting
22 up the thumb drive.  With all the electronic
23 voting equipment, the pole pads, the ballot
24 marking devices, the scanner, all of those pieces
25 of equipment have these plastic numbered tag

Page 164

1 locks that secure them.
2    The other thing that secures those is a
3 chain of custody form or a recap form.  That's
4 how you know that the SD cards haven't been
5 removed, that nothing's been tampered with.  It's
6 these numbered locks that protect all those items
7 and the chain of custody forms that are witnessed
8 by two people verify the numbers on those locks,
9 and as soon as you pull those plastic tabs out,
10 they break and you can't reuse them.
11    So, if you were going to tamper, now
12 you have a problem as long as there's a chain of
13 custody form with two witnesses, because that's
14 what proves what the lock number was.
15    At the end of the night, the polling
16 station closed and we were getting -- you know,
17 packing up all the equipment and it's a very
18 arduous process.  Every piece of equipment has
19 these recap forms, these chain of custody forms.
20 You're double checking the locks, your re-locking
21 them, you're securing them.  You're checking
22 serial numbers and bagging them up in the case
23 that matches the piece of equipment.  It's a very
24 rigorous set-up so that you can ensure that
25 you're locking up this electronic equipment in a

Page 165

1 way that it can't be tampered with at any given
2 time.
3    So, at the end of the night we go to
4 empty these scanners.  So, the voter comes in.
5 They present at the polling pad.  They show their
6 ID.  We give them a green -- like a credit card.
7 They go over to the ballot marking device and
8 they put it in their ballot marking machine.
9 They electronically vote and mark who they want,
10 then it prints a paper ballot on that specialty
11 paper, right?
12    The voter then takes that specialty
13 paper printed ballot.  They carry it over to one
14 of the scanner machines and we ask them to look
15 at the paper ballot and make sure that it shows
16 who they voted for.
17    That paper ballot is the safeguard.
18 That's why we ask them to look at it so that they
19 can confirm that's who they voted for.  At that
20 point, the voter puts it into the scanner where
21 it's scanned electronically.  The paper ballot
22 then drops down into a large container somewhat
23 similar to like a garbage can, a big plastic
24 garbage can, and all day long all those paper
25 ballots fall down into that container all

42 (Pages 162 - 165)

Page 166

1 hodgepodge, every which way, and just collect in
2 that.
3        So, at the end of the night -- and the
4 -- and that scanner is -- and that container,
5 that's protected with actually a couple of
6 mechanical locks and a couple of numbered plastic
7 secure -- security locks like those you see in
8 the picture.
9        So, the end of the night the final task
10 is to unlock those bins and collect all of those
11 paper ballots that have fallen into that big
12 container.  We collect all of those.  You look up
13 inside and make sure none of them have been hung
14 up.  There are two -- at least two witnesses for
15 each of those bins, which there's two of those
16 bins.  We had four people plus a couple other
17 people around plus our local sheriff was there as
18 well.
19        So, all these people are watching us
20 take out these paper ballots and we put them into
21 these red canvas bags.  It looks kind of orangey
22 in the picture, but there are -- there were two -
23 - there was one red canvas bag per bin and there
24 was also the red canvas bag that held the
25 provisional ballots that were brought in for that

Page 167

1 night.
2        So, we bring them in.  These bags have
3 a specialty zipper and then this flap lock so
4 that that red numbered tab lock can go in them.
5 So, we get all the paper ballots into the red
6 bags, zip them up, and I said where are the red -
7 - where are the number locks?  And nobody could
8 find the number locks.  They'd gone missing.
9        So, I got the supervisor, Sarah's,
10 attention and I said where -- we need the number
11 locks.  And these locks are a little different
12 configuration than the ones that go on the other
13 -- on the voting machines and stuff.  They just
14 click in there and then if you pull it out, it
15 breaks.
16        So, she said she didn't have any and
17 for us to just zip it up and throw them in the
18 blue totes, which are the other pictures that you
19 see, unsecured and that that would be good enough
20 and they would drive them to the election office,
21 which is maybe between 10 and maybe -- probably
22 10 to 12 minutes from our polling place.
23        And I told her no way, we are not
24 loading the -- these paper ballots into the back
25 of your car with you and your friend to drive

Page 168

1 them to the election office.  You call Robin at
2 the election office and you tell her to have
3 someone bring us the locks.
4        She rolled her eyes literally, walked
5 away, and I just sat there watching those
6 ballots.  I was not going to let those out of my
7 sight, me and another gal named Laurie.  There
8 was a gal named Gloria.  There was an elderly guy
9 that I think had COPD, because I brought him his
10 oxygen and helped him out there.
11        We sat there and watched those paper
12 ballots to be sure they were secure until those
13 numbered tag locks could come.  So, we waited
14 about 20 minutes and they still hadn't come.  So,
15 I flagged down our supervisor again and said,
16 hey, is somebody bringing those tab locks?  And
17 she said --
18        RAY SMITH:  Ms. Smith, can you wrap it
19 up?  We're --
20        DANA SMITH:  Yeah.
21        RAY SMITH:  We've got a lot --
22        DANA SMITH:  Okay, so she said we don't
23 need them.  And I said I'm not leaving here until
24 you bring them.  So, finally after my second
25 request they brought the numbered tab locks.  And

Page 169

1 so, I asked where the chain of custody forms were
2 and she said they didn't have any, and I said it
3 does no good to lock them without a chain of
4 custody form and she refused to do a chain of
5 custody form and demanded that we throw them in
6 her car, and that's when I took the pictures to
7 document the numbers protecting those paper
8 ballots.
9        In my job as a nurse, if you send a
10 urine drug screen to the lab and it's all sealed
11 up but you have no chain of custody form, they
12 throw it away because the chain of custody form
13 is what proves it hasn't been tampered with.
14 Those bags left that place with the tags I
15 pitched a fit on -- about and took pictures of
16 but no chain of custody form.
17        I had no idea what would happen to them
18 after they left that place.  I followed the
19 supervisor and her friend and the sheriff, made
20 sure the bags got into the election office, went
21 home, couldn't sleep well.  I went actually to
22 our poll worker who had been kicked out's house,
23 had a sleepless night.
24        The next day I went to the local
25 election office and met with our local election

43 (Pages 166 - 169)

Page 170

1 authorities. They wouldn't listen. I gave them
2 pictures of the tab locks, asked them could we at
3 least look at them and make sure they're still
4 sealed and do a chain of custody form. They
5 refused.
6          He told me Gary Hamilton, my
7 commissioner on the election board, said it
8 wouldn't matter if a couple hundred ballots went
9 missing. That was the response from my local
10 election office.
11          And so, here I knew that we had these
12 unsecured. All our paper ballots were completely
13 unsecured, less secure than someone's urine drug
14 screen, right? So, then on the Friday, the 13th,
15 when we go to do our initial count of the paper
16 ballots, guess what? They come out of the back
17 room in cardboard boxes, not in the bags I sealed
18 on election night, and there's no chain of
19 custody form. There is no documentation of what
20 happened to those people's ballots between when I
21 locked them up election night and when they
22 walked out in cardboard boxes.
23          I had to bite my tongue because I was a
24 poll watcher and I couldn't take pictures, but
25 there's a whole room full of people who could

Page 171

1 corroborate that they came out in cardboard
2 boxes, not in those canvas bags.
3          Now, you tell me why they all cheered
4 when the paper ballot count matched the machine
5 count? It means nothing. When you count paper
6 ballots that have been handled, removed from
7 their sealed containers, and no documentation of
8 what happened to them in between, counting paper
9 ballots means zip, nothing, absolutely nothing,
10 and it's infuriating and I can't believe it
11 happened.
12          RAY SMITH: Thank you. Thank you. Do
13 you have any questions?
14          CHAIRMAN WILLIAM LIGON, JR.: Senator
15 Jordan? Just a second.
16          DANA SMITH: Oh, one other point, I
17 also counted the absentee. I watched for
18 counting the absentee ballots and one of the
19 workers asked how they verify the signatures, and
20 a little old lady stood up and said, oh, I
21 verified 90 percent of them. One lady. One
22 little old lady looks at all those absentee
23 ballots and decides whose signature stays and
24 whose signature goes. You tell me what oversight
25 and verification process that is. I'm sorry.

Page 172

1          RAY SMITH: Okay. I think you had a
2 question, Senator Jordan.
3          SENATOR JEN JORDAN: Yeah, just a quick
4 question. And so you were a poll worker in Hart
5 County, Georgia?
6          DANA SMITH: Correct.
7          SENATOR JEN JORDAN: And with respect
8 to the ultimate count there, isn't it true that
9 President Trump won that county, 9,465 votes to
10 3,100 approximately?
11          DANA SMITH: It is, which is
12 remarkable. So, the Trump team is willing to
13 listen to me, someone who lives in a county where
14 Trump won by a landslide, because I want to tell
15 you, I don't give a rip who won. What matters to
16 me is that the people's vote is more protected
17 than their urine. Think about it. It doesn't
18 matter who won. Those paper ballots were not
19 secure. I don't care if you're a democrat or
20 Republican. I don't care if you voted for Minnie
21 Mouse. I don't care. The process is flawed when
22 your urine is more protected than your vote, and
23 that is what happened.
24          And that's why I'm here, because you
25 need to fix the holes that jeopardize every

Page 173

1 single person sitting in this chair. I don't
2 care who they voted for. Those voters -- I saw a
3 woman lead her blind husband in to vote. I saw a
4 man pull up in a big van and come out in his
5 electric wheelchair to vote.
6          Those are my voters. It's my job to
7 protect their vote. It's your job as legislators
8 to ensure that there are safeguards for their
9 votes and that when the law is broken and people
10 don't follow the law, you're supposed to make
11 sure that they do. That's your job, and it's not
12 just my vote, it's yours, too. Think about it.
13 Your vote might not have counted either, not a
14 single person in this room. You don't know. You
15 weren't there. I was there. I thank you for
16 your time, and I hope you'll take what these
17 people are telling you seriously. It's
18 important. The people's voice matters in this
19 country.
20          CHAIRMAN WILLIAM LIGON, JR.: It does.
21 Thank you for being here. Thank you for -- and
22 thank you for being willing to work and give your
23 time --
24          DANA SMITH: Thank you.
25          CHAIRMAN WILLIAM LIGON, JR.: -- to

44 (Pages 170 - 173)

Page 174

1 work to protect the vote. Okay.
2        RAY SMITH: We have one short witness
3 if you want before you take a break.
4        CHAIRMAN WILLIAM LIGON, JR.: Okay,
5 that would be fine.
6        RAY SMITH: Yeah.
7        CHAIRMAN WILLIAM LIGON, JR.: Yes.
8        RAY SMITH: Greg -- Grace Lemon.
9        CHAIRMAN WILLIAM LIGON, JR.: Yeah, if
10 you would tell us a little bit -- your name and
11 where you live and then tell us what you wanted
12 to hear.
13        GRACE LEMON: Okay, so my name's Grace.
14 I'm 22 years old. I'm a senior at University of
15 Georgia, and I live in Fulton County. So, I came
16 here to tell y'all my experience when I went and
17 voted in person.
18        CHAIRMAN WILLIAM LIGON, JR.: Okay. Go
19 ahead.
20        GRACE LEMON: So, I went and I voted in
21 person on October 23rd with my younger sister who
22 was a first-time voter, and when I went to check
23 in and give them my license and verify my
24 identity to get my voter card, I was told that
25 there was an absentee ballot already out for me,

Page 175

1 but I never requested one. I've never voted
2 absentee. I always go vote in person, and I had
3 to sign an affidavit saying that I did not
4 request an absentee ballot. So, I got my voter
5 card. I voted in person. Everything went fine
6 after that.
7        The next day, my mom called the Voter
8 Center and was told that somebody voted absentee
9 in my name on October 7th. We don't know who
10 that is, and we haven't gotten any answers about
11 that since.
12        And on October 28th, I filled out an
13 open records request for the Fulton County Voters
14 Office. I received an e-mail from Fulton County
15 Registration Chief Mr. Ralph Jones, and I called
16 him. He asked about my experience and he told me
17 he was going to further investigate the situation
18 and get back to me with more answers.
19        November 3rd, his assistant, Mariska
20 Bodison, e-mailed me to say that my request was
21 given to the Secretary of State's Office for
22 further investigation. I haven't heard anything
23 else from either of them.
24        Then I got an e-mail from my dad's
25 friend and lawyer, Mr. Bob Cheeley. I spoke with

Page 176

1 Mr. Cheeley on November 19th on the phone and he
2 wanted to know how the investigation was going,
3 and I didn't know, so I tried to call around to
4 find out more answers for him and I couldn't get
5 anyone on the phone.
6        Once I did in the Secretary of State's
7 Office, nobody had any answers for me. They
8 hadn't seen my open records request and they had
9 no answers about how the investigation was going.
10        Later, I spoke with Sharon Griffin in
11 the elections office at the Secretary of State,
12 but she couldn't tell me anything either. I
13 never got another call back, and at this point I
14 was knowing that I was getting the runaround from
15 everybody.
16        November 23rd, I received an e-mail
17 that my open records request was never received
18 by the Secretary of State's Office and was asked
19 to submit another one on their website, and I did
20 so and e-mailed the officer back and told him
21 that I did. There was no name attached to that
22 e-mail. It was just open records officer.
23        On November 30th, I received another e-
24 mail from the open records officer in the
25 Secretary of State's office to file a complaint.

Page 177

1 The last line of this e-mail read this will serve
2 as the final response to this request and your
3 request is now closed.
4        We tried to call the Secretary of
5 State's Office again and couldn't get anybody on
6 the phone. So, I am left with still no answers.
7 No one will answer the phone or call me back, and
8 I want to know ultimately if my vote was counted
9 or if the vote that was voted for me scratched my
10 vote out.
11        CHAIRMAN WILLIAM LIGON, JR.: Thank
12 you. Wow. Are -- Senator Dolazol?
13        SENATOR DOLAZOL: Thank you, Mr.
14 Chairman. I'm sorry. I didn't catch your name.
15 Can you tell me your name again?
16        GRACE LEMON: I'm Grace.
17        SENATOR DOLAZOL: Grace, thanks for
18 being here, Grace.
19        GRACE LEMON: Thank you.
20        SENATOR DOLAZOL: Can you clarify for
21 me what happened, and I just -- I don't think I
22 caught it. Were you able to vote in person?
23        GRACE LEMON: Yes, sir.
24        SENATOR DOLAZOL: Was it a provisional
25 ballot or was it a regular ballot As far as you

45 (Pages 174 - 177)

Page 178

1 know your vote was counted?
2 GRACE LEMON: As far as I know, it was
3 a regular ballot.
4 SENATOR DOLAZOL: Thank you. Did you
5 have the opportunity to go onto the my voter page
6 to see when you allegedly requested your absentee
7 ballot, when you allegedly voted by absentee?
8 Have you had a chance to do that yet?
9 GRACE LEMON: No, sir. I haven't
10 gotten anything. My -- when my mom called the
11 voter center, she was told by someone on the
12 phone that an absentee ballot was cast in my name
13 on October 7th.
14 SENATOR DOLAZOL: Great. Maybe -- I
15 think we're going to have a break, Mr. Chairman.
16 I'd love to plug your information in here. I
17 don't want you to announce your date of birth to
18 the world, but you can come enter it here. I'd
19 like to --
20 GRACE LEMON: Okay.
21 SENATOR DOLAZOL: -- to see this,
22 because you're not the first person that we have
23 heard of --
24 GRACE LEMON: Right.
25 SENATOR DOLAZOL: -- that has had this

Page 179

1 happen, and this to me is probably some of the
2 most discouraging testimony.
3 GRACE LEMON: Yes, sir.
4 SENATOR DOLAZOL: This is probably your
5 first or second presidential election you've had
6 the opportunity to vote independent of when your
7 birthday is.
8 GRACE LEMON: This is my second one.
9 Yes, sir.
10 SENATOR DOLAZOL: We're going to get
11 this right.
12 GRACE LEMON: Thank you. I appreciate
13 it.
14 SENATOR DOLAZOL: And we need to figure
15 this out and thank you for being here today.
16 GRACE LEMON: Thank you.
17 CHAIRMAN WILLIAM LIGON, JR.: Senator
18 Jordan?
19 SENATOR JEN JORDAN: Yeah. Number
20 seven. When you -- when you went and they said
21 you've requested an absentee ballot, of course
22 you didn't have it with you. Did you have to
23 execute an affidavit saying --
24 GRACE LEMON: Yes, ma'am.
25 SENATOR JEN JORDAN: Okay, and then

Page 180

1 they gave you a card and you were able to vote on
2 the machine, correct?
3 GRACE LEMON: Yes, ma'am.
4 SENATOR JEN JORDAN: Okay. And then in
5 terms of -- when did you vote? When did you go
6 vote?
7 GRACE LEMON: October 23rd.
8 SENATOR JEN JORDAN: Okay. Yeah, I
9 concur with Senator Dolazol that I think we need
10 to check your my voter stuff and --
11 GRACE LEMON: Yes, ma'am.
12 SENATOR JEN JORDAN: -- try to figure
13 out what happened here.
14 GRACE LEMON: Thank you. Okay.
15 CHAIRMAN WILLIAM LIGON, JR.: Any other
16 questions? Okay. We will take a 15-minute
17 break. We've been going for a long time and we
18 will reconvene at, what, a quarter to five, yeah,
19 quarter 'til. Thank you.
20 RAY SMITH: Thank you.
21 (Recess)
22 CHAIRMAN WILLIAM LIGON, JR.: Okay,
23 ladies and gentlemen, if the committee will come
24 back into order? We're running a few minutes
25 late and we need to go ahead and get started.

Page 181

1 Ask the members to come on in and have a seat.
2 And if we maybe close that door too for me.
3 They're coming in. Yeah.
4 Okay, I would like to make an
5 announcement. We -- we have a lot of people who
6 are wanting to speak who had previously signed up
7 to speak, and I know that it's getting late and
8 we will continue on until about 7.
9 If you are here and you would like to
10 sign -- fill out your statement in affidavit
11 form, you can do that down in Room 341 and that
12 will be collected and it will be delivered to the
13 members of the committee. And there will be a
14 notary available down there for you to do that
15 from the office of the Secretary of the Senate.
16 So, we will now pick up where we were I
17 think with Scott Walter.
18 RAY SMITH: Yes, Scott Walter.
19 CHAIRMAN WILLIAM LIGON, JR.: Scott
20 Walter, okay.
21 SCOTT WALTER: Chairman Ligon,
22 distinguished members of the subcommittee, thank
23 you for the opportunity to discuss the issue of a
24 private interest group selectively funding
25 Georgia election offices.

46 (Pages 178 - 181)

Page 182

1    I applaud your investigating all sorts
2 of election irregularities, but even if for the
3 sake of argument not one vote in the --
4    CHAIRMAN WILLIAM LIGON, JR.:  Mr. --
5 sorry, could I interrupt you?  Could you announce
6 who you're with and --
7    SCOTT WALTER:  I apologize.
8    CHAIRMAN WILLIAM LIGON, JR.:  That's
9 okay.
10    SCOTT WALTER:  I'm Scott Walter,
11 President of the Capital Research Center,
12 Washington, D.C.  We're a think tank that
13 specializes in studying the nonprofit world.
14    CHAIRMAN WILLIAM LIGON, JR.:  Thank
15 you.  Sorry to interrupt.
16    SCOTT WALTER:  So, that -- no trouble.
17 As I said, just for the sake of argument, let's
18 say not one vote in the whole state was
19 fraudulent or miscounted, you would still have
20 the problem that I'm here to describe, and it did
21 not occur only in the past.  As we speak, the
22 very same private nonprofit is continuing to
23 offer local Georgia election offices money.  This
24 supposedly nonpartisan nonprofit is itself funded
25 to the tune of $350 million by one billionaire

Page 183

1 family, Facebook CEO Mark Zuckerberg's.
2    Why should this disturb you or the
3 citizens of Georgia?  I can answer that with a
4 simple question.  Does every one of you facing
5 your next election know that some geographic
6 locales hold more votes for you than others?  Do
7 you know the demographic characteristics of
8 persons most likely to vote for you, their ages,
9 marital status, sex, race and the like?  Of
10 course you do.  That's how you and every
11 candidate build electoral majorities and win.
12    Political activists in and out of the
13 official political parties know these simple
14 truths as well, and they use ever more
15 sophisticated micro targeting to turn out voters.
16 That's fine when the activists are connected to
17 our political parties or when they're in groups
18 like the National Rifle Association or Planned
19 Parenthood whose legal status publicly
20 acknowledges that they intend to influence public
21 policy, register voters, and otherwise engage in
22 political battles in ways that often benefit one
23 political party or the other.
24    By contrast, it's not right when in
25 Georgia and other battleground states, you have

Page 184

1 political parties and elections significantly
2 helped by the type of nonprofit that's not
3 supposed to get in the middle of elections.  The
4 so called 501(c)(3) nonprofit that's supposed to
5 be charitable, educational, religious, and
6 strictly nonpartisan.
7    I don't want to see donors or C3
8 nonprofits anywhere along the political spectrum
9 subtly manipulating elections through gifts to
10 government offices.  But this year in Georgia,
11 tens of millions of dollars from that single
12 nonprofit funded by that single billionaire
13 family, the Zuckerbergs, first flowed into a C3
14 called the Center for Tech and Civic Life, and
15 then those millions flowed into dozens of Georgia
16 election offices, not in all the counties, only
17 in 44 of the state's 159 counties according to
18 CTCL's limited public disclosure.
19    More than two-thirds of counties in
20 Georgia received nothing.  That money made a
21 dramatic difference in your election this
22 November and it was not a nonpartisan difference.
23    You shouldn't be surprised.  The
24 center's results were non -- were partisan
25 because its leaders all come from a democratic

Page 185

1 aligned nonprofit group called the new organizing
2 institute, which was so successful boosting the
3 Democratic party in elections that the Washington
4 Post gushed it was, "The Democratic Party's
5 Hogwarts of Digital Wizardry."
6    Online messaging and all forms of voter
7 outreach were this group's bread and butter.
8 These wizards know how to turn the right people
9 into registered voters and get them to the polls
10 for their favored candidates.
11    The Capital Research Center where I
12 work has not been able to verify all the funding
13 the Center for Tech and Civic Life gave Georgia
14 counties because the center isn't disclosing its
15 grants to us or the Associated Press or other
16 inquirers, even though it will have to disclose
17 those grants in its next IRS filing a year from
18 now.
19    But using local government records and
20 news accounts, we've captured many of the grant
21 amounts including what were likely the largest
22 ones given to the largest urban areas.
23    I'll read you just a few of our
24 findings, and while I do ask yourself do these
25 numbers sound nonpartisan?  Should private

47 (Pages 182 - 185)

Page 186

1 interest groups like this backed by a billionaire
2 or two rather than the state legislators of
3 Georgia be allowed to pick and choose where to
4 boost election funding and turnout in the peach
5 state?
6         Okay.  First, hoping to forestall
7 criticisms like mine, I suspect, CTCL funded more
8 counties won by Republican candidate Trump than
9 by Democratic candidate Biden, 27 counties to 17,
10 but that's misleading.  A much better comparison,
11 CTCL funded 21 percent of Trump counties versus
12 55 percent of Biden counties, so a Biden county
13 was over two-and-a-half times more likely to
14 receive funding.
15         Nine out of 10 of CTCL's largest grants
16 went to Biden counties, or look at the 10
17 counties in Georgia that had the biggest shifts
18 toward the Democratic candidate in their voting
19 from 2016 to 2020.  Nine of the 10 received CTCL
20 grants and those nine grantees averaged a 13.7-
21 percent shift toward the Democrat.
22         Two of the counties, Cobb and Gwinnett,
23 were among the four counties that delivered Biden
24 the most votes.  Of those four counties that gave
25 Biden 100,000 votes or more, CTCL funded all

Page 187

1 four:  Clayton, Dekalb, Fulton, and Gwinnett.
2 And it funded those counties lavishly.
3         Per capita, those counties were funded
4 between $4.38 and $10.47 for every man, woman,
5 and child.  By contrast, so far as we currently
6 know, only one county won by Trump was funded
7 over a dollar per capita.  That was Cherokee, but
8 its Democratic vote leapt up 70 percent compared
9 to a 24-percent rise in its Republican vote.
10        Trump counties like Carroll, Camden,
11 and Lumpkin got around a half buck or less.
12 Biden county -- sorry, Biden carried 33 counties
13 that delivered him 10,000 votes or more.  CTCL
14 funded 70 percent.  By contrast, Trump carried 46
15 counties by 10,000 votes or more.  CTCL funded
16 only 20 percent.
17        So, that means the most vote-rich
18 counties for Biden were three-and-a-half times
19 more likely to be funded than Trump's most vote-
20 rich counties.
21        In sun, if you total the votes in all
22 the 44 counties that CTCL funded, the Republican
23 presidential vote rose by 207,000 this election
24 versus the last.  The democratic presidential
25 vote jumped by 530,000 or more than two-and-a-

Page 188

1 half times the Republican rise.
2         Of course, the CTCL is not the only
3 factor in this year's elections in Georgia, but I
4 insist it is not a small factor.  I urge you to
5 investigate every dealing it had with every
6 county.  Did the contacts begin from the center
7 side?  What preconditions did the center put on
8 its funding?  Did the counties fulfill their
9 budgetary and other obligations under Georgia
10 state law when using these funds?  Who designed
11 voter education material and advertisements?  Was
12 any money spent on training that would help
13 prevent vote fraud such as how to match
14 signatures?
15         Above all, I urge you to consider
16 whether you ever again want to permit privatized
17 elections in Georgia where wealthy donors steal -
18 - steer resources so unequally and inequitably.
19 Some states forbid such funding.  You can, too.
20         CHAIRMAN WILLIAM LIGON, JR.:  I have a
21 question for you.  Are you in essence saying that
22 by doing this that campaign finance laws are
23 being circumvented?  Is that part of what you're
24 saying?
25         SCOTT WALTER:  My specialty is

Page 189

1 nonprofit law, and I can tell you that the
2 federal nonprofit law for C3's like this is very
3 murky.  It's possible to do voter registration
4 and get out the vote if you're a C3 legally, but
5 it has to be strictly nonpartisan.  If it's not
6 strictly nonpartisan, then you are violating
7 federal tax law.
8         I think it's a shame that your
9 colleagues in D.C.'s congress haven't done a
10 better job of spelling out that line.  I can tell
11 you that Republican and conservative groups, they
12 do not do this with C3 money.  C3 foundations
13 don't fund and C3 groups don't execute voter
14 registration and get out the vote.  They just
15 don't, because they're scared they're going to
16 break the law.  The left is shameless, and
17 because the line is murky, they're happy to leap
18 over it.
19         You are right.  I'm not election
20 expert, but you're right, too, that the FEC might
21 be persuadable that this was an in kind
22 contribution to one side or the other, but that's
23 not for me to say.
24         CHAIRMAN WILLIAM LIGON, JR.:  All
25 right, thank you.  Are there any other questions?

48 (Pages 186 - 189)

Page 190

1 Senator Jordan.
2       SENATOR JEN JORDAN:  Number seven.
3 Seven.  Thank you for being here.  It's my
4 understanding that these were COVID relief
5 grants.  Is that correct?
6       SCOTT WALTER:  Ma'am, that's what they
7 called them.
8       SENATOR JEN JORDAN:  But they are
9 called COVID relief grants?
10      SCOTT WALTER:  That's what they're
11 called.  I don't believe that the democratic
12 partisans who actually run the institution
13 suddenly discovered a concern for COVID and the
14 fact that they are experts in voter turnout for
15 one particular party entirely slipped their mind.
16      SENATOR JEN JORDAN:  And specifically
17 the money was to help counties and local election
18 officials to ensure safe and healthy elections
19 because of the pandemic; isn't that correct?
20      SCOTT WALTER:  That's what they said,
21 ma'am.
22      SENATOR JEN JORDAN:  Okay.  And with
23 respect to that, the counties could seek those
24 grants, get the grants, and then use them very
25 specifically for PPE or any other initiatives

Page 191

1 that were intended to make it safer for voters to
2 actually vote during a pandemic.
3       SCOTT WALTER:  Well, you know, ma'am,
4 that is a wonderful question, because I think you
5 should be investigating those counties to see if
6 that's what they did.  I can show you some of the
7 contracts that have been made public about --
8 that were made with places like Philadelphia, for
9 instance.
10      PPE was not a very high priority in the
11 contract that they made with those government
12 jurisdictions.  What mattered was things like
13 advertising and voter education materials and the
14 rest.  So, I'm sorry.  I don't believe they're
15 very sincere.
16      SENATOR JEN JORDAN:  Okay, so let me
17 just close the circle here.  Do you have any
18 evidence whatsoever that anything untoward
19 happened with those funds with respect to the
20 counties that got the grants in Georgia, not
21 anywhere else, in this state?
22      SCOTT WALTER:  There is very little
23 evidence that the money went toward actual COVID
24 concerns.  And again, I urge you all to
25 investigate that to see where the truth lies.

Page 192

1 The legality of all this is highly murky under
2 both election law and tax law.
3       SENATOR JEN JORDAN:  So, the answer is
4 no?
5       SCOTT WALTER:  Ma'am, I think -- I use
6 a very good 501(c)(3) tax lawyer to make sure
7 that we don't violate anything.  When I sent him
8 my testimony, His instant response was their tax
9 exemption should be revoked.  So, that expert in
10 law thinks that just what you heard today is
11 absolute evidence of impropriety.
12      CHAIRMAN WILLIAM LIGON, JR.:  Thank
13 you.  Okay.  Are there any other questions?
14 Thank you, sir, for being here today.  We
15 appreciate your testimony.
16      SCOTT WALTER:  Thanks so much.  It's an
17 honor.
18      CHAIRMAN WILLIAM LIGON, JR.:  I think I
19 would like to ask if I could break with protocol?
20 We have Mark Davis here.  I need to get him up if
21 that's okay.
22      Mr. Davis, if you'd come on up, please?
23      MARK DAVIS:  And Mr. Davis, if you
24 would tell us your name, where you live, what you
25 do, and I know you've been here a while but if --

Page 193

1 tell us your concerns.
2       MARK DAVIS:  Thank you for having me,
3 everyone.  Pleasure to speak with you today.  My
4 name's Mark Davis and I'm the president of Data
5 Productions.  The committee has a copy of my
6 sworn affidavit.
7       For the sake of time, I've kind of
8 boiled it down to maybe a three or four-minute
9 presentation, and hopefully I won't get too far
10 in the weeds with you here.  I'm certainly going
11 to try to keep your attention.
12      I've been working with voter data for
13 more than 30 years.  I've testified as an expert
14 witness in a total of five election disputes.
15 When I process -- when I processed an update to
16 my copy of the Georgia database I received in
17 August, I saw hundreds of thousands of voters
18 whose name and address records matched against
19 USPS national change of address records.  I've
20 been seeing similar numbers for many years now.
21      My understanding of the core issue is
22 that every state in the union is permitted to
23 address those issues in accordance with the
24 provisions of the 1993 National Voter
25 Registration Act.  The act permits a secretary of

49 (Pages 190 - 193)

Page 194

1 state to mail a voter with an NCOA match at both
2 their old and new addresses to obtain
3 confirmation of the change of address, but as a
4 practical matter when that happens, those
5 requests are often ignored.
6        The only other remedy available to a
7 secretary of state under that law is to allow the
8 voter's registration to age out of the system for
9 inactivity which can often take years.
10       The net effect of all that is our
11 Georgia database always contains hundreds of
12 thousands of people who have filed changes of
13 address with the USPS stating they have moved
14 away from the address shown on their voter
15 registration records, and that opens up a
16 pandora's box of potential issues.
17       I have recently completed NCOA
18 processing on another copy of the voter data
19 database I obtained just last week.  It showed
20 approximately 267,255 voters who have told the
21 USPS they were moving to an address out of state.
22 Some of those will no doubt be students and
23 people serving in the military who intend to
24 return to Georgia, and of course lawfully they
25 are permitted to vote.

Page 195

1        I show just under 15,000 of those out-
2 of-state movers voted in our November general
3 election.  The NCOA processing also revealed
4 approximately 312 -- 313,000 or so voters who
5 moved within the state of Georgia.
6        Those who move within a county can
7 still vote in that county and update their
8 registration as required.  However, of those who
9 moved within the state, I'm showing 122,000 or so
10 who moved across county lines.
11       Most of them obeyed the law and did not
12 cast ballots.  That said, I do show over 40,000
13 voters who moved across county lines more than 30
14 days before the election but then cast a ballot
15 in their previous county of residence.
16       If those were all temporary
17 relocations, they were eligible, but I think it
18 highly likely the vast majority are not
19 temporary.  Georgia law states if a voter moves
20 more than 30 days before the election and has
21 failed to update the registration, he or she may
22 not lawfully cast a ballot in the county they
23 previously resided in, which makes a great deal
24 of sense.
25       Outside of that 30-day grace period or

Page 196

1 a temporary change of address, a person who does
2 not permanently reside in a county they cast a
3 vote in has no legal or moral right to cast votes
4 for public servants who no longer represent them.
5        A person who moves across county lines
6 more than 30 days before the election and fails
7 to update their registration is no longer allowed
8 to cast a vote in their old county and at the
9 same time is not properly registered to vote in
10 their new county.
11       It appears to me we probably had tens
12 of thousands of unlawful votes cast in our last
13 election.  I can only imagine how many close
14 election contests have been affected by these
15 issues over the years.
16       CHAIRMAN WILLIAM LIGON, JR.:  Any
17 questions for Mr. Davis?  Senator Dolazol?
18       SENATOR DOLAZOL:  Thank you, Mr.
19 Chairman.  Number five.
20       Thank you, Mr. Davis, for being here.
21 I've actually been looking forward to your
22 testimony since we had the opportunity to speak
23 outside earlier.  I think that this may be where
24 there's the most "there" there when we're looking
25 at what happened.  In our past election, I think

Page 197

1 this is probably where there's the most "there"
2 there of what we need to fix going forward.
3        I'd like for you if you can to
4 highlight for me some locations where in your
5 data you've seen hundreds or even thousands of
6 people registered to vote from the same address.
7        MARK DAVIS:  Well, I ran that query
8 just last night and there's one homeless shelter
9 that -- I believe that counts over 2,000.
10 Several on the list are homeless shelters and you
11 see hundreds or even thousands of voters there.
12       Now, I'm told that that's encouraged.
13 I try to think through that in my head, and I see
14 lots of potential for fraud there.  It's a
15 concern for me.  If just anybody can go register
16 at a homeless shelter and vote, I don't know, I
17 think that's something we need to be looking at.
18       To be honest, I've been more focused on
19 these change of address and residency issues
20 lately.
21       SENATOR DOLAZOL:  Yeah, so let's talk
22 about those for a second.  So, what happens is
23 somebody informs the United States Postal
24 Service, and I just recently did this, hey, I'm
25 moving.  We then depending on -- like you

50 (Pages 194 - 197)

Page 198

1 mentioned, depending on whether it's in-county,
2 out-of-county, out-of-state depends on what
3 should happen with them and the voter rolls.
4         How many people are you aware of, and I
5 asked the Secretary of Staff this question this
6 morning and they did not know, how many people
7 are you aware of in the state of Georgia who
8 filed a COA request with the U.S. Postal Service
9 and also requested an absentee ballot and had
10 their absentee ballot mailed to them outside of
11 the state of Georgia?
12         MARK DAVIS:  I believe that number is
13 right at about 15,000.  But again, if they're
14 students or the military or they have a
15 legitimate reason to be located out of state and
16 they intend to come back, then those votes are
17 lawful.
18         SENATOR DOLAZOL:  Are you aware of any
19 specific cases maybe that you could highlight for
20 us not using real names but using some fake names
21 of people that perhaps we would assume are not
22 students, people that maybe you've looked at
23 their LinkedIn file or you have other information
24 on them being employed out of state yet they're
25 still voting as Georgia residents?

Page 199

1         MARK DAVIS:  With this data, I wanted -
2 - I wanted some other eyes on it.  So, I've made
3 a friend who's a former FBI special agent and
4 he's kind of a nerd about data like I am, and
5 I've kind of brought him into it and I gave him a
6 copy of the data and he has spent days poring
7 through it and tells all kinds of interesting
8 stories about people who moved to Portland four
9 years ago, moved from three different apartments
10 during that period voted in Georgia.  A guy took
11 a job in New York, lives up there now, voted in
12 Georgia.
13         The 1993 NVRA forces every Secretary of
14 State in this union to keep millions and millions
15 of bogus registrations on their rolls.  And in
16 some of the cases where I've testified as an
17 expert witness, it's not enough to go in there
18 and say here's proof this person moved.  The only
19 time I've seen judges actually take action is
20 when you put that voter on the stand under oath
21 and say did you move from this address to this
22 address with the intention of changing your
23 permanent residency, and when we've done that,
24 then the judges have ruled with us.  But absent
25 that, under the NVRA, our Secretary of State is

Page 200

1 virtually powerless to remove them.
2         What's interesting to me is a whole lot
3 of these that I picked up, they've already been
4 put on inactive status, and if you look in the
5 column -- the field for status reason, it says
6 NCOA.  In other words, our Secretary of State has
7 already picked these up at some point, a lot of
8 them, large numbers of them, but he's powerless
9 to do anything about it until they age off their
10 rolls.
11         Now, there's a difference between the
12 requirements of the 1993 NVRA and our own state
13 laws.  If you read 21-2-217 and 218, our
14 residency requirements for actually casting a
15 vote are pretty crystal clear, okay?  But there's
16 a disconnect between making it unlawful to cast a
17 vote in unlawful circumstances when your
18 residency is not correct, there's a difference
19 between that and actually cleaning up the roles
20 here, because there's just a lot of -- a lot of
21 room for a lot of issues there with all this --
22 all these bogus voters on our rolls still.
23         I mean, some of these folks that are
24 registered here are no doubt registered in other
25 states.  We don't know because we don't have a

Page 201

1 national registry.  In my view, our federal
2 government should create one.
3         If you're a New York snowbird and you
4 spend your winters in Florida, you should be able
5 to still vote in New York.  But the minute you
6 decide Florida is your home and you register to
7 vote there, that information should go to a
8 national voter clearinghouse and then straight to
9 New York, and as soon as you've registered in
10 Florida, you should come off the rolls in New
11 York.
12         The other thing we can do about it is
13 get the postal service to change the way they do
14 NCOA.  They should ask, is this change of address
15 temporary or permanent?  And if they did just
16 that, so we gather that data and then we change
17 the law and allow our secretaries of state to
18 actually act on it, we could go a long way
19 towards cleaning up this problem.
20         SENATOR DOLAZOL:  You mentioned earlier
21 the approximately 40,000 people filed a change of
22 address form from one county to a new county in
23 the state of Georgia yet voted in their old
24 county; is that correct?
25         MARK DAVIS:  Yes.  And see, there's

51 (Pages 198 - 201)

Page 202

1  actually --
2      SENATOR DOLAZOL:  Can I ask you a
3  follow-up question real quick on that if you
4  don't mind?  What was the breakdown of how they -
5  - how did they vote?  How many of them were ABM?
6  How many of them were early in person?  How many
7  of them were voting on election day?
8      MARK DAVIS:  I'd have to dig it out of
9  my affidavit, but off the top of my head, I'm
10  wanting to say it was maybe 18,000 absentee and
11  12 in person day of.
12      SENATOR DOLAZOL:  Okay, thank you.
13      MARK DAVIS:  But I want to -- I want to
14  make a point there, okay?  There was actually
15  122,000 folks that are similarly situated.  Most
16  of them followed the law and didn't cast a
17  ballot.  Okay?  So, there's kind of a -- you
18  know, a 14th Amendment issue there of equal
19  protection.  You know, why do some people get to
20  break the law and vote and some people who know
21  better and don't, you know, they don't have their
22  vote counted?
23      So, that's troubling too.  I think one
24  thing that we could do that would be very helpful
25  is if we identified these folks going into an

Page 203

1  election and sent them a notice of some kind
2  saying, hey, this is what we see.  We want you
3  voting in the right place for the right people
4  and we want your vote to count.  Please take
5  steps to get this corrected if this is -- if this
6  applies to you.
7      If your change of residence was
8  permanent, not temporary, then take the steps
9  needed to protect your right to vote.  Otherwise,
10  you know, they don't have any business voting for
11  a sheriff of a county they don't live in anymore.
12      SENATOR DOLAZOL:  Right, thank you.
13  Thank you, Mr. Chairman.
14      CHAIRMAN WILLIAM LIGON, JR.:  Senator
15  Summers?
16      SENATOR CARDEN SUMMERS:  Thank you, Mr.
17  Chairman.  Number three.  Mr. Davis, in regards
18  to our upcoming runoff election January the 5th,
19  are you telling me -- are you saying that if
20  people are doing what we think they're doing,
21  they're just coming into our state to register to
22  vote in that election, that our Secretary of
23  State or basically this legislature is powerless
24  to do anything about them and that so-called fine
25  of $100,000 and 10 years in prison means

Page 204

1  absolutely nothing?
2      MARK DAVIS:  Well, that's kind of a
3  different subject.  I know they're going to be
4  having investigators look at the rules and
5  whatnot, but what I can tell you is this.
6  There's over a half a million folks on the
7  Georgia voter database that have told the U.S.
8  Postal Service they were moving elsewhere.  Okay?
9  Over a quarter million of those out of the state.
10  So, if there's a group out there trying to get
11  those folks to vote here in Georgia by chasing
12  them down at their new address, that information
13  is readily available simply by running NCOA on
14  the voter database, and they could be contacted
15  and encouraged to vote here.  And arguably, if
16  they make the argument that they only moved away
17  temporarily, they could legally get away with it,
18  even if the truth of the matter is that they
19  actually did move away permanently.
20      SENATOR CARDEN SUMMERS:  A follow-up,
21  please.  What about people moving into the state
22  in this little short window that we have that can
23  say they live in a dorm room or they live in a,
24  you know, a hotel room or whatever?  What about
25  that issue?

Page 205

1      MARK DAVIS:  It's hard to detect, but
2  we can see who registered recently and we can
3  give them increased scrutiny and, you know, I
4  would suggest we should.
5      CHAIRMAN WILLIAM LIGON, JR.:  Senator
6  Jones?
7      SENATOR BURT JONES:  Thank you, Mr.
8  Chairman.  Mr. Davis, and I -- you might have
9  said this earlier, but how many ballots were
10  requested and sent out outside of the state,
11  whether it be military or --
12      MARK DAVIS:  I haven't run the count of
13  how many were sent, but the count of how many
14  voted was about 15,000.  Now, if they're all
15  students or military or temporary address
16  changes, fine.  But if that's not the case,
17  there's probably some illegal votes in there.
18      I know that of the folks that moved
19  across county lines within the state, we probably
20  have a great deal of those that were just flat
21  out wrong.
22      SENATOR BURT JONES:  Right.
23      MARK DAVIS:  I mean, I just have a hard
24  time believing that, you know, 40,000 folks would
25  just temporarily move within the state intending

52 (Pages 202 - 205)

Page 206

1 to go back where they used to live.
2      SENATOR BURT JONES:  Right.
3      CHAIRMAN WILLIAM LIGON, JR.:  Senator
4 Brass?
5      SENATOR MATT BRASS:  Seven.  Thank you,
6 Mr. Chairman.  Mr. Davis, of that 40,000, is
7 there a way to drill down and determine which
8 counties?
9      MARK DAVIS:  Absolutely.
10      SENATOR MATT BRASS:  Is there -- were
11 there any counties that stood out that had way
12 more than any other county?
13      MARK DAVIS:  If you'll give me your
14 card, I'll send you that query.  I've done it.  I
15 don't have it with me.
16      SENATOR MATT BRASS:  Okay.
17      MARK DAVIS:  I can tell you that when I
18 did drill down and I geo-coded and mapped the
19 people at their new address and I looked at that
20 map, these issues seem to be happening in
21 literally every county in the state, just all
22 over the place.
23      SENATOR MATT BRASS:  Fair enough.
24 Thank you.
25      CHAIRMAN WILLIAM LIGON, JR.:  Okay.

Page 207

1 Senator Tillery.
2      SENATOR BLAKE TILLERY:  Thank you
3 (indiscernible).  I'm Blake Tillery.  There -- I
4 thought I saw today where we were actually sued
5 or the Secretary of State's Office was actually
6 sued possibly today or maybe it was yesterday for
7 trying to clean up some of the questions that you
8 just proposed.  Did you see that?
9      MARK DAVIS:  I'm unaware of it, but I
10 don't doubt it.  This is the thing.  You know, I
11 try to be fair to the Secretary of State and he's
12 handicapped by the 1993 NVRA, and if you look in
13 my sworn statement that I filed, I've got a link
14 in there to the DOJ website that's got a FAQ,
15 frequently asked questions, and one of them
16 explains what a Secretary of State has to go
17 through just to remove a voter from our rolls who
18 moved away four years ago.
19      There was one case that I testified in
20 up in House 28 where we found a guy who sold his
21 house here, moved to North Carolina, and has been
22 coming back here to vote for years.  Okay?
23      And so I said to the attorney, well,
24 why don't we get him in court?  You know, we
25 can't have this.  And he's like, well, you know,

Page 208

1 subpoenaing somebody from out of state is tough
2 and expensive, and we've got lower hanging fruit,
3 so we'll just let it go.
4      But that stuff happens.  And I mean,
5 you can point fingers at the Secretary of State,
6 but from what I see when a Republican Secretary
7 of State does his job and lets voters age out who
8 moved years ago and then he finally does a purge,
9 he's accused of Republican vote suppression.
10 Well, when a Democrat Secretary of State does the
11 same thing, he's praised for his quality list
12 management.
13      So, that's my take on it, for what it's
14 worth.  But they're all subject to the exact same
15 law.  They all have the exact same issues, and
16 they all have the exact same limitations.
17      CHAIRMAN WILLIAM LIGON, JR.:  Okay,
18 well, thank you, Mr. Davis.  We're going to move
19 on now.  Appreciate you being here.
20      MARK DAVIS:  Thank you.
21      CHAIRMAN WILLIAM LIGON, JR.:  And you
22 can get with Senator Brass and get him the
23 information that he requested.  Now we're going
24 to hear from Mr. John -- Dr. John Eastman by
25 Zoom.  Yes.  And did you want to introduce him,

Page 209

1 Mr. Smith?
2      RAY SMITH:  Mr. Eastman, can you hear
3 me?  John Eastman, can you hear me?
4      CHAIRMAN WILLIAM LIGON, JR.:  We can't
5 hear --
6      RAY SMITH:  We can't hear him.
7      DR. JOHN EASTMAN:  I've got my mute
8 off.  Hang on.
9      RAY SMITH:  Okay.  There you go.  We
10 can hear you now.
11      DR. JOHN EASTMAN:  Okay, very good.
12      RAY SMITH:  Okay.  Can you introduce
13 yourself please and tell us your background,
14 please?
15      DR. JOHN EASTMAN:  Sure, my name is
16 John Eastman.  I'm a Professor of Constitutional
17 Law and former Dean at the Chapman University
18 Fowler School of Law.  I'm also serving this year
19 as a visiting scholar at the University of
20 Colorado at its Benson Center, and I'm a senior
21 fellow at the Claremont Institute.
22      RAY SMITH:  Thank you.  Professor
23 Eastman, I believe you're going to talk to us
24 today about the electoral college process and how
25 that affects the legislature here.

53 (Pages 206 - 209)

Page 210

1    DR. JOHN EASTMAN:  Sure, thanks very
2 much.  And Chairman Ligon and the members of the
3 subcommittee, thank you for inviting me to
4 testify at this very important hearing.
5    My scholarly work and expertise have
6 always revolved around the structural provisions
7 of the federal constitution and because of that,
8 similarly, 20 years ago I was invited to testify
9 before the Florida Legislature as they were
10 dealing with issues similar to what you're
11 dealing with now.
12    At that time, no one had given much
13 attention, scholarly or otherwise, to the role
14 the Constitution assigns to state legislatures in
15 determining the manner of choosing electors.  And
16 it's a little bit foreign to us now because we
17 haven't really done what the Constitution
18 authorizes fully for a very long time.
19    The last time the issue really came up
20 was in the election of 1876, and I don't think
21 any of us, maybe Mayor Giuliani, I don't think
22 any of us were around back at that time, but in
23 the wake of that controversy, Congress passed the
24 Electoral Count Act of 1887 which aimed to
25 clarify some of the processes.

Page 211

1    That act too didn't get much attention
2 until the 2000 election down in Florida and
3 before we really got into the intricacies of that
4 act, the Supreme Court's resolution of the case
5 in Bush v. Gore kind of ended the matter.
6    But since then, there's been a whole
7 lot of scholarship done and most of it has
8 confirmed what -- the written testimony I gave to
9 the Florida Legislature there, and it's that
10 process that I want to focus on.
11    Let me begin with the relevant
12 provisions of the U.S. Constitution that, Ray,
13 you've talked about earlier in your testimony
14 this morning.  Article 2, Section 1 provides that
15 each state shall appoint in such manner as the
16 legislature thereof may direct a number of
17 electors to which they're entitled.
18    The Supreme Court has described this
19 constitutional authority of the state
20 legislatures as plenary.  That means it knows no
21 other limit.  The legislature gets to do what it
22 wants.  That was in an 1892 case called McPherson
23 v. Blacker, and it was reiterated by the Supreme
24 Court in the Bush v. Gore case back in 2000.
25    It even is noted that whatever

Page 212

1 provisions may be made by statute or by the state
2 constitution to choose electors by the people,
3 there is no doubt that the federal constitution
4 gives the right to the legislature to resume that
5 power at any time.  That's again McPherson and
6 the Bush v. Gore decision reiterated that.
7    In the early decades of our nation's
8 history, most state legislatures selected their
9 state's presidential electors themselves.  Only
10 after 1824 did a majority of state legislatures
11 move toward choosing the electors by popular
12 vote.
13    But your neighboring state legislature
14 up in South Carolina continued to choose its
15 state electors by itself all the way up until
16 1860.  Nevertheless, the constitutional power to
17 decide on the method for choosing electors
18 remains exclusively with the state legislatures.
19    Now, to be sure, the authority to take
20 back that power and appoint electors at any time,
21 as the Supreme Court said in McPherson, would
22 likely not allow a legislature to pick its own
23 slate of electors after the results of a fair
24 election, which had been conducted pursuant to
25 the legislature's existing statutory procedures,

Page 213

1 merely on the ground that the legislature didn't
2 like the outcome that the popular vote had
3 chosen.
4    As the Supreme Court said in Bush v.
5 Gore, when the state legislature vests a right to
6 vote for president and its people, the right to
7 vote as the legislature has prescribed is
8 fundamental, but that's not the case when the
9 existing procedures are not followed, and when
10 significant statistical anomalies and other
11 evidence raising serious questions about voter
12 fraud and about whether the election was fair.
13    In such cases, the manner for choosing
14 electors set out by the legislature was not
15 followed.  The constitutional default of the
16 legislature exercising its plenary power or
17 rather resuming that power is therefore again
18 brought to the forefront.
19    As the Court noted in Bush v. Gore, the
20 right to vote in election for presidential
21 electors is fundamental when done in the manner
22 the legislature has prescribed.
23    Now, what you've been hearing today is
24 a lot of testimony about how the statutes that
25 you had prescribed for the manner of choosing

54 (Pages 210 - 213)

Page 214

1 electors were not complied with. By the way,
2 this is all in perfect line with federal
3 statutory authority as well.
4         Section 2 of Title 8 provides that
5 whenever a state has held an election for the
6 purpose of choosing electors and has failed to
7 make a choice on the day prescribed by law, the
8 electors may be appointed on a subsequent day in
9 such manner as the legislature of such state may
10 direct. The failure of state election officials
11 to follow the manner you had set out in statutes
12 in conducting this election, as well as the
13 intermingling of illegal and legal ballots in
14 significant enough numbers that the election
15 can't be validly certified, quite simply means
16 that the state has failed to make a choice on
17 Election Day in accordance with the manner that
18 you've prescribed, and the appointment of
19 electors, therefore, both under Article 2 and
20 Section 2 of Subtitle 3 devolves back on the
21 legislature of the state, which has plenary power
22 to decide whether and how to exercise the
23 appointment power itself or craft some other
24 mechanism to cure the problems with the state
25 election that occurred.

Page 215

1         That is what the Florida Legislature
2 was prepared to do in 2000 prior to the
3 resolution of that state's election controversy
4 back in 2000. The vote on that day had been
5 certified by the Florida Secretary of State, but
6 the state Supreme Court had, contrary to state
7 law, ordered a recount in only heavily Democrat
8 counties with the expectation that that would
9 flip the vote that had been certified.
10        The relevant committees in the Florida
11 legislature, both houses, crafted identical
12 resolutions that would allow the legislature to
13 reclaim its plenary power of choosing its own
14 slate of electors and those resolutions passed
15 out of the relevant committees and they were
16 already scheduled for floor votes where they were
17 expected both to pass when the Supreme Court
18 issued its decision in Bush v. Gore making that
19 unnecessary.
20        Violations of Georgia election law
21 here, which is to say the manner that the Georgia
22 Legislature has established for choosing the
23 president electors, are numerous as you've been
24 hearing testimony all day today. The number of
25 underaged individuals who are allowed to register

Page 216

1 contrary to the statutory authority amounts
2 allegedly up to approximately 66,000 people.
3         2500 people who are convicted and
4 incarcerated felons were allowed to vote and have
5 those votes counted contrary to state law.
6 Proofs of identity that are required under state
7 law were not complied with. Voters as you just
8 heard moving from one county to another before a
9 30-day window as the statutes allow were allowed
10 to have their votes counted and cast in the prior
11 count of their residence contrary to state law.
12        A number of voters don't even have
13 registration of residential addresses but P.O.
14 Boxes and have been allowed to vote and cast
15 ballots contrary to state law.
16        I think the biggest one is a result of
17 the March 2020 settlement agreement that was
18 entered into with your Secretary of State and
19 certain democrat committee challengers that
20 effectively altered the signature verification
21 process for your absentee ballots in ways that
22 are contrary to state law.
23        Those state statutes are all designed
24 to help prevent fraud and yet their violations
25 now then have created a serious problem with the

Page 217

1 potential for fraud. Just on the absentee ballot
2 itself, the signature verification process
3 normally results in the rejection of about 3 to 4
4 percent of absentee ballots for failing to
5 include a residential address or for signatures
6 that clearly do not match those on registration.
7         Because of the changed procedures as a
8 result of that settlement agreement, and that was
9 agreement that was entered into without any
10 involvement of the legislature, which means it
11 was done contrary to the U.S. Constitution's
12 Authority in Article 1, Section 2, the rejection
13 rates in this election were like one third of 1
14 percent with the resulting about 40,000 ballots
15 that would have been discounted or rejected
16 historically were allowed to be cast and counted.
17        That's a significant deviation from the
18 manner that this legislature has set out. These
19 significant statutory violations are, in my view,
20 more than enough in the way of the alteration of
21 the legislature's approved manner of choosing
22 electors to warrant this legislature from taking
23 back its plenary power to determine the manner of
24 choosing electors.
25        You could do that by calling a special

55 (Pages 214 - 217)

Page 218

1 election, although the time is very tight for
2 that and may be logistically impossible, but you
3 could also do what the Florida Legislature was
4 prepared to do, which is to adopt a slate of
5 electors yourself.
6         And when you add in the mix of the
7 significant statistical anomalies and sworn
8 affidavits and video evidence of outright
9 election fraud, I don't think it's just your
10 authority to do that, but quite frankly, I think
11 you have a duty to do that to protect the
12 integrity of the election here in Georgia.
13         These violations, combined with the
14 significant evidence of fraud, in my view,
15 strongly support the conclusion that something is
16 amiss here and that the legislature simply must
17 investigate as you're doing with this hearing
18 today.
19         And then if as a result of this
20 investigation you're convinced that the election
21 was conducted contrary to state law and too
22 fraught with the risk of fraud to be properly
23 certified, then you should exercise your
24 prerogative to legislatively designate a slate of
25 electors more in line with what the evidence of

Page 219

1 what actually happened on Election Day by valid
2 votes demonstrated.
3         Now, I also think it's important that
4 this legislature take the action before next
5 Tuesday, December 8th. And my apologies, I have
6 a typo in my written testimony that I provided
7 that said December 6th. Because that's when the
8 deadline for taking advantage of state harbor --
9 safe harbor provisions in federal law, Title 3,
10 Section 5 of the U.S. Code kicks in, but
11 certainly before December 14th when the -- when
12 the electors are designated by Congress to meet
13 and cast their votes.
14         Only by such action can this
15 legislature protect Georgia's right to choose
16 electors for the election of president and vice
17 president in accord with the statutory manner
18 that you had set out well in advance of Election
19 Day on November 3rd.
20         And it's those electors that you decide
21 need to be established that will -- that should
22 be counted by a joint session of Congress, which
23 begins at 1 p.m. on January 6, 2021.
24         Thank you very much for your attention.
25 I'd be happy to answer any questions.

Page 220

1         CHAIRMAN WILLIAM LIGON, JR.: Are there
2 any questions?
3         RAY SMITH: Thank you, Professor
4 Eastman.
5         CHAIRMAN WILLIAM LIGON, JR.: Senator
6 Parent has a question, and you're on number six?
7         SENATOR ELENA PARENT: Yes. Can you
8 hear me?
9         DR. JOHN EASTMAN: Yes, I can.
10         SENATOR ELENA PARENT: Thank you so
11 much for being with us. I find all this very
12 interesting constitutional argument. So, your --
13 correct me if I'm wrong here. Your argument is
14 that essentially we have a failed election that
15 would require the legislature to step in and
16 assign electors; am I correct?
17         DR. JOHN EASTMAN: Yes.
18         SENATOR ELENA PARENT: And what do you
19 say -- in terms of proving that there's a failed
20 election, what do you say to what's been laid out
21 by our Secretary of State, Governor, Attorney
22 General Barr, and the courts? Because right now
23 there have not been, as far as I'm aware, proof
24 of the number of ballots that would be required
25 to have -- to have been problematic to switch the

Page 221

1 election and call it a failed election. I don't
2 -- I don't know where the evidence is. What do
3 you say to that?
4         DR. JOHN EASTMAN: Well, there are two
5 issues here. There's one, the extent of the
6 fraud in the casting of ballots, and the other
7 which is undisputed, the failure to comply with
8 the statutory scheme that this legislature had
9 sent out.
10         You can -- you can say that there's no
11 fraud whatsoever, but if the statutory scheme is
12 not filed -- followed, the manner of choosing
13 electors set out by this legislature, which has
14 the sole authority to decide what that manner is,
15 is not violated -- it has been violated.
16         SENATOR ELENA PARENT: Okay.
17         DR. JOHN EASTMAN: And therefore the
18 election is invalid, even without any evidence of
19 fraud.
20         SENATOR ELENA PARENT: Well, can I --
21 can I ask you what is the statutory scheme that
22 in your opinion was not followed?
23         DR. JOHN EASTMAN: Well, I recited
24 several of the provisions of the state statutes
25 that were not complied with in my testimony.

56 (Pages 218 - 221)

Page 222

1    SENATOR ELENA PARENT: I don't have
2 your testimony, sir, I apologize.
3    DR. JOHN EASTMAN: Yeah, no, that's all
4 right. So, I think the biggest one was the
5 change in the signature verification process on
6 absentee ballots that was done as a result of a
7 settlement agreement.
8    SENATOR ELENA PARENT: I'm aware of
9 that.
10    DR. JOHN EASTMAN: That did not invoke
11 the legislature. Now, the problem with that is -
12 -
13    SENATOR ELENA PARENT: Right, so --
14 okay.
15    DR. JOHN EASTMAN: -- you had a
16 judiciary and you had executive officials
17 changing the statutory mechanism. The only
18 authority to do that is the legislature, and the
19 legislature did not do that.
20    SENATOR ELENA PARENT: So, I understand
21 the argument. I understand the argument. Can I
22 -- can I -- and I apologize for interrupting? I
23 just want to get sort of the things I'm really
24 focused on answered. So, the Secretary of
25 State's position is that the law was not changed.

Page 223

1 They just -- essentially they said this is how
2 we're going to do it to ensure uniformity under
3 the law through guidance to the counties, and the
4 law wasn't changed.
5    DR. JOHN EASTMAN: Well, I mean, I've
6 looked at the statute and I've looked at the
7 consent decree and the consent decree very
8 clearly allows signature verification only of the
9 signature on the application for absentee ballot
10 whereas the law requires signature verification
11 of both the signature on the application and the
12 signature on file with the registration card.
13    SENATOR ELENA PARENT: But sir, isn't
14 that what we did?
15    DR. JOHN EASTMAN: That change from or
16 to and is a significant change.
17    SENATOR ELENA PARENT: Okay. I do
18 believe that we -- the procedure is you check
19 them both so there's signature verification two
20 times.
21    DR. JOHN EASTMAN: Not according to --
22 not according to the consent decree. It says or.
23 It says or, and that's a significant change over
24 the statutory scheme. It's only one of the
25 significant changes --

Page 224

1    SENATOR ELENA PARENT: Okay, but
2 wouldn't you agree that that's --
3    DR. JOHN EASTMAN: -- that I recite in
4 my -- in my testimony.
5    SENATOR ELENA PARENT: But would you
6 agree that if the procedure is that they check it
7 twice, that that's actually preferable?
8    DR. JOHN EASTMAN: Yes, that's what the
9 statute requires.
10    SENATOR ELENA PARENT: And I believe
11 that's what the --
12    DR. JOHN EASTMAN: But the consent
13 decree allows it to be checked only once. The
14 statute has a double protection there. The
15 consent decree only has a single protection, and
16 that's a change from the statutory protection
17 against fraud that the legislature had adopted
18 that was not complied with.
19    SENATOR ELENA PARENT: Well, I -- you
20 and I have a -- I'm not sure that's correct. I
21 think it's checked twice, and I think that's what
22 the guidance said. But can we move on? And what
23 else was statutorily not followed that in your
24 opinion resulted in a failed election?
25    DR. JOHN EASTMAN: Section 21-2-216 on

Page 225

1 registration of underage voters. They're allowed
2 to do that up to six months before they turn 18
3 if they will be 18 by the time of the election.
4 That was not -- that was not complied with.
5 People were allowed to register to vote more than
6 a year ahead of their 18th birthday. That looks
7 like more than 66,000 people were illegally
8 allowed to register and vote in violation of that
9 statutory scheme. Felons were allowed to vote IN
10 violation of the statutory scheme. The failure
11 to check voter identity was, you know,
12 requirements of state statutes were violated.
13 Those violations of the state statute -- and let
14 me give a comparison.
15    In North Carolina in 2018 in the
16 Congressional District No. 9 there, somebody
17 violated state statutes by doing ballot
18 harvesting that was not allowed under Florida
19 law. Nobody demonstrated or proved that any of
20 the harvested ballots had been illegally cast by
21 people who weren't proper voters.
22    Nevertheless, the violation of the
23 state law was enough for the state election board
24 to order a re-election as a result. I think the
25 same thing has gone here with these violations of

57 (Pages 222 - 225)

Page 226

1 the state statutes.
2    SENATOR ELENA PARENT: And if I may
3 very briefly wrap it up, yeah, thank you, Mr.
4 Chairman, I'm aware of the North Carolina
5 situation. I think the difference that at least
6 I feel is I haven't seen any evidence of any of
7 the things that you're talking about.
8    So, we would need some sort of court
9 intervention. We would need a successful
10 lawsuit. We would need the state elections board
11 to take action the way you described happened in
12 another state.
13    And right now, what we have is in our
14 law 21-2-501(f) where the legislature has decreed
15 that the candidate receiving the most votes is
16 who the -- who the electors will represent.
17 That's what we have in our law.
18    DR. JOHN EASTMAN: Well, with all due
19 respect, the candidate receiving the most votes
20 in an election conducted in according with all
21 the other provisions of your state election law.
22 When that was not done, you don't have a valid
23 election. And this is exactly what happened in
24 Florida when the state Supreme Court started
25 ordering things on recounts that were contrary to

Page 227

1 state law. The Florida Legislature didn't wait
2 for a determination of a Court to say our state
3 law was violated. They made that determination
4 themselves and passed resolution to protect their
5 electoral votes. I mean, and it is their sole
6 authority under Article 2 of the Constitution to
7 do that.
8    SENATOR ELENA PARENT: So, there's a
9 lot of fraud that even the Attorney General of
10 the United States has not found? I'm confused.
11 I'm sorry. And I'll -- that's it out of me.
12    DR. JOHN EASTMAN: Well, no, no, you
13 went back to the very first point you made.
14 There doesn't have to be evidence of fraud,
15 although I think there's rampant evidence of
16 fraud as you've been hearing all day today. The
17 mere violation of your state statutes is
18 sufficient for this to be an invalid election and
19 to return the power to determine the manner of
20 choosing electors to this body.
21    CHAIRMAN WILLIAM LIGON, JR.: Senator
22 Jones? Senator Jones?
23    SENATOR BURT JONES: Dr. Eastman, this
24 is Burt Jones, Jackson, Georgia, appreciate you
25 being here today and I appreciate you educating

Page 228

1 the members of the committee here on
2 Constitutional law, which I'm sure most of us
3 needed to
4    But with the argument that we've been
5 presented as far as the irregularities with the
6 voting and also the consent order that our
7 Secretary of State went into as well back in
8 March, with us also having another election
9 coming on the horizon on January 5th, with all
10 these questions swirling around the November 3rd
11 election, wouldn't it be in our best interest to
12 try to correct these things as a legislative body
13 before the January 5th election runoff?
14    DR. JOHN EASTMAN: I do think it would
15 be in your interest and the interest of the
16 voters of Georgia to fix this, to make clear what
17 the statutes say, and when the consent decree, if
18 as I read it is contrary to your state statutes,
19 to determine that that consent decree has no
20 validity over the operation of the legislature.
21    The executive officials don't have
22 authority to constrain the manner that you the
23 legislature have chosen because that power is
24 given to you as a plenary power by the federal
25 constitution, and what the Supreme Court said in

Page 229

1 McPherson is not even your state constitution
2 constrains your authority on that. So, certainly
3 a consent decree entered into by the democrat
4 party and your Secretary of State can't constrain
5 the manner that you have set out for choosing
6 electors.
7    And if I'm right that the consent
8 decree violates those state statutes, it's the
9 state's statute that is supposed to govern.
10    SENATOR BURT JONES: Thank you, sir. I
11 appreciate you being here and answering our
12 questions.
13    CHAIRMAN WILLIAM LIGON, JR.: Senator
14 Dolazol?
15    SENATOR DOLAZOL: Thank you, Chair.
16 I'm number five. Should have that button
17 memorized by now probably.
18    Dr. Eastman, thank you for joining us.
19 I want to unpack this -- the settlement agreement
20 a little bit relative to the -- to what it
21 changed in our law, and I think the operative
22 word is actually any.
23    And if you look on Page 3 of the
24 agreement, essentially what we did is we
25 introduced new source material into the second

58 (Pages 226 - 229)

Page 230

1 signature check, right?
2       So, to reference what Senator Parent
3 was saying, that the two checks that are -- that
4 are envisioned under our code should both be
5 checks against the file -- the signature that's
6 on file in ENET, and what changed in the consent
7 -- I'm sorry, in the settlement agreement was to
8 introduce something the law never envisioned.  It
9 introduces into the second signature match that
10 is on the ballot -- the actual absentee ballot
11 envelope to compare that and to allow the
12 original signature that was on the absentee
13 ballot request form to all of a sudden become
14 source material, and that we only now require it
15 to match any of the voter's signatures on file in
16 ENET or on the absentee ballot application.
17       Our law never envisioned comparing the
18 signature on the ballot with the signature on the
19 ballot application.  So, essentially what we did
20 was we ignored the double check, because what the
21 -- by allowing the first check to essentially
22 match the second check, we only have one check
23 and the law to Senator Parent's point should have
24 two checks against that signature that's on file
25 in ENET.

Page 231

1       And if we wanted to change that, then
2 we should have dealt with this in June when we
3 were sitting in this building for -- to continue
4 our session this year and we could have had that
5 debate, but what happened here is a fundamental
6 shift in the signature match process that was
7 passed by this legislative body, and it -- and it
8 does fundamentally change the source material and
9 essentially moves it from two checks down to one
10 check.
11       So, I know you said that the operative
12 word is "or."  Really the operative word is
13 "any."  We're now only requiring a match of any
14 signature, not the signature that the statute
15 actually calls for, and there are other things in
16 here that were -- that were added procedurally
17 that may be good procedure, but to your point --
18 and I guess this is my question -- what do you
19 view in your legal opinion as the bounds by which
20 an executive branch member or a secretary or even
21 a governor has the ability to kind of unpack and
22 guidance and change any shall language or
23 specific language versus their ability to kind of
24 operate within things that are more loosely
25 defined in the code?

Page 232

1       DR. JOHN EASTMAN:  Well, you know, kind
2 of clarifying what they view the statute as
3 meaning is I think normal part of interpretive
4 regulation, but when they change the manner, and
5 I think, you know, allowing for any signature
6 means I could match it against your first voter
7 registration card, I could match it against your
8 latest registration card, or I could -- or I
9 could match it merely against the application.
10 Of course, that means if somebody is fraudulently
11 submitting applications in the manner that you
12 heard testimony of just about an hour ago by the
13 college student named Grace, and I'm sorry, I
14 don't recall her last name, that somebody
15 submitted an application on her behalf and voted
16 it on her behalf.
17       Now, if the signature on that ballot
18 when it came in had to be compared with her voter
19 registration card, the fraud would become
20 manifest.  But when all it had to do was be
21 compared to the application, then the double
22 fraud both on the application and the vote gets
23 through and she could be deprived of her right to
24 vote as a result.
25       The second thing they did with that

Page 233

1 settlement agreement is the statute says, you
2 know, one election official is supposed to
3 determine whether an application for an absentee
4 ballot is valid.  It created a higher burden by
5 requiring three people to review it.  That may be
6 good policy or not, but particularly in light of
7 the massive increase in number of absentee votes,
8 what it did is induced people to be much less
9 careful in the validation process that they were
10 even doing and it was a looser process than your
11 statutes allow.
12       So, I think -- I think on several
13 fronts that settlement agreement is contrary to
14 your state statutes.
15       CHAIRMAN WILLIAM LIGON, JR.:  Senator
16 Brass, did you have a question?
17       SENATOR MATT BRASS:  I'll waive it.
18       CHAIRMAN WILLIAM LIGON, JR.:  You -- he
19 waives the question.  All right.  Go ahead,
20 Senator.  I recognize you.
21       SENATOR JEN JORDAN:  Thank you.  So,
22 Professor, I disagree with you in terms of your
23 interpretation of the consent agreement, but
24 we're going to kind of move on from that because
25 I do want to talk about the whole idea of this

59 (Pages 230 - 233)

Page 234

1 check that somehow it's a fraudulent check if you
2 compare the ballot signature to the application
3 signature. I just want to focus on that.
4      You are aware that under Georgia law
5 that the application signature has to be checked
6 against the original registration card or the
7 most current update that the Board of Elections
8 has. Do you understand that?
9      DR. JOHN EASTMAN: I'm aware -- I'm
10 aware of that as well. But one of the
11 allegations that has been made is that because of
12 the massive increase in number of absentee
13 ballots and the increased burden on county
14 officials by going from one official to three in
15 order to validate that check, that that meant
16 that that process was not being faithfully
17 complied with, which makes it even more important
18 that the double check that your statute sets out
19 both on the front end when the application is
20 filed but also on the back end when the ballot is
21 filed is submitted, that it be checked against
22 the original voter registration signature or the
23 most recent voter registration card on file.
24      SENATOR JEN JORDAN: And respectfully,
25 Professor, but with respect to that allegation

Page 235

1 that somehow this need to increase kind of eyes
2 on a signature to make sure that it's a valid
3 signature, that that somehow overwhelmed county
4 elections offices and prevented them from
5 actually able -- being able to do the appropriate
6 check in terms of a signature match, that's just
7 an allegation that has absolutely no evidence
8 attached to it; isn't that correct?
9      DR. JOHN EASTMAN: Well, you know, I --
10 it's been an allegation that's been made. I'm
11 not -- I'm not here to talk about the evidentiary
12 proof of it. What I can confirm is that the
13 settlement agreement doesn't -- you know, the
14 statute requires the check against the
15 registration signature at both phases, the
16 application phase and the ballot verification
17 phase.
18      The settlement agreement allows that
19 signature verification to be done either against
20 the registration signature or the application
21 signature. There's a double check built into the
22 statute. There's only a single check built into
23 the -- into the settlement agreement and I think
24 that violates state law.
25      SENATOR JEN JORDAN: One final. One

Page 236

1 final. Professor, are you -- are you a member of
2 the bar of Georgia?
3      DR. JOHN EASTMAN: No, I'm not.
4      SENATOR JEN JORDAN: Okay. Thank you.
5      DR. JOHN EASTMAN: I'm a member of the
6 11th Circuit Bar which has federal authority over
7 Georgia and a member of the Supreme Court bar.
8      CHAIRMAN WILLIAM LIGON, JR.: Thank
9 you. Mr. Smith, any other questions? Okay.
10 Yes. Yes, Mayor, please, Giuliani.
11      MAYOR RUDY GIULIANI: Professor, it's
12 Rudy Giuliani who does remember that election in
13 1876. But --
14      DR. JOHN EASTMAN: Sorry about that,
15 Mayor.
16      MAYOR RUDY GIULIANI: Vaguely.
17 Professor, is it possible for the legislature, if
18 they assume the authority that is theirs under
19 the constitution, could they make findings?
20      DR. JOHN EASTMAN: They could, of
21 course.
22      MAYOR RUDY GIULIANI: Of fact based on
23 --
24      DR. JOHN EASTMAN: They could make find
25 --

Page 237

1      MAYOR RUDY GIULIANI: For example --
2      DR. JOHN EASTMAN: Based on the
3 investigations they've conducted today.
4      MAYOR RUDY GIULIANI: They had -- they
5 had evidence presented today. They've had
6 affidavits presented today. Assume they had
7 fulsome evidence of three or four violations,
8 could they make those findings?
9      DR. JOHN EASTMAN: They could, and I
10 would encourage them if they were to take this
11 step with the resolutions I have recommended that
12 they prefaced the resolution with a set of
13 findings.
14      MAYOR RUDY GIULIANI: And Professor,
15 what -- presumably action like this will be
16 challenged in the Supreme Court. Should they
17 take this action or some other legislation? How
18 do you see that argument?
19      DR. JOHN EASTMAN: Well, it could get
20 to the Supreme Court or it could be presented to
21 Congress at the joint session of Congress when
22 they begin opening the ballots and counting the
23 ballots, and if you have the governor's certified
24 slate of electors and a legislative certified
25 slate of electors, unfortunately, Section 15 of

60 (Pages 234 - 237)

Page 238

1  Title 3 is embarrassingly ambiguous about which
2  of those slates of electors ought to be counted.
3        And the 12th Amendment is also a bit
4  ambiguous about who has the final say so in
5  making that determination.  I think a very
6  credible argument can be made that it's the
7  President of the Senate as the presiding officer
8  of that joint session of Congress.  The rest of
9  the two houses are supposed to be there to
10  observe according to the statute and the -- and
11  the 12th Amendment.
12        But of course, this is an unresolved
13  issue and there's scholarship going both
14  directions on that question.  And I think at that
15  point, given the confusion of -- both of the 12th
16  Amendment and the -- and the federal relevant
17  statutes, I think the Supreme Court may very well
18  weigh in.
19        MAYOR RUDY GIULIANI:  Now, if they do
20  in fact have a rational basis for their decision,
21  either based on the law as you pointed out or
22  based on factual findings as well, isn't it
23  likely, assuming that that's correct, that the
24  Supreme Court would recognize the power that was
25  being granted to the state in this area and give

Page 239

1  it some degree of deference?
2        DR. JOHN EASTMAN:  I think -- I think
3  based on the McPherson decision and the Bush v.
4  Gore decision, both the majority procurium
5  opinion and the concurring opinion by Chief
6  Justice Rehnquist, the late Chief Justice
7  Rehnquist, that would be where I would suspect
8  the majority of the Court would go.
9        MAYOR RUDY GIULIANI:  Thank you,
10  Professor.
11        DR. JOHN EASTMAN:  Thank you.
12        CHAIRMAN WILLIAM LIGON, JR.:  All
13  right.  Yeah, Senator Heath.
14        SENATOR BILL HEATH:  Thank you, Mr.
15  Chairman, and Professor, thank you for your
16  presentation.
17        MAYOR RUDY GIULIANI:  One -- I'm sorry,
18  one last question.
19        SENATOR BILL HEATH:  Okay.
20        MAYOR RUDY GIULIANI:  One procedural
21  problem that they have is they need to have a
22  special session.  Now, given the fact that this
23  power that they have comes from the Constitution
24  of the United States, is that guided by
25  procedures that would govern Florida law or could

Page 240

1  they call a special session?
2        DR. JOHN EASTMAN:  Georgia law.
3        MAYOR RUDY GIULIANI:  Georgia law.  Did
4  I say Florida?
5        DR. JOHN EASTMAN:  We're going -- we're
6  going back 20 years.
7        MAYOR RUDY GIULIANI:  (Indiscernible)
8  Bush v. Gore.  Oh, my goodness.
9        DR. JOHN EASTMAN:  So, we've not had
10  that precise issue confronted as a holding, but
11  in the McPherson case, the Supreme Court
12  specifically said the legislature has plenary
13  power and even the state constitution cannot
14  restrict that power.  So, if there's some
15  provision in the state constitution that says you
16  can't call a special session in order to exercise
17  powers you have from the federal constitution, I
18  think the federal constitution trumps that and I
19  think the Supreme Court's decision in McPherson
20  supports that conclusion.
21        MAYOR RUDY GIULIANI:  I agree that it
22  trumps it, Professor.  All right.  Thank you,
23  Professor.
24        DR. JOHN EASTMAN:  Thank you.
25        CHAIRMAN WILLIAM LIGON, JR.:  Senator

Page 241

1  Heath, now you can ask your question.
2        SENATOR BILL HEATH:  Thank you,
3  Professor.  Just to give you a little preface
4  here, I'm just a cowboy from West Georgia, so
5  this has been interesting, but I think the mayor
6  just touched on the question that I was going to
7  ask of you.
8        So, our constitution I believe states
9  that there's two ways to have a special session.
10  One is the governor calls a special session for a
11  specific list of -- or a specific purpose, or the
12  legislature by two-thirds vote of the two bodies
13  can call itself into session.
14        Now, this appears to be a partisan
15  issue.  We certainly don't have a supermajority
16  in either party here in Georgia.  So, am I
17  hearing you correct that a -- less than a
18  supermajority of the legislature could convene
19  and appoint electors based on their findings of
20  fact that the election was flawed and
21  unacceptable?
22        DR. JOHN EASTMAN:  I believe so, and I
23  think article -- look, the federal constitution
24  is going to prevail over limitations on your
25  legislative power.  Those provisions of the state

61 (Pages 238 - 241)

Page 242

1 constitution deal with the state legislature
2 acting in its state legislative capacity, but in
3 -- but in deciding on the manner of choosing
4 electors, it is not acting as a state body. It
5 is acting as the federally appointed legislature
6 with direct authority from the federal
7 constitution, which of course preempts the state
8 limitations on it. And that's what the Supreme
9 Court held in the McPherson case. That's what --
10 that's what Section 2 of Title 3 provides in the
11 federal statute.
12        Whenever any state has held an election
13 for purpose of choosing electors and has failed
14 to make a choice on the day prescribed by law,
15 and I would say in accordance with the law that
16 had been set out, the electors may be appointed
17 on a subsequent day in such manner as the
18 Legislature of State may direct.
19        That's Title 3, Section 2 of the U.S.
20 Code. I think that also prevails over any other
21 limitations that might exist in Georgia law about
22 when the legislature can call itself into
23 session. It has a statutory -- a federal
24 statutory authority to deal with the issue when
25 the state's election has not been validly

Page 243

1 conducted.
2        SENATOR BILL HEATH: Thank you.
3        CHAIRMAN WILLIAM LIGON, JR.: Someone
4 else have a -- Senator Rhett?
5        SENATOR MICHAEL RHETT: Doc, Senator
6 Rhett. Just one quick question.
7        CHAIRMAN WILLIAM LIGON, JR.: Wait a
8 minute. Hang on. Let me get you cut on. Yeah.
9 All right now you can go ahead.
10        SENATOR MICHAEL RHETT: Senator Rhett,
11 Doc. Just one quick question. If the Courts
12 rule that there has been a significant amount of
13 evidence found to move forward with this,
14 wouldn't this be in direct conflict with the
15 judiciary?
16        DR. JOHN EASTMAN: I'm sorry, if the
17 Courts rule that there hasn't been evidence of
18 the fraud or hasn't been evidence of violations
19 of the state statutes?
20        SENATOR MICHAEL RHETT: Right, not
21 enough substantial evidence, then how could the
22 legislative body move forward?
23        DR. JOHN EASTMAN: Well, so I think
24 it's important to disaggregate two kinds of
25 things. We talking about evidence of fraud that

Page 244

1 was substantial enough to have affected the
2 results of the election or are we talking about
3 evidence that the state statutes themselves were
4 not complied with? And I don't think you have to
5 have both. I think either one is sufficient for
6 the legislature to resume its authority under
7 Article 2 of the federal Constitution to make
8 sure you have electors chosen in accord with the
9 manner set out by the -- by the legislature.
10        SENATOR MICHAEL RHETT: Thank you.
11        CHAIRMAN WILLIAM LIGON, JR.: All
12 right, thank you. I think that may be all of the
13 questions. Thank you, Professor, for your time
14 today. It's been very enlightening.
15        DR. JOHN EASTMAN: Thank you, Mr.
16 Chairman, members of the committee.
17        CHAIRMAN WILLIAM LIGON, JR.: Yes, I
18 think we were going to -- I think that's it. Did
19 you have anything else? All right.
20        RAY SMITH: (Indiscernible) I would
21 like to make a short --
22        CHAIRMAN WILLIAM LIGON, JR.: Sure, go
23 ahead. Number 12.
24        RAY SMITH: Mr. Chairman, Mr. Vice
25 Chairman, thank -- members of the committee,

Page 245

1 thank you so much for your patience today and
2 having us today and all our witnesses.
3        As I said in the beginning, this
4 hearing is just the tip of the iceberg. As --
5 literally as soon as I get back to my office, I'm
6 signing the pleadings to file a suit in Superior
7 Court where we will be pleading and proving the
8 allegations that we've made here today of the
9 irregularities and the abject failure of the
10 Secretary of State and the counties to properly
11 conduct the election, and we believe it's
12 impossible to certify the election results.
13        Today, you've heard and you've seen a
14 video of the -- what happened with Fulton County
15 election officials in violation of OCGA Section
16 21-2-483B, which says all proceedings of election
17 officials are to be open to the public, and you
18 saw them order our folks out of the room. You
19 saw them order the media out of the room and then
20 they continued to order and continued to operate
21 after they ordered everybody out of the room.
22 You also saw them take ballots out from under the
23 table and pull them out. That is a clear, clear
24 violation of Georgia law.
25        You heard our witnesses today testify.

62 (Pages 242 - 245)

Page 246

1  You heard Scott Walter talk about money flowing
2  into 44 counties out of 159 that was allegedly
3  for COVID that clearly was not used for COVID.
4  You heard Grace Lemon, a wonderful young lady
5  from the University of Georgia who did her civic
6  duty and tried to vote and somebody took her
7  constitutional right away and voted for somebody.
8        You heard -- and I would -- please
9  respect my time to speak.  Thank you.  You heard
10 Mark Amick who witnessed illegal activities by
11 the election officials in both Fulton County and
12 in Dekalb County, and he had disputed testimony
13 of the Secretary of State of what did not happen
14 that night in Fulton County as well as our video
15 evidence.
16       You heard Suzi Voyles, a 20-year
17 veteran who's been a poll watcher, and I
18 personally know Ms. Voyles.  She's a neighbor and
19 a wonderful lady.  She is about as conscientious
20 a person as I've ever known to.  And you heard in
21 her sincerity in her voice of how hard she works
22 and how sincere she is about getting things right
23 and not in a partisan way but wanting to do
24 things in a right way and in a transparent way,
25 and she saw these pristine ballots that had no

Page 247

1  folds that were all for Vice President Biden.
2        You heard Dana Smith talk about --
3  again with passion, even though it was a county
4  that was -- that was carried by President Trump
5  by a large margin, she talked about
6  irregularities.
7        You've heard about -- you heard from
8  Bridget Thorne who worked as a subcontractor for
9  the Dominion about how they just let these test
10 ballots just lie around with no security.  Who
11 knows what they did with those ballots?  And
12 those were the ones that they were in the State
13 Farm Arena.  They were in the State Farm Arena,
14 the same place where they were counting ballots,
15 and they were just lying around.  Those could
16 have been the ones that were in those suitcases.
17 You heard from of course Professor Eastman who
18 talked about the constitutional duties and
19 rights.
20       So, as I said, in conclusion, the
21 actual results of legal ballots cast on November
22 3rd in compliance with Georgia Election Code
23 cannot be known ever, not by the Secretary of
24 State, not by the governor, not by the voting
25 public, and not by the Georgia Legislature.

Page 248

1  That's why the election must be vacated and
2  cannot be allowed to stand.
3        Again, thank you very much for your
4  time and your patience today.  Thank you.
5        CHAIRMAN WILLIAM LIGON, JR.:  Thank
6  you.  Okay.  I'd like to call Mr. Tony Burson
7  now.
8        CHAIRMAN WILLIAM LIGON, JR.:  Thank
9  you.  Mr. Burson, if you'd state your name, where
10 you're from, and then let's try to -- we have a
11 lot of people that want to -- want to speak and
12 just get to the essence of what you wanted to
13 say.
14       TONY BURSON:  I understand.  Yes, sir.
15 My name is Tony Burson, Junior.  I'm from
16 Savannah, Georgia, been here --
17       CHAIRMAN WILLIAM LIGON, JR.:  You might
18 need to get a little closer to the microphone.
19 Yes.
20       TONY BURSON:  Can you hear me now?
21       CHAIRMAN WILLIAM LIGON, JR.:  Yes, sir.
22       TONY BURSON:  All right.
23       CHAIRMAN WILLIAM LIGON, JR.:  Thank
24 you.
25       TONY BURSON:  All right.  So, my name

Page 249

1  is Tony Burson, Jr.  I'm from Savannah, Georgia.
2  I was a poll observer for the Chatham County
3  area.  What I observed, and this was my first
4  time being a poll observer, first off, I got to
5  tell you, I'm a veteran from the Navy, so when I
6  came back from service, I was a little -- a
7  little disappointed in how my city was being run,
8  especially seeing as we're one of the most
9  impoverished cities in Georgia, and this is a
10 problem for me because what's going on in my city
11 is actually affecting the state.
12       And when I observed what I observed in
13 the polling area, it was disgusting because
14 nobody was actually checking anything.  They were
15 just counting.  And when I say counting, I mean
16 they were just taking the ballots and one by one
17 going down.
18       There was no bipartisan overlook.  Now,
19 there may have be a few on certain tables, but
20 there was not a clear bipartisan check of these
21 ballots and that disturbed me because while I was
22 observing -- while I had the chance to observe,
23 because I got kicked off the floor, but when I
24 was on the floor, there was no -- there was --
25 there was nothing that ensured me that the votes

63 (Pages 246 - 249)

Page 250

1 were actually being counted correctly.
2        If you put, I don't know, 100 or maybe
3 even 500 votes -- fraud votes in that system or
4 in that precinct and you count them, how do you
5 count that they're actually legal?
6        No one's checking any signatures.
7 They're just simply Biden, Trump, third party.
8 Is that -- is that how that process is supposed
9 to run?  Now, I've come up here.  This is four
10 hours away and I've spent the whole day here with
11 you guys and I've heard all this testimony and
12 all this -- issues, but it seems like nobody's
13 actually wanting to get down to the actual
14 problem.
15        There are impoverished cities that are
16 being manipulated by identity politics and it's
17 causing an effect on the election.  Now, the only
18 reason I came up here to talk is because people
19 sort of, you know, like me do not -- they don't -
20 - they don't get involved with things like this.
21        But this is so important that if you do
22 not act on this, you will leave an opening for
23 terrorist activities as far as taking the
24 election for themselves or putting whoever they
25 want in in office.

Page 251

1        I can't sit by and do that.  I served
2 on the CVN 70 Carl Vincent proudly during the
3 service.  We -- my ship was one of the ships that
4 was in that -- we served because we wanted to get
5 the people who caused 9/11, okay?  And we did
6 that.  But now it seems like we're having to
7 fight our own people at home just to keep our
8 peace.
9        Can we -- can we all agree if we have a
10 fair, open recount, a fair, legal recount, that
11 means checking signatures, that's just making
12 sure that these people are real, making sure
13 these are Georgians that are voting and not some
14 random people in China or some random person and
15 -- whoever, other country -- we don't need things
16 like that in here.  We really don't.  We already
17 have enough issues we got enough to deal with as
18 far as economics goes.
19        So, I wanted to -- I wanted to come up
20 here and voice my opinion about that and also
21 tell you my truth about what's going on, and I
22 wanted you guys to know that when I was poll
23 watching, I got on the floor for roughly 15
24 minutes before they kicked me off, and the reason
25 they kicked me out was because they said that

Page 252

1 certain poll workers had an issue with me walking
2 around.  Certain poll watchers didn't want me to
3 be here.
4        Now, they could say because of COVID.
5 That's fine.  You want to say that, that's fine.
6 I'll tell you right now, I have that right there.
7 I have lupus.  I've been diagnosed with lupus
8 through the V.A. and this is hydroxychloroquine.
9 Thank you.  It works.  So, to sit here and tell
10 me that I cannot exercise my right with my
11 medicine, where's my -- where's my justice?
12 Where's my right?  Okay?
13        Now, I don't know if you guys
14 understand the process of what's going on.  We
15 have small businesses down in Savannah that are
16 struggling, some of them that have been open for
17 years upon decades and served the community
18 great, and they're having to close down because
19 of a mayor who feels like COVID is the worst
20 thing in the world.  It's going to kill us all.
21 But if you check the mortality rate in Savannah,
22 Georgia, where's the pandemic?  Where is it?
23 There's a lot of people who love to fearmonger to
24 get what they want.  I'm not one of them to sit
25 here and let you fearmonger me.  Okay?  I done

Page 253

1 seen what fear looks like.  I done seen what the
2 worst of humanity can look like, and I'm just
3 sick and tired of it.  I'm sick and tired of it.
4        And I just wanted -- I just -- I just
5 came here to voice my opinion, drove four hours
6 here.  I got four hours to go back home.  I just
7 wanted to let y'all know that.  So, thank you for
8 having me.
9        CHAIRMAN WILLIAM LIGON, JR.:  Thank you
10 for your time and thank you for your service to
11 our nation.  We appreciate your opinions.
12        TONY BURSON, JR.:  It was my pleasure.
13 Thank you.
14        CHAIRMAN WILLIAM LIGON, JR.:  Thank
15 you.  Okay.
16        TONY BURSON, JR.:  Thank you.
17        MAYOR RUDY GIULIANI:  Mr. Chairman?
18        CHAIRMAN WILLIAM LIGON, JR.:  Yes, sir?
19 Yes?
20        MAYOR RUDY GIULIANI:  Would it be all
21 right if Jenna and I excused ourselves?
22        CHAIRMAN WILLIAM LIGON, JR.:  Yes, sir.
23        MAYOR RUDY GIULIANI:  We've -- we're in
24 very good hands.  I think he's done a great job,
25 absolutely great job.  I would just say, first of

64 (Pages 250 - 253)

Page 254

1 all, as I said to the two representatives there,
2 this is probably the most courteous hearing that
3 Jenna and I have been at in the last week and the
4 most courteous treatment of this subject that
5 we've seen.
6        And I think that's a credit to the
7 minority in obviously feeling very emotional and
8 very strongly about this, as we do, and
9 conducting it with tough questions, but very,
10 very professional questions. I congratulate you,
11 and I congratulate you, Mr. Chairman, for running
12 such a good hearing.
13        CHAIRMAN WILLIAM LIGON, JR.: Thank
14 you.
15        MAYOR RUDY GIULIANI: I just leave you
16 with what the professor said. This is a
17 terrible, terrible constitutional crisis we're
18 in. You're not the only state affected this way.
19 There are some with more evidence of fraud than
20 you have. There are some with less. But from
21 what I heard today, if you had hearings and made
22 findings of fact, there's overwhelming proof of
23 fraud.
24        It depends on you and it depends on
25 your determination of credibility. You look at -

Page 255

1 - you look at the ridiculous rejection rate. In
2 2016 you had 199,000 votes, mail-in votes, 6.4
3 percent rejection rate. 2020, you had 1,320,000
4 and you had no rejection, none, 0.2 percent.
5        I mean, that can't be possible except
6 if the testimony those witnesses gave is true,
7 that they weren't allowing republicans to do
8 their duty and that constitutes fraud. You're
9 putting ballots in that easily could be tampered
10 with.
11        You have 123,725 statistically invalid
12 votes. According to Professor Ramsland's
13 analysis. You have 96,600 votes that were mailed
14 in -- that were, rather, were cast, put in the
15 ballot box, 96,660 votes that you voted for which
16 there's no response, none, zero. It doesn't
17 attach to anything.
18        When you look at that rejection rate
19 and when you look at what you saw on the video,
20 which to me was a smoking gun, powerful smoking
21 gun, well, I don't -- I don't have to be a genius
22 to figure out what happened. I don't have to be
23 a genius to figure out that those votes are not
24 legitimate votes. You don't put legitimate votes
25 under a table.

Page 256

1        TONY BURSON, JR.: No.
2        MAYOR RUDY GIULIANI: Wait until you
3 throw the opposition out and in the middle of the
4 night count them. We would have to be fools to
5 think that.
6        So, no need to push it any further.
7 But there's more than ample evidence to conclude
8 that this election was a sham. It was an
9 embarrassment to the citizens of your state. And
10 it's not the only one and not my place to confuse
11 it anymore. But in my view, it was part of a
12 concerted plan, because certain cities were
13 picked in order to carry this out where they
14 thought they could get away with it.
15        They didn't do it everywhere. It's not
16 accidental that they picked Detroit and
17 Pittsburgh and Philadelphia and Milwaukee and
18 Phoenix, Arizona and Las Vegas, Nevada.
19        What do they all have in common?
20 They're controlled by one political party. Some
21 of them have been controlled by that political
22 party for 60 years and they have records of
23 criminal corruption indictments as long as my
24 arm, and some of them have quite long records for
25 voter fraud.

Page 257

1        So, this was a carefully selected thing
2 they did here, and the one thing common to it all
3 is the mail ballot. Keep the republicans away
4 from seeing the mail ballot. If they were not
5 fooling around with that mail ballot, then
6 exactly why were they putting us in corrals in
7 Philadelphia or in Pittsburgh? Why were they
8 keeping republicans away from ballots here? Why
9 were they counting them in the middle of the nigh
10 if there was nothing wrong with them. You would
11 think they'd want to show them to us.
12        TONY BURSON, JR.: Exactly.
13        MAYOR RUDY GIULIANI: I think it's
14 clear, and I hope you take the advice of the
15 Professor. Whenever we've had a terrible
16 constitutional crisis, we can always go back to
17 one place for the answer, to our founding fathers
18 and the Constitution.
19        They've put the finger on you. They
20 put the finger right on you, on the state
21 legislatures. You're the plenary power. You
22 don't even share it like you do the elections
23 clause with Congress. It's yours alone, and it's
24 because you are the body closest to the people
25 and you can protect us the best and we're

65 (Pages 254 - 257)

Page 258

1 counting on you. Thank you.
2 CHAIRMAN WILLIAM LIGON, JR.: Thank you
3 for being here. We appreciate that. Thank you
4 so much. Thank you also Mr. Burson for being
5 here.
6 TONY BURSON, JR.: Thank you. Thank
7 you.
8 CHAIRMAN WILLIAM LIGON, JR.: We
9 appreciate your --
10 SENATOR STEVE GOOCH: (Indiscernible)?
11 CHAIRMAN WILLIAM LIGON, JR.: Yes, you
12 can.
13 SENATOR STEVE GOOCH: Mr. Burson?
14 TONY BURSON, JR.: Burson, yes, sir.
15 SENATOR STEVE GOOCH: First, I want to
16 just thank you for your service to our country.
17 I appreciate you being here. It took four hours
18 to get here from Savannah. You probably drive
19 like I do, pretty fast, but I wanted to ask you a
20 question. Do you believe there is voter fraud in
21 this election on November 3rd?
22 TONY BURSON, JR.: I believe there has
23 been voter tampering as far as rigging goes. Now
24 as far as hard evidence, I cannot prove that, but
25 I -- but from what I've observed, it's clear to

Page 259

1 me that there's a -- there's no bipartisan in
2 this -- in this election. It's very one sided
3 leaning as far as (indiscernible).
4 SENATOR STEVE GOOCH: And as a voter
5 and citizen of Georgia, based on what you've
6 heard today, do you feel we should do something
7 to ensure that it doesn't happen again?
8 TONY BURSON, JR.: I do believe so. I
9 do believe there is -- there is actually ways to
10 make the voting process a lot smoother, easier,
11 and 100 percent verifiable, and I wish our state
12 would try to look into that as far as that goes.
13 I can't force you guys. I can only voice my
14 concerns and my opinions and send petitions up,
15 but it's up to you guys to make that call, and I
16 hope you guys make that call, because like I
17 said, if these guys are allowed to make these
18 small little increment changes in each county to
19 affect the overall election, we have a major
20 problem. Small fires turn into big fires, but if
21 you don't pay attention to them, you -- it'll
22 look like California.
23 SENATOR STEVE GOOCH: Thank you. Thank
24 you.
25 TONY BURSON, JR.: Okay?

Page 260

1 CHAIRMAN WILLIAM LIGON, JR.:
2 Appreciate it. We have some more, Hale Soucie.
3 I may not be saying that name right.
4 HALE SOUCIE: You're pretty close.
5 CHAIRMAN WILLIAM LIGON, JR.: Mr.
6 Soucie, I --
7 HALE SOUCIE: Soucie.
8 CHAIRMAN WILLIAM LIGON, JR.: Soucie,
9 sorry about that.
10 HALE SOUCIE: That's all right. It's a
11 mouthful.
12 CHAIRMAN WILLIAM LIGON, JR.: If you'd
13 just let us know where you're from, what you do,
14 and try to get to the essence of why you're here.
15 HALE SOUCIE: Hale Soucie, that's H-A-
16 L-E, Soucie, S-O-U, C as in cat, I-E. And --
17 okay, so I live in Smyrna, Georgia. Me and my
18 wife live up there. I actually do digital
19 marketing for car dealers, but I was a volunteer
20 for the recount process to go as one of the
21 monitors. I started off at Cobb County and there
22 was definitely some interesting stuff that I saw
23 there, but most of what I want to focus on is
24 Fulton. So, I'll try to be as concise as
25 possible about Cobb County.

Page 261

1 One of the most disturbing things that
2 I saw in Cobb County on the first day is that
3 they were using a -- an electronic counting
4 machine, and we were told that that was not
5 supposed to be the case. I did notice that the
6 next day it was not there.
7 When I first came onto the floor, I was
8 standing at one table and from 2:09 to 2:12 -- I
9 was taking notes as I went -- from 2:09 to 2:12,
10 the first auditor, how the process goes is the
11 first auditor reads off who the vote was for.
12 The second auditor confirms it.
13 Well, three times from 2:09 to 2:12,
14 three times in three minutes, the first auditor
15 called a Trump vote for Biden. Now, the second
16 person who was checking it, the process worked,
17 she caught that. Well, the reason I left that
18 table is because someone told me that at one of
19 the other tables, they were not double checking.
20 So, I went over there and very quickly I observed
21 that she was not double checking, went and told
22 the people who were in charge as I was advised to
23 do. They said they would say something to her.
24 When I came back around the room she was still
25 not double checking. So, as I came up behind

66 (Pages 258 - 261)

Page 262

1 her, she saw that I was looking at her and she
2 started very exaggeratedly putting it in her
3 face, so hey, that's fine. I was content that
4 she was at least checking. But as I walked away
5 I turned around and noticed that she was staring
6 at me. As I kept going around the room, more of
7 the auditors were becoming aware of me. They
8 were calling their bosses over. They were
9 pointing me out, and as I walked up behind her, I
10 heard her saying to one of the other people that
11 I'm paid by the taxpayer, and this is a quote,
12 "I'm paid by the taxpayer and this effing A-hole
13 wants to come in here and watch me."
14        So, last I checked, I'm a taxpayer.
15 So, I just want to come, you know, volunteer and
16 check this process. Well, very quickly as if
17 that wasn't enough, I go down to Fulton County
18 the next day and I actually have with me -- this
19 is the letter that's supposed to permit me from
20 going -- to permit me to go out onto the floor so
21 that I can be close to the process.
22        Well, I still have this letter because
23 no one ever checked it. When I walked into the
24 basement of the World Congress Center, there was
25 an unintended notepad and that was it. And so, I

Page 263

1 was able to walk directly on the floor. And what
2 I'm mainly here to tell you today is that within
3 the first 30 seconds of me being there, they had
4 runners who would take the suitcases full of
5 ballots out to the tables with the two auditors
6 on it to count. Within 30 seconds of me walking
7 in, I walked -- signed my name on the notepad,
8 walked up, and a gentleman came up to me with a
9 suitcase full of votes and he said, hey, I was
10 supposed to take these to table 96 but they
11 already have one. I don't know what to do with
12 it. And he rolled the suitcase forward to me and
13 offered for me to take it.
14        So, this suitcase anywhere between I've
15 heard the numbers between 6 and 15,000 ballots
16 was offered to me, and it kept me up that night,
17 quite frankly, because if I was somebody
18 dishonest, very easily could you have walked out
19 of that center with that.
20        So, that was just one thing that I
21 observed. Several other tables we saw a bunch of
22 different issues. I was actually -- Susan -- I
23 met Suzi Voyles who gave her testimony here
24 earlier today about the pristine ballots. I was
25 one of the monitors who was told to step away

Page 264

1 from the table while she was looking at that, and
2 I do have photographs of those ballots and you
3 can see that they're flat.
4        Another table had over an eight-inch --
5 8 to 10-inch tall stack of votes that are purely
6 for Biden, not a single Trump vote, and I've
7 worked with data, digital marketing, and any time
8 we start having a number that approaches the 90th
9 percentile, you get a little bit worried about
10 that when it comes to consumer data. Now, for
11 100 percent, that's passing improbability and
12 approaching impossibility.
13        There were several other tables where
14 they were not double checking. There was one
15 table where the women had their purses on the
16 table. These purses were not checked. There was
17 one set of people who were taking them out of the
18 suitcase, counting them, and then putting them
19 back into the suitcase.
20        And so, I guess the main thing that I
21 want to focus on is the chain of custody for
22 these ballots. They're all stored in suitcases
23 at the front of the room. Clearly they're being
24 offered to people who shouldn't be having them,
25 but also they have a little placard on them that

Page 265

1 tells the time and date that's supposed to secure
2 the integrity of when they were opened. And a
3 majority, I would say a majority of the ones that
4 I observed did not have any of that information
5 filled out.
6        So, I've got -- I've got my sworn
7 affidavit here and I think that's the main things
8 that I wanted to cover.
9        CHAIRMAN WILLIAM LIGON, JR.: Okay.
10 Senator Dolezal has a question for you. You're
11 number five.
12        SENATOR DOLEZAL: Got it. Good job.
13 Thank you, Mr. Chairman.
14        CHAIRMAN WILLIAM LIGON, JR.: All
15 right.
16        SENATOR DOLEZAL: I'm sorry, sir, I
17 didn't catch your name.
18        HALE SOUCIE: It's Hale Soucie, H-A-L-
19 E, Soucie.
20        SENATOR DOLEZAL: Hale, nice to meet
21 you. Thank you for being here today.
22        HALE SOUCIE: Nice to meet you. Thank
23 you.
24        SENATOR DOLEZAL: I want to ask you a
25 couple questions about the recount in Fulton

67 (Pages 262 - 265)

Page 266

1 County. Senator Beach and I had the opportunity
2 to go down and observe it as well, and I want to
3 -- I'm curious if you saw -- if you could maybe
4 corroborate some of the things that I saw.
5        How would you describe -- I think the
6 thing that struck me the most was the abject lack
7 of security in that room, and you referenced that
8 earlier with you basically could walk in and walk
9 onto the floor.
10        HALE SOUCIE: Absolutely.
11        SENATOR DOLAZOL: I literally saw a
12 person -- I used to work in the music business,
13 and it reminded me of our concert type security
14 people that, you know, are not always awake on
15 the job, if you will. But as you know, there's
16 those large doors in the back of I think it was
17 Hall B, if I remember correctly, is where the
18 counting was taking place at the World Congress
19 Center, and there was a person, but I noticed
20 that there were stacks of this -- we're calling
21 them suitcases, but really they're kind of --
22 they're large rolling cases of ballots, right?
23        HALE SOUCIE: Yeah, I've settled on
24 suitcases. I don't know what to call them.
25        SENATOR DOLAZOL: Yeah. Against the

Page 267

1 back hall, there were some up at the front, there
2 were some behind the Arlo system, et cetera. I'm
3 curious in your whole time being there, you were
4 not -- you were there as an observer, not as a
5 poll worker, correct? You were there --
6        HALE SOUCIE: That's correct. I was
7 just --
8        SENATOR DOLAZOL: Were you ever stopped
9 and asked who you were? Were you ever
10 credentialed? Were you ever checked in and out?
11 Were you ever --
12        HALE SOUCIE: The only time that I had
13 any kind of contact with people there, they asked
14 me to step away from Suzi Voyles' table and then
15 I did -- so no, no one ever checked credentials
16 and I should have mentioned this, I apologize,
17 that they were flipping over their tape -- piece
18 of paper that had the batch number on them and I
19 asked one of the election officials, hey, how can
20 I see the batch number when I'm not supposed to
21 talk to the people and they said, well, you're
22 not supposed to be close enough to see the batch
23 number. So, those three times are the only time
24 that I ever spoke to anybody or anybody ever
25 spoke to me or approached me.

Page 268

1        SENATOR DOLAZOL: What did you observe
2 relative -- unpack this chain of custody issue a
3 little bit more. You mentioned they weren't
4 signed in, they weren't signed out. And I'm not
5 trying to lead you, but I'm telling you that what
6 I observed was basically these cases were
7 scattered throughout the room with no rhyme or
8 reason that I could discern. Were you able to
9 decipher kind of the process at which they were
10 at least moving things from start to finish?
11        HALE SOUCIE: So, I would 100 percent
12 agree. I was actually trying to find it in my --
13 on my affidavit. There was one table that I saw
14 had two suitcases of ballots, which we were told
15 was never supposed to happen. So, as far as I
16 was able to surmise, the process was is the
17 people would sit at the auditors, the people who
18 were counting the votes, would raise their paper
19 when they were ready for another suitcase --
20 that's what we settled on -- suitcase of ballots.
21 Then a runner would go up, check that out, and
22 bring it to them, and the same process would
23 continue. They would raise a different piece of
24 paper if they had a question.
25        The entire place was -- there's over

Page 269

1 200 tables, I believe, and it's -- as you saw
2 it's very huge, but even that process was having
3 breakdowns in it.
4        SENATOR DOLAZOL: Yeah, so, I mean, I
5 would estimate that that room was probably
6 100,000 square feet. It was massive, and I think
7 there were actually 300-and-something tables.
8        HALE SOUCIE: Okay, yeah, at least 200.
9        SENATOR DOLAZOL: How many -- do you
10 know how many of you were allowed on the floor?
11 In other words, republican, democrat,
12 independent, you know --
13        HALE SOUCIE: So, in Cobb County they
14 limited us to four. They only allowed four of us
15 onto the floor. At Fulton, no one even knew who
16 I was because I just walked onto the floor. No
17 one was confirming who I was.
18        SENATOR DOLAZOL: Were you able to
19 identify how many other poll watchers were there
20 from either -- from either party?
21        HALE SOUCIE: The DNC people were
22 pretty clearly labeled and I can see that. Most
23 of the RNC people looked pretty shell shocked, so
24 they're easy to pick out.
25        SENATOR DOLAZOL: Okay, thank you.

68 (Pages 266 - 269)

Page 270

1      HALE SOUCIE:  There's not too many.
2      CHAIRMAN WILLIAM LIGON, JR.:  Okay.
3 Senator Heath?
4      SENATOR BILL HEATH:  Just curious if,
5 you know, if the legislature is called on to
6 conduct further investigation to make a statement
7 of fact, can -- do you have a photo of -- that
8 would somehow validate --
9      HALE SOUCIE:  Of which part?
10      SENATOR BILL HEATH:  -- that you were
11 in fact on the floor in Fulton County?  I mean, I
12 don't doubt what you're saying, but if were
13 really going to pursue this --
14      HALE SOUCIE:  So --
15      SENATOR BILL HEATH:  -- can you prove
16 to me that you were there?
17      HALE SOUCIE:  Yes, I took several
18 photos --
19      SENATOR BILL HEATH:  Okay.
20      HALE SOUCIE:  -- and -- yes.
21      SENATOR BILL HEATH:  Thank you.
22      HALE SOUCIE:  And a reporter actually
23 filmed me there, too, so.
24      CHAIRMAN WILLIAM LIGON, JR.:  Senator
25 Gooch?

Page 271

1      SENATOR STEVE GOOCH:  Quick question.
2      HALE SOUCIE:  Security video as well,
3 and then there was a -- somebody who was
4 recording, and I was in several recordings.
5 Sorry.
6      SENATOR STEVE GOOCH:  You may have
7 answered this and I wasn't hearing you.  While
8 you were on the floor, did you -- did you see
9 anyone from the Secretary of State's Office?
10      HALE SOUCIE:  No.
11      SENATOR STEVE GOOCH:  No state
12 officials?
13      HALE SOUCIE:  No, not that I was aware.
14      SENATOR STEVE GOOCH:  Okay.
15      HALE SOUCIE:  And this is actually my
16 first time giving this statement, 'cause I had
17 reached out to several different people, called,
18 called hotlines, submitted my affidavit and no
19 one seemed interested.
20      SENATOR STEVE GOOCH:  Have you -- have
21 you written a letter to the Secretary's Office?
22      HALE SOUCIE:  I have not.  I called the
23 hotline.  That's what I was told to do.
24      SENATOR STEVE GOOCH:  Okay.  No e-
25 mails?

Page 272

1      HALE SOUCIE:  I've sent several e-mails
2 to different people and this is a notarized
3 affidavit that I got.
4      SENATOR STEVE GOOCH:  Okay, thank you.
5 Okay.
6      CHAIRMAN WILLIAM LIGON, JR.:  Yeah, we
7 got it.  All right.  We'll get your contact
8 information, but we have that.
9      HALE SOUCIE:  Sure.
10      CHAIRMAN WILLIAM LIGON, JR.:  Thank
11 you.
12      HALE SOUCIE:  Absolutely.  Thank you
13 all for having me.
14      CHAIRMAN WILLIAM LIGON, JR.:
15 Appreciate it.  Thanks for being here.  All
16 right.  Our next is Annette Jackson.
17      ANNETTE JACKSON:  Oh, I've got a
18 sliding podium.  Good evening.
19      CHAIRMAN WILLIAM LIGON, JR.:  Yes,
20 ma'am.
21      ANNETTE JACKSON:  Gentlemen.
22      CHAIRMAN WILLIAM LIGON, JR.:  If you
23 would just again give us your name and where
24 you're from and then let's try to get to the
25 essence of what we're going to talk about.

Page 273

1      ANNETTE JACKSON:  Oh, my God, you're
2 going to cut my time short.  Okay, I'm going to
3 make it move, okay?
4      CHAIRMAN WILLIAM LIGON, JR.:  Make it
5 move.  That's right.
6      ANNETTE JACKSON:  My name is Annette
7 Davis Jackson, and the reason I come before you,
8 the senate body, is I was a candidate for United
9 States Senate.  You can clap.  Come on clap for
10 me just a little bit, just a little bit.  All
11 right.
12      So, I was a candidate for the United
13 States Senate and then I was pegged by Washington
14 D.C., Donald J. Trump Foundation, to be a monitor
15 in Gwinnett.
16      I submitted a complaint form to the
17 Gwinnett County Voter Elections and an e-mail to
18 Senator Ligon to include having a question on the
19 military votes being duplicate.  This is what I
20 care about.  There's a lot of things that I care
21 about.  But when I went to ask the Gwinnett
22 County officials where is the military vote being
23 counted, they were a duplicate section and of
24 course there were two people counting the
25 duplicate section.

69 (Pages 270 - 273)

1       And I said, well, what do you mean by
2 duplicate?  Shouldn't the military personnel have
3 their own category?  And they said, well, they're
4 in duplicate.
5       What they did, they accepted military
6 votes two ways, by absentee ballot and by e-mail.
7 When they got the absentee ballots by e-mail,
8 what they did was they printed out the e-mail.
9 They took another absentee ballot and stapled the
10 e-mail or the absentee ballot together and then
11 they bubbled in their answers.  Who knows what it
12 is, you know, on the amendments or anything, we
13 don't know.
14       I have this and I'll leave this with
15 you.  If you go on the back page, I'm really
16 technologically skilled, and I asked for the
17 general election report, the summary report.
18       In Gwinnett County, they had election
19 day advanced voting, absentee by mail
20 provisional, and the provisional for Donald Trump
21 was 274, Biden 407.  Absentee by mail, Donald
22 Trump 40,396, Joseph Biden 81,502.  The advanced
23 voting for Donald J. Trump 90,472, the Joseph
24 Biden 124,125.
25       On election day, they had 35,271 votes

1 for Donald J. Trump and then Joseph Biden had
2 35,793.  Now, for the total registered voters for
3 this voting period, they had 416,458.
4       When you add up all the totals for all
5 of these categories, it added up to 414,192.
6 Now, the registered voters who voted was 416,458.
7 So, there's a margin of error.  How I knew one
8 margin of error in Gwinnett County was they
9 counted the ballots three times and they were
10 short 30 votes.  So, what the election officials
11 told them to do was scratch out the number that
12 you had and put the number that you counted.  So,
13 there was 30 ballots just on one that didn't have
14 anything there.
15       Then the precincts reported was 156 out
16 of 156.  So, that means they -- the precincts
17 were at 100 percent.  The ballots cast were
18 827,758.  I said before that the registered
19 voters were 416,458 out of 581,467, which is a 71
20 percent .62 margin.  So, me, I asked 827,000,
21 wait, where did that come from?  758.  They said
22 that was Page 2 of the ballot, Page 2 of the
23 ballot.  So, I'm like no, there's only one
24 ballot, you know, but they had a second page.
25 So, you have to question that 827 and what did

1 you count as ballots and what did you count as
2 amendments or whatever?  We have no idea.
3       So, if you go to my statement for the
4 violations, I do consider it as being fraud and I
5 also supplied a copy of a report that I submitted
6 and I'll show you guys here.  I did two reports.
7 One report was on the elections form, right?  So,
8 I didn't depend upon the GOP portal.  I reported
9 three days in a row, four entries each.  So, I
10 reported 12 entries each that went into a portal
11 so you might be able to get that copy, too.
12       But what I did notice is that a lot of
13 the locks on the bins were broken and -- a lot of
14 the locks on the bins were broken so there wasn't
15 the property security.  So, I stayed within one
16 bin to see what are you going to do with this
17 lock, so they said we're going to have to go
18 outside.  These are old bins, we're going to go
19 outside and we're going to get another one.  I'm
20 going to stay here.
21       But then I looked at the scanner or the
22 rubric as to all the precincts with the batches
23 that are supposed to be a part of that bin.  What
24 I noticed, that there was one precinct and then
25 down at the bottom that hadn't been checked read.

1 What I found out was they didn't know where that
2 precinct was.  It wasn't in the bin.  Where was
3 it?  It was in panel review.  I didn't find that
4 out to the next day.
5       So, here's what I asked.  I asked to
6 please make sure that all precincts are counted
7 before one considers the box complete and takes
8 it away.  The way that they're considered in
9 Gwinnett, the box is complete, they put it over
10 in another area near where they tabulate the
11 votes and they put a green sticker on it.  So, a
12 lot of the precincts had not been counted, but
13 they went over to the green area as being
14 counted.
15       And I did put down the precinct
16 numbers, you know, precinct number, number 137,
17 batch number seven, total scanned was 50, and a
18 clerk didn't know what to do with it.
19       Another set of voters, absentee
20 ballots, were -- had a red void stamp on it.  I'm
21 like where'd they get the void stamp, but they
22 were unattended.  So, I made a copy of a
23 complaint, too.  So I don't know, I'm probably
24 the only one who did complaints, you know, and
25 use their own complaint form.  Hallelujah on that

70 (Pages 274 - 277)

Page 278

1  one.
2         So, that's what I noticed.  I noticed
3  that there were more democrat monitors on the
4  floor than republican.  We followed the laws.
5  They had to issue a statement to say, you know,
6  only one monitor per 10 tables, but they were --
7  they were flooded.
8         Another thing I want to look at and I
9  think that points to the fraud is Donald Trump
10 did an executive order.  He did an executive
11 order regarding the establishment of task force
12 on market integrity and consumer fraud.  He did
13 that on July 8, 2018, and I'm wrapping up, too.
14        CHAIRMAN WILLIAM LIGON, JR.:  Okay.
15        ANNETTE JACKSON:  Really quick.  He
16 said by the authority vested in me as president
17 of the -- of the President, by the Constitution,
18 the laws of the United States of America and in
19 order to strengthen the efforts of the Department
20 of Justice, federal, state, local and travel
21 agencies to investigate and prosecute crimes of
22 fraud committed -- this is just not a civil
23 issue, it's a criminal issue -- against the
24 United States Government or the American people
25 recover the proceeds of such crimes and ensure

Page 279

1  just and effective punishment of those who
2  perpetrate crimes of fraud.  It is hereby ordered
3  as follows.
4         And this is voting fraud.  And he got
5  together the Deputy Attorney General, the
6  Associate Attorney General, the Assistant
7  Attorney General, the Assistant in the Tax
8  Division, the Civil Division, the Criminal
9  Division, the Anti-Trust Division, the Federal
10 Bureau of Investigation, the attorneys designated
11 by the Attorney General and the Department of
12 Justice.  He did such a fantastic job in bringing
13 out fraud and this was in 2018.  So, how could he
14 and his lawyers, Giuliani as well as Sidney and
15 Lin Wood bring fraud to the case because they
16 knew that there was going to be fraud two years
17 before that fraud existed.
18        And not only that, he brought in the
19 Secretary of Treasury, the Secretary of Defense,
20 the Secretary of Health and Human Services, the
21 Secretary of Housing and Urban Development, the
22 Secretary of Energy, the Secretary of Education,
23 all across the board.  I know, I got to -- I got
24 to go.
25        CHAIRMAN WILLIAM LIGON, JR.:  Ms.

Page 280

1  Jackson, I got -- yeah.
2         ANNETTE JACKSON:  I've got to go.
3         CHAIRMAN WILLIAM LIGON, JR.:  Yeah, I
4  need to get -- I need to get two more people and
5  then we're going to have to wrap it up.
6         ANNETTE JACKSON:  Okay, two more
7  people.
8         CHAIRMAN WILLIAM LIGON, JR.:  So, I
9  appreciate you.
10        ANNETTE JACKSON:  But here's my
11 statement.
12        CHAIRMAN WILLIAM LIGON, JR.:  We have
13 your statement, right?
14        ANNETTE JACKSON:  You have my statement
15 right here?
16        CHAIRMAN WILLIAM LIGON, JR.:  And if
17 you could leave it right here?
18        ANNETTE JACKSON:  I will definitely
19 leave it right here.  Gentlemen, thank you so
20 very much.  I appreciate it.  So, I've submitted
21 all the forms.
22        CHAIRMAN WILLIAM LIGON, JR.:  Yes.
23        ANNETTE JACKSON:  Thank you very much
24 for what you do, and there was fraud and it's the
25 election.

Page 281

1         CHAIRMAN WILLIAM LIGON, JR.:  Thank
2  you.
3         ANNETTE JACKSON:  My name is Annette
4  Davis Jackson and I was a candidate for U.S.
5  Senate.
6         CHAIRMAN WILLIAM LIGON, JR.:  Thank
7  you.  All right.
8         ANNETTE JACKSON:  And I hope you
9  decertify and hold a session for all of the
10 General Assembly.  Thank you.
11        CHAIRMAN WILLIAM LIGON, JR.:  Thank
12 you.  I'm going to call Scott Hall and then Nancy
13 Claire, and then we're going to have statements
14 by some of the senators --
15        SENATOR CARDEN SUMMERS:  Chairman
16 (indiscernible).
17        CHAIRMAN WILLIAM LIGON, JR.:  -- then
18 we'll be closing out.  Thank you.  Mr. Hall,
19 we're running on -- short on time --
20        SCOTT HALL:  Understood, Mr. Chairman.
21        CHAIRMAN WILLIAM LIGON, JR.:  -- so
22 just tell us where you're from and just tell us
23 what you're --
24        SCOTT HALL:  Got it.
25        CHAIRMAN WILLIAM LIGON, JR.:  -- you

71 (Pages 278 - 281)

Page 282

1 saw and what you want to bring to the attention
2 of the committee.
3       SCOTT HALL:  Not a problem, Mr.
4 Chairman.  Many of the members here probably know
5 me.  I've been around this capital since, you
6 know, Tom Murphy walked the floor and I've been
7 knee deep in this situation for the past three
8 weeks, so I'm going to get right to the meat of
9 the issue.
10      Is there something wrong here?  There
11 abso-damn-lutely is, okay?  And I have seen it.
12 I am knee deep in it top to bottom.  Number one,
13 I was there on the first recount.  There were
14 large quantities of what appeared to be mail-in
15 ballots that were not marked by writing
16 instrument, period.  They were -- they appeared
17 to be marked by a printer.  Okay?  Pure and
18 simple.  You've heard that --
19      CHAIRMAN WILLIAM LIGON, JR.:  What
20 county were you in where --
21      SCOTT HALL:  I was in Fulton County.
22      CHAIRMAN WILLIAM LIGON, JR.:  Fulton,
23 okay.
24      SCOTT HALL:  I was at the Georgia World
25 Congress Center.

Page 283

1       CHAIRMAN WILLIAM LIGON, JR.:  Okay.
2 All right.
3       SCOTT HALL:  Okay?  And we saw this
4 over and over and over again.  I have prepared
5 testimony that I can submit.  I have photographs.
6       And during the second day of the
7 recount we in fact -- again, 99 percent of the
8 people that in fact had left, okay, you had a
9 very guarded area that had tape and ribbon around
10 it where they monitored the bags going in and
11 out, and then at 12:00 on Sunday, okay, 12:00 on
12 Sunday, everybody's gone.  They set up two
13 tables, I have photographs, in the lunch area
14 which is outside the viewing area of the security
15 cameras.  Again, I have security -- I have video
16 and I have photographs.  People were asking the
17 number of monitors.  We were limited to one
18 monitor per 10 tables.  One monitor per 10
19 tables.
20      CHAIRMAN WILLIAM LIGON, JR.:  So, I
21 want to stop you.  Right, I want to ask you one
22 question.  Are you saying that a table was set up
23 in a lunch area that was unsupervised and ballots
24 were counted?
25      SCOTT HALL:  Yes, sir, and I got a

Page 284

1 picture.
2       CHAIRMAN WILLIAM LIGON, JR.:  Okay.
3       SCOTT HALL:  Okay?  And I couldn't find
4 it looking at the security cameras.
5       CHAIRMAN WILLIAM LIGON, JR.:  Okay.
6 All right.
7       SCOTT HALL:  Okay?  So, I'll continue.
8 Again, you know, then one of the people that I've
9 asked from the Secretary of State, Secretary of
10 State I think nominated a Fulton County monitor
11 by the name of Carter Jones.  Again, where I'm
12 getting these calls at ridiculous -- I got a call
13 at 10:00 last night saying we're counting again
14 at Fulton County.  I had to run down there to
15 Fulton County Georgia World Congress Center at
16 10:00 at night, okay, when there's virtually
17 nobody around, okay, and I meet Carter there and
18 I -- we start talking about the issues and he
19 said I've already filed three reports and this is
20 going to be the fourth.  And I've asked twice but
21 I haven't seen a copy of those deficiency reports
22 from Carter Jones, who's the Fulton County
23 Monitor.
24      So, I can tell you, I also monitored
25 the Fulton County warehouse on English Street.  I

Page 285

1 was there.  I in fact actually bought lunch for
2 everybody there.  Fulton County employees there
3 were wonderful.  Okay?  But I cannot say the same
4 for the contractors.  Okay?  I don't know who
5 these people are that they brought in, okay, but
6 they ain't from Fulton, okay?
7       And I heard Bridget Thomas talking
8 about somebody doing something with cards.  I
9 showed them a picture, okay, of the guy.  We
10 brought in lunch, okay?  Fulton County warehouse
11 is trying to escort me down to the lunch area.
12 The same guy comes out and that was the only area
13 that was off limits.  You weren't going back
14 there.  Okay?  I don't know why the lunch area
15 was more secure than the area that they do
16 everything else.
17      One thing also I learned is every thumb
18 drive -- every vote in Fulton County is reduced
19 to a thumb drive.  Every precinct carries those
20 to one of four locations:  North Annex, South
21 Annex, Roswell, and downtown.  Then they carry
22 those thumb drives to English Street, okay, where
23 I have photographs of pallet loads of basically
24 signed checks, okay, pallet loads.  I have the
25 photographs.  Every possible precinct.  So,

72 (Pages 282 - 285)

Page 286

1 you've got every single vote, okay? You've got
2 currency, okay? Now you just need somebody to do
3 it.
4      I hired one of my guys to basically go
5 out and say, guys, can this be done? Could you
6 in fact? Now I've got all the votes that haven't
7 been uploaded anywhere and he actually wrote me a
8 paper and he said it's the stupidest simplest
9 thing I've ever seen.
10      He said Dominion's own documentation
11 shows how you take an entire batch, swipe it off,
12 and then swipe on a new batch before you put it
13 into the real time reader that uploads. Okay?
14 It's -- I have -- I got up this morning, okay,
15 and cried, okay? I literally cried. I've got
16 just as many friends on the democratic side of
17 the aisle as I do the Republican and I feel like
18 I've got Alabama and Auburn playing football,
19 Alabama won by a nose, Auburn goes back and
20 reviews the video and they say you didn't quite
21 make it and they're saying you're just mad
22 because you didn't lose -- or you lost, and I
23 said, no, I think you're cheated when in reality
24 somebody paid the damn referee a million dollars
25 to in fact call this game. Okay?

Page 287

1      I have been knee deep in this for
2 several weeks, and there's no question in my
3 mind. Something is very wrong. And now you've
4 got video proof, okay? You've got video proof.
5      And then Bridget talks about what was
6 going on at the Georgia World Congress Center.
7 Okay? And I see the very same guy that in fact
8 tells me I can't go to the lunch room, okay? And
9 then I go to the Georgia World Congress Center
10 and I in fact document a defect. There is a sea
11 of these bags that they were so careful about
12 having these red security tags on. Me and one
13 other individual noticed nine bags -- nine bags,
14 it's in my statement, and I in fact called over,
15 okay, called over Georgia World Congress Center
16 security and the Fulton County and I said guys,
17 I'm a monitor. I need to document this defect,
18 period. I am in an area outside the ribboned
19 area. They wouldn't let you take photographs. I
20 don't know why we were so concerned about you can
21 have a camera seven miles away but we can't take
22 a photograph of a problem.
23      I was outside the ribboned area. I
24 told the officers, okay? I said see all the
25 security tags? Here's one missing and there's

Page 288

1 several others that are missing. I'm going to
2 document it. You know what they did? They
3 kicked me out of the Georgia World Congress
4 Center. Okay? I've got proof of that. Guess
5 what? The TV station wanted to know what
6 happened. I sent them over there. They recorded
7 it. Me and one other -- they did not for some
8 reason want me to document what I was there to
9 document, okay, an election bag that was missing
10 a security tag.
11      I ask any one of you, you put your
12 luggage on an airplane with a -- with a lock on
13 it and you get it on the other end, should you be
14 suspicious? You're dad burn right you should be
15 suspicious.
16      So, again, you know, it is breaking my
17 heart the more that I dig, the more that I find.
18 Again, you know, I've got friends on both sides
19 of the aisle, and you know, this is -- this is
20 wrong. This is very wrong. I'll be glad to take
21 any questions, but somebody needs to get a list
22 of those -- you know that one individual, I asked
23 three times is he a Dominion employee? Is he a
24 Fulton County employee? One time yes he's a
25 Dominion, next time he's Fulton. Well, it just

Page 289

1 so happens that he in fact was a Dominion
2 employee that was recently hired by Fulton
3 County, and that should raise flags.
4      CHAIRMAN WILLIAM LIGON, JR.: Thank
5 you. I'm going to take one more witness, Ms.
6 Nancy Kane. Thank you for coming.
7      SCOTT HALL: Absolutely.
8      CHAIRMAN WILLIAM LIGON, JR.: Mr. Hall.
9      SCOTT HALL: Thank you, gentlemen.
10      SENATOR CARDEN SUMMERS: Did you get
11 his testimony?
12      CHAIRMAN WILLIAM LIGON, JR.: Yes,
13 we've got it.
14      Ma'am, if you'd just state your name
15 and where you're from and then give us a brief
16 statement of what you want us to know.
17      NANCY KANE: Certainly. My name is
18 Nancy Kane and I have lived in Georgia for 20
19 years. Let me just tell you, I've been an
20 administrative assistant for many years as well
21 and I'm a linguist, Spanish linguist.
22      I volunteered to be a poll watcher, I
23 just want to say this briefly, at the general
24 election in 2020 because I saw it as an
25 opportunity to give back to my country.

73 (Pages 286 - 289)

Page 290

1    For me as a law-abiding and naturalized
2 citizen of the greatest country in the world, it
3 is my duty and an honor to help ensure the
4 integrity of our most sacred right as Americans,
5 our right to vote.
6    So, let me just tell you I lost my job
7 because of COVID-19 and I saw it as an
8 opportunity also to fully be engaged in this
9 election and do my part.
10    So, I started working as a poll watcher
11 at the advanced voting at the lower Roswell Road
12 Marietta location. I was also a poll monitor
13 during the processing of absentee ballots and a
14 poll watcher at the -- on election day.
15    So, let me just tell you what I
16 observed briefly and what raised flags to me that
17 something was wrong as well. Around 10 a.m. on
18 November 5th I arrived at the State Farm Arena,
19 Fulton County Board of Elections to witness the
20 vote counting of absentee ballots.
21    Upon arrival, I was not asked to
22 present my credentials, but I identified myself.
23 I was told where to sit and I sat on a table
24 right -- and in the media cameras and everybody
25 was right behind me. Shortly thereafter I just

Page 291

1 noticed to my right a young man just with a paper
2 ballot punching in the selections on the ballot
3 on a voting machine, and I go how strange is
4 that? Why not put it in through the scanner?
5    So, I asked the supervisor what is he
6 doing, you know, can you explain to me? And he
7 said sure, what we're doing right now is after
8 the military ballots or -- are transcribed on a
9 proper format or ballots are coming in damaged,
10 we try to salvage those, he says. So, we're
11 just, you know, transferring them to a new ballot
12 and then this is the process. This is the
13 procedure that we're doing.
14    So, it's still very strange to me that
15 it would not be put through a scanner, because
16 when this young man was doing that, nobody was
17 verifying what he was doing behind him. So,
18 technically he was voting for someone else on a
19 voting machine but nobody was, you know -- you
20 know, trying to verify what he was doing.
21    So, I took video and I took pictures
22 and I also recorded my conversation with the
23 supervisor with that explanation. I also told
24 them that I noticed that none of the people there
25 were -- had credentials on, and he said, oh, many

Page 292

1 of them don't have, and that's my brother right
2 there, you know, the one that was doing the
3 voting for someone else.
4    It just seemed so out of -- not
5 following protocol to me, you know? I left
6 shortly thereafter when I heard that the counting
7 was over, the counting of votes was over. So, I
8 went to Dekalb County facility and what -- when I
9 when I got there, again, I had to identify myself
10 to another poll watcher who walked me around.
11    This was a very strange facility. All
12 the rooms were -- whatever was happening there
13 was segregated, you know, and behind closed
14 doors. And I saw that the poll watchers were
15 many feet away from what was happening, not able
16 to observe closely, and I was in the room where
17 the -- where the scanners were and the poll
18 watchers were, and 30 feet away, how could they
19 possibly see what's going on?
20    There was another table where they were
21 duplicating the votes, the military votes. And I
22 asked why are you duplicating those, and I
23 understand that some of the military votes, they
24 vote online, so they have to be in the proper
25 format. Okay, again, nobody was looking at that

Page 293

1 close enough, you know, to see if they were doing
2 it correctly.
3    I spoke to my fellow poll watchers and
4 they were very frustrated that they were not able
5 to see. An attorney for the city came by, came
6 to me and said you need to move, maybe because I
7 was too close to where the scanners were behind
8 these glass doors.
9    And so, I said, well, I've been a poll
10 monitor, I said, and I'm able to -- I was able to
11 move around, walk around, and why is it that the
12 other monitors here or poll watchers are not able
13 to do the same? And I showed him the statute of
14 Georgia that says that we're able to do that.
15    So, he looked it over and came back
16 with some tape, you know, masking tape or some
17 sort of blue tape to put mark on the floor next
18 to the tables where we could then stand and
19 observe closer.
20    But again, this was two days after,
21 right? A lot happened before that we were not
22 able to see close enough. So, that's what
23 happened. That's what I -- the major
24 observations for me. It's just appalling,
25 really, what's happened, and I just want to say

74 (Pages 290 - 293)

Page 294

1  I'm heartbroken, hurt, appalled, angry at the
2  level of fraud and irregularities that we are
3  witnessing in this election and especially
4  ashamed that this is happening in the state of
5  Georgia.
6       I ask you to please do your job as
7  elected officials, the job that we have entrusted
8  you to -- you to do and ensure the integrity of
9  the vote for the American people who on November
10 3rd, we look forward to casting our votes,
11 because as of now we feel completely
12 disenfranchised and it is as if our vote did not
13 count, was nulled, and I know I speak for the 74
14 million Americans who voted for Donald J. Trump,
15 the best president this country has ever had.
16      And I'm proud of my country, and I'm
17 speaking from my heart, and what is happening in
18 our country is a travesty and we cannot allow it.
19 We cannot accept it.  So, thank you so much for
20 listening to me today and to all of us, really
21 appreciate it and I hope -- I hope that -- I hope
22 that you do the right thing.  Thank you.
23      CHAIRMAN WILLIAM LIGON, JR.:  Thank you
24 so much for being here.  We appreciate your time.
25 Okay, I know that there are some senators that

Page 295

1  would like to make a statement or two, and I'll
2  allow that, and then I'm -- we'll close it out
3  after that.
4       So, Senator Parent, I know you wanted
5  to say something, so I'll recognize you now.
6       SENATOR ELENA PARENT:  Thank you.  I'm
7  number six.  Am I on?  Yeah.
8       CHAIRMAN WILLIAM LIGON, JR.:  You're
9  on.
10      SENATOR ELENA PARENT:  Thank you very
11 much, Mr. Chairman.  Well, colleagues, I sort of
12 feel like where I sit that it's kind of like an
13 Alice in Wonderland moment where you've gone down
14 a rabbit hole and through the looking glass
15 everything gets wavy and seems really confusing,
16 but to me that seems like a sort of alternate
17 universe that we don't have a lot of evidence of
18 frankly.
19      And there's a lot of misinformation or
20 misstatements even being disseminated by some
21 witnesses, probably in good faith, but when you
22 investigate further, you realize that this is
23 really not a surprise, because if you've -- if
24 you've read the affidavits that have been filed
25 with a lot of these lawsuits, what you will find

Page 296

1  is that people see things that they think are
2  suspicious, but they do not understand the
3  elections process in Georgia, and once that gets
4  investigated, you find out that what they have
5  actually seen are things unfolding the way that
6  they should be.
7       And I just would like to mention just a
8  couple of those things.  You know, first of all
9  in the video that we were shown, as I mentioned
10 to our -- with Gooch, the Secretary of State has
11 issued many statements about all those things
12 that were raised in the video and the Secretary
13 of State says our monitor was there and in fact
14 since this morning they've identified the person.
15 It's a young white guy between 25 and 30 wearing
16 a blue jacket that is in the video.  That is
17 their monitor that was there the whole time.
18      Some people have filed affidavits not
19 understanding that there is a duplication process
20 when ballots can't be scanned, when they're torn,
21 when they're UOCAVA ballots, because then when
22 they're UOCAVA, Uniformed Overseas Citizen
23 Absentee Voting Act, something like that, people
24 are printing them on home computers at their
25 houses abroad.  They have to be duplicated and

Page 297

1  there's a procedure for doing that.
2       So, you see a lot of these affidavits
3  where people are like this seems weird, this
4  seems fraudulent, when actually it's the process.
5  The human error raised in Dekalb, there have been
6  by Mr. Amick I think, there have been numerous
7  news stories about that.  That would have been
8  caught later in the process.  If you canvas the
9  vote properly at the county level before you go
10 ahead and submit, you will catch things like that
11 and that discrepancy would have been identified
12 even without it.
13      And I'm not saying he didn't identify
14 discrepancy.  He did.  It's just that it never
15 rose to the level of being a problem and there's
16 no evidence that it wouldn't have been caught, so
17 it's not evidence of fraud.
18      You know, people who think, oh, I
19 didn't request an absentee ballot, well, you're
20 on the rollover list, 600,000 people, you know?
21 So, there's just a lot -- a lot of things where
22 you need -- we really need actual evidence of
23 things that are provable that are widespread
24 irregularities that would rise to the level of
25 having flipped the election.

75 (Pages 294 - 297)

Page 298

1    And you know, with -- we heard a lot
2    about -- particularly out of Mayor Giuliani about
3    the fact that there were far fewer ballots
4    rejected in this election. Well, that is true
5    because we changed the law. We changed the law
6    after the 2018 election to allow an opportunity
7    to cure, and the -- and the laws related to the
8    oath were also changed by this body.
9    So, these are all things that have
10    happened. There are some innocent explanations
11    for many of these things, and you know, this was
12    a very close election, but in the end the number
13    of ballots and the number of voters matched after
14    the hand count. They matched. The number of
15    voters and the number of ballots matched and that
16    has been confirmed numerous times.
17    We did a hand count with the human
18    readable text for the presidential election.
19    We're about to complete our third count. I feel
20    like if we were truly interested in getting to
21    the bottom of a lot of concerns that people have
22    raised -- and I do think that those need to be
23    addressed because faith in our elections is
24    crucial. People are -- do feel that they -- that
25    results can't be trusted. That is the problem.

Page 299

1    You know, first of all, there is the 23
2    investigators and 250 complaints at the Secretary
3    of State's Office, but even aside from that, if
4    we were interested in finding out the truth
5    behind statements being made, we would have a
6    hearing where many of those could be discussed
7    and we could ask questions of people that have
8    knowledge about how Georgia's election systems
9    are run, and we did not have that.
10    So, it seems pretty clear to me that we
11    aren't actually really interested in trying to
12    get to the bottom of some of these complaints.
13    Could our election be run better? Human error
14    does not equal fraud. Bad management does not
15    equal fraud. We -- of course we need to have
16    secure elections. I'm sure there are myriad ways
17    that you guys think it could be run better and
18    that I think it could be run better. There are.,
19    so let's talk about those.
20    But we do not have evidence of
21    widespread irregularities that would change the
22    election, and that's what you need to really talk
23    about this. I've mentioned it three times
24    already today. Forty judges and 40 lawsuits have
25    not found that. Attorney General Barr has not

Page 300

1    found that. Brad Raffensperger and everyone
2    involved in elections in Georgia have not found
3    that.
4    And with that, we get to this notion
5    that we should seize the power away from the
6    voters. I think we all know and Senator Heath --
7    Chairman Heath raised it, in order for us to even
8    contemplate doing that, we would have to call a
9    special session and change the law.
10    The governor, speaker, and lieutenant
11    governor have already said we're not calling a
12    special session. Three -- you need three-fifths
13    of the legislature to do -- to call a special
14    session. Clearly, that's not going to happen.
15    If these folks have evidence of fraud
16    that would change the election, they can and
17    should present it in the courts and to the
18    Secretary of State's Office.
19    People who have the ability to
20    investigate, recommend changes to us, and if
21    there's a big problem, then let's hear it. You
22    know? Let's -- then we have to take action, but
23    until we have that, engaging in a lot of these
24    things does more to undermine Georgians' trust in
25    the election than it does to help it.

Page 301

1    Ever since today started, I have been
2    attacked. The Secretary of State's Office has
3    had to take action as it relates to my address,
4    and I've started to get some of the vile things
5    that some of our other colleagues at the
6    Secretary of State's Office has.
7    We've given it oxygen, and I think that
8    does a disservice to so many Georgians. You've
9    got evidence. Show up in court and prove it.
10    That's how it has to be. And in the meantime,
11    we've got OCGA 21-2-501F, where we have said that
12    the person who gets the most votes is who gets
13    the electors.
14    And do we really want to mess around
15    and have to redo every single one of our own
16    elections, too? I'm a little confused about
17    that. Are none of us legitimately elected? Can
18    anyone answer that for me? Do we know? I guess
19    not if we're not certifying the election.
20    I really appreciate all of you for
21    listening to -- from where I sit, I see it. I
22    know we've all gotten blown up since the
23    election. I know that all of you have a lot more
24    than me. Even I have. I know it's hard. I know
25    there's so much pressure and I know that with the

76 (Pages 298 - 301)

Page 302

1 tweets coming out of the White House, it's pretty
2 darn difficult. And when you've got U.S.
3 senators saying resign Secretary of State, it's
4 pretty darn difficult to get up and be like,
5 actually, the election was okay.
6      I'm going to tell you -- I'm going to
7 tell you the truth. That's pretty hard. I get
8 it. We all are under a lot of political
9 pressure. So, I understand where you sit.
10      Thank you for allowing me to make a
11 closing statement, Mr. Chairman.
12      CHAIRMAN WILLIAM LIGON, JR.: Thank
13 you. Senator Brass?
14      SENATOR MATT BRASS: Mr. Chairman,
15 first off, I want to say thank you to you for
16 being willing to hold this hearing and members of
17 the committee for staying here as long as you
18 did.
19      Regardless if we heard evidence of
20 fraud or not, we owe it to our citizens to find
21 the truth, and what we know is if we dig in and
22 when we do find the truth, there's going to be a
23 large part of this population in this state that
24 is not going to be happy.
25      But the truth is, is we owe them that.

Page 303

1 We owe each and every voter in this state an
2 opportunity to see the truth. And again, we keep
3 talking about the fraud, but for me, I want to
4 know was state law followed. And we have heard
5 clear evidence today that state law was not
6 followed time after time after time, and that is
7 a problem.
8      And if state law was not followed in an
9 election, then we do need to keep an open mind on
10 a path forward. Again, you know, we all are
11 under tremendous pressure, all of us, because
12 this is a pivotal point in the state, in this
13 country, and there's no decision that's going to
14 be an easy one.
15      So, I pray for each and every one of
16 y'all. I pray for myself that we all make the
17 right decision, but I really pray that we dig in
18 and we find the truth.
19      CHAIRMAN WILLIAM LIGON, JR.: Senator
20 Gooch, did you want to make --
21      SENATOR STEVE GOOCH: Yeah, I want to
22 thank you for letting me be in here today. I'm
23 not a member of your subcommittee, but I have
24 been here all day. I started out with Chairman
25 Heath in the first meeting where we had a couple

Page 304

1 of hours of testimony and this meeting has gone
2 on now for what, six hours? I know now why I
3 don't want to be on the judiciary committee.
4      But let me get serious for a minute.
5 As I spoke earlier this morning, I talked about
6 the people I represent back home, just like each
7 of us do. We all have a constituency, 56 state
8 senators, roughly 200,000 constituents, and we
9 work on behalf of them. We represent them. We
10 are their voice while we're at work in this
11 capital.
12      I sit around the table at various
13 meetings and at restaurants and I talk to people
14 on a daily basis, bus drivers, farmers, chicken
15 farmers, cattle farmers, construction workers,
16 nurses, school teachers, administrators, business
17 people, and what I can tell you, what I'm hearing
18 and I'm sure you are, is that the voters and the
19 citizens of Georgia have lost confidence in this
20 election.
21      Some of it may be because their
22 candidate did not win. I get that. But I can
23 also tell you based on what I heard here today,
24 going on eight hours of testimony, we have a
25 problem in this state, and we have a problem with

Page 305

1 our regulations, our ordinances, our laws, our
2 policies, and we need to -- as Chairman Brass
3 said, we need to find the truth. We are
4 obligated to seek the truth.
5      I'm not sure how this committee or any
6 legislative committee will find the truth without
7 help from an investigative arm of government.
8 So, if you're trying to move toward a special
9 session, let's approach it that way, but I think
10 we need to move faster, we need to move
11 deliberately, and I would recommend you consider
12 requesting help from the Department of Justice,
13 the Federal Bureau of Investigation, and the
14 Georgia Bureau of Investigation to begin a full
15 forensic audit of the November 3rd election in
16 Georgia, and I think we should consider doing
17 that this week.
18      CHAIRMAN WILLIAM LIGON, JR.: Anyone
19 else? Senator Kennedy?
20      SENATOR JOHN KENNEDY: Thank you, Mr.
21 Chairman.
22      SENATOR CARDEN SUMMERS: What number is
23 he? Two?
24      CHAIRMAN WILLIAM LIGON, JR.: I'm
25 sorry. Wait a minute. Number two.

77 (Pages 302 - 305)

1    SENATOR JOHN KENNEDY:  Yeah.  Thank
2  you, Mr. Chairman, and I appreciate you and
3  everyone staying for the late hour.  I
4  appreciate, as the mayor said, complimenting the
5  minority for their approach to this.
6      I would disagree with one of my
7  colleagues in one regard, the comment that we
8  don't need these hearings.  I really could not
9  disagree with that more strongly.  We need these
10  hearings.
11      Our voters, our citizens need to see us
12  having these hearings because they need to know
13  that we as their representatives are willing to
14  investigate wrongdoing.
15      Do we need the truth, Senator?  You're
16  absolutely right.  We do -- we do need to get
17  down to the truth, but I want to take it one step
18  further.  We need to have accountability for
19  those that have engaged in wrongdoing.  That's
20  the next step.  That is the step beyond fact
21  finding and truth gathering.  We've got to have
22  accountability.  You can't have accountability if
23  you don't have these hearings.
24      If fraud and impropriety are occurring,
25  you can't stop it by just lamenting after each

1  election, wow, that was a mess.  I hope it
2  doesn't happen again.
3      It won't change.  It won't change.  So,
4  what we've got to do is figure out some form of
5  accountability, and we cannot expect anything to
6  change with regard to what seems to be the
7  perennial fraud and impropriety in certain
8  precincts and certain areas that occurs every
9  election unless we start and decide to have some
10  form and measure of accountability for those that
11  engage in fraud, those that engage in wrongdoings
12  and choose to violate our law.
13      Mr. Chairman, thank you for your
14  patience.  Thank you for staying late.  I
15  appreciate your leadership on this committee.
16  Thank you, and I thank all of my colleagues for
17  being here.
18      CHAIRMAN WILLIAM LIGON, JR.:  Senator
19  Summers, you want to say something?
20      SENATOR CARDEN SUMMERS:  Yes, sir.  Mr.
21  Chairman, thank you for allowing a non-member to
22  sit at the table and be engaged in these topics.
23      Guys, I've run four elections in one
24  year.  I will happily run another election if we
25  can get a fair and balanced election in Georgia.

1  She asked the question.  I gladly do it again.
2  I'm telling you straight up, I totally believe
3  that we should be called into special session and
4  allow the legislative process to take place and
5  make sure, as several of these senators have
6  said, that we give people the honest truth about
7  the election.  Whoever wins wins, but we need to
8  know the facts and we need to know who that
9  person is, and I would gladly do a re-over of my
10  election if that's what it takes.
11      But boys and girls, we're here to vote
12  and stand up and be strong.  It's time we acted
13  like legislatures and come together, ask our
14  governor, call us in for a special session.  He
15  wins either way.  If we find no improprieties,
16  the governor looks good.  If we find
17  improprieties, the governor looks good.  Let's
18  get on with it.  Thank you, Mr. Chairman.
19      CHAIRMAN WILLIAM LIGON, JR.:  Senator
20  Beach?
21      SENATOR BRANDON BEACH:  Yeah, Mr.
22  Chairman, I want to thank you for allowing me to
23  be on this subcommittee.  I'm not on judiciary,
24  but thank you for allowing me, and I also want to
25  thank you for all the hard work you've put into

1  this.  For a guy that's leaving office, you have
2  put in a lot of hours on this, and I just really
3  want to thank you.
4      But I just would say I'd agree with my
5  colleagues.  I think Senator Brass hit the nail
6  on the head.  We've got to get the truth.  And
7  then I think you hit the nail on the head,
8  Senator Gooch.  We've got to restore voter
9  confidence.  I can tell you the voters have lost
10  confidence in our system, and I'm going to -- I'm
11  going to tell you in my eight years here in the
12  Senate, I have never received so many e-mails,
13  phone calls, text messages.  I put my cell phone
14  number on my website and on my senate page.
15      So, I've been getting a lot of calls,
16  and I want to just share one of the calls that I
17  keep getting, and I had a lady call me, and this
18  is kind of the calls I'm getting, and she said
19  Senator, she said I stood in Alpharetta Library
20  for two-and-a-half hours to early vote and I went
21  in there, I showed them my driver's license, my
22  photo I.D., I signed my name and matched the
23  signature in the -- in the database, I got my
24  card, I voted, I checked my ballot, I scanned it.
25  She said I got -- gave the stylist pen back, I

1 got my sticker, I walked back to my car, and I
2 was proud I waited two-and-a-half hours to vote.
3 I didn't have a problem with it. I voted.
4          Now she said I -- because of the
5 agreement that Senator Dolezal talked about with
6 -- that the Secretary of State entered into, she
7 said, I know now on absentee ballots they don't
8 have to show I.D., the voter signatures don't
9 have to match with the database, and she said, I
10 feel like my vote was compromised. I feel like
11 my vote was diluted and I feel like my vote
12 didn't matter and I'm not going back to vote in
13 January. I said, ma'am, I need you to go back
14 and vote. You got to go back January 5th.
15          But that's what we're dealing with
16 right now, and that's why I'm so glad we had
17 these hearings. I just -- I wanted to tell that
18 story so that we could get to that.
19          And Senator Kennedy, you're right. We
20 can't just wait and think that things are going
21 to get better at the next election. We need to
22 take action. That's what the state of Florida
23 did. If you remember, we heard today in 2000
24 they had a mess on their hands with the Bush/Gore
25 election. They got their results back in by 9

1 p.m. on election night and we were still counting
2 votes two weeks later. That's ridiculous. It's
3 uncalled for.
4          And Broward County and Dade County were
5 a mess. They got it cleaned up. They had -- and
6 they're on -- they've got twice the population we
7 have, twice the elderly population. They had
8 more absentee ballots and they're on two
9 different time zones and they got their votes in
10 and called at 9:00.
11          Our goal as a state, in my opinion,
12 should have the election results by the 11:00
13 news the night of the election so our voters know
14 that we've got the winners and the losers, and we
15 should be able to do it and -- but we've got to
16 get to the truth and then figure out how to make
17 it right.
18          So, I just again -- I'm glad we had
19 this. I hope we dig into it and have
20 investigations and make sure this was a fair
21 election and make sure the elections from here on
22 out our fair.
23          So, thank you for all your hard work,
24 Mr. Chairman.
25          CHAIRMAN WILLIAM LIGON, JR.: Thank

1 you. Senator Tillery, did you want to say
2 something?
3          SENATOR BLAKE TILLERY: Thank you, Mr.
4 Chairman. I think I asked a lot of my questions
5 earlier today, but thank you for giving me a
6 second to close.
7          First, I want to thank the members of
8 the committee. I appreciate your cordiality
9 today and how you handled things even though I
10 know there was a lot of passion, but I do
11 appreciate how you handled yourselves.
12          There were things I learned today.
13 When I came into this room, I had gotten a lot of
14 questions, just like many of you from calls from
15 your constituents, and because of some of the
16 things I heard today, I think I'm better prepared
17 to answer some of them.
18          I'll carry on back through just one or
19 two of them. When we heard from the Colonel and
20 he mentioned about things from Dominion, I'm sure
21 you've gotten a lot of calls about that as well,
22 and we walked him through and he got to the end
23 and he said if you did a 100 percent recount or
24 100 percent canvas, then I would have to say it
25 would probably remove some of my concerns about a

1 glitch. That's helpful for me. That was
2 testimony you heard here today.
3          When you heard from Grace Lemon, the
4 student from Georgia who talked about not being
5 able to -- well, going in and hearing that she
6 had already requested an absentee ballot. I know
7 I've heard that 100 times. I'm sure you've heard
8 it as well. The testimony that we were able to
9 get from her, and then thanks to Senator Jordan,
10 Senator Dolezal, and others, we were able to show
11 her, no, here's how that actually works and we
12 were able to help answer her question, which
13 watching that is going to help me answer
14 questions for my constituents.
15          Those are the things I learned. That's
16 where I was able to grow and I can answer
17 questions from my constituents. There was one
18 other thing we saw today, too. One of our
19 senators already mentioned an Alice in Wonderland
20 moment. That happened for me too today and that
21 happened when Ms. -- I believe her name was Ms.
22 Pick played her video. I can't explain that one.
23 I cannot go back with that video and help my
24 constituents understand what was done and why it
25 was done.

79 (Pages 310 - 313)

Page 314

1    When I see the table come in at 8:23,
2    it's got a drape all the way over it. I see
3    something happened at 11:23 later on. I see
4    folks leaving at 10:30. I can't answer that one.
5    That's the one that I'm going to be focused on
6    trying to answer as we move forward.
7    Mr. Chairman, I want to thank you for
8    your help today answering questions that our
9    constituents bring members of this committee, but
10   I remind you that our work doesn't end today.
11   Thank you, Mr. Chairman.
12   CHAIRMAN WILLIAM LIGON, JR.: You want
13   -- Senator Jones, you want to -- yes, sir. Let
14   me make sure I have you.
15   SENATOR BURT JONES: Fourteen here.
16   CHAIRMAN WILLIAM LIGON, JR.: Yeah, got
17   you.
18   SENATOR BURT JONES: Senator Ligon, Mr.
19   Chairman, I just want to thank you. I'll echo
20   what Senator Beach said about, you know, for the
21   amount of work knowing that you've served
22   distinguishably 10 years in the -- in the Georgia
23   legislature in the senate and know you're heading
24   out, well you and Senator Heath as well, but for
25   the work -- for the work you've put in to this --

Page 315

1    for this committee, I just want to from the
2    bottom of my heart thank you, because you show
3    that you're a true public servant and a true
4    patriot for what you've done.
5    The one thing -- let me -- I'm glad we
6    got to have this meeting today because there's
7    one thing that all of us have in common in this
8    room. We've had three election cycles now, '16,
9    '18, and '20 where all of us have been
10   disappointed in the results, and each one of
11   those election cycles have brought forth
12   allegations of some sort of mischief or fraud or
13   things of that nature, and it's our job as
14   elected officials, especially when those
15   allegations are in your own state, it's our job
16   as elected officials to seek out as Senator Brass
17   said the truth in what has transpired.
18   And what we saw today, I was like
19   Senator Tillery here. I was -- I was seeking,
20   you know, answers to questions to share with
21   constituents. And like as he eloquently said
22   that what we've witnessed today with the video
23   from the State Farm Arena, those are -- those are
24   -- those have raised a lot more questions about
25   the process as well as what went on, particularly

Page 316

1    in one county here in our state.
2    So, my only regret is that we haven't
3    started these hearings sooner. However, with the
4    findings of the video just coming out as of last
5    night, maybe it is in our good fortune that we
6    started the hearings now, but I definitely think
7    that moving forward we need to move quickly in
8    trying to establish what a significant forensic
9    investigation would look like and what role do we
10   need to play in legislatures as legislators of
11   seeking not just to answer questions from
12   November 3rd but prevent it from happening on
13   January 5th, which is the most important
14   election, you know, we have right in front of us
15   here.
16   So, thank you again, Senator. I also
17   want to thank Senator Dolezal for your behind the
18   scenes hard work as well as Senator Beach. I
19   know y'all put in a lot of work and a lot of
20   hours making this happen as well.
21   So -- but thank you, Mr. Chairman. I
22   appreciate the opportunity.
23   CHAIRMAN WILLIAM LIGON, JR.: Thank
24   you. Anyone else before I close -- Senator
25   Dolezal and then Senator Heath. Go ahead,

Page 317

1    Senator Dolezal. Let me get you.
2    SENATOR GREGORY DOLEZAL: Mr. Chairman,
3    you've been exalted and I'll echo the exaltation,
4    and I will extend that to Chairman Heath as well.
5    I thought that the meeting this morning laid a
6    nice groundwork and it was nice to be able to, to
7    Senator Tillery's -- I'm sorry Mr. Chairman
8    Tillery's point earlier to be able to ask
9    questions of the Secretary staff if nothing else
10   than to inform ourselves and inform our
11   constituents as to the way that this works.
12   What didn't get discussed today that I
13   think is important to illuminate is the fact that
14   we discovered really by accident significant
15   structural flaws in the way that we conduct our
16   elections.
17   We had four counties discover thousands
18   of ballots via a risk limiting audit that was
19   never supposed to happen. The audit wasn't
20   supposed to happen this year. It was supposed to
21   be a pilot that was happening in the future and
22   it was never envisioned to be every county
23   counting every vote period.
24   So, the system worked because we got
25   lucky. We have a significant problem when we

80 (Pages 314 - 317)

Page 318

1 don't know on -- when we finish an election that
2 the numerator matches the denominator. The fact
3 that we don't know the denominator, we hear at
4 one point in time at 6:00 one morning that
5 there's 25,000 more votes to go and then we here
6 at 10:00 that there's 45,000 more votes to go.
7      I understand somebody may have
8 misspoken that, but there was -- there's no
9 master place that anyone of us could go to the
10 Friday after the election and say here's how many
11 votes are left to count because we know how many
12 ballots came in and we know how many ballots have
13 been counted.
14      That's really -- that's simple blocking
15 and tackling when it comes to functioning
16 something like this. This is one big data
17 exercise, and we have to get the blocking and
18 tackling correct to instill confidence in this
19 process, because when you find thousands of
20 missing ballots, when you hear that one number is
21 still outstanding, then you hear that another
22 number is still outstanding, there's none of us
23 that can stand behind the podium and say this
24 process is working well.
25      We keep hearing this caveat around the

Page 319

1 irregularities or the fraud, and the caveat is,
2 is that it's not enough to change the outcome of
3 the election. That's the consistent caveat.
4 Gabe Sterling said in a -- in a press conference
5 that he knows there was fraud in this election.
6 How does he know that? Is he wrong? Is he
7 right? What he also said was but we know it's
8 not enough to change the election. How does he
9 know that? There's 250 open investigations and
10 probably should have been more.
11      We heard this morning from the
12 Secretary's Office that 300 people double voted
13 again. We had 1,000 people double voting in June
14 apparently, 300 double voted this time. They
15 said the number was down. They told us there
16 were 70 felons that voted. We've heard about
17 thousands of people where their ballots were sent
18 out of state.
19      We were also told that we know that
20 we're asking a lot of the elected -- sorry, of
21 the election officials to review 1.3 million
22 signatures, something we've never asked them to
23 do before.
24      The Secretary tells us it's not the
25 best way to do it, but we won't even go through

Page 320

1 the process to review a random sample of those
2 signatures to figure out how well we did. That's
3 unacceptable.
4      We owe it to ourselves as the people
5 that are charged with the responsibility of
6 getting this process right to understand when the
7 system was stressed and when it was flexed, how
8 did we perform. There's not one business in
9 America that would go through this process and
10 have something change in that manner and do zero
11 review.
12      Ladies and gentlemen, when it comes to
13 the signature match process, we've done zero
14 review. It may have been flawless. I would like
15 to be able to say that it was flawless, but I
16 don't think that any of us believe that it was
17 flawless, because I don't -- I don't believe that
18 any of us think that our signatures are
19 consistent enough over a period of time from when
20 you last got your driver's license. Senator
21 Beach, I'm sure you got -- you got yours, you
22 know, within the last couple of years, but I got
23 mine 10 years ago. My signature has changed.
24      There is an incredible amount of
25 disinterest in the media and frankly from the

Page 321

1 minority party in really digging into this
2 process and I -- and I really -- I do respect the
3 senators who were here today. But there is not a
4 call for a signature audit. There has not been a
5 call for investigations.
6      We've heard for the last month that
7 this State Farm Arena situation was under
8 investigation. Why did it take us a month to get
9 the video? Why did it take us a month to get a
10 video? And it wasn't even produced by an
11 employee of the state. That's patently absurd.
12 We have to do better, and we can do better.
13      That video is a bombshell. You saw the
14 media and the observers leave the room at the
15 same time. That tells you they were told to
16 leave. Why were they told to leave? The media
17 needs to get interested in this and they need to
18 get interested in this quickly, because they have
19 a role to play in this as well, and the fact that
20 I can guarantee you -- well, I can't guarantee
21 you. I would suspect that if the allegations
22 were on the other foot and in the other
23 direction, that it wouldn't -- we wouldn't have
24 waited a month for an open records request to be
25 filed or however they obtained that video to see

81 (Pages 318 - 321)

Page 322

1 that video.
2        We have to get a lot more curious
3 because we have to get it right, and Senator
4 Parent, I didn't -- I'm not intending to throw
5 you under the bus and I apologize for my comments
6 about what I just said, but I do really wish that
7 I sensed a bipartisan effort to dig into the
8 details of what happened so that we can affirm it
9 in either direction.
10        This to me is not about who won an
11 election. I don't think this is about who won an
12 election to you. I don't think this is about who
13 won -- you referenced, you know, maybe our
14 elections aren't legitimate. We don't know what
15 happened, because we haven't lift up the hood to
16 look. 1.3 million signatures and we haven't
17 bothered to look, and I would -- I would like to
18 link arms with anybody regardless of party to get
19 to the bottom of exactly what happened so that we
20 can move forward and quite frankly so that we can
21 do a better job and know what laws we need to
22 change.
23        We've all gotten a little bit of
24 baptism by fire in election law and what our
25 state laws say. But whether it is a special

Page 323

1 session, which I do think we need to have, or it
2 is when we come back in January, we have our work
3 cut out for us and we don't know what we need to
4 change unless we look at exactly what happened.
5 Thank you, Mr. Chairman.
6        CHAIRMAN WILLIAM LIGON, JR.: Senator
7 Heath?
8        SENATOR BILL HEATH: Thank you, Mr.
9 Chairman and senators, people who have persevered
10 throughout the day. I don't have much to add to
11 this other than just a few observations.
12        Someone had mentioned earlier that, you
13 know, mistakes are not necessarily criminal, or I
14 don't remember how the comment was made, but you
15 know, I agree with that. I think we're -- we all
16 make mistakes. We -- we've all misinterpreted
17 things. We've -- you know, none of us are
18 perfect.
19        But what's at -- potentially at risk
20 here is the -- at least the direction that this
21 country takes. I think that -- well, number one
22 it is exceedingly embarrassing that we're having
23 this discussion.
24        I remember watching the videos of, what
25 was it, the 2000 election when -- Florida going

Page 324

1 through a similar process, and I mean, I was kind
2 of laughing, like those guys have got to be a
3 bunch of idiots down there, and maybe I should
4 not have had those thoughts, because now the
5 camera's on us and it doesn't look good.
6        But there's enough mistakes that have
7 seemingly been made. You know, I don't think
8 anybody has -- will come out of this clean,
9 including the legislature. I mean, when you go
10 back and look at what the legislature has done,
11 and -- you know, I think I've been around to see
12 a whole lot of these laws that we're struggling
13 with right now.
14        I was -- I saw a lot of those taking
15 place and I kind of remember the mindset is we
16 did various things, and I look back on it and I'm
17 thinking, yeah, you know, we thought we were
18 doing the right thing, but now I don't think that
19 it was the right thing.
20        And guess what, that's what we do every
21 time we get together. We're tweaking what the
22 previous legislature has done. There's not a lot
23 of new -- brand new clean ideas that come out of
24 legislature.
25        As I sat and listened to the witnesses

Page 325

1 in the government oversight committee meeting
2 this morning, admittedly I could sit there and
3 pick through some of that and say, well, maybe
4 that's not a false statement, but it might not be
5 the whole truth either.
6        As I sat here and listened today, this
7 evening, this afternoon, same thing. I mean,
8 certainly everybody that testified gave you some
9 reason to suspect that things were not done
10 properly. Maybe they were intentional mistakes,
11 maybe they weren't intentional acts, but there
12 were certainly opportunities.
13        And then the professor that, you know -
14 - essentially his position seemed to be that,
15 okay boys, girls, this is in your hands. You
16 should exercise your power as a legislature and
17 straighten this out.
18        You know, if we can -- if the
19 legislature can convince itself that we have
20 created an environment where you can't conduct a
21 true and accurate election, then maybe we do need
22 to step up, but that's a -- before we get to that
23 point, I mean, we're setting -- we would be
24 setting a precedent there that is -- you just
25 need to be very careful.

82 (Pages 322 - 325)

Page 326

1    The legislature has a problem that I
2 know we have discussed for years and that is that
3 we can't swear witnesses in in a committee, so
4 you can come here and stand at that podium and
5 say anything you want to say and there's no
6 recourse.
7    So, the problem that we've got as a
8 legislature is that now we've got to take that
9 information with the very limited staffing and
10 capabilities that we have -- as a legislature
11 we're essentially one-man shows. There's a few
12 of us that's got -- there's a few legislators who
13 have one admin assigned to them, very few.
14    There is no legal staff that is
15 assigned to a certain committee chairman or a
16 certain legislator. We all use the same pool of
17 resources and it's very shallow.
18    So, those are some problems that need
19 to be resolved and the problem that's in front of
20 us right now, tonight, is that for us to take any
21 further action I think the first thing we've got
22 to do is go on our own to find the facts.
23    Now, you know, we talked -- the --- I
24 think it was the Colonel was talking about the
25 Dominion machines, and voting machines as a whole

Page 327

1 I will tell you that there is a risk at exposing
2 how that machine works.
3    There were -- there -- you know, I read
4 somebody told me that somewhere on a blog, you
5 know, that the source code for these machines is
6 open source and it's available to everybody.
7 Well, I don't know if that's true or not, but I
8 can tell you that it is very difficult if you
9 know exactly how a machine works not to figure
10 out how to break it. So, there's some risk in
11 opening up that to the public, to any
12 investigator or hacker if you will.
13    But there's also a gain there in that
14 now at least the allegations, the appearances, is
15 we don't know what can happen. I think I could -
16 - I think I could write software that would not
17 be corruptible through a USB port, but I don't
18 know that that's the way that that software is
19 written.
20    I have heard them, you know, testimony
21 about, you know, Fulton County said they had this
22 mobile voting precinct. Well, that to me implies
23 that you've got to reload data. When you move it
24 from one precinct to another, you've got to
25 reload data. But they -- there was also

Page 328

1 testimony that says nothing is changed in them in
2 the -- in the final hours.
3    So, there's a lot of work that we got
4 to do before we take any drastic actions, but I
5 think that we've got to get started on it, and I
6 don't know who's best to work on that, but there
7 is a world of work to be done and I really don't
8 know that if we had all 56 senators working on
9 this dedicated eight hours a day, 12 hours a day,
10 seven days a week that we can really resolve all
11 this, but we've got to do what we can do.
12    We got a mess on our hands and as has
13 been stated, you know, this whole -- the -- a
14 democracy is dependent upon being able to trust
15 the outcome of elections. We've got to do
16 something to restore not only Georgians' trust in
17 our elections but the country has got to trust
18 our elections. Georgia is significant to the
19 United States of America.
20    So, I don't have any answers. I do see
21 there's a lot of problems, and just as I stated
22 in my committee this morning, it was exceedingly
23 difficult to put that committee meeting together.
24 I know this one was as well.
25    I don't know about the legalities, but

Page 329

1 if -- you know, if you want to go to a county and
2 say I want to see this box of ballots and I want
3 to -- I want to study them, I want to feel of
4 them, I want to resolve some of these things,
5 there's a security risk at that because frankly I
6 don't trust every legislator.
7    So, you know, there's a -- there's a
8 balance here that we've got to strike and I don't
9 know how we get there, but we got a mess on our
10 hands.
11    CHAIRMAN WILLIAM LIGON, JR.: Thanks,
12 Senator Heath. Senator Harper?
13    SENATOR TYLER HARPER: Thank you, Mr.
14 Chairman.
15    CHAIRMAN WILLIAM LIGON, JR.: Are you
16 number 10?
17    SENATOR TYLER HARPER: I'm number 10,
18 yes, sir, and I also want to say thank you
19 although I'm not a member of your subcommittee,
20 thank you for letting me sit in this afternoon.
21    CHAIRMAN WILLIAM LIGON, JR.: Sure.
22    SENATOR TYLER HARPER: I appreciate it.
23 But being a member of Senator Heath's committee,
24 I just want to express as others have to both
25 you, Senator Ligon, and Senator Heath, both of

83 (Pages 326 - 329)

Page 330

1  our chairmen today for your outstanding I think
2  run hearings both this morning and this
3  afternoon.  I think y'all both did a phenomenal
4  job.  You should be commended on the work that
5  you put in prior to this -- prior today and the
6  work obviously that's going to continue going
7  forward.  So, thank you both for doing that.
8         And I think it's all evident why we're
9  all here.  I know Senator Gooch referenced this
10 and many others have, you know.  I -- like
11 Senator Beach in my eight years of service in the
12 legislature, I don't -- I can't think of another
13 single issue that I have heard from more of my
14 constituents about than this one issue that we're
15 here discussing today.
16        And I agree with a lot of the comments
17 made.  One of the -- one of the roles of the
18 General Assembly and one of the roles of the
19 legislature is oversight, and that's why we're
20 here today and that's the whole purpose of us
21 convening these hearings this -- today is to
22 provide that oversight that we're expected to do
23 on behalf of the constituencies that send us up
24 here to the gold dome to represent their behalf,
25 and I think that's why we're here today and we

Page 331

1  should do these things.  We should have these
2  type of hearings.  We should -- we should
3  investigate issue when they arise.
4         And I want to say thank you to the
5  Secretary of State's Office this morning, Fulton
6  County, and all the witnesses that showed up,
7  Mayor Giuliani for coming today and providing
8  testimony.  I think it was an awesome opportunity
9  for us to have an open forum and a discussion to
10 be able to ask those questions of all of those
11 entities.
12        To Senator Parent, I just -- I'm going
13 to reiterate what I said this morning to the
14 secretary's staff and their folks.  You know, if
15 you have received threats today because of things
16 that you may or may not have said, I will -- I
17 hope my colleagues will join me in condemning any
18 of those acts or outlandish threats that may be
19 coming towards you.
20        And I reiterate my comments this
21 morning in condemning the same things against the
22 secretary and his wife and his staff.  I think
23 that's unbecoming of us as citizens and that's
24 not who we are as the basis of an American
25 citizenry and the democracy that we all enjoy.

Page 332

1         And I think those type of things can
2  have an impact on the -- on the foundation of
3  government that we have.  But the questions that
4  we asked and the answers that we were able to get
5  today, I think it boils down to a couple of
6  things that's already been said.
7         It's about getting to the truth, and I
8  think Senator Brass summed it up well in his
9  statement of what state law followed.  I think
10 that is a legitimate question.  And I think the
11 longer this hearing went today, I think there's
12 more questions that can be asked.  And I think if
13 you look at the hearing that was conducted this
14 morning and the hearing that was conducted this
15 afternoon, I think there's some differences in
16 those presentations that should be looked at and
17 whether we're talking about chain of custody or
18 signature verification or signature match issues
19 as Senator Dolezal has very adequately presented
20 on today.
21        And I think, you know, all of this laid
22 out, it's given us an opportunity to lay a
23 foundation for us to take some action as Senator
24 Heath has alluded to, that I think this has given
25 us an opportunity to lay the groundwork and lay a

Page 333

1  foundation for us to look at our laws and make
2  sure that our election law is proper.  And if we
3  need to make those adjustments, we can make the
4  proper adjustments that need to be made and we
5  can give voters the confidence that they need,
6  that our election system and our state is secure
7  and that they know that when they cast their
8  ballot, they know that their ballot is counted
9  and they can have trust in our system of self-
10 government, because without that foundation, we
11 can no longer be a nation that is governed by the
12 people or a nation that is built on the
13 foundations that we were built on as a country
14 and as a state.
15        And I just want to say thank you all,
16 thank you both again, thank you to all the
17 committee members.  I thought this was a well-run
18 committee.  I thank you to everybody for the
19 cordial conversations that were had.
20        I think this just has given us an
21 opportunity to have a transparent process for our
22 constituencies to see, and I think that's all
23 they've been asking for.  So, thank you both for
24 allowing it to happen.
25        CHAIRMAN WILLIAM LIGON, JR.:  Thank

84 (Pages 330 - 333)

Page 334

1  you.  Well, let me close out by thanking first of
2  all, all of the citizens of this state who have
3  reported what they see as irregularities or
4  misconduct or fraud and that have contacted your
5  legislators to ask them to look into that.  That
6  is part of your civic duty.  And part of our duty
7  as legislators is to look into this and to have
8  an appropriate solution that will resolve this
9  issue.
10        I want to thank Senator (indiscernible)
11  for helping put this together.  She's worked very
12  hard and has stayed late and others.  I want to
13  thank some senator, Senators Dolezal, Beach, and
14  Jones for helping.  They worked hard to help put
15  this together as well.  I appreciate all of your
16  efforts and others, Senator Heath for your work
17  earlier.  You've been here all day.  Some of you
18  have been here all day on the two committees.
19        I thank each one of you for being here.
20  I do think this is very important.  It's
21  something that we needed to do, and I know that
22  there's a lot more work that will be done in the
23  -- in the future, in the near term and also in
24  the long term.  So, with that we're adjourned and
25  thank you.

Page 335

1         C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8  _Sonya V. Ledanski Hyde_
9  _____
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date: October 18, 2022
17
18
19
20
21
22
23
24
25

85 (Pages 334 - 335)

**[0.2 - 2,423]**                                                        Page 1

| **0** |
|---|
| **0.2**  50:20 255:4 |
| **0.2.**  42:20 |
| **0336**  74:24 75:3 75:6 |

| **1** |
|---|
| **1**  7:9 8:21 14:11 17:21 19:25 35:18 43:25 63:15 102:4 211:14 217:12 217:13 219:23 |
| **1,000**  153:21 319:13 |
| **1,043**  9:7 |
| **1,081**  143:3 |
| **1,320,000**  255:3 |
| **1,320,154**  50:20 |
| **1,494**  59:24 |
| **1.3**  42:17,23 319:21 322:16 |
| **10**  13:12 47:3 69:4,4,6 95:22 118:4 120:25 121:15 123:19 140:5 148:14 167:21,22 186:15,16,19 203:25 264:5 278:6 283:18,18 290:17 314:22 320:23 329:16 329:17 |
| **10,000**  141:10 142:18 153:20 187:13,15 |

**10,315**  9:12
**10,707**  141:5 143:3 153:15
**10.47**  187:4
**100**  10:1,1 66:3 66:22 70:4 77:5 91:10 93:7 108:19 111:9,14 250:2 259:11 264:11 268:11 275:17 312:23 312:24 313:7
**100,000**  44:16 186:25 203:25 269:6
**10:20**  13:11
**10:25**  14:8 15:1 15:4,6,11
**10:30**  14:8 21:5 35:18 63:15 314:4
**10:35**  15:4,7
**10:37**  15:11
**11**  16:13
**110**  91:11 93:8 108:18,25 110:2
**11501**  335:14
**11:09**  19:10
**11:23**  314:3
**11:45**  146:7
**11th**  236:6
**12**  5:6,6,6 45:8 58:15 167:22 202:11 244:23 276:10 328:9
**12,500**  8:17
**12151**  335:8

**122,000**  195:9 202:15
**123,000**  50:11
**123,725**  255:11
**124,125**  274:24
**12:00**  283:11,11
**12:07**  24:7
**12:50**  20:17
**12:55**  19:21 20:16
**12th**  238:3,11,15
**13**  141:6 153:15
**13.7**  186:20
**134,000**  43:15
**136,000**  50:15
**136,098**  74:15
**137**  277:16
**13th**  89:24,25 158:19 170:14
**14**  10:21 17:23 37:23
**14th**  89:20 202:18 219:11
**15**  45:8 126:1 180:16 237:25 251:23
**15,000**  195:1 198:13 205:14 263:15
**15,700**  9:16
**1500**  141:3
**156**  275:15,16
**159**  67:23 110:23 184:17 246:2
**15th**  140:2
**16**  7:8 140:4 315:8

**16th**  158:21
**17**  9:4,5 186:9
**18**  225:2,3 315:9 335:16
**18,000**  19:9 64:19 202:10
**1824**  212:10
**1860**  212:16
**1876**  210:20 236:13
**1887**  210:24
**1892**  211:22
**18th**  225:6
**19**  290:7
**199,000**  255:2
**199,356**  42:16 50:18
**1993**  193:24 199:13 200:12 207:12
**19th**  176:1
**1:30**  20:24,25
**1:35**  146:15,19
**1:42**  21:10
**1:45**  20:25
**1st**  89:3

| **2** |
|---|
| **2**  7:9,21 27:5,12 134:24 211:14 214:4,19,20 217:12 227:6 242:10,19 244:7 275:22,22 |
| **2,000**  64:22 197:9 |
| **2,423**  9:5 |

**[2,506 – 530,000]**                                      Page 2

**2,506**   9:1
**2.87**   69:7
**20**   88:11 101:17
   110:5,6,7,13
   168:14 187:16
   210:8 240:6
   246:16 289:18
   315:9
**200**   80:15,16
   269:1,8
**200,000**   42:21
   51:10 75:2 77:9
   304:8
**2000**   133:22
   211:2,24 215:2,4
   310:23 323:25
**2006**   84:1
**2016**   42:16,17
   50:18 186:19
   255:2
**2017**   47:21
**2018**   47:10
   225:15 278:13
   279:13 298:6
**2019**   65:10
**2020**   1:14 6:4,8
   6:10,16 7:13 8:3
   9:19 10:8,21
   47:22 50:19
   60:22 186:19
   216:17 255:3
   289:24
**2021**   219:23
**2022**   335:16
**207,000**   187:23
**21**   110:3 118:9
   186:11

**21-2-216**   224:25
**21-2-217**   200:13
**21-2-483b**
   245:16
**21-2-501**   26:11
   226:14
**21-2-501f**   301:11
**218**   200:13
**22**   64:9 174:14
**23**   299:1
**231,188**   43:13
**23rd**   174:21
   176:16 180:7
**24**   120:4 187:9
**25**   296:15
**25,000**   318:5
**250**   123:24 125:4
   299:2 319:9
**250,000**   60:3
**2500**   216:3
**255**   133:21
**267,255**   194:20
**27**   186:9
**27th**   58:1
**28**   56:6 207:20
**28th**   175:12
**29**   67:3
**2:09**   261:8,9,13
**2:12**   261:8,9,13
**2:37**   148:1

**3**

**3**   1:14 6:4 7:20
   8:2 9:19 10:8
   93:11 184:4
   192:6 214:20
   217:3 219:9

**229:23 238:1**
   242:10,19
**3,000**   18:22
   64:17,23 65:1
   94:13
**3,100**   172:10
**3.13**   69:7
**30**   9:21 193:13
   195:13,20,25
   196:6 216:9
   263:3,6 275:10
   275:13 292:18
   296:15
**300**   161:12 269:7
   319:12,14
   335:13
**30s**   160:4
**30th**   176:23
**312**   195:4
**313,000**   195:4
**33**   158:23 187:12
**330**   335:12
**341**   181:11
**35,271**   274:25
**35,793**   275:2
**350**   182:25
**395**   9:14
**399,000**   54:9
**3:51**   148:1
**3rd**   3:13 59:6,21
   62:4 158:16
   175:19 219:19
   228:10 247:22
   258:21 294:10
   305:15 316:12

**4**

**4**   116:11 217:3
**4,926**   9:9
**4.38**   187:4
**40**   26:6 299:24
**40,000**   195:12
   201:21 205:24
   206:6 217:14
**40,279**   9:19
**40,396**   274:22
**400**   133:24
**400,000**   43:4
**407**   274:21
**414,192**   275:5
**416,458**   275:3,6
   275:19
**44**   184:17 187:22
   246:2
**45**   142:23
**45,000**   318:6
**46**   49:12 64:7
   187:14
**4:00**   43:24
**4:45**   93:19
**4:47**   148:1
**4th**   62:4 74:25
   75:6

**5**

**5**   48:23 68:12
   90:6 118:2
   219:10
**5.5**   50:2
**50**   44:16 277:17
**500**   134:9 250:3
**501**   184:4 192:6
**530,000**   187:25

[54 - absentee]                                                                Page 3

**54**   102:5
**55**   186:12
**56**   304:7 328:8
**57,000**   51:5
**581,467**   275:19
**5:41**   148:1
**5th**   80:3 203:18
   228:9,13 290:18
   310:14 316:13

**6**

**6**   75:23 219:23
   263:15
**6,000**   38:8 45:1
   94:14
**6.4**   42:17,22
   50:18 255:2
**60**   94:25 95:3
   100:15 101:1,18
   103:5 256:22
**600**   100:2,3
**600,000**   297:20
**62**   275:20
**66,000**   216:2
   225:7
**66,248**   9:2
**6:00**   318:4
**6:07**   24:7,10,17
   25:3
**6th**   59:11,22
   75:24 143:16
   151:2 219:7

**7**

**7**   90:6 181:8
**70**   187:8,14
   251:2 319:16
**71**   275:19

**74**   294:13
**758**   275:21
**78**   49:10 63:10
   63:18
**7th**   175:9 178:13

**8**

**8**   118:3 119:2
   214:4 264:5
   278:13
**8-22**   30:24
**80**   118:10
**81,502**   274:22
**827**   275:25
**827,000**   275:20
**827,758**   275:18
**8:00**   13:4 18:2
**8:20**   146:20
**8:21**   23:6
**8:23**   314:1
**8:30**   13:10 15:14
   22:24 37:9
   145:24
**8:50**   145:25
**8th**   61:24 219:5

**9**

**9**   225:16 310:25
**9,465**   172:9
**9,626**   143:5
**9/11**   79:23 251:5
**90**   171:21
**90,472**   274:23
**900**   145:15
   152:23
**90th**   264:8
**96**   263:10
**96,000**   51:15
   52:11 53:25

82:21
**96,600**   43:10,15
   52:12,21 74:3
   76:25 255:13
**96,660**   255:15
**98**   95:14 97:13
   97:24
**99**   108:20 283:7
**9:00**   311:10
**9:05**   63:10,17
**9:45**   90:12
**9th**   61:24

**a**

**a.m.**   18:8 19:25
   23:1 24:7,7,18
   25:3 35:18
   37:10 63:15
   90:6 118:3
   134:24 290:17
**aberration**   23:22
**abiding**   290:1
**ability**   145:8
   149:18 231:21
   231:23 300:19
**abject**   6:12
   245:9 266:6
**able**   26:3 28:11
   28:23 31:3
   43:14 63:19
   67:10 72:5 79:5
   104:17 105:2,3,4
   111:6,6 117:23
   128:5 132:7
   140:19 141:1
   143:15 144:18
   150:17 155:6,7
   155:11 163:8

177:22 180:1
185:12 201:4
235:5,5 263:1
268:8,16 269:18
276:11 292:15
293:4,10,10,12
293:14,22
311:15 313:5,8
313:10,12,16
317:6,8 320:15
328:14 331:10
332:4
**abm**   202:5
**abroad**   296:25
**absent**   199:24
**absentee**   12:3
   13:5 72:13 73:9
   73:10 75:21,22
   75:25 76:10,13
   76:15 81:8,10,10
   81:14,15,18,19
   91:13,17 92:1,18
   92:20 95:13
   107:4,18 126:6
   126:12,15 127:8
   127:9,10,16,17
   128:3,7 131:12
   131:24 132:3
   136:23 158:20
   171:17,18,22
   174:25 175:2,4,8
   178:6,7,12
   179:21 198:9,10
   202:10 216:21
   217:1,4 222:6
   223:9 230:10,12
   230:16 233:3,7
   234:12 274:6,7,9

274:10,19,21
277:19 290:13
290:20 296:23
297:19 310:7
311:8 313:6
**absentees** 76:6
137:3
**abso** 282:11
**absolute** 80:12
192:11
**absolutely** 87:24
171:9 204:1
206:9 235:7
253:25 266:10
272:12 289:7
306:16
**absurd** 321:11
**accept** 294:19
**accepted** 274:5
**access** 64:14
89:14 149:10,11
149:19 150:19
**accessed** 58:4
**accident** 317:14
**accidental**
256:16
**accidentally**
44:2 133:3
**accord** 219:17
244:8
**accordion** 98:23
**account** 76:18
**accountability**
124:10 306:18
306:22,22 307:5
307:10
**accounts** 185:20

**accurate** 48:9
132:20 151:10
325:21 335:4
**accurately** 29:1
**accused** 208:9
**acknowledges**
183:20
**aclu** 106:25
107:1 126:5
127:17 131:2,10
131:15,15,17,19
131:21 136:17
136:21 137:1
**acquired** 56:16
56:19 72:22
**act** 193:25,25
201:18 210:24
211:1,4 250:22
296:23
**acted** 308:12
**acting** 11:13
242:2,4,5
**action** 4:3 16:11
199:19 219:4,14
226:11 237:15
237:17 300:22
301:3 310:22
326:21 332:23
**actions** 328:4
**activists** 183:12
183:16
**activities** 246:10
250:23
**activity** 33:9
41:2
**acts** 325:11
331:18

**actual** 10:7 50:5
66:3 70:7 106:3
115:20 133:1
191:23 230:10
247:21 250:13
297:22
**adams** 104:10
105:19
**add** 62:17
112:16 137:3
140:12 218:6
275:4 323:10
**added** 80:22
231:16 275:5
**adding** 68:19
154:22
**addition** 19:11
109:11
**additional** 66:11
105:12 137:3
**address** 9:18
51:1 57:7,9
103:21 104:6
109:9 158:9
193:18,19,23
194:3,13,14,21
196:1 197:6,19
199:21,22
201:14,22
204:12 205:15
206:19 217:5
301:3
**addressed** 34:13
96:6 298:23
**addresses** 194:2
216:13
**adequately**
332:19

**adjourned**
334:24
**adjudication**
52:5
**adjustments**
333:3,4
**admin** 326:13
**administrative**
289:20
**administrators**
304:16
**admittedly**
325:2
**adopt** 218:4
**adopted** 224:17
**advance** 81:15
81:15 219:18
**advanced** 274:19
274:22 290:11
**advantage** 219:8
**advertisements**
188:11
**advertising**
191:13
**advice** 45:5
257:14
**advised** 45:7
261:22
**affect** 259:19
**affidavit** 21:23
36:12 47:4 57:6
126:11 137:12
143:24 145:12
157:19 175:3
179:23 181:10
193:6 202:9
265:7 268:13
271:18 272:3

**affidavits** 10:1
12:2 13:6 15:5
15:17 19:23
21:3 22:14,21
25:7 36:20 67:6
70:19 71:19
72:22 111:9
112:6 218:8
237:6 295:24
296:18 297:2
**affirm** 21:3
322:8
**afternoon** 5:8,21
53:23 116:16
325:7 329:20
330:3 332:15
**age** 9:2 194:8
200:9 208:7
**agencies** 278:21
**agency** 46:11
**agent** 199:3
**ages** 183:8
**aggregate** 79:9
**aghast** 94:22
**ago** 25:21 26:21
36:18 38:23
149:15 150:2
159:2 199:9
207:18 208:8
210:8 232:12
320:23
**agree** 224:2,6
240:21 251:9
268:12 309:4
323:15 330:16
**agreed** 142:18
**agreement** 56:23
216:17 217:8,9

222:7 229:19,24
230:7 233:1,13
233:23 235:13
235:18,23 310:5
**agreements**
57:10
**ahead** 2:1 20:14
83:16 89:19
107:25 121:5
126:25 129:11
133:4 136:19
138:3 139:25
174:19 180:25
225:6 233:19
243:9 244:23
297:10 316:25
**ahold** 104:16
**aimed** 210:24
**ain't** 285:6
**air** 104:25
**airplane** 288:12
**airport** 125:24
**aisle** 286:17
288:19
**alabama** 286:18
286:19
**alarm** 98:10
161:4,9,12,21,25
**alarmed** 159:12
**alarming** 145:16
**alarms** 98:11
**algorithm** 62:19
**alice** 295:13
313:19
**aligned** 185:1
**allegation**
234:25 235:7,10

**allegations**
38:22 234:11
245:8 315:12,15
321:21 327:14
**alleged** 71:20
**allegedly** 178:6,7
216:2 246:2
**allow** 79:2 85:12
194:7 201:17
212:22 215:12
216:9 230:11
233:11 294:18
295:2 298:6
308:4
**allowable** 60:5
**allowed** 10:15
60:3 129:20
139:8 140:5
144:13 145:3
186:3 196:7
215:25 216:4,9
216:14 217:16
225:1,5,8,9,18
248:2 259:17
269:10,14
**allowing** 230:21
232:5 255:7
302:10 307:21
308:22,24
333:24
**allows** 49:19
223:8 224:13
235:18
**alluded** 332:24
**alpharetta**
116:20 309:19
**alteration**
217:20

**altered** 216:20
**alternate** 26:9
295:16
**altogether** 43:13
**amazing** 48:25
96:12
**ambiguous**
238:1,4
**amen** 3:1
**amendment**
202:18 238:3,11
238:16
**amendments**
274:12 276:2
**america** 278:18
320:9 328:19
**american** 55:21
62:6,8 278:24
294:9 331:24
**americans** 290:4
294:14
**amick** 137:21,22
138:3,4,6,10,13
138:16,17
147:15 148:25
149:2,7,13
150:10,22 151:1
151:5,11,16
152:8,17 153:4,9
153:13,22
154:14,19
155:18,25 156:6
157:2,5,8 246:10
297:6
**amiss** 218:16
**amount** 92:17
155:2,3 243:12
314:21 320:24

**amounts** 185:21
216:1
**ample** 256:7
**analysis** 45:3
49:17,22 50:1,10
50:14,22 57:25
74:14,16 255:13
**anderson** 39:21
39:23 40:12,22
41:6 81:21,22
82:5,12,15,19
83:8,12 113:3,4
113:12,18,23
114:4,8,15,21,25
**angry** 294:1
**annette** 272:16
272:17,21 273:1
273:6,6 278:15
280:2,6,10,14,18
280:23 281:3,3,8
**annex** 285:20,21
**announce** 14:1
130:14 178:17
182:5
**announcement**
25:12 181:5
**anomalies**
213:10 218:7
**answer** 30:18,19
37:17 40:18
50:1 68:1 103:7
103:23 106:18
155:17 177:7
183:3 192:3
219:25 257:17
301:18 312:17
313:12,13,16
314:4,6 316:11

**answered**
108:11 109:6
222:24 271:7
**answering**
229:11 314:8
**answers** 175:10
175:18 176:4,7,9
177:6 274:11
315:20 328:20
332:4
**anti** 279:9
**anticipating**
107:3
**antrim** 44:25
58:1,21 59:4
**anybody** 24:19
94:5 95:20,25
111:1 119:13
121:8,9 150:7
177:5 197:15
267:24,24
322:18 324:8
**anymore** 134:21
203:11 256:11
**anything's**
114:17
**anyway** 88:16
120:18 133:5
**apart** 144:19
**apartments**
199:9
**apiece** 91:11
**apologies** 219:5
**apologize** 78:2
147:5 155:16
182:7 222:2,22
267:16 322:5

**appalled** 294:1
**appalling** 293:24
**apparently**
139:24 319:14
**appear** 71:13
**appearances**
327:14
**appeared** 38:18
43:19 73:10
282:14,16
**appearing** 108:3
**appears** 23:22
31:13 68:25
196:11 241:14
**applaud** 182:1
**apple** 105:11,12
**application**
223:9,11 230:16
230:19 232:9,15
232:21,22 233:3
234:2,5,19
235:16,20
**applications**
232:11
**applies** 203:6
**apply** 50:5
**appoint** 7:3
10:20 211:15
212:20 241:19
**appointed** 7:24
214:8 242:5,16
**appointment**
214:18,23
**appreciate** 32:15
33:20 42:4,6
115:4,24 135:12
137:17,18
138:17 157:2,7

179:12 192:15
208:19 227:24
227:25 229:11
253:11 258:3,9
258:17 260:2
272:15 280:9,20
294:21,24
301:20 306:2,4
307:15 312:8,11
316:22 329:22
334:15
**approach** 305:9
306:5
**approached**
267:25
**approaches**
264:8
**approaching**
264:12
**appropriate** 4:3
73:22 235:5
334:8
**approved** 217:21
**approximately**
8:16,17 13:11
21:6 37:12
43:22 52:9
117:11 118:4
133:18 146:15
151:15 172:10
194:20 195:4
201:21 216:2
**approximating**
153:24
**apron** 16:18
23:13
**arbiter** 86:3

**archive** 64:11
**arduous** 164:18
**area** 16:9 29:2
  151:19 238:25
  249:3,13 277:10
  277:13 283:9,13
  283:14,23
  285:11,12,14,15
  287:18,19,23
**areas** 51:17
  185:22 307:8
**arena** 11:16
  14:20,22 16:1
  21:14 22:20
  34:20,20 35:4,6
  39:17 63:12,16
  109:19 117:15
  119:24 143:17
  149:22 247:13
  247:13 290:18
  315:23 321:7
**arguably** 204:15
**argued** 65:14
**argument** 182:3
  182:17 204:16
  220:12,13
  222:21,21 228:4
  237:18 238:6
**arizona** 44:20
  66:15 67:7 68:4
  71:4 77:20
  256:18
**arlo** 140:15
  153:14 267:2
**arm** 256:24
  305:7
**arms** 322:18

**army** 55:12
**arrangement**
  142:20
**arrival** 290:21
**arrive** 112:19
**arrived** 21:6
  140:2 160:5
  290:18
**article** 7:9
  211:14 214:19
  217:12 227:6
  241:23 244:7
**artifacts** 64:5
**ascertain** 141:22
  150:17
**ashamed** 294:4
**aside** 299:3
**asked** 28:10 51:2
  69:24 76:24
  88:13 89:25
  90:15 95:4
  107:15 169:1
  170:2 171:19
  175:16 176:18
  198:5 207:15
  267:9,13,19
  274:16 275:20
  277:5,5 284:9,20
  288:22 290:21
  291:5 292:22
  308:1 312:4
  319:22 332:4,12
**asking** 2:3 6:20
  101:1 112:23
  136:3 155:13,16
  283:16 319:20
  333:23

**assembly** 281:10
  330:18
**assign** 51:19,25
  52:7 62:19
  220:16
**assigned** 52:22
  326:13,15
**assigns** 210:14
**assistance** 47:23
  105:12
**assistant** 90:1,8
  163:19 175:19
  279:6,7 289:20
**associate** 279:6
**associated** 154:1
  154:3 185:15
**association**
  183:18
**assume** 48:1
  114:20 198:21
  236:18 237:6
**assumed** 131:20
  131:21
**assuming** 96:23
  238:23
**atlanta** 95:2,3
**attach** 255:17
**attached** 176:21
  235:8
**attack** 58:16
  77:13,15
**attacked** 301:2
**attended** 125:22
**attention** 99:17
  99:24 131:1
  167:10 193:11
  210:13 211:1
  219:24 259:21

  282:1
**attesting** 10:3
**attorney** 11:6
  107:1 207:23
  220:21 227:9
  279:5,6,7,11
  293:5 299:25
**attorneys** 137:2
  279:10
**attributed** 62:5
**attributes** 62:4
**auburn** 286:18
  286:19
**audit** 3:17,20
  47:9 65:25 66:3
  66:5,22 67:9
  70:1 72:2 77:5,6
  77:9 82:9 90:3
  140:23 150:25
  305:15 317:18
  317:19 321:4
**auditing** 72:3
  78:12
**auditor** 261:10
  261:11,12,14
**auditors** 262:7
  263:5 268:17
**audits** 70:6
**august** 193:17
**authenticate**
  154:7
**authenticity**
  143:11 144:14
  144:22
**authorities**
  33:22 170:1
**authority** 120:13
  211:19 212:19

214:3 216:1
217:12 218:10
221:14 222:18
227:6 228:22
229:2 236:6,18
242:6,24 244:6
278:16
**authorization**
82:11,17
**authorizes**
210:18
**available** 128:7
147:7 181:14
194:6 204:13
327:6
**averaged** 186:20
**avoid** 24:19
**awake** 266:14
**aware** 7:2 26:6
65:14,20 75:19
75:25 198:4,7,18
220:23 222:8
226:4 234:4,9,10
262:7 271:13
**awesome** 66:4
331:8

**b**

**b** 105:20 125:9
133:9 266:17
**back** 13:16,21
14:20 15:14,19
17:6,9 18:3
19:16 21:1 22:4
22:24 23:1
24:14 27:15
29:21 30:19
31:15 43:12

44:4 48:10,20
49:4 52:14 53:7
53:8,9,23 54:1
56:3 59:10
74:13 93:20
109:13 110:1
113:6 119:14
120:1,16,20
125:14,18,20
127:16 130:7
132:10 134:23
141:17,20
142:18 143:8,16
144:8 146:4
147:2,23 148:2,3
148:6,17 151:18
152:21 154:12
154:21 155:5
156:9 167:24
170:16 175:18
176:13,20 177:7
180:24 198:16
206:1 207:22
210:22 211:24
212:20 214:20
215:4 217:23
227:13 228:7
234:20 240:6
245:5 249:6
253:6 257:16
261:24 264:19
266:16 267:1
274:15 285:13
286:19 289:25
293:15 304:6
309:25 310:1,12
310:13,14,25
312:18 313:23

323:2 324:10,16
**backed** 186:1
**background**
55:12 163:21
209:13
**bad** 299:14
**badge** 139:5
**bag** 129:18,19
129:23 166:23
166:24 288:9
**bagging** 164:22
**bags** 44:8 166:21
167:2,6 169:14
169:20 170:17
171:2 283:10
287:11,13,13
**balance** 329:8
**balanced** 307:25
**balding** 105:20
**ballistics** 78:17
**ballot** 29:4 51:19
52:5 53:6,23,25
59:15 63:8,17,22
63:23 64:12
65:25 67:5,5,6
70:2 75:1,2,21
75:23 78:10,15
78:17,23,23
80:15 88:23
89:5 91:17
92:11,21 94:18
94:24 96:24
97:7,9 98:1,2,14
101:6 102:10,24
106:3,10,13,17
106:19 107:9,18
108:21 118:18
120:8 121:16

123:2,21 124:12
126:12 127:9,10
128:3,13 129:5
129:21,21,24
130:5,15 132:3,5
136:6,8 137:13
143:10 144:16
145:4 152:22
158:18 162:24
162:25 163:23
165:7,8,10,13,15
165:17,21 171:4
174:25 175:4
177:25,25 178:3
178:7,12 179:21
195:14,22 198:9
198:10 202:17
217:1 223:9
225:17 230:10
230:10,13,16,18
230:19 232:17
233:4 234:2,20
235:16 255:15
257:3,4,5 274:6
274:9,10 275:22
275:23,24 291:2
291:2,11 297:19
309:24 313:6
333:8,8
**ballots** 8:17 9:7
9:15 10:8 12:3,4
13:5 16:11,22
17:1,8,13,16
18:5,18,19,23,25
19:9,13 20:22
23:4,9,15,21,23
24:12 30:21
31:2,11 34:23

**[ballots - believe]** Page 9

35:20 37:15
38:4,8 41:4
42:21,23 43:10
43:13 44:7,8
50:21 51:11
52:13 53:17
59:7 60:4 63:21
66:3,6,11,13,19
66:24 67:8,10,11
69:5 70:7,14,16
70:20 71:21,23
72:6,6,12,13,19
72:21 73:7,9,10
73:11 74:2,4,5,9
76:11,11,13,14
77:21,22 80:15
80:16 81:8 83:2
83:3,6 91:9,13
92:1,7,18,20,25
93:5 94:11,17,23
95:13 96:6,21
97:12,14,24
100:1,3,15 101:1
102:6,24 103:5
103:19,19,20
106:9 107:4,5,7
108:10,13 109:7
109:12 110:14
111:1,17 116:23
118:5,6,7,9,11
118:11,15,23
119:1,7,12,13,15
119:22 120:16
120:17,21,22,24
121:1,22 122:1,4
122:15,17,17,24
122:25 123:1,7,8
123:12,14,18,23

124:1,8,15,16,23
124:24 125:5,6,7
125:9,25 126:7
126:15 127:7,8
127:16 128:8,18
128:21,23
129:13,15 130:7
131:11,12,25
132:1,17,20,22
134:9 136:2,3,4
136:4,23 141:18
143:20,21 145:1
145:3 147:19
158:20 162:21
163:1,2,5 165:25
166:11,20,25
167:5,24 168:6
168:12 169:8
170:8,12,16,20
171:6,9,18,23
172:18 195:12
205:9 214:13
216:15,21 217:4
217:14 220:24
221:6 222:6
225:20 234:13
237:22,23
245:22 246:25
247:10,11,14,21
249:16,21 255:9
257:8 263:5,15
263:24 264:2,22
266:22 268:14
268:20 274:7
275:9,13,17
276:1 277:20
282:15 283:23
290:13,20 291:8

291:9 296:20,21
298:3,13,15
310:7 311:8
317:18 318:12
318:12,20
319:17 329:2
**ballpark**   54:11
141:3
**baptism**   322:24
**bar**   236:2,6,7
**barbados**   57:8
**barcelona**   61:20
**barcode**   66:1
**barn**   159:24
**barr**   220:22
299:25
**barron**   144:4
**based**   19:15 22:1
71:19 74:16
141:25 156:7
236:22 237:2
238:21,22 239:3
241:19 259:5
304:23
**basement**   262:24
**basic**   57:5 83:3
**basically**   20:8,19
42:15 46:5 56:4
58:20 59:25
60:3 80:13 84:2
145:21 153:24
203:23 266:8
268:6 285:23
286:4
**basis**   13:9 48:13
85:14,17 108:14
238:20 304:14
331:24

**batch**   91:9,11,14
93:5,7 94:23,25
95:5 100:7
102:24,24
108:18,19,23
110:1,8 123:14
153:25 155:2
267:18,20,22
277:17 286:11
286:12
**batches**   91:10,12
100:3 276:22
**battleground**
183:25
**battles**   183:22
**beach**   35:11,12
35:15,23 62:24
62:25 63:6
64:16 65:3
266:1 308:20,21
314:20 316:18
320:21 330:11
334:13
**becoming**   262:7
**began**   44:23
57:12 92:12,16
99:25
**beginning**   88:20
245:3
**begins**   219:23
**behalf**   145:4
232:15,16 304:9
330:23,24
**believe**   19:5 22:5
39:6 56:6 64:2,7
66:5 76:13
90:12 95:2
132:12 134:16

**[believe - bogus]**                                                        Page 10

145:21 151:8
171:10 190:11
191:14 197:9
198:12 209:23
223:18 224:10
241:8,22 245:11
258:20,22 259:8
259:9 269:1
308:2 313:21
320:16,17
**believing**  205:24
**belong**  104:5
**benefit**  183:22
**benson**  209:20
**best**  46:4 83:22
84:22 105:8
228:11 257:25
294:15 319:25
328:6
**better**  5:13 28:1
28:6,9 32:15
46:16 85:2
160:25 186:10
189:10 202:21
299:13,17,18
310:21 312:16
321:12,12
322:21
**beyond**  19:6
115:19 156:3
306:20
**bibb**  111:16,17
**biden**  8:16 43:3
44:15 45:1 48:6
48:13,23 49:9
54:5 65:22
92:14 108:25
141:5,10 143:2

145:15 153:15
155:3 186:9,12
186:12,16,23,25
187:12,12,18
247:1 250:7
261:15 264:6
274:21,22,24
275:1
**big**  11:25 44:3
45:5 54:2 82:2
88:23 94:16
113:16 146:11
159:16,25
165:23 166:11
173:4 259:20
300:21 318:16
**biggest**  61:6
186:17 216:16
222:4
**bill**  2:6 24:4,9,21
25:1 92:4,4
100:13,18,22
101:3,22 102:18
102:21 103:2,9
104:22 105:22
126:24 127:4
128:6,14,17,22
128:25 129:4,14
129:22 239:14
239:19 241:2
243:2 270:4,10
270:15,19,21
323:8
**billionaire**
182:25 184:12
186:1
**bills**  59:20

**bin**  166:23
276:16,23 277:2
**bins**  166:10,15
166:16 276:13
276:14,18
**bipartisan**
249:18,20 259:1
322:7
**birmingham**
139:4
**birth**  178:17
**birthday**  9:4
179:7 225:6
**bit**  21:11 32:15
55:8 69:21
106:18 117:21
130:8 148:5
149:16 174:10
210:16 229:20
238:3 264:9
268:3 273:10,10
322:23
**bite**  170:23
**black**  17:12 18:6
31:10 82:3
**blacker**  85:7
211:23
**blake**  27:19,22
28:5,17 29:16,19
30:9,16 73:16
76:23 77:25
78:4,8 79:1,4,12
79:15 152:16,20
153:7,10,17
154:9,16 155:12
155:19 156:4,25
207:2,3 312:3

**blanket**  152:4
**blessed**  2:10
**blessings**  2:8,24
**blind**  173:3
**block**  96:9
**blocking**  318:14
318:17
**blog**  327:4
**blonde**  14:1
15:21 16:18
18:7 21:20,24
22:3 23:10
**blown**  301:22
**blue**  16:18 23:13
167:18 293:17
296:16
**bmd**  103:7
**bmds**  88:23
94:24
**board**  48:24
53:2,3 59:18
102:7 125:22
133:12 170:7
225:23 226:10
234:7 279:23
290:19
**bob**  175:25
**bobbling**  100:20
**bodies**  241:12
**bodison**  175:20
**body**  6:25
227:20 228:12
231:7 242:4
243:22 257:24
273:8 298:8
**bogus**  199:15
200:22

**boiled** 193:8
**boils** 332:5
**bombshell**
  321:13
**book** 90:19
  123:20
**boost** 186:4
**boosting** 185:2
**bore** 49:17
**bosses** 262:8
**bothered** 120:13
  159:13 322:17
**bottom** 3:25
  31:16 32:3,5
  108:6 122:19,21
  154:6 276:25
  282:12 298:21
  299:12 315:2
  322:19
**bought** 285:1
**bound** 90:20
**bounds** 231:19
**box** 9:9 90:11,16
  90:17,18,19 91:1
  91:9 94:15,18
  100:14,16 101:2
  101:3 102:24
  109:16 130:5,12
  130:15 142:16
  142:21 152:22
  153:8,19,25
  154:11,20
  194:16 255:15
  277:7,9 329:2
**boxes** 31:12
  37:15 44:9
  49:20 94:19
  143:10 170:17

170:22 171:2
  216:14
**boys** 308:11
  325:15
**brad** 300:1
**braids** 14:1
  15:22 16:18
  18:7 21:21,24
  22:3 23:10
**branch** 231:20
**brand** 324:23
**brandon** 35:12
  35:15,23 62:25
  63:6 64:16 65:3
  308:21
**brass** 36:24 37:4
  37:5,7,13,19,25
  38:3,9,12 107:24
  109:23,24 110:6
  110:12,18 206:4
  206:5,10,16,23
  208:22 233:16
  233:17 302:13
  302:14 305:2
  309:5 315:16
  332:8
**breaches** 66:18
**bread** 185:7
**break** 22:17,18
  22:18 24:6,10,13
  25:6 120:21
  164:10 174:3
  178:15 180:17
  189:16 192:19
  202:20 327:10
**breakdown**
  202:4

**breakdowns**
  269:3
**breaking** 288:16
**breaks** 167:15
**bridget** 116:3,3
  116:6,7,10,12,15
  116:19,19,24
  117:2,6,9 119:20
  120:11 125:4
  127:3,11 128:12
  128:16,20,24
  129:3,7,17 130:1
  131:5,17,20,23
  132:21,24 133:8
  133:15,20 134:5
  134:10,15,19
  135:3,9,25 136:9
  137:11,18 247:8
  285:7 287:5
**brief** 65:7 138:9
  289:15
**briefcase** 129:16
**briefly** 46:3
  148:7 226:3
  289:23 290:16
**bring** 2:22 86:22
  104:3 108:4
  132:1,5 151:22
  167:2 168:3,24
  268:22 279:15
  282:1 314:9
**bringing** 19:13
  136:3 168:16
  279:12
**broken** 173:9
  276:13,14
**brother** 292:1

**brought** 2:20
  72:10 104:3
  119:23 147:9,9
  156:9,13 166:25
  168:9,25 199:5
  213:18 279:18
  285:5,10 315:11
**broward** 311:4
**bubble** 92:10,11
**bubbled** 92:9
  274:11
**buck** 187:11
**budgetary** 188:9
**build** 183:11
**building** 57:8
  121:11 133:9
  159:20 160:1,6
  160:11,14,20
  161:23,24 231:3
**built** 235:21,22
  333:12,13
**bullet** 78:17
  131:8,10
**bulletin** 99:12
**bummer** 118:13
**bump** 50:2
**bunch** 95:10
  107:19 263:21
  324:3
**burden** 233:4
  234:13
**bureau** 279:10
  305:13,14
**buren** 158:15
**burn** 288:14
**burson** 248:6,9
  248:14,15,20,22
  248:25 249:1

253:12,16 256:1
257:12 258:4,6
258:13,14,14,22
259:8,25
**burt**  33:2,14
67:17 68:16
69:11 205:7,22
206:2 227:23,24
229:10 314:15
314:18
**bus**  304:14 322:5
**bush**  211:5,24
212:6 213:4,19
215:18 239:3
240:8 310:24
**business**  45:10
57:7,10 203:10
266:12 304:16
320:8
**businesses**
252:15
**busy**  15:3
**butter**  185:7
**button**  229:16
**buying**  65:11,15
**buzzed**  121:8

**c**

**c**  184:4 192:6
260:16 335:1,1
**c3**  184:7,13
189:4,12,12,13
**c3's**  189:2
**cabinet**  130:4
**calculate**  62:18
**california**
259:22

**call**  2:2 31:10
87:12 105:12
107:17 113:19
113:21 114:2
127:12 134:9
148:8 157:10
168:1 176:3,13
177:4,7 221:1
240:1,16 241:13
242:22 248:6
259:15,16
266:24 281:12
284:12 286:25
300:8,13 308:14
309:17 321:4,5
**called**  49:16
56:17 57:1
59:10 89:24,25
123:25 128:10
128:19 141:15
144:11 160:7
175:7,15 178:10
184:4,14 185:1
190:7,9,11
203:24 211:22
261:15 270:5
271:17,18,22
287:14,15 308:3
311:10
**calling**  127:21
217:25 262:8
266:20 300:11
**calls**  231:15
241:10 284:12
309:13,15,16,18
312:14,21
**camden**  187:10

**camera**  287:21
**camera's**  324:5
**cameras**  34:14
35:1 283:15
284:4 290:24
**campaign**  55:22
188:22
**cancel**  43:14
137:3
**canceled**  3:9
107:8
**canceling**  9:11
**candidate**  62:12
69:8 80:16,17
95:15 123:3
143:14 183:11
186:8,9,18
226:15,19 273:8
273:12 281:4
304:22
**candidates**  69:6
154:4 185:10
**cans**  44:9
**canvas**  166:21
166:23,24 171:2
297:8 312:24
**canvassing**
155:21
**capabilities**
326:10
**capability**  46:14
82:24
**capacity**  242:2
**capita**  187:3,7
**capital**  182:11
185:11 282:5
304:11

**captured**  185:20
**car**  121:20 160:5
162:5 167:25
169:6 260:19
310:1
**card**  59:11 106:9
130:9 132:4
133:5 153:2
165:6 174:24
175:5 180:1
206:14 223:12
232:7,8,19 234:6
234:23 309:24
**card's**  120:15
**cardboard**  44:9
90:17 170:17,22
171:1
**carden**  83:15
110:20,21 111:5
135:17 136:7
203:16 204:20
281:15 289:10
305:22 307:20
**cards**  89:13,14
99:13 106:16
130:7 164:4
285:8
**care**  158:24
159:1 172:19,20
172:21 173:2
273:20,20
**careful**  233:9
287:11 325:25
**carefully**  17:24
23:21 257:1
**carl**  251:2
**carolina**  71:2
207:21 212:14

225:15 226:4
carolyn  83:24
carried  187:12
  187:14 247:4
carries  285:19
carroll  187:10
carry  165:13
  256:13 285:21
  312:18
carter  284:11,17
  284:22
carts  94:20
case  11:13 48:19
  95:12 97:12
  112:7 118:16
  119:2 122:1
  140:22 147:18
  164:22 205:16
  207:19 211:4,22
  211:24 213:8
  240:11 242:9
  261:5 279:15
cases  42:13 43:2
  49:1 198:19
  199:16 213:13
  266:22 268:6
cast  8:22 9:7,15
  10:8 45:2 63:17
  69:4 70:2,17
  73:7,9,11 75:21
  84:12 129:21
  132:3 145:4
  178:12 195:12
  195:14,22 196:2
  196:3,8,12
  200:16 202:16
  216:10,14
  217:16 219:13

225:20 247:21
  255:14 275:17
  333:7
casting  200:14
  221:6 294:10
casts  145:3
cat  260:16
catch  15:8
  143:15 177:14
  265:17 297:10
categories  275:5
category  108:15
  274:3
cattle  304:15
caught  131:1
  155:22,24
  177:22 261:17
  297:8,16
cause  44:23
  78:11 127:5
  271:16
caused  251:5
causing  250:17
caveat  318:25
  319:1,3
cell  309:13
census  47:21
  158:25,25
center  14:14
  95:1 101:5,13
  102:14,22
  109:18 124:9
  125:3 133:9
  159:1,22,23,25
  175:8 178:11
  182:11 184:14
  185:11,13,14
  188:6,7 209:20

262:24 263:19
  266:19 282:25
  284:15 287:6,9
  287:15 288:4
center's  184:24
centers  75:1
  101:14
central  14:14
  57:25 59:5
ceo  183:1
certain  48:14,15
  216:19 249:19
  252:1,2 256:12
  307:7,8 326:15
  326:16
certainly  6:19
  19:6 36:2 97:11
  127:2,5 143:11
  149:22,23
  150:14 156:2
  193:10 219:11
  229:2 241:15
  289:17 325:8,12
certified  117:23
  214:15 215:5,9
  218:23 237:23
  237:24
certify  6:16
  85:18,19,20
  245:12 335:3
certifying
  301:19
cetera  48:3 88:6
  123:5 267:2
chain  17:18
  29:25 30:20
  59:8 66:18
  71:13 88:19

90:25 164:3,7,12
  164:19 169:1,3,4
  169:11,12,16
  170:4,18 264:21
  268:2 332:17
chair  75:11
  173:1 229:15
chairman  2:1
  3:2 5:1,4,9,12,17
  5:24,25 11:4,8
  11:23 12:15,21
  13:12,14 20:6,10
  20:13 24:2,5
  25:2,16 26:13
  27:9,16,20,23
  28:3 29:16,18
  30:2,7,13 32:17
  32:25 33:3,15,18
  34:7,10 35:10,14
  36:5,9,23 37:2,6
  37:8,11 38:13
  39:20 41:7,13,17
  41:20,24 45:13
  54:13,19,22 55:1
  55:5 57:18
  62:23 63:3 65:4
  65:7 67:15,18
  68:17 69:12,13
  69:18,20 73:2,6
  73:14,19,20,24
  75:14 76:21,24
  79:2,3,16,19
  80:7,8,23 81:1,3
  81:6,20,23 82:14
  83:14 86:10,14
  86:19,23 87:1,6
  87:17,22,25
  96:15,18 100:11

**[chairman - cherokee]**                                             Page 14

107:21 108:2
109:2,3,21,22,25
110:19 111:21
113:2,6 115:1,6
115:10 116:1,5,8
116:12 126:21
130:19,22
135:15,18
136:12,18
137:10,15,20,24
138:2,5,7,11,14
147:11 148:20
148:24,25
152:13,18 157:1
157:6,9,21,24
158:2,5 163:11
163:17 171:14
173:20,25 174:4
174:7,9,18
177:11,14
178:15 179:17
180:15,22
181:19,21 182:4
182:8,14 188:20
189:24 192:12
192:18 196:16
196:19 203:13
203:14,17 205:5
205:8 206:3,6,25
208:17,21 209:4
210:2 220:1,5
226:4 227:21
229:13 233:15
233:18 236:8
239:12,15
240:25 243:3,7
244:11,16,17,22
244:24,25 248:5

248:8,17,21,23
253:9,14,17,18
253:22 254:11
254:13 258:2,8
258:11 260:1,5,8
260:12 265:9,13
265:14 270:2,24
272:6,10,14,19
272:22 273:4
278:14 279:25
280:3,8,12,16,22
281:1,6,11,15,17
281:20,21,25
282:4,19,22
283:1,20 284:2,5
289:4,8,12
294:23 295:8,11
300:7 302:11,12
302:14 303:19
303:24 305:2,18
305:21,24 306:2
307:13,18,21
308:18,19,22
311:24,25 312:4
314:7,11,12,16
314:19 316:21
316:23 317:2,4,7
323:5,6,9 326:15
329:11,14,15,21
333:25
**chairmen** 330:1
**challenged**
237:16
**challengers**
216:19
**chance** 33:24
80:4 178:8
249:22

**change** 9:18 15:2
80:2 141:25
153:1 193:19
194:3 196:1
197:19 201:13
201:14,16,21
203:7 222:5
223:15,16,23
224:16 231:1,8
231:22 232:4
299:21 300:9,16
307:3,3,6 319:2
319:8 320:10
322:22 323:4
**changed** 8:18,19
59:20 121:22
142:5 156:19,19
217:7 222:25
223:4 229:21
230:6 298:5,5,8
320:23 328:1
**changes** 58:18
194:12 205:16
223:25 259:18
300:20
**changing** 199:22
222:17
**chapman** 209:17
**characteristics**
183:7
**charge** 34:14,16
34:17 134:3
261:22
**charged** 320:5
**charitable** 184:5
**chasers** 85:13
**chasing** 204:11

**chatham** 249:2
**chavez** 56:5,11
57:14 84:3
**chavez's** 56:9,12
**cheap** 123:23
**cheated** 286:23
**check** 124:9,14
124:21,21 125:1
125:2 174:22
180:10 223:18
224:6 225:11
230:1,20,21,22
230:22 231:10
234:1,1,15,18
235:6,14,21,22
249:20 252:21
262:16 268:21
**checked** 124:11
162:2 224:13,21
234:5,21 262:14
262:23 264:16
267:10,15
276:25 309:24
**checking** 124:17
164:20,21
249:14 250:6
251:11 261:16
261:19,21,25
262:4 264:14
**checks** 230:3,5
230:24 231:9
285:24
**cheeley** 175:25
176:1
**cheered** 160:15
171:3
**cherokee** 187:7

**[chi - code]**                                                                    Page 15

chi  49:16 50:14
chicago  122:14
chicken  304:14
chief  175:15
  239:5,6
child  187:5
chilly  161:18
china  83:2
  251:14
choice  7:23
  144:16 214:7,16
  242:14
choices  144:8
  145:4
choke  136:21,25
choose  7:1 8:6
  85:9 186:3
  212:2,14 219:15
  307:12
choosing  7:22
  210:15 212:11
  212:17 213:13
  213:25 214:6
  215:13,22
  217:21,24
  221:12 227:20
  229:5 242:3,13
chose  23:18
  150:16
chosen  213:3
  228:23 244:8
church  99:12
circle  191:17
circuit  236:6
circulated  17:10
circumstances
  200:17

circumvented
  188:23
cites  8:11
cities  249:9
  250:15 256:12
citizen  259:5
  290:2 296:22
citizenry  331:25
citizens  3:13,15
  4:7 67:11 183:3
  256:9 302:20
  304:19 306:11
  331:23 334:2
city  102:7 249:7
  249:10 293:5
civic  184:14
  185:13 246:5
  334:6
civil  3:12 278:22
  279:8
civility  2:19
claim  147:18
claire  281:13
clap  273:9,9
claremont
  209:21
clarification
  81:7,17
clarify  111:19
  134:25 136:16
  146:20 151:8
  152:2 153:5
  177:20 210:25
clarifying
  135:13 232:2
clarity  56:25
  60:25 61:1,8,18
  69:1

classes  129:8
classified  58:25
clause  257:23
clayton  187:1
clean  207:7
  324:8,23
cleaned  311:5
cleaning  200:19
  201:19
clear  13:1 14:8
  16:22 22:20
  25:9 26:10
  70:22 85:6 86:8
  90:21 111:20,25
  127:13,24
  137:12 200:15
  228:16 245:23
  245:23 249:20
  257:14 258:25
  299:10 303:5
cleared  15:10
  18:10,21 21:5
  43:24 132:4
clearer  43:12
clearing  22:19
  126:12
clearinghouse
  201:8
clearly  22:1
  30:21 86:2
  217:6 223:8
  246:3 264:23
  269:22 300:14
clears  14:4
clerk  126:8
  127:17 131:11
  131:17,18,19
  277:18

clerks  126:5
click  60:21,22
  167:14
climate  160:19
  160:21 161:3,6
close  12:6 23:18
  55:11 90:11
  152:19 181:2
  191:17 196:13
  252:18 260:4
  262:21 267:22
  293:1,7,22 295:2
  298:12 312:6
  316:24 334:1
closed  164:16
  177:3 292:13
closely  292:16
closer  28:4 30:5
  111:23 248:18
  293:19
closest  84:23,24
  257:24
closing  281:18
  302:11
coa  198:8
coast  16:22
cobb  186:22
  260:21,25 261:2
  269:13
code  7:11,15,20
  8:12 10:4,10
  56:2 57:11 64:7
  131:13 133:25
  137:9 219:10
  230:4 231:25
  242:20 247:22
  327:5

**[coded - complied]**                                                Page 16

**coded** 206:18
**coffee** 162:24,25
  163:2
**cold** 160:1,6,20
  161:23
**colleagues**
  110:22 189:9
  295:11 301:5
  306:7 307:16
  309:5 331:17
**collect** 126:11
  166:1,10,12
**collected** 181:12
**collecting**
  139:24
**college** 209:24
  232:13
**colonel** 44:21,21
  63:1,7 74:1
  83:18 111:20,25
  312:19 326:24
**color** 154:2
**colorado** 209:20
**column** 200:5
**combined**
  218:13
**come** 2:18 13:16
  15:14 17:19
  18:14 21:1
  30:22 32:7 44:4
  61:13 77:10
  82:23 90:15
  93:20 103:5
  110:24,24 113:1
  117:17,25
  128:13,14
  134:23 142:23
  161:6 163:8

  168:13,14
  170:16 173:4
  178:18 180:23
  181:1 184:25
  192:22 198:16
  201:10 250:9
  251:19 262:13
  262:15 273:7,9
  275:21 308:13
  314:1 323:2
  324:8,23 326:4
**comes** 14:1 23:7
  91:17 165:4
  239:23 264:10
  285:12 318:15
  320:12
**coming** 3:3 17:9
  31:2,4,9,14,24
  32:8 44:7 45:6
  46:23 107:5
  136:2 161:17
  181:3 203:21
  207:22 228:9
  289:6 291:9
  302:1 316:4
  331:7,19
**commended**
  330:4
**comment** 65:7
  65:24 112:16
  306:7 323:14
**comments** 113:7
  322:5 330:16
  331:20
**commission** 25:2
  102:8
**commissioner**
  170:7

**commit** 90:7
**committed**
  278:22
**committee** 3:19
  4:19 5:25 11:3
  24:5 41:25
  45:20 47:24
  49:17 88:3
  108:3 111:7
  180:23 181:13
  193:5 216:19
  228:1 244:16,25
  282:2 302:17
  304:3 305:5,6
  307:15 312:8
  314:9 315:1
  325:1 326:3,15
  328:22,23
  329:23 333:17
  333:18
**committees**
  65:10 215:10,15
  334:18
**common** 56:1
  58:24 62:7
  118:11 256:19
  257:2 315:7
**commonalities**
  57:9
**communicate**
  105:5
**communications**
  112:13,13,14
**community**
  252:17
**companies** 45:10
  55:25 61:20

**company** 45:7
  53:9 56:7,17,20
  57:1 60:11
  61:16
**compare** 115:23
  230:11 234:2
**compared** 43:6
  47:16,17 50:2,3
  50:4 149:11
  187:8 232:18,21
**comparing**
  230:17
**comparison** 47:4
  47:5,7 186:10
  225:14
**complaining**
  148:9
**complaint**
  176:25 273:16
  277:23,25
**complaints** 3:21
  277:24 299:2,12
**complete** 21:17
  52:17 277:7,9
  298:19
**completed** 20:21
  194:17
**completely**
  110:8 121:2
  170:12 294:11
**completion** 3:19
**complexity**
  65:16 84:22
**compliance** 10:9
  161:7,14,21
  247:22
**complied** 214:1
  216:7 221:25

224:18 225:4
234:17 244:4
**compliment**
115:20
**complimenting**
306:4
**comply** 221:7
**compromised**
310:10
**computer** 55:14
58:23 65:13
105:11,15
140:18 155:4
**computers** 61:11
106:23 296:24
**concern** 31:6
126:3 127:6
128:7 142:15
144:25 162:1
190:13 197:15
**concerned** 47:8
123:18 126:3,8
126:13 148:10
156:7 287:20
**concerning**
115:14 125:11
145:17
**concerns** 6:2
77:7 115:12
125:14,16,20
126:17 145:13
147:19 191:24
193:1 259:14
298:21 312:25
**concert** 266:13
**concerted**
256:12

**concise** 260:24
**conclude** 134:14
256:7
**concluded**
119:17 135:2
**conclusion** 26:15
71:25 218:15
240:20 247:20
**concur** 180:9
**concurrent** 32:4
**concurring**
239:5
**condemning**
331:17,21
**condition** 129:4
**conduct** 6:14
55:18 245:11
270:6 317:15
325:20
**conducted** 40:6
57:24 66:22
212:24 218:21
226:20 237:3
243:1 332:13,14
**conducting** 7:13
214:12 254:9
**conference** 82:2
319:4
**confidence** 4:9
304:19 309:9,10
318:18 333:5
**configuration**
167:12
**confirm** 165:19
235:12
**confirmation**
194:3

**confirmed** 14:21
211:8 298:16
**confirming** 10:3
269:17
**confirms** 261:12
**conflict** 243:14
**conflicting** 35:25
**confronted**
240:10
**confuse** 256:10
**confused** 69:21
227:10 301:16
**confusing** 12:25
17:11 28:24
31:20 295:15
**confusion**
238:15
**congratulate**
42:7 254:10,11
**congress** 7:7,18
133:9 189:9
210:23 219:12
219:22 237:21
237:21 238:8
257:23 262:24
266:18 282:25
284:15 287:6,9
287:15 288:3
**congressional**
225:16
**congresswoman**
83:24
**congruent** 32:7
**connect** 56:15
**connected** 56:1
105:1 106:4
107:12 112:4,11
183:16

**connection** 84:3
**connections**
112:2,9
**conscience** 4:8
**conscientious**
246:19
**consecutive** 32:4
**consent** 223:7,7
223:22 224:12
224:15 228:6,17
228:19 229:3,7
230:6 233:23
**conservative**
189:11
**consider** 6:1
58:3 84:11
188:15 276:4
305:11,16
**considered**
52:23 277:8
**considering**
65:11
**considers** 277:7
**consistent** 15:4
15:17 19:3
319:3 320:19
**consolidated**
88:12
**constituencies**
330:23 333:22
**constituency**
304:7
**constituents**
304:8 312:15
313:14,17,24
314:9 315:21
317:11 330:14

**constitute**
160:21
**constitutes** 255:8
**constitution** 7:3
7:9 8:8,9 10:18
10:18 85:9 86:1
210:7,14,17
211:12 212:2,3
227:6 228:25
229:1 236:19
239:23 240:13
240:15,17,18
241:8,23 242:1,7
244:7 257:18
278:17
**constitution's**
217:11
**constitutional**
3:6,24 6:24
209:16 211:19
212:16 213:15
220:12 228:2
246:7 247:18
254:17 257:16
**constrain** 228:22
229:4
**constrains** 229:2
**construction**
304:15
**consultant**
122:10,12,13,23
**consumer**
264:10 278:12
**contact** 39:16
105:2 142:5
267:13 272:7
**contacted**
204:14 334:4

**contacts** 188:6
**contained** 91:10
**container** 165:22
165:25 166:4,12
**containers** 17:12
17:14 31:11
171:7
**contains** 194:11
**contemplate**
300:8
**contempt** 4:6
**content** 262:3
**contents** 91:5
**contest** 6:17 8:10
9:25 58:6
**contesting** 6:8
**contests** 196:14
**context** 91:5
**continue** 2:13
14:6,9 104:22
181:8 231:3
268:23 284:7
330:6
**continued** 14:16
21:15 212:14
245:20,20
**continuing**
182:22
**contract** 191:11
**contractors**
285:4
**contracts** 60:13
191:7
**contradiction**
21:17
**contrary** 58:12
215:6 216:1,5,11
216:15,22

217:11 218:21
226:25 228:18
233:13
**contrast** 183:24
187:5,14
**contravention**
14:23 40:10
**contribution**
189:22
**control** 57:15
60:14 80:12
161:6
**controlled** 61:7
160:19,21 161:3
256:20,21
**controls** 80:11
**controversy**
210:23 215:3
**convene** 3:20
241:18
**convening**
330:21
**conversation**
142:5 291:22
**conversations**
333:19
**converted**
159:24
**convicted** 216:3
**convince** 325:19
**convinced**
218:20
**copd** 168:9
**copied** 98:5
**copier** 93:3
**copy** 80:21 144:9
157:13,13,18
193:5,16 194:18

199:6 276:5,11
277:22 284:21
**cordial** 333:19
**cordiality** 312:8
**core** 193:21
**corner** 13:22
17:9 20:19
21:13 31:16
32:3,5,8 121:17
147:3,23 148:2
152:7
**corrals** 257:6
**correct** 31:17
32:9 33:12,13
34:24 35:16
39:9,22 46:20,23
58:5,14 61:17
64:17,19 65:18
71:9 72:14
73:11,12 78:7
79:14 98:20
99:22 106:11,13
119:11,20
125:18 135:3,9
149:5 150:22
154:8 157:11
172:6 180:2
190:5,19 200:18
201:24 220:13
220:16 224:20
228:12 235:8
238:23 241:17
267:5,6 318:18
**corrected** 203:5
**correctly** 74:21
77:11 113:19
130:8 142:23
145:9 250:1

**[correctly - couple]**

266:17 293:2
**correlation** 48:2
**corroborate**
5171:1 266:4
**corrugated**
90:17
**corrupt** 55:17
**corruptible**
327:17
**corruption**
256:23
**cost** 65:16
148:13
**could've** 121:21
**council** 102:8
**counsel** 5:2,10
5:23 39:16 42:7
**count** 3:11 34:23
40:2,24,25 47:22
66:12,13 86:7,9
95:17 140:15
142:19 145:24
151:3 153:2,23
154:4,8 158:18
170:15 171:4,5,5
172:8 203:4
205:12,13
210:24 216:11
250:4,5 256:4
263:6 276:1,1
294:13 298:14
298:17,19
318:11
**counted** 3:8
43:18 44:10,12
52:21 61:16
63:14,23 72:20
96:7 142:22

171:17 173:13
177:8 178:1
202:22 216:5,10
217:16 219:22
238:2 250:1
273:23 275:9,12
277:6,12,14
283:24 318:13
333:8
**counters** 26:19
142:1 143:4,9
**counties** 6:13
48:3 49:6,7 53:1
61:6 67:23
110:23 184:16
184:17,19
185:14 186:8,9
186:11,12,16,17
186:22,23,24
187:2,3,10,12,15
187:18,20,22
188:8 190:17,23
191:5,20 206:8
206:11 215:8
223:3 245:10
246:2 317:17
**counting** 13:9
14:2,6,9,16
15:15 16:7
18:12,20 20:1
21:4,15 22:5
24:12 40:1,3,13
40:15 44:1 84:9
95:21 154:20,22
158:20 171:8,18
237:22 247:14
249:15,15 257:9
258:1 261:3

264:18 266:18
268:18 273:24
284:13 290:20
292:6,7 311:1
317:23
**country** 2:25
47:22 48:21
51:17 68:14
173:19 251:15
258:16 289:25
290:2 294:15,16
294:18 303:13
323:21 328:17
333:13 335:12
**counts** 49:9 77:5
197:9
**county** 9:20,23
11:16 21:19
22:6 24:4 33:25
34:16 43:11
44:25 47:22,25
48:6,16 50:23
51:6 52:14 59:4
60:20,21 61:5
64:2 68:5 71:12
71:12 75:8
87:13 93:23,24
94:2,18 101:20
102:8 103:11
111:16,17
112:20 114:18
117:10,17 120:3
121:8 125:12
126:4,6 127:12
127:19 131:8
133:12 134:2
140:1,9 142:13
144:10 149:23

150:2 158:13
159:8 172:5,9,13
174:15 175:13
175:14 186:12
187:6,12 188:6
195:6,7,10,13,15
195:22 196:2,5,8
196:10 198:1,2
201:22,22,24
203:11 205:19
206:12,21 216:8
234:13 235:3
245:14 246:11
246:12,14 247:3
249:2 259:18
260:21,25 261:2
262:17 266:1
269:13 270:11
273:17,22
274:18 275:8
282:20,21
284:10,14,15,22
284:25 285:2,10
285:18 287:16
288:24 289:3
290:19 292:8
297:9 311:4,4
316:1 317:22
327:21 329:1
331:6
**couple** 3:4 17:22
25:20 53:4
59:17 66:16
86:17 107:22
134:8,9 146:21
156:14 166:5,6
166:16 170:8
265:25 296:8

**[couple - date]**                                                                 Page 20

303:25 320:22
332:5
**course** 7:8 52:1,2
65:20 105:15
108:7 118:14
134:8 179:21
183:10 188:2
194:24 232:10
236:21 238:12
242:7 247:17
273:24 299:15
**court** 6:8,20 8:24
85:7 207:24
211:18,24
212:21 213:4,19
215:6,17 226:8
226:24 227:2
228:25 236:7
237:16,20
238:17,24 239:8
240:11 242:9
245:7 301:9
**court's** 211:4
240:19
**courteous** 254:2
254:4
**courts** 26:3
220:22 243:11
243:17 300:17
**cover** 30:23
265:8
**covid** 120:3
135:10 158:25
190:4,9,13
191:23 246:3,3
252:4,19 290:7
**cowboy** 241:4

**craft** 214:23
**crafted** 215:11
**create** 201:2
**created** 216:25
233:4 325:20
**credence** 156:24
**credentialed**
267:10
**credentials** 46:3
267:15 290:22
291:25
**credibility**
254:25
**credible** 238:6
**credit** 165:6
254:6
**creeping** 92:2
**crew** 14:15 16:2
**cried** 286:15,15
**crimes** 278:21
278:25 279:2
**criminal** 256:23
278:23 279:8
323:13
**crisis** 254:17
257:16
**critical** 108:5
**criticisms** 186:7
**cross** 140:24
**crucial** 298:24
**crystal** 200:15
**csv** 58:18
**ctcl** 186:7,11,19
186:25 187:13
187:15,22 188:2
**ctcl's** 184:18
186:15

**cuban** 56:8
**cure** 214:24
298:7
**curious** 266:3
267:3 270:4
322:2
**currency** 286:2
**current** 8:19
234:7
**currently** 66:17
187:5
**curvature** 29:10
**custody** 17:18
29:25 30:20
59:8 66:18
71:13 88:19
90:25 164:3,7,13
164:19 169:1,4,5
169:11,12,16
170:4,19 264:21
268:2 332:17
**customary** 93:7
**cut** 78:1 243:8
273:2 323:3
**cvn** 251:2
**cyber** 46:6,12,13
46:14
**cybersecurity**
62:1
**cycle** 50:23
**cycles** 315:8,11

**d**

**d.c.** 182:12
273:14
**d.c.'s** 189:9
**dad** 288:14

**dad's** 175:24
**dade** 311:4
**daily** 304:14
**dallas** 45:24 46:1
47:9 50:22
**damage** 4:9
**damaged** 291:9
**damn** 282:11
286:24
**dana** 138:1,2
157:10,12,23
158:1,4,7,10,14
158:14 163:14
163:20 168:20
168:22 171:16
172:6,11 173:24
247:2
**dark** 57:5
**darn** 48:8 302:2
302:4
**data** 34:18 49:19
51:1 59:11
61:15 62:8
63:19 64:14
139:24 154:17
193:4,12 194:18
197:5 199:1,4,6
201:16 264:7,10
318:16 327:23
327:25
**database** 126:15
193:16 194:11
194:19 204:7,14
309:23 310:9
**date** 9:11 51:1,2
51:3 53:8 64:12
89:1 178:17
265:1 335:16

**[daughter - demonstrated]**

**daughter** 115:22
**davis** 192:20,22
  192:23,23 193:2
  193:4 196:17,20
  197:7 198:12
  199:1 201:25
  202:8,13 203:17
  204:2 205:1,8,12
  205:23 206:6,9
  206:13,17 207:9
  208:18,20 273:7
  281:4
**day** 2:7 7:23,25
  9:21 12:4 17:4
  23:24 31:13
  53:18,20,21 63:2
  63:8 76:6,7,7
  88:22 89:24
  90:6 93:16,18,24
  94:7 96:8
  103:17 107:7
  108:7 118:7
  119:1,4,8 121:12
  121:25 126:9
  130:14 132:14
  132:15 134:13
  134:23 135:6,7
  139:2 143:18,21
  143:23 145:11
  145:18,20
  146:14,24 151:2
  152:2 159:10,11
  159:18,21 162:3
  162:6 165:24
  169:24 175:7
  195:25 202:7,11
  214:7,8,17 215:4
  215:24 216:9

219:1,19 227:16
  242:14,17
  250:10 261:2,6
  262:18 274:19
  274:25 277:4
  283:6 290:14
  303:24 323:10
  328:9,9 334:17
  334:18
**daylight** 13:3
**days** 9:21 90:5
  118:3 134:8,11
  195:14,20 196:6
  199:6 276:9
  293:20 328:10
**deadline** 219:8
**deal** 43:21
  107:16 146:11
  195:23 205:20
  242:1,24 251:17
**dealers** 260:19
**dealing** 188:5
  210:10,11
  310:15
**dealt** 231:2
**dean** 209:17
**debate** 231:5
**debriefed** 56:7
**debunked** 25:23
  26:18 38:17,19
**decades** 212:7
  252:17
**deceased** 9:13
**december** 1:14
  10:21 219:5,7,11
**deception** 55:15
**decertify** 281:9

**decide** 52:6
  84:22 103:15
  201:6 212:17
  214:22 219:20
  221:14 307:9
**decided** 122:3
  136:23 140:13
  140:21 142:3,11
  147:3,16 159:4
**decides** 171:23
**deciding** 84:17
  242:3
**decimal** 142:9
**decipher** 268:9
**decision** 212:6
  215:18 238:20
  239:3,4 240:19
  303:13,17
**decree** 223:7,7
  223:22 224:13
  224:15 228:17
  228:19 229:3,8
**decreed** 226:14
**dedicated** 328:9
**deep** 282:7,12
  287:1
**default** 213:15
**defcon** 58:6,7
  82:2
**defeat** 77:15
**defect** 287:10,17
**defense** 279:19
**defer** 5:2 40:16
**deference** 239:1
**deficiency**
  284:21
**defined** 231:25

**definitely** 260:22
  280:18 316:6
**degree** 46:19
  239:1
**dekalb** 137:7
  140:1,9 142:13
  149:23 153:6,8
  187:1 246:12
  292:8 297:5
**delegation** 6:23
**deliberately**
  84:19 305:11
**delivered** 181:12
  186:23 187:13
**delivers** 132:19
**demanded** 169:5
**democracy**
  328:14 331:25
**democrat** 83:24
  84:9 139:13,21
  172:19 186:21
  208:10 215:7
  216:19 229:3
  269:11 278:3
**democratic**
  162:2 184:25
  185:3,4 186:9,18
  187:8,24 190:11
  286:16
**democrats** 65:14
  83:21
**demographic**
  183:7
**demographics**
  47:21
**demonstrated**
  219:2 225:19

**[demonstrates - disclosing]**                                                                    Page 22

demonstrates
  4:1
denied   139:3,6
denominator
  318:2,3
denver   104:17
depart   11:21
department
  278:19 279:11
  305:12
depend   276:8
dependent
  328:14
depending   29:14
  64:21 197:25
  198:1
depends   130:1
  198:2 254:24,24
deprived   232:23
deputy   107:2
  136:17 137:1
  279:5
describe   43:9
  47:4 62:10
  152:4 182:20
  266:5
described
  109:12 211:18
  226:11
description
  21:25
deserve   3:21
designate   218:24
designated   139:8
  219:12 279:10
designation
  101:16,16

designed   56:4
  57:15,15 188:10
  216:23
desk   74:3 118:7
  120:20 122:3,5,9
despite   140:8
detail   48:11
  103:13,13
details   322:8
detect   66:23,25
  66:25 67:1
  205:1
determination
  227:2,3 238:5
  254:25
determine   10:23
  72:2 142:7
  206:7 217:23
  227:19 228:19
  233:3
determined
  17:16
determining
  210:15
detroit   256:16
development
  279:21
deviation   217:17
device   78:10
  88:24 89:12
  94:24 98:4
  101:7 105:5
  106:3,10,20
  129:25 165:7
devices   72:5
  89:5 106:14,17
  163:24

devolves   214:20
diagnosed   252:7
diebold   56:20
died   56:11
diff   104:18
difference   54:4
  76:10,12 143:5
  154:24 184:21
  184:22 200:11
  200:18 226:5
differences
  332:15
different   13:17
  21:3 31:5 58:16
  59:13,15,16 67:3
  67:21 71:8,14
  78:23 91:25
  92:22 100:1,4
  102:6,6 104:19
  109:4 127:21
  130:23 138:25
  147:25 149:16
  154:5 167:11
  199:9 204:3
  263:22 268:23
  271:17 272:2
  311:9
differential
  68:13
differentiate
  78:19
differently   23:11
  99:21,25
difficult   30:4
  140:3,6 302:2,4
  327:8 328:23
difficulty   42:5

dig   202:8 288:17
  302:21 303:17
  311:19 322:7
digging   321:1
digit   142:10
digital   185:5
  260:18 264:7
digits   62:16
diligence   84:8
diluted   310:11
dinner   120:23
  148:5
direct   7:4 8:1
  211:16 214:10
  242:6,18 243:14
direction   103:24
  134:4 150:8
  321:23 322:9
  323:20
directions
  104:11 238:14
directive   119:13
directly   263:1
director   142:13
disabled   59:2
disaggregate
  243:24
disagree   233:22
  306:6,9
disagreed   139:9
disappointed
  249:7 315:10
discarded   72:20
discern   268:8
disclose   185:16
disclosing
  185:14

**[disclosure - dominion]** Page 23

disclosure
  184:18
disconnect
  200:16
discounted
  217:15
discouraging
  179:2
discover  317:17
discovered  84:7
  96:22 190:13
  317:14
discredit  107:14
discrepancy
  297:11,14
discuss  181:23
discussed  38:24
  141:24 142:15
  299:6 317:12
  326:2
discussing
  330:15
discussion
  323:23 331:9
disenfranchised
  294:12
disgusting
  249:13
dishonest  263:18
disinterest
  320:25
dismissed  26:7
disputed  246:12
disputes  193:14
disqualified
  108:21
disregarded
  7:16

disrespect  4:6
disrupt  24:11
disseminated
  295:20
disservice  301:8
distance  141:20
  144:19
distances  149:11
distinction  76:15
  81:17
distinguishably
  314:22
distinguished
  41:25 181:22
district  225:16
disturb  183:2
disturbed
  249:21
disturbing  261:1
divine  2:14
division  279:8,8
  279:9,9
dna  56:1
dnc  269:21
doc  243:5,11
dock  121:9,10,21
document
  147:16 169:7
  287:10,17 288:2
  288:8,9
documentation
  170:19 171:7
  286:10
documented
  6:10
documenting
  146:7,13

documents  59:8
  64:8
dog  151:17
doing  16:5 17:3
  17:4 18:18
  30:10,11 42:7
  50:7 57:4 64:24
  72:3 78:1 88:5
  101:17 107:15
  110:2,13 111:3
  118:22 119:10
  120:11 131:4,22
  149:4 152:6
  154:21 188:22
  203:20,20
  218:17 225:17
  233:10 285:8
  291:6,7,13,16,17
  291:20 292:2
  293:1 297:1
  300:8 305:16
  324:18 330:7
doj  207:14
dolazol  131:13
  131:18,22 132:9
  132:23 133:6,10
  133:16,25 134:7
  134:13,17,25
  135:4,12 136:16
  148:22,23 149:3
  149:9,24 150:19
  150:23 151:4,7
  151:14,25
  152:11 177:12
  177:13,17,20,24
  178:4,14,21,25
  179:4,10,14
  180:9 196:17,18

197:21 198:18
  201:20 202:2,12
  203:12 229:14
  229:15 266:11
  266:25 267:8
  268:1 269:4,9,18
  269:25
dolezal  130:20
  130:21 265:10
  265:12,16,20,24
  310:5 313:10
  316:17,25 317:1
  317:2 332:19
  334:13
dollar  92:3,4
  187:7
dollars  184:11
  286:24
dome  330:24
dominion  43:5
  44:2,23,24 45:4
  47:5,12,13,16
  48:22 49:9,14,23
  50:3,7 51:18
  55:23 56:16,24
  57:7,22 58:13
  60:8 62:15
  67:22 68:9,13,23
  69:1 74:17 77:8
  78:9 80:2 83:22
  83:23 84:2
  101:8 104:16
  105:3 112:1,4,9
  112:10,13
  113:25 114:19
  117:24 118:21
  119:10 120:2,5
  121:14 122:9,20

**[dominion - eastman]**                                    Page 24

132:12 133:5,13
134:4,6 247:9
288:23,25 289:1
312:20 326:25
**dominion's**
113:7 286:10
**donald** 5:11,23
92:13 108:23
273:14 274:20
274:21,23 275:1
278:9 294:14
**donors** 184:7
188:17
**door** 17:9 121:2
151:21 181:2
**doors** 266:16
292:14 293:8
**dorm** 204:23
**dots** 56:16
**double** 164:20
224:14 230:20
232:21 234:18
235:21 261:19
261:21,25
264:14 319:12
319:13,14
**doubt** 25:25
84:13 85:10
194:22 200:24
207:10 212:3
270:12
**download** 58:18
113:17
**downstairs**
10:11
**downtown**
127:12 285:21

**dozens** 184:15
**dps** 78:16
**dr** 96:1,1 208:24
209:7,11,15
210:1 220:9,17
221:4,17,23
222:3,10,15
223:5,15,21
224:3,8,12,25
226:18 227:12
227:23 228:14
229:18 232:1
234:9 235:9
236:3,5,14,20,24
237:2,9,19 239:2
239:11 240:2,5,9
240:24 241:22
243:16,23
244:15
**dramatic** 184:21
**drape** 314:2
**drastic** 62:3
328:4
**dres** 124:22
**dressed** 23:11
**drew** 99:17,23
**drill** 206:7,18
**dripping** 55:12
**drive** 59:13
63:13,13 105:20
121:10 147:8
157:16 163:10
163:15,18,22
167:20,25
258:18 285:18
285:19
**driver's** 309:21
320:20

**drivers** 304:14
**drives** 58:22
59:3 66:19
80:20,20 285:22
**driving** 106:1
**drop** 129:15
130:5,12
**dropped** 130:11
158:25
**drops** 165:22
**drove** 253:5
**drug** 169:10
170:13
**due** 65:15 84:7
98:13 135:10
226:18
**duke** 46:19
**duplicate** 144:16
273:19,23,25
274:2,4
**duplicated** 97:9
97:20 98:19
296:25
**duplicating**
292:21,22
**duplication**
96:24 98:13
99:5 100:6
144:11 296:19
**duties** 6:24
10:17 247:18
**duty** 10:21 94:19
159:5 218:11
246:6 255:8
290:3 334:6,6
**dvorak** 112:23

**e**

**e** 57:1 131:7
143:24 144:6
175:14,20,24
176:16,20,22,23
177:1 260:16,16
265:19 271:24
272:1 273:17
274:6,7,8,10
309:12 335:1
**earlier** 21:21
24:6 25:20
34:13 68:12
110:3 151:9
152:1 196:23
201:20 205:9
211:13 263:24
266:8 304:5
312:5 317:8
323:12 334:17
**early** 51:4 60:19
61:6 75:20
76:12,19 81:9,11
81:11,11,18,19
101:16 117:17
119:16 136:22
145:11 202:6
212:7 309:20
**easier** 28:17
259:10
**easily** 19:5 58:4
91:22 255:9
263:18
**eastland** 85:3,4
**eastman** 85:3,5
208:24 209:2,3,7
209:11,15,16,23
210:1 220:4,9,17

**[eastman - elections]**

221:4,17,23
222:3,10,15
223:5,15,21
224:3,8,12,25
226:18 227:12
227:23 228:14
229:18 232:1
234:9 235:9
236:3,5,14,20,24
237:2,9,19 239:2
239:11 240:2,5,9
240:24 241:22
243:16,23
244:15 247:17
**easy**  51:18 98:2
269:24 303:14
**echo**  314:19
317:3
**eclipse**  92:10
97:25
**economics**
251:18
**educate**  99:1
**educating**
227:25
**education**
188:11 191:13
279:22
**educational**
184:5
**effect**  47:15 57:6
143:25 194:10
250:17
**effective**  279:1
**effectively**
216:20
**effing**  262:12

**effort**  117:23
322:7
**efforts**  117:18
278:19 334:16
**egregious**
143:15 155:10
**eight**  91:10
264:4 304:24
309:11 328:9
330:11
**either**  50:16
85:19 95:12
97:5 123:3
130:4 173:13
175:23 176:12
235:19 238:21
241:16 244:5
269:20,20
308:15 322:9
325:5
**elaine**  116:19
**elderly**  168:8
311:7
**elected**  294:7
301:17 315:14
315:16 319:20
**election**  3:17 4:2
4:11 6:4,9,11,14
6:17,17,18,21,23
7:11,14,15,22
8:3,10,12,14,23
9:14,21 10:4,9,9
10:14 12:4
22:22 29:7
38:22 40:1 41:2
43:2 45:6 47:11
47:23 48:4 49:2
56:20 60:2,22

62:8 63:2,8 64:8
65:12,23 71:7
76:17 83:11
88:17 108:7,7
120:7 124:10,18
125:16,19,20
127:14 131:9
132:11,14,15
133:12 134:18
135:1,6,8 138:19
139:2,12 142:13
155:15 158:17
159:18 161:7,17
167:20 168:1,2
169:20,25,25
170:7,10,18,21
179:5 181:25
182:2,23 183:5
184:16,21 186:4
187:23 189:19
190:17 192:2
193:14 195:3,14
195:20 196:6,13
196:14,25 202:7
203:1,18,22
210:20 211:2
212:24 213:12
213:20 214:5,10
214:12,14,17,25
215:3,20 217:13
218:1,9,12,20
219:1,16,18
220:14,20 221:1
221:1,18 224:24
225:3,23,24
226:20,21,23
227:18 228:8,11
228:13 233:2

236:12 241:20
242:12,25 244:2
245:11,12,15,16
246:11 247:22
248:1 250:17,24
256:8 258:21
259:2,19 267:19
274:17,18,25
275:10 280:25
288:9 289:24
290:9,14 294:3
297:25 298:4,6
298:12,18 299:8
299:13,22
300:16,25
301:19,23 302:5
303:9 304:20
305:15 307:1,9
307:24,25 308:7
308:10 310:21
310:25 311:1,12
311:13,21 315:8
315:11 316:14
318:1,10 319:3,5
319:8,21 322:11
322:12,24
323:25 325:21
333:2,6
**elections**  7:13
10:23 22:6
26:19 40:5
47:14 56:25
57:3 59:19
60:21,25 61:1,8
61:18 62:6
102:10 103:14
117:10 121:8
122:14 125:12

125:22 127:13
176:11 184:1,3,9
185:3 188:3,17
190:18 226:10
234:7 235:4
257:22 273:17
276:7 290:19
296:3 298:23
299:16 300:2
301:16 307:23
311:21 317:16
322:14 328:15
328:17,18
**electoral** 183:11
209:24 210:24
227:5
**electors** 7:1,5,22
7:24 8:6 10:20
10:24 26:9 85:9
85:13 86:4
210:15 211:17
212:2,9,11,15,17
212:20,23
213:14,21 214:1
214:6,8,19
215:14,23
217:22,24 218:5
218:25 219:12
219:16,20
220:16 221:13
226:16 227:20
229:6 237:24,25
238:2 241:19
242:4,13,16
244:8 301:13
**electric** 173:5
**electronic** 55:14
55:24 64:9

**electronically**
165:9,21
**elementary** 58:7
58:9 105:21
139:4,15,16,17
139:21
**elena** 25:18 26:2
26:16,24 27:3,7
27:14 36:8,13,17
36:21,25 38:20
39:3 65:6,19
66:7 67:14
96:17 97:1,5,15
98:7,18,25 99:3
99:19 100:5,9
136:14,20 220:7
220:10,18
221:16,20 222:1
222:8,13,20
223:13,17 224:1
224:5,10,19
226:2 227:8
295:6,10
**eligible** 195:17
**eliminate** 136:25
**ellis** 42:2
**eloquently** 77:1
315:21
**embarrassing**
323:22
**embarrassingly**
238:1
**embarrassment**
256:9
**emblem** 150:14

**emergency**
123:18,20 124:1
124:8,16,23
125:5 127:7
128:18,20 129:5
129:12 130:5,6
130:10,12,15
**emotional** 254:7
**employed**
198:24
**employee** 21:19
44:3 150:21
288:23,24 289:2
321:11
**employees** 93:25
120:3 121:14
285:2
**emptied** 15:3
136:1
**empty** 165:4
**encode** 89:13
106:16
**encourage**
237:10
**encouraged**
197:12 204:15
**encouragement**
80:6
**encryption**
59:12,12
**ended** 137:7
143:2 145:14
211:5
**energy** 279:22
**enet** 230:6,16,25
**engage** 142:12
144:14 183:21
307:11,11

**engaged** 150:15
152:5,6,10 290:8
306:19 307:22
**engagement**
148:4
**engaging** 139:14
139:19,22
300:23
**english** 284:25
285:22
**enjoy** 331:25
**enlightening**
244:14
**enormous** 29:9
95:7
**ensure** 3:12
60:15 132:18
142:22 164:24
173:8 190:18
223:2 259:7
278:25 290:3
294:8
**ensured** 249:25
**entailing** 145:21
**enter** 178:18
**entered** 44:16
146:2 148:19
153:14 156:7
216:18 217:9
229:3 310:6
**entering** 140:14
140:19
**enters** 155:4
**entire** 25:23 27:1
84:13 90:5
130:14 155:23
268:25 286:11

[entirely - existent]                                                  Page 27

entirely   50:12
   190:15
entities   331:11
entitled   7:7
   211:17
entries   276:9,10
entrusted   294:7
entry   139:3,7
entryway   139:19
envelope   77:23
   77:24 132:7
   230:11
envelopes   92:22
environment
   160:19,22 161:3
   325:20
envisioned   230:4
   230:8,17 317:22
episode   36:10
equal   7:5 69:6,9
   202:18 299:14
   299:15
equipment   40:13
   48:21 50:3
   56:16 59:1
   88:23 160:18
   163:23,25
   164:17,18,23,25
ergo   71:23
error   8:3 60:4,4
   72:16 142:8
   143:15 275:7,8
   297:5 299:13
es&s   47:11,14
   56:22 68:8,9
escort   285:11
especially
   136:21 249:8

294:3 315:14
essence   4:15
   188:21 248:12
   260:14 272:25
essentially   12:7
   132:15 220:14
   223:1 229:24
   230:19,21 231:9
   325:14 326:11
establish   316:8
established   7:10
   215:22 219:21
establishment
   278:11
esther   139:20
estimate   44:15
   108:12 135:19
   269:5
estimates   38:7
et   48:3 88:6
   123:5 267:2
evening   148:17
   272:18 325:7
event   19:17
eventuality   7:19
eventually   47:12
   84:4 141:15
everybody   14:17
   90:13 112:22
   176:15 245:21
   285:2 290:24
   325:8 327:6
   333:18
everybody's
   58:22 283:12
evidence   4:1,5
   11:15 26:2,4,18
   44:18 66:9

112:12 191:18
   191:23 192:11
   213:11 218:8,14
   218:25 221:2,18
   226:6 227:14,15
   235:7 237:5,7
   243:13,17,18,21
   243:25 244:3
   246:15 254:19
   256:7 258:24
   295:17 297:16
   297:17,22
   299:20 300:15
   301:9 302:19
   303:5
evident   330:8
evidentiary
   235:11
ex   46:11,12
exact   52:12,12
   53:17,20 105:17
   208:14,15,16
exactly   8:7 33:5
   92:17,18,23,25
   93:4 98:1
   226:23 257:6,12
   322:19 323:4
   327:9
exaggerated
   24:22
exaggeratedly
   262:2
exaltation   317:3
exalted   317:3
examination
   70:1
examine   4:5
   44:22 57:21

60:8 99:25
example   24:12
   68:4 72:25
   75:22 102:5
   105:7 129:7
   237:1
examples   111:11
exceed   72:12
exceeded   60:5
exceedingly
   323:22 328:22
excellent   143:1
excepting   16:2
excited   159:7,10
exclusively
   212:18
excuse   6:11
   22:19 30:2
   47:17 143:19
   145:23
excused   253:21
execute   179:23
   189:13
execution   71:13
executive   222:16
   228:21 231:20
   278:10,10
exemption   192:9
exercise   10:16
   214:22 218:23
   240:16 252:10
   318:17 325:16
exercising
   213:16
exist   242:21
existed   279:17
existent   96:7

existing 212:25
213:9
exists 82:24,25
exiting 60:24
expect 48:6,16
48:17 72:11
141:2 307:5
expectation
155:8 215:8
expected 50:13
215:17 330:22
expensive
148:15 208:2
experience 109:6
110:7,13 118:21
158:12 174:16
175:16
experienced
88:16
experiences 4:14
108:4
expert 38:21
42:12 74:14
189:20 192:9
193:13 199:17
expertise 210:5
experts 65:13
190:14
explain 11:15
53:13 76:4
105:8 106:25
291:6 313:22
explainable
100:5
explained 97:16
97:18 144:4,12
explains 207:16

explanation
33:23 51:24
74:8,11 291:23
explanations
39:4 298:10
exposing 327:1
express 329:24
extend 317:4
extends 151:20
extensive 117:18
extent 221:5
extra 119:15
extras 72:9
extreme 48:9
eye 142:4
eyes 12:14 16:16
94:16 156:22
168:4 199:2
235:1

**f**

f 26:11 226:14
335:1
face 262:3
facebook 183:1
faced 56:10
faces 68:18
facilitating
133:14
facility 34:23
101:18 140:2
292:8,11
facing 183:4
fact 3:18,21 14:3
14:16,21 19:25
26:25 45:25
60:18 69:24
71:19 73:7

75:19 84:14
92:8 97:17,18
98:10 99:24
141:21 143:7
161:13 190:14
236:22 238:20
239:22 241:20
254:22 270:7,11
283:7,8 285:1
286:6,25 287:7
287:10,14 289:1
296:13 298:3
306:20 317:13
318:2 321:19
factor 188:3,4
facts 9:1,1 42:5
110:25 308:8
326:22
factual 238:22
failed 7:23 9:22
136:1 195:21
214:6,16 220:14
220:19 221:1
224:24 242:13
failing 4:5 217:4
fails 196:6
failure 3:11 6:12
130:2 214:10
221:7 225:10
245:9
fair 86:5 147:15
152:11 156:5
206:23 207:11
212:23 213:12
251:10,10
307:25 311:20
311:22

fairly 46:14 50:7
94:5 95:12
faith 295:21
298:23
faithfully 234:16
fake 83:6 198:20
fall 35:5 165:25
fallen 166:11
falls 139:4
false 86:6,9
325:4
familiar 96:23
99:10 131:24
family 56:9,12
183:1 184:13
fantastic 279:12
faq 207:14
far 29:4 31:25
60:5 68:10
76:18 87:16
144:19 152:9
177:25 178:2
187:5 193:9
220:23 228:5
250:23 251:18
258:23,24 259:3
259:12 268:15
298:3
farm 11:16
14:20,22 16:1
21:14 22:20
34:20,20 39:17
63:12,16 109:18
117:15 119:24
143:17 149:22
247:13,13
290:18 315:23
321:7

**farmers** 304:14
304:15,15
**fast** 16:13 17:24
20:3,15,23 21:11
37:20 258:19
**faster** 21:11
305:10
**father** 2:6 56:13
**fathers** 84:19,20
257:17
**favor** 145:15
**favored** 185:10
**fbi** 199:3
**fear** 253:1
**fearmonger**
252:23,25
**feasible** 80:2
**features** 78:15
**february** 158:18
158:19
**fec** 189:20
**fed** 129:24
**federal** 7:13 8:8
60:2 64:8 189:2
189:7 201:1
210:7 212:3
214:2 219:9
228:24 236:6
238:16 240:17
240:18 241:23
242:6,11,23
244:7 278:20
279:9 305:13
**federalist** 86:2
**federally** 242:5
**feed** 56:24 69:1
**feedback** 68:2

**feel** 85:21 91:25
91:25 92:3,3,4,7
126:2 156:20,22
226:6 259:6
286:17 294:11
295:12 298:19
298:24 310:10
310:10,11 329:3
**feeling** 254:7
**feels** 252:19
**feet** 140:7,16
269:6 292:15,18
**fellow** 209:21
293:3
**felons** 9:1 216:4
225:9 319:16
**felt** 84:20 92:1
99:21,24 159:7
**female** 19:15
**fewer** 298:3
**field** 12:8 99:16
200:5
**fifth** 42:3 132:14
**fifths** 300:12
**fight** 21:1 35:5
251:7
**figure** 23:12
28:11 31:3
91:22 141:14
154:17 160:25
179:14 180:12
255:22,23 307:4
311:16 320:2
327:9
**figured** 122:12
**file** 52:6 90:18
176:25 198:23
223:12 230:5,6

230:15,24
234:23 245:6
**filed** 9:17 145:12
194:12 198:8
201:21 207:13
221:12 234:20
234:21 284:19
295:24 296:18
321:25
**files** 58:18
**filing** 6:7 8:11
185:17
**fill** 67:4 181:10
**filled** 15:3 67:11
130:11 175:12
265:5
**film** 22:2 32:11
**filmed** 270:23
**final** 79:1 86:3
105:22 140:15
143:2 153:15
166:9 177:2
235:25 236:1
238:4 328:2
**finally** 90:11
103:24 104:15
160:16 168:24
208:8
**finance** 188:22
**financial** 80:1
**find** 17:8,25
19:25 29:20
33:11 37:21
45:9 47:7 49:21
50:6 82:6,7
93:21 117:19
124:5 137:9
140:11 154:24

167:8 176:4
220:11 236:24
268:12 277:3
284:3 288:17
295:25 296:4
302:20,22
303:18 305:3,6
308:15,16
318:19 326:22
**finding** 299:4
306:21
**findings** 185:24
236:19 237:8,13
238:22 241:19
254:22 316:4
**fine** 11:24 42:8
45:17 110:10,16
120:11 126:14
155:18 174:5
175:5 183:16
203:24 205:16
252:5,5 262:3
**finger** 257:19,20
**fingers** 208:5
**finish** 83:18
96:10 268:10
318:1
**finished** 59:6
123:14
**finishes** 5:3
**finishing** 135:7
**fire** 322:24
**fires** 259:20,20
**first** 4:21 12:5
16:25 28:9
29:19 39:6,7
45:11 47:14,20
50:10 51:6 56:8

**[first - form]**                                                    Page 30

65:7 68:21
83:20 90:11,16
91:9,9 92:8
97:25 104:1,1,4
109:16 123:4
124:19 130:25
139:25 146:1,16
146:19,21,22
147:10 158:18
159:17 174:22
178:22 179:5
184:13 186:6
227:13 230:21
232:6 249:3,4
253:25 258:15
261:2,7,10,11,14
263:3 271:16
282:13 296:8
299:1 302:15
303:25 312:7
326:21 334:1
**fit** 38:8 169:15
**five** 21:6 90:5
130:6,10 134:10
148:24 155:2
180:18 193:14
196:19 229:16
265:11
**fix** 105:3 113:20
113:22 114:21
172:25 197:2
228:16
**fixed** 105:16
106:16 114:23
**flag** 60:23 141:4
143:7
**flagged** 141:12
143:23 145:11

155:11,13,20
168:15
**flags** 289:3
290:16
**flap** 167:3
**flash** 63:13
**flat** 205:20 264:3
**flawed** 7:18
88:20 97:3,6
172:21 241:20
**flawless** 320:14
320:15,17
**flaws** 317:15
**flesh** 117:7
**flexed** 320:7
**flip** 215:9
**flipped** 297:25
**flipping** 267:17
**flooded** 3:14
278:7
**floor** 120:24
122:6 132:25
146:18 148:4
150:15,20
215:16 249:23
249:24 251:23
261:7 262:20
263:1 266:9
269:10,15,16
270:11 271:8
278:4 282:6
293:17
**florida** 201:4,6
201:10 210:9
211:2,9 215:1,5
215:10 218:3
225:18 226:24
227:1 239:25

240:4 310:22
323:25
**flowed** 184:13
184:15
**flowing** 246:1
**focus** 211:10
234:3 260:23
264:21
**focused** 197:18
222:24 314:5
**fold** 99:16,20
**folded** 67:1
91:21 96:22
98:10,11,14,21
99:4,7,10
**folding** 91:21
97:16 99:14
**folds** 78:5 91:18
91:19 92:8,19,24
110:9 247:1
**folks** 200:23
202:15,25 204:6
204:11 205:18
205:24 245:18
300:15 314:4
331:14
**follow** 27:25
29:17 68:16
69:20 75:12,12
77:2 82:20
142:20 173:10
202:3 204:20
214:11
**followed** 84:4
141:16 169:18
202:16 213:9,15
221:12,22
224:23 278:4

303:4,6,8 332:9
**following** 158:21
292:5
**follows** 279:3
**food** 44:5,6,6
**fooling** 257:5
**fools** 256:4
**foot** 321:22
**footage** 34:18
**football** 286:18
**forbid** 188:19
**force** 46:13
259:13 278:11
**forced** 14:13
**forces** 199:13
**forefront** 213:18
**foregoing** 335:4
**foreign** 61:16
210:16
**forensic** 64:4,14
67:9 72:2 82:9
305:15 316:8
**forensically**
44:22 72:3
78:15
**forensics** 57:24
**forestall** 186:6
**forget** 158:4
**forgive** 34:13
**form** 125:1
144:6,7,7,15
153:24 164:3,3
164:13 169:4,5
169:11,12,16
170:4,19 181:11
201:22 230:13
273:16 276:7
277:25 307:4,10

**[format - fully]**                                                          Page 31

| | | | |
|---|---|---|---|
| **format** 291:9 | **foundation** | **frankly** 25:23 | **free** 138:4 |
| 292:25 | 273:14 332:2,23 | 155:11 156:24 | 161:11 |
| **former** 8:16 | 333:1,10 | 218:10 263:17 | **freezing** 160:1 |
| 199:3 209:17 | **foundations** | 295:18 320:25 | 160:20 |
| **forms** 124:11,14 | 189:12 333:13 | 322:20 329:5 | **frequently** |
| 124:21 125:2 | **founding** 84:19 | **fraud** 3:16 6:3 | 207:15 |
| 164:7,19,19 | 84:20 257:17 | 10:7 11:18 43:1 | **friday** 89:4,24 |
| 169:1 185:6 | **four** 14:5 15:16 | 43:9,20 74:15 | 119:16 121:23 |
| 280:21 | 15:23 16:2 | 138:22 142:8 | 136:1 170:14 |
| **formula** 62:19 | 18:14 19:11 | 144:1 188:13 | 318:10 |
| **forth** 60:1 148:1 | 33:8 69:8 | 197:14 213:12 | **friend** 118:21 |
| 315:11 | 118:10 155:2 | 216:24 217:1 | 167:25 169:19 |
| **fortunately** | 159:13 166:16 | 218:9,14,22 | 175:25 199:3 |
| 129:18 | 186:23,24 187:1 | 221:6,11,19 | **friends** 96:1 |
| **fortune** 316:5 | 193:8 199:8 | 224:17 227:9,14 | 286:16 288:18 |
| **forty** 299:24 | 207:18 237:7 | 227:16 232:19 | **front** 25:14 |
| **forum** 331:9 | 250:9 253:5,6 | 232:22 243:18 | 30:24 94:14 |
| **forward** 16:13 | 258:17 269:14 | 243:25 250:3 | 95:24 104:13 |
| 20:3,16,24 21:11 | 269:14 276:9 | 254:19,23 255:8 | 141:9 146:22 |
| 80:6 110:24,24 | 285:20 307:23 | 256:25 258:20 | 234:19 264:23 |
| 125:17 196:21 | 317:17 | 276:4 278:9,12 | 267:1 316:14 |
| 197:2 243:13,22 | **fourteen** 314:15 | 278:22 279:2,4 | 326:19 |
| 263:12 294:10 | **fourth** 42:3 | 279:13,15,16,17 | **fronts** 233:13 |
| 303:10 314:6 | 284:20 | 280:24 294:2 | **fruit** 208:2 |
| 316:7 322:20 | **fowler** 209:18 | 297:17 299:14 | **frustrated** |
| 330:7 | **fox** 16:2 | 299:15 300:15 | 140:10 293:4 |
| **forwarded** 17:24 | **fraction** 62:18 | 302:20 303:3 | **frustrating** |
| 37:20 | 62:20 | 306:24 307:7,11 | 117:21 |
| **found** 44:25 48:8 | **fractional** 62:11 | 315:12 319:1,5 | **fulfill** 10:17 |
| 48:22 49:7,8 | 62:16,21 69:2 | 334:4 | 132:12 135:5 |
| 50:10,23 51:4,9 | 79:7 | **fraudulent** 52:1 | 188:8 |
| 51:10 52:11 | **fractual** 68:19 | 66:24 86:7 | **full** 3:21 55:6 |
| 57:16 58:21 | **frame** 13:11 | 182:19 234:1 | 67:9 72:2 77:5 |
| 93:8 108:13 | 15:21 18:1 33:9 | 297:4 | 82:8 116:17 |
| 159:3 160:23 | **frames** 12:24 | **fraudulently** | 158:9 170:25 |
| 207:20 227:10 | 15:8 23:2 28:25 | 67:12 232:10 | 263:4,9 305:14 |
| 243:13 277:1 | **frankfurt** 61:23 | **fraught** 8:3 | **fully** 210:18 |
| 299:25 300:1,2 | | 218:22 | 290:8 |

**fulsome** 237:7
**fulton** 6:7 11:16
21:19 22:6 24:4
33:25 34:16
64:2 75:8 87:13
93:23,24 94:2,18
101:19 103:11
112:20 114:18
117:10,16 120:3
121:7 125:12
126:4,6 127:12
127:19 131:7
133:11 134:2
137:5 144:10
150:2 174:15
175:13,14 187:1
245:14 246:11
246:14 260:24
262:17 265:25
269:15 270:11
282:21,22
284:10,14,15,22
284:25 285:2,6
285:10,18
287:16 288:24
288:25 289:2
290:19 327:21
331:5
**function** 132:10
133:16
**functionality**
57:11 68:8
**functioning**
318:15
**fund** 189:13
**fundamental**
3:12 213:8,21
231:5

**fundamentally**
231:8
**funded** 182:24
184:12 186:7,11
186:25 187:2,3,6
187:14,15,19,22
**funding** 181:24
185:12 186:4,14
188:8,19
**funds** 56:6
188:10 191:19
**further** 74:13
80:24 96:13
147:16,23
175:17,22 256:6
270:6 295:22
306:18 326:21
**furthermore**
103:18
**future** 317:21
334:23

**g**

**gabe** 319:4
**gain** 155:7
327:13
**gal** 168:7,8
**gals** 95:24,24
**game** 286:25
**gap** 104:25
**garbage** 44:8
165:23,24
**gary** 170:6
**gas** 159:19
160:10,14
161:22
**gather** 149:5
201:16

**gathering**
306:21
**general** 8:3
132:15 195:2
220:22 227:9
274:17 279:5,6,7
279:11 281:10
289:23 299:25
330:18
**generally** 68:3
103:3
**generated** 94:23
101:6
**generating** 106:8
106:9
**genius** 255:21,23
**gentleman** 18:16
19:13 120:22
150:5,11 263:8
**gentlemen**
180:23 272:21
280:19 289:9
320:12
**genuine** 92:5
**geo** 206:18
**geographic**
183:5
**geographically**
109:9,15
**georgia** 3:13
5:23 6:5,9,11,18
6:25 7:8,10,11
8:8,23,25 9:2,9
9:10,12,15,17,24
10:2,4,9,12,16
10:18,19,19,22
26:8 40:5 41:3
42:8 45:20 47:6

50:11 51:9
60:14 61:14
67:11,24 70:18
70:23,24 72:17
72:25 74:25
76:10,16 77:19
79:7,11,20 80:4
83:8,10 87:13
110:22 111:2
114:2,3 116:20
131:14 133:8
135:5 138:18
139:4 158:15
159:2 160:17,24
161:7,18 172:5
174:15 181:25
182:23 183:3,25
184:10,15,20
185:13 186:3,17
188:3,9,17
191:20 193:16
194:11,24 195:5
195:19 198:7,11
198:25 199:10
199:12 201:23
204:7,11 215:20
215:21 218:12
227:24 228:16
234:4 236:2,7
240:2,3 241:4,16
242:21 245:24
246:5 247:22,25
248:16 249:1,9
252:22 259:5
260:17 282:24
284:15 287:6,9
287:15 288:3
289:18 293:14

294:5 296:3
300:2 304:19
305:14,16
307:25 313:4
314:22 328:18
**georgia's** 5:10
79:5 219:15
299:8
**georgians**
251:13 300:24
301:8 328:16
**german** 62:1
**getting** 29:21
30:3,18 40:23
42:5 94:16
108:5 164:16
176:14 181:7
246:22 284:12
298:20 309:15
309:17,18 320:6
332:7
**ghost** 15:12
**gifts** 184:9
**girl** 118:20 119:8
119:10 125:2
**girls** 93:25
308:11 325:15
**gist** 23:25
**giuliani** 4:23,25
41:24 45:16,19
45:23 46:2,8,17
47:1 51:21,25
52:3,8,20 53:10
53:15 54:3,8,12
54:17,20,24 55:3
57:20 58:2,12
60:7 61:12 62:9
73:18,21 74:1,7

74:12,22 75:4,7
83:17 86:13
111:8,18,24
210:21 236:10
236:11,12,16,22
237:1,4,14
238:19 239:9,17
239:20 240:3,7
240:21 253:17
253:20,23
254:15 256:2
257:13 279:14
298:2 331:7
**give** 2:14,14,16
2:19 26:19 45:3
46:3,4 55:6,7
79:23 105:7,15
105:18 108:12
125:24 129:8,17
129:19 163:20
165:6 172:15
173:22 174:23
205:3 206:13
225:14 238:25
241:3 272:23
289:15,25 308:6
333:5
**given** 12:2 22:22
83:2 84:18
114:7 143:14
165:1 175:21
185:22 210:12
228:24 238:15
239:22 301:7
332:22,24
333:20
**gives** 114:18,19
212:4

**giving** 42:1
114:14 271:16
312:5
**glad** 288:20
310:16 311:18
315:5
**gladly** 308:1,9
**glass** 293:8
295:14
**glitch** 313:1
**gloria** 168:8
**go** 2:1 11:5
12:18 14:2 15:7
15:9,14 18:4
20:14,24 21:11
22:12 37:16
38:4 43:4 47:2,3
47:21 48:10
68:20 74:13
81:13 83:15
88:14 90:2,10
94:6 97:3 107:9
107:18,24
118:12 121:9
122:6,9,9,22
125:1 127:25
128:11 129:11
132:9 136:18
138:3,4 140:12
144:11 152:9,21
154:12 159:14
165:3,7 167:4,12
170:15 174:18
175:2 178:5
180:5,25 197:15
199:17 201:7,18
206:1 207:16
208:3 209:9

233:19 239:8
243:9 244:22
253:6 257:16
260:20 262:17
262:20 266:2
268:21 274:15
276:3,17,18
279:24 280:2
286:4 287:8,9
291:3 297:9
310:13,14
313:23 316:25
318:5,6,9 319:25
320:9 324:9
326:22 329:1
**goal** 311:11
**god** 273:1
**goes** 11:17 19:20
33:10 68:10
78:9 145:2
146:14 171:24
251:18 258:23
259:12 261:10
286:19
**going** 5:2 11:1,1
11:14,20,20
12:18 13:2,4,9
14:2,7 15:2 16:3
16:7,20,22 17:8
17:23 18:3,4,11
20:23 23:8
31:10 33:4
39:25 40:21,25
42:11,14,15
54:18 56:15
60:24 61:9
66:12,12 73:3
74:22 76:25

**[going - guess]**                                                      Page 34

| | | | |
|---|---|---|---|
| 85:1 86:11,22 | 303:13 304:24 | **gotten** 175:10 | **grateful** 2:9 4:16 |
| 87:18,19 93:16 | 309:10,11 | 178:10 301:22 | **great** 2:8 64:23 |
| 97:8 104:20 | 310:12,20 313:5 | 312:13,21 | 79:23 107:16 |
| 105:25 106:15 | 313:13 314:5 | 322:23 | 117:9,9 178:14 |
| 110:1 113:6 | 323:25 330:6,6 | **govern** 229:9 | 195:23 205:20 |
| 116:2,14 119:21 | 331:12 | 239:25 | 252:18 253:24 |
| 120:17 125:24 | **gold** 150:13 | **governed** 333:11 | 253:25 |
| 136:15,16 137:8 | 330:24 | **government** | **greater** 144:19 |
| 143:4,16 148:12 | **gooch** 38:14,15 | 86:8 184:10 | 144:20 |
| 148:14,15 | 39:1,5,10,13,18 | 185:19 191:11 | **greatest** 290:2 |
| 149:21 155:14 | 258:10,13,15 | 201:2 278:24 | **greatly** 24:22 |
| 156:12 157:3,17 | 259:4,23 270:25 | 305:7 325:1 | **green** 165:6 |
| 157:25 159:8,9 | 271:1,6,11,14,20 | 332:3 333:10 | 277:11,13 |
| 159:14,17 161:1 | 271:24 272:4 | **governor** 10:11 | **greg** 174:8 |
| 162:7 164:11 | 296:10 303:20 | 220:21 231:21 | **gregory** 317:2 |
| 168:6 175:17 | 303:21 309:8 | 241:10 247:24 | **griffin** 176:10 |
| 176:2,9 178:15 | 330:9 | 300:10,11 | **ground** 213:1 |
| 179:10 180:17 | **good** 4:8 5:8,21 | 308:14,16,17 | **groundwork** |
| 189:15 193:10 | 30:12 42:9 | **governor's** | 317:6 332:25 |
| 197:2 202:25 | 43:21 48:5 | 237:23 | **group** 47:18 |
| 204:3 208:18,23 | 116:16 128:9 | **grab** 163:3 | 67:22 103:19,20 |
| 209:23 223:2 | 152:16 159:8 | **grace** 174:8,13 | 122:14 134:22 |
| 233:24 234:14 | 167:19 169:3 | 174:13,20 | 181:24 185:1 |
| 238:13 240:5,6 | 192:6 209:11 | 177:16,16,17,18 | 204:10 |
| 241:6,24 244:18 | 231:17 233:6 | 177:19,23 178:2 | **group's** 185:7 |
| 249:10,17 | 253:24 254:12 | 178:9,20,24 | **groups** 140:4 |
| 251:21 252:14 | 265:12 272:18 | 179:3,8,12,16,24 | 183:17 186:1 |
| 252:20 262:6,20 | 295:21 308:16 | 180:3,7,11,14 | 189:11,13 |
| 270:13 272:25 | 308:17 316:5 | 195:25 232:13 | **grow** 313:16 |
| 273:2,2 276:16 | 324:5 | 246:4 313:3 | **growing** 140:10 |
| 276:17,18,19,20 | **goodness** 240:8 | **gracious** 2:9 | **guarantee** |
| 279:16 280:5 | **gop** 276:8 | **grant** 185:20 | 321:20,20 |
| 281:12,13 282:8 | **gore** 211:5,24 | **granted** 238:25 | **guaranteed** |
| 283:10 284:20 | 212:6 213:5,19 | **grantees** 186:20 | 56:13 |
| 285:13 287:6 | 215:18 239:4 | **grants** 185:15,17 | **guard** 80:19 |
| 288:1 289:5 | 240:8 310:24 | 186:15,20 190:5 | **guarded** 283:9 |
| 292:19 300:14 | **gosh** 122:16 | 190:9,24,24 | **guess** 43:8 56:15 |
| 302:6,6,22,24 | | 191:20 | 84:6 99:1 |

**[guess - harvested]**                                              Page 35

114:17 117:2
120:1 126:14
133:17 152:4
170:16 231:18
264:20 288:4
301:18 324:20
**guidance** 223:3
224:22 231:22
**guided** 239:24
**gun** 255:20,21
**gushed** 185:4
**guy** 122:23
123:6 160:9
168:8 199:10
207:20 285:9,12
287:7 296:15
309:1
**guys** 21:12 22:12
30:10,11 33:6
58:8 122:18
123:19 126:25
250:11 251:22
252:13 259:13
259:15,16,17
276:6 286:4,5
287:16 299:17
307:23 324:2
**gwinnett** 186:22
187:1 273:15,17
273:21 274:18
275:8 277:9

**h**

**h** 260:15 265:18
**hack** 58:10
81:24 82:6,9
**hacker** 82:1
327:12

**hackers** 82:3
**hacking** 58:6
**hair** 19:15
**hale** 260:2,4,7,10
260:15,15
265:18,18,20,22
266:10,23 267:6
267:12 268:11
269:8,13,21
270:1,9,14,17,20
270:22 271:2,10
271:13,15,22
272:1,9,12
**half** 8:21 9:5
51:14 68:12
118:3 134:11
149:15 162:15
186:13 187:11
187:18 188:1
204:6 309:20
310:2
**halfway** 22:3
**hall** 148:6,7
266:17 267:1
281:12,18,20,24
282:3,21,24
283:3,25 284:3,7
289:7,8,9
**hallelujah**
277:25
**hamilton** 170:6
**hand** 18:16
20:18 21:13
36:4 56:8 65:21
67:2 70:1 78:14
78:22 98:3
162:4 298:14,17

**handicapped**
207:12
**handle** 26:4
**handled** 23:23
171:6 312:9,11
**handling** 88:18
**hands** 91:24
118:18 159:4
253:24 310:24
325:15 328:12
329:10
**handy** 54:7
**hang** 209:8
243:8
**hanging** 208:2
**happen** 12:23
16:21 35:1
53:21 111:7
169:17 179:1
198:3 246:13
259:7 268:15
300:14 307:2
316:20 317:19
317:20 327:15
333:24
**happened** 4:1
43:22 92:15
108:6 152:25
159:11 160:25
162:19 170:20
171:8,11 172:23
177:21 180:13
191:19 196:25
219:1 226:11,23
231:5 245:14
255:22 288:6
293:21,23,25
298:10 313:20

313:21 314:3
322:8,15,19
323:4
**happening** 20:5
21:17 105:13
137:7 206:20
292:12,15 294:4
294:17 316:12
317:21
**happens** 14:3
35:5 105:9,11
108:6 129:23,23
145:1 194:4
197:22 208:4
289:1
**happily** 307:24
**happy** 88:7
89:21 189:17
219:25 302:24
**harbor** 219:8,9
**hard** 31:8 71:18
80:21 144:9
205:1,23 246:21
258:24 301:24
302:7 308:25
311:23 316:18
334:12,14
**harper** 80:25
81:1,5,21 329:12
329:13,17,22
**hart** 43:5 47:5
158:13 159:7
172:4
**hartwell** 158:15
**harvard** 46:18
46:24,25
**harvested**
225:20

**harvesting**
  225:18
**hat** 82:3,3
**hate** 30:8 156:2
**head** 100:20
  111:2 119:10
  197:13 202:9
  309:6,7
**heading** 314:23
**headquartered**
  57:2 61:19
**health** 101:9,19
  279:20
**healthy** 190:18
**hear** 10:4 12:17
  30:4,12,15 55:9
  65:12 77:10,19
  77:20 110:3
  112:21 113:18
  141:9 157:22
  174:12 208:24
  209:2,3,5,6,10
  220:8 248:20
  300:21 318:3,20
  318:21
**heard** 21:14
  25:19 36:22
  38:16,18 44:13
  64:3 65:9 68:21
  70:23 71:1
  76:13 77:18
  87:23 105:2
  110:5 125:14,20
  126:2 141:11
  175:22 178:23
  192:10 216:8
  232:12 245:13
  245:25 246:1,4,8

246:9,16,20
  247:2,7,7,17
  250:11 254:21
  259:6 262:10
  263:15 282:18
  285:7 292:6
  298:1 302:19
  303:4 304:23
  310:23 312:16
  312:19 313:2,3,7
  313:7 319:11,16
  321:6 327:20
  330:13
**hearing** 6:1,6
  42:1,3,6 210:4
  213:23 215:24
  218:17 227:16
  241:17 245:4
  254:2,12 271:7
  299:6 302:16
  304:17 313:5
  318:25 332:11
  332:13,14
**hearings** 3:20
  254:21 306:8,10
  306:12,23
  310:17 316:3,6
  330:2,21 331:2
**heart** 288:17
  294:17 315:2
**heartbroken**
  294:1
**heat** 159:21
  160:11,16
**heated** 160:4
**heater** 160:5,13
**heath** 2:4,6 24:3
  24:4,9,21 25:1

100:12,13,18,22
  101:3,22 102:18
  102:21 103:2,9
  104:22 105:22
  109:7 126:23,24
  127:4 128:6,14
  128:17,22,25
  129:4,14,22
  239:13,14,19
  241:1,2 243:2
  270:3,4,10,15,19
  270:21 300:6,7
  303:25 314:24
  316:25 317:4
  323:7,8 329:12
  329:25 332:24
  334:16
**heath's** 113:6
  329:23
**heavenly** 2:6
**heavily** 215:7
**heavy** 94:19
**held** 7:21 43:2
  65:22 166:24
  214:5 242:9,12
**hello** 35:13
**help** 12:16 23:15
  28:19 46:16
  68:22 95:6,23
  107:16 117:14
  117:17,18 118:1
  122:6,18 128:14
  128:17 134:21
  136:25 153:3
  159:18 188:12
  190:17 216:24
  290:3 300:25
  305:7,12 313:12

313:13,23 314:8
  334:14
**helped** 120:22
  168:10 184:2
**helpful** 30:25
  202:24 313:1
**helping** 11:14
  32:14 334:11,14
**hey** 123:8 124:14
  128:10 168:16
  197:24 203:2
  262:3 263:9
  267:19
**hi** 116:15,15
**high** 119:3
  191:10
**higher** 233:4
**highlight** 197:4
  198:19
**highly** 74:20
  84:5 192:1
  195:18
**hired** 286:4
  289:2
**historically** 36:2
  217:16
**history** 55:24
  84:2 212:8
**hit** 309:5,7
**hmm** 29:23 34:6
  128:16 129:3,17
**hodgepodge**
  166:1
**hogwarts** 185:5
**hold** 46:17
  135:20 183:6
  281:9 302:16

**holding** 240:10
**hole** 262:12
  295:14
**holes** 172:25
**home** 14:2 15:14
  33:10 97:7
  162:17 169:21
  201:6 251:7
  253:6 296:24
  304:6
**homeless** 197:8
  197:10,16
**honest** 4:7
  197:18 308:6
**honestly** 113:24
  114:2 136:5
**honor** 2:22
  135:5 192:17
  290:3
**honorable** 79:20
**honored** 5:9,22
**hood** 322:15
**hoorayed** 160:15
**hope** 39:18
  124:1 173:16
  257:14 259:16
  281:8 294:21,21
  294:21 307:1
  311:19 331:17
**hopefully** 193:9
**hoping** 114:10
  186:6
**horizon** 228:9
**hotel** 204:24
**hotline** 271:23
**hotlines** 271:18
**hour** 18:23
  26:20 36:18

64:18,23 65:2
  122:7 162:16
  232:12 306:3
**hours** 17:22,23
  18:24 19:1,8,19
  20:21 23:20
  24:9 25:21
  37:23 44:11
  112:25 148:15
  162:13,15
  250:10 253:5,6
  258:17 304:1,2
  304:24 309:2,20
  310:2 316:20
  328:2,9,9
**house** 60:20
  169:22 207:20
  207:21 302:1
**houses** 215:11
  238:9 296:25
**housing** 279:21
**huge** 59:2 66:17
  66:18 137:13
  269:2
**hugo** 56:4,9,11
  56:12 84:3
**hulking** 159:25
**human** 65:21
  66:1 279:20
  297:5 298:17
  299:13
**humanity** 253:2
**hundred** 170:8
**hundreds** 193:17
  194:11 197:5,11
**hung** 166:13
**hungry** 44:5

**hurt** 294:1
**husband** 173:3
**hvac** 160:7,8,9
**hyde** 335:3
**hydroxychloro...**
  252:8

**i**

**i.d.** 309:22 310:8
**iceberg** 6:6 42:9
  245:4
**idea** 20:9 52:5
  89:7 135:25
  169:17 233:25
  276:2
**ideas** 324:23
**identical** 70:3
  97:13,18 98:8
  215:11
**identification**
  154:1
**identified** 152:22
  202:25 290:22
  296:14 297:11
**identify** 150:6
  269:19 292:9
  297:13
**identity** 61:22
  174:24 216:6
  225:11 250:16
**idiots** 324:3
**ignored** 7:16
  194:5 230:20
**illegal** 3:10 9:16
  52:23 82:11,13
  82:16 205:17
  214:13 246:10

**illegally** 9:1,3,8
  225:7,20
**illegitimate**
  85:18,19
**illness** 2:13
**illuminate**
  317:13
**image** 63:22,23
  66:24 93:3
**images** 64:12
**imagine** 84:21
  196:13
**imaging** 72:4
**immediately**
  84:16 107:20
**impact** 332:2
**implies** 327:22
**implying** 102:12
**importance**
  124:7
**important** 34:12
  100:23,25
  120:15 124:13
  138:21 173:18
  210:4 219:3
  234:17 243:24
  250:21 316:13
  317:13 334:20
**impossibility**
  264:12
**impossible** 6:15
  6:15 218:2
  245:12
**impoverished**
  249:9 250:15
**improbability**
  264:11

improprieties
  135:19,22
  308:15,17
impropriety
  192:11 306:24
  307:7
inaccurate  84:5
inactive  200:4
inactivity  194:9
incarcerated
  216:4
inch  264:4,5
inches  119:3
incidents  143:17
include  10:1
  75:7 217:5
  273:18
included  60:12
includes  3:8
including  7:13
  14:4 38:25 94:8
  185:21 324:9
increase  62:2,3,5
  233:7 234:12
  235:1
increased  205:3
  234:13
incredible
  320:24
incredibly  2:9
increment
  259:18
independent
  179:6 269:12
indicated  69:24
  109:7,17 160:12
indicates  75:21
  105:4

indicating
  109:10
indication  75:18
indications  83:5
indicator  109:13
indicia  43:9
  74:15 109:8
indictments
  256:23
indiscernible  5:3
  13:15 28:2
  73:17,18,23 96:4
  111:9 143:14
  144:22 145:12
  150:16 207:3
  240:7 244:20
  258:10 259:3
  281:16 334:10
individual  145:2
  150:12 287:13
  288:22
individuals  9:6,7
  9:9,13,14,17,20
  33:11 97:20
  215:25
induced  233:8
ineligible  9:3
inequitably
  188:18
infections
  158:25
influence  55:19
  183:20
inform  317:10
  317:10
information
  14:17 29:20
  32:13 47:24

55:13,22 56:25
  111:12,12 127:1
  127:5 128:2,4
  139:7 145:22
  178:16 198:23
  201:7 204:12
  208:23 265:4
  272:8 326:9
informed  139:13
  142:14 144:23
informs  197:23
infuriating
  171:10
initial  151:3
  156:16 158:18
  159:15 170:15
initially  143:3
  154:20
initiatives
  190:25
injected  66:13
  67:8,12 70:14
  72:7,21
injection  83:7
ink  66:25 72:4,4
  78:5
innocent  298:10
input  140:25
inquirers  185:16
ins  50:18
insecure  45:10
  58:3
inside  38:7 51:19
  94:20 166:13
insignificant
  42:25
insist  188:4

inspect  60:15
instance  6:20
  48:13 52:6
  111:15 139:2
  191:9
instances  139:13
instant  192:8
instill  318:18
institute  185:2
  209:21
institution  84:23
  84:24 190:12
instructed  91:8
  93:20 94:6
  123:7
instrument
  282:16
integrity  4:10
  218:12 265:2
  278:12 290:4
  294:8
intel  46:11
intelligence  56:8
intelligent
  126:10
intend  183:20
  194:23 198:16
intended  191:1
intending  205:25
  322:4
intention  199:22
intentional
  325:10,11
interdict  77:16
interest  181:24
  186:1 228:11,15
  228:15

**[interested – january]**                                    Page 39

**interested**
271:19 298:20
299:4,11 321:17
321:18
**interesting** 49:24
51:10 53:4
149:13 156:23
162:6 199:7
200:2 220:12
241:5 260:22
**intermingling**
214:13
**internet** 104:16
105:1 107:13
112:2,4,9,11
113:8
**interpretation**
233:23
**interpretive**
232:3
**interrupt** 51:22
88:1 182:5,15
**interrupting**
222:22
**intersection**
55:13
**intervention**
226:9
**intricacies** 211:3
**introduce** 10:25
11:1 208:25
209:12 230:8
**introduced**
229:25
**introduces** 230:9
**invalid** 221:18
227:18 255:11

**invested** 56:5,14
**investigate**
175:17 188:5
191:25 218:17
278:21 295:22
300:20 306:14
331:3
**investigated**
25:21 296:4
**investigating**
182:1 191:5
**investigation**
3:21 4:4 175:22
176:2,9 218:20
270:6 279:10
305:13,14 316:9
321:8
**investigations**
112:3 237:3
311:20 319:9
321:5
**investigative**
57:5 305:7
**investigator**
327:12
**investigators**
204:4 299:2
**invite** 27:15
**invited** 210:8
**inviting** 210:3
**invoke** 222:10
**involved** 33:22
43:20 88:6
89:19 250:20
300:2
**involvement**
217:10

**ipad** 89:12 101:7
**iphone** 105:10
**irregularities**
3:16 6:2,12
138:23 182:2
228:5 245:9
247:6 294:2
297:24 299:21
319:1 334:3
**irreparably** 4:9
**irs** 185:17
**ish** 13:11 37:9
**isolate** 68:13
**issue** 10:6 12:11
78:11 84:12
101:25 132:4
142:10,14
162:20 181:23
193:21 202:18
204:25 210:19
238:13 240:10
241:15 242:24
252:1 268:2
278:5,23,23
282:9 330:13,14
331:3 334:9
**issued** 140:8
215:18 296:11
**issues** 6:2 75:17
193:23 194:16
196:15 197:19
200:21 206:20
208:15 210:10
221:5 250:12
251:17 263:22
284:18 332:18
**it'd** 82:16

**it'll** 75:24 120:16
259:21
**items** 154:5
155:6 164:6

**j**

**j** 5:11,23 92:13
108:23 273:14
274:23 275:1
294:14
**jacket** 296:16
**jackie** 10:25
11:11,11,25
12:20,23 13:13
13:16 20:8,12,15
24:20,25 25:4,25
26:12,22 27:2,10
28:14,16,24
29:23 31:7,17,19
31:24 32:10,16
33:19,25 34:3,6
35:24 36:11,14
36:19 37:17,20
38:1,6,11 40:4
40:16,20 41:4,11
41:16
**jackson** 139:21
227:24 272:16
272:17,21 273:1
273:6,7 278:15
280:1,2,6,10,14
280:18,23 281:3
281:4,8
**jam** 64:22
127:20
**january** 80:3
161:17 203:18
219:23 228:9,13

**[january - jr]** Page 40

310:13,14
316:13 323:2
**jeez** 133:20
**jen** 69:16,19,23
70:11,22,25
71:10,15 72:8,24
73:5,13 75:11,16
76:3 172:3,7
179:19,25 180:4
180:8,12 190:2,8
190:16,22
191:16 192:3
233:21 234:24
235:25 236:4
**jenna** 42:2
253:21 254:3
**jeopardize**
172:25
**jesus** 2:25
**job** 42:8 79:24
118:4 127:18
132:22 143:2
158:24 169:9
173:6,7,11
189:10 199:11
208:7 253:24,25
265:12 266:15
279:12 290:6
294:6,7 315:13
315:15 322:21
330:4
**joe** 54:5 92:14
108:24 145:15
**john** 34:9,21,25
35:8 107:18
108:1 109:1,4,20
208:24,24 209:3
209:7,11,15,16

210:1 220:9,17
221:4,17,23
222:3,10,15
223:5,15,21
224:3,8,12,25
226:18 227:12
228:14 232:1
234:9 235:9
236:3,5,14,20,24
237:2,9,19 239:2
239:11 240:2,5,9
240:24 241:22
243:16,23
244:15 305:20
306:1
**join** 331:17
**joining** 229:18
**joint** 219:22
237:21 238:8
**jones** 33:1,2,14
67:16,17 68:16
69:11 175:15
205:6,7,22 206:2
227:22,22,23,24
229:10 284:11
284:22 314:13
314:15,18
334:14
**jordan** 69:14,16
69:19,23 70:11
70:22,25 71:10
71:15 72:8,24
73:3,5,13 75:11
75:16 76:3
83:20 171:15
172:2,3,7 179:18
179:19,25 180:4
180:8,12 190:1,2

190:8,16,22
191:16 192:3
233:21 234:24
235:25 236:4
313:9
**jordan's** 81:7
**jorgensen** 92:14
108:24
**joseph** 92:14
108:25 274:22
274:23 275:1
**jotted** 50:8
**jr** 2:1 3:2 5:4,12
5:17,20 11:4,8
11:23 12:15,21
13:12,14 20:6,10
20:13 24:2,8
25:16 26:13
27:9,16,20 28:3
29:18 30:2,7,13
32:17,25 33:15
34:7 35:10,14
36:5,23 37:2,6
37:11 38:13
39:20 41:7,13,17
41:20 45:13
54:13,19,22 55:1
55:5 57:18
62:23 63:3 65:4
67:15 69:13,18
73:2,14,20,24
75:14 76:21
79:3,16 80:8,23
81:3,20 82:14
83:14 86:10,14
86:19,23 87:1,6
87:17,22,25
96:15 100:11

107:21 109:3,22
110:19 111:21
113:2 115:1,6,10
116:1,5,8,12
126:21 130:19
135:15 136:12
136:18 137:10
137:15,20,24
138:2,5,7,11,14
147:11 148:20
152:13,18 157:1
157:6,9,21,24
158:2,5 163:11
163:17 171:14
173:20,25 174:4
174:7,9,18
177:11 179:17
180:15,22
181:19 182:4,8
182:14 188:20
189:24 192:12
192:18 196:16
203:14 205:5
206:3,25 208:17
208:21 209:4
220:1,5 227:21
229:13 233:15
233:18 236:8
239:12 240:25
243:3,7 244:11
244:17,22 248:5
248:8,17,21,23
249:1 253:9,12
253:14,16,18,22
254:13 256:1
257:12 258:2,6,8
258:11,14,22
259:8,25 260:1,5

260:8,12 265:9
265:14 270:2,24
272:6,10,14,19
272:22 273:4
278:14 279:25
280:3,8,12,16,22
281:1,6,11,17,21
281:25 282:19
282:22 283:1,20
284:2,5 289:4,8
289:12 294:23
295:8 302:12
303:19 305:18
305:24 307:18
308:19 311:25
314:12,16
316:23 323:6
329:11,15,21
333:25
**judges** 199:19,24
299:24
**judiciary** 1:13
2:2 222:16
243:15 304:3
308:23
**july** 278:13
**jump** 126:25
147:8
**jumped** 54:1
92:6 187:25
**june** 124:10
127:16 130:7
231:2 319:13
**junior** 248:15
**jurisdictions**
191:12
**justice** 239:6,6
252:11 278:20

279:12 305:12

**k**

**kane** 289:6,17,18
**keep** 4:8 12:13
16:16 36:1 40:3
56:4 193:11
199:14 251:7
257:3 303:2,9
309:17 318:25
**keeping** 257:8
**keeps** 105:25
**kelly** 133:2
**kennedy** 34:8,9
34:21,25 35:8
107:23 108:1
109:1,4,20
305:19,20 306:1
310:19
**kept** 19:22 36:4
43:15 160:18
262:6 263:16
**kicked** 121:12
169:22 249:23
251:24,25 288:3
**kicks** 219:10
**kids** 58:9
**kill** 252:20
**kind** 28:8 51:8
68:14 88:5
94:16,22 117:4
118:13,25
126:18 133:3
137:13 147:24
151:17 154:18
155:14 159:17
166:21 189:21
193:7 199:4,5

202:17 203:1
204:2 211:5
231:21,23 232:1
233:24 235:1
266:21 267:13
268:9 295:12
309:18 324:1,15
**kinds** 53:24
199:7 243:24
**knee** 282:7,12
287:1
**knew** 22:14 29:6
47:24 102:21
128:7 156:21
170:11 269:15
275:7 279:16
**know** 3:5 4:4
8:20 14:12
16:25 17:8,18
19:22 21:5,23
22:11,25 23:3
25:6 29:9,21
35:4,17,21 36:4
36:19 37:14,19
38:4,11 40:18
46:3,4,9 48:14
49:2 55:8 58:20
58:23 61:3,6
62:1,12 63:14,25
64:4,22 65:13
67:18 68:1 69:2
69:5,7,9 71:6,17
72:16,25 73:6
75:16 76:6
78:16,21 79:5
80:15 83:3,10
84:7 85:23
87:19 92:2,3,4

94:15 95:2,11,13
98:5 99:11,12
104:6 105:13
107:17 110:25
111:19,24
113:24 114:1,9
118:17 120:7,12
120:14 123:8
124:4 128:1
131:3 133:23,24
135:20 138:24
142:14 143:8,8
143:12,13
144:17 145:10
147:5,21,24
148:12 149:16
150:15 154:12
154:22 155:15
155:17 156:2,5
156:21 159:8
160:17 161:13
161:15,22,24
163:8 164:4,16
173:14 175:9
176:2,3 177:8
178:1,2 181:7
183:5,7,13 185:8
187:6 191:3
192:25 197:16
198:6 200:25
202:18,19,20,21
203:10 204:3,24
205:3,18,24
207:10,24,25
221:2 225:11
231:11 232:1,5
233:2 235:9,13
246:18 250:2,19

**[know - laws]**                                                                    Page 42

251:22 252:13
253:7 260:13
262:15 263:11
266:14,15,24
269:10,12 270:5
274:12,13
275:24 277:1,16
277:18,23,24
278:5 279:23
282:4,6 284:8
285:4,14 287:20
288:2,5,16,18,19
288:22 289:16
291:6,11,19,20
292:2,5,13 293:1
293:16 294:13
294:25 295:4
296:8 297:18,20
298:1,11 299:1
300:6,22 301:18
301:22,23,24,24
301:25 302:21
303:4,10 304:2
306:12 308:8,8
310:7 311:13
312:10 313:6
314:20,23
315:20 316:14
316:19 318:1,3
318:11,12 319:6
319:7,9,19
320:22 322:13
322:14,21 323:3
323:13,15,17
324:7,11,17
325:13,18 326:2
326:23 327:3,5,7
327:9,15,18,20

327:21 328:6,8
328:13,24,25
329:1,7,9 330:9
330:10 331:14
332:21 333:7,8
334:21
**knowing**   114:11
135:23 176:14
314:21
**knowledge**   56:9
62:7 299:8
**known**   10:10
132:16,17,19
246:20 247:23
**knows**   64:24
127:8,9 211:20
247:11 274:11
319:5
**kroger**   103:16
**kudos**   79:23

**l**

**l**   57:1 260:16
265:18
**lab**   169:10
**labeled**   269:22
**lack**   8:4 97:16
116:22 266:6
**ladies**   16:4,15
180:23 320:12
**lady**   13:25 15:18
15:21 16:16
18:7 21:20,24
22:3 23:9,10
156:18 171:20
171:21,22 246:4
246:19 309:17

**laid**   158:24
220:20 317:5
332:21
**lake**   57:25 59:5
**lamenting**
306:25
**landslide**   172:14
**language**   124:22
231:22,23
**lapel**   150:14
**lapses**   65:16
**laptop**   126:13,16
**large**   151:14,16
155:10 165:22
200:8 247:5
266:16,22
282:14 302:23
**larger**   101:7
**largest**   74:25
185:21,22
186:15
**las**   82:3 256:18
**late**   32:20 36:15
133:3 180:25
181:7 239:6
306:3 307:14
334:12
**lately**   197:20
**latest**   232:8
**laughing**   324:2
**launched**   137:1
**laurie**   168:7
**lavishly**   187:2
**law**   6:3,18 7:24
8:4,8 9:4,24
10:19 26:8,10
41:3 71:12
84:15 85:4

123:19 131:14
132:13 135:5
160:17,24 161:8
161:13 173:9,10
188:10 189:1,2,7
189:16 192:2,2
192:10 194:7
195:11,19
201:17 202:16
202:20 208:15
209:17,18 214:7
215:7,20 216:5,7
216:11,15,22
218:21 219:9
222:25 223:3,4
223:10 225:19
225:23 226:14
226:17,21 227:1
227:3 228:2
229:21 230:8,17
230:23 234:4
235:24 238:21
239:25 240:2,3
242:14,15,21
245:24 290:1
298:5,5 300:9
303:4,5,8 307:12
322:24 332:9
333:2
**lawful**   70:16
198:17
**lawfully**   194:24
195:22
**laws**   60:2 71:7
115:13 188:22
200:13 278:4,18
298:7 305:1
322:21,25

**[laws - librarians]**                                        Page 43

324:12 333:1
**lawsuit** 226:10
**lawsuits** 26:7
  295:25 299:24
**lawyer** 11:12,13
  126:10 131:21
  175:25 192:6
**lawyers** 279:14
**lay** 332:22,25,25
**layout** 151:17
**lead** 4:5 5:10,23
  173:3 268:5
**leaders** 184:25
**leadership**
  307:15
**leading** 40:23
**leads** 156:23
**leak** 24:14,15,17
  24:19,22 25:2,5
**leaning** 146:8
  259:3
**leap** 189:17
**leapt** 187:8
**learned** 145:14
  161:1 285:17
  312:12 313:15
**leave** 13:8 14:13
  15:22 16:1,10
  20:23 22:5,13
  23:14 25:10,14
  25:14 36:15
  40:10,21 93:17
  95:20 96:1,2
  122:3,5 123:12
  134:20 148:5
  250:22 254:15
  274:14 280:17
  280:19 321:14

321:16,16
**leaving** 22:24
  168:23 309:1
  314:4
**ledanski** 335:3
**lee** 39:23 40:12
  40:22 41:6
  81:22 82:5,12,15
  82:19 83:8,12
  113:4,12,18,23
  114:4,8,15,21,25
**left** 14:17,22
  21:13 23:16
  28:19 31:16
  32:3 44:1 60:18
  95:21 96:4
  120:23,24,25
  121:3,5 123:13
  123:15 162:3
  169:14,18 177:6
  189:16 261:17
  283:8 292:5
  318:11
**legal** 3:11 10:8
  11:14 72:23
  85:2 183:19
  196:3 214:13
  231:19 247:21
  250:5 251:10
  326:14 335:11
**legalities** 328:25
**legality** 192:1
**legally** 189:4
  204:17
**legged** 151:17
**legislation**
  237:17

**legislative**
  228:12 231:7
  237:24 241:25
  242:2 243:22
  305:6 308:4
**legislatively**
  218:24
**legislator** 326:16
  329:6
**legislators** 85:24
  173:7 186:2
  316:10 326:12
  334:5,7
**legislature** 6:24
  6:25 7:4,10,17
  8:1,5,5,25 10:13
  10:16,19 45:21
  84:16 85:10
  203:23 209:25
  210:9 211:9,16
  211:21 212:4,13
  212:22 213:1,5,7
  213:14,16,22
  214:9,21 215:1
  215:11,12,22
  217:10,18,22
  218:3,16 219:4
  219:15 220:15
  221:8,13 222:11
  222:18,19
  224:17 226:14
  227:1 228:20,23
  236:17 240:12
  241:12,18 242:1
  242:5,18,22
  244:6,9 247:25
  270:5 300:13
  314:23 324:9,10

324:22,24
  325:16,19 326:1
  326:8,10 330:12
  330:19
**legislature's**
  212:25 217:21
**legislatures**
  210:14 211:20
  212:8,10,18
  257:21 308:13
  316:10
**legitimacy** 84:13
**legitimate** 72:6
  128:23 198:15
  255:24,24
  322:14 332:10
**legitimately**
  301:17
**lemon** 174:8,13
  174:20 177:16
  177:19,23 178:2
  178:9,20,24
  179:3,8,12,16,24
  180:3,7,11,14
  246:4 313:3
**lent** 143:25
**letter** 46:11
  83:22 85:12
  139:6,8 262:19
  262:22 271:21
**letting** 303:22
  329:20
**level** 58:17,19
  81:24 103:13
  104:19 294:2
  297:9,15,24
**librarians** 94:1,2

**[library - little]** Page 44

library 104:10
309:19
license 56:23
104:6 174:23
309:21 320:20
licensed 158:23
licensing 57:10
lie 112:5 247:10
lies 10:7 191:25
lieutenant
300:10
life 2:8 77:13
158:22 184:14
185:13
lift 322:15
light 2:21 233:6
ligon 2:1 3:2 5:4
5:12,17,20 11:4
11:8,23 12:15,21
13:12,14 20:6,10
20:13 24:2,8
25:16 26:13
27:9,16,20 28:3
29:18 30:2,7,13
32:17,25 33:15
34:7 35:10,14
36:5,23 37:2,6
37:11 38:13
39:20 41:7,13,17
41:20 45:13
54:13,19,22 55:1
55:5 57:18
62:23 63:3 65:4
67:15 69:13,18
73:2,14,20,24
75:14 76:21
79:3,16 80:8,23
81:3,20 82:14

83:14 86:10,14
86:19,23 87:1,6
87:17,22,25
96:15 100:11
107:21 109:3,22
110:19 111:21
113:2 115:1,6,10
116:1,5,8,12
126:21 130:19
135:15 136:12
136:18 137:10
137:15,20,24
138:2,5,7,11,14
147:11 148:20
152:13,18 157:1
157:6,9,21,24
158:2,5 163:11
163:17 171:14
173:20,25 174:4
174:7,9,18
177:11 179:17
180:15,22
181:19,21 182:4
182:8,14 188:20
189:24 192:12
192:18 196:16
203:14 205:5
206:3,25 208:17
208:21 209:4
210:2 220:1,5
227:21 229:13
233:15,18 236:8
239:12 240:25
243:3,7 244:11
244:17,22 248:5
248:8,17,21,23
253:9,14,18,22
254:13 258:2,8

258:11 260:1,5,8
260:12 265:9,14
270:2,24 272:6
272:10,14,19,22
273:4,18 278:14
279:25 280:3,8
280:12,16,22
281:1,6,11,17,21
281:25 282:19
282:22 283:1,20
284:2,5 289:4,8
289:12 294:23
295:8 302:12
303:19 305:18
305:24 307:18
308:19 311:25
314:12,16,18
316:23 323:6
329:11,15,21,25
333:25
likewise 91:3
limit 211:21
limitations 60:1
208:16 241:24
242:8,21
limited 89:18
98:12 149:20
150:17 184:18
269:14 283:17
326:9
limiting 65:25
66:5,21 69:25
70:5 150:25
317:18
limits 285:13
lin 279:15
line 127:24
139:23 154:5

177:1 189:10,17
214:2 218:25
linear 31:22
lines 9:21 93:21
127:21 195:10
195:13 196:5
205:19
linguist 289:21
289:21
link 207:13
322:18
linkedin 198:23
links 57:10
list 89:11 197:10
208:11 241:11
288:21 297:20
listed 9:6 81:12
listen 44:13
170:1 172:13
listened 324:25
325:6
listening 117:21
294:20 301:21
literally 168:4
206:21 245:5
266:11 286:15
little 12:25 17:11
21:11 27:25
28:4,8 32:15
43:12 46:24
55:7 69:21 92:9
97:24 106:18
114:14 119:17
130:8 149:16
150:13 167:11
171:20,22
174:10 191:22
204:22 210:16

**[little - lot]**                                                                          Page 45

229:20 241:3
248:18 249:6,7
259:18 264:9,25
268:3 273:10,10
301:16 322:23
**live** 12:17 55:7
55:11 69:1 87:9
87:12 138:8,17
158:9 174:11,15
192:24 203:11
204:23,23 206:1
260:17,18
**lived** 79:21
289:18
**lives** 172:13
199:11
**living** 95:1 101:5
102:14,22
**loading** 121:9,10
121:21 167:24
**loads** 285:23,24
**local** 3:22 42:7
166:17 169:24
169:25 170:9
182:23 185:19
190:17 278:20
**locales** 183:6
**locate** 162:10
**located** 198:15
**location** 88:10
88:12 89:6
115:19 126:6
139:3 149:22
290:12
**locations** 139:12
197:4 285:20
**lock** 164:14
167:3,4 169:3

276:17 288:12
**locked** 170:21
**locking** 164:20
164:25
**locks** 164:1,6,8
164:20 166:6,7
167:7,8,11,11
168:3,13,16,25
170:2 276:13,14
**loeffler** 133:2
**log** 36:1
**logistical** 80:1
**logistically**
218:2
**logs** 47:9 61:2
63:25
**long** 30:11 46:4
47:10 88:4 92:1
95:11 118:7
160:20 162:14
164:12 165:24
180:17 201:18
210:18 256:23
256:24 302:17
334:24
**longer** 196:4,7
332:11 333:11
**look** 16:3 22:12
30:19 31:9 32:3
32:6 38:2 48:10
51:9 61:10
77:13 79:5,8
85:20 86:5 92:5
95:16 98:23
112:6 113:15
120:9 122:24
128:5 143:9
156:15 161:10

161:19 165:14
165:18 166:12
170:3 186:16
200:4 204:4
207:12 229:23
241:23 253:2
254:25 255:1,18
255:19 259:12
259:22 278:8
294:10 316:9
322:16,17 323:4
324:5,10,16
332:13 333:1
334:5,7
**looked** 47:17,18
48:20 49:4,6
51:11 55:23,24
77:17 79:9 98:8
98:15 104:9
142:4 146:5,25
198:22 206:19
223:6,6 269:23
276:21 293:15
332:16
**looking** 11:25
21:9 27:10
31:21 50:21
55:16 57:12,13
101:7 196:21,24
197:17 262:1
264:1 284:4
292:25 295:14
**looks** 68:17
166:21 171:22
225:6 253:1
308:16,17
**loose** 119:11

**loosely** 231:24
**looser** 233:10
**lord** 2:8,11,15,20
**lose** 286:22
**losers** 311:14
**lost** 118:12 122:1
122:17 286:22
290:6 304:19
309:9
**lot** 30:14 31:20
32:23 33:8 37:3
50:25 53:24
62:8 65:12
70:23 71:1,2,3,4
71:4,14 77:1
89:9 94:17
117:22 127:1,4
127:15 138:15
139:18 148:11
148:11,13,13
154:23 159:3
162:5 168:21
181:5 200:2,7,20
200:20,21 211:7
213:24 227:9
248:11 252:23
259:10 273:20
276:12,13
277:12 293:21
295:17,19,25
297:2,21,21
298:1,21 300:23
301:23 302:8
309:2,15 312:4
312:10,13,21
315:24 316:19
316:19 319:20
322:2 324:12,14

**[lot - manner]**                                                       Page 46

324:22 328:3,21
330:16 334:22
**lots** 197:14
**loud** 141:8
**love** 178:16
252:23
**loved** 128:4
**low** 158:24 160:4
**lower** 21:12
208:2 290:11
**lucky** 317:25
**luggage** 288:12
**lumpkin** 187:11
**lunch** 283:13,23
285:1,10,11,14
287:8
**lupus** 252:7,7
**lutely** 282:11
**lying** 247:15

**m**

**ma'am** 11:4 34:2
37:3 66:2,21
69:22 70:10
71:11 72:1
113:5 115:3,11
179:24 180:3,11
190:6,21 191:3
192:5 272:20
289:14 310:13
**machine** 43:5,5
44:23,24 45:4
47:16,24 58:3
63:18 64:18
66:25 67:5,7,12
70:2 74:19
78:20,22,23
80:12,19 81:24

84:5,9 91:21
94:23 107:11
112:14 113:20
113:22 165:8
171:4 180:2
261:4 291:3,19
327:2,9
**machinery** 88:19
**machines** 18:22
18:24 19:1 36:1
43:6 45:7 47:5,6
49:11 57:22
58:5,10,21 60:9
63:16,24 64:3,5
64:15,21 68:14
74:17 77:8
80:14 82:10
99:14 106:16
127:14,25
131:25 132:5,8
159:20 161:2,6
165:14 167:13
326:25,25 327:5
**mad** 286:21
**madrid** 57:2
**maduro** 56:10
56:14 84:4
**mail** 42:16 43:3
43:3,10 50:18,21
51:2,3,10,19
52:13 53:22,23
53:25 54:5
76:11,14,16
77:21 81:15,18
91:18 131:7
143:24 144:6
175:14,24
176:16,22,24

177:1 194:1
255:2 257:3,4,5
273:17 274:6,7,8
274:10,19,21
282:14
**mailed** 51:3
53:18,19,19 97:8
175:20 176:20
198:10 255:13
**mailing** 99:11
**mails** 144:8
271:25 272:1
309:12
**main** 22:18
24:10,13 25:6
264:20 265:7
**mainstream**
61:3
**maintained** 61:8
64:9
**major** 259:19
293:23
**majorities**
183:11
**majority** 195:18
212:10 239:4,8
265:3,3
**making** 200:16
215:18 238:5
251:11,12
316:20
**male** 19:15
**maloney** 83:24
**man** 27:5,12
93:11 94:21
116:11 173:4
187:4 291:1,16
326:11

**manage** 123:17
140:6
**managed** 53:19
112:24
**management**
208:12 299:14
**manager** 87:15
88:4,9 90:10
96:20,23 117:12
117:19 118:17
119:20 123:17
124:6 139:6
141:15,16
**managers** 90:1,2
90:9 93:22,23
117:13,16
**managing** 110:3
117:20
**manifest** 232:20
**manipulate**
55:18 57:16
**manipulated**
250:16
**manipulating**
184:9
**manner** 7:4,12
7:25 210:15
211:15 213:13
213:21,25 214:9
214:11,17
215:21 217:18
217:21,23
219:17 221:12
221:14 227:19
228:22 229:5
232:4,11 242:3
242:17 244:9
320:10

[manually - means]                                                          Page 47

manually  80:22
manuals  57:13
manufacturer's
  64:25
map  206:20
mapped  206:18
march  216:17
  228:8
margin  8:15,18
  8:21 19:6 54:4
  72:16 247:5
  275:7,8,20
maricopa  68:5
marietta  290:12
marijuana  59:20
mariska  175:19
marital  183:9
mark  110:15
  119:6 137:21
  138:4,6,10,13,16
  138:17 147:15
  149:2,7,13
  150:10,22 151:1
  151:5,11,16
  152:8 153:4,9,13
  153:22 154:14
  154:19 155:18
  155:25 156:6
  157:5,8 165:9
  183:1 192:20,23
  193:2,4 197:7
  198:12 199:1
  201:25 202:8,13
  204:2 205:1,12
  205:23 206:9,13
  206:17 207:9
  208:20 246:10
  293:17

marked  51:16
  67:2 78:14,22,23
  99:18 107:8,10
  282:15,17
marker  49:14
market  278:12
marketing
  260:19 264:7
marking  78:10
  78:18 88:23
  89:5 94:24 98:4
  101:6 106:3,10
  106:14,17,20
  163:24 165:7,8
markings  97:13
marks  78:6,10
  78:12 99:9
  144:7
mask  19:16
  68:18 140:9
  157:25
masking  293:16
mass  67:5
massive  43:20
  233:7 234:12
  269:6
master  318:9
match  142:9
  188:13 194:1
  217:6 230:9,15
  230:22 231:6,13
  232:6,7,9 235:6
  310:9 320:13
  332:18
matched  73:8
  171:4 193:18
  298:13,14,15
  309:22

matches  164:23
  318:2
mate  91:24
material  89:10
  188:11 229:25
  230:14 231:8
materials  191:13
math  18:25
mathematical
  48:5
matt  37:5,7,13
  37:19,25 38:3,9
  38:12 109:24
  110:6,12,18
  206:5,10,16,23
  233:17 302:14
matter  60:18
  170:8 172:18
  194:4 204:18
  211:5 310:12
mattered  191:12
matters  138:21
  172:15 173:18
mayor  4:22,25
  41:22,24 45:16
  45:17,19,23 46:2
  46:8,17 47:1
  51:21,25 52:3,8
  52:20 53:10,15
  54:3,8,12,17,20
  54:24 55:3
  57:20 58:2,12
  60:7 61:12 62:9
  73:18,21 74:1,7
  74:12,22 75:4,7
  76:24 77:2
  79:20,22 83:15
  83:17 86:13

110:23 111:6,8
  111:18,22,24
  210:21 236:10
  236:11,15,16,22
  237:1,4,14
  238:19 239:9,17
  239:20 240:3,7
  240:21 241:5
  252:19 253:17
  253:20,23
  254:15 256:2
  257:13 298:2
  306:4 331:7
mayor's  82:21
mba  46:18
mcpherson  85:7
  211:22 212:5,21
  229:1 239:3
  240:11,19 242:9
mean  25:1 33:25
  36:2 78:1 90:1
  92:11 103:18
  114:4,5,12,12,15
  124:1 129:18
  135:21 200:23
  205:23 208:4
  223:5 227:5
  249:15 255:5
  269:4 270:11
  274:1 324:1,9
  325:7,23
meaning  232:3
meaningful
  12:10
means  29:9 40:6
  40:7 171:5,9
  187:17 203:25
  211:20 214:15

**[means - misinformation]**

217:10 232:6,10
251:11 275:16
**meant** 142:1
234:15
**measure** 307:10
**meat** 282:8
**mechanical**
166:6
**mechanism**
214:24 222:17
**media** 3:22
39:11 61:4
62:15 120:15
245:19 290:24
320:25 321:14
321:16
**medicine** 252:11
**meet** 10:20
219:12 265:20
265:22 284:17
**meeting** 2:15,21
125:23 303:25
304:1 315:6
317:5 325:1
328:23
**meetings** 304:13
**member** 20:11
152:3 231:20
236:1,5,7 303:23
307:21 329:19
329:23
**members** 4:19
5:25 41:25 56:9
56:12 79:10
181:1,13,22
210:2 228:1
244:16,25 282:4
302:16 312:7

314:9 333:17
**memorized**
229:17
**men's** 101:13
**mention** 36:8
101:20 126:4
136:1 296:7
**mentioned** 25:7
56:23 77:4
100:13,14 127:8
149:24 198:1
201:20 267:16
268:3 296:9
299:23 312:20
313:19 323:12
**mere** 52:25
227:17
**merely** 213:1
232:9
**mess** 301:14
307:1 310:24
311:5 328:12
329:9
**messages** 309:13
**messaging** 185:6
**met** 169:25
263:23
**method** 212:17
**michael** 33:17
33:20 34:2,5
79:18 243:5,10
243:20 244:10
**michigan** 43:23
57:24 58:1,21
60:19 61:7,14
66:16 68:5 71:1
71:4

**michigan's**
44:25
**micro** 183:15
**microphone**
11:21 30:5
35:11 63:4
87:20 93:11
111:22 248:18
**mid** 146:2 162:8
162:22
**middle** 32:21
93:1 118:24
184:3 256:3
257:9
**mike** 112:22
**mildly** 152:5,9
**miles** 287:21
**military** 12:3
13:5 46:12
58:25 77:14
143:20 144:5
145:5 151:6
194:23 198:14
205:11,15
273:19,22 274:2
274:5 291:8
292:21,23
**million** 42:17,23
182:25 204:6,9
286:24 294:14
319:21 322:16
**millions** 8:22
184:11,15
199:14,14
**milton** 138:18
139:4
**milwaukee**
256:17

**mimosa** 139:15
139:17
**mind** 5:1 29:21
85:2 190:15
202:4 287:3
303:9
**minds** 2:19
**mindset** 324:15
**mine** 85:2 89:8
133:22 186:7
320:23
**mineola** 335:14
**minnie** 172:20
**minority** 4:18
254:7 306:5
321:1
**minute** 115:9
117:25 147:14
180:16 193:8
201:5 243:8
304:4 305:25
**minutes** 15:8
16:24 21:6 58:8
58:10 81:25
82:6 142:24
167:22 168:14
180:24 251:24
261:14
**miraculously**
96:10
**mischief** 315:12
**misconduct**
334:4
**miscounted**
182:19
**misinformation**
295:19

**misinterpreted**
  323:16
**misleading**
  186:10
**mispronounce**
  149:1
**misrepresentat...**
  11:18
**missing**  118:12
  162:12 167:8
  170:9 287:25
  288:1,9 318:20
**misspoken**  318:8
**misstatements**
  295:20
**mistakenly**  45:1
**mistakes**  118:15
  323:13,16 324:6
  325:10
**mit**  46:20,22
**mix**  68:4 218:6
**mm**  29:23 34:6
  128:16 129:3,17
**mobile**  101:21
  101:22,24
  102:13 103:10
  103:10 104:20
  327:22
**model**  48:5,8
**mom**  175:7
  178:10
**moment**  295:13
  313:20
**monday**  125:23
  158:21
**money**  56:14
  161:11 182:23
  184:20 188:12

189:12 190:17
191:23 246:1
**monitor**  25:22
  26:25 27:8
  28:12,12,22
  273:14 278:6
  283:18,18
  284:10,23
  287:17 290:12
  293:10 296:13
  296:17
**monitored**
  283:10 284:24
**monitoring**
  34:17
**monitors**  40:9
  260:21 263:25
  278:3 283:17
  293:12
**month**  38:23
  321:6,8,9,24
**months**  64:10
  159:2 225:2
**moral**  196:3
**morning**  12:6
  13:3,10,17 14:11
  14:21 17:22
  18:2,8,13 19:21
  20:16 21:10
  23:2,11 24:16
  37:12 43:24,25
  60:19 66:10
  74:24 90:12
  93:15,20 94:4
  95:23 96:11
  104:2 117:22
  121:5,13 125:23
  126:5 139:12

145:25 146:3
152:16 160:3,8
162:2,8,22 198:6
211:14 286:14
296:14 304:5
317:5 318:4
319:11 325:2
328:22 330:2
331:5,13,21
332:14
**mortality**  252:21
**mountains**
  161:18
**mouse**  172:21
**mouth**  2:18
**mouthful**  260:11
**move**  12:24
  16:11 24:14
  37:3 86:11
  88:13 103:17
  107:23 115:7
  116:2 137:21
  157:3 159:14
  195:6 199:21
  204:19 205:25
  208:18 212:11
  224:22 233:24
  243:13,22 273:3
  273:5 293:6,11
  305:8,10,10
  314:6 316:7
  322:20 327:23
**moved**  9:20
  17:10 31:12
  149:14 194:13
  195:5,9,10,13
  199:8,9,18
  204:16 205:18

207:18,21 208:8
**movement**  33:9
**movers**  195:2
**moves**  195:19
  196:5 231:9
**moving**  9:23
  23:9 24:19 80:6
  90:19 139:25
  194:21 197:25
  204:8,21 216:8
  268:10 316:7
**multifaceted**
  55:22
**multiple**  8:11
  10:3 18:23,23
  75:1,9
**murky**  189:3,17
  192:1
**murphy**  282:6
**music**  266:12
**mute**  209:7
**muted**  126:1
**myriad**  299:16

**n**

**n**  335:1
**nail**  309:5,7
**name**  2:23,25
  5:5,22 11:9
  21:24 22:9 25:6
  45:21 51:1 55:6
  55:10 87:9,11
  116:11,17
  138:17 149:1
  158:9,14 174:10
  175:9 176:21
  177:14,15
  178:12 192:24

**[name - non]**                                                    Page 50

193:18 209:15
232:14 248:9,15
248:25 260:3
263:7 265:17
272:23 273:6
281:3 284:11
289:14,17
309:22 313:21
**name's**  174:13
193:4
**named**  57:1
168:7,8 232:13
**names**  21:7 22:8
198:20,20
**nancy**  281:12
289:6,17,18
**narrate**  11:2
**nasa**  46:19,22
**nation**  253:11
333:11,12
**nation's**  212:7
**national**  3:22
9:18 183:18
193:19,24 201:1
201:8
**natural**  159:19
160:10
**naturalized**
290:1
**nature**  42:12
315:13
**navy**  249:5
**ncoa**  194:1,17
195:3 200:6
201:14 204:13
**near**  277:10
334:23

**necessarily**
323:13
**necessary**
140:23
**need**  11:5 17:23
23:20 26:23
27:17 30:4 37:3
41:8 63:4 77:9
87:18,19 105:11
107:23 117:8
120:17 122:16
122:19 124:2,13
128:11 129:5,11
134:21 157:3,13
161:10 167:10
168:23 172:25
179:14 180:9,25
192:20 197:2,17
219:21 226:8,9
226:10 235:1
239:21 248:18
251:15 256:6
280:4,4 286:2
287:17 293:6
297:22,22
298:22 299:15
299:22 300:12
303:9 305:2,3,10
305:10 306:8,9
306:11,12,15,16
306:18 308:7,8
310:13,21 316:7
316:10 321:17
322:21 323:1,3
325:21,25
326:18 333:3,4,5
**needed**  96:6
117:13 118:1

131:9 146:12
203:9 228:3
334:21
**needs**  157:18
288:21 321:17
**nefarious**  114:14
**negate**  77:7
**neighbor**  246:18
**neighboring**
212:13
**nerd**  199:4
**net**  194:10
**network**  46:15
55:14
**nevada**  256:18
**never**  43:12
44:13 51:12,15
52:13,21 54:1
88:16,18 107:13
117:16 119:14
120:6 124:7
129:18 175:1,1
176:13,17 230:8
230:17 268:15
297:14 309:12
317:19,22
319:22
**nevertheless**
212:16 225:22
**new**  6:18,21 9:23
61:3 65:11
79:21 91:6
115:16 142:23
143:1 185:1
194:2 196:10
199:11 201:3,5,9
201:10,22
204:12 206:19

229:25 286:12
291:11 324:23
324:23
**news**  14:15,15
16:2 39:10
185:20 297:7
311:13
**nice**  265:20,22
317:6,6
**nigh**  257:9
**night**  14:7 17:22
23:13 32:20,22
32:22 38:18
60:20 96:5
120:25 122:5,8
123:13 124:9
125:1 132:24
134:15,17
160:14,20,23
161:16,22
164:15 165:3
166:3,9 167:1
169:23 170:18
170:21 197:8
246:14 256:4
263:16 284:13
284:16 311:1,13
316:5
**nine**  117:11
186:15,19,20
287:13,13
**nobody's**  40:14
250:12
**nominated**
284:10
**non**  77:24 96:7
184:24 307:21

**nonpartisan**
182:24 184:6,22
185:25 189:5,6
**nonprofit** 182:13
182:22,24 184:2
184:4,12 185:1
189:1,2
**nonprofits** 184:8
**noon** 103:16
160:9
**normal** 17:1
91:13 100:6
232:3
**normally** 6:17
48:1,16 66:7
70:5 217:3
**north** 71:2,2
117:16 131:7
207:21 225:15
226:4 285:20
**northern** 57:24
**nose** 286:19
**notarized** 272:2
**notary** 181:14
**note** 50:17
**noted** 154:10
161:7 162:20
211:25 213:19
**notepad** 262:25
263:7
**notes** 115:23
140:22 146:5
155:6 261:9
**nothing's** 164:5
**notice** 13:20
15:15 23:6
92:16 122:24
203:1 261:5

276:12
**noticed** 48:19
49:13 53:5,5
104:2 110:14
145:18 146:1,25
147:2 262:5
266:19 276:24
278:2,2 287:13
291:1,24
**notified** 4:18
**notify** 161:5
**noting** 154:11
**notion** 300:4
**november** 3:14
6:4 8:2 9:19
10:8 58:1 59:11
59:21,21 62:4
89:3,20 140:2
143:16 151:2
158:16,19,21
175:19 176:1,16
176:23 184:22
195:2 219:19
228:10 247:21
258:21 290:18
294:9 305:15
316:12
**nulled** 294:13
**number** 5:6,6,18
7:5,5,6 27:18,19
27:20 37:4
39:21 46:10
49:25 50:7,8,17
52:12 54:7
63:10,18 69:3,15
69:16 72:11,12
73:7,8 81:4
93:24 94:10

108:13 114:6,19
135:24 148:24
149:4 153:20
154:1,3 164:14
167:7,8,10
179:19 190:2
196:19 198:12
203:17 211:16
215:24 216:12
220:6,24 229:16
233:7 234:12
244:23 264:8
265:11 267:18
267:20,23
275:11,12
277:16,16,17
282:12 283:17
295:7 298:12,13
298:14,15
305:22,25
309:14 318:20
318:22 319:15
323:21 329:16
329:17
**numbered** 89:11
163:25 164:6
166:6 167:4
168:13,25
**numbers** 62:16
62:17,22 69:9
79:6,7 142:8
153:1,11 164:8
164:22 169:7
185:25 193:20
200:8 214:14
263:15 277:16
**numerator**
318:2

**numerous**
111:11 112:2,8
112:25 215:23
297:6 298:16
**nurse** 158:23
169:9
**nurses** 304:16
**nvra** 199:13,25
200:12 207:12
**ny** 335:14

**o**

**o** 260:16 335:1
**oakland** 60:20
61:5
**oath** 44:12
199:20 298:8
**obeyed** 195:11
**objected** 83:21
**obligated** 305:4
**obligation** 4:3
84:18 85:23
**obligations**
188:9
**obscured** 23:9
**observation**
97:20 140:3
145:8
**observations**
138:22 293:24
323:11
**observe** 12:10
131:4 144:18
145:8 151:16
238:10 249:22
266:2 268:1
292:16 293:19

**observed** 142:25
150:5 249:3,12
249:12 258:25
261:20 263:21
265:4 268:6
290:16
**observer** 249:2,4
267:4
**observer's** 15:24
**observers** 12:9
13:1,23,25 14:4
14:13 15:25
16:10 40:9
321:14
**observing**
143:22,23 149:6
249:22
**obtain** 89:25
194:2
**obtained** 194:19
321:25
**obviously** 31:5
70:6 71:18
145:13 150:20
254:7 330:6
**occasion** 57:21
57:21
**occur** 143:17
182:21
**occurred** 24:6
24:17 142:8
214:25
**occurring**
306:24
**occurs** 307:8
**ocga** 245:15
301:11

**october** 75:23,24
174:21 175:9,12
178:13 180:7
335:16
**odd** 108:18
**oddity** 93:8 95:9
**odds** 95:16
**offer** 182:23
**offered** 263:13
263:16 264:24
**office** 9:9 25:20
25:24 34:16
38:24 90:24
115:16,21 150:9
167:20 168:1,2
169:20,25
170:10 175:14
175:21 176:7,11
176:18,25 177:5
181:15 207:5
245:5 250:25
271:9,21 299:3
300:18 301:2,6
309:1 319:12
331:5
**officer** 56:8
176:20,22,24
238:7
**officers** 287:24
**offices** 181:25
182:23 184:10
184:16 235:4
**official** 22:22
29:8 162:9
183:13 233:2
234:14
**officials** 26:20
26:23 34:1

76:18 190:18
214:10 222:16
228:21 234:14
245:15,17
246:11 267:19
271:12 273:22
275:10 294:7
315:14,16
319:21
**offline** 61:25
**oh** 93:12 95:22
103:15 122:16
122:18,21 123:9
133:20 134:24
136:14 157:23
159:9 171:16,20
240:8 272:17
273:1 291:25
297:18
**okay** 3:2 4:17,21
5:4,7,15,21
11:19 12:14,20
12:20,21 13:13
13:18 14:25
15:6,24 16:12,14
16:20,25 20:15
20:16 21:9,12
23:1,6 27:9 28:5
28:15 30:6
31:18 32:12,16
32:17,25 33:14
34:7 35:8,23
36:5,6,13,19,21
38:12 39:20
41:6,8,13,16
47:1 53:15
54:13,14,25
69:11 70:11

71:10 73:13
76:3 79:16
80:23 82:5,14,15
83:12 87:8,14
88:2,8 89:22
95:18 107:21
109:1 110:7,12
110:18 111:5
113:13 114:25
116:2,5,21 117:6
120:16 124:18
124:22 132:9
133:10 134:7
135:12 136:18
136:20 137:10
137:16,17,20,25
138:3,6 148:20
151:4,7 153:9
155:1,4 156:9
157:14 158:7
163:17,20
168:22 172:1
174:1,4,13,18
178:20 179:25
180:4,8,14,16,22
181:4,20 182:9
186:6 190:22
191:16 192:13
192:21 200:15
202:12,14,17
204:8 206:16,25
207:22 208:17
209:9,11,12
221:16 222:14
223:17 224:1
236:4,9 239:19
248:6 251:5
252:12,25

253:15 259:25
260:17 265:9
269:8,25 270:2
270:19 271:14
271:24 272:4,5
273:2,3 278:14
280:6 282:11,17
282:23 283:1,3,8
283:11 284:2,3,5
284:7,16,17
285:3,4,5,6,9,10
285:14,22,24
286:1,2,13,14,15
286:25 287:4,7,8
287:15,24 288:4
288:9 292:25
294:25 302:5
325:15
**old**  9:5 35:1
124:21,22
171:20,22
174:14 194:2
196:8 201:23
276:18 335:12
**older**  22:9
**once**  16:21 26:4
48:2 49:24 86:1
91:4 129:21
176:6 224:13
296:3
**one's**  250:6
**ones**  46:4 108:14
167:12 185:22
247:12,16 265:3
**ongoing**  8:19
**online**  87:23
185:6 292:24

**open**  2:3,4
129:10,11,12
144:1 147:13
154:11 175:13
176:8,17,22,24
245:17 251:10
252:16 303:9
319:9 321:24
327:6 331:9
**opened**  77:21
94:18,22 265:2
**opening**  130:15
237:22 250:22
327:11
**opens**  194:15
**operate**  231:24
245:20
**operated**  34:19
106:19
**operating**  58:11
58:20 64:23
**operation**  14:24
19:20 20:20
46:6 228:20
**operations**  55:13
55:14,15,19
**operative**  229:21
231:11,12
**operator**  64:24
**operator's**  57:13
**opinion**  55:20
65:24 71:18
74:14 145:6
221:22 224:24
231:19 239:5,5
251:20 253:5
311:11

**opinions**  253:11
259:14
**opportunities**
144:2 325:12
**opportunity**
42:4 44:22 60:8
60:12 128:9
138:20 140:22
145:7 178:5
179:6 181:23
196:22 266:1
289:25 290:8
298:6 303:2
316:22 331:8
332:22,25
333:21
**opposition**  256:3
**opsec**  55:15
**optical**  72:4
78:19
**orange**  129:18
129:19,23
**orangey**  166:21
**order**  2:3 6:20
83:1 123:1
163:2,4 180:24
225:24 228:6
234:15 240:16
245:18,19,20
256:13 278:10
278:11,19 300:7
**ordered**  215:7
245:21 279:2
**ordering**  226:25
**orders**  162:24,25
**ordinances**
305:1

**organization**
93:13
**organizers**  12:8
**organizing**
185:1
**original**  156:10
230:12 234:6,22
**originated**  103:1
**ostensible**  8:15
**ostensibly**  16:6
**ought**  161:19
238:2
**out's**  169:22
**outbreak**  120:3
**outcome**  8:13
59:20 70:3
213:2 319:2
328:15
**outlandish**
331:18
**outliers**  48:9
**outlined**  84:2
**outperformed**
48:14,23 49:15
49:23
**outreach**  185:7
**outright**  10:6
218:8
**outside**  50:12
60:1 61:15 83:4
83:4 112:14
139:14,23 146:8
195:25 196:23
198:10 205:10
276:18,19
283:14 287:18
287:23

**[outstanding - pass]**                                          Page 54

**outstanding**
  318:21,22 330:1
**overall**  95:17
  259:19
**overlook**  249:18
**overseas**  97:8
  144:5 145:5
  296:22
**oversight**  52:25
  146:17 147:17
  148:3 152:5
  171:24 325:1
  330:19,22
**overwhelmed**
  235:3
**overwhelming**
  92:17 95:16
  254:22
**owe**  302:20,25
  303:1 320:4
**owned**  56:25
  61:8,19
**oxygen**  168:10
  301:7

**p**

**p.m.**  13:12 90:6
  118:4 120:25
  219:23 311:1
**p.o.**  216:13
**packaging**  90:20
  90:21
**packet**  61:22
**packets**  157:14
**packing**  164:17
**pad**  104:4
  105:18 106:3,4,7
  106:8 165:5

**padding**  94:19
**pads**  89:9,10
  103:25 104:9
  106:5,20 163:23
**page**  47:2,3 70:8
  178:5 229:23
  274:15 275:22
  275:22,24
  309:14
**paid**  150:4
  262:11,12
  286:24
**pallet**  285:23,24
**pallets**  96:5,7
**pandemic**
  190:19 191:2
  252:22
**pandora's**
  194:16
**panel**  277:3
**paper**  44:8 63:8
  63:22 64:8
  66:24 72:3 77:5
  77:9 78:6,13
  93:4 116:23
  118:6 120:15,17
  123:24 141:16
  153:2 154:17
  158:18 162:21
  162:21,24 163:1
  163:4 165:10,11
  165:13,15,17,21
  165:24 166:11
  166:20 167:5,24
  168:11 169:7
  170:12,15 171:4
  171:5,8 172:18
  267:18 268:18

  268:24 286:8
  291:1
**papers**  86:2
**paperwork**
  162:10,11
**parameter**  78:18
**pardon**  157:14
**pared**  88:14
**parent**  4:20
  25:17,18 26:2,16
  26:24 27:3,7,14
  28:10 36:7,8,13
  36:17,21,25
  38:16,20 39:3
  65:5,6,19 66:7
  67:14 69:23
  96:16,17 97:1,5
  97:15 98:7,18,25
  99:3,19 100:5,9
  136:13,14,20
  220:6,7,10,18
  221:16,20 222:1
  222:8,13,20
  223:13,17 224:1
  224:5,10,19
  226:2 227:8
  230:2 295:4,6,10
  322:4 331:12
**parent's**  230:23
**parenthood**
  183:19
**park**  104:10
  105:19
**parked**  148:11
**parking**  139:18
  148:9 162:5
**part**  71:3 84:12
  137:14 149:20

  151:19,20
  155:25 188:23
  232:3 256:11
  270:9 276:23
  290:9 302:23
  334:6,6
**partially**  106:12
**participate**
  137:2
**participation**
  4:14 54:15
**particular**  17:25
  79:22 108:23
  151:2 190:15
**particularly**
  79:20 95:16
  146:11 233:6
  298:2 315:25
**parties**  40:8
  183:13,17 184:1
**partisan**  184:24
  241:14 246:23
**partisans**  190:12
**partner**  96:3
  137:6
**partner's**  91:7
**partnered**  137:4
**party**  4:18 40:7
  183:23 185:3
  190:15 229:4
  241:16 250:7
  256:20,22
  269:20 321:1
  322:18
**party's**  185:4
**pass**  163:18
  215:17

**[passed - person]** Page 55

passed   121:1
  123:19 133:5
  163:13,15
  210:23 215:14
  227:4 231:7
passing   264:11
passion   247:3
  312:10
patently   321:11
path   303:10
patience   245:1
  248:4 307:14
patriot   315:4
patriotic   159:5
patriotism   4:15
pattern   43:19
  141:2 155:9
pause   68:21
pay   259:21
peace   251:8
peach   186:4
pegged   273:13
pen   67:4 309:25
penalty   10:2
penetrate   46:15
  55:17
pennsylvania
  43:23 44:19
  66:15 67:7 68:6
  77:20
people   9:3 10:22
  14:5,18,22 15:13
  15:16,23 16:1,2
  16:19 19:12,17
  19:23 20:18
  21:3,4,7 22:2,7
  22:11,19 29:14
  30:14 33:8

36:15 43:24
  46:11,12,24
  55:21 61:13
  69:4 70:20
  71:20 84:24,25
  85:9 87:12 94:7
  94:8,12,14 95:7
  107:5 112:25
  114:12 115:18
  115:24 117:20
  120:2,5,23 122:4
  125:18 127:19
  129:14 130:10
  130:16 133:12
  134:11,22 136:2
  136:22 137:4
  138:15 146:21
  156:15,15 160:7
  160:8 163:9
  164:8 166:16,17
  166:19 170:25
  173:9,17 181:5
  185:8 194:12,23
  197:6 198:4,6,21
  198:22 199:8
  201:21 202:19
  202:20 203:3,20
  204:21 206:19
  212:2 213:6
  216:2,3 225:5,7
  225:21 233:5,8
  248:11 250:18
  251:5,7,12,14
  252:23 257:24
  261:22 262:10
  264:17,24
  266:14 267:13
  267:21 268:17

268:17 269:21
  269:23 271:17
  272:2 273:24
  278:24 280:4,7
  283:8,16 284:8
  285:5 291:24
  294:9 296:1,18
  296:23 297:3,18
  297:20 298:21
  298:24 299:7
  300:19 304:6,13
  304:17 308:6
  319:12,13,17
  320:4 323:9
  333:12
people's   46:15
  68:18 170:20
  172:16 173:18
percent   8:21
  42:18,19,22,25
  48:24 49:10,12
  50:2,19 56:6
  66:3,22 70:5
  77:6 95:14
  97:14 123:19
  171:21 186:11
  186:12,21 187:8
  187:9,14,16
  217:4,14 255:3,4
  259:11 264:11
  268:11 275:17
  275:20 283:7
  312:23,24
percentage
  48:13,14,15 49:5
  77:6
percentile   264:9

perennial   307:7
perfect   98:13
  214:2 323:18
perform   90:3
  320:8
performance
  48:17 49:5
period   162:18
  195:25 199:10
  275:3 282:16
  287:18 317:23
  320:19
perjury   10:2
permanent
  199:23 201:15
  203:8
permanently
  196:2 204:19
permission
  105:14,16,18
permit   188:16
  262:19,20
permits   193:25
permitted   12:10
  193:22 194:25
perpetrate   279:2
persevered
  323:9
person   13:7 18:9
  18:10,12 19:14
  21:18 22:4
  23:12 51:19
  54:17 72:14
  73:10 81:9,11,11
  81:15,18,19
  101:18 105:8
  107:6 112:18
  113:16 118:22

**[person - placed]**                                                              Page 56

123:4,5,15
129:10 136:24
137:4 140:5,20
141:7 147:17
155:4 160:13
173:1,14 174:17
174:21 175:2,5
177:22 178:22
196:1,5 199:18
202:6,11 246:20
251:14 261:16
266:12,19
296:14 301:12
308:9
**personal** 46:7
106:22 115:9
126:13,16
**personally** 56:7
97:19 107:16
246:18
**personnel** 140:8
274:2
**persons** 183:8
**perspective**
149:17
**persuadable**
189:21
**pertaining** 33:22
**petition** 6:7 8:10
9:25
**petitions** 259:14
**phantom** 43:17
**phase** 235:16,17
**phases** 235:15
**phenomenal**
330:3
**phil** 44:21 54:18
54:20 55:10,10

57:23 58:5,15
60:10 61:18
63:21 64:20
65:18 66:2,9
68:3,25 69:22
70:10,19,24 71:9
71:11 72:1,15
73:12 74:6,10,19
74:24 75:6,9
76:1,9 77:12
78:3,7,14 79:8
79:14 80:10
82:1,8,16,24
83:9,13 111:19
112:12
**philadelphia**
68:6 191:8
256:17 257:7
**phoenix** 256:18
**phone** 105:9
113:20,22
114:22 127:21
128:5 146:9
147:3,24 148:8
152:6 176:1,5
177:6,7 178:12
309:13,13
**phones** 106:23
127:19 139:24
**photo** 270:7
309:22
**photograph**
287:22
**photographs**
264:2 283:5,13
283:16 285:23
285:25 287:19

**photos** 157:12
157:13,15
270:18
**phrase** 156:21
156:23
**physical** 57:7
**physically** 25:8
104:13
**pick** 10:25 11:6
11:11,11,25
12:20,23 13:13
13:16 20:8,12,15
24:20,25 25:4,25
26:12,22 27:2,10
27:23 28:14,16
28:24 29:23
31:7,17,19,24
32:10,16 33:19
33:25 34:3,6,10
35:24 36:11,14
36:19 37:8,17,20
38:1,6,11 40:4
40:16,20 41:4,11
41:16 63:11
64:17 67:4
85:13 88:22
89:9 157:17
181:16 186:3
212:22 269:24
313:22 325:3
**picked** 63:5
78:18,24 200:3,7
256:13,16
**picture** 124:3,3
146:6 166:8,22
284:1 285:9
**pictures** 147:7
148:1 163:7,9,12

163:14,21
167:18 169:6,15
170:2,24 291:21
**piece** 45:5
164:18,23
267:17 268:23
**pieces** 163:24
**pilot** 317:21
**pin** 150:14
**pipe** 22:18
**pitched** 169:15
**pitt's** 25:6
**pitts** 24:5 36:9
117:14 126:4
**pittsburgh** 68:7
68:7 256:17
257:7
**pivotal** 303:12
**placard** 264:25
**place** 7:12 15:2
15:11 17:3
18:10,20 23:18
24:23 31:5 64:6
78:11 80:11
84:22 89:13
133:7 159:22
161:4 162:6
167:22 169:14
169:18 203:3
206:22 247:14
256:10 257:17
266:18 268:25
308:4 318:9
324:15
**placed** 18:6
34:15,22 37:9
83:1

**places** 72:19
83:7 161:11,12
191:8
**plan** 14:18
256:12
**planned** 183:18
**plastic** 163:25
164:9 165:23
166:6
**play** 22:25 92:4
316:10 321:19
**played** 313:22
**playing** 286:18
**plea** 161:9
**pleading** 245:7
**pleadings** 245:6
**please** 11:3,10
45:21 89:1
117:1 192:22
203:4 204:21
209:13,14
236:10 246:8
277:6 294:6
**pleasure** 193:3
253:12
**plenary** 211:20
213:16 214:21
215:13 217:23
228:24 240:12
257:21
**plug** 178:16
**plus** 110:13
166:16,17
**podium** 5:18
11:5 272:18
318:23 326:4
**point** 11:21
12:18,19 13:2

14:7 28:13
37:13,15 41:9
48:12 52:16
55:16 67:3
68:12 81:6,7
85:17 89:7
103:12 104:14
115:8 130:13,13
131:10 136:21
136:25 138:9
147:4 149:16
165:20 171:16
176:13 200:7
202:14 208:5
227:13 230:23
231:17 238:15
303:12 317:8
318:4 325:23
**pointed** 13:22
29:2 139:7
238:21
**pointing** 262:9
**points** 47:19
62:19 83:19
131:8 144:2
148:18 278:9
**pole** 104:19
105:18 106:7,8
106:20 111:3
117:24 132:11
149:6 163:23
**poles** 129:12
**policies** 305:2
**policy** 59:7
183:21 233:6
**political** 46:18
183:12,13,17,22
183:23 184:1,8

256:20,21 302:8
**politics** 250:16
**poll** 87:15 88:4
88:13 89:6,9,10
93:22,23 96:20
96:23 97:9,21
103:25 104:3,5,9
106:3,4,5 110:2
111:2 112:24
117:12 118:20
119:18,18
120:14 123:20
127:20 138:18
139:6,14,22
149:25 150:4,6
156:24 158:12
158:16,17,19
159:5 162:2,8,23
169:22 170:24
172:4 246:17
249:2,4 251:22
252:1,2 267:5
269:19 289:22
290:10,12,14
292:10,14,17
293:3,9,12
**polling** 88:10
115:18 139:3
149:21 159:22
164:15 165:5
167:22 249:13
**polls** 12:7 13:8
88:12 129:11
185:9
**pool** 326:16
**poor** 88:18
**pops** 60:23 61:9

**popular** 212:11
213:2
**population**
302:23 311:6,7
**populist** 56:10
**poring** 199:6
**port** 327:17
**portal** 276:8,10
**portion** 70:6
107:9
**portions** 65:8
**portland** 199:8
**portray** 28:25
**ports** 59:1
**position** 11:9
80:14 106:25
107:3 222:25
325:14
**positioned** 83:6
**positions** 147:25
**positive** 80:12
**possession** 33:6
**possibility** 74:6
82:25 102:17
114:16,18
**possible** 6:19
51:24 53:11
71:17 102:12,17
144:21 189:3
236:17 255:5
260:25 285:25
**possibly** 74:5
78:12 92:17
135:22 142:19
207:6 292:19
**post** 9:8 125:20
185:4

**postal** 9:19
17:13 197:23
198:8 201:13
204:8
**posted** 50:24
**posting** 50:25
**potential** 3:16
6:3 10:7 65:16
194:16 197:14
217:1
**potentially**
102:6 146:17
323:19
**power** 26:9 56:5
84:14,18 85:11
85:22,25 114:2,3
130:2 212:5,16
212:20 213:16
213:17 214:21
214:23 215:13
217:23 227:19
228:23,24
238:24 239:23
240:13,14
241:25 257:21
300:5 325:16
**powerful** 255:20
**powerless** 200:1
200:8 203:23
**powers** 240:17
**ppe** 190:25
191:10
**practical** 158:23
194:4
**practice** 115:20
**praised** 208:11
**pray** 2:5,13,15
2:18,20,24 3:1

303:15,16,17
**prayer** 2:5
**pre** 83:6
**precedent**
325:24
**precinct** 57:25
59:24 80:21
88:4,10 94:15
101:10,16,25
102:4,4,5,13
103:3,10,15,20
105:25 106:1
112:19 117:11
118:9 123:16,17
123:22 125:8,9
125:10 127:18
129:2,6 130:3,14
131:2,3,11 250:4
276:24 277:2,15
277:16 285:19
285:25 327:22
327:24
**precinct's** 129:9
**precincts** 75:10
94:13 101:24
102:9 117:20
118:10 133:21
275:15,16
276:22 277:6,12
307:8
**precious** 163:1
**preciousness**
120:8
**precise** 240:10
**preconditions**
188:7
**predominantly**
146:23 148:17

**preempts** 242:7
**preface** 241:3
**prefaced** 237:12
**preferable** 224:7
**premier** 56:19
**premises** 40:21
**prepare** 131:9
**prepared** 90:14
91:1 215:2
218:4 283:4
312:16
**prerogative**
218:24
**prescribed** 7:24
213:7,22,25
214:7,18 242:14
**present** 13:21
19:3 25:8 26:4
42:11 165:5
290:22 300:17
**presentation**
34:12 126:1
193:9 239:16
**presentations**
332:16
**presented** 26:20
66:10 68:11
92:19 139:5
228:5 237:5,6,20
332:19
**presenting** 8:24
28:1,7 33:3
85:16 111:10
**president** 5:11
5:24 8:16 42:2
54:4 57:14
141:6 145:16
155:3 172:9

182:11 193:4
213:6 215:23
219:16,17 238:7
247:1,4 278:16
278:17 294:15
**presidential** 6:9
6:10,16,22 7:1
7:14 8:6,22
10:20,23 59:16
83:11 97:25
149:8 179:5
187:23,24 212:9
213:20 298:18
**presiding** 238:7
**press** 12:12
13:22 14:5 16:9
21:14 22:16
29:3 40:7
185:15 319:4
**pressed** 90:23
**pressure** 301:25
302:9 303:11
**presumably**
25:11 237:15
**pretending** 3:23
**pretense** 18:11
**pretty** 48:4,8
52:17,19 53:2
55:21,25 60:11
68:6 80:18
91:14 110:15
118:8 143:6
145:16 159:15
161:18 163:6
200:15 258:19
260:4 269:22,23
299:10 302:1,4,7

**prevail** 241:24
**prevails** 242:20
**prevent** 84:15
  188:13 216:24
  316:12
**prevented** 235:4
**previous** 48:4
  93:24 127:11
  149:11 195:15
  324:22
**previously**
  145:22 181:6
  195:23
**primarily** 118:4
**primary** 132:10
  132:14,21 134:4
**print** 78:22 83:2
  118:7 120:20
  123:1,8 132:16
  163:5
**printed** 66:25
  67:5,8,12 82:25
  83:6 97:7 133:2
  162:22 165:13
  274:8
**printer** 78:22
  97:7 99:15
  282:17
**printing** 78:20
  118:5,14 122:4
  122:15,24,25
  123:6,11,14
  130:8 132:22
  162:21 296:24
**prints** 144:7
  163:1 165:10
**prior** 9:19,21
  89:4,4 125:16

215:2 216:10
  330:5,5
**priority** 191:10
**prison** 203:25
**pristine** 91:15
  96:22 99:6
  108:10,15 110:1
  110:9 111:17
  246:25 263:24
**private** 181:24
  182:22 185:25
**privatized**
  188:16
**privilege** 115:9
**probability**
  97:23
**probably** 19:6
  26:3 54:10
  64:25 80:1
  120:6 121:15
  146:21 147:9
  160:25 161:19
  167:21 179:1,4
  196:11 197:1
  205:17,19
  229:17 254:2
  258:18 269:5
  277:23 282:4
  295:21 312:25
  319:10
**problem** 5:16
  44:24 53:3 71:3
  104:15 105:3
  132:6 164:12
  182:20 201:19
  216:25 222:11
  239:21 249:10
  250:14 259:20

282:3 287:22
  297:15 298:25
  300:21 303:7
  304:25,25 310:3
  317:25 326:1,7
  326:19
**problematic**
  220:25
**problems** 4:2 6:2
  45:4 47:13
  53:24 112:1
  214:24 326:18
  328:21
**procedural**
  239:20
**procedurally**
  231:16
**procedure**
  155:15 223:18
  224:6 231:17
  291:13 297:1
**procedures**
  71:13 212:25
  213:9 217:7
  239:25
**proceed** 92:12
**proceedings**
  245:16 335:5
**proceeds** 278:25
**process** 3:17 4:2
  4:11 7:18 18:22
  29:25 66:14
  67:13 70:14
  72:7 86:4 96:24
  98:12,14 99:6
  100:6 126:6
  130:6 131:11
  134:3 138:23

140:3,11 141:17
  142:11,21,22,25
  143:23,25
  144:11,12,22
  145:1,13 149:19
  149:21 150:24
  150:25 152:5,24
  155:21,23 156:1
  156:11 159:7
  164:18 171:25
  172:21 193:15
  209:24 211:10
  216:21 217:2
  222:5 231:6
  233:9,10 234:16
  250:8 252:14
  259:10 260:20
  261:10,16
  262:16,21 268:9
  268:16,22 269:2
  291:12 296:3,19
  297:4,8 308:4
  315:25 318:19
  318:24 320:1,6,9
  320:13 321:2
  324:1 333:21
**processed**
  147:20 193:15
**processes** 71:7
  210:25
**processing** 62:7
  77:19 143:19
  151:3 194:18
  195:3 290:13
**processor** 77:22
**procurium**
  239:4

**produced**  67:6
  321:10
**productions**
  193:5
**professional**
  254:10
**professor**  85:3,4
  85:5 209:16,22
  220:3 233:22
  234:25 236:1,11
  236:17 237:14
  239:10,15
  240:22,23 241:3
  244:13 247:17
  254:16 255:12
  257:15 325:13
**professors**  62:2
**program**  68:23
  136:17 137:1
**programmed**
  104:10
**progressed**
  159:11
**promise**  30:10
**proof**  199:18
  220:23 235:12
  254:22 287:4,4
  288:4
**proofs**  216:6
**proper**  3:18
  82:10,17 125:8
  147:5,6 162:11
  225:21 291:9
  292:24 333:2,4
**properly**  3:9
  6:14 9:22 98:19
  196:9 218:22
  245:10 297:9

  325:10
**property**  276:15
**prophetic**  84:1
**proposed**  207:8
**propositions**
  59:19
**prosecute**
  278:21
**protect**  2:13
  46:16 164:6
  173:7 174:1
  203:9 218:11
  219:15 227:4
  257:25
**protected**  166:5
  172:16,22
**protecting**  46:14
  169:7
**protection**  2:14
  105:24,24
  202:19 224:14
  224:15,16
**protocol**  147:6
  192:19 292:5
**proud**  294:16
  310:2
**proudly**  251:2
**provable**  297:23
**prove**  258:24
  270:15 301:9
**proved**  225:19
**proves**  164:14
  169:13
**provide**  140:23
  330:22
**provided**  7:18
  143:18 145:2,22
  148:18 219:6

**provides**  7:21
  61:2 211:14
  214:4 242:10
**providing**
  140:20 146:17
  147:17 148:3
  331:7
**proving**  220:19
  245:7
**provision**  26:10
  132:13 240:15
**provisional**
  92:21 107:4
  124:15,24 125:7
  125:8 129:20
  143:20 151:5
  166:25 177:24
  274:20,20
**provisions**  85:8
  193:24 210:6
  211:12 212:1
  219:9 221:24
  226:21 241:25
**psychological**
  55:15
**public**  10:12
  14:10 40:6 41:3
  58:13 128:1,3
  183:20 184:18
  191:7 196:4
  245:17 247:25
  315:3 327:11
**publicly**  183:19
**pull**  16:22
  111:22 120:22
  153:1 157:25
  164:9 167:14
  173:4 245:23

**pulled**  17:17
  18:17 19:16
  64:5 66:11 81:8
  93:2 119:1,14
**pulling**  18:5
  119:22
**punching**  291:2
**punishment**
  279:1
**pure**  282:17
**purely**  264:5
**purge**  208:8
**purged**  51:15
**purple**  15:18
  16:17
**purported**  76:4
**purpose**  7:22
  123:1 214:6
  241:11 242:13
  330:20
**purposes**  34:22
  78:2
**purses**  264:15,16
**pursuant**  212:24
**pursue**  270:13
**purview**  83:5
**push**  256:6
**pushed**  151:18
**put**  17:19,20
  18:8,12 23:3,3,4
  23:5 39:13,14
  44:9 58:22
  59:25 78:10
  80:11,13 88:24
  109:18 118:15
  118:23 119:4
  127:17 130:17
  132:6 136:6

**[put - random]**                                      Page 61

153:19 162:12
163:8 165:8
166:20 188:7
199:20 200:4
250:2 255:14,24
257:19,20
275:12 277:9,11
277:15 286:12
288:11 291:4,15
293:17 308:25
309:2,13 314:25
316:19 328:23
330:5 334:11,14
**puts** 165:20
**putting** 163:21
250:24 255:9
257:6 262:2
264:18

**q**

**quality** 95:1
101:4,5,9 102:14
102:22 208:11
**quantities**
282:14
**quarantined**
120:4
**quarter** 180:18
180:19 204:9
**query** 197:7
206:14
**question** 18:21
26:12,17,17
30:17,20 31:6
32:18 33:4,12
34:12 36:7
38:15 39:24
40:12,19 51:22

62:10 63:10
65:8,19 67:18
68:17 72:9 73:4
73:15,22 74:16
76:1,17,24 78:8
79:2,13,17,25
80:25 82:20
84:6 96:16
103:24 106:18
108:9 109:2,5
136:13 149:14
155:16 172:2,4
183:4 188:21
191:4 198:5
202:3 220:6
231:18 233:16
233:19 238:14
239:18 241:1,6
243:6,11 258:20
265:10 268:24
271:1 273:18
275:25 283:22
287:2 308:1
313:12 332:10
**questioned**
118:25
**questioning** 33:8
**questions** 20:12
22:13 24:1,3
26:14 27:24
28:8 36:6 37:4
54:14 57:19
69:20 75:15
77:2 96:13
102:3,11 107:22
108:11 109:6
115:2 116:14
117:8 126:19,22

137:22 147:13
148:21 152:14
152:15 171:13
180:16 189:25
192:13 196:17
207:7,15 213:11
219:25 220:2
228:10 229:12
236:9 244:13
254:9,10 265:25
288:21 299:7
312:4,14 313:14
313:17 314:8
315:20,24
316:11 317:9
331:10 332:3,12
**queues** 11:19
**quick** 33:21
67:18 75:12,13
79:25 172:3
202:3 243:6,11
271:1 278:15
**quickly** 47:3
120:10 139:1
159:15 261:20
262:16 316:7
321:18
**quiet** 4:8
**quite** 26:10
61:13 88:17
93:8 118:11
146:6 214:15
218:10 256:24
263:17 286:20
322:20
**quote** 262:11

**r**

**r** 92:14 108:25
335:1
**rabbit** 295:14
**race** 19:7 59:16
183:9
**races** 59:15
**raffensperger**
300:1
**raise** 268:18,23
289:3
**raised** 290:16
296:12 297:5
298:22 300:7
315:24
**raises** 31:5 43:1
**raising** 213:11
**ralph** 175:15
**rampant** 227:15
**ramsland** 41:21
42:14 43:4
45:12,14,17,22
45:22,25 46:5,10
46:21 47:3,8
51:23 52:2,4,10
52:18,24 53:12
53:16 54:6,10,14
55:11 56:22
68:11 75:17
76:2,14 79:10
**ramsland's**
74:13 255:12
**ran** 44:6 123:15
133:4 153:3
197:7
**random** 122:25
123:6 251:14,14
320:1

**[range - records]**

**range** 161:16
**ransland** 45:15
**rate** 42:18,19,22
  42:24 50:19,20
  60:4 64:22
  252:21 255:1,3
  255:18
**rates** 217:13
**rational** 238:20
**rattled** 162:18
**ray** 5:8,9,16,19
  5:20,21,22 11:6
  11:17 32:19
  33:13 34:19,24
  35:3,9,22 39:9
  39:12,15 40:16
  40:18 41:1,14,19
  86:17,21,25 87:4
  87:8,14,21,24
  88:2,8,25 89:17
  89:22 93:9,12
  95:18 96:13
  111:15 116:4,16
  116:21,25 117:4
  117:7 126:20
  137:23 138:1
  158:8,11 168:18
  168:21 171:12
  172:1 174:2,6,8
  180:20 181:18
  209:2,6,9,12,22
  211:12 220:3
  244:20,24
**reach** 117:16
**reached** 271:17
**read** 97:6 131:13
  131:14 140:19
  159:18 160:24

177:1 185:23
200:13 228:18
276:25 295:24
327:3
**readable** 65:21
  66:1 298:18
**reader** 286:13
**readily** 204:13
**reading** 83:25
  86:1
**readouts** 66:23
**reads** 261:11
**ready** 87:5,7
  268:19
**real** 36:1 37:23
  70:17 75:13
  92:3 113:16
  118:5,17 136:4
  198:20 202:3
  251:12 286:13
**reality** 286:23
**realize** 85:24
  295:22
**realized** 120:6
  133:1 146:15
**really** 21:16 42:4
  47:10 54:1
  57:12 58:23
  64:6 65:7 75:12
  83:4,25 85:16,25
  85:25 89:10
  92:6 108:9
  113:24 114:5,8,9
  114:10,11
  115:23 120:15
  132:10 136:15
  159:6,13 160:6
  161:23 210:17

210:19 211:3
222:23 231:12
251:16 266:21
270:13 274:15
278:15 293:25
294:20 295:15
295:23 297:22
299:11,22
301:14,20
303:17 306:8
309:2 317:14
318:14 321:1,2
322:6 328:7,10
**realm** 50:12
**reams** 118:6
**reappearing**
  19:24
**reason** 13:17
  14:12 22:22,23
  29:6 198:15
  200:5 250:18
  251:24 261:17
  268:8 273:7
  288:8 325:9
**reasonable** 74:8
**rec** 159:22,23,25
**recall** 22:16
  74:20 232:14
**recap** 124:12
  164:3,19
**receive** 32:20
  33:5 53:8
  103:25 144:10
  186:14
**received** 43:12
  52:14,21 53:7,9
  54:1 75:24 76:6
  89:15 102:25

108:22 109:17
175:14 176:16
176:17,23
184:20 186:19
193:16 309:12
331:15
**receiving** 134:3
  134:5 226:15,19
**recess** 180:21
**recite** 224:3
**recited** 221:23
**reclaim** 215:13
**recognize** 3:6
  233:20 238:24
  295:5
**recommend**
  300:20 305:11
**recommended**
  237:11
**reconvene**
  180:18
**record** 4:17
  32:19 43:14,16
  43:18 45:8
  50:25 51:11
  116:17 148:19
  158:11 335:5
**recorded** 3:9
  45:1 51:6 76:12
  288:6 291:22
**recording** 271:4
**recordings** 83:1
  271:4
**records** 43:11
  175:13 176:8,17
  176:22,24
  185:19 193:18
  193:19 194:15

**[records - reported]**                                                    Page 63

256:22,24
321:24
**recount** 8:20
65:21 70:5,7
88:6 89:20
139:25 150:24
150:25 152:25
153:6 154:12
156:10 215:7
251:10,10
260:20 265:25
282:13 283:7
312:23
**recounting**
142:16,22
**recounts** 116:23
226:25
**recourse** 326:6
**recover** 278:25
**recovery** 101:13
**recur** 143:17
**red** 18:16 19:13
141:4 148:11,13
166:21,23,24
167:4,5,6 277:20
287:12
**redo** 301:15
**reduced** 285:18
**referee** 286:24
**reference** 140:24
149:15 151:13
230:2
**referenced** 40:4
266:7 322:13
330:9
**reflect** 4:18
**refresher** 33:21

**refused** 169:4
170:5
**regard** 108:10
306:7 307:6
**regarding**
278:11
**regardless**
302:19 322:18
**regards** 145:19
203:17
**register** 9:3,22
183:21 197:15
201:6 203:21
215:25 225:5,8
**registered** 9:7,8
9:10 50:24
70:18 72:12
73:8 185:9
196:9 197:6
200:24,24 201:9
205:2 275:2,6,18
**registrar** 107:2
**registrars**
136:17 137:1
**registration** 9:11
9:12 175:15
189:3,14 193:25
194:8,15 195:8
195:21 196:7
216:13 217:6
223:12 225:1
232:7,8,19 234:6
234:22,23
235:15,20
**registrations**
199:15
**registry** 201:1

**regression** 49:18
**regret** 316:2
**regular** 35:1
135:11 158:22
177:25 178:3
**regulation** 232:4
**regulations**
305:1
**rehnquist** 239:6
239:7
**reiterate** 331:13
331:20
**reiterated**
211:23 212:6
**rejected** 217:15
298:4
**rejection** 42:18
42:19,22,24
50:19,20 217:3
217:12 255:1,3,4
255:18
**related** 55:25
298:7
**relates** 96:21
301:3
**relative** 149:10
229:20 268:2
**relatively** 139:1
**relevant** 211:11
215:10,15
238:16
**relief** 190:4,9
**religious** 184:5
**reload** 327:23,25
**relocated** 159:1
**relocations**
195:17

**rely** 7:17
**remainder**
108:25
**remained** 22:7
44:2
**remains** 212:18
**remarkable**
172:12
**remedy** 6:18,19
104:15 194:6
**remember**
236:12 266:17
310:23 323:14
323:24 324:15
**remind** 65:9
153:10 314:10
**reminded**
266:13
**remotely** 106:19
**remove** 2:19
200:1 207:17
312:25
**removed** 162:9
164:5 171:6
**repair** 113:17
**repaired** 24:7,17
**repeatedly** 25:22
26:18 38:23
65:14
**replace** 91:6
**replicated** 97:19
98:3
**replication** 97:1
**report** 64:3
99:13 274:17,17
276:5,7
**reported** 22:17
61:23 62:14,16

62:21 275:15
276:8,10 334:3
**reporter** 270:22
**reporting** 64:1
69:2
**reports** 3:15
30:3 35:25
276:6 284:19,21
**represent** 42:2
70:4 196:4
226:16 304:6,9
330:24
**representation**
31:22
**representative**
83:20 145:20
146:2,16
**representatives**
7:6 254:1
306:13
**represented** 40:8
59:3 69:10
135:23
**reprimanded**
120:10
**reprint** 118:13
122:2
**reprogram**
102:4 104:17
105:19
**reprogrammed**
78:25
**republic** 3:6
**republican** 12:8
13:23,25 14:4,13
15:25 84:8
162:8 172:20
186:8 187:9,22

188:1 189:11
208:6,9 269:11
278:4 286:17
**republicans** 44:1
255:7 257:3,8
**request** 127:9
168:25 175:4,13
175:20 176:8,17
177:2,3 198:8
230:13 297:19
321:24
**requested** 72:13
73:9 75:23 76:8
106:25 133:11
136:22 175:1
178:6 179:21
198:9 205:10
208:23 313:6
**requesting**
305:12
**requests** 194:5
**require** 106:2
161:10 220:15
230:14
**required** 36:3
96:11 140:7,9
195:8 216:6
220:24
**requirement**
161:8
**requirements**
141:20 200:12
200:14 225:12
**requires** 9:4
14:10 132:13
160:17 223:10
224:9 235:14

**requiring** 231:13
233:5
**rerun** 59:10,21
**research** 68:10
182:11 185:11
**reside** 158:15
196:2
**resided** 195:23
**residence** 195:15
203:7 216:11
**residency** 197:19
199:23 200:14
200:18
**resident** 45:24
**residential**
216:13 217:5
**residents** 198:25
**resign** 302:3
**resolution** 211:4
215:3 227:4
237:12
**resolutions**
215:12,14
237:11
**resolve** 328:10
329:4 334:8
**resolved** 326:19
**resources** 188:18
326:17
**respect** 70:9
75:17 172:7
190:23 191:19
226:19 234:25
246:9 321:2
**respectfully**
234:24
**response** 38:21
170:9 177:2

192:8 255:16
**responsibility**
3:25 86:6 91:4
320:5
**rest** 98:4 142:21
147:1 148:16
162:3 191:14
238:8
**restaurants**
304:13
**restore** 309:8
328:16
**restrict** 240:14
**result** 8:19 48:25
49:8 102:13
132:17 150:1
216:16 217:8
218:19 222:6
225:24 232:24
**resulted** 70:2
224:24
**resulting** 217:14
**results** 6:8,10,16
7:17 10:7 60:23
62:21 132:19
184:24 212:23
217:3 244:2
245:12 247:21
298:25 310:25
311:12 315:10
**resume** 85:11
212:4 244:6
**resuming** 213:17
**retired** 79:21
**return** 13:10
43:14,16,17 74:5
194:24 227:19

**returned** 14:20
  21:13 51:4,12,16
  107:18 162:16
**reuse** 164:10
**revealed** 195:3
**reverse** 8:13
**review** 23:20
  32:24 37:22,24
  233:5 277:3
  319:21 320:1,11
  320:14
**reviewed** 17:21
**reviewing** 23:20
  32:21,23 57:17
**reviews** 286:20
**revoked** 192:9
**revolved** 210:6
**rhett** 33:16,17
  33:20 34:2,5
  79:17,18 243:4,5
  243:6,10,10,20
  244:10
**rhyme** 268:7
**ribbon** 283:9
**ribboned** 287:18
  287:23
**rich** 187:17,20
**rick** 144:4
**ridiculous** 255:1
  284:12 311:2
**rifle** 183:18
**rigging** 258:23
**right** 3:7,8 5:5
  5:14,19 12:14,22
  13:19 15:21
  18:15 19:8
  20:18 21:12
  27:17 28:14,21

30:9,13,22 31:7
31:23 32:2,5
37:25 38:22
41:12,18,22
45:24 46:1 49:3
49:13 52:24
54:9,16,23,24
68:16 70:25
71:8 72:10
80:18 82:20
83:15 84:18
85:10,21 86:9,11
86:25 87:1,2,3,8
92:12 100:9,14
103:21 110:22
113:23 114:5,11
114:23,24 124:4
124:20 130:9
132:16 138:12
141:11 142:19
146:7 148:21
149:9 152:14
157:10 158:6
165:11 170:14
178:24 179:11
183:24 185:8
189:19,20,25
196:3 198:13
203:3,3,9,12
205:22 206:2
212:4 213:5,6,20
219:15 220:22
222:4,13 226:13
229:7 230:1
232:23 233:19
239:13 240:22
243:9,20 244:12
244:19 246:7,22

246:24 248:22
248:25 252:6,6
252:10,12
253:21 257:20
260:3,10 265:15
266:22 272:7,16
273:5,11 276:7
280:13,15,17,19
281:7 282:8
283:2,21 284:6
288:14 290:4,5
290:24,25 291:1
291:7 292:1
293:21 294:22
303:17 306:16
310:16,19
311:17 316:14
319:7 320:6
322:3 324:13,18
324:19 326:20
**rights** 3:13
  247:19
**rigorous** 164:24
**ring** 127:22,22
  127:23
**rip** 172:15
**rise** 187:9 188:1
  297:24
**risk** 65:25 66:4
  66:21 69:25
  70:5 150:24
  218:22 317:18
  323:19 327:1,10
  329:5
**rnc** 269:23
**road** 155:14
  290:11 335:12

**rob** 24:5 117:14
  126:4
**robin** 168:1
**robust** 46:14
**role** 88:3 131:1
  138:22 210:13
  316:9 321:19
**roles** 200:19
  330:17,18
**roll** 18:3 79:9
  96:2 101:25
**rolled** 102:14
  168:4 263:12
**roller** 94:20
**rolling** 118:6
  266:22
**rollover** 297:20
**rolls** 198:3
  199:15 200:10
  200:22 201:10
  207:17
**room** 12:1 13:8
  16:10 17:11
  23:23 24:11
  25:9,11 27:11
  29:9,10,15 31:13
  31:22 62:12,13
  95:25 118:25
  141:18 146:2,8
  146:22 148:3,18
  150:4 151:8,8,15
  151:17,20 152:1
  152:7 170:17,25
  173:14 181:11
  200:21 204:23
  204:24 245:18
  245:19,21
  261:24 262:6

**[room - scanned]**

264:23 266:7
268:7 269:5
287:8 292:16
312:13 315:8
321:14
**rooms** 292:12
**roped** 12:12 16:9
29:2
**rose** 187:23
297:15
**roswell** 125:2
139:12 285:21
290:11
**roughly** 135:19
144:19 145:15
145:25 149:14
251:23 304:8
**round** 53:20
**row** 146:23
276:9
**rubric** 276:22
**ruby** 22:9
148:11,13
**rudy** 4:22,25
41:24 45:16,19
45:23 46:2,8,17
47:1 51:21,25
52:3,8,20 53:10
53:15 54:3,8,12
54:17,20,24 55:3
57:20 58:2,12
60:7 61:12 62:9
73:18,21 74:1,7
74:12,22 75:4,7
83:17 86:13
111:8,18,24
236:11,12,16,22
237:1,4,14

238:19 239:9,17
239:20 240:3,7
240:21 253:17
253:20,23
254:15 256:2
257:13
**rule** 243:12,17
**ruled** 199:24
**rules** 19:3 204:4
**rumor** 112:21
**run** 17:2 46:5
59:13 66:19
80:14,18 118:8
120:2,5 132:17
132:25 190:12
205:12 249:7
250:9 284:14
299:9,13,17,18
307:23,24 330:2
333:17
**runaround**
176:14
**runner** 268:21
**runners** 263:4
**running** 14:24
19:22 91:23
180:24 204:13
254:11 281:19
**runoff** 80:3
203:18 228:13
**russell** 41:21
45:15,17,22,22
45:25 46:5,10,21
47:8 51:23 52:2
52:4,10,18,24
53:12,16 54:6,10

**s**

**s** 57:1 260:16
**sacred** 3:7 290:4
**safe** 190:18
219:9
**safeguard**
165:17
**safeguards**
173:8
**safer** 191:1
**sake** 182:3,17
193:7
**salvage** 291:10
**sam** 115:17,20
**sample** 59:18
66:5 123:23,24
320:1
**sandy** 87:12
88:10 94:13
**sarah's** 167:9
**sat** 122:17 168:5
168:11 290:23
324:25 325:6
**saturday** 89:23
90:5 93:19
**savannah**
248:16 249:1
252:15,21
258:18
**saw** 4:7,7 18:14
19:14 22:21
26:22 30:1 44:3
47:13,14 53:1,4
53:16,21,24
61:22 68:17
70:13,16 100:1
100:20 104:5
111:16 112:8

135:19 138:22
147:12 151:9
152:1,2 173:2,3
193:17 207:4
245:18,19,22
246:25 255:19
260:22 261:2
262:1 263:21
266:3,4,11
268:13 269:1
282:1 283:3
289:24 290:7
292:14 313:18
315:18 321:13
324:14
**saying** 64:17
71:22 101:24
106:7 152:9
175:3 179:23
188:21,24 203:2
203:19 230:3
260:3 262:10
270:12 283:22
284:13 286:21
297:13 302:3
**says** 25:8 36:12
36:20 38:7
60:23 74:14
75:24 81:10,10
85:7 135:5
200:5 223:22,23
233:1 240:15
245:16 291:10
293:14 296:13
328:1
**scanned** 35:19
35:20 63:9,18,22
64:18 70:3 98:5

**[scanned - security]**

165:21 277:17
296:20 309:24
**scanner** 63:9,13
78:25 93:3 97:4
97:6 106:4
107:10 130:3,18
132:18 133:22
163:24 165:14
165:20 166:4
276:21 291:4,15
**scanners** 15:20
19:8 23:19
28:21 29:5,7,12
29:13 35:16,17
63:12,20 119:23
132:16,18
133:18,23
136:10 165:4
292:17 293:7
**scanning** 16:11
19:21 129:25
**scared** 189:15
**scattered** 268:7
**scenes** 316:18
**scheduled**
215:16
**scheme** 221:8,11
221:21 223:24
225:9,10
**scholar** 209:19
**scholarly** 210:5
210:13
**scholarship**
211:7 238:13
**school** 58:7,9
59:18 85:4
99:12 102:7
129:9,9,10,13

139:19,21,23
209:18 304:16
**schools** 139:15
**science** 46:18
**scientists** 65:13
**score** 99:9
**scott** 181:17,18
181:19,21 182:7
182:10,10,16
188:25 190:6,10
190:20 191:3,22
192:5,16 246:1
281:12,20,24
282:3,21,24
283:3,25 284:3,7
289:7,9
**scratch** 275:11
**scratched** 177:9
**screen** 28:22
30:22 31:16
32:4,6 140:18
169:10 170:14
**screwy** 104:8
**scrutiny** 205:3
**sd** 164:4
**sea** 287:10
**seal** 90:22 91:6
**sealed** 121:16
169:10 170:4,17
171:7
**seasoned** 64:24
**seat** 91:24 160:5
181:1
**second** 13:18
19:14 29:24
30:17 44:20
49:14 54:17
84:11 93:18

99:1 123:5
124:20 135:7
168:24 171:15
179:5,8 197:22
229:25 230:9,22
232:25 261:12
261:15 275:24
283:6 312:6
**seconds** 126:1
263:3,6
**secretaries**
201:17
**secretary** 6:13
10:10 25:20,24
27:13 34:15
38:24 67:19
76:19 81:13
90:24 115:16
125:15,19,21
139:5 145:19,23
146:1 149:25
150:3,5,13 152:3
175:21 176:6,11
176:18,25 177:4
181:15 193:25
194:7 198:5
199:13,25 200:6
203:22 207:5,11
207:16 208:5,6
208:10 215:5
216:18 220:21
222:24 228:7
229:4 231:20
245:10 246:13
247:23 271:9
279:19,19,20,21
279:22,22 284:9
284:9 296:10,12

299:2 300:18
301:2,6 302:3
310:6 317:9
319:24 331:5,22
**secretary's**
150:8 271:21
319:12 331:14
**section** 7:9,21
118:9 211:14
214:4,20 217:12
219:10 224:25
237:25 242:10
242:19 245:15
273:23,25
**sections** 118:10
**secure** 121:19
164:1 166:7
168:12 170:13
172:19 265:1
285:15 299:16
333:6
**secured** 40:20
41:5 162:22
**secures** 164:2
**securing** 34:18
40:24 116:23
124:7 125:25
164:21
**security** 21:1
35:1 46:6,6,7
58:14 65:12,17
120:7 166:7
247:10 266:7,13
271:2 276:15
283:14,15 284:4
287:12,16,25
288:10 329:5

**[see - senator]**                                                        Page 68

| | | | |
|---|---|---|---|
| **see** 3:23 12:13 | 303:2 306:11 | **selfies** 147:21 | 79:15,17,18 |
| 13:3,18 14:3 | 314:1,2,3 321:25 | **semi** 147:24 | 80:25 81:1,5,7 |
| 15:1,10,18,19 | 324:11 328:20 | **senate** 1:13 3:14 | 81:21,21,22 82:5 |
| 16:3,4,10,13,20 | 329:2 333:22 | 3:24 181:15 | 82:12,15,19 83:8 |
| 17:7,7 18:16 | 334:3 | 238:7 273:8,9,13 | 83:12,15 96:15 |
| 19:11,19 20:4,11 | **seeing** 15:10 | 281:5 309:12,14 | 96:17 97:1,5,15 |
| 20:17 21:16,22 | 24:18 32:7 | 314:23 | 98:7,18,25 99:3 |
| 23:13,17 24:18 | 38:25 95:14 | **senator** 2:4,6 | 99:19 100:5,9,11 |
| 28:18,19 29:3,5 | 193:20 249:8 | 4:20 24:3,4,9,21 | 100:13,18,22 |
| 29:11,13 30:21 | 257:4 | 25:1,16,18 26:2 | 101:3,9,19,22 |
| 30:23 31:7 | **seek** 190:23 | 26:13,16,24 27:3 | 102:18,21 103:2 |
| 43:21 45:11 | 305:4 315:16 | 27:7,14,17,19,22 | 103:9 104:22 |
| 47:15 48:6,12,25 | **seeking** 315:19 | 28:5,10,17 29:16 | 105:22 107:22 |
| 50:25 51:1 | 316:11 | 29:19 30:3,9,16 | 107:23,24 108:1 |
| 69:14 74:2 79:7 | **seemingly** 324:7 | 31:15,18,23 32:2 | 109:1,4,7,20,22 |
| 82:19,19,20 | **seen** 20:4 25:25 | 32:12 33:1,2,14 | 109:24 110:6,12 |
| 91:17,20 98:2 | 39:8,11 47:9 | 33:15,17,20 34:2 | 110:18,19,21 |
| 104:3 106:24 | 51:17 66:15 | 34:5,8,9,21,25 | 111:5 113:3,4,6 |
| 109:10 112:7 | 68:24 72:17,17 | 35:8,10,12,15,23 | 113:12,18,23 |
| 115:19 140:17 | 72:18 88:18 | 36:6,8,13,17,21 | 114:4,8,15,21,25 |
| 141:1 144:21,23 | 110:8,14 115:19 | 36:23,25 37:4,5 | 126:22,24 127:4 |
| 145:4 150:7 | 146:16,19 176:8 | 37:7,13,19,25 | 128:6,14,17,22 |
| 151:11,12,21,23 | 197:5 199:19 | 38:3,9,12,13,15 | 128:25 129:4,14 |
| 154:14,19 | 226:6 245:13 | 38:16,20 39:1,3 | 129:22 130:19 |
| 156:16 163:9,16 | 253:1,1 254:5 | 39:5,10,13,18,21 | 130:21 131:13 |
| 166:7 167:19 | 282:11 284:21 | 39:23 40:12,22 | 131:18,22 132:9 |
| 178:6,21 184:7 | 286:9 296:5 | 41:6,19 62:23,25 | 132:23 133:6,10 |
| 191:5,25 197:11 | **segmented** 48:22 | 63:3,6 64:16 | 133:16,25 134:7 |
| 197:13 201:25 | **segregated** 72:19 | 65:3,4,6,19 66:7 | 134:13,17,25 |
| 203:2 205:2 | 292:13 | 67:14,15,17 | 135:4,12,15,17 |
| 207:8 208:6 | **seize** 300:5 | 68:16 69:11,14 | 136:7,13,14,16 |
| 237:18 264:3 | **selected** 212:8 | 69:16,19,23,23 | 136:20 148:21 |
| 267:20,22 | 257:1 | 70:11,22,25 | 148:23 149:3,9 |
| 269:22 271:8 | **selections** 291:2 | 71:10,15 72:8,24 | 149:24 150:19 |
| 276:16 287:7,24 | **selectively** | 73:2,5,13,15,16 | 150:23 151:4,7 |
| 292:19 293:1,5 | 181:24 | 75:11,16 76:3,21 | 151:14,25 |
| 293:22 296:1 | **self** 333:9 | 76:23 77:25 | 152:11,15,16,20 |
| 297:2 301:21 | | 78:4,8 79:1,4,12 | 153:7,10,17 |

**[senator - setting]**                                              Page 69

154:9,16 155:12
155:19 156:4,25
171:14 172:2,3,7
177:12,13,17,20
177:24 178:4,14
178:21,25 179:4
179:10,14,17,19
179:25 180:4,8,9
180:12 190:1,2,8
190:16,22
191:16 192:3
196:17,18
197:21 198:18
201:20 202:2,12
203:12,14,16
204:20 205:5,7
205:22 206:2,3,5
206:10,16,23
207:1,2 208:22
220:5,7,10,18
221:16,20 222:1
222:8,13,20
223:13,17 224:1
224:5,10,19
226:2 227:8,21
227:22,23
229:10,13,15
230:2,23 233:15
233:17,20,21
234:24 235:25
236:4 239:13,14
239:19 240:25
241:2 243:2,4,5
243:5,10,10,20
244:10 258:10
258:13,15 259:4
259:23 265:10
265:12,16,20,24

266:1,11,25
267:8 268:1
269:4,9,18,25
270:3,4,10,15,19
270:21,24 271:1
271:6,11,14,20
271:24 272:4
273:18 281:15
289:10 295:4,6
295:10 300:6
302:13,14
303:19,21
305:19,20,22
306:1,15 307:18
307:20 308:19
308:21 309:5,8
309:19 310:5,19
312:1,3 313:9,10
314:13,15,18,18
314:20,24
315:16,19
316:16,17,18,24
316:25 317:1,2,7
320:20 322:3
323:6,8 329:12
329:12,13,17,22
329:23,25,25
330:9,11 331:12
332:8,19,23
334:10,13,16
**senators**  7:6
75:15 126:22
281:14 294:25
302:3 304:8
308:5 313:19
321:3 323:9
328:8 334:13

**senatory**  28:15
29:24 30:6
**send**  125:15
169:9 206:14
259:14 330:23
**senior**  101:14
174:14 209:20
**sense**  98:13
195:24
**sensed**  322:7
**sensors**  78:19
**sent**  12:8 60:17
61:15 99:15
124:3 125:13,16
127:16 131:7
133:23 192:7
203:1 205:10,13
221:9 272:1
288:6 319:17
**separate**  18:19
**separated**  72:19
77:23 104:24
**separates**  81:14
**sequoia**  56:17
**serial**  164:22
**serious**  50:7
74:16 141:4
142:15 144:25
213:11 216:25
304:4
**seriously**  115:15
173:17
**servant**  315:3
**servants**  196:4
**serve**  177:1
**served**  251:1,4
252:17 314:21

**server**  58:17,19
61:23,24 62:7
**servers**  61:21
64:15
**service**  9:19
17:13 96:12
197:24 198:8
201:13 204:8
249:6 251:3
253:10 258:16
330:11
**services**  90:8
279:20
**serving**  194:23
209:18
**session**  219:22
231:4 237:21
238:8 239:22
240:1,16 241:9
241:10,13
242:23 281:9
300:9,12,14
305:9 308:3,14
323:1
**set**  60:1 85:13
98:10,11 115:13
132:16,19 140:4
159:20 164:24
213:14 214:11
217:18 219:18
221:13 229:5
237:12 242:16
244:9 264:17
277:19 283:12
283:22
**sets**  234:18
**setting**  325:23
325:24

settled 67:22
266:23 268:20
settlement 150:1
216:17 217:8
222:7 229:19
230:7 233:1,13
235:13,18,23
seven 37:5,6
39:21 58:9
69:17,18 179:20
190:2,3 206:5
277:17 287:21
328:10
sex 183:9
seytl 57:1 61:2
61:19
sgo 56:18
shallow 326:17
sham 256:8
shame 189:8
shameless
189:16
share 57:7
257:22 309:16
315:20
sharon 176:10
sheet 108:22
153:18
sheets 124:12
140:20 154:5
155:1 156:9,11
156:16
shell 269:23
shelter 197:8,16
shelters 197:10
sheriff 162:4
166:17 169:19
203:11

shift 186:21
231:6
shifts 186:17
ship 251:3
ships 251:3
shirt 22:10
shocked 14:19
269:23
shopping 67:19
short 151:19
174:2 204:22
244:21 273:2
275:10 281:19
shortly 290:25
292:6
shot 29:11
shoulder 147:21
147:23
show 4:6 11:2
12:13 13:2 18:3
19:23 31:2
42:15 43:8,11
104:11 129:10
165:5 191:6
195:1,12 257:11
276:6 301:9
310:8 313:10
315:2
showed 68:12
113:16 194:19
285:9 293:13
309:21 331:6
showing 195:9
shown 39:6
52:14 53:6 58:6
194:14 296:9
shows 40:5
66:23 165:15

286:11 326:11
shredder 118:16
shuffled 31:20
shut 39:25 40:2
40:14 160:10,14
161:22
sick 253:3,3
side 12:13 46:12
46:13 156:14,14
188:7 189:22
286:16
sided 259:2
sides 288:18
sidewalk 129:12
sidney 279:14
sight 156:12
168:7
sign 90:4 124:22
175:3 181:10
signature 77:23
91:6,7 171:23,24
216:20 217:2
222:5 223:8,9,10
223:11,12,19
230:1,5,9,12,18
230:18,24 231:6
231:14,14 232:5
232:17 234:2,3,5
234:22 235:2,3,6
235:15,19,20,21
309:23 320:13
320:23 321:4
332:18,18 335:8
signatures 67:4
72:4 91:1 154:6
171:19 188:14
217:5 230:15
250:6 251:11

310:8 319:22
320:2,18 322:16
signed 140:14
143:4,24 153:13
153:18 156:17
181:6 263:7
268:4,4 285:24
309:22
significant 50:17
55:21 143:6
144:1 213:10
214:14 217:17
217:19 218:7,14
223:16,23,25
243:12 316:8
317:14,25
328:18
significantly
49:15 59:14
142:10 149:19
184:1
signing 245:6
similar 43:22
44:18,19 68:9
92:21 98:16
111:12 165:23
193:20 210:10
324:1
similarly 202:15
210:8
simple 183:4,13
282:18 318:14
simplest 286:8
simply 21:25
24:14 34:12
48:22 101:12
204:13 214:15
218:16 250:7

**[sincere - son]**

sincere  191:15 246:22

sincerity  246:21

single  29:4 70:2 74:25 103:7 126:6 173:1,14 184:11,12 224:15 235:22 264:6 286:1 301:15 330:13

sir  4:23 45:16 46:8 51:21 54:11,15,19 57:19,23 73:16 73:20,24,25 74:11 82:1 83:9 83:13,15 101:12 105:6 106:13 111:4 138:5 177:23 178:9 179:3,9 192:14 222:2 223:13 229:10 248:14 248:21 253:18 253:22 258:14 265:16 283:25 307:20 314:13 329:18

sister  174:21

sit  19:18 54:25 55:4 82:10 127:22 251:1 252:9,24 268:17 290:23 295:12 301:21 302:9 304:12 307:22 325:2 329:20

site  25:22 60:24 145:20

sitting  16:5 28:18 73:6 120:24 162:5 173:1 231:3

situated  202:15

situation  33:22 53:17 82:22 84:20,22 120:9 144:17 175:17 226:5 282:7 321:7

six  19:17 100:2 140:7,16 159:2 220:6 225:2 295:7 304:2

size  59:18 90:17

skewed  152:23

skilled  274:16

skimmed  143:12

skip  89:19

slate  212:23 215:14 218:4,24 237:24,25

slates  238:2

sleep  169:21

sleepless  169:23

slide  28:18

sliding  272:18

slight  97:23

slip  35:4

slipped  190:15

slow  130:13

slumped  147:24

small  59:18,23 59:24 66:5 70:6 77:6 188:4

252:15 259:18 259:20

smart  126:25

smartmatic  56:4 56:14,18,21,24 57:6 84:3

smith  5:8,9,13 5:16,19,21,22 11:6 32:19 33:4 33:13 34:11,19 34:24 35:3,9,22 39:9,12,15 40:18 41:1,14,19 86:15 86:17,21,25 87:4 87:8,14,18,21,24 88:2,8,25 89:17 89:22 93:9,12 95:18 96:13 107:18 111:15 116:4,13,16,21 116:25 117:4,7 126:20 137:16 137:21,23 138:1 138:1,3 157:10 157:12,23 158:1 158:4,7,8,8,10 158:11,14,15 163:14,20 168:18,18,20,21 168:22 171:12 171:16 172:1,6 172:11 173:24 174:2,6,8 180:20 181:18 209:1,2,6 209:9,12,22 220:3 236:9 244:20,24 247:2

smoking  255:20 255:20

smoother  259:10

smudge  78:21

smyrna  260:17

snafu  137:13

snafus  127:15

snowbird  201:3

soft  80:20

software  56:2,21 56:22 57:11,14 59:9,13 60:6,16 80:13,14 120:5 327:16,18

sold  207:20

sole  221:14 227:5

solid  159:9

solution  127:17 334:8

solutions  335:11

somebody  72:10 107:7 113:25 114:3 153:1 168:16 175:8 197:23 208:1 225:16 232:10 232:14 246:6,7 263:17 271:3 285:8 286:2,24 288:21 318:7 327:4

someone's  120:8 170:13

somewhat  98:23 165:22

son  56:7

**[sonya - stand]**                                                    Page 72

**sonya** 335:3
**soon** 93:3 164:9
  201:9 245:5
**sooner** 316:3
**sophisticated**
  183:15
**sorry** 12:11
  28:20 41:23
  54:7 68:7 76:2
  87:21,23 89:17
  93:12 100:19,24
  101:10 109:19
  110:20 116:9
  127:3 131:18
  147:12 158:1
  171:25 177:14
  182:5,15 187:12
  191:14 227:11
  230:7 232:13
  236:14 239:17
  243:16 260:9
  265:16 271:5
  305:25 317:7
  319:20
**sort** 49:19 92:13
  101:15 103:12
  222:23 226:8
  250:19 293:17
  295:11,16
  315:12
**sorts** 49:19
  182:1
**soucie** 260:2,4,6
  260:7,7,8,10,15
  260:15,16
  265:18,18,19,22
  266:10,23 267:6
  267:12 268:11

269:8,13,21
  270:1,9,14,17,20
  270:22 271:2,10
  271:13,15,22
  272:1,9,12
**sound** 54:9
  185:25
**sounds** 77:4
  114:13 132:10
  151:25
**source** 229:25
  230:14 231:8
  327:5,6
**sourced** 109:8
**sourcing** 109:14
**south** 95:3
  212:14 285:20
**southwest** 95:2
**spaces** 154:6
**spain** 57:2 61:20
**spanish** 289:21
**spared** 2:12
**speak** 27:2 33:24
  54:18 63:4
  87:20 115:17
  138:20,21 156:1
  157:22 181:6,7
  182:21 193:3
  196:22 246:9
  248:11 294:13
**speaker** 300:10
**speaking** 45:20
  97:2,4 294:17
**speaks** 134:1
**special** 162:21
  162:24,25 199:3
  217:25 239:22
  240:1,16 241:9

241:10 300:9,12
  300:13 305:8
  308:3,14 322:25
**specializes**
  182:13
**specialty** 163:4
  165:10,12 167:3
  188:25
**specific** 148:18
  198:19 231:23
  241:11,11
**specifically** 79:6
  81:10,12 190:16
  190:25 240:12
**specification**
  65:1
**specifications**
  64:21
**specificity** 60:1
**specified** 8:7
**specifying** 7:12
**specter** 31:6
**spectrum** 184:8
**speculate** 104:20
  156:2
**spelling** 189:10
**spend** 23:20
  201:4
**spending** 59:19
**spent** 188:12
  199:6 250:10
**split** 125:7
**spoil** 118:16
  119:13 132:6
  136:6
**spoiled** 119:7
**spoiling** 118:19
  118:23

**spoke** 21:21 36:9
  119:9 135:22
  141:19 162:13
  175:25 176:10
  267:24,25 293:3
  304:5
**spoken** 34:3
**spokesperson**
  21:20 22:6
**spot** 110:15
**spots** 66:25
**springs** 55:12
  87:13 88:10
  94:13
**spun** 56:18
**square** 93:4
  269:6
**squared** 49:17
  50:14
**sso2** 88:14
**sso2a** 105:20
**stack** 93:1 95:14
  119:1 264:5
**stacked** 121:17
**stacks** 95:7
  266:20
**staff** 134:2,4,6
  135:11 137:3
  152:3 198:5
  317:9 326:14
  331:14,22
**staffing** 117:15
  326:9
**stalls** 60:11
**stamp** 64:12
  277:20,21
**stand** 5:14 10:15
  54:25 55:4 56:6

**[stand - station]**

130:4 140:13
199:20 248:2
293:18 308:12
318:23 326:4
**standard** 36:3
60:5 77:24
80:15
**standing** 104:12
139:18 140:16
154:21 155:5
261:8
**standpoint** 80:1
146:6
**stapled** 274:9
**staring** 262:5
**start** 18:4 88:1
122:19,20,21
123:3 140:21
145:24,25
146:12 264:8
268:10 284:18
307:9
**started** 47:10,11
56:3 118:19
119:5 122:22
123:11 147:20
147:25 180:25
226:24 260:21
262:2 290:10
301:1,4 303:24
316:3,6 328:5
**startling** 49:8
**state** 2:25 5:5
6:4,13,13 7:3,7
7:11,21 8:1,5,9
8:12 9:15 10:11
11:16 14:20,22
16:1 21:14

22:20 24:21
26:8 27:13
30:14 34:20,20
39:16 43:7
59:19 63:12,16
67:19 70:18,20
71:6,7 75:10
76:16 78:16
82:23 84:15
85:8,24 87:9
109:18 112:3
116:17 117:15
119:24 125:16
125:19,21 139:6
143:17 146:1
149:22 150:2,3,3
150:6,13,21
152:3 158:8
176:11 182:18
186:2,5 188:10
191:21 193:22
194:1,7,21 195:2
195:5,9 198:2,7
198:11,15,24
199:14,25 200:6
200:12 201:17
201:23 203:21
203:23 204:9,21
205:10,19,25
206:21 207:11
207:16 208:1,5,7
208:10 210:14
211:15,19 212:1
212:8,10,13,15
212:18 213:5
214:5,9,10,16,21
214:24 215:5,6,6
216:5,6,11,15,18

216:22,23
218:21 219:8
220:21 221:24
225:12,13,17,23
225:23 226:1,10
226:12,21,24
227:1,2,17 228:7
228:18 229:1,4,8
233:14 235:24
238:25 240:13
240:15 241:25
242:1,2,4,7,12
242:18 243:19
244:3 245:10
246:13 247:12
247:13,24 248:9
249:11 254:18
256:9 257:20
259:11 271:11
278:20 284:9,10
289:14 290:18
294:4 296:10,13
302:3,23 303:1,4
303:5,8,12 304:7
304:25 310:6,22
311:11 315:15
315:23 316:1
319:18 321:7,11
322:25 332:9
333:6,14 334:2
**state's** 25:20,24
34:15 38:24
76:20 81:13
90:24 145:19
149:25 175:21
176:6,18,25
177:5 184:17
207:5 212:9

215:3 222:25
229:9 242:25
271:9 299:3
300:18 301:2,6
331:5
**stated** 162:4
328:13,21
**statement** 152:4
162:12 181:10
207:13 270:6
271:16 276:3
278:5 280:11,13
280:14 287:14
289:16 295:1
302:11 325:4
332:9
**statements** 26:15
58:13 281:13
296:11 299:5
**states** 5:11,24
7:2,3,9,20 8:7
9:16,18 10:17,22
43:20 61:15
66:16 67:25
68:2 70:21 71:5
71:20,21,24 86:8
112:8 183:25
188:19 195:19
197:23 200:25
227:10 239:24
241:8 273:9,13
278:18,24
328:19
**statewide** 138:18
**stating** 194:13
**station** 119:18
164:16 288:5

**statistical**
213:10 218:7
**statistically**
42:25 255:11
**statistics** 76:19
**status** 183:9,19
200:4,5
**statute** 14:10
40:5,11 85:8
212:1 223:6
224:9,14 225:13
229:9 231:14
232:2 233:1
234:18 235:14
235:22 238:10
242:11 293:13
**statutes** 19:3
213:24 214:11
216:9,23 221:24
225:12,17 226:1
227:17 228:17
228:18 229:8
233:11,14
238:17 243:19
244:3
**statutorily**
224:23
**statutory** 8:20
212:25 214:3
216:1 217:19
219:17 221:8,11
221:21 222:17
223:24 224:16
225:9,10 242:23
242:24
**stay** 14:5 15:23
16:19 134:23
162:17 276:20

**stayed** 14:18
15:17 93:19
95:4 134:24
141:19 146:23
276:15 334:12
**staying** 18:9
302:17 306:3
307:14
**stays** 15:16
23:14 171:23
**steal** 188:17
**steer** 188:18
**step** 117:12
220:15 237:11
263:25 267:14
306:17,20,20
325:22
**steps** 148:8
203:5,8
**sterling** 319:4
**steve** 38:15 39:1
39:5,10,13,18
258:10,13,15
259:4,23 271:1,6
271:11,14,20,24
272:4 303:21
**sticker** 90:23
277:11 310:1
**sticking** 121:25
**stood** 5:14 29:12
154:25 171:20
206:11 309:19
**stop** 13:9 14:2
15:15,15 16:7
18:11 20:1 22:5
22:24 283:21
306:25

**stopped** 267:8
**store** 17:1
**stored** 59:7
60:17 161:5
264:22
**stories** 199:8
297:7
**story** 310:18
**straight** 29:11
201:8 308:2
**straighten**
325:17
**strange** 134:19
291:3,14 292:11
**strategic** 55:18
**streaming** 12:17
**streamlined**
71:17
**street** 57:9
284:25 285:22
**strengthen**
278:19
**stressed** 320:7
**strictly** 184:6
189:5,6
**strike** 329:8
**striking** 93:6
**strong** 308:12
**strongly** 65:15
218:15 254:8
306:9
**struck** 146:12
266:6
**structural** 210:6
317:15
**structure** 92:22
**struggling**
252:16 324:12

**student** 232:13
313:4
**students** 58:7
194:22 198:14
198:22 205:15
**study** 329:3
**studying** 182:13
**stuff** 167:13
180:10 208:4
260:22
**stupidest** 286:8
**stylist** 309:25
**subcommittee**
1:13 2:2 181:22
210:3 303:23
308:23 329:19
**subcontractor**
247:8
**subject** 204:3
208:14 254:4
**submit** 26:9
111:6 112:15
176:19 283:5
297:10
**submitted** 86:7
140:24 143:3
147:6 153:14
157:16 232:15
234:21 271:18
273:16 276:5
280:20
**submitting**
232:11
**subpoenaed** 35:7
**subpoenaing**
208:1
**subsequent** 7:25
214:8 242:17

**subsidiary** 61:1
**substantial**
  85:14,17 243:21
  244:1
**subtitle** 214:20
**subtly** 184:9
**successful** 185:2
  226:9
**succinct** 138:10
  139:1
**sudden** 44:3
  230:13
**suddenly** 190:13
**sued** 150:2 207:4
  207:6
**sufficient** 227:18
  244:5
**suggest** 43:17
  83:25 205:4
**suggested** 78:12
  96:3
**suggestion**
  109:14
**suit** 245:6
**suitcase** 31:11
  118:24 119:14
  120:23 121:1
  263:9,12,14
  264:18,19
  268:19,20
**suitcases** 17:1
  18:14 38:5,7
  94:19 121:16
  247:16 263:4
  264:22 266:21
  266:24 268:14
**suite** 335:13

**sum** 62:13 69:5
**summary** 117:5
  117:6 274:17
**summed** 332:8
**summers** 110:20
  110:21 111:5
  135:16,17 136:7
  203:15,16
  204:20 281:15
  289:10 305:22
  307:19,20
**sun** 187:21
**sunday** 88:21
  89:3,4,9 93:15
  93:20 94:4
  95:10 96:11
  100:17 101:1
  121:24 131:5
  134:15,17 135:1
  140:1 283:11,12
**superintendent**
  134:1
**superior** 6:8
  125:12 245:6
**superiors** 125:13
**supermajority**
  241:15,18
**supervise** 19:2,4
**supervisor** 60:22
  112:10 131:6
  162:9 167:9
  168:15 169:19
  291:5,23
**supervisors**
  14:24
**supplied** 162:11
  276:5

**support** 218:15
**supports** 240:20
**supposed** 22:17
  40:14,14 41:1
  53:14 88:24
  89:5 113:8
  125:17 144:15
  145:24 161:2
  173:10 184:3,4
  229:9 233:2
  238:9 250:8
  261:5 262:19
  263:10 265:1
  267:20,22
  268:15 276:23
  317:19,20,20
**supposedly**
  51:12 128:24
  154:7 182:24
**suppression**
  208:9
**supreme** 85:6
  211:4,18,23
  212:21 213:4
  215:6,17 226:24
  228:25 236:7
  237:16,20
  238:17,24
  240:11,19 242:8
**sur** 163:11
**sure** 5:16 11:23
  12:25 18:1
  32:12 35:22
  40:21 48:7 49:3
  60:13 70:8
  71:16 77:18
  80:17 81:16
  85:11 87:24

  99:2 103:13
  126:18 132:2
  141:11 148:10
  149:3 153:4,5,11
  153:13,22
  154:19 157:5
  158:14 162:14
  165:15 166:13
  168:12 169:20
  170:3 173:11
  192:6 209:15
  210:1 212:19
  224:20 228:2
  235:2 244:8,22
  251:12,12 272:9
  277:6 291:7
  299:16 304:18
  305:5 308:5
  311:20,21
  312:20 313:7
  314:14 320:21
  329:21 333:2
**surmise** 268:16
**surprise** 61:13
  295:23
**surprised** 93:21
  94:6 184:23
**surprising** 85:23
**surrenders**
  107:8
**susan** 86:19,21
  87:3,11,11 88:7
  88:9 89:2,21,23
  93:18 95:22
  96:25 97:2,11,22
  98:17,20 99:2,8
  99:23 100:8,16
  100:20,24 101:5

101:12,21
102:16,20,23
103:4,23 105:6
106:12 108:17
109:16 110:5,11
110:17 111:4
112:16 113:10
113:14,21 114:1
114:6,13,17,23
115:5,8,12
263:22
**suspect** 74:20
186:7 239:7
321:21 325:9
**suspicion** 43:1
**suspicious**
108:13 288:14
288:15 296:2
**suzi** 87:12
109:25 246:16
263:23 267:14
**swapped** 68:5
**swear** 326:3
**swipe** 286:11,12
**swirling** 228:10
**switch** 220:25
**sworn** 10:2 12:2
107:2 193:6
207:13 218:7
265:6
**system** 40:1,13
49:2,16 50:13
51:18,20 55:23
56:19 58:11,20
59:25 65:11
67:8,20,25 75:19
75:20 78:9 80:3
80:6 81:18

104:24 115:14
124:19 140:15
140:19,25 143:5
153:15 161:4,9
161:12 194:8
250:3 267:2
309:10 317:24
320:7 333:6,9
**systems** 55:16
56:17 57:14
58:17 59:1
66:20 68:8 71:6
83:7 299:8

**t**

**t** 57:1 335:1,1
**tab** 167:4 168:16
168:25 170:2
**table** 16:23,23
17:2,17 18:5,6,8
18:12,15 23:3,6
23:8,18 30:23,24
32:1,1,8 37:9,16
44:10 94:7,9,10
140:13 146:22
154:2,2,25
156:13 245:23
255:25 261:8,18
263:10 264:1,4
264:15,16
267:14 268:13
283:22 290:23
292:20 304:12
307:22 314:1
**tablecloth** 17:2
**tables** 17:5 90:13
140:4,5,7 249:19
261:19 263:5,21

264:13 269:1,7
278:6 283:13,18
283:19 293:18
**tabs** 164:9
**tabulate** 23:15
76:18 277:10
**tabulated** 12:4
**tabulating** 14:6
**tabulation** 13:5
14:14 19:4
20:22
**tabulator** 119:23
130:3
**tabulators**
136:11
**tackling** 318:15
318:18
**tag** 163:25
168:13 288:10
**tags** 169:14
287:12,25
**take** 4:3 15:1
16:24 58:10
61:9 102:1
105:14,18
106:10,22
111:13 115:8,14
115:15 130:16
137:12 141:18
144:15 155:1
157:23 166:20
170:24 173:16
174:3 180:16
194:9 199:19
203:4,8 208:13
212:19 219:4
226:11 237:10
237:17 245:22

257:14 263:4,10
263:13 286:11
287:19,21
288:20 289:5
300:22 301:3
306:17 308:4
310:22 321:8,9
326:8,20 328:4
332:23
**taken** 4:13 38:10
74:2
**takes** 15:7
165:12 277:7
308:10 323:21
**talk** 33:21 80:4
85:2 93:9,12
116:22 138:15
158:12 197:21
209:23 233:25
235:11 246:1
247:2 250:18
267:21 272:25
299:19,22
304:13
**talked** 62:2
108:10 112:22
211:13 247:5,18
304:5 310:5
313:4 326:23
**talking** 11:17
23:8 50:6 68:19
76:5 82:21
113:24 114:2,9
114:11 117:15
127:7 142:7
153:5,12 226:7
243:25 244:2
284:18 285:7

303:3 326:24
332:17
talks  287:5
tall  264:5
tally  108:21
tamper  164:11
tampered  51:5
164:5 165:1
169:13 255:9
tampering
258:23
tank  182:12
tape  12:5 37:21
37:23 63:13
80:21 90:21,22
267:17 283:9
293:16,16,17
tapes  64:15
80:13,17
targeting  183:15
task  166:9
278:11
tax  189:7 192:2
192:6,8 279:7
taxpayer  262:11
262:12,14
teachers  304:16
team  11:14 17:7
57:24 79:11
142:17,23 143:1
172:12
teams  57:4 72:23
82:18
tear  107:9 119:6
tearing  119:5
teasley  115:17
115:21

tech  105:8
112:18,22
113:16 117:23
117:24 119:18
131:6,16 132:11
184:14 185:13
technical  64:20
112:18
technically
291:18
technologically
274:16
techs  104:14
112:17 113:1
114:19
telephone  89:15
tell  4:13 5:13
11:9 12:15,17
18:1 19:15
23:22 31:25
32:10 45:21
46:24 55:6,6,7
64:12 67:10
72:5 81:23
83:22 87:14,14
88:3,25 108:15
116:18,25
128:17 138:7
147:11,12 168:2
171:3,24 172:14
174:10,11,16
176:12 177:15
189:1,10 192:24
193:1 204:5
206:17 209:13
249:5 251:21
252:6,9 263:2
281:22,22

284:24 289:19
290:6,15 302:6,7
304:17,23 309:9
309:11 310:17
327:1,8
telling  63:11
110:25 136:5
173:17 203:19
268:5 308:2
tells  199:7 265:1
287:8 319:24
321:15
temperature
161:15
temporarily
204:17 205:25
temporary
195:16,19 196:1
201:15 203:8
205:15
tens  184:11
196:11
tenths  42:19,24
tenure  79:22
term  334:23,24
terms  11:17
69:25 76:5 80:5
141:2 180:5
220:19 233:22
235:6
terrible  254:17
254:17 257:15
terrorist  250:23
test  45:8 118:4,5
120:21 122:4,17
122:17 123:1,2,8
123:14 132:15
132:22 133:1,5

133:17,19 134:9
136:4,7,10 247:9
tested  48:7
testified  24:5,16
42:13 103:11
193:13 199:16
207:19 325:8
testify  4:24
72:18 210:4,8
245:25
testifying  60:19
testimony  3:5
63:1,7 65:10
71:22 77:18
98:8,15,17 99:20
108:4 111:25
117:3 125:25
149:5 152:21
179:2 192:8,15
196:22 211:8,13
213:24 215:24
219:6 221:25
222:2 224:4
232:12 246:12
250:11 255:6
263:23 283:5
289:11 304:1,24
313:2,8 327:20
328:1 331:8
tests  118:8
texas  45:24 46:1
46:23 55:11
149:15
text  65:21 66:1
298:18 309:13
texting  146:9
thank  2:7,7,11
3:3 4:12,20,23

**[thank - think]**                                        Page 78

4:25 6:1 11:7
25:18,19 27:3,22
27:23 28:1,6,6
29:22 30:17,18
32:14 33:2,3,14
33:17,19 34:5,9
34:10,11 35:8
37:7,8 38:12
39:23,24 41:7,19
41:20,25 54:12
54:14 62:25
63:7 65:3,6
67:14,17 69:11
69:12,13,19
73:13 76:23
77:1 79:15,18
80:7,8,24 81:5
81:20,22 83:12
83:17 86:10
96:17,18,19
100:9 108:1,2,8
109:20,21,24,25
113:2,4,5 115:3
115:24 116:1
126:20 130:21
130:22 135:13
135:17 136:12
137:17,18
138:19 148:23
148:24 149:2
152:11 154:10
156:25 157:1,3,8
158:2 171:12,12
173:15,21,21,22
173:24 177:11
177:13,19 178:4
179:12,15,16
180:14,19,20

181:22 182:14
189:25 190:3
192:12,14 193:2
196:18,20
202:12 203:12
203:13,16 205:7
206:5,24 207:2
208:18,20
209:22 210:3
219:24 220:3,10
226:3 229:10,15
229:18 233:21
236:4,8 239:9,11
239:14,15
240:22,24 241:2
243:2 244:10,12
244:13,15,25
245:1 246:9
248:3,4,5,8,23
252:9 253:7,9,10
253:13,14,16
254:13 258:1,2,3
258:4,6,6,16
259:23,23
265:13,21,22
269:25 270:21
272:4,10,12
280:19,23 281:1
281:6,10,11,18
289:4,6,9 294:19
294:22,23 295:6
295:10 302:10
302:12,15
303:22 305:20
306:1 307:13,14
307:16,16,21
308:18,22,24,25
309:3 311:23,25

312:3,5,7 314:7
314:11,19 315:2
316:16,17,21,23
323:5,8 329:13
329:18,20 330:7
331:4 333:15,16
333:16,18,23,25
334:10,13,19,25
**thanking**  334:1
**thanks**  115:5
  177:17 192:16
  210:1 272:15
  313:9 329:11
**that'd**  79:12
**theirs**  94:12
  236:18
**theory**  68:15
  115:19
**thereof**  7:4
  211:16
**thing**  12:5 29:19
  29:24 47:15,20
  88:15 89:15
  91:5 92:6 95:9
  102:1 104:1,2,4
  105:17 111:19
  124:13 130:9
  159:16,17 163:7
  164:2 201:12
  202:24 207:10
  208:11 225:25
  232:25 252:20
  257:1,2 263:20
  264:20 266:6
  278:8 285:17
  286:9 294:22
  313:18 315:5,7
  324:18,19 325:7

326:21
**things**  3:4 11:22
  35:19 53:4
  57:17 88:22
  113:17,17 127:6
  130:23 138:25
  143:21 159:11
  159:13,15
  160:24 161:5
  191:12 222:23
  226:7,25 228:12
  231:15,24
  243:25 246:22
  246:24 250:20
  251:15 261:1
  265:7 266:4
  268:10 273:20
  296:1,5,8,11
  297:10,21,23
  298:9,11 300:24
  301:4 310:20
  312:9,12,16,20
  313:15 315:13
  323:17 324:16
  325:9 329:4
  331:1,15,21
  332:1,6
**think**  3:5 16:12
  20:6,8,24 26:3
  31:4 32:10
  35:15 41:8,11,21
  45:6,9 50:8
  52:11,15,16,18
  59:16 61:12
  65:23 67:20
  68:7 74:20
  76:24 79:17
  80:24 81:9

**[think - time]**                                       Page 79

86:11 93:14
97:23 99:15
100:14 103:11
103:14 104:18
104:19 105:23
105:23 108:16
111:13 115:1,7
116:2,22 124:18
124:25 142:3
143:1 152:8
154:23 155:22
161:10 163:13
168:9 172:1,17
173:12 177:21
178:15 180:9
181:17 182:12
189:8 191:4
192:5,18 195:17
196:23,25
197:13,17
202:23 203:20
210:20,21
216:16 218:9,10
219:3 222:4
224:21,21
225:24 226:5
227:15 228:14
229:21 232:3,5
233:12,12
235:23 238:5,14
238:17 239:2,2
240:18,19 241:5
241:23 242:20
243:23 244:4,5
244:12,18,18
253:24 254:6
256:5 257:11,13
265:7 266:5,16

269:6 278:9
284:10 286:23
296:1 297:6,18
298:22 299:17
299:18 300:6
301:7 305:9,16
309:5,7 310:20
312:4,16 316:6
317:13 320:16
320:18 322:11
322:12 323:1,15
323:21 324:7,11
324:18 326:21
326:24 327:15
327:16 328:5
330:1,3,8,12,25
331:8,22 332:1,5
332:8,9,10,11,12
332:15,21,24
333:20,22
334:20
**thinking**  134:20
324:17
**thinks**  192:10
**third**  69:8
124:25 132:14
135:6 149:7
162:20 217:13
250:7 298:19
**thirds**  184:19
241:12
**thomas**  285:7
**thorne**  116:7,7,8
116:10,13,15,16
116:19,19,21,24
117:2,6,9 127:3
127:11 128:12
128:16,20,24

129:3,7,17 130:1
130:22 131:5,17
131:20,23
132:21,24 133:8
133:15,20 134:5
134:10,15,19
135:3,9,18,25
136:9 137:11,17
137:18 247:8
**thought**  24:24
44:4 78:4 84:21
88:15 93:16
100:22 104:7,23
105:1 121:18
122:5,8,11,16
142:1 143:25
159:9 160:25
162:6 207:4
256:14 317:5
324:17 333:17
**thoughts**  324:4
**thousands**  44:7
44:8 193:17
194:12 196:12
197:5,11 317:17
318:19 319:17
**threats**  331:15
331:18
**three**  19:7 35:16
44:11,11 46:11
47:18 59:17
62:16 63:12,15
63:20 67:21
103:16 112:8
127:20,21
149:14 155:2
159:15 187:18
193:8 199:9

203:17 233:5
234:14 237:7
261:13,14,14
267:23 275:9
276:9 282:7
284:19 288:23
299:23 300:12
300:12 315:8
**throne**  116:3,3,6
**throw**  120:22
167:17 169:5,12
256:3 322:4
**thumb**  58:22
157:16 163:10
163:15,18,22
285:17,19,22
**tied**  32:5 113:8,8
**tight**  218:1
**till**  134:24
**tillery**  27:18,19
27:22 28:5,15,17
29:16,19,24 30:6
30:9,16 73:15,16
76:22,23 77:25
78:4,8 79:1,4,12
79:15 152:15,16
152:20 153:7,10
153:17 154:9,16
155:12,19 156:4
156:25 207:1,2,3
312:1,3 315:19
**tillery's**  317:7,8
**tilley**  31:15,18
31:23 32:2,12
**tillman**  142:12
**time**  4:13 7:12
9:13 12:9 13:18
15:9 19:24

**[time - town]**                                                                       Page 80

25:12,23 26:14
27:1,8 33:7,9,10
35:7,19 36:1
37:22,23 38:2
39:6,7 42:17,18
43:23 44:14,17
44:20 64:1,12
68:20 75:4
77:21 78:1
85:11,12 88:17
89:18 90:7
96:10 106:14,17
111:14 115:4
122:8 124:19,20
124:25 130:9
135:13 141:13
142:6 146:4,16
146:19 147:2
148:18 151:12
157:2 159:4
160:17 161:24
162:18 165:2
173:16,23
174:22 180:17
193:7 196:9
199:19 205:24
210:12,18,19,22
212:5,20 218:1
225:3 244:13
246:9 248:4
249:4 253:10
264:7 265:1
267:3,12,23
271:16 273:2
281:19 286:13
288:24,25
294:24 296:17
303:6,6,6 308:12

311:9 318:4
319:14 320:19
321:15 324:21
**timeline** 74:21
**times** 8:18 11:22
17:25 37:21
38:17 41:5
42:13 52:8 61:3
93:2 98:3
186:13 187:18
188:1 223:20
261:13,14
267:23 275:9
288:23 298:16
299:23 313:7
**tip** 6:6 42:9
245:4
**tired** 253:3,3
**title** 7:20 64:7
214:4 219:9
238:1 242:10,19
**today** 2:16 3:3
4:13,22 6:1,7
8:11,25 10:5
12:11 24:6
39:19,24 54:15
96:19 103:16
111:10 113:5
115:3 116:22
128:11 138:20
157:2 179:15
192:10,14 193:3
207:4,6 209:24
213:23 215:24
218:18 227:16
227:25 237:3,5,6
244:14 245:1,2,8
245:13,25 248:4

254:21 259:6
263:2,24 265:21
294:20 299:24
301:1 303:5,22
304:23 310:23
312:5,9,12,16
313:2,18,20
314:8,10 315:6
315:18,22
317:12 321:3
325:6 330:1,5,15
330:20,21,25
331:7,15 332:5
332:11,20
**toilet** 25:5
**told** 13:8 14:23
15:14,22 20:1
21:7,18 25:4
29:8 36:17
43:25 54:8
63:17 93:17
95:8,19,25 96:2
96:9 102:25
106:22 107:13
108:19 113:15
120:10,13
144:23 146:4
167:23 170:6
174:24 175:8,16
176:20 178:11
194:20 197:12
204:7 261:4,18
261:21 263:25
268:14 271:23
275:11 287:24
290:23 291:23
319:15,19
321:15,16 327:4

**tom** 282:6
**tongue** 170:23
**tonight** 326:20
**tony** 248:6,14,15
248:20,22,25
249:1 253:12,16
256:1 257:12
258:6,14,22
259:8,25
**top** 15:20,20
28:19,20 30:22
31:16 32:3,5
90:21,22 122:20
123:3 153:20
202:9 282:12
**topics** 307:22
**tops** 143:12
**torn** 296:20
**total** 19:17 59:24
108:12 141:22
142:2 143:2
145:14 155:8
187:21 193:14
275:2 277:17
**totally** 90:23
308:2
**totals** 59:14,14
140:15 141:3
156:16 275:4
**totes** 167:18
**touch** 91:2
129:20 130:17
**touched** 241:6
**touches** 80:19
**tough** 11:20
208:1 254:9
**town** 15:12

**township** 57:25
59:5
**trace** 109:13
**track** 35:18
**tracked** 35:19
156:11
**traffic** 62:3,5,6
**trained** 117:24
119:19 124:7
126:9,9,11 137:2
137:12
**training** 124:6
129:8 159:6
188:12
**trans** 63:25
**transcribed**
291:8
**transcript** 335:4
**transfer** 61:22
**transferring**
291:11
**transmit** 63:25
**transparent**
246:24 333:21
**transpired**
315:17
**travel** 278:20
**travesty** 294:18
**treasury** 279:19
**treatment** 254:4
**tremendous**
303:11
**tried** 47:20
117:12 121:23
140:11 176:3
177:4 246:6
**trip** 53:20

**troopers** 78:17
**trouble** 182:16
**troubling** 202:23
**trucked** 70:20
71:21,24 72:10
**trucks** 44:4,5,6
**true** 110:25
172:8 255:6
298:4 315:3,3
325:21 327:7
335:4
**truly** 298:20
**trump** 5:11,23
42:2 44:14 45:2
48:6 54:4 92:14
108:24 123:10
123:11 141:6
145:16 153:16
155:3 172:9,12
172:14 186:8,11
187:6,10,14
247:4 250:7
261:15 264:6
273:14 274:20
274:22,23 275:1
278:9 294:14
**trump's** 187:19
**trumps** 240:18
240:22
**trust** 279:9
300:24 328:14
328:16,17 329:6
333:9
**trusted** 298:25
**truth** 2:20
191:25 204:18
251:21 299:4
302:7,21,22,25

303:2,18 305:3,4
305:6 306:15,17
306:21 308:6
309:6 311:16
315:17 325:5
332:7
**truthful** 2:17
**truths** 183:14
**try** 27:24 37:21
78:21 106:24
117:18,18 138:8
157:17 180:12
193:11 197:13
207:11 228:12
248:10 259:12
260:14,24
272:24 291:10
**trying** 17:15
28:22 46:15
70:15 71:16
101:15 102:18
103:25 107:14
114:16 140:10
141:13,22
154:16,18,23
204:10 207:7
268:5,12 285:11
291:20 299:11
305:8 314:6
316:8
**tuesday** 53:22
64:2 219:5
**tune** 182:25
**turn** 183:15
185:8 225:2
259:20
**turned** 124:15
124:16 125:5

126:15 128:2,12
139:10,16 141:7
159:19 262:5
**turnout** 48:2
186:4 190:14
**tv** 288:5
**tvs** 61:3
**tweaking** 324:21
**tweets** 302:1
**twice** 224:7,21
284:20 311:6,7
**two** 12:7 13:1
15:19 16:17
18:24 19:1,8,12
19:19 20:21,25
21:3 22:7 24:9
27:24 28:7
42:11,19,24 44:1
44:3 53:1 56:9
56:12 58:8 77:2
81:25 82:6
83:19 90:1,1
103:11 108:23
122:15 130:16
130:23 133:2,23
139:11,21
140:13 141:19
142:1 143:4,9,16
143:21 144:2
154:6 155:2
164:8,13 166:14
166:14,15,22
184:19 186:2,13
186:22 187:25
221:4 223:19
230:3,24 231:9
238:9 241:9,12
241:12 243:24

**[two - upload]** Page 82

254:1 263:5
268:14 273:24
274:6 276:6
279:16 280:4,6
283:12 293:20
295:1 305:23,25
309:20 310:2
311:2,8 312:19
334:18
**tyler** 81:1,5
329:13,17,22
**type** 92:22 95:13
99:11 113:9
184:2 266:13
331:2 332:1
**typical** 88:22
90:18 91:16
**typically** 17:8
**typo** 219:6

**u**

**u** 260:16
**u.s.** 17:13 57:3
64:7 83:4,10
198:8 204:7
211:12 217:11
219:10 242:19
281:4 302:2
**ultimate** 172:8
**ultimately** 51:14
177:8
**unacceptable**
241:21 320:3
**unattended**
119:2 120:24
121:3 277:22
**unaware** 207:9

**unbecoming**
331:23
**uncalled** 311:3
**uncast** 128:8
**uncomfortable**
120:18 121:4
**uncovered** 57:4
**underage** 225:1
**underaged**
215:25
**undermine**
300:24
**underneath**
16:23 17:17
18:15 30:22
32:8 72:15
**underperforma...**
48:18 49:6
**underperformed**
48:15
**understand**
27:25 28:8,20,23
31:8 32:14 35:7
81:23 102:19
103:19 113:7
138:13,16 150:1
153:3 159:23
222:20,21 234:8
248:14 252:14
292:23 296:2
302:9 313:24
318:7 320:6
**understanding**
64:1 98:12 99:4
99:5 108:5
113:11 144:3
151:23 190:4
193:21 296:19

**understood** 38:3
98:9 104:23
142:12 281:20
**undisputed**
221:7
**unequally**
188:18
**unexperienced**
117:20
**unexplained**
74:8
**unfolding** 296:5
**unfortunately**
90:4 237:25
**uniformed**
296:22
**uniformity** 8:4
223:2
**unintended**
262:25
**union** 193:22
199:14
**unique** 78:18
**unit** 103:6,8,10
**united** 5:11,24
7:2,8,20 8:7
9:18 10:17,22
61:15 86:7
197:23 227:10
239:24 273:8,12
278:18,24
328:19
**units** 101:21,22
104:21
**universe** 295:17
**university** 46:18
174:14 209:17
209:19 246:5

**unknown** 160:13
**unlawful** 71:25
196:12 200:16
200:17
**unlock** 166:10
**unnecessary**
215:19
**unobserved** 14:9
**unpack** 229:19
231:21 268:2
**unresolved**
238:12
**unseal** 94:21
**unsecured**
167:19 170:12
170:13
**unsupervised**
14:9 20:22
283:23
**untoward**
191:18
**unused** 124:16
124:24
**unusual** 101:13
**uocava** 97:7
143:20 144:6
151:6 296:21,22
**upcoming**
203:18
**update** 106:7
193:15 195:7,21
196:7 234:7
**updated** 20:17
89:10
**upgrade** 67:20
**upload** 58:19
64:1 74:21 75:1
75:2

**[uploaded - virtually]** Page 83

uploaded 286:7
uploads 286:13
upper 18:15
  20:18
uprising 56:10
ups 79:9 120:16
upset 162:16
upsetting 163:6
urban 185:22
  279:21
urge 188:4,15
  191:24
urgent 158:24
  159:1
urine 169:10
  170:13 172:17
  172:22
usb 59:1,3,13
  66:19 80:20
  327:17
use 35:3 45:7
  67:25 71:5
  104:16 160:4
  183:14 190:24
  192:5 277:25
  326:16
usps 193:19
  194:13,21
usually 95:11
  99:15 102:20
utter 4:6

**v**

v 85:7 211:5,23
  211:24 212:6
  213:4,19 215:18
  239:3 240:8

v.a. 252:8
vacated 10:15
  15:13 248:1
vaguely 236:16
valid 139:17
  219:1 226:22
  233:4 235:2
validate 140:18
  143:10 147:22
  154:7 234:15
  270:8
validation 145:7
  233:9
validity 228:20
validly 214:15
  242:25
value 140:12
  154:23
values 62:21
van 158:14
  173:4
various 49:20
  65:10 304:12
  324:16
vast 195:18
vectors 58:16
vegas 82:4
  256:18
vendors 67:21
venezuela 56:5
verifiable
  259:11
verification
  77:24 144:21
  171:25 216:20
  217:2 222:5
  223:8,10,19
  235:16,19

332:18
verified 142:17
  156:14 171:21
verify 144:14
  154:10 156:9
  161:20 164:8
  171:19 174:23
  185:12 291:20
verifying 291:17
veritext 335:11
version 89:11
versus 48:6 50:8
  66:1 76:11
  145:16 186:11
  187:24 231:23
vested 278:16
vests 213:5
veteran 79:21
  246:17 249:5
vice 5:25 8:16
  219:16 244:24
  247:1
victor 65:22
victory 8:15 19:7
video 11:1,2
  17:6 19:22
  23:19 25:5 26:1
  26:23 27:6
  30:24 32:20
  33:5,6 34:4
  37:15 38:18
  39:6,7,11 41:10
  63:11 70:13,15
  71:23 151:9,12
  152:1 218:8
  245:14 246:14
  255:19 271:2
  283:15 286:20

287:4,4 291:21
  296:9,12,16
  313:22,23
  315:22 316:4
  321:9,10,13,25
  322:1
videos 35:6
  66:10 323:24
view 14:10 40:6
  41:3 47:19
  55:16 160:21
  201:1 217:19
  218:14 231:19
  232:2 256:11
viewing 283:14
vile 301:4
vincent 251:2
violate 192:7
  307:12
violated 161:13
  221:15,15
  225:12,17 227:3
violates 3:12
  229:8 235:24
violating 189:6
violation 9:23
  225:8,10,22
  227:17 245:15
  245:24
violations 6:3
  8:4,11 10:3
  215:20 216:24
  217:19 218:13
  225:13,25 237:7
  243:18 276:4
virtually 70:3
  200:1 284:16

**[virus - votes]**                                                    Page 84

**virus**   2:12
**visiting**   209:19
**voice**   12:11 83:1
  173:18 246:21
  251:20 253:5
  259:13 304:10
**void**   94:5 277:20
  277:21
**volunteer**   11:12
  260:19 262:15
**volunteered**   95:6
  95:23 289:22
**vote**   3:7,11 9:3,6
  9:8,10,13,14,17
  9:20,22 43:3,4
  44:14 47:22
  48:7 50:6 52:6,7
  59:20 61:16
  62:12 63:24
  70:4 74:19
  75:20 81:11,19
  84:14 95:17
  104:1 106:10
  107:6 120:8
  123:2,4,10,11
  127:13,25
  128:11 129:15
  130:10 131:25
  132:4,7 136:23
  137:4 140:14
  141:3,22 143:2,5
  144:8 145:14,23
  165:9 172:16,22
  173:3,5,7,12,13
  174:1 175:2
  177:8,9,10,22
  178:1 179:6
  180:1,5,6 182:3

182:18 183:8
187:8,9,17,19,23
187:25 188:13
189:4,14 191:2
194:25 195:7
196:3,8,9 197:6
197:16 200:15
200:17 201:5,7
202:5,20,22
203:4,9,22
204:11,15
207:22 208:9
212:12 213:2,6,7
213:20 215:4,9
216:4,14 225:5,8
225:9 232:22,24
241:12 246:6
261:11,15 264:6
273:22 285:18
286:1 290:5,20
292:24 294:9,12
297:9 308:11
309:20 310:2,10
310:11,11,12,14
317:23
**voted**   9:1,9
  43:11 48:4 51:7
  51:16 52:13
  53:7,8,17 60:16
  63:1,6,8 69:6
  72:14 74:4 76:7
  76:8 81:8
  102:15 127:10
  132:2 165:16,19
  172:20 173:2
  174:17,20 175:1
  175:5,8 177:9
  178:7 195:2

199:10,11
201:23 205:14
232:15 246:7
255:15 275:6
294:14 309:24
310:3 319:12,14
319:16
**voter**   9:11,12
  50:25 51:11
  89:14 91:22
  104:4 123:19
  126:14 127:13
  131:23 139:24
  144:6,7 145:5
  165:4,12,20
  174:22,24 175:4
  175:7 178:5,11
  180:10 185:6
  188:11 189:3,13
  190:14 191:13
  193:12,24 194:1
  194:14,18
  195:19 198:3
  199:20 201:8
  204:7,14 207:17
  213:11 225:11
  232:6,18 234:22
  234:23 256:25
  258:20,23 259:4
  273:17 303:1
  309:8 310:8
**voter's**   144:16
  194:8 230:15
**voters**   10:2 48:3
  70:18 72:13
  73:8 80:4 89:11
  89:14 104:1
  127:24 131:24

133:22 139:14
139:20,22 173:2
173:6 175:13
183:15,21 185:9
191:1 193:17
194:20 195:4,13
197:11 200:22
208:7 216:7,12
225:1,21 228:16
275:2,6,19
277:19 298:13
298:15 300:6
304:18 306:11
309:9 311:13
333:5
**votes**   3:8,10 8:22
  42:16 43:15,17
  44:15,16 45:1,2
  49:9 50:7,11,17
  50:24 51:5
  52:21,23 54:5
  57:16 59:17,24
  60:3,14,16 61:5
  62:13,14,20
  63:14 64:19
  65:1 68:19
  74:15,21 76:4,12
  76:25 82:21
  84:10 85:18
  95:11 135:21
  141:5,10 143:13
  153:15 172:9
  173:9 183:6
  186:24,25
  187:13,15,21
  196:3,12 198:16
  205:17 215:16
  216:5,10 219:2

**[votes - want]**                                                    Page 85

219:13 226:15
226:19 227:5
233:7 249:25
250:3,3 255:2,2
255:12,13,15,23
255:24,24 263:9
264:5 268:18
273:19 274:6,25
275:10 277:11
286:6 292:7,21
292:21,23
294:10 301:12
311:2,9 318:5,6
318:11
**voting**   3:15
10:12 47:24
48:21 49:11,15
50:3,13,23 51:5
51:13 55:24
56:16,17 59:6,6
59:11 61:2,14
62:11,20 67:13
67:20 69:2
75:20 76:19
81:12,16,19 83:7
101:10 103:3,4,6
103:10 104:24
105:25 106:1
115:14 117:17
119:16 129:2,5
136:22 163:23
167:13 186:18
198:25 202:7
203:3,10 228:6
247:24 251:13
259:10 274:19
274:23 275:3
279:4 290:11

291:3,18,19
292:3 296:23
319:13 326:25
327:22
**voyles**   86:20,21
86:24 87:3,10,11
87:11 88:2,7,9
89:2,17,21,23
93:18 95:22
96:18,25 97:2,11
97:22 98:17,20
99:2,8,23 100:8
100:16,20,24
101:5,12,21
102:16,20,23
103:4,23 105:6
106:12 108:2,17
109:16 110:5,11
110:17 111:4
112:16 113:10
113:14,21 114:1
114:6,13,17,23
115:2,5,8,12
246:16,18
263:23 267:14
**vulnerability**
58:24 59:2

**w**

**wait**   3:19 16:8
112:19,25 227:1
243:7 256:2
275:21 305:25
310:20
**waited**   94:11,12
95:5,5,6 168:13
310:2 321:24

**waive**   233:17
**waives**   233:19
**wake**   210:23
**waldron**   44:21
44:21 54:18
55:2,10,10 57:23
58:5,15 60:10
61:18 63:1,7,21
64:20 65:18
66:2,9 68:3,25
69:22 70:10,19
70:24 71:9,11
72:1,15 73:12
74:6,10,19,24
75:6,9 76:1,9
77:12 78:3,7,14
79:8,14 80:10
82:1,8,16,24
83:9,13 111:20
111:25
**walk**   16:14
121:10 163:3
263:1 266:8,8
293:11
**walked**   120:18
121:13 148:6,8
168:4 170:22
262:4,9,23 263:7
263:8,18 269:16
282:6 292:10
310:1 312:22
**walking**   16:14
121:2 162:23
252:1 263:6
**wall**   146:9
**waller**   22:5 29:8
**walter**   181:17,18
181:20,21 182:7

182:10,10,16
188:25 190:6,10
190:20 191:3,22
192:5,16 246:1
**want**   3:3 4:12,17
30:14 41:9 42:7
48:10 55:9
60:14,15 70:8
75:18 79:19,23
84:9 86:15 88:1
90:7 105:16
111:13 126:24
131:25 132:9
138:15,19
146:20 148:25
152:21 153:4
163:5 165:9
172:14 174:3
177:8 178:17
184:7 188:16
202:13,13 203:2
203:4 208:25
211:10 222:23
229:19 233:25
234:3 248:11,11
250:25 252:2,5
252:24 257:11
258:15 260:23
262:15 264:21
265:24 266:2
278:8 282:1
283:21,21 288:8
289:16,23
293:25 301:14
302:15 303:3,20
303:21 304:3
306:17 307:19
308:22,24 309:3

**[want - went]**                                          Page 86

309:16 312:1,7
314:7,12,13,19
315:1 316:17
326:5 329:1,2,2
329:3,3,4,18,24
331:4 333:15
334:10,12
**wanted**  21:15
23:2 41:22
47:15 49:21
81:6,16 107:5
136:23 137:6
141:11 174:11
176:2 199:1,2
231:1 248:12
251:4,19,19,22
253:4,7 258:19
265:8 288:5
295:4 310:17
**wanting**  181:6
202:10 246:23
250:13
**wants**  20:11
157:15 211:22
262:13
**warehouse**
118:1,2 119:12
119:25 120:2
121:6,7,17,25
122:11,12,13
123:25 131:6
136:2 284:25
285:10
**warfare**  55:14
55:22
**warning**  60:23
**warrant**  217:22

**washington**
182:12 185:3
273:13
**watch**  13:4 15:2
16:23 17:23
20:23 26:23
31:21 40:7,8
140:11 262:13
**watched**  16:25
17:6 142:25
168:11 171:17
**watcher**  138:19
149:25 150:4,6
150:12 158:17
158:20 159:5
162:2,8,23
170:24 246:17
289:22 290:10
290:14 292:10
**watchers**  139:14
139:22 156:24
252:2 269:19
292:14,18 293:3
293:12
**watching**  162:7
166:19 168:5
251:23 313:13
323:24
**water**  22:17,18
24:6,10,13 25:1
25:5 135:21
**wavy**  295:15
**way**  12:6,10
21:10 24:15
32:4 35:17
50:16 52:1,25
53:14 54:2
78:12 81:12

84:15 85:21
86:5 93:5 105:7
105:8 107:6
109:13 110:23
111:1 119:11
121:6 123:4,9
135:18,23 136:5
141:23 144:21
151:18,20
152:23 165:1
166:1 167:23
201:13,18 206:7
206:11 212:15
214:1 217:20
226:11 246:23
246:24,24
254:18 277:8
296:5 305:9
308:15 314:2
317:11,15
319:25 327:18
**ways**  2:10 58:16
66:23 77:13
183:22 216:21
241:9 259:9
274:6 299:16
**we've**  42:5 49:2
49:3 55:23,23
66:15 72:16,18
77:18 89:18
106:21 112:3
120:11 168:21
180:17 185:20
199:23 208:2
228:4 240:9
245:8 253:23
254:5 257:15
289:13 301:7,11

301:22 306:21
307:4 309:6,8
311:14,15 315:8
315:22 319:16
319:22 320:13
321:6 322:23
323:16,17 326:7
326:8,21 328:5
328:11,15 329:8
**wealthy**  188:17
**wearing**  139:5
296:15
**web**  57:5 62:5
**website**  61:9
76:20 81:14
113:15 176:19
207:14 309:14
**wednesday**
53:22 90:5
**weeds**  193:10
**week**  120:12
122:11 125:23
134:11 194:19
254:3 305:17
328:10
**weeks**  25:24
282:8 287:2
311:2
**weigh**  238:18
**weird**  297:3
**welcome**  33:18
79:19
**went**  14:14
15:11 17:6 19:1
19:9 48:7,20
49:4 51:8 61:24
70:12 88:21
89:8,14 91:12,21

94:4 104:18
115:16 118:2,25
119:14 120:9,20
120:21 121:5
123:7 124:20
125:18 126:18
130:10 132:25
133:1,4 139:11
141:17 142:17
146:4 152:25
155:7 156:10
159:6 161:20
169:20,21,24
170:8 174:16,20
174:22 175:5
179:20 186:16
191:23 227:13
228:7 261:9,20
261:21 273:21
276:10 277:13
292:8 309:20
315:25 332:11
**west** 46:23
105:20 241:4
**whatnot** 204:5
**whatsoever**
191:18 221:11
**wheel** 121:19,20
**wheelchair**
173:5
**wheeled** 119:24
121:21
**where'd** 277:21
**whim** 85:13
**whisper** 142:6
**whispered**
141:13

**white** 82:3 91:16
91:16 92:10
97:25 296:15
302:1
**wholly** 7:16
**widespread**
297:23 299:21
**wife** 115:22
260:18 331:22
**william** 2:1 3:2
5:4,12,17 11:4,8
11:23 12:15,21
13:12,14 20:6,10
20:13 24:2,8
25:16 26:13
27:9,16,20 28:3
29:18 30:2,7,13
32:17,25 33:15
34:7 35:10,14
36:5,23 37:2,6
37:11 38:13
39:20 41:7,13,17
41:20 45:13
54:13,19,22 55:1
55:5 57:18
62:23 63:3 65:4
67:15 69:13,18
73:2,14,20,24
75:14 76:21
79:3,16 80:8,23
81:3,20 82:14
83:14 86:10,14
86:19,23 87:1,6
87:17,22,25
96:15 100:11
107:21 109:3,22
110:19 111:21
113:2 115:1,6,10

116:1,5,8,12
126:21 130:19
135:15 136:12
136:18 137:10
137:15,20,24
138:2,5,7,11,14
147:11 148:20
152:13,18 157:1
157:6,9,21,24
158:2,5 163:11
163:17 171:14
173:20,25 174:4
174:7,9,18
177:11 179:17
180:15,22
181:19 182:4,8
182:14 188:20
189:24 192:12
192:18 196:16
203:14 205:5
206:3,25 208:17
208:21 209:4
220:1,5 227:21
229:13 233:15
233:18 236:8
239:12 240:25
243:3,7 244:11
244:17,22 248:5
248:8,17,21,23
253:9,14,18,22
254:13 258:2,8
258:11 260:1,5,8
260:12 265:9,14
270:2,24 272:6
272:10,14,19,22
273:4 278:14
279:25 280:3,8
280:12,16,22

281:1,6,11,17,21
281:25 282:19
282:22 283:1,20
284:2,5 289:4,8
289:12 294:23
295:8 302:12
303:19 305:18
305:24 307:18
308:19 311:25
314:12,16
316:23 323:6
329:11,15,21
333:25
**willing** 90:2
172:12 173:22
302:16 306:13
**win** 56:15
183:11 304:22
**window** 204:22
216:9
**winners** 311:14
**wins** 49:10 308:7
308:7,15
**winters** 201:4
**wiped** 24:23
64:3
**wisdom** 2:16
**wish** 259:11
322:6
**wit** 112:8
**witness** 4:22
5:14 25:8,13
36:12,20 38:6
44:20 96:14
111:16 144:14
149:19 157:4
174:2 193:14
199:17 289:5

**[witness - y'all]**                                                   Page 88

290:19

**witnessed**   164:7
246:10 315:22

**witnesses**   5:3
10:5 12:2 13:24
16:8 18:21
20:25 25:14,15
29:1 36:16
42:11,12 44:11
86:18 111:10,11
111:14 112:8
164:13 166:14
245:2,25 255:6
295:21 324:25
326:3 331:6

**witnessing**   294:3

**wizardry**   185:5

**wizards**   185:8

**wochairman**
24:8

**woman**   16:17
121:11 173:3
187:4

**women**   15:19
22:9 264:15

**won**   43:3 172:9
172:14,15,18
186:8 187:6
286:19 322:10
322:11,13

**wondered**   147:1

**wonderful**   88:15
99:14 159:10
191:4 246:4,19
285:3

**wondering**   79:6

**wonderland**
295:13 313:19

**wood**   279:15

**word**   2:4 14:15
229:22 231:12
231:12

**words**   8:2 42:20
91:15 200:6
269:11

**work**   24:11
42:10 46:11,13
57:5 79:11
102:1 134:14,20
135:2 148:12
173:22 174:1
185:12 210:5
266:12 304:9,10
308:25 311:23
314:10,21,25,25
316:18,19 323:2
328:3,6,7 330:4
330:6 334:16,22

**worked**   46:19,21
115:18,22,22,23
117:10 120:6
133:13 142:19
160:8 247:8
261:16 264:7
317:24 334:11
334:14

**worker**   117:12
117:24 118:21
122:10,20
132:12 144:13
158:13,16
169:22 172:4
267:5

**workers**   13:20
19:11 41:2 97:9
111:2 119:18

120:10,14
127:20 140:14
140:17 141:9,19
146:18 156:18
171:19 252:1
304:15

**working**   13:7,21
15:15 16:6 19:8
20:2 24:13
66:17 68:15,15
96:20 97:21
119:17 130:9
131:6 132:12
150:8 159:21
160:12 193:12
290:10 318:24
328:8

**works**   246:21
252:9 313:11
317:11 327:2,9

**world**   61:21
104:25 133:8
178:18 182:13
252:20 262:24
266:18 282:24
284:15 287:6,9
287:15 288:3
290:2 328:7

**worn**   91:14

**worried**   46:25
264:9

**worry**   56:13
121:24

**worst**   163:7
252:19 253:2

**worth**   208:14

**wound**   92:20

**wow**   177:12
307:1

**wrap**   168:18
226:3 280:5

**wrapped**   20:19

**wrapping**
278:13

**write**   92:15,15
125:12 327:16

**writing**   162:25
282:15

**written**   83:23,23
211:8 219:6
271:21 327:19

**wrong**   106:15
118:18 142:10
156:21 160:12
205:21 220:13
257:10 282:10
287:3 288:20,20
290:17 319:6

**wrongdoing**
306:14,19

**wrongdoings**
307:11

**wrote**   84:1 286:7

**www.clarityel...**
61:10

| **x** |
|---|
| **x**   155:2,3 |
| **y** |

**y**   57:1

**y'all**   31:3 32:13
33:10 37:14
174:16 253:7
303:16 316:19
330:3

**[yeah - zuckerbergs]**                                                Page 89

**yeah**  5:17 16:14
  18:14,15 26:16
  28:3,14 30:14
  31:17 50:9 52:3
  52:4,12 73:3
  97:5 100:22
  116:10 117:4,4
  123:10 124:4
  135:25 136:14
  136:20 137:8
  138:16 153:7,8,9
  153:22 155:18
  168:20 172:3
  174:6,9 179:19
  180:8,18 181:3
  197:21 222:3
  226:3 239:13
  243:8 266:23,25
  269:4,8 272:6
  280:1,3 295:7
  303:21 306:1
  308:21 314:16
  324:17
**year**  8:23 82:4
  149:10 184:10
  185:17 209:18
  225:6 231:4
  246:16 307:24
  317:20
**year's**  188:3
**years**  9:5 45:9
  88:11 92:2
  101:17 110:3,5,6
  110:7,13 115:13
  117:11 127:11
  149:4,12,15
  150:2 158:23
  174:14 193:13

  193:20 194:9
  196:15 199:9
  203:25 207:18
  207:22 208:8
  210:8 240:6
  252:17 256:22
  279:16 289:19
  289:20 309:11
  314:22 320:22
  320:23 326:2
  330:11
**yelled**  22:4
**yelling**  23:14
**yellow**  15:19
  16:4,15,17
  123:22,23
**yesterday**  207:6
**york**  61:3 79:21
  199:11 201:3,5,9
  201:11
**young**  94:21
  246:4 291:1,16
  296:15
**younger**  174:21

**z**

**zero**  48:18
  152:23 255:16
  320:10,13
**zip**  167:6,17
  171:9
**zipper**  167:3
**zones**  311:9
**zoom**  42:15
  45:12,14 208:25
**zuckerberg's**
  183:1

**zuckerbergs**
  184:13