# Exhibit 10

# PTX-225

# Document Produced Natively