# Exhibit 11

PageVault

| | |
|---|---|
| Document title: | Donald J. Trump on X: "Wow! Blockbuster testimony taking place right now in Georgia. Ballot stuffing by Dems when Republicans were forced to leave the large counting room. Plenty more coming, but this alone leads to an easy win of the State!" / X |
| Capture URL: | https://twitter.com/realDonaldTrump/status/1334573529107460096?s=20 |
| Page loaded at (UTC): | Thu, 02 Nov 2023 17:38:19 GMT |
| Capture timestamp (UTC): | Thu, 02 Nov 2023 17:38:40 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 3.209.1.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | kPvvBS3Vge3WugXaKzkpHQ |
| User: | igroysman |

**Plaintiffs' Exhibit**

**PTX-234**

**C.A. No. 21-3354 (BAH)**

PDF REFERENCE #: 2DP1ECycA5dzoSV39EcWLo

