# Exhibit 13

# PageVault

| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "ELECTION IN GEORGIA IS NOW PROVEN TO BE A FRAUD." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334620731045507073 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:21:11 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:21:32 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 5youbXUNqR7RUEsXzvTEEW |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-239**

C.A. No. 21-3354 (BAH)

PDF REFERENCE #:    97FmQSFWtLj9VpeD2A8MCX

Freeman_Giuliani-00002064



Document title: Rudy W. Giuliani on X: &quot;ELECTION IN GEORGIA IS NOW PROVEN TO BE A FRAUD.&quot; / X
Capture URL: https://twitter.com/RudyGiuliani/status/1334620731045507073
Capture timestamp (UTC): Tue, 31 Oct 2023 16:21:32 GMT
Page 1 of 1
Freeman_Giuliani-00002065