# Exhibit 14



| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "The video tape doesn't lie. Fulton County Democrats stole the election. It's now beyond doubt. Go to the tape!" / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334712590300311553 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:31:12 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:31:33 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 8xVumf8KTy1FTsW5sHjBMR |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-243**
_____
C.A. No. 21-3354 (BAH)

PDF REFERENCE #:     8vM3vGShChPaxywaXk2WaG



Document title: Rudy W. Giuliani on X: &quot;The video tape doesn't lie. Fulton County Democrats stole the election. It's now beyond doubt. Go to the tape!&quot; / X
Capture URL: https://twitter.com/RudyGiuliani/status/1334712590300311553
Capture timestamp (UTC): Tue, 31 Oct 2023 16:31:33 GMT
Page 1 of 1
Freeman_Giuliani-00002081