# Exhibit 16

Page 1

1

2

3

4

5

6

7

8

9

10

11

12    2020-12-04 Rudy Giuliani's Common Sense

13    VIDEO EVIDENCE: Caught Red Handed, TRUMP WON

14    Georgia | Rudy Giuliani Ep. 92

15

16

17

18

19

20

21

22

23    **Plaintiffs' Exhibit**

24    **PTX-250**

25    C.A. No. 21-3354 (BAH)

Page 2

1           RUDY GIULIANI:  Hello, this is Rudy

2      Giuliani, I'm bringing to you Rudy's common

3      sense, and maybe one of our more exciting and

4      maybe important podcasts.  We've just returned

5      from a four or five-day trip, can't remember

6      quite, but we were before legislatures in Arizona

7      and in Michigan, and in Georgia.  And in each one

8      of the cases, we were able to present, you know,

9      substantial evidence that has them seriously

10     considering de-certifying the election.

11           In fact, as they weigh through this

12     evidence, they will find as Professor Eastman so

13     eloquently laid out in the testimony yesterday in

14     Georgia, is really their duty, not just their

15     right, but more on that just a teeny bit later.

16     Yesterday there was a breakthrough of major

17     proportions.  With this case treated in a country

18     that's fair, in a country that had a free press,

19     and a c -- country that had not the kind of

20     censorship that's been imposed on us now for well

21     over three or four months.

22           The censorship made up of big tech, big

23     business, big media.  NBC, ABC, CBS, CNN.  Some

24     mention of it on Fox.  Some.  Not a lot.  A good

25     deal of mention on OAN and Newsmax, that's about

Page 3

1   it.  The American people are now being deprived

2   of the most significant evidence of voter fraud

3   that I've ever seen, and one that answers the

4   question, just in watching it, that all of the

5   allegations the Republicans are making are true.

6           After all, we have produced well over

7   700 affidavits, sworn to by eyewitnesses, and

8   we're told we have no evidence.  And the phony

9   media repeats it, and we occasionally have it

10  repeated on Fox.  We're told that they've

11  debunked the theory that inspectors were thrown

12  out of examination of mail-in ballots.  Instead,

13  we have 4,000 -- 400 affidavits of inspectors

14  being thrown out.  There's no doubt they were

15  thrown out.

16          The media prefers to print the lies of

17  Biden, the Democrats, the establishment.  Lies

18  supported by big tech, big media, big business.

19  Supported by the crooked Democratic party.

20  Supported by the radicals, by Black Lives Matter,

21  and Antifa, who are all involved in this.  And

22  also cheering in the background with some role in

23  it, Communist China.

24          This is a swindle of major proportions.

25  And now you're going to see a tape, honestly,

Page 4

1   makes it look like a bank heist in the middle of
2   the night.  Remember those great movies with
3   Pierce Brosnan?  You get in the bank the middle
4   of the night, take that safe apart, nobody
5   around, they'd wait until everybody leaves and --
6   how come they didn't do it in front of the
7   guards?
8           Because they were committing a crime,
9   and they'd get caught.  Well, we're going to show
10  to you today, under any other circumstances would
11  be considered a breakthrough of major
12  proportions.  All these weeks of Republicans
13  coming up with evidence, evidence, evidence,
14  evidence, affidavits, expert opinions, even some
15  tape recordings.  Nothing like this.  This is a
16  bank heist pulled off in the middle of the night,
17  clearly indicating that the Georgia Democrat
18  party was stealing the election for Joe Biden on
19  purpose and completely against the law.
20          So, let me get you oriented to the
21  film, because it's a very long film, and we can
22  only show you a little bit of it right now,
23  that's all we have right now are portions of it.
24  I've seen the whole thing, and the whole thing is
25  even more devastating.  But it will take some

Page 5

1    time to analyze it and get it freed up.  But

2    here's the point.  What you have in front of you

3    now are four frames from four different video

4    cams, safety cams, that recorded probably all

5    night, certainly by 8:00 in the morning they were

6    recording well through 1:00, 2:00, or 3:00 when

7    this all ended.

8              But right now, it looks empty, and I

9    want to therefore lay out what to look for, and

10   where different people were located.  If you look

11   in the -- if you look in the upper right-hand

12   corner, you will see that there are a group of

13   tables toward the back.  Those are the tables

14   where the calculations and tabulations are done.

15   That's where the votes are calculated and put

16   into the vote count.  Presumably examined, and

17   they are supposed to be examined with the

18   observation of third-parties, including

19   Republicans and members of the press.

20             If you come, let's say down or further

21   toward the front of that frame, it's the frame in

22   the upper right-hand corner, and I will list it

23   as frame number one.  You'll see a black table,

24   or a table covered what appears to be a black

25   cloth, and then right behind it, something like a

Page 6

1   table or may -- possibly something else, a bin

2   covered in white.  That's where all the activity

3   is going to take place, right there.

4           If you go down from that, you will see

5   number two.  Right down from it on the right-hand

6   side of the four frames.  You'll see a frame of

7   largely most of the room, except from the

8   perspective now of the people counting the votes.

9   Because they're out of the picture.  And they are

10  looking back at what's happening.  So, first

11  thing you see on the right is that same box,

12  covered in black with the white box or bin next

13  to it.

14          Then you see another table that seems

15  to have been inserted, and then way toward the

16  back, toward the wall, you see it's empty at this

17  point, but that's where during the day, the

18  observers are allowed to stand and observe.  That

19  would include members of the press, Republican,

20  Democrat, Independent, whomever.  Public access

21  so you can assure the counting is honest.  And

22  what you see here is you see the area where the

23  press and the observers are located, you see that

24  at the very back of the photo, against the wall,

25  and that's basically facing back to frame one.

Page 7

1          So, one and two constitute one frame.
2    Looking at it this way and looking at it that
3    way.  The frames, let's call it three in the
4    bottom left-hand corner is a perspective from the
5    side, and there, we don't seem to have an
6    observation of the critical black table, or the
7    critical table covered in black.  To me, it
8    eerily looks like a -- some form of a casket and
9    you expect Dracula to come out of it, but -- and
10   since they do this at 1:00, 2:00 in the morning,
11   maybe it can only be done at night, I don't know,
12   when you commit crimes like this.
13          And when you go up to number four, when
14   you go up to number four you can see we get most
15   of the table in the bottom -- and basically in
16   the bottom of the picture you can see the table,
17   you can see the white -- we don't know if it's a
18   table or bin behind it.  And then you can see
19   facing it, the people who are going to be
20   involved in evaluating and counting and
21   theoretically examining the vote, although
22   they're doing very little examining, if any.
23          Now, let me take you back just a
24   little, 'cause we don't have this tape yet.  I've
25   seen it, but it hasn't been produced yet.  And

Page 8

1   the lady who is a lawyer from an institute who

2   analyzed all this is going to explain it to you.

3   The votes that were counted around 1:00 or 2:00

4   in the morning were brought in about 8:30 in the

5   morning, the morning before.  And they were put

6   under that black table by a lady with blonde hair

7   and braids.  That's the way she's described.

8           So, let me play this for you now, and I

9   think this will help you somewhat follow it,

10  although it does happen quite fast, but it is of

11  enormous significance.  And by the way, the

12  number of votes here flips.  Without any doubt,

13  Georgia from Biden, who hon -- dishonestly won

14  it, to Trump, who honestly won it, and then there

15  are about another 100,000 votes that also were

16  stolen, but this alone does it.

