# Exhibit 17

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "The Georgia middle of the night theft of thousands of votes changes everything. Watch it and Biden is not-elect anything. Looks like Biden Democrats doing a bank heist. In 5 states there are 800 sworn statements of eyewitnesses to Democrat cheating. States changing." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334878351970938883 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:21:59 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:22:21 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 3zaF5KQAipEwwmkNsEuNBS |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-254**
C.A. No. 21-3354 (BAH)

PDF REFERENCE #:    egi6NkQSFhGAsBKvGRfBfs

Freeman_Giuliani-00001918

