# Exhibit 18



| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "Are we going to let Democrats steal the election in front of our faces. If we cant stand up to the pressure of saving our country from rampant voter fraud because we are afraid of the elite reaction, we better find more courageous people for our party." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334982029117714432 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:32:03 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:32:31 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | wULhWki5B6PZujiURd3cmF |
| User: | igroysman |

**Plaintiffs' Exhibit**

**PTX-264**

**C.A. No. 21-3354 (BAH)**

PDF REFERENCE #:    pVXD3XPqBrhyA8hTKVBxvx

Freeman_Giuliani-00002001



Document title: Rudy W. Giuliani on X: &quot;Are we going to let Democrats steal the election in front of our faces. If we cant stand up to the pressure of saving our…
Capture URL: https://twitter.com/RudyGiuliani/status/1334982029117714432
Capture timestamp (UTC): Tue, 31 Oct 2023 16:32:31 GMT

Freeman_Giuliani-00002002