# Exhibit 19

**PageVault**

| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "The "Bank Heist" tape changes the result in Georgia. The State Legislature has no choice but to assume its powers under the US Constitution, article II (1) [2] and select Trump electors. More important it seems to have the courage to do so." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334959988306042882 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:23:47 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:24:13 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 8SaWeN2rnsx3495nRAXdi1 |
| User: | igroysman |

Plaintiffs' Exhibit
**PTX-265**
C.A. No. 21-3354 (BAH)

PDF REFERENCE #:    rVzPY13Mtpui7WsMx6kgbg
Freeman_Giuliani-00001935



Document title: Rudy W. Giuliani on X: &quot;The "Bank Heist" tape changes the result in Georgia. The State Legislature has no choice but to assume its powers under…
Capture URL: https://twitter.com/RudyGiuliani/status/1334959988306042882
Capture timestamp (UTC): Tue, 31 Oct 2023 16:24:13 GMT
Page 1 of 1
Freeman_Giuliani-00001936