# Exhibit 20

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "How can it be disputed. It's like disputing a bank robbery when you have 4 cameras showing the robbery." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1334996848977784833 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:32:53 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:33:16 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | 5472ojNqiDsUbrMihcrZCN |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-269**
C.A. No. 21-3354 (BAH)

PDF REFERENCE #:    i4z4vWgKLfWRjxnRDw6pVD

Freeman_Giuliani-00002082

