# Exhibit 21

# Document Produced in Native Format

**Plaintiffs' Exhibit**

**PTX-542**

_____

**C.A. No. 21-3354 (BAH)**

CONFIDENTIAL INFORMATION

Freeman_Giuliani-00002530