# Exhibit 22



**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12   This is for Our Founding Fathers

13   Rudy Giuliani

14   December 4, 2020

15

16

17

18

19

20

21

22

23   Plaintiffs' Exhibit

24   **PTX-568**

25   C.A. No. 21-3354 (BAH)

1       ANNOUNCER:  Now from WABC from New York

2   City, America's Mayor Rudy Giuliani.

3       RUDY GIULIANI:  Good afternoon.  This

4   is Rudy Giuliani, and we're back again.  Been out

5   traveling around the country for the last four

6   days and really missed being able to talk to you

7   and get your advice.  We were in front of state

8   legislatures trying to convince them to take on

9   the plenary constitutional responsibility to

10  decide disputed presidential elections.

11      You know, it's a strange thing, but our

12  founding fathers really did think of everything,

13  and they thought about what would happen if there

14  was a real, real dispute about the accuracy of a

15  presidential election as there is about this one.

16  And they said under Article 2, Section 1, Clause

17  2 that the power to determine the electors for

18  president resides with and only with the state

19  legislature.

20      Not the governor, not the secretary of

21  state, not the attorney general, not the director

22  of elections.  The state legislature.  Not the

23  congress, the state legislature, and they were

24  quite clear why, because it is the government

25  closest to the people, and this choice was made

Page 3

 1 | by the people.

 2 |            So all these state legislatures that

 3 | are saying, oh, we can't interfere, and we can't

 4 | do -- they are evading their constitutional

 5 | responsibility because they are afraid of

 6 | criticism.  And if there's anything wrong with

 7 | politics today, it's that we have too many people

 8 | on the Republican side afraid of criticism, and

 9 | too few people who are willing to do the right

10 | thing and ruin their career.

11 |            Yes, sir.  That's what I said.  Do the

12 | right thing and ruin your career.  Because on the

13 | Democrat's side, you can do the wrong thing and

14 | you don't ruin your career.  We're in an unfair

15 | fight.  Horribly unfair.  They can commit crimes;

16 | they can steal an election.  We can put out a

17 | tape like the one we did yesterday that looks

18 | like a bank heist and they're stealing 30,000

19 | votes in the middle of the night after throwing

20 | everybody out.

21 |            There's a tape of it, a video of it.

22 | How are we making this up?  How are we making

23 | this up?  There's a video of it.  Please go

24 | online.  Watch it.  It's on all over.  All over

25 | Twitter.  It's only 1 minute and 36 seconds, 1

Page 4

```
 1   minute and 36 seconds.

 2            WOMAN:  (Indiscernible) --

 3            RUDY GIULIANI:  That's the lady

 4   describing it here.

 5            WOMAN:  -- and now they're going to

 6   start pulling these ballots out from under this

 7   table.  This table, the black one, was placed

 8   there by the lady with the blonde braids at about

 9   8:22 a.m. in the morning.  So she put that table

10   there.

11            So the same person who came behind now,

12   the same person who cleared the place out under

13   the pretense that we're going to stop counting is

14   the person who put the table there.

15            RUDY GIULIANI:  So now we just saw her.

16   That -- we saw that person.  We saw that person

17   go back under that table and pull out a whole

18   group of boxes all hidden under a big, big black

19   table with a big black thing drape, curtain.  I

20   don't know.  I looks like something you put on a

21   casket except much bigger.

22            Here's what happened.  This is the

23   counting center.  They have observers on one side

24   of the room.  They have counters on the other

25   side of the room.  They have the ballots in the
```

1    middle.  They bring the ballots to the counters,

2    and the observers are supposed to observe the

3    counting of the vote, but they can't see a damn

4    thing.  That's violation number one.  Okay?

5    That's violation number one.

6              Illegal act number one.  All these

7    ballots are submitted without any inspection by

8    an independent Republican.  Okay.  I don't know

9    why people don't realize how terrible that is,

10   but here's what happened.  The whole day goes by.

11   Those ballots remain hidden in that -- below that

12   box that sits there and nobody bothers to see

13   what it is.

14             Eventually, they get rid of all of the

15   observers.  First the Republican observers.  Then

16   the Democrat observers.  Then the press

17   observers.  And when everybody is gone, and they

18   check it out, and they lock the door, the lady

19   with the braids or whatever who originally

20   brought it in goes over to the table and pulls

21   out a tray looking to contain, I don't know,

22   10,000 ballots, 20,000 ballots, 15,000, 5,000.

23   Hard to say.  A lot of ballots.  Here, listen.

24             WOMAN:  At 8:22 in the morning, yeah, I

25   saw four suitcases come out from underneath the

1   table.

2            RUDY GIULIANI:  We're now watching a

3   man in a red shirt pull another suitcase out.

4            WOMAN:  Yeah, upper right hand you see

5   the gentleman in the red, and he just pulled one

6   out.

7            RUDY GIULIANI:  And he takes it all the

8   way over to a stand in the back, and he hands it

9   to a person who is furiously counting the vote.

10  Now, this goes on for two hours.  There is nobody

11  there observing it.  There is nobody there having

12  any idea what's going on except these few workers

13  who stayed behind and did it in this sneaky way.

14           And all together the minimum number of

15  votes that they entered illegally for the

16  Democrats was at least 30,000, which is enough

17  all on its own to turn this election from Biden,

18  who stole it, to Trump who won.

19           Now, if the state legislature can't

20  stand up to this, why do we have it?  If

21  Republicans in the state legislature can't summon

22  the courage to withstand the criticism from The

23  New York Times and the New York press and the

24  Washington Press and CNN and ABC and all those

25  phonies, if you can't summon up the courage to do

1  the right thing about electing our president, get

2  the hell out of our party.  Go join the Benedict

3  Arnold party.

4        This is the election of the president

5  of the United States, and these people are

6  stealing ballots in the middle of the night.  And

7  what was the reaction yesterday?  Uh.  Uh.  If

8  this was a Republican doing it, you know what

9  would've happened?  This morning the FBI would've

10  been at the Fulton center.  They would've closed

11  it down.  They would've gone to the director of

12  the center, the number two guy at the center, the

13  number three guy at the center.

14        They would've raided their homes.  They

15  would've taken every single thing they had.  Now,

16  they might've gotten rid of a lot of stuff, but

17  they might not have.  They sure did it to

18  Manafort three years after the crime was

19  committed.  They did it to Michael Cohen, and

20  they did it to Papadopoulos, and they did it to

21  Roger Stone, and they did it to, oh, boy, who

22  knows how many.

23        They didn't have any evidence like

24  this.  Here we see four or five Democratic

25  workers plan a vote heist that can change the

```
 1   outcome of the election and did.  And the FBI so
 2   far is nowhere to be found.  What is wrong?
 3   Therefore, I have got, I have got to appeal to
 4   the members of the state legislature to remind
 5   you that you took an oath of office to uphold the
 6   Constitution of the United States.
 7            One legislator in this thing said his
 8   ultimate responsibility is to the Constitution of
 9   the State of Arizona.  And I said, no, it isn't
10   sir.  The Supremacy Clause of the United States
11   Constitution makes clear that your major
12   obligation is to the United States of American.
13   And what happened here is the United States
14   Constitution gave the state legislature a federal
15   role.
16            They don't -- they are not guided here
17   by the governor.  The governor's cut right out.
18   They're not guided here by state legislative
19   laws.  It is not about a state action.  They
20   don't need to wait to be recalled by the
21   governor.  The governor has no power to recall
22   them on an issue like this.  He has no
23   involvement in it except whatever they give him.
24            And as the courts have made clear, they
25   have the right to take it back at any time.  I
```

1   mean, part of his testimony yesterday was with

2   Professor Eastman who made it very clear that at

3   any time legislature can take this power back.

4   It belongs to them.  Whenever there's confusion

5   or signs of irregularity, they should.  He made

6   it clear they can hold hearings and make their

7   own factual findings, and they can make a

8   conclusion based on those factual findings.

9           Well, this is not very hard.  You hold

10  a hearing, and they've already done it.  You have

11  this tape in front of you, and then ask those

12  criminals to come and explain it.  Explain why

13  they put ballots under a table, kept them there

14  all day, and didn't count them until every

15  Republican and everyone else was thrown out of

16  the room.

17          Because they were legitimate ballots?

18  Let me cross-examine them, okay?  I bet I get

19  them to confess.  This is outrageous what is

20  happening in this country.  It's outrageous how

21  the press is downplaying it.  This is a terribly

22  destructive national effort on the part of the

23  Democratic Party to ruin our election system.

24          Now, they got caught on camera here.

25  We're going to start looking for cameras

1 | elsewhere.  They did the same thing in Michigan.
2 | They did the same thing in Pennsylvania where
3 | Pennsylvania's leadership, Republican leadership
4 | caved in.  You should write to them and ask them
5 | what are they doing to the Republican Party.  Not
6 | because of lack of loyalty to Republicans, lack
7 | of loyalty to the United States Constitution.

8 | What are you, afraid to exercise your
9 | responsibility to judge a presidential election?
10 | You never should've taken the oath of office if
11 | you don't have the institutional fortitude to do
12 | it?  Gosh, politics has always had slimy little
13 | creatures as part of it.  But when something of
14 | this magnitude is presented to you, and you can't
15 | stand up, uh.

16 | I mean, we're in between the crooks and
17 | the weaklings.  That's it.  In between the crooks
18 | and the weaklings.  Not all lost yet, however.
19 | There are examples of courage like Burt Jones in
20 | Georgia who held a hearing for us yesterday with
21 | eight or nine members of the legislature.
22 | Republican and Democrat all serious, all
23 | courteous.  All asked probing questions,
24 | including the Democrats.

25 | Of course they opposed, but not like

1   the ones in Michigan.  Nasty, name-calling,

2   threatening witnesses.  No, no.  They did it

3   professionally, and my hat is off to them.  And I

4   told them that.  But the case in Georgia is over.

