# Exhibit 24

**Page 1**

1

2

3

4

5

6

7

8

9

10

11   2020-12-06 Uncovering the Truth with Rudy

12   Giuliani & Dr. Maria Ryan – Uncovering Voter

13   Fraud in Georgia

14

15

16

17

18

19

20

21

22

23

24

25

Plaintiffs' Exhibit
**PTX-569**
_____
C.A. No. 21-3354 (BAH)

Page 2

1           DR. MARIA RYAN:   Good morning,

2    everyone.   How are you doing?   Good morning, Mr.

3    Giuliani.

4           MR. RUDY GIULIANI:   Good morning, Dr.

5    Ryan.   Good to see you.   We're together in DC, on

6    a cool but nice day in Washington, DC.   Although,

7    the atmosphere weather wise is beautiful, the

8    mood here -- great deal of consternation, a great

9    deal of worry, a great deal of fear about what's

10   going to happen.   And maybe we could shed some

11   light on it for the people.

12           DR. MARIA RYAN:   Yeah, it's really

13   interesting.   People who don't get involved in

14   politics and really haven't been following any of

15   the news, of course, if they're watching certain

16   channels, they don't know what's going on.   But

17   all of a sudden, there's a -- people are

18   realizing, wow, there's a lot of -- everybody is

19   calling it irregularities.

20           Hey, let's call a spade a spade.

21   Fraud.   People are recognizing that there's a lot

22   of fraud in many states.   And we're actually

23   going to talk about that today.   Our episode is

24   called stop the steal.   But I just want to go

25   over last week's question, which was, should

Page 3

1   state legislators appoint new electors if they

2   suspect fraud?  91.86 percent of you said yes.

3   And 8.14 percent said no.  Last week, we did talk

4   about the, who has control, who really can look

5   at these fraud allegations and do something about

6   it.  And clearly the constitution says it is the

7   state legislators.

8          So, certainly, people want them to

9   stand up and do what is right.  But Rudy, we were

10  going to talk about -- there's a video going on.

11  There's many videos out there.  But there's a

12  video that's on your Twitter, which is

13  @Rudygiuliani.  And let, I would like you

14  describe it to the people.

15          MR. RUDY GIULIANI:  (indiscernible).

16  If you have Twitter available, I would ask you to

17  go to Twitter, and you'll see the very top thing

18  on Twitter is a podcast about this.  And I invite

19  you to listen to it later.  It'll describe the

20  whole heist and the way it happened.  But if you

21  go down about ten, no, twelve, a little further -

22  - there we are -- it looks like a bunch of little

23  ants walking around.  And then a little further

24  down, there's a split screen that has four

25  (indiscernible).

1           DR. MARIA RYAN:   (indiscernible).

2           MR. RUDY GIULIANI:  So, what is it?

3    It's a security camera.  Four security cameras,

4    which they didn't know were in the ballot

5    counting room.  So, these very, very crooked

6    democrats --

7           DR. MARIA RYAN:  In Georgia.

8           MR. RUDY GIULIANI:  -- in Georgia, they

9    began before 8:30 in the morning.  At 8:30 in the

10   morning, the woman who you will see take the

11   ballot out originally, at 11:30 at night -- at

12   8:30, she put all the ballots in, under a table,

13   which has a black covering over it.  It has a

14   black covering right over it.

15          And the ballots were hidden under there

16   for the whole day.  The whole day, the ballots

17   were hidden under there, when the reporters and

18   the inspectors were all in the room.  When the

19   reporters and inspectors were thrown out, they

20   waited about a half hour.

21          They checked the room carefully.  They

22   locked the doors.  And then immediately, she went

23   to the black table that was covered with a cloth,

24   went under it, and pulled a tray out.  And the

25   tray seemed to have a guide on it to what was

Page 5

```
 1   under it.  And the immediately, she came over.
 2   The two women are involved.  The second woman
 3   came over and took a basket of, or tray full of
 4   ballots.  Looks like about 2,000, 3,000 ballots,
 5   and brings them to the back, where they can be
 6   counted.  There was nobody around.
 7           And then another woman comes and takes
 8   another basket, brings it to another place to be
 9   counted.  Then another woman, and then a man.
10   They do it all within about four minutes.  Nobody
11   there.  Nobody watching.  Done secretly.  You can
12   see at times that ballots are being double
13   counted, being put in a few times.
14           When they tell you there's no evidence
15   of fraud, please, please take this and shove it
16   down their throat.  I mean, this is about -- I've
17   never seen anything as clear as stealing votes
18   than this.  And the FBI hasn't arrested anybody,
19   hasn't raided anybody, hasn't -- these two women
20   also, there's another tape with them --
21           DR. MARIA RYAN:  Yeah, if you go --
22           MR. RUDY GIULIANI:  -- involving, using
23   USBs to invade the dominion machines, which is
24   also illegal.  I mean, these women are serial
25   criminals.  And they just walk around free.  You
```

1   got a new election coming up.  They're planning

2   to cheat in that election.  The stupid governor

3   won't call a special sessions.  Do they liked to

4   be cheated?  I mean (indiscernible).

5           DR. MARIA RYAN:  This is so egregious.

6   And more and more videos are coming out.  And

7   this is by a security film.  And we have heard

8   this repeatedly through many states that the GOP

9   or Republican -- they don't even have to be

10  Republican.  But if they were definitely not a

11  democrat observer, they were kicked out, they

12  were relegated to a corner.

13          If they asked questions, sometimes they

14  would be escorted out in handcuffs, where the

15  democrat observers would cheer.  But this video

16  that Rudy described is so egregious.  So, again,

17  just to recap, they kicked out the Republican

18  observers, waited to the media left, some

19  supervisors, and they go under this table.  And

20  this is all around.

21          Remember, we were hearing, there was a

22  big leak.  Some kind of pipe burst in Georgia.

23  And they had to stop, you know, counting.  That

24  was total fabrication.  Like there was a little

25  something with a toilet.  But they did that so

1   everybody would shut down.  It was reported on

2   air.  They were shut down.  But clearly these

3   people stayed.  Hidden ballots were taken out,

4   run through, some were run through again.

5   Listen.  And I mean this to the bottom of my

6   heart.  If this happened to Biden, even though I

7   am a conservative, I would be deeply concerned.

8             We should all want voter integrity.

9   Joe Biden should be standing up and saying okay,

10  let's investigate everything.  We need voter

11  integrity.  I do not have a Twitter feed like

12  Rudy.  Rudy's got over a million followers.  And

13  I'm fairly new to it.  But if you go to

14  @MariaryanNH, which stands for the great state of

15  New Hampshire, I too posted yesterday two videos,

16  again from Georgia.

17            But looking at these people who seem to

18  be conspiring to run more ballots over and over

19  again.  Why is that?  Many great people have

20  stood up and testified and told what they've

21  seen.  And data analysts have come forward with

22  all the irregularities.  And the reason why we

23  believe this is a conspiracy is because it

24  happened over multiple states.  We've always had

25  some fraud in our elections.  But never like

1    this, where is seems in multiple states, certain

2    people were told to back date ballots.  If it

3    came in on the 5th or 6th, oh no, write the 2nd.

4    And they would be threatened.

5              Where we've had mega, or as the

6    president would say, huge, ballot harvesting,

7    which is illegal in most states, where you go out

8    to nursing homes, and you say oh, I can help you

9    with your ballot.  I'll take it in for you.  And

10   oftentimes, those ballots are changed.  We have

11   the data analysts telling us.  What is that term

12   Rudy?  Downward -- ?

13             MR. RUDY GIULIANI:  Spiral?

14             DR. MARIA RYAN:  No.  Usually, if --

15   so, President Trump is pretty darn popular.  And

16   so, if people usually vote for the President --

17             MR. RUDY GIULIANI:  Down ballot.

18             DR. MARIA RYAN:  Down ballot.  Yeah,

19   yeah, that's it.  So, down ballot.  There were so

20   many people who allegedly voted for Biden, but

21   Republican all throughout the rest of the ticket.

22   And again, happening in multiple states, which

23   seems very, very odd.  So, we have people trying

24   to fight for justice in all --

25             MR. RUDY GIULIANI:  They're getting

1   their heads kicked in.

2             DR. MARIA RYAN:  Yeah.

3             MR. RUDY GIULIANI:  They're getting

4   their heads kicked in and the media is ignoring

5   it.  And places like Fox, they (indiscernible).

6   Nobody's debunked this.

7             DR. MARIA RYAN:  Nobody's debunked

8   really any part of it.

9             MR. RUDY GIULIANI:  The minute it was

10  shown in the Georgia Legislature, one of the

11  democrats said it's been debunked.  They had

12  never seen it before.

13            DR. MARIA RYAN:  That's the new word to

14  try to fool the American public.

15            MR. RUDY GIULIANI:  There's no way you

16  can debunk this.  They are literally taking

17  ballots out from under a table in the middle of

18  the night with the doors closed, with the

19  inspectors gone, and counting the ballots.  You

20  don't do that if it's honest.

21            You don't throw the inspectors out and

22  do it in the middle of the night if it's honest.

23  Do they think we're stupid?  Yes, we are stupid.

24  So, the Republican Legislature in Georgia, thank

25  god, has awakened.  Yesterday, they began a

1    petition to have a special session of the Georgia

2    Legislature, December 8th or 10th, I think, in

3    order to vote.

4              DR. MARIA RYAN:  Yeah, and that's

5    great.  'Cause they need to come in and really

6    look at what's happening.  And my god, I've never

7    seen anything like it.  I helped the legal team

8    right after the election for a week, just

9    fielding the call from you, American citizens who

10   are so concerned.

11              Stories how I went to vote, and they

12   told me I already did, or they learned that their

13   dead grandfather voted.  Or they saw, they were

14   an observer, and they saw pristine ballots, with

15   just one thing on it, one thing.  Nothing else

16   circled.  Just for Biden.  Pristine.

17              MR. RUDY GIULIANI:  I think when you

18   see this, what you are looking at are

19   professional, professional vote thieves.  These

20   are people who make it a profession to steal

21   votes and to steal elections.  These votes, just

22   in that period of time that you see in this video

23   are enough to turn the election from Trump, from

24   Biden to Trump.

25              DR. MARIA RYAN:  Yeah.

1            MR. RUDY GIULIANI:  Just this alone.

2            DR. MARIA RYAN:  Never mind the

3    illegals.

4            MR. RUDY GIULIANI:  Never mind 200,000

5    others, the illegals that voted, the dead people

6    that voted.

7            DR. MARIA RYAN:  Yeah.

8            MR. RUDY GIULIANI:  The out of state

9    people who voted, the people who voted three

10   times.

