# Exhibit 26



| | |
|---|---|
| Document title: | Team Trump (Text TRUMP to 88022) on X: "Mayor @RudyGiuliani plays the video footage from Georgia showing suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room https://t.co/3HnYCMtPHP" / X |
| Capture URL: | https://twitter.com/TeamTrump/status/1337071276750495744 |
| Page loaded at (UTC): | Tue, 31 Oct 2023 16:34:39 GMT |
| Capture timestamp (UTC): | Tue, 31 Oct 2023 16:35:03 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.86.126.61 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | rcBUhzyka2W9442iGhcVdn |
| User: | igroysman |

**Plaintiffs' Exhibit**

**PTX-312**

**C.A. No. 21-3354 (BAH)**

PDF REFERENCE #:     i5mvhZ5sFTnR2tw6tWLSiX

Freeman_Giuliani-00001994

