# Exhibit 27

# Document Produced in Native Format

**Plaintiffs' Exhibit**
**PTX-546**
C.A. No. 21-3354 (BAH)

CONFIDENTIAL INFORMATION

Freeman_Giuliani-00002532