# Exhibit 29

**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12

13    Rudy Giuliani's Common Sense, Christmas Is Not

14    Canceled, It's Vital This Year | Rudy Giuliani|

15    Ep. 96, Rumble (December 23, 2020)

16

17

18

19

20

21

22

23

24

25

Plaintiffs' Exhibit

**PTX-3**

_____
C.A. No. 21-3354 (BAH)

Page 2

1          RUDY GIULIANI:  Welcome back to Rudy

2    Giuliani's Common Sense, where at a very, very

3    important time of the year for many reasons, the

4    most ancient of which and the most important of

5    which is we're approaching the birth of Jesus

6    Christ, Christmas.

7          "Twas the night before Christmas when

8    all through the house, not a creature was

9    stirring, not even a mouse.  The stockings were

10   hung by the chimney with care in hopes that St.

11   Nicholas would soon be there."

12         Well, I'd love to read the whole thing

13   and maybe we'll do a separate one.  I used to do

14   it every year for the children of Mother Hale,

15   and it was one of my favorite things to do as

16   mayor.

17         But this is the night before Christmas

18   and all through the house, things were stirring.

19   They're not mice, they're rats.  All kinds of

20   rats were stirring here in Washington, which is

21   where I am, and we know what's going on.

22         We've got a country that is deeply

23   divided.  It's been deeply divided for quite some

24   time.  And now that deep division has become a

25   deep division over who won honestly the 2020

1 | presidential election.  Is it Biden, who claims
2 | to have the numbers, who has the media repeating
3 | it over and over again calling him as the winner
4 | prematurely, insisting that he's the winner and
5 | refusing to publish any information to the
6 | contrary?
7 | Literally, engaging in a censorship,
8 | unheard of in American history, that actually
9 | began during the campaign with the censorship of
10 | the hard drive of Hunter Biden.
11 | Now it's time to take a short break.
12 | (COMMERCIAL)
13 | Thank you for returning and let's take
14 | a look at how maybe we can look at this
15 | differently.
16 | So we have the raw votes.  We have the
17 | decisions of the states, the electors conveyed by
18 | their governors to Washington.  On the other
19 | hand, we have massive, pervasive complaints of
20 | voter fraud.  Now that second part isn't being
21 | covered honestly.  That second part is being
22 | suppressed in an unamerican way more than I've
23 | ever seen anything else.
24 | So many of you, the American people,
25 | don't know the full story and those of you who

Page 4

1    do, know it with an anger that is driven by the

2    suppression that's going on on the other side, so

3    we're not capable, I guess, of having a rational

4    debate because of the tremendous hatred and anger

5    that has infused this process.

6            On the one side, as I said, the Biden

7    people's insistence, this is the vote, this is

8    it, it's over, it got certified, everything's

9    fine.  All these claims amount to nothing; after

10   all, all the courts turned it down and it amounts

11   to nothing.

12           On the Trump side, we have at least a

13   thousand affidavits of witnesses ready to testify

14   under oath that they saw substantial voter fraud

15   in maybe a third of the cases.  Alone, that voter

16   fraud would have been enough to change the result

17   in a state and turn it from Biden to Trump.  You

18   have a situation where at one point 142,000 votes

19   were put in with nobody watching, nobody around.

20   Turned out to be approximately 138,000 for Biden

21   and 4,000 for Trump; that happened numerous

22   times.

23           And there are easily 10 different

24   witnesses in different states testifying to that.

25   When you realize that those were states that were

1   won by 10,000 votes, 138- -- that would decide

2   the whole election.  These people are ready,

3   willing, and able to testify under oath.

4           There's a video recording in Fulton

5   County, Georgia of obviously, without any doubt,

6   the theft of votes.  You have to be a naïve child

7   or a completely dishonest partisan not to realize

8   that the observers are being thrown out of the

9   room, a phone excuse of a water main break was

10  used, they still were thrown out of the room --

11  didn't want to leave.

12          Once they all left and a last check was

13  done around the hall, the workers for Atlanta,

14  for Fulton County, the five or six, one of whom

15  has a history of voter fraud participation, Ruby

16  Freeman, they scurry under these desks -- hardly

17  where you would keep ballots, right? -- and they

18  start taking ballots out and they put them on a

19  wheelbarrow sort of thing and wheel them around.

20          And you can see the ballots don't look

21  really like absentee ballots that are in

22  envelopes; they more like pristine pieces of

23  paper.  And then they're given out and very

24  quickly are being counted, counted, counted,

25  counted.  There are times in which it appears

1   that they were being counted more than one time -

2   - three, four, five, six, seven times, eight

3   times.

4           Any other situation where we didn't

5   have this tremendous censorship and unfair

6   treatment in the press and dishonesty in the

7   press.  It's quite clear who no matter who

8   they're doing it for: they're cheating.  It looks

9   like a bank heist.

10          And then our experts can go back to

11  that period of time and approximately figure out,

12  well, how many votes got loaded in at that time;

13  that's the one where they loaded in 138,000 to

14  4,000: 138,000 votes for Biden, just the number

15  to bring him kind of back from the deficit that

16  he was in.

17          And at about the same time, the same

18  thing was happening in Pennsylvania.  In

19  Pennsylvania, he was behind -- Biden was behind

20  by 600,000 votes.  They stopped the counting,

21  like they did in Atlanta: stopped the counting,

22  threw the people out.  Next thing we know, we

23  come in the next morning, the election is down to

24  about 130,000 votes.  They shaved most of the

25  600,000 lead.  That vote -- that vote was 500,000

1    and something for Biden and 3,000 for Trump.

2    Trump got 0.02 percent of that vote.  That alone

3    would be enough to find them guilty of voter

4    fraud.  It's impossible that any sample of votes,

5    Trump would get 0.02 percent of the vote.  In his

6    worst county in the entire country, he did 20

7    times better than that.

8              I can't describe to you how obvious

9    these things are.  But the reason why some of you

10   don't accept it is because of the propaganda

11   machine that the Democrats have created.  The

12   stealing of this election is one of the most

13   serious crimes against this country ever

14   committed.  The censorship imposed on this

15   country may be even more serious.

