# Exhibit 30

# PTX-004

# Document Produced Natively