# Exhibit 31



| Field | Value |
|---|---|
| Document title: | Team Trump (Text TRUMP to 88022) on X: "The American people deserve to know the truth about the 2020 election. President @realDonaldTrump won in a landslide! https://t.co/sapLOLn5fo" / X |
| Capture URL: | https://twitter.com/TeamTrump/status/1341760977470062597 |
| Page loaded at (UTC): | Thu, 02 Nov 2023 18:06:13 GMT |
| Capture timestamp (UTC): | Thu, 02 Nov 2023 18:06:58 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 3.209.1.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | mLnk3yXWHEsDtCwZB8p4oY |
| User: | igroysman |

**Plaintiffs' Exhibit**
**PTX-335**
C.A. No. 21-3354 (BAH)

PDF REFERENCE #:     xB4kzynustMLZvckqL7tPR

Freeman_Giuliani-00002060



Document title: Team Trump (Text TRUMP to 88022) on X: &quot;The American people deserve to know the truth about the 2020 election. President @realDonaldTrum…
Capture URL: https://twitter.com/TeamTrump/status/1341760977470062597
Capture timestamp (UTC): Thu, 02 Nov 2023 18:06:58 GMT
Page 1 of 1

Freeman_Giuliani-00002061