# Exhibit 32

Document Produced in Native Format

Plaintiffs' Exhibit
PTX-336
_____
C.A. No. 21-3354 (BAH)

Freeman_Giuliani-00002092