# Exhibit 33



| | |
|---|---|
| Document title: | Team Trump (Text TRUMP to 88022) on X: "The media won't admit it - but it is on video. #StopTheSteal https://t.co/FTRMJFRWzJ" / X |
| Capture URL: | https://twitter.com/TeamTrump/status/1341825401371430913 |
| Page loaded at (UTC): | Thu, 02 Nov 2023 18:07:20 GMT |
| Capture timestamp (UTC): | Thu, 02 Nov 2023 18:07:55 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 3.209.1.110 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | sDzz7zwCCMBB3UQzegtzZe |
| User: | igroysman |

**Plaintiffs' Exhibit**

**PTX-338**

C.A. No. 21-3354 (BAH)

PDF REFERENCE #:     a3tg114PTJzGor6QPiC2k1

Freeman_Giuliani-00002008

