# Exhibit 34

# Document Produced in Native Format

**Plaintiffs' Exhibit**

**PTX-337**

**C.A. No. 21-3354 (BAH)**

Freeman_Giuliani-00002093