# Exhibit 35

Page 1

12  Rudy W. Giuliani, Who Will Be Our President? The

13  Current State of Our Country | Rudy Giuliani |

14  Ep. 97, YouTube (Dec. 25, 2020)

**Plaintiffs' Exhibit**

**PTX-5**

C.A. No. 21-3354 (BAH)

1          RUDY GIULIANI:  Hello again.  This is

2    Rudy Giuliani.  Merry Christmas.  And I'm here

3    with another episode of Rudy's Common Sense, and

4    it's going to be published on Christmas Day, so

5    hopefully you're listening to it on Christmas Day

6    and you and your family and all your loved ones

7    have had a joyous and a beautiful Christmas, and

8    you've received the grace of our Lord, Jesus

9    Christ on the day of his becoming man.

10          Which is one of the truly miraculous

11    and earth-shattering things that have happened in

12    human history, that made humanity what it is,

13    made western civilization what it is, and made

14    people what they are.  And gave us the importance

15    of human life.  All human life.  How valuable it

16    is, how important it is, how it has to be

17    cherished, and how it has to be protected and

18    preserved, as well as the liberties and the

19    rights that go along with being human, which are

20    given to us by God and not by man.

21          And that's really been the pursuit of

22    this entire podcast, Common Sense, to try to

23    explore the issues that are so controversial from

24    the point of view of, you know, what makes sense?

25    What really is involved in these values and in

1    these rights, and how can they so easily be

2    trampled over, and as we look back on this year

3    of 2020, which we'll do in greater detail maybe

4    next week, but as we look back on this year of

5    2020, it's been a very bad year for human rights,

6    or God given rights.

7              They've been eroded dramatically in the

8    country that didn't create them, but probably

9    enshrined them better than any country in the

10   history of the world, the United States of

11   America.  There's never been a year in American

12   history where there has been such an all-out

13   assault on freedom of speech, freedom of

14   religion, free and fair elections, the ability to

15   congregate for causes that you believe in.

16             And your ability to conduct your life

17   with some degree of judgement by yourself without

18   the government dictating to you every little

19   detail of it.  These are enormous intrusions into

20   a country of civil liberties and civil rights,

21   human rights, and God given rights.  And

22   something we're going to have to review for the

23   future to make sure it doesn't happen again.  But

24   here we are, Christmas Day, pointing toward the

25   end of the year, going into a probably more

1   dramatic January then we've had in our history,

2   or at least we've had in our history since the

3   last time a Presidential election was in this

4   kind of dispute and gave promise of possibly even

5   going to the House of Representatives.

6            From the point of view now of, you

7   know, a lawyer involved in the case, deeply

8   involved with my client, let me tell you what

9   four, five states are to look at.  And I'm going

10  to give you the key things to look at in those

11  states.  Over the course of the next week or two,

12  of course we'll go into more detail on it, and

13  then show you more of this, but maybe it'd be a

14  good idea to sort of see what's at issue in these

15  states, and why there's so much turmoil, because

16  many of you maybe have not gotten beyond the

17  dominated, basically Democrat party control press

18  that we have in this country, which is akin to

19  the kind of press they have in Venezuela, China,

20  and in countries that are dictatorships.

21           For purposes of press right now, we

22  might as well be in a dictatorship with a few

23  exceptions, like my ability to communicate with

24  you on podcasts or on WABC or on OANN or on

25  Newsmax.  Or on some of the really brave

Page 5

1    independent radio stations that carry people like
2    Sean Hannity, Rush Limbaugh, again WABC, my radio
3    station.  It if wasn't for them, we'd have a
4    complete blackout of free speech.  If you were to
5    count on the television networks, free speech has
6    been gone for quite some time.
7              Free speech actually eliminated
8    completely since the Biden hard drive.  So, let's
9    see if by thinking about the significance of what
10   unites us as human beings, which is God, our
11   affinity with Jesus, our -- let's see if we can
12   agree on a few facts that might then show you
13   that what we're doing here is to try and
14   determine who honestly was elected President of
15   the United States.
16             So, let's start with the State of
17   Pennsylvania, where we had, I would say, in terms
18   of scope, the largest fraud.  What exists to show
19   that the vote in the State of Pennsylvania, as
20   submitted to President of the Senate is a false,
21   perjurious, lying statement?  Well, the first
22   thing that can do that is that there are
23   affidavits from hundreds of witnesses proving
24   that 822,777 ballots were entered without any
25   observation by an independent observer.

1          Against the law of Pennsylvania and

2    against common sense.  And they were all done in

3    the middle of the night when Biden was behind

4    Trump by 600,000 votes and he had to desperately

5    catch up.  Because if he didn't catch up by the

6    morning, surely Pennsylvania would be called for

7    Trump, and that would push him pretty close to

8    having an electoral majority, and they were going

9    to stop that (indiscernible).

10          882,770 votes, as recorded, all in

11   affidavits, under oath, some of it presented in

12   testimony before legislatures, none of it

13   presented to a Court because no Court will hear

14   evidence on this.  No Court.  Another terrible

15   failure in our system over some of the courage

16   that's come out of it.  So, that's one.  Also,

17   another statistical fact that just makes it

18   crystal clear that Pennsylvania numbers are

19   dramatically false, and that is that there were

20   more mail-in ballots counted then there were

21   mail-in ballots sent out.

22          I want you to consider that, right?

23   The way it works is, you're supposed to get a

24   mail-in ballot, absentee ballot, and you then

25   fill out the application on the front, you put

1  your name, your address, your precinct, you sign

2  it, there's a inner envelope, they call it the

3  security envelope.  And then there's the ballot.

4  You take out the ballot and you fill it out.

5  When you fill it out, you fold it so it fits into

6  the secure envelope, you seal it, and you put it

7  in the bigger envelope and you seal that.

8        And you send it in.  All those ballots

9  were sent out by the State.  People can't just

10  create those ballots on their own.  Obviously.

11  All those ballots are numbered and when they are

12  received back, they say oh, we sent out 1.8

13  million.  Hmm, we've gotten back 1.4 million.

14  400,000 didn't come back.  People decided not to

15  vote by absentee ballot.  They may very well have

16  voted on election day.  That really isn't a

17  concern.

18        However, when you look at the vote, you

19  see that well over two million mail-in ballots

20  were counted.  Now, if only 1.8 million were sent

21  out, and only 1.4 million were recorded as coming

22  back, where did this other group that could be as

23  great as 700,000 or 800,000, where'd these

24  ballots come from?  Who printed them?  They're

25  not on the list printed by the State or ordered

Page 8

1   by the State.

2           Where do they come from?  You gotta be

3   stupid.  You know where they came from.  They

4   were made up.  They were made up because

5   Pennsylvania was out of hand.  They never

6   expected him to be ahead at one point by 800,000

7   votes in Pennsylvania.  They had enough ballots

8   that had been made out in advance to cover that,

9   a couple of hundred thousand here and there.

10  They didn't have the 700,000, 800,000 ballots

11  they needed.

12          So, they had to go make them up.  Now,

13  State of Pennsylvania will not let us examine

14  their ballots.  Why?  The ballot doesn't show you

15  who someone voted for, it's just, now it's just

16  an empty ballot with Biden's name on it or

17  Trump's name on it.  Because you know, we could

18  put it in a machine and we could tell you whether

19  it's a legitimate ballot or not.

20          We could tell you by the markings, we

21  could tell you by the stationary, we could tell

22  you by sometimes the pen that's used too

23  repetitiously.  We could tell you by the folding

24  of the paper.  We could tell you that,

25  definitively, maybe not all 600,000 or 700,000

1   but 500,000 of those votes are phony votes. You

2   take that away from the 80,000 margin that Biden

3   has and Trump wins Pennsylvania.

