# Exhibit 36

# PTX-006

## Document Produced Natively