# Exhibit 37

Page 1

13  OAN, EXCLUSIVE: OAN's Chanel Rion talks election
14  fight with Rudy Giuliani, Rumble (Dec. 30, 2020)

Plaintiffs' Exhibit
PTX-8
C.A. No. 21-3354 (BAH)

1    ANCHORWOMAN:  Top Trump campaign
2    attorney, Rudy Guiliani says victory is on the
3    horizon as he breaks down voter fraud in key
4    swing states ahead of January 6th, when
5    American's Chief White House correspondent,
6    Chanel Rion, sat down with Giuliani for this
7    exclusive interview.
8    CHANEL RION:  Mayor Giuliani, different
9    setting entirely.  We're in your second home, I
10   guess, out here in Palm Beach.  The fate of the
11   nation currently seems to rest on the shoulders
12   of a very few individuals.  Would you agree with
13   that right now?
14   RUDY GIULIANI:  My way of thinking,
15   yeah.  I mean, I think that this is a very, very
16   critical election that's going to determine our
17   next 30-40 years maybe.  I believe it's an
18   election in which a terrible crime was committed
19   that is being covered up.  That alone makes it
20   enormously important because if this gets
21   successfully covered up, there's no reason why
22   Democrats won't continue it in the future.
23   I believe they're doing it right now in
24   the senate race that's going on in Georgia.
25   They're using all the same fraudulent practices

1  they used in the presidential race and the media
2  seems to aid and abet them.
3              CHANEL RION:  Talk about Georgia for a
4  second.  How important is Georgia right now?
5              RUDY GIULIANI:  There are five or six
6  states that can make the difference here and that
7  have the evidence, already have the evidence,
8  that shows that the Biden people stole the
9  election.  And not only that, they have the
10 evidence that shows that Trump actually had more
11 votes.
12             Georgia is maybe the easiest to
13 demonstrate because it's on video.  During that
14 videotape that we can all see right in front of
15 our eyes, we can see them stealing the votes, we
16 can see them throwing out the people, we can see
17 them counting it four and five times.  We also
18 have the statistics during that period of time:
19 120,000 votes for Biden, a couple of hundred
20 votes for Trump.  No observers, makes it totally
21 illegal.  That alone changes the election.  That
22 alone means if you get rid of those illegal vote,
23 Trump wins Georgia by 40,000-50,000 votes.
24             Now there are 20 other pieces of
25 evidence equally as significant and there are 500

                                                        Page 4

1  affidavits about other frauds in Georgia, but
2  Georgia has the one videotape.  I consider it
3  like the Zabruder Film was to the Kennedy
4  assassination, this film will live for a hundred
5  years.  For a hundred years, this film will show
6  that the 2020 presidential election, there was an
7  attempt to steal it.
8            And the question is are we going to
9  stop that attempt or are we going to go down in
10 history as having let it happen, and Georgia is
11 the only place that can make that decision.  It
12 falls on the Georgia legislature.  The
13 constitution puts that responsibility on the
14 Georgia legislature in Article II, Section 1,
15 Clause 2.
16           CHANEL RION:  It seems that the Georgia
17 legislators are very much on board.  With having
18 looked at the evidence you and your team
19 presented, having watched the videos, looked at
20 the data, they're on board.  They want to do
21 something about this, but we have an obstacle.
22           RUDY GIULIANI:  Well, their obstacle is
23 some of their leadership and some of them are
24 frightened.  They're frightened of what it'll do
25 to their careers.  They see the absolutely

```
                                                      Page 5
 1   vicious, savage attacks that are conducted by the
 2   left wing, whether it's the press or tech or
 3   businesses firing people from law firms, firing
 4   people from businesses, telling people they'll
 5   never get a job.  I know lawyers that were
 6   working for us that were threatened with being
 7   fired, some that had to leave.  They didn't want
 8   to, but they're going to lose their job.
 9             I've heard Democratic senators get on
10   television and say it's espionage to say that it
11   was fraud.  You're not going to tell me that.  I
12   can see the fraud.  It's in front of my eyes.
13   What am I supposed to do, close my eyes and make
14   believe that in Fulton County, Georgia when they
15   closed the door and they got rid of the public
16   and they started triple counting ballots and it
17   ends up being 120,000 for Biden and 3,000 for
18   Trump, they weren't cheating; am I stupid?
19             I got to pretend I'm stupid in order to
20   comply with the dictates of what's almost
21   becoming a dictatorship, the left wing.
22             CHANEL RION:  In the next part of this
23   interview, Rudy Giuliani weighs on Senator Mitch
24   McConnell, the media machine's denial of facts,
25   and the latest polls on President Trump and the
```

