# Exhibit 38

# PTX-007

# Document Produced Natively