# Exhibit 39

**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12

13    Rudy Giuliani's Common Sense, I Can't Say This on

14    National Television | Rudy Giuliani | Ep. 98,

15    Rumble (December 30, 2020)

16

17

18

19

20

21

22

23                                    Plaintiffs' Exhibit

24                                    **PTX-9**

25                                    C.A. No. 21-3354 (BAH)

1          RUDY GIULIANI:  Hello, this is Rudy

2    Giuliani with Rudy's Common Sense, another

3    episode and here we are in a different place, as

4    you can see.  We are in Palm Beach, Florida and

5    we'll do the next at least this episode and the

6    next one here and see if it changes the episode

7    in some way with these beautiful surroundings and

8    lovely area.  You will hear in the background

9    some waterfalls.

10          And this is where I live during the

11   winter a good deal of the time and enjoy it very,

12   very much and it also happens to be one mile from

13   my very famous and important client's residence,

14   so we're here working on what I'm going to talk

15   to you about right now.

16          So where are we?  Where we are right

17   now is we're at the stage where the state

18   legislatures control really the fate of the

19   country because in five of the state

20   legislatures, there is evidence that we have

21   submitted that the election of 2020 in each of

22   those states was compromised, stolen.  There was

23   voter fraud of massive proportions in each one of

24   those state.  It's demonstrable, it's provable by

25   solid evidence: over a thousand affidavits,

1    videotape, and statistical analysis by experts

2    that is not even really disputed.

3                And I'm going to go through just one of

4    those states with you now because it's probably

5    the one that will be the focus of the first

6    decision that has to be made about this, and

7    that's the State of Georgia.  And also so that,

8    because the details here are enormously

9    important, so that we can focus on those details

10   and you can see immediately that what the big

11   media, big tech, big corporations, and the

12   crooked leaders of the Democratic Party are

13   trying to do to you is to cover up what, in fact,

14   was the worst situation of pervasive voter fraud,

15   systemic voter fraud in the history of our

16   country.

17               I know they want to accuse me of all

18   kinds of terrible things for saying it.  I'm not

19   allowed to say that.  I'm not allowed to say

20   fraud on many networks and on many of the

21   internet outlets; I'm not allowed to say it.  I'm

22   not allowed to say it even though you and I have

23   seen a videotape of it, haven't we?  Several

24   episodes ago, we played for you in great detail

25   the Fulton County vote counting -- and we'll play

1    a little bit of it for you now just to remind you

2    of it -- the Fulton County vote counting, which

3    in and of itself proves that Georgia was stolen

4    by Joe Biden and by the Democrats.  That one

5    video proves it.

6              For me to say there was no fraud, I

7    would have to pretend that I never saw that

8    video.  I have to pretend I was a fool, and I

9    couldn't figure out what was going on in that

10   video.  And when you watch it, you're going to

11   have to pretend you're a fool if you don't see

12   the obvious signs of criminality.

13             So let's begin with that because,

14   although it's not by any means the only evidence

15   of fraud in Georgia, it's really the most

16   dramatic.  I think you might remember that when

17   we first dealt with this, I said this film will

18   be like the Zapruder Film was to the Kennedy

19   assassination.  For those of you who remember the

20   Kennedy assassination, you'll know what I'm

21   talking about.

22             For those of you who don't where it's a

23   matter of history, let me just explain what that

24   means.  This gentleman, Zapruder, actually took

25   film of the shooting of John Kennedy and it

1   didn't come out for some time.  And the shooting,

2   the film creates lots of doubt about the findings

3   of the Warren Commission and it's never really

4   been resolved to the ultimate satisfaction of

5   everyone.

6           Well, no matter what happens in terms

7   of the outcome here, whether the legislatures

8   that should do it overturn the certification for

9   Biden and certify Trump who actually won those

10  particular five states or not, this voter fraud

11  is going to be part of our history.  And as time

12  goes by, more and more is going to be learned

13  about it, even the international nature of it,

14  and this film will stand as testament to the fact

15  that it actually happened.

16          That puts a lot of responsibility on

17  the State of Georgia because Georgia is the place

18  that can rectify it and the state legislature of

19  Georgia is the only place that can actually

20  rectify it the most effectively.

21          So what am I talking about?  What I'm

22  talking about is a film that was done on the

23  evening of November 3rd leading into November

24  4th, the night of the election.  The votes were

25  being counted in Fulton County in this arena.

