# Exhibit 40

# PTX-010

# Document Produced Natively