# Exhibit 42

# PTX-011

## Document Produced Natively