# Exhibit 44

# PTX-015

# Document Produced Natively