# Exhibit 45

# PTX-016

# Document Produced Natively