# Exhibit 46

**Page 1**

OAN, Rudy Giuliani, Rep. Marjorie Taylor Greene,

Brandon Tatum, Anna Paulina Luna & Peter Roff

Spotify

January 18, 2021

**Plaintiffs' Exhibit**

**PTX-17**

C.A. No. 21-3354 (BAH)

```
 1              STEPHANIE HAMILL:  Hello, everyone.
 2   I'm Stephanie Hamill.  Welcome to "In Focus".
 3   There are mounting fears over a repeat of
 4   politically motivated violence on Inauguration
 5   Day.  But if you think that video clip involves
 6   pro-Trump protestors, you're mistaken.
 7              That clip was from Inauguration Day in
 8   2017.  Radical Leftists were upset over President
 9   Trump's victory, and took to the streets of our
10   nation's Capitol, smashing windows and destroying
11   property.
12              I was in Washington DC at the time, and
13   I attended the inauguration.  I remember the
14   chaos in the streets.  You may also remember the
15   video of protestors destroying businesses and the
16   stunning video of thugs vandalizing a limousine
17   before setting it on fire.
18              And agitators screaming at Trump
19   supporters and getting in their faces.  I also
20   recall getting yelled at by protestors in the
21   evening, when we were walking to the Inaugural
22   Ball.  It was terrifying.
23              The anti-Trumpers told us we were Nazis
24   and didn't deserve to walk on the sidewalk,
25   simply because we didn't support the preferred
```

```
 1   candidate.  They wanted us to walk in the dirt.
 2   They shouted, "Nazis deserve to walk in the
 3   dirt."
 4            Keep in mind, we were all dressed up
 5   for the Inaugural Ball, women in their gowns,
 6   heels and all.  They antagonized elderly people,
 7   throwing water and water bottles at them.  And it
 8   could've gotten a lot worse, if security wasn't
 9   there.
10            It really was pretty shocking, and I'll
11   never forget it.  Meantime, law enforcement is
12   preparing for another possibly chaotic
13   Inauguration Day.
14            NEWSMAN:  Law enforcement officials
15   across the country prepared for potentially
16   violent protests by Trump supporters on Sunday
17   ahead of President elect Joe Biden's inauguration
18   later this week.
19            Security officials identified Sunday as
20   the first possible major flashpoint, as that is
21   when the anti-government Boogaloo Movement made
22   plans to hold rallies in all 50 states.  Capitols
23   in battleground states where Trump has directed
24   his baseless claims of voter fraud were on
25   especially high alert, including Michigan, where
```

1   a small group of armed protestors gathered

2   outside the state's Capitol in Lansing.

3            More than a dozen states have activated

4   National Guard Troops to help secure their

5   Capitol buildings, following an FBI warning of

6   the potential for future violence leading up to

7   the Inauguration on Wednesday.

8            STEPHANIE HAMILL:  As Senator Lindsey

9   Graham is reaching out to Senate Minority Leader

10  Chuck Schumer in an effort to begin the healing

11  process.  Graham is encouraging Schumer to hold a

12  vote on canceling the impeachment trial for the

13  good of the country.  It's not a bad idea.

14           Joining me now, former New York City

15  Mayor and attorney for President Donald Trump,

16  Rudy Giuliani.  Mayor, thank you so much for

17  joining me.  There is so much to reflect on, and

18  it's been a while since we've had you on.  So

19  I'll let you kind of recap some of your thoughts

20  and emotions over --

21           RUDY GIULIANI:  Sure.

22           STEPHANIE HAMILL:  -- the past two

23  weeks.

24           RUDY GIULIANI:  Well, I mean, it's been

25  a very, very difficult one because once again,

1 | the fraudulent media has created a narrative that

2 | is completely fake, accusing the President,

3 | again, of doing things wrong that he didn't do.

4 | There is absolutely no doubt that that

5 | riot that took place in the Capitol had nothing

6 | to do with the rally that the President had.  I

7 | mean, the President's rally was peaceful.  No one

8 | got excited.  No one got upset.  No one got

9 | incited.

10 | No one ran from the rally to cause

11 | trouble.  In fact, the riot began before the

12 | speech was even over.  And it was largely very

13 | different people in which Antifa played a major

14 | organizing role, which the media refuses to write

15 | about.

16 | In fact, one of the major organizers, a

17 | gentleman by the name of John Sullivan was

18 | arrested by the FBI, but not identified as part

19 | of Antifa.  It is his second arrest in three

20 | months for creating a riot in which a person

21 | died, where he was present when the death took

22 | place.

23 | He's also all over the internet, in

24 | particular Twitter, with calls for people to come

25 | to the Capitol in order to disrupt the Trump

1    speech.  That again, isn't reported anywhere,

2    although it's all over Twitter.  And it was never

3    taken down from Twitter, even though it was clear

4    invocations of violence, and even threats on the

5    President's life, which nobody did anything

6    about.

7              So the double standard here, Stephanie,

8    is disgusting and it's dangerous.  And what

9    they're trying to -- the impeachment was totally

10   fraudulent.  They called no witnesses.  How can

11   you have an impeachment without a witness?

12             They couldn't even prove that there was

13   a single person that went from the rally to the

14   riot.

15             STEPHANIE HAMILL:  Yeah.

16             RUDY GIULIANI:  And when asked to do

17   it, there was a more -- there was a minute of

18   silence.  The riot was created by Antifa and

19   several white extremist groups, one of which is

20   antagonistic to the President.  It was created

21   exactly to get the media to blame the President

22   for something he didn't do.

23             STEPHANIE HAMILL:  Yeah.

24             RUDY GIULIANI:  He had nothing to do

25   with that, and his words were words that were

1    very commonly used.  If the Trump people were

2    going to riot, they would've rioted the day after

3    the election and the day after that and the day

4    after that, when Washington DC was boarded up and

5    ready for the Antifa people to rip it apart.

6              STEPHANIE HAMILL:  Yeah.

7              RUDY GIULIANI:  Some people don't riot

8    like that.

9              STEPHANIE HAMILL:  Exactly.

10             RUDY GIULIANI:  Those -- that was --

11   you see those people scaling the walls?  That's

12   Antifa.  They're trained to scale walls.  Trump

13   people aren't trained to scale walls.  You see

14   the axes and the hammers and the bats and ramming

15   things?

16             I have a training film on my podcast

17   that the media doesn't pay attention to, where

18   Sullivan is training them how to do that.  So

19   this is another one of the Democratic hoaxes,

20   Democratic crimes, really, of trying to frame the

21   President for something he didn't do.

22             STEPHANIE HAMILL:  Yeah, well, Mayor,

23   you're so right.

24             RUDY GIULIANI:  It's outrageous.

25             STEPHANIE HAMILL:  If President Trump

1  said something so terrible, they would be playing

2  that video on loop.  We played his call at the

3  Capitol multiple times on this show, where he

4  said, march down to the Capitol patriotically and

5  peacefully.  He didn't say storm the Capitol.  He

6  didn't say break windows.  He didn't say pass the

7  police line.

8         The Republican Party is the party of

9  law and order.  President Trump has been for law

10 and order.  You're a law and order person as

11 well.  And so, yeah, of course we know for a fact

12 that there were Trump supporters in that group,

13 but you're talking about Antifa, possibly Black

14 Lives Matter, who had infiltrated, maybe even

15 organized.  That aspect is being completely

16 ignored by the mainstream media.

17        I'm curious to find out who else they

18 arrest.  I'd like to learn more about their

19 backgrounds.  You were talking about John

20 Sullivan.  He was arrested, definitely ties to

21 Antifa and Black Lives Matter, according to

22 reports.  There's videos of it.

23        We're going to talk about that later in

24 the show.  But no one wants to talk about that.

25 You know, they just want to try to smear all the

1   Trump supporters.  And you think about the people

2   who committed crimes on January 6th.  That was

3   not the Trump supporters I know.

4           The Trump supporters I know are all

5   about law and order.  They're about following the

6   rules, and they were there peacefully.  I have

7   friends that went to the rally, people that come

8   on this show, who attended.  And you know, they

9   explain things much differently.

10          So it's very upsetting to see what has

11  happened to the President in this whole

12  impeachment scam.  It really just shows how low

13  the Democrats will go, and what they'll do.  I

14  mean, they're literally tearing this country

15  apart and they don't care.

16          RUDY GIULIANI:  Well, in fact, they've

17  been doing that for quite some time.  If we go

18  back to four years ago, which you had on earlier

19  about all the violence that took place at the

20  Trump Inaugural, I mean, back then they were

21  planning to impeach him.

22          They were planning to impeach him

23  before he was even sworn in.  And they were

24  putting together a totally phony frame job that

25  involved -- I mean, part of which was being

```
 1   planned in the Oval Office, with Obama and Biden,
 2   knowing that Hillary Clinton was actually going
 3   to use this collusion with the Russians to cover-
 4   up her -- to cover up her emails.
 5              I mean, they had a letter from Brennan
 6   to Obama saying that.  So going back four and a
 7   half years ago, the Democrats have been trying by
 8   illegal means to first keep Donald Trump out of
 9   the Presidency, and then to nullify his
10   Presidency.  And now they're trying to nullify
11   him.
12              STEPHANIE HAMILL:  Yeah.  Mayor, we
13   talked about the Russia collusion hoax.  We've
14   done interviews about it over the years, that the
15   first impeachment, the first round of impeachment
16   that the American people didn't like.
17              And you can just imagine how people
18   feel today.  If you go and ask regular ordinary
19   Americans who are being told to stay in their
20   homes and wear a mask and don't ask any
21   questions, don't ask --
22              RUDY GIULIANI:  Oh my.
23              STEPHANIE HAMILL:  -- questions.  Don't
24   ask any questions about election fraud.  I mean,
25   this is devastating, where our politicians are
```

1   focused on impeaching the President.  Now there's

2   obviously a discussion of the trial, which they

3   would be targeting a private citizen at this

4   point.  It is just such a waste of time and such

5   an insult to the American people.

6               RUDY GIULIANI:  We're about to swear in

7   a President for which there's a hard drive that

8   demonstrates that for 30 years, his family has

9   been selling his public office for millions and

10  millions and millions of dollars.  And we're

11  impeaching Donald Trump?

12              It seems like there's something

13  terribly corrupt about that.  There's documentary

14  evidence that Joe Biden and Joe Biden's family

15  sold his office for well over millions of

16  dollars, including to the Chinese Communist

17  Party.

18              STEPHANIE HAMILL:  Yeah.

19              RUDY GIULIANI:  And we're impeaching

20  Donald Trump?  Something's very seriously wrong

21  with our country.  And not only that, the fact

22  that I just said that would probably have me

23  censored on most networks, which sounds like -- I

24  mean, I was driving around Washington the other

25  day hearing about all the censorship, and I

1    thought I was in East Berlin.

2            STEPHANIE HAMILL:  Yeah.  Are you still

3    on Twitter, by the way?

4            RUDY GIULIANI:  By the skin of my

5    teeth.

6            STEPHANIE HAMILL:  Yeah.  Everyone I

7    know is like, left and right, they're getting

8    banned.

9            RUDY GIULIANI:  A couple of things off,

10   a couple of things on.  YouTube has taken down a

11   -- YouTube actually took down a podcast in which

12   I talked about censorship, not even about the

13   election.

14            You can't even complain about their

15   censorship.  YouTube took me off for complaining

16   about censorship, not the election.  Should I say

17   the election is stolen?  Man, I think pretty soon

18   there'll be capital punishment for that.

19            STEPHANIE HAMILL:  Question.  When it

20   comes to election fraud, where are we with that?

21   The still -- there's a lot of questions, no

22   answers.  And you know, people say, oh, well,

23   there was no evidence.  It's just a conspiracy

24   and this and that and this and that.

25            But what about all the witnesses who

1    signed affidavits?  What about all the anomalies?

2    What about the actual, you know, voter fraud that

3    we did see.  And you know, people say, oh well,

4    you know, we don't really know how much that

5    would affect the election.  Is this just totally

6    over?  Are we turning the page on this or what's

7    going on?  What will happen next?

8              RUDY GIULIANI:  I mean, they pretty

9    much censored it while it was going on, so they

10   would love to turn the page on it.  I mean, I get

11   banned from any of the big tech things when I say

12   that not only was there voter fraud, I have

13   evidence of it.  I've seen it.

14             I have a motion picture of it.  I can

15   show you the voter fraud in living color.  It was

16   done in Fulton County, Georgia.  It was well over

17   30,000 ballots that were stolen.  They were

18   attributed to Biden instead of Trump.  Had they

19   been caught and held to account for it, Trump

20   would've won Georgia.

21             I can show you similarly how he

22   would've won Arizona, Pennsylvania, Wisconsin.

23   And I say that and I'm, I don't know, a traitor,

24   I guess.  Well, I'm sorry.  I can't lie just so

25   that I can get my face on television, but that's

 1    the way it is now.

 2              It's like living in a Communist

 3    country.  If you don't say what the regime allows

 4    you to say, you must say that the regime was

 5    elected legitimately.  Well, this particular

 6    citizen believes that it wasn't.  Not only that,

 7    this particular citizen has evidence that it was

 8    elected illegally.

 9              And not only that, I have the hard

10    drive of the Bidens that proves that they're

11    crooks for over 30 years.  Right?  It took

12    millions and millions of dollars from Chinese

13    Communists, from Russia, from Ukraine, from any

14    place they can get their greedy fingers in.

15              Now I'm supposed to not say that in a

16    democracy?  That's what they do in China.  They

17    shut you up and they're investigating me.

18    They're investigating me, and Biden took

19    millions.  They're impeaching Trump and Biden

20    took millions for 30 years.  Stephanie, what's

21    wrong with us?

22              STEPHANIE HAMILL:  Yeah.

23              RUDY GIULIANI:  That's no longer a

24    democracy.  That's no longer a country of laws.

