# Exhibit 47



**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12

13    OAN Uncovering the Crime of the Century with Rudy

14    Giuliani, Rumble (June 14, 2021)

15

16

17

18

19

20

21

22

23

24

25

**Plaintiffs' Exhibit**

**PTX-18**

**C.A. No. 21-3354 (BAH)**

1          NATALIE HARP:  Good evening, and

2    welcome to the real story.  Tonight, we're going

3    state by state for the real story of what

4    happened election night, 2020.  And what's been

5    happening since in every red state that went blue

6    due to election changing amounts of fraud.

7          And in order to do so, we are so

8    pleased to have with us for the whole hour Rudy

9    Giuliani, who will be joining us in a moment.

10         But first, can you believe it?  It's

11   been a little over seven months, seven months

12   since what was on track to be a glorious election

13   night with President Trump decisively winning in

14   a landslide, 2496 counties to Biden's 477,

15   including 18 of the 19 bell weather counties and

16   the most votes for a sitting president in the

17   history of our country.

18         You know, certain rhinos in the

19   establishment are telling us to move on from

20   this.  They're already talking about campaigning

21   for 2022, and certain Republicans, even those

22   that claim to believe in election integrity, are

23   already posturing for their presidential runs in

24   2024.

25         But why run and why vote?  If they can

Page 3

1   rig and cheat and steal a presidential election,

2   not just from the most popular and beloved

3   president in American history, but from the

4   people, what's going to stop them from doing it

5   again?  There have been no consequences as of

6   yet.

7            And they are still so proud of what

8   they did and got away with.  It's the reason they

9   left their calling card, not at the scene of the

10  crime per say, but in Time Magazine.  As Time

11  Magazine, published on February 4, 2021, an

12  expose on their crime of the century with

13  testimony from those detailing and bragging about

14  the secret history of the shadow campaign that

15  saved the 2020 election.  Typo there, not saved,

16  stole the 2020 election.

17           And do you want to know what's worse?

18  They actually admit President Trump was right,

19  there was a conspiracy.  President Trump says it

20  and gets banned from Twitter, Facebook, and

21  Instagram.  They say it, and they get top billing

22  in Time Magazine.  Listen to this from Time's

23  National Political Correspondent, Molly Ball.

24           "To the President, something felt

25  amiss.  It was all very, very strange, Trump said

Page 4

1    on December 2nd.  Within days after the election,

2    we witnessed an orchestrated effort to anoint the

3    winner, even while many key states were still

4    being counted.  In a way, Trump was right.  There

5    was a conspiracy unfolding behind the scenes, one

6    that both curtailed the protests and coordinated

7    the resistance."

8              And do you want to know what this

9    conspiracy actually looked like?  Well, it

10   certainly didn't begin election night, or the

11   midnight hours of the next day.  No, it began

12   much, much earlier.  Listen to this.

13             "Their work touched every aspect of the

14   election.  They got states to change voting

15   systems and laws and helped secure hundreds of

16   millions in public and private funding.  They

17   fended off voter-suppression lawsuits, recruited

18   armies of poll workers and got millions of people

19   to vote by mail for the first time.

20             They successfully pressured social

21   media companies to take a harder line against

22   disinformation and used data driven strategies to

23   fight viral smears.  They executed national

24   public awareness campaigns that helped Americans

25   understand how the vote count would unfold over

Page 5

1    days or week preventing Trump's conspiracy

2    theories and false claims of victory from getting

3    more traction.  After election day, they

4    monitored every pressure point to ensure that

5    Trump could not overturn the result."

6              So, here we are seven months later.

7    Yes, Biden is in the White House and everyone's

8    talking 2022 and 2024.  But for we the people, we

9    the 74 million plus who voted for President

10   Trump, our eyes are fixed, not on November 2022,

11   or 2024, but November 2020.

12             It's the reason why America's audits

13   are sweeping the country.  Not because President

14   Trump hasn't moved on from the 2020 election, but

15   because we the people haven't.  And that is the

16   real story.

17             Joining us now, we're so please to have

18   with us for the whole hour to talk November 3rd

19   to the present, election integrity champion and

20   America's Mayor, Rudy Giuliani.

21             Mr. Mayor, no one knows fraud like you

22   did.  You knew state by state, you were there on

23   the ground exposing the fraud.  Here we are, do

24   you feel like we're making progress.  First of

25   all, we'll go overall, but then I want to go

1   state by state starting with Arizona.

2           RUDY GIULIANI:  Yes, we're making

3   progress in a frustrating way because it's so

4   long now and it's taking so long to get to a

5   point that we should have been at two or three

6   weeks after the election.  But in any event,

7   yeah, we're making progress.

8           And as you said in your opening,

9   Natalie, whatever, whatever, your view of the

10  election, this has to be done.  It has to be done

11  because the Democrat party wants to pass a law,

12  H.R.1 it's generally called, that would codify,

13  put into law, basically, many of the things they

14  did that from our point of view we alleged helped

15  to create a fraudulent election.

16          I mean, the main one being the massive

17  mail-in ballots, never had happened before in

18  American history, that were unsupervised, even

19  though they were supposed to be signed.

20          Now, they want massive mail-in ballots

21  completely unsupervised without even signatures

22  to identify them, which is almost impossible to

23  understand how, I mean, there'd be no way that

24  you could verify an election like that.

25          So, it seems like what they did before,

Page 7

```
 1   which I believe and certainly was my allegation,
 2   violated the law, they now want to change the law
 3   so that they can do it legally.  They can just
 4   put in as many ballots as they want, somebody can
 5   vote eight times, ten times, and we'd never be
 6   able to know.  Dead people can vote, we'd never
 7   be able to know.
 8            They also, in H.R.1, don't want to
 9   allow anyone to purge the registration.  Now,
10   what that means is your name would be in the
11   registration book forever.  So, if you move
12   somewhere and you voted somewhere, they'd never
13   be able to take your name out.  Which would make
14   available in every registration book, large
15   numbers of people who had moved to other states,
16   and large numbers of people who were dead.
17            Well, now, you've seen what they've
18   done there, they've made it easier to do what, in
19   many states, we've alleged they have done, and
20   these audits should be able to prove that they
21   had people from out of state vote, they had dead
22   people vote, well, dead people didn't vote,
23   unless there's something supernatural, I'm not
24   aware of.
25            And they also, in some states, had a
```

Page 8

1    large number of underaged people vote.  And when

2    we get to that I'll explain to you they actually

3    didn't vote.

4              NATALIE HARP:  Exactly.

5              RUDY GIULIANI:  But they were a way,

6    they were a way of getting people who voted

7    numerous times to be able to assign a

8    registration to them.  So, these things have to

9    be exposed, they have to be brought out, because

10   it can -- this should never happen again --

11             NATALIE HARP:  Right.

12             RUDY GIULIANI:  -- if we want to

13   preserve our democracy.

14             NATALIE HARP:  And they're going to do

15   it again if there's no consequences for it.  But

16   let's start with Arizona because everybody's

17   watching Arizona.  You already know what the

18   results are going to be.  I have the facts here

19   that you were telling them back in November,

20   which if Doug Ducey had simply waited for you all

21   to expose it, we would have gotten answers.

22             But they had weighted the votes for

23   Biden 1.3 to President Trump's .7.  Can you talk

24   a little bit about that first?

25             RUDY GIULIANI:  Sure.  I mean, there

Page 9

1    are any number of ways to analyze Arizona.  The

2    reality is that Arizona, after a great deal of

3    work on our part in order to get the meeting, we

4    were able to get a meeting with a group of

5    Republican senators.  Most of whom were in favor

6    of looking at this.  But some of them were

7    opposed, who were getting great pressure by the

8    governor not to do this.

9             On the other hand, probably the biggest

10   grass roots effort was going on in Arizona.  For

11   some reason the Arizona Republicans, probably

12   more than any others, were demanding that there

13   be an audit.  But not just an audit, but a

14   forensic audit.  So, we had that going for us.

15            So, we came there, this will be the

16   first time now we were going to be able to tell

17   them what we had found.  And I began a very, very

18   lengthy meeting that lasted hours.  And two hours

19   into it, Ducey signed off on the election without

20   ever hearing from us.

21            We had asked to meet with him for three

22   weeks, he never even returned our calls.  I've

23   talked to Ducey numerous times before this, he

24   never not returned my call before.  But he

25   wouldn't return my calls, he avoided the

1    president.

2              NATALIE HARP:  Who do you think got to

3    him?

4              RUDY GIULIANI:  And then he double

5    crossed us.

6              NATALIE HARP:  Who do you think it was

7    that got him to change, or he was always like

8    that?

9              RUDY GIULIANI:  I don't, I don't, I

10   don't know -- no, I don't think he always was

11   like that.  I don't know why he did this.

12   There'd be no reason to do it.  I mean, there'd

13   be no reason not to let us look at the machines.

14             NATALIE HARP:  Right.

15             RUDY GIULIANI:  Here's what we were

16   asking for, it's what's happening now.  We

17   weren't asking for anything unreasonable.  We had

18   a number of allegations about Arizona.  And the

19   one that actually kind of put it over the top for

20   me is, Arizona submitted the vote to, to the

21   congress, Ducey signed off on it, and they didn't

22   take account of a single illegal voter, illegal

23   alien, illegal immigrant --

24             NATALIE HARP:  Right.

25             RUDY GIULIANI:  -- or non-citizen.

Page 11

```
 1   Now, that's just totally impossible.
 2             NATALIE HARP:  Mr. Mayor, let's hold
 3   that --
 4             RUDY GIULIANI:  We now that Arizona,
 5   unfortunately, --
 6             NATALIE HARP:  Can we hold that
 7   thought; we're coming up against a hard break.
 8   Let's come back --
 9             RUDY GIULIANI:  Of course.
10             NATALIE HARP:  -- we want to go through
11   the numbers, the dead people, the illegal
12   immigrants.
13             RUDY GIULIANI:  Sure.
14             NATALIE HARP:  Everyone stay right
15   there; we'll be right back.  Tonight, we're
16   talking to Rudy Giuliani, America's Mayor, and
17   really America's election integrity champion as
18   we take a look back at the past seven months and
19   the progress that's being made in making our
20   elections free and fair again.
21             So, Mr. Mayor, we were talking about
22   Arizona.  There were 11,000 more ballots than
23   voters, 36,000 people that couldn't prove their
24   citizenship or even that they exist.  This was a
25   vote that was down to 10,000.
```

Page 12

1           Of course, Fox News called it early

2    before the polls, just as the polls closed.  But

3    how big do you see Fox's decision impacting then

4    all this that started to happen?

5           RUDY GIULIANI:  It was devastating.

6    First of all, Arizona, even without considering

7    all of things that have now been uncovered and

8    the one major fact that I told you.  That they

9    claim not a single illegal voted, which would be

10   impossible for Arizona.

11          I mean, Arizona has a large number of

12   illegals.  They make it even more easier for them

13   to vote, or easier for them to vote because they

14   allow them to get driver's licenses.  So, all an

15   illegal has to do is present a driver's license

16   and nobody's going to check on whether they're

17   illegal or not.

18          And one of the things I wanted was I

19   wanted the names of the people who voted.

20   Because just by simply checking that, doing an

21   accurate check, or against a list of illegal

22   immigrants that exist, I probably could have come

23   up, I was told now, this is from an expert.  I

24   was told 30, about 38 to 40,000, just in Maricopa

25   County.

1           So, the fact that Ducey cut us off,

2    remember we were cut off without a hearing.

3    Nobody would give us a hearing, even the courts.

4    When they talk about the court case, and we only

5    had six.  There were about 60 by other people.

6    But in our six, and in the others, every judge

7    made sure not a single witness got on the witness

8    stand.

9           So, remember I'm not making this up.

10   This was told to me by people.  I have witnesses

11   for these things.  I have witnesses that say they

12   weren't allowed to check absentee ballots,

13   thousands of them, even though they complained.

14           I have witnesses that say they seen,

15   they saw a ballot put into the machine four,

16   five, six, and seven times.  I have witnesses

17   that say, this is in another state, but that say

18   that they were trained to show people how to vote

19   the Democratic ticket.  And also, how to put

20   registrations against anonymous votes.  They were

21   trained how to do that.

