# Exhibit 48

# PTX-019

# Document Produced Natively