# Exhibit 49

**Page 1**

1

2

3

4

5

6

7

8

9

10

11

12

13   OAN, The Real Story-OAN Exposing Disinformation

14   with Rudy Giuliani, Rumble (July 23, 2021)

15

16

17

18

19

20

21

22

23

24

25

Plaintiffs' Exhibit

**PTX-20**

C.A. No. 21-3354 (BAH)

1          NATALIE HARP:  But we begin tonight

2    with what it really means to be a Trump

3    supporter.  You know, we often hear, especially

4    from those running for office, what makes them

5    the most pro-Trump candidate is that they're most

6    America first.  They'll fight harder for free and

7    safe elections, to finish the wall, hold China

8    accountable, create jobs, smart trade, stand with

9    Israel, and so on.  But really, those are

10   policies, platforms and, yes, beliefs.

11          But what makes one a real Trump

12   supporter and really just a proud American?  It's

13   the courage not just to have those beliefs but to

14   stand by them, and it's a courage that is

15   becoming a rarity in today's world where

16   popularity is deemed to be more valuable and

17   going viral is a commodity to be treasured above

18   any price, which Tom Brady is experiencing for

19   himself after delivering these remarks at the

20   White House this week.

21      (Video plays)

22          TOM BRADY:  A lot of people, you know,

23   think that could have won and, in fact, I think

24   about 40 percent of the people still don't think

25   we won.

Page 3

1              PRESIDENT BIDEN:  I understand that.

2              TOM BRADY:  You understand that, Mr.

3      President?

4              PRESIDENT BIDEN:  I understand that.

5              TOM BRADY:  Yeah.

6          (Video ends)

7              NATALIE HARP:  Don't know how much the

8      Tampa Bay Buccaneers would have appreciated

9      winning the Super Bowl and leaving the field only

10     to have NFL officials add time to the clock,

11     invite the Kansas City Chiefs back on the field

12     to score touchdown after touchdown and then

13     release the results, not just the day after, but

14     several days after the game itself with replay

15     review being called Super Bowl denialism.

16             But that aside, it's the reaction to

17     Tom Brady's remarks that, regardless of his

18     motive in delivering them, says it all as

19     Maricopa County Recorder Stephen Richer retweeted

20     the video, the Lincoln Project created an ad of

21     it, and Dan Rather tweeted this:  "Got to

22     confess.  Didn't have Tom Brady trolling Donald

23     Trump at the White House on my July bingo card."

24             Of course, then there were the articles

25     with Jonathan Chait of "New York Magazine"

1  writing, "It was a scene straight out of a Donald

2  Trump nightmare, and quite possibly, the worst

3  day of Donald Trump's life."

4          And not to be outdone, Annie Linskey of

5  "The Washington Post" took to rebranding Tom

6  Brady from the Trump supporter of the lamestream

7  media used to slam him for being to, well, listen

8  to this:

9          "As the U.S. Marine Band played, 'We

10  are the Champions' on the South Lawn of the White

11  House, real-life Super Bowl champion Tom Brady

12  stood near President Biden on Tuesday, both of

13  them wearing sunglasses and grins."

14          Ah, finally, Tom Brady is part of the

15  in group, not because of who he is, but because

16  of who the lamestream media sees him as turning

17  on.

18          And guess who else is the latest

19  champion to join the club?  Former Senator Bob

20  Dole, who in honor of his 98th birthday, spoke

21  out in an interview with Susan Page of "USA

22  Today," saying about President Trump:

23          "He lost the election, and I regret

24  that he did, but they did.  He had Rudy Giuliani

25  running all over the country claiming fraud.  He

1   never had one bit of fraud in all those lawsuits

2   he filed and statements he made," adding, "I'm a

3   Trumper," but also clarifying elsewhere in the

4   conversation, "I'm sort of Trumped out, though."

5            And surprise, surprise, guess who likes

6   Bob Dole now?  Democratic Congressman Ted Lieu,

7   who tweeted, "Thank you Bob Dole for telling the

8   truth."

9            With Maricopa County Recorder Stephen

10  Richer also chiming in by tweeting out Bob Dole's

11  remarks, as if somehow since Bob Dole said it, we

12  suddenly won't believe our eyes or ears anymore

13  about what's coming out of the Maricopa audit.

