# Exhibit 50

# PTX-021

# Document Produced Natively