# Exhibit 51

Page 1

13  OAN The Real Story - OAN Pennsylvania Shenanigans
14  with Rudy Giuliani, Rumble
15  December 11, 2021

**Plaintiffs' Exhibit PTX-23**
C.A. No. 21-3354 (BAH)

```
                                                        Page 2
 1              NATALIE HARP:  It's been just over
 2     three weeks since whistleblower videos were
 3     released showing the shenanigans that went on in
 4     Delaware County, Pennsylvania, after a right-to-
 5     know request was filed back in May.
 6              Videos showing clear violations of
 7     Pennsylvania law, that records must be kept
 8     intact for 11 months.  And according to federal
 9     law for 22 months, after election day.
10              Now, new whistleblower video has just
11     been released exposing more of what exactly what
12     went on behind the scenes.  But before we get to
13     that, first let's review the videos previously
14     released.
15              And while you're watching ask yourself,
16     have you even seen any of this covered by the
17     lamestream media, or have you seen any of these
18     officials held accountable for what they did?
19     Meet the dream team.
20              VOICEOVER:  This is Jim Savage and
21     James Allen discussing getting rid of the pads
22     and second scanners.
23  [VIDEO PLAYS]
24              Here is Tom Gallagher discussing the v-
25     drive handling with the whistleblower.
```

```
                                                         Page 3
 1   [VIDEO PLAYS]
 2            Here is Tom Gallagher again, lawyer for
 3   Delaware County, destroying voting machine tapes
 4   to bypass the right-to-know request.
 5   [VIDEO PLAYS]
 6            NATALIE HARP: Seen enough, heard
 7   enough?  Well, that's not all because according
 8   to whistleblower video just released, while
 9   making copies of certain records in order to
10   comply with the same right-to-know request, Tom
11   Gallagher and James Ziegelhoffer begin talking
12   about how they plan to alter that evidence too.
13   [VIDEO PLAYS]
14            But come on man, there's nothing to see
15   here.  Because of course Joe Biden allegedly won
16   Delaware County at 62.9 percent, by a margin of
17   almost 88,000 ballots.  Joining us now with his
18   reaction, America's Mayor, and host of the Common
19   Sense Podcast, Rudy Giuliani.
20            Mr. Mayor, we of course, saw the tapes
21   that went on in Georgia.  Now, were actually
22   seeing these tapes in Pennsylvania.  What they're
23   trying to do, actually destroying evidence,
24   altering evidence, are we going to see
25   consequences?
```

Page 4

1  RUDY GIULIANI: You know, we are,
2  Natalie, it's going to have to build up. I mean,
3  we've got this situation in Georgia, that video
4  tape is about as clear evidence of stealing votes
5  as I've ever seen.
6  And it was mischaracterized by the
7  Secretary of State, the crooked Governor Kemp,
8  the Democrats. I mean, they are all in league
9  together.
10  I have no idea why the Republicans
11  would want to vote for Kemp. I mean, he
12  basically helped elect Democrats over and over
13  again.
14  But in any event, we've got a tape in
15  Georgia that's crystal clear. It looks like a,
16  it looks like a bank robbery, my goodness. And
17  this one is very, very clear. There were about
18  10 others.
19  I mean, there's no doubt that people
20  stole votes in that election for Biden. And the
21  numbers are, I mean, I would say way beyond what
22  was necessary to switch the vote in about four
23  states.
24  But they certainly are extremely
25  significant and can't be ignored. When people

Page 5

1  cheat in elections on some kind of substantial
2  scale, how do you know in advance without
3  investigating it if it effects the election or
4  not.
5           Right, I mean, if somebody says well,
6  we stole 20,000 votes, and the margin is 30,000.
7  Well, maybe if you started investigating, you'd
8  find 100,000.
9           What they did here was, they just cut
10 off any investigating.  They even got the courts
11 to get intimidated with the idea that this was a
12 political question.  So, I have about, I have
13 about 500 affidavits, probably about 300
14 witnesses.  I didn't see this myself, Natalie,
15 this is all American citizens --
16          NATALIE HARP:  Right.
17          RUDY GIULIANI:  -- from five different
18 states explaining to me, either minor to massive
19 fraud.  These people wanted to be heard.  Federal
20 judges would not allow them to be heard.
21 Finally, we got a --
22          NATALIE HARP:  This is the people --
23          RUDY GIULIANI:  -- couple of
24 legislatures to listen to them.  And that's why
25 we have what is going on now, because we're able

```
                                                      Page 6
 1    to keep it alive.
 2              NATALIE HARP:  Right.
 3              RUDY GIULIANI:  But the evidence out
 4    there is, they haven't even touched the surface.
 5    Sometime if you want to come and visit, two rooms
 6    down, there's an entire room with videos, 500
 7    affidavits, diagrams, pictures that show
 8    substantial cheating, Pennsylvania's the worst by
 9    far.
10              NATALIE HARP:  But you were there in
11    Pennsylvania.
12              RUDY GIULIANI:  Pennsylvania is A,
13    number one, the amount of cheating in
14    Pennsylvania was more than I thought they could
15    do.  I actually didn't think on election night
16    when I first realized what they're scheme was --
17    actually, the day after when Cory Lewandowski and
18    Attorney General Bondi called me from
19    Pennsylvania and said they wouldn't enforce the
20    court order for us to look at the ballot, Mayor.
21    I don't understand it, we got a judge's order,
22    but the sheriff won't enforce it.  I said, I'll
23    be right there.
24              By the time I got there, they had this
25    order to see the ballots, but they were being
```

