# Exhibit 52

# PTX-022

# Document Produced Natively