# Exhibit 53

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13   Rudy Giuliani's Common Sense, Listen to What John

14   Solomon Found Out about the Presidential

15   Election! | Rudy Giuliani | Ep. 204, Rumble

16   (Jan. 12, 2022)

17

18

19

20

21

22

23

24

25

Plaintiffs' Exhibit

**PTX-25**

C.A. No. 21-3354 (BAH)

Page 2

1            RUDY GIULIANI:  Hello, this is Rudy
2    Giuliani and I'm back with you with Rudy's Common
3    Sense.
4            And today, a very exciting interview
5    with someone that we all know quite well, but I
6    haven't talked to him in a little bit, and that's
7    John Solomon who's been breaking news stories
8    left and right as he usually does.  John, come
9    on, John has to be one of the best investigative
10   reporters any of you have ever dealt with, most
11   certainly me, and I've dealt with a lot of them.
12           I mean, he was with "The Post."  He was
13   with "The Washington Times."  He was with "The
14   Hill."  He broke stories -- he broke stories that
15   the left wing used to like and that's why they
16   gave him big awards, some of the biggest in
17   journalism.  He was a hero of theirs until he
18   finds something they don't agree with and now...
19           But it can't affect him, his reputation
20   is too great, and the facts speak for him and
21   we're going to get a chance to get the benefit of
22   what he's been finding out, getting, digging out,
23   his informants and everything else in Atlanta,
24   where Raffensperger and the attorney general said
25   the election was perfect.  I want you to

                                            Page 3

1    remember, the election was perfect.

2              He'll talk about Arizona as well, where

3    we know there were a lot of problems and he'll

4    categorize them and explain, and also the new

5    evidence that's been developed, as well as in

6    Pennsylvania.

7              And then we'll move on to January 6th

8    and what's going on there because he had a really

9    close perspective on that too with some

10   informants that he utilizes in a very, very

11   careful way.

12             So I think you will enjoy this

13   interview with John Solomon.

14        (COMMERCIAL)

15             Well, now we are going to go to I

16   believe the best investigative journalist alive

17   today.  This man is -- this man is an American

18   hero, he really is, so now we'll go to John

19   Solomon.  As you know, this is the guy -- this is

20   the best.  If he tells it to you, I know it's

21   been checked out five times.  And when he tells

22   it to you and he doesn't know it, he tells you I

23   don't know it and I'm going to find out.  I mean,

24   it's incredible.  There used to be a lot of

25   journalists like this.  He may be the only one.

Page 4

1           John, good to see you.

2           JOHN SOLOMON:  Good to be with you, Mr.

3    Mayor.  Thank you for those kind words.

4           RUDY GIULIANI:  And I find you in good

5    health?

6           JOHN SOLOMON:  Yes, all is well.  The

7    year has started well.

8           RUDY GIULIANI:  And I know you're

9    excited about things you have coming up, so let's

10   go over the things we know and then maybe a

11   little prediction for the future.

12           So you've been working on Georgia, the

13   place where Raffensperger said, remember they had

14   a perfect election.  He said he was very upset

15   with Trump because Trump wanted him to take a

16   look and he said, announced several times, we had

17   a perfect election, which, of course, may be the

18   only perfect election in history, but he had a

19   perfect election.

20           So what has happened with the perfect

21   election?

22           JOHN SOLOMON:  Well, we keep getting

23   more and more information to come to light, and

24   it started in Fulton County, which is the largest

25   voting metropolis in Georgia, the home to

Page 5

1   Atlanta, the city of Atlanta.

2          RUDY GIULIANI:  Right.

3          JOHN SOLOMON:  And last summer, we were

4   able to force into public light the 29-page memo

5   that Raffensperger's own hand appointed observer

6   reported back to them, that there were all sorts

7   of problems on election night in the Atlanta

8   voting counting center, things like: double

9   scanning of ballots; peoples' voter privacy

10  protected information, including the way they

11  voted, being visible to the vote counters;

12  ballots being moved in an insecure way, not in

13  the lockboxes that they were supposed to be in.

14          So that 29-page memo came to light

15  almost within a couple of weeks of my reporting

16  that.  The secretary of state went to the State

17  Elections Board and said, hey, there's a new

18  provision in the new Georgia election integrity

19  law that was passed in March 2021, how about we

20  use it.  I think Fulton County is such a mess

21  counting elections that we're going to strip them

22  of their power and take them over, put them into

23  state receivership.

24          RUDY GIULIANI:  Who did that, John?

25          JOHN SOLOMON:  Secretary of State Brad

Page 6

```
 1   Raffensperger, the man who called it a good
 2   election.
 3              RUDY GIULIANI:  Raffensperger, he took
 4   that action --
 5              JOHN SOLOMON:  He did.
 6              RUDY GIULIANI:  -- in November of 2020?
 7              JOHN SOLOMON:  It was spring of 2021,
 8   so months afterwards.  So after all the
 9   allegations occurred in November 2020, that
10   election --
11              RUDY GIULIANI:  Okay.  So this is after
12   -- because in November and December, maybe as
13   late as January, Raffensperger is saying it was a
14   perfect election and, of course, he has that very
15   controversial conversation with the president in
16   which he says the election was perfect and no
17   more than two dead people voted or maybe three,
18   something like that.
19              And then he also suggested the
20   president pressured him to sort of not tell the
21   truth; whereas, the president's point of view is,
22   I had all kinds of allegations of tremendous
23   fraud and I'm just asking you to investigate, my
24   goodness.
25              JOHN SOLOMON:  Right, that's right.
```

Page 7

1   You know, I interviewed Raffensperger recently

2   and he said he didn't felt -- he pointedly

3   declined to say he felt threatened or thought

4   anything illegal occurred on the call.  He said,

5   listen, I just considered it a conversation.  We

6   exchanged our --

7            RUDY GIULIANI:  Well, maybe, I mean,

8   they can do that too.  We know they're not

9   particularly honest.  So when did Raffensperger

10  originally get the memo raising the issue?

11           JOHN SOLOMON:  About 10 days after the

12  November election, but it didn't come to public

13  light for seven months.  Why?  I obtained it in

14  July of 2021, seven months after the election.

15  But he would really --

16           RUDY GIULIANI:  And what did it say

17  again, John?

18           JOHN SOLOMON:  It laid out a wide

19  variety of mismanagement and bad practices that

20  went on in election night and the days after

21  election night when they were still counting the

22  votes.  Things like double scanning of ballots,

23  peoples' privacy information, the voter privacy

24  information including the way they voted, being

25  exposed to the vote counters.  Why is that a

Page 8

1   problem?  Maybe you see a Trump vote, you say I'm
2   not going to count that one or I'm going to mark
3   that spoiled.
4          So there were 29 pages worth of very
5   serious mismanagement that was witnessed -- I
6   witnessed -- by Brad Raffensperger's pointed man
7   on the ground there, and that was kept from the
8   American public for seven months until I got
9   ahold of it in July of last year.  And then
10  within a few weeks of that becoming public, he
11  goes to the State Election Board and starts the
12  process of putting Fulton County into
13  receivership, and that process is almost done.
14  Later this month, we'll get the final decision by
15  the State Elections Board, but there are a lot of
16  signs that the State of Georgia, not Fulton
17  County officials, will run the next couple of
18  elections in Atlanta.
19          RUDY GIULIANI:  So the memo is
20  available to Raffensperger within 10 days of the
21  election.
22          JOHN SOLOMON:  Yes.
23          RUDY GIULIANI:  The memo lays out
24  issues about fraud in the election, significant
25  issues.

Page 9

1            JOHN SOLOMON:  Yeah.  They won't call

2    them fraud; they'll call them mismanagement,

3    that's the term they use, but bad practices, yes.

4            RUDY GIULIANI:  That could lead to an

5    incorrect vote.

6            JOHN SOLOMON:  That's correct.

7            RUDY GIULIANI:  And in that period of

8    time, he doesn't disclose it publicly.

9            JOHN SOLOMON:  Right.  No, he doesn't.

10           RUDY GIULIANI:  And remember, he is

11   saying publicly the election was perfect at that

12   time.

13           JOHN SOLOMON:  Yes.

14           RUDY GIULIANI:  When does he actually

15   for the first time give it to someone else?

16           JOHN SOLOMON:  Well, you know, it kind

17   of stayed in-house and it was just kind of known.

18   I started to hear from Secretary of State

19   officials, hey, we knew that there were problems

20   in Fulton County.  We don't think the problems

21   are big enough to overturn the election, but they

22   were serious problems.  And what happens is while

23   that conversation is going on, the legislature in

24   Georgia, in part spurned by your and others'

25   testimony, they passed a new election integrity

Page 10

1   law and it made lots of changes.

2              RUDY GIULIANI:  I remember probably the

3   most effective hearing held of the four or five

4   that we got going was we did because the courts

5   wouldn't hear a single witness, so we switched

6   our strategy and went to the legislature because

7   we thought that would have a much longer -- they

8   could continue to do it now even we couldn't get

9   it done in time, which they're doing.

10             William Ligon was the chairman of the

11  committee in Georgia.  He was a state senator,

12  and he was extremely conscientious.  He probably

13  had the best hearings.  If you look at

14  Pennsylvania, Michigan, Nevada, Wisconsin, and

15  Arizona, William laid out a case -- my goodness,

16  as a former prosecutor -- he had evidence coming

17  out of everywhere.  He did a very good job.  But

18  did he get this evidence now?

19             JOHN SOLOMON:  He has the 29-page memo,

20  yes.  He does, indeed, and has read it because we

21  made it public.  We put it on "Just the News,"

22  and it was available for everybody to see last

23  summer.

24             RUDY GIULIANI:  Can you send it to us,

25  and we'll make available on the website to this,

Page 11

1   and we can just read it directly?  I've read it.

2   It's very, very (crosstalk).

3           JOHN SOLOMON:  I will absolutely do

4   that.  I'll send it to you once I get off here.

5   So that becomes a very --

6           RUDY GIULIANI:   What would you say is

7   the biggest -- how would you describe to the

8   people so they can understand it better?  What

9   would be the biggest issue that it brings up that

10  has to be resolved?

