# Exhibit 54

# PTX-024

## Document Produced Natively