# Exhibit 55

**From:** Voter via Alignable [noreply@email.alignable.com]
**on behalf of** Voter via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:58:26 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Voter



# Someone's interested in LaRuby's Unique Treasures

**From:** Voter
**Email:** fraud@voter.com

Whats up with the crimes and fake ballots???????????

**Reply**

Voter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Plaintiffs' Exhibit

**PTX-165A**

C.A. No. 21-3354 (BAH)

**From**: You busted via Alignable [noreply@email.alignable.com]
on behalf of    You busted via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent**: 12/4/2020 3:06:14 AM.
**To**: freemanruby561@yahoo.com
**Subject**: New Contact Form Submission from You busted



## Someone's interested in LaRuby's Unique Treasures

**From:** You busted
**Email:** getalawyer@voterfraud.com

BUSTED!!! Time to come clean and tell us who gave you the order to cheat our election.

**Reply**

You busted contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                    Freeman_Giuliani-00000002

**From:** veranda smartwater via Alignable [noreply@email.alignable.com]
**on behalf of** veranda smartwater via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:14:18 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from veranda smartwater



## Someone's interested in LaRuby's Unique Treasures

**From:** veranda smartwater
**Email:** veranda.smartwater@gmail.com

Cheating ass piece of shit. Hope they lock you up and throw away the key, you disgusting bitch traitor. Stealing people's votes and selling out your country. What a cunt. Karma, bitch. Sucked in. Not just a criminal, a FELON, a dumb criminal. You are SCUM.

**Reply**

veranda smartwater contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

3

**From:** Vern Bumblefart via Alignable [noreply@email.alignable.com]
on behalf of   Vern Bumblefart via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:16:49 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Vern Bumblefart



# Someone's interested in LaRuby's Unique Treasures

**From:** Vern Bumblefart
**Email:** TheFBIiscoming@you.com

Election fraud is a highly punishable offense.

**Reply**

Vern Bumblefart contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

4

# Instant Message

Source
Facebook Messenger
  From
Empty Object
  Body
Thou shall not steal
  Identifier
Empty Value
  Time Stamp
2020-12-04 03:19:24 Z
   Attachment
Empty Object
  Status
Empty Value
  Type
AppMessage
   Source Application
Facebook Messenger
   Parent Source
Facebook Messenger

Confidential Information

**From:** MAGA Voter via Alignable [noreply@email.alignable.com]
**on behalf of** MAGA Voter via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:28:05 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from MAGA Voter



# Someone's interested in LaRuby's Unique Treasures

**From:** MAGA Voter
**Email:** trump2020@wewin.com

Hope you are enjoying your fame. Now that the world knows your name, life will be way different for you. I'd spill the beans to save my ass if I were you. Let the big guys fall and save yourself. I'm sure it was fun while it lasted. Sucks being you though.☺

**Reply**

MAGA Voter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

6

**From**:          Greg Portwood via Alignable [noreply@email.alignable.com]
**on behalf of**   Greg Portwood via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent**:          12/4/2020 3:28:30 AM
**To**:            freemanruby561@yahoo.com
**Subject**:       New Contact Form Submission from Greg Portwood



# Someone's interested in LaRuby's Unique Treasures

**From:** Greg Portwood
**Email:** goportwood@charter.net

You crooked election fraud bitch. I hope you spend 50 years in prison!!!

**Reply**

Greg Portwood contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

7

Confidential Information

| From: | Dude via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Dude via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 3:40:04 AM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Dude |



# Someone's interested in LaRuby's Unique Treasures

**From:** Dude
**Email:** gator06@cfl.rr.com

Busted

**Reply**

Dude contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

8

Confidential Information

**From:**        Nunya Buisnes via Alignable [noreply@email.alignable.com]
**on behalf of**  Nunya Buisnes via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/4/2020 3:41:55 AM
**To:**          freemanruby561@yahoo.com
**Subject:**     New Contact Form Submission from Nunya Buisnes



## Someone's interested in LaRuby's Unique Treasures

**From:** Nunya Buisnes
**Email:** yourbusted@yahoo.com

YOUR SO FUCKING BUSTED BITCH! I HOPE YOU GET LIFE FOR TREASON!
YOU AND MANY OTHERS HAVE SOLD OUT AMERICA AND HER CITIZENS!
ROT IN HELL!

**Reply**

Nunya Buisnes contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

9

**From:** MICHELLE WALSH via Alignable [noreply@email.alignable.com]
**on behalf of** MICHELLE WALSH via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:42:11 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from MICHELLE WALSH



## Someone's interested in LaRuby's Unique Treasures

**From:** MICHELLE WALSH
**Email:** bipley@gmail.com

You know, Ruby... GITMO isn't just for military people, it is for people who commit treason. I hear you will still get mail there. ;o)

**Reply**

MICHELLE WALSH contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

10

Confidential Information                                        Freeman_Giuliani-00000010

**From**:        You fucking cheater!! via Alignable [noreply@email.alignable.com]
on behalf of    You fucking cheater!! via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent**:        12/4/2020 3:45:35 AM
**To**:          freemanruby561@yahoo.com
**Subject**:    New Contact Form Submission from You fucking cheater!!



## Someone's interested in LaRuby's Unique Treasures

**From:** You fucking cheater!!
**Email:** fuckyou@prisonbitch.com

Time to go to prison and be a lil bitch!! I hope you like eating dirty pussy

**Reply**

You fucking cheater!! contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

11



Chat with "David Todd" <1551753548> on December 4, 2020

Ruby Freeman <100008229341974>
David Todd <1551753548>

Earliest item: 2020-12-04 03:55:44
Latest item: 2020-12-04 03:55:44

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                           03:55:44
   David Todd <1551753548>
To
   Ruby Freeman <100008229341974>

Rut rouh

**End Thread**

Thread Statistics
                    Instant Message Count
        1

Confidential Information



Chat with "Laurie Lee Krumwiede" <100000594718125> on December 4, 2020

Laurie Lee Krumwiede <100000594718125>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 03:56:57
Latest item: 2020-12-04 03:56:57

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                03:56:57
    Laurie Lee Krumwiede <100000594718125>
To
    Ruby Freeman <100008229341974>

Busted

**End Thread**

Thread Statistics
                        **Instant Message Count**
            1

12



Chat with "Dave Sylvester" <100001072789031>

Ruby Freeman <100008229341974>
Dave Sylvester <100001072789031>

Earliest item: 2020-12-04 04:18:22
Latest item: 2020-12-04 04:23:23

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                        04:18:22
   Dave Sylvester <100001072789031>
To
   Ruby Freeman <100008229341974>

You will be jail for a long time

Instant Message : Facebook Messenger
From                                                                        04:18:28
   Dave Sylvester <100001072789031>
To
   Ruby Freeman <100008229341974>
Stub: image-423720161970165

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/s640x640/129682246_423720168636831_7843000385451289781_n.jpg?
_nc_cat=104&ccb=2&_nc_sid=58c789&_nc_ohc=unNq96GYAg0AX9YNInx&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=9&oh=56f64e36a18f58c4634e441ca046ba69&oe=6024A75D

Instant Message : Facebook Messenger
From                                                                        04:19:08
   Dave Sylvester <100001072789031>
To
   Ruby Freeman <100008229341974>

Jail

Instant Message : Facebook Messenger
From                                                                        04:19:55
   Dave Sylvester <100001072789031>
To
   Ruby Freeman <100008229341974>
Stub: video-1607055595.mp4

https://scontent.xx.fbcdn.net/v/t15.3394-
10/cp0/e15/q65/p480x480/128814478_4784346638273225_6488651194119193051_n.jpg?
_nc_cat=101&ccb=2&_nc_sid=6bb1e4&_nc_ohc=3PZn5UiLiQMAX_zbqn_&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=9885b9a202f65e8251225e2a64917e4b&oe=6027761A

Instant Message : Facebook Messenger
From                                                                        04:23:23
   Dave Sylvester <100001072789031>
To
   Ruby Freeman <100008229341974>

Bye bye Biden hope it was worth tsk tsk commie sellout

13

End Thread

Thread Statistics

**Instant Message Count**

5

Confidential Information

Freeman_Giuliani-00000015



Chat with "Vicky Smith" <100026464974303>

Ruby Freeman <100008229341974>
Vicky Smith <100026464974303>

Earliest item: 2020-12-04 04:19:21
Latest item: 2020-12-04 05:28:47

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
   Vicky Smith <100026464974303>            04:19:21
To
   Ruby Freeman <100008229341974>

You're going to jail! Lol

Instant Message : Facebook Messenger
From
   Vicky Smith <100026464974303>            05:28:47
To
   Ruby Freeman <100008229341974>

Your daughter will also be going to jail! Criminals!

**End Thread**

Thread Statistics
                **Instant Message Count**
        2

Confidential Information

Freeman_Giuliani-00000016



Chat with "Eric Joseph" <1466687601>

Ruby Freeman <100008229341974>
Eric Joseph <1466687601>

Earliest item: 2020-12-04 04:22:00
Latest item: 2020-12-04 04:24:03

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                04:22:00
    Eric Joseph <1466687601>
To
    Ruby Freeman <100008229341974>

You going down crook.

Instant Message : Facebook Messenger
From                                                04:24:03
    Eric Joseph <1466687601>
To
    Ruby Freeman <100008229341974>

**End Thread**

Thread Statistics
                    **Instant Message Count**
                2

16

Chat with "Jeremy Hughes" <807484207>

Ruby Freeman <100008229341974>
Jeremy Hughes <807484207>

Earliest item: 2020-12-04 04:28:20
Latest item: 2020-12-04 04:28:37

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                              04:28:20
   Jeremy Hughes <807484207>
To
   Ruby Freeman <100008229341974>

Ruby why did u give up ur freedom for Joe Biden? Yous in big trouble Sis.
The same people u tried to elect is gonna leave u out to dry. U better get
on the phone with Uncle Rudy Giuliani an cut a deel. It might keep u out of
the big house.

Instant Message : Facebook Messenger
From                                                              04:28:37
   Jeremy Hughes <807484207>
To
   Ruby Freeman <100008229341974>
Stub: image-177371620714373

         https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128193020_177371667381035_6113737768957897178_n.jpg?
_nc_cat=104&ccb=2&_nc_sid=58c789&_nc_ohc=5Q285ky2QM4AX8OoeBC&_nc_ad=z

m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=b07b0f506f5774a0faeb7b84ca376940&oe=6025D403

Stub: image-138049194482898

         https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128381307_138049234482894_9121941414618835610_n.jpg?
_nc_cat=101&ccb=2&_nc_sid=58c789&_nc_ohc=E5D3Ff4DPkUAX-
                       tQ6tZ&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=00ac0f2aacb373da3071fe516781d6cb&oe=6025395F

Stub: image-176992777402160

         https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128592601_176992810735490_3578883364054779323_n.jpg?
_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=bfHx25hcZ7wAX9MHojV8&_nc_ad=z
                          -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=379f712af35c4822cf7ea34e61af9777&oe=6025FC43

Stub: image-115687850278284

         https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128424439_115687870278282_8374802386976431102_n.jpg?
_nc_cat=107&ccb=2&_nc_sid=58c789&_nc_ohc=1Lxnzfv0qA8AX8ghHzW&_nc_ad=z
                          -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=28e146c4ef76ae1e2ab89796ad84f65d&oe=6027AE2D

Stub: image-136394738004121

         https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128552575_136394717137451_7286650127650938532_n.jpg?
_nc_cat=103&ccb=2&_nc_sid=58c789&_nc_ohc=Lhde6IXtjdkAX8WPo4c&_nc_ad=z
                          -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=fa1fbaa314e4a1053efd2018f809ed1a&oe=602756EE

17

Stub: image-702808680355356

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129326901_702808700355354_6153327868086681793_n.jpg?
_nc_cat=107&ccb=2&_nc_sid=58c789&_nc_ohc=zKomhTz5ObcAX--
0HVV&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=645a10d0115a9961aa061f66d3baf40e&oe=6027ED7B

**End Thread**

Thread Statistics

**Instant Message Count**

2

18

Confidential Information

Freeman_Giuliani-00000019



Chat with "Stacy Healy" <507674256>

Ruby Freeman <100008229341974>
Stacy Healy <507674256>

Earliest item: 2020-12-04 04:32:52
Latest item: 2020-12-04 04:34:42

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                              04:32:52
    Stacy Healy <507674256>
To
    Ruby Freeman <100008229341974>

Great Day WOD!!! I have some superfantastic news. LaRuby's Unique
Treasures wil be hosting a pop-up-shop in powder springs (near Kroger on
Brownsville Rd) Friday-Sunday.

Instant Message : Facebook Messenger
From                                                              04:34:35
    Stacy Healy <507674256>
To
    Ruby Freeman <100008229341974>

I think you might want to reschedule. I don't think you're going to be able
to attend. You're caught on camera committing a felony. Was it worth it,
Ruby? I feel sorry for your family. Did you even think about them? Didn't
your mama

Instant Message : Facebook Messenger
From                                                              04:34:35
    Stacy Healy <507674256>
To
    Ruby Freeman <100008229341974>

I think you might want to reschedule. I don't think you're going to be able
to attend. You're caught on camera committing a felony. Was it worth it,
Ruby? I feel sorry for your family. Did you even think about them? Didn't
your mama

Instant Message : Facebook Messenger
From                                                              04:34:42
    Stacy Healy <507674256>
To
    Ruby Freeman <100008229341974>

teach you better?

**End Thread**

Thread Statistics
                          **Instant Message Count**
                  4

19



Chat with "Joanne Tobyansen Goss" <1641909364>

Ruby Freeman <100008229341974>
Joanne Tobyansen Goss <1641909364>

Earliest item: 2020-12-04 04:42:02
Latest item: 2020-12-04 05:03:55

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                    04:42:02
    Joanne Tobyansen Goss <1641909364>
To
    Ruby Freeman <100008229341974>

Cheater!!!!!

Instant Message : Facebook Messenger
From                                                                    05:03:25
    Joanne Tobyansen Goss <1641909364>
To
    Ruby Freeman <100008229341974>
Stub: image-670382010232321

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/128714268_746164199442252_7792008995054057766_n.jpg?
_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=nJU-
GdJGRN8AX9TQvGk&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=d27795c7af73b4e0599c7ebb8a3b610d&oe=602802E5

Instant Message : Facebook Messenger
From                                                                    05:03:55
    Joanne Tobyansen Goss <1641909364>
To
    Ruby Freeman <100008229341974>

And Shaye Shaye ... come on girl!

**End Thread**

Thread Statistics
**Instant Message Count**
3

20

Confidential Information



**Chat with "Chad Gibbs" <731258344>**

Ruby Freeman <100008229341974>
Chad Gibbs <731258344>

Earliest item: 2020-12-04 04:50:34
Latest item: 2020-12-04 04:53:27

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    Chad Gibbs <731258344>                          04:50:34
To
    Ruby Freeman <100008229341974>

Cheater!

Instant Message : Facebook Messenger
From
    Chad Gibbs <731258344>                          04:50:43
To
    Ruby Freeman <100008229341974>

Cheater!!

Instant Message : Facebook Messenger
From
    Chad Gibbs <731258344>                          04:50:49
To
    Ruby Freeman <100008229341974>

Cheat!

Instant Message : Facebook Messenger
From
    Chad Gibbs <731258344>                          04:53:27
To
    Ruby Freeman <100008229341974>

Jail time!!

**End Thread**

Thread Statistics
                    **Instant Message Count**
            4

21

Confidential Information



Chat with "Helen Moss" <100005947482587>

Ruby Freeman <100008229341974>
Helen Moss <100005947482587>

Earliest item: 2020-12-04 05:07:54
Latest item: 2020-12-04 05:10:38

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                    05:07:54
    Helen Moss <100005947482587>
To
    Ruby Freeman <100008229341974>
Stub: image-1316382522031719

            https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129049371_1316382552031716_7199906335271682653_n.jpg?
    _nc_cat=103&ccb=2&_nc_sid=58c789&_nc_ohc=JZp_ZTyTCnAAX-
                            LftjE&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=03a6a98a6de46338c4d1a03054d0891e8oe=6026B4D4

Instant Message : Facebook Messenger
From                                                                    05:10:38
    Helen Moss <100005947482587>
To
    Ruby Freeman <100008229341974>

If this is you...it's a federal felony crime tampering with ballots...i would talk
to Trump attorneys let them know you want to talk about what you
did..but I'm sure you already know that. If you are even a Christian you
never should have frauded the election but to save your soul from
Hell..you need to come clean. This is from one Christian to another.

**End Thread**

Thread Statistics
                            **Instant Message Count**
            2

22



Chat with "Tom San Pietro" <100007387503565>

Ruby Freeman <100008229341974>
Tom San Pietro <100007387503565>

Earliest item: 2020-12-04 05:09:57
Latest item: 2020-12-04 05:09:57

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                      05:09:57
    Tom San Pietro <100007387503565>
To
    Ruby Freeman <100008229341974>

Sayonara

**End Thread**

Thread Statistics
                    Instant Message Count
            1

23



Chat with "Steve Davies" <100022522613093>

Ruby Freeman <100008229341974>
Steve Davies <100022522613093>

Earliest item: 2020-12-04 05:23:59
Latest item: 2020-12-04 05:27:21

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
Steve Davies <100022522613093>                    05:23:59
To
Ruby Freeman <100008229341974>

I HOPE YOU SLEEP WELL TONIGHT!!

Instant Message : Facebook Messenger
From
Steve Davies <100022522613093>                    05:27:21
To
Ruby Freeman <100008229341974>

Is this the song?? WELLLLL OFF TO JAIL WE GO ! OFF TO JAIL WE GO! HI
HO THE MERRY O. OFF TO JAIL WE GOOOOOO!!!

**End Thread**

Thread Statistics

**Instant Message Count**
2

24

Freeman_Giuliani-00000029



Chat with "Rock Joshua" <100000490425421>

Ruby Freeman <100008229341974>
Rock Joshua <100000490425421>

Earliest item: 2020-12-04 05:24:44
Latest item: 2020-12-04 07:07:52

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    Rock Joshua <100000490425421>          05:24:44
To
    Ruby Freeman <100008229341974>

Voter fraud!!!! Tsk tsk tsk. Enjoy prison!

Instant Message : Facebook Messenger
From
    Rock Joshua <100000490425421>          05:38:12
To
    Ruby Freeman <100008229341974>

Better talk to the trump team before clinton gets ya!

Instant Message : Facebook Messenger
From
    Rock Joshua <100000490425421>          07:01:36
To
    Ruby Freeman <100008229341974>

Oh yeah god will send you to hell for sure

Instant Message : Facebook Messenger
From
    Rock Joshua <100000490425421>          07:07:52
To
    Ruby Freeman <100008229341974>

Oh and your daughter is the mastermind? Woooooo you both dun goofed!!!

