# Exhibit 56

# PTX-150

# Document Produced Natively