# Exhibit 57

# PTX-144

# Document Produced Natively