# Exhibit 58

# PTX-145

## Document Produced Natively