# Exhibit 59

Document Produced in Native Format

Plaintiffs' Exhibit
PTX-278

C.A. No. 21-3354 (BAH)

Confidential Information

Freeman_Giuliani-00000182