# Exhibit 60

# PTX-605

# Document Produced Natively