**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                           Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Michael J. Gottlieb to be admitted, *pro hac vice*, to represent Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar in the bars of the District of Columbia and the State of New York and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Michael J. Gottlieb, Esq. is admitted to practice, *pro hac vice* in the above-captioned case to represent Ms. Ruby Freeman and Ms. Wandrea' ArShaye "Shaye" Moss in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 18, 2024
       White Plains, New York

                                          */s/ Sean H. Lane*
                                          THE HONORABLE SEAN H. LANE
                                          UNITED STATES BANKRUPTCY JUDGE