UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12055 |

**SUPPLEMENTAL CERTIFICATE OF SERVICE REGARDING
THE HERRING PARTIES' MOTION FOR ENTRY OF ORDER
CLARIFYING WHETHER THE AUTOMATIC STAY APPLIES
TO STAY DISCOVERY IN CONSOLIDATED LITIGATION**

I certify that on January 17, 2024, I caused a true and correct copy of the *Herring Parties' Motion for Entry of Order Clarifying Whether the Automatic Stay Applies to Stay Discovery in Consolidated Litigation* (the "Motion") to be served by U.S. Mail on the following counsel for parties to the Litigation (as defined in the Motion):

Gregory M. Singer
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990
*Counsel for Consolidated Defendant Christina Bobb*

Alfred Carry
acarry@mcglinchey.com
McGlinchey Stafford
1275 Pennsylvania Ave. NW, Suite 420
Washington, DC  20004
(202-802-9951
*Counsel for Consolidated Defendant Patrick Byrne*

Teresa Cinnamond
Teresa.cinnamond@kennedyslaw.com
Kennedys
120 Mountain View Boulevard
Basking Ridge, New Jersey  07920
(908) 848-6307
*Counsel for Consolidated Defendant Sidney Powell and Sidney Powell, P.C.*


Joseph Pull
pull@parkerdk.com
Parker Daniels Kibort
888 Colwell Building
123 North Third Steet
Minneapolis, MN  55401
(612)355-4100
*Counsel for Consolidated Defendant MyPillow*


Marc J. Eisenstein, Esq.
marc@coburngreenbaum.com
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, Northwest
Second Floor
Washington, DC 20036
Telephone: 703-963-7164
*Counsel for Consolidated Defendant Defending the Republic*


Jonathan Ross
jross@susmangodfrey.com
Katie Sammons
ksammons@susmangodfrey.com
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713-653-7813
*Counsel for U.S. Dominion, Inc.*


Gary Fischoff
gfischoff@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Telephone: 516-747-1136
*Counsel for the Debtor*

Dated: January 18, 2024                      Respectfully submitted,

By: */s/ Victoria Argeroplos*

**JACKSON WALKER LLP**
Charles L. Babcock (NY State Bar No. 5451117)
cbabcock@jw.com
Matthew D. Cavenaugh (*pro hac vice* pending)
mcavenaugh@jw.com
Joel Glover (NY State Bar No. 5697487)
jglover@jw.com
Victoria Argeroplos (*pro hac vice* pending)
vargeroplos@jw.com
1401 McKinney St, Suite 1900
Houston, TX 77010
T: (713) 953-4200
F: (713) 752-4221

*Counsel for the Herring Parties*

3

## Certificate of Service

I certify that on January 18, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

                                                  /s/ *Victoria Argeroplos*
                                                  Victoria Argeroplos