AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (*pro hac vice* pending)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
**RUDOLPH W. GIULIANI**                             :    Case No. 23-12055 (SHL)
a/k/a **RUDOLPH WILLIAM GIULIANI**,                 :
                                                    :
                    **Debtor.**                     :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1.    I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.    I hereby certify that, on January 18, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Stay for the Limited Purposes of Allowing the Debtor to File Post Trial Motions to Modify the Judgment and on for a New Trial and to File a Notice of Appeal* [ECF No. 56]

3.  I hereby certify that, on January 19, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the party listed in **Exhibit B** attached hereto.

- *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Stay for the Limited Purposes of Allowing the Debtor to File Post Trial Motions to Modify the Judgment and on for a New Trial and to File a Notice of Appeal* [ECF No. 56]

Washington, D.C.                                                  */s/ Adelle Else*
Dated: January 19, 2024                                    Adelle Else

2

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Annie Wells**
annie.wells@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
*Counsel for the Debtor*

# EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601