UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI | Case No.: 22-12055<br>**CERTIFICATION OF NO OBJECTION** |
| Debtor | |

-----------------------------------------------------X

Heath S. Berger, an attorney duly admitted to practice before this Court states:

1. I am the attorney of record for the above captioned Debtor.

2. On January 2, 2024, the Debtor filed a notice of presentment requesting the Court extend the Debtor's time to file Schedules and Statements from January 4, 2024 to February 5, 2024 pursuant to Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure.

3. The subject motion was served upon U.S. Trustee and all creditors.

4. No written objection or responsive pleadings to the motion have been received or filed with the Court. Accordingly, we request the Court enter an order granting the motion without need for a hearing.

Dated: January 23, 2024
Syosset, New York

BERGER, FISCHOFF, SHUMER
WEXLER & GOODMAN, LLP

 */s/ Heath S. Berger*
Heath S. Berger
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791