**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                  Case No.: 23-12055

                                                                                              Chapter 11

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                                                                                              Adversary Proceeding No.: _____

                                        Debtor
---------------------------------------------------------------x
                                        Plaintiff

            v.

                                        Defendant
---------------------------------------------------------------x

       I, Davida Brook, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation, creditors and interested parties in the above-referenced ☒ case ☐ adversary proceeding.

       *I certify that I am a member in good standing* of the bar in the State of California and admitted to the Central District of California on February 08, 2013, Northern District of California on February 11, 2013, Eastern District of California on February 26, 2013 and Southern District of California on March. 5, 2013

       I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 22, 2024
Los Angeles, California

                                                            *Mailing Address:*
                                                            Davida Brook
                                                            SUSMAN GODFREY LLP
                                                            1900 Avenue of the Stars Ste 1400
                                                            Los Angeles, California 90067
                                                           *E-mail address:* dbrook@susmangodfrey.com
                                                           *Telephone number:* (310) 789-3100