# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 1/24/2024 |
| Case: 23−12055−shl | Form ID: 309E1 | Total: 93 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    New York State Department of Taxation and Finance
cr    Robert Hunter Biden
cr    Chanel Rion
cr    Robert , Sr. Herring
cr    Charles Herring
cr    Herring Networks, Inc. d/b/a One America News Network
cr    Ms. Ruby Freeman and Ms. Wandrea' ArShaye Shaye Moss

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Rudolph W. Giuliani    45 East 66th Street    Apartment 10W    New York, NY 10065
ust    United States Trustee    Office of the United States Trustee – NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408
cr    Davidoff Hutcher & Citron LLP    605 Third Avenue, 34th Floor    New York, NY 10158
cr    Noelle Dunphy    Abrams Fensterman, LLP    2280 East Avenue    First Floor    Rochester, NY 14610 US
cr    Dominion Voting Systems Corporation    c/o Buchalter, A Professional Corp.    Attn: Anthony J. Napolitano    1000 Wilshire Blvd., Ste. 1500    Los Angeles, CA 90017
cr    Dominion Voting Systems, Inc.    c/o Buchalter, A Professional Corp.    Attn: Anthony J. Napolitano    1000 Wilshire Blvd., Ste. 1500    Los Angeles, CA 90017−1730
cr    US Dominion, Inc.    c/o Buchalter, A Professional Corp.    Attn: Anthony J. Napolitano, Esq.    1000 Wilshire Blvd., Suite 1500    Los Angeles, CA 90017−1730
cr    SGO Corporation Limited    c/o Benesch Friedlander Coplan & Aronoff    Sven T. Nylen, Esq.    71 South Wacker Drive, Suite 1600    Chicago    IL, 60606−4637 UNITED STATES
cr    Smartmatic International Holding B.V.    c/o Benesch Friedlander Coplan & Aronoff    Sven T. Nylen    71 South Wacker Drive, Suite 1600    Chicago    IL, 60606−4637 UNITED STATES
cr    SMARTMATIC USA CORP.    c/o Benesch Friedlander Coplan & Aronoff    Sven T. Nylen, Esq.    71 South Wacker Drive, Suite 1600    Chicago    IL, 60606−4637 UNITED STATES
cr    Daniel Gill    c/o Ronald L. Kuby    119 West 23rd Street    Suite 900
crcm    Official Committee Of Unsecured Creditors    c/o Ira Dizengoff    Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, NY 10036
aty    Andrea Beth Schwartz    DOJ−Ust    Alexander Hamilton U.S. Custom House    One Bowling Green ., Room 534    New York, NY 10004
aty    Anthony J. Napolitano    Buchalter    1000 Wilshire Blvd.    Ste. 1500    Los Angeles, CA 90017
aty    Daniel Brogan    Benesch, Friedlander, Coplan & Aronoff LLP    1313 North Market Street    Suite 1201    Wilmington, DE 19801
aty    Enid Nagler Stuart    New York State Attorney General    28 Liberty Street    New York, NY 10005
aty    Gary C. Fischoff    Berger, Fischoff, Shumer,    Wexler & Goodman, LLP    6901 Jericho Turnpike, Suite 230    Syosset, NY 11791
aty    Heath S. Berger    Berger, Fischoff, Shumer,    Wexler & Goodman, LLP    6901 Jericho Turnpike, Suite 230    Syosset, NY 11791
aty    Ira S. Dizengoff    Akin, Gump, Strauss, Hauer & Feld, LLP    One Bryant Park    New York, NY 10036
aty    James B. Glucksman    Davidoff Hutcher & Citron LLP    605 Third Avenue    New York, NY 10158
aty    Jennifer Hoover    Benesch Friedlander Coplan & Aronoff    1313 North Market Street    Suite 1201    Wilmington, DE 19801
aty    Joel G Samuels    Buchalter, A Professional Corporation    1000 Wilshire Blvd.    Suite 1500    Los Angeles, CA 90017
aty    Justin Tyler Kelton    Abrams Fensterman, LLP    1 MetroTech Center    Suite 1701    Brooklyn, NY 11201
aty    Kenneth L. Perkins    Winston & Strawn LLP    1901 L Street, NW    Washington, DC 20036
