**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                        Case No.: 23-12055-shl
RUDOLPH W. GIULIANI                                            Chapter 11
a/k/a RUDOLPH WILLIAM GIULIANI

                              Debtor

---------------------------------------------------------------x

                                    Adversary Proceeding No.: _____

                              Plaintiff
                   v.


                              Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Davida Brook, to be admitted, ***pro hac vice***, to represent US Dominion, Inc.; Dominion Voting Systems, Inc.; and Dominion Voting Systems Corporation, (the "Clients") creditors and interested parties in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and admitted to the Central District of California on February 08, 2013, Northern District of California on February 11, 2013, Eastern District of California on February 26, 2013 and Southern District of California on March. 5, 2013, it is hereby

      **ORDERED**, that Davida Brook, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  January 24, 2024
          White Plains, New York

                                          ***/s/ Sean H. Lane***
                                          THE HONORABLE SEAN H. LANE
                                          UNITED STATES BANKRUPTCY JUDGE