UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUDOLPH W. GIULIANI | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Rachel Biblo Block, to be admitted, *pro hac vice*, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 case, and upon the movant's certification that the movant is a member in good standing of the bars of the State Texas and the State of Delaware and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Western District of Texas, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Rachel Biblo Block, Esq., is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case to represent the Official Committee of Unsecured Creditors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 25, 2024
White Plains, New York

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE