| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Rudolph W. Giuliani<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–4285 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of New York | Date case filed for chapter: | 11    12/21/23 |
| Case number: | 23–12055–shl | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtor(s) listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office or the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rudolph W. Giuliani | |
| 2. | **All other names used in the last 8 years** | aka Rudolph William Giuliani | |
| 3. | **Address** | 45 East 66th Street<br>Apartment 10W<br>New York, NY 10065 | |
| 4. | **Debtor's attorney**<br>Name and address | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791 | Contact phone (516) 747–1136<br><br>Email hberger@bfslawfirm.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br><br>Date: 1/24/24 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 7, 2024 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the U.S. trustee. | Location:<br>**Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  4/8/24.** | |
| | | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court

Southern District of New York

In re: Case No. 23-12055-shl
Rudolph W. Giuliani Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1 User: admin Page 1 of 5
Date Rcvd: Jan 24, 2024 Form ID: 309E1 Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rudolph W. Giuliani, 45 East 66th Street, Apartment 10W, New York, NY 10065-6159 |
| aty | + | Andrea Beth Schwartz, DOJ-Ust, Alexander Hamilton U.S. Custom House, One Bowling Green, ., Room 534 New York, NY 10004-1415 |
| aty | + | Anthony J. Napolitano, Buchalter, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| aty | + | Daniel Brogan, Benesch, Friedlander, Coplan & Aronoff L, 1313 North Market Street, Suite 1201, Wilmington, DE 19801-6101 |
| aty | + | Enid Nagler Stuart, New York State Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| aty | + | Gary C. Fischoff, Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230, Syosset, NY 11791-4420 |
| aty | + | Ira S. Dizengoff, Akin, Gump, Strauss, Hauer & Feld, LLP, One Bryant Park, New York, NY 10036-6730 |
| aty | + | James B. Glucksman, Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158-3499 |
| aty | + | Jennifer Hoover, Benesch Friedlander Coplan & Aronoff, 1313 North Market Street, Suite 1201, Wilmington, DE 19801-1151 |
| aty | + | Joel G Samuels, Buchalter, A Professional Corporation, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-1730 |
| aty | + | Justin Tyler Kelton, Abrams Fensterman, LLP, 1 MetroTech Center, Suite 1701, Brooklyn, NY 11201-3949 |
| aty | + | Kenneth L. Perkins, Winston & Strawn LLP, 1901 L Street, NW, Washington, DC 20036-3510 |
| aty | + | Maureen T. Bass, Abrams Fensterman, LLP, 2280 East Avenue, Ste 1st Floor, Rochester, NY 14610-2563 |
| aty | | Rachel C. Strickland, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |
| aty | + | Robert Leslie Rattet, Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158-3499 |
| aty | + | Ronald Lawrence Kuby, Law Office of Ronald L. Kuby, 119 West 23rd St., Suite 900, New York, NY 10011-6342 |
| aty | + | Sven Thure Nylen, Benesch Friedlander Coplan & Aronoff, 333 W. Wacker Drive, Suite 1900, Chicago, IL 60606-2211 |
| aty | + | Victoria N Argeroplos, Jackson Walker, 1401 McKinney, Ste 1900, Houston, TX 77010-1900 |
| cr | + | Davidoff Hutcher & Citron LLP, 605 Third Avenue, 34th Floor, New York, NY 10158-3499 |
| cr | + | Dominion Voting Systems Corporation, c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| cr | + | Noelle Dunphy, Abrams Fensterman, LLP, 2280 East Avenue, First Floor, Rochester, NY 14610 US 14610-2562 |
| crcm | + | Official Committee Of Unsecured Creditors, c/o Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6730 |
| cr | | US Dominion, Inc., c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-1730 |
| 8252609 | + | ABRAMS FENSTERMAN, LLP, Attn: Justin T. Kelton, Esq., 1 Metrotech Center, Suite 1701, Brooklyn, New York 11201-3949 |
| 8252610 | + | ABRAMS FENSTERMAN, LLP, Attn: Maureen T. Bass, Esq., 2280 East Avenue, First Floor, Rochester, New York 14610-2562 |
| 8253018 | + | Abbe D. Lowell, WINSTON & STRAWN LLP, 1901 L St., N.W., Washington, DC 20036-3510 |
| 8249614 | + | BST & CO. CPAS, LLC, 250 PARK AVENUE, 7TH FLOOR, NEW YORK, NY 10177-0799 |
| 8430149 | + | Benesch, Friedlander, Coplan, & Aronoff LLP, Daniel N. Brogan, 1313 N. Market Street, Suite 1201, Wilmington, DE 19801-6101 |
| 8430148 | + | Benesch, Friedlander, Coplan, & Aronoff LLP, Jennifer R. Hoover, 1313 N. Market Street, Suite 1201, Wilmington, DE 19801-6101 |
| 8430147 | + | Benesch, Friedlander, Coplan, & Aronoff LLP, Attn: Sven T. Nylen, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606-4637 |
| 8249646 | + | Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791-4420 |
| 8253020 | + | Buchalter, a Professional Corporation, Attn: Joel G. Samuels, Anthony J. Napolitano, 1000 Wilshire Blvd., 15th Floor, Los Angeles, California 90017-2457 |
| 8249615 | + | DANIEL GILL, C/O LAW OFFICE OF RONALD L. KUBY, 119 WEST 23RD STREET, SUITE 900, NEW YORK, NY 10011-6342 |
| 8249616 | + | DAVIDOFF HUTCHER & CITRON LLP, 605 THIRD AVENUE, NEW YORK, NY 10158-3499 |
| 8250459 | + | DAVIDOFF HUTCHER & CITRON LLP, 605 Third Avenue, New York, New York 10158-3499 |
| 8253006 | | Dominion Voting Systems, Inc., c/o Buchalter, A Professional Corp., Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90017-1730 |
| 8253009 | + | Dominion Voting Systems, Inc., c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8252938 | + | ENID NAGLER STUART, ASST ATTY GENERAL, OFFICE OF THE NYS ATTY GENERAL, 28 LIBERTY ST., 17TH FL, NEW YORK, NY 10005-1495 |
| 8249617 | + | ERIC COOMER, PH.D., C/O CAIN & SKARNULIS, PLLC, P.O. BOX 1064, SALIDA, CO 81201-1064 |
| 8252933 | + | Enid Nagler Stuart, Ass't Attorney General, Counsel for NYS Dep't of Taxation, 28 Liberty Street - 17th floor, New York, NY 10005-1495 |
| 8249618 | + | GIULIANI PARTNERS LLC, 45 EAST 66TH STREET, APARTMENT 10W, NEW YORK, NY 10065-6159 |

