Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor
and Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                        Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

**ORDER AUTHORIZING**
**EMPLOYMENT OF**
**AIDALA, BERTUNA &**
**KAMINS, P.C., AS**
**SPECIAL COUNSEL**

                            Debtor.
-----------------------------------------------------------------X

Upon the application of RUDOLPH W. GIULIANI, the above-named Debtor and Debtor-In Possession (the "Debtor"), for entry of an order, pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of the law firm of Aidala, Bertuna & Kamins, P.C., as Special Counsel to represent the Debtor, and upon the Declaration of John Leventhal, Esq. which is annexed to the Application (the "Declaration"); and it appearing that Aidala, Bertuna & Kamins, P.C. is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of Aidala, Bertuna & Kamins, P.C. by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ Aidala, Bertuna & Kamins, P.C. as Special Counsel for the Debtor effective December 21, 2023 to continue to represent the Debtor in attorney disciplinary matters pending in the State of New York and the District of Columbia and to assist with a criminal matter pending in the State of Georgia; and it is further

ORDERED that Aidala, Bertuna & Kamins, P.C. shall be compensated in accordance with and file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Applicable Laws; and it is further

ORDERED that prior to any increases in Aidala, Bertuna & Kamins, P.C.'s rates for any individual retained by, Aidala, Bertuna & Kamins, P.C. and providing services in these cases, Aidala, Bertuna & Kamins P.C. shall file a supplemental affidavit with the Court and provide ten business days' prior notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increase in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that Aidala, Bertuna & Kamins, P.C. has waived payment for any pre-petition balance owed and shall not file a proof of claim for any pre-petition balance owed.