**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI, | Case No. 23-12055 |
| Debtor | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles J. Cain, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Eric Coomer, Ph.D., a creditor in the above-referenced ☒ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Texas and the State of Colorado and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, the United States District Court of Colorado, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:    January 29, 2024

                                                  */s/ Charles J. Cain*
                                                Charles J. Cain
                                                Texas State Bar No. 00796292
                                                Colorado State Bar No. 51020
                                                ccain@cstrial.com
                                                **CAIN & SKARNULIS PLLC**
                                                303 Colorado Street, Suite 2850
                                                Austin, Texas 78701
                                                512-477-5000
                                                512-477-5011—Facsimile
                                                **ATTORNEY FOR ERIC COOMER**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion for Admission to Practice Pro Hac Vice has been served on all parties receiving or entitled to notice through CM/ECF on this 29th day of January 2024.

                                                           */s/ Charles J. Cain*  
                                                           Charles J. Cain