

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Charles J. Cain__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __27th__ day of __July__ A.D. __2017__ and that at the date hereof the said __Charles J. Cain__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __23rd__ day of __January__ A.D. __2024__

*Cheryl Stevens*
Clerk

By ____Myra Sanchez____
Deputy Clerk