**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                            Case No. 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI,

    Debtor
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Charles J. Cain, to be admitted, ***pro hac vice***, to represent Eric Coomer, Ph.D. (Client), a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the State of Colorado and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, United States District Court for the Eastern District of Texas, the United States District Court of Colorado, and the United States Supreme Court, it is hereby

**ORDERED**, that Charles J. Cain, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         _____, New York

 

                                                _____
                                                UNITED STATES BANKRUPTCY JUDGE