RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD DECEMBER 21, 2023 TO DECEMBER 31, 2023

|  | CHECKING | SAVINGS | TOTAL |
|---|---|---|---|
| BALANCE 12/21/2023 | $ 9,654.88 | $ 351.84 | $ 10,006.72 |
| RECEIPTS: |  |  |  |
| WITHDRAWAL FROM IRA ACCOUNT | 100,000.00 | - | 100,000.00 |
| INTEREST INCOME | 0.44 | 0.04 | 0.48 |
|  | 100,000.44 | 0.04 | 100,000.48 |
| DISBURSEMENTS: |  |  |  |
| CASH WITHDRAWAL | 3,000.00 | - | 3,000.00 |
| AMERICAN EXPRESS | 793.79 | - | 793.79 |
| BANK CHARGE | 57.95 | - | 57.95 |
| VERIZON PHONE BILL | 257.14 | - | 257.14 |
|  | 4,108.88 | - | 4,108.88 |
| ENDING BALANCE 12/31/2023 | $ 105,546.44 | $ 351.88 | $105,898.32 |