**Giuliani & Company LLC**
**Combining Financial Statements**
**December 31, 2023**

The attached statements includes the assets, liabilities, equity, income and expenses of the following companies:

Giuliani Partners, LLC
Giuliani Group, LLC
Giuliani & Company, LLC
Giuliani Security & Safety, LLC
World Capital Payroll Corp.
Giuliani Communications, LLC

## EXHIBIT A

**Giuliani & Company LLC**
**Combining Balance Sheets**
December 31, 2023

EXHIBIT A-1 and EXHIBIT A-4

| | Total | Eliminations | Giuliani & Company LLC | Giuliani Group LLC | Giuliani Partners LLC | Giuliani Security & Safety LLC | World Capital Payroll Corp | Giuliani Communications LLC |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash - Signature Bank | 434 | | 1 | 1 | 50 | (127) | 509 | |
| Cash - Signature Bank MM | 0 | | | | | | | |
| Cash - Parkside | 38,884 | | | | | | | 38,884 |
| | 0 | | | | | | | |
| Accounts Receivable | 40,989 | | | | 31,758 | 60 | | 9,171 |
| Accounts Receivable - allowance | (35,574) | | | | (35,574) | | | |
| Refundable UBT | 0 | | | | | | | |
| Due from World Capital | 0 | (3,027,921) | | | 2,703,047 | | | 324,874 |
| Due from Giuliani Group LLC | 0 | 0 | | | | | | |
| Due from Giuliani Security & Safety LLC | 0 | (748,850) | | | | | | 748,850 |
| Due from Giuliani & Company LLC | 0 | 0 | | | | | | |
| Due from Giuliani Partners LLC | 0 | (211,640) | | | | | | 211,640 |
| Members' Loans | 0 | 0 | | | | | | |
| | 0 | | | | | | | |
| Due from Bracewell | 0 | | | | | | | |
| Due from D. Connolly | 0 | | | | | | | |
| Due from Steve Oesterle | 0 | | | | | | | |
| Due from RGPC | 0 | | | | | | | |
| Reimbursable Travel Expenses | 8,220 | | | | 3,666 | 7,210 | | (2,656) |
| Due from R. Giuliani | 337,539 | | | | 5,000 | 603,583 | 36,683 | (307,727) |
| | 0 | | | | | | | |
| Fixed Assets - Net of Depreciation | 0 | | | | | | | |
| Goodwill | 836,514 | | 836,514 | | | | | |
| | 0 | | | | | | | |
| Investment in Giuliani Partners LLC | 0 | 8,829,686 | | (8,829,686) | | | | |
| Investment in Giuliani Group LLC | 0 | 8,829,685 | (8,829,685) | | | | | |
| Investment in Giuliani Security & Safety LLC | 0 | 5,523,997 | | | (5,523,997) | | | |
| Investment in Uber | 0 | | | | | | | |
| Investment in The Nuleus Group LLC | 50 | 0 | | | 50 | | | |
