**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                    Chapter 11

RUDOLPH W. GIULIANI                                       Case No. 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI,

     Debtor
---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bradley A. Kloewer, request admission, ***pro hac vice***, before the Honorable Sean H. Lane, to represent Eric Coomer, Ph.D., a creditor in the above-referenced ☒ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Colorado and admitted to practice before the United States District Court of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:    January 30, 2024

                                                              */s/ Bradley A. Kloewer*
                                                  Bradley A. Kloewer
                                                  Colorado State Bar No. 50565
                                                  bkloewer@cstrial.com
                                                  **CAIN & SKARNULIS PLLC**
                                                  P.O. Box 1064
                                                  Salida, Colorado 81201
                                                  719-530-3011
                                                  512-477-5011—Facsimile
                                                  **ATTORNEY FOR ERIC COOMER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission to Practice Pro Hac Vice has been served on all parties receiving or entitled to notice through CM/ECF on this 30th day of January 2024.

/s/ Bradley A. Kloewer
Bradley A. Kloewer