

# SUPREME COURT

## State of Colorado,

**STATE OF COLORADO,** ss:

I, ____Cheryl Stevens__, Clerk of the Supreme Court of t h e  S t a t e
o f  Colorado, do hereby certify that

_____**Bradley Adam Kloewer**_____

has been duly licensed and admitted to practice  as an

## ATTORNEY  AND  COUNSELOR  AT LAW

within this State; and that  this  name  appears  upon the Roll  of Attorneys
and Counselors at Law  in my office of date the  ___**20**th___
day of__**January**_____ A.D.  __**2017**__  and that at the date hereof
the said  __**Bradley Adam Kloewer**__  is in good standing  a t  this Bar.

**IN  WITNESS  WHEREOF**,  I have hereunto subscribed my name and
affixed the Seal of said Supreme Court, at Denver, in said State, this
___**23**rd___  day of_____**January**_____ A.D.__**2024**_____

_**Cheryl Stevens**_
Clerk

By_____Myra Sanchez_____
Deputy Clerk