UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

RUDOLPH W. GIULIANI
a/k/a/ RUDOLPH WILLIAM GIULIANI

Debtor.

Chapter 11

Case No. 23-12055 (SHL)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rhidaya Trivedi hereby appears in the above-captioned case as proposed counsel for Daniel Gill.

All future correspondence to the Defendant should be sent to

RHIDAYA TRIVEDI
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011
(212)-529-0223
Email: rhiyatrivedi@gmail.com

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Attorney Rhidaya Trivedi at the email address set forth above.

Dated: New York, New York
       January 23, 2024

Respectfully submitted,

RHIDAYA TRIVEDI
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011
(212)-529-0223
rhiyatrivedi@gmail.com