UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                    Chapter 11

RUDOLPH W. GIULIANI                                        Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                        Debtor
--------------------------------------------------------- X

## DEBTOR'S AMENDED APPLICATION FOR RETENTION AND EMPLOYMENT OF CAMARA SIBLEY, LLC AS SPECIAL LITIGATION COUNSEL EFFECTIVE DECEMBER 21, 2023

**TO THE HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**

The Application of Rudolph W. Giuliani, by and through his attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP respectfully represents:

### JURISDICTION

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these proceedings and this Motion is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. The basis for the relief requested herein are sections 105, 327(e) and 330 of the Bankruptcy Code, Rule 2014 of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York.

### BACKGROUND

3. On December 21, 2023 (the "Petition Date"), the Debtor filed his voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. The Debtor continues in possession and management of his assets and is managing as a debtor and debtor-in-possession pursuant to Bankruptcy Code §§1107 and 1108.

5. By this Application, the Debtor requests the entry of an Order pursuant to Section 327(e) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, approving the employment and retention of Camara, Sibley, LLC ("C&S") as special litigation counsel to the Debtor.

6. The Debtor requests authority to employe the C&S firm as special litigation counsel so they can continue in their capacity as the Debtor's primary representation in the defamation case "Freeman et al v. Giuliani Case No: 1:21-cv-03354-BAH" pending in the Federal District Court of Washington.

7. Pursuant to the declaration of Joseph Sibley, Esq., a partner at C&S (the "Declaration"), C&S requests to be retained as special litigation counsel to continue representing the Debtor with the matter Freeman et al. v. Giuliani.

8. It is important to the Debtor and the estate that the Debtor continue to defend himself in the pending lawsuit.

9. The Debtor believes C&S is well qualified to continue its representation of the Debtor in the *Freeman* matter. C&S was selected because C&S's expertise and extensive experience in defamation and first amendment matters. Because they are already representing the Debtor in this case, they are already fully familiar with the case history it is efficient and cost effective for them to continue.

10. C&S will be compensated for professional services at the firm's usual and customary rate for matters of this nature. It will also be entitled to reimbursement of actual, necessary expenses incurred in connection with the retention subject to Court's approval in

accordance with Section 330(a) of the Bankruptcy Code and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and Orders of the Court.

11. C&S does not have any connection with or represent any interest adverse to the Debtor, the Estate, creditors, or any other parties in interest. As of the filing date the Debtor does not owe C&S for any outstanding fees or expenses. C&S will not seek payment of its legal fees and expenses from the Debtor. It will only request payment from third party sources that have helped from time to time pay some of the Debtor's legal bills and that also waive any claim for reimbursement from the estate. See the "Lar Dan" affidavits annexed hereto.

12. Applicant believes that it would be economical and in the best interest of the Estate for C&S to be retained as Special Litigation Counsel to the Debtor.

WHEREFORE, Applicant respectfully requests entry of the attached proposed Order, and for such other and further relief as is just and proper, for which previously application has not been made.

Dated: Syosset, New York
       January 30, 2024

BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP
*Proposed Attorneys for the Debtor*

_____
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791