Camara Sibley, LLP
Schedule B

A. Paid directly by the Debtor for general matters:

    February 2021        $20,000.00
    July 2022             $10,000.00

B. Giuliani Defense Payments

    September 12, 2023   $100,000.00 – General Giuliani Matters
    September 12, 2023   $100,000.00 – General Giuliani Matters
    November 27, 2023   $60,000.00 – Hunter Biden motion to dismiss plus $10,000.00 for local counsel which was wired to local counsel.

C. Rudy Giuliani Freedom Fund TR Fund Payments

    January 16, 2024     $25,000.00 – appeal partial fee
    January 3, 2024      $2,535.15 – expense reimbursement from Freeman Trial
    December 4, 2023    $50,000.00 – Freeman Trial Partial Fee
    November 15, 2023   $25,000.00 – Freeman Trial Partial Fee
    October 11, 2023     $50,000.00 – Freeman Trial Partial Fee
    September 28, 2023  $38,000.00 – General Giuliani Matters
    September 14, 2023  $10,000.00 – General Giuliani Matters
    September 12, 2023  $50,000.00 – General Giuliani Matters
    September 6, 2023   $10,000.00 – General Giuliani Matters
    November 29, 2022   $2,500.00 – General Giuliani Matters
    June 27, 2022        $5,000.00 – General Giuliani Matters
    June 21, 2022        $5,000.00 – General Giuliani Matters
    June 15, 2022        $5,000.00 – General Giuliani Matters
    June 1, 2022         $5,000.00 – General Giuliani Matters
    May 13, 2022        $5,000.00 – General Giuliani Matters

Total Received                                                                 $578,035.15