Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI                                   Chapter 11
a/k/a RUDOLPH WILLIAM GIULIANI                        Case No.: 23-12055

Debtor.

-------------------------------------------------------------X

### DECLARATION OF ANDREW GIULIANI

I, Andrew Giuliani, hereby declare pursuant to 28 U.S.C. §1746 that the following statements are true and correct to the best of my knowledge and belief after due inquiry as detailed herein:

1. I am the President of Giuliani Defense. Giuliani Defense has paid to the Law Firm of Camara & Sibley, LLP $260,000.00 for the fees that they have incurred for representing the Debtor in various general Giuliani matters and the Hunter Biden motion to dismiss, plus $10,000.00 for local counsel which was wired to local counsel. Giuliani Defense waives any and all reimbursement and/or indemnification of the $270,000.00 paid to Camara & Sibley, LLP.

2. I understand that the law firm of Camara & Sibley, LLP (the "Firm") is representing the Debtor. I also understand that the Firm's obligation is solely for the

representation of the Debtor to the exclusion of any other entity or individual, including Giuliani Defense.

3.  Giuliani Defense will not seek to be reimbursed in the Chapter 11 nor will I file a claim in the Chapter 11 for such advances of monies.

4.  Giuliani Defense is not a creditor of the Debtor. Other than assisting the Debtor with payments of legal fees to Camara & Sibley, LLP and other firms, Giuliani Defense has no relationship with the Debtor.

5.  Giuliani Defense does not intend to bid on any assets of the Debtor and does not intend to provide any financing to the Debtor beyond the payment of legal fees to Camara & Sibley, LLP or on any other retained professionals whose retention on similar terms has been or will be approved, and from time to time may pay costs, such as, but not limited to, travel and lodging, to support the Debtor's activities. Giuliani Defense also will not seek reimbursement for any of these payments.

6.  Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Andrew Giuliani