COZEN O'CONNOR
Frederick E. Schmidt, Jr.
3 WTC
175 Greenwich Street, 55th Floor
New York, NY  10007
(212) 509-9400
(212) 509-9492
eschmidt@cozen.com

*Attorneys for Board of Directors of 45 East 66th Street Owners Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI, a/k/a RUDOLPH WILLIAM GIULIANI, | Case No.:  23-12055 (SHL) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for the Board of Directors of 45 East 66th Street Owners Corporation (the "Notice Party"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in this case or any related adversary proceeding, be given to and served upon the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is also hereby made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers, whether formal

or informal, filed in this case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

| | |
|---|---|
| COZEN O'CONNOR | COZEN O'CONNOR |
| Frederick E. Schmidt, Jr. | Marla S. Benedek |
| 3 WTC | 1201 North Market Street |
| 175 Greenwich Street, 55th Floor | Suite 1001 |
| New York, NY  10007 | Wilmington, DE 19801 |
| (212) 509-9400 | (302) 295-2024 |
| (212) 509-9492 | (302) 250-4498 |
| eschmidt@cozen.com | mbenedek@cozen.com |

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive or be deemed or construed to waive any right of the Notice Party, including without limitation its right (i) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York or any other higher court, (ii) to trial by jury in any proceeding or matter in this case, or any case, controversy or proceeding related to this case, whether or not the same be designated legal or private rights, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, and/or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Notice Party is or may be entitled under agreements, in law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and preserved unto the Notice Party without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: New York, New York
      January 30, 2024

                                      COZEN O'CONNOR

By:   */s/ Frederick E. Schmidt, Jr.*
      Frederick E. Schmidt, Jr.
      3 WTC
      175 Greenwich Street, 55th Floor
      New York, NY 10007
      (212) 509-9400
      (212) 509-9492
      eschmidt@cozen.com

      *Attorneys for Board of Directors of 45 East 66th Street Owners Corporation*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2024 a copy of the foregoing *Notice of Appearance and Request for Notice and Pleadings* was served via electronic notification through the Electronic Case Filing System (CM/ECF) for the United States Bankruptcy Court for the Southern District of New York on all parties registered in this case.

Dated: New York, New York
        January 30, 2024

      COZEN O'CONNOR

By:   */s/ Frederick E. Schmidt, Jr.*
      Frederick E. Schmidt, Jr.
      3 WTC
      175 Greenwich Street, 55th Floor
      New York, NY  10007
      (212) 509-9400
      (212) 509-9492
      eschmidt@cozen.com

      *Attorneys for Board of Directors of*
      *45 East 66th Street Owners*
      *Corporation*