UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU     )  ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On January 30, 2024 deponent served a copy of the **Notice of Presentment** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 30th
day of January 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20___

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Mon Jan 29 12:17:13 EST 2024

Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Official Committee Of Unsecured Creditors
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6730

SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799

Benesch, Friedlander, Coplan
& Aronoff LLP
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Benesch, Friedlander, Coplan
& Aronoff LLP
Daniel N. Brogan
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Benesch, Friedlander, Coplan
& Aronoff LLP
Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
     Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Dominion Voting Systems Corporation
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

ENID NAGLER STUART
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005-1495

ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201-1064

Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495

GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065-6159

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

```
John A. Vos                          LAW OFFICES OF AIDALA, BERTUNA & KAMINS    LEO GAGION
1430 Lincoln Avenue                  546 FIFTH AVENUE, 6TH FLOOR                ASST. ATTY GENERAL
San Rafael, CA 94901-2021            NEW YORK, NY 10036-5000                    OFFICE OF NYS ATTY GENERAL
                                                                                28 LIBERTY ST., 17TH FL.
                                                                                NEW YORK, NY 10005-1495


MOMENTUM TELECOM, INC.               Michael J. Gottlieb                        NOELLE DUNPHY
C/O ABRAMSON BROOKS LLP              Meryl C. Governski                         C/O ABRAMS FENSTERMAN, LLP
1051 PORT WASHINGTON BOULEVARD, #32  Aaron E. Nathan                            1 METROTECH CENTER, SUITE 1701
PORT WASHINGTON, NY 11050-0108       WILLKIE FARR & GALLAGHER LLP               BROOKLYN, NY 11201-3949
                                     1875 K Street NW
                                     Washington, DC 20006-1239

NYS DEPARTMENT OF TAXATION & FINANCE New York City Dept. Of Finance             New York State Department of Tax & Finance
BANKRUPTCY UNIT-TCD                  Taxpayer Identification Unit               Bankruptcy Section
BLDG 8 ROOM 455                      25 Elm Place, 3rd Floor                    P O Box 5300
ALBANY, NY 12227-0001                Brooklyn, NY 11201-5826                    Albany New York 12205-0300


New York State Tax Commission        Noelle Dunphy                              Official Committee of Unsecured Creditors
Bankruptcy/Special Procedures Section 2280 East Avenue                          c/o Ira Dizengoff
P.O. Box 5300                        First Floor                                Akin Gump Strauss Hauer & Feld LLP
Albany, NY 12205-0300                Rochester, New York 14610-2562             One Bryant Park
                                                                                New York, New York 10036-6730


Palm Beach County Tax Collector      ROBERT HUNTER BIDEN                        RONALD L. KUBY
Attn Legal Services                  C/O WINSTON AND STRAWN, LLP                119 WEST 23RD STREET
PO Box 3715                          1901 L STREET NW                           SUITE 900
West Palm Beach FL 33402-3715        WASHINGTON, DC 20036-3510                  NEW YORK, NY 10011-6342


RUBY FREEMAN & WANDREA MOSS          Rachel C. Strickland                       Rachel Goodman
C/O WILLKIE FARR & GALLAGHER LLP     James H. Burbage                           John Langford
1875 K STREET NW                     M. Annie Houghton-Larsen                   UNITED TO PROTECT DEMOCRACY
WASHINGTON, DC 20006-1239            WILLKIE FARR & GALLAGHER LLP               82 Nassau Street, #601
                                     787 Seventh Avenue                         New York, NY 10038-3703
                                     New York, New York 10019-6099

Robert Hunter Biden                  SMARTMATIC USA CORP.                       Susman Godfrey LLP
c/o Winston & Strawn LLP             C/O KISHNER MILLER HIMES P.C.              Attn: Stephen Shackelford
1901 L Street, N.W.                  40 FULTON STREET, 12TH FLOOR               1301 6th Ave., 32nd Floor
Washington, D.C. 20036-3510          NEW YORK, NY 10038-1850                    New York, NY 10019-7736


TABNER, RYAN K KENIRY, LLP           Timothy W. Walsh                           US DOMINION, INC.
18 CORPORATE WOODS BOULEVARD, SUITE 8 WINSTON & STRAWN LLP                      C/O SUSMAN GODFREY LLP
ALBANY, NY 12211-2522                200 Park Avenue                            1000 LOUISIANA STREET, SUITE 5100
                                     New York, NY 10166-4002                    HOUSTON, TX 77002-5091


US Dominion, Inc.                    US Dominion, Inc.                          United States Trustee
c/o Buchalter, A Professional Corporatio c/o Susman Godfrey LLP                 Office of the United States Trustee - NY
Attn:  Joel G. Samuels, Esq.         Attn: Stephen Shackelford                  Alexander Hamilton Custom House
       Anthony J. Napolitano, Esq.   1301 6th Ave., 32nd Floor                  One Bowling Green, Room 534
1000 Wilshire Blvd., Ste. 1500       New York, NY 10019-7736                    New York, NY 10004-1459
Los Angeles, CA 90017-1730

Von A. DuBose                        Gary C. Fischoff                           Heath S. Berger
DUBOSE MILLER LLC                    Berger, Fischoff, Shumer,                  Berger, Fischoff, Shumer,
75 14th Street NE                    Wexler & Goodman, LLP                      Wexler & Goodman, LLP
Suite 2110                           6901 Jericho Turnpike, Suite 230           6901 Jericho Turnpike, Suite 230
Atlanta, GA 30309-3644               Syosset, NY 11791-4420                     Syosset, NY 11791-4420
```

| | | |
|---|---|---|
| Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 | Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)Herring Networks, Inc. d/b/a One America N | (u)Ms. Ruby Freeman and Ms. Wandrea' ArSha |
| (u)New York State Department of Taxation and | (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>        Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | (u)Chanel Rion | (u)Charles Herring |
| (u)Daniel Gill<br>c/o Ronald L. Kuby<br>119 West 23rd Street<br>Suite 900 | (u)Robert Hunter Biden | (u)Robert , Sr. Herring |

End of Label Matrix
Mailable recipients    61
Bypassed recipients    12
Total                  73