Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                           Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI
                                                                                **"Lar Dan"**
                                                                                **Affidavit**
                            Debtor.

------------------------------------------------------------------X

STATE OF FLORIDA          )ss;
COUNTY OF PALM BEACH )

I, James Menges, hereby declare pursuant to 28 U.S.C. §1746 that the following statements are true and correct to the best of my knowledge and belief after due inquiry as detailed herein:

1.   I am the Trustee of the Giuliani Freedom Fund Legal Defense T.R. Fund "Giuliani Freedom Fund". The Guiliani Freedom Fund has paid $40,000.00 to Berger, Fischoff, Shumer, Wexler & Goodman, LLP towards the Chapter 11 retainer for Rudolph W. Giuliani. Giuliani Freedom Fund waives any and all reimbursement and/or indemnification of the $40,000.00 advanced to the Debtor for its retainer of its Chapter 11 case.

2.   I understand that the law firm of Berger, Fischoff, Shumer, Wexler & Goodman, LLP (the "Firm") has been retained to represent the Debtor. I also understand that the Firm's

obligation is solely for the representation of the Debtor to the exclusion of any other entity or individual, including the Giuliani Freedom Fund.

3. Giuliani Freedom Fund will not seek to be reimbursed in the Chapter 11 nor will it file a claim in the Chapter 11 for such advances of monies.

4. Giuliani Freedom Fund is not a creditor of the Debtor.

5. Giuliani Freedom Fund does not intend to bid on any assets of the Debtor and does not intend to provide any financing to the Debtor beyond the payment of legal fees to Berger, Fischoff, Shumer, Wexler & Goodman, LLP or on any other retained professionals whose retention on similar terms has been or will be approved.

_____
James Menges

Sworn to before me this
24 day of January, 2024

_____
Notary Public

MAURICE PRINGLE
Notary Public - State of Florida
Commission # HH 175007
My Comm. Expires Sep 12, 2025
Bonded through National Notary Assn.