Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor
and Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:                                                                                      Chapter 11

RUDOLPH W. GIULIANI                                            Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

**ORDER AUTHORIZING EMPLOYMENT OF BERGER, FISCHOFF, SHUMER, WEXLER 7 GOODMAN, LLP AS ATTORNEYS FOR THE DEBTOR**

                                            Debtor.
-----------------------------------------------------------------------X

      Upon the application of RUDOLPH W. GIULIANI, the above-named Debtor and Debtor-In Possession (the "Debtor"), for entry of an order, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of the law firm of Berger, Fischoff, Shumer, Wexler & Goodman, LLP, as Attorneys to represent the Debtor, and upon the Affidavit of Gary C. Fischoff, Esq. which is annexed to the Application (the "Declaration"); and it appearing that Berger, Fischoff, Shumer, Wexler & Goodman, LLP is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of Berger, Fischoff, Shumer, Wexler & Goodman, LLP by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due

deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP. as Attorneys for the Debtor effective December 21, 2023 to continue to represent the Debtor; and it is further

ORDERED that Berger, Fischoff, Shumer, Wexler & Goodman, LLP shall be compensated in accordance with and file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and Applicable Laws; and it is further

ORDERED that prior to any increases in Berger, Fischoff, Shumer, Wexler & Goodman, LLP's rates for any individual retained by, Berger, Fischoff, Shumer, Wexler & Goodman, LLP and providing services in these cases, Berger, Fischoff, Shumer, Wexler & Goodman, LLP shall file a supplemental affidavit with the Court and provide ten business days' prior notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increase in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to the reasonableness standard provided for in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Giuliani Freedom Fund Legal Defense T.R. Fund shall not file a claim in this case or otherwise seek reimbursement of any funds advanced on the Debtor's behalf for legal fees, expenses or any other purpose; and it is further

ORDERED that Giuliani Defense shall not file a claim in this case or otherwise seek reimbursement of any funds advanced on the Debtor's behalf for legal fees, expenses or any other purpose.