UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
COUNTY OF NASSAU       )   ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On January 31, 2024 deponent served a copy of the **Notice of Presentment** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 31st
day of January 2024

_____
NOTARY PUBLIC

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20 27

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Mon Jan 29 12:17:13 EST 2024

Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Official Committee Of Unsecured Creditors
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6730

SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799

Benesch, Friedlander, Coplan
& Aronoff LLP
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Benesch, Friedlander, Coplan
& Aronoff LLP
Daniel N. Brogan
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Benesch, Friedlander, Coplan
& Aronoff LLP
Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
     Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA  90017-1730

Dominion Voting Systems Corporation
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

ENID NAGLER STUART
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005-1495

ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201-1064

Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495

GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065-6159

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

| | | |
|---|---|---|
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901-2021 | LAW OFFICES OF AIDALA, BERTUNA & KAMINS<br>546 FIFTH AVENUE, 6TH FLOOR<br>NEW YORK, NY 10036-5000 | LEO GAGION<br>ASST. ATTY GENERAL<br>OFFICE OF NYS ATTY GENERAL<br>28 LIBERTY ST., 17TH FL.<br>NEW YORK, NY 10005-1495 |
| MOMENTUM TELECOM, INC.<br>C/O ABRAMSON BROOKS LLP<br>1051 PORT WASHINGTON BOULEVARD, #32<br>PORT WASHINGTON, NY 11050-0108 | Michael J. Gottlieb<br>Meryl C. Governski<br>Aaron E. Nathan<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006-1239 | NOELLE DUNPHY<br>C/O ABRAMS FENSTERMAN, LLP<br>1 METROTECH CENTER, SUITE 1701<br>BROOKLYN, NY 11201-3949 |
| NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BLDG 8 ROOM 455<br>ALBANY, NY 12227-0001 | New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 |
| New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Noelle Dunphy<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 | Official Committee of Unsecured Creditors<br>c/o Ira Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036-6730 |
| Palm Beach County Tax Collector<br>Attn Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402-3715 | ROBERT HUNTER BIDEN<br>C/O WINSTON AND STRAWN, LLP<br>1901 L STREET NW<br>WASHINGTON, DC 20036-3510 | RONALD L. KUBY<br>119 WEST 23RD STREET<br>SUITE 900<br>NEW YORK, NY 10011-6342 |
| RUBY FREEMAN & WANDREA MOSS<br>C/O WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1239 | Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 |
| Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 | SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-1850 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 | Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 | US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 |
| US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn:  Joel G. Samuels, Esq.<br>         Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 |
| Von A. DuBose<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309-3644 | Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 |

Noelle Dunphy
Abrams Fensterman, LLP
2280 East Avenue
First Floor
Rochester, NY 14610-2562

Rudolph W. Giuliani
45 East 66th Street
Apartment 10W
New York, NY 10065-6159

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dominion Voting Systems, Inc.
c/o Buchalter, A Professional Corp.
Attn: Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

(u)Herring Networks, Inc. d/b/a One America N

(u)Ms. Ruby Freeman and Ms. Wandrea' ArSha

(u)New York State Department of Taxation and

(d)Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158-3499

(d)Dominion Voting Systems, Inc.
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
       Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

(d)Dominion Voting Systems, Inc.
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

(u)Chanel Rion

(u)Charles Herring

(u)Daniel Gill
c/o Ronald L. Kuby
119 West 23rd Street
Suite 900

(u)Robert Hunter Biden

(u)Robert , Sr. Herring

End of Label Matrix
Mailable recipients    61
Bypassed recipients    12
Total                  73