**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                                          Chapter 11

RUDOLPH W. GIULIANI                                           Case No. 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI,

    Debtor
-----------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Bradley A. Kloewer, to be admitted, ***pro hac vice***, to represent Eric Coomer, Ph.D. (Client), a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and admitted to practice before the United States District Court of Colorado, it is hereby

**ORDERED**, that Bradley A. Kloewer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 1, 2024

                                                  ***/s/ Sean H. Lane***
                                             UNITED STATES BANKRUPTCY JUDGE