**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI,

    Debtor

Chapter 11

Case No. 23-12055

---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO ALL PARTIES, PLEASE TAKE NOTICE that Eric Coomer, Ph.D. (Coomer), by and through the undersigned counsel, files this Notice of Appearance and Request for Service in the above-captioned case, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), and requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon Coomer by serving:

> Bradley A. Kloewer
> (admitted *pro hac vice*)
> bkloewer@cstrial.com
> **CAIN & SKARNULIS PLLC**
> P.O. Box 1064
> Salida, Colorado 81201
> 719-530-3011
> 512-477-5011—Facsimile

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service is not intended as consent pursuant to 28 U.S.C. § 157(c)(2) or waiver of: (1) the liquidation or estimation of unliquidated claims for purposes of distribution, reserved for Article III adjudication pursuant to 28 U.S.C. § 157(b)(2)(B); (2) the right to trial by jury pursuant to 28 U.S.C. § 1411; (3) the right to contest jurisdiction or appropriate venue; and (4) any other rights, claims, actions, or defenses in law, in equity, or otherwise that may be available under applicable law, which Coomer expressly reserves.

Respectfully submitted this 2nd day of February 2024.

        /s/ Bradley A. Kloewer
Charles J. Cain
(admitted *pro hac vice*)
ccain@cstrial.com
Ryan E. Chapple
(admitted *pro hac vice*)
rchapple@cstrial.com
Bradley A. Kloewer
(admitted *pro hac vice*)
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
P.O. Box 1064
Salida, Colorado 81201
512-477-5000—Texas
719-530-3011—Colorado
512-477-5011—Facsimile
**ATTORNEYS FOR ERIC COOMER**

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been served on counsel for Debtor, Debtor, and all parties receiving or entitled to notice through CM/ECF on this 2nd day of February 2024.

           */s/ Bradley A. Kloewer*
           Bradley A. Kloewer