**Fill in this information to identify your case:**

Debtor 1: Rudolph W. Giuliani
(First Name, Middle Name, Last Name)

Debtor 2: _____
(Spouse if, filing) (First Name, Middle Name, Last Name)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 23-12055

■ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders           12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**  BST & Co. CPAs, LLC
250 Park Avenue, 7th Floor
New York, NY 10177

What is the nature of the claim?  Lawsuit      $10,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact

Contact phone

**2**  Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

What is the nature of the claim?  Credit card      $641.10

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

| Debtor 1 | Rudolph W. Giuliani | Case number (if known) | 23-12055 |
|---|---|---|---|

Contact phone

Value of security: -
Unsecured claim

---

**3**

Citibank/Brooks Brothers
5800 South Corporate Place
Sioux Falls, SD 57108

What is the nature of the claim?   Credit card   $2,700.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:   -
       Unsecured claim

Contact

Contact phone

---

**4**

Citicards/American Airlines
AAdvantage
PO Box 6500
Sioux Falls, SD 57117

What is the nature of the claim?   Credit card   $5,215.95

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:   -
       Unsecured claim

Contact

Contact phone

---

**5**

Citigold
Attn: C.G.S.
100 Citibank Drive
San Antonio, TX 78245-9966

What is the nature of the claim?   Overdraft on checking account   $9,530.21

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:   -
       Unsecured claim

Contact

Contact phone

---

**6**

Daniel Gill
c/o Law Office of Ronald L. Kuby
119 West 23rd STreet, Suite 900
New York, NY 10011

What is the nature of the claim?   Lawsuit   $2,000,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
  Disputed

Debtor 1    Rudolph W. Giuliani    Case number (if known)    23-12055

- ■
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**7**

Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158

What is the nature of the claim?    Lawsuit    $1,360,000.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**8**

Diamond Pharmacy
645 Kolter Drive
Indiana, PA 15701

What is the nature of the claim?    Services    $257.27

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**9**

Discover
PO Box 3008
New Albany, OH 43054-3008

What is the nature of the claim?    Credit card    $2,354.20

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

Debtor 1     Rudolph W. Giuliani                                              Case number (if known)    23-12055

### 10
**Emerald Dunes Club**
2100 Emerald Dunes Drive
West Palm Beach, FL 33411

What is the nature of the claim?     Membership dues     $38,520.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:          -
    Unsecured claim

Contact

Contact phone

### 11
**IRS**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?     Income taxes     $202,887.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:          -
    Unsecured claim

Contact

Contact phone

### 12
**IRS**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?     Income taxes     $521,345.00

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:          -
    Unsecured claim

Contact

Contact phone

### 13
**Law Offices of Aidala, Bertuna & Kamins**
546 Fifth Avenue, 6th Floor
New York, NY 10036

What is the nature of the claim?     Outstanding legal fees     $387,859.98

As of the date you file, the claim is: Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

Debtor 1    Rudolph W. Giuliani                                    Case number (if known)    23-12055

|   |   |   |   |
|---|---|---|---|
| Contact | ■ No | | |
| Contact phone | ☐ Yes. Total claim (secured and unsecured) | | |
| | Value of security: | - | |
| | Unsecured claim | | |

**14**
Momentum Telecom, Inc.
c/o Abramson Brooks LLP
1051 Port Washington Boulevard, #322
Port Washington, NY 11050

What is the nature of the claim?    Lawsuit            $30,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:           -
       Unsecured claim

Contact
Contact phone

**15**
Morningstar Senior Solutions
175 W. North Street
Attn: Finance
Nazareth, PA 18064

What is the nature of the claim?    Services            $280.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:           -
       Unsecured claim

Contact
Contact phone

**16**
NYC Department of Finance
59 Maiden Lane
28th Floor
New York, NY 10038-4502

What is the nature of the claim?    NYC taxes            $2,975.71

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:           -
       Unsecured claim

Contact
Contact phone

**17**
NYS Department of Taxation & Finance
Bankruptcy Unit-TCD

What is the nature of the claim?    Income taxes        $204,346.00

| Debtor 1 | Rudolph W. Giuliani | Case number (if known) 23-12055 |

Bldg 8 Room 455
Albany, NY 12227

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                     -
     Unsecured claim

Contact

Contact phone

---

**18**
NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany, NY 12227

What is the nature of the claim?     Income taxes     $73,997.15

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                     -
     Unsecured claim

Contact

Contact phone

---

**19**
Ruby Freeman & Wandrea Moss
c/o Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006

What is the nature of the claim?     Lawsuit     $148,000,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:                     -
     Unsecured claim

Contact

Contact phone

---

**20**
Trump International Golf Club L.C.
3505 Summit Boulevard
West Palm Beach, FL 33406

What is the nature of the claim?     Membership dues     $647.64

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

| | | | |
|---|---|---|---|
| Debtor 1 | Rudolph W. Giuliani | Case number *(if known)* | 23-12055 |
| Contact phone | | Value of security:<br>Unsecured claim | - |

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X /s/ Rudolph W. Giuliani
**Rudolph W. Giuliani**
Signature of Debtor 1

Date 2-5-24

X _____
Signature of Debtor 2

Date _____