| | |
|---|---|
| | Presentment Date and Time:<br>12:00 p.m. EST on February 15, 2024<br><br>Objection Deadline:<br>12:00 p.m. EST on February 12, 2024 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUDOLPH W. GIULIANI | ) | Case No. 23-12055 |
| a/k/a RUDOLPH WILLIAM GIULIANI, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF PRESENTMENT
OF PROPOSED ORDER ON MOTION FOR ENTRY
OF ORDER CLARIFYING WHETHER THE AUTOMATIC STAY
APPLIES TO STAY DISCOVERY IN CONSOLIDATED LITIGATION**

PLEASE TAKE NOTICE that upon the *Motion for Entry of Order Clarifying Whether the Automatic Stay Applies to Stay Discovery in Consolidated Litigation* [Docket No. 49] (the "Motion") of Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., and Chanel Rion (collectively, the "Herring Parties"), the *Limited Opposition of the Dominion Parties to The Herring Parties' Notice of Presentment of Proposed Order Setting Status Conference on Motion for Entry of Order Regarding the Automatic Stay and Underlying Motion Regarding the Automatic Stay* [Docket No. 58] (the "Objection") filed by US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, the "Dominion Parties"), and the *Stipulation Concerning the Scope of the Automatic Stay of 11 U.S.C.§ 362(a) with Respect to Certain Non-Bankruptcy Litigation Matters* [Docket No. 102] (the "Stipulation"), attached hereto as **Exhibit A**, by and between the Herring Parties and the Dominion Parties resolving the Motion and the Objection, the undersigned will present the proposed order attached hereto as **Exhibit B** to the Honorable Sean H. Lane on February 15, 2024 at 12:00 noon EST.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than 12:00 p.m. EST on February 12, 2024.   The ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.   Unless objections are received by that time, the order may be signed.

Dated: February 7, 2024

By: */s/ Victoria Argeroplos*

**JACKSON WALKER LLP**
Charles L. Babcock (NY State Bar No. 5451117)
cbabcock@jw.com
Matthew D. Cavenaugh (*pro hac vice* pending)
mcavenaugh@jw.com
Joel Glover (NY State Bar No. 5697487)
jglover@jw.com
Victoria Argeroplos (*pro hac vice* pending)
vargeroplos@jw.com
1401 McKinney St, Suite 1900
Houston, TX 77010
T: (713) 953-4200
F: (713) 752-4221

*Counsel for the Herring Parties*

## Certificate of Service

I certify that on February 7, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

/s/ *Victoria Argeroplos*
Victoria Argeroplos