UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU     )  ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On February 6, 2024 deponent served a copy of the **Amended List of Creditors Who Have 20 Largest Unsecured Claims** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 9th
day of February 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20 27

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Wed Feb  7 08:46:37 EST 2024

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Manhattan Division
One Bowling Green
New York, NY 10004-1415


Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510


Benesch, Friedlander, Coplan
& Aronoff LLP
Daniel N. Brogan
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Bradley A. Kloewer
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201-1064


CITIBANK/BROOKS BROTHERS
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108-5027


COZEN OCONNOR
Frederick E. Schmidt, Jr.
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007-2450

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342


Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499




Official Committee Of Unsecured Creditors
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6730

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799



Benesch, Friedlander, Coplan
& Aronoff LLP
Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

CITICARDS/AMERICAN AIRLINES AADVANTAGE
PO BOX 6500
SIOUX FALLS, SD 57117-6500


COZEN OCONNOR
Marla S. Benedek
1201 North Market Street
Suite 1001
Wilmington, DE 19801-1807

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499


Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730


SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Benesch, Friedlander, Coplan
& Aronoff LLP
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420


(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774


CITIGOLD
ATTN:C.G.S.
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245-3202



Charles J. Cain
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201-1064



DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

```
DIAMOND PHARMACY                     (p)DISCOVER FINANCIAL SERVICES LLC    Dominion Voting Systems Corporation
645 KOLTER DRIVE                     PO BOX 3025                           c/o Buchalter, A Professional Corp.
INDIANA, PA 15701-3570               NEW ALBANY OH 43054-3025              Attn:  Joel G. Samuels, Esq.
                                                                                  Anthony J. Napolitano, Esq.
                                                                           1000 Wilshire Blvd., Ste. 1500
                                                                           Los Angeles, CA  90017-1730


Dominion Voting Systems Corporation  EMERALD DUNES CLUB                   ENID NAGLER STUART
c/o Susman Godfrey LLP               2100 EMERALD DUNES DRIVE             ASST ATTY GENERAL
Attn: Stephen Shackelford            WEST PALM BEACH, FL 33411-2707       OFFICE OF THE NYS ATTY GENERAL
1301 6th Ave., 32nd Floor                                                 28 LIBERTY ST., 17TH FL
New York, NY 10019-7736                                                   NEW YORK, NY 10005-1495


ERIC COOMER, PH.D.                   Enid Nagler Stuart, Ass't Attorney Gene  GIULIANI PARTNERS LLC
C/O CAIN & SKARNULIS, PLLC           Counsel for NYS Dep't of Taxation       45 EAST 66TH STREET
P.O. BOX 1064                        28 Liberty Street - 17th floor          APARTMENT 10W
SALIDA, CO 81201-1064                New York, NY 10005-1495                 NEW YORK, NY 10065-6159



IRS                                  JPMorgan Chase Bank, N.A.            John A. Vos
CENTRALIZED INSOLVENCY OPERATION     s/b/m/t Chase Bank USA, N.A.         1430 Lincoln Avenue
PO BOX 7346                          c/o Robertson, Anschutz, Schneid,    San Rafael, CA 94901-2021
PHILADELPHIA, PA 19101-7346          Crane & Partners, PLLC
                                     6409 Congress Avenue, Suite 100
                                     Boca Raton, FL 33487-2853


LAW OFFICES OF AIDALA, BERTUNA & KAMINS   LEO GAGION                      MOMENTUM TELECOM, INC.
546 FIFTH AVENUE, 6TH FLOOR          ASST. ATTY GENERAL                   C/O ABRAMSON BROOKS LLP
NEW YORK, NY 10036-5000              OFFICE OF NYS ATTY GENERAL           1051 PORT WASHINGTON BOULEVARD, #32
                                     28 LIBERTY ST., 17TH FL.             PORT WASHINGTON, NY 11050-0108
                                     NEW YORK, NY 10005-1495


MORNINGSTAR SENIOR SOLUTIONS         Michael J. Gottlieb                  NOELLE DUNPHY
175 W. NORTH STREET                  Meryl C. Governski                   C/O ABRAMS FENSTERMAN, LLP
ATTN: FINANCE                        Aaron E. Nathan                      1 METROTECH CENTER, SUITE 1701
NAZARETH, PA 18064-1410              WILLKIE FARR & GALLAGHER LLP         BROOKLYN, NY 11201-3949
                                     1875 K Street NW
                                     Washington, DC 20006-1239


NYC DEPARTMENT OF FINANCE            NYS DEPARTMENT OF TAXATION & FINANCE  New York City Dept. Of Finance
59 MAIDEN LANE                       BANKRUPTCY UNIT-TCD                   Taxpayer Identification Unit
28TH FL                              BLDG 8 ROOM 455                       25 Elm Place, 3rd Floor
NEW YORK, NY 10038-4502              ALBANY, NY 12227-0001                 Brooklyn, NY 11201-5826


New York State Department of Tax & Finance   New York State Tax Commission   Noelle Dunphy
Bankruptcy Section                   Bankruptcy/Special Procedures Section   2280 East Avenue
P O Box 5300                         P.O. Box 5300                           First Floor
Albany New York 12205-0300           Albany, NY 12205-0300                   Rochester, New York 14610-2562


Official Committee of Unsecured Creditors   Palm Beach County Tax Collector   RHIDAYA TRIVEDI
c/o Ira Dizengoff                    Attn Legal Services                     Law Office of Ronald L. Kuby
Akin Gump Strauss Hauer & Feld LLP   PO Box 3715                             119 West 23rd Street Suite 900
One Bryant Park                      West Palm Beach FL 33402-3715           New York, NY 10011-6342
New York, New York 10036-6730


ROBERT HUNTER BIDEN                  RONALD L. KUBY                        RUBY FREEMAN & WANDREA MOSS
C/O WINSTON AND STRAWN, LLP          119 WEST 23RD STREET                  C/O WILLKIE FARR & GALLAGHER LLP
1901 L STREET NW                     SUITE 900                             1875 K STREET NW
WASHINGTON, DC 20036-3510            NEW YORK, NY 10011-6342               WASHINGTON, DC 20006-1239
```

