UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On February 6, 2024 deponent served a copy of the **Amended Schedules – Schedule D, Schedule E/F** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 9th
day of February 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20__

```
Label Matrix for local noticing          Davidoff Hutcher & Citron LLP           Dominion Voting Systems Corporation
0208-1                                   605 Third Avenue, 34th Floor            c/o Buchalter, A Professional Corp.
Case 23-12055-shl                        New York, NY 10158-3499                 Attn: Anthony J. Napolitano
Southern District of New York                                                    1000 Wilshire Blvd., Ste. 1500
Manhattan                                                                        Los Angeles, CA 90017-1730
Wed Feb  7 08:46:37 EST 2024

Internal Revenue Service                 Official Committee Of Unsecured Creditors   SGO Corporation Limited
PO Box 7346                              c/o Ira Dizengoff                       c/o Benesch Friedlander Coplan & Aronoff
Philadelphia, PA 19101-7346              Akin Gump Strauss Hauer & Feld LLP      Sven T. Nylen, Esq.
                                         One Bryant Park                         71 South Wacker Drive, Suite 1600
                                         New York, NY 10036-6730                 Chicago, IL 60606-4637

SMARTMATIC USA CORP.                     Smartmatic International Holding B.V.   US Dominion, Inc.
c/o Benesch Friedlander Coplan & Aronoff c/o Benesch Friedlander Coplan & Aronoff c/o Buchalter, A Professional Corp.
Sven T. Nylen, Esq.                      Sven T. Nylen                           Attn: Anthony J. Napolitano, Esq.
71 South Wacker Drive, Suite 1600        71 South Wacker Drive, Suite 1600       1000 Wilshire Blvd., Suite 1500
Chicago, IL 60606-4637                   Chicago, IL 60606-4637                  Los Angeles, CA 90017-1730

Manhattan Division                       ABRAMS FENSTERMAN, LLP                  ABRAMS FENSTERMAN, LLP
One Bowling Green                        Attn: Justin T. Kelton, Esq.            Attn: Maureen T. Bass, Esq.
New York, NY 10004-1415                  1 Metrotech Center                      2280 East Avenue
                                         Suite 1701                              First Floor
                                         Brooklyn, New York 11201-3949           Rochester, New York 14610-2562

Abbe D. Lowell                           BST & CO. CPAS, LLC                     Benesch, Friedlander, Coplan
WINSTON & STRAWN LLP                     250 PARK AVENUE, 7TH FLOOR              & Aronoff LLP
1901 L St., N.W.                         NEW YORK, NY 10177-0799                 Attn: Sven T. Nylen
Washington, DC 20036-3510                                                        71 S. Wacker Drive, Suite 1600
                                                                                 Chicago, IL 60606-4637

Benesch, Friedlander, Coplan             Benesch, Friedlander, Coplan            Berger, Fischoff, Shumer,
& Aronoff LLP                            & Aronoff LLP                           Wexler & Goodman, LLP
Daniel N. Brogan                         Jennifer R. Hoover                      6901 Jericho Turnpike, Suite 230
1313 N. Market Street, Suite 1201        1313 N. Market Street, Suite 1201       Syosset, New York 11791-4420
Wilmington, DE 19801-6101                Wilmington, DE 19801-6101

Bradley A. Kloewer                       Buchalter, a Professional Corporation   (p)JPMORGAN CHASE BANK N A
CAIN & SKARNULIS PLLC                    Attn: Joel G. Samuels                   BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 1064                            Anthony J. Napolitano                   700 KANSAS LANE FLOOR 01
Salida, Colorado 81201-1064              1000 Wilshire Blvd., 15th Floor         MONROE LA 71203-4774
                                         Los Angeles, California 90017-2457

CITIBANK/BROOKS BROTHERS                 CITICARDS/AMERICAN AIRLINES AADVANTAGE  CITIGOLD
5800 SOUTH CORPORATE PLACE               PO BOX 6500                             ATTN:C.G.S.
SIOUX FALLS, SD 57108-5027               SIOUX FALLS, SD 57117-6500              100 CITIBANK DRIVE
                                                                                 SAN ANTONIO, TX 78245-3202

COZEN OCONNOR                            COZEN OCONNOR                           Charles J. Cain
Frederick E. Schmidt, Jr.                Marla S. Benedek                        CAIN & SKARNULIS PLLC
3 WTC                                    1201 North Market Street                P.O. Box 1064
175 Greenwich Street, 55th Floor         Suite 1001                              Salida, Colorado 81201-1064
New York, NY 10007-2450                  Wilmington, DE 19801-1807

DANIEL GILL                              DAVIDOFF HUTCHER & CITRON LLP           DAVIDOFF HUTCHER & CITRON LLP
C/O LAW OFFICE OF RONALD L. KUBY         605 THIRD AVENUE                        605 Third Avenue
119 WEST 23RD STREET, SUITE 900          NEW YORK, NY 10158-3499                 New York, New York 10158-3499
NEW YORK, NY 10011-6342
```

```
DIAMOND PHARMACY
645 KOLTER DRIVE
INDIANA, PA 15701-3570


Dominion Voting Systems Corporation
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736


ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
P.O. BOX 1064
SALIDA, CO 81201-1064


IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


LAW OFFICES OF AIDALA, BERTUNA & KAMINS
546 FIFTH AVENUE, 6TH FLOOR
NEW YORK, NY 10036-5000


MORNINGSTAR SENIOR SOLUTIONS
175 W. NORTH STREET
ATTN: FINANCE
NAZARETH, PA 18064-1410


NYC DEPARTMENT OF FINANCE
59 MAIDEN LANE
28TH FL
NEW YORK, NY 10038-4502


New York State Department of Tax & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300


Official Committee of Unsecured Creditors
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036-6730


ROBERT HUNTER BIDEN
C/O WINSTON AND STRAWN, LLP
1901 L STREET NW
WASHINGTON, DC 20036-3510


(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025


EMERALD DUNES CLUB
2100 EMERALD DUNES DRIVE
WEST PALM BEACH, FL 33411-2707


Enid Nagler Stuart, Ass't Attorney Gene
Counsel for NYS Dep't of Taxation
28 Liberty Street - 17th floor
New York, NY 10005-1495


JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853


LEO GAGION
ASST. ATTY GENERAL
OFFICE OF NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL.
NEW YORK, NY 10005-1495


Michael J. Gottlieb
Meryl C. Governski
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1239


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227-0001


New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300


Palm Beach County Tax Collector
Attn Legal Services
PO Box 3715
West Palm Beach FL 33402-3715


RONALD L. KUBY
119 WEST 23RD STREET
SUITE 900
NEW YORK, NY 10011-6342


Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
       Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730


ENID NAGLER STUART
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005-1495


GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065-6159


John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901-2021


MOMENTUM TELECOM, INC.
C/O ABRAMSON BROOKS LLP
1051 PORT WASHINGTON BOULEVARD, #32
PORT WASHINGTON, NY 11050-0108


NOELLE DUNPHY
C/O ABRAMS FENSTERMAN, LLP
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201-3949


New York City Dept. Of Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5826


Noelle Dunphy
2280 East Avenue
First Floor
Rochester, New York 14610-2562


RHIDAYA TRIVEDI
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011-6342


RUBY FREEMAN & WANDREA MOSS
C/O WILLKIE FARR & GALLAGHER LLP
1875 K STREET NW
WASHINGTON, DC 20006-1239
```

