UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On February 6, 2024 deponent served a copy of the **Amended Statement of Financial Affairs** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 9th
day of February 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20__

Label Matrix for local noticing
0208-1
Case 23-12055-shl
Southern District of New York
Manhattan
Wed Feb  7 08:46:37 EST 2024

Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

Dominion Voting Systems Corporation
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Official Committee Of Unsecured Creditors
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6730

SGO Corporation Limited
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

SMARTMATIC USA CORP.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Smartmatic International Holding B.V.
c/o Benesch Friedlander Coplan & Aronoff
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637

US Dominion, Inc.
c/o Buchalter, A Professional Corp.
Attn:  Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ABRAMS FENSTERMAN, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201-3949

ABRAMS FENSTERMAN, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610-2562

Abbe D. Lowell
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3510

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177-0799

Benesch, Friedlander, Coplan
& Aronoff LLP
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606-4637

Benesch, Friedlander, Coplan
& Aronoff LLP
Daniel N. Brogan
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Benesch, Friedlander, Coplan
& Aronoff LLP
Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-6101

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791-4420

Bradley A. Kloewer
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201-1064

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017-2457

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANK/BROOKS BROTHERS
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108-5027

CITICARDS/AMERICAN AIRLINES AADVANTAGE
PO BOX 6500
SIOUX FALLS, SD 57117-6500

CITIGOLD
ATTN:C.G.S.
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245-3202

COZEN OCONNOR
Frederick E. Schmidt, Jr.
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007-2450

COZEN OCONNOR
Marla S. Benedek
1201 North Market Street
Suite 1001
Wilmington, DE 19801-1807

Charles J. Cain
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201-1064

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011-6342

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158-3499

DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158-3499

```
DIAMOND PHARMACY                      (p)DISCOVER FINANCIAL SERVICES LLC   Dominion Voting Systems Corporation
645 KOLTER DRIVE                      PO BOX 3025                           c/o Buchalter, A Professional Corp.
INDIANA, PA 15701-3570                NEW ALBANY OH 43054-3025              Attn: Joel G. Samuels, Esq.
                                                                                  Anthony J. Napolitano, Esq.
                                                                            1000 Wilshire Blvd., Ste. 1500
                                                                            Los Angeles, CA 90017-1730

Dominion Voting Systems Corporation   EMERALD DUNES CLUB                    ENID NAGLER STUART
c/o Susman Godfrey LLP                2100 EMERALD DUNES DRIVE              ASST ATTY GENERAL
Attn: Stephen Shackelford             WEST PALM BEACH, FL 33411-2707        OFFICE OF THE NYS ATTY GENERAL
1301 6th Ave., 32nd Floor                                                   28 LIBERTY ST., 17TH FL
New York, NY 10019-7736                                                     NEW YORK, NY 10005-1495


ERIC COOMER, PH.D.                    Enid Nagler Stuart, Ass't Attorney Gene   GIULIANI PARTNERS LLC
C/O CAIN & SKARNULIS, PLLC            Counsel for NYS Dep't of Taxation         45 EAST 66TH STREET
P.O. BOX 1064                         28 Liberty Street - 17th floor            APARTMENT 10W
SALIDA, CO 81201-1064                 New York, NY 10005-1495                   NEW YORK, NY 10065-6159


IRS                                   JPMorgan Chase Bank, N.A.             John A. Vos
CENTRALIZED INSOLVENCY OPERATION      s/b/m/t Chase Bank USA, N.A.          1430 Lincoln Avenue
PO BOX 7346                           c/o Robertson, Anschutz, Schneid,     San Rafael, CA 94901-2021
PHILADELPHIA, PA 19101-7346           Crane & Partners, PLLC
                                      6409 Congress Avenue, Suite 100
                                      Boca Raton, FL 33487-2853

LAW OFFICES OF AIDALA, BERTUNA & KAMINS   LEO GAGION                        MOMENTUM TELECOM, INC.
546 FIFTH AVENUE, 6TH FLOOR           ASST. ATTY GENERAL                    C/O ABRAMSON BROOKS LLP
NEW YORK, NY 10036-5000               OFFICE OF NYS ATTY GENERAL            1051 PORT WASHINGTON BOULEVARD, #32
                                      28 LIBERTY ST., 17TH FL.              PORT WASHINGTON, NY 11050-0108
                                      NEW YORK, NY 10005-1495


MORNINGSTAR SENIOR SOLUTIONS          Michael J. Gottlieb                   NOELLE DUNPHY
175 W. NORTH STREET                   Meryl C. Governski                    C/O ABRAMS FENSTERMAN, LLP
ATTN: FINANCE                         Aaron E. Nathan                       1 METROTECH CENTER, SUITE 1701
NAZARETH, PA 18064-1410               WILLKIE FARR & GALLAGHER LLP          BROOKLYN, NY 11201-3949
                                      1875 K Street NW
                                      Washington, DC 20006-1239

NYC DEPARTMENT OF FINANCE             NYS DEPARTMENT OF TAXATION & FINANCE  New York City Dept. Of Finance
59 MAIDEN LANE                        BANKRUPTCY UNIT-TCD                   Taxpayer Identification Unit
28TH FL                               BLDG 8 ROOM 455                       25 Elm Place, 3rd Floor
NEW YORK, NY 10038-4502               ALBANY, NY 12227-0001                 Brooklyn, NY 11201-5826


New York State Department of Tax & Finance   New York State Tax Commission  Noelle Dunphy
Bankruptcy Section                    Bankruptcy/Special Procedures Section 2280 East Avenue
P O Box 5300                          P.O. Box 5300                         First Floor
Albany New York 12205-0300            Albany, NY 12205-0300                 Rochester, New York 14610-2562


Official Committee of Unsecured Creditors   Palm Beach County Tax Collector RHIDAYA TRIVEDI
c/o Ira Dizengoff                     Attn Legal Services                   Law Office of Ronald L. Kuby
Akin Gump Strauss Hauer & Feld LLP    PO Box 3715                           119 West 23rd Street Suite 900
One Bryant Park                       West Palm Beach FL 33402-3715         New York, NY 10011-6342
New York, New York 10036-6730


ROBERT HUNTER BIDEN                   RONALD L. KUBY                        RUBY FREEMAN & WANDREA MOSS
C/O WINSTON AND STRAWN, LLP           119 WEST 23RD STREET                  C/O WILLKIE FARR & GALLAGHER LLP
1901 L STREET NW                      SUITE 900                             1875 K STREET NW
WASHINGTON, DC 20036-3510             NEW YORK, NY 10011-6342               WASHINGTON, DC 20006-1239
```

