Berger, Fischoff, Simmer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

RUDOLPH W. GIULIANI                                  Chapter 11
a/k/a RUDOLPH WILLIAM GIULIANI                       Case No.: 23-12055

Debtor.

------------------------------------X

## SUPPLEMENTAL DECLARATION OF ANDREW GIULIANI[1]

I, Andrew Giuliani, hereby declare pursuant to 28 U.S.C. §1746 that the following statements are true and correct to the best of my knowledge and belief after due inquiry as detailed herein:

---

[1] This declaration is premised on the requirements set forth in Lar Dan Enterprises, where an insider third party seeks to pay counsel fees of the Debtor. There are five required representations necessary for this declaration. They include: These factors include: (1) the arrangement must be fully disclosed to the debtor/client and the third party payor/insider; (2) the debtor must expressly consent to the arrangement; (3) the third party payor/insider must retain independent legal counsel and must understand that the attorney's duty of undivided loyalty is owed exclusively to the debtor/client; (4) the factual and legal relationship among the third party payor/insider, the debtor, the respective attorneys, and their contractual arrangement concerning the fees, must be fully disclosed to the Court at the outset of the debtor's bankruptcy representation; (5) the debtor's attorney/applicant must demonstrate and represent, to the court's satisfaction, the absence of facts which otherwise create non disinterestedness, actual conflict, or impermissible potential for a conflict of interest. *In re Kelton Motors Inc.*, 109 B.R. at 658.

*In re Lan Dan Enterprises, Inc.*, 221 B.R. 93, 95 (Bankr. S.D.N.Y. 1998)

1.  I am son of Rudolph W. Giuliani and the President of Giuliani Defense Fund, which is an FEC political action committee organized on August 4, 2023, to help defray legal and other expenses for Rudolph W. Giuliani, and I have full authority to make this declaration.

2.  As President of Giuliani Defense, my responsibilities include general oversight of all aspects of the PAC. Mr. Kiger and myself are the only two individuals managing the PAC. Mr. Kiger is responsible for maintaining the books and records including the issuance of checks. I may, on occasion, receive a check and deposit it into the bank account. Wells Fargo is the sole depository for the entity. I use the title of President but it is not an official title.

3.  Since its formation, the Giuliani Defense Fund has paid to the Firm of Camara & Sibley, LLP $260,000.00 in total for the fees that they have incurred for representing the Debtor including the Freeman case. On September 12, 2023 we sent Camara & Sibley, LLP $200,000.00 and on November 27, 2023 we sent Camara & Sibley, LLP $60,000.00 for work on a motion to dismiss on the Hunter Biden case and an additional $10,000.00 was wired to local counsel in that case. Giuliani Defense waives any and all reimbursement and/or indemnification of the $260,000.00 paid to Camara & Sibley, LLP and the additional $10,000.00 to local counsel. Attached as Schedule "A" is a print out from the Federal Election Commission's website listing all receipts and disbursements through December 2023.

4.  I understand that the law firm of Camara & Sibley, LLP (the "Firm") is representing the Debtor.

5.  I fully understand that the Firm's obligation is solely for the representation of the Debtor to the exclusion of any other entity or individual, including Giuliani Defense.

6.  Giuliani Defense will not seek to be reimbursed in the Chapter 11 nor will it file a claim in the Chapter 11 for such advances of monies.

7.  Giuliani Defense is not a creditor of the Debtor. Other than assisting the Debtor with payments of legal fees to Camara & Sibley, LLP and other firms, Giuliani Defense has no relationship with the Debtor.

8.  Giuliani Defense does not intend to bid on any assets of the Debtor and does not intend to provide any financing to the Debtor beyond the payment of legal fees to Camara & Sibley, LLP or on any other retained professionals whose retention on similar terms has been or will be approved, and from time to time may pay costs, such as, but not limited to, travel and lodging, to support the Debtor's political activities. Giuliani Defense also will not seek reimbursement for any of these payments.

