AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **RUDOLPH W. GIULIANI** | : | **Case No. 23-12055 (SHL)** |
| **a/k/a RUDOLPH WILLIAM GIULIANI,** | : | |
| | : | |
| **Debtor.** | : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1.      I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.      I hereby certify that, on February 14, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users.

- *Notice of Hearing on Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 110]

3.      I hereby certify that, on February 15, 2024, my colleagues and I caused, facilitated

and/or coordinated true and correct copies of the documents listed below to be served by the

CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on

all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 111]
- *Declaration of Rachel Biblo Block in Support of the Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 112]
- *Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 113]
- *Declaration of Rachel Biblo Block in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 114]

4.      I hereby certify that, on February 15, 2024, my colleagues and I caused, facilitated

and/or coordinated true and correct copies of the document listed below to be served via hand

delivery on the party listed in **Exhibit B** attached hereto.

- *Notice of Hearing on Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 110]
- *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 111]

- *Declaration of Rachel Biblo Block in Support of the Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 112]

5.      I hereby certify that, on February 16, 2024, my colleagues and I caused, facilitated

and/or coordinated true and correct copies of the document listed below to be served via hand

delivery on the party listed in **Exhibit B** attached hereto.

- *Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 113]
- *Declaration of Rachel Biblo Block in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 114]

6.      I hereby certify that, on February 16, 2024, my colleagues and I caused, facilitated

and/or coordinated true and correct copies of the document listed below to be served via hand

delivery on the party listed in **Exhibit C** attached hereto.

- *Notice of Hearing on Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 110]
- *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 111]
- *Declaration of Rachel Biblo Block in Support of the Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Amended Application for Retention and Employment of Camara & Sibley, LLP as Special Litigation Counsel Effective December 21, 2023* [ECF No. 112]
- *Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 113]

- *Declaration of Rachel Biblo Block in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to (I) Debtor's Amended Application for Retention and Employment of Aidala, Bertuna & Kamins, P.C. as Special Counsel Effective December 21, 2023 and (II) Application to Employ Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Attorney for the Debtor* [ECF No. 114]

Washington, D.C.                          /s/ Adelle Else
Dated:  February 16, 2024                 Adelle Else

## EXHIBIT A

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Annie Wells**
annie.wells@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
*Counsel for the Debtor*

## EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

## EXHIBIT C

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408