Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                                                    Chapter 11

RUDOLPH W. GIULIANI                                              Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                    Debtor.

-------------------------------------------------------------------X

## DECLARATION OF RUDOLPH W. GIULIANI

I, Rudolph W. Giuliani, the debtor and debtor-in-possession herein, hereby declare pursuant to 28 U.S.C. §1746 that the following statements are true and correct to the best of my knowledge and belief after due inquiry as detailed herein:

1. I have not directly or indirectly donated any money to the Giuliani Freedom Fund Legal Defense T.R. Fund or the Giuliani Defense Fund.

2. Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing it true correct to the best of my knowledge and belief.

_____
Rudolph W. Giuliani