**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Steven E. Shumer
Joel G. Wexler

Dana Goldstein

Brad A. Schlossberg

Randi E. Taub

of counsel:

Lawrence P. Krasin
Andrew M. Lamkin

also admitted in New Jersey*

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 10
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 718.934.8992

Reply to: [ ] Syosset Office
          [ ] Brooklyn Office

February 19, 2024

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

This letter shall serve to confirm that the Notice of Presentment for the retention of Aidala, Bertuna & Kamins, P.C., as Special Counsel, scheduled for February 20, 2024 has been adjourned by the Court to March 5, 2024, with objections being due February 29, 2024.

Respectfully,

*/s/ Heath S. Berger*

Heath S. Berger

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)