Berger, Fischoff, Shumer, Wexler & Goodman, LLP

Proposed Attorneys for the Debtor &

Debtor-in-Possession
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:        Chapter 11

RUDOLPH W. GIULIANI        Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI


                        Debtor.

-------------------------------------------------------------------X

### AMENDED DECLARATION OF RUDOLPH W. GIULIANI

        I, Rudolph W. Giuliani, the debtor and debtor-in-possession herein, hereby declare
pursuant to 28 U.S.C. §1746 that the following statements are true and correct to the best of my
knowledge and belief after due inquiry as detailed herein:

1. Except for $10.00 assigned to The Rudy Giuliani Freedom Fund Legal Defense Trust
   Fund, I have not directly or indirectly assigned, donated, paid or otherwise transferred
   money or property to The Rudy Giuliani Freedom Fund Legal Defense Trust Fund or
   Giuliani Defense.

2. Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing it true

   correct to the best of my knowledge and belief.


                                        Rudolph W. Giuliani