# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------x
RUBY FREEMAN and                )
Wandrea Moss                    )
                                )
            Plaintiffs,         )     Case No. 1:21-cv-03354 (BAH)
                                )
    v.                          )     Judge Beryl A. Howell
                                )
RUDOLPH W. GIULIANI,            )     NOLO CONTENDRE STIPULATION
                                )
            Defendant.          )
------------------------------------------------x

    WHEREAS, Defendant Giuliani believes that he has legal defenses to this Complaint; and

    WHEREAS, Defendant Giuliani is desirous to avoid unnecessary expenses in litigating what he believes to be unnecessary disputes; now

    IT IS HEREBY STIPULATED, solely for the purposes of this litigation that Defendant Giuliani, for the purpose of deciding this case on the legal issues, and recognizing that all other defendants previously identified in the complaint have resolved their claims with all plaintiffs and without admitting to the truth of the allegations, hereby does not contest the following allegations:

1. Defendant Giuliani concedes solely for purposes of this litigation before this Court and on Appeal: that Defendant Giuliani made the statements of and concerning Plaintiffs, which include all of the statements detailed in Plaintiffs Amended Complaint, ECF No. 22 at §§57-101 and he does not dispute for purposes of this litigation, that the statements carry meaning that is defamatory per se;

2. That Defendant Giuliani, for the purposes of this litigation only, published those statements to third parties;

3. That Defendant Giuliani, for the purposes of this litigation only, does not contest that, to the extent the statements were statements of fact and other

wise actionable, such actionable factual statements were false.  This stipulation does not affect Giuliani's ability to seek setoff, offset or settlement credit, or his argument that his statements are constitutionally protected statements or opinions or any applicable statute of limitations, or that Giuliani's statements, in fact, caused Plaintiffs any damages, and the amount of any alleged damages which Giuliani's statements may have caused or any other legal defense not expressly waived by this Stipulation;

4. That Defendant Giuliani does not contest, solely for the purposes of this litigation, including on any appeal in this litigation, the factual elements of liability (subject to any retained affirmative defenses not expressly waived herein) regarding Plaintiffs' claim for intentional infliction of emotional distress and other related tort claims.  This stipulation does not affect Giuliani's ability to seek setoff, offset or settlement credit, or his argument that his statements are constitutionally protected statements or opinions or any applicable statute of limitations, or  that Giuliani's conduct, in fact, caused Plaintiffs any damages, and the amount of any alleged damages Giuliani's conduct may have caused or any other legal defense not expressly waived by this Stipulation.

Dated: July 25, 2023

By: _____
Rudolph W. Giuliani