# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Civil Action No. 21-3354 (BAH) <br><br> Judge Beryl A. Howell |

**FILED**
DEC 15 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

We, the Jury, unanimously find the following on the questions submitted to us:

### COMPENSATORY DAMAGES:

#### DEFAMATION CLAIM

1. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for defamation caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 16,171,000.00

2. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for defamation caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 16,998,000.00

#### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM

3. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for emotional distress caused by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 20,000,000.00

4. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for emotional distress inflicted by Mr. Giuliani and his co-conspirators?

    AMOUNT: $ 20,000,000.00

### PUNITIVE DAMAGES:

5. What amount of punitive damages, if any, should be awarded to Ms. Freeman and Ms. Moss for Mr. Giuliani's conduct?

    AMOUNT: $ 75,000,000.00

DATE and TIME: 12/15/23 3:35 PM

Signature of Foreperson