RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| | 5812 CHECKING | 5812 SAVINGS | 1428 CHECKING * | 1428 CHECKING * | TOTAL |
|---|---|---|---|---|---|
| BALANCE 01/01/2024 | $ 105,546.44 | $ 351.88 | $ 17,718.66 | $ 25.64 | $123,642.62 |
| RECEIPTS: | | | | | |
| WITHDRAWAL FROM IRA ACCOUNT | 47,000.00 | - | - | - | 47,000.00 |
| SOCIAL SECURITY INCOME | - | - | 4,717.00 | - | 4,717.00 |
| CA INCOME TAX REFUND | 10,830.62 | - | - | - | 10,830.62 |
| TRANSFER IN (OUT) | 22,435.66 | - | (22,435.66) | - | - |
| INTEREST INCOME | 0.50 | 0.04 | 0.12 | - | 0.66 |
| | 80,266.78 | 0.04 | (17,718.54) | - | 62,548.28 |
| DISBURSEMENTS: | | | | | |
| CHECKS CLEARED | 93,436.73 | - | - | - | 93,436.73 |
| AMERICAN EXPRESS PAYMENTS | 22,910.97 | - | - | - | 22,910.97 |
| DISCOVER CARD PAYMENTS | 3,301.90 | | | | |
| CON EDISON | 732.40 | - | - | - | 732.40 |
| | 120,382.00 | - | - | - | 117,080.10 |
| ENDING BALANCE 1/31/2024 | $ 65,431.22 | $ 351.92 | $ 0.12 | $ 25.64 | $ 69,110.80 |

* NOT INCLUDED IN DECEMBER 31, 2023 REPORTING

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

AMERICAN EXPRESS PAYMENTS

| DATE | AMOUNT |
|---|---:|
| 1/2/2024 | 7.99 |
| 1/2/2024 | 359.99 |
| 1/2/2024 | 690.93 |
| 1/2/2024 | 1,064.83 |
| 1/2/2024 | 1,105.00 |
| 1/2/2024 | 1,274.62 |
| 1/2/2024 | 1,398.48 |
| 1/10/2024 | 146.84 |
| 1/10/2024 | 617.22 |
| 1/10/2024 | 1,500.00 |
| 1/10/2024 | 3,429.32 |
| 1/22/2024 | 474.30 |
| 1/24/2024 | 108.86 |
| 1/26/2024 | 21.76 |
| 1/26/2024 | 28.32 |
| 1/26/2024 | 140.05 |
| 1/26/2024 | 166.76 |
| 1/26/2024 | 369.92 |
| 1/26/2024 | 1,019.76 |
| 1/26/2024 | 2,068.51 |
| 1/26/2024 | 4,821.59 |
| 1/26/2024 | 29.00 |
| 1/29/2024 | 1,000.00 |
| 1/31/2024 | 1,066.92 |
| | 22,910.97 |

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

DISCOVER PAYMENTS

| DATE | AMOUNT | VENDOR | CATEGORY |
|---|---|---|---|
| 1/3/2024 | 70.00 | | MISC |
| 1/26/2024 | 3,231.90 | BALANCE | PRIOR BALANCE |
| | 3,301.90 | | |

RUDOLPH W. GIULIANI
STATEMENT OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| CK # | DATE | PAYEE | AMOUNT | |
|---|---|---|---|---|
| 2201 | 1/11/2024 | MORNING STAR SENIOR SOLUTIONS | 235.50 | NURSING FOR EX MOTHER-IN-LAW |
| 2232 | 1/11/2024 | THE SOUTHLAKE ASSOC | 15,995.43 | FLA MAINTENANCE |
| 2233 | 1/17/2024 | THE SOUTHLAKE ASSOC | 15,995.43 | FLA MAINTENANCE |
| 2229 | 1/17/2024 | COUNTRY MEADOWS | 27,379.08 | EX MOTHER-IN-LAW HOUSING |
| 2227 | 1/17/2024 | 45 E 66TH ST OWNERS ASSOC | 33,331.29 | NY MAINTENANCE |
| 2236 | 1/25/2024 | METROPOLITAC CLUB | 500.00 | CHRISTMAS FUND |
| | | | 93,436.73 | |