January 1 - January 31, 2024                    Page 1 of 6
Citigold Account ▇▇5812
CPWM ACCOUNT ▇▇677

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing:* **888-248-4465**
For banking, call your Relationship Manager:
  *Jimmy Brey,* 201-493-2073*
For investments, call your Financial Advisor:
  *James Nicolaidis & Sean Broderick,* 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY 10065-6159

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc, which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 105,546.44 | 65,431.22 |
| Savings | | |
| Insured Money Market Accounts | 351.88 | 351.92 |
| **Citibank Total** | **$105,898.32** | **$65,783.14** |
| **Citi Personal Wealth Management Accounts** [1] | 1,133,598.93 | 1,083,918.47 |
| Total IRA Account Value [2] | $1,133,598.93 | $1,083,918.47 |
| **Citi Personal Wealth Management Total** | **$1,133,598.93** | **$1,083,918.47** |
| **Citigold Relationship Total** | **$1,239,497.25** | **$1,149,701.61** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.50 | 0.50 |
| Savings | | |
| Insured Money Market Accounts | 0.04 | 0.04 |
| **Citibank Total** | **$0.54** | **$0.54** |
| **Citi Personal Wealth Management Accounts** [1] | 2,379.05 | 2,773.06 |
| Total IRA Account Value [2] | $2,379.05 | $2,773.06 |
| **Citi Personal Wealth Management Total** | **$2,379.05** | **$2,773.06** |
| **Citigold Relationship Total** | **$2,379.59** | **$2,773.60** |

* To ensure quality service, calls are randomly monitored and may be recorded.
[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
  · Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
  · Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
  · Subject to investment risks, including possible loss of the principal amount invested.
[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

010/R1/04F000 0

**January 1 - January 31, 2024**
RUDOLPH W. GIULIANI
Citigold Account ▇▇▇▇5812

Page 2 of 6

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

### Checking Activity

**Citigold Interest Checking 6791895812**

| Date | Description | | | | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| 01/01/24 | Opening Balance | | | | | | | 105,546.44 |
| 01/02/24 | ACH Electronic Debit | AMERICAN EXPR | ACH PMT | M9800 | 1 | 7.99 | | 105,538.45 |
| 01/02/24 | ACH Electronic Debit | AMERICAN EXPR | ACH PMT | M2630 | 1 | 359.99 | | 105,178.46 |
| 01/02/24 | ACH Electronic Debit | ConEd of NY | CHECK PYMT | 0000002202 | | 383.67 | | 104,794.79 |
| 01/02/24 | ACH Electronic Debit | AMERICAN EXPR | ACH PMT | M6634 | 1 | 690.93 | | 104,103.86 |
| 01/02/24 | ACH Electronic Debit | AMERICAN EXPR | ACH PMT | M4250 | 1 | 1,064.83 | | 103,039.03 |

010/R1/04F000
0

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ▪▪▪▪▪5812

Page 3 of 6

## Checking Continued

### Citigold Interest Checking ▪▪▪▪▪5812

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M1638 | 1,105.00 | | 101,934.03 |
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8668 | 1,274.62 | | 100,659.41 |
| 01/02/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M1352 | 1,398.48 | | 99,260.93 |
| 01/03/24 | ACH Electronic Debit  DISCOVER    PAYMENTS | 70.00 | | 99,190.93 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M9196 | 146.84 | | 99,044.09 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M7446 | 617.22 | | 98,426.87 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M5110 | 1,500.00 | | 96,926.87 |
| 01/10/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M8272 | 3,429.32 | | 93,497.55 |
| 01/11/24 | Check # 2201 | 235.50 | | 93,262.05 |
| 01/11/24 | Check # 2232 | 15,995.43 | | 77,266.62 |
| 01/17/24 | Check # 2233 | 15,995.43 | | 61,271.19 |
| 01/17/24 | Check # 2229 | 27,379.08 | | 33,892.11 |
| 01/17/24 | Check # 2227 | 33,331.29 | | 560.82 |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W8506 | 474.30 | | 86.52 |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W7564 | 2,068.51 | | 1,981.99- |
| 01/22/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  W5470 | 4,821.59 | | 6,803.58- |
| 01/23/24 | Returned Insufficient Funds - ACH Txn | | 2,068.51 | 4,735.07- |
| 01/23/24 | Returned Insufficient Funds - ACH Txn | | 4,821.59 | 86.52 |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M7116 | 108.86 | | 22.34 |
| 01/24/24 | ACH Electronic Debit  VERIZON    PAYMENTREC | 257.16 | | 279.50- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M6230 | 369.92 | | 649.42- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  ACH PMT  M4624 | 1,019.76 | | 1,669.18- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  RETRY PYMT  W7564 | 2,068.51 | | 3,737.69- |
| 01/24/24 | ACH Electronic Debit  AMERICAN EXPR  RETRY PYMT  W5470 | 4,821.59 | | 8,559.28- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 257.16 | 8,302.12- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 369.92 | 7,932.20- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 1,019.76 | 6,912.44- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 2,068.51 | 4,843.93- |
| 01/25/24 | Returned Insufficient Funds - ACH Txn | | 4,821.59 | 22.34- |
| 01/25/24 | Transfer From Checking 02:03p #1474  CALL CENTER  Reference # 564598 | | 22,435.66 | 22,413.32 |
| 01/25/24 | Check # 2236 | 500.00 | | 21,913.32 |

