UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                     : Chapter 11
                                                           :
RUDOLPH W. GIULIANI                                        : Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                            :
                                                           :
             Debtor.                                       :
------------------------------------------------------------x

ORDER SCHEDULING AN
EXPEDITED HEARING AND SHORTENING THE
NOTICE PERIOD WITH RESPECT TO THE JOINT MOTION OF
THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ORDER APPROVING STIPULATION CONCERNING
DEADLINE FOR CREDITORS TO CHALLENGE DISCHARGEABILITY OF DEBTS

Upon the motion (the "Motion to Shorten")[1] of the Parties for entry of an order (this "Order") scheduling an expedited hearing and shortening the notice period with respect to the Stipulation Approval Motion, all as more fully set forth in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtor's estate, his creditors and other parties in interest; and this Court having found that the facts and circumstances set forth in the Motion to Shorten justify the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

ORDERED THAT:

1.  The Motion to Shorten is granted as set forth herein.

2.  Pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 9006(c) and Local Rule 9006-1, the notice period with respect to the Stipulation Approval Motion is hereby reduced and shortened to the extent necessary to effectuate the terms of this Order.

3.  A hearing (the "<u>Hearing</u>") to consider the relief requested in the Stipulation Approval Motion will be held before this Court, on **March 13, 2024 at 10:00 a.m. (prevailing Eastern Time)**.

4.  The Parties shall cause notice of the Hearing to be provided by sending a copy of the Motion to Shorten and the Stipulation Approval Motion via personal delivery, e-mail, the CM/ECF system, fax or overnight mail. Service of the Motion to Shorten and the Stipulation Approval Motion shall be deemed sufficient under the circumstances.

5.  Responses or objections to the relief requested by the Stipulation Approval Motion shall be in writing and filed with the Court and served upon the Parties so as to be **<u>actually received</u>** not later **<u>March 8, 2024 at 4:00 p.m.</u>** (prevailing Eastern Time).

6.  The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order.

7.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: March 6, 2024

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE