**Berger, Fischoff, Shumer,**
**Wexler & Goodman, LLP**
Attorneys & Counselors at Law

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Brad A. Schlossberg
Randi E. Taub

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136  Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811  Fax: 516.740.0887

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin

Reply to: [X] Syosset Office
[ ] Brooklyn Office

also admitted in New Jersey*
also admitted in District of Columbia**

March 6, 2024

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

March 5, 2024 was the adjourned Notice of Presentment date for the retention application for Berger, Fischoff, Shumer, Wexler & Goodman, LLP as Debtor's counsel and Aidala, Bertuna & Kamins, P.C. as special counsel.

The Debtor, the United States Trustee and the Unsecured Creditor Committee are very close to having a consensual proposed order for filing for the Berger, Fischoff, Shumer, Wexler & Goodman, LLP retention and we expect to file as soon as Thursday. We request that Notice of Presentment date be adjourned until Friday, March 8, 2024.

With respect to Aidala, Bertuna & Kamins, P.C. retention, we are in discussions also for a consensual application and order and expect to have that resolved within the week.

Therefore it is requested that the Notice of Presentment date for the Adala, Bertuna & Kamins, P.C. application be adjourned until March 15, 2024.

Respectfully,

Gary C. Fischoff

www.bfslawfirm.com
East Islip, New York    Centereach, New York
(by appointment only)