AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| **RUDOLPH W. GIULIANI** : | Case No. 23-12055 (SHL) |
| a/k/a **RUDOLPH WILLIAM GIULIANI,** : | |
| : | |
| **Debtor.** : | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1. I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2. I hereby certify that, on March 5, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the party listed in **Exhibit A** attached hereto.

- *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Schedule an Expedited Hearing and Shorten the Notice Period with Respect to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [ECF No. 134]

3. I hereby certify that, on March 6, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Schedule an Expedited Hearing and Shorten the Notice Period with Respect to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [ECF No. 134]

Washington, D.C.  /s/ Adelle Else
Dated: March 6, 2024  Adelle Else

## EXHIBIT A

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

## **EXHIBIT B**

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408