AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a **RUDOLPH WILLIAM GIULIANI,** | Case No. 23-12055 (SHL) |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1. I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2. I hereby certify that, on March 7, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 2004 Authorizing Discovery of the Debtor and Third Parties* [ECF No. 140]

3.  I hereby certify that, on March 8, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 2004 Authorizing Discovery of the Debtor and Third Parties* [ECF No. 140]

4.  I hereby certify that, on March 8, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via First Class Mail on the parties listed in **Exhibit C** attached hereto.

- *Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 2004 Authorizing Discovery of the Debtor and Third Parties* [ECF No. 140]

| | |
|---|---|
| Washington, D.C.<br>Dated: March 11, 2024 | */s/ Adelle Else*<br>Adelle Else |

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*


**Gary Fischoff**
gfischoff@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
*Counsel for the Debtor*


**Heath Berger**
hberger@bfslawfirm.com
Berger, Fischoff, Shumer, Wexler, & Goodman, LLP
*Counsel for the Debtor*

## EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601


**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408

## EXHIBIT C

**Andrew Giuliani**
444 E 86th Street, 35H
New York, NY 10028

**James Menges**
7601 S Flagler Drive
West Palm Beach, FL 33405

**Giuliani Freedom Fund**
3300 S Dixie Highway
PO Box 309
West Palm Beach, FL 33405

**Giuliani Defense**
401 S County Road
#3495
Palm Beach, FL 33480

**Giuliani Partners, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

**Giuliani Communications, LLC**
United Corporate Services, Inc.
10 Bank Street
Suite 560
White Plains, NY 10606

**Giuliani & Company, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19802

**Giuliani Security & Safety, LLC**
The Corporate Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Giuliani Group, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19802

**Rudolph W. Giuliani, PLLC**
The LLC
445 Park Avenue, Suite 18A
New York, NY 10022

**WorldCapital Payroll Corporation**
United Corporate Services, Inc.
800 North State Street, Suite 304
Dover, DE 19901

**Robert Kiger**
10771 Fairmont Village Drive
Lake Worth, FL 33449

**Dr. Maria Ryan**
418 Walnut Street
Manchester, NH 03104-2543

**Ryan Medrano**
1 Irving Place, Office 1
New York, NY 10003-9701

**Joseph Ricci**
6 Arbor Field Way
Lake Grove, NY 11755-1835


**Michael Ragusa**
37 Rachel Court, Unit 9
Freehold, NJ 07728-3926


**Ted Goodman**
710 12th Street S
Apt 2422
Arlington, VA 222