Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                         Chapter 11

RUDOLPH W. GIULIANI                                            Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                              Debtor
-----------------------------------------------------------X

## ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121 (d)

Upon the application of Rudolph W. Giuliani, the debtor and debtor-in-possession (the "Debtor") dated March 11, 2024 (the "Application") (ECF #___), by his attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP, for the entry of an Order extending for 120 days the periods (the "Exclusive Periods") during which the Debtor may file a plan, and 180 days during which the Debtor can solicit acceptances to a plan, pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"); a hearing on the Debtors' Application having been held before this Court on April 4, 2024, at which appeared Breger, Fischoff, Shumer, Wexler & Goodman, LLP (Gary C. Fischoff, Esq. and Heath S. Berger, Esq. appearing); the United States Trustee by Andrea Schwartz, Esq. and Akin Gump Strauss Hauer & Feld, LLP for the Creditor Committee (_____ and _____ appearing); it appearing that sufficient notice to the Debtor's Application has been given and no further notice is required; and good sufficient cause appearing therefor; it is

ORDERED that the Debtor's Application is granted as provided herein; and it is

ORDERED that in accordance with section 1121(d) of the Bankruptcy Code, the Exclusive Period during which the Debtor may file a plan is hereby extended through and including August 19, 2024, and it is further

ORDERED that in accordance with section 1121(d) of the Bankruptcy Code, the Exclusive Period during which the Debtor may solicit acceptances to the plan or any amended plan, that complies, be, and the same hereby is, extended through and including October 18, 2024; and it is further

ORDERED that nothing contained herein shall constitute a waiver of any of the rights of any party in respect to any other matter, including the Debtor's right to seek further extensions of time pursuant to section 1121(d) of the Bankruptcy Code.