BUDGET

| | |
|---|---|
| Administrative Tasks | $150,000.00 |
| Retentions | $100,000.00 |
| Unsecured Creditor Committee Rule 2004 requests | $250,000.00 |
| Dischargeability actions and issues | $100,000.00 |
| Various Motions | $100,000.00 |
| Plan and disclosure preparation | $150,000.00 |

The case will be primarily staffed by Heath S. Berger and Gary C. Fischoff as attorneys and Angelique Filardi and Dawn Profita as administrative staff. As needed other attorneys of the firm and staff will be utilized.