## SCHEDULE A

## ITEMIZED RECEIPTS
### All Listed Line Numbers

### Committee: GIULIANI DEFENSE

| Contributor's Name | Contributor's Address | Employer/Occupation | Receipt/Description | Date | Amount ($) | Aggregate ($) |
|---|---|---|---|---|---|---|
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Contributory Loan/Establish Contributory Bank Accout | 08/04/2023 | 25.00 | 25.00 |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Non-Contributory Loan/Establish Non-Contributory Bank Accout | 08/04/2023 | 25.00 | 50.00 |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | FEC Infusion LLC / President | Non-Contributory Loan/Printing /Intuit Checks | 08/28/2023 | 104.96 | 154.96 |
| Eliabeth Ailes | 6 Ocean Ln, Palm Beach, Florida 33480 | Retired / Retired | Non-Contributory Account Receipt | 09/07/2023 | 100000.00 | 100000.00 |
| Garyn Borland | 1807 Tahlina Terrance Corona Del Mar, California 32625 | Requested / Requested | Non-Contributory Account Receipt | 09/07/2023 | 300000.00 | 300000.00 |
| Joan Chin | 332 East 84th Street 5G New York, New York 10028 | SiriusXM / Radio | Non-Contributory Account Receipt | 12/16/2023 | 208.65 | 208.65 |
| Arnold Gumowitz | 421 7th Ave. New York, New York 10001 | Requested / Requested | Non-Contributory Account Receipt | 09/07/2023 | 50000.00 | 50000.00 |
| Holistic Choice Labs | 454 Columbia Industrial Blvd #6 Evans, Georgia 30809 | | Non-Contributory Account Receipt | 08/28/2023 | 10000.00 | 10000.00 |
| Vernon Kerry | 9343 Rapid Lightning Rd. Sandpoint, Idaho 838644798 | Requested / Requested | Non-Contributory Account Receipt | 12/27/2023 | 250.00 | 250.00 |
| Damon Kimber | 952 Anderson Ave. Bronx, New York 104525602 | Requested / Requested | Non-Contributory Account Receipt | 12/19/2023 | 5000.00 | 5000.00 |
| Marilyn Krone | 5748 Gauglin Ter Palm Beach Gardens, Florida 33415 | Requested / Requested | Non-Contributory Account Receipt | 09/11/2023 | 1000.00 | 1000.00 |
| James Liautauo | 24 Dockside Lane Key Largo, Florida 33307 | Requested / Requested | Non-Contributory Account Receipt | 09/07/2023 | 100000.00 | 100000.00 |
| Matthew Martorano | 420 Rose Garden Ln ALPHARETTA, Georgia 30009 | ENTREPRENEUR / ENTREPRENEUR | Non-Contributory Account Receipt | 09/05/2023 | 100000.00 | 100000.00 |
| Probity International Corp. | 421 N Beverly Dr Beverly Hiolls, California 90210 | | Non-Contributory Account Receipt | 09/05/2023 | 35000.00 | 35000.00 |

| Contributor Name | Contributor Address | Employer / Occupation | Receipt Type | Memo Text / Date | Amount ($) | Aggregate ($) |
|---|---|---|---|---|---|---|
| Nancy Takei | 242 E 87th St Apt 5B New York, New York 10128 | Requested / Requested | Contributory Account Receipt | 12/14/2023 | 500.00 | 500.00 |
| Lewis E. Topper | 212 Tresure Place Jupiter, Florida 33469 | Self Employed / Executive | Non-Contributory Account Receipt | 08/24/2023 | 25000.00 | 25000.00 |

| | |
|---|---|
| Total Donation Amount (Non-Memo) | $727113.61 |
| Total Memo Amount | $0 |
| Number of Transactions (Non-Memo) | 16 |
| Number of Transactions (Memo) | 0 |

Generated Fri Feb 16 09:25:47 2024

Federal Election Commission (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: webmanager@fec.gov



## ITEMIZED DISBURSEMENTS
## All Listed Line Numbers

## Committee: GIULIANI DEFENSE

| Disbursement To | Address | Election Type | Date of Disbursement | Entry Description | Amount This Period | Text Memo |
|---|---|---|---|---|---|---|
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | | 09/04/2023 | Repay Loan to Non-Contributory Acct For | 104.96 | |
| Robert Kiger | PO Box 3495 Palm Beach, Florida 33480 | | 09/05/2023 | Repay Loan to Non-Contributory Account F | 25.00 | |
| Aidala, Bertuna & Kamins, P.C. | 546 Fifth Ave. 6th Floor New York, New York 10036 | | 09/15/2023 | Non-Contributory Disbursement/Legal Fees | 200000.00 | |
| Berger Fischoff Shumer LLP | 6901 Jericho Turnpike Suite 230 Syosset, New York 11787 | | 12/21/2023 | Non-Contributory Disbursement/Legal Fees | 30000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 09/12/2023 | Non-Contributory Disbursement/Legal Fees | 100000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 09/12/2023 | Non-Contributory Disbursement/Legal Fees | 100000.00 | |
| Camara & Sibley LLP | 1108 Lavaca St Suite 110263 Austin, Texas 78701 | | 11/27/2023 | Non-Contributory Disbursement/Legal Fees | 60000.00 | |
| FEC Infusion LLC | PO Box 3495 Palm | | 09/05/2023 | Non-Contributory Account Dispersement/Re | 1029.90 | |

| Disbursement To | Address | Type | Date of Disbursement | Extra Description | Amount This Year/Period |
|---|---|---|---|---|---|
| | Beach, Florida 33480 | | | | |
| FEC Infusion LLC | PO Box 3495 Palm Beach, Florida 33480 | | 11/01/2023 | Non-Contributory Account Dispersement/Re | 1596.30 |
| MailSmart Logistics | P.O. Box 791758 Baltimore, Maryland 21279 | | 12/31/2023 | Non-Contributory Account Dispersement/Po | 7550.61 |
| OnPoint | 20130 Lakeview Center Plaza Ashburn, Virginia 20147 | | 12/31/2023 | Non-Contributory Account Dispersement/Ma | 367.00 |
| Planet Direct | 11050 Challenger Court Manassas, Virginia 20109 | | 12/31/2023 | Non-Contributory Account Dispersement/Po | 3363.30 |
| Robertson Mailing List Company | 113 East Market Street Suite 210 Leesburg, Virginia 20176 | | 12/31/2023 | Non-Contributory Account Dispersement/Da | 5027.12 |
| Stockton and Stockton LLC | 191 South Main Street Clayton, Georgia 30525 | | 10/24/2023 | Non-Contributory Disbursement/Legal Fees | 50000.00 |
| Valley Press | 3 Jenner Court Owings Mills, Maryland 21117 | | 12/31/2023 | Non-Contributory Account Dispersement/Pr | 3338.00 |

| | |
|---|---|
| Total Disbursement Amount (Non-Memo) | 562402.19 |
| Total Memo Amount | 0 |
| Number of Transactions (Non-Memo) | 15 |
| Number of Transactions (Memo) | 0 |