| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP |
| Ira S. Dizengoff | Gary C. Fischoff |
| Philip C. Dublin | Heath S. Berger |
| Abid Qureshi | 6901 Jericho Turnpike, Suite 230 |
| One Bryant Park | Syosset, New York 11791 |
| New York, New York 10036 | (516) 747-1136 |
| Telephone: (212) 872-1000 | |
| Facsimile: (212) 872-1002 | *Proposed Attorneys for the Debtor* |

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

*Proposed Counsel to the Official Committee of
Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                        :     Chapter 11
                                                                                   :
**RUDOLPH W. GIULIANI**                                 :     Case No. 23-12055 (SHL)
**a/k/a RUDOLPH WILLIAM GIULIANI,**        :
                                                                                   :
                                   Debtor.                              :
---------------------------------------------------------------x

## AGENDA FOR MARCH 13, 2024 CASE CONFERENCE

**Time and Date of Hearing**: March 13, 2024 at 10:00 a.m. (prevailing Eastern Time).

**Hybrid Hearing**: The Hearing will take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance, must make an electronic appearance (an "eCourt Appearance") through the Court's website at *https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*.  eCourt Appearances must be made by **March 12, 2024 at 4:00 p.m.** (prevailing Eastern Time).

**Copies of Pleadings**:  Copies of the pleadings filed in this chapter 11 case may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov* in accordance with the procedures and fees set forth therein.

## CASE STATUS CONFERENCE

1.  **General Status Update**.  The parties will provide an update with respect to case status.

## UNCONTESTED MATTERS

1.  **Akin Retention Application**. *Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [Docket No. 110] (the "Akin Retention Application")

    Objection Deadline: March 6, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Filed:  None

    Replies Filed:  None

    Related Documents:  None

    Status:  On March 11, 2024, the United States Trustee (the "UST") provided informal comments to the Akin Retention Application.  The Official Committee of Unsecured Creditors is working with the UST to address those comments and submit a consensual order to the Court this week.

2.  **Stipulation Approval Motion**. *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 133]

    Objection Deadline: March 8, 2024 at 4:00 p.m. (Prevailing Eastern Time)

    Responses Filed:  None

    Replies Filed:  None

    Related Documents:

    a.  *Joint Motion of the Debtor and the Official Committee of Unsecured Creditors to Schedule an Expedited Hearing and Shorten the Notice Period with Respect to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 134]

2

    b.    *Order Scheduling an Expedited Hearing and Shortening the Notice Period with Respect to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 137]

    c.    *Certificate of No Objection to Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Order Approving Stipulation Concerning Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 143]

<u>Status</u>:  This matter is going forward on an uncontested basis.

### *FREEMAN V. GIULIANI*, Adv. Pro. No. 24-01320-SHL

1. **Pre-Motion Conference**. Pre-motion conference with respect to Plaintiffs' forthcoming motion for summary judgment [Docket No. 4]

 

Dated: March 12, 2024

*/s/ Philip C. Dublin*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Tel:    (212) 872-1000
Fax:    (212) 872-1002
Email:    idizengoff@akingump.com
            pdublin@akingump.com
            aqureshi@akingump.com

- and -

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:    (214) 969-2800
Fax:    (214) 969-4343
Email:    rbibloblock@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Rudolph W. Giuliani*

3

Dated: March 12, 2024                                */s/ Heath S. Berger*
                                                          **BERGER, FISCHOFF, SHUMER,**
                                                          **WEXLER & GOODMAN, LLP**
                                                          Gary C. Fischoff
                                                          Heath S. Berger
                                                          6901 Jericho Turnpike, Suite 230
                                                          Syosset, New York 11791
                                                          (516) 747-1136

                                                          *Proposed Attorneys for the Debtor*