AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RUDOLPH W. GIULIANI** | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| **Debtor.** | : | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1. I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2. I hereby certify that, on March 15, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) Sell His Florida Condominium and (II) Obtain Homeowners Insurance for His Florida Condominium and New York City Apartment* [ECF No. 148]

3. I hereby certify that, on March 16, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via first class mail on the party listed in **Exhibit B** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) Sell His Florida Condominium and (II) Obtain Homeowners Insurance for His Florida Condominium and New York City Apartment* [ECF No. 148]

4. I hereby certify that, on March 18, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the parties listed in **Exhibit C** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) Sell His Florida Condominium and (II) Obtain Homeowners Insurance for His Florida Condominium and New York City Apartment* [ECF No. 148]

Washington, D.C.  /s/ *Adelle Else*
Dated: March 18, 2024  Adelle Else

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

## EXHIBIT B

**The Southlake Condominium Association**
Nason Yeager Gerson Harris & Fumero P.C.
750 Park of Commerce Boulevard, Suite 210
Boca Raton, FL 33487

## EXHIBIT C

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408