UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
RUDOLPH W. GIULIANI                                             :    Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                                 :
                                                                :
               Debtor.                                          :
------------------------------------------------------------x

**SUPPLEMENTAL
DECLARATION OF PHILIP C. DUBLIN IN
SUPPORT OF THE APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF RUDOLPH
W. GIULIANI TO RETAIN AND EMPLOY AKIN GUMP STRAUSS
HAUER & FELD LLP AS COUNSEL, EFFECTIVE AS OF JANUARY 16, 2024**

I, Philip C. Dublin, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in the State of New York. I am a partner at the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"). Akin maintains offices at, among other places, One Bryant Park, New York, New York 10036. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this supplemental declaration (the "Supplemental Declaration") on behalf of Akin in support of the *Application of the Official Committee of Unsecured Creditors of Rudloph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP Counsel, Effective as of January 16, 2024* [Docket No. 110] (the "Application").[1]

3. On February 14, 2024, the Committee filed the Application, together with, among other things, the *Declaration of Philip C. Dublin in Support of the Application of the Official Committee of Unsecured Creditors of Rudloph W. Giuliani to Retain and Employ Akin Gump*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

*Strauss Hauer & Feld LLP Counsel, Effective as of January 16, 2024* (the "<u>Initial Declaration</u>"), which was attached to the Application as <u>Exhibit B</u> and is incorporated herein by reference.

4. I submit this Supplemental Declaration in further support of the Application. Except as otherwise noted, all facts in this Supplemental Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by my colleagues at Akin.

5. Akin is a firmwide limited liability partnership organized under the laws of Texas that includes all Akin partners globally. In affiliation with Akin, there are a small number of Akin-branded entities for certain foreign offices. For example, a limited liability partnership known as Akin Gump LLP is an entity associated with Akin's London office. For the avoidance of doubt, Akin's conflicts checking system and the Conflicts Database is firmwide and encompasses all of Akin's offices and attorneys, whether located domestically or internationally.

6. In paragraph 4 of the Initial Declaration, I state that "[t]o the best of my knowledge and information, neither Akin nor I hold directly any claim or debt of the Debtor." For the avoidance of doubt, to the best of my knowledge and information, neither Akin nor I hold any *direct or indirect* claim against, or debt of, the Debtor.

7. Attached hereto as **<u>Schedule 1</u>** is a list of additional parties that were not included on **<u>Schedule 1</u>** of the Initial Declaration (the "<u>Additional Searched Parties</u>"), specifically the names of certain additional staff of the Court and the U.S. Trustee.

8. In preparing this Supplemental Declaration, through my colleagues, I submitted the names of the Additional Searched Parties to the Conflicts Database and conducted a review of the Additional Searched Parties in accordance with the procedures described in the Initial Declaration.

Akin does not currently represent, and has not in the past three calendar years represented, the Additional Searched Parties.

9. Moreover, based on the conflicts search conducted to date and described in the Initial Declaration, to the best of my knowledge, I do not believe there is any connection between Akin and the Additional Search Parties.

10. To the best of my knowledge, Akin remains disinterested under the Bankruptcy Code and continues to have no adverse interest under Bankruptcy Code section 1103(b).

11. To the extent that Akin needs to update the information disclosed herein, Akin will disclose such information by filing an additional supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct on this 20th day of March, 2024.

                                               */s/ Philip C. Dublin*
                                               Name: Philip C. Dublin

## Schedule 1

**U.S. Trustee's Office – Southern District of New York**

- Rachael Siegel

**Judge Sean H. Lane's Staff**

- Sarah Rosenthal
- Emilie Simone