AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RUDOLPH W. GIULIANI** | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| **Debtor.** | : | |

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1.  I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, proposed counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.  I hereby certify that, on March 20, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users.

- *Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Global Data Risk LLC as Specialized Forensic Financial Advisor, Effective as of February 9, 2024* [ECF No. 150]

- *Supplemental Declaration of Philip C. Dublin in Support of the Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 151]

3. I hereby certify that, on March 20, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Global Data Risk LLC as Specialized Forensic Financial Advisor, Effective as of February 9, 2024* [ECF No. 150]

4. I hereby certify that, on March 21, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Supplemental Declaration of Philip C. Dublin in Support of the Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 151]

5. I hereby certify that, on March 21, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Global Data Risk LLC as Specialized Forensic Financial Advisor, Effective as of February 9, 2024* [ECF No. 150]

- *Supplemental Declaration of Philip C. Dublin in Support of the Application of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of January 16, 2024* [ECF No. 151]

Washington, D.C.　　　　　　　　　　　　　　*/s/ Adelle Else*
Dated: March 21, 2024　　　　　　　　　　　　Adelle Else

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

## **EXHIBIT B**

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408