UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

                                            Debtor

------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )   ss:

     I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

     On March 28, 2024 deponent served a copy of the **Debtor's Opposition** regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

                                                _____
                                                Angelique Filardi

Sworn to me this 28th
day of March 2024

_____
NOTARY PUBLIC

                HEATH S. BERGER
       Notary Public, State of New York
              No. 02BE5008879
          Qualified in Suffolk County
     Commission Expires March 1, 20 27.

U.S. Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

Southlake Condominium Association
Nason Yeager Gerson Harris & Fumero P.C.
750 Park of Commerce Boulevard, Suite 210
Boca Raton, FL 33487

Chambers of Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On March 28, 2024, deponent served a copy of the within **Debtor's Opposition** by sending true and correct copies via email to:

Amelia Danovitch, Esq – adanovitch@akingump.com
Philip Dublin, Esq. – pdublin@akingump.com
Abid Qureshi, Esq. – aqureshi@akingump.com
Rachel Biblo Block, Esq. – rbibloblock@akingump.com

_____
Angelique Filardi

Sworn to me this 28th
day of March, 2024

_____
NOTARY PUBLIC

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 2027