BERGER, FISCHOFF, SHUMER, WEXLER
& GOODMAN, LLP
Gary C. Fischoff
Heath S. Berger
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

*Attorneys for the Debtor*

AKIN GUMP STRAUSS HAUER &
FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of Unsecured
Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **RUDOLPH W. GIULIANI** | : **Case No. 23-12055 (SHL)** |
| **a/k/a RUDOLPH WILLIAM GIULIANI,** | : |
| | : |
| **Debtor.** | : |

------------------------------------------------------------x

**NOTICE OF FILING OF REVISED PROPOSED ORDER
REGARDING DEBTOR'S APPLICATION FOR AN ORDER EXTENDING
DEBTOR'S EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE
A PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121**

**PLEASE TAKE NOTICE** that on March 11, 2024, the above-captioned debtor (the

"Debtor") filed the *Debtor's Application for an Order Extending Debtor's Exclusive Periods*

*During Which Debtor May File a Plan and Solicit Acceptances Thereof Pursuant to 11 U.S.C.*

*§ 1121* [Docket No. 142] (the "Application").  Attached to the Application was a proposed form of

order extending the exclusive period during which the Debtor may file a plan and solicit

acceptances thereof (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that following discussions with the Official Committee of Unsecured Creditors appointed in the Debtor's chapter 11 case, the Debtor has revised the Original Proposed Order (such revised form of order, the "<u>Revised Proposed Order</u>"), a copy of which is attached hereto as **<u>Exhibit A</u>**. A redline of the Revised Proposed Order marked against the Original Proposed Order is attached hereto as **<u>Exhibit B</u>**.

**<u>PLEASE TAKE FURTHER NOTICE</u>** that the Debtor's counsel will present the Revised Proposed Order to the Court at the hearing to be held on **Thursday, April 4, 2024 at 2:00 p.m. (prevailing Easten Time)**.

*[Remainder of Page Intentionally Left Blank]*

2

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and the Revised

Proposed Order may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov*

in accordance with the procedures and fees set forth therein.

Dated: April 3, 2024

/s/ Heath S. Berger
**BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP**
Gary C. Fischoff
Heath S. Berger
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

*Attorneys for the Debtor*

Dated: April 3, 2024
New York, New York

By: /s/ Philip Dublin
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Tel:    (212) 872-1000
Fax:    (212) 872-1002
Email:  idizengoff@akingump.com
        pdublin@akingump.com
        aqureshi@akingump.com

- and -

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:    (214) 969-2800
Fax:    (214) 969-4343
Email:  rbibloblock@akingump.com

*Counsel to the Official Committee
of Unsecured Creditors of Rudolph W. Giuliani*