# EXHIBIT B

## Redline

Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                Chapter 11

RUDOLPH W. GIULIANI                                Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI


                                    Debtor
-------------------------------------------------------------X

## ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121 (d)

Upon the application (the "Application") of Rudolph W. Giuliani, the debtor and

debtor-in-possession (the "Debtor") dated March 11, 2024 (the "Application") (ECF #— 142),

by his attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP, for the entry of an Order

extending for 120 days the periods (the "Exclusive Periods") during which the Debtor may file a

plan, and 180 days during which the Debtor can solicit acceptances to of a plan (together, the

"Exclusive Periods"), pursuant to section 1121(d) of title 11 of the United States Code (the

"Bankruptcy Code"); a hearing on the Debtors'Debtor's Application having been held before this

Court on April 4, 2024 (if necessary), at which appeared BregerBerger, Fischoff, Shumer,

Wexler & Goodman, LLP (Gary C. Fischoff, Esq. and Heath S. Berger, Esq. appearing), the

United States Trustee by Andrea Schwartz, Esq. and Akin Gump Strauss Hauer & Feld, LLP for

the Creditor Committee (_____ and _____ appearingofficial committee of unsecured

creditors appointed in the Debtor's chapter 11 case (the "Committee"); it appearing that

sufficient notice ~~to~~of the Debtor's Application has been given and no further notice is required; and good sufficient cause appearing therefor; it is

ORDERED that the Debtor's Application is granted as provided herein; and it is

ORDERED that in accordance with section 1121(d) of the Bankruptcy Code, the Exclusive Period during which the Debtor may file a plan is hereby extended through and including ~~August 19~~June 18, 2024, without prejudice to the Debtor to seek further extensions of time consistent with the Bankruptcy Code; and it is further

ORDERED that in accordance with section 1121(d) of the Bankruptcy Code, the Exclusive Period during which the Debtor may solicit acceptances ~~to the~~of a plan (or ~~any~~an amended ~~plan, that complies, be, and the same~~version thereof) is hereby ~~is,~~extended through and including ~~October 18~~August 19, 2024; and it is further

ORDERED that nothing contained herein shall constitute a waiver of any of the rights of any party ~~in respect to any other matter, including the Debtor's right to seek further extensions of time pursuant to section 1121(d) of the Bankruptcy Code~~.