UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                                          Chapter 11

RUDOLPH W. GIULIANI                                             Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                          Debtor

-------------------------------------------------------X

## AGENDA FOR APRIL 4, 2024 CASE CONFERENCE

Time and Date of Hearing:   April 4, 2024 at 2:00 p.m. (prevailing Eastern Time).

Hybrid Hearing:             The Hearing will take place before the Honorable Sean H. Lane,
                            United States Bankruptcy Judge, United States Bankruptcy Court
                            For the Southern District of New York, 300 Quarropas Street, White
                            Plains, New York 10601.

                            Parties wishing to appear at the Hearing, whether making a "live" or
                            "listen only" appearance, must make an electronic appearance (an
                            "eCourt Appearance") through the Court's website at
                            https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourt
                            Appearances must be made by April 3, 2024 at 4:00 p.m. (prevailing
                            Eastern Time).

Copies of Pleadings:        Copies of the pleadings filed in this Chapter 11 case may be obtained
                            by vising the Court's website at http://www.nysb.uscourts.gov in
                            accordance with the procedures and fees set forth therein.

### CASE STATUS CONFERENCE

1. General Status Update. The parties will provide an updated with respect to case status.

### UNCONTESTED MATTERS

1. Motion of the Official Committee of Unsecured Creditors for the Entry of an Order
   Pursuant to the Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure
   2004 Authorizing Discovery of the Debtor and Third Parties. [Docket No. 140] (the "Rule
   2004 Motion").

   Objection Deadline: March 28, 2024 at 4:00 p.m. (prevailing Eastern Time)

   Responses Filed: None

   Replies Filed: None

Related Documents:

Status: The Debtor and the Official Committee of Unsecured Creditors have engaged in discussions concerning the Rule 2004 Motion and are working on a proposed schedule for discovery responses and depositions.

2. Motion by the Debtor to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No: 142].

    Objection Deadline: March 28, 2024

    Responses Filed: None

    Replies Filed: None

    Related Documents:  *Notice of Filing of Revised Proposed Order Regarding Debtor's Application for an Order Extending Debtor's Exclusive Periods During Which Debtor May File a Plan and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121* [Docket No. 159] (the "Revised Proposed Order")

    Status: The Debtor and the Official Committee of Unsecured Creditors have agreed to a sixty-day extension without prejudice for the Debtor to request additional time. The Revised Proposed Order reflects this agreement.

3. Motion of the Official Committee of Unsecured Creditors to Retain and Employ Global Data Risk LLC as Specialized Forensic Financial Advisor, Effective as of February 9, 2024. [Docket No: 150] (the "GDR Retention Application").

    Objection Deadline: March 28, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None

    Replies Filed: None

    Related Documents:

    Status: On March 31, 2024, the United States Trustee provided informal comments on the GDR Retention Application. The Official Committee of Unsecured Creditors is working with the United States Trustee to address these comments.

## CONTESTED MATTERS

4. Motion of the Official Committee of Unsecured Creditors to Compel the Debtor to (I) Sell his Florida Condominium and (II) Obtain Homeowners Insurance for his Florida Condominium and New York City Apartment [Docket No: 148].

Objection Deadline: March 29, 2024 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed: Opposition filed on March 28, 2024 [Docket No: 155]

Replies Filed: Reply filed on April 1, 2024 [Docket No: 157]

Status: This matter will go forward.

Dated: April 3, 2024

BERGER, FISCHOFF, SHUMER
WEXLER & GOODMAN, LLP
Attorneys for the Debtor
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791