AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of
Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **RUDOLPH W. GIULIANI** | : Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : |
| | : |
| **Debtor.** | : |

---------------------------------------------------------------x

### NOTICE OF FILING OF REVISED PROPOSED ORDER REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AUTHORIZING DISCOVERY OF THE DEBTOR AND THIRD PARTIES

**PLEASE TAKE NOTICE** that on March 7, 2024, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 case of the above-captioned debtor (the "Debtor") filed the *Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 2004 Authorizing Discovery of the Debtor and Third Parties* [Docket No. 140] (the "Motion"). Attached to the Motion as Exhibit A was a proposed form of order authorizing the Committee to serve

document requests on, and take depositions of, the Debtor, his businesses and certain third parties (the "Original Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, following discussions with the United States Trustee, the Committee has revised the Original Proposed Order (such revised form of order, the "Revised Proposed Order"), a copy of which is attached hereto as **Exhibit A**. A redline of the Revised Proposed Order marked against the Original Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Revised Proposed Order may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov* in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: April 4, 2024<br>New York, New York | */s/ Philip C. Dublin*<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Tel:   (212) 872-1000<br>Fax:   (212) 872-1002<br>Email: idizengoff@akingump.com<br>          pdublin@akingump.com<br>          aqureshi@akingump.com<br><br>- and -<br><br>Rachel Biblo Block (admitted *pro hac vice*)<br>2300 N. Field St., Suite 1800<br>Dallas, Texas 75201<br>Tel:   (214) 969-2800<br>Fax:   (214) 969-4343<br>Email: rbibloblock@akingump.com<br><br>*Counsel to the Official Committee of*<br>*Unsecured Creditors of Rudolph W. Giuliani* |

## **EXHIBIT A**

**Revised Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                    :   Chapter 11
                                                          :
**RUDOLPH W. GIULIANI**                                   :   Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                           :
                                                          :
              **Debtor.**                                 :
---------------------------------------------------------------x

**ORDER GRANTING MOTION
OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE ENTRY OF AN
ORDER PURSUANT TO BANKRUPTCY CODE SECTION
105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
AUTHORIZING DISCOVERY OF THE DEBTOR AND THIRD PARTIES**

Upon the motion (the "Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order pursuant to Bankruptcy Code section 105 and Rule 2004 of the Federal Rules of Bankruptcy Procedure authorizing discovery of the Debtor, his businesses and certain third parties, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the estate, his creditors and all parties in interest; and it appearing that no notice of the relief sought in the Motion is necessary; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted, as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

2. The Committee is hereby authorized, pursuant to Rule 2004, to (a) serve document requests as specified below/subpoenas on, and (b) take depositions of, (i) Rudolph W. Giuliani; (ii) Giuliani Partners, LLC; (iii) Giuliani Communications, LLC; (iv) Giuliani Security & Safety, LLC; (v) Giuliani Group, LLC; (vi) Giuliani & Co.; (vii) Rudolph W. Giuliani PLLC; (viii) WorldCapital Payroll Corporation; (ix) Rudy Giuliani Freedom Fund Legal Defense Trust Fund; (x) Giuliani Defense; (xi) Robert Kiger; (xii) Andrew Giuliani; (xiii) Jake Menges; (xiv) Maria Ryan; (xv) Ryan Medrano; (xvi) Joseph Ricci; (xvii) Ted Goodman; (xviii) Michael Ragusa; and (xix) any other party the Committee identifies as possessing information relevant to its investigation into the Debtor's assets, liabilities, relevant prepetition conduct and financial position.

3. The recipients of any such subpoena are directed to respond to the requests and have completed document production no later than twenty-one (21) calendar days of service, subject to the recipients' rights to object or otherwise properly seek relief from the Court.

