1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6  RUDOLPH W. GIULIANI,                    Lead Case No.

7          Debtor.                         23-12055-shl

8  - - - - - - - - - - - - - - - - - - - -x

9  FREEMAN, et al.,

10          Plaintiffs,                    Adv. Proc. No.

11  v.                                     24-01320-shl

12  GIULIANI,

13          Defendant.

14  - - - - - - - - - - - - - - - - - - - -x

15              United States Bankruptcy Court

16              One Bowling Green

17              New York, New York

18

19              March 13, 2024

20              10:24 AM

21

22  B E F O R E:

23  HON.  SEAN H. LANE

24  U.S. BANKRUPTCY JUDGE

25  ECRO:  NAROTAM RAI

2

1

2    Case Management Status Conference

3

4    Doc. #145 Notice Of Agenda

5

6    Doc. #110 (Status Conference) Application To Employ Akin Gump

7    Strauss Hauer & Feld LLP As Counsel To The Official Committee

8    Of Unsecured Effective As Of January 16, 2024

9

10   Doc. #133 Joint Motion To Extend Time / Joint Motion Of The

11   Debtor And The Official Committee Of Unsecured Creditors For

12   Order Approving Stipulation Concerning Deadline For Creditors

13   To Challenge Dischargeability Of Debts

14

15   Doc. #137 Order Scheduling An Expedited Hearing And Shortening

16   The Notice Period With Respect To The Joint Motion Of The

17   Debtor And The Official Committee Of Unsecured Creditors For

18   Order Approving Stipulation Concerning Deadline For Creditors

19   To Challenge Dischargeability Of Debts

20

21   Adversary proceeding: 24-01320-shl Freeman et al v. Giuliani

22   Doc. #4 Plaintiff's Request For A Pre-Motion Conference To File

23   A Motion For Summary Judgment

24

25

3

Transcribed by:  River Wolfe

eScribers, LLC

7227 North 16th Street, Suite #207

Phoenix, AZ 85020

(800) 257-0885

operations@escribers.net

4

A P P E A R A N C E S (All present by video or telephone):

BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP

        Attorneys for Debtor

        6901 Jericho Turnpike

        Suite 230

        Syosset, NY 11791


BY:   HEATH S. BERGER, ESQ. (ZOOM)

        GARY C. FISCHOFF, ESQ. (ZOOM)



WILLKIE FARR & GALLAGHER LLP

        Attorneys for Ms. Ruby Freeman and Ms. Wandrea ArShaye

         Moss

        787 Seventh Avenue

        New York, NY 10019


BY:   ALISON R. AMBEAULT, ESQ. (ZOOM)

        JAMES BURBAGE, ESQ. (ZOOM)

        MARINE LOISON, ESQ. (ZOOM)

        AARON E. NATHAN, ESQ. (ZOOM)

        RACHEL C. STRICKLAND, ESQ. (ZOOM)

5

1

2  AKIN GUMP STRAUSS HAUER & FELD LLP

3       Attorneys for the Official Committee of Unsecured

4          Creditors

5       2300 North Field Street

6       Suite 1800

7       Dallas, TX 75201

8

9  BY:   RACHEL BIBLO BLOCK, ESQ.

10

11

12  AKIN GUMP STRAUSS HAUER & FELD LLP

13       Attorneys for the Official Committee of Unsecured

14          Creditors

15       One Bryant Park

16       New York, NY 10036

17

18  BY:   AMELIA DANOVITCH, ESQ.

19       PHILIP C. DUBLIN, ESQ.

20       SHANT K. EULMESSEKIAN, ESQ. (ZOOM)

21       ABID QURESHI, ESQ.

22

23

24

25

6

1

2   BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

3       Attorneys for Smartmatic

4       1313 North Market Street

5       Suite 1201

6       Wilmington, DE 19801

7

8   BY:   DANIEL BROGAN, ESQ. (ZOOM)

9

10

11  DAVIDOFF HUTCHER & CITRON LLP

12      Attorneys for Davidoff Hutcher & Citron LLP

13      605 Third Avenue

14      New York, NY 10158

15

16  BY:   JAMES B. GLUCKSMAN, ESQ. (ZOOM)

17      JONATHAN S. PASTERNAK, ESQ. (ZOOM)

18      JOSEPH N. POLITO, ESQ. (ZOOM)

19      ROBERT L. RATTET, ESQ. (ZOOM)

20

21

22

23

24

25

7

BUCHALTER, A PROFESSIONAL CORPORATION

      Attorneys for US Dominion, Inc.

      1000 Wilshire Blvd.

      Suite 1500

      Los Angeles, CA 90017

BY:   JOEL G. SAMUELS, ESQ. (ZOOM)


OFFICE OF THE NYS ATTORNEY GENERAL

      Attorneys for NYS Department of Taxation and Finance

      28 Liberty Street

      New York, NY 10005

BY:   ENID NAGLER STUART, ESQ. (ZOOM)


U.S. DEPARTMENT OF JUSTICE

      Attorneys for the Office of the U.S. Trustee

      One Bowling Green

      New York, NY 10004

BY:   ANDREA B. SCHWARTZ, ESQ. (ZOOM)

8

1

2   WINSTON & STRAWN LLP

3        Attorneys for Interested Party

4        1901 L Street, Northwest

5        Washington, DC 20036

6

7   BY:   KENNETH L. PERKINS, ESQ. (ZOOM)

8

9

10   ALSO PRESENT:

11        RICK ARCHER, Law360 (ZOOM)

12        NOELLE DUNPHY (ZOOM)

13        CLARA E. GEOGHEGAN, Law360 (ZOOM)

14        JOSHUA GERSTEIN, Politico (ZOOM)

15        UDAY GORREPATI, ABI Project (ZOOM)

16        TAYLOR HARRISON, ION Group (ZOOM)

17        DIETRICH KNAUTH, Reuters (ZOOM)

18        RANDI LOVE, Bloomberg Law (ZOOM)

19        EVAN OCHSNER, Bloomberg Law (ZOOM)

20        JONATHAN RANDLES, Bloomberg News (ZOOM)

21        ZACHARY SCHONFELD, The Hill (ZOOM)

22        MICHAEL SHOVAN (ZOOM)

23        VINCE SULLIVAN, Law360 (ZOOM)

24        BECKY YERAK, Wall Street Journal (ZOOM)

25        DAVID ZUBKIS, Reorg (ZOOM)

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

P R O C E E D I N G S

1

2       THE COURT:  All right.  The next case that's on is the

3  Chapter 11 case of Rudolph Giuliani.

4       And so let me find out who is here on behalf of the

5  debtor.

6       MR. BERGER:  Yes.  Good morning, Your Honor.  Heath

7  Berger of Berger, Fischoff, Shumer, Wexler & Goodman, attorneys

8  for the debtor Rudolph Giuliani.

9       THE COURT:  All right.

10       MR. FISCHOFF:  And good morning, Your Honor.  I'm

11  sorry.

12       THE COURT:  Oh, no.  Go ahead, please.

13       MR. FISCHOFF:  Good morning, Your Honor.  Gary

14  Fischoff, also from Berger, Fischoff, attorneys for the debtor.

15       THE COURT:  All right.  Good morning.

16       And on behalf of the official committee of unsecured

17  creditors.

18       MR. DUBLIN:  Good morning, Your Honor.  Phil Dublin,

19  Akin Gump Strauss Hauer & Feld, proposed counsel for the

20  committee.  And with me today are Rachel Biblo Block and Amelia

21  Danovitch.

22       THE COURT:  All right.  Good morning.

23       And on behalf of what we've been referring to as the

24  judgment plaintiffs, but I'm happy to use another nomenclature

25  if it's preferred, let me get that appearance.

**eScribers, LLC**

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

10

1        MR. NATHAN:  Morning, Your Honor.  Aaron Nathan,

2   Willkie Farr & Gallagher, on behalf of the judgment plaintiffs.

3   With me here is James Burbage, also Willkie Farr & Gallagher.

4        MR. BURBAGE:  Good morning, Your Honor.

5        THE COURT:  All right.  Good morning.

6        And I believe we have somebody here from the Davidoff

7   Hutcher firm.  Let me --

8        MR. GLUCKSMAN:  Yes.

9        THE COURT:  -- get that appearance.

10        MR. GLUCKSMAN:  James B. Glucksman, attorneys for

11   Davidoff Hutcher, of counsel Davidoff Hutcher, creditor on the

12   case.

13        THE COURT:  All right.  And on behalf of U.S.

14   Dominion.

15        All right.  On behalf of the New York State Department

16   of Taxation.

17        Some folks may be on listen-only mode, which is

18   perfectly fine.

19        Oh, I see Ms. Stuart.

20        MS. STUART:  Good morning, Your Honor.  I was on

21   listen-only.  Enid Stuart for the Department of Taxation and

22   Finance from the Attorney General.

23        THE COURT:  All right.  Good morning.

24        And from the United States Trustee's office.

25        MS. SCHWARTZ:  Morning, Your Honor.  Andrea Schwartz

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

1   for the United States Trustee.

2          THE COURT:  All right.  Good morning.

3          And at this point, I will turn it over to any other

4   party who wishes to make an appearance who has not yet done so.

5          All right.  So I think we have our assembled group.

6   And so we actually have a fairly modest agenda, I think.  But

7   I'll turn it over to debtor's counsel to start us off.

8          MR. BERGER:  So good morning, Your Honor.  Heath

9   Berger, attorney for the debtor, again.  Your Honor, yeah,

10  there is just a modest agenda today.

11         Since we were here the last time, Your Honor, just to

12  confirm that the application to employ the Sibley firm was

13  signed by the Court, the motions were filed as set forth in

14  their application.  I do understand that the Freeman plaintiffs

15  have filed papers also, and there may be some additional papers

16  that will be filed by Mr. Sibley in response to those papers.

17         THE COURT:  And you're talking about all the papers

18  post-trial in the district court in connection with the case

19  where the judgment -- where the judgment plaintiffs have gotten

20  a decision?

21         MR. BERGER:  Yes, that's correct, Your Honor.

22         Additionally, after going back and forth through a few

23  rounds, the U.S. Trustee and creditors committee had approved

24  all of our documents, which were filed to the court in

25  connection with our retention.  There was also an order

23-12055-shl   Doc 163   Filed 04/03/24   Entered 04/10/24 14:01:10   Main Document
Pg 12 of 34
**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

12

1    uploaded to the court.  So we've all agreed on language for

2    that.  So that's currently just waiting for Your Honor to sign

3    off on.

4           We're now just finalizing the retention applications

5    for the Cayman firm in connection with the disciplinary

6    hearings.  We'll be working on that.  We understand that there

7    may be some stuff coming down the pipe sooner rather than

8    later.

9           Additionally, Your Honor, this office has filed a

10   motion to extend our exclusivity period.  I believe that's

11   returnable April 4th before this court.

12          Additionally, Your Honor, a lot of paperwork and

13   motions being filed -- just actually, Your Honor, let me just

14   take one step back.

15          Additionally, we're in the process of working with

16   Sotheby's in connection with listing the debtor's Manhattan

17   property.  I've been working with the attorneys for the

18   creditors committee on some language that they've wanted.  Made

19   most of the changes.  We just actually received the proposed

20   listing agreement, which I sent over to the attorneys for the

21   creditors committee.  So they'll be going through that.  So

22   hopefully that'll be good.

23          And then obviously, the U.S. Trustee has the

24   applications, and we're all working on that.  So hopefully, we

25   can get that filed because we'd like to get the apartment

23-12055-shl   Doc 163   Filed 04/03/24   Entered 04/10/24 14:01:10   Main Document
Pg 13 of 34
**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

13

1  listed as soon as possible.

2        In connection with that, Your Honor, I think what's

3  pending before the Court now is the application in regard to

4  Akin's retention, which I guess we could circle back to that.

5  There's a stipulation to approve a joint motion from the

6  unsecured creditors committee to extend all of the creditors'

7  time's to object to the dischargeability of their debt.  We

8  consented to that, Your Honor.  We think it's a way to save

9  money for the estate.  Unfortunately, we still have the

10  adversary that was filed by the Freeman plaintiffs, which I

11  believe we have a conference on that to discuss that, Your

12  Honor.

13        Finally, Your Honor, there was a motion filed by the

14  creditors committee in regard to 2004 (indiscernible) to a

15  number of individuals.  We do have a meet-and-confer on that

16  tomorrow, Your Honor, so hopefully we could set scheduling for

17  the 2004.  Work out the documents that we will be providing

18  that we have in our possession and that we can get.  And

19  anybody in our control, we will make sure they are available

20  for any 2004 and document request that the creditors committee

21  is asking for.

22        Other than that, Your Honor, a lot out there, but we

23  are trying to navigate this and try to proceed forward in the

24  most expeditious and cost-efficient manner as possible.

25        THE COURT:  All right.  So I will take a few of those

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

14

1　things.  Pick up the thread.  I do have the proposed

2　authorizing employment of your firm as attorneys for the

3　debtor.  And I understand that the language has been something

4　that's discussed and worked out among your firm and the United

5　States Trustee's office.  And so I held on to the order,

6　literally, just because I knew we were getting together today.

7　　　　So I'm happy to hear if anybody has any comments in

8　connection with the request to enter an order authorizing your

9　firm's employment.

10　　　　I obviously heard from you, Mr. Berger.

11　　　　Anybody has else who wishes to be heard in connection

12　with that proposed order?

13　　　　All right.  So I will sign that as soon as I get off

14　the bench.  So that's one thing down.

15　　　　As to the 2004, I appreciate that the parties are

16　going to meet-and-confer.  That's how it's supposed to work so

17　you can resolve as many issues as you can.  And then if there's

18　other issues you can't, we'll be chatting about it here.

19　　　　Let me ask if there's sort of a general timetable on

20　that.  I'm trying to remember when we're next scheduled to come

21　in.  I assume we can sort of put that 2004 on the calendar for

22　our next get-together, just for a status.  And I believe we

23　have a date for a status conference on the -- or initial case

24　conference on the nondischargeability adversary proceeding

25　filed by the Freeman plaintiffs, or the judgment plaintiffs,

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

15

1  however we're referring to them.  I think they seem to get both

2  labels.

3          So remind me, Mr. Berger, is there a date that we are

4  already using in this case for other matters that we can sort

5  of park the 2004 on for a status?

6          MR. BERGER:  Yes, Judge.  Looks like the status for

7  the adversary is on for April 11th at 11 o'clock.

8          THE COURT:  All right.  Yeah, that sounds familiar.

9  Thank you.  I just didn't have that handy.  All right.  So and

10  does it make sense to use that date for the 2004 motion, from

11  your perspective?  Obviously other folks may have other

12  perspectives, but I just figured since you and I are chatting

13  right now, I'll get your views.

14          MR. BERGER:  Yeah, Judge, that works for us.  That

15  gives us some -- to do our meet-and-confer tomorrow

16  (indiscernible) we have more issues, try to coordinate it.  I

17  think we can work together on it.  I think that's a good date

18  to give us a little time to coordinate scheduling and things

19  like that.

20          THE COURT:  All right.  And I think, also, if I

21  remember the joint motion that we'll talk about in a second,

22  there was talk about how the debtor further amended schedules

23  on February 27th.  But further amendments and disclosures are

24  necessary, so I imagine that will all dovetail with the 2004 as

25  well.  All right.

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

16

1      MR. BERGER:  That's correct, Your Honor.

2      THE COURT:  So anything else that you wanted to

3  address in connection with the joint motion, turning to that,

4  in terms of extending the time to challenge dischargeability?

5      MR. BERGER:  No, Your Honor.  While I do think that a

6  motion to extend our exclusivity, I think, is on for April 4th,

7  what I will do, just to make everything kind of work on the

8  same track, is if that's the case, I'll just adjourn that to

9  April 11th date, if that's okay with the Court.  This way, we

10  can keep everything on at the same time.

11      THE COURT:  Yeah, I think that makes a lot of sense,

12  just to avoid coming in frequently.  But again, I'll hear from

13  other folks on that in a second.  So as soon as you and I

14  finish talking, Mr. Berger, I'll circle the virtual room.

15      So anything else, Mr. Berger?

16      MR. BERGER:  That's it, Your Honor.  What I will try

17  to do is hopefully get that application for Sotheby and

18  hopefully get that all in place and get that returnable that

19  date also.  So again, keep everything on the same track.

20      THE COURT:  All right.  Thank you very much.

21      And at this point, I'll turn to the official

22  committee.

23      MR. DUBLIN:  Thank you, Your Honor.  Again, Phil

24  Dublin, Akin Gump Strauss Hauer & Feld, proposed counsel to the

25  committee.  Your Honor, as you may recall from a prior

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

17

1   conference, we filed the 2004 motion and scheduled for a

2   hearing at your request considering the issues at play in this

3   case and the high-profile nature.

4        We did file that motion on March 7th and in

5   coordination with your chambers, scheduled a hearing on the

6   motion for April 4.  We provided a draft of the motion to the

7   debtors, who will acknowledge on a very short time frame before

8   we filed it, in order to have that April 4th hearing date and

9   do look forward to working constructively with the debtor, as

10  well as other parties from which we seek 2004 examinations in

11  advance of that date.  But we would like to keep April 4 as the

12  hearing date.

13       I would also note that April 11th is just a date that

14  doesn't work for our firm.  So we think, however, that given

15  the filing on March 7 and the hearing on April 4, it's

16  sufficient time to reach agreement with parties on the type of

17  information --

18       THE COURT:  I would agree with that.

19       MR. DUBLIN:  -- (indiscernible) requesting.

20       THE COURT:  That's fine.  I'm not trying to do any --

21  I'm just trying to be as efficient as possible.  So I may float

22  to counsel for the Freeman plaintiffs, whether we want to have

23  our initial case conference in the adversary and move it up

24  from the 11th to the 4th.  Those things are sort of

25  generated -- those dates are generated automatically by the

23-12055-shl   Doc 163   Filed 04/03/24   Entered 04/10/24 14:01:10   Main Document
Pg 18 of 34
**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

18

1    clerk's office.  And my courtroom deputy tends to be very much

2    on top of the docket.  So oftentimes, events in the case sort

3    of have sort of superseded the date that's given by the clerk's

4    office.  So my thought is perhaps we use the 4th as opposed to

5    the 11th for everything, again, just to avoid dragging all you

6    nice people in multiple times in the interest just be as

7    efficient as possible.

8          So Mr. Dublin, what else is on your mind?  Anything

9    you wanted to mention as to the joint motion dealing with the

10   extension of the deadline for dischargeability?

11         MR. DUBLIN:  Thank you, Your Honor.  We spoke with a

12   number of claimants, including those on the committee, and

13   agreed that with the debtors that entering into the stipulation

14   was in the best interest of the estate in order to, among other

15   things, save costs, as Mr. Berger mentioned, while the Freemen

16   nondischargeability issues play out, and also because many of

17   the actions, if not all of the other actions, against the

18   debtor do not have judgments yet.

19         So in the interest of efficiency, as well as giving us

20   time to potentially negotiate a Chapter 11 plan and do

21   additional investigation into assets and liabilities of the

22   debtor, I think we all believe this to be a good use of

23   limiting estate resources as well as minimizing court time on

24   issues that could take up a significant amount of your time,

25   Your Honor, in advance of seeing where other issues in the case

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

19

1   are going to play out.

2           And we also negotiated that with the Office of the

3   United States Trustee and understand that they are also

4   supportive of relief requested in the joint stipulation.

5           THE COURT:  All right.  Thank you very much for that

6   background on that.  I appreciate it, and I appreciate the

7   thought that went into it.  It makes a lot of sense.  And so I

8   applaud the foresight of the parties to get that kind of an

9   agreement on the docket.

10          Of course, I recognize that the adversary proceeding

11  filed by the Freeman plaintiffs, if I remember right, is under

12  523(a)(6), which deals with a specific debt and a specific

13  grounds, as opposed to challenging dischargeability sort of

14  writ large.  So but we'll get to all that and sorting all that

15  and the significance of that as we go forward.  In the

16  meantime, makes a lot of sense to me.

17          So anything else from you, Mr. Dublin?

18          MR. DUBLIN:  Yes, Your Honor.  There's two other

19  items.  One, with respect to our retention application, we are

20  working on some wordsmithing with the proposed order with the

21  United States Trustee's office.  We expect to submit a revised

22  order to chambers within the next twenty-four hours.

23          There were otherwise no objections raised with respect

24  to our proposed retention, which, as Your Honor may recall, we

25  are proposing to do on a pro bono basis, with the caveat that

23-12055-shl   Doc 163   Filed 04/03/24   Entered 04/10/24 14:01:10   Main Document
Pg 20 of 34
**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

20

1   if we end up in -- the unlikely scenario where we end up with a

2   Chapter 11 plan confirmed that is not supported by the

3   creditors committee, we reserve the right to seek fees in that

4   circumstance.  That's not something we expect to happen, and

5   it's an issue we can deal with at that time.

6         THE COURT:  All right.  Thank you.

7         MR. DUBLIN:  And this is the last item, Your Honor.

8   Of course, notwithstanding the 2004 motion, we are continuing

9   to conduct our analysis with respect to the debtor, his assets

10   and liabilities, on an informal basis as much as possible.  We

11   have regular dialog with debtor's counsel in trying to advance

12   the Chapter 11 cases, advance the realization of value with

13   respect to nonexempt assets.

14         In that regard, one of the most valuable assets that

15   the debtor seems to have that is not subject to exemption is a

16   second residence located in Florida.  And if we are unable in

17   the near-term to convince the debtor to list that property, we

18   may come before Your Honor on that issue.  That's just a bit of

19   a coming-attraction issue.  We hope to resolve that

20   consensually, but if not, we may need to seek the Court's

21   intervention.

22         THE COURT:  All right.  I appreciate the preview on

23   that.  And I guess the only thing I would say is there are

24   times when having -- you've had conversations, and you know

25   there's not a whole lot more to discuss, short of filing a

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

1   motion that addresses the issue.  And then there are times when

2   it's helpful to have a discussion in court, and status

3   conferences can be useful for that purpose.  I'll leave it to

4   you all to have those discussions and see what category various

5   items fall into and for example, the Florida residents, whether

6   it's worth having a discussion online about it.

7        And just, we'll again keep trying to use these status

8   conferences to air issues in advance nobody's surprised and

9   again, that when motions are filed, we haven't precluded

10  discussions on the topic.  But again, you'll use your

11  considered professional judgment on behalf of the committee to

12  figure all that out.

13        So thank you for your comments, Mr. Dublin.

14        So let me turn to the Freeman plaintiffs.

15        MR. NATHAN:  Your Honor, nothing further to add on

16  this, unless we're ready to move to the status conference on

17  the adversary proceeding.

18        THE COURT:  All right.  So we'll put a pin in that for

19  just a moment.  Well, let me just ask you about scheduling.  I

20  think the 11th is on -- I think that -- am I right in saying

21  that was just sort of an initial case conference date generated

22  by the clerk's office, I believe?

23        MR. NATHAN:  That's correct, Your Honor.

24        THE COURT:  All right.  So my thought, again, just to

25  make this as efficient as possible, if you don't -- if it

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

22

1   doesn't do violence to any other plans that you have is to

2   maybe cancel that date and use the 4th as the date, just so we

3   have sort of one-stop shopping; would that work for you?

4          MR. NATHAN:  I believe it would.  And one thing we may

5   discuss at the adversary proceeding conference is whether that

6   initial case conference should go forward at that time in any

7   event.  But we can address that when we turn to the adversary

8   proceeding.

9          THE COURT:  All right.  Yeah.  No, I know we have some

10  things to talk about in terms of that.  So but I just didn't

11  want to forget to sort of deal with scheduling and try to deal

12  with it in the most efficient way possible.

13         All right.  So let me turn to the United States

14  Trustee's office.  Anything they might want to add about the

15  case?

16         MS. SCHWARTZ:  Thank you, Your Honor.  Andrea Schwartz

17  for the U.S. Trustee.  With regard to the Akin retention, we

18  have no objection in principle.  We did give some informal

19  objections with respect to the application, which are going to

20  be addressed in the supplemental declaration, a revision to the

21  order.  And as Mr. Dublin said, we expect to send in an agreed-

22  upon form of order by the end of the week.

23         And also with respect to extensions of time to object

24  to the dischargeability of any debt or the extension of

25  discharge, the debtor has consented to extend the U.S.

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

23

1   Trustee's deadline on those things and is sending us -- we're

2   waiting for their proposed stipulation.

3         Otherwise, Your Honor, we don't have anything else to

4   report today.

5         THE COURT:  All right.  Thank you very much.

6         All right.  Anybody else who wishes to be heard as to

7   the case status?

8         All right.  Hearing nothing, I want to make sure

9   there's nobody else who wishes to be heard in connection with

10  the application of the Akin Gump firm to serve as counsel for

11  the official committee.

12        All right.  Hearing nothing, I'm happy to approve that

13  application.  I appreciate, again, the communications between

14  counsel and the U.S. Trustee's office to iron-out issues, and I

15  will await the revised proposed order on that.

16        And let me ask if anybody else wishes to be heard on

17  the joint motion to approve a stipulation extending out the

18  deadline for creditors to challenge dischargeability of debts?

19  That's at ECF 133.

20        All right.  Hearing no further response on that,

21  again, I applaud the parties for moving forward with that.

22  Makes a whole lot of sense for many reasons, and I'm happy to

23  approve it.  So I'll get that order entered shortly after

24  today's hearing as well.

25        And so with that, I think the only other thing that

1  would be -- that we need to discuss is the adversary

2  proceeding.  Again, we do have a date calendared in April for

3  it as well.

4       But let me turn it over to counsel for the Freeman

5  plaintiffs as to anything we should discuss today.

6       MR. NATHAN:  Thank you, Your Honor.  Aaron Nathan for

7  the Freeman plaintiffs.  We had hoped to have an agreed

8  briefing schedule on our summary judgment motion to propose.

9  It is taking us a little bit longer to reach an agreement with

10 opposing counsel than we expected, but we expect to have that

11 resolved today or tomorrow, at which point, we can submit a

12 proposed form of order to your chambers.

13      Beyond that, we're prepared to discuss anything that

14 the Court would like to know about.  Our position, though, is

15 as we stated in our letter, is that the material issues in this

16 adversary proceeding have been resolved conclusively in the

17 earlier Freeman litigation and that this Court can determine

18 dischargeability on our summary judgment papers.

19      THE COURT:  All right.  Thank you very much.  That was

20 the issue I was going to raise.  And glad to hear the parties

21 are already on top of it.

22      And so let me ask debtor's counsel, is there anything

23 you wanted to add as to the adversary proceeding?

24      MR. BERGER:  Your Honor, (indiscernible) we've been

25 back and forth between last night and today with some proposed

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

25

1   dates and times and scheduling, and I hope to get in our answer

2   and then to allow them to bring on their motion.  And

3   obviously, we're going to need time to respond to their motion

4   for summary judgment.  So we're just kind of working on some

5   dates.

6          I don't think there's going to be any issue at the end

7   of the day that we won't be able to work out dates amongst

8   ourselves.  I'd have to say, everybody so far, communication

9   has been great, so I don't see an issue going forward.  If it

10  is, obviously we'll bring it up to the Court.

11         THE COURT:  All right.  So we'll carry the status of

12  the adversary proceeding to the date April 4th.  I'm going to

13  cancel April 11th just because I think we can do what we need

14  to do on the 4th, and we'll take it where we are on the 4th.

15         I would imagine you will have already submitted to me

16  at that point a proposed schedule as to the adversary

17  proceeding and briefing.  If for some reason that's not the

18  case, we'll talk about it on the 4th and obviously anything

19  else we might need to talk about.  So I will look for that in

20  the inbox as well.

21         And with that, let me ask debtor's counsel if there's

22  anything else they want to address here this morning.

23         MR. BERGER:  Your Honor, Heath Berger for the debtor.

24  Nothing, Your Honor.  Again, we appreciate the Court's

25  assistance in moving this case along.  And we appreciate the

**RUDOLPH W. GIULIANI; FREEMAN, et al. v. GIULIANI**

26

1  open communication with all the parties involved.

2          THE COURT:  All right.  Let me ask if there's any

3  other party has anything else that they want to address here

4  this morning.

5          All right.  Again, I appreciate the conversation among

6  counsel.  There's going to be a lot of things that people

7  disagree about, but we'd like to work out the things that

8  people can agree about, which are things like scheduling and

9  things like the stipulation that I'm happy to approve.  So with

10  that, I wish you all a good day, and I will see you on April

11  4th.  Thanks so much.

12          MR. BERGER:  Okay.  Thank you very much, Your Honor.

13  Have a great afternoon.

14          THE COURT:  You, too.

15      (Whereupon these proceedings were concluded at 10:49 AM)

16

17

18

19

20

21

22

23

24

25

27

1

2                            I N D E X

3   RULINGS:                                    PAGE    LINE

4   Application to employ Akin Gump              23      12

5   Strauss Hauer &

6   Feld LLP is granted

7   Joint motion to extend deadline to           23      22

8   challenge dischargeability is granted

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

1

2              C E R T I F I C A T I O N

3

4    I, River Wolfe, certify that the foregoing transcript is a true

5    and accurate record of the proceedings.

6

7

8

9    _____

10   River Wolfe (CDLT-265)

11   TTA-Certified Digital Legal Transcriber

12

13   eScribers

14   7227 North 16th Street, Suite #207

15   Phoenix, AZ 85020

16

17   Date:  March 14, 2024

18

19

20

21

22

23

24

25

**A**

Aaron (2)
    10:1;24:6
ABI (1)
    8:15
ABID (1)
    5:21
able (1)
    25:7
acknowledge (1)
    17:7
actions (2)
    18:17,17
actually (3)
    11:6;12:13,19
add (3)
    21:15;22:14;24:23
additional (2)
    11:15;18:21
Additionally (4)
    11:22;12:9,12,15
address (4)
    16:3;22:7;25:22;
    26:3
addressed (1)
    22:20
addresses (1)
    21:1
adjourn (1)
    16:8
advance (5)
    17:11;18:25;20:11,
    12;21:8
adversary (13)
    13:10;14:24;15:7;
    17:23;19:10;21:17;
    22:5,7;24:1,16,23;
    25:12,16
afternoon (1)
    26:13
again (14)
    11:9;16:12,19,23;
    18:5;21:7,9,10,24;
    23:13,21;24:2;25:24;
    26:5
against (1)
    18:17
agenda (2)
    11:6,10
agree (2)
    17:18;26:8
agreed (3)
    12:1;18:13;24:7
agreed- (1)
    22:21
agreement (4)
    12:20;17:16;19:9;
    24:9
ahead (1)
    9:12
air (1)

    21:8
AKIN (6)
    5:2,12;9:19;16:24;
    22:17;23:10
Akin's (1)
    13:4
allow (1)
    25:2
along (1)
    25:25
AMELIA (1)
    5:18;9:20
amended (1)
    15:22
amendments (1)
    15:23
among (3)
    14:4;18:14;26:5
amongst (1)
    25:7
amount (1)
    18:24
analysis (1)
    20:9
ANDREA (3)
    7:24;10:25;22:16
Angeles (1)
    7:6
apartment (1)
    12:25
appearance (1)
    9:25;10:9;11:4
applaud (2)
    19:8;23:21
application (8)
    11:12,14;13:3;
    16:17;19:19;22:19;
    23:10,13
applications (2)
    12:4,24
appreciate (8)
    14:15;19:6,6;20:22;
    23:13;25:24,25;26:5
approve (5)
    13:5;23:12,17,23;
    26:9
approved (1)
    11:23
April (13)
    12:11;15:7;16:6,9;
    17:6,8,11,13,15;24:2;
    25:12,13;26:10
ARCHER (1)
    8:11
ARONOFF (1)
    6:2
assembled (1)
    11:5
assets (4)
    18:21;20:9,13,14
assistance (1)
    25:25
assume (1)

    14:21
ATTORNEY (3)
    7:11;10:22;11:9
Attorneys (14)
    5:3,13;6:3,12;7:3,
    12,20;8:3;9:7,14;
    10:10;12:17,20;14:2
authorizing (2)
    14:2,8
automatically (1)
    17:25
available (1)
    13:19
Avenue (1)
    6:13
avoid (2)
    16:12;18:5
await (1)
    23:15

**B**

back (4)
    11:22;12:14;13:4;
    24:25
background (1)
    19:6
basis (2)
    19:25;20:10
BECKY (1)
    8:24
behalf (7)
    9:4,16,23;10:2,13,
    15;21:11
bench (1)
    14:14
BENESCH (1)
    6:2
BERGER (21)
    9:6,7,7,14;11:8,9,
    21;14:10;15:3,6,14;
    16:1,5,14,15,16;
    18:15;24:24;25:23,
    23;26:12
best (1)
    18:14
Beyond (1)
    24:13
BIBLO (2)
    5:9;9:20
bit (2)
    20:18;24:9
BLOCK (2)
    5:9;9:20
Bloomberg (3)
    8:18,19,20
Blvd (1)
    7:4
bono (1)
    19:25
both (1)
    15:1
Bowling (1)

    7:21
briefing (2)
    24:8;25:17
bring (2)
    25:2,10
BROGAN (1)
    6:8
Bryant (1)
    5:15
BUCHAITER (1)
    7:2
Burbage (2)
    10:3,4

**C**

CA (1)
    7:6
calendar (1)
    14:21
calendared (1)
    24:2
can (15)
    12:25;13:18;14:17,
    17,21;15:4,17;16:10;
    20:5;21:3;22:7;24:11,
    17;25:13;26:8
cancel (2)
    22:2;25:13
carry (1)
    25:11
case (17)
    9:2,3;10:12;11:18;
    14:23;15:4;16:8;17:3,
    23;18:2,25;21:21;
    22:6,15;23:7;25:18,
    25
cases (2)
    20:12
category (1)
    21:4
caveat (1)
    19:25
Cayman (1)
    12:5
challenge (2)
    16:4;23:18
challenging (1)
    19:13
chambers (3)
    17:5;19:22;24:12
changes (1)
    12:19
Chapter (4)
    9:3;18:20;20:2,12
chatting (2)
    14:18;15:12
circle (2)
    13:4;16:14
circumstance (1)
    20:4
CITRON (2)
    6:11,12

claimants (1)
    18:12
CLARA (1)
    8:13
clerk's (3)
    18:1,3;21:22
coming (2)
    12:7;16:12
coming-attraction (1)
    20:19
comments (2)
    14:7;21:13
Committee (16)
    5:3,13;9:16,20;
    11:23;12:18,21;13:6,
    14,20;16:22,25;
    18:12;20:3;21:11;
    23:11
communication (2)
    25:8;26:1
communications (1)
    23:13
concluded (1)
    26:15
conclusively (1)
    24:16
conduct (1)
    20:9
conference (9)
    13:11;14:23,24;
    17:1,23;21:16,21;
    22:5,6
conferences (2)
    21:3,8
confirm (1)
    11:12
confirmed (1)
    20:2
connection (9)
    11:18,25;12:5,16;
    13:2;14:8,11;16:3;
    23:9
consensually (1)
    20:20
consented (1)
    13:8;22:25
considered (1)
    21:11
considering (1)
    17:2
constructively (1)
    17:9
continuing (1)
    20:8
control (1)
    13:19
conversation (1)
    26:5
conversations (1)
    20:24
convince (1)
    20:17
coordinate (2)

23-12055-shl    Doc 163    Filed 04/03/24    Entered 04/10/24 14:01:10    Main Document
In the Matter of: Rudolph W. Giuliani
Pg 30 of 34

March 13, 2024

15:16,18
**coordination (1)**
17:5
**COPLAN (1)**
6:2
**CORPORATION (1)**
7:2
**cost-efficient (1)**
13:24
**costs (1)**
18:15
**counsel (13)**
9:19;10:11;11:7;
16:24;17:22;20:11;
23:10,14;24:4,10,22;
25:21;26:6
**course (2)**
19:10;20:8
**COURT (42)**
9:2,9,12,15,22;10:5,
9,13,23;11:2,13,17,
18,24;12:1,11;13:3,
25;15:8,20;16:2,9,11,
20;17:18,20;18:23;
19:5;20:6,22;21:2,18,
24;22:9;23:5;24:14,
17,19;25:10,11;26:2,
14
**courtroom (1)**
18:1
**Court's (2)**
20:20;25:24
**creditor (1)**
10:11
**Creditors (11)**
5:4,14;9:17;11:23;
12:18,21;13:6,14,20;
20:3;23:18
**creditors' (1)**
13:6
**currently (1)**
12:2

**D**

**Dallas (1)**
5:7
**DANIEL (1)**
6:8
**DANOVITCH (2)**
5:18;9:21
**date (16)**
14:23;15:3,10,17;
16:9,19;17:8,11,12,
13;18:3;21:21;22:2,2;
24:2;25:12
**dates (4)**
17:25;25:1,5,7
**DAVID (1)**
8:25
**DAVIDOFF (5)**
6:11,12;10:6,11,11
**day (2)**

25:7;26:10
**DC (1)**
8:5
**DE (1)**
6:6
**deadline (3)**
18:10;23:1,18
**deal (3)**
20:5;22:11,11
**dealing (1)**
18:9
**deals (1)**
19:12
**debt (3)**
13:7;19:12;22:24
**debtor (14)**
9:5,8,14;11:9;14:3;
15:22;17:9;18:18,22;
20:9,15,17;22:25;
25:23
**debtors (2)**
17:7;18:13
**debtor's (5)**
11:7;12:16;20:11;
24:22;25:21
**debts (1)**
23:18
**decision (1)**
11:20
**declaration (1)**
22:20
**Department (4)**
7:12,19;10:15,21
**deputy (1)**
18:1
**determine (1)**
24:17
**dialog (1)**
20:11
**DIETRICH (1)**
8:17
**disagree (1)**
26:7
**discharge (1)**
22:25
**dischargeability (7)**
13:7;16:4;18:10;
19:13;22:24;23:18;
24:18
**disciplinary (1)**
12:5
**disclosures (1)**
15:23
**discuss (6)**
13:11;20:25;22:5;
24:1,5,13
**discussed (1)**
14:4
**discussion (2)**
21:2,6
**discussions (2)**
21:4,10
**district (1)**

11:18
**docket (2)**
18:2;19:9
**document (1)**
13:20
**documents (2)**
11:24;13:17
**Dominion (2)**
7:3;10:14
**done (1)**
11:4
**dovetail (1)**
15:24
**down (2)**
12:7;14:14
**draft (1)**
17:6
**dragging (1)**
18:5
**DUBLIN (13)**
5:19;9:18,18;16:23,
24;17:19;18:8,11;
19:17,18;20:7;21:13;
22:21
**DUNPHY (1)**
8:12

**E**

**earlier (1)**
24:17
**ECF (1)**
23:19
**efficiency (1)**
18:19
**efficient (4)**
17:21;18:7;21:25;
22:12
**else (12)**
14:11;16:2,15;18:8;
19:17;23:3,6,9,16;
25:19,22;26:3
**employ (1)**
11:12
**employment (2)**
14:2,9
**end (4)**
20:1,1;22:22;25:6
**ENID (2)**
7:16;10:21
**enter (1)**
14:8
**entered (1)**
23:23
**entering (1)**
18:13
**ESQ (14)**
5:9,18,19,20,21;6:8,
16,17,18,19;7:8,16,
24;8:7
**estate (3)**
13:9;18:14,23
**EULMESSEKIAN (1)**

5:20
**EVAN (1)**
8:19
**event (1)**
22:7
**events (1)**
18:2
**everybody (1)**
25:8
**examinations (1)**
17:10
**example (1)**
21:5
**exclusivity (2)**
12:10;16:6
**exemption (1)**
20:15
**expect (4)**
19:21;20:4;22:21;
24:10
**expected (1)**
24:10
**expeditious (1)**
13:24
**extend (4)**
12:10;13:6;16:6;
22:25
**extending (2)**
16:4;23:17
**extension (2)**
18:10;22:24
**extensions (1)**
22:23

**F**

**fairly (1)**
11:6
**fall (1)**
21:5
**familiar (1)**
15:8
**far (1)**
25:8
**Farr (2)**
10:2,3
**February (1)**
15:23
**fees (1)**
20:3
**FELD (4)**
5:2,12;9:19;16:24
**few (2)**
11:22;13:25
**Field (1)**
5:5
**figure (1)**
21:12
**figured (1)**
15:12
**file (1)**
17:4
**filed (14)**

11:13,15,16,24;
12:9,13,25;13:10,13;
14:25;17:1,8;19:11;
21:9
**filing (2)**
17:15;20:25
**finalizing (1)**
12:4
**Finally (1)**
13:13
**Finance (2)**
7:12;10:22
**find (1)**
9:4
**fine (2)**
10:18;17:20
**finish (1)**
16:14
**firm (7)**
10:7;11:12;12:5;
14:2,4;17:14;23:10
**firm's (1)**
14:9
**Fischoff (5)**
9:7,10,13,14,14
**float (1)**
17:21
**Florida (2)**
20:16;21:5
**folks (3)**
10:17;15:11;16:13
**foresight (1)**
19:8
**forget (1)**
22:11
**form (2)**
22:22;24:12
**forth (3)**
11:13,22;24:25
**forward (6)**
13:23;17:9;19:15;
22:6;23:21;25:9
**frame (1)**
17:7
**Freeman (9)**
11:14;13:10;14:25;
17:22;19:11;21:14;
24:4,7,17
**Freemen (1)**
18:15
**frequently (1)**
16:12
**FRIEDLANDER (1)**
6:2
**further (4)**
15:22,23;21:15;
23:20

**G**

**Gallagher (2)**
10:2,3
**Gary (1)**

23-12055-shl    Doc 163    Filed 04/03/24    Entered 04/10/24 14:01:10    Main Document
In the Matter of: Rudolph W. Giuliani
Pg 31 of 34

March 13, 2024

9:13

**GENERAL (3)**
7:11;10:22;14:19

**generated (3)**
17:25,25;21:21

**GEOGHEGAN (1)**
8:13

**GERSTEIN (1)**
8:14

**get-together (1)**
14:22

**Giuliani (2)**
9:3,8

**given (2)**
17:14;18:3

**gives (1)**
15:15

**giving (1)**
18:19

**glad (1)**
24:20

**GLUCKSMAN (4)**
6:16;10:8,10,10

**Good (16)**
9:6,10,13,15,18,22;
10:4,5,20,23;11:2,8;
12:22;15:17;18:22;
26:10

**Goodman (1)**
9:7

**GORREPATI (1)**
8:15

**great (2)**
25:9;26:13

**Green (1)**
7:21

**grounds (1)**
19:13

**Group (2)**
8:16;11:5

**guess (2)**
13:4;20:23

**GUMP (5)**
5:2,12;9:19;16:24;
23:10

**H**

**handy (1)**
15:9

**happen (1)**
20:4

**happy (5)**
9:24;14:7;23:12,22;
26:9

**HARRISON (1)**
8:16

**HAUER (4)**
5:2,12;9:19;16:24

**hear (3)**
14:7;16:12;24:20

**heard (5)**
14:10,11;23:6,9,16

**hearing (9)**
17:2,5,8,12,15;23:8,
12,20,24

**hearings (1)**
12:6

**Heath (3)**
9:6;11:8;25:23

**held (1)**
14:5

**helpful (1)**
21:2

**high-profile (1)**
17:3

**Hill (1)**
8:21

**Honor (42)**
9:6,10,13,18;10:1,4,
20,25;11:8,9,11,21;
12:2,9,12,13;13:2,8,
12,13,16,22;16:1,5,
16,23,25;18:11,25;
19:18,24;20:7,18;
21:15,23;22:16;23:3;
24:6,24;25:23,24;
26:12

**hope (2)**
20:19;25:1

**hoped (1)**
24:7

**hopefully (5)**
12:22,24;13:16;
16:17,18

**hours (1)**
19:22

**HUTCHER (5)**
6:11,12;10:7,11,11

**I**

**imagine (2)**
15:24;25:15

**inbox (1)**
25:20

**Inc (1)**
7:3

**including (1)**
18:12

**indiscernible (4)**
13:14;15:16;17:19;
24:24

**individuals (1)**
13:15

**informal (2)**
20:10;22:18

**information (1)**
17:17

**initial (4)**
14:23;17:23;21:21;
22:6

**interest (3)**
18:6,14,19

**Interested (1)**
8:3

**intervention (1)**
20:21

**into (4)**
18:13;21;19:7;21:5

**investigation (1)**
18:21

**involved (1)**
26:1

**ION (1)**
8:16

**iron-out (1)**
23:14

**issue (7)**
20:5,18,19;21:1;
24:20;25:6,9

**issues (10)**
14:17,18;15:16;
17:2;18:16,24,25;
21:8;23:14;24:15

**item (1)**
20:7

**items (2)**
19:19;21:5

**J**

**JAMES (3)**
6:16;10:3,10

**JOEL (1)**
7:8

**joint (6)**
13:5;15:21;16:3;
18:9;19:4;23:17

**JONATHAN (2)**
6:17;8:20

**JOSEPH (1)**
6:18

**JOSHUA (1)**
8:14

**Journal (1)**
8:24

**Judge (2)**
15:6,14

**judgment (9)**
9:24;10:2;11:19,19;
14:25;21:11;24:8,18;
25:4

**judgments (1)**
18:18

**JUSTICE (1)**
7:19

**K**

**keep (4)**
16:10,19;17:11;
21:7

**KENNETH (1)**
8:7

**kind (3)**
16:7;19:8;25:4

**KNAUTH (1)**
8:17

**knew (1)**
14:6

**L**

**labels (1)**
15:2

**language (3)**
12:1,18;14:3

**large (1)**
19:14

**last (3)**
11:11;20:7;24:25

**later (1)**
12:8

**Law (2)**
8:18,19

**Law360 (3)**
8:11,13,23

**leave (1)**
21:3

**letter (1)**
24:15

**liabilities (2)**
18:21;20:10

**Liberty (1)**
7:13

**limiting (1)**
18:23

**list (1)**
20:17

**listed (1)**
13:1

**listen-only (2)**
10:17,21

**listing (2)**
12:16,20

**literally (1)**
14:6

**litigation (1)**
24:17

**little (2)**
15:18;24:9

**LLP (6)**
5:2,12;6:2,11,12;
8:2

**located (1)**
20:16

**longer (1)**
24:9

**look (2)**
17:9;25:19

**Looks (1)**
15:6

**Los (1)**
7:6

**lot (8)**
12:12;13:22;16:11;
19:7,16;20:25;23:22;
26:6

**LOVE (1)**
8:18

**M**

**makes (4)**
16:11;19:7,16;
23:22

**Manhattan (1)**
12:16

**manner (1)**
13:24

**many (3)**
14:17;18:16;23:22

**March (2)**
17:4,15

**Market (1)**
6:4

**material (1)**
24:15

**matters (1)**
15:4

**may (10)**
10:17;11:15;12:7;
15:11;16:25;17:21;
19:24;20:18,20;22:4

**maybe (1)**
22:2

**meantime (1)**
19:16

**meet-and-confer (3)**
13:15;14:16;15:15

**mention (1)**
18:9

**mentioned (1)**
18:15

**MICHAEL (1)**
8:22

**might (2)**
22:14;25:19

**mind (1)**
18:8

**minimizing (1)**
18:23

**mode (1)**
10:17

**modest (2)**
11:6,10

**moment (1)**
21:19

**money (1)**
13:9

**more (2)**
15:16;20:25

**morning (16)**
9:6,10,13,15,18,22;
10:1,4,5,20,23,25;
11:2,8;25:22;26:4

**most (4)**
12:19;13:24;20:14;
22:12

**motion (18)**
12:10;13:5,13;
15:10,21;16:3,6;17:1,
4,6,6;18:9;20:8;21:1;

23-12055-shl    Doc 163    Filed 04/03/24    Entered 04/10/24 14:01:10    Main Document
In the Matter of: Rudolph W. Giuliani
Pg 32 of 34

March 13, 2024

23:17;24:8;25:2,3
**motions (3)**
  11:13;12:13;21:9
**move (2)**
  17:23;21:16
**moving (2)**
  23:21;25:25
**much (8)**
  16:20;18:1;19:5;
  20:10;23:5;24:19;
  26:11,12
**multiple (1)**
  18:6

**N**

**NAGLER (1)**
  7:16
**Nathan (7)**
  10:1,1;21:15,23;
  22:4;24:6,6
**nature (1)**
  17:3
**navigate (1)**
  13:23
**near-term (1)**
  20:17
**necessary (1)**
  15:24
**need (5)**
  20:20;24:1;25:3,13,
  19
**negotiate (1)**
  18:20
**negotiated (1)**
  19:2
**New (5)**
  5:16;6:14;7:14,22;
  10:15
**News (1)**
  8:20
**next (4)**
  9:2;14:20,22;19:22
**nice (1)**
  18:6
**night (1)**
  24:25
**nobody (1)**
  23:9
**nobody's (1)**
  21:8
**NOELLE (1)**
  8:12
**nomenclature (1)**
  9:24
**nondischargeability (2)**
  14:24;18:16
**nonexempt (1)**
  20:13
**North (2)**
  5:5;6:4
**Northwest (1)**
  8:4

**note (1)**
  17:13
**notwithstanding (1)**
  20:8
**number (2)**
  13:15;18:12
**NY (4)**
  5:16;6:14;7:14,22
**NYS (2)**
  7:11,12

**O**

**object (2)**
  13:7;22:23
**objection (1)**
  22:18
**objections (2)**
  19:23;22:19
**obviously (6)**
  12:23;14:10;15:11;
  25:3,10,18
**OCHSNER (1)**
  8:19
**o'clock (1)**
  15:7
**off (3)**
  11:7;12:3;14:13
**OFFICE (12)**
  7:11,20;10:24;12:9;
  14:5;18:1,4;19:2,21;
  21:22;22:14;23:14
**Official (5)**
  5:3,13;9:16;16:21;
  23:11
**oftentimes (1)**
  18:2
**One (7)**
  5:15;7:21;12:14;
  14:14;19:19;20:14;
  22:4
**one-stop (1)**
  22:3
**online (1)**
  21:6
**only (2)**
  20:23;23:25
**open (1)**
  26:1
**opposed (2)**
  18:4;19:13
**opposing (1)**
  24:10
**order (13)**
  11:25;14:5,8,12;
  17:8;18:14;19:20,22;
  22:21,22;23:15,23;
  24:12
**otherwise (2)**
  19:23;23:3
**ourselves (1)**
  25:8
**out (10)**

9:4;13:17,22;14:4;
  18:16;19:1;21:12;
  23:17;25:7;26:7
**over (4)**
  11:3;7;12:20;24:4

**P**

**papers (5)**
  11:15,15,16,17;
  24:18
**paperwork (1)**
  12:12
**Park (2)**
  5:15;15:5
**parties (7)**
  14:15;17:10,16;
  19:8;23:21;24:20;
  26:1
**Party (3)**
  8:3;11:4;26:3
**PASTERNAK (1)**
  6:17
**pending (1)**
  13:3
**people (3)**
  18:6;26:6,8
**perfectly (1)**
  10:18
**perhaps (1)**
  18:4
**period (1)**
  12:10
**PERKINS (1)**
  8:7
**perspective (1)**
  15:11
**perspectives (1)**
  15:12
**Phil (2)**
  9:18;16:23
**PHILIP (1)**
  5:19
**Pick (1)**
  14:1
**pin (1)**
  21:18
**pipe (1)**
  12:7
**place (1)**
  16:18
**plaintiffs (12)**
  9:24;10:2;11:14,19;
  13:10;14:25,25;
  17:22;19:11;21:14;
  24:5,7
**plan (2)**
  18:20;20:2
**plans (1)**
  22:1
**play (3)**
  17:2;18:16;19:1
**please (1)**

9:12
**point (4)**
  11:3;16:21;24:11;
  25:16
**Politico (1)**
  8:14
**POLITO (1)**
  6:18
**position (1)**
  24:14
**possession (1)**
  13:18
**possible (7)**
  13:1,24;17:21;18:7;
  20:10;21:25;22:12
**post-trial (1)**
  11:18
**potentially (1)**
  18:20
**precluded (1)**
  21:9
**preferred (1)**
  9:25
**prepared (1)**
  24:13
**PRESENT (1)**
  8:10
**preview (1)**
  20:22
**principle (1)**
  22:18
**prior (1)**
  16:25
**pro (1)**
  19:25
**proceed (1)**
  13:23
**proceeding (10)**
  14:24;19:10;21:17;
  22:5,8;24:2,16,23;
  25:12,17
**proceedings (1)**
  26:15
**process (1)**
  12:15
**PROFESSIONAL (2)**
  7:2;21:11
**Project (1)**
  8:15
**property (2)**
  12:17;20:17
**propose (1)**
  24:8
**proposed (12)**
  9:19;12:19;14:1,12;
  16:24;19:20,24;23:2,
  15;24:12,25;25:16
**proposing (1)**
  19:25
**provided (1)**
  17:6
**providing (1)**
  13:17

**purpose (1)**
  21:3
**put (2)**
  14:21;21:18

**Q**

**QURESHI (1)**
  5:21

**R**

**RACHEL (2)**
  5:9;9:20
**raise (1)**
  24:20
**raised (1)**
  19:23
**RANDI (1)**
  8:18
**RANDLES (1)**
  8:20
**rather (1)**
  12:7
**RATTET (1)**
  6:19
**reach (2)**
  17:16;24:9
**ready (1)**
  21:16
**realization (1)**
  20:12
**reason (1)**
  25:17
**reasons (1)**
  23:22
**recall (2)**
  16:25;19:24
**received (1)**
  12:19
**recognize (1)**
  19:10
**referring (2)**
  9:23;15:1
**regard (4)**
  13:3,14;20:14;
  22:17
**regular (1)**
  20:11
**relief (1)**
  19:4
**remember (3)**
  14:20;15:21;19:11
**remind (1)**
  15:3
**Reorg (1)**
  8:25
**report (1)**
  23:4
**request (3)**
  13:20;14:8;17:2
**requested (1)**
  19:4

requesting (1)
17:19
reserve (1)
20:3
residence (1)
20:16
residents (1)
21:5
resolve (2)
14:17;20:19
resolved (2)
24:11,16
resources (1)
18:23
respect (6)
19:19,23;20:9,13;
22:19,23
respond (1)
25:3
response (2)
11:16;23:20
retention (6)
11:25;12:4;13:4;
19:19,24;22:17
returnable (2)
12:11;16:18
Reuters (1)
8:17
revised (2)
19:21;23:15
revision (1)
22:20
RICK (1)
8:11
right (37)
9:2,9,15,22;10:5,13,
15,23;11:2,5;13:25;
14:13;15:8,9,13,20,
25;16:20;19:5,11;
20:3,6,22;21:18,20,
24;22:9,13;23:5,6,8,
12,20;24:19;25:11;
26:2,5
ROBERT (1)
6:19
room (1)
16:14
rounds (1)
11:23
Rudolph (2)
9:3,8

## S

same (3)
16:8,10,19
SAMUELS (1)
7:8
save (2)
13:8;18:15
saying (1)
21:20
scenario (1)

20:1
schedule (2)
24:8;25:16
scheduled (3)
14:20;17:1,5
schedules (1)
15:22
scheduling (6)
13:16;15:18;21:19;
22:11;25:1;26:8
SCHONFELD (1)
8:21
SCHWARTZ (5)
7:24;10:25,25;
22:16,16
second (3)
15:21;16:13;20:16
seeing (1)
18:25
seek (3)
17:10;20:3,20
seem (1)
15:1
seems (1)
20:15
send (1)
22:21
sending (1)
23:1
sense (5)
15:10;16:11;19:7,
16;23:22
sent (1)
12:20
serve (1)
23:10
set (2)
11:13;13:16
SHANT (1)
5:20
shopping (1)
22:3
short (2)
17:7;20:25
shortly (1)
23:23
SHOVAN (1)
8:22
Shumer (1)
9:7
Sibley (2)
11:12,16
sign (2)
12:2;14:13
signed (1)
11:13
significance (1)
19:15
significant (1)
18:24
Smartmatic (1)
6:3
somebody (1)

10:6
soon (3)
13:1;14:13;16:13
sooner (1)
12:7
sorry (1)
9:11
sort (10)
14:19,21;15:4;
17:24;18:2,3;19:13;
21:21;22:3,11
sorting (1)
19:14
Sotheby (1)
16:17
Sotheby's (1)
12:16
sounds (1)
15:8
specific (2)
19:12,12
spoke (1)
18:11
start (1)
11:7
State (1)
10:15
stated (1)
24:15
States (6)
10:24;11:1;14:5;
19:3,21;22:13
status (9)
14:22,23;15:5,6;
21:2,7,16;23:7;25:11
step (1)
12:14
still (1)
13:9
stipulation (6)
13:5;18:13;19:4;
23:2,17;26:9
STRAUSS (4)
5:2,12;9:19;16:24
STRAWN (1)
8:2
Street (5)
5:5;6:4;7:13;8:4,24
STUART (4)
7:16;10:19,20,21
stuff (1)
12:7
subject (1)
20:15
submit (2)
19:21;24:11
submitted (1)
25:15
sufficient (1)
17:16
Suite (3)
5:6;6:5;7:5
SULLIVAN (1)

8:23
summary (3)
24:8,18;25:4
superseded (1)
18:3
supplemental (1)
22:20
supported (1)
20:2
supportive (1)
19:4
supposed (1)
14:16
sure (2)
13:19;23:8
surprised (1)
21:8

## T

talk (5)
15:21,22;22:10;
25:18,19
talking (2)
11:17;16:14
Taxation (3)
7:12;10:16,21
TAYLOR (1)
8:16
tends (1)
18:1
terms (2)
16:4;22:10
Thanks (1)
26:11
that'll (1)
12:22
Third (1)
6:13
though (1)
24:14
thought (3)
18:4;19:7;21:24
thread (1)
14:1
times (4)
18:6;20:24;21:1;
25:1
time's (1)
13:7
timetable (1)
14:19
today (7)
9:20;11:10;14:6;
23:4;24:5,11,25
today's (1)
23:24
together (2)
14:6;15:17
tomorrow (3)
13:16;15:15;24:11
top (2)
18:2;24:21

topic (1)
21:10
track (2)
16:8,19
Trustee (6)
7:20;11:1,23;12:23;
19:3;22:17
Trustee's (6)
10:24;14:5;19:21;
22:14;23:1,14
try (4)
13:23;15:16;16:16;
22:11
trying (6)
13:23;14:20;17:20,
21;20:11;21:7
turn (7)
11:3,7;16:21;21:14;
22:7,13;24:4
turning (1)
16:3
twenty-four (1)
19:22
two (1)
19:18
TX (1)
5:7
type (1)
17:16

## U

UDAY (1)
8:15
unable (1)
20:16
under (1)
19:11
Unfortunately (1)
13:9
United (6)
10:24;11:1;14:4;
19:3,21;22:13
unless (1)
21:16
unlikely (1)
20:1
Unsecured (4)
5:3,13;9:16;13:6
up (6)
14:1;17:23;18:24;
20:1,1;25:10
uploaded (1)
12:1
upon (1)
22:22
use (7)
9:24;15:10;18:4,22;
21:7,10;22:2
useful (1)
21:3
using (1)
15:4

23-12055-shl    Doc 163    Filed 04/03/24    Entered 04/10/24 14:01:10    Main Document
In the Matter of: Rudolph W. Giuliani
Pg 34 of 34

March 13, 2024

## V

**valuable (1)**
20:14
**value (1)**
20:12
**various (1)**
21:4
**views (1)**
15:13
**VINCE (1)**
8:23
**violence (1)**
22:1
**virtual (1)**
16:14

## W

**waiting (2)**
12:2;23:2
**Wall (1)**
8:24
**Washington (1)**
8:5
**way (3)**
13:8;16:9;22:12
**week (1)**
22:22
**Wexler (1)**
9:7
**what's (1)**
13:2
**Whereupon (1)**
26:15
**whole (2)**
20:25;23:22
**Willkie (2)**
10:2,3
**Wilmington (1)**
6:6
**Wilshire (1)**
7:4
**WINSTON (1)**
8:2
**wish (1)**
26:10
**wishes (5)**
11:4;14:11;23:6,9,
16
**within (1)**
19:22
**wordsmithing (1)**
19:20
**Work (8)**
13:17;14:16;15:17;
16:7;17:14;22:3;25:7;
26:7
**worked (1)**
14:4
**working (7)**
12:6,15,17,24;17:9;

19:20;25:4
**works (1)**
15:14
**worth (1)**
21:6
**writ (1)**
19:14

## Y

**YERAK (1)**
8:24
**York (5)**
5:16;6:14;7:14,22;
10:15

## Z

**ZACHARY (1)**
8:21
**ZOOM (25)**
5:20;6:8,16,17,18,
19;7:8,16,24;8:7,11,
12,13,14,15,16,17,18,
19,20,21,22,23,24,25
**ZUBKIS (1)**
8:25

## 1

**10:49 (1)**
26:15
**1000 (1)**
7:4
**10004 (1)**
7:22
**10005 (1)**
7:14
**10036 (1)**
5:16
**10158 (1)**
6:14
**11 (5)**
9:3;15:7;18:20;
20:2,12
**11th (7)**
15:7;16:9;17:13,24;
18:5;21:20;25:13
**1201 (1)**
6:5
**1313 (1)**
6:4
**133 (1)**
23:19
**1500 (1)**
7:5
**1800 (1)**
5:6
**1901 (1)**
8:4
**19801 (1)**
6:6

## 2

**20036 (1)**
8:5
**2004 (11)**
13:14,17,20;14:15,
21;15:5,10,24;17:1,
10;20:8
**2300 (1)**
5:5
**27th (1)**
15:23
**28 (1)**
7:13

## 4

**4 (3)**
17:6,11,15
**4th (11)**
12:11;16:6;17:8,24;
18:4;22:2;25:12,14,
14,18;26:11

## 5

**523a6 (1)**
19:12

## 6

**605 (1)**
6:13

## 7

**7 (1)**
17:15
**75201 (1)**
5:7
**7th (1)**
17:4

## 9

**90017 (1)**
7:6