**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 872-1000
Facsimile: (214) 969-1002

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                          :      **Chapter 11**
                                                :
**RUDOLPH W. GIULIANI**                          :      **Case No. 23-12055 (SHL)**
**a/k/a RUDOLPH WILLIAM GIULIANI,**              :
                                                :
                    Debtor.                      :
-------------------------------------------------------------x

### NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUDOLPH W. GIULIANI OF RULE 2004 DEPOSITION OF RUDOLPH W. GIULIANI

To:    Rudolph W. Giuliani, by and through his counsel of record, Heath Berger, Berger, Fischoff, Shumer, Wexler & Goodman, LLP, 6901 Jericho Turnpike #230, Syosset, NY 11791.

**PLEASE TAKE NOTICE** that, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of New York, the Official Committee of Unsecured Creditors of Rudolph W. Giuliani (the "Debtor") will take the oral deposition of the Debtor. The deposition will take place on April 15, 2024, starting at 10:00 a.m. (prevailing Eastern Time), via videoconference over

Zoom, or at such other time and place, or in such other manner, as may be agreed to by the parties, before a person authorized to administer oaths. The deposition will be recorded by stenographic means and will also be recorded by audio or audiovisual means. Testimony will be taken for all purposes permitted by the Bankruptcy Rules. The deposition will continue day-to-day until completed or adjourned. Any party or participant intending to appear remotely or telephonically should notify the noticing attorney immediately to ensure remote attendance will be accommodated.

Dated:  April 11, 2024
      New York, NY

Respectfully submitted,

By: */s/ Abid Qureshi*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Tel:    (212) 872-1000
Fax:    (212) 872-1002
Email:  idizengoff@akingump.com
       pdublin@akingump.com
       aqureshi@akingump.com

*- and -*

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:    (214) 969-2800
Fax:    (214) 969-4343
Email:  rbibloblock@akingump.com

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*