UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                      Chapter 11

RUDOLPH W. GIULIANI                                          Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                Debtor.                                            **NOTICE OF PRESENTMENT**
-----------------------------------------------------------X

PLEASE TAKE NOTICE, that the annexed proposed order will be presented for signature to the Honorable Sean H. Lane at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on May 8, 2024.

PLEASE TAKE FURTHER NOTICE, that if you have good reason to object to the granting of the proposed Order, you must do so in writing, and at least five (5) days before the Order is to be signed, you must serve the undersigned and all other entities to whom this motion has been noted, as indicated below, with a copy of your objection stating both the legal grounds and the facts which establish the reasons for your objection. The objection shall identify the motion to which they are addressed by name of moving party, date of the hearing, relief sought by this motion, and by title, caption, and index number of the case in which the motion is made. Within that same time you must also file with the Clerk of the Court the original of your objections, together with proof by affidavit, admission, or otherwise that copies have been properly served.

PLEASE BE ADVISED that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the applicant.

Dated: Syosset, New York
April 17, 2024

Respectfully submitted,

By: *(signature)*
Gary C. Fischoff, Esq.
BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP
*Attorneys for the Debtor*
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136