UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                      Debtor

Chapter 11
Case No.: 23-12055

-----------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU     )   ss:

    I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

    On April 17, 2024 deponent served a copy of the **Notice of Presentment** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

                                    _____
                                    Angelique Filardi

Sworn to me this 17th
day of April, 2024

_____
NOTARY PUBLIC

          STEVEN E. SHUMER
     Notary Public, State of New York
           No. 02SH5007184
       Qualified in Suffolk County
  Commission Expires January 25, 20 27

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 23-12055-shl<br>Southern District of New York<br>Manhattan<br>Wed Apr 17 12:23:05 EDT 2024 | Davidoff Hutcher & Citron LLP<br>605 Third Avenue, 34th Floor<br>New York, NY 10158-3499 | Dominion Voting Systems Corporation<br>c/o Buchalter, A Professional Corp.<br>Attn:  Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Official Committee Of Unsecured Creditors<br>c/o Ira Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6730 | SGO Corporation Limited<br>c/o Benesch Friedlander Coplan & Aronoff<br>Sven T. Nylen, Esq.<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637 |
| SMARTMATIC USA CORP.<br>c/o Benesch Friedlander Coplan & Aronoff<br>Sven T. Nylen, Esq.<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637 | Smartmatic International Holding B.V.<br>c/o Benesch Friedlander Coplan & Aronoff<br>Sven T. Nylen<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637 | US Dominion, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn:  Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | ABRAMS FENSTERMAN, LLP<br>Attn: Justin T. Kelton, Esq.<br>1 Metrotech Center<br>Suite 1701<br>Brooklyn, New York 11201-3949 | ABRAMS FENSTERMAN, LLP<br>Attn: Maureen T. Bass, Esq.<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 |
| Abbe D. Lowell<br>WINSTON & STRAWN LLP<br>1901 L St., N.W.<br>Washington, DC 20036-3510 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | BST & CO. CPAS, LLC<br>250 PARK AVENUE, 7TH FLOOR<br>NEW YORK, NY 10177-0799 |
| Benesch, Friedlander, Coplan<br>& Aronoff LLP<br>Attn: Sven T. Nylen<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637 | Benesch, Friedlander, Coplan<br>& Aronoff LLP<br>Daniel N. Brogan<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801-6101 | Benesch, Friedlander, Coplan<br>& Aronoff LLP<br>Jennifer R. Hoover<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801-6101 |
| Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, New York 11791-4420 | Bradley A. Kloewer<br>CAIN & SKARNULIS PLLC<br>P.O. Box 1064<br>Salida, Colorado 81201-1064 | Buchalter, a Professional Corporation<br>Attn: Joel G. Samuels<br>Anthony J. Napolitano<br>1000 Wilshire Blvd., 15th Floor<br>Los Angeles, California 90017-2457 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK/BROOKS BROTHERS<br>5800 SOUTH CORPORATE PLACE<br>SIOUX FALLS, SD 57108-5027 | CITICARDS/AMERICAN AIRLINES AADVANTAGE<br>PO BOX 6500<br>SIOUX FALLS, SD 57117-6500 |
| CITIGOLD<br>ATTN:C.G.S.<br>100 CITIBANK DRIVE<br>SAN ANTONIO, TX 78245-3202 | COZEN OCONNOR<br>Frederick E. Schmidt, Jr.<br>3 WTC<br>175 Greenwich Street, 55th Floor<br>New York, NY 10007-2450 | COZEN OCONNOR<br>Marla S. Benedek<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE 19801-1807 |
| Charles J. Cain<br>CAIN & SKARNULIS PLLC<br>P.O. Box 1064<br>Salida, Colorado 81201-1064 | DANIEL GILL<br>C/O LAW OFFICE OF RONALD L. KUBY<br>119 WEST 23RD STREET, SUITE 900<br>NEW YORK, NY 10011-6342 | DAVIDOFF HUTCHER & CITRON LLP<br>605 THIRD AVENUE<br>NEW YORK, NY 10158-3499 |

| | | |
|---|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>605 Third Avenue<br>New York, New York 10158-3499 | DIAMOND PHARMACY<br>645 KOLTER DRIVE<br>INDIANA, PA 15701-3570 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dominion Voting Systems Corporation<br>c/o Buchalter, A Professional Corp.<br>Attn:  Joel G. Samuels, Esq.<br>        Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 | Dominion Voting Systems Corporation<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | EMERALD DUNES CLUB<br>2100 EMERALD DUNES DRIVE<br>WEST PALM BEACH, FL 33411-2707 |
| ENID NAGLER STUART<br>ASST ATTY GENERAL<br>OFFICE OF THE NYS ATTY GENERAL<br>28 LIBERTY ST., 17TH FL<br>NEW YORK, NY 10005-1495 | ERIC COOMER, PH.D.<br>C/O CAIN & SKARNULIS, PLLC<br>P.O. BOX 1064<br>SALIDA, CO 81201-1064 | Enid Nagler Stuart, Ass't Attorney Gene<br>Counsel for NYS Dep't of Taxation<br>28 Liberty Street - 17th floor<br>New York, NY 10005-1495 |
| GIULIANI PARTNERS LLC<br>45 EAST 66TH STREET<br>APARTMENT 10W<br>NEW YORK, NY 10065-6159 | IRS<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901-2021 | LAW OFFICES OF AIDALA, BERTUNA & KAMINS<br>546 FIFTH AVENUE, 6TH FLOOR<br>NEW YORK, NY 10036-5000 | LEO GAGION<br>ASST. ATTY GENERAL<br>OFFICE OF NYS ATTY GENERAL<br>28 LIBERTY ST., 17TH FL.<br>NEW YORK, NY 10005-1495 |
| MOMENTUM TELECOM, INC.<br>C/O ABRAMSON BROOKS LLP<br>1051 PORT WASHINGTON BOULEVARD, #32<br>PORT WASHINGTON, NY 11050-0108 | MORNINGSTAR SENIOR SOLUTIONS<br>175 W. NORTH STREET<br>ATTN: FINANCE<br>NAZARETH, PA 18064-1410 | Michael J. Gottlieb<br>Meryl C. Governski<br>Aaron E. Nathan<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006-1239 |
| NOELLE DUNPHY<br>C/O ABRAMS FENSTERMAN, LLP<br>1 METROTECH CENTER, SUITE 1701<br>BROOKLYN, NY 11201-3949 | NYC DEPARTMENT OF FINANCE<br>59 MAIDEN LANE<br>28TH FL<br>NEW YORK, NY 10038-4502 | NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BLDG 8 ROOM 455<br>ALBANY, NY 12227-0001 |
| New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| Noelle Dunphy<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 | Official Committee of Unsecured Creditors<br>c/o Ira Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036-6730 | Palm Beach County Tax Collector<br>Attn Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402-3715 |
| RHIDAYA TRIVEDI<br>Law Office of Ronald L. Kuby<br>119 West 23rd Street Suite 900<br>New York, NY 10011-6342 | ROBERT HUNTER BIDEN<br>C/O WINSTON AND STRAWN, LLP<br>1901 L STREET NW<br>WASHINGTON, DC 20036-3510 | RONALD L. KUBY<br>119 WEST 23RD STREET<br>SUITE 900<br>NEW YORK, NY 10011-6342 |

| | | |
|---|---|---|
| RUBY FREEMAN & WANDREA MOSS<br>C/O WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1239 | Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 |
| Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 | Robert J. Costello<br>c/o Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | Ryan E. Chapple<br>CAIN & SKARNULIS PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701-0137 |
| SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-1850 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 |
| THE SOUTHLAKE CONDOMINIUM ASSOCIATION<br>NASON YEAGER GERSON HARRIS & FUMERO P.C.<br>750 PARK OF COMMERCE BOULEVARD<br>SUITE 210<br>BOCA RATON, FL 33487-3611 | TRUMP INTERNATIONAL GOLF CLUB L.C.<br>3505 SUMMIT BOULEVARD<br>WEST PALM BEACH, FL 33406-4111 | Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 |
| US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 | US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn: Joel G. Samuels, Esq.<br>Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 | Von A. DuBose<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309-3644 | Eric Coomer<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 |
| Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CHASE BANK<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | DISCOVER<br>PO BOX 3008<br>NEW ALBANY, OH 43054-3008 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Board of Directors of 45 East 66th Street | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Anthony J. Napolitano<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (u)Herring Networks, Inc. d/b/a One America N |
| (u)Ms. Ruby Freeman and Ms. Wandrea' ArSha | (u)New York State Department of Taxation and | (u)Daniel Gill |
| (d)Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | (d)Dominion Voting Systems, Inc.<br>c/o Buchalter, A Professional Corp.<br>Attn: Joel G. Samuels, Esq.<br>     Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 | (d)Dominion Voting Systems, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| (u)Chanel Rion | (u)Charles Herring | (u)Daniel Gill<br>c/o Ronald L. Kuby<br>119 West 23rd Street<br>Suite 900 |
| (u)Robert Hunter Biden | (u)Robert , Sr. Herring | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients    14<br>Total                  95 |