# CARUSO EXHIBIT

# A

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-7021**　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　**1:21-cv-03354-BAH**

　　　　　　　　　　　　　　**Filed On: April 18, 2024** [2050207]

Ruby Freeman and Wandrea' Moss,

　　　　Appellees

　　v.

Rudolph W. Giuliani,

　　　　Appellant

## ORDER

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 20, 2024 |
| Docketing Statement Form | May 20, 2024 |
| Entry of Appearance Form | May 20, 2024 |
| Procedural Motions, if any | May 20, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 20, 2024 |
| Statement of Issues to be Raised | May 20, 2024 |
| Transcript Status Report | May 20, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | May 20, 2024 |
| Dispositive Motions, if any | June 3, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the

# United States Court of Appeals
## For The District of Columbia Circuit

No. 24-7021                                            September Term, 2023

dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 20, 2024 |
| Entry of Appearance Form | May 20, 2024 |
| Procedural Motions, if any | May 20, 2024 |
| Dispositive Motions, if any | June 3, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                BY:   /s/
                                                 Laura M. Morgan
                                                 Deputy Clerk

The following forms and notices are available on the Court's website:

- Transcript Status Report
- Appearance Form
- Transcript Status Report Form
- Notice of Appellate Rights
- Notice concerning Case Opening and Standards of Review