UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

                           Debtor

------------------------------------------------------------------X

Chapter 11
Case No.: 23-12055

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NASSAU    )   ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On April 26, 2024 deponent served a copy of the **Notice of Hearing and Motion** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 26th
day of April, 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20_27_

U.S. Trustee
United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004

Office Committee of Unsecured Creditors
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, New York 10036

New York Southern Live System  23-12055-shl    Doc 196    Filed 04/26/24    Entered 04/26/24 13:57:53    Main Document
Pg 3 of 6

**23-12055-shl** Rudolph W. Giuliani
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Sean H. Lane
**Date filed:** 12/21/2023 **Date of last filing:** 04/26/2024

# Creditors

**Abbe D. Lowell**
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508

(8253018)
(na)

**ABRAMS FENSTERMAN, LLP**
Attn: Justin T. Kelton, Esq.
1 Metrotech Center
Suite 1701
Brooklyn, New York 11201

(8252609)
(na)

**ABRAMS FENSTERMAN, LLP**
Attn: Maureen T. Bass, Esq.
2280 East Avenue
First Floor
Rochester, New York 14610

(8252610)
(na)

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(8454719)
(na)

**Benesch, Friedlander, Coplan & Aronoff LLP**
Daniel N. Brogan
1313 N. Market Street, Suite 1201
Wilmington, DE 19801

(8430149)
(na)

**Benesch, Friedlander, Coplan & Aronoff LLP**
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606

(8430147)
(na)

**Benesch, Friedlander, Coplan & Aronoff LLP**
Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801

(8430148)
(na)

**Berger, Fischoff, Shumer,**
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791

(8249646)
(na)

**Bradley A. Kloewer**
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201

(8437778)
(na)

**Buchalter, a Professional Corporation**
Attn: Joel G. Samuels
Anthony J. Napolitano
1000 Wilshire Blvd., 15th Floor
Los Angeles, California 90017

(8253020)
(na)

**Charles J. Cain**
CAIN & SKARNULIS PLLC
P.O. Box 1064
Salida, Colorado 81201

(8437427)
(na)

**COZEN OCONNOR**
Marla S. Benedek
1201 North Market Street
Suite 1001
Wilmington, DE 19801

(8436387)
(na)

**COZEN OCONNOR**
Frederick E. Schmidt, Jr.
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007

(8436386)
(na)

**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, New York 10158

(8250459)
(na)

**Dominion Voting Systems Corporation**
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019

(8253010)
(na)

**Dominion Voting Systems Corporation**
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.
Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

(8253007)
(na)

**Dominion Voting Systems, Inc.**
c/o Buchalter, A Professional Corp.
Attn: Joel G. Samuels, Esq.

(8253006)
(na)

Anthony J. Napolitano, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017-1730

**Dominion Voting Systems, Inc.**
c/o Susman Godfrey LLP
Attn: Stephen Shackelford
1301 6th Ave., 32nd Floor
New York, NY 10019

(8253009)
(na)

**ENID NAGLER STUART**
ASST ATTY GENERAL
OFFICE OF THE NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL
NEW YORK, NY 10005

(8252938)
(na)

**John A. Vos**
1430 Lincoln Avenue
San Rafael, CA 94901

(8251322)
(na)

**LEO GAGION**
ASST. ATTY GENERAL
OFFICE OF NYS ATTY GENERAL
28 LIBERTY ST., 17TH FL.
NEW YORK, NY 10005

(8252939)
(na)

**Michael J. Gottlieb**
Meryl C. Governski
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006

(8432742)
(na)

**Noelle Dunphy**
2280 East Avenue
First Floor
Rochester, New York 14610

(8252494)
(na)

**Official Committee of Unsecured Creditors**
c/o Ira Dizengoff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036

(8432749)
(na)

Creditor committee  *Entity*

**Rachel C. Strickland**
James H. Burbage
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019

(8432740)
(na)

**Rachel Goodman**
John Langford

(8432743)
(na)

UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038

**RHIDAYA TRIVEDI**
Law Office of Ronald L. Kuby (8436385)
119 West 23rd Street Suite 900 (na)
New York, NY 10011

**Robert Hunter Biden**
c/o Winston & Strawn LLP (8252961)
1901 L Street, N.W. (na)
Washington, D.C. 20036-3506

**RONALD L. KUBY**
119 WEST 23RD STREET (8253632)
SUITE 900 (na)
NEW YORK, NY 10011

**Ryan E. Chapple**
CAIN & SKARNULIS PLLC (8437425)
303 Colorado Street, Suite 2850 (na)
Austin, Texas 78701

**Susman Godfrey LLP**
Attn: Stephen Shackelford (8253021)
1301 6th Ave., 32nd Floor (na)
New York, NY 10019

**Timothy W. Walsh**
WINSTON & STRAWN LLP (8253017)
200 Park Avenue (na)
New York, NY 10166-4193

**US Dominion, Inc.**
c/o Susman Godfrey LLP
Attn: Stephen Shackelford (8253008)
1301 6th Ave., 32nd Floor (na)
New York, NY 10019

**Von A. DuBose**
DUBOSE MILLER LLC
75 14th Street NE (8432741)
Suite 2110 (na)
Atlanta, GA 30309

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/26/2024 13:32:41 | | |
| **PACER Login:** | gfischoff | **Client Code:** |