

**American Express® Gold Card**

RUDOLPH W GIULIANI
Closing Date 02/17/24
Account Ending   5001

p. 1/9

Customer Care: 1-800-327-2177
TTY: Use Relay 711
Website: americanexpress.com

| | |
|---|---|
| **New Balance** | **$852.07** |
| **Payment Due Date** | **03/08/24** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 03/08/24, you may have to pay a late fee of up to $40.00.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on page 9.

For more information on your Pay Over Time Limit and your purchasing options, please see **page 7**

Please note, your preset spending limit is $1,000.00. You have spent $852.07.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

**Membership Rewards® Points**
Available and Pending as of 01/31/24

**136,392**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| Pay In Full | |
|---|---|
| Previous Balance | $672.72 |
| Payments/Credits | -$5,507.77 |
| New Charges | +$5,629.12 |
| Fees | +$58.00 |
| New Balance | $852.07 |

| Pay Over Time and/or Cash Advance | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | $0.00 |
| New Balance = | $0.00 |
| Minimum Due | |

| Account Total | $672.72 |
|---|---|
| **Previous Balance** | -$5,507.77 |
| Payments/Credits | +$5,629.12 |
| New Charges | +$0.00 |
| New Cash Advances | +$58.00 |
| Fees | +$0.00 |
| Interest Charged | |
| **New Balance** | **$852.07** |

| Pay Over Time Limit | $1,000.00 |
|---|---|
| Available Pay Over Time Limit | $1,000.00 |

*Jan 15/Feb 12   card ending 85001* (handwritten)

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending:** 5001
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

| | Payment Due Date |
|---|---|
| | 03/08/24 |
| | Amount Due |
| | $852.07 |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992571821675 00008520700008520710 ᴴ

RUDOLPH W GIULIANI

Account Ending 15001

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

RUDOLPH W GIULIANI
Closing Date 02/12/24

p. 3/9

Account Ending    5001



| Customer Care & Billing Inquiries | |
| --- | --- |
| International Collect | 1-800-327-2177 |
| Lost or Stolen Card | 1-336-393-1111 |
| Cash Advance at ATMs Inquiries | 1-800-992-3404 |
| **Large Print & Braille Statements** | 1-800-CASH-NOW |
| | 1-800-327-2177 |

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
| --- | --- |
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101- |
| 79998-1535 | 1270 |

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and 1-800-327-2177

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
| --- | --- | --- | --- |
| | -$5,483.50 | $0.00 | -$5,483.50 |
| Payments | | $0.00 | -$24.27 |
| Credits | -$24.27 | $0.00 | -$5,507.77 |
| **Total Payments and Credits** | -$5,507.77 | | |

### Detail   *Indicates posting date

| | | Amount |
| --- | --- | --- |
| **Payments** | | -$2,068.51 |
| 01/21/24* | ONLINE PAYMENT - THANK YOU | -$1,019.76 |
| 01/24/24* | MOBILE PAYMENT - THANK YOU | -$140.05 |
| 01/25/24* | MOBILE PAYMENT - THANK YOU | -$29.00 |
| 01/26/24* | MOBILE PAYMENT - THANK YOU | -$1,066.92 |
| 01/30/24* | MOBILE PAYMENT - THANK YOU | -$895.86 |
| 02/06/24* | MOBILE PAYMENT - THANK YOU | -$29.00 |
| 02/08/24* | MOBILE PAYMENT - THANK YOU | -$234.40 |
| 02/10/24* | ONLINE PAYMENT - THANK YOU | Amount |
| **Credits** | | -$6.99 |
| 01/20/24 | PRIME VIDEO CHANNELS | |
| | AMZN.COM/BILL      WA | |
| | DIGITAL | -$17.28 |
| 02/03/24* | NYC TAXI PURCHASE WITH MR POINTS CREDIT | |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
| --- | --- | --- | --- |
| **Total New Charges** | $5,629.12 | $0.00 | $5,629.12 |

### Detail

RUDOLPH W GIULIANI
Card Ending   5001

| | | | | Amount |
| --- | --- | --- | --- | --- |
| 01/14/24 | AMAZON.COM | AMZN.COM/BILL | WA | $76.78 |
| | MERCHANDISE | | | |
| 01/14/24 | AMAZON GROCE*RT1WE25E1 | AMZN.COM/BILL | WA | $119.25 |
| | MERCHANDISE | | | |
| 01/14/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $38.36 |
| | MERCHANDISE | | | |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5001                      p. 4/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 01/15/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $70.02 |
| 01/16/24 | AMAZON TIPS*RT9CU7651 MERCHANDISE | AMZN.COM/BILL | WA | $7.00 |
| 01/17/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $188.98 |
| 01/17/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $500.08 |
| 01/17/24 | WETRANSFER +31208100779 | AMSTERDAM | NL | $120.00 |
| 01/18/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $24.45 |
| 01/18/24 | DROPBOX*HBPTSSNGVQP8 S26714287 94107 | SAN FRANCISCO | CA | $11.99 |
| 01/18/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $28.76 |
| 01/18/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $90.45 |
| 01/18/24 | ROYAL PETROLEUM 914-882-4122 | HAWTHORNE | NY | $62.00 |
| 01/18/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $20.60 |
| 01/19/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $24.39 |
| 01/19/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $40.27 |
| 01/21/24 | BEST BUY FOUNDATION 888BESTBUY | MINNEAPOLIS | MN | $2.00 |
| 01/22/24 | Amazon Prime SUBSCRIPTION | Amazon.com | WA | $16.32 |
| 01/22/24 | BESTBUYCOM806908813720 50300009944 888BESTBUY | RICHFIELD | MN | $749.04 |
| 01/22/24 | CIRCLE K 07262/CIRCLE K CONVENIENCE | HOOKSETT | NH | $44.11 |
| 01/22/24 | IC* INSTACART*SUBSCRIP +18882467822 | SAN FRANCISCO | CA | $107.79 |
| 01/22/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $49.99 |
| 01/23/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $50.90 |
| 01/23/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $2.99 |
| 01/23/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $87.07 |
| 01/23/24 | CLEENG*NEWSMAX. CLEENG DIGITAL GOODS: APPS | NEW YORK | | $5.66 |
| 01/26/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $8.99 |
| 01/26/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $39.00 |
| 01/26/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $353.10 |
| 01/26/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $61.40 |
| 01/27/24 | NYTimes.COM NY TIMES DIGITAL ONLINE SUBS | (800)698-4637 | NY | $20.00 |

Continued on next page



**American Express® Gold Card**

p. 5/9

RUDOLPH W GIULIANI
Closing Date 02/12/24

Account Ending    5001

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| | | | | $9.99 |
| 01/27/24 | UBER ONE | help.uber.com | CA | |
| | 8005928996 | | | $4.35 |
| 01/27/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $190.88 |
| 01/27/24 | AMAZON GROCE*R28GU7ZV0 | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $29.29 |
| 01/27/24 | AMAZON.COM | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $39.11 |
| 01/27/24 | AMAZON.COM | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $14.48 |
| 01/27/24 | AMAZON.COM | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $190.37 |
| 01/27/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $40.99 |
| 01/27/24 | AMAZON.COM | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $1.42 |
| 01/28/24 | Uber Trip | help.uber.com | CA | |
| | 8005928996 | | | $9.99 |
| 01/28/24 | APPLE.COM/BILL | INTERNET CHARGE | CA | |
| | RECORD STORE | | | $10.00 |
| 01/28/24 | AMAZON TIPS*R28M37AH0 | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $11.97 |
| 01/29/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $13.96 |
| 01/29/24 | Uber Trip | help.uber.com | CA | |
| | GP6ZHFMI 10017 | | | $11.97 |
| 01/29/24 | Uber Trip | help.uber.com | CA | |
| | QLSXVMRN 10065 | | | $46.84 |
| 01/29/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $213.92 |
| 01/30/24 | TST* BAR ITALIA 00086559 | NEW YORK | NY | |
| | RESTAURANT | | | $0.99 |
| 01/31/24 | KINDLE SVCS*R01WR19O1 | 888-802-3080 | WA | |
| | DIGITAL | | | $45.60 |
| 02/01/24 | AMAZON GROCE*R234M80A2 | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $12.91 |
| 02/01/24 | AMAZON GROCE*R24XE82D0 | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $119.99 |
| 02/01/24 | PARAMOUNT+ | WEST HOLLYWOO | CA | |
| | 888-274-5343 | | | $16.22 |
| 02/01/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $16.00 |
| 02/01/24 | Uber Trip | help.uber.com | CA | |
| | 2NFQOVAW 10022 | | | $7.61 |
| 02/01/24 | APPLE.COM/BILL | INTERNET CHARGE | CA | |
| | RECORD STORE | | | $133.29 |
| 02/01/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $79.80 |
| 02/01/24 | AMAZON.COM | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $5.00 |
| 02/02/24 | AMAZON TIPS*R26WJ4S42 | AMZN.COM/BILL | WA | |
| | MERCHANDISE | | | $65.45 |
| 02/02/24 | Uber Trip | help.uber.com | CA | |
| | AFDHH2FO 10017 | | | |

Continued on reverse

RUDOLPH W GIULIANI                Account Ending    5001                    p. 6/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 02/02/24 | Uber Trip<br>8005928996 | help.uber.com | CA | $5.44 |
| 02/02/24 | CURB NYC TAXI CURB NYC TAXI\3<br>7184587000 | QUEENS | NY | $17.28 |
| 02/02/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $14.99 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $93.36 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $18.45 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $16.88 |
| 02/06/24 | AMAZON.COM*RB2C31VA0<br>MERCHANDISE | AMZN.COM/BILL | WA | $191.92 |
| 02/06/24 | Uber Trip<br>E3V4EDND 10017 | help.uber.com | CA | $15.45 |
| 02/07/24 | AMAZON TIPS*RB20E6Q80<br>MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |
| 02/07/24 | Uber Trip<br>E3V4EDND 10017 | help.uber.com | CA | $2.18 |
| 02/08/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 02/08/24 | PARAMOUNT+<br>888-274-5343 | WEST HOLLYWOO | CA | $6.99 |
| 02/09/24 | GRUBHUB*GHPLUS<br>8775851085 | NEW YORK | NY | $9.99 |
| 02/09/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $288.87 |
| 02/09/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $6.29 |
| 02/09/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $9.21 |
| 02/10/24 | Uber Trip<br>AIEEQKTW 11371 | help.uber.com | CA | $96.26 |
| 02/10/24 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $105.71 |
| 02/11/24 | NETFLIX.COM<br>SUBSCRIPTION | 866-579-7172 | CA | $25.03 |
| 02/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $61.78 |
| 02/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $198.89 |
| 02/11/24 | LAWDEPOT.COM 877-509-4398<br>8552318425 | EDMONTON | | $35.00 |
| 02/12/24 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $25.03 |

## Fees        *Indicates posting date

| | | Amount |
|---|---|---|
| 01/23/24* | RETURNED PAYMENT FEE | $29.00 |
| 01/25/24* | RETURNED PAYMENT FEE | $29.00 |
| **Total Fees for this Period** | | **$58.00** |

Continued on next page



**American Express® Gold Card**

p. 7/9

RUDOLPH W GIULIANI
Closing Date 02/12/24

Account Ending   5001

## Interest Charged

| | Amount |
|---|---|
| | $0.00 |

**Total Interest Charged for this Period**

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $58.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Pay Over Time | 08/03/2023 | | 29.24% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| Total | | | | | |

(v) Variable Rate

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $1,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

RUDOLPH W GIULIANI                    Account Ending    5001                    p. 8/9



RUDOLPH W GIULIANI          Closing Date 02/12/24          Account Ending   5001

p. 9/9

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program

**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**American Express® Gold Card**

p. 1/7

RUDOLPH W GIULIANI
Closing Date 03/14/24
Account Ending  I5001

| Customer Care: | 1-800-327-2177 |
|---|---|
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | $0.00 |
|---|---|
| **Payment Not Required** | |

**Membership Rewards® Points**
Available and Pending as of 02/29/24

**143,224**

For more details about Rewards, please
visit americanexpress.com/rewardsinfo

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on **page 7.**

For more information on your Pay Over Time Limit and your purchasing options, please see **page 6**

Please note, your preset spending limit is $1,000.00. You have spent $0.00.

## Account Summary

**Pay In Full**

| | |
|---|---|
| Previous Balance | $852.07 |
| Payments/Credits | -$3,272.39 |
| New Charges | +$2,420.32 |
| Fees | +$0.00 |
| New Balance   = | $0.00 |

**Pay Over Time and/or Cash Advance**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance   = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**

| | |
|---|---|
| **Previous Balance** | **$852.07** |
| Payments/Credits | -$3,272.39 |
| New Charges | +$2,420.32 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$0.00** |

| | |
|---|---|
| **Pay Over Time Limit** | $1,000.00 |
| **Available Pay Over Time Limit** | $1,000.00 |

---

**Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending    5001**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

Payment Not Required

Amount Due
**$0.00**

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992571821675 00000000000000000 10 ꓷ

RUDOLPH W GIULIANI                    Account Ending    5001                                                                    p. 2/7

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

p. 3/7

RUDOLPH W GIULIANI
Closing Date 03/14/24

Account Ending    5001



| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-327-2177** |
| International Collect | 1-336-393-1111 |
| Lost or Stolen Card | 1-800-992-3404 |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-327-2177** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-327-2177**

**Website:** americanexpress.com

| **Customer Care** | **Payments** |
|---|---|
| **& Billing Inquiries** | P.O. BOX 1270 |
| P.O. BOX 981535 | NEWARK NJ 07101- |
| EL PASO, TX | 1270 |
| 79998-1535 | |

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | -$3,272.39 | $0.00 | -$3,272.39 |
| **Credits** | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **-$3,272.39** | **$0.00** | **-$3,272.39** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 02/17/24* | MOBILE PAYMENT - THANK YOU | -$966.98 |
| 02/27/24* | MOBILE PAYMENT - THANK YOU | -$957.75 |
| 03/05/24* | MOBILE PAYMENT - THANK YOU | -$352.64 |
| 03/12/24* | MOBILE PAYMENT - THANK YOU | -$995.02 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$2,420.32** | **$0.00** | **$2,420.32** |

### Detail



**RUDOLPH W GIULIANI**
Card Ending    .5001

| | | | | Amount |
|---|---|---|---|---|
| 02/14/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $79.91 |
| 02/15/24 | COMCAST/XFINITY CABLE SVCS | 800-266-2278 | FL | $35.00 |
| 02/17/24 | DROPBOX*9FBWJ24M139F 532990477 94107 | SAN FRANCISCO | CA | $11.99 |
| 02/19/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $34.64 |
| 02/19/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $97.67 |
| 02/19/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $40.27 |
| 02/19/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $7.61 |
| 02/21/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $22.46 |

Continued on reverse

RUDOLPH W GIULIANI

Account Ending    5001

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 02/22/24 | B2P*PALM BEACH COUNTY TAX 000000028<br>8777676148 | WEST PALM BEA | FL | $56.25 |
| 02/23/24 | PUBLIX<br>5616517787 | WEST PALM BEACH | FL | $59.90 |
| 02/23/24 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $119.99 |
| 02/24/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $43.43 |
| 02/24/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.99 |
| 02/24/24 | NYTimes.COM NY TIMES DIGITAL<br>ONLINE SUBS | (800)698-4637 | NY | $20.00 |
| 02/24/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $33.68 |
| 02/24/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $17.75 |
| 02/24/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $11.92 |
| 02/24/24 | OKEECHOBEE STEAK HOUSE<br>5616835151 | WEST PALM BEACH | FL | $297.51 |
| 02/24/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $39.39 |
| 02/25/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $18.52 |
| 02/25/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 |
| 02/25/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $6.17 |
| 02/27/24 | CLEENG*NEWSMAX. CLEENG<br>DIGITAL GOODS: APPS | NEW YORK | | $5.66 |
| 02/28/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 02/29/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $14.97 |
| 02/29/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $15.91 |
| 03/01/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $25.66 |
| 03/01/24 | IMDB<br>SUBSCRIPTION<br>IMDBPRO.COMSUBSCRIPTION | IMDB.COM | WA | $163.30 |
| 03/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $79.46 |
| 03/02/24 | Uber Trip<br>YC7K2Q55 33406 | help.uber.com | CA | $37.69 |
| 03/04/24 | Uber Trip<br>JR3WVT2P 10017 | help.uber.com | CA | $26.51 |
| 03/04/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $277.13 |
| 03/05/24 | Uber Trip<br>CXBRU6QM 10065 | help.uber.com | CA | $4.25 |
| 03/05/24 | Uber Trip<br>CXBRU6QM 10065 | help.uber.com | CA | $21.28 |
| 03/05/24 | Uber Trip<br>T7VMAPOT 10022 | help.uber.com | CA | $22.95 |
| 03/05/24 | UBER ONE<br>8005928996 | help.uber.com | CA | $9.99 |

Continued on next page



**American Express® Gold Card**                                      p. 5/7

RUDOLPH W GIULIANI
Closing Date 03/14/24                          Account Ending    5001

---

| Detail Continued | | | | Amount |
|---|---|---|---|---|
| 03/05/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $119.99 |
| 03/05/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $22.40 |
| 03/05/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $148.07 |
| 03/06/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $20.16 |
| 03/07/24 | Uber Trip VKBPBB3B 10017 | help.uber.com | CA | $2.97 |
| 03/07/24 | Uber Trip VKBPBB3B 10017 | help.uber.com | CA | $29.46 |
| 03/07/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $14.89 |
| 03/07/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $12.52 |
| 03/08/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 03/08/24 | PARAMOUNT+ 888-274-5343 | WEST HOLLYWOO | CA | $6.99 |
| 03/09/24 | Uber Trip Y3MBNRV6 10017 | help.uber.com | CA | $20.94 |
| 03/09/24 | GRUBHUB*GHPLUS 8775851085 | NEW YORK | NY | $9.99 |
| 03/10/24 | Uber Trip Y3MBNRV6 10017 | help.uber.com | CA | $3.20 |
| 03/10/24 | Uber Trip UTWYBMGT 33401 | help.uber.com | CA | $52.97 |
| 03/10/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $56.47 |
| 03/10/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $66.88 |
| 03/11/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 03/11/24 | NETFLIX.COM SUBSCRIPTION | 866-579-7172 | CA | $25.03 |

---

| Fees | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

Continued on reverse

RUDOLPH W GIULIANI                          Account Ending   5001                                p. 6/7

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2024 | $58.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To |  |  |  |
| Pay Over Time | 08/03/2023 |  | 29.24% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 |  | 29.99% (v) | $0.00 | $0.00 |
| **Total** |  |  |  |  | **$0.00** |
| (v) Variable Rate | | | | | |

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $1,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program

**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

AMERICAN EXPRESS

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24   Next Closing Date 03/19/24
Account Ending i5002

Customer Care:   1-800-492-8468
TTY:   Use Relay 711
Website:   americanexpress.com

| | |
|---|---|
| **New Balance** | **$635.78** |
| **Minimum Payment Due** | **$186.42** |
| **Payment Due Date** | **03/13/24** |

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**136,392**
For up to date point balance and full program details, visit membershiprewards.com

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/13/24, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 17 months | $589 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on pages 7 - 8.

For information on your Pay Over Time feature and limit, see **page 6**

*Continued on page 3*

**Account Summary**

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $3,377.01 |
| Payments/Credits | -$3,377.01 |
| New Charges | +$73.42 |
| Fees | +$78.00 |
| New Balance = | $151.42 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $1,432.39 |
| Payments/Credits | -$2,324.10 |
| New Charges | +$1,376.07 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $484.36 |
| Minimum Due | $35.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $4,809.40 |
| Payments/Credits | -$5,701.11 |
| New Charges | +$1,449.49 |
| Fees | +$78.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$635.78** |
| **Minimum Payment Due** | **$186.42** |

| | |
|---|---|
| Pay Over Time Limit | $1,500.00 |
| Available Pay Over Time Limit | $1,015.64 |
| Days in Billing Period: 28 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending   5002**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

| | |
|---|---|
| Payment Due Date | 03/13/24 |
| New Balance | **$635.78** |
| Minimum Payment Due | **$186.42** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.___
Amount Enclosed

0000349992633071020  00006357800001B642 15 ꓕ

RUDOLPH W GIULIANI                    Account Ending  5002                           p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the

conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24

p. 3/8

Account Ending  5002

| Customer Care & Billing Inquiries | 1-800-492-8468 |
| International Collect | 1-623-492-7719 |
| Express Cash | 1-800-CASH-NOW |
| Large Print & Braille Statements | 1-800-492-8468 |

Website: americanexpress.com

Customer Care
& Billing Inquiries
P.O. BOX 981535
EL PASO, TX
79998-1535

Payments
P.O. BOX 1270
NEWARK NJ 07101-1270

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and 1-800-492-8468

 Please note, your preset spending limit is $4,700.00. You have spent $635.78.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support.
Help meet your savings goals with an American Express High Yield
Savings Account. Terms apply. Member FDIC. Learn more by visiting
americanexpress.com/save

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$3,377.01 | -$2,324.10 | -$5,701.11 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **-$3,377.01** | **-$2,324.10** | **-$5,701.11** |

### Detail  *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/21/24* | ONLINE PAYMENT - THANK YOU | -$4,821.59 |
| 01/24/24* | MOBILE PAYMENT - THANK YOU | -$369.92 |
| 01/25/24* | MOBILE PAYMENT - THANK YOU | -$21.76 |
| 01/26/24* | MOBILE PAYMENT - THANK YOU | -$166.76 |
| 02/06/24* | MOBILE PAYMENT - THANK YOU | -$321.08 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$73.42** | **$1,376.07** | **$1,449.49** |

### Detail

♦ - denotes Pay Over Time activity

**RUDOLPH W GIULIANI**
Card Ending 9-55002

| | | | | Amount |
|---|---|---|---|---|
| 01/18/24 | ROYAL PETROLEUM
914-882-4122 | HAWTHORNE | NY | $12.19 ♦ |
| 01/19/24 | RED ARROW - MANCHESTER 61 LOWELL ST
6036261118 | MANCHESTER | NH | $16.48 |
| 01/20/24 | RED ARROW - MANCHESTER 61 LOWELL ST
6036261118 | MANCHESTER | NH | $46.42 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5002                              p. 4/8

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | **Amount** |
| 01/21/24 | APPB 8161 - POS AAG 16191891001<br>835783 03106 | HOOKSETT | NH | $56.94 |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $3.99 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $12.99 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $141.53 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 01/22/24 | KINDLE UNLTD*R85439SK2<br>DIGITAL | 888-802-3080 | WA | $11.99 ♦ |
| 01/22/24 | TWP*SUB16325215<br>SUBSCRIPTION | WAPO.COM | DC | $17.00 ♦ |
| 01/23/24 | DELTA AIR LINES<br>DELTA AIR LINES<br>Ticket Number: 0060891940578<br>Passenger Name: RYAN/MARIA<br>Document Type: ADDITIONAL COLLECTION | ATLANTA | | $5.60 ♦ |
| 01/23/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $7.99 ♦ |
| 01/23/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/24/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/25/24 | Fairfield Inn & Suites Manches 1624726<br>Arrival Date          Departure Date<br>01/18/24               01/25/24<br>00000000<br>LODGING | Hooksett | NH | $127.76 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $17.99 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $25.03 ♦ |
| 02/02/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $10.87 ♦ |
| 02/02/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $51.71 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $54.43 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $16.99 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $40.27 ♦ |
| 02/03/24 | LYFT  *1 RIDE 02-02 0000<br>855-865-9553 | 855-865-9553 | CA | $71.15 ♦ |
| 02/04/24 | ADOBE SYSTEMS Adobe Systems<br>www.adobe.com | SAN JOSE | CA | $21.76 ♦ |

Continued on next page



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24

p. 5/8

Account Ending     5002

| Detail Continued | | ♦ - denotes Pay Over Time activity |
|---|---|---|

| | | | | | Amount |
|---|---|---|---|---|---|
| 02/08/24 | DELTA AIR LINES<br>DELTA AIR LINES | | ATLANTA | | $5.60 ♦ |
| | From:              To:<br>BOSTON LOGAN INTER   NEW YORK LA GUARDI<br>Ticket Number: 0060892581814<br>Passenger Name: RYAN/MARIA<br>Document Type: ADDITIONAL COLLECTION | | Carrier:        Class:<br>DL              00<br>Date of Departure: 02/09 | | |
| 02/09/24 | DROPBOX*M2R31QZKH862<br>531311378 94107 | | SAN FRANCISCO | CA | $11.99 ♦ |
| 02/10/24 | ADOBE SYSTEMS Adobe Systems<br>www.adobe.com | | SAN JOSE | CA | $29.99 ♦ |
| 02/10/24 | SHOPIFY* 216763893<br>+18887467439 | | ELK GROVE VILLAGE | IL | $114.32 ♦ |
| 02/10/24 | PRIME VIDEO CHANNELS<br>DIGITAL | | AMZN.COM/BILL | WA | $8.99 ♦ |
| 02/10/24 | AT&T MOBILITY RECURRING<br>800-331-0500 | | 800-288-2020 | TX | $240.99 ♦ |
| 02/10/24 | LYFT<br>(NONE) 94104<br>(NONE) | | 855-280-0278 | CA | $19.35 ♦ |
| 02/12/24 | NETFLIX.COM<br>SUBSCRIPTION | | 866-579-7172 | CA | $25.03 ♦ |
| 02/12/24 | IC* INSTACART*159<br>8882467822 | | SAN FRANCISCO | CA | $114.61 ♦ |
| 02/12/24 | Audible<br>AUDIO BOOKS | | audible.com | NJ | $14.95 ♦ |
| 02/13/24 | DELTA AIR LINES<br>DELTA AIR LINES | | ATLANTA | | $11.20 ♦ |
| | From:              To:<br>PALM BEACH INTERNA    BOSTON LOGAN INTER<br>                      PALM BEACH INTERNA<br>Ticket Number: 0060892458809<br>Passenger Name: RYAN/MARIA<br>Document Type: ADDITIONAL COLLECTION | | Carrier:        Class:<br>DL              00<br>DL              00<br>Date of Departure: 02/15 | | |
| 02/15/24 | TWP*SUB16325215<br>8004774679 | | WASHINGTON | DC | $17.00 ♦ |

| Fees | *Indicates posting date | |
|---|---|---|

| | | Amount |
|---|---|---|
| 01/23/24* | RETURNED PAYMENT FEE | $39.00 |
| 01/25/24* | RETURNED PAYMENT FEE | $39.00 |
| **Total Fees for this Period** | | **$78.00** |

Continued on reverse

RUDOLPH W GIULIANI                  Account Ending  i5002                    p. 6/8

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $78.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $1,015.64 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

AMERICAN EXPRESS

GIULIANI PARTNERS
RUDOLPH W GIULIANI

Closing Date 02/16/24

p. 7/8
Account Ending   5002

## IMPORTANT NOTICES

### EFT Error Resolution Notice
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program
**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Updates to your Delta Sky Club benefit
We want to inform you of the following changes to the Delta Sky Club benefit available through the American Express Global Lounge Collection Program. Previously announced changes communicated earlier this year to take effect on February 1, 2025, have been updated further, as stated below:

**Effective January 1, 2024:** Eligible Business Platinum Card® Members traveling on a same-day Delta-operated flight with Basic Economy (E) fare tickets will not have access to the Delta Sky Club or to Grab and Go.

**Effective February 1, 2025:** Business Platinum Card Members and Additional Platinum Card Members on the Account will each receive **(10) ten Visits per year to Delta Sky Clubs**, and each Visit will **now be valid for 24-hours** starting upon the first Delta Sky Club entry or Grab and Go usage. Here are additional details:

- A "Visit" is an entry to one or more Delta Sky Clubs or usage of the Delta Sky Club Grab and Go feature, at one or more airports, for a period of up to 24-hours starting upon the first Delta Sky Club entry or Grab and Go usage, during an Eligible Platinum Card Member's travel on a same-day Delta-operated flight.

- Card Members can earn an unlimited number of Visits ("Unlimited Sky Club Access") after making $75,000 in eligible purchases between January 1, 2024, and December 31, 2024, and each calendar year thereafter. This will unlock unlimited access for the calendar year in which it became effective, plus the following calendar year, and until January 31 of the next calendar year.

- Once all 10 Visits have been used, and before reaching Unlimited Platinum Card Members, Eligible Platinum Card Members will have access to the Delta Sky Club at a per-Visit rate of $50 per person using the Card.

- Visits will be issued beginning on February 1, 2025, and will expire on January 31, 2026. Visits issued in subsequent years will expire on January 31 of each calendar year thereafter.

- Visits are non-transferable and may not be used for guest access.

Additional terms apply; see
**global.americanexpress.com/card-benefits/detail/the-lounge-collection/business-platinum.**

### Corrected Car Rental Loss and Damage Insurance Phone Numbers
The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

*Important Notices continued on next page.*

GIULIANI PARTNERS
RUDOLPH W GIULIANI                     Closing Date 02/16/24                     p. 8/8
                                                                      Account Ending ˜5002

## IMPORTANT NOTICES continued

Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 02/25/24   Next Closing Date 03/27/24
Account Ending  1004

p. 1/8

**Customer Care:** 1-800-492-3344
**TTY:** Use Relay 711
**Website:** americanexpress.com

| New Balance | $596.37 |
|---|---|
| Minimum Payment Due | $210.00 |
| **Payment Due Date** | **03/21/24** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/21/24, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 15 months | $499 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on **page 7**.

For information on your Pay Over Time feature and limit, see **page 5**

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**136,392**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | CR$75.31 |
| Payments/Credits | -$56.46 |
| New Charges | +$131.77 |
| Fees | +$175.00 |
| New Balance = | $175.00 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$560.02 |
| New Charges | +$981.39 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $421.37 |
| Minimum Due | $35.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | CR$75.31 |
| Payments/Credits | -$616.48 |
| New Charges | +$1,113.16 |
| Fees | +$175.00 |
| Interest Charged | +$0.00 |

| **New Balance** | **$596.37** |
|---|---|
| **Minimum Payment Due** | **$210.00** |

| Pay Over Time Limit | $5,000.00 |
|---|---|
| Available Pay Over Time Limit | $4,578.63 |
| Days in Billing Period: 30 | |

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending**  1004

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GREENBERG TRAURIG
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

Payment Due Date
**03/21/24**

New Balance
**$596.37**

Minimum Payment Due
**$210.00**



AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

See reverse side for instructions on how to update your address, phone number, or email.

$ _____ . ____
**Amount Enclosed**

0000349992315407435 00005963700002 1000  23  H

RUDOLPH W GIULIANI                    Account Ending  1004                    p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.
What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 02/25/24

p. 3/8

Account Ending           1004



**Customer Care & Billing Inquiries**
International Collect          1-336-393-1111
Lost or Stolen Card           1-800-678-0745
Express Cash                  1-800-CASH-NOW
**Large Print & Braille Statements**   **1-800-678-0745**

1-800-678-0745

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101- |
| 79998-1535 | 1270 |

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-678-0745**

Learn how your Statement changes when you use your Pay Over Time feature, refer to the page at the end of this statement.

Please note, your preset spending limit is $2,000.00. You have spent $596.37.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$428.25 | -$428.25 |
| Credits | -$56.46 | -$131.77 | -$188.23 |
| **Total Payments and Credits** | **-$56.46** | **-$560.02** | **-$616.48** |

### Detail   *indicates posting date                           ♦ - denotes Pay Over Time activity

| Payments |  | Amount |
|---|---|---|
| 02/10/24* | ONLINE PAYMENT - THANK YOU | -$16.53 |
| 02/17/24* | MOBILE PAYMENT - THANK YOU | -$411.72 |

| Credits |  | Amount |
|---|---|---|
| 01/31/24* | AMAZON SHOP WITH POINTS CREDIT | -$40.14 |
| 02/25/24* | CREDIT ADJUSTMENT | -$131.77 ♦ |
| 02/25/24* | AMAZON SHOP WITH POINTS CREDIT | -$16.32 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$131.77** | **$981.39** | **$1,113.16** |

### Detail   *indicates posting date                           ♦ - denotes Pay Over Time activity

**RUDOLPH W GIULIANI**
Card Ending     1004

|  |  |  |  | Amount |
|---|---|---|---|---|
| 01/27/24 | HULU 877-8244858 CA HULU.COM/BILL | HULU.COM/BILL | CA | $24.99 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                 Account Ending  1004                      p. 4/8

## Detail Continued    *Indicates posting date                              ♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 01/27/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $5.99 ♦ |
| 01/29/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $4.99 ♦ |
| 01/30/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | AMZN.COM/BILL | WA | $40.14 ♦ |
| 02/01/24 | www.TheEpochTimes.com<br>8336991888 | NEW YORK | NY | $7.99 ♦ |
| 02/01/24 | GODADDY.COM<br>GODADDY.COM<br>GoDaddy Auctions Membership w DomainAle | 480-505-8855 | AZ | $5.43 ♦ |
| 02/05/24 | D J*WALL-ST-JOURNAL<br>SUBSRIPTION | 800-568-7625 | NJ | $42.45 ♦ |
| 02/10/24 | RUMBLEVIDEO<br>+14166199096 | TORONTO | | $100.00 ♦ |
| 02/12/24 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $311.72 ♦ |
| 02/17/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $22.46 ♦ |
| 02/17/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $54.45 ♦ |
| 02/17/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $56.59 ♦ |
| 02/17/24 | AMAZON MUSIC*RI2UM6301<br>DIGITAL | 888-802-3080 | WA | $9.99 ♦ |
| 02/17/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $90.95 ♦ |
| 02/20/24 | TWP*SUB33715559<br>8004774679 | WASHINGTON | DC | $12.00 ♦ |
| 02/21/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $30.98 ♦ |
| 02/21/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $31.65 ♦ |
| 02/24/24 | AMAZON.COM<br>AMZN.COM/BILL | SEATTLE | WA | $16.32 ♦ |
| 02/25/24* | DEBIT ADJUSTMENT | | | $131.77 |
| 02/25/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $49.18 ♦ |
| 02/25/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $63.12 ♦ |

## Fees

| | | Amount |
|---|---|---|
| 02/25/24 | ANNUAL MEMBERSHIP FEE | $175.00 |
| **Total Fees for this Period** | | **$175.00** |

Continued on next page



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 02/25/24

p. 5/8

Account Ending    1004

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $175.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

### Information on Pay Over Time

#### Pay Over Time Limit

There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $5,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

#### Available Pay Over Time Limit

Your Available Pay Over Time Limit is $4,578.63 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

#### Pay Over Time Setting:   ON

The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

**AMERICAN EXPRESS**

GREENBERG TRAURIG
RUDOLPH W GIULIANI

Closing Date 02/25/24

p. 7/8

Account Ending    1004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program

**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

RUDOLPH W GIULIANI                        Account Ending    ⁞1004                                    p. 8/8



### Business Gold Rewards

GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 02/25/24

Account Ending    1004

When you have a Pay Over Time balance, your statement provides the following information:



1. Total amount owed at the end of the billing period. This amount is your Pay in Full New Balance plus your Pay Over Time New Balance.

2. Minimum amount you need to pay by the Payment Due Date to keep your account current. This amount is your Pay in Full New Balance plus the Pay Over Time Minimum Due.

3. To avoid a late fee, pay at least your Minimum Payment Due by the Payment Due Date.

4. Summary of your Pay in Full and Pay Over Time activity, including payments and credits, interest charged, and fees.

5. An explanation of how interest is assessed on your Pay Over Time balance.

6. Both a summary and a detailed list of Pay In Full and Pay Over Time charges made to your account in the current billing period. Charges that are eligible for Pay Over Time are marked with a ◆ symbol.

7. Amount of interest, if any, charged during the current billing period on your Pay Over Time balance.

8. Total amount of fees and interest charged to your account this year.

9. Your Annual Percentage Rate (APR), the amount you have chosen to Pay Over Time, and the interest charged on those Pay Over Time balances.

10. Details about your Pay Over Time feature, including your Pay Over Time Limit, Available Pay Over Time Limit, and Pay Over Time setting.

For more details about Pay Over Time, please visit **americanexpress.com/pay-over-time**

RUDOLPH W GIULIANI                        Account Ending    51004



## Feel like a kid again
## on the beaches of the Outer Banks.



  Warmly Welcomed

**Twiddy.com**

**Family vacation
memories
start here.**



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24    Next Closing Date 04/18/24
Account Ending    5002

p. 1/9

**Customer Care:**    1-800-492-8468
**TTY:**    Use Relay 711
**Website:**    americanexpress.com

| New Balance | CR$211.72 |
|---|---|
| Amount Due | $0.00 |
| **Payment Not Required** | |

**Membership Rewards® Points**
Available and Pending as of 02/29/24
**143,224**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

**Pay In Full Portion**
| Previous Balance | $151.42 |
|---|---|
| Payments/Credits | -$817.34 |
| New Charges | +$454.20 |
| Fees | +$0.00 |
| New Balance = | CR$211.72 |

**Pay Over Time Portion**
| Previous Balance | $484.36 |
|---|---|
| Payments/Credits | -$3,263.72 |
| New Charges | +$2,779.36 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| **Previous Balance** | **$635.78** |
|---|---|
| Payments/Credits | -$4,081.06 |
| New Charges | +$3,233.56 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **CR$211.72** |

| **Pay Over Time Limit** | $1,500.00 |
|---|---|
| **Available Pay Over Time Limit** | $1,500.00 |
| Days in Billing Period: 32 | |

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Your credit balance can be applied against future transactions or you may request a refund.

Please refer to the IMPORTANT NOTICES section on page 9.

Learn how to take advantage of your Pay Over Time feature on **page 7**

Please note, your preset spending limit is $0.00. You have spent -$211.72.

---

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending**    ·5002
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

Payment Not Required

Amount Due
**$0.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992633071020 10002117200000000 15 ⊣

RUDOLPH W GIULIANI                    Account Ending    5002                                      p. 2/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.
**What Will Happen After We Receive Your Letter**
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit
**www.americanexpress.com/privacy.**



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

p. 3/9

Account Ending : 5002



**Customer Care & Billing Inquiries**
International Collect
Express Cash
**Large Print & Braille Statements**

1-800-492-8468
1-623-492-7719
1-800-CASH-NOW
1-800-492-8468

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-492-8468**



**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-1270

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$78.00 | -$3,045.14 | -$3,123.14 |
| **Credits** | -$739.34 | -$218.58 | -$957.92 |
| **Total Payments and Credits** | **-$817.34** | **-$3,263.72** | **-$4,081.06** |

### Detail   *Indicates posting date   ♦ - denotes Pay Over Time activity

| Payments | | Amount |
|---|---|---|
| 02/17/24* | MOBILE PAYMENT - THANK YOU | -$635.78 |
| 02/27/24* | MOBILE PAYMENT - THANK YOU | -$465.24 |
| 02/29/24* | MOBILE PAYMENT - THANK YOU | -$568.80 |
| 03/05/24* | MOBILE PAYMENT - THANK YOU | -$143.13 |
| 03/12/24* | MOBILE PAYMENT - THANK YOU | -$1,310.19 |

| Credits | | Amount |
|---|---|---|
| 03/19/24* | CREDIT ADJUSTMENT | -$218.58 ♦ |
| 03/19/24* | POINTS FOR STATEMENT CREDIT | -$527.62 |
| 03/19/24* | POINTS FOR STATEMENT CREDIT | -$211.72 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$454.20** | **$2,779.36** | **$3,233.56** |

### Detail   *Indicates posting date   ♦ - denotes Pay Over Time activity



**RUDOLPH W GIULIANI**
Card Ending : 5002

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/16/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $7.87 ♦ |
| 02/19/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $51.39 ♦ |
| 02/22/24 | KINDLE UNLTD*RI2LW47O1 DIGITAL | 888-802-3080 | WA | $11.99 ♦ |
| 02/22/24 | RENTERS/CONDO INS INSURANCE | 800-370-1990 | FL | $386.00 ♦ |
| 02/23/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $7.99 ♦ |

Continued on reverse

RUDOLPH W GIULIANI

Account Ending 6002

## Detail Continued

*Indicates posting date

♦ - denotes Pay Over Time activity

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 02/26/24 | PUBLIX<br>8636881188 | PALM BEACH | FL | $206.22 ♦ |
| 02/27/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $5.99 ♦ |
| 02/28/24 | IC* INSTACART*2246<br>8882467822 | SAN FRANCISCO | CA | $205.25 ♦ |
| 02/28/24 | Amazon Prime<br>SUBSCRIPTION | Amazon.com | WA | $151.34 ♦ |
| 02/28/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $4.99 ♦ |
| 02/29/24 | GO GREEN DRY CLEANERS - S 628128007083<br>561-335-5798 | PALM BEACH | FL | $15.24 ♦ |
| 03/02/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $10.87 ♦ |
| 03/03/24 | STAPLES 05308<br>05308000514292 10022<br>HP 62 BLACK/CMY 2PK | MANHATTAN | NY | $50.07 ♦ |
| 03/03/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $61.96 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $20.68 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $4.34 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $3.99 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $12.99 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $13.05 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $14.14 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $35.92 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $11.97 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.79 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $5.43 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $13.05 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $15.99 ♦ |
| 03/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $17.99 ♦ |

Continued on next page

**AMERICAN EXPRESS**

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

p. 5/9

Account Ending    5002

---

## Detail Continued    *Indicates posting date    ♦ - denotes Pay Over Time activity

|  |  |  |  | Amount |
|---|---|---|---|---|
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $141.53 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $40.27 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $8.70 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $32.65 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $16.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $25.03 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/04/24 | ADOBE SYSTEMS Adobe Systems www.adobe.com | SAN JOSE | CA | $21.76 ♦ |
| 03/05/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $48.98 ♦ |
| 03/05/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $212.61 ♦ |
| 03/06/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $23.54 ♦ |
| 03/07/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $22.09 ♦ |
| 03/07/24 | NYC-TAXI VERIFONE 718-786-8585 | LONG ISLAND CITY | NY | $23.16 ♦ |
| 03/07/24 | MARIELLA PIZZA USFC1332 10021 | NEW YORK | NY | $161.18 ♦ |
| 03/08/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $25.80 ♦ |
| 03/08/24 | LYFT 1922520138055115994104 1922520138055115936 | 855-280-0278 | CA | $7.81 ♦ |
| 03/08/24 | NYC-TAXI VERIFONE 718-786-8585 | LONG ISLAND CITY | NY | $20.16 ♦ |
| 03/09/24 | DROPBOX*FY13F6VK9XTQ 5374817147 94107 | SAN FRANCISCO | CA | $11.99 ♦ |
| 03/10/24 | IC* INSTACART*159 8882467822 | SAN FRANCISCO | CA | $133.00 ♦ |
| 03/10/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/10/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/10/24 | ADOBE SYSTEMS Adobe Systems www.adobe.com | SAN JOSE | CA | $29.99 ♦ |

Continued on reverse

## Detail Continued    *Indicates posting date                      ♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 03/10/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $8.99 ♦ |
| 03/11/24 | AT&T MOBILITY RECURRING 800-331-0500 | 800-288-2020 | TX | $235.62 |
| 03/12/24 | NETFLIX.COM CABLE & PAY TV | 866-579-7172 | CA | $25.03 ♦ |
| 03/12/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 03/13/24 | ATHENAMEDSPA LLC 561-833-7611 | WEST PALM BEA | FL | $205.00 ♦ |
| 03/13/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 03/14/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $24.99 ♦ |
| 03/14/24 | TWP*SUB16325215 8004774679 | WASHINGTON | DC | $17.00 ♦ |
| 03/19/24* | DEBIT ADJUSTMENT | | | $218.58 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $78.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

p. 7/9

Account Ending    ¡5002

## Information on Pay Over Time

### Pay Over Time Limit
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit
Your Available Pay Over Time Limit is $1,500.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:    ON
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

RUDOLPH W GIULIANI                    Account Ending        5002

**AMERICAN EXPRESS**

GIULIANI PARTNERS
RUDOLPH W GIULIANI

p. 9/9

Closing Date 03/19/24          Account Ending   5002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 03/27/24    Next Closing Date 04/26/24
Account Ending    ·1004

p. 1/5

**Customer Care:**    1-800-492-3344
**TTY:**    Use Relay 711
**Website:**    americanexpress.com

| New Balance | $0.00 |
|---|---|
| **Payment Not Required** | |

**Membership Rewards® Points**
Available and Pending as of 02/29/24

**143,224**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

### Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $175.00 |
| Payments/Credits | -$175.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance        = | $0.00 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $421.37 |
| Payments/Credits | -$875.60 |
| New Charges | +$454.23 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance        = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$596.37** |
| Payments/Credits | -$1,050.60 |
| New Charges | +$454.23 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$0.00** |

| | |
|---|---|
| **Pay Over Time Limit** | $5,000.00 |
| **Available Pay Over Time Limit** | $5,000.00 |
| Days in Billing Period: 31 | |

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Account cancelled.

Please refer to the IMPORTANT NOTICES section on **page 5.**

Learn how to take advantage of your Pay Over Time feature on **page 4**

Please note, your preset spending limit is $2,000.00. You have spent $0.00.

---


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/business


**Pay by Phone**
1-800-472-9297

**Account Ending    1004**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GREENBERG TRAURIG
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

Payment Not Required

Amount Due
**$0.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992315407435 0000000000000000 23 ↵

RUDOLPH W GIULIANI                         Account Ending   1004                          p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.
What Will Happen After We Receive Your Letter
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 03/27/24

p. 3/5

Account Ending · i1004



**Customer Care & Billing Inquiries**
International Collect
Lost or Stolen Card
Express Cash
**Large Print & Braille Statements**

1-800-678-0745
1-336-393-1111
1-800-678-0745
1-800-CASH-NOW
**1-800-678-0745**

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-678-0745**



**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101- |
| 79998-1535 | 1270 |

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$96.00 | -$875.60 | -$971.60 |
| **Credits** | -$79.00 | $0.00 | -$79.00 |
| **Total Payments and Credits** | **-$175.00** | **-$875.60** | **-$1,050.60** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 02/27/24* | MOBILE PAYMENT - THANK YOU | -$596.37 |
| 03/05/24* | MOBILE PAYMENT - THANK YOU | -$65.05 |
| 03/12/24* | MOBILE PAYMENT - THANK YOU | -$310.18 |

| Credits | | Amount |
|---|---|---|
| 03/18/24* | CR ADJ - ANNUAL MEMBERSHIP FEE | -$79.00 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$0.00** | **$454.23** | **$454.23** |

### Detail    ♦ - denotes Pay Over Time activity



**RUDOLPH W GIULIANI**
Card Ending · i1004

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/27/24 | HULU 877-8244858 CA HULU.COM/BILL | HULU.COM/BILL | CA | $24.99 ♦ |
| 02/29/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $32.07 ♦ |
| 03/01/24 | www.TheEpochTimes.com 8336991888 | NEW YORK | NY | $7.99 ♦ |
| 03/04/24 | D J*WALL-ST-JOURNAL SUBSRIPTION | 800-568-7625 | NJ | $42.45 ♦ |
| 03/06/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $53.82 ♦ |
| 03/06/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $113.91 ♦ |
| 03/10/24 | RUMBLEVIDEO +14166199096 | TORONTO |  | $100.00 ♦ |
| 03/13/24 | www.TheEpochTimes.com 8336991888 | NEW YORK | NY | $79.00 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                     Account Ending    1004                              p. 4/5

---

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $96.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

---

## Information on Pay Over Time

### Pay Over Time Limit

There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $5,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is $5,000.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting:   ON

The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

**AMERICAN EXPRESS**

GREENBERG TRAURIG
RUDOLPH W GIULIANI

Closing Date 03/27/24

p. 5/5
Account Ending ⸱1004

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*