

**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 03/27/24    Next Closing Date 04/26/24
Account Ending    1004

p. 1/5

Customer Care:    1-800-492-3344
TTY:    Use Relay 711
Website:    americanexpress.com

| New Balance | $0.00 |
| --- | --- |

## Payment Not Required

**Membership Rewards® Points**
Available and Pending as of 02/29/24
**143,224**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Account cancelled.

Please refer to the IMPORTANT NOTICES section on page 5.

Learn how to take advantage of your Pay Over Time feature on **page 4**

Please note, your preset spending limit is $2,000.00. You have spent $0.00.

### Account Summary

| Pay In Full Portion | |
| --- | --- |
| Previous Balance | $175.00 |
| Payments/Credits | -$175.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $0.00 |

| Pay Over Time Portion | |
| --- | --- |
| Previous Balance | $421.37 |
| Payments/Credits | -$875.60 |
| New Charges | +$454.23 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

| Account Total | |
| --- | --- |
| Previous Balance | $596.37 |
| Payments/Credits | -$1,050.60 |
| New Charges | +$454.23 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$0.00** |

| Pay Over Time Limit | $5,000.00 |
| --- | --- |
| Available Pay Over Time Limit | $5,000.00 |
| Days in Billing Period: 31 | |

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

Account Ending    1004

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GREENBERG TRAURIG
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

Payment Not Required

Amount Due
$0.00

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270



0000349992315407435 00000000000000000 23

**RUDOLPH W GIULIANI**     Account Ending     1004     p. 2/5

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. You will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay by Computer, Pay by Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

American Express, PO Box 981535, El Paso TX 79998-1535

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong. You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**

When we receive your letter, we will do two things:

1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

**Change of Address, phone number, email**

- Online at americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 03/27/24

p 3/8

Account Ending ' 1004



Customer Care & Billing Inquiries
International Collect
Lost or Stolen Card
Express Cash
Large Print & Braille Statements

1-800-678-0745
1-336-393-1111
1-800-678-0745
1-800-CASH-NOW
1-800-678-0745

Website: americanexpress.com

| Customer Care | Payments |
| & Billing Inquiries | P.O. BOX 1270 |
| P.O. BOX 981535 | NEWARK NJ 07101- |
| EL PASO, TX | 1270 |
| 79998-1535 | |

Hearing Impaired
Online chat at americanexpress.com or use Relay dial 711 and 1-800-678-0745

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$96.00 | $875.60 | -$971.60 |
| Credits | -$79.00 | $0.00 | -$79.00 |
| Total Payments and Credits | -$175.00 | -$875.60 | -$1,050.60 |

### Detail    *indicates posting date

| Payments | | Amount |
|---|---|---|
| 02/27/24* | MOBILE PAYMENT - THANK YOU | -$596.37 |
| 03/05/24* | MOBILE PAYMENT - THANK YOU | -$65.05 |
| 03/12/24* | MOBILE PAYMENT - THANK YOU | -$310.18 |

| Credits | | Amount |
|---|---|---|
| 03/18/24* | CR ADJ ANNUAL MEMBERSHIP FEE | -$79.00 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $0.00 | $454.23 | $454.23 |

### Detail    ♦ - denotes Pay Over Time activity

**RUDOLPH W GIULIANI**
Card Ending 9-91004

| | | | | Amount |
|---|---|---|---|---|
| 02/27/24 | HULU 877-8244858 CA | HULU.COM/BILL | CA | $24.99 ♦ |
| | HULU.COM/BILL | | | |
| 02/29/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $32.07 ♦ |
| | MERCHANDISE | | | |
| 03/01/24 | www.theEpochTimes.com | NEW YORK | NY | $7.99 ♦ |
| | 8336991888 | | | |
| 03/04/24 | D J WALL ST-JOURNAL | 800-568-7625 | NJ | $42.45 ♦ |
| | SUBSRIPTION | | | |
| 03/06/24 | AMAZON.COM | AMZN.COM/BILL | WA | $53.82 ♦ |
| | MERCHANDISE | | | |
| 03/06/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $113.91 ♦ |
| | MERCHANDISE | | | |
| 03/10/24 | RUMBLEVIDEO | TORONTO | | $100.00 ♦ |
| | +14166199096 | | | |
| 03/13/24 | www.TheEpochTimes.com | NEW YORK | NY | $79.00 ♦ |
| | 8336991888 | | | |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    1004                              p 4/5

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $96.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate

## Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $5,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $5,000.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:    ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

 GREENBERG TRAURIG
RUDOLPH W GIULIANI

Closing Date 03/27/24

p. 5/5
Account Ending    1004

**IMPORTANT NOTICES**

EFT Error Resolution Notice
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24    Next Closing Date 04/18/24
Account Ending    5002

Customer Care:    1-800-492-xxxx
TTY:    Use Relay 711
Website:    americanexpress.com

| | |
|---|---|
| New Balance | CR$211.72 |
| Amount Due | $0.00 |

**Payment Not Required**

**Membership Rewards® Points**
Available and Pending as of 03/19/24

**143,224**

For up-to-date point balance and full program details visit membershiprewards.com

⌐ See page 2 for important information about your account.

(i) New York Residents: New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

i Your credit balance can be applied against future transactions or you may request a refund.

⌐ Please refer to the IMPORTANT NOTICES section on page 9.

⌐ Learn how to take advantage of your Pay Over Time feature on page 7

i Please note, your preset spending limit is $0.00. You have spent -$211.72.

**Account Summary**

| Pay in Full Portion | |
|---|---|
| Previous Balance | $151.42 |
| Payments/Credits | $817.34 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | CR$211.72 |

| Pay Over Time Portion | |
|---|---|
| Previous Balance | $484.36 |
| Payments/Credits | -$3,261.72 |
| New Charges | +$2,777.36 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

| Account Total | |
|---|---|
| Previous Balance | $635.78 |
| Payments/Credits | -$4,081.06 |
| New Charges | +$3,233.56 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| | |
| New Balance | CR$211.72 |

| | |
|---|---|
| Pay Over Time Limit | $1,500.00 |
| Available Pay Over Time Limit | $1,500.00 |
| Days in Billing Period: 32 | |

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/business

 **Pay by Phone**
1-800-472-9297

**Account Ending** 5002
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

Payment Not Required

Amount Due
$0.00

See reverse side for instructions on how to update your address.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

RUDOLPH W GIULIANI                    Account Ending 6002                                              p. 2/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for your Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days of the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**
**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

p. 3/7

Account Ending _ _5002



Customer Care & Billing Inquiries
International Collect
Express Cash
Large Print & Braille Statements

Hearing Impaired
Online chat at americanexpress.com or use Relay dial 711 and 1-800-492-8468

1-800-492-8468
1-623-492-7719
1-800-CASH-NOW
1-800-492-8468

Website: americanexpress.com

Customer Care
& Billing Inquiries
P.O. BOX 981535
EL PASO, TX
79998-1535

Payments
P.O. BOX 1270
NEWARK NJ 07101
1270

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$78.00 | -$3,045.14 | -$3,123.14 |
| Credits | -$739.34 | -$218.58 | -$957.92 |
| Total Payments and Credits | -$817.34 | -$3,263.72 | -$4,081.06 |

### Detail   *indicates posting date                                                          ♦ - denotes Pay Over Time activity

| Payments | | Amount |
|---|---|---|
| 02/17/24* | MOBILE PAYMENT - THANK YOU | -$635.78 |
| 02/27/24* | MOBILE PAYMENT - THANK YOU | -$465.24 |
| 02/29/24* | MOBILE PAYMENT - THANK YOU | -$568.80 |
| 03/05/24* | MOBILE PAYMENT - THANK YOU | -$143.13 |
| 03/12/24* | MOBILE PAYMENT - THANK YOU | -$1,310.19 |

| Credits | | Amount |
|---|---|---|
| 03/19/24* | CREDIT ADJUSTMENT | -$218.58 ♦ |
| 03/19/24* | POINTS FOR STATEMENT CREDIT | -$527.62 |
| 03/19/24* | POINTS FOR STATEMENT CREDIT | $211.72 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $454.20 | $2,779.36 | $3,233.56 |

### Detail   *indicates posting date                                                          ♦ - denotes Pay Over Time activity

**RUDOLPH W GIULIANI**
Card Ending   5002

| | | | | Amount |
|---|---|---|---|---|
| 02/16/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $7.87 ♦ |
| 02/19/24 | GO GREEN DRY CLEANERS   S 62812800/083 561-335-5798 | PALM BEACH | FL | $51.39 ♦ |
| 02/22/24 | KINDLE UNLTD*RDLW47O1 DIGITAL | 888-802-3080 | WA | $11.99 ♦ |
| 02/22/24 | RENTERS/CONDO INS INSURANCE | 800-370-1990 | FL | $386.00 ♦ |
| 02/23/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $7.99 ♦ |

Continued on reverse

Business Platinum Card

RUDOLPH W GIULIANI      Account Ending : 5002      p. 4/9

| Detail Continued | *indicates posting date | | ♦ denotes Pay Over Time activity |
|---|---|---|---|
| | | | Amount |
| 02/26/24 | PUBLIX 8636881188 | PALM BEACH | FL | $706.22 ♦ |
| 02/27/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $5.90 ♦ |
| 02/28/24 | IC INSTACART*2246 8882467822 | SAN FRANCISCO | CA | $205.95 ♦ |
| 02/28/24 | Amazon Prime SUBSCRIPTION | Amazon.com | WA | $151.34 ♦ |
| 02/28/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $4.99 ♦ |
| 02/29/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $15.24 ♦ |
| 03/02/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $10.97 ♦ |
| 03/03/24 | STAPLES 05308 05308000514292 10022 HP 62 BLACK/CMY 2PK | MANHATTAN | NY | $50.07 ♦ |
| 03/03/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $61.96 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $20.68 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $4.34 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $3.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $7.61 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $12.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $13.05 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $14.14 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $35.92 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $11.97 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.79 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $5.43 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $13.05 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $15.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $17.99 ♦ |

Continued on next page



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

Account Ending  5002

| | Detail Continued | *indicates posting date | | ♦ denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | **Amount** |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $141.53 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $40.27 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $8.70 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $32.65 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $16.99 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $25.03 ♦ |
| 03/03/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/04/24 | ADOBE SYSTEMS Adobe Systems www.adobe.com | SAN JOSE | CA | $21.76 ♦ |
| 03/05/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $48.98 ♦ |
| 03/05/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $212.61 ♦ |
| 03/06/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $23.54 ♦ |
| 03/07/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $22.09 ♦ |
| 03/07/24 | NYC-TAXI VERIFONE 718-786-8585 | LONG ISLAND CITY | NY | $23.16 ♦ |
| 03/07/24 | MARIELLA PIZZA USFCT332 10021 | NEW YORK | NY | $161.18 ♦ |
| 03/08/24 | LYFT (NONE) 94104 (NONE) | 855-280-0278 | CA | $25.80 ♦ |
| 03/08/24 | LYFT 1922520138055115994104 1922520138055115936 | 855-280-0278 | CA | $7.81 ♦ |
| 03/08/24 | NYC-TAXI VERIFONE 718-786-8585 | LONG ISLAND CITY | NY | $20.16 ♦ |
| 03/09/24 | DROPBOX*FY13F6VK9XTQ 5374817 14 94107 | SAN FRANCISCO | CA | $11.99 ♦ |
| 03/10/24 | IC* INSTACART*159 8882467822 | SAN FRANCISCO | CA | $133.00 ♦ |
| 03/10/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/10/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 03/10/24 | ADOBE SYSTEMS Adobe Systems www.adobe.com | SAN JOSE | CA | $29.99 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5002                                    p 6/9

## Detail Continued
*Indicates posting date                                                                    ♦ =denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 03/10/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $8.99 ♦ |
| 03/11/24 | AT&T MOBILITY RECURRING 800 331 0500 | 800-288-2020 | TX | $235.62 |
| 03/12/24 | NETFLIX.COM CABLE & PAY TV | 866-579-7172 | CA | $25.03 ♦ |
| 03/12/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/13/24 | ATHENAMEDSPA LLC 561-833-7611 | WEST PALM BEA | FL | $205.00 ♦ |
| 03/13/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 03/14/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $24.99 ♦ |
| 03/14/24 | TWP*SUB16325215 8004774679 | WASHINGTON | DC | $17.00 ♦ |
| 03/19/24* | DEBIT ADJUSTMENT | | | $218.58 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## About Trailing Interest
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $78.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate



Business Platinum Card
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 03/19/24

p. 7/9

Account Ending    5002

## Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $1,500.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:    ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

RUDOLPH W GIULIANI                Account Ending :   5002                      p. 8/9



GIULIANI PARTNERS
RUDOLPH W GIULIANI

Closing Date 03/19/24

Account Ending   5002

p 9/--

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*End of Important Notices.*