UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                          Chapter 11

RUDOLPH W. GIULIANI                                 Case No.:  23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                  Debtor
-------------------------------------------------------X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled for the Application and Objections to the Employment of Kenneth Carsuo Law, LLC as Special Litigation Counsel [Dkt 169] for **May 14, 2024 at 11:00 a.m.** (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any objections to the application shall be due on or before May 10, 2024.

PLEASE TAKE FURTHER NOTICE that to participate in the hearing parties are required to register their appearances by **4:00 p.m.** (Eastern Time) one business day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.


Dated: Syosset, New York
       May 6, 2024


                                    BERGER, FISCHOFF, SHUMER,
                                    WEXLER & GOODMAN, LLP


                                    _____
                                    Gary C. Fischoff, Esq.
                                    6901 Jericho Turnpike, Suite 230
                                    Syosset, New York 11791