Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

RUDOLPH W. GIULIANI                                          Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                   Debtor
-----------------------------------------------------------X

## NOTICE OF HEARING ON THE DEBTOR'S MOTION TO EMPLOY AND RETAIN SOTHEBY'S INTERNATIONAL REALTY AS ITS REAL ESTATE BROKER

**PLEASE TAKE NOTICE** that on upon the annexed motion (the "Motion") of Rudolph W. Giuliani, the debtor and debtor-in-possession herein ("Debtor"), by his attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP dated May 9, 2024 for an order pursuant to §§327 and 328(a) of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure 2014 and 2016 authorizing the retention of Sotheby's International Realty as the Debtor's Real Estate Broker, and for such other and further relief as may be just and proper, there will be a hearing before the Honorable Sean H. Lane, United States Bankruptcy Judge, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **May 30, 2024 at 2:00 p.m.**, or as soon thereafter as counsel can be hearing (the "Hearing Date");

**PLEASE TAKE FURTHER NOTICE**, that all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you

may access eCourt Appearances on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested to the Motion, if any, are required to be served on or before May 27, 2024.

Dated: Syosset, New York
       May 10, 2024

                                        BERGER, FISCHOFF, SHUMER,
                                        WEXLER & GOODMAN, LLP
                                        *Attorneys for the Debtor*

                                        _____
                                        Heath S. Berger, Esq.
                                        6901 Jericho Turnpike, Suite 230
                                        Syosset, New York 11791