UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                    Chapter 11

RUDOLPH W. GIULIANI                                    Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                    Debtor
-----------------------------------------------------------X

## AGENDA FOR MAY 14, 2024 CASE CONFERENCE

Time and Date of Hearing:   May 14, 2024 at 11:00 a.m. (prevailing Eastern Time)

Hybrid Hearing:   The Hearing will take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court For the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Parties wishing to appear at the Hearing, whether marking a "live" or "listen only" appearance, must make an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourt Appearances must be made by April 3, 2024 at 4:00 p.m. (prevailing Eastern Time).

Copies of Pleadings:   Copies of the pleadings filed in this Chapter 11 case may be obtained by vising the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

### CASE STATUS CONFERENCE

1. General Status Update. The parties will provide an updated with respect to case status.

### CONTESTED MATTERS

1. Motion to Compel Monthly Operating Reports. *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 197]

   Objection Deadline: May 7, 2024 at 4:00 p.m. (prevailing Eastern Time)

   Responses Filed: *Debtor's Response to the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly*

*Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 206]

Replies Filed:  *Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 216]

Related Documents:

Status: This matter will go forward.

2.  Motion for An Order Modifying the Automatic Stay. *Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 195].

    Objection Deadline:  May 7, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed:
    - *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 205]
    - *Objection of Ruby Freeman and Wandrea' ArShaye Moss to Debtor's Motion for an Order Modifying the Automatic Stay* [Docket No. 207]

    Replies Filed: None

    Related Documents:

    Status: This matter will go forward.

3.  KCL Retention Application. *Debtor's Application for Retention and Employment of Kenneth Caruso Law LLC as Special Litigation Counsel Effective March 20, 2024* [Docket No: 169] (the "KCL Retention Application")

    Objection Deadline:  May 10, 2024

    Responses Filed:
    - *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Debtor's Application for Retention and Employment of Kenneth Caruso Law LLC as Special Litigation Counsel Effective March 20, 2024* [Docket No. 200]
    - *Joinder of Ruby Freeman and Wandrea' ArShaye Moss to the Objection of the Official Committee of Unsecured Creditors to the Debtor's Application for*

*Retention and Employment of Kenneth Caruso Law LLC as Special Litigation Counsel Effective March 20, 2024* [Docket No. 201]

Replies Filed: None

Related Documents:
- *Notice of Hearing* [Docket No. 204]

Status: This matter will go forward.

4. Freeman v. Giuliani, Adv. Pro. No.: 24-01320-SHL. Pre-trial conference.

Dated: May 10, 2024

BERGER, FISCHOFF, SHUMER
WEXLER & GOODMAN, LLP
Attorneys for the Debtor
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791