AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RUDOLPH W. GIULIANI** | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| **Debtor.** | : | |

---

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1.    I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.    I hereby certify that, on May 10, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users.

- *Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports And (II) File Timely Future Monthly Operating Reports* [Docket No. 216]

3. I hereby certify that, on May 13, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via electronic mail on the parties listed in **Exhibit A** attached hereto and via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports And (II) File Timely Future Monthly Operating Reports* [Docket No. 216]

Washington, D.C.  /s/ Adelle Else
Dated: May 13, 2024  Adelle Else

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**EXHIBIT B**

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408