# EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RUBY FREEMAN and WANDREA' MOSS,<br><br>　　　　Plaintiff-Appellees,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　Defendant-Appellant. | No. 24-7021 |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that Joseph D. Sibley of Camara & Sibley LLP hereby withdraws as counsel for Appellant, Rudolph W. Giuliani, and is substituted by Kenneth A. Caruso of Kenneth Caruso Law, LLC.

Dated this XXth day of May, 2024.

| CAMARA & SIBLEY LLP | KENNETH CARUSO LAW LLC |
|---|---|
| /s/ Joseph D. Sibley<br>Joseph D. Sibley<br>Camara & Sibley LLP<br>1108 Lavaca St., # 110263<br>Austin, Texas 78701<br>(713) 966-6789<br>sibley@camarasibley.com | /s/ Kenneth A. Caruso<br>Kenneth A. Caruso<br>Kenneth Caruso Law LLC<br>15 W. 72nd Street<br>New York, NY 10023<br>(646) 599-4970<br>ken.caruso@kennethcarusolaw.com |

1