# EXHIBIT B

# CREDITORS

BRADLEY A. KLOEWER
CAIN & SKARNULIS PLLC
P.O. BOX 1064
SALIDA, COLORADO 81201

BST & CO. CPAS, LLC
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177

CHASE BANK
P.O. BOX 15298
WILMINTON, DE 19850-5298

CITIBANK/BROOKS BROTHERS
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

CITICARDS/AMERICAN AIRLINES AADVANTAGE
P.O. BOX 6500
SIOUX FALLS, SD 57117

CITIGOLD
ATTN: C.G.S.
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245-9966

DANIEL GILL
C/O LAW OFFICE OF RONALD L. KUBY
119 WEST 23RD STREET, SUITE 900
NEW YORK, NY 10011

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158

DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, NY 10158

DIAMOND PHARMACY
645 KOLTER DRIVE
INDIANA, PA 15701

DISCOVER
P.O. BOX 3008
NEW ALBANY, OH 43054-3008

EMERALD DUNES CLUB
2100 EMERALD DUNES DRIVE
WEST PALM BEACH, FL 33411

ENID NAGLER STUART, ASS'T ATTORNEY GENERAL
COUNSEL FOR NYS DEP'T OF TAXATION
28 LIBERTY STREET, 17TH FLOOR
NEW YORK, NY 10005

ERIC COOMER, PH.D.
C/O CAIN & SKARNULIS, PLLC
PO BOX 1064
SALIDA, CO 81201

GIULIANI PARTNERS LLC
45 EAST 66TH STREET
APARTMENT 10W
NEW YORK, NY 10065

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JP MORGAN CHASE BANK, N.A.
C/O ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487

LAW OFFICES OF AIDALA, BERTUNA & KAMINS
546 FIFTH AVENUE, 6TH FLOOR
NEW YORK, NY 10036

MOMENTUM TELECOM, INC
C/O ABRAMSON BROOKS LLP
1051 PORT WASHINGTON BOULEVARD, #322
PORT WASHINGTON, NY 11050

MORNINGSTAR SENIOR SOLUTIONS
175 W. NORTH STREET
ATTN: FINANCE
NAZARETH, PA 18064

NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NEW YORK 12205-0300

NOELLE DUNPHY
C/O ABRAMS FENSTERMAN, LLP
1 METROTECH CENTER, SUITE 1701
BROOKLYN, NY 11201

NYC DEPARTMENT OF FINANCE
59 MAIDEN LANE, 28TH FLOOR
NEW YOR, NY 10038-4501

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BLDG 8 ROOM 455
ALBANY, NY 12227

PALM BEACH COUNTY TAX COLLECTOR
ATTN LEGAL SERVICES
P.O. BOX 3715
WEST PALM BEACH, FL 33402

ROBERT HUNTER BIDEN
C/O WINSTON AND STRAWN, LLP
1901 L STREET NW
WASHINGTON, DC 20036

RUBY FREEMAN & WANDREA MOSS
C/O WILKIE FARR & GALLAGHER LLP
1875 K STREET NW
WASHINGTON, DC 20006

SMARTMATIC USA CORP
C/O KISHNER MILLER HIMES P.C.
40 FULTON STREET, 12TH FLOOR
NEW YORK, NY 10038-1850

TABNER, RYAN K KENIRY, LLP
18 CORPORATE WOODS BOULEVARD, SUITE 8
ALBANY, NY 12211

THE SOUTHLAKE CONDOMINIUM ASSOCIATION
NASON YEAGER GERSON HARRIS & FUMERO P.C.
750 PARK OF COMMERCE BOULEVARD
SUITE 210
BOCA RATON, FL 33487

TRUMP INTERNATIONAL GOLF CLUB L.C.
3505 SUMMIT BOULEVARD
WEST PALM BEACH, FL 33406

US DOMINION, INC.
C/O SUSMAN GODFREY LLP
1000 LOUISIANA STREET, SUITE 5100
HOUSTON, TX 77002

U.S. DOMINION INC.
C/O BUCHALTER, A PROFESSOINAL CORPORATION
ATTN: JOEL G. SAMUELS, ESQ.
ANTHONY J. NAPOLITANO, ESQ.
1000 WILSHIRE BLVD., SUTE 1500
LOS ANGELES, CA 90017

**DEBTOR AFFILIATES**

GIULIANI PARTNERS, LLC
45 EAST 66TH STREET, APARTMENT 10W
NEW YORK, NEW YORK 10036

GIULIANI GROUP, LLC
45 EAST 66TH STREET, APARTMENT 10W
NEW YORK, NEW YORK 10036

GIULIANI SECURITY & SAFETY, LLC
45 EAST 66TH STREET, APARTMENT 10W
NEW YORK, NEW YORK 10036

GIULIANI & COMPANY, LLC

GIULIANI COMMUNICATIONS, LLC

WORLD CAPITAL PAYROLL CORP.

**UNITED STATES BANKRUPTCY JUDGE SEAN H. LANE**
**CHAMBERS STAFF**
CHRISTINA AZZARO
LIZA EBANKS
SARAH ROSENTHAL
JACQUELINE TRAN

**UNITED STATES BANKRUPTCY COURT JUDGES-**
**SOUTHERN DISTRICT OF NEW YORK**
CHIEF JUDGE MARTIN GLENN
JUDGE LISA G. BECKERMAN
JUDGE PHILIP BENTLEY
JUDGE JAMES L. GARRITY, JR.
JUDGE DAVID S. JONES
JUDGE SEAN H. LANE
JUDGE JOHN P. MASTANDO III
JUDGE CECELIA G. MORRIS
JUDGE MICHAEL E. WILES

**UNITED STATES DISTRICT COURT JUDGES-**
**SOUTHERN DISTRICT OF NEW YORK**
RONNIE ABRAMS
RICHARD M. BERMAN
VINCENT L. BRICCETTI
VERNON S. BRODERICK
NAOMI REICE BUCHWALD
VALERIE E. CAPRONI
ANDREW L. CARTER JR.
KEVIN CASTEL
DENISE L. COTE
JOHN P. CRONAN
PAUL A. CROTTY
GEORGE B. DANIELS
PAUL A. ENGELMAYER
KATHERINE POLK FAILLA
JESSE M. FURMAN
PAUL G. GARDEPHE
CHARLES S. HAIGHT
PHILIP M. HALPERN
ALVIN K. HELLERSTEIN
LEWIS A. KAPLAN
KENNETH M. KARAS
JOHN F. KEENAN
JOHN G. KOELTL
LEWIS J. LIMAN
VICTOR MARRERO

**UNITES STATES DISTRICT COURT JUDGES-**
**SOUTHERN DISTRICT OF NEW YORK (CONTINUED)**
COLLEEN MCMAHON
ALISON J. NATHAN
J. PAUL OETKEN
LORETTA A. PRESKA
JED S. RAKOFF
EDGARDO RAMOS
NELSON S. ROMAN
LORNA G. SCHOFIELD
CATHY SEIBEL
LOUIS L. STANTON
SIDNEY H. STEIN
RICHARD J. SULLIVAN, CIRCUIT JUDGE SITTING BY DESIGNATION
LAURA TAYLOR SWAIN
ANALISA TORRES
MARY KAY VYSKOCIL
KIMBA M. WOOD
GREGORY H. WOODS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CLERK OF COURT AND DEPUTY**
VITO GENNA
MIKE PAEK

**MAGISTRATE JUDGES-**
**SOUTHERN DISTRICT OF NEW YORK**
STEWART D. AARON
SARAH L. CAVE
JAMES L. COTT
PAUL E. DAVISON
KEVIN N. FOX
DEBRA FREEMAN
MARTIN R. GOLDGERG
GABRIEL W. GORENSTEIN
ANDREW E. KRAUSE
ROBERT W. LEHRBURGER
JUDITH C. MCCARTHY
BARBARA MOSES
SARAH NETBURN
KATHARINE H. PARKER
ONA T. WANG

**CLERK OF THE COURT**
**DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
RUBY J. KRAJICK

**UNITED STATES TRUSTEE'S OFFICE**
**SOUTHERN DISTRICT OF NEW YORK AS OF FEBRUARY 13, 2024**

LINDA A. RIFFKIN
VICTOR ABRIANO
MARK BRUH
AMANDA D. CASSARA
SHARA CORNELL
WILLIAM HARRINGTON
NADKARNI JOSEPH
BRIAN S. MASUMOTO
ERCILIA A. MENDOZA
MARY V. MORONEY
ALABA OGUNLEYE
ILUSION ROGRIGUEZ
DANIEL RUDEWICZ
ANDREA B. SCHWARTZ
PAUL K. SCHWARTZBERG
SHANNON SCOTT
SYLVESTER SHARP
RACHEL E. SIEGEL
TARA TIANTIAN
ANDY VELEZ-RIVERA
MADELEINE VESCOVACCI
VALENTINA VLASOVA
ANNIE WELLS
GREG M. ZIPES