AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **RUDOLPH W. GIULIANI** | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| **Debtor.** | : | |

----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adelle Else, certify that:

1. I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2001 K Street, N.W., Washington, D.C. 20006, counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2. I hereby certify that, on May 15, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Stipulation Concerning a Second Extension of the Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 222]

3.  I hereby certify that, on May 15, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Stipulation Concerning a Second Extension of the Deadline for Creditors to Challenge Dischargeability of Debts* [Docket No. 222]

Washington, D.C.       */s/ Adelle Else*
Dated: May 16, 2024       Adelle Else

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

## EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408