|  | April 1 - April 30, 2024 | Page 1 of 10 |
|---|---|---|
|  | Citigold Account    `5812 |  |
|  | CPWM ACCOUNT    /1677 |  |

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing: 888-248-4465*
For banking, call your Relationship Manager:
   *Scott Borg*, 718-492-2703\*
For investments, call your Financial Advisor:
   *James Nicolaidis & Sean Broderick*, 718-351-8679\*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY 10065-6159

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

### Value of Accounts

|  | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** |  |  |
| Checking |  |  |
|   Checking | 34,447.40 | 59,222.24 |
| Savings |  |  |
|   Insured Money Market Accounts | 351.99 | 352.02 |
| **Citibank Total** | **$34,799.39** | **$59,574.26** |
| **Citi Personal Wealth Management Accounts** [1] |  |  |
| Total IRA Account Value [2] | 1,135,842.88 | 1,036,960.66 |
| **Citi Personal Wealth Management Total** | **$1,135,842.88** | **$1,036,960.66** |
| **Citigold Relationship Total** | **$1,170,642.27** | **$1,096,534.92** |

### Earnings Summary

|  | This Period | This Year |
|---|---|---|
| **Citibank Accounts** |  |  |
| Checking |  |  |
|   Checking | 0.35 | 1.55 |
| Savings |  |  |
|   Insured Money Market Accounts | 0.03 | 0.14 |
| **Citibank Total** | **$0.38** | **$1.69** |
| **Citi Personal Wealth Management Accounts** [1] |  |  |
| Total IRA Account Value [2] | 2,937.53 | 11,859.21 |
| **Citi Personal Wealth Management Total** | **$2,937.53** | **$11,859.21** |
| **Citigold Relationship Total** | **$2,937.91** | **$11,860.90** |

Your Citigold package Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc. The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

\* To ensure quality service, calls are randomly monitored and may be recorded.

[1] INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

[2] This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

April 1 - **April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account 5812

Page 2 of 10

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

### Checking Activity

**Citigold Interest Checking   5812**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/01/24 | Opening Balance | | | 34,447.40 |
| 04/01/24 | Debit Card Purchase 03/28 09:06p #1472 APPLE.COM/BILL 866-712-7753 CA 24089 | 125.20 | | 34,322.20 |
| 04/02/24 | Mobile Purchase Sign Based 03/31 02:58p #1472 Prime Video Channels amzn.com/bill WA 24092 | 1.99 | | 34,320.21 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 10:10a #1472 Prime Video Channels amzn.com/bill WA 24090 | 3.49 | | 34,316.72 |
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:33a #1472 AMZN Mktp US*RA4Uk2TE1 Amzn.com/bill WA 24090 Specialty Retail stores | 18.50 | | 34,298.22 |

April 1 - April 30, 2024
RUDOLPH W. GIULIANI
Citigold Account  5812

Page 3 of 10

## Checking

### Checking Activity Continued

**Citigold Interest Checking  5812**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/02/24 | Mobile Purchase Sign Based 03/29 09:32a #1472  AMAZON RET* 111-515221 SEATTLE  WA 24090 | 42.40 | | 34,255.82 |
| 04/02/24 | Debit Card Purchase 03/31 #1472  AMAZON GROCE*RA67N8X71 SEATTLE  WA 24092<br>Food & Beverages | 163.16 | | 34,092.66 |
| 04/03/24 | Mobile Purchase Sign Based 04/01 07:23a #1472<br>Amazon Tips*YS6KQ3AJ3 Amzn.com/bill WA 24093<br>Specialty Retail stores | 10.00 | | 34,082.66 |
| 04/03/24 | Debit Card Purchase 04/01 11:47a #1472  IN *SKYLINE SOLUTIONS  917-7313543 NY 24093<br>Misc Transportation | 1,600.00 | | 32,482.66 |
| 04/04/24 | Debit Card Purchase 04/02 04:30p #1472  CURB NYC TAXI  QUEENS  NY 24094<br>Misc Transportation | 24.00 | | 32,458.66 |
| 04/04/24 | Mobile Purchase Sign Based 04/02 01:24p #1472<br>Amazon.com*SH4F25U93  Amzn.com/bill WA 24094<br>Specialty Retail stores | 112.99 | | 32,345.67 |
| 04/04/24 | Check # 2244 | 10,000.00 | | 22,345.67 |
| 04/05/24 | ACH Electronic Debit  ConEd of NY  CHECK PYMT 000002245 | 502.38 | | 21,843.29 |
| 04/05/24 | Mobile Purchase Sign Based 04/04 #1472  AMZN Mktp US*RR2BC4AY3 Amzn.com/bill WA 24095<br>Specialty Retail stores | 35.91 | | 21,807.38 |
| 04/05/24 | Debit Card Purchase 04/03 05:12p #1472  TST* BAR ITALIA  New York  NY 24095<br>Restaurant/Bar | 200.00 | | 21,607.38 |
| 04/08/24 | Debit Card Purchase 04/04 07:18p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24096<br>Specialty Retail stores | 218.76 | | 21,388.62 |
| 04/08/24 | Debit Card Purchase 04/04 01:40p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24096<br>Specialty Retail stores | 505.90 | | 20,882.72 |
| 04/09/24 | Debit Card Purchase Return 04/05 #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24097<br>Specialty Retail stores | | 17.41 | 20,900.13 |
| 04/09/24 | Debit Card Purchase 04/07 09:19a #1472  APPLE.COM/BILL  866-712-7753 CA 24099 | 3.24 | | 20,896.89 |
| 04/09/24 | Debit Card Purchase 04/07 06:52p #1472  BETHLEHEM VILLAGE STOR BETHLEHEM  NH 24099<br>Food & Beverages | 16.70 | | 20,880.19 |
| 04/09/24 | Debit Card Purchase 04/05 10:13a #1472  MCDONALD'S F7474  DARIEN  CT 24097<br>Restaurant/Bar | 18.01 | | 20,862.18 |
| 04/09/24 | Debit Card Purchase 04/04 03:38p #1472  MARIELLA PIZZA  NEW YORK  NY 24097<br>Restaurant/Bar | 102.95 | | 20,735.10 |
| 04/09/24 | Debit Card Purchase 04/04 09:09a #1472  GO GREEN DRY CLEANERS  PALM BEACH  FL 24097<br>Misc Personal Services | 24.13 | | 20,838.05 |
| 04/09/24 | Mobile Purchase Sign Based 04/07 04:55p #1472<br>Amazon.com*UE7UC8QA3 Amzn.com/bill WA 24099<br>Food & Beverages | 149.19 | | 20,585.91 |
| 04/10/24 | Mobile Purchase Sign Based 04/08 06:28p #1472<br>Amazon Tips*I93IY7UC3 Amzn.com/bill WA 24100<br>Specialty Retail stores | 5.00 | | 20,580.91 |
| 04/10/24 | Debit Card Purchase 04/08 04:17a #1472  APPLE.COM/BILL  866-712-7753 CA 24100 | 9.99 | | 20,570.92 |

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account    5812

Page 4 of 10

## Checking Continued

### Checking Activity Continued

**Citigold Interest Checking    5812**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/10/24 | Debit Card Purchase 04/07 09:21p #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24100<br>Specialty Retail stores | 59.88 | | 20,511.04 |
| 04/11/24 | Debit Card Purchase 04/09 10:03p #1472  JETS PIZZA - NY-003  NEW YORK  NY 24101<br>Restaurant/Bar | 41.81 | | 20,469.23 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 10:59p #1472  Prime Video Channels  amzn.com/bill WA 24102<br>AMZN Mktp US*H483E7J33 Amzn.com/bill WA 24102 | 8.99 | | 20,460.24 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 12:03a #1472<br>AMZN Mktp US*H483E7J33 Amzn.com/bill WA 24102 | 16.32 | | 20,443.92 |
| 04/12/24 | Mobile Purchase Sign Based 04/10 02:42a #1472<br>AMZN Mktp US*7F5BL7W13 Amzn.com/bill WA 24102<br>Specialty Retail stores | 105.48 | | 20,338.44 |
| 04/15/24 | Deposit 03:04p  Teller | | 5,150.94 | 25,489.38 |
| 04/15/24 | Debit Card Purchase 04/10 12:26p #1472  APPLE.COM/BILL  866-712-7753 CA 24103 | 9.99 | | 25,479.39 |
| 04/15/24 | Debit Card Purchase 04/10 08:45p #1472  WIFIONBOARD  INTELSAT.COM IL 24103<br>Misc Business Services | 15.00 | | 25,464.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472  WIFIONBOARD  INTELSAT.COM IL 24106<br>Misc Business Services | | 15.00 | 25,479.39 |
| 04/16/24 | Debit Card Purchase Return 04/14 #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24106<br>Specialty Retail stores | | 59.87 | 25,539.26 |
| 04/16/24 | Brokerage Misc Credit** | | 27,000.00 | 52,539.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 09:41a #1472<br>Amazon Tips*WG3PN6KR3  Amzn.com/bill WA 24106<br>Specialty Retail stores | 10.00 | | 52,529.26 |
| 04/16/24 | Mobile Purchase Sign Based 04/14 10:24p #1472<br>AMZN Mktp US*HB0VU6TP3 Amzn.com/bill WA 24106<br>Specialty Retail stores | 20.16 | | 52,509.10 |
| 04/16/24 | Mobile Purchase Sign Based 04/13 11:14a #1472<br>AMZN Mktp US*4V6WM4PX3 Amzn.com/bill WA 24105<br>Specialty Retail stores | 32.65 | | 52,476.45 |
| 04/16/24 | Debit Card Purchase 04/14 11:14a #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24106<br>Specialty Retail stores | 59.87 | | 52,416.58 |
| 04/16/24 | Debit Card Purchase 04/14 11:23a #1472  B&H PHOTO 800-606-6969 NEW YORK  NY 24106<br>Specialty Retail stores | 59.88 | | 52,356.70 |
| 04/16/24 | Debit Card Purchase 04/12 06:19p #1472  PATSYS 60TH STREET  NEW YORK  NY 24104<br>Restaurant/Bar | 132.31 | | 52,224.39 |
| 04/16/24 | Debit Card Purchase 04/13 #1472  AMAZON GROCE*BG82H4Q13 SEATTLE  WA 24105<br>Food & Beverages | 167.83 | | 52,056.56 |
| 04/17/24 | Mobile Purchase Sign Based 04/13 11:32a #1472<br>AMZN Mktp US*7035J0Y63 Amzn.com/bill WA 24107<br>Specialty Retail stores | 27.48 | | 52,029.08 |
| 04/17/24 | Mobile Purchase Sign Based 04/15 04:14p #1472<br>AMAZON MAR*111-650661 SEATTLE  WA 24107<br>Specialty Retail stores | 51.16 | | 51,977.92 |

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account 5812

## Checking Continued

### Checking Activity Continued

**Citigold Interest Checking 5812**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/18/24 | Debit Card Purchase 04/15 04:21p #1472 NYC TAXI 1246 12460010 LONG ISLAND C NY 24108 Misc Transportation | 17.80 | | 51,960.12 |
| 04/19/24 | Debit Card Purchase 04/16 #1472 AMAZON GROCE*KC2BO4LY3 SEATTLE WA 24108 Food & Beverages | 111.90 | | 51,848.22 |
| 04/19/24 | ACH Electronic Credit PERSHING PAYMENTS 000000250 BROKERAGE | | 23,000.00 | 74,848.22 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 01:30p #1472 AMAZON PRIME*LR83V6S63 888-802-3080 WA 24109 Specialty Retail stores | 15.29 | | 74,832.93 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 05:17p #1472 Amazon Tips*5Y46H10X3 Amzn.com/bill WA 24109 Specialty Retail stores | 0.49 | | 74,832.44 |
| 04/19/24 | Debit Card Purchase 04/17 07:57p #1472 APPLE.COM/BILL 866-712-7753 CA 24109 | 7.00 | | 74,825.44 |
| 04/19/24 | Mobile Purchase Sign Based 04/16 12:42p #1472 AMZN Mktp US*680TT3DV3 Amzn.com/bill WA 24109 Specialty Retail stores | 9.23 | | 74,816.21 |
| 04/19/24 | Mobile Purchase Sign Based 04/17 02:05p #1472 AMZN Mktp US*O39Q92433 Amzn.com/bill WA 24109 Specialty Retail stores | 41.35 | | 74,774.86 |
| 04/19/24 | Cash Withdrawal 09:25a #1472 ATM RT-15 MERRITT PKWY GREENWICH 00TUS051 | 115.86 | | 74,659.00 |
| 04/19/24 | Debit Card Purchase 04/17 02:57p #1472 B&H PHOTO 800-606-6969 NEW YORK NY 24109 | 195.98 | | 74,463.02 |
| 04/22/24 | Debit Card Purchase 04/17 10:23p #1472 APPLE.COM/BILL 866-712-7753 CA 24110 | 200.00 | | 74,263.02 |
| 04/22/24 | Debit Card Purchase 04/18 05:36p #1472 METRO INTEGRATIVE PHAR NEW YORK NY 24110 Food & Beverages | 9.79 | | 74,253.23 |
| 04/22/24 | Check # 2242 | 127.25 | | 74,125.98 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 08:11p #1472 AMAZON PRIME*NC9DM1203 888-802-3080 WA 24112 Specialty Retail stores | 11,000.00 | | 63,125.98 |
| 04/23/24 | Debit Card Purchase 04/19 09:28a #1472 DUNKIN #349416 GREENWICH CT 24111 Restaurant/Bar | 3.99 | | 63,121.99 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:54a #1472 AMZN Mktp US*1A6GQ6D23 Amzn.com/bill WA 24112 Specialty Retail stores | 13.49 | | 63,108.50 |
| 04/23/24 | Mobile Purchase Sign Based 04/20 01:04p #1472 Amazon.com*7F4RV40E3 Amzn.com/bill WA 24112 Specialty Retail stores | 21.38 | | 63,087.12 |
| 04/23/24 | Debit Card Purchase 04/20 07:41p #1472 LONGHORN STEAK 01251 41 MANCHESTER NH 24113 Restaurant/Bar | 21.70 | | 63,065.42 |
| 04/23/24 | Check # 2252 | 73.12 | | 62,992.30 |
| 04/24/24 | ACH Electronic Debit VERIZON PAYMENTREC | 148.52 | | 62,843.78 |
| 04/24/24 | Mobile Purchase Sign Based 04/22 11:54a #1472 AMAZON PRIME*E12XG8WA3 888-802-3080 WA 24114 | 256.79 | | 62,586.99 |
| 04/24/24 | | 11.99 | | 62,575.00 |

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account    5812

Page 6 of 10

## Checking Continued

### Citigold Interest Checking    5812

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/24/24 | Debit Card Purchase 04/22 10:29a #1472 AUNTIE ANNE'S CHARLTON SUDBURRY MA 24114 Restaurant/Bar | 26.91 | | 62,548.09 |
| 04/24/24 | Mobile Purchase Sign Based 04/19 11:05p #1472 AMZN Mktp US*UT00X4KC3 Amzn.com/bill WA 24114 Specialty Retail stores | 33.18 | | 62,514.91 |
| 04/24/24 | Debit Card Purchase 04/21 06:18p #1472 CARMELINAS BOSTON MA 24114 Restaurant/Bar | 140.40 | | 62,374.51 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 05:56p #1472 Prime Video Channels amzn.com/bill WA 24115 | 7.99 | | 62,366.52 |
| 04/25/24 | Mobile Purchase Sign Based 04/23 04:18p #1472 AMAZON MAR* 112-228736 SEATTLE WA 24115 Specialty Retail stores | 97.97 | | 62,268.55 |
| 04/25/24 | Debit Card Purchase 04/23 #1472 AMAZON GROCE*KL5QO8DJ3 SEATTLE WA 24115 Food & Beverages | 211.45 | | 62,057.10 |
| 04/25/24 | Check # 2254 | 900.00 | | 61,157.10 |
| 04/25/24 | Check # 2249 | 1,355.00 | | 59,802.10 |
| 04/26/24 | Debit Card Purchase 04/23 10:39p #1472 APPLE.COM/BILL CUPERTINO CA 24116 Specialty Retail stores | 1.62 | | 59,800.48 |
| 04/26/24 | Mobile Purchase Sign Based 04/24 08:06p #1472 Amazon Tips*3W1L72503 Amzn.com/bill WA 24116 Specialty Retail stores | 10.00 | | 59,790.48 |
| 04/26/24 | Debit Card Purchase 04/24 11:03a #1472 METRO INTEGRATIVE PHAR NEW YORK NY 24116 Food & Beverages | 43.99 | | 59,746.49 |
| 04/26/24 | Debit Card Purchase 04/24 05:18p #1472 COMCAST/XFINITY 800-266-2278 FL 24116 Phones, Cable & Utilities | 185.00 | | 59,561.49 |
| 04/29/24 | Debit Card Purchase 04/24 07:27a #1472 APPLE.COM/BILL 866-712-7753 CA 24117 | 40.27 | | 59,521.22 |
| 04/29/24 | Debit Card Purchase 04/24 05:36p #1472 ATT* BILL PAYMENT DALLAS TX 24117 Phones, Cable & Utilities | 243.47 | | 59,277.75 |
| 04/30/24 | Mobile Purchase Sign Based 04/27 03:25p #1472 Prime Video Channels amzn.com/bill WA 24119 | 6.99 | | 59,270.76 |
| 04/30/24 | Debit Card Purchase 04/26 08:31a #1472 CROSSIAN* DENILUXE.COM LEWES DE 24118 Misc Business Services | 48.87 | | 59,221.89 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.01% | | 0.35 | 59,222.24 |
| 04/30/24 | Total Subtracted/Added | 30,468.73 | 55,243.57 | |
| 04/30/24 | Closing Balance | | | 59,222.24 |

\* All transaction times and dates reflected are based on Eastern Time.
\*\* See your brokerage account statement for full transactional detail.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

010/R1/20F000 0

April 1 - **April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account          /5812

Page 7 of 10

## Checking

*Continued*

**Checks Paid**

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2242 | 04/22 | 11,000.00 | 2244* | 04/04 | 10,000.00 | 2249* | 04/25 | 1,355.00 | 
| 2254* | 04/25 | 900.00 | | | | 2252* | 04/23 | 148.52 |

* indicates gap in check number sequence

Number Checks Paid: 5          Totaling: $23,403.52

## Savings

**Citi® Savings          5820**

| Citi® Savings Account Activity | | | |
|---|---|---|---|
| Date | Description | Amount Subtracted  Amount Added | Balance |
| 04/01/24 | Opening Balance | | 351.99 |
| 04/30/24 | Interest paid for 30 days, Annual Percentage Yield Earned 0.10% | 0.03 | 352.02 |
| 04/30/24 | Closing Balance | | 352.02 |

## Retirement Accounts

This reports your retirement account balances and activity from Apr. 1 through Apr. 30, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

010/R1/20F000
0

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account    I5812    Page 8 of 10

## Retirement Accounts  Continued

### Citi Personal Wealth Management Retirement Plans

**CITI RETIREMENT ACCOUNT**

| | |
|---|---:|
| Total CGMI Retirement Investments | $1,036,960.66 |

April 1 - April 30, 2024
RUDOLPH W. GIULIANI
Citigold Account  •5812

Page 9 of 10

## Important Disclosures
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.
**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.
**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
• *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
**Billing Rights Summary -** *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
• *Account information:*Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.



Citibank, N.A. Member FDIC

010/R1/20F000 0

This page has been intentionally left blank.

**April 1 - April 30, 2024**
RUDOLPH W. GIULIANI
Citigold Account                )5812

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking-5812 | 2244 | Apr 04, 2024 | -$10,000.00 |



Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer, you should delete these files so that no one will have access to your check images and account information.

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking-5812 | 2249 | Apr 25, 2024 | -$1,355.00 |

2249

RUDOLPH W. GIULIANI

4-15-24

U.S. Trustees    $ 1355.00

One thousand three hundred fifty five dollars

citibank

08-23-12055

20240424
Fed Res Bank Cleveland

CHAPTER 11 QUARTERLY FEES

Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer, you should delete these files so that no one will have access to your check images and account information.

https://online.citi.com/US/ag/dashboard/checking?accountId=...    5/4/24, 2:02 PM
Page 1 of 1

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking-5812 | 2252 | Apr 23, 2024 | -$148.52 |



Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer, you should delete these files so that no one will have access to your check images and account information.

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking-5812 | 2254 | Apr 25, 2024 | -$900.00 |



Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer, you should delete these files so that no one will have access to your check images and account information.

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Interest Checking-5812 | 2242 | Apr 22, 2024 | -$11,000.00 |

2242

RUDOLPH W. GIULIANI

Date 4-15-24

Pay to the order of: 45 East 66 Owners Corp    $11,000.00

Eleven thousand dollars —00/100 Dollars

citibank

CITIBANK, N.A.

For 18480580

2242

>267090594<
BANKUNITED LBX
CR TO A/C OF W/IN NAMED PAYEE
ENDORSEMENT GUARANTEED

Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer, you should delete these files so that no one will have access to your check images and account information.

https://online.citi.com/US/ag/dashboard/checking?accountId...1b183c0af797bc6a75b7575c4474de1105ad27ef952bdc7c0640    5/13/24, 5:05 PM
Page 1 of 1