MARCH 22, 2024

# State of New York

**REMITTANCE ADVICE for CHECK NO. 73740129**

W

I am pleased to be able to return these monies to you. My Office has been holding these funds since they were received from the companies that reported them in accordance with the Abandoned Property Law.
I am very committed to reuniting account owners with their unclaimed funds, so feel free to encourage others to check my Internet website at www.osc.state.ny.us or call 1-800-221-9311.

**Thomas P. DiNapoli**
**State Comptroller**

DOCUMENT:       799
CLAIM: 0       705
SETTLEMENT: 0      619

REPORTED AMOUNT: $4,794.33

**Non-Negotiable** CHECK TOTAL: $4,794.33

Payee:
RUDOLPH GIULIANI

Mail to:
RUDOLPH GIULIANI
45 EAST 66TH ST 10W
NEW YORK          NY 10065-6159

Re:



**DETACH HERE BEFORE CASHING ⬇**          **PLEASE CASH WITHIN 180 DAYS**

---

04107077

# State of New York
COMPTROLLER STATE OF NEW YORK
REFUND ACCOUNT

Check No. 129

29-55 / 213   W

**KNOW YOUR ENDORSER**

MARCH 22, 2024

**$4,794.33**

$4,794.33

Pay to the Order of   **RUDOLPH GIULIANI**

*Thomas P. DiNapoli*
Thomas P. DiNapoli
State Comptroller

OSC01   U5620799         KeyBank N.A.

---

000209   W 73740129   OSC01

**STATE OF NEW YORK**
**OFFICE OF THE STATE COMPTROLLER**
**ALBANY, NEW YORK  12236-0001**

OSC01        U5620799

RUDOLPH GIULIANI
45 EAST 66TH ST 10W
NEW YORK          NY 10065-6159



US POSTAGE PITNEY BOWES
ZIP 12180  $ 000.54
02 4W
0000339549 MAR 25 2024

Presort First Class Mail CorrBasPrice

TRAVEL RELATED SERVICES

American Express
Travel Related Services Company
MC24-01-17, 2401 W. Behrend Dr., Ste 55
Phoenix, AZ 85027

CHECK DATE: 03/26/24
XXXXXXXXXXX55002
CHECK NUMBER: 76356198
TRIUMPH
74-1329
724

PAY Two Hundred Eleven Dollars and 72/100

TO THE ORDER OF
RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

PAYABLE THROUGH FIFTH THIRD BANK
LANSING, MICHIGAN

CHECK AMOUNT
*******$211.72

Void If Not Cashed In 120 Days

AUTHORIZED SIGNATURE

Country Meadows Associates
830 Cherry Drive
Hershey, PA 17033

Wells Fargo Bank, N.A.

1194
3-50/310

TO THE ORDER OF
RUDOLPH GIULIANI
C/O GIULIANI PARTNERS
43 E. 66TH ST, APT 10W
NEW YORK, NY 10065

Pay  EIGHTEEN AND 11/100 DOLLARS

DATE 02/29/2024

CHECK NO. 1194

AMOUNT $18.11***

Signature: Meredith Miia

Printed: Heather 02/29/24 09:04:33 am • RUDOLPH GIULIANI $18.11***

THIS CHECK IS VOID WITHOUT A MULTI-COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW
SIGNATURE HAS A COLORED BACKGROUND • BORDER CONTAINS MICROPRINTING
Job No. 967466
Form 605-BG

⑈4590584⑈ ⑆031800847⑆ 9704⑉0⑆8⑈

---

THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT
American Express
Travel Related Services Company
[address]

CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TRAVEL
CHECK DATE        TRIUMPH           74-1329
03/06/24          CHECK NUMBER      724
XXXXXXXXXXXX5002  76356198

**DISCOVER**
DISCOVER BANK
NEW CASTLE, DELAWARE

DATE 02/05/24

281
62/64
311

PAY ONE HUNDRED TWENTY SIX AND 78/100 ******************

TO THE
ORDER OF RUDOLPH GIULIANI

$126.78

DOLLARS

MEMO _____

_Roger [signature]_
AUTHORIZED SIGNATURE