AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a RUDOLPH WILLIAM GIULIANI, | Case No. 23-12055 (SHL) |
| **Debtor.** | |

---

**NOTICE OF FILING**
**OF PROPOSED ORDER DENYING**
**DEBTOR'S MOTION FOR AN ORDER MODIFYING**
**THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF**
**ALLOWING THE DEBTOR TO PROCEED WITH PROSECUTING**
**AND PERFECTING THE *FREEMAN* APPEAL BEFORE THE D.C. CIRCUIT**

**PLEASE TAKE NOTICE** that on April 26, 2024, the above-captioned debtor (the "Debtor") filed the *Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 195] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2024, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Debtor's chapter 11 case filed the

*Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 205].

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2024, Ms. Ruby Freeman and Ms. Wandrea' ArShaye Moss (together, the "Freeman Plaintiffs" and collectively, the Freeman Plaintiffs, the Debtor and the Committee, the "Parties") filed the *Objection of Ruby Freeman and Wandrea' ArShaye Moss to Debtor's Motion for an Order Modifying the Automatic Stay* [Docket No. 207].

**PLEASE TAKE FURTHER NOTICE** that on May 14, 2024, the Court held a hearing on the Motion. For the reasons set forth on the record at the Hearing, the Court denied the Motion and directed the Parties to submit an agreed form of order denying the Motion.

**PLEASE TAKE FURTHER NOTICE** that an agreed form of order denying the Motion (the "Proposed Order") is attached hereto as **Exhibit A**, and each of the Parties has reviewed and signed off on the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the Proposed Order may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov* in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 20, 2024<br>New York, New York | */s/ Philip C. Dublin*<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Tel:   (212) 872-1000<br>Fax:  (212) 872-1002<br>Email: idizengoff@akingump.com<br>          pdublin@akingump.com<br>          aqureshi@akingump.com<br><br>- and -<br><br>Rachel Biblo Block (admitted *pro hac vice*)<br>2300 N. Field St., Suite 1800<br>Dallas, Texas 75201<br>Tel:   (214) 969-2800<br>Fax:  (214) 969-4343<br>Email: rbibloblock@akingump.com<br><br>*Counsel to the Official Committee of*<br>*Unsecured Creditors of Rudolph W. Giuliani* |

# **EXHIBIT A**

**Proposed Order**

23-12055-shl    Doc 227    Filed 05/20/24    Entered 05/20/24 17:32:42    Main Document
Pg 4 of 6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In re:**                                                                      :    **Chapter 11**
                                                                                       :
**RUDOLPH W. GIULIANI**                                        :    **Case No. 23-12055 (SHL)**
**a/k/a RUDOLPH WILLIAM GIULIANI,**                 :
                                                                                       :
       **Debtor.**                                                   :
------------------------------------------------------------------x

### ORDER DENYING DEBTOR'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ALLOWING THE DEBTOR TO PROCEED WITH PROSECUTING AND PERFECTING THE *FREEMAN* APPEAL BEFORE THE D.C. CIRCUIT

Upon the *Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 195] (the "Motion") of Rudolph W. Giuliani a/k/a Rudolph William Giuliani (the "Debtor") for entry of an order modifying the automatic stay for the limited purpose of allowing the Debtor to take the steps necessary to prosecute his appeal to the United States Court of Appeals for the D.C. Circuit (the "D.C. Circuit Court") from the judgment in the case of *Freeman et al. v. Giuliani*, No. 1:21-cv-03354-BAH (United States District Court for the District of Columbia) (together with the Debtor's appeal to the D.C. Circuit Court, the "Freeman Litigation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the (i) *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 205] and (ii) *Objection of Ruby Freeman and Wandrea'*

*ArShaye Moss to Debtor's Motion for an Order Modifying the Automatic Stay* [Docket No. 207]; and the Court having heard the arguments of the parties on the Motion at a hearing on May 14, 2024 (the "Hearing"); and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. For the reasons set forth on the record at the Hearing, the Motion is **DENIED** without prejudice to renewal in light of changed circumstances.

2. The automatic stay shall remain in place with respect to the Freeman Litigation and any appeal thereof, and no further action may be taken in the Freeman Litigation without further order of this Court.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE