UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          :        Chapter 11
                                                                :
RUDOLPH W. GIULIANI                                             :        Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                                 :
                                                                :
              Debtor.                                           :
------------------------------------------------------------x

### ORDER APPROVING STIPULATION PROVIDING FOR SECOND EXTENSION OF THE DEADLINE FOR CREDITORS TO CHALLENGE DISCHARGEABILITY OF DEBTS

Upon the stipulation (the "Stipulation")[1] of the Debtor and the Committee agreeing to further extend the Extended Dischargeability Challenge Deadline for cause for all creditors and the U.S. Trustee by ninety (90) days, through and including September 5, 2024; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided to the necessary parties; and the Court having found that no other or further notice is necessary; and the Court having reviewed the Stipulation; and the Court finding, based on the representations made in the Stipulation that, pursuant to Bankruptcy Rule 4007(c), cause exists to further extend the Extended Dischargeability Challenge Deadline; and the Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and the Court having found that the relief requested is in the best interests of the Debtor's estate and his unsecured creditors; and any objections to the relief requested having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation is approved as set forth herein.

2. Pursuant to Bankruptcy Rule 4007(c), cause exists to further extend the Extended Dischargeability Challenge Deadline for all creditors, the Committee and the U.S. Trustee by ninety (90) days, through and including September 5, 2024, and the Extended Dischargeability Challenge Deadline shall be further extended for all creditors, the Committee and the U.S. Trustee by ninety (90) days, through and including September 5, 2024 (the "Second Extended Dischargeability Challenge Deadline").

3. Upon agreement by the Debtor and the Committee, the Second Extended Dischargeability Challenge Deadline may be further extended through the submission of a further stipulation and proposed form of order (a "Further Order"), and any such further extension shall be effective as of the date of entry of the applicable Further Order.

4. Nothing herein shall prevent the Committee or any other party in interest from seeking to extend the Second Extended Dischargeability Challenge Deadline or any further extension thereof without the Debtor's agreement by the filing of a motion for such relief.

5. The Committee and the Debtor are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

6. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

7. The Court retains exclusive jurisdiction with respect to any disputes arising from, or other actions to interpret, administer or enforce the terms and provisions of, the Stipulation and this order.

Dated: May 21, 2024

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE