UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                  :        Chapter 11
                                                                            :
RUDOLPH W. GIULIANI                                       :        Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,            :
                                                                            :
              Debtor.                                              :
-------------------------------------------------------------x

### ORDER DENYING DEBTOR'S MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ALLOWING THE DEBTOR TO PROCEED WITH PROSECUTING AND PERFECTING THE *FREEMAN* APPEAL BEFORE THE D.C. CIRCUIT

Upon the *Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 195] (the "Motion") of Rudolph W. Giuliani a/k/a Rudolph William Giuliani (the "Debtor") for entry of an order modifying the automatic stay for the limited purpose of allowing the Debtor to take the steps necessary to prosecute his appeal to the United States Court of Appeals for the D.C. Circuit (the "D.C. Circuit Court") from the judgment in the case of *Freeman et al. v. Giuliani*, No. 1:21-cv-03354-BAH (United States District Court for the District of Columbia) (together with the Debtor's appeal to the D.C. Circuit Court, the "Freeman Litigation"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the (i) *Objection of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to the Debtor's Motion for an Order Modifying the Automatic Stay for the Limited Purpose of Allowing the Debtor to Proceed with Prosecuting and Perfecting the Freeman Appeal Before the D.C. Circuit* [Docket No. 205] and (ii) *Objection of Ruby Freeman and Wandrea'*

*ArShaye Moss to Debtor's Motion for an Order Modifying the Automatic Stay* [Docket No. 207]; and the Court having heard the arguments of the parties on the Motion at a hearing on May 14, 2024 (the "<u>Hearing</u>"); and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. For the reasons set forth on the record at the Hearing, the Motion is **DENIED** without prejudice to renewal in light of changed circumstances.

2. The automatic stay shall remain in place with respect to the Freeman Litigation and any appeal thereof, and no further action may be taken in the Freeman Litigation without further order of this Court.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 23, 2024

<u>*/s/ Sean H. Lane*</u>
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE
