**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **RUDOLPH W. GIULIANI** | : | **Case No. 23-12055 (SHL)** |
| **a/k/a RUDOLPH WILLIAM GIULIANI,** | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

**DECLARATION OF RACHEL BIBLO**
**BLOCK IN SUPPORT OF THE MOTION OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**RUDOLPH W. GIULIANI FOR ENTRY OF AN ORDER DIRECTING THE**
<u>**IMMEDIATE APPOINTMENT OF A TRUSTEE PURSUANT TO 11 U.S.C. § 1104**</u>

Under 28 U.S.C. § 1746, I, Rachel Biblo Block, declare as follows under the penalty of perjury:

1.      I am an attorney admitted to practice in the States of Delaware and Texas, and I have been admitted *pro hac vice* in connection with the above-captioned case.

2.      I am a counsel at the firm of Akin Gump Strauss Hauer & Feld LLP ("<u>Akin</u>").  Akin maintains offices at, among other places, One Bryant Park, New York, New York 10036.  There are no disciplinary proceedings pending against me.

3.      I am duly authorized to make this declaration on behalf of the Official Committee of Unsecured Creditors in support of the *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* (the "<u>Motion</u>"), filed contemporaneously herewith.

4.      Attached hereto as <u>**Exhibit A**</u> is a true and correct copy of the Debtor's purported contract, dated April 23, 2024, with "Darron Burke, aka Burke Brands" (with redactions) sent by Berger, Fischoff, Shumer, Wexler & Goodman, LLP, Debtor's counsel ("<u>BFS</u>"), to Akin.

5.      Attached hereto as **Exhibit B** is a true and correct copy of email correspondence from May 9, 2024 from Akin to BFS.

6.      Attached hereto as **Exhibit C** is a true and correct copy of email correspondence from May 15, 2024 through May 17, 2024 between Akin and BFS (with attachments omitted).

7.      Attached hereto as **Exhibit D** is a true and correct copy of email correspondence from February 14, 2024 through February 16, 2024 between Akin and BFS.

8.      Attached hereto as **Exhibit E** is a true and correct copy of the Giuliani Partners American Express credit card statement (closing date of February 16, 2024) for credit card ending 5002 sent by BFS to Akin.

9.      Attached hereto as **Exhibit F** is a true and correct copy of the Giuliani Partners American Express credit card statement (closing date of January 19, 2024) for credit card ending 5002 sent by BFS to Akin.

10.     Attached hereto as **Exhibit G** is a true and correct copy of the May 22, 2024 letter (with redactions) from BFS to Akin.

11.     Attached hereto as **Exhibit H** is a true and correct copy of the Rudolph W. Giuliani American Express credit card statement (closing date of January 14, 2024) for credit card ending 5001 sent by BFS to Akin.

12.     Attached hereto as **Exhibit I** is a true and correct copy of the Rudolph W. Giuliani American Express credit card statement (closing date of February 12, 2024) for credit card ending 5001 sent by BFS to Akin.

13.     Attached hereto as **Exhibit J** is a true and correct copy of the Greenberg Traurig American Express credit card statement (closing date of January 26, 2024) for credit card ending 1004 sent by BFS to Akin.

14.     Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of the Maria Ryan
American Express credit card statement (closing date of January 26, 2024) for credit card ending
2007 (with redactions) sent by BFS to Akin.

15.     Attached hereto as **<u>Exhibit L</u>** is a true and correct copy of the Rudolph W. Giuliani
Citigold Account statement (for May 1, 2024 through May 19, 2024) for account ending 5812 sent
by BFS to Akin.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 28, 2024, in Dallas, Texas.

Respectfully submitted,


_/s/ Rachel Biblo Block_
Rachel Biblo Block

## **EXHIBIT A**

**Debtor's purported contract, dated April 23, 2024, with
"Darron Burke, aka Burke Brands" sent by BFS to Akin**

Giuliani Communications, LLC

445 Park Avenue 18th Floor

New York, New York

10022

This agreement is between Rudolph Giuliani, aka Giuliani Communications, LLC, and Darron Burke, aka Burke Brands.

Rudolph Giuliani through Burke Brands will promote Rudy coffee. Burke brands will assist with developing marketing materials.

The attached spreadsheet shows the net profit for 32 oz whole bean is $5.039, 64 Oz whole bean is $10.285, 76 oz is $14.284.

Giuliani will be entitled to 80% of net profit of each sale of Rudy Coffee.

By the 15th of each month the profit share will be distributed from the prior month.

Payment will be wired to :

Giuliani Communications, LLC

█████████████████████████

_____    April 23, 2024 _____
Rudolph Giuliani                                    Date

_____    04/23/2024 _____
Darron Burke                                        Date

## Celebrity Coffee Brands Cost / Pricing — 32 oz - Whole Bean

| | | $ |
|---|---|---|
| Retail Price | | 25.00 |
| Subscription Discount | 15% $ | (3.75) |
| Revenue After Discount | $ | 21.25 |
| | | |
| 1 LB Green Coffee | $ | 2.50 |
| Shipping from Storage | $ | 0.025 |
| Landed Green Coffee | $ | 2.53 |
| Propane cost per lb of green | $ | 0.03 |
| **Total Cost 1lb Green Coffee** | $ | 2.56 |
| Roasting Shrink | 22% | |
| Lbs. of finished coffee | 2 | |
| Lbs. of green coffee | 2.00 | |
| Check | | 2 |
| Cost of Coffee | $ | 5.11 |
| Packaging Labor | $ | 0.14 |
| Roasting Labor | $ | 0.14 |
| **Cost Plus Direct Labor** | $ | **5.39** |
| Labor and Overhead/2 lb bag | $ | 0.80 |
| Cost of Bag | | 0.85 |
| | $ | - |
| **Total Cost\** | | |
| Total Product Costs | $ | 7.04 |
| **Fulfilment** | | |
| Transaction Cost | $ | 0.21 |
| Gross Profit | $ | 14.00 |
| SHIPPING (Customer pays shipping) | | |
| Flat rate shipping | | |
| Average Cost of Shipping | | |
| Net Shipping | $ | - |
| Profit After Shipping | $ | 14.00 |
| Fee | $ | - |
| Damaged Shipments or Returns | 1% $ | (0.21) |
| Burke Brands Margin | 35% $ | (8.75) |
| Net Profit | $ | 5.04 |

## Celebrity Coffee Brands Cost / Pricing — 64 oz - Whole Bean

| | | $ |
|---|---|---|
| Retail Price | | 50.00 |
| Subscription Discount | 15% $ | (7.50) |
| Revenue After Discount | $ | 42.50 |
| | | |
| 1 LB Green Coffee | $ | 2.50 |
| Shipping from Storage | $ | 0.025 |
| Landed Green Coffee | $ | 2.53 |
| Propane cost per lb of green | $ | 0.03 |
| **Total Cost 1lb Green Coffee** | $ | 2.56 |
| Roasting Shrink | 22% | |
| Lbs. of finished coffee | 4 | |
| Lbs. of green coffee | 4.00 | |
| Check | | 4 |
| Cost of Coffee | $ | 10.22 |
| Packaging Labor | $ | 0.28 |
| Roasting Labor | $ | 0.28 |
| **Cost Plus Direct Labor** | $ | **10.78** |
| Labor and Overhead/2 lb bag | $ | 1.60 |
| Cost of Bag | | 1.7 |
| | $ | - |
| **Total Cost\** | | |
| Total Product Costs | $ | 14.08 |
| **Fulfilment** | | |
| Transaction Cost | $ | 0.21 |
| Gross Profit | $ | 28.21 |
| SHIPPING (Customer pays shipping) | | |
| Flat rate shipping | | |
| Average Cost of Shipping | | |
| Net Shipping | $ | - |
| Profit After Shipping | $ | 28.21 |
| Fee | $ | - |
| Damaged Shipments or Returns | 1% $ | (0.43) |
| Burke Brands Margin | 35% $ | (17.50) |
| Net Profit | | 10.29 |

## Celebrity Coffee Brands Cost / Pricing — 76 oz - Whole Bean

| | | $ |
|---|---|---|
| Retail Price | | 62.99 |
| Subscription Discount | 15% $ | (9.45) |
| Revenue After Discount | $ | 53.54 |
| | | |
| 1 LB Green Coffee | $ | 2.50 |
| Shipping from Storage | $ | 0.025 |
| Landed Green Coffee | $ | 2.53 |
| Propane cost per lb of green | $ | 0.03 |
| **Total Cost 1lb Green Coffee** | $ | 2.56 |
| Roasting Shrink | 22% | |
| Lbs. of finished coffee | 4.75 | |
| Lbs. of green coffee | 4.75 | |
| Check | | 4.75 |
| Cost of Coffee | $ | 12.14 |
| Packaging Labor | $ | 0.14 |
| Roasting Labor | $ | 0.14 |
| **Cost Plus Direct Labor** | $ | **12.42** |
| Labor and Overhead/2 lb bag | $ | 1.90 |
| Cost of Bag | | 2.15 |
| | $ | - |
| **Total Cost\** | | |
| Total Product Costs | $ | 16.47 |
| **Fulfilment** | | |
| Transaction Cost | $ | 0.21 |
| Gross Profit | $ | 36.87 |
| SHIPPING | | |
| Flat rate shipping | | |
| Average Cost of Shipping (Customer gets Free shipping) | | 11.5 |
| Net Shipping | | |
| Profit After Shipping | $ | 36.87 |
| Fee | $ | - |
| Damaged Shipments or Returns | 1% $ | (0.54) |
| Burke Brands Margin | 35% $ | (22.05) |
| Net Profit | | 14.28 |

**<u>EXHIBIT B</u>**

**May 9, 2024 email correspondence from Akin to BFS**

| | |
|---|---|
| **From:** | Biblo Block, Rachel |
| **Sent:** | Thursday, May 9, 2024 3:23 PM |
| **To:** | Heath Berger; Gary Fischoff |
| **Cc:** | Dublin, Philip; Qureshi, Abid; Danovitch, Amelia |
| **Subject:** | RWG - Amazon and Apple Transactions |

Heath and Gary,

We have reviewed the operating reports for February and March and have significant questions regarding the Debtor's disclosures and spending, including with respect to his Amazon and Apple purchases.

In correspondence from Phil dated March 8, 2024, we relayed the Committee's concerns about, among other things, the troubling quantity of similar Amazon and Apple transactions, which were only disclosed after the Committee requested supporting documentation for the Debtor's January operating report.  Clearly this pattern of spending persists.

As a result, the Committee requests copies of the transaction histories for the Debtor's Amazon and Apple accounts by Monday, May 13, including item-by-item supporting detail of what was purchased in each transaction.  This information can be obtained easily through the Debtor's Amazon and Apple accounts, as both websites allow account holders to access records of every item purchased in past transactions.

Please let us know by close of business on Friday, May 10 if you intend to provide this information by Monday, May 13.

Thanks,

Rachel

**Rachel Biblo Block**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.2736 | Internal: 12736
Fax: +1 214.969.4343 | rbibloblock@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

## EXHIBIT C

**May 15, 2024 through May 17, 2024 email
correspondence between Akin and BFS (attachments omitted)**

| | |
|---|---|
| **From:** | Heath Berger <hberger@bfslawfirm.com> |
| **Sent:** | Friday, May 17, 2024 12:09 PM |
| **To:** | Biblo Block, Rachel; Gary Fischoff |
| **Cc:** | Dublin, Philip; Qureshi, Abid; Danovitch, Amelia |
| **Subject:** | RE: RWG - Unresolved Items |
| **Attachments:** | Invoice.RG.pdf; Wire.RG.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*EXTERNAL Email\*\***

Rachel,

Please see response in red.

Heath

**BFS
WG** **Heath S. Berger, Esq.**
**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
**6901 Jericho Turnpike, Suite 230**
**Syosset, New York 11791**
**(516) 747-1136**
**Fax - (516) 747-0382**
hberger@bfslawfirm.com
visit our website at
www.bfslawfirm.com
www.bfsfamilylaw.com
www.bfsbankruptcy.com

**WARNING! WIRE FRAUD ADVISORY**: Wire fraud and email hacking/phishing attacks are on the increase! If you have an escrow or closing transaction with us and you receive an email containing Wire Transfer Instructions, DO NOT RESPOND TO THE EMAIL! Instead, call our office immediately, using previously known contact information and NOT information provided in the email, to verify the information prior to sending funds.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer where it may reside.

Replies Filtered: Any incoming e-mail reply to this communication will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching

1

us. For that reason, we may not receive your reply and/or we may not receive it in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail.

---

**From:** Biblo Block, Rachel <rbibloblock@akingump.com>
**Sent:** Friday, May 17, 2024 9:47 AM
**To:** Heath Berger <hberger@bfslawfirm.com>; Gary Fischoff <gfischoff@bfslawfirm.com>
**Cc:** Dublin, Philip <pdublin@AkinGump.com>; Qureshi, Abid <aqureshi@AkinGump.com>; Danovitch, Amelia <adanovitch@akingump.com>
**Subject:** RE: RWG - Unresolved Items

Heath and Gary,

Circling back on the below.  We would appreciate a response and the information asap.

Thank you,

Rachel

**Rachel Biblo Block**
**Akin**
Direct: +1 214.969.2736 | Internal: 12736
Pronouns: she/her/hers (What's this?)

---

**From:** Biblo Block, Rachel
**Sent:** Wednesday, May 15, 2024 1:33 PM
**To:** 'Heath Berger' <hberger@bfslawfirm.com>; 'Gary Fischoff' <gfischoff@bfslawfirm.com>
**Cc:** Dublin, Philip <pdublin@AkinGump.com>; Qureshi, Abid <aqureshi@AkinGump.com>; Danovitch, Amelia <adanovitch@akingump.com>
**Subject:** RWG - Unresolved Items

Heath and Gary,

Below is a list of unresolved items following yesterday's hearing:

- We need the documents showing that the $12,000 payment to Ricci has been returned and from whom.  Also, for what was that payment made (prepetition services for Giuliani, services provided to Giuliani's non-debtor businesses, post-petition services provided to Giuliani, etc.)?  <span style="color:red">Please see attached screen shot showing the return of the money.  I also have a screen shot from Ricci showing the money being sent if you would like that also.</span>
- Per our May 8 correspondence (attached here), what action is Giuliani taking with respect to the other unauthorized payments to or for the benefit of non-debtors (like Giuliani Partners and Maria Ryan)?<span style="color:red">The amount was  used to reimburse expenses paid on his behalf.  The Debtor will NOT be paying anyone else's cards.</span>
- Gary said at the hearing that our request for the line-by-line order history for Giuliani's Apple and Amazon accounts had already been provided to us.  We have not received that.  Please provide asap. <span style="color:red">Gary spoke prematurely but we hope to have the information shortly.</span>
- As Heath told Judge Lane, confirm that you will send us the information about Giuliani's compensation from WABC (and any other compensation) by Wednesday, May 22. <span style="color:red">I do not recall saying that specifically, but we have asked the debtor to provide the information.</span>

- Gary said at the hearing that Giuliani's WABC contract had been terminated. We need a copy of that contract. *Gary was repeating what was stated in the news. We have asked the debtor to provide any contract if available.*

Additionally, we need:

- Information about the coffee business that Giuliani has been posting about on social media platforms. Nothing about this business appears in his schedules, statement or any other documents. *We saw the same thing and have requested information, and a cup of coffee.*
- Your firm's fees billed and expenses incurred for April. *See Attached*

The Committee reserves all rights.

Thank you,

Rachel

**Rachel Biblo Block**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.2736 | Internal: 12736
Fax: +1 214.969.4343 | rbibloblock@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

**<u>EXHIBIT D</u>**

**February 14, 2024 through February 16, 2024 email
correspondence between Akin and BFS**

| | |
|---|---|
| **From:** | Gary Fischoff <gfischoff@bfslawfirm.com> |
| **Sent:** | Friday, February 16, 2024 3:40 PM |
| **To:** | Biblo Block, Rachel |
| **Cc:** | Heath Berger; Dublin, Philip; Qureshi, Abid; Hill, David |
| **Subject:** | Re: RWG - Debtor's New Book and Schedule G |

I am told there is no contract, no advance and it is not complete yet. We will amend schedule b and try and get a copy when complete
Sent from my iPhone


On Feb 16, 2024, at 4:29 PM, Biblo Block, Rachel <rbibloblock@akingump.com> wrote:

Can we have a copy of the book before it's released to confirm there is no reasonable likelihood that it could lead to post-petition claims against the debtor?


**Rachel Biblo Block**
**Akin**
Direct: +1 214.969.2736 | Internal: 12736
Pronouns: she/her/hers (What's this?)

---

**From:** Gary Fischoff <gfischoff@bfslawfirm.com>
**Sent:** Friday, February 16, 2024 3:17 PM
**To:** Biblo Block, Rachel <rbibloblock@akingump.com>
**Cc:** Heath Berger <hberger@bfslawfirm.com>; Dublin, Philip <pdublin@AkinGump.com>; Qureshi, Abid <aqureshi@AkinGump.com>; Hill, David <DHill@akingump.com>
**Subject:** Re: RWG - Debtor's New Book and Schedule G

I  would hope next couple days
Sent from my iPhone


On Feb 16, 2024, at 4:13 PM, Biblo Block, Rachel <rbibloblock@akingump.com> wrote:

Thanks Gary.  Any sense of timing?

**Rachel Biblo Block**
**Akin**
Direct: +1 214.969.2736 | Internal: 12736
Pronouns: she/her/hers (What's this?)

---

**From:** Gary Fischoff <gfischoff@bfslawfirm.com>
**Sent:** Friday, February 16, 2024 3:12 PM

**To:** Biblo Block, Rachel <<u>rbibloblock@akingump.com</u>>
**Cc:** Heath Berger <<u>hberger@bfslawfirm.com</u>>; Dublin, Philip
<<u>pdublin@AkinGump.com</u>>; Qureshi, Abid <<u>aqureshi@AkinGump.com</u>>; Hill, David
<<u>DHill@akingump.com</u>>
**Subject:** Re: RWG - Debtor's New Book and Schedule G

I am working on getting this info.
Sent from my iPhone

On Feb 16, 2024, at 4:02 PM, Biblo Block, Rachel
<<u>rbibloblock@akingump.com</u>> wrote:

Gary, Heath,

Any update?  Does the debtor have any contracts related to his new and
when will his Schedule G be filed?

Thanks,

Rachel

**Rachel Biblo Block**
**Akin**
Direct: <u>+1 214.969.2736</u> | Internal: <u>12736</u>
Pronouns: she/her/hers (<u>What's this?</u>)

**From:** Gary Fischoff <<u>gfischoff@bfslawfirm.com</u>>
**Sent:** Wednesday, February 14, 2024 9:47 AM
**To:** Biblo Block, Rachel <<u>rbibloblock@akingump.com</u>>
**Cc:** Heath Berger <<u>hberger@bfslawfirm.com</u>>; Dublin, Philip
<<u>pdublin@AkinGump.com</u>>; Qureshi, Abid <<u>aqureshi@AkinGump.com</u>>;
Hill, David <<u>DHill@akingump.com</u>>
**Subject:** Re: RWG - Debtor's New Book and Schedule G

**\*\*EXTERNAL Email\*\***

Checking
Sent from my iPhone

On Feb 14, 2024, at 10:43 AM, Biblo Block, Rachel
<<u>rbibloblock@akingump.com</u>> wrote:

Gary and Heath,

Does the debtor have any contracts related to his new
book that reporting provides is being released in
April? It does not appear that the debtor filed a
Schedule G. When do you anticipate filing that?

Thanks,

Rachel

**Rachel Biblo Block**

**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct:
+1 214.969.2736 | Internal: 12736
Fax: +1 214.969.4343 | rbibloblock@akingump.com | akingump.com |
Bio
Pronouns: she/her/hers (What's this?)

This email message was sent from Akin Gump Strauss
Hauer & Feld LLP. The information contained in this e-
mail message is intended only for the personal and
confidential use of the recipient(s) named above. If you
have received this communication in error, please notify
us immediately by e-mail, and delete the original
message

This email message was sent from Akin Gump Strauss Hauer & Feld LLP.
The information contained in this e-mail message is intended only for
the personal and confidential use of the recipient(s) named above. If
you have received this communication in error, please notify us
immediately by e-mail, and delete the original message

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information
contained in this e-mail message is intended only for the personal and confidential use
of the recipient(s) named above. If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in
this e-mail message is intended only for the personal and confidential use of the recipient(s) named
above. If you have received this communication in error, please notify us immediately by e-mail, and
delete the original message

## **EXHIBIT E**

**Giuliani Partners American Express credit card statement
(closing date of February 16, 2024) for credit card ending 5002 sent by BFS to Akin**

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24    Next Closing Date 03/19/24
Account Ending    5002

p. 1/8

| | |
|---|---|
| **Customer Care:** | 1-800-492-8468 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **$635.78** |
| **Minimum Payment Due** | **$186.42** |
| **Payment Due Date** | **03/13/24** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 03/13/24, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 17 months | $589 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on pages 7 - 8.

For information on your Pay Over Time feature and limit, see **page 6**

*Continued on page 3*

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**136,392**
For up to date point balance and full program details, visit membershiprewards.com

## Account Summary

**Pay In Full Portion**

| | |
|---|---|
| Previous Balance | $3,377.01 |
| Payments/Credits | -$3,377.01 |
| New Charges | +$73.42 |
| Fees | +$78.00 |
| New Balance    = | $151.42 |

**Pay Over Time Portion**

| | |
|---|---|
| Previous Balance | $1,432.39 |
| Payments/Credits | -$2,324.10 |
| New Charges | +$1,376.07 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance    = | $484.36 |
| Minimum Due | $35.00 |

**Account Total**

| | |
|---|---|
| Previous Balance | $4,809.40 |
| Payments/Credits | -$5,701.11 |
| New Charges | +$1,449.49 |
| Fees | +$78.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$635.78** |
| **Minimum Payment Due** | **$186.42** |

| | |
|---|---|
| **Pay Over Time Limit** | $1,500.00 |
| **Available Pay Over Time Limit** | $1,015.64 |
| Days in Billing Period: 28 | |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

  **Pay by Phone**
1-800-472-9297

**Account Ending    5002**

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

| Payment Due Date | **03/13/24** |
|---|---|
| New Balance | **$635.78** |
| Minimum Payment Due | **$186.42** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.____
Amount Enclosed

0000349992633071020 00006357800001&642 15 ᴴ

RUDOLPH W GIULIANI                     Account Ending     002                     p. 2/8

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24

p. 3/8

Account Ending    5002



| Customer Care & Billing Inquiries | |
|---|---|
| International Collect | 1-800-492-8468 |
| Express Cash | 1-623-492-7719 |
| Large Print & Braille Statements | 1-800-CASH-NOW |
| | 1-800-492-8468 |

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and 1-800-492-8468

Website: americanexpress.com

| Customer Care | Payments |
|---|---|
| & Billing Inquiries | P.O. BOX 1270 |
| P.O. BOX 981535 | NEWARK NJ 07101- |
| EL PASO, TX | 1270 |
| 79998-1535 | |

(i)  Please note, your preset spending limit is $4,700.00. You have spent $635.78.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$3,377.01 | -$2,324.10 | -$5,701.11 |
| Credits | $0.00 | $0.00 | $0.00 |
| Total Payments and Credits | -$3,377.01 | -$2,324.10 | -$5,701.11 |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/21/24* | ONLINE PAYMENT - THANK YOU | -$4,821.59 |
| 01/24/24* | MOBILE PAYMENT - THANK YOU | -$369.92 |
| 01/25/24* | MOBILE PAYMENT - THANK YOU | -$21.76 |
| 01/26/24* | MOBILE PAYMENT - THANK YOU | -$166.76 |
| 02/06/24* | MOBILE PAYMENT - THANK YOU | -$321.08 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $73.42 | $1,376.07 | $1,449.49 |

### Detail

♦ - denotes Pay Over Time activity



**RUDOLPH W GIULIANI**
Card Ending    5002

| | | | | Amount |
|---|---|---|---|---|
| 01/18/24 | ROYAL PETROLEUM<br>914-882-4122 | HAWTHORNE | NY | $12.19 ♦ |
| 01/19/24 | RED ARROW - MANCHESTER 61 LOWELL ST<br>6036261118 | MANCHESTER | NH | $16.48 |
| 01/20/24 | RED ARROW - MANCHESTER 61 LOWELL ST<br>6036261118 | MANCHESTER | NH | $46.42 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5002                              p. 4/8

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 01/21/24 | APPB 8161 - POS AAG 16191891001<br>835783 03106 | HOOKSETT | NH | $56.94 |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $3.99 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $12.99 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $141.53 ♦ |
| 01/21/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 01/22/24 | KINDLE UNLTD*R85439SK2<br>DIGITAL | 888-802-3080 | WA | $11.99 ♦ |
| 01/22/24 | TWP*SUB16325215<br>SUBSCRIPTION | WAPO.COM | DC | $17.00 ♦ |
| 01/23/24 | DELTA AIR LINES<br>DELTA AIR LINES<br>Ticket Number: 0060891940578<br>Passenger Name: RYAN/MARIA<br>Document Type: ADDITIONAL COLLECTION | ATLANTA | | $5.60 ♦ |
| 01/23/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $7.99 ♦ |
| 01/23/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/24/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/25/24 | Fairfield Inn & Suites Manches 1624726<br>Arrival Date      Departure Date<br>01/18/24           01/25/24<br>00000000<br>LODGING | Hooksett | NH | $127.76 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $17.99 ♦ |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $25.03 ♦ |
| 02/02/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $10.87 ♦ |
| 02/02/24 | LYFT<br>(NONE) 94104<br>(NONE) | 855-280-0278 | CA | $51.71 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $54.43 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $16.99 ♦ |
| 02/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $40.27 ♦ |
| 02/03/24 | LYFT *1 RIDE 02-02 0000<br>855-865-9553 | 855-865-9553 | CA | $71.15 ♦ |
| 02/04/24 | ADOBE SYSTEMS Adobe Systems<br>www.adobe.com | SAN JOSE | CA | $21.76 ♦ |

Continued on next page



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 02/16/24

p. 5/8

Account Ending      5002

---

## Detail Continued

♦ - denotes Pay Over Time activity

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/08/24 | DELTA AIR LINES | ATLANTA |  | $5.60 ♦ |

DELTA AIR LINES
From:                      To:                   Carrier:      Class:
BOSTON LOGAN INTER     NEW YORK LA GUARDI    DL            00
Ticket Number: 0060892581814              Date of Departure: 02/09
Passenger Name: RYAN/MARIA
Document Type: ADDITIONAL COLLECTION

| 02/09/24 | DROPBOX*M2R31QZKH862 | SAN FRANCISCO | CA | $11.99 ♦ |
|---|---|---|---|---|
|  | 531311378 94107 |  |  |  |
| 02/10/24 | ADOBE SYSTEMS Adobe Systems | SAN JOSE | CA | $29.99 ♦ |
|  | www.adobe.com |  |  |  |
| 02/10/24 | SHOPIFY* 216763893 | ELK GROVE VILLAGE | IL | $114.32 ♦ |
|  | +18887467439 |  |  |  |
| 02/10/24 | PRIME VIDEO CHANNELS | AMZN.COM/BILL | WA | $8.99 ♦ |
|  | DIGITAL |  |  |  |
| 02/10/24 | AT&T MOBILITY RECURRING | 800-288-2020 | TX | $240.99 ♦ |
|  | 800-331-0500 |  |  |  |
| 02/10/24 | LYFT | 855-280-0278 | CA | $19.35 ♦ |
|  | (NONE) 94104 |  |  |  |
|  | (NONE) |  |  |  |
| 02/12/24 | NETFLIX.COM | 866-579-7172 | CA | $25.03 ♦ |
|  | SUBSCRIPTION |  |  |  |
| 02/12/24 | IC* INSTACART*159 | SAN FRANCISCO | CA | $114.61 ♦ |
|  | 8882467822 |  |  |  |
| 02/12/24 | Audible | audible.com | NJ | $14.95 ♦ |
|  | AUDIO BOOKS |  |  |  |
| 02/13/24 | DELTA AIR LINES | ATLANTA |  | $11.20 ♦ |

DELTA AIR LINES
From:                      To:                      Carrier:      Class:
PALM BEACH INTERNA     BOSTON LOGAN INTER      DL            00
                        PALM BEACH INTERNA      DL            00
Ticket Number: 0060892458809              Date of Departure: 02/15
Passenger Name: RYAN/MARIA
Document Type: ADDITIONAL COLLECTION

| 02/15/24 | TWP*SUB16325215 | WASHINGTON | DC | $17.00 ♦ |
|---|---|---|---|---|
|  | 8004774679 |  |  |  |

---

## Fees        *Indicates posting date

|  |  | Amount |
|---|---|---|
| 01/23/24* | RETURNED PAYMENT FEE | $39.00 |
| 01/25/24* | RETURNED PAYMENT FEE | $39.00 |
| **Total Fees for this Period** |  | **$78.00** |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5002                        p. 6/8

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2024 | $78.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** |  |  | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $1,015.64 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

**AMERICAN EXPRESS**

GIULIANI PARTNERS
RUDOLPH W GIULIANI

Closing Date 02/16/24

p. 7/8
Account Ending    5002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program
**Effective June 12, 2024**

The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Updates to your Delta Sky Club benefit

We want to inform you of the following changes to the Delta Sky Club benefit available through the American Express Global Lounge Collection Program. Previously announced changes communicated earlier this year to take effect on February 1, 2025, have been updated further, as stated below:

**Effective January 1, 2024:** Eligible Business Platinum Card® Members traveling on a same-day Delta-operated flight with Basic Economy (E) fare tickets will not have access to the Delta Sky Club or to Grab and Go.

**Effective February 1, 2025:** Business Platinum Card Members and Additional Platinum Card Members on the Account will each receive **(10) ten Visits per year to Delta Sky Clubs**, and each Visit will **now be valid for 24-hours** starting upon the first Delta Sky Club entry or Grab and Go usage. Here are additional details:

- A "Visit" is an entry to one or more Delta Sky Clubs or usage of the Delta Sky Club Grab and Go feature, at one or more airports, for a period of up to 24-hours starting upon the first Delta Sky Club entry or Grab and Go usage, during an Eligible Platinum Card Member's travel on a same-day Delta-operated flight.

- Card Members can earn an unlimited number of Visits ("Unlimited Sky Club Access") after making $75,000 in eligible purchases between January 1, 2024, and December 31, 2024, and each calendar year thereafter. This will unlock unlimited access for the calendar year in which it became effective, plus the following calendar year, and until January 31 of the next calendar year.

- Once all 10 Visits have been used, and before reaching Unlimited Delta Sky Club Access, Eligible Platinum Card Members will have access to the Delta Sky Club at a per-Visit rate of $50 per person using the Card.

- Visits will be issued beginning on February 1, 2025, and will expire on January 31, 2026. Visits issued in subsequent years will expire on January 31 of each calendar year thereafter.

- Visits are non-transferable and may not be used for guest access.

Additional terms apply; see
**global.americanexpress.com/card-benefits/detail/the-lounge-collection/business-platinum.**

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

*Important Notices continued on next page.*

GIULIANI PARTNERS
RUDOLPH W GIULIANI                         Closing Date 02/16/24                    p. 8/8
                                                                   Account Ending    5002

**IMPORTANT NOTICES continued**

Membership Rewards® Program Updates
You can view a summary of updates to the Membership Rewards® program anytime, including information about
the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

**<u>EXHIBIT F</u>**

**Giuliani Partners American Express credit card statement
(closing date of January 19, 2024) for credit card ending 5002 sent by BFS to Akin**



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 01/19/24    Next Closing Date 02/16/24
Account Ending    5002

p. 1/10

| | |
|---|---|
| Customer Care: | 1-800-492-8468 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| | |
|---|---|
| New Balance | $4,809.40 |
| Minimum Payment Due | $3,412.01 |
| Payment Due Date | 02/13/24 |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 02/13/24, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 7 years | $3,106 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on page 9.

For information on your Pay Over Time feature and limit, see **page 7**

**Membership Rewards® Points**
Available and Pending as of 12/31/23
**187,646**
For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

**Pay In Full Portion**
| | | |
|---|---|---|
| Previous Balance | | $53.29 |
| Payments/Credits | | -$53.29 |
| New Charges | | +$3,377.01 |
| Fees | | +$0.00 |
| New Balance | = | $3,377.01 |

**Pay Over Time Portion**
| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$1,614.85 |
| New Charges | | +$3,047.24 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $1,432.39 |
| Minimum Due | | $35.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $53.29 |
| Payments/Credits | -$1,668.14 |
| New Charges | +$6,424.25 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$4,809.40** |
| **Minimum Payment Due** | **$3,412.01** |

**Pay Over Time Limit** $1,500.00
**Available Pay Over Time Limit** $67.61
Days in Billing Period: 31

*Continued on page 3*

↓ Please fold on the perforation below, detach and return with your payment ↓



**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/
business

**Pay by Phone**
1-800-472-9297

**Account Ending** 5002
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GIULIANI PARTNERS
45 E 66TH ST
NEW YORK NY 10065-6102

Payment Due Date
**02/13/24**
New Balance
**$4,809.40**
Minimum Payment Due
**$3,412.01**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____ • _____
**Amount Enclosed**

0000349992633071020 000480940000341201 15 ⌐

RUDOLPH W GIULIANI                     Account Ending    i002                     p. 2/10

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the date it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for the Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

RUDOLPH W GIULIANI                    Account Ending 9-55002



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 01/19/24

p. 3/10

Account Ending    5002



| Customer Care & Billing Inquiries | |
|---|---|
| Customer Care & Billing Inquiries | 1-800-492-8468 |
| International Collect | 1-623-492-7719 |
| Express Cash | 1-800-CASH-NOW |
| Large Print & Braille Statements | 1-800-492-8468 |

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101- |
| 79998-1535 | 1270 |

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-492-8468**

Learn how your Statement changes when you use your Pay Over Time feature, refer to the page at the end of this statement.

Please note, your preset spending limit is $4,700.00. You have spent $4,809.40.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$53.29 | -$1,614.85 | -$1,668.14 |
| Credits | $0.00 | $0.00 | $0.00 |
| **Total Payments and Credits** | **-$53.29** | **-$1,614.85** | **-$1,668.14** |

### Detail   *indicates posting date

| Payments | | Amount |
|---|---|---|
| 12/29/23* | MOBILE PAYMENT - THANK YOU | -$359.99 |
| 01/02/24* | MOBILE PAYMENT - THANK YOU | -$690.93 |
| 01/10/24* | MOBILE PAYMENT - THANK YOU | -$617.22 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$3,377.01** | **$3,047.24** | **$6,424.25** |

### Detail                                  ♦ - denotes Pay Over Time activity

**RUDOLPH W GIULIANI**
Card Ending 9-55002

| | | | | Amount |
|---|---|---|---|---|
| 12/19/23 | LYFT (NONE) 94104 RIDEREQUEST | 855-280-0278 | CA | $20.85 ♦ |
| 12/19/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 12/19/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $3.99 ♦ |
| 12/20/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 12/21/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $12.99 ♦ |

Continued on reverse

RUDOLPH W GIULIANI          Account Ending      5002                              p. 4/10

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | Amount |
| 12/21/23 | TWP*SUB16325215<br>8004774679 | WASHINGTON | DC | $17.00 ♦ |
| 12/22/23 | KINDLE UNLTD*HU0R05QS3<br>DIGITAL | 888-802-3080 | WA | $11.99 ♦ |
| 12/23/23 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $7.99 ♦ |
| 12/24/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $3.26 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $48.98 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $40.27 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $25.03 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $17.99 ♦ |
| 12/27/23 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $5.99 ♦ |
| 12/27/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $16.99 ♦ |
| 12/27/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 12/27/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 12/27/23 | DISCOVERY DIGITAL VENTURES LLC<br>CABLE & PAY TV | KNOXVILLE | TN | $8.99 ♦ |
| 12/28/23 | FSP*ZEN HOME, INC. 000010972<br>2124622566 | NEW YORK | NY | $685.94 ♦ |
| 12/29/23 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $4.99 ♦ |
| 01/02/24 | DELTA AIR LINES<br>DELTA AIR LINES<br>From:                     To:<br>NEW YORK LA GUARDI    BOSTON LOGAN INTER<br>                              NEW YORK LA GUARDI<br>Ticket Number: 00621996775621<br>Passenger Name: RYAN/MARIA<br>Document Type: PASSENGER TICKET | ATLANTA<br><br>Carrier:     Class:<br>DL          K<br>DL          L<br>Date of Departure: 01/04 | | $381.20 ♦ |
| 01/02/24 | LYFT<br>(NONE) 94104<br>LEDGER | 855-280-0278 | CA | $10.87 ♦ |
| 01/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/02/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $17.41 ♦ |
| 01/02/24 | LYFT<br>(NONE) 94104<br>LEDGER | 855-280-0278 | CA | $34.71 ♦ |
| 01/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $4.34 ♦ |
| 01/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 ♦ |
| 01/03/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $11.97 ♦ |

Continued on next page



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 01/19/24

p. 5/10

Account Ending : 5002

| Detail Continued | | | ♦ - denotes Pay Over Time activity |
| --- | --- | --- | --- |

| | | | | Amount |
| --- | --- | --- | --- | --- |
| 01/04/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $20.68 ♦ |
| 01/04/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/04/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $35.92 ♦ |
| 01/04/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $26.12 ♦ |
| 01/04/24 | ADOBE ACROPRO SUBS Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $21.76 ♦ |
| 01/08/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/09/24 | DROPBOX*5QM7B4J52X7P<br>524996106 94107 | SAN FRANCISCO | CA | $11.99 ♦ |
| 01/10/24 | Uber Trip<br>WUDOG44E 33480 | help.uber.com | CA | $10.47 ♦ |
| 01/10/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/10/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.88 ♦ |
| 01/10/24 | TST* HARRY'S - WEST PALM 300610115<br>6463312390 | WEST PALM BEA | FL | $136.89 ♦ |
| 01/10/24 | ADOBE STOCK Adobe Systems<br>ADOBE.LY/ENUS | SAN JOSE | CA | $29.99 ♦ |
| 01/10/24 | AT&T MOBILITY RECURRING<br>800-331-0500 | 800-288-2020 | TX | $241.39 ♦ |
| 01/10/24 | SHELL SERVICE STATION 10052259008<br>5616834342 | WEST PALM BEACH | FL | $55.20 ♦ |
| 01/11/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $14.14 ♦ |
| 01/11/24 | TUCKER CARLSON NETWORK<br>+15304149745 | RENO | NV | $72.00 ♦ |
| 01/12/24 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $25.03 ♦ |
| 01/12/24 | SHOPIFY* 212400923<br>+18887467439 | ELK GROVE VILLAGE | IL | $114.32 ♦ |
| 01/12/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $8.70 ♦ |
| 01/12/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 01/12/24 | Audible<br>AUDIO BOOKS | audible.com | NJ | $14.95 ♦ |
| 01/13/24 | DELTA AIR LINES<br>DELTA AIR LINES<br>From:              To:<br>NEW YORK LA GUARDI    BOSTON LOGAN INTER<br>Ticket Number: 00622027098755<br>Passenger Name: RYAN/MARIA<br>Document Type: PASSENGER TICKET | ATLANTA<br><br>Carrier:      Class:<br>DL            L<br>Date of Departure: 01/17 | | $178.10 ♦ |
| 01/13/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $54.43 ♦ |
| 01/13/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $16.32 ♦ |
| 01/13/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5002                    p. 6/10

## Detail Continued

◆ - denotes Pay Over Time activity

| | | | | | Amount |
|---|---|---|---|---|---|
| 01/13/24 | Uber Trip<br>JR7JMC7T 33406 | | help.uber.com | CA | $27.65 ◆ |
| 01/13/24 | MKT - CONC C PBI 1551598009<br>7894 33406 | | West Palm Beach | FL | $51.40 ◆ |
| 01/14/24 | Uber Trip<br>JMF6RXQV 10065 | | help.uber.com | CA | $74.66 ◆ |
| 01/15/24 | JETBLUE GATE RETAIL 1451993729<br>3122332363 | | RESTON | VA | $9.00 ◆ |
| 01/16/24 | Uber Trip<br>V5YFXNUT 10017 | | help.uber.com | CA | $4.23 ◆ |
| 01/16/24 | Uber Trip<br>V5YFXNUT 10017 | | help.uber.com | CA | $13.62 ◆ |
| 01/16/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $10.88 ◆ |
| 01/16/24 | Uber Trip<br>3H3DSFWR 10017 | | help.uber.com | CA | $24.97 ◆ |
| 01/17/24 | Uber Trip<br>4XLRNZ6O 10065 | | help.uber.com | CA | $3.31 ◆ |
| 01/17/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $13.05 ◆ |
| 01/17/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $10.88 ◆ |
| 01/17/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $13.05 ◆ |
| 01/17/24 | Uber Trip<br>4XLRNZ6O 10065 | | help.uber.com | CA | $16.95 ◆ |
| 01/17/24 | Uber Trip<br>2VE3ZBWB 10017 | | help.uber.com | CA | $21.93 ◆ |
| 01/17/24 | TST* BAR ITALIA 00086559<br>RESTAURANT | | NEW YORK | NY | $215.53 |
| 01/18/24 | APPLE.COM/BILL<br>RECORD STORE | | INTERNET CHARGE | CA | $5.43 ◆ |
| 01/18/24 | Uber Trip<br>P5W2CNCX 10065 | | help.uber.com | CA | $17.99 ◆ |
| 01/18/24 | PURITAN BACKROOM RESTA 245 HOOKSETT RO<br>6036696890 | | MANCHESTER | NH | $22.90 ◆ |
| 01/18/24 | PURITAN BACKROOM RESTA 245 HOOKSETT RO<br>6036696890 | | MANCHESTER | NH | $44.65 ◆ |
| 01/19/24 | BRANT POINT RESTAURANT<br>FAST FOOD RESTAURANT | | MANCHESTER | NH | $32.17 ◆ |
| 01/19/24 | Fairfield Inn & Suites Manches 1624726 | | Hooksett | NH | $1,580.74 |
| | Arrival Date<br>01/18/24<br>00000000<br>LODGING | Departure Date<br>01/18/24 | | | |
| 01/19/24 | Fairfield Inn & Suites Manches 1624726 | | Hooksett | NH | $1,580.74 |
| | Arrival Date<br>01/18/24<br>00000000<br>LODGING | Departure Date<br>01/18/24 | | | |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

Continued on next page

**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 01/19/24

p. 7/10

Account Ending    5002

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $0.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

### Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $67.61 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:    ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

RUDOLPH W GIULIANI                      Account Ending    5002                          p. 8/10

 **AMERICAN EXPRESS**

GIULIANI PARTNERS
RUDOLPH W GIULIANI                    Closing Date 01/19/24            p. 9/10
                                                                       Account Ending    i002

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Updates to your Delta Sky Club benefit

We want to inform you of the following changes to the Delta Sky Club benefit available through the American Express Global Lounge Collection Program. Previously announced changes communicated earlier this year to take effect on February 1, 2025, have been updated further, as stated below:

**Effective January 1, 2024:** Eligible Business Platinum Card® Members traveling on a same-day Delta-operated flight with Basic Economy (E) fare tickets will not have access to the Delta Sky Club or to Grab and Go.

**Effective February 1, 2025:** Business Platinum Card Members and Additional Platinum Card Members on the Account will each receive **(10) ten Visits per year to Delta Sky Clubs**, and each Visit will **now be valid for 24-hours** starting upon the first Delta Sky Club entry or Grab and Go usage. Here are additional details:

- A "Visit" is an entry to one or more Delta Sky Clubs or usage of the Delta Sky Club Grab and Go feature, at one or more airports, for a period of up to 24-hours starting upon the first Delta Sky Club entry or Grab and Go usage, during an Eligible Platinum Card Member's travel on a same-day Delta-operated flight.

- Card Members can earn an unlimited number of Visits ("Unlimited Sky Club Access") after making $75,000 in eligible purchases between January 1, 2024, and December 31, 2024, and each calendar year thereafter. This will unlock unlimited access for the calendar year in which it became effective, plus the following calendar year, and until January 31 of the next calendar year.

- Once all 10 Visits have been used, and before reaching Unlimited Delta Sky Club Access, Eligible Platinum Card Members will have access to the Delta Sky Club at a per-Visit rate of $50 per person using the Card.

- Visits will be issued beginning on February 1, 2025, and will expire on January 31, 2026. Visits issued in subsequent years will expire on January 31 of each calendar year thereafter.

- Visits are non-transferable and may not be used for guest access.

Additional terms apply; see
**global.americanexpress.com/card-benefits/detail/the-lounge-collection/business-platinum**.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*



**Business Platinum Card**
GIULIANI PARTNERS
RUDOLPH W GIULIANI
Closing Date 01/19/24

Account Ending : 5002

 When you have a Pay Over Time balance,
your statement provides the following information:



**1** Total amount owed at the end of the billing period. This amount is your Pay in Full New Balance plus your Pay Over Time New Balance.

**2** Minimum amount you need to pay by the Payment Due Date to keep your account current. This amount is your Pay in Full New Balance plus the Pay Over Time Minimum Due.

**3** To avoid a late fee, pay at least your Minimum Payment Due by the Payment Due Date.

**4** Summary of your Pay in Full and Pay Over Time activity, including payments and credits, interest charged, and fees.

**5** An explanation of how interest is assessed on your Pay Over Time balance.

**6** Both a summary and a detailed list of Pay In Full and Pay Over Time charges made to your account in the current billing period. Charges that are eligible for Pay Over Time are marked with a ◆ symbol.

**7** Amount of interest, if any, charged during the current billing period on your Pay Over Time balance.

**8** Total amount of fees and interest charged to your account this year.

**9** Your Annual Percentage Rate (APR), the amount you have chosen to Pay Over Time, and the interest charged on those Pay Over Time balances.

**10** Details about your Pay Over Time feature, including your Pay Over Time Limit, Available Pay Over Time Limit, and Pay Over Time setting.

For more details about Pay Over Time, please visit **americanexpress.com/pay-over-time**

**<u>EXHIBIT G</u>**

**May 22, 2024 Letter from BFS to Akin**



**Berger, Fischoff, Shumer,**
**Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136    Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811    Fax: 516.740.0887

Reply to: [X] Syosset Office
            [ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

May 22, 2024

Rachel Biblo Block, Esq.
Akin Gump Strauss Hauer & Feld, LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Ms. Biblo Block:

Pursuant to the Court's request at the hearing held on May 14, 2024 please be advised of the following:

We have spoken with the Debtor and have been advised that there was no formal contract between the Debtor and WABC Radio, it was all done through a friendly handshake agreement between the parties. The Debtor was compensated from WABC Radio at 50% of any revenues received from ads, which averaged approximately $14,000.00 per month which was paid to Giuliani Communications.

Additionally, the Debtor advised that the income received from his live stream comes mainly from Tunnel to Towers and averages approximately $16,346.18 per month which is paid to Giuliani Communications. The Debtor has not received any compensation from Giuliani Communications as the income is used for pay expenses of the company. However, we were advised that Giuliani Communications entered into an agreement in 2021 in regards to a documentary called "All the President's Men". While everybody believed the documentary was dormant, a week ago the Debtor received a call from the documentarian that they received money to continue moving forward and has since deposited into Giuliani Communications a payment of $75,000.00 as the final compensation pursuant to the terms of the agreement. I have attached a copy of the agreement for your review.

www.bfslawfirm.com
East Islip, New York ¦ Centereach, New York
(by appointment only)

I hope this answers the open questions raised in Court.  Should you have any additional questions, please do not hesitate to contact the undersigned.

Very truly yours,

Heath S. Berger

Encl.

## ALL THE PRESIDENT'S MEN
## RUDY GIULIANI DEAL MEMO
## AS OF SEPT 10, 2021 (the "Agreement")

1. <u>Project</u>. Project is a documentary currently entitled "All the President's Men" and is planned to be a feature documentary and/or the first episode of a streaming limited series featuring interviews with Rudy Giuliani (the "Project").

2. <u>Parties</u>.

   2.1 Global Tree Pictures, Inc., located at 1925 Century Park East, Ste. 2140, Los Angeles, CA, 90067 owned by Igor Lopatonok ("Lopatonok"), or a replacement production entity (the "Producer").

   

   2.2 Giuliani Communications LLC, a NY Limited Liability Company (~~Lender~~, f/s/o Rudy Giuliani ("Rudy"). "Company"

3. <u>Conditions Precedent</u>.

   3.1 Producer raising all necessary production financing;

   3.2 Approval and signed agreements for all significant elements;

   3.3 Approval of chain of title;

   3.4 Medical and other production insurance; and

   3.5 Director Agreement with Sean Stone.

4. <u>Schedule / Locations</u>.

   4.1 Schedule and Locations to be determined by Producer and Rudy with the current schedule set forth below in Paragraph 5.

   4.2 The parties recognize that Rudy has work and professional commitments to third parties, reasonable adjustments to schedule to complete the rendition of Rudy's services.

1

5. Interviews.

    5.1 Phase 1— Set up at Mayor Giuliani's home September 3 for 4 hours. Filming on Saturday and Sunday for 10 hours (satisfactorily completed).

    5.2 If additional filming of Rudy is required it will occur at a location chosen by the producer's and Rudy. No more than 4 hours of filming of Rudy

6. Interviewer. The interviewer is Chanel Rion and Simona Mangiante Papadopoulos.

7. Interview Questions. Interview questions to be written by Producers.

8. Credit. Rudy to receive credit on the Project based on a joint agreement.

9. Cash Compensation. One Hundred Thousand Dollars ($100,000) payable to Giuliani Communications, LLC as follows:

    9.1 $25K September 6, 2021 (paid);

    9.2 $75K On the time of commitment to second interview.
       Payment will be wired to:
       Giuliani Communications, LLC
       ████████████████████

    9.3 Full disclosure of all funding sources. Rudy has the right to withdraw if there is a conflict.

10. Contingent Compensation. 10% (Ten Percent) of Producer's Share of Net Proceeds (defined in Paragraph 11 immediately below).

11. Definition of Producer's Share of Net Proceeds. The amount remaining after Producer collects distribution proceeds and deducts all interest, overhead and costs, including third-party participations.

12. Travel and Accommodations. First class (or best available) air tickets and 5-star (or best available) hotels for Rudy and two staff members. (Total of three)

13. Ownership. Producer will own the Project and all the results and proceeds of Rudy's services, including the right to develop, produce, edit and exploit the Project and any derivative or associated works with Rudy's approval. It is strictly forbidden to use Rudy's likeness, and or words outside of this project.

14. Non-SAG. Mayor Giuliani acknowledges that Producer is not a signatory to the SAG Basic Agreement. Rudy is a member of SAG.

15. Notices and Payments. All notices, payments, demands, requests or other communications required or permitted to be given or made shall be in writing and shall be deemed to have been duly given or served if served in person or sent by United States certified mail, return receipt requested, postage prepaid, addressed to the party intended, at its address set forth below (or such other address as it may designate by notice given to the other Party in manner aforesaid) or via email if receipt is acknowledged by the recipient:

2

To Producer: Igor Lopatonok

c/o Global Tree Pictures, Inc.
1925 Century Park East, Ste. 2140
Los Angeles, CA, 90067

igor.lopatonok@gmail.com

With a Courtesy Copy to: Mark Halloran, Esq.

HTM Partners LLP
114 North Almont Drive, Suite 3
Beverly Hills, CA 90211

mhalloran@halloranlaw.com

To Mayor Giuliani: Mayor Rudy Giuliani

c/o Giuliani Communications LLC

45 East 66th street

New York, New York 10065

Truthandjustice4u@protonmail.com

**16.** Remedies Lender and Rudy's remedies under NY law

Signatures

"Producer" (Global Tree Pictures, Inc.):

By: Igor Lopatonok, CEO

"Company" (Giuliani Communications LLC):

By: Rudy Giuliani

Its:

3

**<u>EXHIBIT H</u>**

**Rudolph W. Giuliani American Express credit card statement
(closing date of January 14, 2024) for credit card ending 5001 sent by BFS to Akin**



**American Express® Gold Card**

p. 1/9

RUDOLPH W GIULIANI
Closing Date 01/14/24
Account Ending 5001

| | |
|---|---|
| Customer Care: | 1-800-327-2177 |
| TTY: | Use Relay 711 |
| Website: | americanexpress.com |

| New Balance | $672.72 |
|---|---|
| **Payment Due Date** | **02/08/24** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 02/08/24, you may have to pay a late fee of up to $40.00.

**Membership Rewards® Points**
Available and Pending as of 12/31/23
**187,646**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| Pay In Full | | |
|---|---|---|
| Previous Balance | | $2,661.55 |
| Payments/Credits | | -$9,438.76 |
| New Charges | | +$7,449.93 |
| Fees | | +$0.00 |
| New Balance | = | $672.72 |

| Pay Over Time and/or Cash Advance | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments/Credits | | -$0.00 |
| New Pay Over Time Charges | | +$0.00 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| New Balance | = | $0.00 |
| Minimum Due | | $0.00 |

| Account Total | | |
|---|---|---|
| **Previous Balance** | | **$2,661.55** |
| Payments/Credits | | -$9,438.76 |
| New Charges | | +$7,449.93 |
| New Cash Advances | | +$0.00 |
| Fees | | +$0.00 |
| Interest Charged | | +$0.00 |
| **New Balance** | | **$672.72** |

| Pay Over Time Limit | $1,000.00 |
|---|---|
| Available Pay Over Time Limit | $1,000.00 |

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on page 9.

For more information on your Pay Over Time Limit and your purchasing options, please see **page 8**

Please note, your preset spending limit is $34,100.00. You have spent $672.72.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending    5001

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

| Payment Due Date |
|---|
| **02/08/24** |

| Amount Due |
|---|
| **$672.72** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992571821675 00006727200006727 10 Ꮒ

American Express® Gold Card

RUDOLPH W GIULIANI                         Account Ending    i001                              p. 2/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and additional interest charges may apply. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that they are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
**1.** The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
**2.** You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
**3.** You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

**Change of Address, phone number, email**

- Online at americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



## American Express® Gold Card

RUDOLPH W GIULIANI
Closing Date 01/14/24

p. 3/9

Account Ending 15001



**Customer Care & Billing Inquiries**     1-800-327-2177
International Collect     1-336-393-1111
Lost or Stolen Card     1-800-992-3404
Cash Advance at ATMs Inquiries     1-800-CASH-NOW
**Large Print & Braille Statements**     1-800-327-2177

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-327-2177**

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-
1270

---

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | -$9,399.58 | $0.00 | -$9,399.58 |
| **Credits** | -$39.18 | $0.00 | -$39.18 |
| **Total Payments and Credits** | **-$9,438.76** | **$0.00** | **-$9,438.76** |

### Detail   *Indicates posting date

| Payments |  | Amount |
|---|---|---|
| 12/15/23* | MOBILE PAYMENT - THANK YOU | -$2,661.55 |
| 12/17/23* | MOBILE PAYMENT - THANK YOU | -$635.61 |
| 12/29/23* | MOBILE PAYMENT - THANK YOU | -$1,398.48 |
| 01/02/24* | MOBILE PAYMENT - THANK YOU | -$1,274.62 |
| 01/10/24* | MOBILE PAYMENT - THANK YOU | -$3,429.32 |

| Credits |  | Amount |
|---|---|---|
| 12/31/23 | AMAZON MARKETPLACE NA PA AMZN.COM/BILL     WA MERCHANDISE | -$39.18 |

---

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$7,449.93** | **$0.00** | **$7,449.93** |

### Detail

**RUDOLPH W GIULIANI**
Card Ending 9-85001

|  |  |  |  | Amount |
|---|---|---|---|---|
| 12/14/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $241.92 |
| 12/15/23 | SUMUP *SILVER CAB INC. 008450947 2407144625 | HYATTSVILLE | MD | $18.27 |
| 12/15/23 | STAPLES 00196 00196000303208 22203 HP 62 XL BLACK HP 62 XL CMY | ARLINGTON | VA | $284.00 |
| 12/16/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $15.22 |
| 12/16/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $76.20 |

Continued on reverse

RUDOLPH W GIULIANI                 Account Ending    5001                              p. 4/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 12/16/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $10.99 |
| 12/17/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $4.34 |
| 12/17/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $23.93 |
| 12/17/23 | DROPBOX*PLYLVG67KQS1<br>520584824 94107 | SAN FRANCISCO | CA | $11.99 |
| 12/18/23 | USPS PO 2532000431 001363305<br>8002758777 | FENTON | MI | $28.75 |
| 12/19/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 |
| 12/19/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $40.27 |
| 12/19/23 | MARIELLA PIZZA<br>USFC1332 10021 | NEW YORK | NY | $69.67 |
| 12/20/23 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $109.55 |
| 12/20/23 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $39.99 |
| 12/20/23 | MARIELLA PIZZA<br>USFC1332 10021 | NEW YORK | NY | $68.88 |
| 12/21/23 | PANERA BREAD #204659<br>1028996405 11791 | SYOSSET | NY | $31.70 |
| 12/22/23 | Amazon Prime<br>SUBSCRIPTION | Amazon.com | WA | $16.32 |
| 12/22/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $62.05 |
| 12/22/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $98.62 |
| 12/22/23 | MARIELLA PIZZA<br>USFC1BP 10021 | NEW YORK | NY | $70.71 |
| 12/22/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $125.09 |
| 12/22/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $24.26 |
| 12/22/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $208.68 |
| 12/23/23 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $5.99 |
| 12/23/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 12/23/23 | CLEENG*NEWSMAX. CLEENG<br>DIGITAL GOODS: APPS | NEW YORK | | $5.66 |
| 12/23/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $217.43 |
| 12/25/23 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 |
| 12/26/23 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $8.99 |
| 12/26/23 | MARIELLA PIZZA<br>USFC1332 10021 | NEW YORK | NY | $63.43 |
| 12/26/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $50.01 |
| 12/27/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $15.99 |

Continued on next page



**American Express® Gold Card**    p. 5/9

RUDOLPH W GIULIANI
Closing Date 01/14/24    Account Ending    5001

| Detail Continued | | | | Amount |
|---|---|---|---|---|
| 12/27/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $122.80 |
| 12/28/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 12/28/23 | TST* BAR ITALIA 00086559 RESTAURANT | NEW YORK | NY | $182.42 |
| 12/28/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $9.99 |
| 12/29/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $65.90 |
| 12/29/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $65.90 |
| 12/29/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $62.05 |
| 12/29/23 | MARIELLA PIZZA USFC1MARI10021 | NEW YORK | NY | $86.31 |
| 12/30/23 | NYTimes.COM NY TIMES DIGITAL ONLINE SUBS | (800)698-4637 | NY | $17.00 |
| 12/31/23 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $30.44 |
| 12/31/23 | AMAZON.COM*P215R4PT3 MERCHANDISE | AMZN.COM/BILL | WA | $192.58 |
| 12/31/23 | STAPLES 05308 05308000660787 10022 HP 62 XL CMY HP 62 XL BLACK | MANHATTAN | NY | $126.27 |
| 12/31/23 | PRIME VIDEO *TK2GY6OE0 DIGITAL | 888-802-3080 | WA | $3.19 |
| 12/31/23 | GARNET WINES AND LIQUORS 000000001 2127723211 | NEW YORK | NY | $183.93 |
| 12/31/23 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $7.99 |
| 12/31/23 | AMAZON.COM*TK86Y1O40 MERCHANDISE | AMZN.COM/BILL | WA | $100.02 |
| 12/31/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $19.37 |
| 01/01/24 | AMAZON TIPS*5Z6PG0QN3 MERCHANDISE | AMZN.COM/BILL | WA | $7.00 |
| 01/02/24 | AMAZON TIPS*TK4JT03I0 MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |
| 01/02/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $185.07 |
| 01/02/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $10.88 |
| 01/02/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $155.22 |
| 01/03/24 | JETBLUE AIRWAYS 9010001 JETBLUE AIRWAYS From: NEW YORK LA GUARDI To: PALM BEACH INTERNA NEW YORK LA GUARDI Ticket Number: 27921422479742 Passenger Name: GIULIANI/RUDOLPH MR Document Type: PASSENGER TICKET | JETBLUE Carrier: B6 B6 Date of Departure: 01/08 | NY Class: W P | $360.19 |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    i001                         p. 6/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $30.00 |
| | JETBLUE AIRWAYS | | | |
| | Ticket Number: 27944365351976 | Date of Departure: 01/03 | | |
| | Passenger Name: GOODMAN/THEODORE MR | | | |
| | Document Type: ADDITIONAL COLLECTION | | | |
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $30.00 |
| | JETBLUE AIRWAYS | | | |
| | Ticket Number: 27944365351954 | Date of Departure: 01/03 | | |
| | Passenger Name: GIULIANI/RUDOLPH MR | | | |
| | Document Type: ADDITIONAL COLLECTION | | | |
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $30.00 |
| | JETBLUE AIRWAYS | | | |
| | Ticket Number: 27944365351980 | Date of Departure: 01/03 | | |
| | Passenger Name: GOODMAN/THEODORE MR | | | |
| | Document Type: ADDITIONAL COLLECTION | | | |
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $360.19 |
| | JETBLUE AIRWAYS | | | |
| | From:              To: | Carrier:      Class: | | |
| | NEW YORK LA GUARDI    PALM BEACH INTERNA | B6            W | | |
| |                       NEW YORK LA GUARDI | B6            P | | |
| | Ticket Number: 27921422479753 | Date of Departure: 01/08 | | |
| | Passenger Name: GOODMAN/THEODORE MR | | | |
| | Document Type: PASSENGER TICKET | | | |
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $30.00 |
| | JETBLUE AIRWAYS | | | |
| | Ticket Number: 27944365351965 | Date of Departure: 01/03 | | |
| | Passenger Name: GIULIANI/RUDOLPH MR | | | |
| | Document Type: ADDITIONAL COLLECTION | | | |
| 01/03/24 | JETBLUE AIRWAYS 9010001 | JETBLUE | NY | $360.19 |
| | JETBLUE AIRWAYS | | | |
| | From:              To: | Carrier:      Class: | | |
| | NEW YORK LA GUARDI    PALM BEACH INTERNA | B6            W | | |
| |                       NEW YORK LA GUARDI | B6            P | | |
| | Ticket Number: 27921422479731 | Date of Departure: 01/08 | | |
| | Passenger Name: RYAN/MARIA DR | | | |
| | Document Type: PASSENGER TICKET | | | |
| 01/03/24 | AMAZON.COM | AMZN.COM/BILL | WA | $12.48 |
| | MERCHANDISE | | | |
| 01/03/24 | TST* SMITH & WOLLENSKY - 00017200 | NEW YORK | NY | $347.34 |
| | RESTAURANT | | | |
| 01/03/24 | STAPLES 05308 | MANHATTAN | NY | $64.21 |
| | 05308000661106 10022 | | | |
| | INK RECYCLING LIMIT 10/MONTH | | | |
| | HP 62 XL BLACK | | | |
| | PAPERCLIP JUMBO 50PK CORE | | | |
| | VENDOR FUNDED COUPON | | | |
| 01/03/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $115.63 |
| | MERCHANDISE | | | |
| 01/03/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $18.99 |
| | MERCHANDISE | | | |
| 01/04/24 | AMAZON.COM | AMZN.COM/BILL | WA | $187.77 |
| | MERCHANDISE | | | |
| 01/04/24 | AMAZON MARKETPLACE NA PA | AMZN.COM/BILL | WA | $54.99 |
| | MERCHANDISE | | | |
| 01/04/24 | PRIME VIDEO CHANNELS | AMZN.COM/BILL | WA | $0.99 |
| | DIGITAL | | | |
| 01/05/24 | AMAZON.COM | AMZN.COM/BILL | WA | $25.92 |
| | MERCHANDISE | | | |
| 01/05/24 | METRO INTEGRATIVE PHARMAC 650000012421 | NEW YORK | NY | $80.68 |
| | 2127947200 | | | |
| 01/06/24 | APPLE.COM/BILL | INTERNET CHARGE | CA | $16.32 |
| | RECORD STORE | | | |

Continued on next page

 **American Express® Gold Card**

RUDOLPH W GIULIANI
Closing Date 01/14/24

p. 7/9

Account Ending    5001

### Detail Continued

|  |  |  |  | Amount |
|---|---|---|---|---|
| 01/07/24 | NY LUNCHEONTE 180303070114850<br>NYLUNCH50@GMAIL.COM | NEW YORK | NY | $56.25 |
| 01/07/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $10.31 |
| 01/07/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $15.22 |
| 01/07/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $23.95 |
| 01/07/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $362.72 |
| 01/07/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $75.15 |
| 01/07/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $207.46 |
| 01/08/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 01/08/24 | PARAMOUNT+<br>888-274-5343 | SAN FRANCISCO | CA | $6.99 |
| 01/08/24 | IC* INSTACART*159<br>8882467822 | SAN FRANCISCO | CA | $144.86 |
| 01/09/24 | GRUBHUB*GHPLUS<br>8775851085 | NEW YORK | NY | $9.99 |
| 01/10/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $36.49 |
| 01/11/24 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $25.03 |
| 01/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $48.30 |
| 01/11/24 | LAWDEPOT.COM 877-509-4398<br>8552318425 | EDMONTON |  | $35.00 |
| 01/12/24 | NETFLIX.COM<br>SUBSCRIPTION | 866-579-7172 | CA | $25.03 |
| 01/12/24 | AMAZON.COM*R80KY64Q0<br>MERCHANDISE | AMZN.COM/BILL | WA | $217.09 |
| 01/12/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $49.17 |
| 01/12/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $72.95 |
| 01/13/24 | PRIME VIDEO CHANNELS<br>DIGITAL | AMZN.COM/BILL | WA | $6.99 |
| 01/13/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $146.67 |
| 01/14/24 | AMAZON TIPS*RT1GZ6812<br>MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |

### Fees

|  | Amount |
|---|---|
| **Total Fees for this Period** | $0.00 |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending      5001                          p. 8/9

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2024 | $0.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Days in Billing Period: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | **From** | **To** | | | |
| Pay Over Time | 08/03/2023 | | 29.24% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | | | **$0.00** |
| (v) Variable Rate | | | | | |

## Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $1,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.



RUDOLPH W GIULIANI                    Closing Date 01/14/24          p. 9/9
                                                                Account Ending    5001

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Your Cardmember Agreement

To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

## **EXHIBIT I**

**Rudolph W. Giuliani American Express credit card statement
(closing date of February 12, 2024) for credit card ending 5001 sent by BFS to Akin**



## American Express® Gold Card

p. 1/9

RUDOLPH W GIULIANI
Closing Date 02/12/24
Account Ending    5001

**Customer Care:** 1-800-327-2177
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$852.07** |
| **Payment Due Date** | **03/08/24** |

**Late Payment Warning:** If we do not receive your payment by the Payment Due Date of 03/08/24, you may have to pay a late fee of up to $40.00.

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**136,392**

For more details about Rewards, please visit americanexpress.com/rewardsinfo

### Account Summary

**Pay In Full**
| | |
|---|---|
| Previous Balance | $672.72 |
| Payments/Credits | -$5,507.77 |
| New Charges | +$5,629.12 |
| Fees | +$58.00 |
| New Balance = | $852.07 |

**Pay Over Time and/or Cash Advance**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$0.00 |
| New Pay Over Time Charges | +$0.00 |
| New Cash Advances | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $672.72 |
| Payments/Credits | -$5,507.77 |
| New Charges | +$5,629.12 |
| New Cash Advances | +$0.00 |
| Fees | +$58.00 |
| Interest Charged | +$0.00 |
| New Balance | $852.07 |

| | |
|---|---|
| Pay Over Time Limit | $1,000.00 |
| Available Pay Over Time Limit | $1,000.00 |

See page 2 for important information about your account.

**New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

Please refer to the IMPORTANT NOTICES section on page 9.

For more information on your Pay Over Time Limit and your purchasing options, please see **page 7**

Please note, your preset spending limit is $1,000.00. You have spent $852.07.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening deposit. 24/7 customer support. Help meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/save**

*Jan 15 / Feb 12    Card ending 85001*

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending:** 5001

Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

| | |
|---|---|
| Payment Due Date | **03/08/24** |
| Amount Due | **$852.07** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992571821675 00008520700008520710 0

RUDOLPH W GIULIANI                    Account Ending /5001                          p. 2/9

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time and/or Cash Advance balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. If you have Pay Over Time, we will not charge you interest on charges automatically added to a Pay Over Time balance if each month you pay your Account Total New Balance on your billing statement (or, if you have a Plan balance, your Adjusted Balance on your billing statement) by the due date. If you have Cash Advance on your Account, we will begin charging interest on cash advances on the transaction date. If you have Pay Over Time Select: we will begin charging interest on purchases added to a Pay Over Time Select balance at your request on the date that fees are added to your Pay Over Time Select balance.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number on page 3 for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
You may also contact us on the Web: www.americanexpress.com
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
American Express, PO Box 981535, El Paso TX 79998-1535
www.americanexpress.com
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

### Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**



**American Express® Gold Card**

p. 3/9

RUDOLPH W GIULIANI
Closing Date 02/12/24

Account Ending :5001

📞 **Customer Care & Billing Inquiries**
International Collect
Lost or Stolen Card
Cash Advance at ATMs Inquiries
**Large Print & Braille Statements**

**1-800-327-2177**
1-336-393-1111
1-800-992-3404
1-800-CASH-NOW
**1-800-327-2177**

🖥 **Website:** americanexpress.com

**Customer Care          Payments**
**& Billing Inquiries**   P.O. BOX 1270
P.O. BOX 981535           NEWARK NJ 07101-
EL PASO, TX               1270
79998-1535

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and **1-800-327-2177**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time / Cash Advance ♦ | Total |
|---|---|---|---|
| **Payments** | -$5,483.50 | $0.00 | -$5,483.50 |
| Credits | -$24.27 | $0.00 | -$24.27 |
| **Total Payments and Credits** | **-$5,507.77** | **$0.00** | **-$5,507.77** |

### Detail  *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/21/24* | ONLINE PAYMENT - THANK YOU | -$2,068.51 |
| 01/24/24* | MOBILE PAYMENT - THANK YOU | -$1,019.76 |
| 01/25/24* | MOBILE PAYMENT - THANK YOU | -$140.05 |
| 01/26/24* | MOBILE PAYMENT - THANK YOU | -$29.00 |
| 01/30/24* | MOBILE PAYMENT - THANK YOU | -$1,066.92 |
| 02/06/24* | MOBILE PAYMENT - THANK YOU | -$895.86 |
| 02/08/24* | MOBILE PAYMENT - THANK YOU | -$29.00 |
| 02/10/24* | ONLINE PAYMENT - THANK YOU | -$234.40 |

| Credits | | Amount |
|---|---|---|
| 01/20/24 | PRIME VIDEO CHANNELS<br>AMZN.COM/BILL    WA<br>DIGITAL | -$6.99 |
| 02/03/24* | NYC TAXI PURCHASE WITH MR POINTS CREDIT | -$17.28 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$5,629.12** | **$0.00** | **$5,629.12** |

### Detail

**RUDOLPH W GIULIANI**
Card Ending  :5001

| | | | | Amount |
|---|---|---|---|---|
| 01/14/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $76.78 |
| 01/14/24 | AMAZON GROCE*RT1WE25E1<br>MERCHANDISE | AMZN.COM/BILL | WA | $119.25 |
| 01/14/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $38.36 |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5001                    p. 4/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 01/15/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $70.02 |
| 01/16/24 | AMAZON TIPS*RT9CU7651 MERCHANDISE | AMZN.COM/BILL | WA | $7.00 |
| 01/17/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $188.98 |
| 01/17/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $500.08 |
| 01/17/24 | WETRANSFER +31208100779 | AMSTERDAM | NL | $120.00 |
| 01/18/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $24.45 |
| 01/18/24 | DROPBOX*HBPTSSNGVQP8 526714287 94107 | SAN FRANCISCO | CA | $11.99 |
| 01/18/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $28.76 |
| 01/18/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $90.45 |
| 01/18/24 | ROYAL PETROLEUM 914-882-4122 | HAWTHORNE | NY | $62.00 |
| 01/18/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $20.60 |
| 01/19/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $24.39 |
| 01/19/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $40.27 |
| 01/21/24 | BEST BUY FOUNDATION 888BESTBUY | MINNEAPOLIS | MN | $2.00 |
| 01/22/24 | Amazon Prime SUBSCRIPTION | Amazon.com | WA | $16.32 |
| 01/22/24 | BESTBUYCOM806908813720 50300009944 888BESTBUY | RICHFIELD | MN | $749.04 |
| 01/22/24 | CIRCLE K 07262/CIRCLE K CONVENIENCE | HOOKSETT | NH | $44.11 |
| 01/22/24 | IC* INSTACART*SUBSCRIP +18882467822 | SAN FRANCISCO | CA | $107.79 |
| 01/22/24 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $49.99 |
| 01/23/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $50.90 |
| 01/23/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $2.99 |
| 01/23/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $87.07 |
| 01/23/24 | CLEENG*NEWSMAX. CLEENG DIGITAL GOODS: APPS | NEW YORK | | $5.66 |
| 01/26/24 | PRIME VIDEO CHANNELS DIGITAL | AMZN.COM/BILL | WA | $8.99 |
| 01/26/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $39.00 |
| 01/26/24 | METRO INTEGRATIVE PHARMAC 650000012421 2127947200 | NEW YORK | NY | $353.10 |
| 01/26/24 | GO GREEN DRY CLEANERS - S 628128007083 561-335-5798 | PALM BEACH | FL | $61.40 |
| 01/27/24 | NYTimes.COM NY TIMES DIGITAL ONLINE SUBS | (800)698-4637 | NY | $20.00 |

Continued on next page



**American Express® Gold Card**

p. 5/9

RUDOLPH W GIULIANI
Closing Date 02/12/24

Account Ending    5001

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 01/27/24 | UBER ONE<br>8005928996 | help.uber.com | CA | $9.99 |
| 01/27/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $4.35 |
| 01/27/24 | AMAZON GROCE*R28GU7ZV0<br>MERCHANDISE | AMZN.COM/BILL | WA | $190.88 |
| 01/27/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $29.29 |
| 01/27/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $39.11 |
| 01/27/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $14.48 |
| 01/27/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $190.37 |
| 01/27/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $40.99 |
| 01/28/24 | Uber Trip<br>8005928996 | help.uber.com | CA | $1.42 |
| 01/28/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 01/28/24 | AMAZON TIPS*R28M37AH0<br>MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |
| 01/29/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $11.97 |
| 01/29/24 | Uber Trip<br>GP6ZHFMI 10017 | help.uber.com | CA | $13.96 |
| 01/29/24 | Uber Trip<br>QLSXVMRN 10065 | help.uber.com | CA | $11.97 |
| 01/29/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $46.84 |
| 01/30/24 | TST* BAR ITALIA 00086559<br>RESTAURANT | NEW YORK | NY | $213.92 |
| 01/31/24 | KINDLE SVCS*R01WR19O1<br>DIGITAL | 888-802-3080 | WA | $0.99 |
| 02/01/24 | AMAZON GROCE*R234M80A2<br>MERCHANDISE | AMZN.COM/BILL | WA | $45.60 |
| 02/01/24 | AMAZON GROCE*R24XE82D0<br>MERCHANDISE | AMZN.COM/BILL | WA | $12.91 |
| 02/01/24 | PARAMOUNT+<br>888-274-5343 | WEST HOLLYWOO | CA | $119.99 |
| 02/01/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $16.22 |
| 02/01/24 | Uber Trip<br>2NFQOVAW 10022 | help.uber.com | CA | $16.00 |
| 02/01/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $7.61 |
| 02/01/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $133.29 |
| 02/01/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $79.80 |
| 02/02/24 | AMAZON TIPS*R26WJ4542<br>MERCHANDISE | AMZN.COM/BILL | WA | $5.00 |
| 02/02/24 | Uber Trip<br>AFDHH2FO 10017 | help.uber.com | CA | $65.45 |

Continued on reverse

RUDOLPH W GIULIANI                    Account Ending    5001                         p. 6/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 02/02/24 | Uber Trip<br>8005928996 | help.uber.com | CA | $5.44 |
| 02/02/24 | CURB NYC TAXI CURB NYC TAXI\3<br>7184587000 | QUEENS | NY | $17.28 |
| 02/02/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $14.99 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $93.36 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $18.45 |
| 02/03/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $16.88 |
| 02/06/24 | AMAZON.COM*RB2C31VA0<br>MERCHANDISE | AMZN.COM/BILL | WA | $191.92 |
| 02/06/24 | Uber Trip<br>E3V4EDND 10017 | help.uber.com | CA | $15.45 |
| 02/07/24 | AMAZON TIPS*RB20E6Q80<br>MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |
| 02/07/24 | Uber Trip<br>E3V4EDND 10017 | help.uber.com | CA | $2.18 |
| 02/08/24 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $9.99 |
| 02/08/24 | PARAMOUNT+<br>888-274-5343 | WEST HOLLYWOO | CA | $6.99 |
| 02/09/24 | GRUBHUB*GHPLUS<br>8775851085 | NEW YORK | NY | $9.99 |
| 02/09/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $288.87 |
| 02/09/24 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $6.29 |
| 02/09/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $9.21 |
| 02/10/24 | Uber Trip<br>AIEEQKTW 11371 | help.uber.com | CA | $96.26 |
| 02/10/24 | METRO INTEGRATIVE PHARMAC 650000012421<br>2127947200 | NEW YORK | NY | $105.71 |
| 02/11/24 | NETFLIX.COM<br>SUBSCRIPTION | 866-579-7172 | CA | $25.03 |
| 02/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $61.78 |
| 02/11/24 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $198.89 |
| 02/11/24 | LAWDEPOT.COM 877-509-4398<br>8552318425 | EDMONTON | | $35.00 |
| 02/12/24 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $25.03 |

## Fees          *Indicates posting date

| | | Amount |
|---|---|---|
| 01/23/24* | RETURNED PAYMENT FEE | $29.00 |
| 01/25/24* | RETURNED PAYMENT FEE | $29.00 |
| **Total Fees for this Period** | | **$58.00** |

Continued on next page



**American Express® Gold Card**

RUDOLPH W GIULIANI
Closing Date 02/12/24

p. 7/9

Account Ending    5001

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

### 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $58.00 |
| Total Interest in 2024 | $0.00 |

### Interest Charge Calculation

Days in Billing Period: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time | 08/03/2023 | | 29.24% (v) | $0.00 | $0.00 |
| Cash Advances | 05/01/2019 | | 29.99% (v) | $0.00 | $0.00 |
| Total | | | | | $0.00 |

(v) Variable Rate

### Information on Pay Over Time and Purchasing Options

**Pay Over Time Limit: $1,000.00**
The total of your Pay Over Time and/or Cash Advance balance and Plan balance cannot exceed your Pay Over Time Limit. No charge will be added to a Pay Over Time balance if it would cause the total of your Pay Over Time, Cash Advance, and Plan balances to go over your Pay Over Time Limit. **This is not a spend limit.** We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is accurate as of your statement date. This Limit is the remaining amount that you can add to the total of your Pay Over Time, Cash Advance, and/or Plan balances. Remember that you can continue to create plans for purchases that are currently in your Pay Over Time balance even if you have reached your Pay Over Time Limit. Your total Cash Advance balance is subject to your Cash Advance Limit, which you can find in your Cardmember Agreement. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able use your Available Pay Over Time Limit.

RUDOLPH W GIULIANI                    Account Ending    5001                    p. 8/9



RUDOLPH W GIULIANI                    Closing Date 02/12/24        p. 9/9
                                                          Account Ending    5001

**IMPORTANT NOTICES**

## EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## Notice of Change to the Membership Rewards® Program
**Effective June 12, 2024**
The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

## Corrected Car Rental Loss and Damage Insurance Phone Numbers
The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

## Membership Rewards® Program Updates
You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

## <u>EXHIBIT J</u>

**Greenberg Traurig American Express credit card statement
(closing date of January 26, 2024) for credit card ending 1004 sent by BFS to Akin**

**AMERICAN EXPRESS**

**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 01/26/24    Next Closing Date 02/25/24
Account Ending -1004

p. 1/7

Customer Care:    1-800-492-3344
TTY:    Use Relay 711
Website:    americanexpress.com

| New Balance | CR$75.31 |
|---|---|
| Amount Due | $0.00 |

**Payment Not Required**

**Membership Rewards® Points**
Available and Pending as of 12/31/23
**187,646**
For more details about Rewards, please visit americanexpress.com/rewardsinfo

→ See page 2 for important information about your account.

ⓘ **New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

ⓘ Your credit balance can be applied against future transactions or you may request a refund.

→ Please refer to the IMPORTANT NOTICES section on page 7.

→ Learn how to take advantage of your Pay Over Time feature on **page 5**

ⓘ Please note, your preset spending limit is $2,000.00. You have spent -$75.31.

*Dec 28 / Jan 26*

*Card ending 61004*

**Account Summary**

**Pay In Full Portion**
| Previous Balance | $0.00 |
|---|---|
| Payments/Credits | -$478.42 |
| New Charges | +$403.11 |
| Fees | +$0.00 |
| New Balance  = | CR$75.31 |

**Pay Over Time Portion**
| Previous Balance | $1,064.83 |
|---|---|
| Payments/Credits | -$2,293.24 |
| New Charges | +$1,228.41 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance  = | $0.00 |
| Minimum Due | $0.00 |

**Account Total**
| Previous Balance | $1,064.83 |
|---|---|
| Payments/Credits | -$2,771.66 |
| New Charges | +$1,631.52 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **CR$75.31** |

| Pay Over Time Limit | $5,000.00 |
|---|---|
| Available Pay Over Time Limit | $5,000.00 |
| Days in Billing Period: 30 | |

---

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/business

📞 **Pay by Phone**
1-800-472-9297

**Account Ending -1004**
Enter 15 digit account # on all payments.
Make check payable to American Express.

RUDOLPH W GIULIANI
GREENBERG TRAURIG
45 E 66TH ST
APT 10W
NEW YORK NY 10065-6159

Payment Not Required

Amount Due
**$0.00**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992315407435 100007531000000000 23 ┤

RUDOLPH W GIULIANI                    Account Ending    1004                                    p. 2/7

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the

conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted from rates will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted on page 3 for Customer Care & Billing inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

<u>What To Do If You Think You Find A Mistake On Your Statement</u>
If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.
You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.
You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we will do two things:
1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

---

**Change of Address, phone number, email**

- Online at www.americanexpress.com/updatecontactinfo
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

---

**Pay Your Bill with AutoPay**

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit
**www.americanexpress.com/privacy.**

**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 01/26/24

p. 3/7

Account Ending    1004

**Customer Care & Billing Inquiries**
International Collect
Lost or Stolen Card
Express Cash
**Large Print & Braille Statements**

1-800-678-0745
1-336-393-1111
1-800-678-0745
1-800-CASH-NOW
1-800-678-0745

**Website:** americanexpress.com

| Customer Care & Billing Inquiries | Payments |
|---|---|
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101-1270 |
| 79998-1535 | |

**Hearing Impaired**
Online chat at americanexpress.com or use Relay dial 711 and 1-800-678-0745

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$1,831.14 | -$1,831.14 |
| Credits | -$478.42 | -$462.10 | -$940.52 |
| Total Payments and Credits | -$478.42 | -$2,293.24 | -$2,771.66 |

### Detail    *Indicates posting date

♦ - denotes Pay Over Time activity

**Payments**

| | | Amount |
|---|---|---|
| 12/29/23* | MOBILE PAYMENT - THANK YOU | -$1,064.83 |
| 01/02/24* | MOBILE PAYMENT - THANK YOU | -$7.99 |
| 01/10/24* | MOBILE PAYMENT - THANK YOU | -$146.84 |
| 01/21/24* | ONLINE PAYMENT - THANK YOU | -$474.30 |
| 01/24/24* | MOBILE PAYMENT - THANK YOU | -$108.86 |
| 01/25/24* | MOBILE PAYMENT - THANK YOU | -$28.32 |

**Credits**

| | | Amount |
|---|---|---|
| 01/05/24* | AMAZON SHOP WITH POINTS CREDIT | -$104.67 |
| 01/08/24* | AMAZON SHOP WITH POINTS CREDIT | -$50.00 |
| 01/08/24* | AMAZON SHOP WITH POINTS CREDIT | -$110.01 |
| 01/08/24* | AMAZON SHOP WITH POINTS CREDIT | -$39.90 |
| 01/21/24* | AMAZON SHOP WITH POINTS CREDIT | -$126.33 |
| 01/21/24* | AMAZON SHOP WITH POINTS CREDIT | -$31.19 |
| 01/25/24* | AMAZON SHOP WITH POINTS CREDIT | -$16.32 |
| 01/25/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL    WA<br>AMZN.COM/BILL | -$58.99 ♦ |
| 01/26/24* | CREDIT ADJUSTMENT | -$403.11 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $403.11 | $1,228.41 | $1,631.52 |

Continued on reverse

RUDOLPH W GIULIANI
Account Ending 9-61004
p. 4/7

| Detail | *Indicates posting date | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|

**RUDOLPH W GIULIANI**
Card Ending   1004

| | | | | Amount |
|---|---|---|---|---|
| 01/01/24 | www.TheEpochTimes.com<br>8336991888 | NEW YORK | NY | $7.99 ♦ |
| 01/04/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | AMZN.COM/BILL | WA | $104.67 ♦ |
| 01/06/24 | GODADDY.COM<br>00000000000002885284<br>BUSINESS SERVICES | 480-505-8855 | AZ | $104.39 ♦ |
| 01/08/24 | AMAZON MARKETPLACE PAYMENTS<br>GOODS/SERVICES | AMZN.COM/BILL | WA | $39.90 ♦ |
| 01/08/24 | AMAZON MARKETPLACE PAYMENTS<br>GOODS/SERVICES | AMZN.COM/BILL | WA | $110.01 ♦ |
| 01/08/24 | AMAZON.COM<br>GOODS/SERVICES | AMZN.COM/BILL | WA | $50.00 ♦ |
| 01/08/24 | D J*WALL-ST-JOURNAL<br>SUBSRIPTION | 800-568-7625 | NJ | $42.45 ♦ |
| 01/10/24 | RUMBLEVIDEO<br>+14166199096 | TORONTO | | $100.00 ♦ |
| 01/11/24 | GODADDY.COM<br>GODADDY.COM<br>COM Domain Name Renewal - 1 Year recur<br>Full Domain Privacy and Protection - Ren | 480-505-8855 | AZ | $70.32 ♦ |
| 01/13/24 | VIMEO PRO<br>VIM75549686 10001 | 212-625-0668 | NY | $91.46 ♦ |
| 01/17/24 | MICROSOFT*MICROSOFT 365 P<br>MSBILL.INFO | MSBILL.INFO | WA | $76.20 ♦ |
| 01/17/24 | AMAZON MUSIC*RT3Z00I21<br>DIGITAL | 888-802-3080 | WA | $9.99 ♦ |
| 01/20/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | AMZN.COM/BILL | WA | $126.33 ♦ |
| 01/21/24 | AMAZON MARKETPLACE PAYMENTS<br>AMZN.COM/BILL | AMZN.COM/BILL | WA | $31.19 ♦ |
| 01/21/24 | ROCKETLAW 877-757-1550<br>8778810947 | SAN FRANCISCO | CA | $39.99 ♦ |
| 01/21/24 | BT*WORDFENCE.COM<br>2062012067 | SEATTLE | WA | $119.00 ♦ |
| 01/23/24 | MICROSOFT*MICROSOFT 365 P 0000<br>Z62QAJLTN9B4 10022<br>COMPUTER HRDWR/SFTWR | MSBILL.INFO | WA | $76.20 ♦ |
| 01/23/24 | TWP*SUB33715559<br>8004774679 | WASHINGTON | DC | $12.00 ♦ |
| 01/24/24 | AMAZON.COM<br>AMZN.COM/BILL | SEATTLE | WA | $16.32 ♦ |
| 01/26/24* | DEBIT ADJUSTMENT | | | $403.11 |

| Fees | | |
|---|---|---|

| | | Amount |
|---|---|---|
| **Total Fees for this Period** | | $0.00 |

Continued on next page



**Business Gold Rewards**
GREENBERG TRAURIG
RUDOLPH W GIULIANI
Closing Date 01/26/24

p. 5/7

Account Ending    1004

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $0.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |
| (v) Variable Rate | | | |

### Information on Pay Over Time

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $5,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $5,000.00 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting:   ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

RUDOLPH W GIULIANI                    Account Ending    1004

p. 6/7



| GREENBERG TRAURIG | Closing Date 01/26/24 | p. 7/7 |
|---|---|---|
| RUDOLPH W GIULIANI | | Account Ending    .1004 |

**IMPORTANT NOTICES**

**EFT Error Resolution Notice**
In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.


**Your Cardmember Agreement**
To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com**.


**Membership Rewards® Program Updates**
You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

**<u>EXHIBIT K</u>**

**Maria Ryan American Express credit card statement
(closing date of January 26, 2024) for credit card ending 2007 sent by BFS to Akin**



**Delta SkyMiles® Gold Card**

MARIA RYAN
Closing Date 01/26/24
Account Ending    2007

▲ DELTA
SKYMILES

p. 1/7

| | |
|---|---|
| **Customer Care:** | 1-800-430-1000 |
| **TTY:** | Use Relay 711 |
| **Website:** | americanexpress.com |

| | |
|---|---|
| **New Balance** | **CR$33.03** |
| **Minimum Payment Due** | **$0.00** |
| **Payment Not Required** | |

**Delta SkyMiles®**
Miles Earned this Period

**3,786**

💻 For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| | |
|---|---|
| Previous Balance | $532.68 |
| Payments/Credits | -$3,605.00 |
| New Charges | +$3,039.29 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| **New Balance** | **CR$33.03** |
| **Minimum Payment Due** | **$0.00** |

| | |
|---|---|
| Credit Limit | $26,500.00 |
| Available Credit | $26,533.03 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |

⤷ See page 2 for important information about your account.

ⓘ Your credit balance can be applied against future transactions or you may request a refund.

⤷ Please refer to the IMPORTANT NOTICES section on page 7.

*On this Card approximately*
*$704.03 for Rudy or business.*

*More Charges for Rudy on*
*current ongoing statement*
*Prob missing some Amazon charges*
*but I am not including because*
*I cannot tell*

✉ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending    2007**

Enter 15 digit account # on all payments.
Make check payable to American Express.

MARIA RYAN

Payment Not Required

New Balance
**$33.03CR**

Minimum Payment Due
**$0.00**

See reverse side for instructions
on how to update your address,
phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____._____
**Amount Enclosed**

0000349993048193599  100003303000000000 23  н



**Delta SkyMiles® Gold Card**

MARIA RYAN
Closing Date 01/26/24

▲DELTA
**SKYMILES**

p. 3/7

Account Ending    2007

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | **1-800-430-1000** | |
| International Collect | 1-336-393-1111 | |
| Cash Advance at ATMs Inquiries | 1-800-CASH-NOW | |
| **Large Print & Braille Statements** | **1-800-430-1000** | |
| **SkyMiles Account Balance and Award Redemption** | 1-800-325-3999 | |
| delta.com/skymiles | | |
| **Hearing Impaired** | | |
| Online chat at americanexpress.com or use Relay dial 711 and **1-800-430-1000** | | |

**Website:** americanexpress.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | P.O. BOX 1270 |
| EL PASO, TX | NEWARK NJ 07101- |
| 79998-1535 | 1270 |

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$3,605.00 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$3,605.00** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 01/02/24* | MOBILE PAYMENT - THANK YOU | -$1,105.00 |
| 01/10/24* | MOBILE PAYMENT - THANK YOU | -$1,500.00 |
| 01/26/24* | MOBILE PAYMENT - THANK YOU | -$1,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$3,039.29** |

### Detail

**MARIA RYAN**
Card Ending   2007

| | | | | Amount |
|---|---|---|---|---|
| 12/27/23 | DOLLAR TREE 000001581 | HOOKSETT | NH | $54.80 |
| | 8775308733 | | | |
| 12/27/23 | AMAZON.COM | AMZN.COM/BILL | WA | $19.77 |
| | MERCHANDISE | | | |
| 12/27/23 | DUNKIN #300420 Q35 3004 | MANCHESTER | NH | $24.75 |
| | 978-521-4552 | | | |
| 12/27/23 | AMAZON.COM | AMZN.COM/BILL | WA | $73.37 |
| | MERCHANDISE | | | |
| 12/27/23 | FOTIA TAVERNA 436845560032251 | MANCHESTER | NH | $283.00 |
| | KAYLEE@ANAGNOST.COM | | | |
| 12/28/23 | CURB SVC.- TAXI CURB SVC.- TAXI *Rudy* TAXICAB & LIMOUSINE | QUEENS | NY | $72.84 |
| 01/03/24 | MASSAGE ENVY | WEST PALM BEACH | FL | $70.00 |
| | 5613333323 | | | |
| 01/04/24 | SEASONS TICKETS 924718222609493 | MANCHESTER | NH | $108.41 |
| | GP1GAMMA@GMAIL.COM | | | |
| 01/05/24 | DUNKIN #300420 Q35 3004 | MANCHESTER | NH | $8.33 |
| | 978-521-4552 | | | |

Continued on reverse

MARIA RYAN                    Account Ending    2007                    p. 4/7

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 01/05/24 | LYFT *1 RIDE 01-04 0000 *Rudy* 855-865-9553 | 855-865-9553 | CA | $107.80 |
| 01/06/24 | NEWSLINK 24 BOS 0000 305-594-5754 | BOSTON | MA | $8.79 |
| 01/06/24 | SUNOCO 0267955300 0267 603-624-1199 | MANCHESTER | NH | $26.50 |
| 01/06/24 | DELAWARE NORTH LOGAN F&B 17704492 02139 RESTAURANT | EAST BOSTON | MA | $15.62 |
| 01/07/24 | LYFT (NONE) 94104 *Rudy* LEDGER | 855-280-0278 | CA | $57.59 |
| 01/08/24 | JETBLUE AIRWAYS 2103225 *Rudy* JETBLUE AIRWAYS Ticket Number: 27926001627985 Passenger Name: GIULIANI/RUDOLPH MR Document Type: ADDITIONAL COLLECTION | FOREST HILLS Date of Departure: 01/08 | OK | $156.00 |
| 01/08/24 | JETBLUE GATE RETAIL 1451993729 3122332363 *Rudy* | RESTON | VA | $6.00 |
| 01/08/24 | BLESK JEWELRY 28600000590158 HELENAAUSTIN@YAHOO.COM | HYPOLUXO | FL | $791.60 |
| 01/11/24 | WENDYS 2568 000002568 10030267003 33406 FAST FOOD REST. | WEST PALM BEA | FL | $38.27 |
| 01/12/24 | MARATHON PETRO204057 00000204057 561-530-7999 *Rudy* | WEST PALM BEACH | FL | $16.04 |
| 01/12/24 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $28.49 |
| 01/14/24 | AplPay MATCH 65 B* MATCH 65 B *Rudy* +18887072469 | NEW YORK | NY | $95.99 |
| 01/16/24 | GROUPON, INC. MISC PERSONAL SERVICE | CHICAGO | | $137.18 |
| 01/17/24 | LYFT *Rudy* (NONE) 94104 (NONE) | 855-280-0278 | CA | $27.01 |
| 01/17/24 | K AND T NAILS 628123007814312 603-656-0303 | MANCHESTER | NH | $155.00 |
| 01/18/24 | BT*CEUFAST, INC. 3867199971 | LAKE CITY | FL | $39.00 |
| 01/18/24 | THE WAX SPECIALISTS 00-08041135867 BEAUTY/BARBER SHOP | MANCHESTER | NH | $78.00 |
| 01/19/24 | NH BOARD NURSING LICENSE FEE | 603-271-2152 | NH | $220.00 |
| 01/19/24 | CIRCLE K 07262/CIRCLE K CONVENIENCE | HOOKSETT | NH | $46.78 |
| 01/19/24 | OLEA SALON MANCHESTER 000000002 6035185572 | MANCHESTER | NH | $84.00 |
| 01/20/24 | RITE AID 10276 1027 717-975-5881 | MANCHESTER | NH | $23.60 |
| 01/25/24 | SUBWAY *Rudy* FAST FOOD RESTAURANT | NORTH HAVEN | CT | $11.04 |
| 01/25/24 | SHUN LEE PALACE REST *Rudy* RESTAURANT | NEW YORK | NY | $153.72 |

Continued on next page



**Delta SkyMiles® Gold Card**

MARIA RYAN
Closing Date 12/27/23
Account Ending   2007

▲DELTA
**SKYMILES**

p. 1/9

Customer Care:  1-800-430-1000
TTY:                     Use Relay 711
Website:           americanexpress.com

| New Balance | $532.68 |
|---|---|
| Minimum Payment Due | $40.00 |
| Payment Due Date | 01/21/24 |

**Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 01/21/24, you may have to pay a late fee of up to $40.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you have a Non-Plan Balance and make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Non-Plan Balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 16 months | $626 |

If you would like information about credit counseling services, call 1-888-733-4139.

📩 See page 2 for important information about your account.

📩 Please refer to the IMPORTANT NOTICES section on page 9.

**American Express® High Yield Savings Account**
No monthly fees. No minimum opening monthly deposit. 24/7 customer support. Meet your savings goals with an American Express High Yield Savings Account. Terms apply. Member FDIC. Learn more by visiting **americanexpress.com/savenow**

**Delta SkyMiles®**
Miles Earned this Period           **10,683**

💻 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Account Summary**

| Previous Balance | $544.17 |
|---|---|
| Payments/Credits | -$9,855.60 |
| New Charges | +$9,844.11 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| New Balance | $532.68 |
|---|---|
| Minimum Payment Due | $40.00 |

| Credit Limit | $26,500.00 |
|---|---|
| Available Credit | $25,967.32 |
| Cash Advance Limit | $5,000.00 |
| Available Cash | $5,000.00 |

*Approx 5300 plus for Rudy on here*

↓ Please fold on the perforation below, detach and return with your payment ↓

| ✉ Payment Coupon Do not staple or use paper clips | 💻 Pay by Computer americanexpress.com/pbc | 📞 Pay by Phone 1-800-472-9297 | Account Ending : 2007 |
|---|---|---|---|

Enter 15 digit account # on all payments.
Make check payable to American Express.

MARIA RYAN
██████████████

| Payment Due Date | **01/21/24** |
|---|---|
| New Balance | **$532.68** |
| Minimum Payment Due | **$40.00** |

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$_____.____
**Amount Enclosed**

0000349993048193599  0000532680000004000 23  ₄



**Delta SkyMiles® Gold Card**

MARIA RYAN
Closing Date 12/27/23

 ▲DELTA
SKYMILES

p. 3/9

Account Ending    2007

|  **Customer Care & Billing Inquiries** | | |
|---|---|---|
| International Collect | 1-800-430-1000 | |
| Cash Advance at ATMs Inquiries | 1-336-393-1111 | |
| **Large Print & Braille Statements** | 1-800-CASH-NOW | |
| | 1-800-430-1000 | |

**Customer Care & Billing Inquiries**
International Collect     1-800-430-1000
                        1-336-393-1111
Cash Advance at ATMs Inquiries   1-800-CASH-NOW
**Large Print & Braille Statements**   1-800-430-1000

**SkyMiles Account Balance and Award Redemption**   1-800-325-3999
delta.com/skymiles

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-430-1000**

**Website:** americanexpress.com

**Customer Care**                **Payments**
**& Billing Inquiries**          P.O. BOX 1270
P.O. BOX 981535                  NEWARK NJ 07101-
EL PASO, TX                      1270
79998-1535

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | -$9,855.60 |
| **Credits** | $0.00 |
| **Total Payments and Credits** | **-$9,855.60** |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| 11/27/23* | MOBILE PAYMENT - THANK YOU | -$544.17 |
| 12/02/23* | MOBILE PAYMENT - THANK YOU | -$2,717.64 |
| 12/18/23* | MOBILE PAYMENT - THANK YOU | -$5,800.00 |
| 12/25/23* | MOBILE PAYMENT - THANK YOU | -$793.79 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$9,844.11** |

### Detail

**MARIA RYAN**
Card Ending    2007

| | | | | Amount |
|---|---|---|---|---|
| 11/26/23 | XFINITY MOBILE WIRELESS SVC | 888-936-4968 | PA | $158.17 |
| 11/26/23 | EXXONMOBIL 9742 203-234-2512 | NORTH HAVEN | CT | $47.67 |
| 11/27/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $17.99 |
| 11/27/23 | Fairfield Inn & Suites Manches 1624726 *Ruby* 95431 03106 | Hooksett | NH | $198.92 |
| 11/27/23 | Fairfield Inn & Suites Manches 1624726 *Ted* 95432 03106 | Hooksett | NH | $178.92 |
| 11/27/23 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $19.60 |
| 11/27/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $104.44 |
| 11/27/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $16.79 |
| 11/27/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $139.16 |

Continued on reverse

MARIA RYAN                         Account Ending    2007                                p. 4/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 11/28/23 | ALLSTATE PAYMENT<br>665184642023112B 60062 | 800-255-7828 | IL | $1,238.74 |
| 11/28/23 | LYFT  *2 RIDES 11-27 0000     *Rudy*<br>855-865-9553 | 855-865-9553 | CA | $135.63 |
| 11/29/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $400.00 |
| 11/29/23 | WALMART.COM<br>800-966-6546 | WALMART.COM | AR | $33.30 |
| 12/01/23 | LYFT     *Rudy*<br>(NONE) 94104<br>LEDGER | 855-280-0278 | CA | $28.31 |
| 12/02/23 | AMAZON GROCE*UP9S22173     *Rudy*<br>MERCHANDISE | AMZN.COM/BILL | WA | $65.58 |
| 12/02/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $226.85 |
| 12/03/23 | MASSAGE ENVY<br>5613333323 | WEST PALM BEACH | FL | $70.00 |
| 12/04/23 | AMAZON TIPS*WO0EJ84U3<br>MERCHANDISE | AMZN.COM/BILL | WA | $5.00 |
| 12/04/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $23.00 |
| 12/04/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $29.99 |
| 12/04/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $16.27 |
| 12/05/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $65.80 |
| 12/06/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $30.25 |
| 12/06/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $17.45 |
| 12/07/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $9.80 |
| 12/08/23 | SAKU JAPAN. 0001<br>347-882-8677 | MANCHESTER | NH | $24.81 |
| 12/08/23 | BJ'S FUEL #9220 000009220<br>8002572582 | MANCHESTER | NH | $38.07 |
| 12/08/23 | BJS WHOLESALE #0220 000000220<br>8002572582 | MANCHESTER | NH | $29.47 |
| 12/10/23 | LYFT  *1 RIDE 12-09 0000<br>855-865-9553 | 855-865-9553 | CA | $63.45 |
| 12/11/23 | MARRIOTT MARQUIS     *Rudy*<br>6974 20001<br>PELLEGRINO<br>COFFEE<br>MADELEINES | WASHINGTON | DC | $10.42 |
| 12/12/23 | ASG LOT 223 CLARENDON R 0000   *Rudy*<br>202-466-5050 | ARLINGTON | VA | $8.00 |
| 12/13/23 | MARRIOTT MARQUIS<br>6618 20001<br>CHOC CROISSANT     *Rudy*<br>LEMON LOAF<br>COFFEE | WASHINGTON | DC | $13.15 |
| 12/13/23 | FEDEX OFFICE     *Rudy*<br>56568LQ5255 20001 | WASHINGTON | DC | $64.45 |
| 12/15/23 | AMAZON MARKETPLACE NA PA<br>MERCHANDISE | AMZN.COM/BILL | WA | $151.39 |

Continued on next page

MARIA RYAN



**Delta SkyMiles® Gold Card**

▲DELTA
SKYMILES

p. 5/9

MARIA RYAN
Closing Date 12/27/23

Account Ending    2007

| Detail Continued | | | | Amount |
|---|---|---|---|---|
| | | 855-280-0278 | CA | $15.99 |
| 12/16/23 | LYFT (NONE) 94104 LEDGER *Rudy* | | | |
| 12/16/23 | MARRIOTT MARQUIS 442814 20001 *Rudy* | WASHINGTON | DC | $1,491.95 |
| 12/16/23 | MARRIOTT MARQUIS 456517 20001 | WASHINGTON | DC | $99.40 |
| 12/16/23 | STARBUCKS 80417 3400508 STARBUCKS 8041 978-409-1205 | MOUNT LAUREL TOW | NJ | $8.58 |
| 12/16/23 | SUNOCO 8002179201 8002 999-999-9999 | WASHINGTON | DC | $42.61 |
| 12/17/23 | ULTA.COM 0793 9490198393 03104 PRESCRIPTIONS/SUNDRIES | ROMEOVILLE | IL | $195.00 |
| 12/17/23 | MARRIOTT MARQUIS 461756 20001 *Rudy* | WASHINGTON | DC | $2,083.74 |
| 12/17/23 | MARRIOTT MARQUIS 442855 20001 *Rudy* | WASHINGTON | DC | $204.81 |
| 12/18/23 | AplPay MATCH 65 B* MATCH 65 B +18887072469 *Rudy* | NEW YORK | NY | $96.41 |
| 12/18/23 | LYFT (NONE) 94104 LEDGER *Rudy* | 855-280-0278 | CA | $14.35 |
| 12/19/23 | AMAZON GROCE*6L5M695V3 MERCHANDISE *Rudy* | AMZN.COM/BILL | WA | $121.62 |
| 12/19/23 | LYFT (NONE) 94104 LEDGER *Rudy* | 855-280-0278 | CA | $42.06 |
| 12/19/23 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $25.01 |
| 12/19/23 | AMAZON.COM*ZX6TY2823 MERCHANDISE | AMZN.COM/BILL | WA | $215.96 |
| 12/20/23 | AMAZON TIPS*HG4F46S43 MERCHANDISE | AMZN.COM/BILL | WA | $7.00 |
| 12/20/23 | TST* PG - 3503 - CHARLTON 300506985 5082481061 | CHARLTON | MA | $12.39 |
| 12/20/23 | LYFT *1 RIDE 12-18 0000 855-865-9553 | 855-865-9553 | CA | $61.74 |
| 12/20/23 | FRANCOUERS CAFE - MANC 488 S MAIN ST 6037036169 | MANCHESTER | NH | $44.79 |
| 12/20/23 | OCEAN STATE JOBBERS 603-296-0096 | HOOKSETT | NH | $104.61 |
| 12/20/23 | AMAZON MARKETPLACE NA PA MERCHANDISE | AMZN.COM/BILL | WA | $167.96 |
| 12/21/23 | AMAZON TIPS*TU86I1Z42 MERCHANDISE | AMZN.COM/BILL | WA | $10.00 |
| 12/21/23 | RITE AID 10276 1027 717-975-5881 | MANCHESTER | NH | $33.85 |
| 12/21/23 | OLEA SALON MANCHESTER 000000002 6035185572 | MANCHESTER | NH | $193.20 |
| 12/22/23 | WENDY'S #8524 000008524 10020042002 01944 FAST FOOD REST. | MANCHESTER | MA | $48.23 |
| 12/22/23 | SUNOCO 0267955300 0267 603-624-1199 | MANCHESTER | NH | $39.73 |

Continued on reverse

MARIA RYAN                          Account Ending    2007                                p. 6/9

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 12/23/23 | DUNKIN #349432<br>978-409-1205 | FAIRFIELD | CT | $7.28 |
| 12/23/23 | EXXONMOBIL 9742<br>203-255-5769 | FAIRFIELD | CT | $48.42 |
| 12/24/23 | DELTA AIR LINES<br>DELTA AIR LINES *Business only*<br>From:            To:                   Carrier:        Class:<br>NEW YORK LA GUARDI   BOSTON LOGAN INTER   DL       K<br>Ticket Number: 00621973319310       Date of Departure: 12/25<br>Passenger Name: RYAN/MARIA<br>Document Type: PASSENGER TICKET | ATLANTA | | $193.90 |
| 12/25/23 | EXXONMOBIL 9750<br>603-898-3814 | WINDHAM | NH | $55.63 |
| 12/26/23 | JETBLUE AIRWAYS 9010001<br>JETBLUE AIRWAYS *Business only*<br>From:            To:                   Carrier:        Class:<br>BOSTON LOGAN INTER   NEW YORK LA GUARDI   B6       V<br>Ticket Number: 27921415695246      Date of Departure: 12/28<br>Passenger Name: RYAN/MARIA DR<br>Document Type: PASSENGER TICKET | JETBLUE | NY | $248.90 |
| 12/26/23 | LYFT<br>(NONE) 94104 *Business only*<br>LEDGER | 855-280-0278 | CA | $56.18 |
| 12/26/23 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $34.86 |
| 12/26/23 | XFINITY MOBILE<br>WIRELESS SVC | 888-936-4968 | PA | $137.11 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full (or if you have a Plan balance, by paying your Adjusted Balance on your billing statement) by the due date each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2023 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2023 | $99.00 |
| Total Interest in 2023 | $161.75 |

**<u>EXHIBIT L</u>**

**Rudolph W. Giuliani Citigold Account statement
(for May 1, 2024 through May 19, 2024) for account ending 5812 sent by BFS to Akin**

010/R1/20F000
0

**May 1 - May 19, 2024**                              Page 1 of 6
**Citigold Account**            5812

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
*Citigold Dedicated Servicing:  888-248-4465*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**RUDOLPH W. GIULIANI**
**45 E. 66TH ST APT 10W**
**NEW YORK NY          10065-6159**

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 59,222.24 | 71,816.71 |
| **Savings** | | |
| Insured Money Market Accounts | 352.02 | 352.04 |
| **Citigold Relationship Total** | **$59,574.26** | **$72,168.75** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.37 | 1.92 |
| **Savings** | | |
| Insured Money Market Accounts | 0.02 | 0.16 |
| **Citigold Relationship Total** | **$0.39** | **$2.08** |

\* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

Your next Account Statement will be a simplified banking statement because at least one owner of an account on this statement has converted to simplified banking. Please keep this last package-based Account Statement for your records. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,000,000-$1,999,999 |
|------|---------------------------------------------------|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Citigold Interest Checking**    5812

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/01/24 | Opening Balance | | | 59,222.24 |
| 05/01/24 | Mobile Purchase Sign Based 04/29 10:33p #1472  Prime Video Channels  amzn.com/bill WA 24121 | 4.99 | | 59,217.25 |
| 05/01/24 | Debit Card Purchase 04/29 01:46p #1472  MERRY MAIDS #1319    561-493-8455 FL 24121<br>Misc Business Services | 195.00 | | 59,022.25 |
| 05/01/24 | Debit Card Purchase 04/29 07:30p #1472  PUBLIX #1395        PALM BEACH  FL 24121<br>Food & Beverages | 233.30 | | 58,788.95 |
| 05/02/24 | Mobile Purchase Sign Based 04/30 03:42p #1472  Prime Video Channels  amzn.com/bill WA 24122 | 1.99 | | 58,786.96 |

010/R1/20F000
0

## Checking          Continued

Checking
Activity
Continued

### Citigold Interest Checking   6791895812

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/02/24 | Debit Card Purchase 04/30 10:31a #1472   AMZN Mktp US*ZN7TG4OU3 Amzn.com/bill WA 24122 <br> Specialty Retail stores | 24.38 | | 58,762.58 |
| 05/02/24 | Debit Card Purchase 04/30 02:44p #1472   AMZN Mktp US*BX1QE8JD3 Amzn.com/bill WA 24122 <br> Specialty Retail stores | 112.77 | | 58,649.81 |
| 05/03/24 | Debit Card Purchase 05/01 11:46a #1472   MERRY MAIDS #1319    561-493-8455 FL 24123 <br> Misc Business Services | 195.00 | | 58,454.81 |
| 05/06/24 | Incoming Wire Transfer   WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 12,000.00 | 70,454.81 |
| 05/06/24 | Debit Card Purchase 05/02 04:59p #1472   MINT ECO CAR WASH - SO WEST PALM BEA FL 24124 <br> Autos (rental, service, gas) | 43.00 | | 70,411.81 |
| 05/06/24 | Mobile Purchase Sign Based 05/02 12:44a #1472 <br> AMZN Mktp US*0I1DG37R3 Amzn.com/bill WA 24124 <br> Specialty Retail stores | 148.08 | | 70,263.73 |
| 05/07/24 | Incoming Wire Transfer   WIRE FROM GIULIANI COMMUNICATIONS LLC | | 20,000.00 | 90,263.73 |
| 05/07/24 | Debit Card Purchase 05/04 08:20p #1472   APPLE.COM/BILL    866-712-7753 CA 24126 | 1.62 | | 90,262.11 |
| 05/07/24 | Debit Card Purchase 05/02 08:45a #1472   GO GREEN DRY CLEANERS  PALM BEACH   FL 24125 <br> Misc Personal Services | 87.73 | | 90,174.38 |
| 05/07/24 | Debit Card Purchase 05/03 #1472   IC* INSTACART*159    San Francisco CA 24125 <br> Food & Beverages | 177.84 | | 89,996.54 |
| 05/09/24 | Debit Card Purchase 05/04 01:09p #1472   B2P*TAX COLL DMV PALM  WEST PALM BEA FL 24129 <br> Specialty Retail stores | 50.15 | | 89,946.39 |
| 05/09/24 | Debit Card Purchase 05/06 09:22a #1472   GO GREEN DRY CLEANERS  PALM BEACH   FL 24129 <br> Misc Personal Services | 120.79 | | 89,825.60 |
| 05/10/24 | Debit Card Purchase 05/08 04:21a #1472   APPLE.COM/BILL    866-712-7753 CA 24130 | 9.99 | | 89,815.61 |
| 05/10/24 | Mobile Purchase Sign Based 05/07 05:18p #1472 <br> AMZN Mktp US*D98VU5WB3 Amzn.com/bill WA 24130 <br> Specialty Retail stores | 137.56 | | 89,678.05 |
| 05/10/24 | Check # 2251 | 15,995.43 | | 73,682.62 |
| 05/13/24 | Mobile Purchase Sign Based 05/09 05:06p #1472 <br> AMZN Mktp US*O98189XL3 Amzn.com/bill WA 24131 <br> Specialty Retail stores | 556.40 | | 73,126.22 |
| 05/14/24 | Mobile Purchase Sign Based 05/13 12:04a #1472 <br> AMAZON PRIME*AY9W09ML3 888-802-3080  WA 24134 | 3.79 | | 73,122.43 |
| 05/14/24 | Mobile Purchase Sign Based 05/12 10:20p #1472 <br> AMAZON PRIME*R219E3K33 888-802-3080  WA 24134 | 3.79 | | 73,118.64 |
| 05/14/24 | Mobile Purchase Sign Based 05/10 11:06p #1472   Prime Video Channels  amzn.com/bill WA 24132 | 8.99 | | 73,109.65 |
| 05/14/24 | Debit Card Purchase 05/11 12:21p #1472   APPLE.COM/BILL    CUPERTINO   CA 24134 <br> Specialty Retail stores | 8.99 | | 73,100.66 |
| 05/14/24 | Debit Card Purchase 05/10 12:26p #1472   APPLE.COM/BILL    866-712-7753 CA 24132 | 9.99 | | 73,090.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:05p #1472   RAV-LOCALS    CENTENNIAL   CO 24132 | 50.00 | | 73,040.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:57p #1472   CITY PIZZA    WEST PALM BCH FL 24132 <br> Restaurant/Bar | 113.23 | | 72,927.44 |

010/R1/20F000
0

**May 1 - May 19, 2024**                                   Page 4 of 6
RUDOLPH W. GIULIANI
Citigold Account          5812

## Checking       Continued

Checking
Activity
Continued

**Citigold Interest Checking**          5812

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|------------------:|-------------:|--------:|
| 05/14/24 | Debit Card Purchase 05/11 06:03p #1472  TST* BICE PALM BEACH  Palm Beach  FL 24133 Restaurant/Bar | 119.07 | | 72,808.37 |
| 05/14/24 | Mobile Purchase Sign Based 05/09 09:55p #1472 Amazon.com*GY1369KU3  Amzn.com/bill WA 24132 Specialty Retail stores | 149.70 | | 72,658.67 |
| 05/14/24 | Debit Card Purchase 05/10 03:11p #1472   METRO INTEGRATIVE PHAR NEW YORK     NY 24132 Food & Beverages | 159.98 | | 72,498.69 |
| 05/14/24 | Debit Card Purchase 05/09 06:22p #1472   BRICKTOP'S PALM BEACH  PALM BEACH   FL 24133 Restaurant/Bar | 166.96 | | 72,331.73 |
| 05/16/24 | Debit Card Purchase 05/14 01:09a #1472   APPLE.COM/BILL      866-712-7753  CA 24136 | 87.06 | | 72,244.67 |
| 05/16/24 | Mobile Purchase Sign Based 05/15 #1472  IC* INSTACART*159   San Francisco CA 24136 Food & Beverages | 171.64 | | 72,073.03 |
| 05/17/24 | Mobile Purchase Sign Based 05/16 12:41a #1472 AMAZON PRIME*CN2NG0FF3 888-802-3080  WA 24137 | 3.79 | | 72,069.24 |
| 05/17/24 | Mobile Purchase Sign Based 05/14 07:41p #1472 AMZN Mktp US*4G5YS0L03 Amzn.com/bill WA 24137 Specialty Retail stores | 12.99 | | 72,056.25 |
| 05/17/24 | Debit Card Purchase 05/15 10:39a #1472   AMAZON.COM*1X01C7DL3   SEATTLE      WA 24137 Specialty Retail stores | 32.18 | | 72,024.07 |
| 05/17/24 | Mobile Purchase Sign Based 05/15 04:39p #1472 AMZN Mktp US*3J8SD3KX3 Amzn.com/bill WA 24137 Specialty Retail stores | 34.98 | | 71,989.09 |
| 05/17/24 | Debit Card Purchase 05/14 07:22p #1472   AMZN Mktp US*QU8486OO3 Amzn.com/bill WA 24137 Specialty Retail stores | 172.75 | | 71,816.34 |
| 05/17/24 | Interest paid for 19 days,   Annual Percentage Yield Earned 0.01% | | 0.37 | 71,816.71 |
|  | Total Subtracted/Added | 19,405.90 | 32,000.37 | |
| 05/19/24 | Closing Balance | | | 71,816.71 |

*All transaction times and dates reflected are based on Eastern Time.*

*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

## Savings

Citi®
Savings
Account Activity

**Citi® Savings**          5820

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|------------------:|-------------:|--------:|
| 05/01/24 | Opening Balance | | | 352.02 |
| 05/17/24 | Interest paid for 19 days,  Annual Percentage Yield Earned 0.11% | | 0.02 | 352.04 |
| 05/19/24 | Closing Balance | | | 352.04 |

**May 1 - May 19, 2024**                                                 Page 5 of 6
RUDOLPH W. GIULIANI
Citigold Account                     5812

## Important Disclosures
**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

### CITIBANK ACCOUNTS
The products reported on this statement have been combined onto one monthly statement at your request.  Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### IRAs AND KEOGH Plans
Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.)  For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail.  If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**
*Other Information:* Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe.  You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### CREDIT CARDS
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage®  is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Citibank, N.A. Member FDIC

010/R1/20F000
0

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI
Citigold Account                    5812

Page 6 of 6

**This page has been intentionally left blank.**