A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mary (Meg) Augustine, Esq.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI a/k/a RUDOLPH WILLIAMS GIULIANI, | Case No.: 23-12055 |
|                       Debtor. | |

---------------------------------------------------------------
x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mary (Meg) Augustine, request admission, ***pro hac vice***, before the Honorable Sean H. Lane to represent Sotheby's International Realty, Inc., proposed real estate broker in the above-referenced ☒ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bars in the States of Delaware and Illinois and, if applicable, the bars of the U.S. District Court for the District of Delaware and the United States District Courts for the Northern and Central Districts of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 29, 2024

_____
*Mailing Address*:

        A.M. Saccullo Legal, LLC
        27 Crimson King Drive
        Bear, Delaware 19701
        *E-mail address*: meg@saccullolegal.com
        *Telephone number*: (302) 836-8877

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              Chapter 11
RUDOLPH W. GIULIANI a/k/a RUDOLPH                   Case No.: 23-12055
WILLIAMS GIULIANI,
                          Debtor.
-------------------------------------------------------------
x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mary (Meg) Augustine, to be admitted, ***pro hac vice***, to represent Sotheby's International Realty, LLC (the "Client"), proposed real estate broker in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Delaware and Illinois, and, if applicable, the bars of the U.S. District Court for the District of Delaware and the United States District Court for the Central and Northern Districts of Illinois, it is hereby

**ORDERED**, that Mary (Meg) Augustine, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York     /s/ _____
                                                              UNITED STATES BANKRUPTCY JUDGE