A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mary (Meg) Augustine, Esq.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI a/k/a RUDOLPH WILLIAMS GIULIANI, | Case No.: 23-12055 |
| Debtor. | |

----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

PLEASE TAKE NOTICE that the Motion for Admission to Practice, Pro Hac Vice, filed on May 29, 2024, at docket number 238 was a duplicate filing and is hereby withdrawn.

Dated: May 31, 2024

_____

*Mailing Address*:

A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, Delaware 19701
*E-mail address*: meg@saccullolegal.com
*Telephone number*: (302) 836-8877

1

A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
Mary (Meg) Augustine, Esq.