# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

JUDITH S. GIULIANI,

Plaintiff,

-against-

RUDOLPH W. GIULIANI,

Defendant.

---

Index №: 350019/18

NOTICE OF ENTRY

PLEASE TAKE NOTICE that the annexed Judgment of Divorce (Katz, J.) dated January 23, 2020, of which the within is a true copy, has been entered in the office of the clerk of the within named Court on January 27, 2020.

Dated: New York, New York
January 29, 2020

COHEN CLAIR LANS GREIFER
THORPE & ROTTENSTREICH LLP

By ______________________
Jad Greifer, Esq.
*Attorneys for Plaintiff*
885 Third Avenue – 32nd Floor
New York, New York 10022
212-300-1100

To: Faith G. Miller, Esq.
Miller Zeiderman & Wiederkehr LLP
*Attorneys for Defendant*
140 Grand Street
White Plains, NY 10601
914-455-1000

598383.1

At an IAS Part 24 Of The New York State Supreme Court In The County Of New York, The Courthouse Located At 60 Centre Street, New York on January 23, 2020

**Present:**
**Hon. Michael L. Katz, Justice**

| | |
|---|---|
| **JUDITH S. GIULIANI,**<br>Plaintiff,<br><br>-against-<br><br>**RUDOLPH W. GIULIANI,**<br>Defendant. | Index No. 350019/18<br><br>JUDGMENT OF DIVORCE |

This action was submitted to this Court for consideration this 23rd day of January, 2020.

The defendant was personally served with the Summons and Verified Complaint, with Notice of Automatic Orders, Notice Concerning Continuing Health Care Coverage, and the Notice of Guideline Maintenance on or about April 4, 2018.

Plaintiff presented a Verified Complaint constituting the facts of the matter and testified on the Record at the Inquest on December 10, 2019, a transcript of which is annexed hereto.

The defendant appeared by his attorneys, Miller Zeiderman & Wiederkehr LLP, served and filed a Verified Answer & Counterclaims dated April 10, 2018 and withdrew his Answer and Counterclaims and consented to the judgment of divorce at the Inquest on December 10, 2019.

597995.2

In accordance with the terms and conditions of the Settlement Agreement spread on the Record before this Court on December 10, 2019 (the "Agreement") and the Order dated January 8, 2020, the parties settled the ancillary issues.

The Court accepted proof of non-military status.

Plaintiff's address is 28 East 73rd Street, Apt. 6 AB, New York, New York 10021; her Social Security number is . Defendant resides at 45 East 66th Street, Apt. 10W, New York, New York 10065; his Social Security number is There are no children of the marriage and none are expected.

*NOW, on motion of Cohen Clair Lans Greifer Thorpe & Rottenstreich LLP, the attorneys for plaintiff, it is:*

ORDERED, ADJUDGED AND DECREED that Plaintiff, JUDITH S. GIULIANI, is granted judgment dissolving the marriage between plaintiff and defendant upon the grounds of an irretrievable breakdown of the relationship between husband and wife for a period of at least six months (DRL § 170(7)); and it is further

ORDERED AND ADJUDGED that there are no children of the marriage and none are expected; and it is further

ORDERED AND ADJUDGED that there are no court orders to be continued except for the orders of this Court set forth on the Record on December 10, 2019, a copy of which is annexed hereto and the Order dated January 8, 2020; and it is further

ORDERED AND ADJUDGED that pursuant to and in accordance with the Agreement, spousal maintenance and/or spousal support and ancillary issues shall be in accordance with the Agreement; and it is further

ORDERED AND ADJUDGED, that pursuant to and in accordance with the Agreement, there is no property to be distributed between the parties other than what is provided in the Agreement; and it is further

ORDERED AND ADJUDGED, that pursuant to and in accordance with the Agreement, equitable distribution and ancillary issues shall be in accordance with the Agreement; and it is further

ORDERED AND ADJUDGED that all issues with respect to the formal transfer of title to property (real estate and/or co-op shares) between the parties shall be in accordance with the terms and conditions of the Agreement spread on the Record before this Court on December 10, 2019; and it is further

ORDERED AND ADJUDGED that the Agreement, which is incorporated herein by reference, shall survive and not be merged into this judgment, and the parties are hereby directed to comply with all legally enforceable terms and conditions of said Agreement as if such terms and conditions were set forth in their entirety herein; and it is further

ORDERED AND ADJUDGED that the Supreme Court shall retain jurisdiction to hear any applications to enforce the provisions of said Agreement or to enforce or modify the provisions of this judgment, provided the court retains jurisdiction of the matter concurrently with the Family Court for the purpose of specifically enforcing, such of the provisions of that

Agreement as are capable of specific enforcement to the extent permitted by law, and of modifying such judgment with respect to maintenance and support to the extent permitted by law, or both; and it is further

ORDERED AND ADJUDGED that any applications brought in Supreme Court to enforce the provisions of the Agreement or to enforce or modify the provisions of this judgment shall be brought in a County wherein one of the parties resides; provided that if there are minor children of the marriage, such applications shall be brought in a county wherein one of the parties or the child or children reside, except in the discretion of the judge, for good cause; good cause applications shall be made by motion or order to show cause; where the address of either party and any child or children is unknown and not a matter of public record or is subject to an existing confidentiality order pursuant to DRL § 254 or FCA § 154-b, such applications may be brought in the county where the judgment was entered; and it is further

ORDERED AND ADJUDGED that plaintiff is authorized to use any prior surname, including but not limited to STISH or NATHAN, or any other premarital surname she chooses; and it is further;

ORDERED AND ADJUDGED that the defendant shall be served with a copy of this judgment, with notice of entry, by the plaintiff within 20 days of such entry.

Dated: New York, New York
January 23, 2020

ML Katz
HON. MICHAEL L. KATZ, J.S.C.

FILED
JAN 27 2020
NEW YORK COUNTY
COUNTY CLERK

HON. MICHAEL L. KATZ
J.S.C.
CLERK



597995.2

Notice of Settlement waived.
Consented as to form and substance.

Cohen Clair Lans Greifer Thorpe & Rottenstreich LLP

By: ______________________
Jad Greifer, Esq.
*Attorneys for Plaintiff*
885 Third Avenue, 32nd Floor
New York, New York 10022

Notice of Settlement waived.
Consented as to form and substance.

Miller Zeiderman & Wiederkehr LLP

By: ______________________
Faith G. Miller, Esq.
*Attorneys for* ***Defendant***
140 Grand Street, 5th Floor, White Plains,
New York 10601

Index No. 350019/18
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

JUDITH S. GIULIANI,

Plaintiff,

- against -

RUDOLPH W. GIULIANI,

Defendant.

---

# NOTICE OF ENTRY OF JUDGMENT OF DIVORCE

---

COHEN CLAIR LANS GREIFER THORPE & ROTTENSTREICH LLP
ATTORNEYS FOR

**Plaintiff**

By: ______________________
Jad Greifer, Esq.

885 THIRD AVENUE 32ND FLOOR NEW YORK, NY 10022
T/ 212.300.1100



579585.1