UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                          Chapter 11
RUDOLPH W. GIULIANI a/k/a RUDOLPH                               Case No.: 23-12055
WILLIAMS GIULIANI,
                    Debtor.
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mary (Meg) Augustine, to be admitted, ***pro hac vice***, to represent Sotheby's International Realty, LLC (the "Client"), proposed real estate broker in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Delaware and Illinois, and, if applicable, the bars of the U.S. District Court for the District of Delaware and the United States District Court for the Central and Northern Districts of Illinois, it is hereby

**ORDERED**, that Mary (Meg) Augustine, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 11, 2024
White Plains, New York               */s/ Sean H. Lane*
                                     UNITED STATES BANKRUPTCY JUDGE