UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      : Chapter 11
                                                            :
RUDOLPH W. GIULIANI                                         : Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                             :
                                                            :
              Debtor.                                         :
------------------------------------------------------------x

### ORDER AUTHORIZING THE COMMITTEE TO EXCEED THE PAGE LIMIT FOR THE REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) THE DEBTOR'S OPPOSITION TO, AND (II) THE UNITED STATES TRUSTEE'S STATEMENT CONCERNING, THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RUDOLPH W. GIULIANI FOR ENTRY OF AN ORDER DIRECTING THE IMMEDIATE APPOINTMENT OF A TRUSTEE PURSUANT TO 11 U.S.C. § 1104

Upon the motion (the "Motion")[1] of the Committee for entry of an order (this "Order") authorizing the Reply to exceed the 20-page limit for reply papers set forth in this Court's Chambers Rules, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York entered February 1, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the facts and circumstances set forth in the Motion justify the relief granted herein; and this Court having found that good cause exists for the Motion and the relief requested therein

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

pursuant to Local Bankruptcy Rule 9077-1(b); and this Court having found that notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Committee's Reply may exceed the Page Limit for a total of no more than 40 pages, exclusive of exhibits.

3. The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: June 14, 2024

*/s/ Sean H. Lane*
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE