| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP <br> Ira S. Dizengoff <br> Philip C. Dublin <br> Abid Qureshi <br> One Bryant Park <br> New York, New York 10036 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 | BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP <br> Gary C. Fischoff <br> Heath S. Berger <br> 6901 Jericho Turnpike, Suite 230 <br> Syosset, New York 11791 <br> (516) 747-1136 <br><br> *Attorneys for the Debtor* |

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RUDOLPH W. GIULIANI** | : | Case No. 23-12055 (SHL) |
| **a/k/a RUDOLPH WILLIAM GIULIANI,** | : | |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

## AGENDA FOR JUNE 17, 2024 HEARING

**Time and Date of Hearing**: June 17, 2024 at 11:00 a.m. (prevailing Eastern Time).

**Hybrid Hearing**: The Hearing will take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance, must make an electronic appearance (an "eCourt Appearance") through the Court's website at *https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*. eCourt Appearances must be made by **June 14, 2024 at 4:00 p.m.** (prevailing Eastern Time).

**Copies of Pleadings**:   Copies of the pleadings filed in this chapter 11 case may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov* in accordance with the procedures and fees set forth therein.

## CASE STATUS CONFERENCE

1. **General Status Update**. The parties will provide an update with respect to case status.

## CONTESTED MATTERS

1. **Motion for Appointment of Trustee**. *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 233]

    Objection Deadline:  June 10, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed:

    a. *Statement of the United States Trustee Concerning Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 249]
    b. *Debtor's Opposition to the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 250]

    Replies Filed:

    a. *Reply of the Official Committee of Unsecured Creditors to (I) the Debtor's Opposition to, and (II) the United States Trustee's Statement Concerning, the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 256]

    Related Documents:

    a. *Declaration of Rachel Biblo Block in Support of the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 235]
    b. *Joinder of Ruby Freeman and Wandrea' Arshaye Moss to the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 254]
    c. Ex Parte *Motion to Exceed Page Limit for the Reply of the Official Committee of Unsecured Creditors to (I) the Debtor's Opposition to, and (II) the United States Trustee's Statement Concerning, the Motion of the*

>  *Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 255]

  Status:  This matter is going forward on a contested basis.

2.  **Motion to Compel Monthly Operating Reports**.  *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 197]

    Objection Deadline:  May 7, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed:

    a.  *Debtor's Response to the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 206]

    Replies Filed:

    a.  *Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani to Compel the Debtor to (I) File Delinquent Monthly Operating Reports and (II) File Timely Future Monthly Operating Reports* [Docket No. 216]

    Related Documents:

    a.  *Letter Regarding Status of Motion to Compel Monthly Operating Reports* [Docket No. 248]

    Status:  This matter is going forward on a contested basis.

## DISCOVERY CONFERENCE

1.  **Discovery Conference**.  Discovery conference with respect to Federal Rule of Bankruptcy Procedure 2004 requests propounded, pursuant to the *Order Granting Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rule of Bankruptcy Procedure 2004 Authorizing Discovery of the Debtor and Third Parties* [Docket No. 164] (the "Rule 2004 Order") on the Debtor, the Debtor Related Entities (as defined in the Rule 2004 Order) and Maria Ryan.

    Status:  This matter is going forward as a discovery conference.

Dated: June 14, 2024         */s/ Philip C. Dublin*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Tel:     (212) 872-1000
Fax:    (212) 872-1002
Email:  idizengoff@akingump.com
            pdublin@akingump.com
            aqureshi@akingump.com

- and -

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Tel:     (214) 969-2800
Fax:    (214) 969-4343
Email:  rbibloblock@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors of Rudolph W. Giuliani*


Dated: June 14, 2024         */s/ Heath Berger*
**BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP**
Gary C. Fischoff
Heath S. Berger
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

*Attorneys for the Debtor*

4