Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                        Chapter 11

RUDOLPH W. GIULIANI                                           Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI


                                           Debtor
-----------------------------------------------------------------X

### NOTICE OF HEARING ON THE DEBTOR'S APPLICATION FOR AN ORDER EXTENDING DEBTOR'S EXCLUSIVE PERIODS DURING WHICH DEBTOR MAY FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 11 U.S.C. § 1121

**PLEASE TAKE NOTICE** that on upon the annexed application (the "Application) of Rudolph W. Giuliani, the debtor and debtor-in-possession herein ("Debtor"), by his attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP dated June 14, 2024 for an order further extending the Debtor's exclusive periods during which Debtor may file a plan and solicit acceptances thereof pursuant to 11 U.S.C. §1121, and for such other and further relief as may be just and proper, there will be a hearing before the Honorable Sean H. Lane, United States Bankruptcy Judge, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **July 10, 2024 at 11:00 a.m.**, or as soon thereafter as counsel can be hearing (the "Hearing Date");

**PLEASE TAKE FURTHER NOTICE**, that all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you

may access eCourt Appearances on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested to the Application, if any, are required to be served on or before July 3, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and other pleadings filed in the chapter 11 case may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: Syosset, New York
       June 14, 2024

>                                    BERGER, FISCHOFF, SHUMER,
>                                    WEXLER & GOODMAN, LLP
>                                    *Attorneys for the Debtor*
>
>                                    */s/ Gary C. Fischoff*
>                                    Gary C. Fischoff, Esq.
>                                    6901 Jericho Turnpike, Suite 230
>                                    Syosset, New York 11791