Case number 23-12055

Judge Sean H. Lane

Dr Maria Ryan, employee of Giuliani Communications, LLC is filing this motion to ask the court to have Akin Gump Strauss Hauer and Feld, the law firm hired by the Unsecured Creditors Committee (the "committee"), to stop lying in their filings to the court.

Akin Gump Strauss has repeatedly lied about the Chapter 11 case of Rudolph W. Giuliani (the "Debtor") and the business Giuliani Communications, LLC, and the employees of Giuliani Communications, LLC.

1. Giuliani Partners, LLC was established in January 2002. I, Dr. Maria Ryan, was hired as a consultant to oversee the structure and finances of the company for a brief assignment in 2018.
2. I, Dr. Maria Ryan, was hired by Giuliani Communications, LLC in 2021 full time to oversee the structure and to forward the company's mission in the media space.
3. The company was fledgling financially and Mayor Rudy Giuliani would often use his money, which came from his retirement fund, to buy equipment for the company.
4. At times I would use my credit card, or my personal money to help Mayor Rudy Giuliani with groceries, medicine or other bills. The Mayor would reimburse me, using his retirement fund.
5. Mayor Rudy Giuliani filed bankruptcy in December, 2023. Prior to that period I was not involved in Mayor Rudy Giuliani's personal finances. Since that time Mayor Rudy Giuliani and his bankruptcy attorneys have relied on me to gather information for the monthly reports.  I have done my best. I submit documentation that clearly shows Mayor Rudy Giuliani is surviving mainly on his retirement fund and there isn't any other money.
6. The objective is to have Giuliani Communications, LLC make enough money to provide Mayor Rudy Giuliani with a steady income.
7. The NY Bar Association suspended his law license unfairly, so he was unable to bring in enough money to take a salary. Even as a practicing lawyer, the monies he earned went to his legal PLC which has since been dissolved.
8. Akin Gump Strauss Hauer and Feld has repeatedly made filings accusing Mayor Giuliani and the employees of Giuliani Communications, LLC of 'hiding' money. That is an outright lie and defamatory.
9. In one filing, Akin Gump Strauss Hauer and Feld stated there is possibly bankruptcy crimes. I, Dr. Maria Ryan do all the business deals for Giuliani Communications, LLC. This

is a lie and defamatory. How am I going to expand the company and bring in new revenue, when that was put out to solely harass Giuliani Communications, LLC, its employees and Mayor Giuliani?

10. Akin Gump Strauss Hauer and Feld filed a motion that they were unaware of Rudy.coffee. I, Dr. Maria Ryan coordinated that business deal and provided a copy of the contract to Mayor Giuliani's counsel within weeks of signing the contract. We signed a contract and immediately advertised on social media. Giuliani Communications, LLC has not yet received compensation from this endeavor. Giuliani Communications, LLC is very proud of this quality coffee. In the future, the minute I do a business deal I will send to Mayor Rudy Giuliani's counsel.

11. Akin Gump Strauss Hauer and Feld filed a motion stating that there are nonexistent efforts to progress toward a successful reorganization. That is a complete lie. Mayor Rudy Giuliani had his NY apartment for sale prior to the bankruptcy filing because he was struggling with the $11,000 dollar a month maintenance fee. For over two years he was living solely on his retirement fund, and if he kept the rate up he would run out of the retirement fund in a little over a year. Once he entered bankruptcy, the court removed it from the market. It was just approved to go back on the market two weeks ago.  As an American, he has a right to appeal the case(s), and once that is done the monies in escrow from the apartment will be divided up amongst the legitimate creditors.

12. Akin Gump Strauss Hauer and Feld filed in a motion that a Giuliani Partners credit card was used for his close associates. We are employees of Giuliani Communications, LLC and we often travel with Mayor Giuliani to produce America's Mayor Live, or to coordinate a speech or a meet and greet.  The Giuliani Partners credit card was not a business card per se. That was one of his personal credit cards he titled that way in case he charged something that was clearly a business expense and then he could ask for reimbursement. But, again, Mayor Giuliani for several years have kept his businesses afloat by using his retirement fund, which the creditors are exempt from.

13. I, Dr. Maria Ryan, also serve as his medical director and advisor. I am a board-certified nurse practitioner with a PhD in healthcare management. I resent the fact that some of his personal medical information was leaked through this court.

14. Lastly, because of the negligent filings of Akin Gump Strauss Hauer and Feld. I and the other employees have been victims of defamatory accusations, multiple misleading newspaper articles, and suffer from anxiety and depression.

*Maria Ryan* (signature)

Case number 23-12055

Judge Sean H. Lane

Dr Maria Ryan, employee of Giuliani Communications, LLC is filing this motion to ask the court to have Akin Gump Strauss Hauer and Feld, the law firm hired by the Unsecured Creditors Committee (the "committee"), to stop lying in their filings to the court.

Akin Gump Strauss has repeatedly lied about the Chapter 11 case of Rudolph W. Giuliani (the "Debtor") and the business Giuliani Communications, LLC, and the employees of Giuliani Communications, LLC.

1. Giuliani Partners, LLC was established in January 2002. I, Dr. Maria Ryan, was hired as a consultant to oversee the structure and finances of the company for a brief assignment in 2018.
2. I, Dr. Maria Ryan, was hired by Giuliani Communications, LLC in 2021 full time to oversee the structure and to forward the company's mission in the media space.
3. The company was fledgling financially and Mayor Rudy Giuliani would often use his money, which came from his retirement fund, to buy equipment for the company.
4. At times I would use my credit card, or my personal money to help Mayor Rudy Giuliani with groceries, medicine or other bills. The Mayor would reimburse me, using his retirement fund.
5. Mayor Rudy Giuliani filed bankruptcy in December, 2023. Prior to that period I was not involved in Mayor Rudy Giuliani's personal finances. Since that time Mayor Rudy Giuliani and his bankruptcy attorneys have relied on me to gather information for the monthly reports. I have done my best. I submit documentation that clearly shows Mayor Rudy Giuliani is surviving mainly on his retirement fund and there isn't any other money.
6. The objective is to have Giuliani Communications, LLC make enough money to provide Mayor Rudy Giuliani with a steady income.
7. The NY Bar Association suspended his law license unfairly, so he was unable to bring in enough money to take a salary. Even as a practicing lawyer, the monies he earned went to his legal PLC which has since been dissolved.
8. Akin Gump Strauss Hauer and Feld has repeatedly made filings accusing Mayor Giuliani and the employees of Giuliani Communications, LLC of 'hiding' money. That is an outright lie and defamatory.

9. In one filing, Akin Gump Strauss Hauer and Feld stated there is possibly bankruptcy crimes. I, Dr. Maria Ryan do all the business deals for Giuliani Communications, LLC. This is a lie and defamatory. How am I going to expand the company and bring in new revenue, when that was put out to solely harass Giuliani Communications, LLC, its employees and Mayor Giuliani?
10. Akin Gump Strauss Hauer and Feld filed a motion that they were unaware of Rudy.coffee. I, Dr. Maria Ryan coordinated that business deal and provided a copy of the contract to Mayor Giuliani's counsel within weeks of signing the contract. We signed a contract and immediately advertised on social media. Giuliani Communications, LLC has not yet received compensation from this endeavor. Giuliani Communications, LLC is very proud of this quality coffee. In the future, the minute I do a business deal I will send to Mayor Rudy Giuliani's counsel.
11. Akin Gump Strauss Hauer and Feld filed a motion stating that there are nonexistent efforts to progress toward a successful reorganization. That is a complete lie. Mayor Rudy Giuliani had his NY apartment for sale prior to the bankruptcy filing because he was struggling with the $11,000 dollar a month maintenance fee. For over two years he was living solely on his retirement fund, and if he kept the rate up he would run out of the retirement fund in a little over a year. Once he entered bankruptcy, the court removed it from the market. It was just approved to go back on the market two weeks ago. As an American, he has a right to appeal the case(s), and once that is done the monies in escrow from the apartment will be divided up amongst the legitimate creditors.
12. Akin Gump Strauss Hauer and Feld filed in a motion that a Giuliani Partners credit card was used for his close associates. We are employees of Giuliani Communications, LLC and we often travel with Mayor Giuliani to produce America's Mayor Live, or to coordinate a speech or a meet and greet. The Giuliani Partners credit card was not a business card per se. That was one of his personal credit cards he titled that way in case he charged something that was clearly a business expense and then he could ask for reimbursement. But, again, Mayor Giuliani for several years have kept his businesses afloat by using his retirement fund, which the creditors are exempt from.
13. I, Dr. Maria Ryan, also serve as his medical director and advisor. I am a board-certified nurse practitioner with a PhD in healthcare management. I resent the fact that some of his personal medical information was leaked through this court.
14. Lastly, because of the negligent filings of Akin Gump Strauss Hauer and Feld. I and the other employees have been victims of defamatory accusations, multiple misleading newspaper articles, and suffer from anxiety and depression.

Maria Ryan, PhD, APRN
X X X   X Manchester, NH 03104
XXX-XXX-XXX
XXXXXXXXXXX@gmail.com

## Chief Executive Officer

High-integrity, energetic leader known for the ability to envision and create successful outcomes in complex situations.  Diverse healthcare, business and functional expertise, with a tenacious commitment to driving results and motivating staff to peak performance.

## Select Executive Core Strengths

- Proven Executive Leadership
- Healthcare Strategy Visionary
- Leading Positive Culture Change
- For-Profit & Non-Profit Experience
- Management of Multi-Million Dollar Construction Projects
- Innovative Problem-Solving
- Hospital Mergers & Acquisitions
- Change Management Expert
- Tertiary Care Experience
- Performance Improvement Expert
- Patient Centric Philosophy
- Entrepreneurial spirit
- Expert mentor to staff

## Executive Experience

**Cottage Hospital, Woodsville, NH** November 2006 -March 30, 2021
A non-profit, Rural facility serving twenty-six towns through the Upper Connecticut River Valley for over 114 Years. Offering a multitude of specialty services, with strong collaborative relationships and partnerships with regional healthcare entities. Industry leader in patient-focused technology, healthcare financials, with strong strategic plan for future stability.

- Developed healthy financials, with strategic plan for future
- Restructured $10 million dollar loan, decreasing interest rate and eliminating nonfunctioning

**Chief Executive Officer: January 2010 – March 30, 2021**
SWAT governance
- Developed comprehensive quality program to exceed benchmarks and qualify the hospital for bonuses from the insurance companies
- First CAH in New England to meet MU Stage 1, First hospital in the Nation to meet Meaningful Use Stage 2 maximizing accelerated depreciation monies
- Designed and implemented the only trauma designated hospital in the North Country for adults & pediatrics
- Successfully launched the Center for Orthopedic Excellence and contracted with State and Municipalities for referrals.
- Consolidated and enhanced a profitable multi-specialty rural health clini
- Pioneered a transfer center for admissions
- Created and implemented an acute geriatric inpatient psychiatric/neurology unit increasing the bottom line by 30%.
- Innovative partnerships with local businesses, insurance companies and hospitals, included but not limited to Vermont Blueprint for health, IDN, Haverhill Area Substance Misuse Prevention Coalition
- Implemented numerous service and clinical innovations, included but not limited to Trauma designation, Integrated behavioral health, Endocrinology, Dermatology, Gastroenterology and Center for Orthopedic Excellence
- Advanced rehabilitative services to include but not limited to aquatic and lymphedema programs increasing market share and revenue

# Maria Ryan, PhD, APRN
XXX XXXXXX Street ⬥ Manchester, NH
03104 ⬥
XXX-XXX-XXX
XXXXXXXXXX@gmail.com

**Chief Operating Officer/Chief Nursing Officer: 2006-2010**
- Implementation of Electronic Health Record in Emergency Department
- Established trusting relationships with physicians/nursing and ancillary staff
- Developed and implemented a Professional Code of Conduct
- Developed a charge system in the Emergency Department, resulting in $1.1 million of additional revenue
- Initiated Formalized Strategic Planning with the local Federally Qualified Health Centers
- *State of NH Appointment:* Board for Competencies for the "Nurse of the Future" committee
- *State of NH Appointment:* Hospital Licensing committee
- *State of NH Appointment:* Disaster Code Standardization committee

## Community Health System, Inc. (CHS): 2005-2006
Community Health System is a leading operator of general acute care hospitals. CHS owns and operates or leases 199 hospitals in 29 states with approximately 31,000 licensed beds. Easton Hospital is a 369 acute-care community teaching hospital with 1340 employees and 300 medical staff.

**Chief Nursing Executive - Easton Hospital, Easton PA:  2005-2006** (1 year contract)
- Obtained provisional status for Bariatric Center of Excellence
- Responsible for the training and orientation of Assistant CNO program
- Joint Camp Concept; Increased joint replacement volume, increased case mix index, decreased LOS, increased revenue by 30%.
- HIPAA officer

## Ardent Health System
Ardent is a for profit hospital network based out of Nashville, TN

**Executive Consultant - Lovelace Sandia Health System, Lovelace NM: 2003***(Six- Month Interim) Ardent*
- *Acting CEO:* Stabilized an acute-care hospital and prepared a niche hospital for women's services
- Systematically worked on bringing together four hospitals in a new health system
- Created and operationalized Emergency Department protocols for the four hospitals

## Hospital Corporation of America (HCA): 2000-2005
Nations leading provider of healthcare services, a company comprised of 178 Hospitals and 119 freestanding surgery centers in 20 states and England.

**Chief Nursing Officer - River Park Hospital, McMinnville TN: 2003-2005**
- Facilitated new program development in Surgical Services, known as Entereyx Procedure
- Implemented a stroke referral system between River Park Hospital and Skyline Medical Center
- Facilitated a CEU and CME program on campus with Vanderbilt University.
- Streamlined patient processes resulting in an increase in patient satisfaction and a decrease in turnaround time
- *National Chest Pain Center Accreditation:* Developed and implemented a chest pain excellence program
- *Corporate Appointment*: CNO representative for Emergency Department Dashboard Phase 2 project
- *Division Appointment:* CNO representative for the Same Day Surgery Project

**Interim Chief Nursing Officer - Parkland Medical Center, Derry NH: 2002- 2003**
- Developed and implemented patient care policies, and standards for measurement of quality nursing care
- Developed and administered nursing services budget and expense control systems
- Developed and implemented the Hospital Quality Assurance Program

**Maria Ryan, PhD, APRN**
**XXX XXXXXX Street**
**Manchester, NH 03104**
**XXX-XXX-XXX**
**XXXXXXXXXX@gmail.com**

**Executive Director: - Parkland Medical Center, Derry, NH: 2000 - 2002**
- Managed an eight million dollar Emergency Department project resulting in an increased volume of 2,000 patients
- Maintained efficiency benchmarking for Emergency Services in the top 25% of HCA same size hospitals
- Implemented a revised patient charging system with an increase of $1.2 million in revenue
- Achieved and maintained inpatient satisfaction scores in the 95% range

| **Director of Emergency Services**, *Danville Regional Medical Center, Danville, VA, 1999-2000 (one year contract)* | **Nurse Practitioner, Emergency Department**, *Elliot Hospital, Manchester, NH 1999* | **Registered Nurse Clinical Leader**, *Concord Hospital, Concord, NH 1989-1999* | **Certified Nurse's Aide**; *Briston Manor and Bedford Nursing Home, Bedford, NH 1981- 1989* |
|---|---|---|---|
| DRMC is a 350-bed non-profit community hospital, affiliated with Duke University. | Responsible for assessment, diagnosis and treatment of patients with episodic illness/injury. | Leader over several departments focusing on process improvement and clinical excellence. | Learned customer service skills, prioritization, medical terminology and caring for the elderly. |

## Education
- Doctor of Philosophy in Health Administration, Warren National University
- Master of Science in Nursing, Family Nurse Practitioner, Rivier College
- Bachelor of Science in Nursing, University of New Hampshire (Undergraduate work in Germany, Inpatient & Home Health)
- Associate of Science in Nursing, New Hampshire Technical Institute

## Certifications
- Basic Life Support (BLS)
- Pediatric Advanced Life Support (PALS)
- Neonatal Resuscitation Program (NRP)
- Advanced Cardiac Life Support (ACLS)

## Community Servant Leadership
- Board Member: American Hospital Association Regional Policy Board, delegate for the Section for Small or Rural Hospitals
- Board of Trustees: New Hampshire Hospital Association
- Board of Directors: Rural Health Coalition
- Board of Trustees: Foundation for Healthy Communities
- Board of Directors: Catholic Charities
- Board of Directors: Treasurer, North Country Health Consortium
- Board of Directors: New Hampshire Musculoskeletal Institute
- Board of Directors: Bishop's Charitable Fund
- Rotary International: Woodsville

**Awards & Recognitions**

Louis Gorin Award for Outstanding Achievement in Healthcare, NRHA 2019

- *NH Business Review 2017*: Outstanding Women in Business
- *Cohase Chamber of Commerce 2015*: Business of the Year
- *Becker's Hospital Review 2014 / 2015 / 2016 / 2017/2018/2019:* Top 50 Rural Hospital CEO's
- *State of NH: Best Practices* Hand Hygiene Program

Maria Ryan, PhD, APRN
X X X  X X  X  Manchester, NH 03104
XXX-XXX-XXX
XXXXXXXXXX@gmail.com

- *National Rural Health Association 2014:* Best Practices in Quality
- *HealthStrong 2014:* Top 100 Critical Access Hospital
- *Union Leader 2014:* CEO Leads Cottage Hospital to Excellence
- *EHR Intelligence 2014:* Why Early Success in Meaningful Use Matters in the Long Run
- *Healthcare IT News 2014:* Small Hospital Books Big ROI
- *HealthStrong 2013:* Award for Excellence in Efficiency
- *Business NH Magazine 2013:* Women at the Top – The Top 50 Women-Led Nonprofits in NH
- *Becker's Hospital Review 2013:* Top 300 CEO's in All Healthcare Systems
- *Business NH Magazine 2013:* Top Woman Executive for Non-Profit Business in New Hampshire
- *Business NH Magazine 2013:* The Rise of the MD CEO
- *Healthcare Executive Exchange Magazine 2012:* Cottage Hospital – Road to Success
- *The Rotary Foundation of Rotary International 2012:* Paul Harris Fellow Award
- *Beacon Partners 2011*: 2012 Accountable Care Organizations: The next business shift for healthcare organizations
- *Modern Healthcare Magazine 2011*: Beyond Meaningful Use – Preparing for Healthcare Reform
- *Modern Healthcare Magazine 2010:* Out Is In; In Is Out – Reform Law Lowers Drug Prices for Outpatient Only

- 5 -

23-12055-shl    Doc 264    Filed 06/15/24    Entered 06/18/24 16:41:34    Main Document
Pg 10 of 11

- 5 -

Maria Ryan, PhD, APRN
X X X   X Manchester, NH 03104
XXX-XXX-XXX XXXXXXXXXXX@gmail.com

6