6/24/24

Hon Judge LANE,

RE: RUDY GIULIANI

Rudy making a mockery of Bankruptcy Court. Dismiss his case!! WITH PREJUDICE!

Thank you

CHRISTINE McHUGH

FILED
2024 JUN 24 P 1:48
U.S. BANKRUPTCY COURT
S.D. OF NY

CHRISTINE McHUGH
10 E Chestnut St
Bordentown, NJ 08505-2024

TRENTON NJ 085

21 JUN 2024 PM 6 L

Hon SEAN H. LANE
U.S. BANKRUPTCY Court
Southern District of N.Y.
300 QUARROPAS ST.
WHITE PLAINS, NY
10601-4140

10601-414000