## Debtor: Rudolph W. Giuliani
## May 2024 notes to Monthly Operating Report

Notes:

1. Rudolph Giuliani maintains the following bank accounts:

    a. Citibank Checking Account number: 6791895812 (See Exhibit "1" and "2");
    b. Citibank Checking Account number: 1371428 (See Exhibit "3" and "4");
    c. Citibank Checking Account number: 41429639 (See Exhibit "8"); and
    d. Citibank Savings Account number: 67818958 (See Exhibit "9" and "10").

2. On May 7 2024, Giuliani Communications LLC paid the sum of $20,000 to Rudolph Giuliani, which was deposited into Citibank account number 6791895812 (See Exhibit "1", "2", "11" and "12");

3. On May 21 2024, Giuliani Communications LLC paid the sum of $25,000 to Rudolph Giuliani, which was deposited into Citibank account number 6791895812 (See Exhibit "1", "2", "11" and "12");

4. On May 6, 2024, Rudolph Giuliani received a refund of professional fees in the amount of $12,000.00 from Ricci & Company, which was deposited into Citibank account number 6791895812;

5. On May 10, 2024, Rudolph Giuliani paid the sum of $15,995.43 from his Citibank account number 6791895812 to Southlake Condo Associates for condominium common charges for the condominium unit in Florida;

6. On May 21, 2024, Rudolph Giuliani paid the sum of $12,000.00 from his Citibank account number 6791895812 to 45 East 66 Owners Corp., for cooperative charges for cooperative unit in New York;

7. In 2022, Rudolph Giuliani maintained a Rollover IRA with a balance of $2,463,314.14;

8. In 2022, Rudolph Giuliani received distributions of $837,000.00 from his Individual Retirement Account to use towards his living expenses and income taxes (See Exhibit "5", "6" and "7");

9. In 2023, Rudolph Giuliani received distributions of $962,408.59 from his Individual Retirement Account to use towards his living expenses and income taxes (See Exhibit "5", "6" and "7");

10. In 2024, Rudolph Giuliani received distributions of $97,000.00 from his Individual Retirement Account to use towards his living expenses and income taxes (See Exhibit "5", "6" and "7");

11. Giuliani Communications LLC has and has had two employees, (i) Maria R. Ryan and (ii) Vanessa D. Fenderson. Ms. Ryan and Ms. Fenderson have been employed by Giuliani Communications LLC for more than 1 ½ years. In 2023, Ms. Ryan earned $4,166.67 bi-weekly from January 1, 2023 through May 31, 2023 and $5,000 bi-weekly from June 1, 2023 through December 31, 2023. Ms. Ryan is still employed by Giuliani Communications LLC (See Exhibit "13"). In 2023, Ms. Fenderson earned $833.34 bi-weekly from January 1, 2023 through May 31, 2023 and $416.67 bi-weekly from June 1, 2023 through December 31, 2023. Ms. Ryan is still employed by Giuliani Communications LLC (See Exhibit "13").

12. Debtor's expenditures for the month of May 2024 by payee are attached hereto as Exhibit "14".

13. The following bills are attached to this monthly operating report: Amazon payments for May 2024 - $1,892.19 in purchases (Exhibit "15");

End

### Rudolph W. Giuliani
#### Cash in Bank

|          | Account # | Beginning Balance | Inflow      | Outflow     | Ending Balance |
|----------|-----------|-------------------|-------------|-------------|----------------|
| Checking | ▓▓5812    | $ 59,222.24       | $ 57,024.97 | $ 32,960.89 | $ 83,286.32    |
| Checking | ▓▓28      | $ 5,151.20        | $ 4,717.00  | $ -         | $ 9,868.20     |
| Checking | ▓▓39      | $ 25.64           | $ -         | $ -         | $ 25.64        |
| Savings  | ▓▓58      | $ 352.02          | $ 0.02      | $ -         | $ 352.04       |
| TOTAL    |           | $ 64,751.10       | $ 61,741.99 | $ 32,960.89 | $ 93,532.20    |
|          |           |                   |             |             |                |
| IRA      | Citi      | $ 1,036,960.66    | $ 30,965.28 | $ -         | $ 1,067,925.94 |

### Giuliani Communications LLC

|          | Account # | Beginning Balance | Inflow      | Outflow     | Ending Balance |
|----------|-----------|-------------------|-------------|-------------|----------------|
| Checking | ▓▓80      | $ 273,683.39      | $ 38,731.38 | $ 75,305.05 | $ 237,109.72   |
| TOTAL    |           | $ 273,683.39      | $ 38,731.38 | $ 75,305.05 | $ 237,109.72   |

# Rudolph Giuliani

Exhibit "1" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Account ▆▆▆5812 – May 2024

Exhibit "2" – Bank Statement - Rudolph Giuliani Citibank Account ▆▆▆5812 – May 2024

Exhibit "3" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Account ▆▆▆28 – May 2024

Exhibit "4" – Bank Statement - Rudolph Giuliani Citibank Account ▆▆▆28 – May 2024

Exhibit "5" – Rudolph Giuliani Citibank Individual Retirement Account – Distributions:
   a. January 1, 2024 through May 31, 2024 - $97,000.00;
   b. January 1, 2023 through December 31, 2023 - $962,408.59;
   c. Rollover IRA – 2022 - $2,463,314.14

Exhibit "6" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Individual Retirement Account – May 2024

Exhibit "7" – Bank Statement - Rudolph Giuliani Citibank Individual Retirement Account – May 2024

Exhibit "8" – Bank Statement - Rudolph Giuliani and Judith S. Giuliani Citibank Account ▆▆▆39 – May 2024

Exhibit "9" – Cash Flow statement and transaction report – Rudolph Giuliani Savings Account – May 2024

Exhibit "10" – Bank Statement – Rudolph Giuliani Savings Account – May 2024

Exhibit "11" – Cash Flow statement and transaction report – Giuliani Communications LLC – May 2024

Exhibit "12" – Bank Statement – Giuliani Communications LLC – May 2024

Exhibit "13" – Payroll – Giuliani Communications LLC – May 2024

Exhibit "14" – Debtor's expenditures for the month of May 2024 by payee

Exhibit "15" – Bills from Amazon;