17          WOMAN 1:  At about 8:00 in the morning,

18  we're going to roll this back and show this to

19  you.  There you go.  So, now they're going to

20  start pulling these ballots out from under this

21  table.  This table, the black one, was placed

22  there by the lady with the blonde braids at about

23  8:22AM in the morning.  So, she put that table

24  there.  So, the same person who's staying behind

25  now, the same person who cleared the place out

Page 9

1  under the pretense that we're going to stop

2  counting is the person who put the table there at

3  8:22 in the morning.  Yeah, I saw four suitcases

4  come out from underneath the table.

5           RUDY GIULIANI:  Now we can see the lady

6  in the left-hand corner, who had just come to

7  take the ballots from under -- hidden under the

8  table over to the left-hand corner counter, and

9  she's giving them out and apparently giving some

10  instructions to the person who's going to count

11  those ballots.  There had been one previously

12  given out, and now we're going to see a man in a

13  red or pink, depends on how the coloring came out

14  here, take another batch of votes hidden under

15  the table for a clandestine examination without

16  observation by anyone independent.

17           WOMAN 1:  Yeah, upper right-hand, you

18  see the gentleman in the red?  So, he just pulled

19  one out.

20           RUDY GIULIANI:  Just to stop for a

21  minute, you can see that the man in the red went

22  all the way from there to the furthest part of

23  where the counters are.  You might not be able to

24  see him now, but I'm putting a marker on him, and

25  he's all the way over in the corner showing the

Page 10

1    counters in the corner what to do.  The woman in

2    -- with the yellow sweater on, who had delivered

3    that batch to the group on the left has -- seems

4    to have already completed her mission in telling

5    them how to count and presumably telling them to

6    count quickly, because I want you to note, that's

7    why I stopped it, that when you watch this and

8    you look down to frame two, would you please

9    notice that there are no observers?

10           That whole observer table has no one.

11   Not a single person.  This is why it was done

12   this way.  So, they be go -- so they could be

13   counted when there was no observers around.

14   What's the point in bringing them in at 8:00 in

15   the morning, not counting them right away in

16   front of the observers, and waiting until 1:30 in

17   the morning and counting them then, with nobody

18   around?

19           What that adds up to in any trial, in

20   any Court in America, is evidence of guilt.  They

21   didn't do this because it was more fun to do it

22   secretly.  If these were honest ballots, they'd

23   have been very happy to show it to the

24   Republicans and the reporters.  But if these

25   ballots are all in the same signature, have

Page 11

```
 1   tremendous deficiencies, need to be filled in
 2   more, maybe a blank had need to be filled in,
 3   they are perfectly at liberty now to do it, and
 4   the protection that the law of Georgia, and then
 5   ultimately under the United States Constitution,
 6   the Constitution of the United States gives you
 7   for the protection [INDISCERNIBLE] has just been
 8   devastated.  It's just been ruined by Georgia.
 9   We'll be right back.  [COMMERCIAL]
10            Welcome back to a story that, if it
11   doesn't shock you, there's something wrong.
12   Let's go on with this wonderful presentation by
13   the expert.
14            WOMAN 1:  So, what are these ballots
15   doing there, separate from all the other ballots?
16   And why are they only counting them whenever the
17   place is cleared out with no witnesses?  Is the
18   question.  So, these machines can process about
19   3,000 ballots an hour.  You have multiple
20   machines there.  And they're there for two hours.
21   So, you do the math.  How many ballots went
22   through those machines in those two hours when
23   there was no one there to supervise, to be
24   present, consistent with your statutes and rules
25   to supervise the tabulation?
```

Page 12

```
 1          We believe that could easily be, and
 2   probably is certainly beyond the margin of
 3   victory in this race.
 4          RUDY GIULIANI:  So, let's write her
 5   numbers down.  She says, and you now at home, you
 6   correct me if you're wrong.  If I'm wrong, put
 7   your hand up, I'll be able to see.  So, we have
 8   3,000 per hour per machine.  Okay.  We have -- we
 9   don't know yet, and we'll find out officially
10   what we have.  If we look up and we look at frame
11   one, which appears to be showing all the ballot
12   counters.  Like, the ballot counters seem to be
13   at one end of the room where the glass partition
14   is, and the observers are at the other end of the
15   room, so far away that let's start with the fact,
16   even the ballots that were processed before,
17   nobody got a right to observe.
18          'Cause you can't see a football field
19   away, you know?  Unless you're Tom Brady, maybe.
20   And he wasn't there.  So, they were stealing all
21   day, but now they're in bank heist territory.
22   I'm surprised they didn't have masks on, you
23   know?  Or maybe they do have masks on for COVID,
24   we'll have to take a look.  Hey, those COVID
25   masks came in handy for these crooks, huh?
```

Page 13

1          So, let's count the number of tables we
2     see there, which at least can give us some
3     indication of the number of machines that we're
4     going to multiply by 3,000.  I'm counting now
5     from left to right.  I count one, two, three,
6     four, and five.  That fifth one is where the man
7     in red went to the very back and had it done.
8     The first one is where the woman with the yellow
9     shirt on brought the ballot she took out, and
10    then we saw them brought to the two in the
11    middle.

12          So, I would say there were one, two,
13    three, four, five operating machines.  Five
14    operating machines per hour, 3,000 per hour, so
15    that's 6,000 in two hours.  Who would like to add
16    up five times six?  That's an easy one, right?
17    30,000.  What was the margin of victory?  10,000.
18    Election over.  These were taken out of Maricopa
19    County, where he was ahead, it also should be
20    taken right out of the Democratic number.

21          These aren't Republican County
22    officials.  These are Democrat County officials.
23    Why should Republicans suffer for the crimes of
24    Democrats?  I know in Washington that's what they
25    try to do, but in America people suffer for the

Page 14

1    crimes they committed.  So, these 30,000 votes

2    should be taken right out of Biden's number, they

3    were done by Biden's people.

4             In fact, they were done so blatantly by

5    Biden's people, our people were thrown out.  And

6    I know there's no longer a free press, but why

7    aren't they angry that they were thrown out?

8    Because they're in the tank.  I don't know if

9    that's an expression everyone knows, it may be a

10   New York boxing expression.  In the tank means

11   you've been corrupted, you've been bought off.

12            It means you're one of these creeps

13   that can be purchased.  If a reporter looks at

14   this and doesn't see a Pulitzer-prize winning

15   story, then give up the profession.  Go do

16   something else.  M -- they might have done a bank

17   robbery better than this.  And let's see what

18   kind of phony excuse the Fulton County crooked

19   Democrat counting machine is going to make for

20   this one.

21            And let's see if the crooked press

22   accepts it.  And let's see if any of the networks

23   cover it.  And then when the whole tape comes

24   out, and it's completely analyzed, here's what

25   you'll see.  You'll see them coming in in the

Page 15

1   morning, all friendly, all everything.  The

2   observers are put at the, as you see in frame

3   one, at the far end of the room where they can

4   see nothing all day.  They complain all day that

5   they can see nothing.  They are ignored all day

6   by the crooks.  So, all those ballots counted

7   should be discounted.

8            But in case you just can't buy that, in

9   case we have to hit you with evidence that we

10  normally don't get in order to break down the

11  propaganda exercise that was done on your mind,

12  what you just saw is probably one of the most

13  dramatic examples I've ever seen of someone

14  trying to steal a election for President of the

15  United States.  I mean, these people should all

16  go to jail for a long time.  And it's not good to

17  say like, some of the Senators tried to escape

18  it.  We'll fix it in the next election.

19           Oh my goodness, they've been saying

20  that for -- they've been saying that in

21  Philadelphia for 50 years.  They've been saying

22  that in Chicago since Daley stole the 1960

23  election.  I mean, all these Democratic cities,

24  they've been saying for years they're going to

25  fix it.  They're not going to fix it.  I know how

Page 16

1    you fix crime.  You put the criminals in jail,

2    and you reverse the consequences.  And there are

3    laws to do that.  This is beyond the competence

4    of the rest of the State Government.

5              The United States Constitution, as I

6    pointed out, gives us the remedy, the sole

7    remedy, and this is a chance for us maybe to work

8    our way out of this by re-affirming the genius of

9    the United States Constitution. Can you believe

10   that our founding fathers anticipated that this

11   kind of corruption could happen?  Of course you

12   can believe it.  Madison once said, if men were

13   angels, we wouldn't need governments.

14             Jefferson, Franklin, all had a equal

15   critical attitude of the human personality that

16   could easily lead to corruption because of the

17   desire for power and money, and boy, these

18   crooked Democrats have both.  Hilary pulling down

19   hundreds of millions with the Clinton Foundation

20   illegally, Biden pulling down hundreds of

21   millions with the Biden Family organized crime

22   group.

23             That's who we're dealing with.  But,

24   let me give you a little more of the evidence

25   there, because although this all by itself

Page 17

1   decides the election, let me say, you're not

2   dealing with just this one group of fraudsters in

3   Fulton County.  According to the analysis done by

4   a recognized election expert, a man who holds an

5   MBA from Harvard, a science degree from Duke,

6   he's worked for NASA, he's worked for MIT, he

7   does statistical analysis of many, many different

8   things, including elections.

9           He has submitted an affidavit and in

10  Court, affidavits of experts are evidence.  This

11  is the evidence they say we don't have.  I'd just

12  like you to look at it and sort of, if you see

13  one of them, just show it to them very nicely,

14  very politely, and say, I'm a meek little

15  Republican.  And I know that you've been pushing

16  us around for years.  And I know you're much

17  tougher than we are.  But you know you cheated.

18  Would you please admit it?  See, this is the way

19  I caught a lot of criminals, that way.

20          That's the way I caught the cri -- I

21  went up to them and I said, I'm really afraid of

22  you, but would you mind in fact Tony, just

23  testifying and telling me how many people you

24  killed?  I don't know what's wrong with us.  The

25  Democrats get together, stick together to commit

Page 18

1    heinous crimes.  We can't get our people to do

2    the right thing.  I mean, why hasn't the Governor

3    called a special session?

4            He's all worried about people not

5    voting in the Senate election, not -- doesn't he

6    understand why they're upset?  Don't you get it?

7    They're upset because they were cheated.  They

8    see something like this, they're going to go

9    crazy.  They should.  They were cheated.  The

10   people of Georgia voted for Donald J. Trump.

11           And the Democrats and Trump stole it

12   with the help of the media, big tech, and with

13   the help of Republicans that don't have the spine

14   to stand up to them.  I don't expect us to be

15   dishonest at all.  I expect us to have courage.

16   So, how about this?  If you feel uncomfortable

17   about changing the vote in Georgia, let me make

18   you feel much more comfortable.

19           Georgia ballots, with no return record

20   at all.  In other words, there's no record that

21   this ballot was returned, because when the ballot

22   is returned the number is checked off against the

23   application when it was sent out.  There were

24   231,188 of those.  During the course of the pre-

25   election, they were able to cancel out about

Page 19

1   134,588 of those.  However, they included ballots

2   with no return record, and they voted 96,600 of

3   those.  Those should all be taken out.  Those are

4   all illegal.

5          They should be taken out, based on

6   where they were in the County, and I would argue,

7   given the fact that this fraud was perpetrated by

8   the Democrat party, should be taken out of the

9   Democrat count exclusively, rather than just

10  generally taken out of the vote as if it was

11  just, you know, a mistake.  This isn't a mistake.

12  This was deliberate.  By the way, they run the

13  vote counting.  The Democrats run the vote

14  counting, so why should we be penalized for their

15  crimes?

16          There's another 96,000 votes.  So, now

17  we have Trump winning by 96,000, 30,000.  Oh gee,

18  120.  Kind of like where he was on election

19  night.  I wonder if they didn't have it all

20  organized to throw people out and catch up with

21  phony ballots.  Hmm.  Oh no.  Democrats wouldn't

22  do that.  The media says Democrats are very

23  honest and never engage in election fraud, and

24  this must be a -- this must be a hallucination of

25  some kind, if they did this.

Page 20

1        They're going to say that -- well, I
2   guess I'd better say right away, I didn't get
3   this from any Russians.  There are no Russians in
4   here, so the Times can't say it came from Russia,
5   which would be their next argument.  We'll be
6   right back.  [COMMERCIAL]

7        Welcome back.  Also, there were
8   witnesses, numerous eyewitnesses, I mean we can -
9   - we're backed up with about 50, we presented
10  about 12, and their testimony was all
11  devastating.  There were eyewitnesses to fraud.
12  Dana Van Buren Smith, who was a poll worker in
13  Hart County, she stated that she was instructed
14  to bring the ballot bags to the election office
15  unsealed.  Why unsealed?  'Cause it's a lot
16  easier to cheat with them when it's unsealed.

17        She was -- noticed them counting from
18  the back room, where they were in cardboard boxes
19  rather than the ballot bag that she sealed on
20  election day, which means they either took the
21  sealed box on election day and decided to put it
22  into a crappy box, cardboard box, or these were
23  just extra votes that had been brought in from
24  somewhere in cardboard boxes that just got added
25  to the tally and explains some of that difference

Page 21

1   between the ones that are unaccounted for.

2           I also observed that the special paper

3   ballots were stacked neatly in the boxes, whereas

4   on election night, they were all thrown together

5   in the ballot bags.  She called the situation a

6   security nightmare.  The counting center, a

7   security nightmare.  Another one of our poll

8   watchers who stayed there all day, just a very

9   nice person, very spirited public citizen, a

10  gentleman named Mark Amick.  Mark Amick stayed

11  there for two days as an observer and never got

12  to observe a single ballot, ever.

13          He was put so far away at that Fulton

14  County thing we saw, that he couldn't see

15  anything, even with binoculars.  I could not read

16  the ballot selections made by the voter on the

17  original ballot or the ballot selections made by

18  poll worker on the second ballot.  They were

19  filling out new ballots.  They were taking a

20  ballot.  Taking -- and they were filing it out.

21  First of all, that's illegal.  Number two, did

22  they put the right name down?

23          Well, Mark Amick said, this was done

24  over and over again.  He complained about it, but

25  he couldn't read or verify the ballot selections,

Page 22

1   and eventually by complaining so much, he was

2   thrown out.  He supplied some pictures of just

3   how far away he was.  He supplied some pictures

4   of just how far away he was.  And how in fact,

5   there was even a pole put up to make it more

6   difficult for him to see anything.

7            But I mean, this is outrageous.

8   They're supposed to be observers, and they're not

9   observing.  And then we have an affidavit from

10   Bridget Thorne, who says over the entire course

11   of my experience these test ballots were handled

12   by Dominion employees in a haphazard and careless

13   way.  At times there were stacks of test ballots

14   unsecured over the facility, which meant that

15   there were numerous ballots that were available

16   to put in to make up for the difference that

17   brought Biden back with phony votes.

18            And then another Witness under oath,

19   Susan Foyles, said that she looked at a large

20   number of ballots, and she's been doing this for

21   20 years.  I observed that the markings for the

22   candidates on these ballots were unusually

23   uniform.  Perhaps even with a ballot marking

24   device.  By my estimate in observing these

25   ballots, approximately 98 percent constituted

Page 23

1   votes for Joe Biden.  I only observed two of

2   these ballots as votes for Donald J. Trump.

3            While there are others -- many others,

4   I can show you this chart, which shows you that

5   in the middle of the night, out of nowhere, Biden

6   gets 107-point jump.  107-point jump.  So, we get

7   a pretty good idea of who those ballots were for

8   under the table.  Well, this is a pretty darn

9   terrible situation is it maybe one of the worst

10  in vote counting in our history, because this is

11  not isolated to Georgia, this is true in

12  Pennsylvania, it's true in Michigan, it's true in

13  Wisconsin, it's true in Nevada, it's true in

14  Arizona, and it's true in Georgia, and we have so

15  many reluctant Republicans so afraid to do their

16  duty.

17           Oh my good -- the Democrats steal with

18  impunity, and we are afraid to do our duty.

19  Where's our gumption?  Where's our backbone?

20  Where's our dedication to our Constitution?

21  Well, the Supreme Court assuming that we did have

22  heroic patriots came up with a solution.

23  Solution is in article 2, section 1, clause 2 of

24  the United States Constitution.  And it says that

25  the State Legislature shall be the sole regulator

Page 24

1   of elections for President and the selection of

2   electors.

3            The case, McPherson v. Blacker says

4   that it is a penury power, and it goes on to say,

5   whatever provisions may be made by statute or by

6   the State Constitution to choose electors by the

7   people, there is no doubt of the right of the

8   legislature to resume the power at any time.  The

9   State of course, after granting the franchise in

10  the special context of article 2 can take back

11  the power to appoint electors.

12            And that is particularly true when

13  there are indications of fraud in the election.

14  There are not indication of fraud in this

15  election.  There's overwhelming evidence of

16  fraud, including now a smoking gun bank robbery

17  videotape.  What do we need, State Legislatures?

18  What do we need?  This is not our obligation to

19  the Republican Party, although that wouldn't be

20  bad, either, since our party is being raped by

21  them.

22            This is our obligation to our country.

23  The only way you stop this is by stopping it

24  cold, now.  We don't fix it for next time.  Next

25  time it gets worse.  They come away from this

Page 25

```
 1   saying, boy we can really roll these boy scouts,
 2   I'll tell you, we can roll them.  We cheated so
 3   bad and so obviously, and these guys just don't
 4   have the gumption to stand up to us.  They're
 5   afraid of what the Washington Post is going to
 6   say or the New York Times is going to say, or NBC
 7   or ABC or da da da da.  The whole thing.
 8            What they should be afraid is, what's
 9   your conscious going to say?  If you believe in
10   god like me, what's god going to say?  The
11   Professor, Professor Eastman, ended it with three
12   questions that I asked.  Number one, does the
13   Legislature have the power to take evidence and
14   make findings of fraud?  The answer, yes.
15            Number two, can the Legislature call
16   itself into session, since this is a power that
17   derives from the United States Constitution, not
18   the State Constitution?  Answer, of course.  And
19   number three, can one of the remedies be awarding
20   the electors to the aggrieved candidate?
21            The answer to that is, of course.  If
22   the evidence is there.  Well now, if this doesn't
23   move our Republican Governors and Legislatures to
24   step up in the name of their country, to save
25   this election, what do we have in our party?  I
```

Page 26

1   don't care if you were once for McCain or you

2   were once for this one or once for that one.  I

3   was once for McCain.  McCain was a friend of

4   mine.  I campaigned for him.  I ran against him

5   and he remained my friend.

6            Let's break all this viciousness now.

7   This is above us.  It's too big.  This is too

8   big.  It's not about Trump, it's not about Biden,

9   it's not about John McCain.  It's not about some

10  petty grievance or -- we let this happen, we have

11  in one year allowed them to erode our right of

12  freedom of religion.  Really, really limit our

13  right of free speech with the lockdown and the

14  way in which they've imposed an almost iron-

15  curtain silence.

16           And now we've let them substantially

17  destroy our right to vote.  It's time for

18  patriotism to stand up.  You can take the

19  pressure.  You might get doxed, I don't know what

20  will happen to you.  How do you want to live your

21  life?  You want to live it as a patriotic

22  American, or do you want to live it as a

23  sniveling little coward?  When people get called

24  on, some men and women get called on, they give

25  their lives for our country, and they say yes,

Page 27

```
 1   and they realize it's unfair that they're the

 2   only ones selected.

 3           Well this time, the finger of

 4   responsibility points to you, the State

 5   Legislatures.  You can save our country.  You can

 6   do something so historic, so brave, we can write

 7   a new profile (indiscernible).  Maybe we need

 8   that.  Maybe that turns us around like that.  I

 9   implore each one of the State Legislatures to

10   take up a new special session, listen to the

11   evidence, look at the smoking gun, and make your

12   determination in conjunction with the

13   overwhelming evidence that Biden deliberately

14   stole this election.  And actually lost it to

15   Donald Trump by a fairly wide margin.  Thank you.

16   [COMMERCIAL]

17

18

19

20

21

22

23

24

25
```

Page 28

1                 C E R T I F I C A T I O N

2

3   I, Sonya Ledanski Hyde, certify that the

4   foregoing transcript is a true and accurate

5   record of the proceedings.

6

7

8   *Sonya M. Ledanski Hyde*

9   _____

10

11  Veritext Legal Solutions

12  330 Old Country Road

13  Suite 300

14  Mineola, NY 11501

15

16  Date: November 28, 2022

17

18

19

20

21

22

23

24

25

**[1 - based]**                                                                Page 1

**1**

**1**  8:17 9:17
  11:14 23:23
**10,000**  13:17
**100,000**  8:15
**107**  23:6,6
**11501**  28:14
**12**  20:10
**120**  19:18
**12151**  28:8
**134,588**  19:1
**1960**  15:22
**1:00**  5:6 7:10 8:3
**1:30**  10:16

**2**

**2**  23:23,23 24:10
**20**  22:21
**2020-12-04**  1:12
**2022**  28:16
**231,188**  18:24
**28**  28:16

**3**

**3,000**  11:19 12:8
  13:4,14
**30,000**  13:17
  14:1 19:17
**300**  28:13
**330**  28:12
**3:00**  5:6

**4**

**4,000**  3:13
**400**  3:13

**5**

**50**  15:21 20:9

**6**

**6,000**  13:15

**7**

**700**  3:7

**8**

**8:00**  5:5 8:17
  10:14
**8:22**  9:3
**8:22am**  8:23
**8:30**  8:4

**9**

**92**  1:14
**96,000**  19:16,17
**96,600**  19:2
**98**  22:25

**a**

**abc**  2:23 25:7
**able**  2:8 9:23
  12:7 18:25
**accepts**  14:22
**access**  6:20
**accurate**  28:4
**activity**  6:2
**add**  13:15
**added**  20:24
**adds**  10:19
**admit**  17:18
**affidavit**  17:9
  22:9
**affidavits**  3:7,13
  4:14 17:10
**affirming**  16:8
**afraid**  17:21
  23:15,18 25:5,8
**aggrieved**  25:20

 **ahead**  13:19
**allegations**  3:5
**allowed**  6:18
  26:11
**america**  10:20
  13:25
**american**  3:1
  26:22
**amick**  21:10,10
  21:23
**analysis**  17:3,7
**analyze**  5:1
**analyzed**  8:2
  14:24
**angels**  16:13
**angry**  14:7
**answer**  25:14,18
  25:21
**answers**  3:3
**anticipated**
  16:10
**antifa**  3:21
**apart**  4:4
**apparently**  9:9
**appears**  5:24
  12:11
**application**
  18:23
**appoint**  24:11
**approximately**
  22:25
**area**  6:22
**argue**  19:6
**argument**  20:5
**arizona**  2:6
  23:14
**article**  23:23
  24:10

**asked**  25:12
**assuming**  23:21
**assure**  6:21
**attitude**  16:15
**available**  22:15
**awarding**  25:19

**b**

**back**  5:13 6:10
  6:16,24,25 7:23
  8:18 11:9,10
  13:7 20:6,7,18
  22:17 24:10
**backbone**  23:19
**backed**  20:9
**background**
  3:22
**bad**  24:20 25:3
**bag**  20:19
**bags**  20:14 21:5
**ballot**  12:11,12
  13:9 18:21,21
  20:14,19 21:5,12
  21:16,17,17,18
  21:20,25 22:23
**ballots**  3:12 8:20
  9:7,11 10:22,25
  11:14,15,19,21
  12:16 15:6
  18:19 19:1,21
  21:3,19 22:11,13
  22:15,20,22,25
  23:2,7
**bank**  4:1,3,16
  12:21 14:16
  24:16
**based**  19:5

**[basically - constitute]**                                                                 Page 2

**basically** 6:25
7:15
**batch** 9:14 10:3
**believe** 12:1 16:9
16:12 25:9
**better** 14:17
20:2
**beyond** 12:2
16:3
**biden** 3:17 4:18
8:13 16:20,21
22:17 23:1,5
26:8 27:13
**biden's** 14:2,3,5
**big** 2:22,22,23
3:18,18,18 18:12
26:7,8
**bin** 6:1,12 7:18
**binoculars** 21:15
**bit** 2:15 4:22
**black** 3:20 5:23
5:24 6:12 7:6,7
8:6,21
**blacker** 24:3
**blank** 11:2
**blatantly** 14:4
**blonde** 8:6,22
**bottom** 7:4,15,16
**bought** 14:11
**box** 6:11,12
20:21,22,22
**boxes** 20:18,24
21:3
**boxing** 14:10
**boy** 16:17 25:1,1
**brady** 12:19
**braids** 8:7,22

**brave** 27:6
**break** 15:10 26:6
**breakthrough**
2:16 4:11
**bridget** 22:10
**bring** 20:14
**bringing** 2:2
10:14
**brosnan** 4:3
**brought** 8:4 13:9
13:10 20:23
22:17
**buren** 20:12
**business** 2:23
3:18
**buy** 15:8

**c**

**c** 2:19 28:1,1
**calculated** 5:15
**calculations**
5:14
**call** 7:3 25:15
**called** 18:3 21:5
26:23,24
**campaigned**
26:4
**cams** 5:4,4
**cancel** 18:25
**candidate** 25:20
**candidates** 22:22
**cardboard** 20:18
20:22,24
**care** 26:1
**careless** 22:12
**case** 2:17 15:8,9
24:3

**cases** 2:8
**casket** 7:8
**catch** 19:20
**caught** 1:13 4:9
17:19,20
**cause** 7:24 12:18
20:15
**cbs** 2:23
**censorship** 2:20
2:22
**center** 21:6
**certainly** 5:5
12:2
**certify** 28:3
**certifying** 2:10
**chance** 16:7
**changing** 18:17
**chart** 23:4
**cheat** 20:16
**cheated** 17:17
18:7,9 25:2
**checked** 18:22
**cheering** 3:22
**chicago** 15:22
**china** 3:23
**choose** 24:6
**circumstances**
4:10
**cities** 15:23
**citizen** 21:9
**clandestine** 9:15
**clause** 23:23
**cleared** 8:25
11:17
**clearly** 4:17
**clinton** 16:19
**cloth** 5:25

**cnn** 2:23
**cold** 24:24
**coloring** 9:13
**come** 4:6 5:20
7:9 9:4,6 24:25
**comes** 14:23
**comfortable**
18:18
**coming** 4:13
14:25
**commercial** 11:9
20:6 27:16
**commit** 7:12
17:25
**committed** 14:1
**committing** 4:8
**common** 1:12
2:2
**communist** 3:23
**competence** 16:3
**complain** 15:4
**complained**
21:24
**complaining**
22:1
**completed** 10:4
**completely** 4:19
14:24
**conjunction**
27:12
**conscious** 25:9
**consequences**
16:2
**considered** 4:11
**considering** 2:10
**consistent** 11:24
**constitute** 7:1

**constituted**
22:25
**constitution** 11:5
11:6 16:5,9
23:20,24 24:6
25:17,18
**context** 24:10
**corner** 5:12,22
7:4 9:6,8,25
10:1
**correct** 12:6
**corrupted** 14:11
**corruption**
16:11,16
**count** 5:16 9:10
10:5,6 13:1,5
19:9
**counted** 8:3
10:13 15:6
**counter** 9:8
**counters** 9:23
10:1 12:12,12
**counting** 6:8,21
7:20 9:2 10:15
10:17 11:16
13:4 14:19
19:13,14 20:17
21:6 23:10
**country** 2:17,18
2:19 24:22
25:24 26:25
27:5 28:12
**county** 13:19,21
13:22 14:18
17:3 19:6 20:13
21:14
**courage** 18:15

**course** 16:11
18:24 22:10
24:9 25:18,21
**court** 10:20
17:10 23:21
**cover** 14:23
**covered** 5:24 6:2
6:12 7:7
**covid** 12:23,24
**coward** 26:23
**crappy** 20:22
**crazy** 18:9
**creeps** 14:12
**cri** 17:20
**crime** 4:8 16:1
16:21
**crimes** 7:12
13:23 14:1 18:1
19:15
**criminals** 16:1
17:19
**critical** 7:6,7
16:15
**crooked** 3:19
14:18,21 16:18
**crooks** 12:25
15:6
**curtain** 26:15

**d**

**da** 25:7,7,7,7
**daley** 15:22
**dana** 20:12
**darn** 23:8
**date** 28:16
**day** 2:5 6:17
12:21 15:4,4,5
20:20,21 21:8

**days** 21:11
**de** 2:10
**deal** 2:25
**dealing** 16:23
17:2
**debunked** 3:11
**decided** 20:21
**decides** 17:1
**dedication** 23:20
**deficiencies** 11:1
**degree** 17:5
**deliberate** 19:12
**deliberately**
27:13
**delivered** 10:2
**democrat** 4:17
6:20 13:22
14:19 19:8,9
**democratic** 3:19
13:20 15:23
**democrats** 3:17
13:24 16:18
17:25 18:11
19:13,21,22
23:17
**depends** 9:13
**deprived** 3:1
**derives** 25:17
**described** 8:7
**desire** 16:17
**destroy** 26:17
**determination**
27:12
**devastated** 11:8
**devastating** 4:25
20:11
**device** 22:24

**difference** 20:25
22:16
**different** 5:3,10
17:7
**difficult** 22:6
**discounted** 15:7
**dishonest** 18:15
**dishonestly** 8:13
**doing** 7:22 11:15
22:20
**dominion** 22:12
**donald** 18:10
23:2 27:15
**doubt** 3:14 8:12
24:7
**doxed** 26:19
**dracula** 7:9
**dramatic** 15:13
**duke** 17:5
**duty** 2:14 23:16
23:18

**e**

**e** 28:1
**easier** 20:16
**easily** 12:1 16:16
**eastman** 2:12
25:11
**easy** 13:16
**eerily** 7:8
**either** 20:20
24:20
**election** 2:10
4:18 13:18
15:14,18,23 17:1
17:4 18:5,25
19:18,23 20:14
20:20,21 21:4

24:13,15 25:25
27:14
**elections** 17:8
24:1
**electors** 24:2,6
24:11 25:20
**eloquently** 2:13
**employees** 22:12
**empty** 5:8 6:16
**ended** 5:7 25:11
**engage** 19:23
**enormous** 8:11
**entire** 22:10
**ep** 1:14
**equal** 16:14
**erode** 26:11
**escape** 15:17
**establishment**
3:17
**estimate** 22:24
**evaluating** 7:20
**eventually** 22:1
**everybody** 4:5
**evidence** 1:13
2:9,12 3:2,8
4:13,13,13,14
10:20 15:9
16:24 17:10,11
24:15 25:13,22
27:11,13
**examination**
3:12 9:15
**examined** 5:16
5:17
**examining** 7:21
7:22
**examples** 15:13

**exciting** 2:3
**exclusively** 19:9
**excuse** 14:18
**exercise** 15:11
**expect** 7:9 18:14
18:15
**experience** 22:11
**expert** 4:14
11:13 17:4
**experts** 17:10
**explain** 8:2
**explains** 20:25
**expression** 14:9
14:10
**extra** 20:23
**eyewitnesses** 3:7
20:8,11

**f**

**f** 28:1
**facility** 22:14
**facing** 6:25 7:19
**fact** 2:11 12:15
14:4 17:22 19:7
22:4
**fair** 2:18
**fairly** 27:15
**family** 16:21
**far** 12:15 15:3
21:13 22:3,4
**fast** 8:10
**fathers** 16:10
**feel** 18:16,18
**field** 12:18
**fifth** 13:6
**filing** 21:20
**filled** 11:1,2

**filling** 21:19
**film** 4:21,21
**find** 2:12 12:9
**findings** 25:14
**finger** 27:3
**first** 6:10 13:8
21:21
**five** 2:5 13:6,13
13:13,16
**fix** 15:18,25,25
16:1 24:24
**flips** 8:12
**follow** 8:9
**football** 12:18
**foregoing** 28:4
**form** 7:8
**foundation**
16:19
**founding** 16:10
**four** 2:5,21 5:3,3
6:6 7:13,14 9:3
13:6,13
**fox** 2:24 3:10
**foyles** 22:19
**frame** 5:21,21,23
6:6,25 7:1 10:8
12:10 15:2
**frames** 5:3 6:6
7:3
**franchise** 24:9
**franklin** 16:14
**fraud** 3:2 19:7
19:23 20:11
24:13,14,16
25:14
**fraudsters** 17:2
**free** 2:18 14:6
26:13

**freed** 5:1
**freedom** 26:12
**friend** 26:3,5
**friendly** 15:1
**front** 4:6 5:2,21
10:16
**fulton** 14:18
17:3 21:13
**fun** 10:21
**further** 5:20
**furthest** 9:22

**g**

**gee** 19:17
**generally** 19:10
**genius** 16:8
**gentleman** 9:18
21:10
**georgia** 1:14 2:7
2:14 4:17 8:13
11:4,8 18:10,17
18:19 23:11,14
**giuliani** 1:14 2:1
2:2 9:5,20 12:4
**giuliani's** 1:12
**give** 13:2 14:15
16:24 26:24
**given** 9:12 19:7
**gives** 11:6 16:6
**giving** 9:9,9
**glass** 12:13
**go** 6:4 7:13,14
8:19 10:12
11:12 14:15
15:16 18:8
**god** 25:10,10
**goes** 24:4

**[going - legislatures]**                                                          Page 5

| | | | |
|---|---|---|---|
| **going** 3:25 4:9 | **handy** 12:25 | **hyde** 28:3 | **j** |
| 6:3 7:19 8:2,18 | **haphazard** | **i** | **j** 18:10 23:2 |
| 8:19 9:1,10,12 | 22:12 | **idea** 23:7 | **jail** 15:16 16:1 |
| 13:4 14:19 | **happen** 8:10 | **ignored** 15:5 | **jefferson** 16:14 |
| 15:24,25 18:8 | 16:11 26:10,20 | **illegal** 19:4 | **joe** 4:18 23:1 |
| 20:1 25:5,6,9,10 | **happening** 6:10 | 21:21 | **john** 26:9 |
| **good** 2:24 15:16 | **happy** 10:23 | **illegally** 16:20 | **jump** 23:6,6 |
| 23:7,17 | **hart** 20:13 | **implore** 27:9 | **k** |
| **goodness** 15:19 | **harvard** 17:5 | **important** 2:4 | **killed** 17:24 |
| **government** | **heinous** 18:1 | **imposed** 2:20 | **kind** 2:19 14:18 |
| 16:4 | **heist** 4:1,16 | 26:14 | 16:11 19:18,25 |
| **governments** | 12:21 | **impunity** 23:18 | **know** 2:8 7:11 |
| 16:13 | **hello** 2:1 | **include** 6:19 | 7:17 12:9,19,23 |
| **governor** 18:2 | **help** 8:9 18:12 | **included** 19:1 | 13:24 14:6,8 |
| **governors** 25:23 | 18:13 | **including** 5:18 | 15:25 17:15,16 |
| **granting** 24:9 | **heroic** 23:22 | 17:8 24:16 | 17:17,24 19:11 |
| **great** 4:2 | **hey** 12:24 | **independent** | 26:19 |
| **grievance** 26:10 | **hidden** 9:7,14 | 6:20 9:16 | **knows** 14:9 |
| **group** 5:12 10:3 | **hilary** 16:18 | **indicating** 4:17 | **l** |
| 16:22 17:2 | **historic** 27:6 | **indication** 13:3 | **lady** 8:1,6,22 9:5 |
| **guards** 4:7 | **history** 23:10 | 24:14 | **laid** 2:13 |
| **guess** 20:2 | **hit** 15:9 | **indications** | **large** 22:19 |
| **guilt** 10:20 | **hmm** 19:21 | 24:13 | **largely** 6:7 |
| **gumption** 23:19 | **holds** 17:4 | **indiscernible** | **law** 4:19 11:4 |
| 25:4 | **home** 12:5 | 11:7 27:7 | **laws** 16:3 |
| **gun** 24:16 27:11 | **hon** 8:13 | **inserted** 6:15 | **lawyer** 8:1 |
| **guys** 25:3 | **honest** 6:21 | **inspectors** 3:11 | **lay** 5:9 |
| **h** | 10:22 19:23 | 3:13 | **lead** 16:16 |
| **hair** 8:6 | **honestly** 3:25 | **institute** 8:1 | **leaves** 4:5 |
| **hallucination** | 8:14 | **instructed** 20:13 | **ledanski** 28:3 |
| 19:24 | **hour** 11:19 12:8 | **instructions** 9:10 | **left** 7:4 9:6,8 |
| **hand** 5:11,22 6:5 | 13:14,14 | **involved** 3:21 | 10:3 13:5 |
| 7:4 9:6,8,17 | **hours** 11:20,22 | 7:20 | **legal** 28:11 |
| 12:7 | 13:15 | **iron** 26:14 | **legislature** 23:25 |
| **handed** 1:13 | **huh** 12:25 | **isolated** 23:11 | 24:8 25:13,15 |
| **handled** 22:11 | **human** 16:15 | | **legislatures** 2:6 |
| | **hundreds** 16:19 | | 24:17 25:23 |
| | 16:20 | | |

27:5,9
**liberty** 11:3
**lies** 3:16,17
**life** 26:21
**limit** 26:12
**list** 5:22
**listen** 27:10
**little** 4:22 7:22
  7:24 16:24
  17:14 26:23
**live** 26:20,21,22
**lives** 3:20 26:25
**located** 5:10
  6:23
**lockdown** 26:13
**long** 4:21 15:16
**longer** 14:6
**look** 4:1 5:9,10
  5:11 10:8 12:10
  12:10,24 17:12
  27:11
**looked** 22:19
**looking** 6:10 7:2
  7:2
**looks** 5:8 7:8
  14:13
**lost** 27:14
**lot** 2:24 17:19
  20:15

**m**

**m** 14:16
**machine** 12:8
  14:19
**machines** 11:18
  11:20,22 13:3,13
  13:14

**madison** 16:12
**mail** 3:12
**major** 2:16 3:24
  4:11
**making** 3:5
**man** 9:12,21
  13:6 17:4
**margin** 12:2
  13:17 27:15
**maricopa** 13:18
**mark** 21:10,10
  21:23
**marker** 9:24
**marking** 22:23
**markings** 22:21
**masks** 12:22,23
  12:25
**math** 11:21
**matter** 3:20
**mba** 17:5
**mccain** 26:1,3,3
  26:9
**mcpherson** 24:3
**mean** 15:15,23
  18:2 20:8 22:7
**means** 14:10,12
  20:20
**meant** 22:14
**media** 2:23 3:9
  3:16,18 18:12
  19:22
**meek** 17:14
**members** 5:19
  6:19
**men** 16:12 26:24
**mention** 2:24,25
**michigan** 2:7
  23:12

**middle** 4:1,3,16
  13:11 23:5
**millions** 16:19
  16:21
**mind** 15:11
  17:22
**mine** 26:4
**mineola** 28:14
**minute** 9:21
**mission** 10:4
**mistake** 19:11,11
**mit** 17:6
**money** 16:17
**months** 2:21
**morning** 5:5
  7:10 8:4,5,5,17
  8:23 9:3 10:15
  10:17 15:1
**move** 25:23
**movies** 4:2
**multiple** 11:19
**multiply** 13:4

**n**

**n** 28:1
**name** 21:22
  25:24
**named** 21:10
**nasa** 17:6
**nbc** 2:23 25:6
**neatly** 21:3
**need** 11:1,2
  16:13 24:17,18
  27:7
**networks** 14:22
**nevada** 23:13
**never** 19:23
  21:11

**new** 14:10 21:19
  25:6 27:7,10
**newsmax** 2:25
**nice** 21:9
**nicely** 17:13
**night** 4:2,4,16
  5:5 7:11 19:19
  21:4 23:5
**nightmare** 21:6
  21:7
**normally** 15:10
**note** 10:6
**notice** 10:9
**noticed** 20:17
**november** 28:16
**number** 5:23 6:5
  7:13,14 8:12
  13:1,3,20 14:2
  18:22 21:21
  22:20 25:12,15
  25:19
**numbers** 12:5
**numerous** 20:8
  22:15
**ny** 28:14

**o**

**o** 28:1
**oan** 2:25
**oath** 22:18
**obligation** 24:18
  24:22
**observation** 5:18
  7:6 9:16
**observe** 6:18
  12:17 21:12
**observed** 21:2
  22:21 23:1

observer   10:10
  21:11
observers   6:18
  6:23 10:9,13,16
  12:14 15:2 22:8
observing   22:9
  22:24
obviously   25:3
occasionally   3:9
office   20:14
officially   12:9
officials   13:22
  13:22
oh   15:19 19:17
  19:21 23:17
okay   12:8
old   28:12
once   16:12 26:1
  26:2,3
ones   21:1 27:2
operating   13:13
  13:14
opinions   4:14
order   15:10
organized   16:21
  19:20
oriented   4:20
original   21:17
outrageous   22:7
overwhelming
  24:15 27:13

**p**

paper   21:2
part   9:22
particularly
  24:12

parties   5:18
partition   12:13
party   3:19 4:18
  19:8 24:19,20
  25:25
patriotic   26:21
patriotism   26:18
patriots   23:22
penalized   19:14
pennsylvania
  23:12
penury   24:4
people   3:1 5:10
  6:8 7:19 13:25
  14:3,5,5 15:15
  17:23 18:1,4,10
  19:20 24:7
  26:23
percent   22:25
perfectly   11:3
perpetrated   19:7
person   8:24,25
  9:2,10 10:11
  21:9
personality
  16:15
perspective   6:8
  7:4
petty   26:10
philadelphia
  15:21
phony   3:8 14:18
  19:21 22:17
photo   6:24
picture   6:9 7:16
pictures   22:2,3
pierce   4:3

pink   9:13
place   6:3 8:25
  11:17
placed   8:21
play   8:8
please   10:8
  17:18
podcasts   2:4
point   5:2 6:17
  10:14 23:6,6
pointed   16:6
points   27:4
pole   22:5
politely   17:14
poll   20:12 21:7
  21:18
portions   4:23
possibly   6:1
post   25:5
power   16:17
  24:4,8,11 25:13
  25:16
pre   18:24
prefers   3:16
present   2:8
  11:24
presentation
  11:12
presented   20:9
president   15:14
  24:1
press   2:18 5:19
  6:19,23 14:6,21
pressure   26:19
presumably   5:16
  10:5
pretense   9:1

pretty   23:7,8
previously   9:11
print   3:16
prize   14:14
probably   5:4
  12:2 15:12
proceedings
  28:5
process   11:18
processed   12:16
produced   3:6
  7:25
profession   14:15
professor   2:12
  25:11,11
profile   27:7
propaganda
  15:11
proportions   2:17
  3:24 4:12
protection   11:4
  11:7
provisions   24:5
public   6:20 21:9
pulitzer   14:14
pulled   4:16 9:18
pulling   8:20
  16:18,20
purchased   14:13
purpose   4:19
pushing   17:15
put   5:15 8:5,23
  9:2 12:6 15:2
  16:1 20:21
  21:13,22 22:5,16
putting   9:24

| q | republican 6:19 | run 19:12,13 | senate 18:5 |
|---|---|---|---|

**q**

**question** 3:4
  11:18
**questions** 25:12
**quickly** 10:6
**quite** 2:6 8:10

**r**

**r** 28:1
**race** 12:3
**radicals** 3:20
**ran** 26:4
**raped** 24:20
**read** 21:15,25
**realize** 27:1
**really** 2:14 17:21
  25:1 26:12,12
**recognized** 17:4
**record** 18:19,20
  19:2 28:5
**recorded** 5:4
**recording** 5:6
**recordings** 4:15
**red** 1:13 9:13,18
  9:21 13:7
**regulator** 23:25
**religion** 26:12
**reluctant** 23:15
**remained** 26:5
**remedies** 25:19
**remedy** 16:6,7
**remember** 2:5
  4:2
**repeated** 3:10
**repeats** 3:9
**reporter** 14:13
**reporters** 10:24

**republican** 6:19
  13:21 17:15
  24:19 25:23
**republicans** 3:5
  4:12 5:19 10:24
  13:23 18:13
  23:15
**responsibility**
  27:4
**rest** 16:4
**resume** 24:8
**return** 18:19
  19:2
**returned** 2:4
  18:21,22
**reverse** 16:2
**right** 2:15 4:22
  4:23 5:8,11,22
  5:25 6:3,5,5,11
  9:17 10:15 11:9
  12:17 13:5,16,20
  14:2 18:2 20:2,6
  21:22 24:7
  26:11,13,17
**road** 28:12
**robbery** 14:17
  24:16
**role** 3:22
**roll** 8:18 25:1,2
**room** 6:7 12:13
  12:15 15:3
  20:18
**rudy** 1:12,14 2:1
  2:1 9:5,20 12:4
**rudy's** 2:2
**ruined** 11:8
**rules** 11:24

**run** 19:12,13
**russia** 20:4
**russians** 20:3,3

**s**

**safe** 4:4
**safety** 5:4
**save** 25:24 27:5
**saw** 9:3 13:10
  15:12 21:14
**saying** 15:19,20
  15:21,24 25:1
**says** 12:5 19:22
  22:10 23:24
  24:3
**science** 17:5
**scouts** 25:1
**sealed** 20:19,21
**second** 21:18
**secretly** 10:22
**section** 23:23
**security** 21:6,7
**see** 3:25 5:12,23
  6:4,6,11,14,16
  6:22,22,23 7:14
  7:16,17,18 9:5
  9:12,18,21,24
  12:7,18 13:2
  14:14,17,21,22
  14:25,25 15:2,4
  15:5 17:12,18
  18:8 21:14 22:6
**seen** 3:3 4:24
  7:25 15:13
**selected** 27:2
**selection** 24:1
**selections** 21:16
  21:17,25

**senate** 18:5
**senators** 15:17
**sense** 1:12 2:3
**sent** 18:23
**separate** 11:15
**seriously** 2:9
**session** 18:3
  25:16 27:10
**shirt** 13:9
**shock** 11:11
**show** 4:9,22 8:18
  10:23 17:13
  23:4
**showing** 9:25
  12:11
**shows** 23:4
**side** 6:6 7:5
**signature** 10:25
  28:8
**significance** 8:11
**significant** 3:2
**silence** 26:15
**single** 10:11
  21:12
**situation** 21:5
  23:9
**six** 13:16
**smith** 20:12
**smoking** 24:16
  27:11
**sniveling** 26:23
**sole** 16:6 23:25
**solution** 23:22
  23:23
**solutions** 28:11
**somewhat** 8:9
**sonya** 28:3

**sort** 17:12
**special** 18:3 21:2
　24:10 27:10
**speech** 26:13
**spine** 18:13
**spirited** 21:9
**stacked** 21:3
**stacks** 22:13
**stand** 6:18 18:14
　25:4 26:18
**start** 8:20 12:15
**state** 16:4 23:25
　24:6,9,17 25:18
　27:4,9
**stated** 20:13
**states** 11:5,6
　15:15 16:5,9
　23:24 25:17
**statistical** 17:7
**statute** 24:5
**statutes** 11:24
**stayed** 21:8,10
**staying** 8:24
**steal** 15:14 23:17
**stealing** 4:18
　12:20
**step** 25:24
**stick** 17:25
**stole** 15:22 18:11
　27:14
**stolen** 8:16
**stop** 9:1,20
　24:23
**stopped** 10:7
**stopping** 24:23
**story** 11:10
　14:15

**submitted** 17:9
**substantial** 2:9
**substantially**
　26:16
**suffer** 13:23,25
**suitcases** 9:3
**suite** 28:13
**supervise** 11:23
　11:25
**supplied** 22:2,3
**supported** 3:18
　3:19,20
**supposed** 5:17
　22:8
**supreme** 23:21
**surprised** 12:22
**susan** 22:19
**sweater** 10:2
**swindle** 3:24
**sworn** 3:7

**t**

**t** 28:1,1
**table** 5:23,24 6:1
　6:14 7:6,7,15,16
　7:18 8:6,21,21
　8:23 9:2,4,8,15
　10:10 23:8
**tables** 5:13,13
　13:1
**tabulation** 11:25
**tabulations** 5:14
**take** 4:4,25 6:3
　7:23 9:7,14
　12:24 24:10
　25:13 26:18
　27:10

**taken** 13:18,20
　14:2 19:3,5,8,10
**tally** 20:25
**tank** 14:8,10
**tape** 3:25 4:15
　7:24 14:23
**tech** 2:22 3:18
　18:12
**teeny** 2:15
**tell** 25:2
**telling** 10:4,5
　17:23
**terrible** 23:9
**territory** 12:21
**test** 22:11,13
**testifying** 17:23
**testimony** 2:13
　20:10
**thank** 27:15
**theoretically**
　7:21
**theory** 3:11
**thing** 4:24,24
　6:11 18:2 21:14
　25:7
**things** 17:8
**think** 8:9
**third** 5:18
**thorne** 22:10
**three** 2:21 7:3
　13:5,13 25:11,19
**throw** 19:20
**thrown** 3:11,14
　3:15 14:5,7 21:4
　22:2
**time** 5:1 15:16
　24:8,24,25 26:17
　27:3

**times** 13:16 20:4
　22:13 25:6
**today** 4:10
**told** 3:8,10
**tom** 12:19
**tony** 17:22
**tougher** 17:17
**transcript** 28:4
**treated** 2:17
**tremendous** 11:1
**trial** 10:19
**tried** 15:17
**trip** 2:5
**true** 3:5 23:11,12
　23:12,13,13,14
　24:12 28:4
**trump** 1:13 8:14
　18:10,11 19:17
　23:2 26:8 27:15
**try** 13:25
**trying** 15:14
**turns** 27:8
**two** 6:5 7:1 10:8
　11:20,22 13:5,10
　13:12,15 21:11
　21:21 23:1
　25:15

**u**

**ultimately** 11:5
**unaccounted**
　21:1
**uncomfortable**
　18:16
**underneath** 9:4
**understand** 18:6
**unfair** 27:1

**uniform** 22:23
**united** 11:5,6
  15:15 16:5,9
  23:24 25:17
**unsealed** 20:15
  20:15,16
**unsecured** 22:14
**unusually** 22:22
**upper** 5:11,22
  9:17
**upset** 18:6,7

**v**

**v** 24:3
**van** 20:12
**verify** 21:25
**veritext** 28:11
**viciousness** 26:6
**victory** 12:3
  13:17
**video** 1:13 5:3
**videotape** 24:17
**vote** 5:16 7:21
  18:17 19:10,13
  19:13 23:10
  26:17
**voted** 18:10 19:2
**voter** 3:2 21:16
**votes** 5:15 6:8
  8:3,12,15 9:14
  14:1 19:16
  20:23 22:17
  23:1,2
**voting** 18:5

**w**

**wait** 4:5
**waiting** 10:16

**wall** 6:16,24
**want** 5:9 10:6
  26:20,21,22
**washington**
  13:24 25:5
**watch** 10:7
**watchers** 21:8
**watching** 3:4
**way** 6:15 7:2,3
  8:7,11 9:22,25
  10:12 16:8
  17:18,19,20
  19:12 22:13
  24:23 26:14
**we've** 2:4 26:16
**weeks** 4:12
**weigh** 2:11
**welcome** 11:10
  20:7
**went** 9:21 11:21
  13:7 17:21
**white** 6:2,12
  7:17
**wide** 27:15
**winning** 14:14
  19:17
**wisconsin** 23:13
**witness** 22:18
**witnesses** 11:17
  20:8
**woman** 8:17
  9:17 10:1 11:14
  13:8
**women** 26:24
**won** 1:13 8:13
  8:14
**wonder** 19:19

**wonderful** 11:12
**words** 18:20
**work** 16:7
**worked** 17:6,6
**worker** 20:12
  21:18
**worried** 18:4
**worse** 24:25
**worst** 23:9
**write** 12:4 27:6
**wrong** 11:11
  12:6,6 17:24

**y**

**yeah** 9:3,17
**year** 26:11
**years** 15:21,24
  17:16 22:21
**yellow** 10:2 13:8
**yesterday** 2:13
  2:16
**york** 14:10 25:6