5   That one tape makes the case.

6            There's other evidence, plenty of other

7   evidence.  There's 192,000 ballots, mail-in

8   ballots that were counted that never were

9   returned.  Okay.  How does that happen?  There's

10  no record of them being returned.  Their serial

11  number wasn't checked against the serial number

12  of those sent out, which means that somebody made

13  up 192,000 mail-in ballots, of which these 30 or

14  40,000 are probably some.  What, we've got to be

15  stupid not to figure that out?

16            And there was some other big fraud in

17  Georgia too.  Two days of hearing that

18  legislature can make a very, very clear finding.

19  I'm going to get you for later on, maybe for

20  Sunday, going to get you the wonderful testimony

21  given by Professor Eastman, who says the

22  following, Article 2, Section 1, Clause 2 of the

23  Constitution.

24            It says the legislature ultimately is

25  the sole arbiter.  They have the remedy.  They

1    can take the power back at any time.  He

2    recommended that they do take the power back in

3    this situation.  He recommended that they hold

4    hearings and make factual findings, and he

5    recommended that they then given an honest

6    appraisal to the electoral college of who

7    actually won the vote and select the electors

8    that way.

9              And he said if it's done right, it

10   should pass constitutional muster.  I don't know

11   how much more you need.  Same thing could be said

12   of Wisconsin, Arizona, Nevada, Michigan, possibly

13   New Mexico.  We're looking at it, and clearly

14   Pennsylvania, which is a profile in political

15   cowardice at the top.  Many, many brave members

16   want to go along and do the right thing.  And

17   their older leadership is frightened or operating

18   under some misconception, or something's wrong.

19             I wish they'd call me, and we could

20   straighten this out because this is a horrible

21   thing they are doing to our country, and it's a

22   horrible thing that they're doing to our party.

23             We're going to be on this, you know.

24   You can tell we're not giving up.  And you can

25   also tell these things are heating up because the

1   Georgia legislature is now on the verge of

2   calling their own session and voting and being

3   the first one to do this.  And we've got some

4   pretty good indications from two of the three

5   other states that the same thing is going to

6   happen.

7          And I've also been told by any number

8   of legislators if it happens in one state, it

9   will quickly happen in others because this is

10  little bit of follow-the-leader.  This is a

11  little bit of follow-the-leader.  They need

12  somebody to come up with it first, and then

13  they're going to feel better about being able to

14  do it.

15         So, coming up I get to speak with you

16  on Chat With the Mayor.  The Tunnels To Towers

17  Foundation is honoring America's heroes through

18  its Season of Hope.  Donate now at T2T.org.

19  That's T, the number 2, T.org.  T2T.org.

20         To hear me discuss more about the

21  election, listen to my podcast.  I did a detailed

22  analysis of what exists so far on the tape.

23  Podcast will be out sometime tonight.  We go

24  through it.  I show you where the ballots were,

25  show you how it's moved.

1           I tell you, it's as good as a Pierce

2    Brosnan movie.  Looks like a heist.  You know,

3    one of those heist movies, except they don't have

4    Pierce Brosnan or like a handsome guy and a

5    beautiful woman involved in it.  It's hard to see

6    what the people look like, which is probably good

7    for them.  But largely because of criminality.

8    I'm not suggesting they're not good-looking.

9    They may be.

10          To hear me discuss more about the

11   election, you go to the podcast.  It's a

12   RudysCommonSense.com or on my YouTube channel.

13   To listen to us on Alexa, simply say, "Alexa,

14   enable the 77WABC still."

15          ANNOUNCER:  We are New York talking

16   about what matters to you.  Now, it's Former New

17   York City Mayor Rudy Giuliani on New York's Talk

18   Radio 77WABC.

19          RUDY GIULIANI:  This is Rudy Giuliani.

20   We're back on Talk Radio WABC.  You know how much

21   I like Italian food, and I've been away from New

22   York since before Election Day.  I've been in

23   some places with good Italian food, some places

24   with not such good Italian food, but nobody has

25   Milano Market.  Nobody has Milano Market but New

1   York City.  It's on 83rd and 3rd Avenue.  Sal and

2   his family have owned it an operated it for

3   nearly 40 years.

4           Everything fresh prepared in-house with

5   that special Italian love and feeling.  They

6   carry all kinds of Italian pastries, desserts,

7   cookies, and cakes, the best breads, the finest

8   imported prosciutto, cured meats, and cheese, as

9   well as fresh mozzarella, homemade pasta, and

10  much more.

11          Milano Market can meet all of your

12  catering needs large and small.  Business,

13  private, a donation, or upcoming holiday party.

14  Amazing food, amazing customer service.  Be sure

15  to visit Milano Market, corner of East 89th and

16  3rd Avenue.  You can check out their full menu on

17  their website at MilanoMarketNYC.com.  They even

18  make gourmet baskets.  You can be sure I'll

19  heading there as soon as they release me from the

20  swamp.  First place I go, Milano Market.

21          Well, now we're going to get to some of

22  the calls that I've missed all week.  I probably

23  would've done a lot better if I had gotten your

24  advice.  Although yesterday was one of my better

25  days in a legislature or court with the

```
 1   production of that video.  I know we're in a
 2   catch-22 1984 world where the truth isn't the
 3   truth anymore and the coverup is amazing.  But
 4   that videotape proves for time and memorial that
 5   Biden stole the election.  It'll go down in
 6   history that way.  It'll go down in history as a
 7   stolen election unless we do something about it.
 8             Stewart from Forest Hills.
 9             STEWART:  Yes, hi, Rudy.
10             RUDY GIULIANI:  Hey, Stewart.
11             STEWART:  Thanks -- hi.  Thanks to you,
12   it was Governor Brian Kemp yesterday on Laura
13   Ingraham said that because of the testimony that
14   you put forward, he now finally, finally says
15   that he disagrees with his secretary of state.
16   He does want a signature audit.
17             What I'd like to know is, is he going
18   to get that?  Is that going to happen for all the
19   votes that already happened?  Is that going to go
20   forward for January 5th?  Because the signature
21   audit is the reason in every state.
22             The rejection rates went from five, six
23   percent down to now -- there's like no
24   (indiscernible).  It's the signature
25   verifications, and you did that yesterday, Rudy.
```

1   You got Brian Kemp to put distance between

2   himself and his Secretary of State Raffensperger.

3   So what I'd like to know from you is the governor

4   of Georgia finally, because of what you did

5   yesterday, is he going to get that signature

6   verification for all the votes that happened on

7   November 3rd and for January 5th going forward?

8           RUDY GIULIANI:  Well, I don't think he

9   can do the signature verification because a lot

10  of the signatures are missing.  And what that

11  will show is a major gap in the number of votes

12  and the number of signatures, which will lead to

13  an overturning of the election.

14          But most importantly, he already has

15  evidence in front of him, right in front of him,

16  right in front of his eyes, right in front of the

17  eyes of the world that the election was a phony.

18  Because when you watch that tape, which happened

19  in the middle of the night with nobody there with

20  the Republicans thrown out and the ballots hidden

21  under the table for 30 hours, you're watching

22  enough ballots being counted that change the

23  result of the election.

24          That alone yields you 30,000 ballots.

25  The victory was about 10,000.  Election over.

```
 1   Trump wins.  It's as simple as that.  If you want
 2   more evidence, you can have it.  Probably a good
 3   idea to have more evidence because it'll be
 4   challenged in the supreme court.  But according
 5   to Professor Eastman, as long as you have a solid
 6   factual basis that the legislature is just
 7   exercising its constitutional power to protect
 8   the people against a phony vote.
 9            So the governor's got it all there.
10   And by the way, he should butt out.  He has
11   nothing to do with this.  The founding fathers
12   did not say a governor gets to determine a
13   presidential election.  Said the state
14   legislature does.  Sometimes state legislatures
15   don't understand their own power.  In this
16   particular case, they have their own power.
17            They don't have to wait for him to call
18   a special session.  They can do it.  They don't
19   have to have his approval.  They can do it.  It'd
20   be good if he did.  Think it would be good for
21   the unity of the party.  I don't agree with these
22   Republicans who say you shouldn't vote for the
23   Republicans in the senate campaign.
24            I think that's terrible, but he can end
25   that too and bring us all together.  Because I
```

1   imagine there are some Republicans that are so

2   angry at the cowardice of some of the people in

3   their party that they're disgusted with the

4   Republican Party.  I mean, you can't look at this

5   kind of fraud, know the other party raped you,

6   and now you're smiling about it.

7            It makes you feel pretty angry.  It

8   creates emotional reactions that are not good for

9   keeping the party together.  So if the governor

10  really wants to win this election, and those two

11  people want to win, they should stand up right

12  now.  They should look at Professor Eastman's

13  testimony and say the legislation should take

14  over.

15           They should hold a hearing, and we

16  support whatever decision the legislature makes.

17  That would bring the party together.  We'd win

18  the darn election by 12 percent.  Watch.

19           So now we'll go to Dan from New Jersey.

20           DAN:  Hey, Rudy.  Your Honor, I would

21  like to thank you for your continuing fight here.

22  I know it's been a very rough -- I'm an attorney.

23  I've never handled a constitutional law case, but

24  it does clearly sound like there's almost a chain

25  of custody issue where you really can't ensure

1   the circumstantial guarantee of trustworthiness

2   of any of the votes.  I mean, that's what it

3   sounds like to me.  And including what you have

4   said.  I don't know.  Maybe you want to comment

5   on that or...

6          RUDY GIULIANI:  Well, no.  I -- what

7   you're saying, Dan, is largely correct.  There

8   are tremendous breaks in the chain of custody.

9   There -- I mean, I -- every state has it.  I kind

10  of have the testimony a bit confused in my mind,

11  but in Georgia, one of the election advisors said

12  it doesn't matter if you take the votes home with

13  you.  It doesn't matter if you don't lock them.

14  It doesn't matter if you mingle them.

15          I mean, that all destroys chain of

16  custody.  It also makes it possible for somebody

17  to take it home and slip other ballots in and

18  destroy.  I mean, that's all.  But you know, you

19  don't even need conjecture like that.

20          What I'm saying is if you want a simple

21  way to the answer, whether enough votes are fixed

22  to change the election, it was done right in

23  front of your eyes, except it wasn't supposed to

24  be done in front of your eyes because they had no

25  idea they were being taped.

Page 21

1          They were like -- it was like a Pierce

2     Brosnan bank heist except we have the footage.

3     And the governor I think is quite embarrassed at

4     having supported his attorney general.  I mean,

5     if you couldn't figure out from day one that that

6     vote was fixed, you don't have the common sense

7     to run a state.

8          I mean, I can pick out criminality by

9     smelling it.  Now you don't have to smell it.

10    You can see it on tape.  So this one should be

11    over with in a day or two.  They should hold a

12    session, they should play the tape, they should

13    have the board members come up, see if they want

14    to perjure themselves, and then prosecute them

15    for perjury.

16          They may take the Fifth.  Put on a

17    little more evidence and say, here's the vote.

18    The vote is 30,000 less for Biden and 30,000 more

19    for Trump.  Over.  Then we move onto Wisconsin

20    where the gap is about 80,000.  We can then move

21    onto Arizona where it's about 400,000, and

22    etcetera, etcetera, etcetera.

23          We will be back after a short break to

24    go forward with your calls on the Tunnel To

25    Towers hotline.  That's 1-800-848-WABC.  That's

Page 22

1    1-800-848-9222.

2            ANNOUNCER:  Mayor Rudy Giuliani on 77
3    WABC.

4            RUDY GIULIANI:  We're talking calls on
5    the Tunnel To Towers Foundation hotline.  Help
6    Tunnel To Towers do good.  Donate $11 a month to
7    T2T.org.  That's T, the number 2, T.org.  And
8    we're at 1-800-848-9222, and let's try Michael
9    from New York.

10           MICHAEL:  Hi, Mr. Mayor.  I'm so happy
11   I reached you.  I almost feel like it's divine
12   providence at this point.  I just realized that
13   we can create a red wave that's never been seen
14   in (indiscernible) anywhere in Georgia, and it's
15   centered around the legislature.  We could also
16   guarantee the wins for Loeffler and Perdue and
17   get Trump the electoral votes.

18           And you look at what do most
19   politicians crave.  They crave power.  Do you
20   realize that Georgia has one of the lowest
21   thresholds for recalls in the whole country?
22   It's only 15 percent.

23           RUDY GIULIANI:  For what?

24           MICHAEL:  What Trump should do --

25           RUDY GIULIANI:  A recall?

1          MICHAEL:  15 percent of -- yeah, you

2    can do a recall on January 5th of any state

3    legislator, senate or assembly, who will not sign

4    on to seeking their control of their own

5    constitutional mandate with Article 2.  And you

6    should start with putting up a Jumbotron on this

7    rally on the 5th where Trump plays for the

8    audience them stealing these votes that the media

9    isn't showing them, plus some other types of

10   money.  A quick three- or four-minute thing like

11   worked so well during the campaign.

12          He plays that and announces that

13   they're going to be launching a recall petition

14   on January 5th for Raffinger, and that will bring

15   the Lin Woods and all the patriots who are just

16   disgusted that they're not having the president's

17   back, back into the fold, and turn them out in

18   numbers that nobody has ever seen.

19          And we can say we're starting with

20   Raffinger, and I'm going to give Kemp a temporary

21   reprieve since he called for a signature audit

22   yesterday.  But any other legislature, assembly

23   or senate, who likes their cushy career and their

24   cushy job who wants to keep it will sign on to

25   reclaiming their Article 2 responsibilities or

```
 1   they will be added to the list.
 2              And he announces that on stage on the
 3   5th, and you will see a rallying cry the likes of
 4   which you've never seen in politics.  You will
 5   have people that didn't even turn out for 2020
 6   who are so upset about what's happening right
 7   now.  Because there are people all over the
 8   country that are so angry right it's hard to even
 9   --
10              RUDY GIULIANI:  Well, they should be.
11              MICHAEL:  Before you -- and before you
12   hang up --
13              RUDY GIULIANI:  This was --
14              MICHAEL:  -- I have one follow-up about
15   the --
16              RUDY GIULIANI:  -- stolen from us in
17   plain sight.
18              MICHAEL:  (Indiscernible).
19              RUDY GIULIANI:  It was stolen from us
20   in front of our eyes.
21              MICHAEL:  We could recall Raffinger
22   with 15 percent of the vote on January 5th.  Did
23   you realize that?
24              RUDY GIULIANI:  Here's the clearest and
25   easiest way to the right answer.  The state
```

1    legislature has it within its power with a one-
2    vote majority in either house to call a special
3    session under the United States Constitution.
4    Because they are not bound by state rules when
5    they're exercising federal constitutional power.
6              This is Professor Eastman, not Rudy
7    Giuliani.  But you know, I am a pretty good
8    lawyer.  I know they don't think so, but they
9    should look at my record.  And then second,
10   second, once they call the special session, they
11   should do what the professor suggests.  They
12   should hold hearings.
13             They already have done the tape, which
14   is the smoking gun.  They begin already with
15   enough evidence to overturn the election, 30,000
16   votes.  Subpoena the people who did it.  Let's
17   ask them why they were hiding ballots under
18   there.  And how many more were they hiding?  They
19   got any in their back pocket and any at home?
20             I mean, how many others did they count
21   in the middle of the night with nobody around?  I
22   don't know if they'd testify.  They may take the
23   Fifth because, I mean, if they did what it looks
24   like, if there ever was a U.S. attorney there,
25   they'd get prosecuted.

1           Now, there may not be a U.S. attorney

2    in Georgia.  I'm not sure.  And there obviously

3    is no FBI there.  But we've got to work as if we

4    don't have an FBI.  And the legislature can make

5    findings for two days, and the legislature can

6    find that Trump won, Biden lost, and pick the

7    Trump electors.  And then we'll battle it out in

8    the supreme court.

9           And I say we win because we followed

10   the constitution, and they followed Willie

11   Sutton.  He was a bank robber.  Okay.

12           So now we'll go to Brian from Nutley.

13           BRIAN:  Rudy?

14           RUDY GIULIANI:  Yeah, Brian.  How are

15   you?

16           BRIAN:  Hi.  Great.  I'm a big fan.

17   I'm not only a big fan of yours, but I'm a big

18   fan of Columbo.  Now, hear me, could you --

19           RUDY GIULIANI:  Ha, ha, ha, Columbo.

20           BRIAN:  (Indiscernible).

21           RUDY GIULIANI:  Columbo.  Falk, my

22   friend Falk.

23           BRIAN:  Did you procure that table?

24           RUDY GIULIANI:  Pardon me?

25           BRIAN:  Did you procure the table in

1    Georgia?  Could you put a lockdown on the table?

2              RUDY GIULIANI:  We don't know where the

3    table is right now.  We -- there is --

4              BRIAN:  Okay.

5              RUDY GIULIANI:  -- an order to preserve

6    everything, but I don't know where that table is

7    right now.

8              BRIAN:  Okay.  So this is my thought.

9    The way the lady brought that into the room, it

10   like glided into the room and she was one person

11   doing it, right?  So it had wheels on it.  Then

12   it had a floor-length tablecloth on top of it.

13   It must've had a shelf underneath.

14              So that would be like premeditated

15   where they packed the table in advance.  Because

16   there was news reports that said they don't know

17   how the ballots got underneath, right?  They

18   didn't see them bringing them in.  They must've

19   been wheeled in with that table.

20              RUDY GIULIANI:  Well, I wonder -- I

21   guess it doesn't matter.  You know, once you've

22   proved the election is a fraud you and you have

23   enough votes to overturn it, I guess you can

24   overdo it.  We should turn to another state.  But

25   I can't believe this is the only place in the

1   state they did this, right?

2          BRIAN:  No, but I mean --

3          RUDY GIULIANI:  I can't believe this is

4   the only --

5          BRIAN:  -- I'm just saying.

6          RUDY GIULIANI:  -- state that did it.

7   They all have that big spike.  If you look at --

8   I don't know if you paid much attention to the

9   specialist testimony.  That can get a little

10  boring, but boy it's very powerful.  Every state

11  that we testified in, there was a big jump of

12  about 180, 200,000 votes for Biden in the middle

13  of the night.

14          BRIAN:  Yeah.

15          RUDY GIULIANI:  In Michigan it was

16  produced by ballots being brought in, in garbage

17  cans.  And in Pennsylvania it was done by ballots

18  that didn't appear to ever have been sent out.

19  And in Michigan it was done with ballots for

20  which there was no applications.  I'm sorry,

21  Wisconsin.

22          And I'd have to go back and look at the

23  rest, but they all had that mid-early morning big

24  jump.  And that's what put them in the running

25  because Trump was running too far ahead, and they

1   were scared, and they always meant to steal this

2   election.  Can't let it happen.  We cannot let it

3   happen.

4            I really wish there were enough

5   Democrats around who could see how crooked these

6   people are who are presently running the Democrat

7   Party.  It isn't what it used to be.  Bill

8   Clinton changed the ethos of the party to a

9   slimy, drifter, grifter kind of party where he

10  used to sell, you know, little money things in

11  Arkansas, and then the Lincoln bedroom, and then

12  access.

13           And then Hillary's secretary of state,

14  and Biden the same thing.  Little cheap stuff

15  with his brother in Delaware.  Then big money

16  when he got millions and millions overseas and

17  nobody cared.  They get sloppy.  They think they

18  own it, and they do until we break it.

19           So now we go to Larry in Brooklyn.

20           LARRY:  Yes.  Hi, Rudy.

21           RUDY GIULIANI:  Yeah, Lar.

22           LARRY:  Yes, I want -- first I want to

23  say that I validate all the comments that Steve

24  Bannon made about Christmas already.  Because

25  there's no reason why a devoted public servant

1    like you should have to wage an uphill battle

2    with the state legislatures when the courts are

3    supposed to be handling this case.  But the

4    courts are not going to -- are used to

5    indictments.

6            And you know, indictments are not

7    beyond a reasonable doubt, but if there were

8    indictments, they would treat this civil evidence

9    much differently.  And this proves that the

10   courts are not only incompetent, but they're

11   corrupt as well.  And that's why the supreme

12   court has to step up and show that there's still

13   judges around that can -- that know what evidence

14   is, know how to deal with an evidentiary

15   standard.

16           Because there's more than enough proof

17   in this case, civil proof, through statistical

18   evidence, direct evidence, and you can

19   extrapolate when you prove a centralized scheme

20   where two or more states acting in concert, which

21   probably is civil evidence of conspiracy.  Maybe

22   not criminal, but civil, that you could

23   extrapolate that the same level of fraud happened

24   all over the country in other states as well.

25           So there's more than enough civil

1    evidence.  But I want to say that the people

2    knew.  These corrupt actors who did this fraud,

3    they knew in advance that the FBI would be

4    dormant in this case.  They were not given --

5              RUDY GIULIANI:  Yeah.  Man, how is

6    that?  I mean, that's -- maybe --

7              LARRY:  I'll tell you how.

8              RUDY GIULIANI:  -- that's one of the

9    most disappointing things of all.  It's really

10   very deflating to think that the FBI wouldn't

11   jump all over this.  Wow.

12             You know, I think that the founding

13   fathers may have been correct.  If you go back to

14   the founding fathers faced with this predicament,

15   they would've said go to the legislature, not the

16   courts.  The legislature is the better place to

17   resolve this.  It's closer to the people.  They

18   can count votes better.  They'll have a better

19   sense of who won and who lost, and they'll have a

20   better sense of what kind of fraud is going on in

21   the community.

22             And so if you look at the constitution,

23   the constitution points you only in one

24   direction.  It points you to the state

25   legislature.  I mean, you can always go to courts

1    when you've had wrongs, but that's sort of a

2    little more (indiscernible).  And the courts

3    unfortunately played process games.  Let's

4    dismiss on a motion to dismiss when there was no

5    reason to dismiss on a motion to dismiss before

6    having a hearing.

7              They didn't want to hear the evidence.

8    Because once you heard the evidence, you might

9    have to do something.  And if you had to do

10   something like replace Biden with Trump, you're

11   going to get doxed.  You are going to never get

12   to the appellate court.  You are never going to

13   get to the supreme court.  You are never going to

14   get a job in a law firm.  You are going to never,

15   never, never, never, never.

16             You have no idea of the threats that

17   these people are faced with.  No idea.  Which is

18   why we have to end it.  We've got to take a stand

19   now.  Come on Republicans in the legislature,

20   don't let them do this to us.  They stole this

21   election.  Nobody's making it up.  Look at the

22   damn tape.

23             Look at the statistics.  In

24   Pennsylvania, in Pennsylvania more votes than

25   ballots.  Hundreds of thousands more.  Come on.

1    You know what happened.  I know what happened,
2    and I know because you've told me why you're not
3    voting for it because you're scared.  You know
4    how disappointing that is to a guy who tried to
5    operate his life not being scared?  Do you know
6    what happens when people in a democracy start
7    getting scared?
8                Please.  If you're scared, pray.  Get
9    up enough courage to do it.  And if you can't,
10   get the hell out of public office.  Go do
11   something else.  Don't represent other people.
12   You don't protect them.  You don't deserve it.
13               Well, thank you for calling on the
14   Tunnels To Towers Foundation hotline.  Help
15   Tunnels To Towers to do good.  Donate $11 a month
16   at T2T.org.  That's T, the number 2, T.org.  And
17   this is 1-800-848-9222.  I'm Rudy Giuliani, and
18   with common sense we'll uncover the truth and get
19   to a solution on Talk Radio 77 WABC.
20               ANNOUNCER:  We are New York talking
21   about what matters to you.  Now it's former New
22   York City Mayor Rudy Giuliani on New York's Talk
23   Radio 77 WABC.
24               RUDY GIULIANI:  This is Rudy Giuliani
25   back with you on 77 WABC, and I've got to take

1   one more call because it's one of my hometown

2   Belmore.  John.

3               JOHN:  Hi, Mayor Giuliani.  It's a real

4   pleasure.

5               RUDY GIULIANI:  John from Belmore.  How

6   -- what's up?

7               JOHN:  I'd like to know.  I saw the

8   video of them taking the ballots out from under

9   the desk.  Is anybody looking for them?

10              RUDY GIULIANI:  Ha.

11              JOHN:  And are they going to be

12  questioned, the poll workers?

13              RUDY GIULIANI:  I would think they

14  would've been arrested that night by the FBI.

15  That's what I would think.  I would think the FBI

16  would've visited their homes, had warrants for

17  their arrest, warrants to search their home,

18  warrants to search their office, a complete

19  warrant for the Fulton County office.

20              I mean, they did quite a bit more to

21  people who turned out to be innocent who were

22  involved in nothing with President Trump.  This

23  is without any doubt voter fraud going on in

24  front of your eyes.  There's no other explanation

25  for it.  There's no other explanation for why you

1   would hide ballots at 8:30 in the morning, wait

2   for all the observers to go, close all the doors,

3   and then pull out the ballots, and count them

4   with nobody around as quickly as you can.

5          And then you see 187,000 spike,

6   something like 180,000 for Biden and 7 for Trump.

7   They could've been a little more careful, you

8   know?  Bunch of thieves.  I think there's a

9   Yiddish expression for when you get greedy like.

10  They're schnorrers.

11          I tell you, these are bad people.  The

12  Democratic Party has been seized by some very bad

13  people.  And as I've said many times, it's not

14  the whole party.  A lot of good Democrats, but

15  you've got a group running you who are putting

16  this republic in jeopardy.  Their governors are

17  affecting our free speech rights, our freedom of

18  religion rights.

19          They're affecting our freedom of

20  movement, our freedom to be in business.  And now

21  they're very, very directly taking away our right

22  to make a choice of our president.  I can tell

23  you without any doubt, and you can see it on

24  tape, that that proves that Donald Trump won

25  Georgia.

1         If you want to spend a little more time

2   with me on my podcast, I'll show you how he won

3   Pennsylvania and Michigan and Wisconsin.  And we

4   could do a few more.  Okay?  This is terrible.

5   This has to be turned around now or it will get

6   worse.

7         I want you this weekend to get a little

8   relaxation to pray to God for his guidance.  The

9   constitution has given us its guidance.  Our

10   founding fathers gave us the answer.  Now let's

11   pray to God we can follow it.  God bless America.

12         (End of recording)

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: January 17, 2023

17

18

19

20

21

22

23

24

25

| 1 | 3 | a | |
|---|---|---|---|
| **1** 2:16 3:25,25 11:22 | **30** 11:13 17:21 | **a.m.** 4:9 | **announcer** 2:1 14:15 22:2 33:20 |
| **1-800-848** 21:25 | **30,000** 3:18 6:16 17:24 21:18,18 25:15 | **abc** 6:24 | **announces** 23:12 24:2 |
| **1-800-848-9...** 22:1,8 33:17 | **300** 37:13 | **able** 2:6 13:13 | **answer** 20:21 24:25 36:10 |
| **10,000** 5:22 17:25 | **330** 37:12 | **access** 29:12 | **anybody** 34:9 |
| **11** 22:6 33:15 | **36** 3:25 4:1 | **accuracy** 2:14 | **anymore** 16:3 |
| **11501** 37:14 | **3rd** 15:1,16 17:7 | **accurate** 37:4 | **appeal** 8:3 |
| **12** 19:18 | | **act** 5:6 | **appear** 28:18 |
| **12151** 37:8 | **4** | **acting** 30:20 | **appellate** 32:12 |
| **15** 22:22 23:1 24:22 | **4** 1:14 | **action** 8:19 | **applications** 28:20 |
| **15,000** 5:22 | **40** 15:3 | **actors** 31:2 | **appraisal** 12:6 |
| **17** 37:16 | **40,000** 11:14 | **actually** 12:7 | **approval** 18:19 |
| **180** 28:12 | **400,000** 21:21 | **added** 24:1 | **arbiter** 11:25 |
| **180,000** 35:6 | **5** | **advance** 27:15 31:3 | **arizona** 8:9 12:12 21:21 |
| **187,000** 35:5 | **5,000** 5:22 | **advice** 2:7 15:24 | **arkansas** 29:11 |
| **192,000** 11:7,13 | **5th** 16:20 17:7 23:2,7,14 24:3 24:22 | **advisors** 20:11 | **arnold** 7:3 |
| **1984** 16:2 | | **affecting** 35:17 35:19 | **arrest** 34:17 |
| **2** | **7** | **afraid** 3:5,8 10:8 | **arrested** 34:14 |
| **2** 2:16,17 11:22 11:22 13:19 22:7 23:5,25 33:16 | **7** 35:6 | **afternoon** 2:3 | **article** 2:16 11:22 23:5,25 |
| | **77** 22:2 33:19 33:23,25 | **agree** 18:21 | **asked** 10:23 |
| | **77wabc** 14:14 14:18 | **ahead** 28:25 | **assembly** 23:3 23:22 |
| **20,000** 5:22 | **8** | **alexa** 14:13,13 | **attention** 28:8 |
| **200,000** 28:12 | **80,000** 21:20 | **amazing** 15:14 15:14 16:3 | **attorney** 2:21 19:22 21:4 25:24 26:1 |
| **2020** 1:14 24:5 | **83rd** 15:1 | **america** 36:11 | |
| **2023** 37:16 | **89th** 15:15 | **american** 8:12 | **audience** 23:8 |
| **22** 16:2 | **8:22** 4:9 5:24 | **america's** 2:2 13:17 | **audit** 16:16,21 23:21 |
| | **8:30** 35:1 | **analysis** 13:22 | |
| | | **angry** 19:2,7 24:8 | |

avenue 15:1,16

**b**

**back** 2:4 4:17
  6:8 8:25 9:3
  12:1,2 14:20
  21:23 23:17,17
  25:19 28:22
  31:13 33:25
**bad** 35:11,12
**ballots** 4:6,25
  5:1,7,11,22,22
  5:23 7:6 9:13
  9:17 11:7,8,13
  13:24 17:20,22
  17:24 20:17
  25:17 27:17
  28:16,17,19
  32:25 34:8
  35:1,3
**bank** 3:18 21:2
  26:11
**bannon** 29:24
**based** 9:8
**basis** 18:6
**baskets** 15:18
**battle** 26:7 30:1
**beautiful** 14:5
**bedroom** 29:11
**believe** 27:25
  28:3
**belmore** 34:2,5
**belongs** 9:4
**benedict** 7:2
**best** 15:7

**bet** 9:18
**better** 13:13
  15:23,24 31:16
  31:18,18,20
**beyond** 30:7
**biden** 6:17 16:5
  21:18 26:6
  28:12 29:14
  32:10 35:6
**big** 4:18,18,19
  11:16 26:16,17
  26:17 28:7,11
  28:23 29:15
**bigger** 4:21
**bill** 29:7
**bit** 13:10,11
  20:10 34:20
**black** 4:7,18,19
**bless** 36:11
**blonde** 4:8
**board** 21:13
**boring** 28:10
**bothers** 5:12
**bound** 25:4
**box** 5:12
**boxes** 4:18
**boy** 7:21 28:10
**braids** 4:8 5:19
**brave** 12:15
**breads** 15:7
**break** 21:23
  29:18
**breaks** 20:8
**brian** 16:12
  17:1 26:12,13

  26:14,16,20,23
  26:25 27:4,8
  28:2,5,14
**bring** 5:1 18:25
  19:17 23:14
**bringing** 27:18
**brooklyn** 29:19
**brosnan** 14:2,4
  21:2
**brother** 29:15
**brought** 5:20
  27:9 28:16
**bunch** 35:8
**burt** 10:19
**business** 15:12
  35:20
**butt** 18:10

**c**

**c** 37:1,1
**cakes** 15:7
**call** 12:19
  18:17 25:2,10
  34:1
**called** 23:21
**calling** 11:1
  13:2 33:13
**calls** 15:22
  21:24 22:4
**camera** 9:24
**cameras** 9:25
**campaign**
  18:23 23:11
**cans** 28:17
**can't** 3:3,3 5:3
  6:19,21,25

  10:14 19:4,25
  27:25 28:3
  29:2 33:9
**cared** 29:17
**career** 3:10,12
  3:14 23:23
**careful** 35:7
**carry** 15:6
**case** 11:4,5
  18:16 19:23
  30:3,17 31:4
**casket** 4:21
**catch** 16:2
**catering** 15:12
**caught** 9:24
**caved** 10:4
**center** 4:23
  7:10,12,12,13
**centered** 22:15
**centralized**
  30:19
**certify** 37:3
**chain** 19:24
  20:8,15
**challenged**
  18:4
**change** 7:25
  17:22 20:22
**changed** 29:8
**channel** 14:12
**chat** 13:16
**cheap** 29:14
**check** 5:18
  15:16

**[checked - day]**

checked   11:11
cheese   15:8
choice   2:25
  35:22
christmas
  29:24
circumstantial
  20:1
city   2:2 14:17
  15:1 33:22
civil   30:8,17,21
  30:22,25
clause   2:16
  8:10 11:22
clear   2:24 8:11
  8:24 9:2,6
  11:18
cleared   4:12
clearest   24:24
clearly   12:13
  19:24
clinton   29:8
close   35:2
closed   7:10
closer   31:17
closest   2:25
cnn   6:24
cohen   7:19
college   12:6
columbo   26:18
  26:19,21
come   5:25 9:12
  13:12 21:13
  32:19,25

coming   13:15
comment   20:4
comments
  29:23
commit   3:15
committed   7:19
common   21:6
  33:18
community
  31:21
complete   34:18
concert   30:20
conclusion   9:8
confess   9:19
confused   20:10
confusion   9:4
congress   2:23
conjecture
  20:19
conspiracy
  30:21
constitution
  8:6,8,11,14
  10:7 11:23
  25:3 26:10
  31:22,23 36:9
constitutional
  2:9 3:4 12:10
  18:7 19:23
  23:5 25:5
contain   5:21
continuing
  19:21
control   23:4

convince   2:8
cookies   15:7
corner   15:15
correct   20:7
  31:13
corrupt   30:11
  31:2
couldn't   21:5
could've   35:7
count   9:14
  25:20 31:18
  35:3
counted   11:8
  17:22
counters   4:24
  5:1
counting   4:13
  4:23 5:3 6:9
country   2:5
  9:20 12:21
  22:21 24:8
  30:24 37:12
county   34:19
courage   6:22
  6:25 10:19
  33:9
course   10:25
court   15:25
  18:4 26:8
  30:12 32:12,13
courteous
  10:23
courts   8:24
  30:2,4,10
  31:16,25 32:2

coverup   16:3
cowardice
  12:15 19:2
crave   22:19,19
create   22:13
creates   19:8
creatures   10:13
crime   7:18
crimes   3:15
criminal   30:22
criminality
  14:7 21:8
criminals   9:12
criticism   3:6,8
  6:22
crooked   29:5
crooks   10:16
  10:17
cross   9:18
cry   24:3
cured   15:8
curtain   4:19
cushy   23:23,24
custody   19:25
  20:8,16
customer   15:14
cut   8:17

**d**

damn   5:3 32:22
dan   19:19,20
  20:7
darn   19:18
date   37:16
day   5:10 9:14
  14:22 21:5,11

**[days - exercising]**                                                    Page 4

**days** 2:6 11:17
  15:25 26:5
**deal** 30:14
**december** 1:14
**decide** 2:10
**decision** 19:16
**deflating** 31:10
**delaware** 29:15
**democracy**
  33:6
**democrat** 5:16
  10:22 29:6
**democratic**
  7:24 9:23
  35:12
**democrats** 6:16
  10:24 29:5
  35:14
**democrat's**
  3:13
**describing** 4:4
**deserve** 33:12
**desk** 34:9
**desserts** 15:6
**destroy** 20:18
**destroys** 20:15
**destructive**
  9:22
**detailed** 13:21
**determine** 2:17
  18:12
**devoted** 29:25
**didn't** 7:23
  9:14 24:5
  27:18 28:18

**32:7**
**differently** 30:9
**direct** 30:18
**direction** 31:24
**directly** 35:21
**director** 2:21
  7:11
**disagrees** 16:15
**disappointing**
  31:9 33:4
**discuss** 13:20
  14:10
**disgusted** 19:3
  23:16
**dismiss** 32:4,4
  32:5,5
**dispute** 2:14
**disputed** 2:10
**distance** 17:1
**divine** 22:11
**doesn't** 20:12
  20:13,14 27:21
**doing** 7:8 10:5
  12:21,22 27:11
**donald** 35:24
**donate** 13:18
  22:6 33:15
**donation** 15:13
**don't** 3:14 5:9
  8:16,20 10:11
  14:3 17:8
  18:15,17,18,21
  20:13,19 21:6
  21:9 25:8 26:4
  32:20 33:11,12

**33:12**
**door** 5:18
**doors** 35:2
**dormant** 31:4
**doubt** 30:7
  34:23 35:23
**downplaying**
  9:21
**doxed** 32:11
**drape** 4:19
**drifter** 29:9

                  e

**e** 37:1
**early** 28:23
**easiest** 24:25
**east** 15:15
**eastman** 9:2
  11:21 18:5
  25:6
**eastman's**
  19:12
**effort** 9:22
**eight** 10:21
**either** 25:2
**electing** 7:1
**election** 2:15
  3:16 6:17 7:4
  8:1 9:23 10:9
  13:21 14:11,22
  16:5,7 17:13
  17:17,23,25
  18:13 19:10,18
  20:11,22 25:15
  27:22 29:2
  32:21

**elections** 2:10
  2:22
**electoral** 12:6
  22:17
**electors** 2:17
  12:7 26:7
**embarrassed**
  21:3
**emotional** 19:8
**enable** 14:14
**ensure** 19:25
**entered** 6:15
**etcetera** 21:22
  21:22,22
**ethos** 29:8
**evading** 3:4
**eventually** 5:14
**everybody** 3:20
  5:17
**evidence** 7:23
  11:6,7 17:15
  18:2,3 21:17
  25:15 30:8,13
  30:18,18,21
  31:1 32:7,8
**evidentiary**
  30:14
**examine** 9:18
**examples** 10:19
**except** 4:21
  6:12 8:23 14:3
  20:23 21:2
**exercise** 10:8
**exercising** 18:7
  25:5

exists 13:22
explain 9:12,12
explanation 34:24,25
expression 35:9
extrapolate 30:19,23
eyes 17:16,17 20:23,24 24:20 34:24

**f**

f 37:1
faced 31:14 32:17
factual 9:7,8 12:4 18:6
falk 26:21,22
family 15:2
fan 26:16,17,18
far 8:2 13:22 28:25
fathers 1:12 2:12 18:11 31:13,14 36:10
fbi 7:9 8:1 26:3 26:4 31:3,10 34:14,15
federal 8:14 25:5
feel 13:13 19:7 22:11
feeling 15:5
fifth 21:16 25:23

fight 3:15 19:21
figure 11:15 21:5
finally 16:14,14 17:4
find 26:6
finding 11:18
findings 9:7,8 12:4 26:5
finest 15:7
firm 32:14
first 5:15 13:3 13:12 15:20 29:22
five 7:24 16:22
fixed 20:21 21:6
floor 27:12
fold 23:17
follow 13:10,11 24:14 36:11
followed 26:9 26:10
following 11:22
food 14:21,23 14:24 15:14
footage 21:2
foregoing 37:4
forest 16:8
former 14:16 33:21
fortitude 10:11
forward 16:14 16:20 17:7

21:24
found 8:2
foundation 13:17 22:5 33:14
founding 1:12 2:12 18:11 31:12,14 36:10
four 2:5 5:25 7:24 23:10
fraud 11:16 19:5 27:22 30:23 31:2,20 34:23
free 35:17
freedom 35:17 35:19,20
fresh 15:4,9
friend 26:22
frightened 12:17
front 2:7 9:11 17:15,15,16,16 20:23,24 24:20 34:24
full 15:16
fulton 7:10 34:19
furiously 6:9

**g**

games 32:3
gap 17:11 21:20
garbage 28:16

general 2:21 21:4
gentleman 6:5
georgia 10:20 11:4,17 13:1 17:4 20:11 22:14,20 26:2 27:1 35:25
getting 33:7
giuliani 1:13 2:2,3,4 4:3,15 6:2,7 14:17,19 14:19 16:10 17:8 20:6 22:2 22:4,23,25 24:10,13,16,19 24:24 25:7 26:14,19,21,24 27:2,5,20 28:3 28:6,15 29:21 31:5,8 33:17 33:22,24,24 34:3,5,10,13
give 8:23 23:20
given 11:21 12:5 31:4 36:9
giving 12:24
glided 27:10
go 3:23 4:17 7:2 12:16 13:23 14:11 15:20 16:5,6 16:19 19:19 21:24 26:12 28:22 29:19

| | | | |
|---|---|---|---|
| 31:13,15,25 33:10 35:2 | **great** 26:16 | **happy** 22:10 | **history** 16:6,6 |
| **god** 36:8,11,11 | **greedy** 35:9 | **hard** 5:23 9:9 | **hold** 9:6,9 12:3 |
| **goes** 5:10,20 6:10 | **grifter** 29:9 | 14:5 24:8 | 19:15 21:11 25:12 |
| **going** 4:5,13 | **group** 4:18 35:15 | **hat** 11:3 | **holiday** 15:13 |
| 6:12 9:25 | **guarantee** 20:1 22:16 | **heading** 15:19 | **home** 20:12,17 25:19 34:17 |
| 11:19,20 12:23 | **guess** 27:21,23 | **hear** 13:20 14:10 26:18 | **homemade** 15:9 |
| 13:5,13 15:21 | **guidance** 36:8 36:9 | 32:7 | **homes** 7:14 34:16 |
| 16:17,18,19 | **guided** 8:16,18 | **heard** 32:8 | **hometown** 34:1 |
| 17:5,7 23:13 | **gun** 25:14 | **hearing** 9:10 10:20 11:17 | **honest** 12:5 |
| 23:20 30:4 | **guy** 7:12,13 | 19:15 32:6 | **honor** 19:20 |
| 31:20 32:11,11 | 14:4 33:4 | **hearings** 9:6 | **honoring** 13:17 |
| 32:12,13,14 | **h** | 12:4 25:12 | **hope** 13:18 |
| 34:11,23 | | **heating** 12:25 | **horrible** 12:20 12:22 |
| **good** 2:3 13:4 | **ha** 26:19,19,19 34:10 | **heist** 3:18 7:25 14:2,3 21:2 | **horribly** 3:15 |
| 14:1,6,8,23,24 | **hand** 6:4 | **held** 10:20 | **hotline** 21:25 22:5 33:14 |
| 18:2,20,20 | **handled** 19:23 | **hell** 7:2 33:10 | **hours** 6:10 17:21 |
| 19:8 22:6 25:7 | **handling** 30:3 | **help** 22:5 33:14 | **house** 15:4 25:2 |
| 33:15 35:14 | **hands** 6:8 | **here's** 5:10 21:17 24:24 | **hundreds** 32:25 |
| **gosh** 10:12 | **handsome** 14:4 | **heroes** 13:17 | **hyde** 37:3 |
| **gotten** 7:16 15:23 | **hang** 24:12 | **hey** 16:10 19:20 | **i** |
| **gourmet** 15:18 | **happen** 2:13 11:9 13:6,9 | **hi** 16:9,11 22:10 26:16 | **idea** 6:12 18:3 20:25 32:16,17 |
| **government** 2:24 | 16:18 29:2,3 | 29:20 34:3 | **illegal** 5:6 |
| **governor** 2:20 | **happened** 4:22 5:10 7:9 8:13 | **hidden** 4:18 5:11 17:20 | **illegally** 6:15 |
| 8:17,21,21 | 16:19 17:6,18 | **hide** 35:1 | **imagine** 19:1 |
| 16:12 17:3 | 30:23 33:1,1 | **hiding** 25:17,18 | **importantly** 17:14 |
| 18:12 19:9 | **happening** 9:20 24:6 | **hillary's** 29:13 | |
| 21:3 | **happens** 13:8 33:6 | **hills** 16:8 | |
| **governors** 35:16 | | | |
| **governor's** 8:17 18:9 | | | |

imported 15:8
including 10:24
  20:3
incompetent
  30:10
independent
  5:8
indications
  13:4
indictments
  30:5,6,8
indiscernible
  4:2 16:24
  22:14 24:18
  26:20 32:2
ingraham
  16:13
innocent 34:21
inspection 5:7
institutional
  10:11
interfere 3:3
involved 14:5
  34:22
involvement
  8:23
irregularity 9:5
isn't 8:9 16:2
  29:7
issue 8:22
  19:25
it'll 16:6
italian 14:21,23
  14:24 15:5,6

it'd 18:19
it'll 16:5 18:3
it's 2:11 3:7,24
  3:25 9:20 12:9
  12:21 13:25
  14:1,5,11,16
  15:1 16:24
  18:1 19:22
  21:21 22:11,14
  22:22 24:8
  28:10 31:9,17
  33:21 34:1,3
  35:13
i'd 16:17 17:3
  28:22 34:7
i'll 15:18 31:7
  36:2
i'm 11:19 14:8
  19:22 20:20
  22:10 23:20
  26:2,16,17,17
  28:5,20 33:17
i've 13:7 14:21
  14:22 15:22
  19:23 33:25
  35:13

**j**

january 16:20
  17:7 23:2,14
  24:22 37:16
jeopardy 35:16
jersey 19:19
job 23:24 32:14
john 34:2,3,5,7
  34:11

join 7:2
jones 10:19
judge 10:9
judges 30:13
jumbotron
  23:6
jump 28:11,24
  31:11

**k**

keep 23:24
keeping 19:9
kemp 16:12
  17:1 23:20
kept 9:13
kind 19:5 20:9
  29:9 31:20
kinds 15:6
knew 31:2,3
know 2:11 4:20
  5:8,21 7:8
  12:10,23 14:2
  14:20 16:1,17
  17:3 19:5,22
  20:4,18 25:7,8
  25:22 27:2,6
  27:16,21 28:8
  29:10 30:6,13
  30:14 31:12
  33:1,1,2,3,5
  34:7 35:8
knows 7:22

**l**

lack 10:6,6

lady 4:3,8 5:18
  27:9
lar 29:21
large 15:12
largely 14:7
  20:7
larry 29:19,20
  29:22 31:7
launching
  23:13
laura 16:12
law 19:23
  32:14
laws 8:19
lawyer 25:8
lead 17:12
leader 13:10,11
leadership 10:3
  10:3 12:17
ledanski 37:3
legal 37:11
legislation
  19:13
legislative 8:18
legislator 8:7
  23:3
legislators 13:8
legislature 2:19
  2:22,23 6:19
  6:21 8:4,14 9:3
  10:21 11:18,24
  13:1 15:25
  18:6,14 19:16
  22:15 23:22
  25:1 26:4,5

**[legislature - mozzarella]**

31:15,16,25
32:19
**legislatures** 2:8
3:2 18:14 30:2
**legitimate** 9:17
**length** 27:12
**let's** 22:8 25:16
32:3 36:10
**level** 30:23
**life** 33:5
**likes** 23:23 24:3
**lin** 23:15
**lincoln** 29:11
**list** 24:1
**listen** 5:23
13:21 14:13
**little** 10:12
13:10,11 21:17
28:9 29:10,14
32:2 35:7 36:1
36:7
**lock** 5:18 20:13
**lockdown** 27:1
**loeffler** 22:16
**long** 18:5
**look** 14:6 19:4
19:12 22:18
25:9 28:7,22
31:22 32:21,23
**looking** 5:21
9:25 12:13
14:8 34:9
**looks** 3:17 4:20
14:2 25:23

**lost** 10:18 26:6
31:19
**lot** 5:23 7:16
15:23 17:9
35:14
**love** 15:5
**lowest** 22:20
**loyalty** 10:6,7

**m**

**made** 2:25 8:24
9:2,5 11:12
29:24
**magnitude**
10:14
**mail** 11:7,13
**major** 8:11
17:11
**majority** 25:2
**make** 9:6,7
11:18 12:4
15:18 26:4
35:22
**makes** 8:11
11:5 19:7,16
20:16
**making** 3:22,22
32:21
**man** 6:3 31:5
**manafort** 7:18
**mandate** 23:5
**market** 14:25
14:25 15:11,15
15:20
**matter** 20:12
20:13,14 27:21

**matters** 14:16
33:21
**mayor** 2:2
13:16 14:17
22:2,10 33:22
34:3
**mean** 9:1 10:16
19:4 20:2,9,15
20:18 21:4,8
25:20,23 28:2
31:6,25 34:20
**means** 11:12
**meant** 29:1
**meats** 15:8
**media** 23:8
**meet** 15:11
**members** 8:4
10:21 12:15
21:13
**memorial** 16:4
**menu** 15:16
**mexico** 12:13
**michael** 7:19
22:8,10,24
23:1 24:11,14
24:18,21
**michigan** 10:1
11:1 12:12
28:15,19 36:3
**mid** 28:23
**middle** 3:19 5:1
7:6 17:19
25:21 28:12
**might've** 7:16

**milano** 14:25
14:25 15:11,15
15:20
**milanomarke...**
15:17
**millions** 29:16
29:16
**mind** 20:10
**mineola** 37:14
**mingle** 20:14
**minimum** 6:14
**minute** 3:25 4:1
23:10
**misconception**
12:18
**missed** 2:6
15:22
**missing** 17:10
**money** 23:10
29:10,15
**month** 22:6
33:15
**morning** 4:9
5:24 7:9 28:23
35:1
**motion** 32:4,5
**move** 21:19,20
**moved** 13:25
**movement**
35:20
**movie** 14:2
**movies** 14:3
**mozzarella**
15:9

| | | | |
|---|---|---|---|
| muster 12:10 | numbers 23:18 | overdo 27:24 | pennsylvania's |
| must've 27:13 | nutley 26:12 | overseas 29:16 | 10:3 |
| 27:18 | ny 37:14 | overturn 25:15 | people 2:25 3:1 |
| **n** | **o** | 27:23 | 3:7,9 5:9 7:5 |
| | | overturning | 14:6 18:8 19:2 |
| n 37:1 | o 37:1 | 17:13 | 19:11 24:5,7 |
| name 11:1 | oath 8:5 10:10 | own 6:17 9:7 | 25:16 29:6 |
| nasty 11:1 | obligation 8:12 | 13:2 18:15,16 | 31:1,17 32:17 |
| national 9:22 | observe 5:2 | 23:4 29:18 | 33:6,11 34:21 |
| nearly 15:3 | observers 4:23 | owned 15:2 | 35:11,13 |
| need 8:20 12:11 | 5:2,15,15,16,17 | **p** | percent 16:23 |
| 13:11 20:19 | 35:2 | | 19:18 22:22 |
| needs 15:12 | observing 6:11 | packed 27:15 | 23:1 24:22 |
| nevada 12:12 | obviously 26:2 | paid 28:8 | perdue 22:16 |
| never 10:10 | office 8:5 10:10 | papadopoulos | perjure 21:14 |
| 11:8 19:23 | 33:10 34:18,19 | 7:20 | perjury 21:15 |
| 22:13 24:4 | oh 3:3 7:21 | pardon 26:24 | person 4:11,12 |
| 32:11,12,13,14 | okay 5:4,8 9:18 | part 9:1,22 | 4:14,16,16 6:9 |
| 32:15,15,15,15 | 11:9 26:11 | 10:13 | 27:10 |
| new 2:1 6:23,23 | 27:4,8 36:4 | particular | petition 23:13 |
| 12:13 14:15,16 | old 37:12 | 18:16 | phonies 6:25 |
| 14:17,21,25 | older 12:17 | party 7:2,3 | phony 17:17 |
| 19:19 22:9 | once 25:10 | 9:23 10:5 | 18:8 |
| 33:20,21,22 | 27:21 32:8 | 12:22 15:13 | pick 21:8 26:6 |
| news 27:16 | ones 11:1 | 18:21 19:3,4,5 | pierce 14:1,4 |
| night 3:19 7:6 | online 3:24 | 19:9,17 29:7,8 | 21:1 |
| 17:19 25:21 | operate 33:5 | 29:9 35:12,14 | place 4:12 |
| 28:13 34:14 | operated 15:2 | pass 12:10 | 15:20 27:25 |
| nine 10:21 | operating | pasta 15:9 | 31:16 |
| nobody's 32:21 | 12:17 | pastries 15:6 | placed 4:7 |
| november 17:7 | opposed 10:25 | patriots 23:15 | places 14:23,23 |
| number 5:4,5,6 | order 27:5 | pennsylvania | plain 24:17 |
| 6:14 7:12,13 | originally 5:19 | 10:2 12:14 | plan 7:25 |
| 11:11,11 13:7 | outcome 8:1 | 28:17 32:24,24 | play 21:12 |
| 13:19 17:11,12 | outrageous | 36:3 | |
| 22:7 33:16 | 9:19,20 | | |

played 32:3
plays 23:7,12
please 3:23
  33:8
pleasure 34:4
plenary 2:9
plenty 11:6
plus 23:9
pocket 25:19
podcast 13:21
  13:23 14:11
  36:2
point 22:12
points 31:23,24
political 12:14
politicians
  22:19
politics 3:7
  10:12 24:4
poll 34:12
possible 20:16
possibly 12:12
power 2:17
  8:21 9:3 12:1,2
  18:7,15,16
  22:19 25:1,5
powerful 28:10
pray 33:8 36:8
  36:11
predicament
  31:14
premeditated
  27:14
prepared 15:4

presented
  10:14
presently 29:6
preserve 27:5
president 2:18
  7:1,4 34:22
  35:22
presidential
  2:10,15 10:9
  18:13
president's
  23:16
press 5:16 6:23
  6:24 9:21
pretense 4:13
pretty 13:4
  19:7 25:7
private 15:13
probably 11:14
  14:6 15:22
  18:2 30:21
probing 10:23
proceedings
  37:5
process 32:3
procure 26:23
  26:25
produced
  28:16
production
  16:1
professionally
  11:3
professor 9:2
  11:21 18:5

19:12 25:6,11
profile 12:14
proof 30:16,17
prosciutto 15:8
prosecute
  21:14
prosecuted
  25:25
protect 18:7
  33:12
prove 30:19
proved 27:22
proves 16:4
  30:9 35:24
providence
  22:12
public 29:25
  33:10
pull 4:17 6:3
  35:3
pulled 6:5
pulling 4:6
pulls 5:20
put 3:16 4:9,14
  4:20 9:13
  16:14 17:1
  21:16 27:1
  28:24
putting 23:6
  35:15

**q**

questioned
  34:12
questions 10:23

quick 23:10
quickly 13:9
  35:4
quite 2:24 21:3
  34:20

**r**

r 37:1
radio 14:18,20
  33:19,23
raffensperger
  17:2
raffinger 23:14
  23:20 24:21
raided 7:14
rally 23:7
rallying 24:3
raped 19:5
rates 16:22
reached 22:11
reaction 7:7
reactions 19:8
real 2:14,14
  34:3
realize 5:9
  22:20 24:23
realized 22:12
really 2:6,12
  19:10,25 29:4
  31:9
reason 16:21
  29:25 32:5
reasonable
  30:7
recall 8:21
  22:25 23:2,13

24:21
**recalled** 8:20
**recalls** 22:21
**reclaiming**
23:25
**recommended**
12:2,3,5
**record** 11:10
25:9 37:5
**recording**
36:12
**red** 6:3,5 22:13
**rejection** 16:22
**relaxation** 36:8
**release** 15:19
**religion** 35:18
**remain** 5:11
**remedy** 11:25
**remind** 8:4
**replace** 32:10
**reports** 27:16
**represent**
33:11
**reprieve** 23:21
**republic** 35:16
**republican** 3:8
5:8,15 7:8 9:15
10:3,5,22 19:4
**republicans**
6:21 10:6
17:20 18:22,23
19:1 32:19
**resides** 2:18
**resolve** 31:17

**responsibilities**
23:25
**responsibility**
2:9 3:5 8:8
10:9
**rest** 28:23
**result** 17:23
**returned** 11:9
11:10
**rid** 5:14 7:16
**right** 3:9,12 6:4
7:1 8:17,25
12:9,16 17:15
17:16,16 19:11
20:22 24:6,8
24:25 27:3,7
27:11,17 28:1
35:21
**rights** 35:17,18
**road** 37:12
**robber** 26:11
**roger** 7:21
**role** 8:15
**room** 4:24,25
9:16 27:9,10
**rough** 19:22
**rudy** 1:13 2:2,3
2:4 4:3,15 6:2
6:7 14:17,19
14:19 16:9,10
16:25 17:8
19:20 20:6
22:2,4,23,25
24:10,13,16,19
24:24 25:6

26:13,14,19,21
26:24 27:2,5
27:20 28:3,6
28:15 29:20,21
31:5,8 33:17
33:22,24,24
34:5,10,13
**rudyscommo...**
14:12
**ruin** 3:10,12,14
9:23
**rules** 25:4
**run** 21:7
**running** 28:24
28:25 29:6
35:15

**s**

**sal** 15:1
**saw** 4:15,16,16
5:25 34:7
**saying** 3:3 20:7
20:20 28:5
**says** 11:21,24
16:14
**scared** 29:1
33:3,5,7,8
**scheme** 30:19
**schnorrers**
35:10
**search** 34:17,18
**season** 13:18
**second** 25:9,10
**seconds** 3:25
4:1

**secretary** 2:20
16:15 17:2
29:13
**section** 2:16
11:22
**see** 5:3,12 6:4
7:24 14:5
21:10,13 24:3
27:18 29:5
35:5,23
**seeking** 23:4
**seen** 22:13
23:18 24:4
**seized** 35:12
**select** 12:7
**sell** 29:10
**senate** 18:23
23:3,23
**sense** 21:6
31:19,20 33:18
**sent** 11:12
28:18
**serial** 11:10,11
**serious** 10:22
**servant** 29:25
**service** 15:14
**session** 13:2
18:18 21:12
25:3,10
**shelf** 27:13
**shirt** 6:3
**short** 21:23
**shouldn't**
18:22

should've
  10:10
show  13:24,25
  17:11 30:12
  36:2
showing  23:9
side  3:8,13 4:23
  4:25
sight  24:17
sign  23:3,24
signature  16:16
  16:20,24 17:5
  17:9 23:21
  37:8
signatures
  17:10,12
signs  9:5
simple  18:1
  20:20
simply  14:13
single  7:15
sir  3:11 8:10
sits  5:12
situation  12:3
six  16:22
slimy  10:12
  29:9
slip  20:17
sloppy  29:17
small  15:12
smell  21:9
smelling  21:9
smiling  19:6
smoking  25:14

sneaky  6:13
sole  11:25
solid  18:5
solution  33:19
solutions  37:11
somebody
  11:12 13:12
  20:16
something's
  12:18
sonya  37:3
soon  15:19
sorry  28:20
sort  32:1
sound  19:24
sounds  20:3
speak  13:15
special  15:5
  18:18 25:2,10
specialist  28:9
speech  35:17
spend  36:1
spike  28:7 35:5
stage  24:2
stand  6:8,20
  10:15 19:11
  32:18
standard  30:15
start  4:6 9:25
  23:6 33:6
starting  23:19
state  2:7,18,21
  2:22,23 3:2
  6:19,21 8:4,9
  8:14,18,19

13:8 16:15,21
  17:2 18:13,14
  20:9 21:7 23:2
  24:25 25:4
  27:24 28:1,6
  28:10 29:13
  30:2 31:24
states  7:5 8:6
  8:10,12,13
  10:7 13:5 25:3
  30:20,24
statistical
  30:17
statistics  32:23
stayed  6:13
steal  3:16 29:1
stealing  3:18
  7:6 23:8
step  30:12
steve  29:23
stewart  16:8,9
  16:10,11
stole  6:18 16:5
  32:20
stolen  16:7
  24:16,19
stone  7:21
stop  4:13
straighten
  12:20
strange  2:11
stuff  7:16 29:14
stupid  11:15
submitted  5:7

subpoena
  25:16
suggesting  14:8
suggests  25:11
suitcase  6:3
suitcases  5:25
suite  37:13
summon  6:21
  6:25
sunday  11:20
support  19:16
supported  21:4
supposed  5:2
  20:23 30:3
supremacy
  8:10
supreme  18:4
  26:8 30:11
  32:13
sure  7:17 15:14
  15:18 26:2
sutton  26:11
swamp  15:20
system  9:23

**t**

t  13:19 22:7
  33:16 37:1,1
t.org.  13:19
  22:7 33:16
t2t.org.  13:18
  13:19 22:7
  33:16
table  4:7,7,9,14
  4:17,19 5:20
  6:1 9:13 17:21

26:23,25 27:1
27:3,6,15,19
**tablecloth**
27:12
**take** 2:8 8:25
9:3 12:1,2
19:13 20:12,17
21:16 25:22
32:18 33:25
**taken** 7:15
10:10
**takes** 6:7
**talk** 2:6 14:17
14:20 33:19,22
**talking** 14:15
22:4 33:20
**tape** 3:17,21
9:11 11:5
13:22 17:18
21:10,12 25:13
32:22 35:24
**taped** 20:25
**tell** 12:24,25
14:1 31:7
35:11,22
**temporary**
23:20
**terrible** 5:9
18:24 36:4
**terribly** 9:21
**testified** 28:11
**testify** 25:22
**testimony** 9:1
11:20 16:13
19:13 20:10

28:9
**thank** 19:21
33:13
**thanks** 16:11
16:11
**that's** 3:11 4:3
5:4 10:17
13:19 18:24
20:2,18 21:25
21:25 22:7,13
28:24 30:11
31:6,8 32:1
33:16 34:15
**there's** 3:23 9:4
11:7,9 16:23
19:24 29:25
30:12,16,25
34:25 35:8
**they'd** 12:19
25:22,25
**they'll** 31:18,19
**they're** 3:18
4:5 8:18 12:22
13:13 14:8
19:3 23:13,16
30:10 35:10,21
**they've** 9:10
**thieves** 35:8
**thing** 2:11 3:10
3:12,13 4:19
5:4 7:1,15 8:7
10:1,2 12:11
12:16,21,22
13:5 23:10
29:14

**things** 12:25
29:10 31:9
**think** 2:12 17:8
18:20,24 21:3
25:8 29:17
31:10,12 34:13
34:15,15 35:8
**thought** 2:13
27:8
**thousands**
32:25
**threatening**
11:2
**threats** 32:16
**three** 7:13,18
13:4 23:10
**thresholds**
22:21
**throwing** 3:19
**thrown** 9:15
17:20
**time** 8:25 9:3
12:1 16:4 36:1
**times** 6:23
35:13
**today** 3:7
**together** 6:14
18:25 19:9,17
**told** 11:4 13:7
33:2
**tonight** 13:23
**took** 8:5
**top** 12:15 27:12
**towers** 13:16
21:25 22:5,6

33:14,15
**transcript** 37:4
**traveling** 2:5
**tray** 5:21
**treat** 30:8
**tremendous**
20:8
**tried** 33:4
**true** 37:4
**trump** 6:18
18:1 21:19
22:17,24 23:7
26:6,7 28:25
32:10 34:22
35:6,24
**trustworthiness**
20:1
**truth** 16:2,3
33:18
**try** 22:8
**trying** 2:8
**tunnel** 21:24
22:5,6
**tunnels** 13:16
33:14,15
**turn** 6:17 23:17
24:5 27:24
**turned** 34:21
36:5
**twitter** 3:25
**two** 6:10 7:12
11:17 13:4
19:10 21:11
26:5 30:20

| | | | |
|---|---|---|---|
| **types**  23:9 | **v** | **wage**  30:1 | **we'll**  19:19 |
| **u** | **validate**  29:23 | **wait**  8:20 18:17 | 26:7,12 33:18 |
| **u.s.**  25:24 26:1 | **verge**  13:1 | 35:1 | **we're**  2:4 3:14 |
| **uh**  7:7,7 10:15 | **verification** | **want**  12:16 | 4:13 6:2 9:25 |
| **ultimate**  8:8 | 17:6,9 | 16:16 18:1 | 10:16 12:13,23 |
| **ultimately** | **verifications** | 19:11 20:4,20 | 12:24 14:20 |
| 11:24 | 16:25 | 21:13 29:22,22 | 15:21 16:1 |
| **uncover**  33:18 | **veritext**  37:11 | 31:1 32:7 36:1 | 22:4,8 23:19 |
| **under**  2:16 4:6 | **victory**  17:25 | 36:7 | **we've**  11:14 |
| 4:12,17,18 | **video**  3:21,23 | **wants**  19:10 | 13:3 26:3 |
| 9:13 12:18 | 16:1 34:8 | 23:24 | 32:18 |
| 17:21 25:3,17 | **videotape**  16:4 | **warrant**  34:19 | **what's**  6:12 |
| 34:8 | **violation**  5:4,5 | **warrants**  34:16 | 24:6 34:6 |
| **underneath** | **visit**  15:15 | 34:17,18 | **wheeled**  27:19 |
| 5:25 27:13,17 | **visited**  34:16 | **washington** | **wheels**  27:11 |
| **understand** | **vote**  5:3 6:9 | 6:24 | **willie**  26:10 |
| 18:15 | 7:25 12:7 18:8 | **wasn't**  11:11 | **willing**  3:9 |
| **unfair**  3:14,15 | 18:22 21:6,17 | 20:23 | **win**  19:10,11 |
| **unfortunately** | 21:18 24:22 | **watch**  3:24 | 19:17 26:9 |
| 32:3 | 25:2 | 17:18 19:18 | **wins**  18:1 22:16 |
| **united**  7:5 8:6 | **voter**  34:23 | **watching**  6:2 | **wisconsin** |
| 8:10,12,13 | **votes**  3:19 6:15 | 17:21 | 12:12 21:19 |
| 10:7 25:3 | 16:19 17:6,11 | **wave**  22:13 | 28:21 36:3 |
| **unity**  18:21 | 20:2,12,21 | **way**  6:8,13 12:8 | **wish**  12:19 29:4 |
| **upcoming** | 22:17 23:8 | 16:6 18:10 | **withstand**  6:22 |
| 15:13 | 25:16 27:23 | 20:21 24:25 | **witnesses**  11:2 |
| **uphill**  30:1 | 28:12 31:18 | 27:9 | **woman**  4:2,5 |
| **uphold**  8:5 | 32:24 | **weaklings** | 5:24 6:4 14:5 |
| **upper**  6:4 | **voting**  13:2 | 10:17,18 | **won**  6:18 12:7 |
| **upset**  24:6 | 33:3 | **website**  15:17 | 26:6 31:19 |
| **used**  29:7,10 | **w** | **week**  15:22 | 35:24 36:2 |
| 30:4 | **wabc**  2:1 14:20 | **weekend**  36:7 | **wonder**  27:20 |
| | 21:25 22:3 | **went**  16:22 | **wonderful** |
| | 33:19,23,25 | **we'd**  19:17 | 11:20 |

**woods**  23:15
**work**  26:3
**worked**  23:11
**workers**  6:12
  7:25 34:12
**world**  16:2
  17:17
**worse**  36:6
**wouldn't**  31:10
**would've**  7:9,9
  7:10,11,14,15
  15:23 31:15
  34:14,16
**wow**  31:11
**write**  10:4
**wrong**  3:6,13
  8:2 12:18
**wrongs**  32:1

**y**

**yeah**  5:24 6:4
  23:1 26:14
  28:14 29:21
  31:5
**years**  7:18 15:3
**yesterday**  3:17
  7:7 9:1 10:20
  15:24 16:12,25
  17:5 23:22
**yiddish**  35:9
**yields**  17:24
**york**  2:1 6:23
  6:23 14:15,17
  14:22 15:1
  22:9 33:20,22

**york's**  14:17
  33:22
**youtube**  14:12
**you're**  17:21
  19:6 20:7
  32:10 33:2,3,8
**you've**  24:4
  27:21 32:1
  33:2 35:15