11           DR. MARIA RYAN:  Yeah.  And the

12   allegations.

13           MR. RUDY GIULIANI:  The Georgia

14   election was completely out of control.  And

15   their Secretary of State, I don't know what he

16   is.  And the Governor is frightened.  So, the

17   state legislature has stood up and said under the

18   constitution, we have the power.  We're taken

19   over.

20           DR. MARIA RYAN:  God bless him.

21           MR. RUDY GIULIANI:  So, we'll see what

22   they do.  Let's see what they do.  So, you hang

23   on.  And you get ready to give us a call at --

24           DR. MARIA RYAN:  1-800-848-9222, or 1-

25   800-848-WABC.

```
                                          Page 12

 1              [BREAK]

 2              MR. RUDY GIULIANI:  This is Rudy

 3    Giuliani, back with Dr. Maria Ryan.  And we're

 4    going to go to the (indiscernible) Foundation

 5    Hotline.  The (indiscernible) Foundation is

 6    honoring America's heroes through the season of

 7    hope.  Donate now at T2T.org.  That's T2T.org.

 8    T2T.org.  So, why don't we start?  Maria, who do

 9    you want to pick?

10              DR. MARIA RYAN:  Let's pick Judy from

11    Brooklyn.

12              MR. RUDY GIULIANI:  Okay.

13              JUDY:  Hey, good morning, guys.  Thank

14    you so much for taking my call.  Okay.  So, I

15    want to say that the social and mainstream media

16    and press suppression is a huge problem in

17    getting the truth out to the American people.

18    And Rudy, you're doing a fabulous job.  And I

19    really hope with divine intervention, we're going

20    to get through better than ever, and that

21    President Trump will be our president for another

22    four years now, right now.  So, I

23    (indiscernible).  I have two questions.  I hope

24    you can answer them.  I'm sure you could.  First

25    question is regarding the dominion
```

1   (indiscernible) machines, now we know they were

2   designed to cheat, with Hugo Chavez and

3   (indiscernible) in Venezuela.  We know that they

4   can flip votes.  'Cause they did flip

5   (indiscernible) one machine, from Trump to Biden,

6   6,000 votes from one county or something.

7            MR. RUDY GIULIANI:  Correct.

8            DR. MARIA RYAN:  Yeah, (indiscernible)

9   County in Michigan.

10            JUDY:  Right.  And they're also able to

11   be cyber hacked.  Okay?  So, my question is how

12   many machines were there in all of these

13   democratic states altogether?  Plus, is Georgia

14   going to use these machines, which I hope they

15   don't?  That's one question.  Two, and this

16   question is because I want to educate Bill

17   O'Reilly.  Okay?  He needs to be educated.

18   'Cause with friends like him, you really don't

19   need enemies.  Okay?

20            DR. MARIA RYAN:  Okay.

21            JUDY:  I heard him say oh, Biden has

22   like a few million votes more than Trump.  He'll

23   never catch up.  And I'm thinking but that's the

24   point, Bill O'Reilly.  There's a problem here.

25   'Cause the numbers don't add up.  So, please help

```
 1   me.  Okay?  Let's go to Donald Trump winning
 2   (indiscernible) percent.  But how many votes --
 3   probably two million ahead, on the night of the
 4   3rd.  Okay?  By the morning, all of a sudden, in
 5   the same four swing states -- I'm talking about
 6   those four swing states that he was ahead
 7   everywhere.
 8            MR. RUDY GIULIANI:  Right.
 9            DR. MARIA RYAN:  All of a sudden,
10   according to Bill O'Reilly, Biden has like what,
11   a few million more?  How did that happen?  And it
12   doesn't make sense, because these four swing
13   states, according to the fraud -- Biden was ahead
14   by, you know, a little bit more.  So, how did the
15   millions come in there?  It doesn't add up, Mayor
16   Giuliani, and Dr. Ryan.  Could you help me on
17   these two questions?
18            MR. RUDY GIULIANI:  Sure.  I think the
19   videotape can help you more than me.  The
20   videotape shows you and O'Reilly how the ballots
21   were made up.  They were phony ballots, hidden
22   under tables, brought in in sanitation trucks,
23   brought in in other trucks, (indiscernible) in
24   Michigan, Philadelphia.  Here, they hid it under
25   tables.  They just stuffed the ballot box.
```

Page 15

```
 1              DR. MARIA RYAN:  Yeah, there are so
 2   many ways this has been accomplished, Judy.  And
 3   you're so right about this dominion software.
 4   It's never been a good software.  Texas refused
 5   to use it.  I don't know why it was pushed on the
 6   American people.  But I think it's multi-
 7   factoral.  You know, the dead voted again.  We
 8   see that in every election, dead people voting,
 9   the ballot harvesting.
10              Some people directly cheating, putting
11   in extra ballots.  I don't know if people were
12   paid, why they did it.  And then there's the
13   dominion software.  And I guess you can design it
14   or you can hack it.  But you can design
15   algorithms to change votes or suppress votes.
16   The minute we knew that the Democrats are trying
17   to steal this election, I was so concerned that
18   we were just going to go with recounts.
19              Recounts weren't going to tell us
20   anything.  So, the same fraudulent ballots for
21   Biden would be counted again.  And I believe
22   Trump ballots were destroyed in some cases.  So,
23   just in case, people, you know, thinking wow, if
24   there's an audit we better really get rid of some
25   of these votes for Trump.  But it is so bad.  We
```

1    need to do something after this, after all this

2    is done, we need to do something to get rid of

3    those dominion voting machines, and to get

4    tighter controls over our elections.  I have a

5    lot of people who are first generation Americans,

6    or they themselves have come from other

7    countries.  They are bewildered that this can

8    happen in America.

9              And they're very scared that people can

10   buy elections, people can sway elections.  And

11   none of us want to see this happen again.  But as

12   far as jumping back to your first question about

13   how many machines in Georgia.  I'm not quite

14   sure.  We do know 32 states are using the

15   dominion software.

16             MR. RUDY GIULIANI:  Yeah, some of them

17   use it completely.  Some of them use it for part

18   of the state.  Like Arizona used it for its

19   biggest county, Maricopa County.  Michigan used

20   it for most of Michigan.  That's where the big

21   problem took place.  The dominion machine is a

22   problem.  But the mail in ballots and the way

23   dominion counted them is the real, real problem.

24   The mail in ballots are completely fraud.

25             DR. MARIA RYAN:  Yeah.

Page 17

1           MR. RUDY GIULIANI:  I just saw

2   something here.  Dekalb County now can't find

3   receipts for about 200,000 absentee ballots.

4           DR. MARIA RYAN:  That's right.  And I'm

5   sure we will never find them.

6           MR. RUDY GIULIANI:  Just came across.

7   (indiscernible) 200,00 ballots.  I mean, the

8   state was only 10,000.  Those people you see on

9   tape are stealing 50,000 votes.  Biden only won

10  by 10,000.  I mean, that tape, that tape alone

11  changes the election.  So, change it!

12          DR. MARIA RYAN:  Yes.

13          MR. RUDY GIULIANI:  Have the guts to

14  change it.  Let the media go crazy.  They'll have

15  to deal with the truth.  Oh my god.  They'll have

16  to deal with the truth.

17          DR. MARIA RYAN:  Yeah.

18          MR. RUDY GIULIANI:  (indiscernible).

19          DR. MARIA RYAN:  We've got to move

20  forward.  But let's go to Joe in the Bronx.

21          JOE:  Good morning.  I do have an issue

22  with regard to Joe Biden's designate to replace

23  Mike Pompeo as Secretary of State.  His name is

24  Tony Blinken.  And for those who are not familiar

25  with Tony Blinken, he's basically a point man,

Page 18

1   that is to say a conduit for organizations,

2   extremist organizations like AIPAC.  American

3   Israel Public Affairs Committee.  And also for

4   the foundation for the defense of democracy,

5   which is the (indiscernible) thinktank in

6   Washington DC, that's calling for a war with

7   Iran.

8            Now, the question is while Israel

9   definitely has an issue with regards to security,

10  (indiscernible) Iran, is it in the United States

11  best interest to pick a fight, a physical fight

12  with the Islamic Republic.  That's the question.

13  And if so, what are the costs that are to be

14  entailed in such a fight.  Now, with regard to

15  the first question, does the United States have a

16  vested interest in attacking Iran?

17            I would have to say adamantly, the

18  answer is no, that while it might be a threat to

19  the national security of Israel, that does not

20  imply that that threat is (indiscernible) with

21  American national interest.  It's simply not the

22  case.  And with regard to the, you know, the

23  joint plan of action, the treaty that actually

24  monitored the Iranian Nuclear Program --

25            DR. MARIA RYAN:  Yes.

1           MR. RUDY GIULIANI:  -- try to remember

2    the United Nations is inspecting all of the

3    nuclear facilities in Iran right now as we speak,

4    even though the United States pulled out of the

5    treaty under the Trump administration.  Their

6    facilities are being monitored.  And our

7    intelligence community, as far back as 2011,

8    stated definitively that the Iranian Nuclear

9    Program (indiscernible).

10          MR. RUDY GIULIANI:  I think we'll have

11   a disagreement about this, Joe.  I don't think

12   much about Tony Blinken either, for other

13   reasons.  But I don't think APAC is a radical

14   organization in any sense of the word.  Nor do I

15   think America's sole interest, national security

16   interest, with regard to Iran, is Israel.

17   Iranians have killed an awful lot of Americans.

18          DR. MARIA RYAN:  Oh my god.  They hate

19   us.

20          MR. RUDY GIULIANI:  They even attempted

21   to kill me twice.  I have kind of a personal

22   interest in it.  They've killed a lot of

23   Americans over the years.  And they've done a

24   tremendous amount of damage to us by sponsoring

25   terrorism all over the world.  And I can't

Page 20

```
 1    believe that you would have supported that
 2    agreement that ended up giving over a billion
 3    dollars in cash --
 4              DR. MARIA RYAN:  Our tax dollars.
 5              MR. RUDY GIULIANI:  A billion dollars
 6    in cash to a terrorist regime?
 7              DR. MARIA RYAN:  Yeah, that they used
 8    on us, weapons on us.
 9              MR. RUDY GIULIANI:  That's whacky.
10    That's whacky.
11              DR. MARIA RYAN:  That's John Kerry,
12    Obama.
13              MR. RUDY GIULIANI:  Yeah.
14              DR. MARIA RYAN:  But I can say we both,
15    Rudy and I are, know a group of freedom loving
16    Iranians, who told us that was all a sham, that
17    nuclear deal, that things were still happening.
18    It was a piece of paper.  That's all it was.
19              MR. RUDY GIULIANI:  Well, we'll be back
20    with the (indiscernible) Towers Foundation
21    hotline.  And line up.  We've got a lot more
22    questions coming.
23              [BREAK]
24              DR. MARIA RYAN:  Welcome back to
25    Uncovering The Truth.  We are talking about
```

1    stopping the steal, the mega-evidence.  None of

2    it has been debunked.  On voter fraud in the

3    presidential election.

4              MR. RUDY GIULIANI:  If anything, more

5    and more is mounting.  And people are testifying

6    left and right about ballots stolen, ballots

7    brought in trucks to strange places, ballots

8    being filled out in the middle of the night,

9    amounts that clearly implicate the margins

10   between the two candidates.  I mean, after all,

11   some of these states are very, very close.

12             Arizona is like 10,000.  Wisconsin is

13   about 10,000.  Georgia is about 10,000.  You

14   know, you fool around with 20,000 votes in an

15   election, the election changes.  (indiscernible)

16   Towers Foundation hotline.  And Tunnels to Towers

17   Foundation is honoring America's heroes through

18   its season of hope.  Donate now at T2T.org.

19   That's T2T.org.  T2T.org.  And we'll go to Pat in

20   Buffalo, New York.

21             PAT:  Hello?

22             DR. MARIA RYAN:  Good morning, Pat.

23             MR. RUDY GIULIANI:  Pat.

24             PAT:  Hi, good morning.  Thanks for

25   taking my call.  Two things I'd like you to

```
1    comment on.  You know, Rudy, you just said about
2    the trucks in the middle of the night.  That's
3    parallel to what we saw with the table, with the
4    black cover.  It's the same thing, you know,
5    hidden ballots brought in in the middle of the
6    night when no one is looking.  So, maybe you can
7    connect the dots when you talk about that.
8              And I think, I know that you have
9    affidavits to that effect.  And I've seen some
10   witnesses testify in different states about that.
11   But if you can get that out there, just like you
12   did with the, you know, that tracker who came
13   from New York, and this table, the black
14   tablecloth, if you can get that out there, these
15   trucks in the middle of the night, and connect
16   the dots, and show that it was in fact systemic,
17   I think that would be really important.  But of
18   course, the problem is the mainstream media.
19             DR. MARIA RYAN:  Yep.
20             PAT:  So, I was thinking maybe you can
21   use (indiscernible), or I don't know what other
22   means you have to get it out there.
23             DR. MARIA RYAN:  Oh yeah, she's great.
24             MR. RUDY GIULIANI:  She puts it out for
25   us.  We'll connect the two (indiscernible).  I
```

1   mean, the reality is that the ballots that were

2   brought in in Pennsylvania were at about 4:00 or

3   4:30 in the morning.  There are 100,000 of them.

4   They were in three or four trucks.  And there are

5   four witnesses to that.  That one is not on

6   videotape.

7            But we have four witnesses, one of whom

8   is a dominion employee, who was disgusted at how

9   dominion cooperated in the fraud.  And then of

10  course the one in Atlanta, there are witnesses to

11  it.  But then, of course, we have the videotape,

12  which kind of seals the deal.  And also, there's

13  a similar, there was a similar infusion of

14  ballots in Pennsylvania that we're trying to get

15  to the bottom of, that may have involved that guy

16  who drove down from New York.

17            But this is something they were doing

18  all over the country, because they had to

19  furiously catch him up, because he was so far --

20  Biden was much further behind that they thought

21  he would be.  And they expected to pump in some

22  phony mail ballot votes.  They never thought

23  they'd have to pump in 700,000 or 800,000,

24  300,000, 400,000.

25            DR. MARIA RYAN:  Yeah.

1           MR. RUDY GIULIANI:  I mean, Trump

2    really trashed him.  And then they trashed us.

3           DR. MARIA RYAN:  There was this great

4    video out there.  I think it was actually CNN

5    live, the night of the election.  And I forget

6    what state it was.  It could have been

7    Pennsylvania.  And it had Biden's numbers up

8    there, Trump's numbers up there.  While we're all

9    watching TV, you saw numbers taken from Trump and

10   given to Biden.  Like that was live on TV.  It's

11   crazy.

12          MR. RUDY GIULIANI:  I think there was a

13   decision made somewhere -- I don't know who runs

14   this -- that they weren't going to let Trump win.

15          DR. MARIA RYAN:  No, I know.

16          MR. RUDY GIULIANI:  Big tech, big

17   media.

18          DR. MARIA RYAN:  Yep.

19          MR. RUDY GIULIANI:  Big business, big

20   democrats.

21          DR. MARIA RYAN:  George Soros.

22          MR. RUDY GIULIANI:  George Soros.

23          DR. MARIA RYAN:  The whole thing.

24          MR. RUDY GIULIANI:  Who is --

25          DR. MARIA RYAN:  The devil.

1           MR. RUDY GIULIANI:  -- got a hand in a

2    lot of this.  Man.

3           DR. MARIA RYAN:  Yeah.

4           MR. RUDY GIULIANI:  I mean, if you

5    think about it, when I sit there and I show

6    people this evidence and I hear them say it's

7    been debunked, it turns my stomach.

8           DR. MARIA RYAN:  You know, I want to

9    say something.  I don't know if it was a caller

10   today or last week talking about the courts.  I

11   have to say, when Rudy went down to Pennsylvania,

12   those judges didn't allow the witnesses to come

13   in.  So, when people keep saying oh well, you

14   know, if there's so much fraud, how come there's

15   not been a win in the courts?

16          MR. RUDY GIULIANI:  No judge has heard

17   a witness yet.

18          DR. MARIA RYAN:  Right.

19          MR. RUDY GIULIANI:  The only witnesses

20   have been heard by the legislatures.  That's why

21   we had to go to the legislatures.  The courts

22   will not let us put witnesses on.

23          DR. MARIA RYAN:  So, we have a problem

24   here in America.

25          MR. RUDY GIULIANI:  So, how do the

1  judges know when the witnesses are telling the

2  truth or not, when they don't put them on the

3  witness stand?

4          DR. MARIA RYAN:  Yeah, so, that's a big

5  thing we need to let people know.

6          MR. RUDY GIULIANI:  Let's try Joe in

7  Virginia.

8          JOE:  Good morning, Dr. Ryan, and good

9  morning, Mr. Mayor.

10          MR. RUDY GIULIANI:  Hey, Joe.

11          JOE:  You've done an outstanding job, a

12  (indiscernible) job.  Thank you for being the

13  person that's speaking up for America.  I have

14  two questions for you.  One of them is, we know

15  that according to the constitution, these

16  legislatures have the (indiscernible) power to be

17  able to do what they have to do, as far as the

18  electors are concerned.

19          But being the fact that we have so many

20  wishy-washy Republicans that absolutely hate

21  Donald Trump, (indiscernible) will they indeed do

22  what they are required to do by the constitution?

23  Number one.  Number two, given the, that we have

24  a new, another runoff, we have a runoff coming on

25  January 5th --

Page 27

1           DR. MARIA RYAN:   Right.

2           JOE:  -- are there enough people that

3   are available that are going to be actual poll

4   watchers, that will not be intimidated, that will

5   not be cased off for that runoff, and actual be

6   seen as being regal, as being proper, and also

7   that the American people will have confidence in

8   the fact that that was both run and done

9   properly?

10          MR. RUDY GIULIANI:  Well, you're right

11  about Republicans being afraid.  A little bit has

12  to do with the fact that there are some anti-

13  Trump Republicans.  But that's a very small

14  number.  Trump has 96 percent support among

15  Republicans.  It really comes from the fact that

16  they're not as tough as Democrats.

17          They're just not as tough.  They don't

18  like street fights.  And also, they won't do

19  dishonest things.  Which of course, I respect.  I

20  don't want them to do dishonest things.  But I

21  don't want them to walk away from things that are

22  dishonest, that they have to call out as

23  dishonest, and take the heat for being called

24  liars and whatever --

25          DR. MARIA RYAN:   Yeah.

1           MR. RUDY GIULIANI:  -- traitors and

2    Nazis.  You know, they call me that, it's a badge

3    of honor when they call me that, when people like

4    that call me that.  I know why they're doing it.

5    They're doing it because I'm pointing out what

6    crooks they are.

7           DR. MARIA RYAN:  Yeah, and they're

8    trying to discredit through all this chaos.

9           MR. RUDY GIULIANI:  I don't know where

10   we got all these weaklings in the Republican

11   party.  I don't know.

12           DR. MARIA RYAN:  You got to stand up

13   for what's right.  And I know it's difficult.

14   And I don't want any of your families to be

15   threatened.  But if they are, we need to call the

16   police.  We need to call the FBI.  We need to

17   fight back for truth and justice.

18           MR. RUDY GIULIANI:  Might as well get

19   the threats over now and not later.  'Cause they

20   only get worse.  When you let this fester --

21   there are going to be threats now, in calling

22   them out on being crooks.  Can you imagine what

23   it's going to be like if they're in power for

24   four years or eight years, what it's going to be

25   like to deal with it?

1            DR. MARIA RYAN:  Oh my god.  Yep.  Yep.

2     We'll have no rights at all.

3            MR. RUDY GIULIANI:  Read my book.

4     Leadership.  Chapter.  Stand up to bullies.

5            DR. MARIA RYAN:  Very good.

6            MR. RUDY GIULIANI:  Paula in Queens.

7            DR. MARIA RYAN:  Hello, Paula.

8            PAULA:  I have a few points.  And I

9     would hope that you would hear me out.  Also, I

10    wanted to ask you, Mr. Mayor, is there a way to

11    get in touch with you by email?  Or could I send,

12    if I need to, I, 'cause I have a lot to say, a

13    letter to you, by the station?

14            MR. RUDY GIULIANI:  Well, you could

15    send it to the station, sure.

16            PAULA:  Okay.  Okay.  One thing, I

17    think is that this should go back to the old

18    lever machines.  I think they got rid of those,

19    because they wanted to use this current way of

20    voting because it allows for all this fraud.  I

21    think this was part of a scheme.  Also, I think

22    that regarding -- there should have been, in all

23    the swing states, there should have been

24    surveillance cameras.

25            DR. MARIA RYAN:  Yep.

1          PAULA:  We should have made sure to put

2    them in.  And we wouldn't be in this predicament

3    now.

4          MR. RUDY GIULIANI:  You're right.

5          PAULA:  Because we would have had real

6    footage, which would be proof we could take to

7    court.  And I think for the runoff in Georgia, we

8    absolutely have to have surveillance cameras

9    there.  And we insist on it.  There should be a

10   camera.  It should be date and timestamped so we

11   can correlate things.

12          And I think there should be a camera in

13   the front of the room, so you can see the whole

14   room, the counters, and what comes in and out of

15   the door.  The should be a camera in the back,

16   that you can see the watchers and the counters

17   and whatever irregularities, you could see it on

18   tape.  And you could see --

19          DR. MARIA RYAN:  Yep, just like in the

20   casinos, right?

21          PAULA:  Yeah, and you could see, like

22   if someone is putting one ballot into the machine

23   many times, you could actually see, you know, if

24   they are discarding the envelopes with the dates

25   and the postmarks and the signatures without

1    checking anything, and just, which is like

2    discarding evidence, I would say, which is

3    illegal in itself.  And then there should be

4    maybe a camera on overhead, overhead, on top of

5    the counters.  And so, you could see the ballots

6    and see what the markings are, and you could see

7    if they're tampering with the ballots, if they're

8    doing markings, or doing something to make it

9    invalid, especially if it's for Trump.

10            And I think that there should be maybe

11   people from the board of elections, or whoever

12   sends the Republican poll watchers, in the room.

13   Because if any of this happens again, and they

14   can't get help, or they're escorted out in

15   handcuffs, which is a disgrace, that something

16   could be done and affected at the moment on the

17   spot.  Not have to wait.

18            You don't take out binoculars.  You go

19   and call for help.  You take out a phone.  So,

20   somebody needs to be there to oversee all this.

21   And I think too they should expand the criteria

22   for the absentee ballots to include people who

23   are afraid to come vote in person, because

24   they're afraid of catching the COVID virus.  And

25   that this would lessen the need for mail-in

1   ballots.  At least that part of the population

2   wouldn't have that excuse.  So, (indiscernible)

3   extenuating circumstances with the pandemic.  So,

4   I think that the absentee ballot criteria should

5   be expanded to include them.

6              MR. RUDY GIULIANI:  Well, I agree with

7   everything but probably the last part, expanding

8   the absentee ballot.  I think that the expansion

9   of the mail in ballot is part of the problem

10  here.  Particularly, it wasn't accompanied by

11  very strict procedures for security, so that each

12  one of them, each ballot was examined by a

13  Republican and a Democrat.

14             And that actually became the way in

15  which the Democrats were able to cheat, by taking

16  the number of -- for example, in Georgia, four

17  years ago, there were 450 absentee ballots.  This

18  time, there were 1.8 million.  So, think about

19  that.  Right?

20             That's a lot more to cheat with.  The

21  450, there was 6.5 percent rejection rate.  1.8

22  million, there was a .2 percent rejection rate,

23  which means 450,000 ballots, they rejected six

24  and a half percent.  1.8 million, they rejected

25  none.  Right?

1           DR. MARIA RYAN:  Yeah.

2           MR. RUDY GIULIANI:  None.  So, yeah,

3    you can have absentee ballots.  But you better

4    have a heck of a security system.  Because

5    absentee ballots, in the words of every expert on

6    voting, including Jimmy Carter, Baker, Justice

7    Suder, textbooks on voting, is the most prone to

8    fraud of any other form of voting.  And boy, we

9    showed it this time.

10          DR. MARIA RYAN:  Yeah.

11          MR. RUDY GIULIANI:  We really, really

12   showed it this time.

13          DR. MARIA RYAN:  I do hope Georgia is

14   taking a lot of precautions and heeds your

15   advice, Paula.  I do know that Stacy Abram's non-

16   profit group, where she has raised a lot of

17   money, is being investigated.  She has made

18   statements, like she has got 600,000 ballots

19   ready to go.  What does that mean?

20          Some people have interpreted that she

21   is encouraging people to move into Georgia for a

22   limited time, just to vote.  But it is being

23   investigated.  And I call on the FBI, Department

24   of Justice to take a hard look at all these

25   allegations.

1          MR. RUDY GIULIANI:  Yeah, and also, how

2   about everybody has to have a photo ID when they

3   vote?

4          DR. MARIA RYAN:  Yeah, why not?  We

5   have to have a photo ID when we fly, everything

6   else.

7          MR. RUDY GIULIANI:  Everybody,

8   everybody, everybody.

9          [BREAK]

10          MR. RUDY GIULIANI:  Well, now it's time

11   for our closing arguments, which is brought to

12   you by Global Security Solutions, for all of your

13   security and investigative needs.  When you need

14   results, globalsecuritysolutions.com.  Well, this

15   has been a very, very interesting and very

16   important show.

17          I've never seen such evidence of voter

18   fraud, never believed it was this extensive.  I

19   always knew it happened.  I always knew the Times

20   minimize it.  I always knew the Times minimized

21   it.

22          But I never realized it was as

23   extensive as this.  Maria, would you, the

24   question for today is should Georgia award the

25   election, the Georgia Legislature award the

1   election to Trump?  And I'll have Maria give the

2   closing argument.  And you know, then you vote at

3   WABCradio.com.

4           DR. MARIA RYAN:  Mm hmm.

5           MR. RUDY GIULIANI:  Until Wednesday

6   night.

7           DR. MARIA RYAN: Yes.  Well, let's look

8   at what we have in Georgia, and in many other

9   states.  But we're talking about Georgia right

10  now, a state that President Trump has done very

11  well in.  He's really popular.  And look at the

12  evidence that the people -- this isn't Donald

13  Trump making it up.

14          This isn't Rudy Giuliani making it up.

15  The people are crying out for us to look at what

16  went on in Georgia.  There are several videos.

17  Look at Twitter, @Rudygiuliani.  Look at that

18  video he described earlier.  @mariaryanNH.  Look

19  at additional videos, all in Georgia.  The fact

20  that there were so many pristine ballots -- they

21  weren't folded to go in an envelope.

22          Almost like they were brought in in

23  stacks that had Biden only.  Look at the rate in

24  some of the analytics that have gone on in the

25  Georgia and other state elections, on the

Page 36

1    variabilities and where we had spikes.  So, when

2    President Trump was ahead, we could see, in the

3    middle of the night, 4:00 AM, a large spike of

4    votes, all of a sudden went to Biden.  So, there

5    is a multitude of evidence in Georgia.  Recounts,

6    don't work, as I said earlier.  You could be

7    recounting the same fraudulent ballots.  And if

8    President Trump ballots were destroyed, we can't

9    find them again.

10               So, there needs to be forensic audits,

11   etcetera.  But time is running out.  So, who has

12   the power?  Who did the constitution say has the

13   power?  And that is the state legislature.  So,

14   it is up to you to weigh in on that.  Should

15   Georgia award the election to Trump.  Yes or no?

16   WABCradio.com.

17               MR. RUDY GIULIANI:  And if you agree

18   with that, write to the Georgia Legislature.

19               DR. MARIA RYAN:  We need your help.

20               MR. RUDY GIULIANI:  Yeah.  And write to

21   the Arizona Legislature.  And write to the

22   Michigan Legislature.

23               DR. MARIA RYAN:  Yep.

24               MR. RUDY GIULIANI:  And write to the

25   Wisconsin and Pennsylvania Legislature.  And tell

1    the Republicans, you know, wake up.  You know,

2    like in the godfather, when the godfather gets

3    the singer and he slaps him across the face.

4             DR. MARIA RYAN:  Oh yeah.

5             MR. RUDY GIULIANI:  Be a man!  Be a

6    man!  Man, I sat there in a couple of these

7    hearings.  And the Democrats were animals.

8    Republicans were (indiscernible).  Man, I don't

9    want us to be like that.  I really don't.  But I

10   don't want us to be not taken advantage of.

11            DR. MARIA RYAN:  Right.

12            MR. RUDY GIULIANI:  And I don't want to

13   see our people taken advantage of.  I've put

14   witnesses on the stand who had to be protected by

15   the police.

16            DR. MARIA RYAN:  That's terrible, Rudy.

17            MR. RUDY GIULIANI:  The Republican

18   party should come to their aid now, should back

19   them up, not let them swing out there in the

20   wind.  I mean, we've got a lot to learn about

21   loyalty, if we want to be a great political

22   party.

23            DR. MARIA RYAN:  So, encourage your

24   neighbors.  Yep.  Encourage your neighbors.

25            MR. RUDY GIULIANI:  Please.

1              DR. MARIA RYAN:  Write to those

2     legislators.

3              MR. RUDY GIULIANI:  Yes.

4              DR. MARIA RYAN:  Call the FBI.  Call

5     the DOJ.  We, as a people, have power.  But we

6     got to stick together for truth and justice.

7              MR. RUDY GIULIANI:  And we have a big,

8     big obstacle to climb, where this media

9     censorship, and the media iron curtain of

10    silence.  And the media, lying, the constant

11    propaganda.  There's this thing about debunked,

12    debunked, debunked, debunked.  Everything I've

13    ever heard debunked, never got investigated.

14             DR. MARIA RYAN:  Yeah.

15             MR. RUDY GIULIANI:  How can you debunk

16    something --

17             DR. MARIA RYAN:  It's trying to fool.

18             MR. RUDY GIULIANI:  How can you debunk

19    a witness if you don't listen to them?

20             DR. MARIA RYAN:  It's trying to fool

21    the American public, like all the information on

22    Joe Biden getting money through his son.

23             MR. RUDY GIULIANI:  One judge wrote the

24    evidence was debunked.  He never saw a witness.

25    How was it debunked?

1          DR. MARIA RYAN:  We have big problems.

2          MR. RUDY GIULIANI:  In his mind?  Well,

3    it's going to be a very, very important week.

4    Georgia, hopefully, is going to take action.

5    There's a good chance that there will be action

6    in Michigan and Arizona as well, and Wisconsin.

7    So, we may be looking at a somewhat different

8    election next Sunday.  Let's see.

9          We are very, very hopeful of that.

10   It's, you know, it's not, none of these things

11   are sure.  All of these things are very, very

12   close.  Because people are very, very worried.

13   They get threatened.  They get ridiculous things

14   said to them about what's going to happen to

15   their careers.  There are some very, very brave

16   people.

17          Bert Jones, William Lipin in Georgia

18   have been like tremendous, tremendous heroes.

19   They're the ones who started the petition drive.

20   I think they were pointed out last night by

21   President Trump.  We have similar heroes all

22   throughout the country.  I'll mention them, you

23   know, as we move along during the week.  But

24   right now, our focus is on Georgia.  So, if you

25   can make a call, or write a letter to the Georgia

Page 40

```
 1    Legislature, you'll do yourself and you'll do
 2    your country a favor.  Right?
 3              DR. MARIA RYAN:  Yep.  That's right,
 4    Rudy.  And you've been on the forefront of
 5    standing up for the American people and for truth
 6    and justice.  I mentioned this last week.  You
 7    had really put yourself out there.  Anyways, very
 8    good.
 9              MR. RUDY GIULIANI:  Closing arguments
10    have been brought to you by Global Security
11    Solutions.  For all of our security needs and
12    investigative needs, when you need results,
13    Global Security Solutions.  And when you need a
14    closing argument, go to Dr. Maria Ryan.  'Cause
15    she's the best.
16              DR. MARIA RYAN:  Very good.  Thank you
17    all for joining us.
18              MR. RUDY GIULIANI:  Thank you and have
19    a great week.  God bless you, and I'll see you
20    during the week.  Okay?  We'll take this up
21    during the week.  We'll have plenty to talk about
22    I'm sure.  God bless America.
23
24
25
```

Page 41

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8    _Sonya M. Ledanski Hyde_

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  November 28, 2022

17

18

19

20

21

22

23

24

25

**[& - audit]** Page 1

| & | |
|---|---|
| **&** 1:12 | |

| 1 | |
|---|---|
| **1** 11:24 | |
| **1-800-848-9222** 11:24 | |
| **1.8** 32:18,21,24 | |
| **10,000** 17:8,10 21:12,13,13 | |
| **100,000** 23:3 | |
| **10th** 10:2 | |
| **11501** 41:14 | |
| **11:30** 4:11 | |
| **12151** 41:8 | |

| 2 | |
|---|---|
| **2** 32:22 | |
| **2,000** 5:4 | |
| **20,000** 21:14 | |
| **200,00** 17:7 | |
| **200,000** 11:4 17:3 | |
| **2011** 19:7 | |
| **2020-12-06** 1:11 | |
| **2022** 41:16 | |
| **28** 41:16 | |
| **2nd** 8:3 | |

| 3 | |
|---|---|
| **3,000** 5:4 | |
| **300** 41:13 | |
| **300,000** 23:24 | |
| **32** 16:14 | |
| **330** 41:12 | |
| **3rd** 14:4 | |

| 4 |
|---|
| **400,000** 23:24 |
| **450** 32:17,21 |
| **450,000** 32:23 |
| **4:00** 23:2 36:3 |
| **4:30** 23:3 |

| 5 |
|---|
| **50,000** 17:9 |
| **5th** 8:3 26:25 |

| 6 |
|---|
| **6,000** 13:6 |
| **6.5** 32:21 |
| **600,000** 33:18 |
| **6th** 8:3 |

| 7 |
|---|
| **700,000** 23:23 |

| 8 |
|---|
| **8.14** 3:3 |
| **800,000** 23:23 |
| **800-848** 11:25 |
| **8:30** 4:9,9,12 |
| **8th** 10:2 |

| 9 |
|---|
| **91.86** 3:2 |
| **96** 27:14 |

| a |
|---|
| **able** 13:10 26:17 32:15 |
| **abram's** 33:15 |
| **absentee** 17:3 31:22 32:4,8,17 33:3,5 |
| **absolutely** 26:20 30:8 |

**accompanied** 32:10
**accomplished** 15:2
**accurate** 41:4
**action** 18:23 39:4,5
**actual** 27:3,5
**adamantly** 18:17
**add** 13:25 14:15
**additional** 35:19
**administration** 19:5
**advantage** 37:10 37:13
**advice** 33:15
**affairs** 18:3
**affidavits** 22:9
**afraid** 27:11 31:23,24
**ago** 32:17
**agree** 32:6 36:17
**agreement** 20:2
**ahead** 14:3,6,13 36:2
**aid** 37:18
**aipac** 18:2
**air** 7:2
**algorithms** 15:15
**allegations** 3:5 11:12 33:25
**allegedly** 8:20
**allow** 25:12
**allows** 29:20
**altogether** 13:13
**america** 16:8 25:24 26:13

40:22
**america's** 12:6 19:15 21:17
**american** 9:14 10:9 12:17 15:6 18:2,21 27:7 38:21 40:5
**americans** 16:5 19:17,23
**amount** 19:24
**amounts** 21:9
**analysts** 7:21 8:11
**analytics** 35:24
**animals** 37:7
**answer** 12:24 18:18
**anti** 27:12
**ants** 3:23
**anybody** 5:18,19
**anyways** 40:7
**apac** 19:13
**appoint** 3:1
**argument** 35:2 40:14
**arguments** 34:11 40:9
**arizona** 16:18 21:12 36:21 39:6
**arrested** 5:18
**asked** 6:13
**atlanta** 23:10
**atmosphere** 2:7
**attacking** 18:16
**attempted** 19:20
**audit** 15:24

audits   36:10
available   3:16
  27:3
awakened   9:25
award   34:24,25
  36:15
awful   19:17

**b**

back   5:5 8:2
  12:3 16:12 19:7
  20:19,24 28:17
  29:17 30:15
  37:18
bad   15:25
badge   28:2
baker   33:6
ballot   4:4,11 8:6
  8:9,17,18,19
  14:25 15:9
  23:22 30:22
  32:4,8,9,12
ballots   4:12,15
  4:16 5:4,4,12
  7:3,18 8:2,10
  9:17,19 10:14
  14:20,21 15:11
  15:20,22 16:22
  16:24 17:3,7
  21:6,6,7 22:5
  23:1,14 31:5,7
  31:22 32:1,17,23
  33:3,5,18 35:20
  36:7,8
basically   17:25
basket   5:3,8
beautiful   2:7

began   4:9 9:25
believe   7:23
  15:21 20:1
believed   34:18
bert   39:17
best   18:11 40:15
better   12:20
  15:24 33:3
bewildered   16:7
biden   7:6,9 8:20
  10:16,24 13:5,21
  14:10,13 15:21
  17:9 23:20
  24:10 35:23
  36:4 38:22
biden's   17:22
  24:7
big   6:22 16:20
  24:16,16,19,19
  26:4 38:7,8 39:1
biggest   16:19
bill   13:16,24
  14:10
billion   20:2,5
binoculars   31:18
bit   14:14 27:11
black   4:13,14,23
  22:4,13
bless   11:20
  40:19,22
blinken   17:24,25
  19:12
board   31:11
book   29:3
bottom   7:5
  23:15
box   14:25

boy   33:8
brave   39:15
break   12:1 20:23
  34:9
brings   5:5,8
bronx   17:20
brooklyn   12:11
brought   14:22
  14:23 21:7 22:5
  23:2 34:11
  35:22 40:10
buffalo   21:20
bullies   29:4
bunch   3:22
burst   6:22
business   24:19
buy   16:10

**c**

c   41:1,1
call   2:20 6:3
  10:9 11:23
  12:14 21:25
  27:22 28:2,3,4
  28:15,16 31:19
  33:23 38:4,4
  39:25
called   2:24 27:23
caller   25:9
calling   2:19 18:6
  28:21
camera   4:3
  30:10,12,15 31:4
cameras   4:3
  29:24 30:8
candidates   21:10
careers   39:15

carefully   4:21
carter   33:6
case   15:23 18:22
cased   27:5
cases   15:22
cash   20:3,6
casinos   30:20
catch   13:23
  23:19
catching   31:24
cause   10:5 13:4
  13:18,25 28:19
  29:12 40:14
censorship   38:9
certain   2:15 8:1
certainly   3:8
certify   41:3
chance   39:5
change   15:15
  17:11,14
changed   8:10
changes   17:11
  21:15
channels   2:16
chaos   28:8
chapter   29:4
chavez   13:2
cheat   6:2 13:2
  32:15,20
cheated   6:4
cheating   15:10
checked   4:21
checking   31:1
cheer   6:15
circled   10:16
circumstances
  32:3

**[citizens - doing]** Page 3

citizens 10:9
clear 5:17
clearly 3:6 7:2
    21:9
climb 38:8
close 21:11
    39:12
closed 9:18
closing 34:11
    35:2 40:9,14
cloth 4:23
cnn 24:4
come 7:21 10:5
    14:15 16:6
    25:12,14 31:23
    37:18
comes 5:7 27:15
    30:14
coming 6:1,6
    20:22 26:24
comment 22:1
committee 18:3
community 19:7
completely
    11:14 16:17,24
concerned 7:7
    10:10 15:17
    26:18
conduit 18:1
confidence 27:7
connect 22:7,15
    22:25
conservative 7:7
conspiracy 7:23
conspiring 7:18
constant 38:10
consternation
    2:8

constitution 3:6
    11:18 26:15,22
    36:12
control 3:4
    11:14
controls 16:4
cool 2:6
cooperated 23:9
corner 6:12
correct 13:7
correlate 30:11
costs 18:13
counted 5:6,9,13
    15:21 16:23
counters 30:14
    30:16 31:5
counting 4:5
    6:23 9:19
countries 16:7
country 23:18
    39:22 40:2
    41:12
county 13:6,9
    16:19,19 17:2
couple 37:6
course 2:15
    22:18 23:10,11
    27:19
court 30:7
courts 25:10,15
    25:21
cover 22:4
covered 4:23
covering 4:13,14
covid 31:24
crazy 17:14
    24:11

criminals 5:25
criteria 31:21
    32:4
crooked 4:5
crooks 28:6,22
crying 35:15
current 29:19
curtain 38:9
cyber 13:11

**d**

damage 19:24
darn 8:15
data 7:21 8:11
date 8:2 30:10
    41:16
dates 30:24
day 2:6 4:16,16
dc 2:5,6 18:6
dead 10:13 11:5
    15:7,8
deal 2:8,9,9
    17:15,16 20:17
    23:12 28:25
debunk 9:16
    38:15,18
debunked 9:6,7
    9:11 21:2 25:7
    38:11,12,12,12
    38:13,24,25
december 10:2
decision 24:13
deeply 7:7
defense 18:4
definitely 6:10
    18:9
definitively 19:8

dekalb 17:2
democracy 18:4
democrat 6:11
    6:15 32:13
democratic
    13:13
democrats 4:6
    9:11 15:16
    24:20 27:16
    32:15 37:7
department
    33:23
describe 3:14,19
described 6:16
    35:18
design 15:13,14
designate 17:22
designed 13:2
destroyed 15:22
    36:8
devil 24:25
different 22:10
    39:7
difficult 28:13
directly 15:10
disagreement
    19:11
discarding 30:24
    31:2
discredit 28:8
disgrace 31:15
disgusted 23:8
dishonest 27:19
    27:20,22,23
divine 12:19
doing 2:2 12:18
    23:17 28:4,5
    31:8,8

doj 38:5
dollars 20:3,4,5
dominion 5:23
 12:25 15:3,13
 16:3,15,21,23
 23:8,9
donald 14:1
 26:21 35:12
donate 12:7
 21:18
door 30:15
doors 4:22 9:18
dots 22:7,16
double 5:12
downward 8:12
dr 1:12 2:1,4,12
 4:1,7 5:21 6:5
 8:14,18 9:2,7,13
 10:4,25 11:2,7
 11:11,20,24 12:3
 12:10 13:8,20
 14:9,16 15:1
 16:25 17:4,12,17
 17:19 18:25
 19:18 20:4,7,11
 20:14,24 21:22
 22:19,23 23:25
 24:3,15,18,21,23
 24:25 25:3,8,18
 25:23 26:4,8
 27:1,25 28:7,12
 29:1,5,7,25
 30:19 33:1,10,13
 34:4 35:4,7
 36:19,23 37:4,11
 37:16,23 38:1,4
 38:14,17,20 39:1
 40:3,14,16

drive 39:19
drove 23:16

**e**

e 41:1
earlier 35:18
 36:6
educate 13:16
educated 13:17
effect 22:9
egregious 6:5,16
eight 28:24
either 19:12
election 6:1,2
 10:8,23 11:14
 15:8,17 17:11
 21:3,15,15 24:5
 34:25 35:1
 36:15 39:8
elections 7:25
 10:21 16:4,10,10
 31:11 35:25
electors 3:1
 26:18
email 29:11
employee 23:8
encourage 37:23
 37:24
encouraging
 33:21
ended 20:2
enemies 13:19
entailed 18:14
envelope 35:21
envelopes 30:24
episode 2:23
escorted 6:14
 31:14

especially 31:9
etcetera 36:11
everybody 2:18
 7:1 34:2,7,8,8
evidence 5:14
 21:1 25:6 31:2
 34:17 35:12
 36:5 38:24
examined 32:12
example 32:16
excuse 32:2
expand 31:21
expanded 32:5
expanding 32:7
expansion 32:8
expected 23:21
expert 33:5
extensive 34:18
 34:23
extenuating 32:3
extra 15:11
extremist 18:2

**f**

f 41:1
fabrication 6:24
fabulous 12:18
face 37:3
facilities 19:3,6
fact 22:16 26:19
 27:8,12,15 35:19
factoral 15:7
fairly 7:13
familiar 17:24
families 28:14
far 16:12 19:7
 23:19 26:17

favor 40:2
fbi 5:18 28:16
 33:23 38:4
fear 2:9
feed 7:11
fester 28:20
fielding 10:9
fight 8:24 18:11
 18:11,14 28:17
fights 27:18
filled 21:8
film 6:7
find 17:2,5 36:9
first 12:24 16:5
 16:12 18:15
flip 13:4,4
fly 34:5
focus 39:24
folded 35:21
followers 7:12
following 2:14
fool 9:14 21:14
 38:17,20
footage 30:6
forefront 40:4
foregoing 41:4
forensic 36:10
forget 24:5
form 33:8
forward 7:21
 17:20
foundation 12:4
 12:5 18:4 20:20
 21:16,17
four 3:24 4:3
 5:10 12:22 14:5
 14:6,12 23:4,5,7
 28:24 32:16

**fox** 9:5
**fraud** 1:13 2:21
  2:22 3:2,5 5:15
  7:25 14:13
  16:24 21:2 23:9
  25:14 29:20
  33:8 34:18
**fraudulent** 15:20
  36:7
**free** 5:25
**freedom** 20:15
**friends** 13:18
**frightened** 11:16
**front** 30:13
**full** 5:3
**furiously** 23:19
**further** 3:21,23
  23:20

**g**

**generation** 16:5
**george** 24:21,22
**georgia** 1:13 4:7
  4:8 6:22 7:16
  9:10,24 10:1
  11:13 13:13
  16:13 21:13
  30:7 32:16
  33:13,21 34:24
  34:25 35:8,9,16
  35:19,25 36:5,15
  36:18 39:4,17,24
  39:25
**getting** 8:25 9:3
  12:17 38:22
**giuliani** 1:12 2:3
  2:4 3:15 4:2,8
  5:22 8:13,17,25

9:3,9,15 10:17
  11:1,4,8,13,21
  12:2,3,12 13:7
  14:8,16,18 16:16
  17:1,6,13,18
  19:1,10,20 20:5
  20:9,13,19 21:4
  21:23 22:24
  24:1,12,16,19,22
  24:24 25:1,4,16
  25:19,25 26:6,10
  27:10 28:1,9,18
  29:3,6,14 30:4
  32:6 33:2,11
  34:1,7,10 35:5
  35:14 36:17,20
  36:24 37:5,12,17
  37:25 38:3,7,15
  38:18,23 39:2
  40:9,18
**give** 11:23 35:1
**given** 24:10
  26:23
**giving** 20:2
**global** 34:12
  40:10,13
**globalsecurity...**
  34:14
**go** 2:24 3:17,21
  5:21 6:19 7:13
  8:7 12:4 14:1
  15:18 17:14,20
  21:19 25:21
  29:17 31:18
  33:19 35:21
  40:14
**god** 9:25 10:6
  11:20 17:15

19:18 29:1
  40:19,22
**godfather** 37:2,2
**going** 2:10,16,23
  3:10,10 12:4,19
  13:14 15:18,19
  24:14 27:3
  28:21,23,24 39:3
  39:4,14
**good** 2:1,2,4,5
  12:13 15:4
  17:21 21:22,24
  26:8,8 29:5 39:5
  40:8,16
**gop** 6:8
**governor** 6:2
  11:16
**grandfather**
  10:13
**great** 2:8,8,9
  7:14,19 10:5
  22:23 24:3
  37:21 40:19
**group** 20:15
  33:16
**guess** 15:13
**guide** 4:25
**guts** 17:13
**guy** 23:15
**guys** 12:13

**h**

**hack** 15:14
**hacked** 13:11
**half** 4:20 32:24
**hampshire** 7:15
**hand** 25:1

**handcuffs** 6:14
  31:15
**hang** 11:22
**happen** 2:10
  14:11 16:8,11
  39:14
**happened** 3:20
  7:6,24 34:19
**happening** 8:22
  10:6 20:17
**happens** 31:13
**hard** 33:24
**harvesting** 8:6
  15:9
**hate** 19:18 26:20
**he'll** 13:22
**heads** 9:1,4
**hear** 25:6 29:9
**heard** 6:7 13:21
  25:16,20 38:13
**hearing** 6:21
**hearings** 37:7
**heart** 7:6
**heat** 27:23
**heck** 33:4
**heeds** 33:14
**heist** 3:20
**hello** 21:21 29:7
**help** 8:8 13:25
  14:16,19 31:14
  31:19 36:19
**helped** 10:7
**heroes** 12:6
  21:17 39:18,21
**hey** 2:20 12:13
  26:10
**hi** 21:24

**hid** 14:24
**hidden** 4:15,17
  7:3 14:21 22:5
**hmm** 35:4
**homes** 8:8
**honest** 9:20,22
**honor** 28:3
**honoring** 12:6
  21:17
**hope** 12:7,19,23
  13:14 21:18
  29:9 33:13
**hopeful** 39:9
**hopefully** 39:4
**hotline** 12:5
  20:21 21:16
**hour** 4:20
**huge** 8:6 12:16
**hugo** 13:2
**hyde** 41:3

**i**

**ignoring** 9:4
**illegal** 5:24 8:7
  31:3
**illegals** 11:3,5
**imagine** 28:22
**immediately**
  4:22 5:1
**implicate** 21:9
**imply** 18:20
**important** 22:17
  34:16 39:3
**include** 31:22
  32:5
**including** 33:6
**indiscernible**
  3:15,25 4:1 6:4

9:5 12:4,5,23
13:1,3,5,8 14:2
14:23 17:7,18
18:5,10,20 19:9
20:20 21:15
22:21,25 26:12
26:16,21 32:2
37:8
**information**
  38:21
**infusion** 23:13
**insist** 30:9
**inspecting** 19:2
**inspectors** 4:18
  4:19 9:19,21
**integrity** 7:8,11
**intelligence** 19:7
**interest** 18:11,16
  18:21 19:15,16
  19:22
**interesting** 2:13
  34:15
**interpreted**
  33:20
**intervention**
  12:19
**intimidated** 27:4
**invade** 5:23
**invalid** 31:9
**investigate** 7:10
**investigated**
  33:17,23 38:13
**investigative**
  34:13 40:12
**invite** 3:18
**involved** 2:13
  5:2 23:15

**involving** 5:22
**iran** 18:7,10,16
  19:3,16
**iranian** 18:24
  19:8
**iranians** 19:17
  20:16
**iron** 38:9
**irregularities**
  2:19 7:22 30:17
**islamic** 18:12
**israel** 18:3,8,19
  19:16
**issue** 17:21 18:9
**it'll** 3:19

**j**

**january** 26:25
**jimmy** 33:6
**job** 12:18 26:11
  26:12
**joe** 7:9 17:20,21
  17:22 19:11
  26:6,8,10,11
  27:2 38:22
**john** 20:11
**joining** 40:17
**joint** 18:23
**jones** 39:17
**judge** 25:16
  38:23
**judges** 25:12
  26:1
**judy** 12:10,13
  13:10,21 15:2
**jumping** 16:12
**justice** 8:24
  28:17 33:6,24

38:6 40:6

**k**

**keep** 25:13
**kerry** 20:11
**kicked** 6:11,17
  9:1,4
**kill** 19:21
**killed** 19:17,22
**kind** 6:22 19:21
  23:12
**knew** 15:16
  34:19,19,20
**know** 2:16 4:4
  6:23 11:15 13:1
  13:3 14:14 15:5
  15:7,11,23 16:14
  18:22 20:15
  21:14 22:1,4,8
  22:12,21 24:13
  24:15 25:8,9,14
  26:1,5,14 28:2,4
  28:9,11,13 30:23
  33:15 35:2 37:1
  37:1 39:10,23

**l**

**large** 36:3
**leadership** 29:4
**leak** 6:22
**learn** 37:20
**learned** 10:12
**ledanski** 41:3
**left** 6:18 21:6
**legal** 10:7 41:11
**legislators** 3:1,7
  38:2
**legislature** 9:10
  9:24 10:2 11:17

34:25 36:13,18
36:21,22,25 40:1
**legislatures**
  25:20,21 26:16
**lessen** 31:25
**letter** 29:13
  39:25
**lever** 29:18
**liars** 27:24
**light** 2:11
**liked** 6:3
**limited** 33:22
**line** 20:21
**lipin** 39:17
**listen** 3:19 7:5
  38:19
**literally** 9:16
**little** 3:21,22,23
  6:24 14:14
  27:11
**live** 24:5,10
**locked** 4:22
**look** 3:4 10:6
  33:24 35:7,11,15
  35:17,17,18,23
**looking** 7:17
  10:18 22:6 39:7
**looks** 3:22 5:4
**lot** 2:18,21 16:5
  19:17,22 20:21
  25:2 29:12
  32:20 33:14,16
  37:20
**loving** 20:15
**loyalty** 37:21
**lying** 38:10

**m**

**machine** 13:5
  16:21 30:22
**machines** 5:23
  13:1,12,14 16:3
  16:13 29:18
**mail** 16:22,24
  23:22 31:25
  32:9
**mainstream**
  12:15 22:18
**making** 35:13,14
**man** 5:9 17:25
  25:2 37:5,6,6,8
**margins** 21:9
**maria** 1:12 2:1
  2:12 4:1,7 5:21
  6:5 8:14,18 9:2
  9:7,13 10:4,25
  11:2,7,11,20,24
  12:3,8,10 13:8
  13:20 14:9 15:1
  16:25 17:4,12,17
  17:19 18:25
  19:18 20:4,7,11
  20:14,24 21:22
  22:19,23 23:25
  24:3,15,18,21,23
  24:25 25:3,8,18
  25:23 26:4 27:1
  27:25 28:7,12
  29:1,5,7,25
  30:19 33:1,10,13
  34:4,23 35:1,4,7
  36:19,23 37:4,11
  37:16,23 38:1,4
  38:14,17,20 39:1
  40:3,14,16

**mariaryannh**
  7:14 35:18
**maricopa** 16:19
**markings** 31:6,8
**mayor** 14:15
  26:9 29:10
**mean** 5:16,24
  6:4 7:5 17:7,10
  21:10 23:1 24:1
  25:4 33:19
  37:20
**means** 22:22
  32:23
**media** 6:18 9:4
  12:15 17:14
  22:18 24:17
  38:8,9,10
**mega** 8:5 21:1
**mention** 39:22
**mentioned** 40:6
**michigan** 13:9
  14:24 16:19,20
  36:22 39:6
**middle** 9:17,22
  21:8 22:2,5,15
  36:3
**mike** 17:23
**million** 7:12
  13:22 14:3,11
  32:18,22,24
**millions** 14:15
**mind** 11:2,4 39:2
**mineola** 41:14
**minimize** 34:20
**minimized** 34:20
**minute** 9:9 15:16
**minutes** 5:10

**mm** 35:4
**moment** 31:16
**money** 33:17
  38:22
**monitored** 18:24
  19:6
**mood** 2:8
**morning** 2:1,2,4
  4:9,10 12:13
  14:4 17:21
  21:22,24 23:3
  26:8,9
**mounting** 21:5
**move** 17:19
  33:21 39:23
**multi** 15:6
**multiple** 7:24
  8:1,22
**multitude** 36:5

**n**

**n** 41:1
**name** 17:23
**national** 18:19
  18:21 19:15
**nations** 19:2
**nazis** 28:2
**need** 7:10 10:5
  13:19 16:1,2
  26:5 28:15,16,16
  29:12 31:25
  34:13 36:19
  40:12,13
**needs** 13:17
  31:20 34:13
  36:10 40:11,12
**neighbors** 37:24
  37:24

**[never - president]** Page 8

**never** 5:17 7:25
  9:12 10:6 11:2,4
  13:23 15:4 17:5
  23:22 34:17,18
  34:22 38:13,24
**new** 3:1 6:1 7:13
  7:15 9:13 21:20
  22:13 23:16
  26:24
**news** 2:15
**nice** 2:6
**night** 4:11 9:18
  9:22 14:3 21:8
  22:2,6,15 24:5
  35:6 36:3 39:20
**nobody's** 9:6,7
**non** 33:15
**november** 41:16
**nuclear** 18:24
  19:3,8 20:17
**number** 26:23
  26:23 27:14
  32:16
**numbers** 13:25
  24:7,8,9
**nursing** 8:8
**ny** 41:14

**o**

**o** 41:1
**o'reilly** 13:17,24
  14:10,20
**obama** 20:12
**observer** 6:11
  10:14
**observers** 6:15
  6:18

**obstacle** 38:8
**odd** 8:23
**oftentimes** 8:10
**oh** 8:3,8 13:21
  17:15 19:18
  22:23 25:13
  29:1 37:4
**okay** 7:9 12:12
  12:14 13:11,17
  13:19,20 14:1,4
  29:16,16 40:20
**old** 29:17 41:12
**ones** 39:19
**order** 10:3
**organization**
  19:14
**organizations**
  18:1,2
**originally** 4:11
**outstanding**
  26:11
**overhead** 31:4,4
**oversee** 31:20

**p**

**paid** 15:12
**pandemic** 32:3
**paper** 20:18
**parallel** 22:3
**part** 9:8 16:17
  29:21 32:1,7,9
**particularly**
  32:10
**party** 28:11
  37:18,22
**pat** 21:19,21,22
  21:23,24 22:20

**paula** 29:6,7,8
  29:16 30:1,5,21
  33:15
**pennsylvania**
  23:2,14 24:7
  25:11 36:25
**people** 2:11,13
  2:17,21 3:8,14
  7:3,17,19 8:2,16
  8:20,23 10:20
  11:5,9,9 12:17
  15:6,8,10,11,23
  16:5,9,10 17:8
  21:5 25:6,13
  26:5 27:2,7 28:3
  31:11,22 33:20
  33:21 35:12,15
  37:13 38:5
  39:12,16 40:5
**percent** 3:2,3
  14:2 27:14
  32:21,22,24
**period** 10:22
**person** 26:13
  31:23
**personal** 19:21
**petition** 10:1
  39:19
**philadelphia**
  14:24
**phone** 31:19
**phony** 14:21
  23:22
**photo** 34:2,5
**physical** 18:11
**pick** 12:9,10
  18:11

**piece** 20:18
**pipe** 6:22
**place** 5:8 16:21
**places** 9:5 21:7
**plan** 18:23
**planning** 6:1
**please** 5:15,15
  13:25 37:25
**plenty** 40:21
**plus** 13:13
**podcast** 3:18
**point** 13:24
  17:25
**pointed** 39:20
**pointing** 28:5
**points** 29:8
**police** 28:16
  37:15
**political** 37:21
**politics** 2:14
**poll** 27:3 31:12
**pompeo** 17:23
**popular** 8:15
  35:11
**population** 32:1
**posted** 7:15
**postmarks** 30:25
**power** 11:18
  26:16 28:23
  36:12,13 38:5
**precautions**
  33:14
**predicament**
  30:2
**president** 8:6,15
  8:16 12:21,21
  35:10 36:2,8
  39:21

presidential 21:3
press 12:16
pretty 8:15
pristine 10:14,16
  35:20
probably 14:3
  32:7
problem 12:16
  13:24 16:21,22
  16:23 22:18
  25:23 32:9
problems 39:1
procedures
  32:11
proceedings
  41:5
profession 10:20
professional
  10:19,19
profit 33:16
program 18:24
  19:9
prone 33:7
proof 30:6
propaganda
  38:11
proper 27:6
properly 27:9
protected 37:14
public 9:14 18:3
  38:21
pulled 4:24 19:4
pump 23:21,23
pushed 15:5
put 4:12 5:13
  25:22 26:2 30:1
  37:13 40:7

puts 22:24
putting 15:10
  30:22

q

queens 29:6
question 2:25
  12:25 13:11,15
  13:16 16:12
  18:8,12,15 34:24
questions 6:13
  12:23 14:17
  20:22 26:14
quite 16:13

r

r 41:1
radical 19:13
raided 5:19
raised 33:16
rate 32:21,22
  35:23
read 29:3
ready 11:23
  33:19
real 16:23,23
  30:5
reality 23:1
realized 34:22
realizing 2:18
really 2:12,14
  3:4 9:8 10:5
  12:19 13:18
  15:24 22:17
  24:2 27:15
  33:11,11 35:11
  37:9 40:7
reason 7:22

reasons 19:13
recap 6:17
receipts 17:3
recognizing 2:21
record 41:5
recounting 36:7
recounts 15:18
  15:19 36:5
refused 15:4
regal 27:6
regard 17:22
  18:14,22 19:16
regarding 12:25
  29:22
regards 18:9
regime 20:6
rejected 32:23
  32:24
rejection 32:21
  32:22
relegated 6:12
remember 6:21
  19:1
repeatedly 6:8
replace 17:22
reported 7:1
reporters 4:17
  4:19
republic 18:12
republican 6:9
  6:10,17 8:21
  9:24 28:10
  31:12 32:13
  37:17
republicans
  26:20 27:11,13
  27:15 37:1,8

required 26:22
respect 27:19
rest 8:21
results 34:14
  40:12
rid 15:24 16:2
  29:18
ridiculous 39:13
right 3:9 4:14
  10:8 12:22
  13:10 14:8 15:3
  17:4 19:3 21:6
  25:18 27:1,10
  28:13 30:4,20
  32:19,25 35:9
  37:11 39:24
  40:2,3
rights 29:2
road 41:12
room 4:5,18,21
  30:13,14 31:12
rudy 1:11 2:4
  3:9,15 4:2,8
  5:22 6:16 7:12
  8:12,13,17,25
  9:3,9,15 10:17
  11:1,4,8,13,21
  12:2,2,12,18
  13:7 14:8,18
  16:16 17:1,6,13
  17:18 19:1,10,20
  20:5,9,13,15,19
  21:4,23 22:1,24
  24:1,12,16,19,22
  24:24 25:1,4,11
  25:16,19,25 26:6
  26:10 27:10
  28:1,9,18 29:3,6

29:14 30:4 32:6
33:2,11 34:1,7
34:10 35:5,14
36:17,20,24 37:5
37:12,16,17,25
38:3,7,15,18,23
39:2 40:4,9,18
**rudy's** 7:12
**rudygiuliani**
3:13 35:17
**run** 7:4,4,18
27:8
**running** 36:11
**runoff** 26:24,24
27:5 30:7
**runs** 24:13
**ryan** 1:12 2:1,5
2:12 4:1,7 5:21
6:5 8:14,18 9:2
9:7,13 10:4,25
11:2,7,11,20,24
12:3,10 13:8,20
14:9,16 15:1
16:25 17:4,12,17
17:19 18:25
19:18 20:4,7,11
20:14,24 21:22
22:19,23 23:25
24:3,15,18,21,23
24:25 25:3,8,18
25:23 26:4,8
27:1,25 28:7,12
29:1,5,7,25
30:19 33:1,10,13
34:4 35:4,7
36:19,23 37:4,11
37:16,23 38:1,4
38:14,17,20 39:1

40:3,14,16

**s**

**sanitation** 14:22
**sat** 37:6
**saw** 10:13,14
17:1 22:3 24:9
38:24
**saying** 7:9 25:13
**says** 3:6
**scared** 16:9
**scheme** 29:21
**screen** 3:24
**seals** 23:12
**season** 12:6
21:18
**second** 5:2
**secretary** 11:15
17:23
**secretly** 5:11
**security** 4:3,3
6:7 18:9,19
19:15 32:11
33:4 34:12,13
40:10,11,13
**see** 2:5 3:17 4:10
5:12 10:18,22
11:21,22 15:8
16:11 17:8
30:13,16,17,18
30:21,23 31:5,6
31:6 36:2 37:13
39:8 40:19
**seen** 5:17 7:21
9:12 10:7 22:9
27:6 34:17
**send** 29:11,15

**sends** 31:12
**sense** 14:12
19:14
**serial** 5:24
**session** 10:1
**sessions** 6:3
**sham** 20:16
**shed** 2:10
**shove** 5:15
**show** 22:16 25:5
34:16
**showed** 33:9,12
**shown** 9:10
**shows** 14:20
**shut** 7:1,2
**signature** 41:8
**signatures** 30:25
**silence** 38:10
**similar** 23:13,13
39:21
**simply** 18:21
**singer** 37:3
**sit** 25:5
**six** 32:23
**slaps** 37:3
**small** 27:13
**social** 12:15
**software** 15:3,4
15:13 16:15
**sole** 19:15
**solutions** 34:12
40:11,13 41:11
**somebody** 31:20
**somewhat** 39:7
**son** 38:22
**sonya** 41:3
**soros** 24:21,22

**spade** 2:20,20
**speak** 19:3
**speaking** 26:13
**special** 6:3 10:1
**spike** 36:3
**spikes** 36:1
**spiral** 8:13
**split** 3:24
**sponsoring**
19:24
**spot** 31:17
**stacks** 35:23
**stacy** 33:15
**stand** 3:9 26:3
28:12 29:4
37:14
**standing** 7:9
40:5
**stands** 7:14
**start** 12:8
**started** 39:19
**state** 3:1,7 7:14
11:8,15,17 16:18
17:8,23 24:6
35:10,25 36:13
**stated** 19:8
**statements** 33:18
**states** 2:22 6:8
7:24 8:1,7,22
13:13 14:5,6,13
16:14 18:10,15
19:4 21:11
22:10 29:23
35:9
**station** 29:13,15
**stayed** 7:3
**steal** 2:24 10:20
10:21 15:17

**[steal - trucks]**                                                                      Page 11

21:1
**stealing** 5:17
  17:9
**stick** 38:6
**stolen** 21:6
**stomach** 25:7
**stood** 7:20 11:17
**stop** 2:24 6:23
**stopping** 21:1
**stories** 10:11
**strange** 21:7
**street** 27:18
**strict** 32:11
**stuffed** 14:25
**stupid** 6:2 9:23
  9:23
**sudden** 2:17
  14:4,9 36:4
**suder** 33:7
**suite** 41:13
**sunday** 39:8
**supervisors** 6:19
**support** 27:14
**supported** 20:1
**suppress** 15:15
**suppression**
  12:16
**sure** 12:24 14:18
  16:14 17:5
  29:15 30:1
  39:11 40:22
**surveillance**
  29:24 30:8
**suspect** 3:2
**sway** 16:10
**swing** 14:5,6,12
  29:23 37:19

**system** 33:4
**systemic** 22:16

**t**

**t** 41:1,1
**t2t.org.** 12:7,7,8
  21:18,19,19
**table** 4:12,23
  6:19 9:17 22:3
  22:13
**tablecloth** 22:14
**tables** 14:22,25
**take** 4:10 5:15
  8:9 27:23 30:6
  31:18,19 33:24
  39:4 40:20
**taken** 7:3 11:18
  24:9 37:10,13
**takes** 5:7
**talk** 2:23 3:3,10
  22:7 40:21
**talking** 14:5
  20:25 25:10
  35:9
**tampering** 31:7
**tape** 5:20 17:9
  17:10,10 30:18
**tax** 20:4
**team** 10:7
**tech** 24:16
**tell** 5:14 15:19
  36:25
**telling** 8:11 26:1
**ten** 3:21
**term** 8:11
**terrible** 37:16
**terrorism** 19:25

**terrorist** 20:6
**testified** 7:20
**testify** 22:10
**testifying** 21:5
**texas** 15:4
**textbooks** 33:7
**thank** 9:24 12:13
  26:12 40:16,18
**thanks** 21:24
**thieves** 10:19
**thing** 3:17 10:15
  10:15 22:4
  24:23 26:5
  29:16 38:11
**things** 20:17
  21:25 27:19,20
  27:21 30:11
  39:10,11,13
**think** 9:23 10:2
  10:17 14:18
  15:6 19:10,11,13
  19:15 22:8,17
  24:4,12 25:5
  29:17,18,21,21
  30:7,12 31:10,21
  32:4,8,18 39:20
**thinking** 13:23
  15:23 22:20
**thinktank** 18:5
**thought** 23:20
  23:22
**threat** 18:18,20
**threatened** 8:4
  28:15 39:13
**threats** 28:19,21
**three** 11:9 23:4
**throat** 5:16

**throw** 9:21
**thrown** 4:19
**ticket** 8:21
**tighter** 16:4
**time** 10:22 32:18
  33:9,12,22 34:10
  36:11
**times** 5:12,13
  11:10 30:23
  34:19,20
**timestamped**
  30:10
**today** 2:23 25:10
  34:24
**toilet** 6:25
**told** 7:20 8:2
  10:12 20:16
**tony** 17:24,25
  19:12
**top** 3:17 31:4
**total** 6:24
**touch** 29:11
**tough** 27:16,17
**towers** 20:20
  21:16,16
**tracker** 22:12
**traitors** 28:1
**transcript** 41:4
**trashed** 24:2,2
**tray** 4:24,25 5:3
**treaty** 18:23
  19:5
**tremendous**
  19:24 39:18,18
**trucks** 14:22,23
  21:7 22:2,15
  23:4

**true** 41:4
**trump** 8:15
  10:23,24 12:21
  13:5,22 14:1
  15:22,25 19:5
  24:1,9,14 26:21
  27:13,14 31:9
  35:1,10,13 36:2
  36:8,15 39:21
**trump's** 24:8
**truth** 1:11 12:17
  17:15,16 20:25
  26:2 28:17 38:6
  40:5
**try** 9:14 19:1
  26:6
**trying** 8:23
  15:16 23:14
  28:8 38:17,20
**tunnels** 21:16
**turn** 10:23
**turns** 25:7
**tv** 24:9,10
**twelve** 3:21
**twice** 19:21
**twitter** 3:12,16
  3:17,18 7:11
  35:17
**two** 5:2,19 7:15
  12:23 13:15
  14:3,17 21:10,25
  22:25 26:14,23

**u**

**uncovering** 1:11
  1:12 20:25
**united** 18:10,15
  19:2,4

**usbs** 5:23
**use** 13:14 15:5
  16:17,17 22:21
  29:19
**usually** 8:14,16

**v**

**variabilities**
  36:1
**venezuela** 13:3
**veritext** 41:11
**vested** 18:16
**video** 3:10,12
  6:15 10:22 24:4
  35:18
**videos** 3:11 6:6
  7:15 35:16,19
**videotape** 14:19
  14:20 23:6,11
**virginia** 26:7
**virus** 31:24
**vote** 8:16 10:3
  10:11,19 31:23
  33:22 34:3 35:2
**voted** 8:20 10:13
  11:5,6,9,9 15:7
**voter** 1:12 7:8,10
  21:2 34:17
**votes** 5:17 10:21
  10:21 13:4,6,22
  14:2 15:15,15,25
  17:9 21:14
  23:22 36:4
**voting** 15:8 16:3
  29:20 33:6,7,8

**w**

**wabc** 11:25
**wabcradio.com.**
  35:3 36:16
**wait** 31:17
**waited** 4:20 6:18
**wake** 37:1
**walk** 5:25 27:21
**walking** 3:23
**want** 2:24 3:8
  7:8 12:9,15
  13:16 16:11
  25:8 27:20,21
  28:14 37:9,10,12
  37:21
**wanted** 29:10,19
**war** 18:6
**washington** 2:6
  18:6
**washy** 26:20
**watchers** 27:4
  30:16 31:12
**watching** 2:15
  5:11 24:9
**way** 3:20 9:15
  16:22 29:10,19
  32:14
**ways** 15:2
**we've** 7:24 8:5
  17:19 20:21
  37:20
**weaklings** 28:10
**weapons** 20:8
**weather** 2:7
**wednesday** 35:5
**week** 3:3 10:8
  25:10 39:3,23
  40:6,19,20,21

**week's** 2:25
**weigh** 36:14
**welcome** 20:24
**went** 4:22,24
  10:11 25:11
  35:16 36:4
**whacky** 20:9,10
**william** 39:17
**win** 24:14 25:15
**wind** 37:20
**winning** 14:1
**wisconsin** 21:12
  36:25 39:6
**wise** 2:7
**wishy** 26:20
**witness** 25:17
  26:3 38:19,24
**witnesses** 22:10
  23:5,7,10 25:12
  25:19,22 26:1
  37:14
**woman** 4:10 5:2
  5:7,9
**women** 5:2,19,24
**won** 17:9
**word** 9:13 19:14
**words** 33:5
**work** 36:6
**world** 19:25
**worried** 39:12
**worry** 2:9
**worse** 28:20
**wow** 2:18 15:23
**write** 8:3 36:18
  36:20,21,24 38:1
  39:25
**wrote** 38:23

**[yeah - york]** Page 13

|   y   |
| --- |

**yeah**   2:12 5:21
  8:18,19 9:2 10:4
  10:25 11:7,11
  13:8 15:1 16:16
  16:25 17:17
  20:7,13 22:23
  23:25 25:3 26:4
  27:25 28:7
  30:21 33:1,2,10
  34:1,4 36:20
  37:4 38:14
**years**   12:22
  19:23 28:24,24
  32:17
**yep**   22:19 24:18
  29:1,1,25 30:19
  36:23 37:24
  40:3
**yesterday**   7:15
  9:25
**york**   21:20 22:13
  23:16