16             So there's a long way to go before now

17   and the selection of our president, and there's a

18   lot of evidence that, in one way or another, the

19   American people are going to learn and as they're

20   learning it, the numbers and percentages about

21   this election are changing.  I mean, the

22   overwhelming majority of Republicans are

23   convinced the election was stolen.  Pretty close,

24   pretty close to a majority of Independents feel

25   the same way.  By the time they hear the rest of

1   the evidence, there'll be no doubt how they feel.
2   And a small percentage of Democrats are beginning
3   to change their mind.
4            Two recent polls, 10 percent of
5   Democrats said, in this case, if they knew about
6   the Biden hard drive, they wouldn't have voted
7   for Joe Biden; of course, they wouldn't.  The
8   Biden hard drive shows that Biden's been a crook
9   for 30 years.  Who's going to vote for a crook
10  for 30 years for president, unless it was
11  suppressed by a media that aided and abetted that
12  particular really crime.
13           So we're in this division now and we're
14  going to go into a period -- go into a period
15  right after Christmas in which the state
16  legislators will be making and reviewing their
17  decisions as to whether they made appropriate
18  decisions.  Several of them are questioning their
19  decision based on newly discovered evidence.  In
20  particular, Arizona, a hearing there on
21  decertification and recertification of Trump.  In
22  Georgia, a very serious hearing on
23  decertification, as well as considering the
24  proper certification, and there's consideration
25  movement in that direction in both Michigan and

1   Pennsylvania.

2         And Wisconsin has an extremely discreet

3   case in which the indefinitely confined list

4   which allows you to vote as an absentee ballot

5   voter was expanded from something like 20,000 to

6   220,000.  Wisconsin is very strict about this,

7   and the law says if you're not truly confined,

8   that vote has to be dismissed, thrown out.  So we

9   had 20,000 two years ago, 226,000 this year, and

10  the question is among those 226,000, how many

11  frauds are there.  How many are, you know, going

12  around on their motorcycle or taking a jog in the

13  park and lifting weights and are listed as

14  confined, unable to get out of the house, which

15  is always a very small group in Wisconsin.

16        We're in the process of investigating

17  that group, and I can report to you not the final

18  result, but I can report to you that we're well

19  beyond the point that would change the election.

20  Remember, only 10,000 in Wisconsin.

21        So starting after Christmas, this is

22  really going to blow up, because the evidence

23  that all these crooked television networks,

24  newspapers, big tech, and the leadership of the

25  Democratic party have been giving you is false

1    and you're going to find it out all at once.

2    It's going to be very shocking to the country.

3              And that's why I pause for a moment,

4    and we'll take a short break and we'll be right

5    back with a slightly different take on it.

6              (COMMERCIAL)

7              Welcome back and let's begin this part

8    with Merry Christmas, Happy Hanukkah, the best of

9    the season to all of you.  And let's pause in

10   what we were talking about and just think for a

11   moment about what this season means.

12             First, if you might indulge me in what

13   it means theologically and then what it means

14   broadly, and I say that because it is, in fact,

15   one of the most important religious holidays in

16   the Christian calendar, probably second only to

17   the resurrection of Christ, and it's the holiday

18   that probably is the most popular, largely

19   because of all the traditions that have developed

20   around it.

21             And it is the holiday really, I always

22   wondered if Easter were more important than

23   Christmas because without Christmas, there'd be

24   no Easter.  Without the birth of the Son of God,

25   there would not have been the crucifixion and the

1    resurrection, so it's all part of one narrative
2    that produced the largest religion in the history
3    of the world.
4              In that religion, what is happening or
5    what happened 2,000 years ago plus, is a little
6    baby was born in Bethlehem, away from his home of
7    Nazareth, in a stable because they were too poor
8    to be able to get a room, a proper room, and the
9    baby was the Son of God.
10             What that means to Catholics, to
11   Christians, is that God became man.  God became
12   man to wipe away the sins committed by Adam and
13   Eve, the original sin with which man inflicted
14   himself, to give man a clean start; not to give
15   man a clear, definite, predetermined road to
16   eternity and heaven, but to give man a fair and
17   honest shot at it by not being burdened with sin,
18   but being given free will to make the decision
19   between doing the right thing and the wrong thing
20   and, therefore, earning his place in the larger,
21   greater universe of things that we can only
22   vaguely see.
23             And the birth of Jesus was not only to
24   purify us but to encourage us, to encourage us
25   that human life is important, that human life has

```
 1   a Godlike qualify to it.  It's the reason why you
 2   have such strong pro-life advocates within the
 3   Christian religion, various branches of the
 4   Christian religion because life is -- it's not
 5   even like animal life.  God didn't become an
 6   animal.  God became human, said something about
 7   the importance of you as a human being and the
 8   importance of your life and your importance to
 9   Him as your Creator.
10           Beyond the religious view, which we'll
11   beyond the theology of it, it's a beautiful,
12   beautiful indication of how important human
13   beings are; that in one of the great religions of
14   the world, human beings are considered so
15   important that God would take on the aspects of a
16   human being to demonstrate to human beings how
17   important they are.
18           It drove civilization light years ahead
19   of where it was.  It elevated humanity.  It
20   created much of the art, the literature, the
21   music, and the beaty of Western civilization, and
22   it became ultimately the core of the documents
23   that we rely on because the human being has the
24   right to vote because the human being is
25   important.
```

Page 13

1           Every human being is important.  The

2      human being has the right to be treated fairly,

3      has the right to free speech, has the right to

4      privacy, has the right to be secure in his person

5      and place, to be treated with dignity, because in

6      the words of the old Catechism, he's made in the

7      image and likeness of God and that becomes real

8      on Christmas.

9           So that's what Christmas is for those

10     who are believers and for those who are students

11     of history and can see the goodness of this

12     holiday, even if they don't accept the religious

13     nature of it.

14           So let's take that and apply it to

15     where we are.  This is a very, very big dispute,

16     one of the most jarring in the history of our

17     country, could be one of the most important to

18     determine the direction of our country.  Are we

19     going to honor the free speech, the freedom of

20     religion, the free and fair elections that we've

21     had in the past or are we going to distort them

22     in a way that moves us toward socialism and

23     Marxism because clearly that's the direction the

24     Democrats are going in -- those are the models

25     they've adopted -- or are we going to reaffirm

Page 14

1    the essential humanistic nature of our democracy,

2    which his based on the fact that the rights that

3    we have come from God, not government or people.

4    Our rights don't come from Joe Biden or Donald

5    Trump or Democrats or Republicans; rights come

6    from our Creator.  They have no right to

7    interfere with it because we're so important.

8             And even if you don't attribute that as

9    a well-educated American, you probably agree that

10   those rights at least come from nature.  They are

11   rights that human beings definitively should have

12   in order to have a decent and a fair society;

13   meaning, the right to free exercise of religion,

14   the right of free speech, the right to select the

15   people who govern you fairly and impartially.

16             This would be an excellent time to take

17   a pause.

18             (COMMERCIAL)

19             Thank you for returning.  Now let's go

20   into the rest of it.

21             So either way, you get to the same

22   result.  These are quintessential eternal values

23   that cannot be taken away, either because they're

24   assured by God or they're assured by nature and

25   they're assured by what is basically the common

```
 1  sense of what makes a decent society, so that's
 2  at stake here, and we have to conduct this battle
 3  with that in mind.  We have to try to conduct
 4  this battle as much as possible without vitriol,
 5  without personal anger, without hatred.  A lot of
 6  where we are now is because of hatred.
 7            I remember the inauguration of
 8  President Trump as if it were yesterday.  I
 9  remember how cold it was.  I remember sitting
10  there, and then I remembered deciding I'd walk
11  back and forth and watch the parade in different
12  places even though I was invited to sit at the
13  White House and I did.
14            I watched it at different places and
15  saw all of the excitement, but I also saw the
16  demonstrations and I saw all the hatred and I
17  heard that very day the calls for his impeachment
18  and the fact that he was illegitimately elected,
19  and I said, my goodness, the hatred is building
20  here, and that hatred became pathological, and it
21  exists even to this day.
22            And then maybe those of us on the other
23  side feel this tremendous anger at what was done
24  to him: the unfair impeachments and the unfair
25  charges and the false charges and a media that
```

1    seems to be so totally unfair, it's hard to

2    believe they're honest people.  I mean, we feel

3    that; we feel that anger on our side.

4              There's got to be a chance we can rise

5    above that and that over the next three to four

6    weeks, without the anger and the vitriol, we can

7    just look at the evidence.  As his lawyer, that's

8    what I would ask for.  As his lawyer, that's what

9    we have been asking for.  When they say there are

10   no cases that were decided in his favor, well,

11   that's not true.  There were a few that were, but

12   the reality is most were not, but no cases were

13   really decided.

14             The courts have heard not a single

15   piece of evidence.  Sixty cases, most of them not

16   from us, maybe seven or eight from us; most of

17   them from other citizens concerned about the

18   election.  They have heard not a single witness.

19   No witnesses have been put on the witness stand

20   and sworn in to be questioned the way I've

21   questioned hundreds of witnesses, thousands of

22   witnesses.

23             Were you there; did you see the vote?

24   Yes.  What did you see?  Well, I saw a ballot

25   called out for Biden and then I saw the ballot

1   entered five, six, seven times in the machine,

2   which would have given Biden not one vote but

3   seven.  And then when I went and complained to my

4   supervisor, I was told to shut my mouth.

5               That's testimony that you haven't

6   heard.  It's in an affidavit from a woman that

7   would gladly testify before the House, the

8   Senate, the courts, except the judge wouldn't let

9   her testify.  The judge wouldn't let us present

10  so far the videotapes, so we've not had a

11  hearing.  Do you realize the bitterness that

12  creates?  You feel you've been wronged and

13  whatever they want to say on the other side,

14  whether we're right or wrong, we do feel we were

15  wronged.

16              We legitimately -- listen to this now -

17  - we, 60 million, 70 million, 80 million, 90

18  million, 100 millions Americans believe the

19  election was stolen, and we believe it based on

20  evidence that we have seen that hasn't been

21  rebutted.

22              I'll give you a very large, big picture

23  reason why I can tell you the election was

24  stolen.  Since the election, we have asked to see

25  the Dominion machines because we've been told

1   that they cheat, they changed the vote

2   constantly.  We did get a chance to examine 22 of

3   them in Antrim County, Michigan, scientifically,

4   and saw scientifically that they did change the

5   vote.  Three times they tried to balance the vote

6   in those counties, and they couldn't; 84 percent

7   of the votes cast were put into adjudication,

8   which means the vote didn't go through for Biden

9   or Trump.  It got dropped into a separate place

10  in the machine and then an administrator came and

11  took them out and decided if the vote was for

12  Biden or for Trump.  You didn't decide.  The

13  administrator intervened between you and your

14  sacred right to vote 84 percent of the times.

15  That's not a fair election, I'm sorry.

16          And why was the machine made that way?

17  Why was the machine made so that it is so

18  difficult to identify a marking on a piece of

19  paper?  I will tell you it was made that way --

20  and it goes back to Venezuela -- so you have more

21  opportunities to cheat.  Do you see what we're

22  dealing with here?

23          Ladies and gentlemen, I'm not making

24  these things up.  I wish I was, but it makes me

25  go to sleep at night wondering what's happening

1    to the rest of my country.  And as I approach

2    Christmas, I pray to Jesus that we can fix this;

3    we can have some at which we're going to have an

4    honest calm discussion of these facts in a

5    courtroom where a judge will allow us to present

6    this evidence and object to extraneous questions

7    and do the things that I remember in the hundreds

8    of hundreds of cases that I handled, some of them

9    involving peoples' lives and deaths.

10               So I'm praying on this Christmas that

11   somehow miraculously the spirit of Christmas

12   infuses enough sense to listen to each other.  We

13   have wise things to say to each other.  We have

14   things which if they are not resolved now will

15   fester.  On the course that we're going, well,

16   three legislators could change their minds and

17   change the election; that's going to create

18   tremendous turmoil in this country.

19               On the other hand, if it goes through

20   the way it is, half of America, if not more,

21   believes that the election has been stolen and

22   they have evidence to prove it and the evidence

23   will live long after the decision.  The tape in

24   Atlanta is to this crooked stolen election what

25   the Zapruder Film was to the Kennedy

Page 20

1   assassination, the film that was afterwards
2   created tremendous doubt on the findings of the
3   Warren Commission to such an extent that that
4   doubt exists even today.
5           We don't want that.  We don't want a
6   cloud over an American presidential election if
7   there is evidence that can be evaluated.  The
8   more they suppress this evidence, the more they
9   keep saying that all these courts and all these
10  places have found no evidence, the more those of
11  us who know what happens realize what an
12  injustice occurred because the courts have found
13  nothing on the merits because they haven't viewed
14  the evidence.
15          So we're working all through Christmas.
16  We're working all through Christmas in Georgia,
17  in Arizona, Wisconsin, we're working in
18  Pennsylvania, we're working in Michigan, and
19  we're working in order to bring forward the
20  evidence -- not so much discovered.  We've
21  discovered most of it, although there's some
22  very, very compelling additional evidence that
23  we're on the verge of obtaining, which could
24  break this wide open.
25          But we're asking for a hearing, and I'm

1     making one final pre-Christmas offer to shorten

2     this.  There are five states involved.  The

3     governors of those states have the power to

4     release for forensic audit the Dominion machines.

5     Why aren't you?  If you're so sure that these

6     claims that we're making are exaggerated, false,

7     lying, all you have to do to prove that is to

8     allow our forensic team two or three, four hours

9     with the machine.  You can watch, we're not going

10    to change anything.

11              You can watch everything we're doing;

12    there's no magic involved.  And we can come away

13    because our people have become really expert in

14    this, we can come away and we can tell you how

15    many votes they stole, how many votes they could

16    have stolen, how many votes they actually did

17    steal, how often they changed the vote around,

18    what that algorithm was that they have in there,

19    and what they were doing using half votes and

20    quarter votes.

21              You see, you don't realize that this is

22    not a voting machine.  Voting machines count

23    votes.  They're like an adding machine except

24    they record and record and record and then at the

25    end of the day, you add up the votes for Biden,

1   Trump, whatever and you get it.  So the only

2   calculation to be done by a voting machine is to

3   add; it should never subtract ever.

4            Well, these machines, these Dominion

5   crooked machines are calculating machines,

6   they're like computers: they can add votes, they

7   can subtract votes, they can move votes around,

8   they can re-weight votes; they can hide votes in

9   certain areas of the machine and then put them in

10  at different times; they can move votes to

11  adjudication, in which case, the voter loses

12  control of the vote, and an administrator decides

13  how you voted.

14            It has numerous mechanisms for fraud.

15  It also is as porous as Swiss cheese, which means

16  your 12-year-old could hack it and certainly the

17  35-year-old in China can, and not only hack it,

18  but with relatively little skill move votes

19  around in it and that has been done.  And in the

20  few machines that we've looked at, it has been

21  done.

22            So I say to you if you have nothing to

23  hide, release the machines.  Prove it to us.

24  Show us that we are what you say we are.  I don't

25  know what you say we are.  You say we're insane,

1    we're crazy, we don't know what we're talking

2    about.  A great way to prove it: release the

3    machines, then let us crazy people get a chance

4    to examine the machines scientifically and put

5    out a scientific report that can be examined by

6    everyone, and let's see if we're right that the

7    answering (sic) machine changed votes,

8    recalculated votes, poured in votes at various

9    times in order to determine the flow of the

10   recount and, in fact, multiple times put in votes

11   for Biden that, at one point, they put in 538,000

12   votes for Biden and 3,000 votes for Trump where

13   Trump got only 0.02 percent of the vote.

14            Let us look at how often that was done.

15   My experts, who are all military people, tell me

16   it could be done in working 24-hours a day in

17   four or five days.  We don't have to have you

18   give us the machines.  You let us come to where

19   they are, and we'll conduct a survey right there

20   and, as I said, you can watch.

21            Now let's cut the garbage here, huh.

22   There's only one reason you won't let me do that.

23   You won't let me do that because you know what

24   I'm saying is true.  There's no privacy interest

25   in those machines.  We're not going to find out

1   who somebody voted for.  All we're going to find

2   out is what you publicly report anyway: that

3   Trump got 4,000 votes, Biden got 5,000 votes.

4   Ah, but look, we can go into the memory of the

5   machine, and we can show that Trump actually got

6   6,000 votes and Biden actually got 3,000 votes,

7   the way you cheated in Antrim County and got

8   caught.  You didn't just do it in Antrim County;

9   you did it throughout America in order to change

10  the results of this election.

11          I'm quite confident can prove that;

12  that's why I'm quite confident to have this rest

13  on the examination of the machines.  Are you that

14  confident?  And if you're not, you better

15  decertify your result because what it really

16  means is you're lying.

17          If you will not produce those machines,

18  you are actively covering up evidence of a major

19  federal crime.  And you're a governor, a

20  secretary of state; what's wrong with you?

21  Please think about this season, think about how

22  we can come together.  This is a way we can come

23  together.  Look at the machines.  You're going to

24  have a hard time fighting the results of the

25  machines.  And then we can come together because

1   if this election was stolen, I bet you come over

2   on our side and if it's not, well, then we have

3   to admit we're wrong.

4            Well, I'm willing to take that risk

5   because I'm quite certain how it's going to come

6   out and you're not willing to take that risk

7   because you're quite certain how it's going to

8   come out, so let's stop fooling people.

9            But maybe, just maybe a few of you have

10  enough left in the area of integrity and caring

11  about your country that you'll be willing to do

12  it.

13           Thank you.  I will be back in a few

14  days.

15

16

17

18

19

20

21

22

23

24

25

Page 26

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8    _Sonya M. Ledanski Hyde_

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: November 9, 2022

17

18

19

20

21

22

23

24

25

**[0.02 - beginning]**                                                                Page 1

| **0** | **5** |
|---|---|
| **0.02**   7:2,5 23:13 | **5,000**   24:3 |

| **1** |
|---|
| **10**   4:23 8:4 |
| **10,000**   5:1 9:20 |
| **100**   17:18 |
| **11501**   26:14 |
| **12**   22:16 |
| **12151**   26:8 |
| **130,000**   6:24 |
| **138**   5:1 |
| **138,000**   4:20 |
|    6:13,14 |
| **142,000**   4:18 |

| **2** |
|---|
| **2,000**   11:5 |
| **20**   7:6 |
| **20,000**   9:5,9 |
| **2020**   1:15 2:25 |
| **2022**   26:16 |
| **22**   18:2 |
| **220,000**   9:6 |
| **226,000**   9:9,10 |
| **23**   1:15 |
| **24**   23:16 |

| **3** |
|---|
| **3,000**   7:1 23:12 |
|    24:6 |
| **30**   8:9,10 |
| **300**   26:13 |
| **330**   26:12 |
| **35**   22:17 |

| **4** |
|---|
| **4,000**   4:21 6:14 |
|    24:3 |

**5,000**   24:3
**500,000**   6:25
**538,000**   23:11

| **6** |
|---|
| **6,000**   24:6 |
| **60**   17:17 |
| **600,000**   6:20,25 |

| **7** |
|---|
| **70**   17:17 |

| **8** |
|---|
| **80**   17:17 |
| **84**   18:6,14 |

| **9** |
|---|
| **9**   26:16 |
| **90**   17:17 |
| **96**   1:15 |

| **a** |
|---|
| **abetted**   8:11 |
| **able**   5:3 11:8 |
| **absentee**   5:21 |
|    9:4 |
| **accept**   7:10 |
|    13:12 |
| **accurate**   26:4 |
| **actively**   24:18 |
| **adam**   11:12 |
| **add**   21:25 22:3,6 |
| **adding**   21:23 |
| **additional**   20:22 |
| **adjudication** |
|    18:7 22:11 |
| **administrator** |
|    18:10,13 22:12 |

**admit**   25:3
**adopted**   13:25
**advocates**   12:2
**affidavit**   17:6
**affidavits**   4:13
**ago**   9:9 11:5
**agree**   14:9
**ah**   24:4
**ahead**   12:18
**aided**   8:11
**algorithm**   21:18
**allow**   19:5 21:8
**allows**   9:4
**america**   19:20
   24:9
**american**   3:8,24
   7:19 14:9 20:6
**americans**   17:18
**amount**   4:9
**amounts**   4:10
**ancient**   2:4
**anger**   4:1,4 15:5
   15:23 16:3,6
**animal**   12:5,6
**answering**   23:7
**antrim**   18:3 24:7
   24:8
**anyway**   24:2
**appears**   5:25
**apply**   13:14
**approach**   19:1
**approaching**   2:5
**appropriate**
   8:17
**approximately**
   4:20 6:11
**area**   25:10

**areas**   22:9
**arizona**   8:20
   20:17
**art**   12:20
**asked**   17:24
**asking**   16:9
   20:25
**aspects**   12:15
**assassination**
   20:1
**assured**   14:24,24
   14:25
**atlanta**   5:13 6:21
   19:24
**attribute**   14:8
**audit**   21:4

| **b** |
|---|
| **baby**   11:6,9 |
| **back**   2:1 6:10,15 |
|    10:5,7 15:11 |
|    18:20 25:13 |
| **balance**   18:5 |
| **ballot**   9:4 16:24 |
|    16:25 |
| **ballots**   5:17,18 |
|    5:20,21 |
| **bank**   6:9 |
| **based**   8:19 14:2 |
|    17:19 |
| **basically**   14:25 |
| **battle**   15:2,4 |
| **beaty**   12:21 |
| **beautiful**   12:11 |
|    12:12 |
| **began**   3:9 |
| **beginning**   8:2 |

**beings**  12:13,14
  12:16 14:11
**believe**  16:2
  17:18,19
**believers**  13:10
**believes**  19:21
**best**  10:8
**bet**  25:1
**bethlehem**  11:6
**better**  7:7 24:14
**beyond**  9:19
  12:10,11
**biden**  3:1,10 4:6
  4:17,20 6:14,19
  7:1 8:6,7,8 14:4
  16:25 17:2 18:8
  18:12 21:25
  23:11,12 24:3,6
**biden's**  8:8
**big**  9:24 13:15
  17:22
**birth**  2:5 10:24
  11:23
**bitterness**  17:11
**blow**  9:22
**born**  11:6
**branches**  12:3
**break**  3:11 5:9
  10:4 20:24
**bring**  6:15 20:19
**broadly**  10:14
**building**  15:19
**burdened**  11:17

          **c**

**c**  26:1,1
**calculating**  22:5

**calculation**  22:2
**calendar**  10:16
**called**  16:25
**calling**  3:3
**calls**  15:17
**calm**  19:4
**campaign**  3:9
**canceled**  1:14
**capable**  4:3
**care**  2:10
**caring**  25:10
**case**  8:5 9:3
  22:11
**cases**  4:15 16:10
  16:12,15 19:8
**cast**  18:7
**catechism**  13:6
**catholics**  11:10
**caught**  24:8
**censorship**  3:7,9
  6:5 7:14
**certain**  22:9 25:5
  25:7
**certainly**  22:16
**certification**
  8:24
**certified**  4:8
**certify**  26:3
**chance**  16:4 18:2
  23:3
**change**  4:16 8:3
  9:19 18:4 19:16
  19:17 21:10
  24:9
**changed**  18:1
  21:17 23:7
**changing**  7:21

**charges**  15:25,25
**cheat**  18:1,21
**cheated**  24:7
**cheating**  6:8
**check**  5:12
**cheese**  22:15
**child**  5:6
**children**  2:14
**chimney**  2:10
**china**  22:17
**christ**  2:6 10:17
**christian**  10:16
  12:3,4
**christians**  11:11
**christmas**  1:13
  2:6,7,17 8:15
  9:21 10:8,23,23
  13:8,9 19:2,10
  19:11 20:15,16
  21:1
**citizens**  16:17
**civilization**
  12:18,21
**claims**  3:1 4:9
  21:6
**clean**  11:14
**clear**  6:7 11:15
**clearly**  13:23
**close**  7:23,24
**cloud**  20:6
**cold**  15:9
**come**  6:23 14:3,4
  14:5,10 21:12,14
  23:18 24:22,22
  24:25 25:1,5,8
**commercial**  3:12
  10:6 14:18

**commission**  20:3
**committed**  7:14
  11:12
**common**  1:13
  2:2 14:25
**compelling**
  20:22
**complained**  17:3
**complaints**  3:19
**completely**  5:7
**computers**  22:6
**concerned**  16:17
**conduct**  15:2,3
  23:19
**confident**  24:11
  24:12,14
**confined**  9:3,7
  9:14
**consideration**
  8:24
**considered**
  12:14
**considering**  8:23
**constantly**  18:2
**contrary**  3:6
**control**  22:12
**conveyed**  3:17
**convinced**  7:23
**core**  12:22
**count**  21:22
**counted**  5:24,24
  5:24,25 6:1
**counties**  18:6
**counting**  6:20,21
**country**  2:22 7:6
  7:13,15 10:2
  13:17,18 19:1,18
  25:11 26:12

**county** 5:5,14
7:6 18:3 24:7,8
**course** 8:7 19:15
**courtroom** 19:5
**courts** 4:10
16:14 17:8 20:9
20:12
**covered** 3:21
**covering** 24:18
**crazy** 23:1,3
**create** 19:17
**created** 7:11
12:20 20:2
**creates** 17:12
**creator** 12:9
14:6
**creature** 2:8
**crime** 8:12 24:19
**crimes** 7:13
**crook** 8:8,9
**crooked** 9:23
19:24 22:5
**crucifixion**
10:25
**cut** 23:21

**d**

**date** 26:16
**day** 15:17,21
21:25 23:16
**days** 23:17 25:14
**dealing** 18:22
**deaths** 19:9
**debate** 4:4
**december** 1:15
**decent** 14:12
15:1

**decertification**
8:21,23
**decertify** 24:15
**decide** 5:1 18:12
**decided** 16:10,13
18:11
**decides** 22:12
**deciding** 15:10
**decision** 8:19
11:18 19:23
**decisions** 3:17
8:17,18
**deep** 2:24,25
**deeply** 2:22,23
**deficit** 6:15
**definite** 11:15
**definitively**
14:11
**democracy** 14:1
**democratic** 9:25
**democrats** 7:11
8:2,5 13:24 14:5
**demonstrate**
12:16
**demonstrations**
15:16
**describe** 7:8
**desks** 5:16
**determine** 13:18
23:9
**developed** 10:19
**different** 4:23,24
10:5 15:11,14
22:10
**differently** 3:15
**difficult** 18:18
**dignity** 13:5

**direction** 8:25
13:18,23
**discovered** 8:19
20:20,21
**discreet** 9:2
**discussion** 19:4
**dishonest** 5:7
**dishonesty** 6:6
**dismissed** 9:8
**dispute** 13:15
**distort** 13:21
**divided** 2:23,23
**division** 2:24,25
8:13
**documents**
12:22
**doing** 6:8 11:19
21:11,19
**dominion** 17:25
21:4 22:4
**donald** 14:4
**doubt** 5:5 8:1
20:2,4
**drive** 3:10 8:6,8
**driven** 4:1
**dropped** 18:9
**drove** 12:18

**e**

**e** 26:1
**earning** 11:20
**easily** 4:23
**easter** 10:22,24
**educated** 14:9
**eight** 6:2 16:16
**either** 14:21,23
**elected** 15:18

**election** 3:1 5:2
6:23 7:12,21,23
9:19 16:18
17:19,23,24
18:15 19:17,21
19:24 20:6
24:10 25:1
**elections** 13:20
**electors** 3:17
**elevated** 12:19
**encourage** 11:24
11:24
**engaging** 3:7
**entered** 17:1
**entire** 7:6
**envelopes** 5:22
**ep** 1:15
**essential** 14:1
**eternal** 14:22
**eternity** 11:16
**evaluated** 20:7
**eve** 11:13
**everything's** 4:8
**evidence** 7:18
8:1,19 9:22 16:7
16:15 17:20
19:6,22,22 20:7
20:8,10,14,20,22
24:18
**exaggerated**
21:6
**examination**
24:13
**examine** 18:2
23:4
**examined** 23:5
**excellent** 14:16

**excitement** 15:15
**excuse** 5:9
**exercise** 14:13
**exists** 15:21 20:4
**expanded** 9:5
**expert** 21:13
**experts** 6:10 23:15
**extent** 20:3
**extraneous** 19:6
**extremely** 9:2

**f**

**f** 26:1
**fact** 10:14 14:2 15:18 23:10
**facts** 19:4
**fair** 11:16 13:20 14:12 18:15
**fairly** 13:2 14:15
**false** 9:25 15:25 21:6
**far** 17:10
**favor** 16:10
**favorite** 2:15
**federal** 24:19
**feel** 7:24 8:1 15:23 16:2,3 17:12,14
**fester** 19:15
**fighting** 24:24
**figure** 6:11
**film** 19:25 20:1
**final** 9:17 21:1
**find** 7:3 10:1 23:25 24:1

**findings** 20:2
**fine** 4:9
**first** 10:12
**five** 5:14 6:2 17:1 21:2 23:17
**fix** 19:2
**flow** 23:9
**fooling** 25:8
**foregoing** 26:4
**forensic** 21:4,8
**forth** 15:11
**forward** 20:19
**found** 20:10,12
**four** 6:2 16:5 21:8 23:17
**fraud** 3:20 4:14 4:16 5:15 7:4 22:14
**frauds** 9:11
**free** 11:18 13:3 13:19,20 14:13 14:14
**freedom** 13:19
**freeman** 5:16
**full** 3:25
**fulton** 5:4,14

**g**

**garbage** 23:21
**gentlemen** 18:23
**georgia** 5:5 8:22 20:16
**giuliani** 1:14 2:1
**giuliani's** 2:2
**giuliani's** 1:13
**give** 11:14,14,16 17:22 23:18

**given** 5:23 11:18 17:2
**giving** 9:25
**gladly** 17:7
**go** 6:10 7:16 8:14,14 14:19 18:8,25 24:4
**god** 10:24 11:9 11:11,11 12:5,6 12:15 13:7 14:3 14:24
**godlike** 12:1
**goes** 18:20 19:19
**going** 2:21 4:2 7:19 8:9,14 9:11 9:22 10:1,2 13:19,21,24,25 19:3,15,17 21:9 23:25 24:1,23 25:5,7
**goodness** 13:11 15:19
**govern** 14:15
**government** 14:3
**governor** 24:19
**governors** 3:18 21:3
**great** 12:13 23:2
**greater** 11:21
**group** 9:15,17
**guess** 4:3
**guilty** 7:3

**h**

**hack** 22:16,17
**hale** 2:14

**half** 19:20 21:19
**hall** 5:13
**hand** 3:19 19:19
**handled** 19:8
**hanukkah** 10:8
**happened** 4:21 11:5
**happening** 6:18 11:4 18:25
**happens** 20:11
**happy** 10:8
**hard** 3:10 8:6,8 16:1 24:24
**hatred** 4:4 15:5 15:6,16,19,20
**hear** 7:25
**heard** 15:17 16:14,18 17:6
**hearing** 8:20,22 17:11 20:25
**heaven** 11:16
**heist** 6:9
**hide** 22:8,23
**history** 3:8 5:15 11:2 13:11,16
**holiday** 10:17,21 13:12
**holidays** 10:15
**home** 11:6
**honest** 11:17 16:2 19:4
**honestly** 2:25 3:21
**honor** 13:19
**hopes** 2:10
**hours** 21:8 23:16
**house** 2:8,18 9:14 15:13 17:7

**huh** 23:21
**human** 11:25,25
  12:6,7,12,14,16
  12:16,23,24 13:1
  13:2 14:11
**humanistic** 14:1
**humanity** 12:19
**hundreds** 16:21
  19:7,8
**hung** 2:10
**hunter** 3:10
**hyde** 26:3

**i**

**identify** 18:18
**illegitimately**
  15:18
**image** 13:7
**impartially**
  14:15
**impeachment**
  15:17
**impeachments**
  15:24
**importance** 12:7
  12:8,8
**important** 2:3,4
  10:15,22 11:25
  12:12,15,17,25
  13:1,17 14:7
**imposed** 7:14
**impossible** 7:4
**inauguration**
  15:7
**indefinitely** 9:3
**independents**
  7:24

**indication** 12:12
**indulge** 10:12
**inflicted** 11:13
**information** 3:5
**infused** 4:5
**infuses** 19:12
**injustice** 20:12
**insane** 22:25
**insistence** 4:7
**insisting** 3:4
**integrity** 25:10
**interest** 23:24
**interfere** 14:7
**intervened** 18:13
**investigating**
  9:16
**invited** 15:12
**involved** 21:2,12
**involving** 19:9
**it's** 1:14

**j**

**jarring** 13:16
**jesus** 2:5 11:23
  19:2
**joe** 8:7 14:4
**jog** 9:12
**judge** 17:8,9
  19:5

**k**

**keep** 5:17 20:9
**kennedy** 19:25
**kind** 6:15
**kinds** 2:19
**knew** 8:5
**know** 2:21 3:25
  4:1 6:22 9:11
  20:11 22:25

  23:1,23

**l**

**ladies** 18:23
**large** 17:22
**largely** 10:18
**larger** 11:20
**largest** 11:2
**law** 9:7
**lawyer** 16:7,8
**lead** 6:25
**leadership** 9:24
**learn** 7:19
**learning** 7:20
**leave** 5:11
**ledanski** 26:3
**left** 5:12 25:10
**legal** 26:11
**legislators** 8:16
  19:16
**legitimately**
  17:16
**life** 11:25,25
  12:2,4,5,8
**lifting** 9:13
**light** 12:18
**likeness** 13:7
**list** 9:3
**listed** 9:13
**listen** 17:16
  19:12
**literally** 3:7
**literature** 12:20
**little** 11:5 22:18
**live** 19:23
**lives** 19:9
**loaded** 6:12,13

**long** 7:16 19:23
**look** 3:14,14
  5:20 16:7 23:14
  24:4,23
**looked** 22:20
**looks** 6:8
**loses** 22:11
**lot** 7:18 15:5
**love** 2:12
**lying** 21:7 24:16

**m**

**machine** 7:11
  17:1 18:10,16,17
  21:9,22,23 22:2
  22:9 23:7 24:5
**machines** 17:25
  21:4,22 22:4,5,5
  22:20,23 23:3,4
  23:18,25 24:13
  24:17,23,25
**magic** 21:12
**main** 5:9
**major** 24:18
**majority** 7:22,24
**making** 8:16
  18:23 21:1,6
**man** 11:11,12,13
  11:14,15,16
**marking** 18:18
**marxism** 13:23
**massive** 3:19
**matter** 6:7
**mayor** 2:16
**mean** 7:21 16:2
**meaning** 14:13
**means** 10:11,13
  10:13 11:10

18:8 22:15
24:16
**mechanisms**
22:14
**media** 3:2 8:11
15:25
**memory** 24:4
**merits** 20:13
**merry** 10:8
**mice** 2:19
**michigan** 8:25
18:3 20:18
**military** 23:15
**million** 17:17,17
17:17,18
**millions** 17:18
**mind** 8:3 15:3
**minds** 19:16
**mineola** 26:14
**miraculously**
19:11
**models** 13:24
**moment** 10:3,11
**morning** 6:23
**mother** 2:14
**motorcycle** 9:12
**mouse** 2:9
**mouth** 17:4
**move** 22:7,10,18
**movement** 8:25
**moves** 13:22
**multiple** 23:10
**music** 12:21

**n**

**n** 26:1
**narrative** 11:1

**nature** 13:13
14:1,10,24
**nazareth** 11:7
**naïve** 5:6
**networks** 9:23
**never** 22:3
**newly** 8:19
**newspapers** 9:24
**nicholas** 2:11
**night** 2:7,17
18:25
**november** 26:16
**number** 6:14
**numbers** 3:2
7:20
**numerous** 4:21
22:14
**ny** 26:14

**o**

**o** 26:1
**oath** 4:14 5:3
**object** 19:6
**observers** 5:8
**obtaining** 20:23
**obvious** 7:8
**obviously** 5:5
**occurred** 20:12
**offer** 21:1
**old** 13:6 22:16
22:17 26:12
**once** 5:12 10:1
**open** 20:24
**opportunities**
18:21
**order** 14:12
20:19 23:9 24:9

**original** 11:13
**overwhelming**
7:22

**p**

**paper** 5:23 18:19
**parade** 15:11
**park** 9:13
**part** 3:20,21
10:7 11:1
**participation**
5:15
**particular** 8:12
8:20
**partisan** 5:7
**party** 9:25
**pathological**
15:20
**pause** 10:3,9
14:17
**pennsylvania**
6:18,19 9:1
20:18
**people** 3:24 5:2
6:22 7:19 14:3
14:15 16:2
21:13 23:3,15
25:8
**people's** 4:7
**peoples** 19:9
**percent** 7:2,5 8:4
18:6,14 23:13
**percentage** 8:2
**percentages** 7:20
**period** 6:11 8:14
8:14
**person** 13:4

**personal** 15:5
**pervasive** 3:19
**phone** 5:9
**picture** 17:22
**piece** 16:15
18:18
**pieces** 5:22
**place** 11:20 13:5
18:9
**places** 15:12,14
20:10
**please** 24:21
**plus** 11:5
**point** 4:18 9:19
23:11
**polls** 8:4
**poor** 11:7
**popular** 10:18
**porous** 22:15
**possible** 15:4
**poured** 23:8
**power** 21:3
**pray** 19:2
**praying** 19:10
**pre** 21:1
**predetermined**
11:15
**prematurely** 3:4
**present** 17:9
19:5
**president** 7:17
8:10 15:8
**presidential** 3:1
20:6
**press** 6:6,7
**pretty** 7:23,24
**pristine** 5:22

**privacy** 13:4
  23:24
**pro** 12:2
**probably** 10:16
  10:18 14:9
**proceedings**
  26:5
**process** 4:5 9:16
**produce** 24:17
**produced** 11:2
**propaganda**
  7:10
**proper** 8:24 11:8
**prove** 19:22 21:7
  22:23 23:2
  24:11
**publicly** 24:2
**publish** 3:5
**purify** 11:24
**put** 4:19 5:18
  16:19 18:7 22:9
  23:4,10,11

**q**

**qualify** 12:1
**quarter** 21:20
**question** 9:10
**questioned**
  16:20,21
**questioning** 8:18
**questions** 19:6
**quickly** 5:24
**quintessential**
  14:22
**quite** 2:23 6:7
  24:11,12 25:5,7

**r**

**r** 26:1
**rational** 4:3
**rats** 2:19,20
**raw** 3:16
**read** 2:12
**ready** 4:13 5:2
**reaffirm** 13:25
**real** 13:7
**reality** 16:12
**realize** 4:25 5:7
  17:11 20:11
  21:21
**really** 5:21 8:12
  9:22 10:21
  16:13 21:13
  24:15
**reason** 7:9 12:1
  17:23 23:22
**reasons** 2:3
**rebutted** 17:21
**recalculated**
  23:8
**recertification**
  8:21
**record** 21:24,24
  21:24 26:5
**recording** 5:4
**recount** 23:10
**refusing** 3:5
**relatively** 22:18
**release** 21:4
  22:23 23:2
**religion** 11:2,4
  12:3,4 13:20
  14:13
**religions** 12:13

**religious** 10:15
  12:10 13:12
**rely** 12:23
**remember** 9:20
  15:7,9,9 19:7
**remembered**
  15:10
**repeating** 3:2
**report** 9:17,18
  23:5 24:2
**republicans** 7:22
  14:5
**resolved** 19:14
**rest** 7:25 14:20
  19:1 24:12
**result** 4:16 9:18
  14:22 24:15
**results** 24:10,24
**resurrection**
  10:17 11:1
**returning** 3:13
  14:19
**reviewing** 8:16
**right** 5:17 8:15
  10:4 11:19
  12:24 13:2,3,3,4
  14:6,13,14,14
  17:14 18:14
  23:6,19
**rights** 14:2,4,5
  14:10,11
**rise** 16:4
**risk** 25:4,6
**road** 11:15 26:12
**room** 5:9,10 11:8
  11:8
**ruby** 5:15

**rudy** 1:13,14 2:1
  2:1
**rumble** 1:15

**s**

**sacred** 18:14
**sample** 7:4
**saw** 4:14 15:15
  15:15,16 16:24
  16:25 18:4
**saying** 20:9
  23:24
**says** 9:7
**scientific** 23:5
**scientifically**
  18:3,4 23:4
**scurry** 5:16
**season** 10:9,11
  24:21
**second** 3:20,21
  10:16
**secretary** 24:20
**secure** 13:4
**see** 5:20 11:22
  13:11 16:23,24
  17:24 18:21
  21:21 23:6
**seen** 3:23 17:20
**select** 14:14
**selection** 7:17
**senate** 17:8
**sense** 1:13 2:2
  15:1 19:12
**separate** 2:13
  18:9
**serious** 7:13,15
  8:22

seven  6:2 16:16
  17:1,3
shaved  6:24
shocking  10:2
short  3:11 10:4
shorten  21:1
shot  11:17
show  22:24 24:5
shows  8:8
shut  17:4
sic  23:7
side  4:2,6,12
  15:23 16:3
  17:13 25:2
signature  26:8
sin  11:13,17
single  16:14,18
sins  11:12
sit  15:12
sitting  15:9
situation  4:18
  6:4
six  5:14 6:2 17:1
sixty  16:15
skill  22:18
sleep  18:25
slightly  10:5
small  8:2 9:15
socialism  13:22
society  14:12
  15:1
solutions  26:11
somebody  24:1
son  10:24 11:9
sonya  26:3
soon  2:11
sorry  18:15

sort  5:19
speech  13:3,19
  14:14
spirit  19:11
st  2:10
stable  11:7
stake  15:2
stand  16:19
start  5:18 11:14
starting  9:21
state  4:17 8:15
  24:20
states  3:17 4:24
  4:25 21:2,3
steal  21:17
stealing  7:12
stirring  2:9,18
  2:20
stockings  2:9
stole  21:15
stolen  7:23 17:19
  17:24 19:21,24
  21:16 25:1
stop  25:8
stopped  6:20,21
story  3:25
strict  9:6
strong  12:2
students  13:10
substantial  4:14
subtract  22:3,7
suite  26:13
supervisor  17:4
suppress  20:8
suppressed  3:22
  8:11
suppression  4:2

sure  21:5
survey  23:19
swiss  22:15
sworn  16:20

            t

t  26:1,1
take  3:11,13
  10:4,5 12:15
  13:14 14:16
  25:4,6
taken  14:23
talking  10:10
  23:1
tape  19:23
team  21:8
tech  9:24
television  9:23
tell  17:23 18:19
  21:14 23:15
testify  4:13 5:3
  17:7,9
testifying  4:24
testimony  17:5
thank  3:13 14:19
  25:13
theft  5:6
theologically
  10:13
theology  12:11
thing  2:12 5:19
  6:18,22 11:19,19
things  2:15,18
  7:9 11:21 18:24
  19:7,13,14
think  10:10
  24:21,21

third  4:15
thousand  4:13
thousands  16:21
three  6:2 16:5
  18:5 19:16 21:8
threw  6:22
thrown  5:8,10
  9:8
time  2:3,24 3:11
  6:1,11,12,17
  7:25 14:16
  24:24
times  4:22 5:25
  6:2,3 7:7 17:1
  18:5,14 22:10
  23:9,10
today  20:4
told  17:4,25
totally  16:1
traditions  10:19
transcript  26:4
treated  13:2,5
treatment  6:6
tremendous  4:4
  6:5 15:23 19:18
  20:2
tried  18:5
true  16:11 23:24
  26:4
truly  9:7
trump  4:12,17
  4:21 7:1,2,5
  8:21 14:5 15:8
  18:9,12 22:1
  23:12,13 24:3,5
try  15:3
turmoil  19:18

**turn** 4:17
**turned** 4:10,20
**twas** 2:7
**two** 8:4 9:9 21:8

**u**

**ultimately** 12:22
**unable** 9:14
**unamerican** 3:22
**unfair** 6:5 15:24 15:24 16:1
**unheard** 3:8
**universe** 11:21

**v**

**vaguely** 11:22
**values** 14:22
**various** 12:3 23:8
**venezuela** 18:20
**verge** 20:23
**veritext** 26:11
**video** 5:4
**videotapes** 17:10
**view** 12:10
**viewed** 20:13
**vital** 1:14
**vitriol** 15:4 16:6
**vote** 4:7 6:25,25 7:2,5 8:9 9:4,8 12:24 16:23 17:2 18:1,5,5,8 18:11,14 21:17 22:12 23:13
**voted** 8:6 22:13 24:1
**voter** 3:20 4:14 4:15 5:15 7:3

9:5 22:11
**votes** 3:16 4:18 5:1,6 6:12,14,20 6:24 7:4 18:7 21:15,15,16,19 21:20,23,25 22:6 22:7,7,8,8,10,18 23:7,8,8,10,12 23:12 24:3,3,6,6
**voting** 21:22,22 22:2

**w**

**walk** 15:10
**want** 5:11 17:13 20:5,5
**warren** 20:3
**washington** 2:20 3:18
**watch** 15:11 21:9,11 23:20
**watched** 15:14
**watching** 4:19
**water** 5:9
**way** 3:22 7:16,18 7:25 13:22 14:21 16:20 18:16,19 19:20 23:2 24:7,22
**we've** 2:22 13:20 17:10,25 20:20 22:20
**weeks** 16:6
**weight** 22:8
**weights** 9:13
**welcome** 2:1 10:7

**went** 17:3
**western** 12:21
**wheel** 5:19
**wheelbarrow** 5:19
**white** 15:13
**wide** 20:24
**willing** 5:3 25:4 25:6,11
**winner** 3:3,4
**wipe** 11:12
**wisconsin** 9:2,6 9:15,20 20:17
**wise** 19:13
**wish** 18:24
**witness** 16:18,19
**witnesses** 4:13 4:24 16:19,21,22
**woman** 17:6
**won** 2:25 5:1
**wondered** 10:22
**wondering** 18:25
**words** 13:6
**workers** 5:13
**working** 20:15 20:16,17,18,19 23:16
**world** 11:3 12:14
**worst** 7:6
**wrong** 11:19 17:14 24:20 25:3
**wronged** 17:12 17:15

**y**

**year** 1:14 2:3,14 9:9 22:16,17
**years** 8:9,10 9:9 11:5 12:18
**yesterday** 15:8

**z**

**zapruder** 19:25