4             Independent of the unexamined ballots.

5   I think this would be a good time to take a short

6   break. (commercial) Thank you very much for

7   coming back, and let's review the rest of the

8   States. And now let me show you a chart. Let me

9   show you a chart that could be one of the most

10   extraordinary things that has ever happened in

11   American politics from the point of view of

12   cheating.

13             And you'll turn this chart around and

14   this should be up on your screen. This is the

15   day of the election, and this is the day after,

16   the day after, the day after, and the day after.

17   So, this is when the counting process begins.

18   So, when we start, we start with the election day

19   numbers. On election day, Biden had

20   approximately 2.5 million votes. On election day

21   before we started reading the mail-in ballots,

22   Trump had 3.1 million votes. That was a very,

23   very large 600,000 lead.

24             Way beyond what anybody anticipated

25   Trump having. This is a wipeout, 13 percent.

1  Only 65 percent left to vote.  Well, how do you

2  make that up?  Well, you do it like they did in

3  Georgia and Michigan and in Wisconsin and in

4  Arizona.  You close the counting machine -- the

5  counting room down.  You say, everybody's going

6  home now, goodbye, we're not going to count

7  anymore, and then when the few people that are

8  independent are gone who couldn't (indiscernible)

9  anyway, you start to bring ballots in, and look

10  what happens between the election day and then

11  just the next day before noon.

12         The lead of Trump is shrunk to 160,000

13  votes.  The 600,000 gets shrunk to 160,000.

14  These are the Biden votes coming in.  You could

15  say effectively there was not a single Trump

16  vote.  But if you want to know the exact number,

17  it's almost equally as stupid, it's the

18  following.  Biden received a 578,014 votes, Trump

19  received 3,290 votes.  That's too -- 0.2 percent.

20  There's no place in the country that Biden --

21  that Trump received any number like that.

22         If we look at Pennsylvania, his worst

23  number is 20 times higher than that.  20 times

24  higher than that.  What I'm telling you is you

25  couldn't have found a sample of votes that were

1   that skewed.  Couldn't have find it in

2   Pennsylvania, couldn't have found it in New York

3   or California.  You couldn't have found it

4   anywhere.  Because it's made up.  It's phony.

5   Oh, but the Democrats in Philadelphia wouldn't

6   cheat.  No.  They've only just done it in the

7   last 60 years in every election.

8          They only just leave the country and

9   the number of people convicted of voter fraud.

10  You know, the reality of all this?  The real

11  shocking thing in this election that meant so

12  much is that Philadelphia didn't cheat.  Then

13  something strange would have happened.  This

14  isn't strange, this is how bad and how crooked

15  the Democrat party has become, and how greedy

16  it's become for power and money, and how much of

17  control it has on our media that you never saw

18  that chart before.

19          You should have seen that chart three

20  days after the election on NBC and CBS and ABC.

21  If they had an interest in tell you the truth.

22  You tell me that that chart doesn't prove that

23  they stole Pennsylvania.  Trump won Pennsylvania

24  by 300,000 votes.  I don't want to burden you

25  with more, maybe later on, but I'll show you

1    exactly how that can be proven.

2              But in any event, the one thing for

3    sure is the vote that submitted by Pennsylvania

4    is a fraud, it's a perjury, it's dishonest.

5    Governor Wolf and all his crooked Democrats are

6    participating in it, and letting it stand.  Now

7    we go to Arizona.  Arizona, how do we know that

8    Arizona is wrong?  Oh, I'm going to give you an

9    easy one, okay?  I'm going to give you an easy

10   one that does rely on common sense.

11             Mr. Paine's Common Sense.  The guide

12   for our show.  You know Arizona, you know how

13   close it is to the border.  It's on the border.

14   You know the hundred years of border crossing

15   issues that it's had, and the 50 years of illegal

16   immigration non-citizens, you can have different

17   views on it, benign, very strong, somewhere in

18   between, somewhere balanced.  But you know that

19   Arizona is filled with non-citizens.

20             Some of them come seasonally and some

21   stay for a lifetime.  And many of them vote, and

22   they voted forever.  That nobody checks.  So, the

23   Governor of Arizona, who unfortunately calls

24   himself a Republican and his little entourage in

25   there have submitted an entirely laughable vote

1   count in that it pretends that it doesn't contain

2   the vote of a single non-immigrant.

3           So, Biden beats Trump by 10,000 votes,

4   but has no votes from non-citizens.  Not a single

5   non-citizen voted in Arizona this time, for the

6   first time in 50 years.  If one did, then that

7   statement before Congress is perjurious, false.

8   Well, of course it's untrue.  And they know it's

9   untrue, and they think you're too stupid to care.

10  And they think that the big tech, big networks,

11  big corporations, and the big money like the

12  money that comes from Dominion, they think it's

13  going to make you all be somnolent and go to

14  sleep and not pay attention that singular,

15  common-sense fact that proves that Arizona has a

16  false submission to the United States government.

17          I think these false submissions should

18  be prosecuted.  So, we've done some surveys.

19  Barest minimum that we get back in the survey,

20  done by a fairly pro-immigrant group is 36,000

21  non-immigrants -- or non-citizens voted.  Largest

22  is 237,000.  You pick a number in between.  It

23  flips the state from Biden to the guy who

24  actually won it, Trump.  This is how they stole

25  the election, ladies and gentlemen.

```
 1          We're not making it up, these are cold,
 2    hard, facts and just pure common sense.  Now, if
 3    you don't want to do it that way, you can do it
 4    with the out of state voters that were allowed to
 5    vote.  Clearly voting out of state as well,
 6    they're more than enough to turn the tide of the
 7    election.  Or you can base it on the uninspected
 8    ballots in Pima County, in Coconino County, and
 9    of course, in Maricopa County, which get up into
10    the hundreds of thousands.
11          So, there are three independent ways of
12    demonstrating the number's wrong, therefore the -
13    - must be decertified, and the number breaks out
14    with a Trump win somewhere around 40,000 or
15    50,000.  Wow.  Two states, stolen.  Why don't we
16    take a brief pause and we'll be right back.
17    (commercial) Thank you for coming back, and let's
18    finish the review of these states.
19          Now we go to Michigan.  Michigan
20    probably has the most dramatic situation of all,
21    and that is the 4:30 in the morning dump of
22    100,000 ballots, after everyone had been thrown
23    out of the center for some time, and three people
24    remained behind.  Two Republicans surreptitiously
25    remained behind and a Dominion employee who was
```

1   disgusted with the dishonest conduct of Dominion.

2           They stood behind, and all of a sudden,

3   these trucks pulled up.  They thought it was

4   food.  It wasn't food, it was a bunch of ballots.

5   Lots of ballots.  In garbage cans.  In waste

6   paper baskets.  In this and that put up on the

7   stand, they started reading them off.  Turns out

8   to be all Biden, all the time.  100,000 votes.

9   You can see it in the bump for Biden, you can see

10  it in the total switch around of votes.  That's

11  100,000 ballots.  100,000.

12          Or you can take a look at Wayne County

13  itself, where 71 of the precincts couldn't

14  balance their books.  What does that mean?  It

15  means that like in Pennsylvania where the number

16  could be as high as 700,000, more people voted --

17  there were more votes than people who voted.

18  When you go look at the particular precinct,

19  let's use a number.

20          You know, it shows 4,000 people voted

21  that day.  Oh, but no, it recorded 6,000 votes.

22  Gee, who are these other 2,000?  This is so bad

23  that the County Board refused to certify because

24  of the 71 that couldn't be balanced.  That's a

25  lot.  And then they were threatened.  They were

1    doxed, their phone numbers were put out, their

2    addresses were put out, they were threatened with

3    death, and they changed their vote on a theory

4    that there would be a forensic audit.

5              The vote went in, the forensic audit

6    was called back, and they have since withdrawn

7    their votes.  They refused to certify this.  The

8    Governor ignored it, and Governor Witless and her

9    Secretary of State, who was already committed a

10   felony in saying that records should be

11   destroyed, submitted a dishonest, criminal,

12   fraudulent vote that includes the 100,000 dump.

13   It includes the 270,000 votes that were

14   unobserved, and it includes these questionable --

15   not questionable, these non-existent votes that

16   have to have been phony votes where you have

17   4,000 people voting, but 6,000 votes.

18              This is the reason we want to see those

19   machines.  And then when we did see the machines

20   in Michigan, over the great objection of the

21   dishonest officials of Michigan, because they

22   don't want you to look at these machines in the

23   worst way, 'cause it's going to prove what crooks

24   they are, we found that 82 percent of the ballots

25   that went into that machine didn't get registered

Page 17

1    immediately.

2           They went off for adjudication, because

3    they were found to be not distinct enough, and

4    then some third-party administrator without a

5    Republican around decided who you voted for.  And

6    you don't even know that.  You don't know if your

7    vote was counted.  You don't know if your vote

8    was put into adjudication, and you don't know if

9    your vote was changed in adjudication.  That

10   happened often enough to change the result of the

11   election, and we could find that out for sure if

12   they would stop obstructing our ability to

13   examine all the machines in Michigan.

14           Don't you think that all the machines

15   in Michigan should be audited before we declare a

16   winner in this election?  They don't want you to

17   see any of the machines in Michigan.  Again,

18   let's use common sense.  Why?  If those machines

19   are clean as a whistle, I'd offer them four weeks

20   ago.  Come on, look at the machines.  No, no,

21   4,000 people voted, and 4,000 votes were counted.

22   Not the way you say.

23           Instead, we've run the machines we

24   have, and they never balance.  One case we did it

25   three times.  We got three different results.

Page 18

```
 1   Same thing in Georgia.  These machines are quite
 2   something, these Dominion machines.  Big question
 3   to be asked, and we'll ask it right now as we
 4   move onto Georgia is, why did the Governors buy
 5   these machines?  First of all, they're foreign
 6   machines.  Why would we use foreign machines in
 7   our election?  Why would we use foreign machines
 8   that are porous as Swiss cheese?
 9            You can invade them, you can hack them,
10   you can hook up internet links to them.  You can
11   change votes, you can recalculate votes.  You can
12   do things that you'd only want to do if you're
13   cheating.  Why did they buy these machines?
14   Georgia, with a Republican Governor named Kemp, I
15   say the word Republican advisedly, hey, our party
16   isn't made up of all great people, either.  Kemp
17   bought these machines, he spent 110 million
18   dollars on these new machines that, right from
19   the beginning, his electors told him were crap.
20            But he bought them for 100 million, he
21   and his Secretary of State, Raffensperger, who
22   looks like he's working for the other side.
23   Well, that was a big number, big, big number, and
24   they got crappy machines for it.  So, what about
25   Georgia?  How do we show you that Georgia, the
```

**Page 19**

1    numbers in Georgia are another big fraud

2    submitted by Kemp, Raffensperger, and their

3    Lieutenant Governor puppy dog who, you know, says

4    nothing went wrong in the election?

5             Well, this is truly see no evil, they

6    must think the people in Georgia are stupid.

7    Everybody in Georgia can look at a video, live

8    from Fulton County.  Let's watch the Democrats

9    steal the election.  And there you see it.  Ruby

10   Freeman and her crew getting everybody out of the

11   center.  Creating a false story that there was a

12   water main break.  No water main break.  They get

13   everybody out.  They wait, they wait, they wait.

14             They check, they check, they check,

15   like they're going to do a heist.  And all of a

16   sudden, the crooks sprang into action.  They go

17   under a desk covered like a casket and they start

18   pulling ballots out.  Tremendous numbers of

19   ballots.  And they bring them over to one County

20   stand way over here.  Another County stand.

21   Another -- and they keep looking around to make

22   sure there's nobody in the room.  And then they

23   start counting.  Every once in a while you look

24   closely, you can see them doing this, with one

25   ballot.

1          You know what that does?  That takes

2      Biden and multiplies it by five.  Bum, bum, bum,

3      bum, bum, bum, bum, bum, bum.  We got independent

4      video of that in Coffee County, how you can do

5      that.  Bum, bum, bum, bum, bum, bum, bum, bum,

6      bum.  So then we take a look with our experts.

7      How -- what could they have gotten away with

8      there?  120,000 votes?  130,000 votes?  To

9      something like about 2,000 for Trump?  And Biden

10     won by 10,000 votes.

11          Dishonest number, Governor Kemp.

12     Submitting a false statement to the United States

13     Government is a violation of 18 United States

14     code section 1001, they apply it to everyone

15     else, not just Republicans who possibly commit

16     crimes in favor of Democrats.  And what kind of

17     Republican are you, anyway, Kemp?  Letting our

18     party get cheated.  All throughout your state,

19     Republican observers were pushed away, not

20     allowed to observe the ballots.

21          In some cases, even physically.  What

22     kind of Republican are you?  What kind of man are

23     you, letting that happen?  What kind of Governor

24     are you?  Buying a machine like Dominion?

25     Letting our votes be counted by a foreign machine

1    just because they offer the state 110 million

2    dollars?  Governor, exactly who are you?  And

3    what are you about?

4            This election was stolen.  You know it.

5    You know it.  Everyone in Georgia knows it.

6    Democrats at least stick together.  That's true,

7    they stick together committing crimes.  We can't

8    even stick together doing the right thing.

9    That's a shame.  You've really let down Georgia.

10   You've embarrassed your state.  You've put a

11   cloud of dishonor on the State of Georgia.  And

12   the rest of Georgia should remove that.

13           I don't have to go into the out of

14   state voters.  More than enough illegitimate out

15   of state voters to change the result.  The

16   underage voters.  The dead voters.  The no

17   verification of absentee ballots, that amounts to

18   about 300,000 votes in Governor Kemp's crooked

19   version of Georgia.  And finally, Wisconsin.

20   Wisconsin is a very interesting situation of its

21   own.  All the same kind of voter fraud in

22   Wisconsin as in the other places.

23           Republican being kept out to the tune

24   of a couple hundred thousand votes.  Out of

25   state, all that.  Even some dead people.

1    Probably less than most states, but some dead

2    people.  But Arizona has a different absentee law

3    than anyone else.  Arizona didn't buy into this

4    mail-in ballot thing, because it realized the

5    mail-in ballots -- it realized what was going to

6    happen, it was going to be a tremendous amount of

7    fraud.

8            We have been warned of that for 50

9    years.  That if we ever did it, the election

10   would be overcome by fraud.  Well, Jimmy Carter

11   and James Baker turned out to be right, as did

12   Justice Souter and many other scholars who warned

13   us.  It turned into a disaster.  And an election

14   that has to be reversed.  But, Wisconsin wouldn't

15   change, and Wisconsin said, we're sticking with

16   our absentee ballot rule.  We don't like absentee

17   ballots, we don't trust absentee ballots, you

18   think you should have enough interest to get up

19   off your backside and go vote on election day.

20           But if you want to do an absentee

21   ballot, you're going to have to do it by the

22   strict rules, and if you don't apply the strict

23   rules, you don't get the presumption that we're

24   going to go to extra lengths to honor the right

25   to vote.  We're going to throw your vote out.

1   Because we have no way of verifying you.  And you

2   have too easy a job of taking advantage of us if

3   we become too lenient.

4            Okay, so that's just back -- that's the

5   setting.  So, Arizona says that if you cast an

6   absentee ballot, a couple of things.  It cannot

7   be solicited.  Someone can't come and ask you to

8   do it.  Someone can't bring you the stuff to do

9   it.  You have to witness -- you have to show that

10  you want to vote that way, so therefore you have

11  to go out of your way to get the application.

12  You then have to fill the application out, make

13  out the rest of the other parts of the ballot.

14            You've got to fold it up, put it

15  together, and you have to personally mail it in

16  yourself.  No one else can take it for you,

17  either to the mailbox -- well, unless you're at

18  the mailbox, but nobody can take it to the

19  Clerk's office.  You have to do that.  And then

20  they had to enforce that rule, they say, when

21  they count the absentee ballot, any absentee

22  ballot without an application is discarded as a

23  vote.

24            No -- you don't have to worry about the

25  remedy, that's their remedy.  It's discarded as a

1    vote.  And a group that's allowed to do an

2    absentee ballot, only exception are those people

3    that are indefinitely confined.  So, indefinitely

4    confined means basically being in a nursing home

5    or being on life support at home.  Traditionally

6    20,000 people in Wisconsin, otherwise you had a

7    vote like everybody else.

8              All of a sudden without any legislative

9    authorization, without any change in the law,

10   completely illegally, the Secretary of State

11   announces, this is COVID, everybody's

12   indefinitely confined.  They go to the Supreme

13   Court of Wisconsin, and the Supreme Court of

14   Wisconsin says, absolutely not.  You can't change

15   the law, it's the same law, it's got to be

16   applied the same way.

17             Well, they basically say, the Democrats

18   do, to hell with the Courts.  And here's what we

19   have happen.  We have votes being solicited at

20   fairs, we have votes being solicited at parties,

21   we have votes that come in that have no

22   applications, we have votes that come in that are

23   filled out improperly, and that amounts to about

24   226,000 votes that should be discounted in --

25   just in Dane County and in Milwaukee County

1    alone.  That would be Milwaukee and Madison,

2    Wisconsin.

3           Particularly people who claim to be

4    indefinitely confined and for which we've now

5    gone through the trouble of finding evidence that

6    they were fully mobile, fully involved, working,

7    playing, doing sports.  In other words, true

8    frauds.  And that number, although not final yet

9    'cause we haven't finished our investigation,

10   that number will exceed the margin of error -- or

11   not the margin of error, the margin between Trump

12   and Biden.

13          So, I know what you've been told about

14   our fanciful, weird, strange theories of fraud,

15   cleanest election ever.  Let me just review

16   quickly to tell you about the f -- the best ever.

17   Pennsylvania, you remember the chart, the 600,000

18   votes that came in in the middle of the night.

19   You also remember I hope, that there are 870 --

20   882,770 votes that were uninspected.  And you

21   also remember that there are some 400,000 to

22   700,000 more mail-in votes counted then ever

23   printed.

24          So, count out Pennsylvania.

25   Pennsylvania, certification wrong.  That should

1    be decertified.  And it should be certified by

2    the State Legislature as they have the power to

3    do in favor of Donald Trump.  Arizona.  Arizona

4    has more non-citizens voting then the margin of

5    error between the two.  The breakdown either by

6    County or anywhere else is about 80/20.

7    Biden/Trump.  That tell -- takes you way beyond

8    the margin necessary to reverse the state from

9    Biden to Trump.

10            Michigan, when you count the

11   (indiscernible) 82 percent adjudication rate,

12   which means that the person doesn't get to make

13   their own votes, an administrator does, probably

14   a Democrat, and number two, that 70 -- 71 of the

15   precincts in Wayne County, the largest County,

16   the vote didn't balance.  In other words, there

17   were more votes counted than people who voted.

18            And when you consider that 300,000 to

19   400,000 votes were put into the mail-in vote

20   machines without any observation by Republicans,

21   although there were several observations from far

22   away that these votes were entered four, five,

23   and six times.  When you consider the dump of

24   100,000 votes in the middle of the night all for

25   Biden, my goodness, my goodness, my goodness.

Page 27

1  The number that Trump won Michigan by looks

2  pretty much like the number we all went to bed on

3  on election night.

4           About 120,000.  Just like Pennsylvania

5  looks like something like 300,000 to 400,000.

6  When you take out the illegal ballots, and when

7  we get to Georgia, just look at the tape.  That

8  accounts for anywhere from 40,000 to 80,000

9  votes.  The number then, when we look at it on --

10  was like 138,000 for Biden, and 2,000 for Trump.

11  Take those out of their numbers, Trump won

12  Georgia.  Honestly.  We won honest votes, here.

13           And finally, Wisconsin.  The

14  indefinitely confined were not indefinitely

15  confined.  That's a fraudulent vote.  Wisconsin's

16  tough on these things.  Wisconsin has to change

17  its certification.  Has to certify.  That's

18  what's going to go on now.  Going to State

19  Legislature then go on in Congress.  It's going

20  to be pursued, and no matter what the crooked

21  media tells you, it's a real case.

22           So, I hope this gives you an overview

23  to get you prepared for next week.  Hope you have

24  a very nice Christmas weekend, this is a

25  beautiful time to spend time with the family and

**Page 28**

1   to reflect on the true meaning of Christmas,

2   which we know the true meaning of Christmas, it's

3   not gifts, it's not Santa Claus, it's not

4   whatever else is nice about it.  Those things are

5   all nice, and those things are all wonderful and

6   gosh, I'm still enough of a child to still want

7   my trains back.

8          Christmas is about the greatest miracle

9   that occurred in human history.  And the one that

10  makes us what we are.  Human beings.  Makes us

11  very special.  'Cause we're made in the image and

12  likeness of God, and God demonstrated that by

13  having his only son become man.  That's a lot to

14  reflect on there.  And hopefully that reflection

15  will help to change your behavior.  I hope it

16  changed mine as well.  Well, Merry Christmas,

17  we'll be back a few days.  Thank you very much.

18  (credits)

19

20

21

22

23

24

25

Page 29

1           C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *Sonya M. Ledanski Hyde*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: November 9, 2022

17

18

19

20

21

22

23

24

25

**[0.2 - audit]**                                                           Page 1

| 0 | 3 | 8 |
|---|---|---|
| **0.2**   10:19 | **3,290**   10:19 | **80,000**   9:2 27:8 |
| **1** | **3.1**   9:22 | **80/20**   26:6 |
| **1.4**   7:13,21 | **300**   29:13 | **800,000**   7:23 8:6 |
| **1.8**   7:12,20 | **300,000**   11:24 | 8:10 |
| **10,000**   13:3 | 21:18 26:18 27:5 | **82**   16:24 26:11 |
| 20:10 | **330**   29:12 | **822,777**   5:24 |
| **100**   18:20 | **36,000**   13:20 | **870**   25:19 |
| **100,000**   14:22 | **4** | **882,770**   6:10 |
| 15:8,11,11 16:12 | **4,000**   15:20 | 25:20 |
| 26:24 | 16:17 17:21,21 | **9** |
| **1001**   20:14 | **40,000**   14:14 | **9**   29:16 |
| **110**   18:17 21:1 | 27:8 | **97**   1:14 |
| **11501**   29:14 | **400,000**   7:14 | **a** |
| **120,000**   20:8 | 25:21 26:19 27:5 | **abc**   11:20 |
| 27:4 | **4:30**   14:21 | **ability**   3:14,16 |
| **12151**   29:7 | **5** | 4:23 17:12 |
| **13**   9:25 | **50**   12:15 13:6 | **absentee**   6:24 |
| **130,000**   20:8 | 22:8 | 7:15 21:17 22:2 |
| **138,000**   27:10 | **50,000**   14:15 | 22:16,16,17,20 |
| **160,000**   10:12,13 | **500,000**   9:1 | 23:6,21,21 24:2 |
| **18**   20:13 | **578,014**   10:18 | **absolutely**   24:14 |
| **2** | **6** | **accounts**   27:8 |
| **2,000**   15:22 20:9 | **6,000**   15:21 | **accurate**   29:4 |
| 27:10 | 16:17 | **action**   19:16 |
| **2.5**   9:20 | **60**   11:7 | **address**   7:1 |
| **20**   10:23,23 | **600,000**   6:4 8:25 | **addresses**   16:2 |
| **20,000**   24:6 | 9:23 10:13 25:17 | **adjudication** |
| **2020**   1:14 3:3,5 | **65**   10:1 | 17:2,8,9 26:11 |
| **2022**   29:16 | **7** | **administrator** |
| **226,000**   24:24 | **70**   26:14 | 17:4 26:13 |
| **237,000**   13:22 | **700,000**   7:23 | **advance**   8:8 |
| **25**   1:14 | 8:10,25 15:16 | **advantage**   23:2 |
| **270,000**   16:13 | 25:22 | **advisedly**   18:15 |
|  | **71**   15:13,24 | **affidavits**   5:23 |
|  | 26:14 | 6:11 |

**affinity**   5:11
**ago**   17:20
**agree**   5:12
**ahead**   8:6
**akin**   4:18
**allowed**   14:4
20:20 24:1
**america**   3:11
**american**   3:11
9:11
**amount**   22:6
**amounts**   21:17
24:23
**announces**   24:11
**anticipated**   9:24
**anybody**   9:24
**anymore**   10:7
**anyway**   10:9
20:17
**application**   6:25
23:11,12,22
**applications**
24:22
**applied**   24:16
**apply**   20:14
22:22
**approximately**
9:20
**arizona**   10:4
12:7,7,8,12,19
12:23 13:5,15
22:2,3 23:5 26:3
26:3
**asked**   18:3
**assault**   3:13
**attention**   13:14
**audit**   16:4,5

**audited** 17:15
**authorization** 24:9

**b**

**back** 3:2,4 7:12 7:13,14,22 9:7 13:19 14:16,17 16:6 23:4 28:7 28:17
**backside** 22:19
**bad** 3:5 11:14 15:22
**baker** 22:11
**balance** 15:14 17:24 26:16
**balanced** 12:18 15:24
**ballot** 6:24,24 7:3,4,15 8:14,16 8:19 19:25 22:4 22:16,21 23:6,13 23:21,22 24:2
**ballots** 5:24 6:20 6:21 7:8,10,11 7:19,24 8:7,10 8:14 9:4,21 10:9 14:8,22 15:4,5 15:11 16:24 19:18,19 20:20 21:17 22:5,17,17 27:6
**barest** 13:19
**base** 14:7
**basically** 4:17 24:4,17
**baskets** 15:6
**beats** 13:3

**beautiful** 2:7 27:25
**becoming** 2:9
**bed** 27:2
**beginning** 18:19
**begins** 9:17
**behavior** 28:15
**beings** 5:10 28:10
**believe** 3:15
**benign** 12:17
**best** 25:16
**better** 3:9
**beyond** 4:16 9:24 26:7
**biden** 5:8 6:3 9:2 9:19 10:14,18,20 13:3,23 15:8,9 20:2,9 25:12 26:7,9,25 27:10
**biden's** 8:16
**big** 13:10,10,11 13:11 18:2,23,23 18:23 19:1
**bigger** 7:7
**blackout** 5:4
**board** 15:23
**books** 15:14
**border** 12:13,13 12:14
**bought** 18:17,20
**brave** 4:25
**break** 9:6 19:12 19:12
**breakdown** 26:5
**breaks** 14:13
**brief** 14:16

**bring** 10:9 19:19 23:8
**bum** 20:2,2,2,3,3 20:3,3,3,3,5,5,5 20:5,5,5,5,5,6
**bump** 15:9
**bunch** 15:4
**burden** 11:24
**buy** 18:4,13 22:3
**buying** 20:24

**c**

**c** 29:1,1
**california** 11:3
**call** 7:2
**called** 6:6 16:6
**calls** 12:23
**cans** 15:5
**can't** 7:9 21:7 23:7,8 24:14
**care** 13:9
**carry** 5:1
**carter** 22:10
**case** 4:7 17:24 27:21
**cases** 20:21
**casket** 19:17
**cast** 23:5
**catch** 6:5,5
**cause** 16:23 25:9 28:11
**causes** 3:15
**cbs** 11:20
**center** 14:23 19:11
**certification** 25:25 27:17
**certified** 26:1

**certify** 15:23 16:7 27:17 29:3
**change** 17:10 18:11 21:15 22:15 24:9,14 27:16 28:15
**changed** 16:3 17:9 28:16
**chart** 9:8,9,13 11:18,19,22 25:17
**cheat** 11:6,12
**cheated** 20:18
**cheating** 9:12 18:13
**check** 19:14,14 19:14
**checks** 12:22
**cheese** 18:8
**cherished** 2:17
**child** 28:6
**china** 4:19
**christ** 2:9
**christmas** 2:2,4 2:5,7 3:24 27:24 28:1,2,8,16
**citizen** 13:5
**citizens** 12:16,19 13:4,21 26:4
**civil** 3:20,20
**civilization** 2:13
**claim** 25:3
**claus** 28:3
**clean** 17:19
**cleanest** 25:15
**clear** 6:18
**clearly** 14:5

clerk's 23:19
client 4:8
close 6:7 10:4
 12:13
closely 19:24
cloud 21:11
coconino 14:8
code 20:14
coffee 20:4
cold 14:1
come 6:16 7:14
 7:24 8:2 12:20
 17:20 23:7 24:21
 24:22
comes 13:12
coming 7:21 9:7
 10:14 14:17
commercial 9:6
 14:17
commit 20:15
committed 16:9
committing 21:7
common 2:3,22
 6:2 12:10,11
 13:15 14:2 17:18
communicate
 4:23
complete 5:4
completely 5:8
 24:10
concern 7:17
conduct 3:16
 15:1
confined 24:3,4
 24:12 25:4 27:14
 27:15
congregate 3:15

congress 13:7
 27:19
consider 6:22
 26:18,23
contain 13:1
control 4:17
 11:17
controversial
 2:23
convicted 11:9
corporations
 13:11
couldn't 10:8,25
 11:1,2,3 15:13
 15:24
count 5:5 10:6
 13:1 23:21 25:24
 26:10
counted 6:20
 7:20 17:7,21
 20:25 25:22
 26:17
counting 9:17
 10:4,5 19:23
countries 4:20
country 1:13 3:8
 3:9,20 4:18
 10:20 11:8 29:12
county 14:8,8,9
 15:12,23 19:8,19
 19:20 20:4 24:25
 24:25 26:6,15,15
couple 8:9 21:24
 23:6
courage 6:15
course 4:11,12
 13:8 14:9

court 6:13,13,14
 24:13,13
courts 24:18
cover 8:8
covered 19:17
covid 24:11
crap 18:19
crappy 18:24
create 3:8 7:10
creating 19:11
credits 28:18
crew 19:10
crimes 20:16
 21:7
criminal 16:11
crooked 11:14
 12:5 21:18 27:20
crooks 16:23
 19:16
crossing 12:14
crystal 6:18
current 1:13

d

dane 24:25
date 29:16
day 2:4,5,9 3:24
 7:16 9:15,15,16
 9:16,16,18,19,20
 10:10,11 15:21
 22:19
days 11:20 28:17
dead 21:16,25
 22:1
death 16:3
dec 1:14
decertified 14:13
 26:1

decided 7:14
 17:5
declare 17:15
deeply 4:7
definitively 8:25
degree 3:17
democrat 4:17
 11:15 26:14
democrats 11:5
 12:5 19:8 20:16
 21:6 24:17
demonstrated
 28:12
demonstrating
 14:12
desk 19:17
desperately 6:4
destroyed 16:11
detail 3:3,19
 4:12
determine 5:14
dictating 3:18
dictatorship
 4:22
dictatorships
 4:20
didn't 3:8 6:5
 7:14 8:10 11:12
 16:25 22:3 26:16
different 12:16
 17:25 22:2
disaster 22:13
discarded 23:22
 23:25
discounted
 24:24
disgusted 15:1

dishonest   12:4
   15:1 16:11,21
   20:11
dishonor   21:11
dispute   4:4
distinct   17:3
doesn't   3:23
   8:14 11:22 13:1
   26:12
dog   19:3
doing   5:13 19:24
   21:8 25:7
dollars   18:18
   21:2
dominated   4:17
dominion   13:12
   14:25 15:1 18:2
   20:24
donald   26:3
don't   11:24 14:3
   14:15 16:22 17:6
   17:6,7,8,14,16
   21:13 22:16,17
   22:22,23 23:24
doxed   16:1
dramatic   4:1
   14:20
dramatically   3:7
   6:19
drive   5:8
dump   14:21
   16:12 26:23

**e**

e   29:1
earth   2:11
easily   3:1
easy   12:9,9 23:2

effectively   10:15
either   18:16
   23:17 26:5
elected   5:14
election   4:3 7:16
   9:15,18,19,20
   10:10 11:7,11,20
   13:25 14:7 17:11
   17:16 18:7 19:4
   19:9 21:4 22:9
   22:13,19 25:15
   27:3
elections   3:14
electoral   6:8
electors   18:19
eliminated   5:7
embarrassed
   21:10
employee   14:25
empty   8:16
enforce   23:20
enormous   3:19
enshrined   3:9
entered   5:24
   26:22
entire   2:22
entirely   12:25
entourage   12:24
envelope   7:2,3,6
   7:7
ep   1:14
episode   2:3
equally   10:17
eroded   3:7
error   25:10,11
   26:5
event   12:2

everybody   19:7
   19:10,13 24:7
everybody's
   10:5 24:11
evidence   6:14
   25:5
evil   19:5
exact   10:16
exactly   12:1 21:2
examine   8:13
   17:13
exceed   25:10
exception   24:2
exceptions   4:23
existent   16:15
exists   5:18
expected   8:6
experts   20:6
explore   2:23
extra   22:24
extraordinary
   9:10

**f**

f   25:16 29:1
fact   6:17 13:15
facts   5:12 14:2
failure   6:15
fair   3:14
fairly   13:20
fairs   24:20
false   5:20 6:19
   13:7,16,17 19:11
   20:12
family   2:6 27:25
fanciful   25:14
far   26:21
favor   20:16 26:3

felony   16:10
fill   6:25 7:4,5
   23:12
filled   12:19
   24:23
final   25:8
finally   21:19
   27:13
find   11:1 17:11
finding   25:5
finish   14:18
finished   25:9
first   5:21 13:6
   18:5
fits   7:5
five   4:9 20:2
   26:22
flips   13:23
fold   7:5 23:14
folding   8:23
following   10:18
food   15:4,4
foregoing   29:4
foreign   18:5,6,7
   20:25
forensic   16:4,5
forever   12:22
found   10:25 11:2
   11:3 16:24 17:3
four   4:9 17:19
   26:22
fraud   5:18 11:9
   12:4 19:1 21:21
   22:7,10 25:14
frauds   25:8
fraudulent   16:12
   27:15

**free** 3:14 5:4,5,7
**freedom** 3:13,13
**freeman** 19:10
**front** 6:25
**fully** 25:6,6
**fulton** 19:8
**future** 3:23

**g**

**garbage** 15:5
**gee** 15:22
**gentlemen** 13:25
**georgia** 10:3
  18:1,4,14,25,25
  19:1,6,7 21:5,9
  21:11,12,19 27:7
  27:12
**getting** 19:10
**gifts** 28:3
**giuliani** 1:12,13
  2:1,2
**give** 4:10 12:8,9
**given** 2:20 3:6,21
**gives** 27:22
**go** 2:19 4:12 8:12
  12:7 13:13 14:19
  15:18 19:16
  21:13 22:19,24
  23:11 24:12
  27:18,19
**god** 2:20 3:6,21
  5:10 28:12,12
**going** 2:4 3:22
  3:25 4:5,9 6:8
  10:5,6 12:8,9
  13:13 16:23
  19:15 22:5,6,21
  22:24,25 27:18
  27:18,19

**good** 4:14 9:5
**goodbye** 10:6
**goodness** 26:25
  26:25,25
**gosh** 28:6
**gotta** 8:2
**gotten** 4:16 7:13
  20:7
**government** 3:18
  13:16 20:13
**governor** 12:5
  12:23 16:8,8
  18:14 19:3 20:11
  20:23 21:2,18
**governors** 18:4
**grace** 2:8
**great** 7:23 16:20
  18:16
**greater** 3:3
**greatest** 28:8
**greedy** 11:15
**group** 7:22 13:20
  24:1
**guide** 12:11
**guy** 13:23

**h**

**hack** 18:9
**hand** 8:5
**hannity** 5:2
**happen** 3:23
  20:23 22:6 24:19
**happened** 2:11
  9:10 11:13 17:10
**happens** 10:10
**hard** 5:8 14:2
**haven't** 25:9
**hear** 6:13

**heist** 19:15
**hell** 24:18
**hello** 2:1
**help** 28:15
**here's** 24:18
**hey** 18:15
**he's** 18:22
**high** 15:16
**higher** 10:23,24
**history** 2:12 3:10
  3:12 4:1,2 28:9
**hmm** 7:13
**home** 10:6 24:4
  24:5
**honest** 27:12
**honestly** 5:14
  27:12
**honor** 22:24
**hook** 18:10
**hope** 25:19 27:22
  27:23 28:15
**hopefully** 2:5
  28:14
**house** 4:5
**human** 2:12,15
  2:15,19 3:5,21
  5:10 28:9,10
**humanity** 2:12
**hundred** 8:9
  12:14 21:24
**hundreds** 5:23
  14:10
**hyde** 29:3

**i**

**idea** 4:14
**ignored** 16:8
**illegal** 12:15 27:6

**illegally** 24:10
**illegitimate**
  21:14
**image** 28:11
**immediately**
  17:1
**immigrant** 13:2
  13:20
**immigrants**
  13:21
**immigration**
  12:16
**importance** 2:14
**important** 2:16
**improperly**
  24:23
**includes** 16:12
  16:13,14
**indefinitely** 24:3
  24:3,12 25:4
  27:14,14
**independent** 5:1
  5:25 9:4 10:8
  14:11 20:3
**indiscernible** 6:9
  10:8 26:11
**inner** 7:2
**interest** 11:21
  22:18
**interesting** 21:20
**internet** 18:10
**intrusions** 3:19
**invade** 18:9
**investigation**
  25:9
**involved** 2:25
  4:7,8 25:6

**isn't** 7:16 11:14
18:16
**issue** 4:14
**issues** 2:23 12:15
**it'd** 4:13
**it's** 2:4 3:5 8:15
8:15,19 10:17
11:4,4,16 12:4,4
12:13,15 13:8,8
13:12 16:23
23:25 24:15,15
27:19,21 28:2,3
28:3
**i'd** 17:19
**i'll** 11:25
**i'm** 2:2 4:9 10:24
12:8,9 28:6

**j**

**james** 22:11
**january** 4:1
**jesus** 2:8 5:11
**jimmy** 22:10
**job** 23:2
**joyous** 2:7
**judgement** 3:17
**justice** 22:12

**k**

**keep** 19:21
**kemp** 18:14,16
19:2 20:11,17
**kemp's** 21:18
**kept** 21:23
**key** 4:10
**kind** 4:4,19
20:16,22,22,23
21:21

**know** 2:24 4:7
8:3,17 10:16
11:10 12:7,12,12
12:14,18 13:8
15:20 17:6,6,7,8
19:3 20:1 21:4,5
25:13 28:2
**knows** 21:5

**l**

**ladies** 13:25
**large** 9:23
**largest** 5:18
13:21 26:15
**laughable** 12:25
**law** 6:1 22:2 24:9
24:15,15
**lawyer** 4:7
**lead** 9:23 10:12
**leave** 11:8
**ledanski** 29:3
**left** 10:1
**legal** 29:11
**legislative** 24:8
**legislature** 26:2
27:19
**legislatures** 6:12
**legitimate** 8:19
**lengths** 22:24
**lenient** 23:3
**letting** 12:6
20:17,23,25
**let's** 5:8,11,16
9:7 14:17 15:19
17:18 19:8
**liberties** 2:18
3:20
**lieutenant** 19:3

**life** 2:15,15 3:16
24:5
**lifetime** 12:21
**likeness** 28:12
**limbaugh** 5:2
**links** 18:10
**list** 7:25
**listening** 2:5
**little** 3:18 12:24
**live** 19:7
**look** 3:2,4 4:9,10
7:18 10:9,22
15:12,18 16:22
17:20 19:7,23
20:6 27:7,9
**looking** 19:21
**looks** 18:22 27:1
27:5
**lord** 2:8
**lot** 15:25 28:13
**lots** 15:5
**loved** 2:6
**lying** 5:21

**m**

**machine** 8:18
10:4 16:25 20:24
20:25
**machines** 16:19
16:19,22 17:13
17:14,17,18,20
17:23 18:1,2,5,6
18:6,7,13,17,18
18:24 26:20
**madison** 25:1
**mail** 6:20,21,24
7:19 9:21 22:4,5
23:15 25:22
26:19

**mailbox** 23:17
23:18
**main** 19:12,12
**majority** 6:8
**making** 14:1
**man** 2:9,20
20:22 28:13
**margin** 9:2
25:10,11,11 26:4
26:8
**maricopa** 14:9
**markings** 8:20
**matter** 27:20
**mean** 15:14
**meaning** 28:1,2
**means** 15:15
24:4 26:12
**meant** 11:11
**media** 11:17
27:21
**merry** 2:2 28:16
**michigan** 10:3
14:19,19 16:20
16:21 17:13,15
17:17 26:10 27:1
**middle** 6:3 25:18
26:24
**million** 7:13,13
7:19,20,21 9:20
9:22 18:17,20
21:1
**milwaukee** 24:25
25:1
**mine** 28:16
**mineola** 29:14
**minimum** 13:19
**miracle** 28:8

**miraculous** 2:10
**mobile** 25:6
**money** 11:16
  13:11,12
**morning** 6:6
  14:21
**move** 18:4
**multiplies** 20:2

**n**

**n** 29:1
**name** 7:1 8:16
  8:17
**named** 18:14
**nbc** 11:20
**necessary** 26:8
**needed** 8:11
**networks** 5:5
  13:10
**never** 3:11 8:5
  11:17 17:24
**new** 11:2 18:18
**newsmax** 4:25
**nice** 27:24 28:4,5
**night** 6:3 25:18
  26:24 27:3
**non** 12:16,19
  13:2,4,5,21,21
  16:15 26:4
**noon** 10:11
**november** 29:16
**number** 10:16
  10:21,23 11:9
  13:22 14:13
  15:15,19 18:23
  18:23 20:11 25:8
  25:10 26:14 27:1
  27:2,9

**numbered** 7:11
**numbers** 6:18
  9:19 16:1 19:1
  19:18 27:11
**number's** 14:12
**nursing** 24:4
**ny** 29:14

**o**

**o** 29:1
**oann** 4:24
**oath** 6:11
**objection** 16:20
**observation** 5:25
  26:20
**observations**
  26:21
**observe** 20:20
**observer** 5:25
**observers** 20:19
**obstructing**
  17:12
**obviously** 7:10
**occurred** 28:9
**offer** 17:19 21:1
**office** 23:19
**officials** 16:21
**oh** 7:12 11:5
  12:8 15:21
**okay** 12:9 23:4
**old** 29:12
**once** 19:23
**ones** 2:6
**ordered** 7:25
**overcome** 22:10
**overview** 27:22

**p**

**paine's** 12:11
**paper** 8:24 15:6
**participating**
  12:6
**particular** 15:18
**particularly**
  25:3
**parties** 24:20
**parts** 23:13
**party** 4:17 11:15
  17:4 18:15 20:18
**pause** 14:16
**pay** 13:14
**pen** 8:22
**pennsylvania**
  5:17,19 6:1,6,18
  8:5,7,13 9:3
  10:22 11:2,23,23
  12:3 15:15 25:17
  25:24,25 27:4
**people** 2:14 5:1
  7:9,14 10:7 11:9
  14:23 15:16,17
  15:20 16:17
  17:21 18:16 19:6
  21:25 22:2 24:2
  24:6 25:3 26:17
**percent** 9:25
  10:1,19 16:24
  26:11
**perjurious** 5:21
  13:7
**perjury** 12:4
**person** 26:12
**personally** 23:15
**philadelphia**
  11:5,12

**phone** 16:1
**phony** 9:1 11:4
  16:16
**physically** 20:21
**pick** 13:22
**pima** 14:8
**place** 10:20
**places** 21:22
**playing** 25:7
**podcast** 2:22
**podcasts** 4:24
**point** 2:24 4:6
  8:6 9:11
**pointing** 3:24
**politics** 9:11
**porous** 18:8
**possibly** 4:4
  20:15
**power** 11:16
  26:2
**precinct** 7:1
  15:18
**precincts** 15:13
  26:15
**prepared** 27:23
**presented** 6:11
  6:13
**preserved** 2:18
**president** 1:12
  5:14,20
**presidential** 4:3
**press** 4:17,19,21
**presumption**
  22:23
**pretends** 13:1
**pretty** 6:7 27:2
**printed** 7:24,25
  25:23

pro  13:20
probably  3:8,25
  14:20 22:1 26:13
proceedings  29:5
process  9:17
promise  4:4
prosecuted
  13:18
protected  2:17
prove  11:22
  16:23
proven  12:1
proves  13:15
proving  5:23
published  2:4
pulled  15:3
pulling  19:18
puppy  19:3
pure  14:2
purposes  4:21
pursued  27:20
pursuit  2:21
push  6:7
pushed  20:19
put  6:25 7:6 8:18
  15:6 16:1,2 17:8
  21:10 23:14
  26:19

**q**

question  18:2
questionable
  16:14,15
quickly  25:16
quite  5:6 18:1

**r**

r  29:1

radio  5:1,2
raffensperger
  18:21 19:2
rate  26:11
reading  9:21
  15:7
real  11:10 27:21
reality  11:10
realized  22:4,5
really  2:21,25
  4:25 7:16 21:9
reason  16:18
recalculate
  18:11
received  2:8 7:12
  10:18,19,21
record  29:5
recorded  6:10
  7:21 15:21
records  16:10
reflect  28:1,14
reflection  28:14
refused  15:23
  16:7
registered  16:25
religion  3:14
rely  12:10
remained  14:24
  14:25
remedy  23:25,25
remember  25:17
  25:19,21
remove  21:12
repetitiously
  8:23
representatives
  4:5

republican
  12:24 17:5 18:14
  18:15 20:17,19
  20:22 21:23
republicans
  14:24 20:15
  26:20
rest  9:7 21:12
  23:13
result  17:10
  21:15
results  17:25
reverse  26:8
reversed  22:14
review  3:22 9:7
  14:18 25:15
right  4:21 6:22
  14:16 18:3,18
  21:8 22:11,24
rights  2:19 3:1,5
  3:6,20,21,21
road  29:12
room  10:5 19:22
ruby  19:9
rudy  1:12,13 2:1
  2:2
rudy's  2:3
rule  22:16 23:20
rules  22:22,23
run  17:23
rush  5:2

**s**

sample  10:25
santa  28:3
saw  11:17
saying  16:10
says  19:3 23:5
  24:14

scholars  22:12
scope  5:18
screen  9:14
seal  7:6,7
sean  5:2
seasonally  12:20
secretary  16:9
  18:21 24:10
section  20:14
secure  7:6
security  7:3
see  4:14 5:9,11
  7:19 15:9,9
  16:18,19 17:17
  19:5,9,24
seen  11:19
senate  5:20
send  7:8
sense  2:3,22,24
  6:2 12:10,11
  13:15 14:2 17:18
sent  6:21 7:9,12
  7:20
setting  23:5
shame  21:9
shattering  2:11
shocking  11:11
short  9:5
show  4:13 5:12
  5:18 8:14 9:8,9
  11:25 12:12
  18:25 23:9
shows  15:20
shrunk  10:12,13
side  18:22
sign  7:1
signature  29:7

significance   5:9
single   10:15 13:2
   13:4
singular   13:14
situation   14:20
   21:20
six   26:23
skewed   11:1
sleep   13:14
solicited   23:7
   24:19,20
solutions   29:11
somnolent   13:13
son   28:13
sonya   29:3
sort   4:14
souter   22:12
special   28:11
speech   3:13 5:4,5
   5:7
spend   27:25
spent   18:17
sports   25:7
sprang   19:16
stand   12:6 15:7
   19:20,20
start   5:16 9:18
   9:18 10:9 19:17
   19:23
started   9:21 15:7
state   1:13 5:16
   5:19 7:9,25 8:1
   8:13 13:23 14:4
   14:5 16:9 18:21
   20:18 21:1,10,11
   21:14,15,25
   24:10 26:2,8
   27:18

statement   5:21
   13:7 20:12
states   3:10 4:9
   4:11,15 5:15 9:8
   13:16 14:15,18
   20:12,13 22:1
station   5:3
stationary   8:21
stations   5:1
statistical   6:17
stay   12:21
steal   19:9
stick   21:6,7,8
sticking   22:15
stole   11:23 13:24
stolen   14:15 21:4
stood   15:2
stop   6:9 17:12
story   19:11
strange   11:13,14
   25:14
strict   22:22,22
strong   12:17
stuff   23:8
stupid   8:3 10:17
   13:9 19:6
submission
   13:16
submissions
   13:17
submitted   5:20
   12:3,25 16:11
   19:2
submitting
   20:12
sudden   15:2
   19:16 24:8

suite   29:13
support   24:5
supposed   6:23
supreme   24:12
   24:13
sure   3:23 12:3
   17:11 19:22
surely   6:6
surreptitiously
   14:24
survey   13:19
surveys   13:18
swiss   18:8
switch   15:10
system   6:15

**t**

t   29:1,1
take   7:4 9:2,5
   14:16 15:12 20:6
   23:16,18 27:6,11
takes   20:1 26:7
tape   27:7
tech   13:10
television   5:5
tell   4:8 8:18,20
   8:21,21,23,24
   11:21,22 25:16
   26:7
telling   10:24
tells   27:21
terms   5:17
terrible   6:14
testimony   6:12
thank   9:6 14:17
   28:17
that's   2:21 6:16
   6:16 8:22 10:19
   15:10,24 21:6,9

23:4,4,25 24:1
   27:15,17 28:13
theories   25:14
theory   16:3
there's   3:11 4:15
   7:2,3 10:20
   19:22
they're   7:24 14:6
   18:5 19:15
they've   3:7 11:6
thing   5:22 11:11
   12:2 18:1 21:8
   22:4
things   2:11 4:10
   9:10 18:12 23:6
   27:16 28:4,5
think   9:5 13:9,10
   13:12,17 17:14
   19:6 22:18
thinking   5:9
third   17:4
thought   15:3
thousand   8:9
   21:24
thousands   14:10
threatened   15:25
   16:2
three   11:19
   14:11,23 17:25
   17:25
throw   22:25
thrown   14:22
tide   14:6
time   4:3 5:6 9:5
   13:5,6 14:23
   15:8 27:25,25
times   10:23,23
   17:25 26:23

**told** 18:19 25:13
**total** 15:10
**tough** 27:16
**traditionally** 24:5
**trains** 28:7
**trampled** 3:2
**transcript** 29:4
**tremendous** 19:18 22:6
**trouble** 25:5
**trucks** 15:3
**true** 21:6 25:7 28:1,2 29:4
**truly** 2:10 19:5
**trump** 6:4,7 9:3 9:22,25 10:12,15 10:18,21 11:23 13:3,24 14:14 20:9 25:11 26:3 26:7,9 27:1,10 27:11
**trump's** 8:17
**trust** 22:17
**truth** 11:21
**try** 2:22 5:13
**tune** 21:23
**turmoil** 4:15
**turn** 9:13 14:6
**turned** 22:11,13
**turns** 15:7
**two** 4:11 7:19 14:15,24 26:5,14

**u**

**underage** 21:16
**unexamined** 9:4
**unfortunately** 12:23

**uninspected** 14:7 25:20
**united** 3:10 5:15 13:16 20:12,13
**unites** 5:10
**unobserved** 16:14
**untrue** 13:8,9
**use** 15:19 17:18 18:6,7

**v**

**valuable** 2:15
**values** 2:25
**venezuela** 4:19
**verification** 21:17
**verifying** 23:1
**veritext** 29:11
**version** 21:19
**video** 19:7 20:4
**view** 2:24 4:6 9:11
**views** 12:17
**violation** 20:13
**vote** 5:19 7:15,18 10:1,16 12:3,21 12:25 13:2 14:5 16:3,5,12 17:7,7 17:9 22:19,25,25 23:10,23 24:1,7 26:16,19 27:15
**voted** 7:16 8:15 12:22 13:5,21 15:16,17,20 17:5 17:21 26:17
**voter** 11:9 21:21
**voters** 14:4 21:14,15,16,16

**votes** 6:4,10 8:7 9:1,1,20,22 10:13,14,18,19 10:25 11:24 13:3 13:4 15:8,10,17 15:21 16:7,13,15 16:16,17 17:21 18:11,11 20:8,8 20:10,25 21:18 21:24 24:19,20 24:21,22,24 25:18,20,22 26:13,17,19,22 26:24 27:9,12
**voting** 14:5 16:17 26:4

**w**

**w** 1:12
**wabc** 4:24 5:2
**wait** 19:13,13,13
**want** 6:22 10:16 11:24 14:3 16:18 16:22 17:16 18:12 22:20 23:10 28:6
**warned** 22:8,12
**wasn't** 5:3 15:4
**waste** 15:5
**watch** 19:8
**water** 19:12,12
**way** 6:23 9:24 14:3 16:23 17:22 19:20 23:1,10,11 24:16 26:7
**wayne** 15:12 26:15
**ways** 14:11

**week** 3:4 4:11 27:23
**weekend** 27:24
**weeks** 17:19
**weird** 25:14
**went** 16:5,25 17:2 19:4 27:2
**western** 2:13
**we'd** 5:3
**we'll** 3:3 4:12 14:16 18:3 28:17
**we're** 3:22 5:13 10:6 14:1 22:15 22:23,25 28:11
**we've** 4:1,2 7:13 13:18 17:23 25:4
**what's** 4:14 27:18
**where'd** 7:23
**whistle** 17:19
**win** 14:14
**winner** 17:16
**wins** 9:3
**wipeout** 9:25
**wisconsin** 10:3 21:19,20,22 22:14,15 24:6,13 24:14 25:2 27:13 27:16
**wisconsin's** 27:15
**withdrawn** 16:6
**witless** 16:8
**witness** 23:9
**witnesses** 5:23
**wolf** 12:5
**won** 11:23 13:24 20:10 27:1,11,12

**wonderful** 28:5
**word** 18:15
**words** 25:7
26:16
**working** 18:22
25:6
**works** 6:23
**world** 3:10
**worry** 23:24
**worst** 10:22
16:23
**wouldn't** 11:5
22:14
**wow** 14:15
**wrong** 12:8
14:12 19:4 25:25

**y**

**year** 3:2,4,5,11
3:25
**years** 11:7 12:14
12:15 13:6 22:9
**york** 11:2
**youtube** 1:14
**you'd** 18:12
**you'll** 9:13
**you're** 2:5 6:23
13:9 18:12 22:21
23:17
**you've** 2:8 21:9
21:10,10 23:14
25:13