1  legal team fighting for him.
2          Chanel Rio, One America News, Palm
3  Beach, Florida.
4          RECORDING:  Want to see more videos
5  like this?  Visit OANN.com for immediate access
6  to all the clips you've been waiting to see.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1       C E R T I F I C A T I O N
2
3   I, Sonya Ledanski Hyde, certify that the
4   foregoing transcript is a true and accurate
5   record of the proceedings.
6
7   *[Signature: Sonya M. Ledanski Hyde]*
8
9   _____
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date: November 9, 2022
17
18
19
20
21
22
23
24
25

[1 - fulton] Page 1

| 1 | aid 3:2 | comply 5:20 | easiest 3:12 |
|---|---|---|---|
| 1 4:14 | america 6:2 | conducted 5:1 | election 1:13 |
| 11501 7:14 | american's 2:5 | consider 4:2 | 2:16,18 3:9,21 |
| 120,000 3:19 | anchorwoman | constitution 4:13 | 4:6 |
| 5:17 | 2:1 | continue 2:22 | ends 5:17 |
| 12151 7:7 | article 4:14 | correspondent | enormously 2:20 |
| **2** | assassination 4:4 | 2:5 | entirely 2:9 |
| 2 4:15 | attacks 5:1 | counting 3:17 | equally 3:25 |
| 20 3:24 | attempt 4:7,9 | 5:16 | espionage 5:10 |
| 2020 1:14 4:6 | attorney 2:2 | country 7:12 | evidence 3:7,7 |
| 2022 7:16 | **b** | county 5:14 | 3:10,25 4:18 |
| **3** | ballots 5:16 | couple 3:19 | exclusive 1:13 |
| 3,000 5:17 | beach 2:10 6:3 | covered 2:19,21 | 2:7 |
| 30 1:14 | becoming 5:21 | crime 2:18 | eyes 3:15 5:12,13 |
| 30-40 2:17 | believe 2:17,23 | critical 2:16 | **f** |
| 300 7:13 | 5:14 | currently 2:11 | f 7:1 |
| 330 7:12 | biden 3:8,19 | **d** | facts 5:24 |
| **4** | 5:17 | data 4:20 | falls 4:12 |
| 40,000-50,000 | board 4:17,20 | date 7:16 | fate 2:10 |
| 3:23 | breaks 2:3 | dec 1:14 | fight 1:14 |
| **5** | businesses 5:3,4 | decision 4:11 | fighting 6:1 |
| 500 3:25 | **c** | democratic 5:9 | film 4:3,4,5 |
| **6** | c 7:1,1 | democrats 2:22 | fired 5:7 |
| 6th 2:4 | campaign 2:1 | demonstrate | firing 5:3,3 |
| **9** | careers 4:25 | 3:13 | firms 5:3 |
| 9 7:16 | certify 7:3 | denial 5:24 | five 3:5,17 |
| **a** | chanel 1:13 2:6,8 | determine 2:16 | florida 6:3 |
| abet 3:2 | 3:3 4:16 5:22 6:2 | dictates 5:20 | foregoing 7:4 |
| absolutely 4:25 | changes 3:21 | dictatorship | four 3:17 |
| access 6:5 | cheating 5:18 | 5:21 | fraud 2:3 5:11 |
| accurate 7:4 | chief 2:5 | difference 3:6 | 5:12 |
| affidavits 4:1 | clause 4:15 | different 2:8 | frauds 4:1 |
| agree 2:12 | clips 6:6 | doing 2:23 | fraudulent 2:25 |
| ahead 2:4 | close 5:13 | door 5:15 | frightened 4:24 |
| | closed 5:15 | **e** | 4:24 |
| | committed 2:18 | e 7:1 | front 3:14 5:12 |
| | | | fulton 5:14 |

Page 2

**future** 2:22

**g**

**georgia** 2:24 3:3 3:4,12,23 4:1,2 4:10,12,14,16 5:14
**giuliani** 1:14 2:6 2:8,14 3:5 4:22 5:23
**go** 4:9
**going** 2:16,24 4:8,9 5:8,11
**guess** 2:10
**guiliani** 2:2

**h**

**happen** 4:10
**heard** 5:9
**history** 4:10
**home** 2:9
**horizon** 2:3
**house** 2:5
**hundred** 3:19 4:4,5
**hyde** 7:3

**i**

**ii** 4:14
**illegal** 3:21,22
**immediate** 6:5
**important** 2:20 3:4
**individuals** 2:12
**interview** 2:7 5:23
**it'll** 4:24

**j**

**january** 2:4
**job** 5:5,8

**k**

**kennedy** 4:3
**key** 2:3
**know** 5:5

**l**

**latest** 5:25
**law** 5:3
**lawyers** 5:5
**leadership** 4:23
**leave** 5:7
**ledanski** 7:3
**left** 5:2,21
**legal** 6:1 7:11
**legislators** 4:17
**legislature** 4:12 4:14
**live** 4:4
**looked** 4:18,19
**lose** 5:8

**m**

**machine's** 5:24
**mayor** 2:8
**mcconnell** 5:24
**mean** 2:15
**means** 3:22
**media** 3:1 5:24
**mineola** 7:14
**mitch** 5:23

**n**

**n** 7:1
**nation** 2:11
**never** 5:5

**news** 6:2
**november** 7:16
**ny** 7:14

**o**

**o** 7:1
**oan** 1:13
**oan's** 1:13
**oann.com** 6:5
**observers** 3:20
**obstacle** 4:21,22
**old** 7:12
**order** 5:19

**p**

**palm** 2:10 6:2
**part** 5:22
**people** 3:8,16 5:3 5:4,4
**period** 3:18
**pieces** 3:24
**place** 4:11
**polls** 5:25
**practices** 2:25
**presented** 4:19
**president** 5:25
**presidential** 3:1 4:6
**press** 5:2
**pretend** 5:19
**proceedings** 7:5
**public** 5:15
**puts** 4:13

**q**

**question** 4:8

**r**

**r** 7:1

**race** 2:24 3:1
**reason** 2:21
**record** 7:5
**recording** 6:4
**responsibility** 4:13
**rest** 2:11
**rid** 3:22 5:15
**right** 2:13,23 3:4 3:14
**rio** 6:2
**rion** 1:13 2:6,8 3:3 4:16 5:22
**road** 7:12
**rudy** 1:14 2:2,14 3:5 4:22 5:23
**rumble** 1:14

**s**

**sat** 2:6
**savage** 5:1
**says** 2:2
**second** 2:9 3:4
**section** 4:14
**see** 3:14,15,16,16 4:25 5:12 6:4,6
**senate** 2:24
**senator** 5:23
**senators** 5:9
**setting** 2:9
**shoulders** 2:11
**show** 4:5
**shows** 3:8,10
**signature** 7:7
**significant** 3:25
**six** 3:5
**solutions** 7:11
**sonya** 7:3

[started - zabruder]                                                                                       Page 3

started  5:16
states  2:4 3:6
statistics  3:18
steal  4:7
stealing  3:15
stole  3:8
stop  4:9
stupid  5:18,19
successfully  2:21
suite  7:13
supposed  5:13
swing  2:4

**t**

t  7:1,1
talk  3:3
talks  1:13
team  4:18 6:1
tech  5:2
television  5:10
tell  5:11
telling  5:4
terrible  2:18
think  2:15
thinking  2:14
threatened  5:6
throwing  3:16
time  3:18
times  3:17
top  2:1
totally  3:20
transcript  7:4
triple  5:16
true  7:4
trump  2:1 3:10 3:20,23 5:18,25

**v**

veritext  7:11
vicious  5:1
victory  2:2
video  3:13
videos  4:19 6:4
videotape  3:14 4:2
visit  6:5
vote  3:22
voter  2:3
votes  3:11,15,19 3:20,23

**w**

waiting  6:6
want  4:20 5:7 6:4
watched  4:19
way  2:14
weighs  5:23
white  2:5
wing  5:2,21
wins  3:23
working  5:6

**y**

yeah  2:15
years  2:17 4:5,5

**z**

zabruder  4:3