1    Under the law of Georgia when mail-in votes like

2    this are being counted, the public has to be

3    present.  And not Republicans and Democratic what

4    we call inspectors or observers or watchers, but

5    actual members of the public are allowed to be

6    present, and you are required to have them there

7    when you're counting the vote.

8              When you see this film, you will see

9    that the first thing that the election workers

10   do, a small number of Democratic election workers

11   do, is they move out the observers.  They move

12   out the observers, even though originally, they

13   were going to count the ballots all night.

14   There's evidence that they claim there was a

15   water main break and, therefore, they had to

16   stop.  And, in fact, there was no water main

17   break, that was a lie, and they used that excuse

18   to remove everyone and say that the counting was

19   over.

20             And they removed, therefore, the

21   Republican inspectors, the Democratic inspectors,

22   the press, and then some of the just citizens

23   who, as I said, as a matter of practice in

24   Georgia are present for vote count.

25             You will then see that entire area that

1   had observers is really empty.  They checked the

2   place out.  They make sure there's no one around.

3   They make sure the doors are locked so nobody

4   else can come in.  And then at a certain point,

5   they look around again and they go under a table

6   covered by a black, like, a black blanket, and

7   they start pulling out ballots.

8          Now, we begin with why are ballots

9   under a table?  And then they start distributing

10  those ballots for counting to three or four

11  different areas where there are counting

12  machines.  And you can see it's done very

13  hurriedly, it's done in a way suggesting that

14  they are nervous about what they're doing.

15         And, by the way, even if these ballots

16  were legitimate ballots, which I doubt they are,

17  this would be entirely illegal and every one of

18  those ballots would be declared null and void

19  because each one of these ballots is being

20  counted in violation of the law of Georgia that,

21  in fact, there must be the public present when

22  ballots are being counted.  And the public,

23  including the Republicans, have been excluded, so

24  this counting is being done surreptitiously and

25  secretly, so every one of these ballots is

1   illegitimate, every one of them.

2           Now just to determine the number when

3   you look at this, and we're just going to show

4   you excerpts of it.  It's available on earlier

5   podcasts in greater length if you feel the

6   necessity to watch the whole thing.  It looks an

7   awful lot like a bank heist, doesn't it?  I mean,

8   it looks like clearly illegal activity.

9           We will take a short break and we'll be

10  right back.

11       (COMMERCIAL)

12           Thank you for returning to our analysis

13  of the voter theft in Georgia.

14           Afterward, we tracked the time that

15  this took place.  How many votes were counted

16  during this period officially, and the votes

17  counted during this period of time were about

18  120,000 and almost all of them were for Biden.

19           If you exclude those votes as illegal

20  votes -- you're talking about just this one film

21  -- you exclude those votes as you should because

22  they're illegal votes counted without the

23  presence of the public and you exclude those

24  votes from the numbers in Fulton County, which is

25  where they have to be excluded from, instead of

1   Trump losing Georgia by a mere 10,000 votes, he

2   wins it by a much more substantial 50,000 or

3   60,000 votes, just this one piece of evidence.

4           So don't tell me there wasn't fraud in

5   this election and don't tell me I can't use the

6   word fraud unless you think you're some kind of a

7   Venezuelan dictator or maybe a reincarnated

8   Russian or Nazi dictator that can decide what I

9   can say and what I can't say.  I can see it with

10  my own eyes.  I can see what thieves you

11  Democrats are with my own eyes, so don't pull

12  this on me and on the American people.

13          That alone requires the legislature of

14  Georgia to change the false certification that

15  was made by the governor, the secretary of state,

16  and others because the certification that was

17  made and the vote being sent forth by the State

18  of Georgia is a fraud.  It's a false statement.

19  It's really a violation in federal law in making

20  a false statement to the government.

21          Now, beyond that, just to show you how

22  chaotic the election in Georgia was and how

23  illegal, here are just some of the smaller facts

24  that all add up to voter theft, voter fraud,

25  reducing the legitimate vote that Biden actually

1  received, and increasing the legitimate vote that

2  Trump actually received:

3            2,560 felons with uncomplete sentences

4  were registered to vote; they had no right to

5  vote, and they actually voted.  That's 2,560

6  votes that have to be also discounted.  Remember,

7  the margin was only 10,000.

8            66,247 underaged people registered to

9  vote and illegally voted.  They have to be

10  removed.  Remember, the margin was 10,000.

11            2,423 unregistered people voted.  I

12  don't know if you're adding these up, but we're

13  approaching 70,000 votes now, a little over.

14  Remember, the margin was 10,000.

15            4,926 registered voters who registered

16  to vote in another state after their Georgia

17  registration date who voted.  In other words,

18  they were registered to vote in another state,

19  and they voted in Georgia.  395 people actually

20  voted in Georgia and in another state, which is a

21  crime, by the way.  And also, those votes are

22  discounted.

23            15,700 people voted in Georgia, but

24  changed their address before the election, which

25  means that those votes should be discounted.  The

Page 11

1  margin was 10,000.

2           40,279 people voted who failed to

3  reregister to vote in their new county in time

4  after moving from one county to another.  Now you

5  say, well, these are people who much made

6  mistakes.  What this really suggests is because

7  there are so many mistakes, very hasty balloting,

8  which usually suggests a Democratic machine

9  pumping in extra votes that maybe is one person

10  voting seven or eight times, another person

11  putting in phone ballots for other people, but in

12  any event, they violate the law.  40,279 people

13  voted who failed to register to vote in their new

14  county in time after moving from one county to

15  another, so that vote is removed.

16           98 people who registered too late to

17  vote in the election were allowed to vote.

18           And how about this one?  10,315 dead

19  people voted.  Told you the margin was 10,000.

20  It looks like dead people elected Biden; 10,315

21  people who had died by the time of the election.

22  Real trick for them to vote, huh?  And I

23  guarantee you they all voted all Democrat because

24  the Democratic Party has a much greater appeal to

25  dead people, always has.

1        When I ran for mayor of New York, there

2   were always large numbers of dead people who

3   voted against me.  I used to feel somehow I

4   didn't know how to appeal to their vote.  I even

5   thought at one point if, you know, maybe

6   campaigning in cemeteries.  This is a trick of

7   the Democratic Party that's like a hundred years

8   old.  It's disgusting.  Happens in every state

9   that always 7,000 or 8,000, 9,000, 10,000 dead

10   people who vote in New York.

11        Just so happens that the margin here

12   was 10,000 and 10,315 dead people voted and there

13   wasn't fraud?

14        One more time: 10,315 dead people voted

15   in Georgia and some moronic Democratic senator

16   accused anyone who says fraud of sedition.  Hey,

17   moron senator, I accuse you of being crooked.

18   10,315 people who were dead voted in Georgia and

19   Biden won by 10,000.  No, he didn't.  Biden lost

20   by about 100,000.

21        305,701 absentee ballots were applied

22   for too early, 305,000.  2,664 absentee ballots

23   were sent to voters too early.

24        The rejection rate because Republicans

25   were excluded from examining these ballots as we

Page 13

```
 1    saw not only in Fulton County, the rejection rate
 2    traditionally in absentee ballots, which get
 3    inspected by Republicans and Democrats, has
 4    traditionally been -- well, let's see.  In 2016,
 5    it was almost 3 percent; in 2018, it was 3.5
 6    percent.  And this time with a sixfold increase
 7    in the number of absentee and mail-in ballots, it
 8    was 0.34 percent; in other words, there were
 9    almost no rejections.  It was multiple times less
10    than in prior elections.
11              Had the statutory procedure for
12    signature matching, voter identity ineligibility
13    verification been followed, we should have seen
14    between 38,250 to 45,620 absentee ballots
15    rejected, far more than Mr. Biden's margin of
16    victory.
17              I don't know how many ways we can
18    analyze this to show you Biden lost, Trump won,
19    the Democrats in Georgia cheated, and some of the
20    Republican leadership is complicit in that by
21    turning their back on it and lying to you.
22              Once again, two things: there's a
23    videotape that shows Democrats stealing at least
24    120,000 votes.  It's on tape, it'll be there
25    forever, and unless Georgia changes it, it'll
```

Page 14

1   dishonor the State of Georgia as having

2   participated in an obvious massive fraud on tape

3   to be seen by everyone.  Also, 10,315 dead people

4   voted in Georgia in an election that was decided

5   by 10,000 votes.

6          If this legislature lets that stand,

7   the legislature should be ashamed of itself and

8   it's a Republican legislature.  They have a duty

9   under the United States Constitution to fix it;

10   it's their responsibility.  Article II, Section

11   1, Clause 2 of the United States Constitution

12   says the electors shall be selected by the state

13   legislatures, like the legislatures of the civil

14   states actually.  They are the ultimate body

15   responsible for this.

16          If this is done fraudulently, the

17   responsibility for that fraud, although they

18   weren't the ones who carried it out, but the

19   responsibility for vindicating that fraud rests

20   on them.  Do they have the courage to do that?

21   There is no doubt that it was fraud.  Again, the

22   videotape, the 10,315 people who voted who are

23   dead, numerous other things.

24          It's their responsibility no matter how

25   unpopular, no matter how they're going to be

1   castigated, no matter whether it finishes their

2   career in politics, it's their responsibility to

3   stand up and perform their Constitutional duty

4   honestly and honorably.  And if they want to live

5   with themselves and if they want to vindicate the

6   honor of the State of Georgia, they will do that.

7            We'll take a break and we'll be right

8   back.

9        (COMMERCIAL)

10           Thank you for returning to our analysis

11  of the massive voter theft accomplished in

12  Georgia that must be remedied.

13           I finish with the many, many -- one of

14  the many, many demonstrations, statistical

15  demonstrations of the fraud in Georgia for which

16  there are demonstrations of five to six other

17  states.  You can see here how they cheated on

18  this particular graph.  You'll see in order to

19  bring Biden back because he was down by 2.5

20  percent with 85 percent of the vote cast --

21  pretty much gone -- they injected all of a sudden

22  -- the votes cast, pretty even, even, even, even.

23  And then in the middle of the night on the 4th,

24  3rd being the election, the 4th being the morning

25  after the election, when nobody was really

Page 16

```
 1   looking in the middle of the night, they injected
 2   107,040 for Biden at 6:34 a.m. in the morning.
 3              Those votes are way beyond what those
 4   machines can count at that period of time.  This
 5   was the net increase of 107,040 votes to Biden's
 6   total.  The spike was injected into the total and
 7   a normal vote pattern would look like a natural
 8   progression without that kind of spike, and this
 9   is submitted by experts who testify in court and
10   whose testimony qualifies to prove voter fraud.
11              Once again, I don't mean to belabor it.
12   I just conclude with the fact that the evidence
13   in front of the legislature of the State of
14   Georgia is overwhelming that the Democrats stole
15   the election in Georgia, that Trump won it by
16   close to 100,000, that he is being cheated out of
17   it.  And I don't know what kind of an American
18   you are if you stand by and let that happen
19   because you're afraid that the liberal media is
20   going to attack you.
21              If that continues, if we let this
22   happen to us, this will become the norm in our
23   election.  This is a year in which we allowed
24   them to take from us a good deal of our freedom
25   of speech.  We allowed them to take a lot of our
```

1  freedom of religion, freedom of movement.  Well,

2  I'll be darned if we're going to let them take

3  our free, fair, and transparent vote from us, and

4  part of whether they do or not rests in the hands

5  of and on the shoulders the legislators of

6  Georgia and let's hope their patriotism overcomes

7  their fear.

8            Thank you and we'll be back in a few

9  days with another episode of Rudy's Common Sense.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 18

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8    _Sonya M. Ledanski Hyde_

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: November 9, 2022

17

18

19

20

21

22

23

24

25

**0**

**0.34** 13:8

**1**

**1** 14:11
**10,000** 9:1 10:7 10:10,14 11:1,19 12:9,12,19 14:5
**10,315** 11:18,20 12:12,14,18 14:3 14:22
**100,000** 12:20 16:16
**107,040** 16:2,5
**11501** 18:14
**120,000** 8:18 13:24
**12151** 18:8
**15,700** 10:23

**2**

**2** 14:11
**2,423** 10:11
**2,560** 10:3,5
**2,664** 12:22
**2.5** 15:19
**2016** 13:4
**2018** 13:5
**2020** 1:15 2:21
**2022** 18:16

**3**

**3** 13:5
**3.5** 13:5
**30** 1:15
**300** 18:13
**305,000** 12:22
**305,701** 12:21
**330** 18:12
**38,250** 13:14
**395** 10:19
**3rd** 5:23 15:24

**4**

**4,926** 10:15
**40,279** 11:2,12
**45,620** 13:14
**4th** 5:24 15:23 15:24

**5**

**50,000** 9:2

**6**

**60,000** 9:3
**66,247** 10:8
**6:34** 16:2

**7**

**7,000** 12:9
**70,000** 10:13

**8**

**8,000** 12:9
**85** 15:20

**9**

**9** 18:16
**9,000** 12:9
**98** 1:14 11:16

**a**

**a.m.** 16:2
**absentee** 12:21 12:22 13:2,7,14
**accomplished** 15:11
**accurate** 18:4
**accuse** 3:17 12:17
**accused** 12:16
**activity** 8:8
**actual** 6:5
**add** 9:24
**adding** 10:12
**address** 10:24
**affidavits** 2:25
**afraid** 16:19
**afterward** 8:14
**ago** 3:24
**allowed** 3:19,19 3:21,22 6:5 11:17 16:23,25
**american** 9:12 16:17
**analysis** 3:1 8:12 15:10
**analyze** 13:18
**appeal** 11:24 12:4
**applied** 12:21
**approaching** 10:13
**area** 2:8 6:25
**areas** 7:11
**arena** 5:25
**article** 14:10
**ashamed** 14:7
**assassination** 4:19,20
**attack** 16:20
**available** 8:4
**awful** 8:7

**b**

**back** 8:10 13:21 15:8,19 17:8
**background** 2:8
**balloting** 11:7
**ballots** 6:13 7:7 7:8,10,15,16,18 7:19,22,25 11:11 12:21,22,25 13:2 13:7,14
**bank** 8:7
**beach** 2:4
**beautiful** 2:7
**belabor** 16:11
**beyond** 9:21 16:3
**biden** 4:4 5:9 8:18 9:25 11:20 12:19,19 13:18 15:19 16:2
**biden's** 13:15 16:5
**big** 3:10,11,11
**bit** 4:1
**black** 7:6,6
**blanket** 7:6
**body** 14:14
**break** 6:15,17 8:9 15:7
**bring** 15:19

**c**

**c** 18:1,1
**call** 6:4
**campaigning** 12:6
**can’t** 1:13
**career** 15:2
**carried** 14:18
**cast** 15:20,22

castigated 15:1
cemeteries 12:6
certain 7:4
certification 5:8
9:14,16
certify 5:9 18:3
change 9:14
changed 10:24
changes 2:6
13:25
chaotic 9:22
cheated 13:19
15:17 16:16
checked 7:1
citizens 6:22
civil 14:13
claim 6:14
clause 14:11
clearly 8:8
client's 2:13
close 16:16
come 5:1 7:4
commercial 8:11
15:9
commission 5:3
common 1:13
2:2 17:9
complicit 13:20
compromised
2:22
conclude 16:12
constitution 14:9
14:11
constitutional
15:3
continues 16:21
control 2:18

corporations
3:11
count 6:13,24
16:4
counted 5:25 6:2
7:20,22 8:15,17
8:22
counting 3:25
4:2 6:7,18 7:10
7:11,24
country 2:19
3:16 18:12
county 3:25 4:2
5:25 8:24 11:3,4
11:14,14 13:1
courage 14:20
court 16:9
cover 3:13
covered 7:6
creates 5:2
crime 10:21
criminality 4:12
crooked 3:12
12:17

**d**

darned 17:2
date 10:17 18:16
days 17:9
dead 11:18,20,25
12:2,9,12,14,18
14:3,23
deal 2:11 16:24
dealt 4:17
december 1:15
decide 9:8
decided 14:4

decision 3:6
declared 7:18
democrat 11:23
democratic 3:12
6:3,10,21 11:8
11:24 12:7,15
democrats 4:4
9:11 13:3,19,23
16:14
demonstrable
2:24
demonstrations
15:14,15,16
detail 3:24
details 3:8,9
determine 8:2
dictator 9:7,8
died 11:21
different 2:3
7:11
discounted 10:6
10:22,25
disgusting 12:8
dishonor 14:1
disputed 3:2
distributing 7:9
doing 7:14
doors 7:3
doubt 5:2 7:16
14:21
dramatic 4:16
duty 14:8 15:3

**e**

e 18:1
earlier 8:4
early 12:22,23

effectively 5:20
eight 11:10
elected 11:20
election 2:21
5:24 6:9,10 9:5
9:22 10:24
11:17,21 14:4
15:24,25 16:15
16:23
elections 13:10
electors 14:12
empty 7:1
enjoy 2:11
enormously 3:8
entire 6:25
entirely 7:17
ep 1:14
episode 2:3,5,6
17:9
episodes 3:24
evening 5:23
event 11:12
evidence 2:20,25
4:14 6:14 9:3
16:12
examining 12:25
excerpts 8:4
exclude 8:19,21
8:23
excluded 7:23
8:25 12:25
excuse 6:17
experts 3:1 16:9
explain 4:23
extra 11:9
eyes 9:10,11

| f | |
|---|---|

**f** 18:1
**fact** 3:13 5:14
  6:16 7:21 16:12
**facts** 9:23
**failed** 11:2,13
**fair** 17:3
**false** 9:14,18,20
**famous** 2:13
**far** 13:15
**fate** 2:18
**fear** 17:7
**federal** 9:19
**feel** 8:5 12:3
**felons** 10:3
**figure** 4:9
**film** 4:17,18,25
  5:2,14,22 6:8
  8:20
**findings** 5:2
**finish** 15:13
**finishes** 15:1
**first** 3:5 4:17 6:9
**five** 2:19 5:10
  15:16
**fix** 14:9
**florida** 2:4
**focus** 3:5,9
**followed** 13:13
**fool** 4:8,11
**foregoing** 18:4
**forever** 13:25
**forth** 9:17
**four** 7:10
**fraud** 2:23 3:14
  3:15,20 4:6,15
  5:10 9:4,6,18,24
  12:13,16 14:2,17

14:19,21 15:15
  16:10
**fraudulently**
  14:16
**free** 17:3
**freedom** 16:24
  17:1,1
**front** 16:13
**fulton** 3:25 4:2
  5:25 8:24 13:1

| g | |
|---|---|

**gentleman** 4:24
**georgia** 3:7 4:3
  4:15 5:17,17,19
  6:1,24 7:20 8:13
  9:1,14,18,22
  10:16,19,20,23
  12:15,18 13:19
  13:25 14:1,4
  15:6,12,15 16:14
  16:15 17:6
**giuliani** 1:14 2:1
  2:2
**giuliani's** 1:13
**go** 3:3 7:5
**goes** 5:12
**going** 2:14 3:3
  4:9,10 5:11,12
  6:13 8:3 14:25
  16:20 17:2
**good** 2:11 16:24
**government**
  9:20
**governor** 9:15
**graph** 15:18
**great** 3:24

**greater** 8:5
  11:24
**guarantee** 11:23

| h | |
|---|---|

**hands** 17:4
**happen** 16:18,22
**happened** 5:15
**happens** 2:12
  5:6 12:8,11
**hasty** 11:7
**hear** 2:8
**heist** 8:7
**hello** 2:1
**hey** 12:16
**history** 3:15 4:23
  5:11
**honestly** 15:4
**honor** 15:6
**honorably** 15:4
**hope** 17:6
**huh** 11:22
**hundred** 12:7
**hurriedly** 7:13
**hyde** 18:3

| i | |
|---|---|

**identity** 13:12
**ii** 14:10
**illegal** 7:17 8:8
  8:19,22 9:23
**illegally** 10:9
**illegitimate** 8:1
**immediately**
  3:10
**important** 2:13
  3:9
**including** 7:23

**increase** 13:6
  16:5
**increasing** 10:1
**ineligibility**
  13:12
**injected** 15:21
  16:1,6
**inspected** 13:3
**inspectors** 6:4
  6:21,21
**international**
  5:13
**internet** 3:21
**it'll** 13:24,25

| j | |
|---|---|

**joe** 4:4
**john** 4:25

| k | |
|---|---|

**kennedy** 4:18,20
  4:25
**kind** 9:6 16:8,17
**kinds** 3:18
**know** 3:17 4:20
  10:12 12:4,5
  13:17 16:17

| l | |
|---|---|

**large** 12:2
**late** 11:16
**law** 6:1 7:20
  9:19 11:12
**leaders** 3:12
**leadership** 13:20
**leading** 5:23
**learned** 5:12
**ledanski** 18:3
**legal** 18:11

**legislators** 17:5
**legislature** 5:18
  9:13 14:6,7,8
  16:13
**legislatures** 2:18
  2:20 5:7 14:13
  14:13
**legitimate** 7:16
  9:25 10:1
**length** 8:5
**liberal** 16:19
**lie** 6:17
**little** 4:1 10:13
**live** 2:10 15:4
**locked** 7:3
**look** 7:5 8:3 16:7
**looking** 16:1
**looks** 8:6,8 11:20
**losing** 9:1
**lost** 12:19 13:18
**lot** 5:16 8:7
  16:25
**lots** 5:2
**lovely** 2:8
**lying** 13:21

**m**

**machine** 11:8
**machines** 7:12
  16:4
**mail** 6:1 13:7
**main** 6:15,16
**making** 9:19
**margin** 10:7,10
  10:14 11:1,19
  12:11 13:15
**massive** 2:23
  14:2 15:11

**matching** 13:12
**matter** 4:23 5:6
  6:23 14:24,25
  15:1
**mayor** 12:1
**mean** 8:7 16:11
**means** 4:14,24
  10:25
**media** 3:11
  16:19
**members** 6:5
**mere** 9:1
**middle** 15:23
  16:1
**mile** 2:12
**mineola** 18:14
**mistakes** 11:6,7
**morning** 15:24
  16:2
**moron** 12:17
**moronic** 12:15
**move** 6:11,11
**movement** 17:1
**moving** 11:4,14
**multiple** 13:9

**n**

**n** 18:1
**national** 1:14
**natural** 16:7
**nature** 5:13
**nazi** 9:8
**necessity** 8:6
**nervous** 7:14
**net** 16:5
**networks** 3:20
**never** 4:7 5:3

**new** 11:3,13 12:1
  12:10
**night** 5:24 6:13
  15:23 16:1
**norm** 16:22
**normal** 16:7
**november** 5:23
  5:23 18:16
**null** 7:18
**number** 6:10 8:2
  13:7
**numbers** 8:24
  12:2
**numerous** 14:23
**ny** 18:14

**o**

**o** 18:1
**observers** 6:4,11
  6:12 7:1
**obvious** 4:12
  14:2
**officially** 8:16
**old** 12:8 18:12
**once** 13:22 16:11
**ones** 14:18
**order** 15:18
**originally** 6:12
**outcome** 5:7
**outlets** 3:21
**overcomes** 17:6
**overturn** 5:8
**overwhelming**
  16:14

**p**

**palm** 2:4
**part** 5:11 17:4

**participated**
  14:2
**particular** 5:10
  15:18
**party** 3:12 11:24
  12:7
**patriotism** 17:6
**pattern** 16:7
**people** 9:12 10:8
  10:11,19,23 11:2
  11:5,11,12,16,19
  11:20,21,25 12:2
  12:10,12,14,18
  14:3,22
**percent** 13:5,6,8
  15:20,20
**perform** 15:3
**period** 8:16,17
  16:4
**person** 11:9,10
**pervasive** 3:14
**phone** 11:11
**piece** 9:3
**place** 2:3 5:17,19
  7:2 8:15
**play** 3:25
**played** 3:24
**podcasts** 8:5
**point** 7:4 12:5
**politics** 15:2
**practice** 6:23
**presence** 8:23
**present** 6:3,6,24
  7:21
**press** 6:22
**pretend** 4:7,8,11
**pretty** 15:21,22

**prior**  13:10
**probably**  3:4
**procedure**  13:11
**proceedings**
   18:5
**progression**  16:8
**proportions**  2:23
**provable**  2:24
**prove**  16:10
**proves**  4:3,5
**public**  6:2,5 7:21
   7:22 8:23
**pull**  9:11
**pulling**  7:7
**pumping**  11:9
**puts**  5:16
**putting**  11:11

**q**

**qualifies**  16:10

**r**

**r**  18:1
**ran**  12:1
**rate**  12:24 13:1
**real**  11:22
**really**  2:18 3:2
   4:15 5:3 7:1
   9:19 11:6 15:25
**received**  10:1,2
**record**  18:5
**rectify**  5:18,20
**reducing**  9:25
**register**  11:13
**registered**  10:4,8
   10:15,15,18
   11:16
**registration**
   10:17

**reincarnated**  9:7
**rejected**  13:15
**rejection**  12:24
   13:1
**rejections**  13:9
**religion**  17:1
**remedied**  15:12
**remember**  4:16
   4:19 10:6,10,14
**remind**  4:1
**remove**  6:18
**removed**  6:20
   10:10 11:15
**republican**  6:21
   13:20 14:8
**republicans**  6:3
   7:23 12:24 13:3
**required**  6:6
**requires**  9:13
**reregister**  11:3
**residence**  2:13
**resolved**  5:4
**responsibility**
   5:16 14:10,17,19
   14:24 15:2
**responsible**
   14:15
**rests**  14:19 17:4
**returning**  8:12
   15:10
**right**  2:15,16
   8:10 10:4 15:7
**road**  18:12
**rudy**  1:13,14 2:1
   2:1
**rudy's**  2:2 17:9
**rumble**  1:15

**russian**  9:8

**s**

**satisfaction**  5:4
**saw**  4:7 13:1
**saying**  3:18
**says**  12:16 14:12
**secretary**  9:15
**secretly**  7:25
**section**  14:10
**sedition**  12:16
**see**  2:4,6 3:10
   4:11 6:8,8,25
   7:12 9:9,10 13:4
   15:17,18
**seen**  3:23 13:13
   14:3
**selected**  14:12
**senator**  12:15,17
**sense**  1:13 2:2
   17:9
**sent**  9:17 12:23
**sentences**  10:3
**seven**  11:10
**shooting**  4:25
   5:1
**short**  8:9
**shoulders**  17:5
**show**  8:3 9:21
   13:18
**shows**  13:23
**signature**  13:12
   18:8
**signs**  4:12
**situation**  3:14
**six**  15:16
**sixfold**  13:6

**small**  6:10
**smaller**  9:23
**solid**  2:25
**solutions**  18:11
**sonya**  18:3
**speech**  16:25
**spike**  16:6,8
**stage**  2:17
**stand**  5:14 14:6
   15:3 16:18
**start**  7:7,9
**state**  2:17,19,24
   3:7 5:17,18 9:15
   9:17 10:16,18,20
   12:8 14:1,12
   15:6 16:13
**statement**  9:18
   9:20
**states**  2:22 3:4
   5:10 14:9,11,14
   15:17
**statistical**  3:1
   15:14
**statutory**  13:11
**stealing**  13:23
**stole**  16:14
**stolen**  2:22 4:3
**stop**  6:16
**submitted**  2:21
   16:9
**substantial**  9:2
**sudden**  15:21
**suggesting**  7:13
**suggests**  11:6,8
**suite**  18:13
**sure**  7:2,3
**surreptitiously**
   7:24

**surroundings**
  2:7
**systemic**  3:15

**t**

**t**  18:1,1
**table**  7:5,9
**take**  8:9 15:7
  16:24,25 17:2
**talk**  2:14
**talking**  4:21 5:21
  5:22 8:20
**tape**  13:24 14:2
**tech**  3:11
**television**  1:14
**tell**  9:4,5
**terms**  5:6
**terrible**  3:18
**testament**  5:14
**testify**  16:9
**testimony**  16:10
**thank**  8:12 15:10
  17:8
**theft**  8:13 9:24
  15:11
**thieves**  9:10
**thing**  6:9 8:6
**things**  3:18
  13:22 14:23
**think**  4:16 9:6
**thought**  12:5
**thousand**  2:25
**three**  7:10
**time**  2:11 5:1,11
  8:14,17 11:3,14
  11:21 12:14
  13:6 16:4

**times**  11:10 13:9
**told**  11:19
**total**  16:6,6
**tracked**  8:14
**traditionally**
  13:2,4
**transcript**  18:4
**transparent**  17:3
**trick**  11:22 12:6
**true**  18:4
**trump**  5:9 9:1
  10:2 13:18
  16:15
**trying**  3:13
**turning**  13:21
**two**  13:22

**u**

**ultimate**  5:4
  14:14
**uncomplete**  10:3
**underaged**  10:8
**united**  14:9,11
**unpopular**  14:25
**unregistered**
  10:11
**use**  9:5
**usually**  11:8

**v**

**venezuelan**  9:7
**verification**
  13:13
**veritext**  18:11
**victory**  13:16
**video**  4:5,8,10
**videotape**  3:1,23
  13:23 14:22

**vindicate**  15:5
**vindicating**
  14:19
**violate**  11:12
**violation**  7:20
  9:19
**void**  7:18
**vote**  3:25 4:2 6:7
  6:24 9:17,25
  10:1,4,5,9,16,18
  11:3,13,15,17,17
  11:22 12:4,10
  15:20 16:7 17:3
**voted**  10:5,9,11
  10:17,19,20,23
  11:2,13,19,23
  12:3,12,14,18
  14:4,22
**voter**  2:23 3:14
  3:15 5:10 8:13
  9:24,24 13:12
  15:11 16:10
**voters**  10:15
  12:23
**votes**  5:24 6:1
  8:15,16,19,20,21
  8:22,24 9:1,3
  10:6,13,21,25
  11:9 13:24 14:5
  15:22 16:3,5
**voting**  11:10

**w**

**want**  3:17 15:4,5
**warren**  5:3
**watch**  4:10 8:6
**watchers**  6:4

**water**  6:15,16
**waterfalls**  2:9
**way**  2:7 7:13,15
  10:21 16:3
**ways**  13:17
**wins**  9:2
**winter**  2:11
**won**  5:9 12:19
  13:18 16:15
**word**  9:6
**words**  10:17
  13:8
**workers**  6:9,10
**working**  2:14
**worst**  3:14

**y**

**year**  16:23
**years**  12:7
**york**  12:1,10

**z**

**zapruder**  4:18
  4:24