25              STEPHANIE HAMILL:  And you talk about

1    this censorship of asking questions about the

2    election.  And it's funny because on the left,

3    they ask questions about President Trump's

4    Presidency the entire time, and whether he, you

5    know, was elected or if Putin got him elected and

6    this and that.

7              And that was never censored.  And also,

8    there was never really any real apologies for

9    getting it wrong.  And those of us who had

10   questions and didn't believe that President Trump

11   was Putin's puppet, if you will, we were written

12   off.  We were called names.  And no one ever

13   apologized to us, either.

14             RUDY GIULIANI:  No one's ever

15   apologized to me for being right about Biden.

16   I'm the one who put out the Biden hard drives,

17   and now, they find out that it's all true.  No

18   one's ever apologized to me for all the things

19   that have been said to me for the attempts to

20   take away my law license, which they're still

21   doing, for attempts to investigate me for crimes,

22   for accusations of crimes that I didn't commit.

23             It turns out I was right about

24   everything I said about Biden, and it's all on

25   the Biden hard drive.  By the way, I've kept a

 1   copy of it.

 2              STEPHANIE HAMILL:  Where is that hard

 3   drive?  Who have you given the hard drive to?

 4   Obviously, I haven't seen the contents of it.

 5              RUDY GIULIANI:  I gave it to -- I gave

 6   it -- as you might recall, I gave a copy of it to

 7   The New York Post, and The New York Post

 8   published a good deal of it.

 9              STEPHANIE HAMILL:  Yeah, and then

10   Twitter censored it to say they didn't want this

11   story out before the election.

12              RUDY GIULIANI:  I've given copies of it

13   to the Delaware Police.  The FBI has it.  The FBI

14   has what I have.  But the FBI has done nothing

15   with it, nothing.  There are crimes in there that

16   I could have -- there are crimes in there that

17   would require immediate arrest.

18              For example, involving the morals of

19   little children.  There are crimes in there that

20   would require immediate arrest, and they were

21   ignored, because it's the Bidens.

22              STEPHANIE HAMILL:  Yeah.

23              RUDY GIULIANI:  The multi-millionaire

24   Bidens, who became multi-millionaires while he

25   was a Senator, that acquired five homes while he

1   was a Senator.  And whose son writes to his

2   daughter for 30 years, I had to support the

3   family and give half of what I earned to Pop.

4            STEPHANIE HAMILL:  Yes, definitely

5   questionable, that's for sure.  Really quickly,

6   Mayor, there's a bunch of reports here that say

7   you will not be representing President Trump in

8   the impeachment trial.  Is that your decision?

9   Is this even true?  I mean, this is from ABC

10  News, Business Insider --

11           RUDY GIULIANI:  Well, I will not be

12  able to participate in the trial in the Senate

13  because I'll be a witness or a potential witness,

14  and legal ethics require me not to.  I'll be able

15  to help in the background, but I will not be able

16  to represent him either in court or in the

17  chamber because I'm a potential witness.

18  Remember, I gave one of the other three speeches

19  that is also criticized.

20           STEPHANIE HAMILL:  Yeah.

21           RUDY GIULIANI:  And as a witness, I can

22  certainly testify that no one at the rally got

23  incited, not a single person got upset or excited

24  at anything I said, the President said, Professor

25  Eastman, the Congressmen.  It was a very large,

1   very -- and many, a strange way, a very happy
2   crowd.
3            And there was no excitement in terms of
4   any kind of incitement to violence by any of the
5   things that are listed now.  Like for example,
6   when I said things that they say were inciteful,
7   nobody even jumped up.
8            STEPHANIE HAMILL:  Yeah.  Are you
9   talking about --
10           RUDY GIULIANI:  I can show you they sat
11  in their chairs and nicely applauded, but people
12  didn't jump up going crazy.  That's what
13  incitement is.
14           STEPHANIE HAMILL:  Yeah.
15           RUDY GIULIANI:  This is a totally phony
16  charge.  It's a phony charge as against the
17  President.  It's a phony charge as against
18  everyone else.  That riot was caused by other
19  people, including Antifa.  And Antifa is being
20  covered up.
21           There's a text showing 228 Antifa
22  members, participating.  And that text is being
23  covered up.
24           STEPHANIE HAMILL:  Yeah, I haven't seen
25  it, but I -- like I said, I'd like to learn more

1   about the backgrounds of those who were there.

2            RUDY GIULIANI:  Stephanie, I'm going to

3   send it to you.  I'm going to send it to you.

4            STEPHANIE HAMILL:  Send it to me.  I'd

5   love to see it.  Mayor, we're totally out of

6   time.  I appreciate you coming on the program and

7   I appreciate everything that you've done so far.

8   Thank you so much.

9            RUDY GIULIANI:  Well, I appreciate your

10  coverage and (indiscernible).

11           STEPHANIE HAMILL:  Coming up next,

12  bracing for President-Elect Joe Biden's

13  destructive plans for America.

14           Bracing for President-Elect Joe Biden's

15  destructive plans for America, Biden's immediate

16  executive actions include several Democrat pet

17  projects, including climate, immigration, student

18  debt and housing deadlines.

19           NEWSCASTER:  The Biden Administration

20  says it will hit the ground running with a slew

21  of executive orders on day one.  President-Elect

22  Joe Biden's incoming Chief of Staff said in a

23  memo to reports that Biden will cap a busy day of

24  inauguration pageantry by using the powers of his

25  new office to push policy changes on housing,

1    student loans, climate change and immigration.

2              The executive actions to be taken on

3    Wednesday include rejoining the Paris Climate

4    Accords, reversing a travel ban on several

5    majority Muslim countries, extending a pause on

6    federal student loan payments, halting evictions

7    and foreclosures, as well as mandating masks in

8    interstate travel and on federal property.  Most

9    of the measures are a reversal of Trump policies,

10   and do not require congressional action.

11             STEPHANIE HAMILL:  In the meantime,

12   Biden is looking toward the bastion of liberal

13   lunacy for direction.  The incoming President

14   says he'll consider California as inspiration for

15   setting his radical progressive poligy -- policy

16   agenda.

17             However, there is hope when it comes to

18   curtailing Biden's radical policy plans.  An

19   effort is underway by a newly elected Republican

20   of Congress to file articles of impeachment

21   against Biden on January 21st, just one day after

22   his inauguration.

23             Joining me now, representing Georgia's

24   14th Congressional District, Congresswoman

25   Marjorie Taylor Greene.  Congresswoman, thank you

1   so much for joining me.  I don't think I've had

2   you on since you were sworn in, so

3   congratulations on winning your election.  That

4   is really amazing.

5            And I remember how poorly the media

6   treated you when you were running, so we were not

7   mean to you on this show.  I just want to point

8   that out.

9            MARJORIE TAYLOR GREENE:  No, you guys

10  are great.  So I very much appreciate it, and I'm

11  glad to be back on.  Thank you.

12           STEPHANIE HAMILL:  Of course.  So let's

13  dive into this whole impeachment effort against

14  Biden.  I guess it is impeachment season, if you

15  will, because that's what the democrats think,

16  right?  I mean, they -- this is the second time

17  around that they've impeached President Trump.

18           Now it sounds like the trial will go on

19  and it will be against a private citizen, not the

20  President of the United States.

21           MARJORIE TAYLOR GREENE:  That's right.

22  Impeachment season is quite the term to use,

23  after a witch hunt with Russian collusion

24  conspiracy that we saw the Democrats just carry

25  on when they went after Trump and impeached him

1   the first time.

2          Even though the FBI had knowledge as

3   early as 2017 that the whole thing was a scam and

4   it was a lie, the Democrats moved forward with it

5   anyways.  And then, Nancy Pelosi, the Speaker of

6   the House, moved the bar of impeachment, lowered

7   it down to the basement level, when she led the

8   effort last week to impeach the President with no

9   trial, no evidence, no witnesses saying that he

10  had done anything to incite the violence at the

11  Capitol that we have all condemned.

12          As a matter of fact, he asked his

13  supporters to march peacefully and patriotically

14  to the Capitol.  But that's Nancy Pelosi.  This

15  is the radical left and this is who the Democrats

16  are.  They don't care about the rules and they

17  don't care about the truth.

18          But the America does need to know the

19  truth about Joe Biden.  He definitely abused his

20  -- abused power when he was Vice President of the

21  United States, even on record, on video saying

22  that he would withhold a billion dollars of

23  foreign aid, just so that his son, Hunter Biden,

24  could definitely pull those deals with Burisma

25  and Ukrainian energy scams.

1        And then we know there's an ongoing

2   investigation into Hunter Biden's laptop and

3   Chinese energy companies.  So it seems to be the

4   Biden crime family has basically an affection for

5   energy companies, abusing power in their

6   positions and making themselves rich beyond their

7   wildest dreams.

8        The American people can't afford to

9   have a President who is willing to dangle out his

10  very powerful position of President of the United

11  States just to cover up his son's business plans

12  and partnerships and who he does business with,

13  and then also help out these companies with the

14  United States and the taxpayers and who we are a

15  as a nation.  So this needs to be brought out,

16  and I'm very happy to be the one to do it.

17        STEPHANIE HAMILL:  Yeah, well, it's

18  interesting we just had former New York City

19  Mayor Rudy Giuliani on before you, and he was

20  talking about the Biden family, the alleged

21  corruption, the emails and everything that he

22  has, the hard drive that he has.

23        And he was talking about how there's

24  really been like a lot of pushback or like, not

25  really much done with all the evidence that he's

Page 24

1   presented.  So you could tell he's very

2   frustrated that there's no action, yet the

3   Democrats are quick to take action against

4   President Trump over things that he didn't even

5   say or tell people to do.

6         I watched the video of him at the

7   rally, where he told people to patriotically and

8   peacefully march down to the Capitol, never told

9   anyone to commit crimes.  I didn't see that he

10  was inciting violence.  But we've seen the

11  Democrats pull these scams over all these years.

12        They wanted to impeach President Trump

13  since the first day he took office, and

14  obviously, the whole Russia collusion hoax and

15  the spying on the incoming administration.  All

16  of that is forgotten.

17        And so, it's really just such a downer

18  for our country.  The Democrats continue to

19  divide us.  And so, you bring out points of why

20  the Biden family should be looked into.  We've

21  read the emails.  We've read the reports written

22  by The New York Post.

23        And what's really bizarre is how social

24  media censored these stories.  Like we're not

25  even allowed to learn about it, but they say, oh,

1   well, you can't spread misinformation and this

2   and that.  But they spread misinformation about

3   President Trump and Republicans all day long, and

4   no one stops them from doing that.

5           So the fact that they don't even want

6   us to have any sort of conversation about the

7   laptop from hell or questions about, you know,

8   voter fraud in the November 3rd election, that

9   really bothers me.

10          MARJORIE TAYLOR GREENE:  It should

11  bother you.  And you're absolutely right.  And

12  everything you just stated is exactly how 75

13  million Americans feel that voted for President

14  Trump.

15          President Trump continues to retain the

16  loyalty of the high majority of Republican

17  voters, and that's something every single elected

18  Republican should remember.  And here's what's

19  important to me, and I've said this all along.

20          It's people over politicians, not the

21  other way around, because it's the people of this

22  country that matter.  And so, I completely share

23  your sentiment.  This is the whole reason I ran

24  for Congress is because I was sick and tired and

25  fed up with the corruption and tired of nothing

1   ever happening and nothing being done.

2              And so, you know, I'm happy to go

3   forward and push this out front and center, try

4   to expose it as much as possible.  Even though

5   we're in the minority, I really don't care.  I'm

6   happy for people to be citizen sponsors of these

7   articles of impeachment, and that's something

8   that I'm asking everyone to do.

9              They can text impeach to 55444 and

10  become a citizen co-sponsor and be a part of this

11  big effort.  And then another thing is, let's let

12  them never forget it, that no matter how much

13  they censor us on social media, no matter how

14  much they tell us that we should be canceled and

15  we don't matter, our free speech does matter, so

16  do our voices, so do our opinions and so does our

17  future.

18             And freedom is definitely worth always

19  standing up for.  And so, I'm just proud of all

20  Americans, and those are the people I work for,

21  regardless of whether they're in my district or

22  another state, I'll always be doing that as long

23  as I'm proudly serving in Congress.

24             STEPHANIE HAMILL:  Yeah.  I want to get

25  your reaction to the 10 Republicans that voted to

Page 27

```
 1    impeach President Trump.  I think that we've
 2    learned a lot from this second round of
 3    impeachment, specifically when it comes to who
 4    needs to be primary the next time around.
 5             And also, it's just like kind of like a
 6    disappointment.  I'm wondering, how are some of
 7    these more like, establishment Republicans that
 8    have been there forever, how are they treating
 9    you, too, by the way?
10             MARJORIE TAYLOR GREENE:  Well, they
11    don't like me very much.  I mean, Adam Kinzinger
12    is not a fan of mine.  You know, and Liz Cheney
13    unfortunately, our Chairwoman for our Republican
14    House Conference, stepped right out there and
15    voted for impeachment.
16             Not a wise move.  I've called for her
17    to step down and resign from her position because
18    she certainly doesn't represent our conference.
19    Most -- almost all of us, other than these 10
20    House members voted against impeachment of
21    President Trump.
22             And then, you know, they should be
23    paying attention to the polls.  They should be
24    paying attention to Republican voters and not the
25    Democrats and the fake news media, the radical
```

1   activists like on CNN that are singing their

2   praises.

3            They're listening to the wrong chorus

4   of groups that are just so happy with them for

5   their defying votes of impeachment, for a lie.

6   They voted for a lie.

7            STEPHANIE HAMILL:  Yes.

8            MARJORIE TAYLOR GREENE:  So I think

9   they exposed exactly who they are.

10           STEPHANIE HAMILL:  Yeah, it's pretty

11  obvious.  And it's funny because I've asked some

12  of those who like, support the -- supported the

13  impeachment effort.  I'm like, so what exactly

14  did Trump say or what did he do?  They're like,

15  oh, well, Rudy said combat by trial or something?

16           I'm like, what does Giuliani's comments

17  have to do with President Trump?  Like you can't

18  impeach somebody --

19           MARJORIE TAYLOR GREENE:  Yeah.

20           STEPHANIE HAMILL:  -- over somebody

21  else's comments.  And you know, they really have

22  no reason.  It's just like, they don't like

23  Trump.

24           MARJORIE TAYLOR GREENE:  No.

25           STEPHANIE HAMILL:  And they wanted to

Page 29

```
 1    make a political point.  And they wanted to
 2    retaliate against him.  This was all about
 3    revenge, and that's pretty clear.  Congresswoman,
 4    we're almost out of time, but I want you really
 5    quickly just to describe the atmosphere at the
 6    Capitol right now.
 7              I attended the inauguration back in
 8    2017, and I also went to the Inaugural Ball.  And
 9    I remember the security and how they shut down
10    the streets.  Like that's pretty normal.  But
11    this is like, unprecedented.  I've never seen so
12    much security.  And I've lived in DC for almost
13    three years, so I just can't even imagine what
14    it's like out there right now.
15              MARJORIE TAYLOR GREENE:  Well, I can
16    tell you what, I don't know because I am happily
17    in Georgia and I will not be there at the Capitol
18    for this inauguration.  You know, Joe Biden, he
19    ran his campaign from the basement.
20              This is a virtual inauguration, so it's
21    pretty shocking to me that our taxpayers are
22    having to spend so much money to have 25,000
23    wonderful members, men and women, of our military
24    there, creating such a presence.
25              You know, I'm completely against what
```

1   happened at the Capitol on January 6th, but for a

2   virtual inauguration, this is quite a show of

3   military presence.  So I won't be there on the

4   20th.  I see no need to be, to play a part in

5   that.

6             And I'll have to be there the 21st,

7   though.  So I'll definitely be up there, then,

8   and I really hope everyone's safe and I'm

9   grateful for our military, but it's pretty

10  interesting for a virtual inauguration.

11            STEPHANIE HAMILL:  Yeah, well, I don't

12  blame you.  It's going to be total chaos there,

13  so I think wise choice to stay home.  Well,

14  Congresswoman, we're going to leave it here.

15  Thank you so much.

16            MARJORIE TAYLOR GREENE:  Thank you.

17  See you --

18            STEPHANIE HAMILL:  Thank you.  Coming

19  up next, delving into the background of a Black

20  Lives Matter activist, who recorded the recent

21  Capitol building riots as In Focus continues.

22            We're learning more details about a

23  Black Lives Matter activist who recorded the

24  recent Capitol Building riots.  The former

25  Olympic hopeful turned activist is now awaiting

1   trial for his actions.

2          NEWSCASTER:   Intense video of the US

3   Capitol riot filmed by John Sullivan is not the

4   only video posted to his company's YouTube page.

5          JOHN SULLIVAN:   (indiscernible).

6          NEWSCASTER:   The speed skater on the

7   left, is the young activist.   Sullivan was

8   working towards the Olympics.   The athlete had

9   raised nearly $3,000 for Pyeong Chang.   Arrested

10  after organizing the (indiscernible) protests in

11  July of 2020, Sullivan continued posting about

12  organized protests on the Instagram page for his

13  company, Insurgence.

14          A company Sullivan dedicated to ending

15  police brutality and unifying the nation.

16  Sullivan will be tried in Washington DC.   And his

17  next virtual appearance is January 22nd.   Until

18  then, he is essentially on house arrest.

19          STEPHANIE HAMILL:   Stories like this

20  are just further proof that not all who

21  participate in the Capitol mob violence were

22  Trump supporters.   But stories like this will

23  barely get any airtime from the mainstream media.

24  It just doesn't fit their narrative about what

25  happened in DC about two weeks ago.

Page 32

1             Joining me now from Scottsdale,

2    Arizona, former Police Officer and Founder of

3    TatumReport.com, Brandon Tatum.  Brandon, it's

4    great to see you.  Brandon, I haven't really

5    heard much about John Sullivan.  Obviously, we

6    played a little clip from the local news, but

7    CNN, MSNBC, they're awfully like, very, very,

8    very quiet about it.

9             And I get it, yeah, there -- Trump

10   supporters were there.  That's a fact.  It was

11   Trump supporters stormed the Capitol there,

12   committed acts of violence.  But yeah, I have a

13   lot of questions about the backgrounds of some of

14   the people that haven't been caught yet, and some

15   of the others.  I want to know more about them

16   and who they supported and I want to know more

17   about this John Sullivan character.  And also,

18   did you know he was released from jail?  Like why

19   is he out before the inauguration?

20           BRANDON TATUM:  It is very interesting,

21   that.  It doesn't fit their narrative.  Two

22   narratives that they want to paint the picture

23   of, when it comes to the Capitol, and that's that

24   it's a bunch of white people who are racist

25   destroying the Capitol and there's a double

Page 33

1    standard.

2            When you add Mr. Sullivan in the mix,

3    what's the double standard?  He's a black man.

4    He didn't get unjustifiably shot or anything like

5    that at the Capitol.  And also, he was a part of

6    the actions that occurred that day.

7            So they don't want to talk about it

8    because they have a black man who's probably a

9    Democrat who's a BLM supporter, and he's the one

10   -- one of the main characters involved in this.

11   So it's not just an insurgence of white America.

12           You know, there's a lot of other

13   components here that they don't want to talk

14   about, which is a shame.

15           STEPHANIE HAMILL:  Yeah, and I'm sure

16   you've obviously noticed the coverage of how some

17   of the media have treated those who committed

18   crimes on January 6th, versus those who

19   participated in Black Lives Matter and Antifa

20   riots throughout the summer and the spring and

21   like, the past year, in the past four years.

22           It's rather interesting, and again,

23   we're for law and order.  We've talked about it

24   on our show.  We've condemned violence.  We

25   condemn it all around.  I know that you don't

1    support what happened on January 6th at the

2    Capitol.

3            But it's really -- it's interesting,

4    those who promoted it or said it was like, for a

5    good cause and stuff, I mean, they're totally

6    outraged.  And these are the same people that

7    have been, again, kind of like, giving it a pass

8    or seem to be okay with violence, as long as it

9    supports their causes that they like.

10           BRANDON TATUM:  Yeah, so the way I look

11   at it, as a former police officer is that there's

12   a thing called unnecessary violence, and then

13   there's necessary violence.  You know, when you

14   have people who are threatening your life, then

15   you can act in violence to protect yourself.

16           And I'm not going to come out and say

17   specifically that I'm totally talking trash about

18   people who were at the Capitol.  I wouldn't have

19   done it.  But based on the things that I've seen

20   happen in this country, I don't -- I can see how

21   people can be upset enough to go into the place

22   of the -- or origin of the issue.

23           You know, you have -- and I don't want

24   to say a lot of it, because they'll ban you guys.

25   But there has been issues in this election.  We

1   all know about it.  And you are telling the

2   American people that there's been things that

3   have happened in this election that could've

4   silenced their vote, silenced their

5   constitutional rights, people that have fought

6   for this country.

7            You -- of course, they're going to be

8   upset.  And I think that if people want to -- if

9   the government wants to prepare for what's going

10  to happen on the 20th, I think that they should

11  do so because there is a lot of people that are

12  incredibly mad at the lack of what the government

13  has done to protect the vote and to protect the

14  American people.

15           So I'm not going to come out and say

16  I'm just totally against it.  I wouldn't have

17  done it, but I understand how people can be upset

18  enough to want to go to the Capitol Hill and

19  storm the Capitol.

20           STEPHANIE HAMILL:  Yeah, so wait.

21  You're not against like, the people storming the

22  Capitol?  Wait, say that again?  I just want to

23  make sure I have that clear.

24           BRANDON TATUM:  Yeah, I'm not going to

25  come out and condemn anybody at the Capitol.  I'm

1   not going to do it.  I don't -- I'm not -- I

2   wouldn't go to the Capitol, but I understand how

3   people can be upset, when all -- ever since the

4   election, we've been talking about the fact that

5   we've seen the (indiscernible) machines and all

6   of these different things occur.

7         And you expect the American people to

8   just sit on their hands and do nothing, to just

9   talk on social media, to just run their mouth and

10  be feckless?  There are people that are going to

11  act out.

12        If you are sitting at Capitol Hill and

13  you're going to vote in a way in which

14  disenfranchised half of the country, people are

15  going to be upset.  So what I'm saying here, in

16  front of the world, is that I'm not going to come

17  out and condemn these people because some of

18  those people were righteously upset.

19        And I think those things are going to

20  happen in this country, if you don't do an

21  investigation and secure it and make sure that

22  people's votes are being counted properly.

23        STEPHANIE HAMILL:  Yeah.  So there was

24  reports that the FBI and NYPD, they tipped off

25  the DC Police to let them know that there was

1   potential for violence and chaos on January 6th.

2   Do you think that law enforcement was prepared

3   for this?

4              I mean, I don't believe you were

5   actually -- you weren't there, right?  You didn't

6   attend the rally?

7              BRANDON TATUM:  No.  No.  I --

8              STEPHANIE HAMILL:  Do you think they

9   were properly prepared?  Obviously not, because

10  people were able to break through.

11             BRANDON TATUM:  Well, it's up for

12  question.  I mean, we don't know what the heck

13  happened.  You know, I mean, anybody with a

14  brainstem that's a leader in DC knew that people

15  were going to act a fool at the Capitol on the

16  6th, because of the controversial-ran election.

17             I mean, I've been to DC several times.

18  They block off square miles of different places

19  so people can't even go into certain areas, if

20  it's going to be a threat.  How in the world will

21  they let people go to the Capitol and stand in

22  front of the Capitol and potentially breach the

23  Capitol with no security?

24             They were letting people in, in certain

25  cases.  People are just waltzing in, giving high

Page 38

1    fives.  Some of the Capitol Police were

2    celebrating some of these people, taking selfies.

3    We don't know what happened.

4              I don't know who's responsible.  I

5    don't know who's an insurgent and who was just in

6    there taking selfies being in the Capitol

7    Building.  We have people that are associated

8    with Black Lives Matter who were leading the

9    charge.

10             We have people who were Antifa who were

11   knocking out windows.  We also have Trump

12   supporters.  But then, we also see pictures of

13   people just getting let into the building with no

14   resistance.

15             And so, I think that we need to take a

16   closer look at what's going on here surrounding

17   the Capitol, and why are people so anxious to

18   come out and just condemn everything without

19   knowing what's going on?  And why are Democrats

20   taking the lead and making a big fuss about it?

21             Because it's politically correct on

22   their end.  They said nothing in the summer, when

23   people were burning down businesses and killing

24   people.  Black people were dying in these

25   protests in the summer for police brutality, and

1   nobody cared, nobody said nothing.

2           Democrats turned a blind eye.  They act

3   like they were Stevie Wonder and couldn't see

4   none of this stuff that was going in, but all of

5   a sudden, some white folks go into the Capitol

6   Building because of the attacks on our democracy,

7   and nobody was injured -- not injured, but

8   killed.

9           You have one police officer that may

10  have been killed based on some chemical component

11  that happened to him.  Later on, he died at the

12  hospital.  You had another person commit suicide

13  that they attached to the Capitol Building.  One

14  lady lost her life.  She was shot in the neck.  I

15  think that's controversial and they should

16  investigate it.

17          STEPHANIE HAMILL:  Yeah.

18          BRANDON TATUM:  But how many deaths

19  have happened in the summer?  How many deaths

20  were related to Black Lives Matter?  They didn't

21  care.  Nobody said anything.

22          STEPHANIE HAMILL:  Yeah --

23          BRANDON TATUM:  And I think the double

24  standard is sickening.

25          STEPHANIE HAMILL:  I believe over two

1   dozen minorities were killed during these

2   Antifa/Black Lives Matter, and then think of all

3   of the minority owned businesses that were

4   destroyed.  And people get mad when you like,

5   compare the two.

6           And like, obviously they're different

7   situations, but there are a lot of similarities.

8   And those who were quiet about Black Lives Matter

9   and Antifa, it just shows how hypocritical they

10  are.

11          And yeah, there's a lot of things that

12  we still need to learn about what happened on

13  January 6.  We're very curious about it.  I'm for

14  law and order.  I don't like seeing people commit

15  crimes.  I don't like what I saw at the Capitol.

16  I'm totally against that.

17          But that being said, yeah, I want to

18  know more.  We should investigate it.  But yeah,

19  there are certain people that jumped onto this

20  narrative, that accused President Trump of

21  inciting violence, when he didn't.

22          He said peacefully and patriotically,

23  march down to the Capitol, have your voices

24  heard, be seen.  And 99.9999 percent of the

25  people who were there in support of President

1  Trump were there peaceful.  And you know, they

2  don't associate with those who stormed the

3  Capitol.

4          They say, you know, that was not my

5  group.  That's not what I was there for.

6  President Trump didn't incite violence.  You can

7  go back, listen to his speech over and over

8  again.  And so, at the end of the day, we have a

9  President that was impeached for the second time.

10          The Democrats take impeachment so

11  lightly, like it's just another day, another

12  impeachment.  And it's just -- it's actual wild

13  times.  So anyways, we are preparing to see

14  what's going to happen on Inauguration Day.

15          We saw in 2017, the violence that took

16  place.  I went to the Inauguration, went to the

17  Inaugural Ball, saw the violence.  You know, the

18  Left was very quiet about condemning what

19  happened.  So we'll see.  Hopefully, that

20  security will be prepared.  I don't want to say

21  anything terrible happened, but we'll just have

22  to wait and see.  Brandon, thank you so much.

23          BRANDON TATUM:  Thanks for having me.

24          STEPHANIE HAMILL:  Coming up next, more

25  migrant caravans US-bound.  The question is now,

1    what will team Biden do?  Will he welcome them

2    with open arms?

3            A Honduran migrant caravan headed to

4    the US border over the weekend found themselves

5    hit with teargas and batons by police, when they

6    got to Guatemala.  We've seen similar instances

7    of cracking down on border security while

8    President Trump has been in office.  But what's

9    going to happen when Biden takes over?

10           I'd like to think our country will

11   still work to strengthen our border, but a Biden

12   administration will likely just undue all of the

13   hard work President Trump has done.  Joining me

14   now from Florida, US Air Force veteran and former

15   congressional candidate for Florida's 13th

16   District, Anna Paulina Luna.

17           Anna, thank you so much for joining us.

18   Anna, we saw these videos just a few years ago,

19   when migrants were storming the border, trying to

20   get through Guatemala, trying to get through

21   Mexico.  President Trump was pretty firm on his

22   stance.

23           He says, you know what?  We send all of

24   these countries hundreds of millions of dollars

25   of aid every single year.  We need you to do your

1    part.  If you're just letting everyone through

2    the borders, that's a problem for us.  Not only

3    is it a problem for our country, but it's a

4    humanitarian crisis that builds up at the border?

5              ANNA PAULINA LUNA:  Absolutely.  In

6    fact, you know, a lot of people forget that the

7    Biden and -- well, Obama/Biden administration

8    actually had the same policies that President

9    Trump did, right, on border security.

10             So the fact is, is I do believe these

11   caravans are well aware of the fact that the

12   Biden/Harris administration advertised

13   essentially to the world that they wanted to

14   legalize all illegal immigrants, and that's the

15   reason why they're now pushing to come back to

16   the US Mexico border.

17             Now I'm hoping, like you said, that

18   Guatemala and these countries in between will

19   realize that, you know, that agreement that they

20   had with the American people under the Trump

21   Administration still holds true.

22             But I am also hoping that you know,

23   just like Biden did back in 2016 and previously,

24   that they will hold true to knowing that illegal

25   immigration hurts people on both sides, and

1   ultimately we will not have a nation, if we do

2   not have secure borders.  And it's an issue of

3   national security as well.

4           STEPHANIE HAMILL:  Yeah, and you think

5   about it, I'd spoke to officials from Guatemala,

6   and they're concerned about how many people are

7   fleeing their country.  They want to fix their

8   own problems.  They can't fix their problems when

9   people are just fleeing.

10          Of course, people have the right to go

11  where they want to go, but they have to do it in

12  a legal process, if you will.  And of course,

13  we're talking about people and women and children

14  and etc.  So we do have compassion for people,

15  but we have to have compassion for Americans.

16          And think about the time right now,

17  where we're in the middle of a pandemic.  People

18  are out of work.  Businesses are shut down.  So

19  you know, what type of crisis would this cause,

20  if there isn't even any work to give those who

21  are trying to come here?

22          ANNA PAULINA LUNA:  I mean, it's

23  definitely going to cause economic stress on the

24  American people.  But also, too, I mean, there

25  are so many people waiting here to legally come

1   here.  And it really is a slap in the face to

2   everyone who is spending that money to come to

3   this country.

4            We already have our immigration courts

5   that are bogged down.  We already have an issue

6   with balancing our national budget, and it's only

7   going to continue to make that worse, not to

8   mention, people that are coming here illegally

9   and knowing what they're going to be going

10  through in the process, it's very dangerous.

11           So there's nothing humanitarian about

12  saying that you want to totally legalize illegal

13  immigration.  And also, in addition to that, it's

14  very important to note that just because you want

15  legal borders and a legal immigration process

16  does not make you racist.

17           And that's been something that the

18  mainstream media has really branded.  I think

19  Republicans on, because we have taken such a

20  strong stance on illegal immigration, but it's

21  simply the farthest thing from that.  And I say

22  that as a Hispanic-American woman, and I'm sure

23  you agree, Stephanie.

24           STEPHANIE HAMILL:  Yeah, we're told

25  over and over again, those who aren't for open

```
 1    borders, "you're racist."  And we're both Latinas
 2    and we get it.  It's not a race thing.  And you
 3    hear the Democrats say, "Oh, they don't want
 4    brown people in the country."  It's like, no.
 5    Like, we want secure borders for many reasons.
 6              They know borders.  In fact, actually
 7    in the COVID-19 relief package, they were putting
 8    in money to give other countries money for border
 9    security.  And then you think about what's going
10    on at the Capitol right now.  They got a lot of
11    walls up and fences up.  That seems to work for
12    them, but they don't want it for our border
13    communities.
14              And I lived in Arizona growing up.  I
15    know what it's like, and there's a lot of
16    Latinos, Hispanics at the border, and they
17    appreciate the border security.  And I wanted to
18    touch on something that you brought up, which was
19    how there are many similar policies still in
20    place that were around during the Obama/Biden
21    Administration, if you will.
22              And I remember like all the outrage
23    over like, the kids in cages.  And I remember
24    being in the newsroom at the Daily Caller.
25    Here's a picture.  I don't know if you guys can
```

1   see it.  It's kids in cages here.

2           This picture was from the Obama

3   Administration, so they were trying to pretend

4   that that was happening during the Trump

5   Administration.

6           And it was just so unfair, and I talked

7   to a lot of border patrol agents who were telling

8   me that, you know, for them to suggest that

9   they're putting people in like, terrible like,

10  concentration like camp situations, it's very

11  unfair and it paints them in a bad light, like

12  they're using the resources that they have and

13  they're trying to treat people humanely.

14          And so, yeah, I think that we're going

15  to see a lot going on at the border because the

16  Biden/Harris Administration will continue to send

17  signals like, "Oh, it's okay to come here, and

18  like, we're going to give you full amnesty and

19  whatever you want."

20          And then, you ask these people that are

21  like, pro open border, they never give you a

22  number of like, when is enough enough?  Like they

23  just have no number, so it's just a free for all,

24  anyone can come here.  And that's just not how we

25  can run the country.

1            ANNA PAULINA LUNA:  Absolutely not.  In

2    fact, I think the number for actual illegal

3    immigrants in this country is close to 22

4    million.  And in addition to that, you know,

5    people talk about separating children.  In fact,

6    that was actually a large smear campaign against

7    the Trump Administration, starting in 2016.

8            And I will still stand and hold firm to

9    this belief that I would rather have a child

10   separated from someone claiming to be their

11   biological family member to ensure that that is

12   actually their family member than put them in the

13   hands of someone that would be trafficking them.

14           And that's going to continue to be an

15   issue until we can lock down our border security

16   here in the United States.

17           STEPHANIE HAMILL:  Absolutely.  All

18   good points.  Thank you so much.

19           ANNA PAULINA LUNA:  Thank you.

20           STEPHANIE HAMILL:  Coming up next,

21   growing concerns over censoring conservative

22   speech could possibly affect this very program.

23   Details as In Focus continues.

24           The media censorship of GOP voices just

25   keeps on coming.  A former Facebook official

```
 1   recently suggested on national television that

 2   companies like Verizon and AT&T should stop

 3   showing channels like OANN and others that aren't

 4   part of the liberal echo chamber, if you will.

 5            And keep in mind that this guest said

 6   this on CNN, a channel that would directly

 7   benefit from our platform being limited.

 8            BRIAN STELTER:  -- have to turn down

 9   the capability of these conservative influences

10   to reach these huge audiences.  And then, we're

11   going to have to figure out the OANN and Newsmax

12   problem.

13            You know, these companies have freedom

14   of speech, but I'm not sure we need Verizon,

15   AT&T, Comcast and such to be bringing them into

16   tens of millions of homes.

17            STEPHANIE HAMILL:  Not really a shocker

18   that this was coming from someone who used to

19   work for Facebook.  Social media banning

20   President Trump from their platforms and working

21   to silence Conservative voices in general is just

22   the tip of the iceberg.

23            It only makes sense that the next step

24   would be to ban Right leaning cable channels and

25   news outlets as well.  If they could, they would.
```

Page 50

1   Joining me now from Washington DC, contributing

2   editor to Newsweek, Peter Roth.  Peter, thank you

3   for joining me.

4               Peter, I don't know if I could like,

5   make that serious face that Brian Stelter was

6   making during the show.  It's like, he gets like,

7   one eyeball like, all the way down, another one

8   really up.  He looks very, very concerned that

9   networks like OANN have a platform because only

10  they're allowed to have a platform.

11              I'm trying to think like, how many

12  stories I've gotten wrong in the past few years?

13  Like none.  I haven't been called out because I

14  haven't gotten anything wrong.  In the meantime,

15  over at CNN, they get it wrong all the time,

16  24/7.

17              They're spreading misinformation.  And

18  so, it's just really astounding that a network

19  would cheer on the idea of limiting speech for

20  another network.  I would never do that, despite

21  how much I despise CNN and MSNBC and some of the

22  others.

23              PETER ROFF:  Well, Stephanie, it's nice

24  to be with you while I still can.

25              STEPHANIE HAMILL:  Yeah.

Page 51

1           PETER ROFF:  There are a number of
2    problems wrong with the argument that's being
3    made.  And one of them has to do with restraint
4    of trade, because what people aren't noticing is
5    the platform providers are also the owners of the
6    platforms of which he approves.
7           And so, for them to keep other channels
8    off, I think would be black-lettered law monopoly
9    behavior in restraint of trade, and so, they've
10   have an economic problem.  They'd have a legal
11   problem as well as a First Amendment problem, if
12   they tried to do that.
13          STEPHANIE HAMILL:  Yeah.  Peter, how
14   concerned are you about censorship and where the
15   media's going in general.  I mean, you've worked
16   in news forever.  And I really appreciate your
17   work.  I'm a fan of it.  And I think you're a
18   very honest person.  So where do you think this
19   is going?
20          PETER ROFF:  Forever, thank you.
21          STEPHANIE HAMILL:  Since forever.
22          PETER ROFF:  Yeah, yeah, thank you.
23   Forever.  Yes, I appreciate that.  Just -- look,
24   I'm actually very concerned because for the first
25   time, I'm hearing journalists talk about the need

1    to censor people, people who are prominent

2    people, prominent publications, the media

3    columnists at The New York Times now and his

4    predecessor talking about any standards of

5    fairness being thrown out the window, the need to

6    tell both sides goes away.

7            Political authoritarianism and its

8    cousin, intellectual conformity are raising their

9    ugly head among progressives.  And you know, for

10   years, there's been an effort to ensure

11   diversification in the media, which I fully

12   support, except its diversification in everything

13   but what's up here.  And that's really what

14   counts.

15           Diversity of thought.  Diversity of

16   experience.  And so, it doesn't matter what

17   people look like as long as they're all saying

18   the same things.  And I'm hearing journalists say

19   that now.

20           And that frightens me greatly.  I'd

21   like to think I'm not an alarmist, but you know,

22   fortunately, Newsweek is very open to differing

23   points of view.  Our opinion page, where I work,

24   is very robust, features everyone from Robert

25   Reich to Newt Gingrich to me.  Strong diversity

Page 53

1   there.

2           Other places, not so much.  And so,

3   when I hear journalists talk about censorship in

4   anything but any kind of an affirmative way, I

5   get frightened.

6           STEPHANIE HAMILL:  Yeah.  And I read

7   some articles, too, and I've seen some of these

8   stories pop up here and there, that there's been

9   somewhat of a revolt in some of the newsrooms.

10  And that is, you think of like, the old school

11  journalists and honest journalists that are out

12  there that try to deliver fair and balanced

13  stories.

14          And at some of their workplaces,

15  they're not able to do that.  And so, again, it's

16  a really disturbing trend that we're seeing.  And

17  hopefully, there'll be some sort of reversal.

18  We'll have to wait and see.  But Peter, we're out

19  of time.  Thank you.

20          PETER ROFF:  Thanks, Stephanie.

21          STEPHANIE HAMILL:  Of course.  Well,

22  that's it.  That's all I have for you.  I'm

23  Stephanie Hamill.  Thank you for watching and

24  I'll see you tomorrow.

25

Page 54

1                  C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8    _Sonya M. Ledanski Hyde_

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:   November 8, 2022

17

18

19

20

21

22

23

24

25

**[& - apologies]**                                                        Page 1

| & | 6 | activist 30:20,23 | allows 14:3 |
|---|---|---|---|

**&**

**&**   1:13

**1**

**10**   26:25 27:19
**11501**   54:14
**12151**   54:8
**13th**   42:15
**14th**   20:24
**18**   1:15
**19**   46:7

**2**

**2016**   43:23 48:7
**2017**   2:8 22:3
  29:8 41:15
**2020**   31:11
**2021**   1:15
**2022**   54:16
**20th**   30:4 35:10
**21st**   20:21 30:6
**22**   48:3
**228**   18:21
**22nd**   31:17
**24/7**   50:16
**25,000**   29:22

**3**

**3,000**   31:9
**30**   11:8 14:11,20
  17:2
**30,000**   13:17
**300**   54:13
**330**   54:12
**3rd**   25:8

**5**

**50**   3:22
**55444**   26:9

**6**

**6**   40:13
**6th**   9:2 30:1
  33:18 34:1 37:1
  37:16

**7**

**75**   25:12

**8**

**8**   54:16

**9**

**99.9999**   40:24

**a**

**abc**   17:9
**able**   17:12,14,15
  37:10 53:15
**absolutely**   5:4
  25:11 43:5 48:1
  48:17
**abused**   22:19,20
**abusing**   23:5
**accords**   20:4
**account**   13:19
**accurate**   54:4
**accusations**
  15:22
**accused**   40:20
**accusing**   5:2
**acquired**   16:25
**act**   34:15 36:11
  37:15 39:2
**action**   20:10
  24:2,3
**actions**   19:16
  20:2 31:1 33:6
**activated**   4:3

**activist**   30:20,23
  30:25 31:7
**activists**   28:1
**acts**   32:12
**actual**   13:2
  41:12 48:2
**adam**   27:11
**add**   33:2
**addition**   45:13
  48:4
**administration**
  19:19 24:15
  42:12 43:7,12,21
  46:21 47:3,5,16
  48:7
**advertised**   43:12
**affect**   13:5 48:22
**affection**   23:4
**affidavits**   13:1
**affirmative**   53:4
**afford**   23:8
**agenda**   20:16
**agents**   47:7
**agitators**   2:18
**ago**   9:18 10:7
  31:25 42:18
**agree**   45:23
**agreement**   43:19
**ahead**   3:17
**aid**   22:23 42:25
**air**   42:14
**airtime**   31:23
**alarmist**   52:21
**alert**   3:25
**alleged**   23:20
**allowed**   24:25
  50:10

**allows**   14:3
**amazing**   21:4
**amendment**
  51:11
**america**   19:13
  19:15 22:18
  33:11
**american**   10:16
  11:5 23:8 35:2
  35:14 36:7
  43:20 44:24
  45:22
**americans**   10:19
  25:13 26:20
  44:15
**amnesty**   47:18
**anna**   1:13 42:16
  42:17,18 43:5
  44:22 48:1,19
**anomalies**   13:1
**answers**   12:22
**antagonistic**
  6:20
**antagonized**   3:6
**anti**   2:23 3:21
**antifa**   5:13,19
  6:18 7:5,12 8:13
  8:21 18:19,19,21
  33:19 38:10
  40:2,9
**anxious**   38:17
**anybody**   35:25
  37:13
**anyways**   22:5
  41:13
**apart**   7:5 9:15
**apologies**   15:8

**apologized**
15:13,15,18
**appearance**
31:17
**applauded** 18:11
**appreciate** 19:6
19:7,9 21:10
46:17 51:16,23
**approves** 51:6
**areas** 37:19
**argument** 51:2
**arizona** 13:22
32:2 46:14
**armed** 4:1
**arms** 42:2
**arrest** 5:19 8:18
16:17,20 31:18
**arrested** 5:18
8:20 31:9
**articles** 20:20
26:7 53:7
**asked** 6:16 22:12
28:11
**asking** 15:1 26:8
**aspect** 8:15
**associate** 41:2
**associated** 38:7
**astounding**
50:18
**at&t** 49:2,15
**athlete** 31:8
**atmosphere** 29:5
**attached** 39:13
**attacks** 39:6
**attempts** 15:19
15:21
**attend** 37:6

**attended** 2:13
9:8 29:7
**attention** 7:17
27:23,24
**attorney** 4:15
**attributed** 13:18
**audiences** 49:10
**authoritarianism**
52:7
**awaiting** 30:25
**aware** 43:11
**awfully** 32:7
**axes** 7:14

**b**

**back** 9:18,20
10:6 21:11 29:7
41:7 43:15,23
**background**
17:15 30:19
**backgrounds**
8:19 19:1 32:13
**bad** 4:13 47:11
**balanced** 53:12
**balancing** 45:6
**ball** 2:22 3:5
29:8 41:17
**ballots** 13:17
**ban** 20:4 34:24
49:24
**banned** 12:8
13:11
**banning** 49:19
**bar** 22:6
**barely** 31:23
**based** 34:19
39:10

**baseless** 3:24
**basement** 22:7
29:19
**basically** 23:4
**bastion** 20:12
**batons** 42:5
**bats** 7:14
**battleground**
3:23
**began** 5:11
**behavior** 51:9
**belief** 48:9
**believe** 15:10
37:4 39:25
43:10
**believes** 14:6
**benefit** 49:7
**berlin** 12:1
**beyond** 23:6
**biden** 10:1 11:14
13:18 14:18,19
15:15,16,24,25
19:19,23 20:12
20:21 21:14
22:19,23 23:4,20
24:20 29:18
42:1,9,11 43:7,7
43:12,23 46:20
47:16
**biden's** 3:17
11:14 19:12,14
19:15,22 20:18
23:2
**bidens** 14:10
16:21,24
**big** 13:11 26:11
38:20

**billion** 22:22
**biological** 48:11
**bizarre** 24:23
**black** 8:13,21
30:19,23 33:3,8
33:19 38:8,24
39:20 40:2,8
51:8
**blame** 6:21
30:12
**blind** 39:2
**blm** 33:9
**block** 37:18
**boarded** 7:4
**bogged** 45:5
**boogaloo** 3:21
**border** 42:4,7,11
42:19 43:4,9,16
46:8,12,16,17
47:7,15,21 48:15
**borders** 43:2
44:2 45:15 46:1
46:5,6
**bother** 25:11
**bothers** 25:9
**bottles** 3:7
**bound** 41:25
**bracing** 19:12,14
**brainstem** 37:14
**branded** 45:18
**brandon** 1:13
32:3,3,4,20
34:10 35:24
37:7,11 39:18,23
41:22,23
**breach** 37:22
**break** 8:6 37:10

brennan  10:5
brian  49:8 50:5
bring  24:19
bringing  49:15
brought  23:15
  46:18
brown  46:4
brutality  31:15
  38:25
budget  45:6
building  30:21
  30:24 38:7,13
  39:6,13
buildings  4:5
builds  43:4
bunch  17:6
  32:24
burisma  22:24
burning  38:23
business  17:10
  23:11,12
businesses  2:15
  38:23 40:3
  44:18
busy  19:23

c

c  54:1,1
cable  49:24
cages  46:23 47:1
california  20:14
call  8:2
called  6:10 15:12
  27:16 34:12
  50:13
caller  46:24
calls  5:24

camp  47:10
campaign  29:19
  48:6
canceled  26:14
canceling  4:12
candidate  3:1
  42:15
can't  13:24
cap  19:23
capability  49:9
capital  12:18
capitol  2:10 4:2
  4:5 5:5,25 8:3,4
  8:5 22:11,14
  24:8 29:6,17
  30:1,21,24 31:3
  31:21 32:11,23
  32:25 33:5 34:2
  34:18 35:18,19
  35:22,25 36:2,12
  37:15,21,22,23
  38:1,6,17 39:5
  39:13 40:15,23
  41:3 46:10
capitols  3:22
caravan  42:3
caravans  41:25
  43:11
care  9:15 22:16
  22:17 26:5
  39:21
cared  39:1
carry  21:24
cases  37:25
caught  13:19
  32:14
cause  5:10 34:5
  44:19,23

caused  18:18
causes  34:9
celebrating  38:2
censor  26:13
  52:1
censored  11:23
  13:9 15:7 16:10
  24:24
censoring  48:21
censorship  11:25
  12:12,15,16 15:1
  48:24 51:14
  53:3
center  26:3
certain  37:19,24
  40:19
certainly  17:22
  27:18
certify  54:3
chairs  18:11
chairwoman
  27:13
chamber  17:17
  49:4
chang  31:9
change  20:1
changes  19:25
channel  49:6
channels  49:3,24
  51:7
chaos  2:14 30:12
  37:1
chaotic  3:12
character  32:17
characters  33:10
charge  18:16,16
  18:17 38:9

cheer  50:19
chemical  39:10
cheney  27:12
chief  19:22
child  48:9
children  16:19
  44:13 48:5
china  14:16
chinese  11:16
  14:12 23:3
choice  30:13
chorus  28:3
chuck  4:10
citizen  11:3 14:6
  14:7 21:19 26:6
  26:10
city  4:14 23:18
claiming  48:10
claims  3:24
clear  6:3 29:3
  35:23
climate  19:17
  20:1,3
clinton  10:2
clip  2:5,7 32:6
close  48:3
closer  38:16
cnn  28:1 32:7
  49:6 50:15,21
collusion  10:3,13
  21:23 24:14
color  13:15
columnists  52:3
combat  28:15
comcast  49:15
come  5:24 9:7
  34:16 35:15,25
  36:16 38:18

43:15 44:21,25
45:2 47:17,24
**comes**  12:20
20:17 27:3
32:23
**coming**  19:6,11
30:18 41:24
45:8 48:20,25
49:18
**comments**  28:16
28:21
**commit**  15:22
24:9 39:12
40:14
**committed**  9:2
32:12 33:17
**commonly**  7:1
**communist**
11:16 14:2
**communists**
14:13
**communities**
46:13
**companies**  23:3
23:5,13 49:2,13
**company**  31:13
31:14
**company's**  31:4
**compare**  40:5
**compassion**
44:14,15
**complain**  12:14
**complaining**
12:15
**completely**  5:2
8:15 25:22
29:25

**component**
39:10
**components**
33:13
**concentration**
47:10
**concerned**  44:6
50:8 51:14,24
**concerns**  48:21
**condemn**  33:25
35:25 36:17
38:18
**condemned**
22:11 33:24
**condemning**
41:18
**conference**
27:14,18
**conformity**  52:8
**congratulations**
21:3
**congress**  20:20
25:24 26:23
**congressional**
20:10,24 42:15
**congressmen**
17:25
**congresswoman**
20:24,25 29:3
30:14
**conservative**
48:21 49:9,21
**consider**  20:14
**conspiracy**
12:23 21:24
**constitutional**
35:5

**contents**  16:4
**continue**  24:18
45:7 47:16
48:14
**continued**  31:11
**continues**  25:15
30:21 48:23
**contributing**
50:1
**controversial**
37:16 39:15
**conversation**
25:6
**copies**  16:12
**copy**  16:1,6
**correct**  38:21
**corrupt**  11:13
**corruption**
23:21 25:25
**could've**  3:8
35:3
**counted**  36:22
**countries**  20:5
42:24 43:18
46:8
**country**  3:15
4:13 9:14 11:21
14:3,24 24:18
25:22 34:20
35:6 36:14,20
42:10 43:3 44:7
45:3 46:4 47:25
48:3 54:12
**counts**  52:14
**county**  13:16
**couple**  12:9,10
**course**  8:11
21:12 35:7

44:10,12 53:21
**court**  17:16
**courts**  45:4
**cousin**  52:8
**cover**  10:3,4
23:11
**coverage**  19:10
33:16
**covered**  18:20
18:23
**covid**  46:7
**cracking**  42:7
**crazy**  18:12
**created**  5:1 6:18
6:20
**creating**  5:20
29:24
**crime**  23:4
**crimes**  7:20 9:2
15:21,22 16:15
16:16,19 24:9
33:18 40:15
**crisis**  43:4 44:19
**criticized**  17:19
**crooks**  14:11
**crowd**  18:2
**curious**  8:17
40:13
**curtailing**  20:18

**d**

**daily**  46:24
**dangerous**  6:8
45:10
**dangle**  23:9
**date**  54:16
**daughter**  17:2

**day** 2:5,7 3:13
7:2,3,3 11:25
19:21,23 20:21
24:13 25:3 33:6
41:8,11,14
**dc** 2:12 7:4
29:12 31:16,25
36:25 37:14,17
50:1
**deadlines** 19:18
**deal** 16:8
**deals** 22:24
**death** 5:21
**deaths** 39:18,19
**debt** 19:18
**decision** 17:8
**dedicated** 31:14
**definitely** 8:20
17:4 22:19,24
26:18 30:7
44:23
**defying** 28:5
**delaware** 16:13
**deliver** 53:12
**delving** 30:19
**democracy**
14:16,24 39:6
**democrat** 19:16
33:9
**democratic** 7:19
7:20
**democrats** 9:13
10:7 21:15,24
22:4,15 24:3,11
24:18 27:25
38:19 39:2
41:10 46:3

**demonstrates**
11:8
**describe** 29:5
**deserve** 2:24 3:2
**despise** 50:21
**despite** 50:20
**destroyed** 40:4
**destroying** 2:10
2:15 32:25
**destructive**
19:13,15
**details** 30:22
48:23
**devastating**
10:25
**didn't** 15:10,22
**died** 5:21 39:11
**different** 5:13
36:6 37:18 40:6
**differently** 9:9
**differing** 52:22
**difficult** 4:25
**directed** 3:23
**direction** 20:13
**directly** 49:6
**dirt** 3:1,3
**disappointment**
27:6
**discussion** 11:2
**disenfranchised**
36:14
**disgusting** 6:8
**disrupt** 5:25
**district** 20:24
26:21 42:16
**disturbing** 53:16
**dive** 21:13

**diversification**
52:11,12
**diversity** 52:15
52:15,25
**divide** 24:19
**documentary**
11:13
**doing** 5:3 9:17
15:21 25:4
26:22
**dollars** 11:10,16
14:12 22:22
42:24
**donald** 4:15 10:8
11:11,20
**don't** 13:4,23
14:3 22:17
**double** 6:7 32:25
33:3 39:23
**doubt** 5:4
**downer** 24:17
**dozen** 4:3 40:1
**dreams** 23:7
**dressed** 3:4
**drive** 11:7 14:10
15:25 16:3,3
23:22
**drives** 15:16
**driving** 11:24
**dying** 38:24

**e**

**e** 54:1
**earlier** 9:18
**early** 22:3
**earned** 17:3
**east** 12:1

**eastman** 17:25
**echo** 49:4
**economic** 44:23
51:10
**editor** 50:2
**effort** 4:10 20:19
21:13 22:8
26:11 28:13
52:10
**either** 15:13
17:16
**elderly** 3:6
**elect** 3:17 19:12
19:14,21
**elected** 14:5,8
15:5,5 20:19
25:17
**election** 7:3
10:24 12:13,16
12:17,20 13:5
15:2 16:11 21:3
25:8 34:25 35:3
36:4 37:16
**else's** 28:21
**emails** 10:4
23:21 24:21
**emotions** 4:20
**encouraging**
4:11
**energy** 22:25
23:3,5
**enforcement**
3:11,14 37:2
**ensure** 48:11
52:10
**entire** 15:4
**especially** 3:25

essentially 31:18 43:13

establishment 27:7

ethics 17:14

evening 2:21

everyone's 30:8

evictions 20:6

evidence 11:14 12:23 13:13 14:7 22:9 23:25

exactly 6:21 7:9 25:12 28:9,13

example 16:18 18:5

excited 5:8 17:23

excitement 18:3

executive 19:16 19:21 20:2

expect 36:7

experience 52:16

explain 9:9

expose 26:4

exposed 28:9

extending 20:5

extremist 6:19

eye 39:2

eyeball 50:7

**f**

f 54:1

face 13:25 45:1 50:5

facebook 48:25 49:19

faces 2:19

fact 5:11,16 8:11 9:16 11:21

22:12 25:5 32:10 36:4 43:6 43:10,11 46:6 48:2,5

fair 53:12

fairness 52:5

fake 5:2 27:25

family 11:8,14 17:3 23:4,20 24:20 48:11,12

fan 27:12 51:17

far 19:7

farthest 45:21

fbi 4:5 5:18 16:13,13,14 22:2 36:24

fears 2:3

features 52:24

feckless 36:10

fed 25:25

federal 20:6,8

feel 10:18 25:13

fences 46:11

figure 49:11

file 20:20

film 7:16

filmed 31:3

find 8:17 15:17

fingers 14:14

fire 2:17

firm 42:21 48:8

first 3:20 10:8 10:15,15 22:1 24:13 51:11,24

fit 31:24 32:21

five 16:25

fives 38:1

fix 44:7,8

flashpoint 3:20

fleeing 44:7,9

florida 42:14

florida's 42:15

focus 2:2 30:21 48:23

focused 11:1

folks 39:5

following 4:5 9:5

fool 37:15

force 42:14

foreclosures 20:7

foregoing 54:4

foreign 22:23

forever 27:8 51:16,20,21,23

forget 3:11 26:12 43:6

forgotten 24:16

former 4:14 23:18 30:24 32:2 34:11 42:14 48:25

fortunately 52:22

forward 22:4 26:3

fought 35:5

found 42:4

founder 32:2

four 9:18 10:6 33:21

frame 7:20 9:24

fraud 3:24 10:24 12:20 13:2,12,15 25:8

fraudulent 5:1 6:10

free 26:15 47:23

freedom 26:18 49:13

friends 9:7

frightened 53:5

frightens 52:20

front 26:3 36:16 37:22

frustrated 24:2

full 47:18

fully 52:11

fulton 13:16

funny 15:2 28:11

further 31:20

fuss 38:20

future 4:6 26:17

**g**

gathered 4:1

general 49:21 51:15

gentleman 5:17

georgia 13:16,20 29:17

georgia's 20:23

getting 2:19,20 12:7 15:9 38:13

gingrich 52:25

giuliani 1:12 4:16,21,24 6:16 6:24 7:7,10,24 9:16 10:22 11:6 11:19 12:4,9 13:8 14:23 15:14 16:5,12,23 17:11,21 18:10

18:15 19:2,9
23:19
**giuliani's** 28:16
**give** 17:3 44:20
46:8 47:18,21
**given** 16:3,12
**giving** 34:7
37:25
**glad** 21:11
**go** 9:13,17 10:18
21:18 26:2
34:21 35:18
36:2 37:19,21
39:5 41:7 44:10
44:11
**goes** 52:6
**going** 7:2 8:23
10:2,6 13:7,9
18:12 19:2,3
30:12,14 34:16
35:7,9,15,24
36:1,10,13,15,16
36:19 37:15,20
38:16,19 39:4
41:14 42:9
44:23 45:7,9,9
46:9 47:14,15,18
48:14 49:11
51:15,19
**good** 4:13 16:8
34:5 48:18
**gop** 48:24
**gotten** 3:8 50:12
50:14
**government**
3:21 35:9,12
**gowns** 3:5

**graham** 4:9,11
**grateful** 30:9
**great** 21:10 32:4
**greatly** 52:20
**greedy** 14:14
**greene** 1:12
20:25 21:9,21
25:10 27:10
28:8,19,24 29:15
30:16
**ground** 19:20
**group** 4:1 8:12
41:5
**groups** 6:19 28:4
**growing** 46:14
48:21
**guard** 4:4
**guatemala** 42:6
42:20 43:18
44:5
**guess** 13:24
21:14
**guest** 49:5
**guys** 21:9 34:24
46:25

## h

**half** 10:7 17:3
36:14
**halting** 20:6
**hamill** 2:1,2 4:8
4:22 6:15,23 7:6
7:9,22,25 10:12
10:23 11:18
12:2,6,19 14:22
14:25 16:2,9,22
17:4,20 18:8,14
18:24 19:4,11

20:11 21:12
23:17 26:24
28:7,10,20,25
30:11,18 31:19
33:15 35:20
36:23 37:8
39:17,22,25
41:24 44:4
45:24 48:17,20
49:17 50:25
51:13,21 53:6,21
53:23
**hammers** 7:14
**hands** 36:8
48:13
**happen** 13:7
34:20 35:10
36:20 41:14
42:9
**happened** 9:11
30:1 31:25 34:1
35:3 37:13 38:3
39:11,19 40:12
41:19,21
**happening** 26:1
47:4
**happily** 29:16
**happy** 18:1
23:16 26:2,6
28:4
**hard** 11:7 14:9
15:16,25 16:2,3
23:22 42:13
**harris** 43:12
47:16
**haven't** 16:4
**he'll** 20:14

**head** 52:9
**headed** 42:3
**healing** 4:10
**hear** 46:3 53:3
**heard** 32:5 40:24
**hearing** 11:25
51:25 52:18
**heck** 37:12
**heels** 3:6
**held** 13:19
**hell** 25:7
**hello** 2:1
**help** 4:4 17:15
23:13
**high** 3:25 25:16
37:25
**hill** 35:18 36:12
**hillary** 10:2
**hispanic** 45:22
**hispanics** 46:16
**hit** 19:20 42:5
**hoax** 10:13
24:14
**hoaxes** 7:19
**hold** 3:22 4:11
43:24 48:8
**holds** 43:21
**home** 30:13
**homes** 10:20
16:25 49:16
**honduran** 42:3
**honest** 51:18
53:11
**hope** 20:17 30:8
**hopeful** 30:25
**hopefully** 41:19
53:17

**hoping** 43:17,22
**hospital** 39:12
**house** 22:6 27:14
  27:20 31:18
**housing** 19:18
  19:25
**huge** 49:10
**humanely** 47:13
**humanitarian**
  43:4 45:11
**hundreds** 42:24
**hunt** 21:23
**hunter** 22:23
  23:2
**hurts** 43:25
**hyde** 54:3
**hypocritical**
  40:9

**i**

**iceberg** 49:22
**idea** 4:13 50:19
**identified** 3:19
  5:18
**ignored** 8:16
  16:21
**illegal** 10:8
  43:14,24 45:12
  45:20 48:2
**illegally** 14:8
  45:8
**imagine** 10:17
  29:13
**immediate** 16:17
  16:20 19:15
**immigrants**
  43:14 48:3

**immigration**
  19:17 20:1
  43:25 45:4,13,15
  45:20
**impeach** 9:21,22
  22:8 24:12 26:9
  27:1 28:18
**impeached**
  21:17,25 41:9
**impeaching** 11:1
  11:11,19 14:19
**impeachment**
  4:12 6:9,11 9:12
  10:15,15 17:8
  20:20 21:13,14
  21:22 22:6 26:7
  27:3,15,20 28:5
  28:13 41:10,12
**important** 25:19
  45:14
**inaugural** 2:21
  3:5 9:20 29:8
  41:17
**inauguration** 2:4
  2:7,13 3:13,17
  4:7 19:24 20:22
  29:7,18,20 30:2
  30:10 32:19
  41:14,16
**incite** 22:10 41:6
**incited** 5:9 17:23
**inciteful** 18:6
**incitement** 18:4
  18:13
**inciting** 24:10
  40:21
**include** 19:16
  20:3

**including** 3:25
  11:16 18:19
  19:17
**incoming** 19:22
  20:13 24:15
**incredibly** 35:12
**indiscernible**
  19:10 31:5,10
  36:5
**infiltrated** 8:14
**influences** 49:9
**injured** 39:7,7
**insider** 17:10
**inspiration**
  20:14
**instagram** 31:12
**instances** 42:6
**insult** 11:5
**insurgence**
  31:13 33:11
**insurgent** 38:5
**intellectual** 52:8
**intense** 31:2
**interesting** 23:18
  30:10 32:20
  33:22 34:3
**internet** 5:23
**interstate** 20:8
**interviews** 10:14
**investigate**
  15:21 39:16
  40:18
**investigating**
  14:17,18
**investigation**
  23:2 36:21
**invocations** 6:4

**involved** 9:25
  33:10
**involves** 2:5
**involving** 16:18
**issue** 34:22 44:2
  45:5 48:15
**issues** 34:25
**it's** 12:23 15:2
  15:17,24
**i'm** 13:23,24
  14:15 15:16
**i've** 13:13 15:25

**j**

**jail** 32:18
**january** 1:15 9:2
  20:21 30:1
  31:17 33:18
  34:1 37:1 40:13
**job** 9:24
**joe** 3:17 11:14
  11:14 19:12,14
  19:22 22:19
  29:18
**john** 5:17 8:19
  31:3,5 32:5,17
**joining** 4:14,17
  20:23 21:1 32:1
  42:13,17 50:1,3
**journalists**
  51:25 52:18
  53:3,11,11
**july** 31:11
**jump** 18:12
**jumped** 18:7
  40:19

| k | l |
|---|---|
| **keep** 3:4 10:8 49:5 51:7 | **lack** 35:12 |
| **keeps** 48:25 | **lady** 39:14 |
| **kept** 15:25 | **lansing** 4:2 |
| **kids** 46:23 47:1 | **laptop** 23:2 25:7 |
| **killed** 39:8,10 40:1 | **large** 17:25 48:6 |
| **killing** 38:23 | **largely** 5:12 |
| **kind** 4:19 18:4 27:5 34:7 53:4 | **latinas** 46:1 |
| **kinzinger** 27:11 | **latinos** 46:16 |
| **knew** 37:14 | **law** 3:11,14 8:9,9 8:10 9:5 15:20 33:23 37:2 40:14 51:8 |
| **knocking** 38:11 | **laws** 14:24 |
| **know** 8:11,25 9:3,4,8 12:7,22 13:2,3,4,4,23 15:5 22:18 23:1 25:7 26:2 27:12 27:22 28:21 29:16,18,25 32:15,16,18 33:12,25 34:13 34:23 35:1 36:25 37:12,13 38:3,4,5 40:18 41:1,4,17 42:23 43:6,19,22 44:19 46:6,15,25 47:8 48:4 49:13 50:4 52:9,21 | **lead** 38:20 |
| **knowing** 10:2 38:19 43:24 45:9 | **leader** 4:9 37:14 |
| **knowledge** 22:2 | **leading** 4:6 38:8 |
|  | **leaning** 49:24 |
|  | **learn** 8:18 18:25 24:25 40:12 |
|  | **learned** 27:2 |
|  | **learning** 30:22 |
|  | **leave** 30:14 |
|  | **led** 22:7 |
|  | **ledanski** 54:3 |
|  | **left** 12:7 15:2 22:15 31:7 41:18 |
|  | **leftists** 2:8 |
|  | **legal** 17:14 44:12 45:15,15 51:10 54:11 |
|  | **legalize** 43:14 45:12 |
|  | **legally** 44:25 |
|  | **legitimately** 14:5 |
|  | **letter** 10:5 |

| | |
|---|---|
| **lettered** 51:8 | **longer** 14:23,24 |
| **letting** 37:24 43:1 | **look** 34:10 38:16 51:23 52:17 |
| **level** 22:7 | **looked** 24:20 |
| **liberal** 20:12 49:4 | **looking** 20:12 |
| **license** 15:20 | **looks** 50:8 |
| **lie** 13:24 22:4 28:5,6 | **loop** 8:2 |
| **life** 6:5 34:14 39:14 | **lost** 39:14 |
| **light** 47:11 | **lot** 3:8 12:21 23:24 27:2 32:13 33:12 34:24 35:11 40:7,11 43:6 46:10,15 47:7,15 |
| **lightly** 41:11 | **love** 13:10 19:5 |
| **limited** 49:7 | **low** 9:12 |
| **limiting** 50:19 | **lowered** 22:6 |
| **limousine** 2:16 | **loyalty** 25:16 |
| **lindsey** 4:8 | **luna** 1:13 42:16 43:5 44:22 48:1 48:19 |
| **line** 8:7 | **lunacy** 20:13 |
| **listed** 18:5 | |
| **listen** 41:7 | **m** |
| **listening** 28:3 | **machines** 36:5 |
| **literally** 9:14 | **mad** 35:12 40:4 |
| **little** 16:19 32:6 | **main** 33:10 |
| **lived** 29:12 46:14 | **mainstream** 8:16 31:23 45:18 |
| **lives** 8:14,21 30:20,23 33:19 38:8 39:20 40:2 40:8 | **major** 3:20 5:13 5:16 |
| **living** 13:15 14:2 | **majority** 20:5 25:16 |
| **liz** 27:12 | **making** 23:6 38:20 50:6 |
| **loan** 20:6 | **man** 12:17 33:3 33:8 |
| **loans** 20:1 | |
| **local** 32:6 | |
| **lock** 48:15 | |
| **long** 25:3 26:22 34:8 52:17 | |

Veritext Legal Solutions

mandating 20:7
march 8:4 22:13
  24:8 40:23
marjorie 1:12
  20:25 21:9,21
  25:10 27:10
  28:8,19,24 29:15
  30:16
mask 10:20
masks 20:7
matter 8:14,21
  22:12 25:22
  26:12,13,15,15
  30:20,23 33:19
  38:8 39:20 40:2
  40:8 52:16
mayor 4:15,16
  7:22 10:12 17:6
  19:5 23:19
mean 4:24 5:7
  9:14,20,25 10:5
  10:24 11:24
  13:8,10 17:9
  21:7,16 27:11
  34:5 37:4,12,13
  37:17 44:22,24
  51:15
means 10:8
measures 20:9
media 5:1,14
  6:21 7:17 8:16
  21:5 24:24
  26:13 27:25
  31:23 33:17
  36:9 45:18
  48:24 49:19
  52:2,11

media's 51:15
member 48:11
  48:12
members 18:22
  27:20 29:23
memo 19:23
men 29:23
mention 45:8
mexico 42:21
  43:16
michigan 3:25
middle 44:17
migrant 41:25
  42:3
migrants 42:19
miles 37:18
military 29:23
  30:3,9
million 25:13
  48:4
millionaire
  16:23
millionaires
  16:24
millions 11:9,10
  11:10,15 14:12
  14:12,19,20
  42:24 49:16
mind 3:4 49:5
mine 27:12
mineola 54:14
minorities 40:1
minority 4:9
  26:5 40:3
minute 6:17
misinformation
  25:1,2 50:17

mistaken 2:6
mix 33:2
mob 31:21
money 29:22
  45:2 46:8,8
monopoly 51:8
months 5:20
morals 16:18
motion 13:14
motivated 2:4
mounting 2:3
mouth 36:9
move 27:16
moved 22:4,6
movement 3:21
msnbc 32:7
  50:21
multi 16:23,24
multiple 8:3
muslim 20:5

**n**

n 54:1
name 5:17
names 15:12
nancy 22:5,14
narrative 5:1
  31:24 32:21
  40:20
narratives 32:22
nation 23:15
  31:15 44:1
nation's 2:10
national 4:4 44:3
  45:6 49:1
nazis 2:23 3:2
nearly 31:9

necessary 34:13
neck 39:14
need 22:18 30:4
  38:15 40:12
  42:25 49:14
  51:25 52:5
needs 23:15 27:4
network 50:18
  50:20
networks 11:23
  50:9
never 3:11 6:2
  15:7,8 24:8
  26:12 29:11
  47:21 50:20
new 4:14 16:7,7
  19:25 23:18
  24:22 52:3
newly 20:19
news 17:10
  27:25 32:6
  49:25 51:16
newscaster
  19:19 31:2,6
newsman 3:14
newsmax 49:11
newsroom 46:24
newsrooms 53:9
newsweek 50:2
  52:22
newt 52:25
nice 50:23
nicely 18:11
normal 29:10
note 45:14
noticed 33:16
noticing 51:4

**november** 25:8
54:16
**nullify** 10:9,10
**number** 47:22
47:23 48:2 51:1
**ny** 54:14
**nypd** 36:24

**o**

**o** 54:1
**oan** 1:12
**oann** 49:3,11
50:9
**obama** 10:1,6
43:7 46:20 47:2
**obvious** 28:11
**obviously** 11:2
16:4 24:14 32:5
33:16 37:9 40:6
**occur** 36:6
**occurred** 33:6
**office** 10:1 11:9
11:15 19:25
24:13 42:8
**officer** 32:2
34:11 39:9
**official** 48:25
**officials** 3:14,19
44:5
**oh** 10:22 12:22
13:3 24:25
28:15 46:3
47:17
**okay** 34:8 47:17
**old** 53:10 54:12
**olympic** 30:25
**olympics** 31:8

**once** 4:25
**one's** 15:14,18
**ongoing** 23:1
**open** 42:2 45:25
47:21 52:22
**opinion** 52:23
**opinions** 26:16
**order** 5:25 8:9
8:10,10 9:5
33:23 40:14
**orders** 19:21
**ordinary** 10:18
**organized** 8:15
31:12
**organizers** 5:16
**organizing** 5:14
31:10
**origin** 34:22
**outlets** 49:25
**outrage** 46:22
**outraged** 34:6
**outrageous** 7:24
**outside** 4:2
**oval** 10:1
**owned** 40:3
**owners** 51:5

**p**

**package** 46:7
**page** 13:6,10
31:4,12 52:23
**pageantry** 19:24
**paint** 32:22
**paints** 47:11
**pandemic** 44:17
**paris** 20:3
**part** 5:18 9:25
26:10 30:4 33:5

43:1 49:4
**participate**
17:12 31:21
**participated**
33:19
**participating**
18:22
**particular** 5:24
14:5,7
**partnerships**
23:12
**party** 8:8,8
11:17
**pass** 8:6 34:7
**patriotically** 8:4
22:13 24:7
40:22
**patrol** 47:7
**paulina** 1:13
42:16 43:5
44:22 48:1,19
**pause** 20:5
**pay** 7:17
**paying** 27:23,24
**payments** 20:6
**peaceful** 5:7
41:1
**peacefully** 8:5
9:6 22:13 24:8
40:22
**pelosi** 22:5,14
**pennsylvania**
13:22
**people** 3:6 5:13
5:24 7:1,5,7,11
7:13 9:1,7 10:16
10:17 11:5
12:22 13:3

18:11,19 23:8
24:5,7 25:20,21
26:6,20 32:14,24
34:6,14,18,21
35:2,5,8,11,14
35:17,21 36:3,7
36:10,14,17,18
37:10,14,19,21
37:24,25 38:2,7
38:10,13,17,23
38:24,24 40:4,14
40:19,25 43:6,20
43:25 44:6,9,10
44:13,14,17,24
44:25 45:8 46:4
47:9,13,20 48:5
51:4 52:1,1,2,17
**people's** 36:22
**percent** 40:24
**person** 5:20 6:13
8:10 17:23
39:12 51:18
**pet** 19:16
**peter** 1:13 50:2,2
50:4,23 51:1,13
51:20,22 53:18
53:20
**phony** 9:24
18:15,16,17
**picture** 13:14
32:22 46:25
47:2
**pictures** 38:12
**place** 5:5,22 9:19
14:14 34:21
41:16 46:20
**places** 37:18
53:2

planned   10:1
planning   9:21,22
plans   3:22 19:13
   19:15 20:18
   23:11
platform   49:7
   50:9,10 51:5
platforms   49:20
   51:6
play   30:4
played   5:13 8:2
   32:6
playing   8:1
podcast   7:16
   12:11
point   11:4 21:7
   29:1
points   24:19
   48:18 52:23
police   8:7 16:13
   31:15 32:2
   34:11 36:25
   38:1,25 39:9
   42:5
policies   20:9
   43:8 46:19
policy   19:25
   20:15,18
poligy   20:15
political   29:1
   52:7
politically   2:4
   38:21
politicians   10:25
   25:20
polls   27:23
poorly   21:5

pop   17:3 53:8
position   23:10
   27:17
positions   23:6
possible   3:20
   26:4
possibly   3:12
   8:13 48:22
post   16:7,7
   24:22
posted   31:4
posting   31:11
potential   4:6
   17:13,17 37:1
potentially   3:15
   37:22
power   22:20
   23:5
powerful   23:10
powers   19:24
praises   28:2
predecessor   52:4
preferred   2:25
prepare   35:9
prepared   3:15
   37:2,9 41:20
preparing   3:12
   41:13
presence   29:24
   30:3
present   5:21
presented   24:1
presidency   10:9
   10:10 15:4
president   2:8
   3:17 4:15 5:2,6
   6:20,21 7:21,25
   8:9 9:11 11:1,7

15:3,10 17:7,24
   18:17 19:12,14
   19:21 20:13
   21:17,20 22:8,20
   23:9,10 24:4,12
   25:3,13,15 27:1
   27:21 28:17
   40:20,25 41:6,9
   42:8,13,21 43:8
   49:20
president's   5:7
   6:5
pretend   47:3
pretty   3:10
   12:17 13:8
   28:10 29:3,10,21
   30:9 42:21
previously   43:23
primary   27:4
private   11:3
   21:19
pro   2:6 47:21
probably   11:22
   33:8
problem   43:2,3
   49:12 51:10,11
   51:11
problems   44:8,8
   51:2
proceedings
   54:5
process   4:11
   44:12 45:10,15
professor   17:24
program   19:6
   48:22
progressive
   20:15

progressives
   52:9
projects   19:17
prominent   52:1
   52:2
promoted   34:4
proof   31:20
properly   36:22
   37:9
property   2:11
   20:8
protect   34:15
   35:13,13
protestors   2:6
   2:15,20 4:1
protests   3:16
   31:10,12 38:25
proud   26:19
proudly   26:23
prove   6:12
proves   14:10
providers   51:5
public   11:9
publications
   52:2
published   16:8
pull   22:24 24:11
punishment
   12:18
puppet   15:11
push   19:25 26:3
pushback   23:24
pushing   43:15
put   15:16 48:12
putin   15:5
putin's   15:11
putting   9:24
   46:7 47:9

| | | | |
|---|---|---|---|
| **pyeong** 31:9 | **reaction** 26:25 | 46:22,23 | 49:24 |
| **q** | **read** 24:21,21 | **rep** 1:12 | **righteously** |
| **question** 12:19 | 53:6 | **repeat** 2:3 | 36:18 |
| 37:12 41:25 | **ready** 7:5 | **reported** 6:1 | **rights** 35:5 |
| **questionable** | **real** 15:8 | **reports** 8:22 | **riot** 5:5,11,20 |
| 17:5 | **realize** 43:19 | 17:6 19:23 | 6:14,18 7:2,7 |
| **questions** 10:21 | **really** 3:10 7:20 | 24:21 36:24 | 18:18 31:3 |
| 10:23,24 12:21 | 9:12 13:4 15:8 | **represent** 17:16 | **rioted** 7:2 |
| 15:1,3,10 25:7 | 17:5 21:4 23:24 | 27:18 | **riots** 30:21,24 |
| 32:13 | 23:25 24:17,23 | **representing** | 33:20 |
| **quick** 24:3 | 25:9 26:5 28:21 | 17:7 20:23 | **rip** 7:5 |
| **quickly** 17:5 | 29:4 30:8 32:4 | **republican** 8:8 | **road** 54:12 |
| 29:5 | 34:3 45:1,18 | 20:19 25:16,18 | **robert** 52:24 |
| **quiet** 32:8 40:8 | 49:17 50:8,18 | 27:13,24 | **robust** 52:24 |
| 41:18 | 51:16 52:13 | **republicans** 25:3 | **roff** 1:13 50:23 |
| **quite** 9:17 21:22 | 53:16 | 26:25 27:7 | 51:1,20,22 53:20 |
| 30:2 | **reason** 25:23 | 45:19 | **role** 5:14 |
| **r** | 28:22 43:15 | **require** 16:17,20 | **roth** 50:2 |
| | **reasons** 46:5 | 17:14 20:10 | **round** 10:15 |
| **r** 54:1 | **recall** 2:20 16:6 | **resign** 27:17 | 27:2 |
| **race** 46:2 | **recap** 4:19 | **resistance** 38:14 | **rudy** 1:12 4:16 |
| **racist** 32:24 | **record** 22:21 | **resources** 47:12 | 4:21,24 6:16,24 |
| 45:16 46:1 | 54:5 | **responsible** 38:4 | 7:7,10,24 9:16 |
| **radical** 2:8 20:15 | **recorded** 30:20 | **restraint** 51:3,9 | 10:22 11:6,19 |
| 20:18 22:15 | 30:23 | **retain** 25:15 | 12:4,9 13:8 |
| 27:25 | **reflect** 4:17 | **retaliate** 29:2 | 14:23 15:14 |
| **raised** 31:9 | **refuses** 5:14 | **revenge** 29:3 | 16:5,12,23 17:11 |
| **raising** 52:8 | **regardless** 26:21 | **reversal** 20:9 | 17:21 18:10,15 |
| **rallies** 3:22 | **regime** 14:3,4 | 53:17 | 19:2,9 23:19 |
| **rally** 5:6,7,10 | **regular** 10:18 | **reversing** 20:4 | 28:15 |
| 6:13 9:7 17:22 | **reich** 52:25 | **revolt** 53:9 | **rules** 9:6 22:16 |
| 24:7 37:6 | **rejoining** 20:3 | **rich** 23:6 | **run** 36:9 47:25 |
| **ramming** 7:14 | **related** 39:20 | **right** 7:23 12:7 | **running** 19:20 |
| **ran** 5:10 25:23 | **released** 32:18 | 14:11 15:15,23 | 21:6 |
| 29:19 37:16 | **relief** 46:7 | 21:16,21 25:11 | **russia** 10:13 |
| **reach** 49:10 | **remember** 2:13 | 27:14 29:6,14 | 14:13 24:14 |
| **reaching** 4:9 | 2:14 17:18 21:5 | 37:5 43:9 44:10 | **russian** 21:23 |
| | 25:18 29:9 | 44:16 46:10 | |

| | | | |
|---|---|---|---|
| **russians** 10:3 | **seeing** 40:14 | **shut** 14:17 29:9 | **somebody** 28:18 |
| **s** | 53:16 | 44:18 | 28:20 |
| **safe** 30:8 | **seen** 13:13 16:4 | **sick** 25:24 | **something's** |
| **sat** 18:10 | 18:24 24:10 | **sickening** 39:24 | 11:20 |
| **saw** 21:24 40:15 | 29:11 34:19 | **sides** 43:25 52:6 | **somewhat** 53:9 |
| 41:15,17 42:18 | 36:5 40:24 42:6 | **sidewalk** 2:24 | **son** 17:1 22:23 |
| **saying** 10:6 22:9 | 53:7 | **signals** 47:17 | **son's** 23:11 |
| 22:21 36:15 | **selfies** 38:2,6 | **signature** 54:8 | **sonya** 54:3 |
| 45:12 52:17 | **selling** 11:9 | **signed** 13:1 | **soon** 12:17 |
| **says** 19:20 20:14 | **senate** 4:9 17:12 | **silence** 6:18 | **sorry** 13:24 |
| 42:23 | **senator** 4:8 | 49:21 | **sort** 25:6 53:17 |
| **scale** 7:12,13 | 16:25 17:1 | **silenced** 35:4,4 | **sounds** 11:23 |
| **scaling** 7:11 | **send** 19:3,3,4 | **similar** 42:6 | 21:18 |
| **scam** 9:12 22:3 | 42:23 47:16 | 46:19 | **speaker** 22:5 |
| **scams** 22:25 | **sense** 49:23 | **similarities** 40:7 | **specifically** 27:3 |
| 24:11 | **sentiment** 25:23 | **similarly** 13:21 | 34:17 |
| **school** 53:10 | **separated** 48:10 | **simply** 2:25 | **speech** 5:12 6:1 |
| **schumer** 4:10,11 | **separating** 48:5 | 45:21 | 26:15 41:7 |
| **scottsdale** 32:1 | **serious** 50:5 | **singing** 28:1 | 48:22 49:14 |
| **screaming** 2:18 | **seriously** 11:20 | **single** 6:13 17:23 | 50:19 |
| **season** 21:14,22 | **serving** 26:23 | 25:17 42:25 | **speeches** 17:18 |
| **second** 5:19 | **setting** 2:17 | **sit** 36:8 | **speed** 31:6 |
| 21:16 27:2 41:9 | 20:15 | **sitting** 36:12 | **spend** 29:22 |
| **secure** 4:4 36:21 | **shame** 33:14 | **situations** 40:7 | **spending** 45:2 |
| 44:2 46:5 | **share** 25:22 | 47:10 | **spoke** 44:5 |
| **security** 3:8,19 | **shocker** 49:17 | **skater** 31:6 | **sponsor** 26:10 |
| 29:9,12 37:23 | **shocking** 3:10 | **skin** 12:4 | **sponsors** 26:6 |
| 41:20 42:7 43:9 | 29:21 | **slap** 45:1 | **spotify** 1:14 |
| 44:3 46:9,17 | **shot** 33:4 39:14 | **slew** 19:20 | **spread** 25:1,2 |
| 48:15 | **shouted** 3:2 | **small** 4:1 | **spreading** 50:17 |
| **see** 7:11,13 9:10 | **show** 8:3,24 9:8 | **smashing** 2:10 | **spring** 33:20 |
| 13:3 19:5 24:9 | 13:15,21 18:10 | **smear** 8:25 48:6 | **spying** 24:15 |
| 30:4,17 32:4 | 21:7 30:2 33:24 | **social** 24:23 | **square** 37:18 |
| 34:20 38:12 | 50:6 | 26:13 36:9 | **staff** 19:22 |
| 39:3 41:13,19,22 | **showing** 18:21 | 49:19 | **stance** 42:22 |
| 47:1,15 53:18,24 | 49:3 | **sold** 11:15 | 45:20 |
| | **shows** 9:12 40:9 | **solutions** 54:11 | **stand** 37:21 48:8 |

standard 6:7
33:1,3 39:24
standards 52:4
standing 26:19
starting 48:7
state 26:22
state's 4:2
stated 25:12
states 3:22,23
4:3 21:20 22:21
23:11,14 48:16
stay 10:19 30:13
stelter 49:8 50:5
step 27:17 49:23
stephanie 2:1,2
4:8,22 6:7,15,23
7:6,9,22,25
10:12,23 11:18
12:2,6,19 14:20
14:22,25 16:2,9
16:22 17:4,20
18:8,14,24 19:2
19:4,11 20:11
21:12 23:17
26:24 28:7,10,20
28:25 30:11,18
31:19 33:15
35:20 36:23
37:8 39:17,22,25
41:24 44:4
45:23,24 48:17
48:20 49:17
50:23,25 51:13
51:21 53:6,20,21
53:23
stepped 27:14
stevie 39:3

stolen 12:17
13:17
stop 49:2
stops 25:4
stories 24:24
31:19,22 50:12
53:8,13
storm 8:5 35:19
stormed 32:11
41:2
storming 35:21
42:19
story 16:11
strange 18:1
streets 2:9,14
29:10
strengthen 42:11
stress 44:23
strong 45:20
52:25
student 19:17
20:1,6
stuff 34:5 39:4
stunning 2:16
sudden 39:5
suggest 47:8
suggested 49:1
suicide 39:12
suite 54:13
sullivan 5:17
7:18 8:20 31:3,5
31:7,11,14,16
32:5,17 33:2
summer 33:20
38:22,25 39:19
sunday 3:16,19
support 2:25
17:2 28:12 34:1

40:25 52:12
supported 28:12
32:16
supporter 33:9
supporters 2:19
3:16 8:12 9:1,3
9:4 22:13 31:22
32:10,11 38:12
supports 34:9
supposed 14:15
sure 4:21 17:5
33:15 35:23
36:21 45:22
49:14
surrounding
38:16
swear 11:6
sworn 9:23 21:2

**t**

t 54:1,1
take 15:20 24:3
38:15 41:10
taken 6:3 12:10
20:2 45:19
takes 42:9
talk 8:23,24
14:25 33:7,13
36:9 48:5 51:25
53:3
talked 10:13
12:12 33:23
47:6
talking 8:13,19
18:9 23:20,23
34:17 36:4
44:13 52:4

targeting 11:3
tatum 1:13 32:3
32:20 34:10
35:24 37:7,11
39:18,23 41:23
tatumreport.com
32:3
taxpayers 23:14
29:21
taylor 1:12
20:25 21:9,21
25:10 27:10
28:8,19,24 29:15
30:16
team 42:1
teargas 42:5
tearing 9:14
tech 13:11
teeth 12:5
television 13:25
49:1
tell 24:1,5 26:14
29:16 52:6
telling 35:1 47:7
tens 49:16
term 21:22
terms 18:3
terrible 8:1
41:21 47:9
terribly 11:13
terrifying 2:22
testify 17:22
text 18:21,22
26:9
thank 4:16 19:8
20:25 21:11
30:15,16,18
41:22 42:17

48:18,19 50:2
51:20,22 53:19
53:23
**thanks** 41:23
53:20
**that's** 13:25
14:16,23,24
**they're** 14:10,17
14:18,19 15:20
**thing** 22:3 26:11
34:12 45:21
46:2
**things** 5:3 7:15
9:9 12:9,10
13:11 15:18
18:5,6 24:4
34:19 35:2 36:6
36:19 40:11
52:18
**think** 2:5 9:1
12:17 21:1,15
27:1 28:8 30:13
35:8,10 36:19
37:2,8 38:15
39:15,23 40:2
42:10 44:4,16
45:18 46:9
47:14 48:2
50:11 51:8,17,18
52:21 53:10
**thought** 12:1
52:15
**thoughts** 4:19
**threat** 37:20
**threatening**
34:14
**threats** 6:4

**three** 5:19 17:18
29:13
**throwing** 3:7
**thrown** 52:5
**thugs** 2:16
**ties** 8:20
**time** 2:12 9:17
11:4 15:4 19:6
21:16 22:1 27:4
29:4 41:9 44:16
50:15 51:25
53:19
**times** 8:3 37:17
41:13 52:3
**tip** 49:22
**tipped** 36:24
**tired** 25:24,25
**today** 10:18
**told** 2:23 10:19
24:7,8 45:24
**tomorrow** 53:24
**total** 30:12
**totally** 6:9 9:24
13:5 18:15 19:5
34:5,17 35:16
40:16 45:12
**touch** 46:18
**trade** 51:4,9
**trafficking** 48:13
**trained** 7:12,13
**training** 7:16,18
**traitor** 13:23
**transcript** 54:4
**trash** 34:17
**travel** 20:4,8
**treat** 47:13
**treated** 21:6
33:17

**treating** 27:8
**trend** 53:16
**trial** 4:12 11:2
17:8,12 21:18
22:9 28:15 31:1
**tried** 31:16
51:12
**troops** 4:4
**trouble** 5:11
**true** 15:17 17:9
43:21,24 54:4
**trump** 2:6,18
3:16,23 4:15
5:25 7:1,12,25
8:9,12 9:1,3,4,20
10:8 11:11,20
13:18,19 14:19
15:10 17:7 20:9
21:17,25 24:4,12
25:3,14,15 27:1
27:21 28:14,17
28:23 31:22
32:9,11 38:11
40:20 41:1,6
42:8,13,21 43:9
43:20 47:4 48:7
49:20
**trump's** 2:9
**trumpers** 2:23
**trump's** 15:3
**truth** 22:17,19
**try** 8:25 26:3
53:12
**trying** 6:9 7:20
10:7,10 42:19,20
44:21 47:3,13
50:11

**turn** 13:10 49:8
**turned** 30:25
39:2
**turning** 13:6
**turns** 15:23
**twitter** 5:24 6:2
6:3 12:3 16:10
**two** 4:22 31:25
32:21 39:25
40:5
**type** 44:19

**u**

**ugly** 52:9
**ukraine** 14:13
**ukrainian** 22:25
**ultimately** 44:1
**understand**
35:17 36:2
**underway** 20:19
**undue** 42:12
**unfair** 47:6,11
**unfortunately**
27:13
**unifying** 31:15
**united** 21:20
22:21 23:10,14
48:16
**unjustifiably**
33:4
**unnecessary**
34:12
**unprecedented**
29:11
**upset** 2:8 5:8
17:23 34:21
35:8,17 36:3,15
36:18

**upsetting** 9:10
**use** 10:3 21:22

**v**

**vandalizing** 2:16
**veritext** 54:11
**verizon** 49:2,14
**versus** 33:18
**veteran** 42:14
**vice** 22:20
**victory** 2:9
**video** 2:5,15,16
 8:2 22:21 24:6
 31:2,4
**videos** 8:22
 42:18
**view** 52:23
**violence** 2:4 4:6
 6:4 9:19 18:4
 22:10 24:10
 31:21 32:12
 33:24 34:8,12,13
 34:15 37:1
 40:21 41:6,15,17
**violent** 3:16
**virtual** 29:20
 30:2,10 31:17
**voices** 26:16
 40:23 48:24
 49:21
**vote** 4:12 35:4
 35:13 36:13
**voted** 25:13
 26:25 27:15,20
 28:6
**voter** 3:24 13:2
 13:12,15 25:8

**voters** 25:17
 27:24
**votes** 28:5 36:22

**w**

**wait** 35:20,22
 41:22 53:18
**waiting** 44:25
**walk** 2:24 3:1,2
**walking** 2:21
**walls** 7:11,12,13
 46:11
**waltzing** 37:25
**want** 8:25 16:10
 21:7 25:5 26:24
 29:4 32:15,16,22
 33:7,13 34:23
 35:8,18,22 40:17
 41:20 44:7,11
 45:12,14 46:3,5
 46:12 47:19
**wanted** 3:1
 24:12 28:25
 29:1 43:13
 46:17
**wants** 8:24 35:9
**warning** 4:5
**washington** 2:12
 7:4 11:24 31:16
 50:1
**wasn't** 14:6
**waste** 11:4
**watched** 24:6
**watching** 53:23
**water** 3:7,7
**way** 12:3 14:1
 15:25 18:1
 25:21 27:9

 34:10 36:13
 50:7 53:4
**we've** 4:18 10:13
 24:10,20,21 27:1
 33:23,24 36:4,5
 42:6
**wear** 10:20
**wednesday** 4:7
 20:3
**week** 3:18 22:8
**weekend** 42:4
**weeks** 4:23
 31:25
**welcome** 2:2
 42:1
**went** 6:13 9:7
 21:25 29:8
 41:16,16
**we're** 33:23
**what's** 13:6
 14:20
**white** 6:19 32:24
 33:11 39:5
**wild** 41:12
**wildest** 23:7
**willing** 23:9
**window** 52:5
**windows** 2:10
 8:6 38:11
**winning** 21:3
**wisconsin** 13:22
**wise** 27:16 30:13
**witch** 21:23
**withhold** 22:22
**witness** 6:11
 17:13,13,17,21
**witnesses** 6:10
 12:25 22:9

**woman** 45:22
**women** 3:5
 29:23 44:13
**won** 13:20,22
**wonder** 39:3
**wonderful** 29:23
**wondering** 27:6
**words** 6:25,25
**work** 26:20
 42:11,13 44:18
 44:20 46:11
 49:19 51:17
 52:23
**worked** 51:15
**working** 31:8
 49:20
**workplaces**
 53:14
**world** 36:16
 37:20 43:13
**worse** 3:8 45:7
**worth** 26:18
**would've** 7:2
**would've** 13:20
 13:22
**write** 5:14
**writes** 17:1
**written** 15:11
 24:21
**wrong** 5:3 11:20
 14:21 15:9 28:3
 50:12,14,15 51:2

**y**

**yeah** 6:15,23 7:6
 7:22 8:11 10:12
 11:18 12:2,6
 14:22 16:9,22

17:20 18:8,14,24
23:17 26:24
28:10,19 30:11
32:9,12 33:15
34:10 35:20,24
36:23 39:17,22
40:11,17,18 44:4
45:24 47:14
50:25 51:13,22
51:22 53:6
**year** 33:21 42:25
**years** 9:18 10:7
  10:14 11:8
  14:11,20 17:2
  24:11 29:13
  33:21 42:18
  50:12 52:10
**yelled** 2:20
**york** 4:14 16:7,7
  23:18 24:22
  52:3
**young** 31:7
**youtube** 12:10
  12:11,15 31:4