22           Now, I was not allowed nor were my co-

23   counsel ever allowed to present any of these

24   witnesses in a courtroom.  So, we then decided on

25   the strategy of state legislatures.  Let's try

Page 14

1   them.  After all, they have the prime

2   responsibility.

3            So, we went to Pennsylvania first, they

4   gave us a hearing, God bless them.  They're the

5   first ones to allow us to put on witnesses.  And

6   then in Michigan, we were able to put on

7   witnesses.  And I think we probably got our best

8   and longest hearings in Georgia.

9            But when we came to Arizona, we had a

10  group of very courageous senators that wanted to

11  have hearings, open hearings, but the governor

12  would not allow it.  And the governor put on

13  tremendous pressure of actually for us not even

14  to show up, much less be able to present

15  witnesses.  But these senators worked with us and

16  over a period of time we were able to informally

17  present the witnesses to them.

18            And there are any number of different

19  areas of fraud in Arizona.  You have the people

20  from out of state that voted.  And you have the

21  people that voted from different parts of the

22  state.  All of this, of course, has to be

23  verified.  This comes from witnesses who alleged

24  this happened.

25            And that's why the most important thing

1   we could have gotten was an audit.  And think of

2   where the justice of this is and who's right and

3   who's wrong.  We wanted the audit, they didn't.

4   Or make it simpler, we wanted to look at the

5   machines and test them.  They fought tooth and

6   nail to never let us see a single machine in

7   every state.

8            We wanted to look at the ballots to

9   see, we wanted to look at the paper, we wanted to

10  see if it was legitimate paper or not.  Is this

11  the ballot that Arizona sent out?  Or is it a

12  substitute piece of paper that somebody made, so

13  you could stuff the ballot box?

14           Now, that can be done.  There's a

15  machine actually and a process that allows you to

16  do that.  You just run them, and the machine can

17  tell you no, no, that's not the right paper,

18  that's not the right paper, that's not the right

19  paper.  Then you can have further examination of

20  that.  You don't have to just listen to us.

21           So, if they had run a clean election,

22  Natalie, tell me why they wouldn't let us do

23  that?

24           NATALIE HARP:  Right.

25           RUDY GIULIANI:  Why have they been

1   fighting us for seven months to take a look at

2   the paper?

3              NATALIE HARP:  It's unbelievable.

4              RUDY GIULIANI:  I mean, when I spoke,

5   when I spoke at the rally on the 3rd, on the 6th,

6   where they claim I said we wanted a trial by

7   combat, I was talking about a trial --

8              NATALIE HARP:  Right.

9              RUDY GIULIANI:  -- very clearly between

10  the two machines.  Let's take a legitimate

11  machine and their machine and I can show you if

12  we match them that the legitimate machine can't

13  count the votes twice the same way even if it

14  tries.

15             Well, the illegitimate can't count the

16  votes twice even if tries.  Just let me do that

17  because I had seen it.  People had demonstrated

18  that for me.  I wanted the public to find out

19  what I knew.

20             And the conspiracy of silence and

21  censorship was so inconsistent with the values of

22  America, free speech openness, this was a

23  terrible thing that happened.  A terrible thing,

24  it cannot be repeated if we really want to

25  maintain our democracy.

Page 17

1           NATALIE HARP:  And state legislatures,
2   you all were so right to focus on that because
3   that's where were seeing the action.  We're
4   seeing zero action on Capital Hill.  Now, if you
5   talk about the 2020 election, you're an
6   anarchist, you're an insurrectionist.
7           But this is what we wanted to happen
8   between November to January.  If Pence had sent
9   it back to the states, the states would have been
10  under a timeline to actually look at this,
11  recertify in terms of the correct vote.
12          But their books were not clean.
13  There's no way that was an accurate count.  Dead
14  people voted, even people that in Pennsylvania
15  were dead, people were stealing their identities.
16  Can you talk a little bit about that?
17          RUDY GIULIANI:  Oh, sure.  I mean,
18  first of all, when you sign that certification to
19  the electoral college, that's under penalties of
20  perjury.
21          So, let's say Ducey, right, Ducey
22  signed an affirmation that there was not a single
23  irregular vote.  How could he do that when there
24  are no, they don't account for a single illegal
25  immigrant?  Does he mean to say that no illegal

```
 1   immigrants voted in Arizona, I mean, that would
 2   be absurd.  I mean, even if it isn't a number
 3   that would change the election.
 4             How about the people where in Georgia
 5   the attorney general of Georgia, who's some kind
 6   of a strange, strange guy, there's something
 7   really wrong with him, told the president that
 8   there was only one dead person that voted.
 9             So, overnight I produced 370 obituaries
10   of people that died that year before the
11   election.  The expert said it's more like about
12   six or seven thousand if we checked the whole
13   thing.  But we didn't have time to be able to do
14   that.
15             And you know why we couldn't do it;
16   they wouldn't give us the names of the people who
17   voted.  None of these states where we alleged
18   cheating took place gave us a single document to
19   verify that they conducted a legitimate election.
20             In each state, we asked for the paper
21   ballots so we could test the paper the way I
22   described.  We asked to have our forensic team
23   test the machines, because the one place we had
24   done it, in Antrim County Michigan, the machines
25   had cheated Trump out of 6,000 votes.
```

Page 19

1          NATALIE HARP:  Right.

2          RUDY GIULIANI:  And they were

3  programmed to do it.  And the company said, oh,

4  you can't access it by Internet.  Those machines

5  were accessed by Internet, I can show you the

6  pictures.  The company said you can't change the

7  vote, I saw the vote being changed with my own

8  eyes.

9          NATALIE HARP:  Talk about that, the

10  senate races, right?

11          RUDY GIULIANI:  So, they don't want me

12  to believe with my own eyes.

13          NATALIE HARP:  In Georgia, you actually

14  were watching the machines in live view seeing

15  what they were actually doing during the vote.

16  Can you talk about that real quick and we'll

17  carry it over to the next segment too.

18          RUDY GIULIANI:  Well, the thing in

19  Georgia and Governor Kemp and Schnackenberg or

20  whatever his name is, is the attorney general

21  responsible for this.  Given all the fraud that

22  was uncovered in the general election in 2020,

23  now again, whether it affected the election or

24  not, I believe it did, but for sure there was

25  fraud, you can't say there wasn't fraud.  They

1    didn't do anything to change.

2          So, every single thing that was done in

3    the presidential election was done in the senate

4    election.  The same thing, the same ballots, the

5    same way of not checking the ballots, the same

6    process of excluding all Republicans from any

7    examination of the paper ballots, which is

8    against the law in Georgia.

9          The law of Georgia is that the ballots

10   have to be counted in public.  They deliberately

11   threw people out and counted the ballots in

12   private.  And there's videotape of it.  That

13   wasn't enough.  I mean, I don't know what you got

14   to do to prove it, they committed the crimes on

15   video, you can see them do it.  They lied about

16   it, and then you can see these same people

17   handing off flash drives to each other.

18          NATALIE HARP:  I want to talk about --

19          RUDY GIULIANI:  What are flash drives

20   used for?

21          NATALIE HARP:  -- let's talk about that

22   a little bit more in the next segment, Mr. Mayor.

23   I want to go in more in depth --

24          RUDY GIULIANI:  Sure.

25          NATALIE HARP:  -- because Georgia, we

1    didn't just lose a presidency, we lost the senate

2    there.  This is why we're living under everything

3    we're living under right now.  So, coming up

4    against a hard break, everybody stay right there,

5    we'll be right back.

6              It's a lot to break down, isn't it,

7    what's been going on and what hasn't been going

8    on since November 3, 2020.  But who better to

9    break it down with than Rudy Giuliani.

10             Now, Mr. Mayor, I can't believe how

11   fast this is flying by.  There's so much to talk

12   about.

13             RUDY GIULIANI:  Yeah, it's a lot.

14             NATALIE HARP:  Georgia especially.

15   Because Georgia, we saw the tapes, we knew what

16   was going on based on the ballot drops that were

17   happening in other states.  But in Georgia, we

18   all saw those suitcases being wheeled out from

19   under the tables.  We hear about the water leak,

20   there was a leak.

21             How much do you see that as the

22   defining moment, because President Trump was

23   still winning Georgia Tuesday, Wednesday,

24   Thursday, it wasn't until Friday that then they

25   found enough votes that Biden won.

                                                        **Page 22**

1            RUDY GIULIANI:  Well, I think Georgia

2    is, in terms of proof, the clearest proof.  In

3    terms of scope of fraud, Pennsylvania is probably

4    the biggest.

5            But in terms of proof, Georgia has

6    every kind of proof you could possibly imagine.

7    I mean, the explanation for that video tape is

8    absurd.  Because you can see them, you can see

9    them throw the people out.  And the law

10   specifically says, you can't count in private.

11           So, they threw the people, they used

12   this phony excuse that there was going to be some

13   kind of a water main break, it was not, there was

14   no water main break.  And then, after the people

15   were out, and you can watch the way they're doing

16   it, I mean, I've watched bank robberies, I mean,

17   this looked like a bank robbery.  They were doing

18   it surreptitiously.  And handing them off and

19   doing it quickly and occasionally you can see

20   them multiple count a vote.

21           Now, you take the two women who ran

22   that, there were other tapes of them earlier in

23   the day handing off, handing off small hard

24   drives and flash drives.  Those flash drives were

25   used to put in the machines.  The machines that

1   supposedly weren't accessible by Internet.  All

2   of which were accessible by Internet.

3             So, and these woman have gotten away

4   scott free.  No one's even questioned them.  I

5   mean, you have to look at that videotape and say,

6   at least there should be an investigation and

7   they should be put under oath as to what they

8   were doing.  The explanation that there were

9   really people there, but we just couldn't see

10  them.

11            Well, maybe that should be put under

12  oath.  Who are these people, come forward, state

13  it under oath, give us an affidavit.  In fact,

14  there were enough times that the camera swept the

15  room, that you could see that there were no

16  people there.

17            NATALIE HARP:  Right.

18            RUDY GIULIANI:  Remember, in the state

19  of Georgia if you count a vote and there's no one

20  there, the vote's illegal, it can't be counted,

21  it has to be taken away, it has to be thrown out.

22  Law says you have to count votes like that, paper

23  ballots, in public.

24            And when you look earlier on that tape,

25  you'll see there's a whole little gallery of

Page 24

1   people that include Republican, Democrats,
2   reporters, and everyone else.  You see them
3   unceremoniously ushered out.  And then you see
4   the woman check the whole place to make sure
5   there's nobody there and that's when they get the
6   ballots from under the table.  And that's when
7   they start counting the ballots under the table.
8   And we see no --
9        NATALIE HARP:  We're running the
10  footage right now, Mr. Mayor, as you're talking,
11  we're running the footage right next to you.  So,
12  everybody can see what's going on.  Take a look
13  at that footage because it's not being played
14  anywhere else.
15       RUDY GIULIANI:  Yeah, and now, all of
16  that was dismissed without a single person being
17  questioned by law enforcement.  Without a single
18  person having to go under oath.  So, they alleged
19  that the phony secretary of state and they all --
20  well, there were people around somewhere.  Well,
21  I don't see them, why don't you produce them and
22  put them under oath.  Why doesn't the DA open an
23  investigation?  Except for the fact that the DA
24  is in a crooked Democratic county.
25       Another thing your listeners should

1   understand, Natalie, is they did this in crooked

2   Democratic cities and not everywhere.  This was a

3   very, very well-planned executed fraud.

4           NATALIE HARP:  Coordinated, according

5   to the Time Magazine, this was coordinated.

6           RUDY GIULIANI:  Yeah, they didn't pick,

7   they didn't pick a city that is half Republican,

8   half Democrat.  They didn't even pick a Democrat

9   city that has a reputation for honesty.  They

10  picked cities that are notoriously crooked.

11          Philadelphia, Philadelphia hasn't had a

12  fair election in 50 years.  I mean, every year

13  it's a joke how many dead people vote in

14  Philadelphia.  I think, even if they didn't have

15  to, they'd cheat in election for practice.

16          Pittsburgh, Democrat strong hold.

17  Detroit, I don't know if Detroit's more crooked

18  than Philadelphia or not, but they're sure in the

19  same ballpark.

20          I mean, the question is does Chicago

21  steal more votes than, Pittsburgh -- than

22  Pennsylvania?  I think the people in Pennsylvania

23  would feel very embarrassed if they thought

24  Chicago didn't steal, actually stole more votes.

25          Then Milwaukee, completely Democrat

1    dominated.  Courts are Democrat, you go to court

2    in Pennsylvania you're in front of a judge who

3    tells you that when the law says that a

4    Republican has to be present, it doesn't

5    necessarily mean they have to see the ballot.

6              NATALIE HARP:  Tell us about that

7    because you all on the ground.

8              RUDY GIULIANI:  That's idiotic, that's

9    idiotic.

10             NATALIE HARP:  We were all watching the

11   footage, they wouldn't let you in.  You had proof

12   you could go in, they wouldn't, they were kicking

13   people out.  President Trump was winning, was it

14   700, 800, 900,000 votes in Pennsylvania on

15   election night, where did those come from.  They

16   still can't prove they have more ballots than

17   people who voted.

18             RUDY GIULIANI:  Well, what they did and

19   this now it becomes a pattern.  In four or five

20   crooked cities they set pens and for the first

21   time ever they said Republicans can't look at the

22   absentee ballots.  And they cannot inspect the

23   paper ballots.  The law in each one of these

24   states is just the opposite.

25             So, I can show you pictures in each one

1   of these places of pens set up like you would at

2   a stock yard for cows and we have affidavits from

3   Republicans that for three and four days they

4   were never let out of the pens.

5              And that's in Pennsylvania, Pittsburgh,

6   Detroit, Milwaukee, Phoenix, Atlanta, Georgia.

7   Now, how could it be that in each place the

8   Democratic leaders came up with the same idea

9   when never before in the history of voting have,

10  we put Republicans and Democrats behind pens.

11             I mean, generally, -- you remember

12  Florida with the chads --

13             NATALIE HARP:  Right.

14             RUDY GIULIANI:  -- the Republican on

15  one side and the Democrat on the other.  What

16  happened to that?  That Republican was behind a

17  pen 30 yards away.  And then, we went to court in

18  Pennsylvania, actually it was Corey Lewandowski

19  and Pam Bondi who went to court.  And the court

20  originally rejected it, they said the law says

21  you have to a Republican present.  The judge

22  said, well, you are present.

23             NATALIE HARP:  Right.

24             RUDY GIULIANI:  And Corey said, yeah,

25  but I can't see.  And they said, well, that's

Page 28

1    enough.  Well, that's a corrupt decision.

2              NATALIE HARP:  Mr. Mayor --

3              RUDY GIULIANI:  That a ridiculous

4    interpretation.

5              NATALIE HARP:  -- I want to talk to you

6    about the courts next.  We're coming up again on

7    a hard break.  But the court's, they never took

8    up your case like you said, they never looked at

9    the evidence.  They were the biggest

10   stonewallers, we're coming up on a hard break,

11   we'll see you all on the other side of it.

12             All right, so, we've been talking fraud

13   and election integrity efforts state by state

14   with the America's Mayor Rudy Giuliani.  But as

15   much action as we're seeing, Mr. Mayor, in some

16   states, Arizona, Pennsylvania, Georgia, we're

17   seeing people start to copy wanting to bring

18   those audits.

19             But the courts, this is what was so

20   disappointing.  These supreme courts, state

21   supreme courts even in Wisconsin, they wouldn't

22   hear the evidence.  All the Democrats in

23   mainstream media say is that oh, they failed at

24   the, at the level of the courts.

25             But you never did because no one ever

1   heard the cases, not even the supreme court when

2   there was 20 states filing against Georgia and

3   all of these states.

4           RUDY GIULIANI:  I mean, I argued one

5   case and I presented to the court 20, 25

6   affidavits of people who claim, for example,

7   we're talking about being shut out.  One man

8   filed an affidavit saying he was shut out for

9   four straight days.  And during that period of

10  time 600,000 or so ballots were counted.  Where

11  he was supposed to examine them under the law,

12  and he wasn't allowed to.  He was never allowed

13  to testify.

14          Another woman in Detroit said that she

15  worked for the City of Detroit for 30 years and

16  they put her in poll watching and that she would

17  testify that she was trained to assign phony

18  ballots from non-persons to registrations that

19  were made available for her.

20          So, she took a piece of paper that was

21  a ballot, she went and got a name, and she

22  attached it to it.  That's how, for example, some

23  of the dead people voted.  Because obviously, the

24  dead people didn't leave the cemetery and vote,

25  right.

1           That's also how some of the underage

2    people voted, particularly in a state that allows

3    underage people, you know, to drive at a young

4    age, they used a motor vehicle records and they

5    assigned it to a young person.  So, you end up, I

6    believe it was in Georgia with 68,000, I think

7    that's the right number, should check me just to

8    be sure.

9           I think in Georgia there was 68,000

10   people under the age of 18 who voted.  Everyone

11   of those votes is illegal.  It has to be

12   discounted; it has to be taken out.  It doesn't

13   matter why they voted; it doesn't matter even if

14   it was an attempt to put a phony vote in.  The

15   vote is illegal.

16           NATALIE HARP:  It's 66,000, Mr. Mayor.

17   It was over 66,000 of underage.

18           RUDY GIULIANI:  66,000.

19           NATALIE HARP:  Yeah.

20           RUDY GIULIANI:  Not bad, my memory, my

21   memory is off by 2,000.

22           NATALIE HARP:  You're good.  And I

23   remember the young lady that testified at that

24   hearing where she said my identity was stolen.

25   She was underage and it said, she checked online,

Page 31

1   it said she voted.  She didn't vote.

2            RUDY GIULIANI:  Well, you know when I

3   presented that evidence, I remember a reporter

4   saying, oh, that many young people wouldn't vote.

5   Well, what are you stupid, I mean, of course they

6   didn't vote.  They steal identities because

7   they're a phony vote.  When you have to make up

8   the numbers they had to make up, you have to go

9   produce phony ballots.

10           NATALIE HARP:  And the state was

11   decided by less than 12,000.  So, this alone, the

12   underage voters.

13           RUDY GIULIANI:  Well, that's 66,000.

14           NATALIE HARP:  Right.

15           RUDY GIULIANI:  Should have decided the

16   whole thing.  That 66,000 should have decided the

17   whole thing.

18           NATALIE HARP:  All these Republican

19   establishment types.

20           RUDY GIULIANI:  I don't know what's

21   wrong with -- Raffensperger said it was a perfect

22   election.  And he's got 66,000 --

23           NATALIE HARP:  Perfect for the

24   Democrats.

25           RUDY GIULIANI:  -- young people voting.

1   How is that a perfect election if 66,000 underage

2   people voted?  How could that be a perfect

3   election?  Does he not read, or is he a liar, or

4   is he working for the Democrats?

5            I mean, the president got criticized

6   for the conversation with him.  My goodness I

7   thought the president was moderate in the

8   conversation with him.  Lucky, he didn't have a

9   conversation with me to tell me to my face it's a

10  perfect election and 62,000 underage people

11  voted, and I have a record of it.

12            I mean, I know, I know, the Democrats

13  created censorship and I know the press is

14  crooked.

15            NATALIE HARP:  Right.

16            RUDY GIULIANI:  But I don't expect an

17  attorney general to be crooked.

18            NATALIE HARP:  And they even, when they

19  leaked the president's phone call, they were

20  bleeping out Ruby Freeman's name because they

21  were trying to protect her identity.

22            Meanwhile, they'll open a criminal

23  investigation against President Trump, but no one

24  looked into the people there in Fulton County

25  that are on tape showing what they were doing

1   with the ballots.

2          What is it, do you think?  What is the

3   corruption so deep we've never heard of these

4   types before, Raffensperger, of course you have

5   the governor there Brian Kemp.  But what is so

6   deep that made them be so corrupt?

7          RUDY GIULIANI:  I don't know why.

8          NATALIE HARP:  Is it Stacey Abrams?  We

9   never know, I guess.

10         RUDY GIULIANI:  No, I think President

11  Trump, I mean, if I can give you a broad sort of

12  speculation of all of this having gone through

13  it.  And waking up in the morning being amazed

14  and actually saying to myself, am I really in

15  America?

16         NATALIE HARP:  Right.

17         RUDY GIULIANI:  I mean, I was in the

18  justice department under Ronald Raegan during the

19  height of the Cold War.  And I actually helped to

20  start the Pfizer Court and I handled numerous,

21  you know, Russian spies and I'm saying to myself,

22  gosh, am I living in East Berlin or Moscow in,

23  you know, in 1980.

24         I mean, this is crazy, I can't get a

25  judge who'll listen to -- and I can't get the

1    press to be impressed with a videotape showing

2    the votes being stolen, or I can't get them to

3    see that if 68,000 underage people voted, that

4    there's problems with this election.

5              I mean, what's going on?  I think the

6    hatred and the fear of Donald Trump was so great

7    that they came to this rationalization that

8    anything could be done to get rid of him.

9              NATALIE HARP:  Right.

10             RUDY GIULIANI:  I mean, Trump

11   derangement syndrome is -- and also, it's that

12   they're -- it was the shock that they had that

13   they didn't beat him last time.  Who's to say

14   they didn't cheat last time just not enough.

15             NATALIE HARP:  He won by so many --

16             RUDY GIULIANI:  In fact, this time --

17             NATALIE HARP:  When you look at it by

18   11 million, unbelievable.

19             RUDY GIULIANI:  This time, well, this

20   time -- they may not have cheated enough

21   originally.

22             NATALIE HARP:  Right.

23             RUDY GIULIANI:  I mean, I think they

24   were shocked when he was ahead by 800,000 votes

25   on Tuesday night, it's got to be that a lot of

1    the Democrats crooks were fainting.  How do you

2    make up 800,000 votes, well, you don't.

3            We also had experts that no one would

4    listen to, statistical experts that said that

5    that was impossible.  It was impossible with the

6    number of votes left to make up even 700,000

7    votes without cheating.

8            And given that, we should have at least

9    been allowed to look at the paper ballots.  Where

10   did these paper ballots come from.  When they

11   came in, we had been shut out.  They pretended --

12   the other thing they did in synchronization was,

13   they all closed down at approximately the same

14   time.

15           NATALIE HARP:  Right.

16           RUDY GIULIANI:  Because they got

17   frightened the election was getting away from

18   them.  If you kept counting the machine, who

19   knows Trump may have been ahead by a million

20   votes.

21           So, they -- and it was every state that

22   they cut down, he was ahead --

23           NATALIE HARP:  And the media

24   facilitated that because they stopped it as well.

25   Fox News was one of the first.

1              RUDY GIULIANI:  Well, of course they

2      did.  Fox News calling Arizona for him could be -

3      - that's going to be a point in history that

4      defines this election.  That they were able to

5      get Fox News to do that.  Because that also

6      covered a lot of the close down of the vote.  You

7      know, they were supposed to count all night in

8      all those places.  They weren't supposed to stop

9      the counting.

10             So, what happens is they come up with a

11     water main break in Atlanta.  They tell the

12     people in Pennsylvania that everybody's too

13     tired, go home.  They throw everybody out in

14     Michigan.  And then at three in the morning a big

15     truck comes in with 300,000 votes.  And all the

16     Republicans have been thrown out.

17             But we have affidavits from three

18     people who observed, who have never been allowed

19     to testify.

20             NATALIE HARP:  Right.

21             RUDY GIULIANI:  And they'll testify

22     that every single time they heard a name called,

23     they heard the name Biden called.  And then when

24     you go back and our experts look at the roll, we

25     get situations like, I'm going to paraphrase now,

1    but the exact numbers are roughly like this.

2             We get like 512,000 votes for Biden and

3    18,000 votes for Trump.  What, well, how could

4    that add, that's less than one percent.  There's

5    no place in world that he got less than one

6    percent.  You're not going to get a sample of

7    600,000 votes where he got less than one percent.

8             So, maybe he did, so, show us the

9    ballots.  I want to see those ballots where one

10   guy got 500,000 and the other guy got 12,000,

11   show me the ballots, maybe they're legitimate.

12            Why you hiding them?  Why you hiding

13   them for seven months?  I mean, you're letting me

14   accuse you of all this kind of fraud and you

15   could show what a fool I am by just putting out

16   the ballots and say, look see, perfectly legit.

17   See this machine, you can't change the vote in

18   this machine.  See this machine, you can't access

19   it by Internet.

20            On the other hand, if I take the

21   machine and I show you how to change the vote and

22   I show you how to plug in the Internet, maybe

23   then you go to jail, right.

24            NATALIE HARP:  And Kamala Harris, she

25   actually took the machines to the hill.  When you

1   look back two years ago, the Democrats, Elizabeth

2   Warren, all of these Democrats were talking.  Of

3   course, they wanted to say it was --

4            RUDY GIULIANI:  They know what

5   happened.

6            NATALIE HARP:  -- the Russians, right?

7   But now when we say, no, it's the Democrats --

8            RUDY GIULIANI:  They know what

9   happened.

10            NATALIE HARP:  -- we can't look at it.

11   I want to pick it up right there, we're, again,

12   coming across one more hard break.  Mr. Mayor, we

13   needed like eight hours tonight because there's

14   so much to go through.

15            RUDY GIULIANI:  Yeah.

16            NATALIE HARP:  But one more left to go,

17   we'll see you on the other side of it.

18            RUDY GIULIANI:  There is a lot.

19            NATALIE HARP:  As much as we've talking

20   about election integrity efforts on the state

21   level, there's always that major concern the

22   Democrats are just going to take over monopoly

23   control and federalize elections permanently.

24   Which Mr. Mayor, it would mean the end of America

25   as we know it.

Page 39

1           But before we get into federalizing

2    elections, I wanted -- I have the numbers

3    actually right here, in Michigan at 6:31, this is

4    what you were talking about.  They suddenly

5    reported 147,224 votes, 94 percent for Biden.  In

6    Wisconsin at 4:42 a.m., Wisconsin reported

7    143,279 votes, almost all for Biden.  Where'd

8    they come from?  Those are your facts, sir, I

9    watched every hearing.

10           RUDY GIULIANI:  No, I know, I know, I

11   know, you've got a similar, you've got a similar,

12   I mean, you've got a count in Pennsylvania that's

13   something like 500,000 votes for, for Biden and

14   something like 24,000 for Trump at the same time.

15           NATALIE HARP:  Yeah.

16           RUDY GIULIANI:  All of this

17   coordinated.  Look, I haven't seen the ballots.

18           NATALIE HARP:  Right.

19           RUDY GIULIANI:  But I'm willing, I

20   mean, I'm willing to take the time to look at

21   them because I think I'm going to find that those

22   are phony ballots.  And if they weren't phony

23   ballots, why not produce them?  Why are they so

24   afraid of having these ballots examined and why

25   are they so afraid of having the machines

1   examined?

2            Well, the one time they were examined,

3   they turned out to be phony machines.  So, that

4   may be the case.  We also have a few machines in

5   Georgia that we actually have examined because

6   Republicans made them available, and they also

7   were accessible by Internet.  You could change

8   the vote; you could do fractional voting.

9            Now, why should you be able to do

10  fractional voting?  A voting machine should count

11  the vote, not calculate the vote.  They shouldn't

12  be able to change how I voted.  Once I vote, it

13  should remain that way under that name, and there

14  should be no ability to change that.

15           The minute you got a machine where you

16  can change that, you got a machine where you can

17  cheat.  And you can be sure if there was an

18  ability to cheat, they did it.

19           NATALIE HARP:  And with the audits

20  going on, do you think we're going to uncover all

21  this?  Because there's so many types of frauds

22  when you talk about looking at the books,

23  cleaning up the voter rolls.

24           We see the legislation coming through

25  at the state level, they're trying to clean up

1   the books even Texas and Florida, they're even

2   taking bigger steps, but that's why the Democrats

3   want to federalize elections.  Because if these

4   audits go through, if legislation comes through,

5   we would, hopefully, be able to clean it up.

6           But you even have counties in Georgia

7   saying that they're going to have sanctuary

8   districts where then they can run the books

9   however they want to.

10          RUDY GIULIANI:  Well, elections are

11   supposed to be local.

12          NATALIE HARP:  Right.

13          RUDY GIULIANI:  So, if they try to

14   federalize the presidential election, that would

15   be, without doubt, a violation of section two of

16   article two, section one, clause two of the

17   constitution, which says that the state

18   legislatures oversee the electors, oversee the

19   presidential election, it makes no provision for

20   congressional intervention.

21          It is true in article one where they

22   provide for legislative elections, congressional

23   elections, the legislatures, the state

24   legislatures are supposed to set the rules, but

25   congress can make variations.

Page 42

1              Now, the question is when they say they

2      can make variations, the constitution doesn't say

3      they can cut out the legislature completely.  So,

4      I think they have serious constitutional

5      problems.  Certainly, with the presidential part.

6      It's clearly unconstitutional for them to try to

7      federalize an election where the state

8      legislatures determine the rules under which the

9      electors are governed.

10             And there's no provision for congress

11     intervening.  There is a provision for congress

12     intervening in congressional elections, but there

13     is no provision for their taking it over.

14             And I think what they've done, they've

15     gone so far that they changed -- they've also

16     changed the nature of our government.  Our

17     government is a government of limited powers.

18     There's no power that's absolute in our

19     government.

20             So, they basically federalized,

21     nationalized, centralized our government.  Now,

22     why are they doing that?  Natalie, you want to

23     know why, I think.  Because they want a socialist

24     government, that's what a socialist government

25     is.  It's one big central government that tells

1    everybody what to do.

2              And as we watch the performance of

3    these governors in Democrat states, we can see

4    that socialist tendency coming out in them.  I

5    mean, they've become like petty dictators.

6    Whitmer in Michigan, Newsome in California, Cuomo

7    in New York.  You know, you don't have your mask

8    on, I don't know, are they going to throw you in

9    the dungeon.

10             Meanwhile, they go to dinner without

11   their mask on.  Or you know, you can't go get

12   your hair done, you're going to go to jail for 20

13   years and then (indiscernible) goes and gets her

14   hair done and says, well, you know I have to look

15   good, but everybody else can look like, you know.

16             I mean, it's unbelievable what we've

17   been through.  I don't know if we realize we've

18   been through a year in a half of the biggest

19   deprivation of our constitutional rights ever in

20   the history of this country.

21             We're now living in a censored country.

22   The things I said to you, I couldn't say on any

23   network television in America.  It wouldn't be

24   printed in the, even in the Wall Street Journal.

25   Why is that, why can't I have an opinion on the

```
 1   election?
 2              NATALIE HARP:  And you have facts to
 3   back up that opinion too.
 4              RUDY GIULIANI:  My goodness, I know
 5   more about it than most people.
 6              NATALIE HARP:  You know, you have the
 7   hard evidence, those affidavits haven't gone
 8   anywhere.
 9              RUDY GIULIANI:  I'm willing to, I'm
10   willing to debate the election with anybody that
11   wants to debate it with me.  Get a hundred people
12   there or a million, come on, I'll debate the
13   election.  I'll bring out my -- but I would also
14   like the opportunity to, if I'm going to debate
15   it, to bring out my 100 witnesses.
16              NATALIE HARP:  Right.
17              RUDY GIULIANI:  Who are American
18   citizens from all over the country.  Some of whom
19   are Democrats, who will tell you that they
20   observed cheating.  To say this election didn't
21   have massive cheating and then we've got to add
22   it up and see did it affect the result in that
23   state or whatever.
24              But we haven't even gotten to the stage
25   where a court will listen to the witnesses.  I
```

1   mean, something very, very seriously wrong

2   happened here when the elite, however you want to

3   describe it, all got together and said we've got

4   to get rid of this guy, no matter what we have to

5   do.

6            That's essentially what happened, and

7   we have some Republicans cooperating in that.  I

8   know we have some.

9            NATALIE HARP:  But we caught them

10  because President Trump, he won by such a large

11  margin, we caught them in it.  Do you think your

12  closing statement, I can't believe how fast this

13  hour has flown by.  Your message to America, the

14  state legislatures right now, what is your

15  message to them as they're trying to make right,

16  you can never totally make it right?  But trying

17  to make sure it doesn't happen again.

18            RUDY GIULIANI:  Don't be afraid, don't

19  be afraid of the threats.  I mean, we were so

20  close to having this happen and they were

21  threatened.  They were threatened by governors,

22  they were threatened by companies, they were

23  threatened by dominion lawsuits, you know, saying

24  we're going to take $2 billion from you.  You got

25  a lot of frightened people.  And we got people

1   that lost their jobs over this.

2            You know, this is very, very important.

3   The, the people have been asked to defend our

4   country and our rights and put their lives at

5   risk.  Well, you're being asked to put your

6   reputation at risk.  If they had to put there

7   lives at risk, we can put our reputations at

8   risk.

9            What I'm telling you is the complete

10   truth.  And I am willing to be tested on that

11   anywhere, anyplace.  And what they want to do is

12   shut me down, in fact, they want to put me in

13   jail.

14            I mean, they're trying to frame me for

15   things I didn't do, and they even know I didn't

16   do it.  And this is a terrible time in American

17   history and people who are patriots and people

18   who care about country have to have the guts to

19   move forward even if they threaten you with the

20   loss of a job or threaten you with being

21   canceled.  Or threatening you with a criminal

22   investigation that will bankrupt you.

23            The country deserves that kind of

24   sacrifice.  People made much bigger ones than

25   that.  Just don't back off, you can't believe

1   what these legislatures have been threatened

2   with.  And my admiration for the ones that stuck

3   it in there is endless, endless.  And that's what

4   it means to be a patriot.

5           NATALIE HARP:  Mr. Mayor, you are a

6   hero.  What you did between November, January,

7   what you still do to this day.  No one had the

8   wisdom and courage that you did.  Of course,

9   President Trump did.

10          But you will never let us down, you

11  kept fighting.  It's inspirational now to see

12  that people still carrying on that fight.  We

13  need to do this again sometime, because like you

14  said, it's nowhere else out there in the

15  mainstream media.

16          But this is what 75 million, probably

17  90 million Americans out there who voted for

18  President Trump or care about our movement, 100

19  million that know exactly went wrong in the last

20  election.  So, we'll see you soon, Mr. Mayor.

21          RUDY GIULIANI:  God bless you.

22          NATALIE HARP:  God bless you; your

23  reward really is in heaven.

24          RUDY GIULIANI:  And God bless you and

25  OAN for doing it.  A lot of courage.

Page 48

1            NATALIE HARP:  God bless you.  We got
2    to keep fighting, thank you.
3            RUDY GIULIANI:  Thank you.
4            NATALIE HARP:  And winning.
5            RUDY GIULIANI:  We will.
6            NATALIE HARP:  And before we go, do you
7    know the real story as to why President Trump
8    chose to run for president in the first place?
9    Sure, we know the issues, trade, illegal
10   immigration, the endless wars.  But really the
11   reason he ran was never a what, but a who.
12   [VIDEO PLAYS]
13           NATALIE HARP:  And neither will we.  We
14   have no patience for the injustice that happened
15   November 3rd.  No tolerance for incompetence at
16   the state level, all the way up to the supreme
17   court.
18           And above all, we have no sympathy for
19   those who have failed us leading up to and after
20   November 3rd.  This is why we are staying in
21   politics.  And this wonderful movement President
22   Trump gave voice to.  Because just like President
23   Trump, we're not doing it for a what, but a who.
24   God, country, and each other.  And because of
25   that, we will win.

1          And that is the real story.  Thank you

2     so much for joining us tonight and every night.

3     And tuning out the fake news and tuning in for

4     the real story, where together we break down the

5     news as it should be, of, by, and for the people,

6     that's us.

7          I'll see you back here on Monday,

8     President Trump's birthday, as we thank God for

9     the gift of his life and his leadership, not just

10    on this day, but really upon every remembrance of

11    him.  Because formally forgotten Americans never

12    forget you know.  So, until then, as always, keep

13    the faith and have a magnificent weekend.

14

15

16

17

18

19

20

21

22

23

24

25

Page 50

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *Sonya M. Ledanski Hyde*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:   November 9, 2022

17

18

19

20

21

22

23

24

25

**[1.3 - american]**                                                                 Page 1

| **1** |
| --- |
| **1.3**   8:23 |
| **10,000**   11:25 |
| **100**   44:15 47:18 |
| **11**   34:18 |
| **11,000**   11:22 |
| **11501**   50:14 |
| **12,000**   31:11 37:10 |
| **12151**   50:7 |
| **14**   1:14 |
| **143,279**   39:7 |
| **147,224**   39:5 |
| **18**   2:15 30:10 |
| **18,000**   37:3 |
| **19**   2:15 |
| **1980**   33:23 |

| **2** |
| --- |
| **2**   45:24 |
| **2,000**   30:21 |
| **20**   29:2,5 43:12 |
| **2020**   2:4 3:15,16 5:11,14 17:5 19:22 21:8 |
| **2021**   1:14 3:11 |
| **2022**   2:21 5:8,10 50:16 |
| **2024**   2:24 5:8,11 |
| **24,000**   39:14 |
| **2496**   2:14 |
| **25**   29:5 |
| **2nd**   4:1 |

| **3** |
| --- |
| **3**   21:8 |
| **30**   12:24 27:17 29:15 |

| **300**   50:13 |
| --- |
| **300,000**   36:15 |
| **330**   50:12 |
| **36,000**   11:23 |
| **370**   18:9 |
| **38**   12:24 |
| **3rd**   5:18 16:5 48:15,20 |

| **4** |
| --- |
| **4**   3:11 |
| **40,000**   12:24 |
| **477**   2:14 |
| **4:42**   39:6 |

| **5** |
| --- |
| **50**   25:12 |
| **500,000**   37:10 39:13 |
| **512,000**   37:2 |

| **6** |
| --- |
| **6,000**   18:25 |
| **60**   13:5 |
| **600,000**   29:10 37:7 |
| **62,000**   32:10 |
| **66,000**   30:16,17 30:18 31:13,16 31:22 32:1 |
| **68,000**   30:6,9 34:3 |
| **6:31**   39:3 |
| **6th**   16:5 |

| **7** |
| --- |
| **7**   8:23 |
| **700**   26:14 |
| **700,000**   35:6 |

| **74**   5:9 |
| --- |
| **75**   47:16 |

| **8** |
| --- |
| **800**   26:14 |
| **800,000**   34:24 35:2 |

| **9** |
| --- |
| **9**   50:16 |
| **90**   47:17 |
| **900,000**   26:14 |
| **94**   39:5 |

| **a** |
| --- |
| **a.m.**   39:6 |
| **ability**   40:14,18 |
| **able**   7:6,7,13,20 8:7 9:4,16 14:6 14:14,16 18:13 36:4 40:9,12 41:5 |
| **abrams**   33:8 |
| **absentee**   13:12 26:22 |
| **absolute**   42:18 |
| **absurd**   18:2 22:8 |
| **access**   19:4 37:18 |
| **accessed**   19:5 |
| **accessible**   23:1,2 40:7 |
| **account**   10:22 17:24 |
| **accurate**   12:21 17:13 50:4 |
| **accuse**   37:14 |
| **action**   17:3,4 28:15 |

| **add**   37:4 44:21 |
| --- |
| **admiration**   47:2 |
| **admit**   3:18 |
| **affect**   44:22 |
| **affidavit**   23:13 29:8 |
| **affidavits**   27:2 29:6 36:17 44:7 |
| **affirmation**   17:22 |
| **afraid**   39:24,25 45:18,19 |
| **age**   30:4,10 |
| **ago**   38:1 |
| **ahead**   34:24 35:19,22 |
| **alien**   10:23 |
| **allegation**   7:1 |
| **allegations**   10:18 |
| **alleged**   6:14 7:19 14:23 18:17 24:18 |
| **allow**   7:9 12:14 14:5,12 |
| **allowed**   13:12,22 13:23 29:12,12 35:9 36:18 |
| **allows**   15:15 30:2 |
| **amazed**   33:13 |
| **america**   16:22 33:15 38:24 43:23 45:13 |
| **america's**   5:12 5:20 11:16,17 28:14 |
| **american**   3:3 6:18 44:17 46:16 |

**americans** 4:24
47:17 49:11
**amiss** 3:25
**amounts** 2:6
**analyze** 9:1
**anarchist** 17:6
**anoint** 4:2
**anonymous**
13:20
**answers** 8:21
**antrim** 18:24
**anybody** 44:10
**anyplace** 46:11
**approximately**
35:13
**areas** 14:19
**argued** 29:4
**arizona** 6:1 8:16
8:17 9:1,2,10,11
10:18,20 11:4,22
12:6,10,11 14:9
14:19 15:11 18:1
28:16 36:2
**armies** 4:18
**article** 41:16,21
**asked** 9:21 18:20
18:22 46:3,5
**asking** 10:16,17
**aspect** 4:13
**assign** 8:7 29:17
**assigned** 30:5
**atlanta** 27:6
36:11
**attached** 29:22
**attempt** 30:14
**attorney** 18:5
19:20 32:17

**audit** 9:13,13,14
15:1,3
**audits** 5:12 7:20
28:18 40:19 41:4
**available** 7:14
29:19 40:6
**avoided** 9:25
**aware** 7:24
**awareness** 4:24

**b**

**back** 8:19 11:8
11:15,18 17:9
21:5 36:24 38:1
44:3 46:25 49:7
**bad** 30:20
**ball** 3:23
**ballot** 13:15
15:11,13 21:16
26:5 29:21
**ballots** 6:17,20
7:4 11:22 13:12
15:8 18:21 20:4
20:5,7,9,11
23:23 24:6,7
26:16,22,23
29:10,18 31:9
33:1 35:9,10
37:9,9,11,16
39:17,22,23,24
**ballpark** 25:19
**bank** 22:16,17
**bankrupt** 46:22
**banned** 3:20
**based** 21:16
**basically** 6:13
42:20
**beat** 34:13

**began** 4:11 9:17
**believe** 2:10,22
7:1 19:12,24
21:10 30:6 45:12
46:25
**bell** 2:15
**beloved** 3:2
**berlin** 33:22
**best** 14:7
**better** 21:8
**biden** 5:7 8:23
21:25 36:23 37:2
39:5,7,13
**biden's** 2:14
**big** 12:3 36:14
42:25
**bigger** 41:2
46:24
**biggest** 9:9 22:4
28:9 43:18
**billing** 3:21
**billion** 45:24
**birthday** 49:8
**bit** 8:24 17:16
20:22
**bleeping** 32:20
**bless** 14:4 47:21
47:22,24 48:1
**blue** 2:5
**bondi** 27:19
**book** 7:11,14
**books** 17:12
40:22 41:1,8
**box** 15:13
**bragging** 3:13
**break** 11:7 21:4
21:6,9 22:13,14
28:7,10 36:11

38:12 49:4
**brian** 33:5
**bring** 28:17
44:13,15
**broad** 33:11
**brought** 8:9

**c**

**c** 50:1,1
**calculate** 40:11
**california** 43:6
**call** 9:24 32:19
**called** 6:12 12:1
36:22,23
**calling** 3:9 36:2
**calls** 9:22,25
**camera** 23:14
**campaign** 3:14
**campaigning**
2:20
**campaigns** 4:24
**canceled** 46:21
**capital** 17:4
**card** 3:9
**care** 46:18 47:18
**carry** 19:17
**carrying** 47:12
**case** 13:4 28:8
29:5 40:4
**cases** 29:1
**caught** 45:9,11
**cemetery** 29:24
**censored** 43:21
**censorship** 16:21
32:13
**central** 42:25
**centralized**
42:21

century   1:13
   3:12
certain   2:18,21
certainly   4:10
   7:1 42:5
certification
   17:18
certify   50:3
chads   27:12
champion   5:19
   11:17
change   4:14 7:2
   10:7 18:3 19:6
   20:1 37:17,21
   40:7,12,14,16
changed   19:7
   42:15,16
changing   2:6
cheat   3:1 25:15
   34:14 40:17,18
cheated   18:25
   34:20
cheating   18:18
   35:7 44:20,21
check   12:16,21
   13:12 24:4 30:7
checked   18:12
   30:25
checking   12:20
   20:5
chicago   25:20,24
chose   48:8
cities   25:2,10
   26:20
citizen   10:25
citizens   44:18
citizenship   11:24

city   25:7,9 29:15
claim   2:22 12:9
   16:6 29:6
claims   5:2
clause   41:16
clean   15:21
   17:12 40:25 41:5
cleaning   40:23
clearest   22:2
clearly   16:9 42:6
close   36:6 45:20
closed   12:2
   35:13
closing   45:12
codify   6:12
cold   33:19
college   17:19
combat   16:7
come   11:8 12:22
   23:12 26:15
   35:10 36:10 39:8
   44:12
comes   14:23
   36:15 41:4
coming   11:7
   21:3 28:6,10
   38:12 40:24 43:4
committed   20:14
companies   4:21
   45:22
company   19:3,6
complained
   13:13
complete   46:9
completely   6:21
   25:25 42:3
concern   38:21

conducted   18:19
congress   10:21
   41:25 42:10,11
congressional
   41:20,22 42:12
consequences
   3:5 8:15
considering   12:6
conspiracy   3:19
   4:5,9 5:1 16:20
constitution
   41:17 42:2
constitutional
   42:4 43:19
control   38:23
conversation
   32:6,8,9
cooperating   45:7
coordinated   4:6
   25:4,5 39:17
copy   28:17
corey   27:18,24
correct   17:11
correspondent
   3:23
corrupt   28:1
   33:6
corruption   33:3
counsel   13:23
count   4:25 16:13
   16:15 17:13
   22:10,20 23:19
   23:22 36:7 39:12
   40:10
counted   4:4
   20:10,11 23:20
   29:10

counties   2:14,15
   41:6
counting   24:7
   35:18 36:9
country   2:17
   5:13 43:20,21
   44:18 46:4,18,23
   48:24 50:12
county   12:25
   18:24 24:24
   32:24
courage   47:8,25
courageous
   14:10
course   11:9 12:1
   14:22 31:5 33:4
   36:1 38:3 47:8
court   13:4 26:1
   27:17,19,19 29:1
   29:5 33:20 44:25
   48:17
court's   28:7
courtroom   13:24
courts   13:3 26:1
   28:6,19,20,21,24
covered   36:6
cows   27:2
crazy   33:24
create   6:15
created   32:13
crime   1:13 3:10
   3:12
crimes   20:14
criminal   32:22
   46:21
criticized   32:5
crooked   24:24
   25:1,10,17 26:20

**[crooked - especially]**

32:14,17
crooks  35:1
crossed  10:5
cuomo  43:6
curtailed  4:6
cut  13:1,2 35:22
  42:3

**d**

da  24:22,23
data  4:22
date  50:16
day  4:11 5:3
  22:23 47:7 49:10
days  4:1 5:1 27:3
  29:9
dead  7:6,16,21
  7:22 11:11 17:13
  17:15 18:8 25:13
  29:23,24
deal  9:2
debate  44:10,11
  44:12,14
december  4:1
decided  13:24
  31:11,15,16
decision  12:3
  28:1
decisively  2:13
deep  33:3,6
defend  46:3
defines  36:4
defining  21:22
deliberately
  20:10
demanding  9:12
democracy  8:13
  16:25

democrat  6:11
  25:8,8,16,25
  26:1 27:15 43:3
democratic
  13:19 24:24 25:2
  27:8
democrats  24:1
  27:10 28:22
  31:24 32:4,12
  35:1 38:1,2,7,22
  41:2 44:19
demonstrated
  16:17
department
  33:18
deprivation
  43:19
depth  20:23
derangement
  34:11
describe  45:3
described  18:22
deserves  46:23
detailing  3:13
determine  42:8
detroit  25:17
  27:6 29:14,15
detroit's  25:17
devastating  12:5
dictators  43:5
didn't  25:8
died  18:10
different  14:18
  14:21
dinner  43:10
disappointing
  28:20

discounted
  30:12
disinformation
  4:22
dismissed  24:16
districts  41:8
document  18:18
doing  3:4 12:20
  19:15 22:15,17
  22:19 23:8 32:25
  42:22 47:25
  48:23
dominated  26:1
dominion  45:23
donald  34:6
don't  19:11
double  10:4
doubt  41:15
doug  8:20
drive  30:3
driven  4:22
driver's  12:14,15
drives  20:17,19
  22:24,24,24
drops  21:16
ducey  8:20 9:19
  9:23 10:21 13:1
  17:21,21
due  2:6
dungeon  43:9

**e**

e  50:1
earlier  4:12
  22:22 23:24
early  12:1
easier  7:18 12:12
  12:13

east  33:22
effort  4:2 9:10
efforts  28:13
  38:20
eight  7:5 38:13
election  2:4,6,12
  2:22 3:1,15,16
  4:1,10,14 5:3,14
  5:19 6:6,10,15
  6:24 9:19 11:17
  15:21 17:5 18:3
  18:11,19 19:22
  19:23 20:3,4
  25:12,15 26:15
  28:13 31:22 32:1
  32:3,10 34:4
  35:17 36:4 38:20
  41:14,19 42:7
  44:1,10,13,20
  47:20
elections  11:20
  38:23 39:2 41:3
  41:10,22,23
  42:12
electoral  17:19
electors  41:18
  42:9
elite  45:2
elizabeth  38:1
embarrassed
  25:23
endless  47:3,3
  48:10
enforcement
  24:17
ensure  5:4
especially  21:14

| | | | |
|---|---|---|---|
| **essentially** 45:6 | **eyes** 5:10 19:8,12 | **first** 2:10 4:19 | 19:25,25 22:3 |
| **establishment** | **f** | 5:24 8:24 9:16 | 25:3 28:12 37:14 |
| 2:19 31:19 | | 12:6 14:3,5 | **frauds** 40:21 |
| **evening** 2:1 | **f** 50:1 | 17:18 26:20 | **fraudulent** 6:15 |
| **event** 6:6 | **face** 32:9 | 35:25 48:8 | **free** 11:20 16:22 |
| **everybody** 21:4 | **facebook** 3:20 | **five** 13:16 26:19 | 23:4 |
| 24:12 36:13 43:1 | **facilitated** 35:24 | **fixed** 5:10 | **freeman's** 32:20 |
| 43:15 | **fact** 12:8 13:1 | **flash** 20:17,19 | **friday** 21:24 |
| **everybody's** | 23:13 24:23 | 22:24,24 | **frightened** 35:17 |
| 8:16 36:12 | 34:16 46:12 | **florida** 27:12 | 45:25 |
| **everyone's** 5:7 | **facts** 8:18 39:8 | 41:1 | **front** 26:2 |
| **evidence** 28:9,22 | 44:2 | **flown** 45:13 | **frustrating** 6:3 |
| 31:3 44:7 | **failed** 28:23 | **flying** 21:11 | **fulton** 32:24 |
| **exact** 37:1 | 48:19 | **focus** 17:2 | **funding** 4:16 |
| **exactly** 8:4 47:19 | **fainting** 35:1 | **fool** 37:15 | **further** 15:19 |
| **examination** | **fair** 11:20 25:12 | **footage** 24:10,11 | **g** |
| 15:19 20:7 | **faith** 49:13 | 24:13 26:11 | **gallery** 23:25 |
| **examine** 29:11 | **fake** 49:3 | **foregoing** 50:4 | **general** 18:5 |
| **examined** 39:24 | **false** 5:2 | **forensic** 9:14 | 19:20,22 32:17 |
| 40:1,2,5 | **far** 42:15 | 18:22 | **generally** 6:12 |
| **example** 29:6,22 | **fast** 21:11 45:12 | **forever** 7:11 | 27:11 |
| **excluding** 20:6 | **favor** 9:5 | **forget** 49:12 | **georgia** 14:8 |
| **excuse** 22:12 | **fear** 34:6 | **forgotten** 49:11 | 18:4,5 19:13,19 |
| **executed** 4:23 | **february** 3:11 | **formally** 49:11 | 20:8,9,25 21:14 |
| 25:3 | **federalize** 38:23 | **forward** 23:12 | 21:15,17,23 22:1 |
| **exist** 11:24 12:22 | 41:3,14 42:7 | 46:19 | 22:5 23:19 27:6 |
| **expect** 32:16 | **federalized** | **fought** 15:5 | 28:16 29:2 30:6 |
| **expert** 12:23 | 42:20 | **found** 9:17 21:25 | 30:9 40:5 41:6 |
| 18:11 | **federalizing** 39:1 | **four** 13:15 26:19 | **getting** 5:2 8:6 |
| **experts** 35:3,4 | **feel** 5:24 25:23 | 27:3 29:9 | 9:7 35:17 |
| 36:24 | **felt** 3:24 | **fox** 12:1 35:25 | **gift** 49:9 |
| **explain** 8:2 | **fended** 4:17 | 36:2,5 | **giuliani** 1:14 2:9 |
| **explanation** 22:7 | **fight** 4:23 47:12 | **fox's** 12:3 | 5:20 6:2 8:5,12 |
| 23:8 | **fighting** 16:1 | **fractional** 40:8 | 8:25 10:4,9,15 |
| **expose** 3:12 8:21 | 47:11 48:2 | 40:10 | 10:25 11:4,9,13 |
| **exposed** 8:9 | **filed** 29:8 | **frame** 46:14 | 11:16 12:5 15:25 |
| **exposing** 5:23 | **filing** 29:2 | **fraud** 2:6 5:21 | 16:4,9 17:17 |
| | **find** 16:18 39:21 | 5:23 14:19 19:21 | 19:2,11,18 20:19 |

20:24 21:9,13
22:1 23:18 24:15
25:6 26:8,18
27:14,24 28:3,14
29:4 30:18,20
31:2,13,15,20,25
32:16 33:7,10,17
34:10,16,19,23
35:16 36:1,21
38:4,8,15,18
39:10,16,19
41:10,13 44:4,9
44:17 45:18
47:21,24 48:3,5
**give** 13:3 18:16
23:13 33:11
**given** 19:21 35:8
**glorious** 2:12
**go** 5:25,25 11:10
20:23 24:18 26:1
26:12 31:8 36:13
36:24 37:23
38:14,16 41:4
43:10,11,12 48:6
**god** 14:4 47:21
47:22,24 48:1,24
49:8
**goes** 43:13
**going** 2:2 3:4
8:14,18 9:10,14
9:16 12:16 21:7
21:7,16 22:12
24:12 34:5 36:3
36:25 37:6 38:22
39:21 40:20,20
41:7 43:8,12
44:14 45:24

**good** 2:1 30:22
43:15
**goodness** 32:6
44:4
**gosh** 33:22
**gotten** 8:21 15:1
23:3 44:24
**governed** 42:9
**government**
42:16,17,17,19
42:21,24,24,25
**governor** 9:8
14:11,12 19:19
33:5
**governors** 43:3
45:21
**grass** 9:10
**great** 9:2,7 34:6
**ground** 5:23
26:7
**group** 9:4 14:10
**guess** 33:9
**guts** 46:18
**guy** 18:6 37:10
37:10 45:4

### h

**h.r.1** 6:12 7:8
**hair** 43:12,14
**half** 25:7,8 43:18
**hand** 9:9 37:20
**handing** 20:17
22:18,23,23
**handled** 33:20
**happen** 8:10
12:4 17:7 45:17
45:20
**happened** 2:4
6:17 14:24 16:23

27:16 38:5,9
45:2,6 48:14
**happening** 2:5
10:16 21:17
**happens** 36:10
**hard** 11:7 21:4
22:23 28:7,10
38:12 44:7
**harder** 4:21
**harp** 2:1 8:4,11
8:14 10:2,6,14
10:24 11:2,6,10
11:14 15:24 16:3
16:8 17:1 19:1,9
19:13 20:18,21
20:25 21:14
23:17 24:9 25:4
26:6,10 27:13,23
28:2,5 30:16,19
30:22 31:10,14
31:18,23 32:15
32:18 33:8,16
34:9,15,17,22
35:15,23 36:20
37:24 38:6,10,16
38:19 39:15,18
40:19 41:12 44:2
44:6,16 45:9
47:5,22 48:1,4,6
48:13
**harris** 37:24
**hatred** 34:6
**hear** 21:19 28:22
**heard** 29:1 33:3
36:22,23
**hearing** 9:20
13:2,3 14:4
30:24 39:9

**hearings** 14:8,11
14:11
**heaven** 47:23
**height** 33:19
**helped** 4:15,24
6:14 33:19
**hero** 47:6
**hiding** 37:12,12
**hill** 17:4 37:25
**history** 2:17 3:3
3:14 6:18 27:9
36:3 43:20 46:17
**hold** 11:2,6
25:16
**home** 36:13
**honesty** 25:9
**hopefully** 41:5
**hour** 2:8 5:18
45:13
**hours** 4:11 9:18
9:18 38:13
**house** 5:7
**hundred** 44:11
**hundreds** 4:15
**hyde** 50:3

### i

**idea** 27:8
**identify** 6:22
**identities** 17:15
31:6
**identity** 30:24
32:21
**idiotic** 26:8,9
**illegal** 10:22,22
10:23 11:11 12:9
12:15,17,21
17:24,25 23:20
30:11,15 48:9

**illegals** 12:12
**illegitimate** 16:15
**imagine** 22:6
**immigrant** 10:23 17:25
**immigrants** 11:12 12:22 18:1
**immigration** 48:10
**impacting** 12:3
**important** 14:25 46:2
**impossible** 6:22 11:1 12:10 35:5 35:5
**impressed** 34:1
**include** 24:1
**including** 2:15
**incompetence** 48:15
**inconsistent** 16:21
**indiscernible** 43:13
**informally** 14:16
**injustice** 48:14
**inspect** 26:22
**inspirational** 47:11
**instagram** 3:21
**insurrectionist** 17:6
**integrity** 2:22 5:19 11:17 28:13 38:20
**internet** 19:4,5 23:1,2 37:19,22

40:7
**interpretation** 28:4
**intervening** 42:11,12
**intervention** 41:20
**investigation** 23:6 24:23 32:23 46:22
**irregular** 17:23
**issues** 48:9

**j**

**jail** 37:23 43:12 46:13
**january** 17:8 47:6
**job** 46:20
**jobs** 46:1
**joining** 2:9 5:17 49:2
**joke** 25:13
**journal** 43:24
**judge** 13:6 26:2 27:21 33:25
**june** 1:14
**justice** 15:2 33:18

**k**

**kamala** 37:24
**keep** 48:2 49:12
**kemp** 19:19 33:5
**kept** 35:18 47:11
**key** 4:3
**kicking** 26:12
**kind** 10:19 18:5 22:6,13 37:14

46:23
**knew** 5:22 16:19 21:15
**know** 2:18 3:17 4:8 7:6,7 8:17 10:10,11 18:15 20:13 25:17 30:3 31:2,20 32:12,12 32:13 33:7,9,21 33:23 36:7 38:4 38:8,25 39:10,10 39:11 42:23 43:7 43:8,11,14,15,17 44:4,6 45:8,23 46:2,15 47:19 48:7,9 49:12
**knows** 5:21 35:19

**l**

**lady** 30:23
**landslide** 2:14
**large** 7:14,16 8:1 12:11 45:10
**lasted** 9:18
**law** 6:11,13 7:2,2 20:8,9 22:9 23:22 24:17 26:3 26:23 27:20 29:11
**laws** 4:15
**lawsuits** 4:17 45:23
**leaders** 27:8
**leadership** 49:9
**leading** 48:19
**leak** 21:19,20
**leaked** 32:19

**leave** 29:24
**ledanski** 50:3
**left** 3:9 35:6 38:16
**legal** 50:11
**legally** 7:3
**legislation** 40:24 41:4
**legislative** 41:22
**legislature** 42:3
**legislatures** 13:25 17:1 41:18 41:23,24 42:8 45:14 47:1
**legit** 37:16
**legitimate** 15:10 16:10,12 18:19 37:11
**lengthy** 9:18
**letting** 37:13
**level** 28:24 38:21 40:25 48:16
**lewandowski** 27:18
**liar** 32:3
**license** 12:15
**licenses** 12:14
**lied** 20:15
**life** 49:9
**limited** 42:17
**line** 4:21
**list** 12:21
**listen** 3:22 4:12 15:20 33:25 35:4 44:25
**listeners** 24:25
**little** 2:11 8:24 17:16 20:22

23:25
**live** 19:14
**lives** 46:4,7
**living** 21:2,3
33:22 43:21
**local** 41:11
**long** 6:4,4
**longest** 14:8
**look** 10:13 11:18
15:4,8,9 16:1
17:10 23:5,24
24:12 26:21
34:17 35:9 36:24
37:16 38:1,10
39:17,20 43:14
43:15
**looked** 4:9 22:17
28:8 32:24
**looking** 9:6
40:22
**lose** 21:1
**loss** 46:20
**lost** 21:1 46:1
**lot** 21:6,13 34:25
36:6 38:18 45:25
47:25
**lucky** 32:8

**m**

**machine** 13:15
15:6,15,16 16:11
16:11,12 35:18
37:17,18,18,21
40:10,15,16
**machines** 10:13
15:5 16:10 18:23
18:24 19:4,14
22:25,25 37:25
39:25 40:3,4

**magazine** 3:10
3:11,22 25:5
**magnificent**
49:13
**mail** 4:19 6:17
6:20
**main** 6:16 22:13
22:14 36:11
**mainstream**
28:23 47:15
**maintain** 16:25
**major** 12:8
38:21
**making** 5:24 6:2
6:7 11:19 13:9
**man** 29:7
**margin** 45:11
**maricopa** 12:24
**mask** 43:7,11
**massive** 6:16,20
44:21
**match** 16:12
**matter** 30:13,13
45:4
**mayor** 5:20,21
11:2,16,21 20:22
21:10 24:10 28:2
28:14,15 30:16
38:12,24 47:5,20
**mean** 6:16,23
8:25 10:12 12:11
16:4 17:17,25
18:1,2 20:13
22:7,16,16 23:5
25:12,20 26:5
27:11 29:4 31:5
32:5,12 33:11,17
33:24 34:5,10,23

37:13 38:24
39:12,20 43:5,16
45:1,19 46:14
**means** 7:10 47:4
**media** 4:21
28:23 35:23
47:15
**meet** 9:21
**meeting** 9:3,4,18
**memory** 30:20
30:21
**message** 45:13
45:15
**michigan** 14:6
18:24 36:14 39:3
43:6
**midnight** 4:11
**million** 5:9 34:18
35:19 44:12
47:16,17,19
**millions** 4:16,18
**milwaukee** 25:25
27:6
**mineola** 50:14
**minute** 40:15
**moderate** 32:7
**molly** 3:23
**moment** 2:9
21:22
**monday** 49:7
**monitored** 5:4
**monopoly** 38:22
**months** 2:11,11
5:6 11:18 16:1
37:13
**morning** 33:13
36:14

**moscow** 33:22
**motor** 30:4
**move** 2:19 7:11
46:19
**moved** 5:14 7:15
**movement** 47:18
48:21
**multiple** 22:20

**n**

**n** 50:1
**nail** 15:6
**name** 7:10,13
19:20 29:21
32:20 36:22,23
40:13
**names** 12:19
18:16
**natalie** 2:1 6:9
8:4,11,14 10:2,6
10:14,24 11:2,6
11:10,14 15:22
15:24 16:3,8
17:1 19:1,9,13
20:18,21,25
21:14 23:17 24:9
25:1,4 26:6,10
27:13,23 28:2,5
30:16,19,22
31:10,14,18,23
32:15,18 33:8,16
34:9,15,17,22
35:15,23 36:20
37:24 38:6,10,16
38:19 39:15,18
40:19 41:12
42:22 44:2,6,16
45:9 47:5,22
48:1,4,6,13

national 3:23
4:23
nationalized
42:21
nature 42:16
necessarily 26:5
need 47:13
needed 38:13
neither 48:13
network 43:23
never 6:17 7:5,6
7:12 8:10 9:22
9:24 15:6 27:4,9
28:7,8,25 29:12
33:3,9 36:18
45:16 47:10
48:11 49:11
new 43:7
news 12:1 35:25
36:2,5 49:3,5
newsome 43:6
night 2:4,13 4:10
26:15 34:25 36:7
49:2
nobody's 12:16
non 10:25 29:18
notoriously
25:10
november 5:10
5:11,18 8:19
17:8 21:8 47:6
48:15,20 50:16
number 8:1 9:1
10:18 12:11
14:18 18:2 30:7
35:6
numbers 7:15,16
11:11 31:8 37:1

39:2
numerous 8:7
9:23 33:20
ny 50:14

**o**

o 50:1
oan 1:13 47:25
oath 23:7,12,13
24:18,22
obituaries 18:9
observed 36:18
44:20
obviously 29:23
occasionally
22:19
oh 17:17 19:3
28:23 31:4
old 50:12
once 40:12
one's 23:4
ones 14:5 46:24
47:2
online 30:25
open 14:11 24:22
32:22
opening 6:8
openness 16:22
opinion 43:25
44:3
opportunity
44:14
opposed 9:7
opposite 26:24
orchestrated 4:2
order 2:7 9:3
originally 27:20
34:21

overall 5:25
overnight 18:9
oversee 41:18,18
overturn 5:5

**p**

pam 27:19
paper 15:9,10,12
15:17,18,19 16:2
18:20,21 20:7
23:22 26:23
29:20 35:9,10
paraphrase
36:25
part 9:3 42:5
particularly
30:2
parts 14:21
party 6:11
pass 6:11
patience 48:14
patriot 47:4
patriots 46:17
pattern 26:19
pen 27:17
penalties 17:19
pence 17:8
pennsylvania
14:3 17:14 22:3
25:22,22 26:2,14
27:5,18 28:16
36:12 39:12
pens 26:20 27:1
27:4,10
people 3:4 4:18
5:8,15 7:6,15,16
7:21,22,22 8:1,6
11:11,23 12:19
13:5,10,18 14:19

14:21 16:17
17:14,14,15 18:4
18:10,16 20:11
20:16 22:9,11,14
23:9,12,16 24:1
24:20 25:13,22
26:13,17 28:17
29:6,23,24 30:2
30:3,10 31:4,25
32:2,10,24 34:3
36:12,18 44:5,11
45:25,25 46:3,17
46:17,24 47:12
49:5
percent 37:4,6,7
39:5
perfect 31:21,23
32:1,2,10
perfectly 37:16
performance
43:2
period 14:16
29:9
perjury 17:20
permanently
38:23
person 18:8
24:16,18 30:5
persons 29:18
petty 43:5
pfizer 33:20
philadelphia
25:11,11,14,18
phoenix 27:6
phone 32:19
phony 22:12
24:19 29:17
30:14 31:7,9

39:22,22 40:3
**pick** 25:6,7,8
  38:11
**picked** 25:10
**pictures** 19:6
  26:25
**piece** 15:12
  29:20
**pittsburgh** 25:16
  25:21 27:5
**place** 18:18,23
  24:4 27:7 37:5
  48:8
**places** 27:1 36:8
**planned** 25:3
**played** 24:13
**plays** 48:12
**please** 5:17
**pleased** 2:8
**plug** 37:22
**plus** 5:9
**point** 5:4 6:5,14
  36:3
**political** 3:23
**politics** 48:21
**poll** 4:18 29:16
**polls** 12:2,2
**popular** 3:2
**possibly** 22:6
**posturing** 2:23
**power** 42:18
**powers** 42:17
**practice** 25:15
**present** 5:19
  12:15 13:23
  14:14,17 26:4
  27:21,22

**presented** 29:5
  31:3
**preserve** 8:13
**presidency** 21:1
**president** 2:13
  2:16 3:3,18,19
  3:24 5:9,13 8:23
  10:1 18:7 21:22
  26:13 32:5,7,23
  33:10 45:10 47:9
  47:18 48:7,8,21
  48:22 49:8
**president's**
  32:19
**presidential** 2:23
  3:1 20:3 41:14
  41:19 42:5
**press** 32:13 34:1
**pressure** 5:4 9:7
  14:13
**pressured** 4:20
**pretended** 35:11
**preventing** 5:1
**prime** 14:1
**printed** 43:24
**private** 4:16
  20:12 22:10
**probably** 9:9,11
  12:22 14:7 22:3
  47:16
**problems** 34:4
  42:5
**proceedings** 50:5
**process** 15:15
  20:6
**produce** 24:21
  31:9 39:23

**produced** 18:9
**programmed**
  19:3
**progress** 5:24
  6:3,7 11:19
**proof** 22:2,2,5,6
  26:11
**protect** 32:21
**protests** 4:6
**proud** 3:7
**prove** 7:20 11:23
  20:14 26:16
**provide** 41:22
**provision** 41:19
  42:10,11,13
**public** 4:16,24
  16:18 20:10
  23:23
**published** 3:11
**purge** 7:9
**put** 6:13 7:4
  10:19 13:15,19
  14:5,6,12 22:25
  23:7,11 24:22
  27:10 29:16
  30:14 46:4,5,6,7
  46:12
**putting** 37:15

**q**

**question** 25:20
  42:1
**questioned** 23:4
  24:17
**quick** 19:16
**quickly** 22:19

**r**

**r** 50:1
**races** 19:10
**raegan** 33:18
**raffensperger**
  31:21 33:4
**rally** 16:5
**ran** 22:21 48:11
**rationalization**
  34:7
**read** 32:3
**real** 2:2,3 5:16
  19:16 48:7 49:1
  49:4
**reality** 9:2
**realize** 43:17
**really** 11:17
  16:24 18:7 23:9
  33:14 47:23
  48:10 49:10
**reason** 3:8 5:12
  9:11 10:12,13
  48:11
**recertify** 17:11
**record** 32:11
  50:5
**records** 30:4
**recruited** 4:17
**red** 2:5
**registration** 7:9
  7:11,14 8:8
**registrations**
  13:20 29:18
**rejected** 27:20
**remain** 40:13
**remember** 13:2
  13:9 23:18 27:11
  30:23 31:3

**remembrance**
  49:10
**repeated**  16:24
**reported**  39:5,6
**reporter**  31:3
**reporters**  24:2
**republican**  9:5
  24:1 25:7 26:4
  27:14,16,21
  31:18
**republicans**  2:21
  9:11 20:6 26:21
  27:3,10 36:16
  40:6 45:7
**reputation**  25:9
  46:6
**reputations**  46:7
**resistance**  4:7
**responsibility**
  14:2
**responsible**
  19:21
**result**  5:5 44:22
**results**  8:18
**return**  9:25
**returned**  9:22,24
**reward**  47:23
**rhinos**  2:18
**rid**  34:8 45:4
**ridiculous**  28:3
**rig**  3:1
**right**  3:18 4:4
  8:11 10:14,24
  11:14,15 15:2,17
  15:18,18,24 16:8
  17:2,21 19:1,10
  21:3,4,5 23:17
  24:10,11 27:13

27:23 28:12
  29:25 30:7 31:14
  32:15 33:16 34:9
  34:22 35:15
  36:20 37:23 38:6
  38:11 39:3,18
  41:12 44:16
  45:14,15,16
**rights**  43:19 46:4
**risk**  46:5,6,7,8
**road**  50:12
**robberies**  22:16
**robbery**  22:17
**roll**  36:24
**rolls**  40:23
**ronald**  33:18
**room**  23:15
**roots**  9:10
**roughly**  37:1
**ruby**  32:20
**rudy**  1:13 2:8
  5:20 6:2 8:5,12
  8:25 10:4,9,15
  10:25 11:4,9,13
  11:16 12:5 15:25
  16:4,9 17:17
  19:2,11,18 20:19
  20:24 21:9,13
  22:1 23:18 24:15
  25:6 26:8,18
  27:14,24 28:3,14
  29:4 30:18,20
  31:2,13,15,20,25
  32:16 33:7,10,17
  34:10,16,19,23
  35:16 36:1,21
  38:4,8,15,18
  39:10,16,19

41:10,13 44:4,9
  44:17 45:18
  47:21,24 48:3,5
**rules**  41:24 42:8
**rumble**  1:14
**run**  2:25 15:16
  15:21 41:8 48:8
**running**  24:9,11
**runs**  2:23
**russian**  33:21
**russians**  38:6

**s**

**sacrifice**  46:24
**sample**  37:6
**sanctuary**  41:7
**saved**  3:15,15
**saw**  13:15 19:7
  21:15,18
**saying**  29:8 31:4
  33:14,21 41:7
  45:23
**says**  3:19 22:10
  23:22 26:3 27:20
  41:17 43:14
**scene**  3:9
**scenes**  4:5
**schnackenberg**
  19:19
**scope**  22:3
**scott**  23:4
**secret**  3:14
**secretary**  24:19
**section**  41:15,16
**secure**  4:15
**see**  12:3 15:6,9
  15:10 20:15,16
  21:21 22:8,8,19
  23:9,15,25 24:2

24:3,8,12,21
  26:5 27:25 28:11
  34:3 37:9,16,17
  37:18 38:17
  40:24 43:3 44:22
  47:11,20 49:7
**seeing**  17:3,4
  19:14 28:15,17
**seen**  7:17 13:14
  16:17 39:17
**segment**  19:17
  20:22
**senate**  19:10
  20:3 21:1
**senators**  9:5
  14:10,15
**sent**  15:11 17:8
**serious**  42:4
**seriously**  45:1
**set**  26:20 27:1
  41:24
**seven**  2:11,11
  5:6 11:18 13:16
  16:1 18:12 37:13
**shadow**  3:14
**shock**  34:12
**shocked**  34:24
**show**  13:18
  14:14 16:11 19:5
  26:25 37:8,11,15
  37:21,22
**showing**  32:25
  34:1
**shut**  29:7,8
  35:11 46:12
**side**  27:15 28:11
  38:17

sign   17:18
signature   50:7
signatures   6:21
signed   6:19 9:19
   10:21 17:22
silence   16:20
similar   39:11,11
simpler   15:4
simply   8:20
   12:20
single   10:22 12:9
   13:7 15:6 17:22
   17:24 18:18 20:2
   24:16,17 36:22
sir   39:8
sitting   2:16
situations   36:25
six   13:5,6,16
   18:12
small   22:23
smears   4:23
social   4:20
socialist   42:23
   42:24 43:4
solutions   50:11
somebody   7:4
   15:12
sonya   50:3
soon   47:20
sort   33:11
specifically
   22:10
speculation
   33:12
speech   16:22
spies   33:21
spoke   16:4,5

stacey   33:8
stage   44:24
stand   13:8
start   8:16 24:7
   28:17 33:20
started   12:4
starting   6:1
state   2:3,3,5 5:22
   5:22 6:1,1 7:21
   13:17,25 14:20
   14:22 15:7 17:1
   18:20 23:12,18
   24:19 28:13,13
   28:20 30:2 31:10
   35:21 38:20
   40:25 41:17,23
   42:7 44:23 45:14
   48:16
statement   45:12
states   4:3,14
   7:15,19,25 17:9
   17:9 18:17 21:17
   26:24 28:16 29:2
   29:3 43:3
statistical   35:4
stay   11:14 21:4
staying   48:20
steal   3:1 25:21
   25:24 31:6
stealing   17:15
steps   41:2
stock   27:2
stole   3:16 25:24
stolen   30:24 34:2
stonewallers
   28:10
stop   3:4 36:8

stopped   35:24
story   2:2,3 5:16
   48:7 49:1,4
straight   29:9
strange   3:25
   18:6,6
strategies   4:22
strategy   13:25
street   43:24
strong   25:16
stuck   47:2
stuff   15:13
stupid   31:5
submitted   10:20
substitute   15:12
successfully   4:20
suddenly   39:4
suitcases   21:18
suite   50:13
supernatural
   7:23
supposed   6:19
   29:11 36:7,8
   41:11,24
supposedly   23:1
suppression   4:17
supreme   28:20
   28:21 29:1 48:16
sure   8:25 11:13
   13:7 17:17 19:24
   20:24 24:4 25:18
   30:8 40:17 45:17
   48:9
surreptitiously
   22:18
sweeping   5:13
swept   23:14

sympathy   48:18
synchronization
   35:12
syndrome   34:11
systems   4:15

t

t   50:1,1
table   24:6,7
tables   21:19
take   4:21 7:13
   10:22 11:18 16:1
   16:10 22:21
   24:12 37:20
   38:22 39:20
   45:24
taken   23:21
   30:12
talk   5:18 8:23
   13:4 17:5,16
   19:9,16 20:18,21
   21:11 28:5 40:22
talked   9:23
talking   2:20 5:8
   11:16,21 16:7
   24:10 28:12 29:7
   38:2,19 39:4
tape   22:7 23:24
   32:25
tapes   21:15
   22:22
team   18:22
television   43:23
tell   9:16 15:17
   15:22 26:6 32:9
   36:11 44:19
telling   2:19 8:19
   46:9

**tells** 26:3 42:25
**ten** 7:5
**tendency** 43:4
**terms** 17:11 22:2
  22:3,5
**terrible** 16:23,23
  46:16
**test** 15:5 18:21
  18:23
**tested** 46:10
**testified** 30:23
**testify** 29:13,17
  36:19,21
**testimony** 3:13
**texas** 41:1
**thank** 48:2,3
  49:1,8
**theories** 5:2
**they're** 31:7
**thing** 14:25
  16:23,23 18:13
  19:18 20:2,4
  24:25 31:16,17
  35:12
**things** 6:13 8:8
  12:7,18 13:11
  43:22 46:15
**think** 10:2,6,10
  14:7 15:1 22:1
  25:14,22 30:6,9
  33:2,10 34:5,23
  39:21 40:20 42:4
  42:14,23 45:11
**thought** 11:7
  25:23 32:7
**thousand** 18:12
**thousands** 13:13

**threaten** 46:19
  46:20
**threatened** 45:21
  45:21,22,23 47:1
**threatening**
  46:21
**threats** 45:19
**three** 6:5 9:21
  27:3 36:14,17
**threw** 20:11
  22:11
**throw** 22:9 36:13
  43:8
**thrown** 23:21
  36:16
**thursday** 21:24
**ticket** 13:19
**time** 3:10,10,22
  4:19 9:16 14:16
  18:13 25:5 26:21
  29:10 34:13,14
  34:16,19,20
  35:14 36:22
  39:14,20 40:2
  46:16
**time's** 3:22
**timeline** 17:10
**times** 7:5,5 8:7
  9:23 13:16 23:14
**tired** 36:13
**told** 12:8,23,24
  13:10 18:7
**tolerance** 48:15
**tonight** 2:2 11:15
  38:13 49:2
**tooth** 15:5
**top** 3:21 10:19

**totally** 11:1
  45:16
**touched** 4:13
**track** 2:12
**traction** 5:3
**trade** 48:9
**trained** 13:18,21
  29:17
**transcript** 50:4
**tremendous**
  14:13
**trial** 16:6,7
**tries** 16:14,16
**truck** 36:15
**true** 41:21 50:4
**trump** 2:13 3:18
  3:19,25 4:4 5:5
  5:10,14 18:25
  21:22 26:13
  32:23 33:11 34:6
  34:10 35:19 37:3
  39:14 45:10 47:9
  47:18 48:7,22,23
**trump's** 5:1 8:23
  49:8
**truth** 46:10
**try** 13:25 41:13
  42:6
**trying** 32:21
  40:25 45:15,16
  46:14
**tuesday** 21:23
  34:25
**tuning** 49:3,3
**turned** 40:3
**twice** 16:13,16
**twitter** 3:20

**two** 6:5 9:18
  16:10 22:21 38:1
  41:15,16,16
**types** 31:19 33:4
  40:21
**typo** 3:15

### u

**unbelievable**
  16:3 34:18 43:16
**unceremoniou...**
  24:3
**unconstitutional**
  42:6
**uncover** 40:20
**uncovered** 12:7
  19:22
**uncovering** 1:13
**underage** 30:1,3
  30:17,25 31:12
  32:1,10 34:3
**underaged** 8:1
**understand** 4:25
  6:23 25:1
**unfold** 4:25
**unfolding** 4:5
**unfortunately**
  11:5
**unreasonable**
  10:17
**unsupervised**
  6:18,21
**ushered** 24:3

### v

**values** 16:21
**variations** 41:25
  42:2

| | | | |
|---|---|---|---|
| vehicle 30:4 | votes 2:16 8:22 | way 4:4 6:3,23 | 14:5,7,15,17,23 |

**vehicle** 30:4
**verified** 14:23
**verify** 6:24 18:19
**veritext** 50:11
**victory** 5:2
**video** 20:15 22:7
  48:12
**videotape** 20:12
  23:5 34:1
**view** 6:9,14
  19:14
**violated** 7:2
**violation** 41:15
**viral** 4:23
**voice** 48:22
**vote** 2:25 4:19,25
  7:5,6,21,22,22
  8:1,3 10:20
  11:25 12:13,13
  13:18 17:11,23
  19:7,7,15 22:20
  23:19 25:13
  29:24 30:14,15
  31:1,4,6,7 36:6
  37:17,21 40:8,11
  40:11,12
**vote's** 23:20
**voted** 5:9 7:12
  8:6 12:9,19
  14:20,21 17:14
  18:1,8,17 26:17
  29:23 30:2,10,13
  31:1 32:2,11
  34:3 40:12 47:17
**voter** 4:17 10:22
  40:23
**voters** 11:23
  31:12

**votes** 2:16 8:22
  13:20 16:13,16
  18:25 21:25
  23:22 25:21,24
  26:14 30:11 34:2
  34:24 35:2,6,7
  35:20 36:15 37:2
  37:3,7 39:5,7,13
**voting** 4:14 27:9
  31:25 40:8,10,10

**w**

**waited** 8:20
**waking** 33:13
**wall** 43:24
**want** 3:17 4:8
  5:25 6:20 7:2,4,8
  8:12 11:10 16:24
  19:11 20:18,23
  28:5 37:9 38:11
  41:3,9 42:22,23
  45:2 46:11,12
**wanted** 12:18,19
  14:10 15:3,4,8,9
  15:9 16:6,18
  17:7 38:3 39:2
**wanting** 28:17
**wants** 6:11 44:11
**war** 33:19
**warren** 38:2
**wars** 48:10
**watch** 22:15 43:2
**watched** 22:16
  39:9
**watching** 8:17
  19:14 26:10
  29:16
**water** 21:19
  22:13,14 36:11

**way** 4:4 6:3,23
  8:5,6 16:13
  17:13 18:21 20:5
  22:15 40:13
  48:16
**ways** 9:1
**we've** 7:19 28:12
  33:3 38:19 43:16
  43:17 44:21 45:3
**weather** 2:15
**wednesday**
  21:23
**week** 5:1
**weekend** 49:13
**weeks** 6:6 9:22
**weighted** 8:22
**welcome** 2:2
**went** 2:5 14:3
  27:17,19 29:21
  47:19
**we're** 28:10
**wheeled** 21:18
**where'd** 39:7
**white** 5:7
**whitmer** 43:6
**willing** 39:19,20
  44:9,10 46:10
**win** 48:25
**winner** 4:3
**winning** 2:13
  21:23 26:13 48:4
**wisconsin** 28:21
  39:6,6
**wisdom** 47:8
**witness** 13:7,7
**witnessed** 4:2
**witnesses** 13:10
  13:11,14,16,24

14:5,7,15,17,23
  44:15,25
**woman** 23:3
  24:4 29:14
**women** 22:21
**won** 21:25 34:15
  45:10
**wonderful** 48:21
**work** 4:13 9:3
**worked** 14:15
  29:15
**workers** 4:18
**working** 32:4
**world** 37:5
**worse** 3:17
**wrong** 15:3 18:7
  31:21 45:1 47:19

**y**

**yard** 27:2
**yards** 27:17
**yeah** 6:7 21:13
  24:15 25:6 27:24
  30:19 38:15
  39:15
**year** 18:10 25:12
  43:18
**years** 25:12
  29:15 38:1 43:13
**york** 43:7
**young** 30:3,5,23
  31:4,25

**z**

**zero** 17:4