14           Fat chance that's going to happen.

15  Over eight months into this, it hasn't worked so

16  far, as we've been subject to phase after phase

17  of the great disinformation and really propaganda

18  campaign around the 2020 election.  But the fact

19  is, even as the lamestream media runs with this

20  kind of stuff 24/7, no one's really watching

21  anyway because we're tuning them out.

22           Hey, we're even tuning Joe Biden out

23  with the Wednesday's CNN Town Hall averaging just

24  1.5 million viewers, compared to President

25  Trump's June 30th Town Hall with Sean Hannity,

1  which garnered 3.5 million viewers with 550,000

2  in the key demo of ages 25 to 54, compared to

3  Biden's just 306,000, and that's not even

4  counting online.

5          The lamestream media may still not see

6  the significance or value of the Trump voter, but

7  they do see their ratings and they don't like

8  what they see there either.  We've tuned out the

9  hosts, tuned out their guests, the Democrats, the

10  so-called experts, the RINOs.

11          And so now, they're trotting out those

12  who once identified as being one of us, whether

13  it's former Attorney General Bill Barr, Tom

14  Brady, or Bob Dole, as if them telling us

15  something now will make us drop everything we

16  know to be true simply because they say it.  But

17  don't they get it?  Saying something over and

18  over again make get some to begin to believe in a

19  big lie, perhaps not because they believe in it,

20  but because it's easier not to speak the truth to

21  it.

22          But we're not some people.  We're we

23  the people: 51 percent of us believe cheating

24  affected the outcome of the last election; that's

25  a majority.  It may not make us popular or go

1   viral; in fact, more likely than not, it makes us

2   a target.  But that's what makes you and me Trump

3   supporters, because we join with President Trump

4   in saying we will not bend, we will not break, we

5   will not yield, we will never give in, we will

6   never give up, we will never back down, we will

7   never ever surrender.

8           And by the way, we don't just say it;

9   we live like it, not just for one or two chapters

10  of our stories, but from cover to cover and that

11  is the real story.

12          Joining us now is someone who never

13  backs down: America's Mayor and host of the

14  Common Sense podcast, Rudy Giuliani.  Mr. Mayor,

15  first of all, your reaction to Bob Dole's remarks

16  that there's nothing to see here.

17          RUDY GIULIANI:  Since he's never looked

18  at it, I have no -- it's a ridiculous remark.  I

19  have great respect for Bob Dole.  I feel almost

20  as if he's put a knife in my back because I know

21  him well and he trusts me, supported me when I

22  ran for president.  He knows I'm a very careful,

23  very good lawyer.

24          He bet against me once before -- this

25  is kind of interesting -- but back in 1988 during

Page 8

1    the primaries, I brought a RICO case against the

2    entire Teamsters Union to displace the entire

3    management of the Teamsters.  The Republican

4    Party went crazy because it was the only

5    Republican union.  Something like 140 members of

6    Congress asked President Reagan to fire me, all

7    the presidential candidates -- Democrat and

8    Republican agreed --including Dole and Jack Kemp.

9    The only one who supported me was Vice President

10   Bush.  He said I work with Rudy Giuliani, he's an

11   honest man.  I wouldn't bet against him, he's a

12   great lawyer.

13          Well, you know, we won the case.  The

14   Teamsters Union, all the Mafia people were thrown

15   out.  We took Central State's pension fund away

16   from them.  We've cleaned up Las Vegas.  And if

17   you'd listened to Bob Dole, they'd still be

18   there, so Bob is not the best predicter of legal

19   results.

20          The simple fact is that Bob Dole should

21   have had the decency to ask me, send me some of

22   your support if you have any.

23          NATALIE HARP:  Right.

24          RUDY GIULIANI:  I'd say how many do you

25   want: you want 10 affidavits, or you want 20,

1    would you like 50, can you handle 300?  Would you

2    like a couple of tapes in which they admit it?

3    Do you want me to have you talk to a couple of

4    people that are there that were pushed away and

5    all of a sudden, these ballots were brought in,

6    and they all were Biden?

7              How about one guy stood there for a

8    couple of hours and there was something, like,

9    20,000 ballots that were counted and they were

10   all but about five for Biden, and they looked

11   like they had never been folded?

12             How about the videotape that I have

13   where they're shoving the thing into the machines

14   three and four times so they can be recounted by

15   the same two women that earlier in the day were

16   passing around hard drives or flash drive that

17   supposedly can't be used in Dominion machines,

18   but can?

19             NATALIE HARP:  Right.  We have this

20   proof --

21             RUDY GIULIANI:  So, I mean, I know

22   we've lost the spin war, but we haven't lost the

23   truth war.  I have the truth.

24             NATALIE HARP:  Right.

25             RUDY GIULIANI:   And the reason they're

1    persecuting me -- they are, trying to take away

2    my law license, trying to destroy my future,

3    trying to bankrupt me, trying everything they can

4    -- is because they know I know more about then

5    than anyone.  I'm the one who got the hard drive

6    also.

7              NATALIE HARP:  Right.

8              RUDY GIULIANI:  It was given to my

9    lawyer, Bob Costello, for me because the man had

10   lost confidence in everyone else, including

11   Republicans that he sent it to who never did a

12   damn thing with it.

13             NATALIE HARP:  Because you never back

14   down, Mr. Mayor, that's why.

15             RUDY GIULIANI:  I was his last hope.

16             NATALIE HARP:  You never back down and

17   that's why they're so afraid of you.

18             RUDY GIULIANI:  And they know I have --

19   they know I have the evidence and they are trying

20   to shout it down, they're trying to censor it

21   away, and I put it out on my podcast.  And if

22   people want to see it, everything I just said on

23   those podcasts, I'm going to show you a document

24   that supports it.

25             When I say that Hunter Biden should be

1    in jail for money laundering, I can show you the

2    documents that go from Ukraine to Latvia, Latvia

3    to Cypress disguised as a loan and then end up in

4    his bank account with a little notation, $900,000

5    to this for Joe.  Joe has been getting money from

6    Hunter for 30 years.  We have a complete crook in

7    the White House.

8              NATALIE HARP:  And that's why it's no

9    surprise --

10             RUDY GIULIANI:  We have a 30-year crook

11   in the White House with a crime family supporting

12   him, which is why --

13             NATALIE HARP:  And that's why they did

14   it in November, right?  They have a history of

15   doing this.

16             RUDY GIULIANI:  Well, if you can take

17   money from the mayor of Moscow's wife, who's one

18   of the biggest crooks in Moscow, if you can work

19   for one of the world oligarchs in Ukraine who was

20   probably the most dangerous and the most crooked

21   oligarch in Ukraine who was paying the Bidens, if

22   you can work with the spy master of the Chinese

23   Communist party, which Hunter admits to, well,

24   then why wouldn't you fix an election?

25             NATALIE HARP:  Right.

Page 12

1           RUDY GIULIANI:  I mean, where's the big
2    moral difference?
3           NATALIE HARP:  No, you're right.
4           RUDY GIULIANI:  Joe Biden sold his soul
5    30 years ago when he took the first damn bribe
6    that his brother got for him as a lobbyist.  Now
7    he's going to meet in a month with the president
8    of Ukraine.  That meeting is going to be an
9    embarrassment to the United States because
10   everyone in Ukraine will be laughing.
11          NATALIE HARP:  Right.
12          RUDY GIULIANI:  He's going to tell them
13   that Ukraine should be more -- should be less
14   corrupt and everybody in Ukraine is going to say
15   you walked out of here with $8 million bucks for
16   starters.
17          NATALIE HARP:  You can't make this
18   stuff up.  And, yet, this is what they do.  It's
19   so frustrating.
20          RUDY GIULIANI:  For his son, if he came
21   there, they wouldn't be able to keep him away
22   from the drugs and prostitutes.  I mean, the guy
23   has a -- and I'm attacking Hunter.  I feel sorry
24   for Hunter.  I attack Joe Biden because Biden is
25   a miserable father.  You got a son who's 19-20

1    years old, he shows possibilities of being

2    addicted, you don't put him in business with the

3    biggest crooks in the world.  You're going to

4    make him a much worse drug addict.

5              NATALIE HARP:  Well, now he's selling

6    his artwork, Mr. Mayor.  This weekend, he's

7    wining and dining all of these art dealers that

8    then they're going to be anonymous.  Like, we're

9    really going to believe that, but it's so sad.

10             I just want to thank you.  The American

11   people really are so proud of you and the work

12   that you're doing out there.  You kept fighting,

13   you've never backed down.

14             RUDY GIULIANI:  Well, thank you, and

15   we're very proud of you.  You are terrific.  Your

16   show is fabulous.

17             NATALIE HARP:  Thank you, Mr. Mayor.

18   That means a lot really.  God bless you.  We know

19   He's with you because you don't back down and I

20   know you get hit on a lot of sides, but really,

21   you know where it counts.  God sees.  God sees

22   the heart on this and in the end, He will make

23   things right.

24             So God bless you and we'll see you

25   soon.

1           RUDY GIULIANI:  You're absolutely

2    correct, 100 percent, Natalie.

3           NATALIE HARP:  He will.  He will.

4           RUDY GIULIANI:  And you do a great job.

5           NATALIE HARP:  Thank you.  God bless

6    you, Mr. Mayor.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7    *Sonya M. Ledanski Hyde*

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: November 9, 2022

17

18

19

20

21

22

23

24

25

**1**

**1.5** 5:24
**10** 8:25
**100** 14:2
**11501** 15:14
**12151** 15:7
**140** 8:5
**19-20** 12:25
**1988** 7:25

**2**

**20** 8:25
**20,000** 9:9
**2020** 5:18
**2021** 1:14
**2022** 15:16
**23** 1:14
**24/7** 5:20
**25** 6:2

**3**

**3.5** 6:1
**30** 11:6,10 12:5
**300** 9:1 15:13
**306,000** 6:3
**30th** 5:25
**330** 15:12

**4**

**40** 2:24

**5**

**50** 9:1
**51** 6:23
**54** 6:2
**550,000** 6:1

**8**

**8** 12:15

**9**

**9** 15:16
**900,000** 11:4
**98th** 4:20

**a**

**able** 12:21
**absolutely** 14:1
**account** 11:4
**accountable** 2:8
**accurate** 15:4
**ad** 3:20
**add** 3:10
**addict** 13:4
**addicted** 13:2
**adding** 5:2
**admit** 9:2
**admits** 11:23
**affidavits** 8:25
**afraid** 10:17
**ages** 6:2
**ago** 12:5
**agreed** 8:8
**ah** 4:14
**america** 2:6
**america's** 7:13
**american** 2:12 13:10
**annie** 4:4
**anonymous** 13:8
**anymore** 5:12
**anyway** 5:21
**appreciated** 3:8
**art** 13:7
**articles** 3:24
**artwork** 13:6
**aside** 3:16
**asked** 8:6
**attack** 12:24
**attacking** 12:23
**attorney** 6:13
**audit** 5:13
**averaging** 5:23

**b**

**back** 3:11 7:6,20 7:25 10:13,16 13:19
**backed** 13:13
**backs** 7:13
**ballots** 9:5,9
**band** 4:9
**bank** 11:4
**bankrupt** 10:3
**barr** 6:13
**bay** 3:8
**becoming** 2:15
**beliefs** 2:10,13
**believe** 5:12 6:18 6:19,23 13:9
**bend** 7:4
**best** 8:18
**bet** 7:24 8:11
**biden** 3:1,4 4:12 5:22 9:6,10 10:25 12:4,24,24
**biden's** 6:3
**bidens** 11:21
**big** 6:19 12:1
**biggest** 11:18 13:3
**bill** 6:13
**bingo** 3:23
**birthday** 4:20
**bit** 5:1
**bless** 13:18,24 14:5
**bob** 4:19 5:6,7 5:10,11 6:14 7:15,19 8:17,18 8:20 10:9
**bowl** 3:9,15 4:11
**brady** 2:18,22 3:2,5,22 4:6,11 4:14 6:14
**brady's** 3:17
**break** 7:4
**bribe** 12:5
**brother** 12:6
**brought** 8:1 9:5
**buccaneers** 3:8
**bucks** 12:15
**bush** 8:10
**business** 13:2

**c**

**c** 15:1,1
**called** 3:15 6:10
**campaign** 5:18
**candidate** 2:5
**candidates** 8:7
**card** 3:23
**careful** 7:22
**case** 8:1,13
**censor** 10:20
**central** 8:15
**certify** 15:3
**chait** 3:25
**champion** 4:11 4:19
**champions** 4:10
**chance** 5:14
**chapters** 7:9

**[cheating - general]**

cheating 6:23
chiefs 3:11
chiming 5:10
china 2:7
chinese 11:22
city 3:11
claiming 4:25
clarifying 5:3
cleaned 8:16
clock 3:10
club 4:19
cnn 5:23
coming 5:13
commodity 2:17
common 7:14
communist 11:23
compared 5:24 6:2
complete 11:6
confess 3:22
confidence 10:10
congress 8:6
congressman 5:6
conversation 5:4
correct 14:2
corrupt 12:14
costello 10:9
counted 9:9
counting 6:4
country 4:25 15:12
counts 13:21
county 3:19 5:9
couple 9:2,3,8
courage 2:13,14
course 3:24

cover 7:10,10
crazy 8:4
create 2:8
created 3:20
crime 11:11
crook 11:6,10
crooked 11:20
crooks 11:18 13:3
cypress 11:3

**d**

damn 10:12 12:5
dan 3:21
dangerous 11:20
date 15:16
day 3:13 4:3 9:15
days 3:14
dealers 13:7
decency 8:21
deemed 2:16
delivering 2:19 3:18
demo 6:2
democrat 8:7
democratic 5:6
democrats 6:9
denialism 3:15
destroy 10:2
difference 12:2
dining 13:7
disguised 11:3
disinformation 1:13 5:17
displace 8:2
document 10:23
documents 11:2

doing 11:15 13:12
dole 4:20 5:6,7 5:11 6:14 7:19 8:8,17,20
dole's 5:10 7:15
dominion 9:17
donald 3:22 4:1 4:3
drive 9:16 10:5
drives 9:16
drop 6:15
drug 13:4
drugs 12:22

**e**

e 15:1
earlier 9:15
ears 5:12
easier 6:20
eight 5:15
either 6:8
election 4:23 5:18 6:24 11:24
elections 2:7
embarrassment 12:9
ends 3:6
entire 8:2,2
especially 2:3
everybody 12:14
evidence 10:19
experiencing 2:18
experts 6:10
exposing 1:13
eyes 5:12

**f**

f 15:1
fabulous 13:16
fact 2:23 5:18 7:1 8:20
family 11:11
far 5:16
fat 5:14
father 12:25
feel 7:19 12:23
field 3:9,11
fight 2:6
fighting 13:12
filed 5:2
finally 4:14
finish 2:7
fire 8:6
first 2:6 7:15 12:5
five 9:10
fix 11:24
flash 9:16
folded 9:11
foregoing 15:4
former 4:19 6:13
four 9:14
fraud 4:25 5:1
free 2:6
frustrating 12:19
fund 8:15
future 10:2

**g**

game 3:14
garnered 6:1
general 6:13

**getting** 11:5
**giuliani** 1:14
   4:24 7:14,17
   8:10,24 9:21,25
   10:8,15,18 11:10
   11:16 12:1,4,12
   12:20 13:14 14:1
   14:4
**give** 7:5,6
**given** 10:8
**go** 6:25 11:2
**god** 13:18,21,21
   13:24 14:5
**going** 2:17 5:14
   10:23 12:7,8,12
   12:14 13:3,8,9
**good** 7:23
**great** 5:17 7:19
   8:12 14:4
**grins** 4:13
**group** 4:15
**guess** 4:18 5:5
**guests** 6:9
**guy** 9:7 12:22

**h**

**hall** 5:23,25
**handle** 9:1
**hannity** 5:25
**happen** 5:14
**hard** 9:16 10:5
**harder** 2:6
**harp** 2:1 3:7
   8:23 9:19,24
   10:7,13,16 11:8
   11:13,25 12:3,11
   12:17 13:5,17
   14:3,5

**hear** 2:3
**heart** 13:22
**hey** 5:22
**history** 11:14
**hit** 13:20
**hold** 2:7
**honest** 8:11
**honor** 4:20
**hope** 10:15
**host** 7:13
**hosts** 6:9
**hours** 9:8
**house** 2:20 3:23
   4:11 11:7,11
**hunter** 10:25
   11:6,23 12:23,24
**hyde** 15:3

**i**

**identified** 6:12
**including** 8:8
   10:10
**interesting** 7:25
**interview** 4:21
**invite** 3:11
**israel** 2:9

**j**

**jack** 8:8
**jail** 11:1
**job** 14:4
**jobs** 2:8
**joe** 5:22 11:5,5
   12:4,24
**join** 4:19 7:3
**joining** 7:12
**jonathan** 3:25
**july** 1:14 3:23

**june** 5:25

**k**

**kansas** 3:11
**keep** 12:21
**kemp** 8:8
**kept** 13:12
**key** 6:2
**kind** 5:20 7:25
**knife** 7:20
**know** 2:3,22 3:7
   6:16 7:20 8:13
   9:21 10:4,4,18
   10:19 13:18,20
   13:21
**knows** 7:22

**l**

**lamestream** 4:6
   4:16 5:19 6:5
**las** 8:16
**latest** 4:18
**latvia** 11:2,2
**laughing** 12:10
**laundering** 11:1
**law** 10:2
**lawn** 4:10
**lawsuits** 5:1
**lawyer** 7:23 8:12
   10:9
**leaving** 3:9
**ledanski** 15:3
**legal** 8:18 15:11
**license** 10:2
**lie** 6:19
**lieu** 5:6
**life** 4:3,11
**likes** 5:5

**lincoln** 3:20
**linskey** 4:4
**listen** 4:7
**listened** 8:17
**little** 11:4
**live** 7:9
**loan** 11:3
**lobbyist** 12:6
**looked** 7:17 9:10
**lost** 4:23 9:22,22
   10:10
**lot** 2:22 13:18,20

**m**

**machines** 9:13
   9:17
**mafia** 8:14
**magazine** 3:25
**majority** 6:25
**man** 8:11 10:9
**management** 8:3
**maricopa** 3:19
   5:9,13
**marine** 4:9
**master** 11:22
**mayor** 7:13,14
   10:14 11:17 13:6
   13:17 14:6
**mean** 9:21 12:1
   12:22
**means** 2:2 13:18
**media** 4:7,16
   5:19 6:5
**meet** 12:7
**meeting** 12:8
**members** 8:5
**million** 5:24 6:1
   12:15

mineola 15:14
miserable 12:25
money 11:1,5,17
month 12:7
months 5:15
moral 12:2
moscow 11:18
moscow's 11:17
motive 3:18

**n**

n 15:1
natalie 2:1 3:7
 8:23 9:19,24
 10:7,13,16 11:8
 11:13,25 12:3,11
 12:17 13:5,17
 14:2,3,5
near 4:12
never 5:1 7:5,6,6
 7:7,12,17 9:11
 10:11,13,16
 13:13
new 3:25
nfl 3:10
nightmare 4:2
notation 11:4
november 11:14
 15:16
ny 15:14

**o**

o 15:1
oan 1:13,13
office 2:4
officials 3:10
old 13:1 15:12
oligarch 11:21

oligarchs 11:19
once 6:12 7:24
one's 5:20
online 6:4
outcome 6:24
outdone 4:4

**p**

page 4:21
part 4:14
party 8:4 11:23
passing 9:16
paying 11:21
pension 8:15
people 2:22,24
 6:22,23 8:14 9:4
 10:22 13:11
percent 2:24
 6:23 14:2
persecuting 10:1
phase 5:16,16
platforms 2:10
played 4:9
plays 2:21
podcast 7:14
 10:21
podcasts 10:23
policies 2:10
popular 6:25
popularity 2:16
possibilities 13:1
possibly 4:2
post 4:5
predicter 8:18
president 3:1,3,4
 4:12,22 5:24 7:3
 7:22 8:6,9 12:7
presidential 8:7

price 2:18
primaries 8:1
pro 2:5
probably 11:20
proceedings 15:5
project 3:20
proof 9:20
propaganda
 5:17
prostitutes 12:22
proud 2:12
 13:11,15
pushed 9:4
put 7:20 10:21
 13:2

**q**

quite 4:2

**r**

r 15:1
ran 7:22
rarity 2:15
ratings 6:7
reaction 3:16
 7:15
reagan 8:6
real 1:13 2:11
 4:11 7:11
really 2:2,9,12
 5:17,20 13:9,11
 13:18,20
reason 9:25
rebranding 4:5
record 15:5
recorder 3:19
 5:9
recounted 9:14

regardless 3:17
regret 4:23
release 3:13
remark 7:18
remarks 2:19
 3:17 5:11 7:15
replay 3:14
republican 8:3,5
 8:8
republicans
 10:11
respect 7:19
results 3:13 8:19
retweeted 3:19
review 3:15
richer 3:19 5:10
rico 8:1
ridiculous 7:18
right 8:23 9:19
 9:24 10:7 11:14
 11:25 12:3,11
 13:23
rinos 6:10
road 15:12
rudy 1:14 4:24
 7:14,17 8:10,24
 9:21,25 10:8,15
 10:18 11:10,16
 12:1,4,12,20
 13:14 14:1,4
rumble 1:14
running 2:4 4:25
runs 5:19

**s**

sad 13:9
safe 2:7
saying 4:22 6:17
 7:4

says 3:18
scene 4:1
score 3:12
sean 5:25
see 6:5,7,8 7:16
10:22 13:24
sees 4:16 13:21
13:21
selling 13:5
senator 4:19
send 8:21
sense 7:14
sent 10:11
shout 10:20
shoving 9:13
show 10:23 11:1
13:16
shows 13:1
sides 13:20
signature 15:7
significance 6:6
simple 8:20
simply 6:16
slam 4:7
smart 2:8
sold 12:4
solutions 15:11
son 12:20,25
sonya 15:3
soon 13:25
sorry 12:23
sort 5:4
soul 12:4
south 4:10
speak 6:20
spin 9:22
spoke 4:20

spy 11:22
stand 2:8,14
starters 12:16
state's 8:15
statements 5:2
states 12:9
stephen 3:19 5:9
stood 4:12 9:7
stories 7:10
story 1:13 7:11
straight 4:1
stuff 5:20 12:18
subject 5:16
sudden 9:5
suddenly 5:12
suite 15:13
sunglasses 4:13
super 3:9,15
4:11
support 8:22
supported 7:21
8:9
supporter 2:3,12
4:6
supporters 7:3
supporting
11:11
supports 10:24
supposedly 9:17
surprise 5:5,5
11:9
surrender 7:7
susan 4:21

t

t 15:1,1
take 10:1 11:16
talk 9:3

tampa 3:8
tapes 9:2
target 7:2
teamsters 8:2,3
8:14
ted 5:6
tell 12:12
telling 5:7 6:14
terrific 13:15
thank 5:7 13:10
13:14,17 14:5
thing 9:13 10:12
things 13:23
think 2:23,23,24
three 9:14
thrown 8:14
time 3:10
times 9:14
today 4:22
today's 2:15
tom 2:18,22 3:2
3:5,17,22 4:5,11
4:14 6:13
tonight 2:1
touchdown 3:12
3:12
town 5:23,25
trade 2:8
transcript 15:4
treasured 2:17
trolling 3:22
trotting 6:11
true 6:16 15:4
trump 2:2,5,11
3:23 4:2,6,22 6:6
7:2,3
trump's 4:3 5:25

trumped 5:4
trumper 5:3
trusts 7:21
truth 5:8 6:20
9:23,23
trying 10:1,2,3,3
10:19,20
tuesday 4:12
tuned 6:8,9
tuning 5:21,22
turning 4:16
tweeted 3:21 5:7
tweeting 5:10
two 7:9 9:15

u

u.s. 4:9
ukraine 11:2,19
11:21 12:8,10,13
12:14
understand 3:1
3:2,4
union 8:2,5,14
united 12:9
usa 4:21

v

valuable 2:16
value 6:6
vegas 8:16
veritext 15:11
vice 8:9
video 2:21 3:6,20
videotape 9:12
viewers 5:24 6:1
viral 2:17 7:1
voter 6:6

**[walked - york]**                                                                                    Page 6

| w | |
|---|---|
| **walked**  12:15 | |
| **wall**  2:7 | |
| **want**  8:25,25,25 | |
| 9:3 10:22 13:10 | |
| **war**  9:22,23 | |
| **washington**  4:5 | |
| **watching**  5:20 | |
| **way**  7:8 | |
| **we've**  5:16 6:8 | |
| 8:16 9:22 | |
| **wearing**  4:13 | |
| **wednesday's** | |
| 5:23 | |
| **week**  2:20 | |
| **weekend**  13:6 | |
| **went**  8:4 | |
| **white**  2:20 3:23 | |
| 4:10 11:7,11 | |
| **wife**  11:17 | |
| **wining**  13:7 | |
| **winning**  3:9 | |
| **women**  9:15 | |
| **won**  2:23,25 8:13 | |
| **work**  8:10 11:18 | |
| 11:22 13:11 | |
| **worked**  5:15 | |
| **world**  2:15 11:19 | |
| 13:3 | |
| **worse**  13:4 | |
| **worst**  4:2 | |
| **writing**  4:1 | |
| y | |
| **yeah**  3:5 | |
| **year**  11:10 | |
| **years**  11:6 12:5 | |
| 13:1 | |

**yield**  7:5
**york**  3:25