Page 7

1   held about 40 feet away.  End result was, they
2   went to the Supreme Court of Pennsylvania.  In
3   two hours, they got five Democratic judges to
4   reverse it.  And basically, say the Republicans
5   didn't have the right to look at 700,000 paper
6   ballots.
7           Which in my experience with election
8   law, which goes back 40 years, never heard of
9   that.  Whenever you look at paper ballots, both
10  sides get to examine it because paper ballots are
11  the most prone to fraud.  I've never heard of
12  this before.
13          So, 700,000 ballots got counted in
14  Pennsylvania and as far as we know they could
15  have been made out by one of Joe Biden's kids,
16  we've never got to see them, and we may not.
17          NATALIE HARP:  And here we are a year
18  later, we still don't see it.  And now you have
19  whistle blowers coming forward, Delaware County.
20  But we still want to know what happened in
21  Philadelphia and Pittsburgh, because those
22  counties alone, that's determinative fraud.
23          RUDY GIULIANI:  Well, yeah, there was,
24  I mean, I know that there was substantial fraud
25  in Delaware County.  The most affidavits are

```
                                                    Page 8
 1    about Philadelphia.  But then, yes, Pittsburgh,
 2    Delaware County.
 3              By the way, a Democrat counties, some
 4    of which are highly corrupt, they tried to locate
 5    their fraud and this very craftly done in cities
 6    where they have complete control, the cities
 7    really aren't democracies, they are, they are
 8    petty little Democrat dictatorships.  Like
 9    Pennsylvania --
10              NATALIE HARP:  Right.
11              RUDY GIULIANI:   -- I mean,
12    Philadelphia, Pennsylvania, Detroit, Milwaukee,
13    Chicago, Illinois, they didn't do it there, but
14    they could have.  New York, Boston, these are
15    cities they own.
16              Interestingly, they're the 12 cities
17    that are now setting records for murder, they're
18    all Democrat cities --
19              NATALIE HARP:  Exactly.
20              RUDY GIULIANI:   -- all 12.
21              NATALIE HARP:  It's so sad to see
22    what's happening in this country.  These Democrat
23    cities, even when you look at red states.  When
24    you go into those blue counties, that they could
25    flip states simply because their copying
```

Page 9

1  shenanigans that have been around, in certain
2  counties like you were just saying, for decades.
3  But now, they're just replicating them on a scale
4  that we've never seen before.
5          But Mr. Mayor, I want to have you back
6  on next week because things are still coming out.
7          RUDY GIULIANI:  Well, thank you,
8  Natalie, you're doing a great job.
9          NATALIE HARP:  Thank you.  Well, thanks
10 for keeping all that evidence out there.  Courts
11 never wanted to see it, but the people --
12         RUDY GIULIANI:  Well, we got it, we got
13 it, it's going to come out.
14         NATALIE HARP:  Exactly.
15         RUDY GIULIANI:  It's coming out a
16 little at a time, but it will come out.
17         NATALIE HARP:  So much evidence has
18 come out already.
19         RUDY GIULIANI:  Thank you.
20         NATALIE HARP:  Thank you for what you
21 do, Mr. Mayor.
22         RUDY GIULIANI:  Thank you.
23         NATALIE HARP:  God bless you.
24         RUDY GIULIANI:  God bless.
25

```
                                                      Page 10
 1             C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [Signature: Sonya M. Ledanski Hyde]
 9    _____
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date: November 9, 2022
17
18
19
20
21
22
23
24
25
```

[10 - election]  Page 1

**1**
10  4:18
100,000  5:8
11  1:15 2:8
11501  10:14
12  8:16,20
12151  10:8

**2**
20,000  5:6
2021  1:15
2022  10:16
22  2:9

**3**
30,000  5:6
300  5:13 10:13
330  10:12

**4**
40  7:1,8

**5**
500  5:13 6:6

**6**
62.9  3:16

**7**
700,000  7:5,13

**8**
88,000  3:17

**9**
9  10:16

**a**
able  5:25
accountable 2:18
accurate  10:4

advance  5:2
affidavits  5:13 6:7 7:25
alive  6:1
allegedly  3:15
allen  2:21
allow  5:20
alter  3:12
altering  3:24
america's  3:18
american  5:15
amount  6:13
attorney  6:18

**b**
back  2:5 7:8 9:5
ballot  6:20
ballots  3:17 6:25 7:6,9,10,13
bank  4:16
basically  4:12 7:4
beyond  4:21
biden  3:15 4:20
biden's  7:15
bless  9:23,24
blowers  7:19
blue  8:24
bondi  6:18
boston  8:14
build  4:2
bypass  3:4

**c**
c  10:1,1
called  6:18
certain  3:9 9:1
certainly  4:24

certify  10:3
cheat  5:1
cheating  6:8,13
chicago  8:13
cities  8:5,6,15,16 8:18,23
citizens  5:15
clear  2:6 4:4,15 4:17
come  3:14 6:5 9:13,16,18
coming  7:19 9:6 9:15
common  3:18
complete  8:6
comply  3:10
consequences 3:25
control  8:6
copies  3:9
copying  8:25
corrupt  8:4
cory  6:17
counted  7:13
counties  7:22 8:3 8:24 9:2
country  8:22 10:12
county  2:4 3:3 3:16 7:19,25 8:2
couple  5:23
course  3:15,20
court  6:20 7:2
courts  5:10 9:10
covered  2:16
craftly  8:5
crooked  4:7

crystal  4:15
cut  5:9

**d**
date  10:16
day  2:9 6:17
decades  9:2
december  1:15
delaware  2:4 3:3 3:16 7:19,25 8:2
democracies  8:7
democrat  8:3,8 8:18,22
democratic  7:3
democrats  4:8 4:12
destroying  3:3 3:23
determinative 7:22
detroit  8:12
diagrams  6:7
dictatorships  8:8
different  5:17
discussing  2:21 2:24
doing  9:8
doubt  4:19
dream  2:19
drive  2:25

**e**
e  10:1
effects  5:3
either  5:18
elect  4:12
election  2:9 4:20 5:3 6:15 7:7

[elections - numbers]                                                                  Page 2

elections 5:1
enforce 6:19,22
entire 6:6
event 4:14
evidence 3:12,23
  3:24 4:4 6:3
  9:10,17
exactly 2:11 8:19
  9:14
examine 7:10
experience 7:7
explaining 5:18
exposing 2:11
extremely 4:24

f

f 10:1
far 6:9 7:14
federal 2:8 5:19
feet 7:1
filed 2:5
finally 5:21
find 5:8
first 2:13 6:16
five 5:17 7:3
flip 8:25
foregoing 10:4
forward 7:19
four 4:22
fraud 5:19 7:11
  7:22,24 8:5

g

gallagher 2:24
  3:2,11
general 6:18
georgia 3:21 4:3
  4:15

getting 2:21
giuliani 1:14
  3:19 4:1 5:17,23
  6:3,12 7:23 8:11
  8:20 9:7,12,15
  9:19,22,24
go 8:24
god 9:23,24
goes 7:8
going 3:24 4:2
  5:25 9:13
goodness 4:16
governor 4:7
great 9:8

h

handling 2:25
happened 7:20
happening 8:22
harp 2:1 3:6
  5:16,22 6:2,10
  7:17 8:10,19,21
  9:9,14,17,20,23
heard 3:6 5:19
  5:20 7:8,11
held 2:18 7:1
helped 4:12
highly 8:4
host 3:18
hours 7:3
hyde 10:3

i

idea 4:10 5:11
ignored 4:25
illinois 8:13
intact 2:8
interestingly
  8:16

intimidated 5:11
investigating 5:3
  5:7,10

j

james 2:21 3:11
jim 2:20
job 9:8
joe 3:15 7:15
joining 3:17
judge's 6:21
judges 5:20 7:3

k

keep 6:1
keeping 9:10
kemp 4:7,11
kept 2:7
kids 7:15
kind 5:1
know 2:5 3:4,10
  4:1 5:2 7:14,20
  7:24

l

lamestream 2:17
law 2:7,9 7:8
lawyer 3:2
league 4:8
ledanski 10:3
legal 10:11
legislatures 5:24
lewandowski
  6:17
listen 5:24
little 8:8 9:16
locate 8:4
look 6:20 7:5,9
  8:23

looks 4:15,16

m

machine 3:3
making 3:9
man 3:14
margin 3:16 5:6
massive 5:18
mayor 3:18,20
  6:20 9:5,21
mean 4:2,8,11
  4:19,21 5:5 7:24
  8:11
media 2:17
meet 2:19
milwaukee 8:12
mineola 10:14
minor 5:18
mischaracteriz...
  4:6
months 2:8,9
murder 8:17

n

n 10:1
natalie 2:1 3:6
  4:2 5:14,16,22
  6:2,10 7:17 8:10
  8:19,21 9:8,9,14
  9:17,20,23
necessary 4:22
never 7:8,11,16
  9:4,11
new 2:10 8:14
night 6:15
november 10:16
number 6:13
numbers 4:21

| | | | |
|---|---|---|---|
| ny  10:14 | **q** | **s** | stealing  4:4 |
| **o** | question  5:12 | sad  8:21 | stole  4:20 5:6 |
| o  10:1 | **r** | savage  2:20 | story  1:13 |
| oan  1:13,13 | r  10:1 | saw  3:20 | substantial  5:1 6:8 7:24 |
| officials  2:18 | reaction  3:18 | saying  9:2 | suite  10:13 |
| old  10:12 | real  1:13 | says  5:5 | supreme  7:2 |
| order  3:9 6:20 6:21,25 | realized  6:16 | scale  5:2 9:3 | surface  6:4 |
| **p** | really  8:7 | scanners  2:22 | switch  4:22 |
| pads  2:21 | record  10:5 | scenes  2:12 | **t** |
| paper  7:5,9,10 | records  2:7 3:9 8:17 | scheme  6:16 | t  10:1,1 |
| pennsylvania  1:13 2:4,7 3:22 6:11,12,14,19 7:2,14 8:9,12 | red  8:23 | second  2:22 | talking  3:11 |
| | released  2:3,11 2:14 3:8 | secretary  4:7 | tape  4:4,14 |
| | replicating  9:3 | see  3:14,24 5:14 6:25 7:16,18 8:21 9:11 | tapes  3:3,20,22 |
| | republicans  4:10 7:4 | | team  2:19 |
| | | seeing  3:22 | thank  9:7,9,19 9:20,22 |
| pennsylvania's  6:8 | request  2:5 3:4 3:10 | seen  2:16,17 3:6 4:5 9:4 | thanks  9:9 |
| people  4:19,25 5:19,22 9:11 | result  7:1 | sense  3:19 | things  9:6 |
| percent  3:16 | reverse  7:4 | setting  8:17 | think  6:15 |
| petty  8:8 | review  2:13 | shenanigans  1:13 2:3 9:1 | thought  6:14 |
| philadelphia  7:21 8:1,12 | rid  2:21 | sheriff  6:22 | three  2:2 |
| pictures  6:7 | right  2:4 3:4,10 5:5,16 6:2,23 7:5 8:10 | show  6:7 | time  6:24 9:16 |
| pittsburgh  7:21 8:1 | | showing  2:3,6 | tom  2:24 3:2,10 |
| plan  3:12 | road  10:12 | sides  7:10 | touched  6:4 |
| plays  2:23 3:1,5 3:13 | robbery  4:16 | signature  10:8 | transcript  10:4 |
| | room  6:6 | significant  4:25 | tried  8:4 |
| podcast  3:19 | rooms  6:5 | simply  8:25 | true  10:4 |
| political  5:12 | rudy  1:14 3:19 4:1 5:17,23 6:3 6:12 7:23 8:11 8:20 9:7,12,15 9:19,22,24 | situation  4:3 | trying  3:23 |
| previously  2:13 | | solutions  10:11 | two  6:5 7:3 |
| probably  5:13 | | somebody  5:5 | **u** |
| proceedings  10:5 | | sonya  10:3 | understand  6:21 |
| prone  7:11 | rumble  1:14 | started  5:7 | **v** |
| | | state  4:7 | v  2:24 |
| | | states  4:23 5:18 8:23,25 | veritext  10:11 |
| | | | video  2:10,23 3:1,5,8,13 4:3 |

**[videos - ziegelhoffer]**                                                      Page 4

**videos** 2:2,6,13 6:6
**violations** 2:6
**visit** 6:5
**voiceover** 2:20
**vote** 4:11,22
**votes** 4:4,20 5:6
**voting** 3:3

**w**

**want** 4:11 6:5 7:20 9:5
**wanted** 5:19 9:11
**watching** 2:15
**way** 4:21 8:3
**we've** 4:3,14 7:16 9:4
**week** 9:6
**weeks** 2:2
**went** 2:3,12 3:21 7:2
**whistle** 7:19
**whistleblower** 2:2,10,25 3:8
**witnesses** 5:14
**won** 3:15
**worst** 6:8

**y**

**yeah** 7:23
**year** 7:17
**years** 7:8
**york** 8:14

**z**

**ziegelhoffer** 3:11