11          JOHN SOLOMON:  Well, listen, the entire

12  management of Fulton County was just completely

13  incompetent.  They didn't know what they were

14  doing.  They weren't transporting your and my

15  ballots safely in the way that they're meant to

16  be under the law.  They were double scanning and

17  double counting ballots.  There were some of the

18  temporary people that were brought in from a

19  place called Happy Faces, because some of them

20  saying they were there to try to defeat Donald

21  Trump.  They were going to cause trouble for

22  Donald Trump.  You don't want election judges and

23  election workers who have a bias, right?  You

24  want people who go in saying we're going to count

25  the votes honestly.

```
                                       Page 12

1            All of that is delineated in the memo.

2    And once it became public, once the rest of the

3    world got to see it --

4            RUDY GIULIANI:  I remember later on,

5    right.

6            JOHN SOLOMON:  Yeah.  Georgia state

7    officials say, you know what, we got to take care

8    of Fulton County and they have now.  They've

9    begun a very serious process about putting Fulton

10   County into receivership.

11           Now while that's going on, there's some

12   things going on in other states, right.

13   Wisconsin, how the Supreme Court ultimately rules

14   that as many as 250,000 people voted

15   inappropriately; meaning, they were told they

16   could claim they were invalid at home and unable

17   to comply with voter ID rules just because they

18   were afraid to go out in the middle of COVID.

19   The law didn't allow for that.

20           The highest court in Wisconsin says

21   that was an erroneous illegal instruction.  Those

22   votes were not cast lawfully, according to the

23   way the legislature set the rules.  Then shortly

24   after the Supreme Court rules, the legislative

25   audit bureau, basically the non-partisan
```

Page 13

1    investigative arm of the Wisconsin legislature

2    said there were 20-30 problems in Wisconsin that

3    are problematic; meaning, instructions were given

4    by election bureaucrats that were unlawful,

5    should not have been allowed to happen in the

6    2020 election.

7            Then the Arizona audit ends, and you

8    have 50,000 ballots that are flagged as

9    suspicious in a state where the lead was less

10   than 15,000.

11           RUDY GIULIANI:  50,000 ballots that

12   were -- slow that down just a little, John.

13   50,000 ballots that were...

14           JOHN SOLOMON:  Suspicious, that they

15   did not look to be either lawfully cast or

16   involve people who might not have been lawfully

17   allowed to vote, so those 50,000 ballots have

18   been kicked now to the Attorney General Mark

19   Brnovich to investigate each one of those votes

20   and voters to make sure nothing illegal happened.

21   All of that's involved months after the election

22   has already been resolved, and it shows that

23   there are a lot of open questions about the 2020

24   election.

25           And I think the biggest open question

Page 14

1    emerged last week when Raffensperger, the same

2    Secretary of State from Georgia, announced that

3    he had received a credible allegation -- he

4    called it credible --

5              RUDY GIULIANI:  He called it what?

6              JOHN SOLOMON:  A credible, meaning a

7    legal one.

8              RUDY GIULIANI:  Credible allegation.

9              JOHN SOLOMON:  Yeah, that there may

10   have been a widespread ballot harvesting

11   operation in Georgia.  What is ballot harvesting?

12   It means third parties go out and pressure people

13   to vote and then they grab their ballot, and they

14   offer to take it to the ballot box.

15             In Georgia, in Wisconsin, in almost all

16   the battleground states, that activity, that

17   tactic is illegal; it's unlawful under state law.

18   In Georgia, it is irrefutably illegal to do so.

19   He is now investigating allegations that there

20   are videotapes showing people stuffing ballots

21   into the ballot box, that there's a man who was

22   paid tens of thousands of dollars who admits he

23   did that work.  So that investigation is underway

24   and that affects both the November 2020 election

25   involving Donald Trump and Joe Biden and the

Page 15

1    January 5th runoff where the U.S. Senate and

2    control of the U.S. Senate tipped to the

3    Democrats when the Democrats won both races in

4    the January 5, 2021 runoff.

5            So a major evolution of this story over

6    the last 13-14 months.  It went from being a

7    perfect election to there are very serious and

8    credible problems that we've now uncovered.  It's

9    too late, right, to undo the election.

10           RUDY GIULIANI:  Oh my goodness.  I

11   mean, from the day he said it, I knew it wasn't a

12   perfect election.  It's very frustrating, John.

13           But, John, let's go back over ballot

14   harvesting because kind of fast and I think most

15   people know it, but a lot of people don't.

16   Ballot harvesting means that someone goes out and

17   collects lots of ballots.

18           JOHN SOLOMON:  That's correct.

19           RUDY GIULIANI:  And some states

20   prohibit it because it's an opportunity --

21   because many studies, including the Baker-Carter,

22   say that this is extremely, extremely prone to

23   fraud.

24           JOHN SOLOMON:  Yeah, and also they're

25   worried about pressure, right, that people are

Page 16

1    being pressured to vote or pressured a certain

2    way because someone keeps showing up at your door

3    saying give me your ballot, and so they're

4    worried about coercion.  That's one of the things

5    that the states talk about when they pass these

6    laws, that they don't want coercion.

7              So we know the Democrats tried to make

8    harvesting legal in 2020.  How do we know that?

9    They sued Georgia and they sued Arizona and said

10   we want to overturn the bans on harvesting.  So

11   the Democrats wanted to use harvesting to beat

12   Donald Trump; that's not in doubt.  They lost in

13   both places.  They lost in Georgia in the summer

14   of 2020.  They lost in Arizona in a case that

15   made it all the way to the United States Supreme

16   Court, and it just was decided.

17              RUDY GIULIANI:  Who lost?

18              JOHN SOLOMON:  The Democrats.  Mark

19   Elias and Stacey Abrams and the Democratic Party

20   challenged these laws because they wanted to get

21   rid...

22              RUDY GIULIANI:  This is before the

23   general election.

24              JOHN SOLOMON:  They did.

25              RUDY GIULIANI:  This is pre-election

Page 17

1    litigation.  They tried to get permission to

2    collect as many ballots as possible by one person

3    and bringing them in, which violated the law of

4    the state, and the courts said sorry, you can't

5    change the law without the legislature.

6            JOHN SOLOMON:  That's right.  That's

7    exactly what the court said, including the United

8    States Supreme Court where the Arizona challenge

9    made it all the way up to the nine justices here

10   in Washington.

11           The question now is when they lost

12   those legal battles, did someone, did rogue

13   actors, did somebody go out and say you know

14   what, we're going to do harvesting anyways.

15   That's the allegation in Georgia.

16           In Arizona, this is very interesting,

17   it doesn't get a lot of attention, but a half

18   dozen people have now been indicted months after

19   the 2020 election for harvesting in Arizona and

20   there are indications in the court file that they

21   may have discovered a larger operation that

22   they're investigating.

23           So two states, right, now Arizona,

24   Georgia, ongoing investigations into potential

25   mass harvesting.  And then we're hearing word

```
                                           Page 18
 1    today that Wisconsin and Pennsylvania are two
 2    other states where they're now new evidence
 3    starting to emerge.  So we could enter the spring
 4    of 2022, two years almost after the election,
 5    with four states looking at the possibility...
 6              RUDY GIULIANI:  So we have Atlanta,
 7    Arizona, Wisconsin...
 8              JOHN SOLOMON:  And Pennsylvania are the
 9    next two I'm told.
10              RUDY GIULIANI:   There are ballot
11    harvesting investigations in all four places?
12              JOHN SOLOMON:  There are two that are
13    ongoing, Arizona and Georgia.  And then
14    Pennsylvania and Wisconsin, the same group, True
15    the Vote, Catherine Engelbrecht, the well-known
16    conservative voting expert, she has now developed
17    evidence in those states and they're working on
18    that.  They're going to make formal complaints I
19    think in those states.
20              So the two states, there's still a
21    complaint about to be filed.  Two states, the
22    complaints are filed and investigations on
23    ongoing.
24              RUDY GIULIANI:  So can you take us back
25    to Atlanta for a moment.
```

Page 19

1           JOHN SOLOMON:  Sure.

2           RUDY GIULIANI:  So you remember the

3    very famous video of the whole day?  The arena

4    had a security camera.  It was unknown to the

5    participants.  So several days, if not weeks,

6    after the election, the company came forward with

7    tapes of this very suspicious activity where the

8    people are thrown out of the arena, the

9    observers, all the doors were locked.

10           JOHN SOLOMON:  That should never have

11    been done.

12           RUDY GIULIANI:  All the doors were

13    locked.  They then, for about 15 minutes, cased

14    the place to make sure everyone was gone.  Then

15    they opened up this big blanket and under it, lo

16    and behold, all these ballots.  And then with no

17    one observing, in violation of the law, they very

18    seriously tried to count all these votes.

19           Now, is there any further evidence?

20    They have said, of course, that that tape was

21    doctored, done by the Russians, that I doctored

22    it.  I actually never touched it, though it was

23    given to me.

24           JOHN SOLOMON:  So I dug into that a

25    lot.  So first off, there are two parts to this:

Page 20

1  one is the expulsion of the vote observers; that

2  was done an awful lot --

3          RUDY GIULIANI:  Wait, you're telling us

4  that is very important.

5          JOHN SOLOMON:  It should never have

6  happened.  They should never have jettisoned

7  those observers.  You're not supposed to count

8  without bipartisan observers.  So that act

9  clearly happened, it was improper.  People have

10  said that was an improper act and there was some

11  vote counting that occurred after.

12          Now the famous videotape where the

13  ballots come out from underneath the table, those

14  were actual real ballots.  Most of them, I'm told

15  from the reporting I did, they were military

16  absentee ballots.  They had been processed

17  earlier in the day, put in a suitcase.  Probably

18  a bad idea to put it under a table.  Again, not a

19  secure way of holding and transporting ballots.

20  That's one of the things that Brad

21  Raffensperger's guy said.

22          But the actual ballots in that box --

23  I've interviewed multiple people including people

24  that work for the FBI, the GBI -- those ballots

25  turned out to be real ballots, lawful ballots,

Page 21

1    they weren't fake ballots.  And most of them were

2    military absentee ballots as has been described

3    to me, but those were real ballots that were

4    counted.  They shouldn't have been stored under a

5    table.  They should have been in a secure

6    location until the moment, and they shouldn't

7    have been counted until observers were there.

8           But the fact -- I don't think those --

9    my reporting indicates those were real ballots,

10   not fraudulent ballots, just ballots that were

11   mishandled.

12          And that's one of the reasons now why

13   this State Elections Board in Georgia wants to

14   take over Fulton County.  They want to stop those

15   shenanigans so that people can trust the vote

16   count.

17          RUDY GIULIANI:  Well, technically and

18   more than technically, if there's not an

19   observation, the ballot's invalid.

20          JOHN SOLOMON:  Well, the count would be

21   invalid.  They'd have to go back and recount them

22   a second time.  That's right, yeah.

23          RUDY GIULIANI:  Well, actually, I mean,

24   the ballot -- well, it depends on the state.  In

25   Wisconsin, it's clearly the law says if there's

Page 22

1   no observation, the ballot is null and void.  The

2   rule in Pennsylvania was that way.  The rule in

3   Georgia, well, the court would have to have

4   decided.  But in most states, if you are deprived

5   of the first opportunity to check, that becomes a

6   null and void ballot.  That ballot's just taken

7   out of the (sound drops).

8           So if Fulton County had a million

9   ballots, they take one ballot out, so now it has

10  one less than a million.  So those ballots should

11  have come out if there's no observation even if

12  they're legitimate because there's no way really

13  of knowing now if they're legitimate.

14          JOHN SOLOMON:  Well, let me describe

15  what was told to me, Rudy.  It'd be interesting

16  to see what you know.

17          RUDY GIULIANI:  You'd have to

18  investigate every single one and make sure they

19  voted and I'm sure they didn't do that.

20          JOHN SOLOMON:  Yeah.  They did a survey

21  of people that were in that box to make sure, but

22  they didn't do every single one.  My

23  understanding is the ballots were processed the

24  proper way; that they came in, they were logged

25  as having been received and the eyewitnesses --

Page 23

1            RUDY GIULIANI:  Is that observable?

2            JOHN SOLOMON:  Well, the State Election

3    clerks or the clerks do observe them.

4            RUDY GIULIANI:  We're kind of relying

5    on people who have lied in the past.

6            JOHN SOLOMON:  But then the vote

7    counting didn't occur in an observed environment,

8    at least not the first time.  And there's a

9    question about whether those ballots were

10   recounted a second time when observers were

11   restored the next day.  I haven't been able to

12   get that confirmed one way or the other.

13            But the intake of them was properly

14   done, they were properly recorded, based on my

15   reporting.  Again, I can only tell you what I got

16   from the different people I talked to.

17            But I think that one -- you know,

18   again, at the end of the day, do we really want

19   ballots coming out from under tables?  No, we

20   don't because it's not being done the right way.

21            RUDY GIULIANI:  What's the explanation

22   for why they were hidden?

23            JOHN SOLOMON:  They started things as -

24   -

25            RUDY GIULIANI:  And if I recall

Page 24

1    correctly, if you look at it carefully, it looks
2    like ballots are thrown away during that process.
3    It also looks like ballots are counted three and
4    four times.
5            JOHN SOLOMON:  Well, that's something
6    that the -- that is something that the observer
7    noted at least two times, ballots being counted
8    multiple times.  I think one of the things that
9    is really clear in this --
10           RUDY GIULIANI:  And the people doing it
11   are --
12           JOHN SOLOMON:  One of the themes, Mr.
13   Mayor, that you see time and again in the 29-page
14   memo that Carter Jones, the handpicked observer
15   of Brad Raffensperger said ballots were not
16   handled properly from stem to stern.  Sometimes,
17   this is in the report, they were thrown in
18   shopping carriages and carried across the street.
19   That is the most insecure way of moving way that
20   you could possibly imagine.
21           RUDY GIULIANI:  Was anyone put before a
22   grand jury about that; anybody under oath as to
23   why they had a blanket there and kept it there
24   all day and didn't look at it until they threw
25   everyone out?

Page 25

1              JOHN SOLOMON:  Yup.  There were people

2    interviewed by federal law enforcement and state

3    law enforcement, so I guess they would be under

4    the penalty of lying to law enforcement if they

5    lied.

6              RUDY GIULIANI:  Yeah, but no one has

7    seen those reports.

8              JOHN SOLOMON:  Yeah, I have.  I've seen

9    some of the reports.

10             RUDY GIULIANI:  You have?

11             JOHN SOLOMON:  I have.

12             RUDY GIULIANI:  Those reports are

13   available?

14             JOHN SOLOMON:  Yup, and there seems to

15   be -- you know, listen, in the dialogue, it looks

16   to be that there are explanations for it.  There

17   are explanations for bad behavior though, right?

18   We shouldn't have ballots sitting under a table.

19   We shouldn't have ballots --

20             RUDY GIULIANI:  Oh, I'd love to see it.

21             JOHN SOLOMON:  -- is the part that most

22   disturbs people.  If you're going to set up a

23   system of observation, than by god, (crosstalk)

24   in place.

25             RUDY GIULIANI:  Fulton County is the

```
                                         Page 26

 1    county in which the new mayor's just been

 2    elected, right?

 3              JOHN SOLOMON:  The City of Atlanta,

 4    there's a new mayor.

 5              RUDY GIULIANI:  That's the mayor whose

 6    chief just got arrested for terrorism, right?

 7              JOHN SOLOMON:  I'm not familiar with

 8    that case.

 9              RUDY GIULIANI:  Yeah, yeah.

10              JOHN SOLOMON:  Well, that's really

11    interesting.

12              RUDY GIULIANI:  The point that I'm

13    making is you're talking about an extremely

14    corrupt county.

15              JOHN SOLOMON:  And also, you know,

16    here's a funny thing.  When I started digging

17    into this, Rudy, 20 years ago, people started

18    being concerned about Fulton County and for 20

19    years, neither Republicans nor Democrats have

20    taken any effort to fix it.  So I started

21    interviewing people, like, all these problems go

22    back.  Yeah, they've been doing these bad things

23    for years, but why didn't anyone step into the

24    void.

25              In fact, on election night, you can
```

Page 27

1   actually see Brad Raffensperger make a statement

2   saying I think there's funny business going on in

3   Fulton County.  Then he declares everything was

4   good.

5           RUDY GIULIANI:  Did he say that on the

6   record, John?

7           JOHN SOLOMON:  He did.  He gave an

8   interview saying I'm deeply upset with what's

9   going on in Fulton County; it's not right.  He

10  did it about 11:00 at night.

11          RUDY GIULIANI:  That would be about the

12  time this happened.  I think it was 10:30.  I

13  could be wrong.

14          JOHN SOLOMON:  10:30 is when the call

15  came.

16          RUDY GIULIANI:  Well, you see, the

17  other thing that's suspicious about it:  At or

18  about the same time, they stopped the count in

19  Philadelphia, Pittsburgh, Detroit, Milwaukee,

20  Minneapolis, and that's it.

21          JOHN SOLOMON:  It's, you know, right

22  now, I think the most active thing to be watching

23  for, Mr. Mayor, is this harvesting campaign

24  because there are signs that it may have been

25  multi coordinated across multiple states.  And

Page 28

1   who was involved in that, we need to get to the

2   bottom of that.  But that's what right now of all

3   the active things going on beyond what Arizona's

4   doing with the post-audit results and

5   investigation, the idea that there might have

6   been a large harvesting campaign in multiple

7   states, that's the thing that I think most is

8   going to have impact in the next three to four

9   months.

10          RUDY GIULIANI:  Well, John, you've also

11  been -- if you have a moment -- you've also been

12  very active looking at January 6th.

13          JOHN SOLOMON:  I have indeed, I have.

14  Yes, I've had a couple of thoughts.

15          RUDY GIULIANI:  Is there anything you

16  can share with us about that?

17          JOHN SOLOMON:  Well, listen, on January

18  6th, I think some really important things to keep

19  in mind.  The pattern of misinformation and wrong

20  information that we saw all through Russia

21  collusion, when you unravel that case as one of

22  President Trump's lawyers and you saw all the

23  times that Adam Schiff said things that weren't

24  true, it's carried into this investigation.

25          One famous anecdote that I broke, I

Page 29

1    decided to be as a reporter, they put out a

2    subpoena to Bernard Kerik, your friend and the

3    former NYPD commissioner, and it said we want

4    documents because we know you attended a January

5    5th meeting at the Willard Hotel in Washington,

6    D.C. where you plotted to overthrow the election.

7              Now, there's a lot of loaded language

8    in there, but here's the most important thing.

9    Bernie Kerik could not have been in Washington,

10   D.C. when that alleged meeting occurred because

11   his phone records, his toll record, and his

12   testimony was he was in New York taking care of a

13   family matter.

14             When we exposed that -- we put that out

15   there, we showed the phone records, we showed the

16   toll booth records --

17             RUDY GIULIANI:  I remember that.

18             JOHN SOLOMON:  -- they had to apologize

19   and say, whoops, we're sorry, we got that wrong.

20   That's not the sort of investigation Americans

21   want of such an important event.  They want

22   factually accurate information.  Too often, this

23   investigation has looked for political gotchas

24   without the facts.  And I think the more the

25   investigation goes on, the more it is eroding its

Page 30

1  own credibility and I think that's one of the

2  things that we're seeing, we're seeing a lot of

3  mistakes.  In the last couple of weeks alone,

4  remember they doctored a text message between

5  Congressman Jim Jordan and White House Chief of

6  Staff Mark Meadows; that should not happen.  That

7  sounds familiar: doctoring of a text message.

8          RUDY GIULIANI:  Oh, sure.  It sounds

9  like Washington collusion, the obstruction of

10  justice charge, the phony conversation.  They

11  can't put out a totally phone version of the

12  conversation with the Ukrainian president.

13          JOHN SOLOMON:  Here's another one.  A

14  lot of people forget this, but in the second

15  impeachment trial, they doctored a tweet.  It was

16  Eric Swalwell who put this up on the screen and

17  doctored someone's tweet to say something and

18  mean something it never was intended to say.

19  They had to apologize for that.

20          These are like the Keystone Cops.  It's

21  one thing to do an investigation, doesn't even

22  have a political motive, but you should be able

23  to get your facts right.  And the January 6th

24  Commission, much like the Russia collusion

25  investigations and the earlier Ukraine

Page 31

1    investigations, all of them have had such serious

2    factual flaws that most Americans now are at risk

3    of not taking them seriously, and that's bad for

4    Congress, bad for Washington, bad for America.

5              RUDY GIULIANI:  Well, John, I can't

6    tell you how appreciative I am that you bring us

7    these facts because you're always ahead three,

8    four weeks of everything that we've gotten.  You

9    go through it so carefully that we can rely on

10   it.

11             Anything else you want to share with

12   us?

13             JOHN SOLOMON:  One last thing.  This

14   will come out in a couple of weeks.  We're still

15   putting the finishing touches on it.

16             RUDY GIULIANI:  Please.

17             JOHN SOLOMON:  But one of the big

18   storylines of the impeachment trial, the first

19   impeachment trial, the one involving Ukraine, was

20   that the reason Joe Biden pressured Ukraine to

21   fire its chief prosecutor who, by the way, just

22   happened to be investigating Hunter Biden's

23   company was, everybody thought he was

24   ineffective, crooked, corrupt.

25             Now he's always said -- this

Page 32

1   prosecutor, Viktor Shokin, I was not; in fact,

2   the Americans were telling me I'm doing a good

3   job.  We sued.  We've uncovered some new

4   documents.  We're going to put them out at the

5   end of January, but they're going to

6   unequivocally show that Viktor Shokin's account

7   that the State Department told him he was doing a

8   good job is true; they did tell him.  They were

9   impressed I think is the word they used in some

10  of the language.

11          Another one of the facts, another one

12  of the storylines from another Democratic

13  investigation falling apart once you can get to

14  the truth, which unfortunately takes a year or

15  two to get out of Washington.

16          RUDY GIULIANI:  You know, I've got to

17  ask you this because it's one of the most

18  startling things because I defended him during

19  that time and I realized when I got the hard

20  drive, which was sometime later, that the hard

21  drive contains what any lawyer to consider

22  dramatic exculpatory evidence that would have

23  blown that charge out of the water because they

24  put a lot of emphasis, the Democrats did, on the

25  fact that maybe Hunter did this, but Joe had not

Page 33

1    connection.  Joe never knew anything about

2    Ukraine, never knew anything about it.  And here,

3    the FBI was in possession, as they've been saying

4    that, of a hard drive that conclusively proves

5    with photographs and texts and email that Joe was

6    substantially involved with the Ukrainians, the

7    Kazaks, and the Russians.

8              JOHN SOLOMON:  And the very man who was

9    just arrested this weekend for treason in

10   Kazakhstan --

11             RUDY GIULIANI:  Massimov, right?

12             JOHN SOLOMON:  That's one of the

13   business associates that Hunter Biden was meeting

14   with and Joe Biden took his picture with Hunter

15   Biden, so the connections continue to go on.

16             I want to go back to one thing you said

17   because it's so important to the Ukrainian

18   narrative that has been lost.  The allegation

19   against the president was he had no basis to ask

20   for an investigation of Hunter and Joe Biden

21   because Hunter Biden didn't know -- hadn't done

22   anything wrong.  And we can go through the whole

23   conflict of interest issue and debate --

24             RUDY GIULIANI:  Of course, of course,

25   of course.

Page 34

1          JOHN SOLOMON:  But let's remember

2   what's on that laptop that you made public to the

3   American people.  There are emails from 2016 and

4   2017 telling Hunter Biden he had not paid his

5   U.S. taxes on all that money he got from Burisma.

6   That is a natural predicate for an investigation.

7          RUDY GIULIANI:  Of course.

8          JOHN SOLOMON:  It shows that the

9   president, President Trump had a right to ask for

10  it.  That should have been made available at the

11  trial and, unfortunately, it wasn't.

12          RUDY GIULIANI:  John, and I have also

13  document something that you and I established

14  very, very early and that is that on February 1st

15  of 2016, which is within a month of his being

16  fired, the prosecutor's office, Shokin's office

17  raided Burisma and arrested them.

18          So remember they had constantly said

19  there was no active investigation.  Shokin was

20  doing nothing.  He wasn't doing nothing; he shut

21  the business down and it was public.  And then

22  you remember because you helped to get these, in

23  February of that month, very suspiciously, there

24  were four trans-Atlantic conversations at least

25  between the Vice President and President

Page 35

1   Poroshenko.  There's no other month in the eight

2   years that he's in office that he talks to him

3   four times.

4           And in that period of time is the

5   period of time that the arrest takes place, which

6   would get Biden all excited, right, four

7   conversations threatening him, and then Shokin is

8   fired.  And then Shokin, of course, gives you his

9   version of those conversations, but it's

10  corroborated by the fact that he did raid them,

11  and we do have these conversations.

12          JOHN SOLOMON:  These new documents are

13  going to show that Shokin was at the very least

14  getting a mixed message, meaning they were

15  telling him he was a good job while they were

16  working behind the scenes to fire him, and that's

17  something that was not provided to the American

18  people, to the Congress during a trial; it's

19  exculpatory.

20          So many things that came out afterwards

21  that showed the Ukraine narrative that Adam

22  Schiff and the Democrats, Jerry Nadler, and

23  others drafted is just not a true story and we're

24  going to break some more of that at the end of

25  this month.

Page 36

1              RUDY GIULIANI:  And the strangest

2     thing, John, is we're living through it right --

3     the January 6th whatever that is, rough

4     committee, is doing exactly the same thing all

5     over again.

6              JOHN SOLOMON:  Yup, getting their facts

7     wrong time and again.  They want something to be

8     right, so they just say it when it's not

9     necessarily backed by the facts, and that's

10    what's making Americans not trust their congress,

11    not trust these oversight investigations anymore.

12    Oversight done well can be very important to the

13    American people, but these are political

14    prosecutions and if they get their facts wrong,

15    the American people are going to stop tuning in

16    and that's what's happened.  I don't know of

17    anyone that's been riveted to their TV watching

18    the January 6th Commission hearing because no one

19    trusts them.

20             RUDY GIULIANI:  No, I think it's gotten

21    to that point, but I have to say, John, you're

22    one of the reasons for it and you've been put

23    through hell and it's wonderful to see you

24    looking so good and looking so positive.  God

25    bless you.

```
                                              Page 37

 1              JOHN SOLOMON:  There's nothing like

 2    another story to keep you healthy.

 3              RUDY GIULIANI:  I think pursuing the

 4    truth does it, you know?

 5              JOHN SOLOMON:  It does.  Well, we got a

 6    lot more truth to tell in 2022.

 7              RUDY GIULIANI:  Yeah.  And, you know,

 8    it looks so bad and then all of a sudden when the

 9    facts come in and you realize, oh my goodness,

10    yeah, it is the truth, it really is the truth.

11    Well, good job, John.

12              JOHN SOLOMON:  Thank you, sir,

13    appreciate the (crosstalk).

14              RUDY GIULIANI:  You deserve the awards

15    you've gotten.  I don't know if they'll give you

16    awards for this one, but when you were more on

17    their side, they used to give you all kinds of

18    rewards.  You're one of the most decorated

19    journalists.

20              JOHN SOLOMON:  Time has a way of

21    healing all that.

22              RUDY GIULIANI:  I know it does (sound

23    glitch).

24              JOHN SOLOMON:  Yeah.  And also, my

25    first editor told me, "You're only as good as
```

Page 38

1   your next story, so get back to work and get

2   another story."  That's it.

3             RUDY GIULIANI:  Oh yeah.  We'll talk to

4   you in a little while, John.  Congratulations,

5   and to your family, all the best.

6             JOHN SOLOMON:  Thank you, Rudy.  Bye-

7   bye.

8        (COMMERCIAL)

9             RUDY GIULIANI:  Well, I think that was

10  quite an interview, speaks for itself.  We're

11  going to keep on top of these, what happened in

12  Atlanta, what happened in Pennsylvania.  The

13  thing I always emphasize to you as the evidence

14  comes in here, here, here, here, and here, is how

15  similar the pattern is at each place.

16             You see, they have people, all of a

17  sudden, surprise, everybody's in a pen in the

18  morning in Philadelphia, when then it's also in

19  Pittsburgh and in Detroit and in Minneapolis and

20  in Milwaukee and in Las Vegas and in Atlanta.

21  What, did they all decide to have pens in the

22  morning, put the Republican in pens?  Never did

23  it before in a hundred years.  Stick them in pens

24  so they can't see the ballots.

25             The theme that runs through all this

Page 39

1    when he's talking about Wisconsin, when he's

2    talking about Atlanta, they couldn't see.  They

3    want to see the paper and it turns out that some

4    of the paper is crap paper.  We don't know how

5    much.  We don't know how much and how suspicious

6    it is.  But Raffensperger said it was a perfect

7    election and it turns out now, it's far from

8    perfect; he has to eat crow.

9            It's not about eating crow though.

10   This is about destroying our republic.  This has

11   got to come out.  I don't say that it can

12   overturn the election, of course it's not, not at

13   this time.  What I can say is to act as a

14   strength, so we don't ever have this happen

15   again.  American presidents have got to be held

16   like they're honest.  We can't give that away, we

17   give away our country, we give away our

18   democracy, we give away our decency.

19            Thank God we have men like Mr. Solomon

20   and you for paying attention to it.  We're going

21   to get to the bottom of this with common sense,

22   we're going to get to the truth.  God bless you.

23   God bless you for paying attention and sticking

24   with us and God bless America.  We'll be back in

25   just a day or two.

Page 40

1                    C E R T I F I C A T I O N

2

3     I, Sonya Ledanski Hyde, certify that the

4     foregoing transcript is a true and accurate

5     record of the proceedings.

6

7     _Sonya M. Ledanski Hyde_

8

9     _____

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date: November 9, 2022

17

18

19

20

21

22

23

24

25

**[10 - ballots]**                                                                Page 1

| 1 |
|---|
| **10**   7:11 8:20 |
| **10:30**   27:12,14 |
| **11501**   40:14 |
| **11:00**   27:10 |
| **12**   1:16 |
| **12151**   40:7 |
| **13-14**   15:6 |
| **15**   19:13 |
| **15,000**   13:10 |
| **1st**   34:14 |

| 2 |
|---|
| **20**   26:17,18 |
| **20-30**   13:2 |
| **2016**   34:3,15 |
| **2017**   34:4 |
| **2020**   6:6,9 13:6 |
| 13:23 14:24 16:8 |
| 16:14 17:19 |
| **2021**   5:19 6:7 |
| 7:14 15:4 |
| **2022**   1:16 18:4 |
| 37:6 40:16 |
| **204**   1:15 |
| **250,000**   12:14 |
| **29**   5:4,14 8:4 |
| 10:19 24:13 |

| 3 |
|---|
| **300**   40:13 |
| **330**   40:12 |

| 5 |
|---|
| **5**   15:4 |
| **50,000**   13:8,11 |
| 13:13,17 |
| **5th**   15:1 29:5 |

| 6 |
|---|
| **6th**   3:7 28:12,18 |
| 30:23 36:3,18 |

| 9 |
|---|
| **9**   40:16 |

| a |
|---|
| **able**   5:4 23:11 |
| 30:22 |
| **abrams**   16:19 |
| **absentee**   20:16 |
| 21:2 |
| **absolutely**   11:3 |
| **account**   32:6 |
| **accurate**   29:22 |
| 40:4 |
| **act**   20:8,10 39:13 |
| **action**   6:4 |
| **active**   27:22 28:3 |
| 28:12 34:19 |
| **activity**   14:16 |
| 19:7 |
| **actors**   17:13 |
| **actual**   20:14,22 |
| **adam**   28:23 |
| 35:21 |
| **admits**   14:22 |
| **affect**   2:19 |
| **afraid**   12:18 |
| **ago**   26:17 |
| **agree**   2:18 |
| **ahead**   31:7 |
| **ahold**   8:9 |
| **alive**   3:16 |
| **allegation**   14:3,8 |
| 17:15 33:18 |
| **allegations**   6:9 |
| 6:22 14:19 |

| (continued) |
|---|
| **alleged**   29:10 |
| **allow**   12:19 |
| **allowed**   13:5,17 |
| **america**   31:4 |
| 39:24 |
| **american**   3:17 |
| 8:8 34:3 35:17 |
| 36:13,15 39:15 |
| **americans**   29:20 |
| 31:2 32:2 36:10 |
| **anecdote**   28:25 |
| **announced**   4:16 |
| 14:2 |
| **anybody**   24:22 |
| **anymore**   36:11 |
| **anyways**   17:14 |
| **apart**   32:13 |
| **apologize**   29:18 |
| 30:19 |
| **appointed**   5:5 |
| **appreciate**   37:13 |
| **appreciative** |
| 31:6 |
| **arena**   19:3,8 |
| **arizona**   3:2 |
| 10:15 13:7 16:9 |
| 16:14 17:8,16,19 |
| 17:23 18:7,13 |
| **arizona's**   28:3 |
| **arm**   13:1 |
| **arrest**   35:5 |
| **arrested**   26:6 |
| 33:9 34:17 |
| **asking**   6:23 |
| **associates**   33:13 |
| **atlanta**   2:23 5:1 |
| 5:1,7 8:18 18:6 |
| 18:25 26:3 38:12 |

| (continued) |
|---|
| 38:20 39:2 |
| **atlantic**   34:24 |
| **attended**   29:4 |
| **attention**   17:17 |
| 39:20,23 |
| **attorney**   2:24 |
| 13:18 |
| **audit**   12:25 13:7 |
| 28:4 |
| **available**   8:20 |
| 10:22,25 25:13 |
| 34:10 |
| **awards**   2:16 |
| 37:14,16 |
| **awful**   20:2 |

| b |
|---|
| **back**   2:2 5:6 |
| 15:13 18:24 |
| 21:21 26:22 |
| 33:16 38:1 39:24 |
| **backed**   36:9 |
| **bad**   7:19 9:3 |
| 20:18 25:17 |
| 26:22 31:3,4,4 |
| 37:8 |
| **baker**   15:21 |
| **ballot**   14:10,11 |
| 14:13,14,21 |
| 15:13,16 16:3 |
| 18:10 21:24 22:1 |
| 22:6,9 |
| **ballot's**   21:19 |
| 22:6 |
| **ballots**   5:9,12 |
| 7:22 11:15,17 |
| 13:8,11,13,17 |
| 14:20 15:17 17:2 |
| 19:16 20:13,14 |

**[ballots - confirmed]**                                                      Page 2

20:16,19,22,24
20:25,25 21:1,2
21:3,9,10,10
22:9,10,23 23:9
23:19 24:2,3,7
24:15 25:18,19
38:24
**bans** 16:10
**based** 23:14
**basically** 12:25
**basis** 33:19
**battleground**
14:16
**battles** 17:12
**beat** 16:11
**becoming** 8:10
**begun** 12:9
**behavior** 25:17
**behold** 19:16
**believe** 3:16
**benefit** 2:21
**bernard** 29:2
**bernie** 29:9
**best** 2:9 3:16,20
10:13 38:5
**better** 11:8
**beyond** 28:3
**bias** 11:23
**biden** 14:25
31:20 33:13,14
33:15,20,21 34:4
35:6
**biden's** 31:22
**big** 2:16 9:21
19:15 31:17
**biggest** 2:16 11:7
11:9 13:25

**bipartisan** 20:8
**bit** 2:6
**blanket** 19:15
24:23
**bless** 36:25 39:22
39:23,24
**blown** 32:23
**board** 5:17 8:11
8:15 21:13
**booth** 29:16
**bottom** 28:2
39:21
**box** 14:14,21
20:22 22:21
**brad** 5:25 8:6
20:20 24:15 27:1
**break** 35:24
**breaking** 2:7
**bring** 31:6
**bringing** 17:3
**brings** 11:9
**brnovich** 13:19
**broke** 2:14,14
28:25
**brought** 11:18
**bureau** 12:25
**bureaucrats**
13:4
**burisma** 34:5,17
**business** 27:2
33:13 34:21
**bye** 38:6,7

                  **c**

**c** 40:1,1
**call** 7:4 9:1,2
27:14
**called** 6:1 11:19
14:4,5

**camera** 19:4
**campaign** 27:23
28:6
**care** 12:7 29:12
**careful** 3:11
**carefully** 24:1
31:9
**carriages** 24:18
**carried** 24:18
28:24
**carter** 15:21
24:14
**case** 10:15 16:14
26:8 28:21
**cased** 19:13
**cast** 12:22 13:15
**categorize** 3:4
**catherine** 18:15
**cause** 11:21
**center** 5:8
**certain** 16:1
**certainly** 2:11
**certify** 40:3
**chairman** 10:10
**challenge** 17:8
**challenged** 16:20
**chance** 2:21
**change** 17:5
**changes** 10:1
**charge** 30:10
32:23
**check** 22:5
**checked** 3:21
**chief** 26:6 30:5
31:21
**city** 5:1 26:3
**claim** 12:16

**clear** 24:9
**clearly** 20:9
21:25
**clerks** 23:3,3
**close** 3:9
**coercion** 16:4,6
**collect** 17:2
**collects** 15:17
**collusion** 28:21
30:9,24
**come** 2:8 4:23
7:12 20:13 22:11
31:14 37:9 39:11
**comes** 38:14
**coming** 4:9
10:16 23:19
**commercial** 3:14
38:8
**commission**
30:24 36:18
**commissioner**
29:3
**committee** 10:11
36:4
**common** 1:13
2:2 39:21
**company** 19:6
31:23
**complaint** 18:21
**complaints**
18:18,22
**completely** 11:12
**comply** 12:17
**concerned** 26:18
**conclusively**
33:4
**confirmed** 23:12

**[conflict - drive]**                                                                Page 3

| | | **d** | |
|---|---|---|---|
| conflict 33:23 | count 8:2 11:24 | | described 21:2 |
| congratulations | 19:18 20:7 21:16 | d.c. 29:6,10 | deserve 37:14 |
| 38:4 | 21:20 27:18 | date 40:16 | destroying 39:10 |
| congress 31:4 | counted 21:4,7 | day 15:11 19:3 | detroit 27:19 |
| 35:18 36:10 | 24:3,7 | 20:17 23:11,18 | 38:19 |
| congressman | counters 5:11 | 24:24 39:25 | developed 3:5 |
| 30:5 | 7:25 | days 7:11,20 | 18:16 |
| connection 33:1 | counting 5:8,21 | 8:20 19:5 | dialogue 25:15 |
| connections | 7:21 11:17 20:11 | dead 6:17 | different 23:16 |
| 33:15 | 23:7 | dealt 2:10,11 | digging 2:22 |
| conscientious | country 39:17 | debate 33:23 | 26:16 |
| 10:12 | 40:12 | december 6:12 | directly 11:1 |
| conservative | county 4:24 5:20 | decency 39:18 | disclose 9:8 |
| 18:16 | 8:12,17 9:20 | decide 38:21 | discovered 17:21 |
| consider 32:21 | 11:12 12:8,10 | decided 16:16 | disturbs 25:22 |
| considered 7:5 | 21:14 22:8 25:25 | 22:4 29:1 | doctored 19:21 |
| constantly 34:18 | 26:1,14,18 27:3 | decision 8:14 | 19:21 30:4,15,17 |
| contains 32:21 | 27:9 | declares 27:3 | doctoring 30:7 |
| continue 10:8 | couple 5:15 8:17 | declined 7:3 | document 34:13 |
| 33:15 | 28:14 30:3 31:14 | decorated 37:18 | documents 29:4 |
| control 15:2 | course 4:17 6:14 | deeply 27:8 | 32:4 35:12 |
| controversial | 19:20 33:24,24 | defeat 11:20 | doing 10:9 11:14 |
| 6:15 | 33:25 34:7 35:8 | defended 32:18 | 24:10 26:22 28:4 |
| conversation | 39:12 | delineated 12:1 | 32:2,7 34:20,20 |
| 6:15 7:5 9:23 | court 12:13,20 | democracy | 36:4 |
| 30:10,12 | 12:24 16:16 17:7 | 39:18 | dollars 14:22 |
| conversations | 17:8,20 22:3 | democratic | donald 11:20,22 |
| 34:24 35:7,9,11 | courts 10:4 17:4 | 16:19 32:12 | 14:25 16:12 |
| coordinated | covid 12:18 | democrats 15:3 | door 16:2 |
| 27:25 | crap 39:4 | 15:3 16:7,11,18 | doors 19:9,12 |
| cops 30:20 | credibility 30:1 | 26:19 32:24 | double 5:8 7:22 |
| correct 9:6 15:18 | credible 14:3,4,6 | 35:22 | 11:16,17 |
| correctly 24:1 | 14:8 15:8 | department 32:7 | doubt 16:12 |
| corroborated | crooked 31:24 | depends 21:24 | dozen 17:18 |
| 35:10 | crosstalk 11:2 | deprived 22:4 | drafted 35:23 |
| corrupt 26:14 | 25:23 37:13 | describe 11:7 | dramatic 32:22 |
| 31:24 | crow 39:8,9 | 22:14 | drive 32:20,21 |
| | | | 33:4 |

**[drops - future]** Page 4

drops 22:7
dug 19:24

**e**

e 40:1
earlier 20:17
30:25
early 34:14
eat 39:8
eating 39:9
editor 37:25
effective 10:3
effort 26:20
eight 35:1
either 13:15
elected 26:2
election 1:15
2:25 3:1 4:14,17
4:18,19,21 5:7
5:18 6:2,10,14
6:16 7:12,14,20
7:21 8:11,21,24
9:11,21,25 11:22
11:23 13:4,6,21
13:24 14:24 15:7
15:9,12 16:23,25
17:19 18:4 19:6
23:2 26:25 29:6
39:7,12
elections 5:17,21
8:15,18 21:13
elias 16:19
email 33:5
emails 34:3
emerge 18:3
emerged 14:1
emphasis 32:24
emphasize 38:13

ends 13:7
enforcement
25:2,3,4
engelbrecht
18:15
enjoy 3:12
enter 18:3
entire 11:11
environment
23:7
ep 1:15
eric 30:16
eroding 29:25
erroneous 12:21
established
34:13
event 29:21
everybody 10:22
31:23
everybody's
38:17
evidence 3:5
10:16,18 18:2,17
19:19 32:22
38:13
evolution 15:5
exactly 17:7 36:4
exchanged 7:6
excited 4:9 35:6
exciting 2:4
exculpatory
32:22 35:19
expert 18:16
explain 3:4
explanation
23:21
explanations
25:16,17

exposed 7:25
29:14
expulsion 20:1
extremely 10:12
15:22,22 26:13
eyewitnesses
22:25

**f**

f 40:1
faces 11:19
fact 21:8 26:25
32:1,25 35:10
facts 2:20 29:24
30:23 31:7 32:11
36:6,9,14 37:9
factual 31:2
factually 29:22
fake 21:1
falling 32:13
familiar 26:7
30:7
family 29:13
38:5
famous 19:3
20:12 28:25
far 39:7
fast 15:14
fbi 20:24 33:3
february 34:14
34:23
federal 25:2
felt 7:2,3
file 17:20
filed 18:21,22
final 8:14
find 3:23 4:4
finding 2:22

finds 2:18
finishing 31:15
fire 31:21 35:16
fired 34:16 35:8
first 9:15 19:25
22:5 23:8 31:18
37:25
five 3:21 10:3
fix 26:20
flagged 13:8
flaws 31:2
force 5:4
foregoing 40:4
forget 30:14
formal 18:18
former 10:16
29:3
forward 19:6
found 1:14
four 10:3 18:5
18:11 24:4 28:8
31:8 34:24 35:3
35:6
fraud 6:23 8:24
9:2 15:23
fraudulent 21:10
friend 29:2
frustrating
15:12
fulton 4:24 5:20
8:12,16 9:20
11:12 12:8,9
21:14 22:8 25:25
26:18 27:3,9
funny 26:16 27:2
further 19:19
future 4:11

[gbi - incredible]                                                    Page 5

| g | | |
| --- | --- | --- |

**gbi** 20:24
**general** 2:24
13:18 16:23
**georgia** 4:12,25
5:18 8:16 9:24
10:11 12:6 14:2
14:11,15,18 16:9
16:13 17:15,24
18:13 21:13 22:3
**getting** 2:22 4:22
35:14 36:6
**giuliani** 1:15 2:1
2:2 4:4,8 5:2,24
6:3,6,11 7:7,16
8:19,23 9:4,7,10
9:14 10:2,24
11:6 12:4 13:11
14:5,8 15:10,19
16:17,22,25 18:6
18:10,24 19:2,12
20:3 21:17,23
22:17 23:1,4,21
23:25 24:10,21
25:6,10,12,20,25
26:5,9,12 27:5
27:11,16 28:10
28:15 29:17 30:8
31:5,16 32:16
33:11,24 34:7,12
36:1,20 37:3,7
37:14,22 38:3,9
**giuliani's** 1:13
**give** 9:15 16:3
37:15,17 39:16
39:17,17,18
**given** 13:3 19:23

**gives** 35:8
**glitch** 37:23
**go** 3:15,18 4:10
11:24 12:18
14:12 15:13
17:13 21:21
26:21 31:9 33:15
33:16,22
**god** 25:23 36:24
39:19,22,23,24
**goes** 8:11 15:16
29:25
**going** 2:21 3:8
3:15,23 5:21 8:2
8:2 9:23 10:4
11:21,24 12:11
12:12 17:14
18:18 25:22 27:2
27:9 28:3,8 32:4
32:5 35:13,24
36:15 38:11
39:20,22
**good** 4:1,2,4 6:1
10:17 27:4 32:2
32:8 35:15 36:24
37:11,25
**goodness** 6:24
10:15 15:10 37:9
**gotchas** 29:23
**gotten** 31:8
36:20 37:15
**grab** 14:13
**grand** 24:22
**great** 2:20
**ground** 8:7
**group** 18:14
**guess** 25:3

**guy** 3:19 20:21

| h | | |
| --- | --- | --- |

**half** 17:17
**hand** 5:5
**handled** 24:16
**handpicked**
24:14
**happen** 13:5
30:6 39:14
**happened** 4:20
13:20 20:6,9
27:12 31:22
36:16 38:11,12
**happens** 9:22
**happy** 11:19
**hard** 32:19,20
33:4
**harvesting** 14:10
14:11 15:14,16
16:8,10,11 17:14
17:19,25 18:11
27:23 28:6
**he'll** 3:2,3
**healing** 37:21
**health** 4:5
**healthy** 37:2
**hear** 9:18 10:5
**hearing** 10:3
17:25 36:18
**hearings** 10:13
**held** 10:3 39:15
**hell** 36:23
**hello** 2:1
**helped** 34:22
**hero** 2:17 3:18
**hey** 5:17 9:19
**hidden** 23:22

**highest** 12:20
**hill** 2:14
**history** 4:18
**holding** 20:19
**home** 4:25 12:16
**honest** 7:9 39:16
**honestly** 11:25
**hotel** 29:5
**house** 9:17 30:5
**hundred** 38:23
**hunter** 31:22
32:25 33:13,14
33:20,21 34:4
**hyde** 40:3

| i | | |
| --- | --- | --- |

**idea** 20:18 28:5
**illegal** 7:4 12:21
13:20 14:17,18
**imagine** 24:20
**impact** 28:8
**impeachment**
30:15 31:18,19
**important** 20:4
28:18 29:8,21
33:17 36:12
**impressed** 32:9
**improper** 20:9
20:10
**inappropriately**
12:15
**including** 5:10
7:24 15:21 17:7
20:23
**incompetent**
11:13
**incorrect** 9:5
**incredible** 3:24

indicates 21:9
indications
  17:20
indicted 17:18
ineffective 31:24
informants 2:23
  3:10
information
  4:23 5:10 7:23
  7:24 28:20 29:22
insecure 5:12
  24:19
instruction
  12:21
instructions 13:3
intake 23:13
integrity 5:18
  9:25
intended 30:18
interest 33:23
interesting 17:16
  22:15 26:11
interview 2:4
  3:13 27:8 38:10
interviewed 7:1
  20:23 25:2
interviewing
  26:21
invalid 12:16
  21:19,21
investigate 6:23
  13:19 22:18
investigating
  14:19 17:22
  31:22
investigation
  14:23 28:5,24
  29:20,23,25

30:21 32:13
  33:20 34:6,19
investigations
  17:24 18:11,22
  30:25 31:1 36:11
investigative 2:9
  3:16 13:1
involve 13:16
involved 13:21
  28:1 33:6
involving 14:25
  31:19
irrefutably
  14:18
issue 7:10 11:9
  33:23
issues 8:24,25
it'd 22:15

**j**

jan 1:16
january 3:7 6:13
  15:1,4 28:12,17
  29:4 30:23 32:5
  36:3,18
jerry 35:22
jettisoned 20:6
jim 30:5
job 10:17 32:3,8
  35:15 37:11
joe 14:25 31:20
  32:25 33:1,5,14
  33:20
john 1:13 2:7,8,9
  3:13,18 4:1,2,6
  4:22 5:3,24,25
  6:5,7,25 7:11,17
  7:18 8:22 9:1,6,9
  9:13,16 10:19

11:3,11 12:6
  13:12,14 14:6,9
  15:12,13,18,24
  16:18,24 17:6
  18:8,12 19:1,10
  19:24 20:5 21:20
  22:14,20 23:2,6
  23:23 24:5,12
  25:1,8,11,14,21
  26:3,7,10,15
  27:6,7,14,21
  28:10,13,17
  29:18 30:13 31:5
  31:13,17 33:8,12
  34:1,8,12 35:12
  36:2,6,21 37:1,5
  37:11,12,20,24
  38:4,6
jones 24:14
jordan 30:5
journalism 2:17
journalist 3:16
journalists 3:25
  37:19
judges 11:22
july 7:14 8:9
jury 24:22
justice 30:10
justices 17:9

**k**

kazakhstan
  33:10
kazaks 33:7
keep 4:22 28:18
  37:2 38:11
keeps 16:2
kept 8:7 24:23

kerik 29:2,9
keystone 30:20
kicked 13:18
kind 4:3 9:16,17
  15:14 23:4
kinds 6:22 37:17
knew 9:19 15:11
  33:1,2
know 2:5 3:3,19
  3:20,22,23 4:8
  4:10 7:1,8 9:16
  11:13 12:7 15:15
  16:7,8 17:13
  22:16 23:17
  25:15 26:15
  27:21 29:4 32:16
  33:21 36:16 37:4
  37:7,15,22 39:4
  39:5
knowing 22:13
known 9:17
  18:15

**l**

laid 7:18 10:15
language 29:7
  32:10
laptop 34:2
large 28:6
larger 17:21
largest 4:24
las 38:20
late 6:13 15:9
law 5:19 10:1
  11:16 12:19
  14:17 17:3,5
  19:17 21:25 25:2
  25:3,4

lawful 20:25
lawfully 12:22
  13:15,16
laws 16:6,20
lawyer 32:21
lawyers 28:22
lays 8:23
lead 9:4 13:9
ledanski 40:3
left 2:8,15
legal 14:7 16:8
  17:12 40:11
legislative 12:24
legislature 9:23
  10:6 12:23 13:1
  17:5
legitimate 22:12
  22:13
lied 23:5 25:5
light 4:23 5:4,14
  7:13
ligon 10:10
listen 1:13 7:5
  11:11 25:15
  28:17
litigation 17:1
little 2:6 4:11
  13:12 38:4
living 36:2
lo 19:15
loaded 29:7
location 21:6
lockboxes 5:13
locked 19:9,13
logged 22:24
longer 10:7
look 4:16 10:13
  13:15 24:1,24

looked 29:23
looking 18:5
  28:12 36:24,24
looks 24:1,3
  25:15 37:8
lost 16:12,13,14
  16:17 17:11
  33:18
lot 2:11 3:3,24
  8:15 13:23 15:15
  17:17 19:25 20:2
  29:7 30:2,14
  32:24 37:6
lots 10:1 15:17
love 25:20
lying 25:4

**m**

major 15:5
making 26:13
  36:10
man 3:17,17 6:1
  8:6 14:21 33:8
management
  11:12
march 5:19
mark 8:2 13:18
  16:18 30:6
mass 17:25
massimov 33:11
matter 29:13
mayor 4:3 24:13
  26:4,5 27:23
mayor's 26:1
meadows 30:6
mean 2:12 3:23
  7:7 15:11 21:23
  30:18

meaning 12:15
  13:3 14:6 35:14
means 14:12
  15:16
meant 11:15
meeting 29:5,10
  33:13
memo 5:4,14
  7:10 8:19,23
  10:19 12:1 24:14
men 39:19
mess 5:20
message 30:4,7
  35:14
metropolis 4:25
michigan 10:14
middle 12:18
military 20:15
  21:2
million 22:8,10
milwaukee 27:19
  38:20
mind 28:19
mineola 40:14
minneapolis
  27:20 38:19
minutes 19:13
mishandled
  21:11
misinformation
  28:19
mismanagement
  7:19 8:5 9:2
mistakes 30:3
mixed 35:14
moment 18:25
  21:6 28:11

money 34:5
month 8:14
  34:15,23 35:1,25
months 6:8 7:13
  7:14 8:8 13:21
  15:6 17:18 28:9
morning 38:18
  38:22
motive 30:22
move 3:7
moved 5:12
moving 24:19
multi 27:25
multiple 20:23
  24:8 27:25 28:6

**n**

n 40:1
nadler 35:22
narrative 33:18
  35:21
natural 34:6
necessarily 36:9
need 28:1
neither 26:19
nevada 10:14
never 19:10,22
  20:5,6 30:18
  33:1,2 38:22
new 3:4 5:17,18
  9:25 18:2 26:1,4
  29:12 32:3 35:12
news 2:7 10:21
night 5:7 7:20,21
  26:25 27:10
nine 17:9
non 12:25
noted 24:7

november  6:6,9
  6:12 7:12 14:24
  40:16
null  22:1,6
ny  40:14
nypd  29:3

**o**

o  40:1
oath  24:22
observable  23:1
observation
  21:19 22:1,11
  25:23
observe  23:3
observed  23:7
observer  5:5
  24:6,14
observers  19:9
  20:1,7,8 21:7
  23:10
observing  19:17
obstruction  30:9
obtained  7:13
occur  23:7
occurred  6:9 7:4
  20:11 29:10
offer  14:14
office  34:16,16
  35:2
officials  8:17
  9:19 12:7
oh  15:10 25:20
  30:8 37:9 38:3
okay  6:11
old  40:12
once  11:4 12:2,2
  32:13

ongoing  17:24
  18:13,23
open  13:23,25
opened  19:15
operation  14:11
  17:21
opportunity
  15:20 22:5
originally  7:10
oversight  36:11
  36:12
overthrow  29:6
overturn  9:21
  16:10 39:12

**p**

page  5:4,14
  10:19 24:13
pages  8:4
paid  14:22 34:4
paper  39:3,4,4
part  9:24 25:21
participants
  19:5
particularly  7:9
parties  14:12
partisan  12:25
parts  19:25
party  16:19
pass  16:5
passed  5:19 9:25
pattern  28:19
  38:15
paying  39:20,23
pen  38:17
penalty  25:4
pennsylvania
  3:6 10:14 18:1,8
  18:14 22:2 38:12

pens  38:21,22,23
people  6:17 11:8
  11:18,24 12:14
  13:16 14:12,20
  15:15,15,25
  17:18 19:8 20:9
  20:23,23 21:15
  22:21 23:5,16
  24:10 25:1,22
  26:17,21 30:14
  34:3 35:18 36:13
  36:15 38:16
peoples  5:9 7:23
perfect  2:25 3:1
  4:14,17,18,19,20
  6:14,16 9:11
  15:7,12 39:6,8
period  9:7 35:4,5
permission  17:1
person  17:2
perspective  3:9
philadelphia
  27:19 38:18
phone  29:11,15
  30:11
phony  30:10
photographs
  33:5
picture  33:14
pittsburgh  27:19
  38:19
place  4:13 11:19
  19:14 25:24 35:5
  38:15
places  16:13
  18:11
please  31:16

plotted  29:6
point  6:21 26:12
  36:21
pointed  8:6
pointedly  7:2
political  29:23
  30:22 36:13
poroshenko  35:1
positive  36:24
possession  33:3
possibility  18:5
possible  17:2
possibly  24:20
post  2:12 28:4
potential  17:24
power  5:22
practices  7:19
  9:3
pre  16:25
predicate  34:6
prediction  4:11
president  6:15
  6:20 28:22 30:12
  33:19 34:9,9,25
  34:25
president's  6:21
presidential  1:14
presidents  39:15
pressure  14:12
  15:25
pressured  6:20
  16:1,1 31:20
privacy  5:9 7:23
  7:23
probably  10:2
  10:12 20:17
problem  8:1

**problematic**
13:3
**problems** 3:3 5:7
9:19,20,22 13:2
15:8 26:21
**proceedings** 40:5
**process** 8:12,13
12:9 24:2
**processed** 20:16
22:23
**prohibit** 15:20
**prone** 15:22
**proper** 22:24
**properly** 23:13
23:14 24:16
**prosecutions**
36:14
**prosecutor** 10:16
31:21 32:1
**prosecutor's**
34:16
**protected** 5:10
**proves** 33:4
**provided** 35:17
**provision** 5:18
**public** 5:4 7:12
8:8,10 10:21
12:2 34:2,21
**publicly** 9:8,11
**pursuing** 37:3
**put** 5:22 10:21
20:17,18 24:21
29:1,14 30:11,16
32:4,24 36:22
38:22
**putting** 8:12
12:9 31:15

**q**
**question** 13:25
17:11 23:9
**questions** 13:23
**quite** 2:5 38:10

**r**
**r** 40:1
**races** 15:3
**raffensperger**
2:24 4:13 6:1,3
6:13 7:1,9 8:20
14:1 24:15 27:1
39:6
**raffensperger's**
5:5 8:6 20:21
**raid** 35:10
**raided** 34:17
**raising** 7:10
**read** 10:20 11:1
11:1
**real** 20:14,25
21:3,9
**realize** 37:9
**realized** 32:19
**really** 3:8,18
7:15 22:12 23:18
24:9 26:10 28:18
37:10
**reason** 31:20
**reasons** 21:12
36:22
**recall** 23:25
**received** 14:3
22:25
**receivership**
5:23 8:13 12:10

**record** 27:6
29:11 40:5
**recorded** 23:14
**records** 29:11,15
29:16
**recount** 21:21
**recounted** 23:10
**rely** 31:9
**relying** 23:4
**remember** 3:1
4:13 9:10 10:2
12:4 19:2 29:17
30:4 34:1,18,22
**report** 24:17
**reported** 5:6
**reporter** 29:1
**reporters** 2:10
**reporting** 5:15
20:15 21:9 23:15
**reports** 25:7,9,12
**republic** 39:10
**republican**
38:22
**republicans**
26:19
**reputation** 2:19
**resolved** 11:10
13:22
**rest** 12:2
**restored** 23:11
**results** 28:4
**rewards** 37:18
**rid** 16:21
**right** 2:8 5:2
6:25,25 9:9
11:23 12:5,12
15:9,25 17:6,23
21:22 23:20

25:17 26:2,6
27:9,21 28:2
30:23 33:11 34:9
35:6 36:2,8
**risk** 31:2
**riveted** 36:17
**road** 40:12
**rogue** 17:12
**rough** 36:3
**rudy** 1:13,15 2:1
2:1 4:4,8 5:2,24
6:3,6,11 7:7,16
8:19,23 9:4,7,10
9:14 10:2,24
11:6 12:4 13:11
14:5,8 15:10,19
16:17,22,25 18:6
18:10,24 19:2,12
20:3 21:17,23
22:15,17 23:1,4
23:21,25 24:10
24:21 25:6,10,12
25:20,25 26:5,9
26:12,17 27:5,11
27:16 28:10,15
29:17 30:8 31:5
31:16 32:16
33:11,24 34:7,12
36:1,20 37:3,7
37:14,22 38:3,6
38:9
**rudy's** 2:2
**rule** 22:2,2
**rules** 12:13,17
12:23,24
**rumble** 1:15
**run** 8:17

**runoff** 15:1,4
**runs** 38:25
**russia** 28:20
  30:24
**russians** 19:21
  33:7

**s**

**safely** 11:15
**saw** 28:20,22
**saying** 6:13 9:11
  11:20,24 16:3
  27:2,8 33:3
**says** 6:16 12:20
  21:25
**scanning** 5:9
  7:22 11:16
**scenes** 35:16
**schiff** 28:23
  35:22
**screen** 30:16
**second** 21:22
  23:10 30:14
**secretary** 5:16
  5:25 9:18 14:2
**secure** 20:19
  21:5
**security** 19:4
**see** 4:1 8:1 10:22
  12:3 22:16 24:13
  25:20 27:1,16
  36:23 38:16,24
  39:2,3
**seeing** 30:2,2
**seen** 25:7,8
**senate** 15:1,2
**senator** 10:11
**send** 10:24 11:4

**sense** 1:13 2:3
  39:21
**serious** 8:5 9:22
  12:9 15:7 31:1
**seriously** 19:18
  31:3
**set** 12:23 25:22
**seven** 7:13,14
  8:8
**share** 28:16
  31:11
**shenanigans**
  21:15
**shokin** 32:1
  34:19 35:7,8,13
**shokin's** 32:6
  34:16
**shopping** 24:18
**shortly** 12:23
**show** 32:6 35:13
**showed** 29:15,15
  35:21
**showing** 14:20
  16:2
**shows** 13:22 34:8
**shut** 34:20
**side** 37:17
**signature** 40:7
**significant** 8:24
**signs** 8:16 27:24
**similar** 38:15
**single** 10:5 22:18
  22:22
**sir** 37:12
**sitting** 25:18
**slow** 13:12
**solomon** 1:14 2:7
  3:13,19 4:2,6,22

5:3,25 6:5,7,25
  7:11,18 8:22 9:1
  9:6,9,13,16
  10:19 11:3,11
  12:6 13:14 14:6
  14:9 15:18,24
  16:18,24 17:6
  18:8,12 19:1,10
  19:24 20:5 21:20
  22:14,20 23:2,6
  23:23 24:5,12
  25:1,8,11,14,21
  26:3,7,10,15
  27:7,14,21 28:13
  28:17 29:18
  30:13 31:13,17
  33:8,12 34:1,8
  35:12 36:6 37:1
  37:5,12,20,24
  38:6 39:19
**solutions** 40:11
**somebody** 17:13
**someone's** 30:17
**sonya** 40:3
**sorry** 17:4 29:19
**sort** 6:20 29:20
**sorts** 5:6
**sound** 22:7 37:22
**sounds** 30:7,8
**speak** 2:20
**speaks** 38:10
**spoiled** 8:3
**spring** 6:7 18:3
**spurned** 9:24
**stacey** 16:19
**staff** 30:6
**started** 4:7,24
  9:18 23:23 26:16

26:17,20
**starting** 18:3
**startling** 32:18
**starts** 8:11
**state** 5:16,16,23
  5:25 8:11,15,16
  9:18 10:11 12:6
  13:9 14:2,17
  17:4 21:13,24
  23:2 25:2 32:7
**statement** 27:1
**states** 12:12
  14:16 15:19 16:5
  16:15 17:8,23
  18:2,5,17,19,20
  18:21 22:4 27:25
  28:7
**stayed** 9:17
**stem** 24:16
**step** 26:23
**stern** 24:16
**stick** 38:23
**sticking** 39:23
**stop** 21:14 36:15
**stopped** 27:18
**stored** 21:4
**stories** 2:7,14,14
**story** 15:5 35:23
  37:2 38:1,2
**storylines** 31:18
  32:12
**strangest** 36:1
**strategy** 10:6
**street** 24:18
**strength** 39:14
**strip** 5:21
**studies** 15:21

**stuffing** 14:20
**subpoena** 29:2
**substantially**
  33:6
**sudden** 37:8
  38:17
**sued** 16:9,9 32:3
**suggested** 6:19
**suitcase** 20:17
**suite** 40:13
**summer** 5:3
  10:23 16:13
**supposed** 5:13
  20:7
**supreme** 12:13
  12:24 16:15 17:8
**sure** 13:20 19:1
  19:14 22:18,19
  22:21 30:8
**surprise** 38:17
**survey** 22:20
**suspicious** 13:9
  13:14 19:7 27:17
  39:5
**suspiciously**
  34:23
**swalwell** 30:16
**switched** 10:5
**system** 25:23

**t**

**t** 40:1,1
**table** 20:13,18
  21:5 25:18
**tables** 23:19
**tactic** 14:17
**take** 4:15 5:22
  12:7 14:14 18:24
  21:14 22:9

**taken** 22:6 26:20
**takes** 32:14 35:5
**talk** 3:2 16:5
  38:3
**talked** 2:6 23:16
**talking** 26:13
  39:1,2
**talks** 35:2
**tape** 19:20
**tapes** 19:7
**taxes** 34:5
**technically**
  21:17,18
**tell** 6:20 23:15
  31:6 32:8 37:6
**telling** 20:3 32:2
  34:4 35:15
**tells** 3:20,21,22
**temporary** 11:18
**tens** 14:22
**term** 9:3
**terrorism** 26:6
**testimony** 9:25
  29:12
**text** 30:4,7
**texts** 33:5
**thank** 4:3 37:12
  38:6 39:19
**theirs** 2:17
**theme** 38:25
**themes** 24:12
**thing** 26:16
  27:17,22 28:7
  29:8 30:21 31:13
  33:16 36:2,4
  38:13
**things** 4:9,10 5:8
  7:22 12:12 16:4

20:20 23:23 24:8
  26:22 28:3,18,23
  30:2 32:18 35:20
**think** 3:12 5:20
  9:20 13:25 15:14
  18:19 21:8 23:17
  24:8 27:2,12,22
  28:7,18 29:24
  30:1 32:9 36:20
  37:3 38:9
**third** 14:12
**thought** 7:3 10:7
  31:23
**thoughts** 28:14
**thousands** 14:22
**threatened** 7:3
**threatening** 35:7
**three** 6:17 24:3
  28:8 31:7
**threw** 24:24
**thrown** 19:8
  24:2,17
**time** 9:8,12,15
  10:9 21:22 23:8
  23:10 24:13
  27:12,18 32:19
  35:4,5 36:7
  37:20 39:13
**times** 2:13 3:21
  4:16 24:4,7,8
  28:23 35:3
**tipped** 15:2
**today** 2:4 3:17
  18:1
**told** 12:15 18:9
  20:14 22:15 32:7
  37:25

**toll** 29:11,16
**top** 38:11
**totally** 30:11
**touched** 19:22
**touches** 31:15
**trans** 34:24
**transcript** 40:4
**transporting**
  11:14 20:19
**treason** 33:9
**tremendous** 6:22
**trial** 30:15 31:18
  31:19 34:11
  35:18
**tried** 16:7 17:1
  19:18
**trouble** 11:21
**true** 18:14 28:24
  32:8 35:23 40:4
**trump** 4:15,15
  8:1 11:21,22
  14:25 16:12 34:9
**trump's** 28:22
**trust** 21:15 36:10
  36:11
**trusts** 36:19
**truth** 6:21 32:14
  37:4,6,10,10
  39:22
**try** 11:20
**tuning** 36:15
**turned** 20:25
**turns** 39:3,7
**tv** 36:17
**tweet** 30:15,17
**two** 6:17 17:23
  18:1,4,9,12,20
  18:21 19:25 24:7

**[two - yup]**

32:15 39:25

**u**

**u.s.** 15:1,2 34:5
**ukraine** 30:25
   31:19,20 33:2
   35:21
**ukrainian** 30:12
   33:17
**ukrainians** 33:6
**ultimately** 12:13
**unable** 12:16
**uncovered** 15:8
   32:3
**underneath**
   20:13
**understand** 11:8
**understanding**
   22:23
**underway** 14:23
**undo** 15:9
**unequivocally**
   32:6
**unfortunately**
   32:14 34:11
**united** 16:15
   17:7
**unknown** 19:4
**unlawful** 13:4
   14:17
**unravel** 28:21
**upset** 4:14 27:8
**use** 5:20 9:3
   16:11
**usually** 2:8
**utilizes** 3:10

**v**

**variety** 7:19
**vegas** 38:20
**veritext** 40:11
**version** 30:11
   35:9
**vice** 34:25
**video** 19:3
**videotape** 20:12
**videotapes** 14:20
**view** 6:21
**viktor** 32:1,6
**violated** 17:3
**violation** 19:17
**visible** 5:11
**void** 22:1,6
   26:24
**vote** 5:11 7:25
   8:1 9:5 13:17
   14:13 16:1 18:15
   20:1,11 21:15
   23:6
**voted** 5:11 6:17
   7:24 12:14 22:19
**voter** 5:9 7:23
   12:17
**voters** 13:20
**votes** 7:22 11:25
   12:22 13:19
   19:18
**voting** 4:25 5:8
   18:16

**w**

**wait** 20:3
**want** 2:25 11:22
   11:24 16:6,10
   21:14 23:18 29:3

29:21,21 31:11
33:16 36:7 39:3
**wanted** 4:15
   16:11,20
**wants** 21:13
**washington** 2:13
   17:10 29:5,9
   30:9 31:4 32:15
**watching** 27:22
   36:17
**water** 32:23
**way** 3:11 5:10,12
   7:24 11:15 12:23
   16:2,15 17:9
   20:19 22:2,12,24
   23:12,20 24:19
   24:19 31:21
   37:20
**we've** 15:8 31:8
   32:3
**website** 10:25
**week** 14:1
**weekend** 33:9
**weeks** 5:15 8:10
   19:5 30:3 31:8
   31:14
**went** 5:16 7:20
   10:6 15:6
**white** 30:5
**whoops** 29:19
**wide** 7:18
**widespread**
   14:10
**willard** 29:5
**william** 10:10,15
**wing** 2:15
**wisconsin** 10:14
   12:13,20 13:1,2

14:15 18:1,7,14
21:25 39:1
**witness** 10:5
**witnessed** 8:5,6
**won** 15:3
**wonderful** 36:23
**word** 17:25 32:9
**words** 4:3
**work** 14:23
   20:24 38:1
**workers** 11:23
**working** 4:12
   18:17 35:16
**world** 12:3
**worried** 15:25
   16:4
**worth** 8:4
**wrong** 27:13
   28:19 29:19
   33:22 36:7,14

**y**

**yeah** 9:1 12:6
   14:9 15:24 21:22
   22:20 25:6,8
   26:9,9,22 37:7
   37:10,24 38:3
**year** 4:7 8:9
   32:14
**years** 18:4 26:17
   26:19,23 35:2
   38:23
**york** 29:12
**yup** 25:1,14 36:6