**End Thread**

Thread Statistics

**Instant Message Count**
4

25



Chat with "Seana Streich Taylor" <595555711> on December 4, 2020

Ruby Freeman <100008229341974>
Seana Streich Taylor <595555711>

Earliest item: 2020-12-04 05:27:51
Latest item: 2020-12-04 05:27:51

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                    05:27:51
    Seana Streich Taylor <595555711>
To
    Ruby Freeman <100008229341974>

CONGRATS on your new found fame!

**End Thread**

Thread Statistics
                    **Instant Message Count**
                1

26

Confidential Information



Chat with "ProphetPastor Ran" <100018231430297>

Ruby Freeman <100008229341974>
ProphetPastor Ran <100018231430297>

Earliest item: 2020-12-04 05:47:42
Latest item: 2020-12-04 05:50:22

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                        05:47:42
    ProphetPastor Ran <100018231430297>
To
    Ruby Freeman <100008229341974>

You have been caught on camera commiting voter fraud. The cops will
soon arrest you. The best option is to tell it all to get a plea deal. You are
your daughter will have a horrible life in prison of you don't get a plea deel.

Instant Message : Facebook Messenger
From                                                        05:50:22
    ProphetPastor Ran <100018231430297>
To
    Ruby Freeman <100008229341974>

Your daughter Shaye Moss is also caught on camera

**End Thread**

Thread Statistics
                        **Instant Message Count**
                2

Confidential Information



Chat with "Yvonne Moore-Lynch" <100002065167383>

Ruby Freeman <100008229341974>
Yvonne Moore-Lynch <100002065167383>

Earliest item: 2020-12-04 05:48:19
Latest item: 2020-12-04 05:49:05

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                              05:48:19
    Yvonne Moore-Lynch <100002065167383>
To
    Ruby Freeman <100008229341974>
Stub: image-2812070922369855

            https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p640x640/128854709_2812070939036520_5690037162037207677_n.jpg?
_nc_cat=103&ccb=2&_nc_sid=58c789&_nc_ohc=6ZMsfCSn3LYAX9Qy6cL&_nc_ad=z
                                  -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=f74937f9b8aecaf7917eb3da9ba20242&oe=602852C9

Instant Message : Facebook Messenger
From                                              05:49:05
    Yvonne Moore-Lynch <100002065167383>
To
    Ruby Freeman <100008229341974>

God knows what you did!

**End Thread**

Thread Statistics
                    **Instant Message Count**
            2

28



Chat with <+16475515496>

Lady Ruby Freeman <+17703547770>
+16475515496

Earliest item: 2020-12-04 05:50:27
Latest item: 2020-12-04 05:50:27

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                          05:50:27
    +16475515496
To
    Lady Ruby Freeman <+17703547770>
    Lady Ruby Freeman <+17703547770>

You have only ONE choice. SPILL THE FUCKING BEANS. OR GO TO JAIL
FOR COMMITTING TREASON AGAINST THE UNITED STATES
GOVERNMENT.

**End Thread**

Thread Statistics
                              **Instant Message Count**
                1

29



Chat with "Frank Stewart" <1655790006>

Frank Stewart <1655790006>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 06:16:09
Latest item: 2020-12-04 06:16:16

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                    06:16:09
    Frank Stewart <1655790006>
To
    Ruby Freeman <100008229341974>

Looks like jail time!! Hope it was worth it

Instant Message : Facebook Messenger
From                                                    06:16:16
    Frank Stewart <1655790006>
To
    Ruby Freeman <100008229341974>

https://scontent.xx.fbcdn.net/v/t39.1997-
6/p240x240/851575_126362140881916_1086262136_n.png?
_nc_cat=1&ccb=2&_nc_sid=0572db&_nc_ohc=cH5Rx_NN5wUAX8bPfVg&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&_nc_tp=30&oh=af5dedec060199d5c6eba5b417c89d77&oe=6025B798

**End Thread**

Thread Statistics
                        **Instant Message Count**
            2

30

Confidential Information



Chat with "Kevin Whitman" <100003764274380>

Ruby Freeman <100008229341974>
Kevin Whitman <100003764274380>

Earliest item: 2020-12-04 07:00:02
Latest item: 2020-12-04 07:09:47

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                             07:00:02
      Kevin Whitman <100003764274380>
To
      Ruby Freeman <100008229341974>

Traitor Fraud down go's frazire

Instant Message : Facebook Messenger
From                                                             07:09:47
      Kevin Whitman <100003764274380>
To
      Ruby Freeman <100008229341974>

I bet you are the most hated person in Georgia right now. lmfao you got
caught red handed right on the damn video you better do some talking or
there gonna make a example out of you an that's a fucking fact....

**End Thread**

Thread Statistics
                              **Instant Message Count**
                  2

31



Chat with "Robert Tengu Steel" <100001541706530>

Ruby Freeman <100008229341974>
Robert Tengu Steel <100001541706530>

Earliest item: 2020-12-04 07:01:29
Latest item: 2020-12-04 07:01:29

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                                      07:01:29
    Robert Tengu Steel <100001541706530>
To
    Ruby Freeman <100008229341974>

your going to prison for 10 years, you might want to hire a lawyer if you
can get one to take the case.

Instant Message : Facebook Messenger
From                                                                                      07:01:29
    Robert Tengu Steel <100001541706530>
To
    Ruby Freeman <100008229341974>
Stub: image-1015680622242323

https://scontent.xx.fbcdn.net/v/t1.15752-
0/s640x640/129872439_1015680625575656_5427672802913746342_n.png?
_nc_cat=109&ccb=2&_nc_sid=58c789&_nc_ohc=exKzxtLbZDsAX_2Ha0-
&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&_nc_tp=30&oh=7e67390f3c2342aa5921618bb1673ec6&oe=602646EC

**End Thread**

Thread Statistics

**Instant Message Count**

2

Confidential Information

Freeman_Giuliani-00000037

Chat with "Susie Dreher Kicha" <1434947707>

Ruby Freeman <100008229341974>
Susie Dreher Kicha <1434947707>

Earliest item: 2020-12-04 08:05:42
Latest item: 2020-12-04 08:07:40

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                         08:05:42
    Susie Dreher Kicha <1434947707>
To
    Ruby Freeman <100008229341974>
Stub: image-392618845515307

        https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129592510_392618848848640_7819622923673651118_n.jpg?
    _nc_cat=108&ccb=2&_nc_sid=58c789&_nc_ohc=LLI624WHS1QAX-
                        LMGEQ&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=6c34a0a7fc7274d4ea4953c68c078484&oe=6024B2D3


Instant Message : Facebook Messenger
From                                                                         08:05:49
    Susie Dreher Kicha <1434947707>
To
    Ruby Freeman <100008229341974>
Stub: image-229443785238904

        https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129843129_229443791905570_3069400713882332429_n.jpg?
    _nc_cat=101&ccb=2&_nc_sid=58c789&_nc_ohc=Xr67_VLk8zYAX_toarC&_nc_oc=AQmbvYZh0hFjgnuReWYb2RxaKB6WjXwFCsI
                            -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=ac43590d9efe51ea23cd75c28d97f925&oe=6024DB20


Instant Message : Facebook Messenger
From                                                                         08:05:59
    Susie Dreher Kicha <1434947707>
To
    Ruby Freeman <100008229341974>

We got you! Confess NOW!! Name names!!!!!


Instant Message : Facebook Messenger
From                                                                         08:06:23
    Susie Dreher Kicha <1434947707>
To
    Ruby Freeman <100008229341974>
Stub: image-4710924802315298

        https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129777594_4710924808981964_4467029685770337319_n.jpg?
    _nc_cat=106&ccb=2&_nc_sid=58c789&_nc_ohc=e5mdZ1kK6WQAX9AoqvL&_nc_ad=z
                            -
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=bb14f4734627d342a62708873fc36277&oe=60253D40


Instant Message : Facebook Messenger

33

Confidential Information

From    Susie Dreher Kicha <1434947707>    08:06:30
To    Ruby Freeman <100008229341974>

Above pic from video all over the internet

Instant Message : Facebook Messenger
From    Susie Dreher Kicha <1434947707>    08:07:19
To    Ruby Freeman <100008229341974>
Stub: image-485956095706031

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129725242_485956099039364_6795441584034608760_n.jpg?
_nc_cat=103&ccb=2&_nc_sid=58c789&_nc_ohc=7RRNTKVeTxcAX9Nl8kl&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=b75d346c9a07939c55bb631ca7e373b0&oe=60277F85

Instant Message : Facebook Messenger
From    Susie Dreher Kicha <1434947707>    08:07:25
To    Ruby Freeman <100008229341974>
Stub: image-223804185826513

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129956471_223804195826512_19908626603956473_n.jpg?
_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=bbSf7AxSVnAAX8BHhTa&_nc_oc=AQneGYyPtiqdfiMGYzwvOVvLYuGKU40XJPny
-MA-YzNvqZ&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=d39d37803ec235a03e64d483fdfa6e1f&oe=60267073

Instant Message : Facebook Messenger
From    Susie Dreher Kicha <1434947707>    08:07:29
To    Ruby Freeman <100008229341974>
Stub: image-1695043527335865

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/130007128_1695043557335862_6516835993352187734_n.jpg?
_nc_cat=101&ccb=2&_nc_sid=58c789&_nc_ohc=AuogDQ8k33YAX92I6gt&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=e26764678f79bb18d5a027db7b447e56&oe=6027D19C

Instant Message : Facebook Messenger
From    Susie Dreher Kicha <1434947707>    08:07:32
To    Ruby Freeman <100008229341974>
Stub: image-223107292496165

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129839402_22310730916 2830_3810352667173376574_n.jpg?
_nc_cat=109&ccb=2&_nc_sid=58c789&_nc_ohc=6irBgPPxKrgAX-
Hp8CN&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=385817a797aa49cd3db4093c9aaf38a0&oe=6026FB32

34



Instant Message : Facebook Messenger
From                                                    08:07:40
    Susie Dreher Kicha <1434947707>
To
    Ruby Freeman <100008229341974>

Confession needed ASAP!

**End Thread**

Thread Statistics
                        **Instant Message Count**
            10

35



Chat with "Mark Brown" <500770598>

Mark Brown <500770598>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 08:56:00
Latest item: 2020-12-04 16:13:23

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    Mark Brown <500770598>                    08:56:00
To
    Ruby Freeman <100008229341974>

you should hang for your TREASON. Thou shalt NOT STEAL! I hope you
suffer for your crimes.

Instant Message : Facebook Messenger
From
    Mark Brown <500770598>                    08:57:30
To
    Ruby Freeman <100008229341974>

Dont ever claim to be a Christian when you support a party that rejects
God and supports ABORTION.

Instant Message : Facebook Messenger
From
    Mark Brown <500770598>                    16:13:23
To
    Ruby Freeman <100008229341974>

CRIMINAL youll look good in orange

**End Thread**

Thread Statistics
              **Instant Message Count**
        3

36

Chat with "Gage Wicks" <100001367931007>

Ruby Freeman <100008229341974>
Gage Wicks <100001367931007>
System Message <System Message>

Earliest item: 2020-12-04 09:26:34
Latest item: 2020-12-04 09:28:05

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                     09:26:34
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Gage Wicks <100001367931007>

This message is no longer available because it was identified as abusive or
marked as spam.

Instant Message : Facebook Messenger
From                                                                     09:26:47
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Gage Wicks <100001367931007>

This message is no longer available because it was identified as abusive or
marked as spam.

Instant Message : Facebook Messenger
From                                                                     09:26:52
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Gage Wicks <100001367931007>

This message is no longer available because it was identified as abusive or
marked as spam.

Instant Message : Facebook Messenger
From                                                                     09:27:13
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Gage Wicks <100001367931007>

This message is no longer available because it was identified as abusive or
marked as spam.

Instant Message : Facebook Messenger
From                                                                     09:28:05
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Gage Wicks <100001367931007>

This message is no longer available because it was identified as abusive or
marked as spam.

37

**End Thread**

Thread Statistics

**Instant Message Count**

5

38



### Chat with "Stephen J Laird" <1299349971>

Stephen J Laird <1299349971>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 09:43:00
Latest item: 2020-12-04 11:47:07

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                    09:43:00
    Stephen J Laird <1299349971>
To
    Ruby Freeman <100008229341974>

The voter fraud you committed was on video, Lady Ruby. Come forward and take this burden off your soul. Treason is crime against the rest of your fellow citizens.

Instant Message : Facebook Messenger
From                                                                    10:45:42
    Stephen J Laird <1299349971>
To
    Ruby Freeman <100008229341974>

I pray the Lord protection over you for your upcoming trials and tribulations.

Instant Message : Facebook Messenger
From                                                                    11:47:07
    Stephen J Laird <1299349971>
To
    Ruby Freeman <100008229341974>
Stub: image-167893018360616

https://scontent.xx.fbcdn.net/v/t1.15752-0/cp0/e15/q65/s640x640/128705477_16789302169 3949_9004484908719363380_n.jpg?_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=uC2N9hUektQAX80ueJd&_nc_ad=z

m&_nc_cid=0&_nc_ht=scontent.xx&tp=9&oh=7458d8e7ff6d98138af0c541c01d8c35&oe=60259EBD

**End Thread**

Thread Statistics
**Instant Message Count**
3

Confidential Information



**Chat with "Jared Daun" <100010943134620>**

Jared Daun <100010943134620>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 10:15:36
Latest item: 2020-12-04 10:17:05

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                              10:15:36
    Jared Daun <100010943134620>
To
    Ruby Freeman <100008229341974>

How much did you get paid to smuggle in those ballots and cheat the
election?

Instant Message : Facebook Messenger
From                                                              10:17:05
    Jared Daun <100010943134620>
To
    Ruby Freeman <100008229341974>

You do know that prison time is coming right? You are on video helping to
overthrow an election.

**End Thread**

Thread Statistics
                        **Instant Message Count**
                2

Confidential Information



Chat with "Fuq Dishit" <100040663710918>

Ruby Freeman <100008229341974>
Fuq Dishit <100040663710918>

Earliest item: 2020-12-04 10:22:15
Latest item: 2020-12-04 10:22:15

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                          10:22:15
    Fuq Dishit <100040663710918>
To
    Ruby Freeman <100008229341974>

If this is actually your account,

I highly recommend making a plea bargain in the EVIDENT voter fraud that
you participated in.

The world is watching.

**End Thread**

Thread Statistics
                    **Instant Message Count**
            1

41

Confidential Information



Chat with "Melga Zara" <100002936899134>

Ruby Freeman <100008229341974>
Melga Zara <100002936899134>

Earliest item: 2020-12-04 10:46:22
Latest item: 2020-12-04 11:54:41

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    Melga Zara <100002936899134>                    10:46:22
To
    Ruby Freeman <100008229341974>

U world famous now 😊

Instant Message : Facebook Messenger
From
    Melga Zara <100002936899134>                    10:47:29
To
    Ruby Freeman <100008229341974>

lawyer up yet?😊

Instant Message : Facebook Messenger
From
    Melga Zara <100002936899134>                    11:35:56
To
    Ruby Freeman <100008229341974>

we know where u live lol

Instant Message : Facebook Messenger
From
    Melga Zara <100002936899134>                    11:39:07
To
    Ruby Freeman <100008229341974>

u trending on twitter, congratulations 😊

Instant Message : Facebook Messenger
From
    Melga Zara <100002936899134>                    11:54:29
To
    Ruby Freeman <100008229341974>
Stub: image-412663723250752

https://scontent.xx.fbcdn.net/v/t1.15752-
9/129725529_412663729917418_6875798432842475488_n.png?
_nc_cat=101&ccb=2&_nc_sid=58c789&_nc_ohc=wcMfy7hAV0YAX_wP82N&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&oh=c8567f7b69979c29c4870e45fa28c83a&oe=60258175

Instant Message : Facebook Messenger

42



From
    Melga Zara <100002936899134>                                    11:54:41
To
    Ruby Freeman <100008229341974>
Stub: image-2714581982128630

        https://scontent.xx.fbcdn.net/v/t1.15752-
0/p640x640/130023669_2714581992128629_3981240153529840424_n.png?
_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=FvmvoMAL0M4AX_sa5hJ&_nc_ad=z
                                    -
m&_nc_cid=0&_nc_ht=scontent.xx&_nc_tp=30&oh=fd87470605a813053a15a103bb0ec2dc&oe=60264A06

**End Thread**

Thread Statistics
                        **Instant Message Count**
            6

Confidential Information

Freeman_Giuliani-00000048



Chat with "Garrett Sommerfeld" <1357816695>

Ruby Freeman <100008229341974>
Garrett Sommerfeld <1357816695>

Earliest item: 2020-12-04 11:20:31
Latest item: 2020-12-04 11:21:30

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
   Garrett Sommerfeld <1357816695>          11:20:31
To
   Ruby Freeman <100008229341974>

confess your sins girlfriend

Instant Message : Facebook Messenger
From
   Garrett Sommerfeld <1357816695>          11:21:09
To
   Ruby Freeman <100008229341974>

jesus forgives... let jesus know you are sorry for filling out the ballots when
you werent supposed to child

Instant Message : Facebook Messenger
From
   Garrett Sommerfeld <1357816695>          11:21:30
To
   Ruby Freeman <100008229341974>

only jesus can forgive you for that, and he will

**End Thread**

Thread Statistics
                   **Instant Message Count**
        3

44



Chat with "Tada Delfs" <100004695522050>

Ruby Freeman <100008229341974>
Tada Delfs <100004695522050>

Earliest item: 2020-12-04 11:36:12
Latest item: 2020-12-04 11:44:58

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    Tada Delfs <100004695522050>                    11:36:12
To
    Ruby Freeman <100008229341974>

Treason! You will reap what you have sewn.

Instant Message : Facebook Messenger
From
    Tada Delfs <100004695522050>                    11:38:01
To
    Ruby Freeman <100008229341974>

And your lovely daughter too.

Instant Message : Facebook Messenger
From
    Tada Delfs <100004695522050>                    11:38:33
To
    Ruby Freeman <100008229341974>

Federal crimes....

Instant Message : Facebook Messenger
From
    Tada Delfs <100004695522050>                    11:40:28
To
    Ruby Freeman <100008229341974>
Stub: image-219455909564942

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/s640x640/129639263_219455932898273_450956104401365790_n.jpg?
_nc_cat=108&ccb=2&_nc_sid=58c789&_nc_ohc=xIzdZx_BEVIAX-3K-
aP&_nc_ad=z-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=9&oh=b05a4a21e6e2b068310986b6e63d928f&oe=60253937

Instant Message : Facebook Messenger
From
    Tada Delfs <100004695522050>                    11:44:58
To
    Ruby Freeman <100008229341974>

You are now famous! Congratulations!

**End Thread**

45

Thread Statistics

**Instant Message Count**

5

Confidential Information



Chat with "James Barry" <812120098>

Ruby Freeman <100008229341974>
James Barry <812120098>

Earliest item: 2020-12-04 11:41:39
Latest item: 2020-12-04 12:19:23

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
James Barry <812120098>                                11:41:39
To
Ruby Freeman <100008229341974>

Going to prison soon

Instant Message : Facebook Messenger
From
James Barry <812120098>                                12:19:23
To
Ruby Freeman <100008229341974>

Busted!!

**End Thread**

Thread Statistics
                    **Instant Message Count**
            2

47

# Instant Message

Source
Facebook Messenger
 From
Empty Object
 Body
You're so screwed
 Identifier
Empty Value
 Time Stamp
2020-12-04 11:49:15 Z
 Attachment
Empty Object
 Status
Empty Value
 Type
AppMessage
 Source Application
Facebook Messenger
 Parent Source
Facebook Messenger

Confidential Information



Chat with <+13183076160>

Lady Ruby Freeman <+17703547770>
+13183076160

Earliest item: 2020-12-04 12:09:02
Latest item: 2020-12-04 12:09:02

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                          12:09:02
    +13183076160
To
    Lady Ruby Freeman <+17703547770>

Breaker 19 breaker 19 45 will still be president because my daughter and I
cheated on November 3rd.. breaker 19 breaker 19 4 more years....
breaker 19 breaker 19 I claim to be a Christian, but cheat behind closed
doors..... breaker 19 breaker 19 luckily there's a chapel in most
prisons....

**End Thread**

Thread Statistics
                        **Instant Message Count**
            1

Confidential Information

Freeman_Giuliani-00000054

# Instant Message

Source
Facebook Messenger
  From
Empty Object
  Body
Did you count illegal votes in the middle of the night?
  Identifier
Empty Value
  Time Stamp
2020-12-04 12:35:21 Z
  Attachment
Empty Object
  Status
Empty Value
  Type
AppMessage
  Source Application
Facebook Messenger
  Parent Source
Facebook Messenger

Confidential Information



Chat with "Toni Hunton - Shytle" <1538738137>

Ruby Freeman <100008229341974>
Toni Hunton - Shytle <1538738137>

Earliest item: 2020-12-04 12:48:53
Latest item: 2020-12-04 12:50:11

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
   Toni Hunton – Shytle <1538738137>                          12:48:53
To
   Ruby Freeman <100008229341974>

What was it you were doing on election night Ruby?

Instant Message : Facebook Messenger
From
   Toni Hunton - Shytle <1538738137>                          12:49:12
To
   Ruby Freeman <100008229341974>

Did you have some of your things for sale hidden under that table?

Instant Message : Facebook Messenger
From
   Toni Hunton - Shytle <1538738137>                          12:49:37
To
   Ruby Freeman <100008229341974>

Or was it ballot stuffing you were up to?

Instant Message : Facebook Messenger
From
   Toni Hunton - Shytle <1538738137>                          12:50:11
To
   Ruby Freeman <100008229341974>

BUSTED

**End Thread**

Thread Statistics
                    **Instant Message Count**
              4

51



Chat with "Carolyn Treadwell" <1089798469> on December 4, 2020

Ruby Freeman <100008229341974>
Carolyn Treadwell <1089798469>

Earliest item: 2020-12-04 12:50:48
Latest item: 2020-12-04 12:50:48

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                            12:50:48
    Carolyn Treadwell <1089798469>
To
    Ruby Freeman <100008229341974>

How does it feel knowing you betrayed our country? You and others committed treason. I'll be watching for your arrest.

We are all appalled by your treasonous actions.

You shamed everyone you are connected to.

**End Thread**

Thread Statistics
                    **Instant Message Count**
            1

Confidential Information



Chat with "John Scalera" <100027729132220>

Ruby Freeman <100008229341974>
John Scalera <100027729132220>

Earliest item: 2020-12-04 12:59:49
Latest item: 2020-12-04 13:04:27

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
    John Scalera <100027729132220>                    12:59:49
To
    Ruby Freeman <100008229341974>

R you the one going to jail for taking out suitcases filled with ballots
underneath the table

Instant Message : Facebook Messenger
From
    John Scalera <100027729132220>                    13:04:27
To
    Ruby Freeman <100008229341974>

Was it you

**End Thread**

Thread Statistics
                        **Instant Message Count**
            2

Confidential Information

Freeman_Giuliani-00000058

## Instant Message

Source
Facebook Messenger
  From
Empty Object
  Body
I am assuming this doesnt bode well for business?
  Identifier
Empty Value
  Time Stamp
2020-12-04 13:10:05 Z
    Attachment
Empty Object
  Status
Empty Value
  Type
AppMessage
  Source Application
Facebook Messenger
  Parent Source
Facebook Messenger

54

# Instant Message

Source
Facebook Messenger
From
Empty Object
Body
Is it true? You cheated this election? Are you going to go to jail over this?
Identifier
Empty Value
Time Stamp
2020-12-04 13:13:38 Z
Attachment
Empty Object
Status
Empty Value
Type
AppMessage
Source Application
Facebook Messenger
Parent Source
Facebook Messenger

Confidential Information



Chat with "Keith Sweat" <100000078423356>

Ruby Freeman <100008229341974>
Keith Sweat <100000078423356>

Earliest item: 2020-12-04 13:14:36
Latest item: 2020-12-04 13:24:18

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From
  Keith Sweat <100000078423356>            13:14:36
To
  Ruby Freeman <100008229341974>

You goin to jail for treason Ruby

Instant Message : Facebook Messenger
From
  Keith Sweat <100000078423356>            13:24:18
To
  Ruby Freeman <100008229341974>

You went from knock off clothing to knock off ballots.😂😂😂If the law
don't get you I bet one of these patriots out here in the streets do. Your
life in prison sounds awesome to me

**End Thread**

Thread Statistics
                    **Instant Message Count**
          2

Confidential Information

# Instant Message

Source
Facebook Messenger
  From
Empty Object
  Body
Well either way...you're famous now! Trump 2020!
  Identifier
Empty Value
  Time Stamp
2020-12-04 13:14:56 Z
  Attachment
Empty Object
  Status
Empty Value
  Type
AppMessage
  Source Application
Facebook Messenger
  Parent Source
Facebook Messenger

57

# Instant Message

Source
Facebook Messenger
  From
Empty Object
  Body
I'm guessing Shaye was in on it, too?
  Identifier
Empty Value
  Time Stamp
2020-12-04 13:15:48 Z
    Attachment
Empty Object
  Status
Empty Value
  Type
AppMessage
  Source Application
Facebook Messenger
  Parent Source
Facebook Messenger

58



Chat with "Sarah Margaret" <742965730>

Ruby Freeman <100008229341974>
System Message <System Message>
Sarah Margaret <742965730>

Earliest item: 2020-12-04 13:16:08
Latest item: 2020-12-04 13:16:16

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                    13:16:08
   System Message <System Message>
To
   Ruby Freeman <100008229341974>
   Sarah Margaret <742965730>

Sarah named the group Sarah
https://www.facebook.com/LaRubysuniquetreasures/

It's a black Friday special. All treasures are ...

Instant Message : Facebook Messenger
From                                                                    13:16:16
   Sarah Margaret <742965730>
To
   Ruby Freeman <100008229341974>

A person convicted of the offense of conspiracy to commit election fraud
involving a violation of this chapter which is a felony shall be punished by
imprisonment for not less than one year nor more than one-half the
maximum period of time for which he or she could have been sentenced if
he or she had been convicted of the crime conspired to have been
committed, by one-half the maximum fine to which he or she could have
been subjected if he

**End Thread**

Thread Statistics

**Instant Message Count**
2

Confidential Information

## Chat with <+16146320397>

Lady Ruby Freeman <+17703547770>
+16146320397

**Earliest item: 2020-12-04 13:21:01**
**Latest item: 2020-12-04 13:22:55**

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                              13:21:01
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

You're a piece of garbage. Fucking calling out God in your messages
when you're a servant of SATAN

Instant Message : Native Messages
From                                                              13:21:34
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

image000000.gif

60



image000001.gif

Confidential Information

Freeman_Giuliani-00000066



Instant Message : Native Messages

From                                              13:21:48
    +16146320397
To
    Lady Ruby Freeman <+17703547770>


                        image000000.gif

Confidential Information



image000001.gif

Confidential Information

Freeman_Giuliani-00000068



Instant Message : Native Messages

From                                                    13:22:01
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

image000000.gif



image000001.gif

Confidential Information

Freeman_Giuliani-00000069



Instant Message : Native Messages

From                                                    13:22:15
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

image000000.gif

Confidential Information



Instant Message : Native Messages

From                                                13:22:37
   +16146320397
To
   Lady Ruby Freeman <+17703547770>

image000000.gif

66



image000001.gif



image000002.gif

Confidential Information



image000003.gif



image000004.gif

Confidential Information

Freeman_Giuliani-00000073



Instant Message : Native Messages
From                                                    13:22:40
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

                image000000.gif

69

Freeman_Giuliani-00000074



image000001.gif



Instant Message : Native Messages
From                                                    13:22:46

70

+16146320397

To

Lady Ruby Freeman <+17703547770>

image000000.gif



image000001.gif



image000002.gif

71



Instant Message : Native Messages

From                                                  13:22:48
    +16146320397

To
    Lady Ruby Freeman <+17703547770>

image000000.gif

Confidential Information

Freeman_Giuliani-00000077



Instant Message : Native Messages

From                                          13:22:52
    +16146320397
To
    Lady Ruby Freeman <+17703547770>


                image000000.gif

Confidential Information                    Freeman_Giuliani-00000078



image000001.gif

Confidential Information

Freeman_Giuliani-00000079



Instant Message : Native Messages

From                                             13:22:55
    +16146320397
To
    Lady Ruby Freeman <+17703547770>

image000000.gif



image000001.gif

Confidential Information

Freeman_Giuliani-00000080



image000002.gif



**End Thread**

Thread Statistics

**Instant Message Count**

Confidential Information

11

Confidential Information

Freeman_Giuliani-00000082



Chat with <+16517695339>

Lady Ruby Freeman <+17703547770>
+16517695339

Earliest item: 2020-12-04 13:21:11
Latest item: 2020-12-04 13:28:07

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                                 13:21:11
    +16517695339
To
    Lady Ruby Freeman <+17703547770>

You cheatin mothafucka, scum bag Democrats. Jackasses every last one
of ya. I hope you like prison cuz that's where they send people who
commit treason against their own country. POS

Instant Message : Native Messages
From                                                                 13:28:07
    +16517695339
To
    Lady Ruby Freeman <+17703547770>

Hey maybe you'll only get a few years if you snitch on your
overlords..that's better than 20 or more ain't it? Also, in case your small
feeble mind cant think or remember, the Democrats started the they're
party to preserve slavery theyre still doing it today just has a different face.
They also started the kkk, and on top of that biden was good friends with
the grand master wizard of the clan and didnt want his kids growing up in a
racial jungle. But I'm sure you didnt are that on cnn so it's probably wrong
huh? How could you sell your country and your soul out? You need to do
some soul searching and find Jesus

**End Thread**

Thread Statistics
                              **Instant Message Count**
                    2

Confidential Information





+1 (915) 494-0663 ›

iMessage
Today 7:48 AM

Bitch you're going down!!!!!

The sender is not in your contact list.

**Report Junk**

79

**+1 (352) 610-3694** >

**Text Message**
**Today** 5:41 AM

Hey Ruby! I suggest you come forward and tell the truth before you face serious jail time. You are famous for trying to STEAL AN ELECTION. Im disgusted by what you did. I hope it was worth it for that old racist white man joe that don't give a damn abt you

You and your daughter are disgusting

80

Freeman_Giuliani-00000089



Chat with <+14079520606>

+14079520606
Lady Ruby Freeman <+17703547770>

Earliest item: 2020-12-04 13:58:41
Latest item: 2020-12-04 13:58:41

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                      13:58:41
  +14079520606
To
  Lady Ruby Freeman <+17703547770>
  Lady Ruby Freeman <+17703547770>

Pack your shit. They are coming for you. I'm not far behind. I'm coming
for you also. Trash will be taken to the street in bags.

**End Thread**

Thread Statistics
                          **Instant Message Count**
              1

Confidential Information                                    Freeman_Giuliani-00000090



Chat with <+16024253452>

Lady Ruby Freeman <+17703547770>
+16024253452

Earliest item: 2020-12-04 15:03:16
Latest item: 2020-12-04 15:22:04

**Friday 04 December 2020**

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:03:16

We know.

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:04:06

Where.

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:04:09

You.

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:04:14

Sleep.

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:10:21

Did you think you would get away with treason, ruby? Do you know the
punishment for treason, ruby? Does your daughter?

Instant Message : Native Messages
From
   +16024253452
To
   Lady Ruby Freeman <+17703547770>

15:22:04

82

Do you think joe biden or the dnc will save you from what is coming, ruby?

That is all. Have a nice day, ruby.

**End Thread**

Thread Statistics

**Instant Message Count**

6

Confidential Information



Confidential Information

Freeman_Giuliani-00000093



Chat with <+14422505792> on December 4, 2020

Lady Ruby Freeman <+17703547770>
+14422505792

Earliest item: 2020-12-04 15:51:04
Latest item: 2020-12-04 22:12:59

**Friday 04 December 2020**

Instant Message : Native Messages
From                                                                          15:51:04
    +14422505792
To
    Lady Ruby Freeman <+17703547770>

Evil cheaters go to Guantanamo Bay. YOU ARE AN EVIL CHEATER.

Instant Message : Native Messages
From                                                                          22:12:59
    +14422505792
To
    Lady Ruby Freeman <+17703547770>

Another darkie goes to prison

**End Thread**

Thread Statistics
                          **Instant Message Count**
              2

85



Chat with "Alexis Jnae" <100007932278893>

Alexis Jnae <100007932278893>
Ruby Freeman <100008229341974>

Earliest item: 2020-12-04 19:54:05
Latest item: 2020-12-04 19:54:26

**Friday 04 December 2020**

Instant Message : Facebook Messenger
From                                                                              19:54:05
   Alexis Jnae <100007932278893>
To
   Ruby Freeman <100008229341974>

Why is your daughter not in jail

Instant Message : Facebook Messenger
From                                                                              19:54:26
   Alexis Jnae <100007932278893>
To
   Ruby Freeman <100008229341974>

That is so disgusting that she would work to steal American voices

**End Thread**

Thread Statistics
                          **Instant Message Count**
                2

86



Chat with <+12707795172>

Lady Ruby Freeman <+17703547770>
+12707795172

Earliest item: 2020-12-04 22:19:42
Latest item: 2020-12-04 22:19:42

**Friday 04 December 2020**

Instant Message : Native Messages
From                                          22:19:42
   +12707795172
To
   Lady Ruby Freeman <+17703547770>

God don't like ugly, you going to jail lady!!!!!!

**End Thread**

Thread Statistics
                        **Instant Message Count**
          1

Confidential Information



Chat with <+14152794114>

Lady Ruby Freeman <+17703547770>
+14152794114

Earliest item: 2020-12-04 23:09:25
Latest item: 2020-12-04 23:09:25

**Friday 04 December 2020**

Instant Message : Native Messages
From                                          23:09:25
    +14152794114
To
    Lady Ruby Freeman <+17703547770>
    Lady Ruby Freeman <+17703547770>

Well...if you were a godly woman as you state on your message...you
would not have cheated this election. Sorry darlin' you need to go to jail.

**End Thread**

Thread Statistics
                    **Instant Message Count**
            1

88



**Chat with <+19316832896>**

Lady Ruby Freeman <+17703547770>
+19316832896

Earliest item: 2020-12-05 00:44:38
Latest item: 2020-12-05 00:45:59

**Saturday 05 December 2020**

Instant Message : Native Messages
From
    +19316832896                                    00:44:38
To
    Lady Ruby Freeman <+17703547770>

HI I would like to order some election fraud, How much does it cost?

Instant Message : Native Messages
From
    +19316832896                                    00:45:59
To
    Lady Ruby Freeman <+17703547770>

Hello?

**End Thread**

Thread Statistics
                    **Instant Message Count**
                            2

89



Chat with <+12087573747>

Lady Ruby Freeman <+17703547770>
+12087573747

Earliest item: 2020-12-05 02:05:44
Latest item: 2020-12-05 02:05:44

**Saturday 05 December 2020**

Instant Message : Native Messages
From                                          02:05:44
    +12087573747
To
    Lady Ruby Freeman <+17703547770>

I am praying for you. Hi Miss Ruby. I just wanted to let you know I am
praying for you. I have seen the videos. I watched you pray with your
daughter right before you gave her a thumb drive at the election counting
center. I saw you and her pulling out thousands of ballots to count them
secretly. I am sure this hasnt been easy for you and I am also sure you are
both scared right now. Do you think that if the chips start to fall that those
who told you to cheat will protect you? Do you think they really care
about you or is it more likely that they will deny knowledge of your and
your daughters actions and leave you to be prosecuted for your fraud. Do
you really want to spend your life in Prison for this? I know your heart. God
knows your heart. God knows that you knew what you were doing was
wrong when you prayed to him before you did it. You have a unique
opportunity here to go from criminals to HEROES by telling the truth - ask
for immunity, they will give you anything to catch the bigger fish! Miss
Ruby, do you understand the power you hold in your hands right now??
Claim you were pretending to go along with the scheme to catch them in
the act. Be the saviour of the American People! Write a book, give
interviews , become famous! Save this Republic before we go to Civil War!
God knows your heart. God knows you will do the right thing. I am praying
for you.

**End Thread**

Thread Statistics
                        **Instant Message Count**
                1

Confidential Information

Chat with <+17316165406>

Lady Ruby Freeman <+17703547770>
+17316165406

Earliest item: 2020-12-05 02:23:59
Latest item: 2020-12-05 02:23:59

**Saturday 05 December 2020**

Instant Message : Native Messages
From                                                            02:23:59
  +17316165406
To
  Lady Ruby Freeman <+17703547770>
  Lady Ruby Freeman <+17703547770>

Baby, baby, baby. I hope God is with you when you start that prison ministry!

tmp.gif



**End Thread**

Thread Statistics
                        **Instant Message Count**
            1

91



Chat with <+13602046215>

Lady Ruby Freeman <+17703547770>
+13602046215

Earliest item: 2020-12-05 02:58:09
Latest item: 2020-12-05 02:58:09

**Saturday 05 December 2020**

Instant Message : Native Messages
From                                                              02:58:09
  +13602046215
To
  Lady Ruby Freeman <+17703547770>

Hello I am an everyday American citizen who saw a video online, in which you committed a federal crime. I would prefer you come forward before the feds become involved and arrest you. Please do the right thing and turn yourself in.

**End Thread**

Thread Statistics
                    **Instant Message Count**
            1

92



Chat with <+18325159292>

Lady Ruby Freeman <+17703547770>
+18325159292

Earliest item: 2020-12-05 04:24:23
Latest item: 2020-12-05 04:25:41

**Saturday 05 December 2020**

Instant Message : Native Messages
From
    +18325159292                                    04:24:23
To
    Lady Ruby Freeman <+17703547770>
    Lady Ruby Freeman <+17703547770>

Jail.

Instant Message : Native Messages
From
    +18325159292                                    04:25:41
To
    Lady Ruby Freeman <+17703547770>
    Lady Ruby Freeman <+17703547770>

If you come forward with a confession the consequences won't be as
severe.

**End Thread**

Thread Statistics
                        **Instant Message Count**
            2

Confidential Information

Freeman_Giuliani-00000133



Chat with <+14422505792> on December 5, 2020

Lady Ruby Freeman <+17703547770>
+14422505792

Earliest item: 2020-12-05 05:41:08
Latest item: 2020-12-05 05:41:08

**Saturday 05 December 2020**

Instant Message : Native Messages

From
+14422505792                                                        05:41:08

To
Lady Ruby Freeman <+17703547770>

LIAR LIAR LIAR LIAR LIAR

**End Thread**

Thread Statistics

**Instant Message Count**

1

94



Chat with <+18013818364>

Lady Ruby Freeman <+17703547770>
+18013818364

Earliest item: 2020-12-05 17:10:46
Latest item: 2020-12-05 17:10:46

**Saturday 05 December 2020**

Instant Message : Native Messages
From                                        17:10:46
+18013818364
To
Lady Ruby Freeman <+17703547770>

Fuck you un-American Bitch! Remember that the first to start the
revolution is the second to the guillotine.... We all know you...

**End Thread**

Thread Statistics
                    **Instant Message Count**
            1

95



Chat with <+18334172274> on December 5, 2020

Lady Ruby Freeman <+17703547770>
+18334172274

Earliest item: 2020-12-05 18:28:15
Latest item: 2020-12-05 18:28:15

**Saturday 05 December 2020**

Instant Message : Native Messages
From                                                      18:28:15
   +18334172274
To
   Lady Ruby Freeman <+17703547770>

Cash App: Brittany sent you $1 for TREASONOUS SHAMEFUL 🍀.

**End Thread**

Thread Statistics
                **Instant Message Count**
    1

Confidential Information

.ıl Verizon 🤙

‹ 12

+1 (318) 307-6160 ›

Text Message
Yesterday 7:09 AM

Breaker 19 breaker 19 45 will still be president because my daughter and I cheated on November 3rd.. breaker 19 breaker 19 4 more years.... breaker 19 breaker 19 I claim to be a Christian, but cheat behind closed doors..... breaker 19 breaker 19 luckily there's a chapel in most prisons.... 👆 👆 👆

The sender is not in your contact list.
**Report Message**



Confidential Information                                              Freeman_Giuliani-00000138

 Verizon
10:59 AM



+1 (512) 638-2661

Hey Ruby,
 Did God direct you to help Biden steal my vote w all the votes you stole from Trump?
 Were you acknowledging Him in stealing election for Soros/Satan?
 Trump will have you and all other  traitors like lawfully swinging from GITMO gallows very soon.

 Then you get to answer the above questions to He Whom you crucify

   Text Message 

      

98

Confidential Information





+1 (512) 638-2661

stealing election for Soros/Satan?
 Trump will have you and all other  traitors like lawfully swinging from GITMO gallows very soon.

 Then you get to answer the above questions to He Whom you crucify anew w every lie, every theft, every proud moment, of your theft of my vote, Ruby.



The sender is not in your contact list.
**Report Message**

:tore    **Pay**    Stickers    #images    Music

Apple Pay

99

Confidential Information

Freeman_Giuliani-00000139


Verizon


10:56 AM

24

+1 (954) 914-9439

Text Message
Yesterday 9:01 AM

You,are a traitor to your country,and people.you deserve what traitors get,and we will see to it ,that happens.you can't hide,you cant run.youre gonna have to face what you've done

The sender is not in your contact list.

**Report Message**




Text Message










100

Confidential Information

**.ıll Verizon 🛜**                     **10:56 AM**                     🔋

< 26

+1 (407) 347-4725 >

Text Message
Yesterday 9:29 AM

They caught your dumb
ass - enjoy jail!!!

The sender is not in your contact list.

**Report Message**

Text Message

101



Verizon

**29**

+1 (702) 241-3273

Text Message
Yesterday 10:30 AM

Your going to jail call me
for no bail rat democrat

Trump2020 ruby go get
you diva on smoke some
crack so you can have
some swag in prison

The sender is not in your contact list.
**Report All Messages**

Text Message

102



Confidential Information

Freeman_Giuliani-00000144



Chat with "Seana Streich Taylor" <595555711> on December 6, 2020

Ruby Freeman <100008229341974>
Seana Streich Taylor <595555711>

Earliest item: 2020-12-06 18:02:28
Latest item: 2020-12-06 18:02:28

**Sunday 06 December 2020**

Instant Message : Facebook Messenger
From                                                                              18:02:28
    Seana Streich Taylor <595555711>
To
    Ruby Freeman <100008229341974>

You so famous!!

Instant Message : Facebook Messenger
From                                                                              18:02:28
    Seana Streich Taylor <595555711>
To
    Ruby Freeman <100008229341974>
Stub: image-823602874875609

https://scontent.xx.fbcdn.net/v/t1.15752-
0/cp0/e15/q65/p480x480/129550064_823602878208942_1058462131861541942_n.jpg?
_nc_cat=110&ccb=2&_nc_sid=58c789&_nc_ohc=ZqbiKXinVxwAX_Lqyy4&_nc_ad=z
-
m&_nc_cid=0&_nc_ht=scontent.xx&tp=3&oh=1c715ecd63ad0d369a7352ca7d0c8182&oe=5FF13FD7

**End Thread**

Thread Statistics
                          **Instant Message Count**
                                        2

104

Freeman_Giuliani-00000154



Chat with "Timothy Flagg" <100000834331980>

Ruby Freeman <100008229341974>
Timothy Flagg <100000834331980>

Earliest item: 2020-12-09 23:28:11
Latest item: 2020-12-09 23:28:11

**Wednesday 09 December 2020**

Instant Message : Facebook Messenger
From
   Timothy Flagg <100000834331980>                    23:28:11
To
   Ruby Freeman <100008229341974>

JESUS WOULD NOT CHEAT now would he condone your actions. The best
thing for you to do is expose darkness and live in HIS LIGHT with clean
hands

**End Thread**

Thread Statistics

**Instant Message Count**

1

105



Chat with "Tommy Miller" <100012398292523>

Ruby Freeman <100008229341974>
Tommy Miller <100012398292523>

Earliest item: 2020-12-10 20:26:04
Latest item: 2020-12-10 20:26:04

**Thursday 10 December 2020**

Instant Message : Facebook Messenger
From                                                        20:26:04
    Tommy Miller <100012398292523>
To
    Ruby Freeman <100008229341974>

I HOPE YOU GO TO JAIL AND ARE READY FOR THE WRATH YOU
DESERVE. CHEATING DEMORAT

**End Thread**

Thread Statistics
                        **Instant Message Count**
                1

106



Chat with "Carolyn Treadwell" <1089798469> on December 11, 2020

Ruby Freeman <100008229341974>
Carolyn Treadwell <1089798469>

Earliest item: 2020-12-11 14:38:20
Latest item: 2020-12-11 14:38:20

**Friday 11 December 2020**

Instant Message : Facebook Messenger
From                                              14:38:20
    Carolyn Treadwell <1089798469>
To
    Ruby Freeman <100008229341974>

Fake Christian

**End Thread**

Thread Statistics

**Instant Message Count**
1

107



Chat with "Brett Bolden" <100007042721349>

Ruby Freeman <100008229341974>
Brett Bolden <100007042721349>

Earliest item: 2020-12-11 18:31:54
Latest item: 2020-12-11 18:31:54

**Friday 11 December 2020**

Instant Message : Facebook Messenger
From                                                         18:31:54
    Brett Bolden <100007042721349>
To
    Ruby Freeman <100008229341974>

You're going to PRISON and so is your "baby"! People like you should be
tried for TREASON!!!

**End Thread**

Thread Statistics
                        **Instant Message Count**
            1

Confidential Information

Freeman_Giuliani-00000175



Chat with "Kelley Nua" <100056909330109>

Ruby Freeman <100008229341974>
Kelley Nua <100056909330109>

Earliest item: 2020-12-18 15:01:48
Latest item: 2020-12-18 15:01:48

**Friday 18 December 2020**

Instant Message : Facebook Messenger
From                                                      15:01:48
    Kelley Nua <100056909330109>
To
    Ruby Freeman <100008229341974>

You will go to prison as well as your daughter...

Don't think the American won't insist on it!

**End Thread**

Thread Statistics
                              **Instant Message Count**
              1

109



Chat with "Steve Daugherty" <1016605760>

Ruby Freeman <100008229341974>
Steve Daugherty <1016605760>

Earliest item: 2020-12-18 19:28:09
Latest item: 2020-12-18 19:29:43

**Friday 18 December 2020**

Instant Message : Facebook Messenger
From                                              19:28:09
    Steve Daugherty <1016605760>
To
    Ruby Freeman <100008229341974>

Hi Ruby. Is it true that the FBI arrested you and that now, you're spilling
the beans? DO NOT TRUST THE FBI!!! They will allow you to be killed! But if
you go on the Project Veritas show and tell all, YOU WILL SAVE YOURSELF
BECAUSE THE WORD WILL GET OUT THAT YOU EXPOSED ALL OF THEM...

Instant Message : Facebook Messenger
From                                              19:29:43
    Steve Daugherty <1016605760>
To
    Ruby Freeman <100008229341974>

Lawyers CANNOT PROTECT YOU. THE FBI CANNOT PROTECT YOU. THE
CIA WILL SNUFF YOUR LIFE OUT IN A HEART BEAT.. YOUR ONLY
PROTECTION IS TO GO PUBLIC!

**End Thread**

Thread Statistics
                          **Instant Message Count**
                2

110



Chat with "Cynthia Beasley Bell Osborne" <1064131908>

Ruby Freeman <100008229341974>
Cynthia Beasley Bell Osborne <1064131908>

Earliest item: 2021-01-06 01:53:19
Latest item: 2021-01-06 01:53:19

**Wednesday 06 January 2021**

Instant Message : Facebook Messenger
From                                                                                     01:53:19
    Cynthia Beasley Bell Osborne <1064131908>
To
    Ruby Freeman <100008229341974>

is this Ruby Freeman that stole the election but claims to be a righteous
Christian lady?

**End Thread**

Thread Statistics
                              **Instant Message Count**
                        1

111



Confidential Information

Freeman_Giuliani-00000179

**From:** Chuck via Alignable [noreply@email.alignable.com]
**on behalf of** Chuck via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:46:36 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Chuck



## Someone's interested in LaRuby's Unique Treasures

**From:** Chuck
**Email:** user883309@aol.com

I think if you come forward to Trumps lawyers real quick and explain what you were doing from 11 to 1am you could be a hero and beg for forgiveness with Courts or go to Jail for the rest of your life. The others in that room are thinking the same thing about now

Reply

Chuck contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

113

| From: | Margaret via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Margaret via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 3:50:29 AM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Margaret |



## Someone's interested in LaRuby's Unique Treasures

**From:** Margaret
**Email:** msmith3223@gmail.com

I like the purple shirt you wore while committing election fraud. Do you have any in a size medium?

**Reply**

Margaret contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

114

**From:** Joe Reas via Alignable [noreply@email.alignable.com]
on behalf of Joe Reas via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:58:40 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Joe Reas



## Someone's interested in LaRuby's Unique Treasures

**From:** Joe Reas
**Email:** klausj@gmail.com

You are a domestic terrorist and will be dealt with for your voter fraud in GA good luck in that jail cell with 3 hits and a cot the word is out 100 million know who you are haha trump 2020

Reply

Joe Reas contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

115

**From:**        Gregory Bunt [messages-noreply@linkedin.com]
**on behalf of**  Gregory Bunt <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:**        12/4/2020 4:00:08 AM
**To:**          Ruby Freeman [freemanruby561@yahoo.com]
**Subject:**     Do the right thing and tell the truth

   Ruby Freeman                          

Otherwise, jail time for you it seems.



No thanks…

Reply

View Gregory's LinkedIn profile

Unsubscribe | Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



Confidential Information

**From:**          Ken via Alignable [noreply@email.alignable.com]
on behalf of     Ken via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 4:01:02 AM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from Ken



## Someone's interested in LaRuby's Unique Treasures

**From:** Ken
**Email:** Kengoecke@protonmail.com

My, My, My!!! Looks like someone got caught on camera committing a big felony!!!

Reply

Ken contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

117

Confidential Information

**From:** An American Citizen via Alignable [noreply@email.alignable.com]
**on behalf of** An American Citizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:02:17 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from An American Citizen



## Someone's interested in LaRuby's Unique Treasures

**From:** An American Citizen
**Email:** welshonschiropractic@gmail.com

CHEATER CHEATER CHEATER CHEATER CHEATER GOING TO JAIL GOING TO JAIL GOING TO JAIL HAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHAHA

**Reply**

An American Citizen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

118

**From:** Mike Kaiser [mikekaiser@ymail.com]
on behalf of     Mike Kaiser <mikekaiser@ymail.com> [mikekaiser@ymail.com]
**Sent:** 12/4/2020 4:06:20 AM
**To:** freemanruby561@yahoo.com
**Subject:** You are disgusting loser and headed to jail

Confidential Information

**From:**         Patriot x via Alignable [noreply@email.alignable.com]
**on behalf of**  Patriot x via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**         12/4/2020 4:08:26 AM
**To:**           freemanruby561@yahoo.com
**Subject:**      New Contact Form Submission from Patriot x



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot x
**Email:** eatshit@fraudulentbitch.com

I hope you are arrested and convicted of election fraud you filthy thing. Rot in hell.

Reply

Patriot x contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

120

**From:** Spartacus via Alignable [noreply@email.alignable.com]
**on behalf of** Spartacus via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:12:40 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Spartacus



## Someone's interested in LaRuby's Unique Treasures

**From:** Spartacus
**Email:** Willoughby444@protonmail.com

Enjoy prison.

Reply

Spartacus contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

121

Confidential Information

**From:**          Ruby Freeman via Alignable [noreply@email.alignable.com]
**on behalf of**   Ruby Freeman via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 4:15:53 AM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from Ruby Freeman



## Someone's interested in LaRuby's Unique Treasures

**From:** Ruby Freeman
**Email:** doxtime@yahoo.com

You cheated with those ballots you evil, cheating biatch. Posting all your info on the net for the world to see. Your house, your bills, your pictures. Payback time.

Reply

Ruby Freeman contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

122

Confidential Information

**From:** Gus Rodriguez [rodgus@icloud.com]
on behalf of   Gus Rodriguez <rodgus@icloud.com> [rodgus@icloud.com]
**Sent:** 12/4/2020 4:21:31 AM
**To:** freemanruby561@yahoo.com
**Subject:** Atlanta Election Fraud - Hope You Have Great Lawyers and Lots of Money


It appears like all of the voting precincts had hidden cameras like in a casino.

I wish you well!

Sent from my iPad

Confidential Information
Freeman_Giuliani-00000273

From:          Nunya via Alignable [noreply@email.alignable.com]
on behalf of   Nunya via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:          12/4/2020 4:28:22 AM
To:            freemanruby561@yahoo.com
Subject:       New Contact Form Submission from Nunya



## Someone's interested in LaRuby's Unique Treasures

**From:** Nunya
**Email:** nunya@yahoo.com

Did you know that Vote cheating is a federal crime?

Reply

Nunya contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

124

Confidential Information

**From:** Donald J Trump via Alignable [noreply@email.alignable.com]
**on behalf of** Donald J Trump via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:31:07 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Donald J Trump



## Someone's interested in LaRuby's Unique Treasures

**From:** Donald J Trump
**Email:** donaldjtrump@gmail.com

Looks like some jail time in your future then again since you are a Democrat operative, maybe not.

Reply

Donald J Trump contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

125

**From:**      Anonymousemail [noreply@anonymousemail.me]
on behalf of   Anonymousemail <noreply@anonymousemail.me> [noreply@anonymousemail.me]
**Sent:**      12/4/2020 4:37:04 AM
**To:**        freemanruby561@yahoo.com
**Subject:**   DOJ summons to appear - AG Barr

This email was sent via **anonymousemail**
To remove this signature and unlock all features go premium
⟶ New! Join our affiliate program and start **earning money**.

You fucking Nigger,  You going to jail

126

**From:** Par Ubhi [parubhi@hotmail.com]
**on behalf of** Par Ubhi <parubhi@hotmail.com> [parubhi@hotmail.com]
**Sent:** 12/4/2020 4:37:39 AM
**To:** freemanruby561@yahoo.com
**Subject:** Traitor

Hey there traitor...we see who you are. Whoever hired you probably doesn't want you talking....it might be a good idea to call the FBI and rat out your friends and save your own ass. FYI, traitors go to Guantanamo Bay for life.





Sent from my iPhone

127

Confidential Information

Freeman_Giuliani-00000277

**From:** Prison Time via Alignable [noreply@email.alignable.com]
**on behalf of** Prison Time via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:49:02 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Prison Time



## Someone's interested in LaRuby's Unique Treasures

**From:** Prison Time
**Email:** talbanian@tutanota.com

Hey, was just wondering if you had any more of these suitcases for sell? The ones filled with ballots? I'll come to your house and pick them up, how's that?

Reply

Prison Time contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

128

**From:** Ken via Alignable [noreply@email.alignable.com]
**on behalf of** Ken via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:51:06 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ken



## Someone's interested in LaRuby's Unique Treasures

**From:** Ken
**Email:** dawsonkg@gmail.com

Hey Ruby--What ballots were you counting after everyone left? Why were they under the table? Sing now or enjoy your jail time.

Reply

Ken contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                                    Freeman_Giuliani-00000279

**From:** Lucy Gaitz via Alignable [noreply@email.alignable.com]
**on behalf of** Lucy Gaitz via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:55:47 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Lucy Gaitz



## Someone's interested in LaRuby's Unique Treasures

**From:** Lucy Gaitz
**Email:** demsarecheaters@gmail.com

How could you Ruby? You are a treasonous crook. Your day will come! Watch your back. 👀

Reply

Lucy Gaitz contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

130

| From: | Treason via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Treason via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 4:56:31 AM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Treason |



## Someone's interested in LaRuby's Unique Treasures

**From:** Treason
**Email:** getreadytogotojailforelectionfraud@guantanamobay.com

Very sad that an American will go as low to cheat in our election. I hope that you go to to Prison for election fraud. You must educate yourself when you to prison, read books and learn that the left isn't really what you think it is, and really they're just there to take advantage of your vote. Enjoy Prison, you have been caught for Election Fraud on CAMERA.

Reply

Treason contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 206 Portland Street
Boston MA 02114

131

**From:** Julie Newmar via Alignable [noreply@email.alignable.com]
on behalf of Julie Newmar via Alignable <noreply@email.alignable.com>
[noreply@email.alignable.com]
**Sent:** 12/4/2020 5:07:42 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Julie Newmar



## Someone's interested in LaRuby's Unique Treasures

**From:** Julie Newmar
**Email:** ihopeyoulikeorange@gmail.com

Cause that's the color you'll be wearing for a while. Hope it was worth it you treasonous bitch. DUMB ass

Reply

Julie Newmar contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

132

Confidential Information

**From:** Patriot via Alignable [noreply@email.alignable.com]
**on behalf of** Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:11:49 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot
**Email:** crushfan76@yahoo.com

You will be arrested for treason for the crap you pulled in the election fraud you committed! Your arrogance will be your downfall! I can't wait to see you in a prison jumpsuit along with the other idiots who aided you!

Reply

Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:** Fuck you lieing cheating ass whore via Alignable [noreply@email.alignable.com]
**on behalf of** Fuck you lieing cheating ass whore via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:53:26 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Fuck you lieing cheating ass whore



## Someone's interested in LaRuby's Unique Treasures

**From:** Fuck you licing cheating ass whore
**Email:** fuckruby@gmail.com

You dirty whore i hope you and uou family get hungged for treason

**Reply**

Fuck you lieing cheating ass whore contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

134

| | |
|---|---|
| **From:** | Bob Smith via Alignable [noreply@email.alignable.com] |
| **on behalf of** | Bob Smith via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/4/2020 5:56:30 AM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from Bob Smith |



## Someone's interested in LaRuby's Unique Treasures

**From:** Bob Smith
**Email:** bob@aol.com

Hi, can you make any custom shirts that say "I'm going to prison for 20 years for election fraud" hahahahahhahahha!!!! Your busted, you better start singing to the feds before hildog and them get to you, or go on Fox news and spill the beans

Reply

Bob Smith contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

135

**From:** Michael Hunt via Alignable [noreply@email.alignable.com]
**on behalf of** Michael Hunt via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:59:21 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Michael Hunt



## Someone's interested in LaRuby's Unique Treasures

**From:** Michael Hunt
**Email:** muchaelhunt@gmail.com

Cheating bitch

Reply

Michael Hunt contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

136

**From:** Instagram [no-reply@mail.instagram.com]
**on behalf of** Instagram <no-reply@mail.instagram.com> [no-reply@mail.instagram.com]
**Sent:** 12/4/2020 5:59:46 AM
**To:** freemanruby561@yahoo.com
**Subject:** ruby_uniquetreasures, see your new follower and more on Instagram



## Check out your recent activity on Instagram.

sonxyo commented: doxxed

sunchaser743 commented: Big bags for ballots?

sunchaser743 commented: Do you sell handcuffs?
@staceyabrams @govkemp @gasecofstate let's start
with 3 pairs, probably gonna need more

sunchaser743 commented: @mvpthrowingcoach1 lol.
I didn't see this first

sunchaser743 commented: Oh ruby don't take your
ballots to town #kennyrogers

luvaubie commented: Busted

annkliendo commented: 5 years in prison...

137



jaqnrach4life started following you.    Follow

fatbush928 mentioned you in a comment: Go after Ruby Freeman the owner of @ruby_uniquetreasures she's the lady in the purple shirt from the video where she took ballots out if the suitcase. #LockHerUp

fatbush928 commented: You might want to confess to what you did so you can get immunity or a reduced sentence for voter fraud. Smh...

See what's new from the people you follow.



See More on Instagram



© Instagram, Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025

This message was sent to freemanruby561@yahoo.com and intended for ruby_uniquetreasures. Instagram sends updates like this to help you keep up with the latest on Instagram. You can unsubscribe from these updates, or remove your email if this isn't your Instagram account. Unsubscribe or remove your email from this account.

138

**From:** Justice via Alignable [noreply@email.alignable.com]
**on behalf of** Justice via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:01:39 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Justice



## Someone's interested in LaRuby's Unique Treasures

**From:** Justice
**Email:** justice@gmail.com

You have been caught! You're going to jail. I hope it was worth it. Evil never prevails.

Reply

Justice contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                    Freeman_Giuliani-00000289

**From:** Mur via Alignable [noreply@email.alignable.com]
**on behalf of** Mur via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:18:34 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Mur



## Someone's interested in LaRuby's Unique Treasures

**From:** Mur
**Email:** mac@234.com

Burn in hell you communist dimocrat whore. You are going to jail you whore!,!

Reply

Mur contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

Confidential Information
Freeman_Giuliani-00000290

**From:** LOCK YOUR TREASONOUS ASS UP via Alignable [noreply@email.alignable.com]
**on behalf of** LOCK YOUR TREASONOUS ASS UP via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:18:39 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from LOCK YOUR TREASONOUS ASS UP



## Someone's interested in LaRuby's Unique Treasures

**From:** LOCK YOUR TREASONOUS ASS UP
**Email:** laseadog1@yahoo.com

I WILL PRAY DAY AND NIGHT YOU GO TO PRISON FOR A LONG LONG TIME
OR CONVICTED OF TREASON AND YOU KNOW WHAT HAPPENS THEN .
USA's #1 POS

Reply

LOCK YOUR TREASONOUS ASS UP contacted you from your public Alignable profile and is not
associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

141

**From:**        Timothy Dispensa [messages-noreply@linkedin.com]
**on behalf of**  Timothy Dispensa <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent**:        12/4/2020 6:32:01 AM
**To**:          Ruby Freeman [freemanruby561@yahoo.com]
**Subject**:     Election Fraud



 Ruby Freeman

Hey - why did you throw out republican election commissioners and media then count illegal under the table ballots for hours?

You have alot to answer for.

Yes, interested...

No thanks...

Reply

View Timothy's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



142

Confidential Information

| | |
|---|---|
| **From:** | Laura McMullen [messages-noreply@linkedin.com] |
| **on behalf of** | Laura McMullen <messages-noreply@linkedin.com> [messages-noreply@linkedin.com] |
| **Sent:** | 12/4/2020 6:33:24 AM |
| **To:** | Ruby Freeman [freemanruby561@yahoo.com] |
| **Subject:** | YOU CORRUPT WOMAN! Hell awaits you!!! |

 Ruby Freeman 

I hope you get 30 years in FEDERAL PRISON!!



No thanks...

Reply

View Laura's LinkedIn profile

Unsubscribe | Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



143

**From:** Donald Trump Supporter via Alignable [noreply@email.alignable.com]
**on behalf of** Donald Trump Supporter via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:33:53 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Donald Trump Supporter



## Someone's interested in LaRuby's Unique Treasures

**From:** Donald Trump Supporter
**Email:** W0088948@selu.edu

Why did you commit voter fraud.

Reply

Donald Trump Supporter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 206 Portland Street
Boston MA 02114

144

Confidential Information

**From:** Wayne via Alignable [noreply@email.alignable.com]
on behalf of    Wayne via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:44:20 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Wayne



## Someone's interested in LaRuby's Unique Treasures

**From:** Wayne
**Email:** medevac51@yahoo.com

Ruby has been ID IN photo. Election night. Fraud. JAIL TIME POSSIBLE

Reply

Wayne contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

145

**From:** LinkedIn [messages-noreply@linkedin.com]
on behalf of   LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 6:47:31 AM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** David Lei commented on your post



Ruby Freeman

David Lei **commented on your post**

"Prison is brick and mortar toi. Confess your part in the video recorded
ballot stuffing during the 2020 election girl...."

Happy Monday! LaRuby's Unique Treasures
Now has a brick and mortar. We are open
from 11 AM to 5 PM Tuesday through
Saturday. Any other times are by
appointment only. Come and check out the
latest fashions from all over the United
States....

1 Comment

Join the conversation

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

146

Confidential Information

**From:** Paul Marsh via Alignable [noreply@email.alignable.com]
on behalf of Paul Marsh via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:51:18 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Paul Marsh



## Someone's interested in LaRuby's Unique Treasures

**From:** Paul Marsh
**Email:** rogueone1966@gmail.com

You are going to prison for massive voter fraud you horrible woman you stupid stupid stupid stupid stupid woman

Reply

Paul Marsh contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

147

Confidential Information

| | |
|---|---|
| **From:** | LinkedIn [messages-noreply@linkedin.com] |
| **on behalf of** | LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com] |
| **Sent:** | 12/4/2020 6:51:59 AM |
| **To:** | Ruby Freeman [freemanruby561@yahoo.com] |
| **Subject:** | David Lei commented on your post |



Ruby Freeman

David Lei **commented on your post**

"He can write you in Federal prison Ruby unless you spill the beans on
your fellow conspirators in the video catching…"

#martinlawence let me know te next time
you're In The "A"

1 Comment

Join the conversation

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

148

**From:** LinkedIn [messages-noreply@linkedin.com]
**on behalf of** LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 6:59:32 AM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** David Lei commented on your post



Ruby Freeman

David Lei **commented on your post**

"If you don't spill the beans in your criminal conspirators caught with
you on the video showing you all pulling..."

Spread the word FB Fam! Lady Ruby will be
in the boutique on Monday, yes Monday
between the hours of 11 AM and 5 PM. This
is a veterans Day special! All men coming in
for yourself or someone else receives 20%
off. Yes you heard it...

1 Comment



Join the conversation

Unsubscribe   |   Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

149

**From:** Josh Lemon via Alignable [noreply@email.alignable.com]
on behalf of Josh Lemon via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 7:36:17 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Josh Lemon





## Someone's interested in LaRuby's Unique Treasures



**From:** Josh Lemon
**Email:** joshualemon125@gmail.com

You've been caught Ruby. Enjoy jail. You claim to love Jesus and yet you're a dishonest, cheating, prideful, foolish follower of a different god (small g).... Which is the government. I pray you repent and know Jesus' true character rather than living for sin and evil.





Josh Lemon contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                    Freeman_Giuliani-00000300

**From:** YOU GOIN TO PRISON HOE via Alignable [noreply@email.alignable.com]
**on behalf of** YOU GOIN TO PRISON HOE via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 7:48:27 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from YOU GOIN TO PRISON HOE



## Someone's interested in LaRuby's Unique Treasures

**From:** YOU GOIN TO PRISON HOE
**Email:** prisonHOE@aol.com

RUBY, YOU ARE SO SCREWED. I HOPE YOU LIKE PRISON FOOD YOU FAT HOE.

Reply

YOU GOIN TO PRISON HOE contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

151

Confidential Information                                    Freeman_Giuliani-00000301

**From:** mark brown via Alignable [noreply@email.alignable.com]
**on behalf of** mark brown via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 8:50:12 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from mark brown



## Someone's interested in LaRuby's Unique Treasures

**From:** mark brown
**Email:** markrhs@yahoo.com

Damn you to hell. I hope you hang for your treason

Reply

mark brown contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

152

**From:** GEOUS Trump via Alignable [noreply@email.alignable.com]
**on behalf of** GEOUS Trump via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 9:06:10 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from GEOUS Trump



## Someone's interested in LaRuby's Unique Treasures

**From:** GEOUS Trump
**Email:** noose@aol.com

Have you ever wondered what the penalty is for high treason? I have. You are a traitor. No threats. The Federal Government will try you in a military tribunal. You've been busted! lol

Reply

GEOUS Trump contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

153

Confidential Information

**From:** LinkedIn [messages-noreply@linkedin.com]
**on behalf of** LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 9:08:04 AM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** David Lei replied to your comment



Ruby Freeman

David Lei **replied to your comment**
"Enjoy your jail time Ruby"

Atlanta school board names
superintendent finalist

7 Reactions • 3 Comments

Join the conversation

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

154

| | |
|---|---|
| **From:** | LinkedIn [messages-noreply@linkedin.com] |
| **on behalf of** | LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com] |
| **Sent:** | 12/4/2020 9:08:42 AM |
| **To:** | Ruby Freeman [freemanruby561@yahoo.com] |
| **Subject:** | Mark Brown and 4 others commented on your post |



Ruby Freeman

Mark Brown and 4 others **commented on your post**

"you claim to be a Christian yet you commit TREASON"

My God is able to do exceedingly and Abundantly above all...

1 Reaction • 5 Comments

**Join the conversation**

Unsubscribe  |  Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

155

**From:** Deplorable Motherf'kers via Alignable [noreply@email.alignable.com]
**on behalf of** Deplorable Motherf'kers via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 9:16:13 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Deplorable Motherf'kers



## Someone's interested in LaRuby's Unique Treasures

**From:** Deplorable Motherf'kers
**Email:** deplorablemotherfker@gmail.com

You're so BUSTED! 😊😊🤣 You're going down for a long @$$ time. Serves you right!

Reply

Deplorable Motherf'kers contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

156

Confidential Information

Freeman_Giuliani-00000306

**From:** Arch via Alignable [noreply@email.alignable.com]
**on behalf of** Arch via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 10:40:47 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Arch



## Someone's interested in LaRuby's Unique Treasures

**From:** Arch
**Email:** tgo9292@gmail.com

Illegal vote counting winch! Crook,.. I hope you and your business go to hell !!!! I hope you end up in jail for a good long while where you deserve to be. So un patriotic, a trader too your own country.

Reply

Arch contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

157

Confidential Information
Freeman_Giuliani-00000307

**From:** We the people via Alignable [noreply@email.alignable.com]
on behalf of We the people via Alignable <noreply@email.alignable.com>
[noreply@email.alignable.com]
**Sent:** 12/4/2020 10:42:15 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from We the people



## Someone's interested in LaRuby's Unique Treasures

**From:** We the people
**Email:** wethepeople@busted.com

Why did you do it? Praying you go to jail for life. You commited treason. Do you know what that means?

Reply

We the people contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

158

Confidential Information

**From:** Not the CIA via Alignable [noreply@email.alignable.com]
**on behalf of** Not the CIA via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 10:46:40 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Not the CIA



## Someone's interested in LaRuby's Unique Treasures

**From:** Not the CIA
**Email:** alkohol@protonmail.com

Turn yourself in now and confess what you know you fucking bitch. Scum fucking bitch!

Reply

Not the CIA contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

159

**From:** John O'Donnell via Alignable [noreply@email.alignable.com]
**on behalf of** John O'Donnell via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 10:46:55 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from John O'Donnell



## Someone's interested in LaRuby's Unique Treasures

**From:** John O'Donnell
**Email:** johnpod3@gmail.com

Youu are going to jail. Five years for each fraudulent ballot. Thousands of years. Tens of thousands? Tuyrn yourself in and the People may be lenient and let you out sometime in the next 20 years.

Reply

John O'Donnell contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

160

Confidential Information

**From:**        Concerned American Voter via Alignable [noreply@email.alignable.com]
**on behalf of**    Concerned American Voter via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/4/2020 11:07:20 AM
**To:**          freemanruby561@yahoo.com
**Subject:**      New Contact Form Submission from Concerned American Voter



## Someone's interested in LaRuby's Unique Treasures

**From:** Concerned American Voter
**Email:** GoToHell@gmail.com

How long will you live in prison for felony election fraud Ruby? All that for communism? Traitor? Treason? Low IQ criminal.

Reply

Concerned American Voter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

161

Confidential Information

Freeman_Giuliani-00000311

**From:** Ken Wilson via Alignable [noreply@email.alignable.com]
on behalf of Ken Wilson via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 11:08:11 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ken Wilson



## Someone's interested in LaRuby's Unique Treasures

**From:** Ken Wilson
**Email:** kwilsonbros@yahoo.com

got your dumbass caught didnt you. communist traitor. lookin over your shoulder?

Reply

Ken Wilson contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

162

**From:**       Watching You Go To Prison via Alignable [noreply@email.alignable.com]
**on behalf of**    Watching You Go To Prison via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**       12/4/2020 11:14:26 AM
**To:**         freemanruby561@yahoo.com
**Subject:**    New Contact Form Submission from Watching You Go To Prison



## Someone's interested in LaRuby's Unique Treasures

**From:** Watching You Go To Prison
**Email:** SoLongAsshole@gmail.com

You do not deserve to be an American! Steeling our votes is the lowest scum. I am very sad 😞 you and your demon friends do this to US citizens. God will punish you after you go to jail.

Reply

Watching You Go To Prison contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

163

Confidential Information

Freeman_Giuliani-00000313

**From:** Truth via Alignable [noreply@email.alignable.com]
**on behalf of** Truth via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 11:47:51 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Truth



## Someone's interested in LaRuby's Unique Treasures

**From:** Truth
**Email:** iselllotsofstufftopeople@gmail.com

You are caught on tape committing voter fraud. That is known as treason. Treason is punishable by death. Just thought you would like to know.

Reply

Truth contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

Freeman_Giuliani-00000314

**From:** Joe via Alignable [noreply@email.alignable.com]
**on behalf of** Joe via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 12:01:05 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Joe



## Someone's interested in LaRuby's Unique Treasures

**From:** Joe
**Email:** help@nytimes.com

Have they arrested that crooked dumb dyke looking bitch Ruby Freeman yet? That colored woman should be in prison. Fuckin dumb cunt liberal bitch.

Reply

Joe contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

165

Confidential Information

**From:** Abc via Alignable [noreply@email.alignable.com]
**on behalf of** Abc via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 12:01:12 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Abc



## Someone's interested in LaRuby's Unique Treasures

**From:** Abc
**Email:** abc@gmail.com

Saw you at State Farm Arena pulling suitcases out after the republicans had been sent home. Are you proud to be a cheating scumbag. Maybe you can sell some of your garbage in prison.

Reply

Abc contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:** American Patriot via Alignable [noreply@email.alignable.com]
**on behalf of** American Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 12:29:28 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from American Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** American Patriot
**Email:** patriot@hotmail.com

Shame on you Ruby Freeman. Enjoy your time in prison, you deserve it. Election fraud will not stand!!!ususus

Reply

American Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

167

**From:** Bo Dowell via Alignable [noreply@email.alignable.com]
**on behalf of** Bo Dowell via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 12:29:28 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Bo Dowell



## Someone's interested in LaRuby's Unique Treasures

**From:** Bo Dowell
**Email:** bodowell@yahoo.com

YOUR BUSTED FOR TREASON,

Reply

Bo Dowell contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe
Alignable 205 Portland Street
Boston MA 02114

168

**From:** Kelly via Alignable [noreply@email.alignable.com]
**on behalf of** Kelly via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 12:55:47 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Kelly



## Someone's interested in LaRuby's Unique Treasures

**From:** Kelly
**Email:** kellyFreedom@gmail.com

Miss Ruby, I think you and your daughter are facing federal prison for the stunts pulled with injecting primary ballots to pad the books. I would suggest you turn yourselves in and start singing like a canary. Let Stacey take the fall.

Reply

Kelly contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

169



**From:** Slammer McHenry via Alignable [noreply@email.alignable.com]
on behalf of   Slammer McHenry via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:02:24 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Slammer McHenry





## Someone's interested in LaRuby's Unique Treasures



**From:** Slammer McHenry
**Email:** redpill2029@gmail.com



You are dead. Your family and you are now criminals and traitors to the union. BLM wants the cops to go away,good they are in the way of my ropes and your tree! Hope you have dogs they are real delish. I hope you and your family live in fear for their lives cause they ending soon. Death to traitors and treasonist enemy's within the country starting with you and your daughter. Then comes your fucked up friends on facebook. Your mom's ,pops,gma,bff. You fucked up and they are just as guilty as you are! Fucking kill yourself now so we can save AMNO! Stupid iboc nigger casket dweller! Have fun sucking satan's dick bitch



Reply

Slammer McHenry contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

170

Confidential Information                                   Freeman_Giuliani-00000320

**From:** American Patriot via Alignable [noreply@email.alignable.com]
on behalf of    American Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:04:43 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from American Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** American Patriot
**Email:** andreasmzyla@yahoo.com

Unbelievable video of you and the ballots. I certainly hope it's not true. Yet, I would encourage you to be honest and give full disclosure immediately. It's the only thing that can save you from a treason charge with long jail sentence or even execution- the way I do i understand it.

Reply

American Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

171

**From:** nick Wilcox via Alignable [noreply@email.alignable.com]
**on behalf of** nick Wilcox via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:09:34 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from nick Wilcox



## Someone's interested in LaRuby's Unique Treasures

**From:** nick Wilcox
**Email:** 1234@yahoo.com

You liberal scumbag. I hope you see prison.

Reply

nick Wilcox contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

172

Confidential Information

From:           American via Alignable [noreply@email.alignable.com]
on behalf of    American via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:           12/4/2020 1:12:40 PM
To:             freemanruby561@yahoo.com
Subject:        New Contact Form Submission from American



## Someone's interested in LaRuby's Unique Treasures

**From:** American
**Email:** dickdown@gmail.com

Is this the traitor on the video all over the internet. I hope you have fun with millions of people that hate you. I hope your business is BOYCOTTED and your family and friends disown you. Best wishes.

Reply

American contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

173

**From:** Ruby via Alignable [noreply@email.alignable.com]
**on behalf of** Ruby via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:29:02 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ruby



## Someone's interested in LaRuby's Unique Treasures

**From:** Ruby
**Email:** krazikimb@yahoo.com

Hi Ruby! Please do the right thing and come forward to the authorities and tell them who told you to commit voter fraud. Thank you.

Reply

Ruby contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

174

Confidential Information

**From:** Wes via Alignable [noreply@email.alignable.com]
**on behalf of** Wes via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:34:06 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Wes



## Someone's interested in LaRuby's Unique Treasures

**From:** Wes
**Email:** wonderfulpickles@aol.com

Usually the one that tells the truth first gets the least jail time FYI.

Reply

Wes contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

175

**From:** FBI via Alignable [noreply@email.alignable.com]
**on behalf of** FBI via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:34:56 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from FBI



## Someone's interested in LaRuby's Unique Treasures

**From:** FBI
**Email:** fbi@gov.com

Please call us and confess your sins from Nov 3. You may be able to avoid prison through a full confession. Thank you, Ruby.

FBI contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

176

Confidential Information
Freeman_Giuliani-00000326

**From:**      LinkedIn [messages-noreply@linkedin.com]
**on behalf of**   LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:**      12/4/2020 1:37:24 PM
**To:**        Ruby Freeman [freemanruby561@yahoo.com]
**Subject:**   Steve Douglas and 8 others commented on your post



Ruby Freeman

Steve Douglas and 8 others **commented on your post**

"Someone may be watching her daughter be named for treason and promptly hanged. Talk about some poor decision making, ..."



My God is able to do exceedingly and Abundantly above all...

1 Reaction • 10 Comments

Join the conversation

Unsubscribe   |   Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



177

**From:**      Dee [rowdypop@yahoo.com]
on behalf of   Dee <rowdypop@yahoo.com> [rowdypop@yahoo.com]
**Sent**:      12/4/2020 1:38:54 PM
**To**:        freemanruby561@yahoo.com
**Subject**:   Election Fraud Perpetrators


 You better come forward, before your in prison for election fraud. Doing the devils bidding is
despicable. The Dems get all you fools to do there dirty work to keep their hands clean. You are cheating
every American in this country for your own selfishness. Handcuffs are waiting for you.

Confidential Information

**From:** Troy Levy [noreply@email.alignable.com]
**on behalf of** Troy Levy <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:40:33 PM
**To:** freemanruby561@yahoo.com
**Subject:** Recommending LaRuby's Unique Treasures

Lady Ruby Freeman



**By: Troy Levy** from **Levy Printing**

638.1 miles away

*"She's great at hiding suitcases full of illegal ballots underneath tables and then counting them when she thinks no one is watching. Unfortunately, for her entire operation was caught on video and she decided to wear a shirt identifying her business while she was doing it. Treason, sedition, fraud. Might want to start looking up the penalties for those under federal law...."*

**Accept Recommendation**

Accepting makes it visible to others



Help Center | Download the iOS App

You are receiving new recommendations for your business

This email was intended for freemanruby561@yahoo.com. Unsubscribe

179

Made with 📷 from Alignable.
205 Portland Street, Boston, MA 02114

180

Freeman_Giuliani-00000330

**From:** Concerned Voter via Alignable [noreply@email.alignable.com]
on behalf of Concerned Voter via Alignable <noreply@email.alignable.com>
[noreply@email.alignable.com]
**Sent:** 12/4/2020 1:46:18 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Concerned Voter



## Someone's interested in LaRuby's Unique Treasures

**From:** Concerned Voter
**Email:** concernedvoter@yahoo.com

Ruby Freeman you have a lot of explaining to do! Voter fraud is a felony. If convicted, you and Shaye will spend many years in FEDERAL PRISON. Shame on you! You're lucky if they don't indict you for TREASON!

Reply

Concerned Voter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 206 Portland Street
Boston MA 02114

181

**From:** Joe rugs [joe.rockerc@gmail.com]
on behalf of    Joe rugs <joe.rockerc@gmail.com> [joe.rockerc@gmail.com]
**Sent:** 12/4/2020 1:47:37 PM
**To:** freemanruby561@yahoo.com
**Subject:** get used to hearing this "TRAYS UP"


What kind of bird don't fly?
A jailbird

Sent from Mail for Windows 10

Confidential Information                                                      Freeman_Giuliani-00000332

From:         ***BULK PURCHAS*** via Alignable [noreply@email.alignable.com]
on behalf of  ***BULK PURCHAS*** via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:         12/4/2020 1:51:45 PM
To:           freemanruby561@yahoo.com
Subject:      New Contact Form Submission from ***BULK PURCHAS***



## Someone's interested in LaRuby's Unique Treasures

**From:** ***BULK PURCHAS***
**Email:** Tanyaheffel@gmail.com

Yeah i would like to buy a bulk purchase of your prison sentence!! Fucking nigger!! Uneducated bottom of the barrel and your going to go blaming Trump for YOUR lack of drive to succeed!!??? Yeah THAT is why your a nigger!!!

Reply

***BULK PURCHAS*** contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:** James Szutowicz via Alignable [noreply@email.alignable.com]
**on behalf of** James Szutowicz via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:56:22 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from James Szutowicz



## Someone's interested in LaRuby's Unique Treasures

**From:** James Szutowicz
**Email:** szutoman@gmail.com

Can not wait to see you arrested and thrown In Jail for the voter fraud you committed. I hope you loose everything!!!!!

**Reply**

James Szutowicz contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

184

Confidential Information

Freeman_Giuliani-00000334

**From:** Jerry via Alignable [noreply@email.alignable.com]
on behalf of   Jerry via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 1:57:44 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Jerry



## Someone's interested in LaRuby's Unique Treasures

**From:** Jerry
**Email:** Jer@cox.net

Ruby, you're a crook! Helping the demonrats steal the election. Fuck you!

Reply

Jerry contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

185

Confidential Information

From:     Laura Warner via Alignable [noreply@email.alignable.com]
on behalf of     Laura Warner via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:     12/4/2020 2:03:32 PM
To:     freemanruby561@yahoo.com
Subject:     New Contact Form Submission from Laura Warner



## Someone's interested in LaRuby's Unique Treasures

**From:** Laura Warner
**Email:** warner915@yahoo.com

Did you steal your stuff. Will you go through my purse? Your so disgusting. Kiss your biz good bye. Ruby going to jail. Ruby going to jail. Ruby going to prison. Ruby going to hell.

Reply

Laura Warner contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

186

**From:** Lynn via Alignable [noreply@email.alignable.com]
**on behalf of** Lynn via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:05:55 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Lynn



## Someone's interested in LaRuby's Unique Treasures

**From:** Lynn
**Email:** sallefye@gmail.com

Prison time!!!

Reply

Lynn contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe
Alignable 205 Portland Street
Boston MA 02114

Confidential Information
Freeman_Giuliani-00000337

**From:** Karen Rice via Alignable [noreply@email.alignable.com]
**on behalf of** Karen Rice via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:06:49 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Karen Rice



## Someone's interested in LaRuby's Unique Treasures

**From:** Karen Rice
**Email:** karensuepowell@bellsouth.net

Ruby, please hurry and tell the truth about counting fraudulent votes after the water leak Nov. 3rd. You can get immunity and not face criminal charges, I pray. Please. You are on video and it's spreading across the internet. 🎧

Reply

Karen Rice contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

188

**From:** Charles via Alignable [noreply@email.alignable.com]
**on behalf of** Charles via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:09:25 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Charles



## Someone's interested in LaRuby's Unique Treasures

**From:** Charles
**Email:** charles@gmail.com

Prison time ,election fraud is 5 years . How dare you cheat the American people
every one, Democratic and Republican .

Charles contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

189

Confidential Information

Freeman_Giuliani-00000339

**From:** Kristy Svihel [messages-noreply@linkedin.com]
**on behalf of** Kristy Svihel <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 2:09:35 PM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** Election fraud??!!



Ruby Freeman

So looks like you've been caught on video cheating in our last election!
Very very sad. I truly hope all of you people that think cheating is ok,
stealing an election, get what's coming to you! Prison!



Yes, interested...

No thanks...

Reply

View Kristy's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



Confidential Information

**From:**          Bill via Alignable [noreply@email.alignable.com]
on behalf of    Bill via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 2:12:26 PM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from Bill



## Someone's interested in LaRuby's Unique Treasures

**From:** Bill
**Email:** suckdick@gmail.comw

Piece of shit cheater

Reply

Bill contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

191

Confidential Information

**From:** Pissed Maniac via Alignable [noreply@email.alignable.com]
**on behalf of** Pissed Maniac via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:12:27 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Pissed Maniac



## Someone's interested in LaRuby's Unique Treasures

**From:** Pissed Maniac
**Email:** youreexposed@aol.com

Turn yourself in for a felony voter fraud at least you will be safe in jail.

Reply

Pissed Maniac contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

192

Confidential Information

**From:** US Citizen via Alignable [noreply@email.alignable.com]
**on behalf of** US Citizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:13:06 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from US Citizen



## Someone's interested in LaRuby's Unique Treasures

**From:** US Citizen
**Email:** realpatriot@usa.com

You are a piece of trash and belong jail for what you have done. You know what you did, its all over the news (Not Fake news sites, real news sites)

**Reply**

US Citizen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

193

**From:**        Omar via Alignable [noreply@email.alignable.com]
**on behalf of**  Omar via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/4/2020 2:21:39 PM
**To:**          freemanruby561@yahoo.com
**Subject:**     New Contact Form Submission from Omar



## Someone's interested in LaRuby's Unique Treasures

**From:** Omar
**Email:** jail4yousoon@aol.com

Are you the gross ugly lady who will soon be going to jail for election cheating?

Hope you get life you ugly pile of dog shit

Omar contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

194

**From:** D via Alignable [noreply@email.alignable.com]
**on behalf of** D via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:26:57 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from D



## Someone's interested in LaRuby's Unique Treasures

**From:** D
**Email:** dga311420@gmail.com

Ahh shit ruby you cunt your going to prison for voter fraud.

Reply

D contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

195

Confidential Information

| From: | Bob via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Bob via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 2:32:06 PM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Bob |



## Someone's interested in LaRuby's Unique Treasures

**From:** Bob
**Email:** bob@home.com

You'd better remove this social media account to you vote thief. You and your thieving daughter are disgusting. I hope you both end up in prison for your part in this election theft.

Reply

Bob contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

196

**From:** LinkedIn [messages-noreply@linkedin.com]
**on behalf of** LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 2:33:37 PM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** LENORE GREGSON and 3 others commented on your post



Ruby Freeman

LENORE GREGSON and 3 others **commented on your post**

"You will make a fine prison cook!"



Allow me to complete your
Sunday dinner #The menu
for the...

4 Comments

Join the conversation

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation. 1000 West Maude Avenue. Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

197

**From:** Your Daughter via Alignable [noreply@email.alignable.com]
**on behalf of** Your Daughter via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:38:21 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Your Daughter



## Someone's interested in LaRuby's Unique Treasures

**From:** Your Daughter
**Email:** cheater@gmail.com

Now we know your daughter participated. She better watch herself. What a great mom you are having your daughter commit a federal crime! Come clean!

Reply

Your Daughter contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information
Freeman_Giuliani-00000348

**From:**         Watching the news via Alignable [noreply@email.alignable.com]
**on behalf of**  Watching the news via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**         12/4/2020 2:48:13 PM
**To:**           freemanruby561@yahoo.com
**Subject:**      New Contact Form Submission from Watching the news



## Someone's interested in LaRuby's Unique Treasures

**From:** Watching the news
**Email:** ruby@prison.com

I hope you and your daughter get jail time for voter fraud. Your a disgrace.

Reply

Watching the news contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

199

Freeman_Giuliani-00000349

**From:**        Carl Kolek [justaddsaltwater@hotmail.com]
**on behalf of**  Carl Kolek <justaddsaltwater@hotmail.com> [justaddsaltwater@hotmail.com]
**Sent:**        12/4/2020 2:53:39 PM
**To:**          freemanruby561@yahoo.com
**Subject:**     Jesus, and voter fraud?

You have a Bible verse on her LinkedIN page:

https://www.linkedin.com/in/ruby-freeman-b0329b75/

Here are some of your Tweets, including more stuff about Jesus:

https://wearethene.ws/notable/176452

You were a vendor at a Christian Women's conference:

https://sside.org/event/womens-conference/

Jesus this, God that, all while actively committing a felony, voter fraud, disenfranchising fellow Georgia Citizens?  What's
up with that???

200

| | |
|---|---|
| **From:** | patriot via Alignable [noreply@email.alignable.com] |
| on behalf of | patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/4/2020 2:57:26 PM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from patriot |



## Someone's interested in LaRuby's Unique Treasures

**From:** patriot
**Email:** patriot@gmail.com

You got caught bitch

Reply

patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

201

**From:** John Ganshow via Alignable [noreply@email.alignable.com]
**on behalf of** John Ganshow via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:57:44 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from John Ganshow



## Someone's interested in LaRuby's Unique Treasures

**From:** John Ganshow
**Email:** mtnman520@gmail.com

Ruby sounds like a religious person and talks about not backsliding. My question is, would Jesus have committed election fraud? Is Ruby going to spend Christmas in prison?

Reply

John Ganshow contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

202

Confidential Information

**From:** Andrew Jaklitsch [messages-noreply@linkedin.com]
**on behalf of** Andrew Jaklitsch <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 2:59:28 PM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** Andrew Jaklitsch sent you a message on LinkedIn

 Ruby Freeman 

you and your daughter are going to prison



No thanks…

Reply

View Andrew's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



203

**From:** George Washington via Alignable [noreply@email.alignable.com]
**on behalf of** George Washington via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 2:59:32 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from George Washington



## Someone's interested in LaRuby's Unique Treasures

**From:** George Washington
**Email:** dan@thyservice.com

You cheated the American people you traitor. Justice will prevail and you will pay dearly.

Reply

George Washington contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                    Freeman_Giuliani-00000354

**From:** Citizen via Alignable [noreply@email.alignable.com]
**on behalf of** Citizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:01:08 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Citizen



## Someone's interested in LaRuby's Unique Treasures

**From:** Citizen
**Email:** thetruth@thetruth.org

Do the right thing you fucking scamming piece of shit. Maybe you can avoid jail time and apologize the the USA. You're truly a vile POS.

Reply

Citizen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

205

**From:** Ballot Harvester via Alignable [noreply@email.alignable.com]
**on behalf of** Ballot Harvester via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:09:26 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ballot Harvester



## Someone's interested in LaRuby's Unique Treasures

**From:** Ballot Harvester
**Email:** You're_Fucked@prison.com

Times up bitch!

Reply

Ballot Harvester contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:**      Beverly P. [messages-noreply@linkedin.com]
**on behalf of**  Beverly P. <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:**      12/4/2020 3:11:25 PM
**To:**        Ruby Freeman [freemanruby561@yahoo.com]
**Subject:**   Bye bye

   Ruby Freeman                                    

You are going to jail Ruby!!!



No thanks…

Reply

View Beverly's LinkedIn profile

Unsubscribe | Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



Confidential Information                                        Freeman_Giuliani-00000357

**From:** priscilla hechler via Alignable [noreply@email.alignable.com]
**on behalf of** priscilla hechler via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:11:50 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from priscilla hechler



## Someone's interested in LaRuby's Unique Treasures

**From:** priscilla hechler
**Email:** pheclerp@yahoo.com

WOW, you are a CHEATER!!!! You deserve to sit in jail! CHEATER!!!! you got caught red handed, RUBY!

Reply

priscilla hechler contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

208

From: Lisa Argumable via Alignable [noreply@email.alignable.com]
on behalf of   Lisa Argumable via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent: 12/4/2020 3:18:12 PM
To: freemanruby561@yahoo.com
Subject: New Contact Form Submission from Lisa Argumedo



## Someone's interested in LaRuby's Unique Treasures

**From:** Lisa Argumedo
**Email:** garcializ72@gmail.com

You dirty scumbag bitch ... I hope they find you and give u what I deserve

Reply

Lisa Argumedo contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

209

Confidential Information

| From: | Judi Dorriety via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Judi Dorriety via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 3:21:03 PM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Judi Dorriety |



## Someone's interested in LaRuby's Unique Treasures

**From:** Judi Dorriety
**Email:** arabgirl5@aol.com

Shame on you for perpatrating fraud on our Nation! I hope you are held responsible and the full might of the American legal system is brought down on you.

Reply

Judi Dorriety contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

210

Confidential Information                                                    Freeman_Giuliani-00000360

**From:** Dajuan Jones via Alignable [noreply@email.alignable.com]
**on behalf of** Dajuan Jones via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:27:56 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Dajuan Jones



## Someone's interested in LaRuby's Unique Treasures

**From:** Dajuan Jones
**Email:** DJJonesy@gmail.com

I hope they send me to arrest your traitorous, terrorist, racist, fat ass. YOU disenfranchised hundreds of thousands of GOOD black folk out of their votes. I hope they paid you well cause your business...DONE! Your privacy...DONE! And your future freedom...DONE! We'll be watching your ass all the way to the courthouse during your perp walk.

Reply

Dajuan Jones contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe.
Alignable 205 Portland Street
Boston MA 02114

Confidential Information

Freeman_Giuliani-00000361

**From:** You Arefucked via Alignable [noreply@email.alignable.com]
on behalf of You Arefucked via Alignable <noreply@email.alignable.com>
[noreply@email.alignable.com]
**Sent:** 12/4/2020 3:28:27 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from You Arefucked



# Someone's interested in LaRuby's Unique Treasures

**From:** You Arefucked
**Email:** felon@gmail.com

Your days are numbered. Watch your back bitch.

Reply

You Arefucked contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

**From:**        Patriot from Georgia via Alignable [noreply@email.alignable.com]
**on behalf of**  Patriot from Georgia via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/4/2020 3:35:17 PM
**To:**          freemanruby561@yahoo.com
**Subject:**     New Contact Form Submission from Patriot from Georgia



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot from Georgia
**Email:** burninhell@cin.com

Welcome to the criminal justice system. Your party if now CINO....Christian in name only. I pray you repent before you die.

**Reply**

Patriot from Georgia contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

213

**From:**       Candice Magill [suzhouchen@sksrt.net]
**on behalf of**   Candice Magill <suzhouchen@sksrt.net> [suzhouchen@sksrt.net]
**Sent:**       12/4/2020 3:40:16 PM
**To:**         freemanruby561@yahoo.com; ruby.freeman@att.net; freeman357@bellsouth.net; ruy.freeman@att.net
**Subject:**    Business

How was cheating to fraudulently enter ballots justified in your mind?  This is a presidential election, you committed a felony that will land you in prison.  Unless you can sing a pretty song to turn states evidence and expose the big buys in this rigged election.  You destroyed your life and your business.

You are collateral damage, expendable.  The DNC will toss you under a bus in a heart beat. There are 70,000,000 people who will cry for you to go to prison.

I am one of them.   I WANT YOU IN PRISON.  You are a traitor, this is treason, it is a coup attempt at the presidency and you are a key cog in their nasty wheel.

America hates you.  Do you have any idea what you have done not just to the American people, but to your family and to yourself?

PLEASE LET THEM PUT YOU IN PRISON.

214

**From:**        Bob Bishop [messages-noreply@linkedin.com]
**on behalf of**  Bob Bishop <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:**        12/4/2020 3:46:49 PM
**To:**          Ruby Freeman [freemanruby561@yahoo.com]
**Subject:**     Your in big trouble for voter fraud!!!

 Ruby Freeman                                                    

## You are going to jail.



    No thanks...

    Reply

View Bob's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



215

**From:** MR. Truth via Alignable [noreply@email.alignable.com]
**on behalf of** MR. Truth via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 3:50:16 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from MR. Truth



## Someone's interested in LaRuby's Unique Treasures

**From:** MR. Truth
**Email:** fuckyou-bitch@bitchass.com

you fuckend bitch.. hope you burn in hell with all the evil dems ! fuck you ! shame on you.. hope your life get hard now.. day for day..

Reply

MR. Truth contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

216

**From:**          Uni Ted Sta tescitizen via Alignable [noreply@email.alignable.com]
**on behalf of**   Uni Ted Sta tescitizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 3:54:06 PM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from Uni Ted Sta tescitizen



## Someone's interested in LaRuby's Unique Treasures

**From:** Uni Ted Sta tescitizen
**Email:** fairleawreckless@icloud.com

Miss Ruby You are the face of treachery and treason to My Country! Are you entitled to have the last say? In My Country, WE THE PEOPLE...... are all equal. This is pure evil what you have done! One Who Cares

Reply

Uni Ted Sta tescitizen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

217

Confidential Information                                              Freeman_Giuliani-00000368

From:        Pissed off at a TRAITOR via Alignable [noreply@email.alignable.com]
on behalf of Pissed off at a TRAITOR via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:        12/4/2020 3:54:08 PM
To:          freemanruby561@yahoo.com
Subject:     New Contact Form Submission from Pissed off at a TRAITOR



## Someone's interested in LaRuby's Unique Treasures

**From:** Pissed off at a TRAITOR
**Email:** FU@dembagssuck.com

You are a TRAITOR! Admit what you did now!!! TRAITOR! Everyone knows who you are!

**Reply**

Pissed off at a TRAITOR contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

218

Confidential Information

**From:** Michelle Ezcurra via Alignable [noreply@email.alignable.com]
on behalf of Michelle Ezcurra via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 4:03:41 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Michelle Ezcurra



## Someone's interested in LaRuby's Unique Treasures

**From:** Michelle Ezcurra
**Email:** michelleezcurra@gmail.com

Shame on you lady Ruby !! Repent of your evil doing or it may cost you your soul.
Man is not worth losing your soul !

Reply

Michelle Ezcurra contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

219

**From:**          James Gostkowski via Alignable [noreply@email.alignable.com]
**on behalf of**   James Gostkowski via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 4:29:27 PM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from James Gostkowski



## Someone's interested in LaRuby's Unique Treasures

**From:** James Gostkowski
**Email:** love_life_61@yahoo.com

You were caught attempting to rob me of my liberty. I pray they charge you with sedition. Enjoy federal prison. PS have a nice day.

Reply

James Gostkowski contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

220

| From: | Jim Hart via Alignable [noreply@email.alignable.com] |
| on behalf of | Jim Hart via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 4:32:28 PM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Jim Hart |



## Someone's interested in LaRuby's Unique Treasures

**From:** Jim Hart
**Email:** k9hohriver@yahoo.com

Fuck you cheater, you are going to jail!

Reply

Jim Hart contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

221

Confidential Information

From:        Joe Biden via Alignable [noreply@email.alignable.com]
on behalf of  Joe Biden via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:        12/4/2020 4:43:49 PM
To:          freemanruby561@yahoo.com
Subject:     New Contact Form Submission from Joe Biden



## Someone's interested in LaRuby's Unique Treasures

**From:** Joe Biden
**Email:** Joe.Biden@china.com

Ruby I wanna personally thank you for helping me be elected the President of the United States. I'm sure President Trump won't execute you for treason because Alice have stolen the election and will not let him execute you in public.

Reply

Joe Biden contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

222

Confidential Information

| | |
|---|---|
| **From:** | Gala Trumpette via Alignable [noreply@email.alignable.com] |
| **on behalf of** | Gala Trumpette via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/4/2020 5:05:15 PM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from Gala Trumpette |





## Someone's interested in LaRuby's Unique Treasures



**From:** Gala Trumpette
**Email:** muskiechimes@gmail.com



You are a criminal . Treasonous and foolish to have committed voter fraud and let yourself be caught on camera ! Treason carries with penalty under law that you and your awful daughter now will get to experience together as a family . You and your insane daughter set out to defile this country and fix and election for a communist agent and his communist henchwoman will now get to experience what happens to traders behind bars . You got caught scum !



Gala Trumpette contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

223

**From:** Election Fraud via Alignable [noreply@email.alignable.com]
**on behalf of** Election Fraud via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:17:40 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Election Fraud



## Someone's interested in LaRuby's Unique Treasures

**From:** Election Fraud
**Email:** abc@cbs.com

Just come clean with the fraud and you will probably be a National Hero. Blow up the whole system the right way and not with this fraud

Reply

Election Fraud contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

224

Confidential Information

**From:** Kim via Alignable [noreply@email.alignable.com]
**on behalf of** Kim via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:25:09 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Kim



## Someone's interested in LaRuby's Unique Treasures

**From:** Kim
**Email:** kimmy@donaldtrumpforever.com

I hope you go to jail! Caught red handed.

Reply

Kim contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

225

**From:** A Concerned Citizen via Alignable [noreply@email.alignable.com]
**on behalf of** A Concerned Citizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:28:08 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from A Concerned Citizen



## Someone's interested in LaRuby's Unique Treasures



**From:** A Concerned Citizen
**Email:** yougotbusted@jailtime.com

I can't wait to see you go to jail for voter fraud. What's even sadder is you actually believe Joe Biden cares about you at all. Oh well. Guess it won't matter who the president is when you're behind bars. Hopefully the millions of other people watching the video of you cheating are sending in complaints to the FBI, GBI, and Georgia political offices like I am. People like you who rig elections are a stain on our Republic. Disgusting.


Reply

A Concerned Citizen contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

226

Confidential Information

| From: | Peter Hoffman via Alignable [noreply@email.alignable.com] |
|---|---|
| on behalf of | Peter Hoffman via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| Sent: | 12/4/2020 5:45:55 PM |
| To: | freemanruby561@yahoo.com |
| Subject: | New Contact Form Submission from Peter Hoffman |



## Someone's interested in LaRuby's Unique Treasures

**From:** Peter Hoffman
**Email:** jingmasterjing@gmail.com

You are a traitor to all democracy. I hope you are tried as a traitor and given the maximum penalty. How dare you try to subvert the people's will.

Reply

Peter Hoffman contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

227

**From:** Grand Wizard via Alignable [noreply@email.alignable.com]
**on behalf of** Grand Wizard via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:48:16 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Grand Wizard



## Someone's interested in LaRuby's Unique Treasures

**From:** Grand Wizard
**Email:** kkk@protonmail.com

We are coming for you and your family! Ms Ruby, safest place for you right now is in prison. Or you will swing from the trees

Reply

Grand Wizard contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

228

Confidential Information

**From:**          David McCann via Alignable [noreply@email.alignable.com]
**on behalf of**   David McCann via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/4/2020 5:50:36 PM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from David McCann



## Someone's interested in LaRuby's Unique Treasures

**From:** David McCann
**Email:** dave@classicmicro.com

Hey LaRuby, do you sell any election fraud unique treasures?

Reply

David McCann contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

229

**From:** Grand Wizard via Alignable [noreply@email.alignable.com]
**on behalf of** Grand Wizard via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 5:54:37 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Grand Wizard



## Someone's interested in LaRuby's Unique Treasures

**From:** Grand Wizard
**Email:** kkk@protonmail.com

You FUCKING dumb ass.... You are soooo stupid. Say bye bye now.....we coming for you girl....you can't run now.... we goin string you up girl

Grand Wizard contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

230

**From:** D Macaluso via Alignable [noreply@email.alignable.com]
**on behalf of** D Macaluso via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:03:03 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from D Macaluso



## Someone's interested in LaRuby's Unique Treasures

**From:** D Macaluso
**Email:** dkmacaluso@yahoo.com

WE ALL WITNESSED YOUR CHEATING & BLATANT CRIMINAL ACTS...YOU ARE A DISGRACE TO HONEST PEOPLE EVERYWHERE..I PRAY GOD TEACHES YOU A STRONG LESSON ON REAPING WHAT YOU SOW...

Reply

D Macaluso contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

231

Confidential Information

**From:**    Bonita R Cardozo via Alignable [noreply@email.alignable.com]
on behalf of Bonita R Cardozo via Alignable <noreply@email.alignable.com>
            [noreply@email.alignable.com]
**Sent:**    12/4/2020 6:25:05 PM
**To:**      freemanruby561@yahoo.com
**Subject:**  New Contact Form Submission from Bonita R Cardozo



## Someone's interested in LaRuby's Unique Treasures

**From:** Bonita R Cardozo
**Email:** cardozofamily@juno.com

You are a traitor I hope you are proud of your deeds.....There
is a nice cell waiting for you in Guantanomo waiting for you :)
Btw you have no taste I have never seen such ugly
merchandise no wonder you have to moonlight as a traitor!

Reply

Bonita R Cardozo contacted you from your public Alignable profile and is not
associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

232

**From:** Ralph onyu via Alignable [noreply@email.alignable.com]
**on behalf of** Ralph onyu via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:27:44 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ralph onyu



## Someone's interested in LaRuby's Unique Treasures

**From:** Ralph onyu
**Email:** dun_4@hotmail.com

How do you plan on avoiding treason charges for your coup attempt participation in the 2020 federal election?

**Reply**

Ralph onyu contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

233

**From:** RED via Alignable [noreply@email.alignable.com]
**on behalf of** RED via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 6:47:27 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from RED



## Someone's interested in LaRuby's Unique Treasures

**From:** RED
**Email:** red@yahoo.com

Bitch as ho! traitor - HOPE YOU ARE HUNG FOR TREASON

Reply

RED contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

234

Confidential Information

**From:**       Curt via Alignable [noreply@email.alignable.com]
on behalf of Curt via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**       12/4/2020 6:58:41 PM
**To:**         freemanruby561@yahoo.com
**Subject:**    New Contact Form Submission from Curt



## Someone's interested in LaRuby's Unique Treasures

**From:** Curt
**Email:** pisekcake@yahoo.com

What a crooked dumb cunt you are, hope u spend your life in jail. Dont reproduce u dumb cunt

**Reply**

Curt contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

235

**From:** James via Alignable [noreply@email.alignable.com]
**on behalf of** James via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 7:16:41 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from James



## Someone's interested in LaRuby's Unique Treasures

**From:** James
**Email:** james.olmstead@sbcglobal.net

HOPE YOU YOUR DAUGHTER AND THE OTHER 3 FOOLS. LIKE PRISON, YOUR PEOPLE COMMITTED TREASON. PENALTY IS DEATH.

Reply

James contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

236

**From:** Troy Signorelli [messages-noreply@linkedin.com]
**on behalf of** Troy Signorelli <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 7:44:42 PM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** Crook



Ruby Freeman

You're a fraud.  We're gonna light up you shitty company with a bunch of reviews.. You fraud



Yes, interested...

No thanks...

Reply

View Troy's LinkedIn profile

Unsubscribe  |  Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.



237

**From:** Patriot via Alignable [noreply@email.alignable.com]
**on behalf of** Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 7:55:40 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot
**Email:** patriot@gmail.com

Rot in jail you treasonous snake!!! You thought you'd get away with election fraud — God will not be mocked, He sees all! And exposes deeds thought to be done in secret!

Reply

Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

238

**From:**        Great American Patriot via Alignable [noreply@email.alignable.com]
**on behalf of**    Great American Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/4/2020 8:17:52 PM
**To:**          freemanruby561@yahoo.com
**Subject:**     New Contact Form Submission from Great American Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** Great American Patriot
**Email:** greatamericanpatriot@gmail.com

You deserve to be thrown out of America for election fraud. I'm gonna make your business very famous.

Reply

Great American Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

239

Confidential Information

**From:** LinkedIn [messages-noreply@linkedin.com]
**on behalf of** LinkedIn <messages-noreply@linkedin.com> [messages-noreply@linkedin.com]
**Sent:** 12/4/2020 8:19:22 PM
**To:** Ruby Freeman [freemanruby561@yahoo.com]
**Subject:** Matt Muellner and 7 others commented on your post



Ruby Freeman

Matt Muellner and 7 others **commented on your post**

"Traitor. "

Allow me to complete your Sunday dinner #The menu for the...

8 Comments

Join the conversation

Unsubscribe | Help

You are receiving LinkedIn notification emails.

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation. 1000 West Maude Avenue. Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.

Confidential Information                                                    Freeman_Giuliani-00000391

| | |
|---|---|
| **From:** | Billy Dwyer [messages-noreply@linkedin.com] |
| **on behalf of** | Billy Dwyer <messages-noreply@linkedin.com> [messages-noreply@linkedin.com] |
| **Sent:** | 12/4/2020 8:24:33 PM |
| **To:** | Ruby Freeman [freemanruby561@yahoo.com] |
| **Subject:** | WOW |



Ruby Freeman

Fraud, Fraud.  Imagine you use God while you are stealing.  You will have
to answer to GOD.  Shame on you.

Yes, interested…

No thanks…

Reply

View Billy's LinkedIn profile

Unsubscribe | Help

This email was intended for Ruby Freeman. Learn why we included this.

© 2020 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and
the LinkedIn logo are registered trademarks of LinkedIn.



241

**From:** Chris Anderson via Alignable [noreply@email.alignable.com]
on behalf of    Chris Anderson via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 8:35:41 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Chris Anderson



## Someone's interested in LaRuby's Unique Treasures

**From:** Chris Anderson
**Email:** chrisander0@gmail.com

Your going to jail sweetheart. Bye bye

Reply

Chris Anderson contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

242

Confidential Information

**From:** Robked via Alignable [noreply@email.alignable.com]
**on behalf of** Robked via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 8:57:30 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Robked



## Someone's interested in LaRuby's Unique Treasures

**From:** Robked
**Email:** robked@gmail.com

Are you the Ruby Freeman (supervisor of voter registration) Fulton County GA.!?
you Are INfamous!! Was CHEATING worth your freedom? #JailTime for you & your
daughter share Freeman Moss!☹

Reply

Robked contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:** Proud American via Alignable [noreply@email.alignable.com]
on behalf of     Proud American via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 9:04:52 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Proud American



## Someone's interested in LaRuby's Unique Treasures

**From:** Proud American
**Email:** eatshit@gmail.com

Ruby Freeman, I hope the Federal Government hangs you and your daughter from the Capitol dome you treasonous piece of shit! I pray that I will be sitting close enough to hear your necks snap! You sold out your country, you sold out democracy, and you sold out freedom you worthless piece of shit!

Reply

Proud American contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

244

From:        Patriot via Alignable [noreply@email.alignable.com]
on behalf of  Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:        12/4/2020 9:21:10 PM
To:          freemanruby561@yahoo.com
Subject:     New Contact Form Submission from Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot
**Email:** patriot@treasonous.com

You low life piece of crap. I hope you spend the rest of your life in GITMO.

Reply

Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

245

From:           Bmirris via Alignable [noreply@email.alignable.com]
on behalf of    Bmirris via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:           12/4/2020 9:45:25 PM
To:             freemanruby561@yahoo.com
Subject:        New Contact Form Submission from Bmirris



## Someone's interested in LaRuby's Unique Treasures

**From:** Bmirris
**Email:** bmirris@yahoo.com

SHAME..!! Cheater

Reply

Bmirris contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe
Alignable 205 Portland Street
Boston MA 02114

Confidential Information                                    Freeman_Giuliani-00000397

**From:** Lisa via Alignable [noreply@email.alignable.com]
**on behalf of** Lisa via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 9:56:04 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Lisa



## Someone's interested in LaRuby's Unique Treasures

**From:** Lisa
**Email:** LAM975@HOTMAIL.COM

You are a loser. You are classless and godless. May you get arrested very soon for treason. If it wasn't for double standards, you scumbag democrats (kleptocrats) wouldnt have any standards at all... what is done in the dark will always be brought to the light. Remember that

Reply

Lisa contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

247

**From:** voterfraud via Alignable [noreply@email.alignable.com]
**on behalf of** voterfraud via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 10:41:44 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from voterfraud



## Someone's interested in LaRuby's Unique Treasures

**From:** voterfraud
**Email:** voterfraud@hotmail.com

Ha ya fucking bitch. Didn't think we were watching did you! Now your going to get your just rewards! And so's you complicit daughter!

**Reply**

voterfraud contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

248

Confidential Information

**From:** Angela F Benoit via Alignable [noreply@email.alignable.com]
**on behalf of** Angela F Benoit via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/4/2020 10:58:20 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Angela F Benoit



## Someone's interested in LaRuby's Unique Treasures

**From:** Angela F Benoit
**Email:** Angiefaye71@live.com

YOU NEED TO BE IN PRISON TRAITOR!!!!!!

Reply

Angela F Benoit contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

**From:**           Tom Lynch via Alignable [noreply@email.alignable.com]
**on behalf of**    Tom Lynch via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**           12/4/2020 11:54:59 PM
**To:**             freemanruby561@yahoo.com
**Subject:**        New Contact Form Submission from Tom Lynch



## Someone's interested in LaRuby's Unique Treasures

**From:** Tom Lynch
**Email:** whatth@yahoo.com

I hope they hang you you POS.

Reply

Tom Lynch contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

250

Confidential Information

**From:** You are going jail via Alignable [noreply@email.alignable.com]
**on behalf of** You are going jail via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 12:00:43 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from You are going jail?



## Someone's interested in LaRuby's Unique Treasures

**From:** You are going jail?
**Email:** jailforyou@gmail.com

You might want to get a lawyer

Reply

You are going jail? contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

251

**From:**        Jj via Alignable [noreply@email.alignable.com]
**on behalf of**  Jj via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**        12/5/2020 12:02:17 AM
**To:**          freemanruby561@yahoo.com
**Subject:**     New Contact Form Submission from Jj



## Someone's interested in LaRuby's Unique Treasures

**From:** Jj
**Email:** jjhertz@gmail.com

You are a criminal. They hang for treason.

Reply

Jj contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can <u>unsubscribe</u>

Alignable 205 Portland Street
Boston MA 02114

252

Confidential Information

**From:** Walter Woods via Alignable [noreply@email.alignable.com]
**on behalf of** Walter Woods via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 12:06:16 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Walter Woods



## Someone's interested in LaRuby's Unique Treasures

**From:** Walter Woods
**Email:** wfwblues@aol.com

You are going to FEDERAL PRISON 20 TO LIFE !!!!-

Reply

Walter Woods contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

253

Confidential Information

| | |
|---|---|
| **From:** | d. Hev via Alignable [noreply@email.alignable.com] |
| **on behalf of** | d. Hev via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/5/2020 12:10:34 AM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from d. Hev |



## Someone's interested in LaRuby's Unique Treasures

**From:** d. Hev
**Email:** mailbagman2000@yahoo.com

Are you the lady that committed voter fraud in Georgia? Your a piece of shit.

Reply

d. Hev contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

254

**From:** Da Man via Alignable [noreply@email.alignable.com]
**on behalf of** Da Man via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 12:16:01 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Da Man



## Someone's interested in LaRuby's Unique Treasures

**From:** Da Man
**Email:** youareevil@bellsouth.net

ENJOY LIFE IN PRISON YOU CRIMINAL!!! ENJOY ETERNITY IN HELL WITH YO DADDY SATAN! BURN BABY BURN!!! YOU EVIL DEVIL 😺😼

Da Man contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

255

| | |
|---|---|
| **From:** | You're going to jail! via Alignable [noreply@email.alignable.com] |
| **on behalf of** | You're going to jail! via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/5/2020 12:24:40 AM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from You're going to jail! |



## Someone's interested in LaRuby's Unique Treasures

**From:** You're going to jail!
**Email:** nicafun@mail.com

You've been caught. Exposed. We see you. You and your daughter are going to jail.

Reply

You're going to jail! contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

256

Confidential Information

**From:** Susie Cell via Alignable [noreply@email.alignable.com]
**on behalf of** Susie Cell via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 12:48:03 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Susie Cell



## Someone's interested in LaRuby's Unique Treasures

**From:** Susie Cell
**Email:** agnusdei@comcast.net

You belong in jail. You cheater.

Reply

Susie Cell contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

257

Confidential Information                                    Freeman_Giuliani-00000408

**From:** Alison Brown via Alignable [noreply@email.alignable.com]
**on behalf of** Alison Brown via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 1:26:45 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Alison Brown



## Someone's interested in LaRuby's Unique Treasures

**From:** Alison Brown
**Email:** aliken2006@gmail.com

We saw what you did Ruby. You Are going To Jail!! Trump is and will be the next President. You have just went against God Almighty. Good luck

Reply

Alison Brown contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

258

Confidential Information

**From:** Perry Way via Alignable [noreply@email.alignable.com]
**on behalf of** Perry Way via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 1:46:36 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Perry Way



## Someone's interested in LaRuby's Unique Treasures

**From:** Perry Way
**Email:** perryway@gmail.com

Hope you are happy for exposing yourself. Now the whole world knows about you and your daughter tag-team involved in election fraud that is punishable by a long prison sentence.

Reply

Perry Way contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

259

**From:** Patriot Jones via Alignable [noreply@email.alignable.com]
**on behalf of** Patriot Jones via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 1:47:44 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Patriot Jones



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot Jones
**Email:** GFY@gmail.com

You got caught. Hope you enjoy felony incarceration.

Reply

Patriot Jones contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

260

Confidential Information

**From:**          123 via Alignable [noreply@email.alignable.com]
on behalf of      123 via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**          12/5/2020 1:58:06 AM
**To:**            freemanruby561@yahoo.com
**Subject:**       New Contact Form Submission from 123



## Someone's interested in LaRuby's Unique Treasures

**From:** 123
**Email:** 123unme@yahoo.com

Did you commit election fraud?

Reply

123 contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

From:          B via Alignable [noreply@email.alignable.com]
on behalf of   B via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:          12/5/2020 2:14:30 AM
To:            freemanruby561@yahoo.com
Subject:       New Contact Form Submission from B



## Someone's interested in LaRuby's Unique Treasures

**From:** B
**Email:** anyone@everywhere.com

Traitor

Reply

B contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can <u>unsubscribe</u>

Alignable 205 Portland Street
Boston MA 02114

261

Confidential Information                                                                    Freeman_Giuliani-00000413

**From:**      Suzie via Alignable [noreply@email.alignable.com]
**on behalf of**   Suzie via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:**      12/5/2020 2:16:28 AM
**To:**        freemanruby561@yahoo.com
**Subject:**   New Contact Form Submission from Suzie



## Someone's interested in LaRuby's Unique Treasures





**From:** Suzie
**Email:** tiascout@yahoo.com

You are a disgrace. How you as your daughter can participate in voter fraud is a felony! I hope you guys get in trouble because you both truly deserve it. And call Biden when you need to get your bail payed. You are definitely not a Christian, good mother or honest person. You deserve every bit of shame because you took something as sacred as voting in to your own hands and impacted the people's votes. You are NOT God!!! Remember that! You're disgusting person. May you come clean and confess or spend the next 10 years suffering your punishment.



Reply

Suzie contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

262

Confidential Information                                    Freeman_Giuliani-00000414

**From:** Walter Pollard via Alignable [noreply@email.alignable.com]
**on behalf of** Walter Pollard via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 2:24:01 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Walter Pollard



## Someone's interested in LaRuby's Unique Treasures

**From:** Walter Pollard
**Email:** searcysledge3@gmail.com

You fucked up dummy. Your greed will land you in prison. Enjoy. You'll never be able to walk the streets again, "There she is, that's Ruby! Get her!!!"

Reply

Walter Pollard contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

263

Confidential Information

**From:** Deborah Lehnert via Alignable [noreply@email.alignable.com]
**on behalf of** Deborah Lehnert via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 2:46:47 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Deborah Lehnert



## Someone's interested in LaRuby's Unique Treasures

**From:** Deborah Lehnert
**Email:** deblehnert@gmail.com

You are scum, shame on you loser

Reply

Deborah Lehnert contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

264

Confidential Information

From:              Trump Fan via Alignable [noreply@email.alignable.com]
on behalf of       Trump Fan via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:              12/5/2020 3:40:31 AM
To:                freemanruby561@yahoo.com
Subject:           New Contact Form Submission from Trump Fan



## Someone's interested in LaRuby's Unique Treasures

**From:** Trump Fan
**Email:** trumptrain2020@gmail.com

You're disgusting and caught!

Reply

Trump Fan contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

265

**From:** Valerie via Alignable [noreply@email.alignable.com]
**on behalf of** Valerie via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 4:12:22 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Valerie



## Someone's interested in LaRuby's Unique Treasures

**From:** Valerie
**Email:** lilvbigdub.vf@gmail.com

RUBY, TURN YOURSELF IN, NOW !!!!! COME CLEAN FOR WHAT YOU'VE DONE !!!!! CONFESS EVERYTHING YOU KNOW ABOUT THE ELECTION FRAUD AND REPENT !!!!!

Reply

Valerie contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

266

**From:** The terminator via Alignable [noreply@email.alignable.com]
**on behalf of** The terminator via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 5:21:25 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from The terminator



## Someone's interested in LaRuby's Unique Treasures

**From:** The terminator
**Email:** donkey@yahoo.com

20 years in jail should be just enough for a nasty bitch

Reply

The terminator contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

267

Confidential Information                                    Freeman_Giuliani-00000419

**From:** Q via Alignable [noreply@email.alignable.com]
**on behalf of** Q via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 5:28:07 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Q



## Someone's interested in LaRuby's Unique Treasures

**From:** Q
**Email:** wethepeople@whitehouse.gov

You have been caught. You will be Prosecuted, you will go to jail. Get your things in life in order. You POS!

Reply

Q contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

268

Confidential Information                                        Freeman_Giuliani-00000420

**From:** Patriot via Alignable [noreply@email.alignable.com]
**on behalf of** Patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 7:12:13 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Patriot



## Someone's interested in LaRuby's Unique Treasures

**From:** Patriot
**Email:** emil1255@yahoo.com

YOU should spend the rest of your life in Guantanamo Bay. YOU are the epitome of scum and I'll pray for your treasonous soul, you filthy demon. By the blood of Jesus you will pay for your sins.

Reply

Patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

269

| | |
|---|---|
| **From:** | O via Alignable [noreply@email.alignable.com] |
| **on behalf of** | O via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/5/2020 7:15:49 AM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from O |



## Someone's interested in LaRuby's Unique Treasures

**From:** O
**Email:** pts000pts000@gmail.com

JAIL TIME FOR AND YOUR FAMILY YOU CRIMINAL BITCH !!!!!!!

Reply

O contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

270

**From:** Concerned Citizen via Alignable [noreply@email.alignable.com]
**on behalf of** Concerned Citizen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 7:53:59 AM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Concerned Citizen



## Someone's interested in LaRuby's Unique Treasures

**From:** Concerned Citizen
**Email:** cheatersneverprosper@godiswatching.com

You're famous now...way to go. Your site has all kinds of rhetoric about being a Christian. You bring shame and disgrace to the body of Christ. Caught red-handed cheating on the vote. Your ways are foul and deceptive. Be kind enough to either come clean in public and repent, or remove any vestiges of your association with Christianity from your page.

Reply

Concerned Citizen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe
Alignable 206 Portland Street
Boston MA 02114

271

| | |
|---|---|
| **From:** | patriot via Alignable [noreply@email.alignable.com] |
| **on behalf of** | patriot via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/5/2020 2:17:52 PM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from patriot |



## Someone's interested in LaRuby's Unique Treasures

**From:** patriot
**Email:** swif420@yahoo.com

You fucking fraud and your peace of shit fraud ass kids need to be in some prison hole.

Reply

patriot contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

272

**From:** 123 via Alignable [noreply@email.alignable.com]
**on behalf of** 123 via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 2:28:56 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from 123



## Someone's interested in LaRuby's Unique Treasures

**From:** 123
**Email:** 1234dgj@gmail.com

Hope you enjoy your jail time, you dirtbag liberal. Spill your guts on who set this up maybe they'll go easy on you. You don't want want to follow the rules of our country, then get the heck out!

Reply

123 contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

273

| | |
|---|---|
| **From:** | Lars Van Essen via Alignable [noreply@email.alignable.com] |
| **on behalf of** | Lars Van Essen via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com] |
| **Sent:** | 12/5/2020 2:52:00 PM |
| **To:** | freemanruby561@yahoo.com |
| **Subject:** | New Contact Form Submission from Lars Van Essen |



## Someone's interested in LaRuby's Unique Treasures

**From:** Lars Van Essen
**Email:** Lars197310@gmail.com

You need to be sentenced by a military tribunal. Election fraud!

Reply

Lars Van Essen contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can unsubscribe

Alignable 205 Portland Street
Boston MA 02114

274

**From:** Ruby Freeman via Alignable [noreply@email.alignable.com]
**on behalf of** Ruby Freeman via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 3:30:31 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from Ruby Freeman





## Someone's interested in LaRuby's Unique Treasures



**From:** Ruby Freeman
**Email:** ask021@gmail.com



You have done a bad thing! People died for our right to be free! You stole votes and are instrumental in turning our country into a communist country where nobody is free! Shouldn't you of all people understand what freedom means??? You have been used as a stool!! How much money did you get paid to do that?!? Do you think you'll be able to enjoy it when you aren't free to celebrate holidays, visit with family and friends and walk around without a mask on? Think about it!! You are the one that ruined the world for freedom loving people everywhere.... is that who you want to be? God sees all. You aren't fooling him so quit fooling yourself. Do the right thing and turn yourself in and tell who put you up to this. You know you are going to be the peon that gets sent to jail while the big cheese gets away with it.




Reply

Ruby Freeman contacted you from your public Alignable profile and is not associated with Alignable.



If you no longer wish to receive these type of emails, you can **unsubscribe**

275

Alignable 205 Portland Street
Boston MA 02114

Confidential Information

Freeman_Giuliani-00000428

From:               Rena Gaunt via Alignable [noreply@email.alignable.com]
on behalf of        Rena Gaunt via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
Sent:               12/5/2020 4:24:49 PM
To:                 freemanruby561@yahoo.com
Subject:            New Contact Form Submission from Rena Gaunt



## Someone's interested in LaRuby's Unique Treasures

**From:** Rena Gaunt
**Email:** fatguyscott@aol.com

This person owner of larubys unique treasures frauded our election. If she can do that so easily then she will easily fraud her customers. She will steal from you as she stole your votes. Do not buy from a proven frauded.

Reply

Rena Gaunt contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**
Alignable 205 Portland Street
Boston MA 02114

277

**From:** John Jefferson via Alignable [noreply@email.alignable.com]
**on behalf of** John Jefferson via Alignable <noreply@email.alignable.com> [noreply@email.alignable.com]
**Sent:** 12/5/2020 4:27:09 PM
**To:** freemanruby561@yahoo.com
**Subject:** New Contact Form Submission from John Jefferson



## Someone's interested in LaRuby's Unique Treasures

**From:** John Jefferson
**Email:** johnsmithjefferson651@gmail.com

You are going to fry in the electric chair, seditionist. That is going to be one stinky grease fire, traitor. I wonder if getting executed for treason was part of your long term plan.

Reply

John Jefferson contacted you from your public Alignable profile and is not associated with Alignable.

If you no longer wish to receive these type of emails, you can **unsubscribe**

Alignable 205 Portland Street
Boston MA 02114

278

Confidential Information

CONFIDENTIAL INFORMATION

Freeman_Giuliani-00002520



ONE IGNORANT, CHEATING

LYING, FAT ASS UGLY

**Sweet Little Things**

**8 of 12**

**Check out**
**www.2flatline.com**

NIGGER. BLACK

PEOPLE DONT DO

Shit LIKE YOU

DID.

Freeman_Giuliani-0000

You skanky cheating low down scumbag.
You deserve to go to jail, you worthless piece of shit whore.

CONFIDENTIAL INFORMATION                                    Freeman_Giuliani-00002522



METROPLEX MI 480
9 JAN 2021 PM 3 L

RUBY FREEMAN
5201 MEMORIAL LN
POWDER SPRINGS, GEORGIA 30127

CONFIDENTIAL INFORMATION



*O Christmas Tree! O Christmas Tree!*
How lovely are thy branches
*O Christmas Tree! O Christmas Tree!*
How lovely are thy branches

Your boughs so green in summertime
Stay bravely green in wintertime
*O Christmas Tree! O Christmas Tree!*
How lovely are thy branches

*O Tannenbaum! O Tannenbaum!*
How lovely are thy branches
*O Tannenbaum! O Tannenbaum!*
How lovely are thy branches

The pillars all please faithfully
Our trust in God unchangedly
*O Tannenbaum! O Tannenbaum!*
How lovely are thy branches

*Believe in the
magic and beauty of Christmas*

Ruby Please report to the FBI + tell them You committed Voted Fraud If not You will be sorry

CONFIDENTIAL INFORMATION

CONFIDENTIAL INFORMATION







CONFIDENTIAL INFORMATION



CONFIDENTIAL INFORMATION

Freeman_Giuliani-00002527

WE'RE GOING TO MEXICO TO VOTE IN THEIR ELECTIONS AND DEMAND FREE HEALTHCARE WHILE WAVING THE AMERICAN FLAG IF THEY ASK FOR OUR PAPERS, WE'LL RIOT, ATTACK POLICE AND SUE THEM. YOU UP FOR A ROAD TRIP?

CONFIDENTIAL INFORMATION

Freeman_Giuliani-00002528