aty    Maureen T. Bass    Abrams Fensterman, LLP    2280 East Avenue    Ste 1st Floor    Rochester, NY 14610
aty    Rachel C. Strickland    Willkie Farr & Gallagher LLP    787 Seventh Avenue    New York, NY 10019−6099
aty    Robert Leslie Rattet    Davidoff Hutcher & Citron LLP    605 Third Avenue    New York, NY 10158
aty    Ronald Lawrence Kuby    Law Office of Ronald L. Kuby    119 West 23rd St., Suite 900    New York, NY 10011
aty    Sven Thure Nylen    Benesch Friedlander Coplan & Aronoff    333 W. Wacker Drive    Suite 1900    Chicago, IL 60606
aty    Timothy W. Walsh    Winston & Strawn LLP    200 Park Avenue    New York, NY 10166−4193
aty    Victoria N Argeroplos    Jackson Walker    1401 McKinney    Ste 1900    Houston, TX 77010
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551

| | | |
|---|---|---|
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8252609 | ABRAMS FENSTERMAN, LLP | Attn: Justin T. Kelton, Esq.    1 Metrotech Center    Suite 1701    Brooklyn, New York 11201 |
| 8252610 | ABRAMS FENSTERMAN, LLP | Attn: Maureen T. Bass, Esq.    2280 East Avenue    First Floor    Rochester, New York 14610 |
| 8253018 | Abbe D. Lowell | WINSTON & STRAWN LLP    1901 L St., N.W.    Washington, DC 20036–3508 |
| 8249614 | BST & CO. CPAS, LLC | 250 PARK AVENUE, 7TH FLOOR    NEW YORK, NY 10177 |
| 8430147 | Benesch, Friedlander, Coplan    & Aronoff LLP | Attn: Sven T. Nylen    71 S. Wacker Drive, Suite 1600    Chicago, IL 60606 |
| 8430149 | Benesch, Friedlander, Coplan    & Aronoff LLP | Daniel N. Brogan    1313 N. Market Street, Suite 1201    Wilmington, DE 19801 |
| 8430148 | Benesch, Friedlander, Coplan    & Aronoff LLP | Jennifer R. Hoover    1313 N. Market Street, Suite 1201    Wilmington, DE 19801 |
| 8249646 | Berger, Fischoff, Shumer,    Wexler & Goodman, LLP | 6901 Jericho Turnpike, Suite 230    Syosset, New York 11791 |
| 8253020 | Buchalter, a Professional Corporation | Attn: Joel G. Samuels    Anthony J. Napolitano    1000 Wilshire Blvd., 15th Floor    Los Angeles, California 90017 |
| 8249615 | DANIEL GILL | C/O LAW OFFICE OF RONALD L. KUBY    119 WEST 23RD STREET, SUITE 900    NEW YORK, NY 10011 |
| 8249616 | DAVIDOFF HUTCHER & CITRON LLP | 605 THIRD AVENUE    NEW YORK, NY 10158 |
| 8250459 | DAVIDOFF HUTCHER & CITRON LLP | 605 Third Avenue    New York, New York 10158 |
| 8250304 | Davidoff Hutcher & Citron LLP | 605 Third Avenue    New York, NY 10158 |
| 8253007 | Dominion Voting Systems Corporation | c/o Buchalter, A Professional Corp.    Attn: Joel G. Samuels, Esq.    Anthony J. Napolitano, Esq.    1000 Wilshire Blvd., Ste. 1500    Los Angeles, CA 90017–1730 |
| 8253010 | Dominion Voting Systems Corporation | c/o Susman Godfrey LLP    Attn: Stephen Shackelford    1301 6th Ave., 32nd Floor    New York, NY 10019 |
| 8253006 | Dominion Voting Systems, Inc. | c/o Buchalter, A Professional Corp.    Attn: Joel G. Samuels, Esq.    Anthony J. Napolitano, Esq.    1000 Wilshire Blvd., Ste. 1500    Los Angeles, CA 90017–1730 |
| 8253009 | Dominion Voting Systems, Inc. | c/o Susman Godfrey LLP    Attn: Stephen Shackelford    1301 6th Ave., 32nd Floor    New York, NY 10019 |
| 8252938 | ENID NAGLER STUART | ASST ATTY GENERAL    OFFICE OF THE NYS ATTY GENERAL    28 LIBERTY ST., 17TH FL    NEW YORK, NY 10005 |
| 8249617 | ERIC COOMER, PH.D. | C/O CAIN & SKARNULIS, PLLC    P.O. BOX 1064    SALIDA, CO 81201 |
| 8252933 | Enid Nagler Stuart, Ass't Attorney General | Counsel for NYS Dep't of Taxation    28 Liberty Street – 17th floor    New York, NY 10005 |
| 8249618 | GIULIANI PARTNERS LLC | 45 EAST 66TH STREET    APARTMENT 10W    NEW YORK, NY 10065 |
| 8249619 | IRS | CENTRALIZED INSOLVENCY OPERATION    PO BOX 7346    PHILADELPHIA, PA 19101–7346 |
| 8249620 | IRS | CENTRALIZED INSOLVENCY OPERATION    PO BOX 7346    PHILADELPHIA, PA 19101–7346 |
| 8433332 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o Robertson, Anschutz, Schneid,    Crane & Partners, PLLC    6409 Congress Avenue, Suite 100    Boca Raton, FL 33487 |
| 8251322 | John A. Vos | 1430 Lincoln Avenue    San Rafael, CA 94901 |
| 8249621 | LAW OFFICES OF AIDALA, BERTUNA & KAMINS | 546 FIFTH AVENUE, 6TH FLOOR    NEW YORK, NY 10036 |
| 8252939 | LEO GAGION | ASST. ATTY GENERAL    OFFICE OF NYS ATTY GENERAL    28 LIBERTY ST., 17TH FL.    NEW YORK, NY 10005 |
| 8249622 | MOMENTUM TELECOM, INC. | C/O ABRAMSON BROOKS LLP    1051 PORT WASHINGTON BOULEVARD, #322    PORT WASHINGTON, NY 11050 |
| 8432742 | Michael J. Gottlieb    Meryl C. Governski    Aaron E. Nathan | WILLKIE FARR & GALLAGHER LLP    1875 K Street NW    Washington, DC 20006 |
| 8249623 | NOELLE DUNPHY | C/O ABRAMS FENSTERMAN, LLP    1 METROTECH CENTER, SUITE 1701    BROOKLYN, NY 11201 |
| 8249624 | NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT–TCD    BLDG 8 ROOM 455    ALBANY, NY 12227 |
| 8249625 | NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT–TCD    BLDG 8 ROOM 455    ALBANY, NY 12227 |
| 8250149 | New York State Department of Tax & Finance | Bankruptcy Section    P O Box 5300    Albany New York 12205–0300 |
| 8252494 | Noelle Dunphy | 2280 East Avenue    First Floor    Rochester, New York 14610 |
| 8432749 | Official Committee of Unsecured Creditors | c/o Ira Dizengoff    Akin Gump Strauss Hauer & Feld LLP    One Bryant Park    New York, New York 10036 |
| 8252960 | Palm Beach County Tax Collector | Attn Legal Services    PO Box 3715    West Palm Beach FL 33402 |
| 8249626 | ROBERT HUNTER BIDEN | C/O WINSTON AND STRAWN, LLP    1901 L STREET NW    WASHINGTON, DC 20036 |
| 8253632 | RONALD L. KUBY | 119 WEST 23RD STREET    SUITE 900    NEW YORK, NY 10011 |
| 8249627 | RUBY FREEMAN & WANDREA MOSS | C/O WILLKIE FARR & GALLAGHER LLP    1875 K STREET NW    WASHINGTON, DC 20006 |
| 8432740 | Rachel C. Strickland    James H. Burbage    M. Annie Houghton–Larsen | WILLKIE FARR & GALLAGHER LLP    787 Seventh Avenue    New York, New York 10019 |
| 8432743 | Rachel Goodman    John Langford | UNITED TO PROTECT DEMOCRACY    82 Nassau Street, #601    New York, NY 10038 |

| | | | | |
|---|---|---|---|---|
| 8252961 | Robert Hunter Biden | c/o Winston & Strawn LLP | 1901 L Street, N.W. | Washington, D.C. 20036−3506 |
| 8249628 | SMARTMATIC USA CORP. | C/O KISHNER MILLER HIMES P.C. | 40 FULTON STREET, 12TH FLOOR | NEW YORK, NY 10038−1850 |
| 8253021 | Susman Godfrey LLP | Attn: Stephen Shackelford | 1301 6th Ave., 32nd Floor | New York, NY 10019 |
| 8249629 | TABNER, RYAN K KENIRY, LLP | 18 CORPORATE WOODS BOULEVARD, SUITE 8 | | ALBANY, NY 12211 |
| 8253017 | Timothy W. Walsh | WINSTON & STRAWN LLP | 200 Park Avenue | New York, NY 10166−4193 |
| 8249630 | US DOMINION, INC. | C/O SUSMAN GODFREY LLP | 1000 LOUISIANA STREET, SUITE 5100 | HOUSTON, TX 77002 |
| 8253005 | US Dominion, Inc. | c/o Buchalter, A Professional Corporatio | Attn: Joel G. Samuels, Esq.    Anthony J. Napolitano, Esq. | 1000 Wilshire Blvd., Ste. 1500    Los Angeles, CA 90017 |
| 8253008 | US Dominion, Inc. | c/o Susman Godfrey LLP | Attn: Stephen Shackelford | 1301 6th Ave., 32nd Floor    New York, NY 10019 |
| 8432741 | Von A. DuBose | DUBOSE MILLER LLC | 75 14th Street NE    Suite 2110 | Atlanta, GA 30309 |

TOTAL: 86