23-12055-shl Doc 75 Filed 01/26/24 Entered 01/27/24 00:11:37 Imaged
Certificate of Notice Pg 4 of 7

| District/off: 0208-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 77 |

| | | |
|---|---|---|
| 8251322 | + | John A. Vos, 1430 Lincoln Avenue, San Rafael, CA 94901-2021 |
| 8249621 | + | LAW OFFICES OF AIDALA, BERTUNA & KAMINS, 546 FIFTH AVENUE, 6TH FLOOR, NEW YORK, NY 10036-5000 |
| 8252939 | + | LEO GAGION, ASST. ATTY GENERAL, OFFICE OF NYS ATTY GENERAL, 28 LIBERTY ST., 17TH FL., NEW YORK, NY 10005-1495 |
| 8249622 | + | MOMENTUM TELECOM, INC., C/O ABRAMSON BROOKS LLP, 1051 PORT WASHINGTON BOULEVARD, #322, PORT WASHINGTON, NY 11050-0123 |
| 8432742 | + | Michael J. Gottlieb, Meryl C. Governski, Aaron E. Nathan, WILLKIE FARR & GALLAGHER LLP, 1875 K Street NW Washington, DC 20006-1239 |
| 8249623 | + | NOELLE DUNPHY, C/O ABRAMS FENSTERMAN, LLP, 1 METROTECH CENTER, SUITE 1701, BROOKLYN, NY 11201-3949 |
| 8252494 | + | Noelle Dunphy, 2280 East Avenue, First Floor, Rochester, New York 14610-2562 |
| 8432749 | + | Official Committee of Unsecured Creditors, c/o Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036-6730 |
| 8249626 | + | ROBERT HUNTER BIDEN, C/O WINSTON AND STRAWN, LLP, 1901 L STREET NW, WASHINGTON, DC 20036-3510 |
| 8253632 | + | RONALD L. KUBY, 119 WEST 23RD STREET, SUITE 900, NEW YORK, NY 10011-6342 |
| 8249627 | + | RUBY FREEMAN & WANDREA MOSS, C/O WILLKIE FARR & GALLAGHER LLP, 1875 K STREET NW, WASHINGTON, DC 20006-1239 |
| 8432740 | + | Rachel C. Strickland, James H. Burbage, M. Annie Houghton-Larsen, WILLKIE FARR & GALLAGHER LLP, 787 Seventh Avenue New York, New York 10019-6099 |
| 8432743 | + | Rachel Goodman, John Langford, UNITED TO PROTECT DEMOCRACY, 82 Nassau Street, #601, New York, NY 10038-3703 |
| 8252961 | + | Robert Hunter Biden, c/o Winston & Strawn LLP, 1901 L Street, N.W., Washington, D.C. 20036-3510 |
| 8249628 | | SMARTMATIC USA CORP., C/O KISHNER MILLER HIMES P.C., 40 FULTON STREET, 12TH FLOOR, NEW YORK, NY 10038-1850 |
| 8253021 | + | Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8249629 | + | TABNER, RYAN K KENIRY, LLP, 18 CORPORATE WOODS BOULEVARD, SUITE 8, ALBANY, NY 12211-2522 |
| 8253017 | + | Timothy W. Walsh, WINSTON & STRAWN LLP, 200 Park Avenue, New York, NY 10166-4002 |
| 8249630 | + | US DOMINION, INC., C/O SUSMAN GODFREY LLP, 1000 LOUISIANA STREET, SUITE 5100, HOUSTON, TX 77002-5091 |
| 8253005 | + | US Dominion, Inc., c/o Buchalter, A Professional Corporatio, Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Ste. 1500 Los Angeles, CA 90017-1730 |
| 8253008 | + | US Dominion, Inc., c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8432741 | + | Von A. DuBose, DUBOSE MILLER LLC, 75 14th Street NE, Suite 2110, Atlanta, GA 30309-3644 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: hberger@bfslawfirm.com | Jan 24 2024 20:15:00 | Heath S. Berger, Berger, Fischoff, Shumer,, Wexler & Goodman, LLP, 6901 Jericho Turnpike, Suite 230, Syosset, NY 11791 |
| smg | EDI: IRS.COM | Jan 25 2024 01:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 24 2024 20:15:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | Jan 24 2024 20:15:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 24 2024 20:15:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Jan 24 2024 20:15:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ MEBN | Jan 24 2024 20:12:38 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| cr | + Email/Text: zcarter@beneschlaw.com | Jan 24 2024 20:15:00 | SGO Corporation Limited, c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| cr | + Email/Text: zcarter@beneschlaw.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jan 24 2024 20:15:00 | SMARTMATIC USA CORP., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, Esq., 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| cr | + | Email/Text: zcarter@beneschlaw.com | Jan 24 2024 20:15:00 | Smartmatic International Holding B.V., c/o Benesch Friedlander Coplan & Aronoff, Sven T. Nylen, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637, UNITED STATES 60606-4637 |
| 8433332 | + | Email/Text: RASEBN@raslg.com | Jan 24 2024 20:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 8249624 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 24 2024 20:15:00 | NYS DEPARTMENT OF TAXATION & FINANCE, BANKRUPTCY UNIT-TCD, BLDG 8 ROOM 455, ALBANY, NY 12227-0001 |
| 8250149 |  | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 24 2024 20:15:00 | New York State Department of Tax & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8252960 | + | Email/Text: legalservices@pbctax.com | Jan 24 2024 20:15:00 | Palm Beach County Tax Collector, Attn Legal Services, PO Box 3715, West Palm Beach FL 33402-3715 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Chanel Rion |
| cr |  | Charles Herring |
| cr |  | Daniel Gill, c/o Ronald L. Kuby, 119 West 23rd Street, Suite 900 |
| cr |  | Herring Networks, Inc. d/b/a One America News Netw |
| cr |  | Ms. Ruby Freeman and Ms. Wandrea' ArShaye Shaye Mo |
| cr |  | New York State Department of Taxation and Finance |
| cr |  | Robert , Sr. Herring |
| cr |  | Robert Hunter Biden |
| aty | *+ | Timothy W. Walsh, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002 |
| cr | * | Dominion Voting Systems, Inc., c/o Buchalter, A Professional Corp., Attn: Anthony J. Napolitano, 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 8250304 | *+ | Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY 10158-3499 |
| 8253007 | * | Dominion Voting Systems Corporation, c/o Buchalter, A Professional Corp., Attn: Joel G. Samuels, Esq., Anthony J. Napolitano, Esq., 1000 Wilshire Blvd., Ste. 1500, Los Angeles, CA 90017-1730 |
| 8253010 | *+ | Dominion Voting Systems Corporation, c/o Susman Godfrey LLP, Attn: Stephen Shackelford, 1301 6th Ave., 32nd Floor, New York, NY 10019-7736 |
| 8249619 | * | IRS, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 8249620 | * | IRS, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 8249625 | *+ | NYS DEPARTMENT OF TAXATION & FINANCE, BANKRUPTCY UNIT-TCD, BLDG 8 ROOM 455, ALBANY, NY 12227-0001 |

TOTAL: 8 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

23-12055-shl   Doc 75   Filed 01/26/24   Entered 01/27/24 00:11:37   Imaged
Certificate of Notice   Pg 6 of 7

| District/off: 0208-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 77 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2024                           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Beth Schwartz | on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov |
| Anthony J. Napolitano | on behalf of Creditor Dominion Voting Systems  Inc. anapolitano@buchalter.com, marias@buchalter.com |
| Anthony J. Napolitano | on behalf of Creditor US Dominion  Inc. anapolitano@buchalter.com, marias@buchalter.com |
| Anthony J. Napolitano | on behalf of Creditor Dominion Voting Systems Corporation anapolitano@buchalter.com marias@buchalter.com |
| Daniel Brogan | on behalf of Creditor SMARTMATIC USA CORP. dbrogan@beneschlaw.com docket2@beneschlaw.com |
| Daniel Brogan | on behalf of Creditor SGO Corporation Limited dbrogan@beneschlaw.com docket2@beneschlaw.com |
| Daniel Brogan | on behalf of Creditor Smartmatic International Holding B.V. dbrogan@beneschlaw.com docket2@beneschlaw.com |
| Enid Nagler Stuart | on behalf of Creditor New York State Department of Taxation and Finance enid.stuart@ag.ny.gov  leo.gagion@ag.ny.gov |
| Gary C. Fischoff | on behalf of Debtor Rudolph W. Giuliani gfischoff@bfslawfirm.com  afilardi@bfslawfirm.com |
| Heath S. Berger | on behalf of Debtor Rudolph W. Giuliani hberger@bfslawfirm.com  afilardi@bfslawfirm.com |
| Ira S. Dizengoff | on behalf of Creditor Committee Official Committee Of Unsecured Creditors idizengoff@akingump.com apreis@akingump.com;dkrasa@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com; pdublin@akingump.com |
| James B. Glucksman | on behalf of Creditor Davidoff Hutcher & Citron LLP jbg@dhclegal.com  ch11esq@yahoo.com |
| Jennifer Hoover | on behalf of Creditor SMARTMATIC USA CORP. jhoover@beneschlaw.com  docket2@beneschlaw.com |
| Jennifer Hoover | on behalf of Creditor SGO Corporation Limited jhoover@beneschlaw.com  docket2@beneschlaw.com |
| Jennifer Hoover | on behalf of Creditor Smartmatic International Holding B.V. jhoover@beneschlaw.com  docket2@beneschlaw.com |
| Joel G Samuels | on behalf of Creditor Dominion Voting Systems Corporation jsamuels@buchalter.com |
| Joel G Samuels | on behalf of Creditor Dominion Voting Systems  Inc. jsamuels@buchalter.com |
| Joel G Samuels | on behalf of Creditor US Dominion  Inc. jsamuels@buchalter.com |
| Justin Tyler Kelton | on behalf of Creditor Noelle Dunphy jkelton@abramslaw.com |
| Kenneth L. Perkins | on behalf of Creditor Robert Hunter Biden kperkins@winston.com kenneth-perkins-3146@ecf.pacerpro.com;docketny@winston.com |
| Maureen T. Bass | on behalf of Creditor Noelle Dunphy mbass@abramslaw.com  dvanderbles@abramslaw.com |
| Rachel C. Strickland | |

| District/off: 0208-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 309E1 | Total Noticed: 77 |

| | |
|---|---|
| | on behalf of Creditor Ms. Ruby Freeman and Ms. Wandrea' ArShaye Shaye Moss maosbny@willkie.com rstrickland@willkie.com |
| Robert Leslie Rattet | on behalf of Creditor Davidoff Hutcher & Citron LLP rlr@dhclegal.com jsp@dhclegal.com;mdv@dhclegal.com;ms@dhclegal.com;rattetrr89983@notify.bestcase.com |
| Ronald Lawrence Kuby | on behalf of Creditor Daniel Gill ronaldlkuby@gmail.com |
| Sven Thure Nylen | on behalf of Creditor Smartmatic International Holding B.V. snylen@beneschlaw.com debankruptcy@beneschlaw.com |
| Sven Thure Nylen | on behalf of Creditor SMARTMATIC USA CORP. snylen@beneschlaw.com debankruptcy@beneschlaw.com |
| Sven Thure Nylen | on behalf of Creditor SGO Corporation Limited snylen@beneschlaw.com debankruptcy@beneschlaw.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Victoria N Argeroplos | on behalf of Creditor Chanel Rion vargeroplos@jw.com kgradney@jw.com,dtrevino@jw.com,jpupo@jw.com,steso@jw.com,dduhon@jw.com |
| Victoria N Argeroplos | on behalf of Creditor Robert Sr. Herring vargeroplos@jw.com, kgradney@jw.com,dtrevino@jw.com,jpupo@jw.com,steso@jw.com,dduhon@jw.com |
| Victoria N Argeroplos | on behalf of Creditor Charles Herring vargeroplos@jw.com kgradney@jw.com,dtrevino@jw.com,jpupo@jw.com,steso@jw.com,dduhon@jw.com |
| Victoria N Argeroplos | on behalf of Creditor Herring Networks Inc. d/b/a One America News Network vargeroplos@jw.com, kgradney@jw.com,dtrevino@jw.com,jpupo@jw.com,steso@jw.com,dduhon@jw.com |

TOTAL: 32