| Investment in Leeds IV | (1,132,718) | | | | (1,132,718) | | | |
| Investment in Apple | 0 | | | | | | | |
| | 0 | | | | | | | |
| Prepaid Insurance | 0 | | | | | | | |
| Deposit Account (investment) | 0 | | | | | | | |
| Employee Loan | 0 | | | | | 0 | | |
| Due from Staff - COBRA Payments | 0 | | | | | | | |
| Subscriptions Receivable | 2,500 | | | | | | 2,500 | |
| Exchange | 1,050 | | | | 6,654 | (14,154) | 8,550 | |
| | 97,888 | 19,194,957 | (7,993,170) | (8,829,685) | (3,942,064) | 596,572 | 48,242 | 1,023,036 |
| | | | | | | | | |
| **LIABILITIES AND CAPITAL** | | | | | | | | |
| **Liabilities** | | | | | | | | |
| Accounts Payable | 458,504 | | | | 271,406 | 179,508 | 7,590 | |
| Accrued 401 K | 0 | | | | | | | |
| NYS Sales Tax Payable | (3,418) | | | | | (3,418) | | |
| Accrued Rent - Buildout | 0 | | | | | | | |
| Accrued Consulting Fees | 350,000 | | | | | 350,000 | | |
| | 0 | | | | | | | |
| Line of Credit Payable to RWG | 6,081,318 | | | | 6,081,318 | | | |
| Due to GCA | 0 | | | | | | | |
| Due to Giuliani Communications | 4 | (1,285,360) | | | 211,640 | 748,850 | 324,874 | |
| Due to World Capital | 0 | (3,199,246) | | | | 3,199,246 | | |
| Due to Giuliani Partners LLC | 0 | (4,597,230) | | 652,438 | | 1,241,741 | 2,703,051 | |
| Due to Giuliani Group LLC | 0 | 0 | 652,438 | | (652,438) | | | |
| Due to Giuliani Security & Safety LLC | 0 | 4,440,990 | | | (1,241,741) | | (3,199,249) | |
| Due to Giuliani & Co. LLC | 0 | 652,438 | | (652,438) | | | | |
| Due to/from RWG PLLC | 383,638 | | | | | 404,638 | | (21,000) |
| Basis Reduction (liability) | 217,438 | | | | 217,438 | | | |
| TransitCheck | 0 | | | | | | | |
| Exchange | 0 | | | | | | | |
| | 0 | | | | | | | |
| | 7,487,484 | (3,988,408) | 652,438 | 0 | 4,887,623 | 6,120,565 | (163,734) | (21,000) |
| | | | | | | | | |
| **Capital** | | | | | | | | |
| Capital - Beginning | (7,383,275) | 22,482,620 | (8,300,704) | (8,484,781) | (8,484,783) | (5,513,056) | 211,976 | 705,453 |
| Net Income (loss) | (6,321) | 700,745 | (344,904) | (344,904) | (344,904) | (10,937) | 0 | 338,583 |
| Distributions | 0 | 0 | | | 0 | | | |
| | (7,389,596) | 23,183,365 | (8,645,608) | (8,829,685) | (8,829,687) | (5,523,993) | 211,976 | 1,044,036 |
| | 97,888 | 19,194,957 | (7,993,170) | (8,829,685) | (3,942,064) | 596,572 | 48,242 | 1,023,036 |

**Giuliani & Company LLC**
**Combining Statements of Income and Expenses**                    **EXHIBIT A-2**
For the Twelve Months Ended December 31, 2023

| | Total | Eliminations | Giuliani & Company LLC | Giuliani Group LLC | Giuliani Partners LLC | Giuliani Security & Safety LLC | World Capital Payroll Corp. | Giuliani Communications LLC |
|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | |
| Fee Income | 447,287 | | | | 20,000 | - | | 427,287 |
| Dividend income | 139 | | | | 139 | 0 | | |
| Expense Reimbursement | 0 | (162,325) | | | | | 162,325 | |
| Total Revenues | 447,426 | (162,325) | | | 20,139 | 0 | 162,325 | 427,287 |
| **Expenses:** | | | | | | | | |
| Payroll & Related Costs: | | | | | | | | |
| Payroll | 120,000 | (120,000) | | | 120,000 | | 120,000 | |
| Payroll Tax-Workers Comp-Disability | 15,566 | (15,566) | | | 15,566 | | 15,566 | |
| Medical & Dental Insurance | 10,352 | (23,771) | | | 10,352 | | 23,771 | |
| 401 K Plan | 0 | 0 | | | | | | |
| Payroll Processing | 2,913 | (2,913) | | | 2,913 | | 2,913 | |
| | 148,831 | (162,250) | | | 148,831 | 0 | 162,250 | 0 |
| **Consulting expenses:** | | | | | | | | |
| Contract Related - Reimbursable | 0 | | | | | | | |
| Contract Related - Non Reimbursable | 0 | | | | | | | |
| Congo Consultants - Expenses | 0 | | | | | | | |
| Other Consultants | 165,217 | | | | 118,817 | | | 46,400 |
| Technology Consultants | 11,931 | | | | | | | 11,931 |
| Contract Labor | 7,225 | | | | | | | 7,225 |
| Rent | 0 | | | | | | | |
| NYC Commercial Rent Tax | 0 | | | | | | | |
| **Travel:** | | | | | | | | |
| Airfare, Lodging & Car Service | 34,859 | | | | 23,947 | 10,912 | | |
| Meals & Entertainment | 0 | | | | | | | |
| Non Deductible Expenses (club dues-tickets) | 97 | | | | 97 | | | |
| **Services:** | | | | | | | | |
| Accounting | 7,150 | | | | 7,150 | | | |
| Legal Fees | 0 | | | | | | | |
| **Office Expenses:** | | | | | | | | |
| Messenger/Courier | 1,484 | | | | 1,484 | | | |
| Printing & Duplicating | 0 | | | | | | | |
| Repairs and Maintenance-Storage | 22,989 | | | | 22,989 | | | |
| Office Supplies/Bank Fee | 8,153 | 0 | | | 7,062 | | | 1,091 |
| Research | 0 | | | | | | | |
| Technology | 12,620 | | | | 12,620 | | | |
| **Communications:** | | | | | | | | |
| Phones | 0 | | | | | | | |
| Protection | 0 | | | | | | | |
| **Insurance:** | | | | | | | | |
| Property & Casualty Insurance | 4,694 | | | | 4,694 | | | |
| **Taxes:** | | | | | | | | |
| NYC Unincorporated Business Tax | 25 | (25) | | | 25 | | 25 | |
| Other Taxes & Fees | 650 | (50) | | | 600 | 25 | 50 | 25 |
| **Miscellaneous:** | | | | | | | | |
| Contributions | 1,000 | | | | 1,000 | | | |
| Licensing | 2,035 | | | | 2,035 | | | |
| Depreciation | 0 | | | | | | | |
| Bad Debts | 0 | | | | | | | |
| Suspense | 0 | | | | | | | |
| Income from Investments | 0 | (700,745) | 344,904 | 344,904 | 10,937 | | | |
| Capital (Gains) / Loss | (7,702) | | | | (7,702) | | | |
| Total Expenses | 421,258 | (863,070) | 344,904 | 344,904 | 354,586 | 10,937 | 162,325 | 66,672 |
| Net Income (loss) before guaranteed payments | 26,168 | 700,745 | (344,904) | (344,904) | (334,447) | (10,937) | 0 | 360,615 |
| Guaranteed Payment Income | | 0 | | | | | | |
| Partners' Guaranteed Payments | 32,489 | 0 | | | 10,457 | | | 22,032 |
| Net Income (loss) | (6,321) | 700,745 | (344,904) | (344,904) | (344,904) | (10,937) | 0 | 338,583 |

**Giuliani & Company LLC**
**Combining Balance Sheets**
December 31, 2023

EXHIBIT A-1 and EXHIBIT A-4

| | Total | Eliminations | Giuliani & Company LLC | Giuliani Group LLC | Giuliani Partners LLC | Giuliani Security & Safety LLC | World Capital Payroll Corp | Giuliani Communications LLC |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash - Signature Bank | 434 | | 1 | 1 | 50 | (127) | 509 | |
| Cash - Signature Bank MM | 0 | | | | | | | |
| Cash - Parkside | 38,884 | | | | | | | 38,884 |
| | 0 | | | | | | | |
| Accounts Receivable | 40,989 | | | | 31,758 | 60 | | 9,171 |
| Accounts Receivable - allowance | (35,574) | | | | (35,574) | | | |
| Refundable UBT | 0 | | | | | | | |
| Due from World Capital | 0 | (3,027,921) | | | 2,703,047 | | | 324,874 |
| Due from Giuliani Group LLC | 0 | 0 | | | | | | |
| Due from Giuliani Security & Safety LLC | 0 | (748,850) | | | | | | 748,850 |
| Due from Giuliani & Company LLC | 0 | 0 | | | | | | |
| Due from Giuliani Partners LLC | 0 | (211,640) | | | | | | 211,640 |
| Members' Loans | 0 | 0 | | | | | | |
| | 0 | | | | | | | |
| Due from Bracewell | 0 | | | | | | | |
| Due from D. Connolly | 0 | | | | | | | |
| Due from Steve Oesterle | 0 | | | | | | | |
| Due from RGPC | 0 | | | | | | | |
| Reimbursable Travel Expenses | 8,220 | | | | 3,666 | 7,210 | | (2,656) |
| Due from R. Giuliani | 337,539 | | | | 5,000 | 603,583 | 36,683 | (307,727) |
| | 0 | | | | | | | |
| Fixed Assets - Net of Depreciation | 0 | | | | | | | |
| Goodwill | 836,514 | | 836,514 | | | | | |
| | 0 | | | | | | | |
| Investment in Giuliani Partners LLC | 0 | 8,829,686 | | (8,829,686) | | | | |
| Investment in Giuliani Group LLC | 0 | 8,829,685 | (8,829,685) | | | | | |
| Investment in Giuliani Security & Safety LLC | 0 | 5,523,997 | | | (5,523,997) | | | |
| Investment in Uber | 0 | | | | | | | |
| Investment in The Nuleus Group LLC | 50 | 0 | | | | 50 | | |
| Investment in Leeds IV | (1,132,718) | | | | (1,132,718) | | | |
| Investment in Apple | 0 | | | | | | | |
| | 0 | | | | | | | |
| Prepaid Insurance | 0 | | | | | | | |
| Deposit Account (investment) | 0 | | | | | | | |
| Employee Loan | 0 | | | | | 0 | | |
| Due from Staff - COBRA Payments | 0 | | | | | | | |
| Subscriptions Receivable | 2,500 | | | | | | 2,500 | |
| Exchange | 1,050 | | | | 6,654 | (14,154) | 8,550 | |
| | 97,888 | 19,194,957 | (7,993,170) | (8,829,685) | (3,942,064) | 596,572 | 48,242 | 1,023,036 |
| | | | | | | | | |
| **LIABILITIES AND CAPITAL** | | | | | | | | |
| **Liabilities** | | | | | | | | |
| Accounts Payable | 458,504 | | | | 271,406 | 179,508 | 7,590 | |
| Accrued 401 K | 0 | | | | | | | |
| NYS Sales Tax Payable | (3,418) | | | | | (3,418) | | |
| Accrued Rent - Buildout | 0 | | | | | | | |
| Accrued Consulting Fees | 350,000 | | | | | 350,000 | | |
| | 0 | | | | | | | |
| Line of Credit Payable to RWG | 6,081,318 | | | | 6,081,318 | | | |
| Due to GCA | 0 | | | | | | | |
| Due to Giuliani Communications | 4 | (1,285,360) | | | 211,640 | 748,850 | 324,874 | |
| Due to World Capital | 0 | (3,199,246) | | | | 3,199,246 | | |
| Due to Giuliani Partners LLC | 0 | (4,597,230) | | 652,438 | | 1,241,741 | 2,703,051 | |
| Due to Giuliani Group LLC | 0 | 0 | 652,438 | | (652,438) | | | |
| Due to Giuliani Security & Safety LLC | 0 | 4,440,990 | | | (1,241,741) | | (3,199,249) | |
| Due to Giuliani & Co. LLC | 0 | 652,438 | | (652,438) | | | | |
| Due to/from RWG PLLC | 383,638 | | | | | 404,638 | | (21,000) |
| Basis Reduction (liability) | 217,438 | | | | 217,438 | | | |
| TransitCheck | 0 | | | | | | | |
| Exchange | 0 | | | | | | | |
| | 0 | | | | | | | |
| | 7,487,484 | (3,988,408) | 652,438 | 0 | 4,887,623 | 6,120,565 | (163,734) | (21,000) |
| **Capital** | | | | | | | | |
| Capital - Beginning | (7,383,275) | 22,482,620 | (8,300,704) | (8,484,781) | (8,484,783) | (5,513,056) | 211,976 | 705,453 |
| Net Income (loss) | (6,321) | 700,745 | (344,904) | (344,904) | (344,904) | (10,937) | 0 | 338,583 |
| Distributions | 0 | 0 | | | 0 | | | |
| | (7,389,596) | 23,183,365 | (8,645,608) | (8,829,685) | (8,829,687) | (5,523,993) | 211,976 | 1,044,036 |
| | 97,888 | 19,194,957 | (7,993,170) | (8,829,685) | (3,942,064) | 596,572 | 48,242 | 1,023,036 |