| | | |
|---|---|---|
| Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 | Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 |
| Ryan E. Chapple<br>CAIN & SKARNULIS PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701-0137 | SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-1850 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 | THE SOUTHLAKE CONDOMINIUM ASSOCIATION<br>NASON YEAGER GERSON HARRIS & FUMERO P.C.<br>750 PARK OF COMMERCE BOULEVARD<br>SUITE 210<br>BOCA RATON, FL 33487-3611 | TRUMP INTERNATIONAL GOLF CLUB L.C.<br>3505 SUMMIT BOULEVARD<br>WEST PALM BEACH, FL 33406-4111 |
| Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 | US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 | US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn: Joel G. Samuels, Esq.<br>       Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 | Von A. DuBose<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309-3644 |
| Eric Coomer<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 | Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 |
| Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 | Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CHASE BANK<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | DISCOVER<br>PO BOX 3008<br>NEW ALBANY, OH 43054-3008 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Board of Directors of 45 East 66th Street | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)Herring Networks, Inc. d/b/a One America N |
| (u)Ms. Ruby Freeman and Ms. Wandrea' ArSha | (u)New York State Department of Taxation and | (u)Daniel Gill |
| (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>       Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 | (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| (u)Chanel Rion | (u)Charles Herring | (u)Daniel Gill<br>c/o Ronald L. Kuby<br>119 West 23rd Street<br>Suite 900 |
| (u)Robert Hunter Biden | (u)Robert , Sr. Herring | End of Label Matrix<br>Mailable recipients    79<br>Bypassed recipients    14<br>Total                  93 |