Rachel C. Strickland
James H. Burbage
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137


TABNER, RYAN K KENIRY, LLP
18 CORPORATE WOODS BOULEVARD, SUITE 8
ALBANY, NY 12211-2522


Timothy W. Walsh
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4002


US Dominion, Inc.
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

Eric Coomer
c/o Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701-0137

Noelle Dunphy
Abrams Fensterman, LLP
2280 East Avenue
First Floor
Rochester, NY 14610-2562

Rachel Goodman
John Langford
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038-3703


SMARTMATIC USA CORP.
C/O KISHNER MILLER HIMES P.C.
40 FULTON STREET, 12TH FLOOR
NEW YORK, NY 10038-1850


THE SOUTHLAKE CONDOMINIUM ASSOCIATION
NASON YEAGER GERSON HARRIS & FUMERO P.C.
750 PARK OF COMMERCE BOULEVARD
SUITE 210
BOCA RATON, FL 33487-3611


US DOMINION, INC.
C/O SUSMAN GODFREY LLP
1000 LOUISIANA STREET, SUITE 5100
HOUSTON, TX 77002-5091


United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1459

Gary C. Fischoff
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420

Rudolph W. Giuliani
45 East 66th Street
Apartment 10W
New York, NY 10065-6159

Robert Hunter Biden
c/o Winston & Strawn LLP
1901 L Street, N.W.
Washington, D.C. 20036-3510


Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736


TRUMP INTERNATIONAL GOLF CLUB L.C.
3505 SUMMIT BOULEVARD
WEST PALM BEACH, FL 33406-4111


US Dominion, Inc.
c/o Buchalter, A Professional Corporatio
Attn:  Joel G. Samuels, Esq.
       Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Von A. DuBose
DUBOSE MILLER LLC
75 14th Street NE
Suite 2110
Atlanta, GA 30309-3644

Heath S. Berger
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CHASE BANK
PO BOX 15298
WILMINGTON, DE 19850-5298

DISCOVER
PO BOX 3008
NEW ALBANY, OH 43054-3008


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Board of Directors of 45 East 66th Street | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)Herring Networks, Inc. d/b/a One America N |
| (u)Ms. Ruby Freeman and Ms. Wandrea' ArSha | (u)New York State Department of Taxation and | (u)Daniel Gill |
| (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>      Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| (u)Chanel Rion | (u)Charles Herring | (u)Daniel Gill<br>c/o Ronald L. Kuby<br>119 West 23rd Street<br>Suite 900 |
| (u)Robert Hunter Biden | (u)Robert , Sr. Herring | End of Label Matrix<br>Mailable recipients    79<br>Bypassed recipients    14<br>Total                  93 |