Rachel C. Strickland
James H. Burbage
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Rachel Goodman
John Langford
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038-3703

SMARTMATIC USA CORP.
C/O KISHNER MILLER HIMES P.C.
40 FULTON STREET, 12TH FLOOR
NEW YORK, NY 10038-1850

Robert Hunter Biden
c/o Winston & Strawn LLP
1901 L Street, N.W.
Washington, D.C. 20036-3510

Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

TABNER, RYAN K KENIRY, LLP
18 CORPORATE WOODS BOULEVARD, SUITE 8
ALBANY, NY 12211-2522

THE SOUTHLAKE CONDOMINIUM ASSOCIATION
NASON YEAGER GERSON HARRIS & FUMERO P.C.
750 PARK OF COMMERCE BOULEVARD
SUITE 210
BOCA RATON, FL 33487-3611

TRUMP INTERNATIONAL GOLF CLUB L.C.
3505 SUMMIT BOULEVARD
WEST PALM BEACH, FL 33406-4111

Timothy W. Walsh
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4002

US DOMINION, INC.
C/O SUSMAN GODFREY LLP
1000 LOUISIANA STREET, SUITE 5100
HOUSTON, TX 77002-5091

US Dominion, Inc.
c/o Buchalter, A Professional Corporatio
Attn:  Joel G. Samuels, Esq.
       Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

US Dominion, Inc.
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019-7736

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1459

Von A. DuBose
DUBOSE MILLER LLC
75 14th Street NE
Suite 2110
Atlanta, GA 30309-3644

Eric Coomer
c/o Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701-0137

Gary C. Fischoff
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420

Heath S. Berger
Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791-4420

Noelle Dunphy
Abrams Fensterman, LLP
2280 East Avenue
First Floor
Rochester, NY 14610-2562

Rudolph W. Giuliani
45 East 66th Street
Apartment 10W
New York, NY 10065-6159

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CHASE BANK
PO BOX 15298
WILMINGTON, DE 19850-5298

DISCOVER
PO BOX 3008
NEW ALBANY, OH 43054-3008

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Board of Directors of 45 East 66th Street | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)Herring Networks, Inc. d/b/a One America N |
| (u)Ms. Ruby Freeman and Ms. Wandrea' ArSha | (u)New York State Department of Taxation and | (u)Daniel Gill |
| (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>      Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 | (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| (u)Chanel Rion | (u)Charles Herring | (u)Daniel Gill<br>c/o Ronald L. Kuby<br>119 West 23rd Street<br>Suite 900 |
| (u)Robert Hunter Biden | (u)Robert , Sr. Herring | End of Label Matrix<br>Mailable recipients    79<br>Bypassed recipients    14<br>Total                  93 |