9.  Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Andrew Giuliani<br>Andrew Giuliani

2/16/24, 9:28 AM  23-12055-shl   Doc 116-1   Filed 02/16/24   Entered 02/16/24 09:33:35   Supplemental
Declaration of Andrew Giuliani   Pg 4 of 7

Schedule A for ALL Line #'s

# SCHEDULE A

## ITEMIZED RECEIPTS
## All Listed Line Numbers

### Committee: GIULIANI DEFENSE

| Contributor's Name | Contributor's Address | Employer/Occupation | Memo/Description | Memo Text | Date | Amount ($) | Aggregate ($) | Limits |
|---|---|---|---|---|---|---|---|---|
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Contributory Loan/Establish Contributory Bank Accout | | 08/04/2023 | 25.00 | 25.00 | |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Non-Contributory Loan/Establish Non-Contributory Bank Accout | | 08/04/2023 | 25.00 | 50.00 | |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Non-Contributory Loan/Printing /Intuit Checks | | 08/28/2023 | 104.96 | 154.96 | |
| Eliabeth Ailes | 6 Ocean Ln, Palm Beach, Florida 33480 | Retired / Retired | Non-Contributory Account Receipt | | 09/07/2023 | 100000.00 | 100000.00 | |
| Garyn Borland | 1807 Tahlina Terrance Corona Del Mar, California 32625 | Requested / Requested | Non-Contributory Account Receipt | | 09/07/2023 | 300000.00 | 300000.00 | |
| Joan Chin | 332 East 84th Street 5G New York, New York 10028 | SiriusXM / Radio | Non-Contributory Account Receipt | | 12/16/2023 | 208.65 | 208.65 | |
| Arnold Gumowitz | 421 7th Ave. New York, New York 10001 | Requested / Requested | Non-Contributory Account Receipt | | 09/07/2023 | 50000.00 | 50000.00 | |
| Holistic Choice Labs | 454 Columbia Industrial Blvd #6 Evans, Georgia 30809 | | Non-Contributory Account Receipt | | 08/28/2023 | 10000.00 | 10000.00 | |
| Vernon Kerry | 9343 Rapid Lightning Rd. Sandpoint, Idaho 838644798 | Requested / Requested | Non-Contributory Account Receipt | | 12/27/2023 | 250.00 | 250.00 | |
| Damon Kimber | 952 Anderson Ave. Bronx, New York 104525602 | Requested / Requested | Non-Contributory Account Receipt | | 12/19/2023 | 5000.00 | 5000.00 | |
| Marilyn Krone | 5748 Gauglin Ter Palm Beach Gardens, Florida 33415 | Requested / Requested | Non-Contributory Account Receipt | | 09/11/2023 | 1000.00 | 1000.00 | |
| James Liautauo | 24 Dockside Lane Key Largo, Florida 33307 | Requested / Requested | Non-Contributory Account Receipt | | 09/07/2023 | 100000.00 | 100000.00 | |
| Matthew Martorano | 420 Rose Garden Ln ALPHARETTA, Georgia 30009 | ENTREPRENEUR / ENTREPRENEUR | Non-Contributory Account Receipt | | 09/05/2023 | 100000.00 | 100000.00 | |
| Probity International Corp. | 421 N Beverly Dr Beverly Hiolls, California 90210 | | Non-Contributory Account Receipt | | 09/05/2023 | 35000.00 | 35000.00 | |

2/16/24, 9:28 AM   23-12055-shl    Doc 116-1    Filed 02/16/24    Entered 02/16/24 09:33:35    Supplemental
Declaration of Andrew Giuliani    Pg 5 of 7
Schedule A for ALL Line #'s

| Contributor's Name | Contributor's Address | Employer / Occupation | Receipt Type / Text Date | Date | Amount ($) | Aggregate ($) | Limits |
|---|---|---|---|---|---|---|---|
| Nancy Takei | 242 E 87th St Apt 5B New York, New York 10128 | Requested / Requested | Contributory Account Receipt | 12/14/2023 | 500.00 | 500.00 | |
| Lewis E. Topper | 212 Tresure Place Jupiter, Florida 33469 | Self Employed / Executive | Non-Contributory Account Receipt | 08/24/2023 | 25000.00 | 25000.00 | |

| | |
|---|---|
| Total Donation Amount (Non-Memo) | $727113.61 |
| Total Memo Amount | $0 |
| Number of Transactions (Non-Memo) | 16 |
| Number of Transactions (Memo) | 0 |

Generated Fri Feb 16 09:25:47 2024

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: **webmanager@fec.gov**.

2/16/24, 9:27 AM 23-12055-shl    Doc 116-1    Filed 02/16/24    Entered 02/16/24 09:33:35    Supplemental
Declaration of Andrew Giuliani    Pg 6 of 7

Schedule B for ALL Line #'s

# SCHEDULE B

## ITEMIZED DISBURSEMENTS
## All Listed Line Numbers

### Committee: GIULIANI DEFENSE

| Disbursement To | Address | Election Type | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | | 09/04/2023 | Repay Loan to Non-Contributory Acct For | 104.96 | |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | | 09/05/2023 | Repay Loan to Non-Contributory Account F | 25.00 | |
| Aidala, Bertuna & Kamins, P.C. | 546 Fifth Ave. 6th Floor New York, New York 10036 | | 09/15/2023 | Non-Contributory Disbursement/Legal Fees | 200000.00 | |
| Berger Fischoff Shumer LLP | 6901 Jericho Turnpike Suite 230 Syosset, New York 11787 | | 12/21/2023 | Non-Contributory Disbursement/Legal Fees | 30000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 09/12/2023 | Non-Contributory Disbursement/Legal Fees | 100000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 09/12/2023 | Non-Contributory Disbursement/Legal Fees | 100000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 11/27/2023 | Non-Contributory Disbursement/Legal Fees | 60000.00 | |
| FEC Infusion LLC | PO Box 3495 Palm | | 09/05/2023 | Non-Contributory Account Dispersement/Re | 1029.90 | |

2/16/24, 9:27 AM
23-12055-shl    Doc 116-1    Filed 02/16/24    Entered 02/16/24 09:33:35    Supplemental
Declaration of Andrew Giuliani    Pg 7 of 7
Schedule B for ALL Line #'s

| Disbursement To | Address | Method of Disbursement | Date of Disbursement | Extra Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| | Beach, Florida 33480 | | | | | |
| FEC Infusion LLC | PO Box 3495 Palm Beach, Florida 33480 | | 11/01/2023 | Non-Contributory Account Dispersement/Re | 1596.30 | |
| MailSmart Logistics | P.O. Box 791758 Baltimore, Maryland 21279 | | 12/31/2023 | Non-Contributory Account Dispersement/Po | 7550.61 | |
| OnPoint | 20130 Lakeview Center Plaza Ashburn, Virginia 20147 | | 12/31/2023 | Non-Contributory Account Dispersement/Ma | 367.00 | |
| Planet Direct | 11050 Challenger Court Manassas, Virginia 20109 | | 12/31/2023 | Non-Contributory Account Dispersement/Po | 3363.30 | |
| Robertson Mailing List Company | 113 East Market Street Suite 210 Leesburg, Virginia 20176 | | 12/31/2023 | Non-Contributory Account Dispersement/Da | 5027.12 | |
| Stockton and Stockton LLC | 191 South Main Street Clayton, Georgia 30525 | | 10/24/2023 | Non-Contributory Disbursement/Legal Fees | 50000.00 | |
| Valley Press | 3 Jenner Court Owings Mills, Maryland 21117 | | 12/31/2023 | Non-Contributory Account Dispersement/Pr | 3338.00 | |

| | |
|---|---|
| Total Disbursement Amount (Non-Memo) | 562402.19 |
| Total Memo Amount | 0 |
| Number of Transactions (Non-Memo) | 15 |
| Number of Transactions (Memo) | 0 |