010/R1/04F000 0

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ●●●●5812

Page 4 of 6

## Checking Continued

**Citigold Interest Checking ●●●●5812**

### Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/26/24 | ACH Electronic Credit   PERSHING   BROKERAGE | | 47,000.00 | 68,913.32 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M7880 | 21.76 | | 68,891.56 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M8898 | 28.32 | | 68,863.24 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M8530 | 140.05 | | 68,723.19 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M7226 | 166.76 | | 68,556.43 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   RETRY PYMT   M6230 | 369.92 | | 68,186.51 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   RETRY PYMT   M4624 | 1,019.76 | | 67,166.75 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   RETRY PYMT   W7564 | 2,068.51 | | 65,098.24 |
| 01/26/24 | ACH Electronic Debit   DISCOVER ARC   PAYMENTS   0000002237 | 3,231.90 | | 61,866.34 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   RETRY PYMT   W5470 | 4,821.59 | | 57,044.75 |
| 01/26/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M0352 | 29.00 | | 57,015.75 |
| 01/29/24 | Deposit 02:33p   Teller | | 10,830.62 | 67,846.37 |
| 01/29/24 | ACH Electronic Debit   ConEd of NY   CHECK PYMT 000002234 | 348.73 | | 67,497.64 |
| 01/29/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M5298 | 1,000.00 | | 66,497.64 |
| 01/31/24 | ACH Electronic Debit   AMERICAN EXPR   ACH PMT   M8164 | 1,066.92 | | 65,430.72 |
| 01/31/24 | Interest paid for 31 days,   Annual Percentage Yield Earned 0.01% | | 0.50 | 65,431.22 |
| | Total Subtracted/Added | 135,809.04 | 95,693.82 | |
| 01/31/24 | Closing Balance | | | 65,431.22 |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2201 | 01/11 | 235.50 | 2227* | 01/17 | 33,331.29 | 2229* | 01/17 | 27,379.08 | 2232* | 01/11 | 15,995.43 |
| 2233 | 01/17 | 15,995.43 | 2236* | 01/25 | 500.00 | | | | | | |

* indicates gap in check number sequence      Number Checks Paid: 6      Totaling: $93,436.73

010/R1/04F000
0

**January 1 - January 31, 2024** / Page 5 of 6
RUDOLPH W. GIULIANI
Citigold Account ●●●●5812

## Savings

### Citi® Savings ●●●●5820

**Account Activity**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | 351.88 |
| 01/31/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.13% | | 0.04 | 351.92 |
| 01/31/24 | Closing Balance | | | 351.92 |

## Retirement Accounts

This reports your retirement account balances and activity from Jan. 1 through Jan. 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**

- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
- Subject to investment risks, including possible loss of the principal amount invested.

### Citi Personal Wealth Management Retirement Plans

**CITI RETIREMENT ACCOUNT**

Total CGMI Retirement Investments                                    $1,083,918.47

010/R1/D4F000 0

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ███████5812

Page 6 of 6

010/R1/0AF000

## Important Disclosures

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Give us the following information:** (1) your name and account number; (2) the dollar amount of the suspected error; (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer, and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy. If we determine that an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error for those cases where bank error is found. We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance.** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge.** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed on your statement. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of the Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Billing Rights Summary - What To Do If You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender. 

Citibank, N.A. Member FDIC

```
RUDOLPH W. GIULIANI                              1-22/210        2227
  O1DW - 18480580                    Jan 5, 2024

  45 E. 66th St. Owners Assoc. ———————    $ $33,331.29/100

  Thirty Three Thousand Three Hundred Thirty one Dollars twenty nine cents

  citibank                    Citigold
  CITIBANK, N.A.                         [signature]

  0⸺                  ⸺          P 2227
```

```
For Deposit Only
45 East 66 Owners Corp
1/16/2024
123000220
1/16/2024
```

RUDOLPH W. GIULIANI

2229

Date: Jan. 5, 2024

Pay to the Order of: Country Meadows    $27,379.08

Twenty seven thousand three hundred seventy nine dollars and eight cents

citibank
Citigold
CITIBANK, N.A.

For: _____

2229

Endorse Here:
Pay to the Order Of
WELLS FARGO BANK N.A.
For Deposit Only
COUNTRY MEADOWS OF ALLENTOWN
*MOBILE DEPOSIT ONLY*

RUDOLPH W. GIULIANI
#6485

2232

Date: Jan 10, 2024

Pay to the order of: The Southlake Assoc.    $15,995.43/00

Fifteen Thousand Nine Hundred Ninety Five Dollars Forty Three Cents

citibank    Citigold
CITIBANK, N.A.

Rudy W. Giuliani

2232

01/10/2024 3:43:00 PM    JTEV    0 14

```
                                                        1-8/210  22              2233

RUDOLPH W. GIULIANI
                                                    Date  Jan. 12, 2024

Pay to the  The Southlake Assoc., Inc.           $ 15,995.98/100
Order of
Fifteen Thousand Nine Hundred Ninety Five Dollars and 98 Cents

citibank                           Citigold
CITIBANK, N.A.                     /s/ Rudolph W. Giuliani
...6412

                    ⸬0⸬        2233

01/16/2024 1:51:40 PI         iOTEV1 5           14:
```

RUDOLPH W. GIULIANI
630090
2236
1-8/210 22
17, 202 ᵾ

Pay to the order of Metropolitan Club    $500

Five Hundred    Dollars

citibank  Citigold
CITIBANK, N.A.

For _____

2236  ⑆00000 50000⑆

JPMORGANCHASE BK NA    CR TO NMD
012524    PAYEE ALL
( ) 01    RTS RSVD

```
                                                          1-0           2201
                                                          210 22

RUDOLPH W. GIULIANI
S83#9                                              Date  Dec. 24, 2023

Pay to the
order of   Morningstar Senior Solutions       | $ 235.50/100

Two hundred and thirty five dollars & fifty cents                    Dollars

citibank                  citigold
CITIBANK, N.A.
                                          /s/ Rudolph W. Giuliani
For _____
                         "' 2208
```

Endorsement: FOR DEPOSIT ONLY / ACCT # / MORNINGSTAR SENIOR SOLUTIONS INC OP / 2024-01-10

January 1 - January 31, 2024
Citigold Account ≫9639

Page 1 of 4

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing:* **888-248-4465**
For banking, call your Relationship Manager:
*Jitash Puri,* 212-559-8124*
For investments, call your Financial Advisor:
*James Nicolaidis & Sean Broderick,* 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

JUDITH S GIULIANI
RUDOLPH W GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY 10065-6159

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 25.64 | 25.64 |
| **Citigold Relationship Total** | **$25.64** | **$25.64** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 0.00 | 0.00 |
| **Citigold Relationship Total** | **$0.00** | **$0.00** |

* To ensure quality service, calls are randomly monitored and may be recorded.

**Messages From Citigold**

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

010/R1/04F000
0

January 1 - January 31, 2024    Page 2 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Accoun        9639

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $0-$1,499 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Citigold Interest Checking** 9639

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | 25.64 |
| 01/31/24 | Closing Balance | | | 25.64 |

010/R1/04F000   F000
                  0       0

January 1 - January 31, 2024     Page 3 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Account         9639

### Important Disclosures
Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of Individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we Indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid interest charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender. 
EQUAL HOUSING LENDER

Citibank, N.A. Member FDIC

010/R1/04F000

**January 1 - January 31, 2024** Page 4 of 4
JUDITH S GIULIANI, RUDOLPH W GIULIANI
Citigold Account ●●●●9639

**This page has been intentionally left blank.**

Page 1 of 4

January 1 - January 31, 2024
Citigold Account ████1428

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
*Jimmy Brey, 201-493-2073\**
For investments, call your Financial Advisor:
*James Nicolaidis & Sean Broderick, 718-351-8679\**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY        10065-6159

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 17,718.66 | 0.12 |
| **Citigold Relationship Total** | **$17,718.66** | **$0.12** |

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 0.12 | 0.12 |
| **Citigold Relationship Total** | **$0.12** | **$0.12** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

### Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

Page 2 of 4

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ▇▇▇428

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $10,000-$24,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

### Citigold Interest Checking ▇▇▇428

Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 01/01/24 | Opening Balance | | | 17,718.66 |
| 01/24/24 | ACH Electronic Credit xxSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 22,435.66 |
| 01/25/24 | Transfer to Checking 02:03p #1474 CALL CENTER Reference # 564598 | 22,435.66 | | 0.00 |
| 01/31/24 | Interest paid for 31 days, Annual Percentage Yield Earned 0.01% | | 0.12 | 0.12 |
| | Total Subtracted/Added | 22,435.66 | 4,717.12 | |
| 01/31/24 | Closing Balance | | | 0.12 |

*All transaction times and dates reflected are based on Eastern Time.*

010/R1/04F000

January 1 - January 31, 2024
RUDOLPH W. GIULIANI
Citigold Account ●●●●428

Page 3 of 4

## Important Disclosures

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

### CITIBANK ACCOUNTS

The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS

**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

### CERTIFICATES OF DEPOSIT

Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS

**In Case of Errors or Questions about Your Electronic Fund Transfers:**

If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Give us the following Information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error) for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003

*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error appeared on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.

Citibank, N.A. Member FDIC

January 1 - January 31, 2024
RUDOLPH W. GIULIANI ▇428
Citigold Account

Page 4 of 4

This page has been intentionally left blank.