4. The Committee is hereby authorized, pursuant to Bankruptcy Rule 2004, to issue additional document requests, subpoenas *duces tecum* and subpoenas *ad testificandum* related to the identification, investigation and/or recovery of any of the Debtor's assets, the Debtor's liabilities, the Debtor's or other parties' prepetition conduct concerning the Debtor's assets or liabilities or claims of the estate, without further order of the Court.

5. The Committee reserves all rights to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of discovery authorized pursuant to this Order.

6. The United States Trustee shall be entitled to access all documents produced by, and attend and participate in all oral examinations of, the parties listed in paragraph 2.

7. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2024

                                                           _____
                                                           SEAN H. LANE
                                                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

### Redline

23-12055-shl    Doc 161    Filed 04/04/24    Entered 04/04/24 12:03:22    Main Document
Pg 7 of 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
**RUDOLPH W. GIULIANI**                                     :    Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                             :
                                                            :
                    **Debtor.**                             :
------------------------------------------------------------ x

**ORDER GRANTING MOTION
OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE ENTRY OF AN
ORDER PURSUANT TO BANKRUPTCY CODE SECTION
105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004
AUTHORIZING DISCOVERY OF THE DEBTOR AND THIRD PARTIES**

Upon the motion (the "Motion")[1] of the Official Committee of Unsecured Creditors (the "Committee"), for entry of an order pursuant to Bankruptcy Code section 105 and Rule 2004 of the Federal Rules of Bankruptcy Procedure authorizing discovery of the Debtor, his businesses and certain third parties, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, the estate, his creditors and all parties in interest; and it appearing that no notice of the relief sought in the Motion is necessary; and good and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as set forth herein.

2. The Committee is hereby authorized, pursuant to Rule 2004, to (a) serve document requests as specified below/subpoenas on, and (b) take depositions of, (i) Rudolph W. Giuliani; (ii) Giuliani Partners, LLC; (iii) Giuliani Communications, LLC; (iv) Giuliani Security & Safety, LLC; (v) Giuliani Group, LLC; (vi) Giuliani & Co.; (vii) Rudolph W. Giuliani PLLC; (viii) WorldCapital Payroll Corporation; (ix) Rudy Giuliani Freedom Fund Legal Defense Trust Fund; (x) Giuliani Defense; (xi) Robert Kiger; (xii) Andrew Giuliani; (xiii) Jake Menges; (xiv) Maria Ryan; (xv) Ryan Medrano; (xvi) Joseph Ricci; (xvii) Ted Goodman; (xviii) Michael Ragusa; and (xix) any other party the Committee identifies as possessing information relevant to its investigation into the Debtor's assets, liabilities, relevant prepetition conduct and financial position.

3. The recipients of any such subpoena are directed to respond to the requests and have completed document production no later than twenty-one (21) calendar days of service, subject to the recipients' rights to object or otherwise properly seek relief from the Court.

4. The Committee is hereby authorized, pursuant to Bankruptcy Rule 2004, to issue additional document requests, subpoenas *duces tecum* and subpoenas *ad testificandum* related to the identification, investigation and/or recovery of any of the Debtor's assets, the Debtor's liabilities, the Debtor's or other parties' prepetition conduct concerning the Debtor's assets or liabilities or claims of the estate, without further order of the Court.

5. The Committee reserves all rights to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of discovery authorized pursuant to this Order.

6.  The United States Trustee shall be entitled to access all documents produced by, and attend and participate in all oral examinations of, the parties listed in paragraph 2.

~~6~~7.  The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

~~7~~8.  The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

~~8~~9.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2024

                                                          _____
                                                          SEAN H. LANE
                                                          UNITED STATES BANKRUPTCY JUDGE

| Summary report: Litera Compare for Word 11.7.0.54 Document comparison done on 4/4/2024 11:25:14 AM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** nd://4887-4850-0148/1/RWG - Revised Proposed 2004 Order.docx ||
| **Modified DMS:** nd://4887-4850-0148/2/RWG - Revised Proposed 2004 Order.docx ||
| **Changes:** ||
| Add | 4 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |