# Exhibit "1" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Account ████████12 – May 2024

### Rudolph Giuliani - May 2024 Cash Flow Acct ⬛⬛⬛12 - Last month
#### 5/1/2024 through 5/31/2024

6/17/2024                                                                                   Page 1

| Category | 5/1/2024-<br>5/31/2024 |
|---|---|
| **INFLOWS** | |
| Earnings | 45,000.00 |
| Interest Income | 0.37 |
| **TOTAL INFLOWS** | **45,000.37** |
| | |
| **OUTFLOWS** | |
| Accounting Fees | -12,000.00 |
| Auto Expense | 193.15 |
| Cleaning services | 390.00 |
| Condominium Common Charges | 27,995.43 |
| Food Expense | 851.98 |
| Medicine | 229.97 |
| Misc. | 50.00 |
| Personal Care | |
| Laundry | 208.52 |
| TOTAL Personal Care | 208.52 |
| Prime Video | 49.30 |
| Supplies Bought | 2,192.37 |
| Telephone Expense | 775.57 |
| **TOTAL OUTFLOWS** | **20,936.29** |
| | |
| **OVERALL TOTAL** | **24,064.08** |

## Rudolph Giuliani - May 2024 Transaction Report Acct ▓▓▓▓▓12 - Last month

### 5/1/2024 through 5/31/2024

6/17/2024

Page 1

| Date | Account | Num | Description | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| **BALANCE 4/30/2024** | | | | | | **59,222.24** |
| 5/1/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -4.99 |
| 5/1/2024 | Rudolph Giuliani C... EFT | | Publix | Groceries | Food Expense | -233.30 |
| 5/2/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -1.99 |
| 5/2/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -24.38 |
| 5/2/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -112.77 |
| 5/3/2024 | Rudolph Giuliani C... EFT | | Merry Maids | | Cleaning services | -195.00 |
| 5/3/2024 | Rudolph Giuliani C... EFT | | Merry Maids | | Cleaning services | -195.00 |
| 5/6/2024 | Rudolph Giuliani C... DEP | | Ricci & Company | Refund | Accounting Fees | 12,000.00 |
| 5/6/2024 | Rudolph Giuliani C... EFT | | Mint Eco Car Wash | | Auto Expense | -43.00 |
| 5/6/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -148.08 |
| 5/7/2024 | Rudolph Giuliani C... DEP | | Giuliani Communications LLC | | Earnings | 20,000.00 |
| 5/7/2024 | Rudolph Giuliani C... EFT | | Apple.Com | | Telephone Expense | -1.62 |
| 5/7/2024 | Rudolph Giuliani C... EFT | | Go Green Dry Cleaners | | Personal Care:Laundry | -87.73 |
| 5/7/2024 | Rudolph Giuliani C... EFT | | Instacart | Groceries | Supplies Bought | -177.84 |
| 5/7/2024 | Rudolph Giuliani C... EFT | | Tax Collector Palm Beach | | Auto Expense | -50.15 |
| 5/9/2024 | Rudolph Giuliani C... EFT | | Go Green Dry Cleaners | | Personal Care:Laundry | -120.79 |
| 5/10/2024 | Rudolph Giuliani C... EFT | | Apple.Com | | Telephone Expense | -9.99 |
| 5/10/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -137.56 |
| 5/10/2024 | Rudolph Giuliani C... | 2251 | Southlake Condo Associates | | Condominium Comm... | -15,995.43 |
| 5/13/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -556.40 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -3.79 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -3.79 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -8.99 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -8.99 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Apple.Com | | Telephone Expense | -9.99 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Rav-Locals | | Misc. | -50.00 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | City Pizza | | Food Expense | -113.23 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Bice | | Food Expense | -119.07 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -149.70 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Metro Integrative Pharmacy | | Medicine | -159.98 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Bricktop | | Food Expense | -166.96 |
| 5/14/2024 | Rudolph Giuliani C... EFT | | Apple.Com | | Telephone Expense | -87.06 |
| 5/16/2024 | Rudolph Giuliani C... EFT | | Instacart | Groceries | Supplies Bought | -171.64 |
| 5/17/2024 | Rudolph Giuliani C... EFT | | Amazon | | Prime Video | -3.79 |
| 5/17/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -12.99 |
| 5/17/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -32.18 |
| 5/17/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -34.98 |
| 5/17/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -172.75 |
| 5/17/2024 | Rudolph Giuliani C... DEP | | Interest Income | | Interest Income | 0.37 |
| 5/20/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -128.39 |
| 5/21/2024 | Rudolph Giuliani C... DEP | | Giuliani Communications LLC | | Earnings | 25,000.00 |
| 5/21/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -3.79 |
| 5/21/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -10.99 |
| 5/21/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -24.60 |
| 5/21/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -37.95 |
| 5/21/2024 | Rudolph Giuliani C... | 2327 | 45 East 66 Owners Corp. | | Condominium Comm... | -12,000.00 |
| 5/22/2024 | Rudolph Giuliani C... EFT | | Amazon | Credit return | Supplies Bought | 24.60 |
| 5/23/2024 | Rudolph Giuliani C... EFT | | AT&T | | Telephone Expense | -228.36 |
| 5/24/2024 | Rudolph Giuliani C... EFT | | Verizon | | Telephone Expense | -256.79 |
| 5/24/2024 | Rudolph Giuliani C... EFT | | Amazon | | Supplies Bought | -11.99 |

## Rudolph Giuliani - May 2024 Transaction Report Acct ▆▆▆▆12 - Last month

### 5/1/2024 through 5/31/2024

6/17/2024                                                                                    Page 2

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 5/24/2024 | Rudolph Giuliani C... | EFT | Metro Integrative Pharmacy | | Medicine | -69.99 |
| 5/28/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -9.05 |
| 5/28/2024 | Rudolph Giuliani C... | EFT | City Pizza | | Food Expense | -114.40 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -7.92 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -14.03 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -49.50 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | BurgerFi | | Food Expense | -52.04 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -82.16 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -1.62 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -13.99 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -130.64 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Amazon | Groceries | Supplies Bought | -138.82 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -4.99 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -10.00 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Milano | | Food Expense | -52.98 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Exxon | | Auto Expense | -100.00 |
| **5/1/2024 - 5/31/2024** | | | | | | **24,064.08** |

**BALANCE 5/31/2024**                                                        83,286.32

**TOTAL INFLOWS**        57,024.97

**TOTAL OUTFL...**       -32,960.89

**NET TOTAL**            24,064.08

# Exhibit "2" – Bank Statement - Rudolph Giuliani
# Citibank Account ████████12 – May 2024

010R1/20F000
0

May 1 - May 19, 2024
Citigold Account

━━━━━12

Page 1 of 6

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY    10065-6159

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201
*Citigold Dedicated Servicing:* **888-248-4465**
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

4-2-24 amendments to your applicable customer agreement include updates to interest rate exceptions & the promotional rate feature for new Citi Savings accounts. Please visit www.citi.com/accountagreementsandnotices for more information.

Your Citigold package Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 59,222.24 | 71,816.71 |
| **Savings** | | |
| Insured Money Market Accounts | 352.02 | 352.04 |
| **Citigold Relationship Total** | **$59,574.26** | **$72,168.75** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.37 | 1.92 |
| **Savings** | | |
| Insured Money Market Accounts | 0.02 | 0.16 |
| **Citigold Relationship Total** | **$0.39** | **$2.08** |

* To ensure quality service, calls are randomly monitored and may be recorded.

010R1/20F000
0

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI
Citigold Account ███12

Page 2 of 6

## Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465 (TTY: We accept 711 or other Relay Service).

Your next Account Statement will be a simplified banking statement because at least one owner of an account on this statement has converted to simplified banking. Please keep this last package-based Account Statement for your records. If you have not yet converted, learn more about how simplified banking will impact you and your accounts by viewing your simplified banking snapshot and early access at citi.com/earlyaccess. For any questions, please contact us at (888) CITIGOLD or visit your local branch. For TTY: We accept 711 or other Relay Service.

## Citigold Account Package Fees

The Citigold Account Package requires a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. If you do not maintain a minimum combined average monthly balance of $200,000 in eligible linked deposit, retirement, and investment accounts, your Citigold Account Package will be converted to a Citi Priority Account Package, and your accounts will be subject to the terms and conditions then in effect for that package. Other banks and ATM service providers may charge you a fee when you conduct a Citibank deposit account transaction using their ATMs. You will receive reimbursement from Citibank for ATM fees charged by other banks in any statement period where you are eligible for Citigold.

| Fees | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## Checking

**Citigold Interest Checking** ███12

Checking Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/01/24 | Opening Balance | | | 59,222.24 |
| 05/01/24 | Mobile Purchase Sign Based 04/29 10:35p #1472  Prime Video Channels  amzn.com/bill WA 24121 | 4.99 | | 59,217.25 |
| 05/01/24 | Debit Card Purchase 04/29 01:46p #1472  MERRY MAIDS #1319  561-493-8455  FL 24121  Misc Business Services | 195.00 | | 59,022.25 |
| 05/01/24 | Debit Card Purchase 04/29 07:30p #1472  PUBLIX #1395  PALM BEACH  FL 24121  Food & Beverages | 233.30 | | 58,788.95 |
| 05/02/24 | Mobile Purchase Sign Based 04/30 03:42p #1472  Prime Video Channels  amzn.com/bill WA 24122 | 1.99 | | 58,786.96 |

## Checking · Continued

### Checking Activity Continued

**Citigold Interest Checking** ...12

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/02/24 | Debit Card Purchase 04/30 10:31a #1472   AMZN Mktp US*ZN7TG4OU3 Amzn.com/bill WA 24122   Specialty Retail stores | 24.38 | | 58,762.58 |
| 05/02/24 | Debit Card Purchase 04/30 02:44p #1472   AMZN Mktp US*8X1QE8JD3 Amzn.com/bill WA 24122   Specialty Retail stores | 112.77 | | 58,649.81 |
| 05/03/24 | Debit Card Purchase 05/01 11:46a #1472   MERRY MAIDS #1319     561-493-8455  FL 24123   Misc Business Services | 195.00 | | 58,454.81 |
| 05/06/24 | Incoming Wire Transfer   WIRE FROM RICCI AND COMPANY, CPA, P.C. | | 12,000.00 | 70,454.81 |
| 05/06/24 | Debit Card Purchase 05/02 04:59p #1472   MINT ECO CAR WASH - SO WEST PALM BEA FL 24124   Autos (rental, service, gas) | 43.00 | | 70,411.81 |
| 05/06/24 | Mobile Purchase Sign Based 05/02 12:44a #1472   AMZN Mktp US*01DG37R3 Amzn.com/bill WA 24124   Specialty Retail stores | 148.08 | | 70,263.73 |
| 05/07/24 | Incoming Wire Transfer   WIRE FROM GIULIANI COMMUNICATIONS LLC | | 20,000.00 | 90,263.73 |
| 05/07/24 | Debit Card Purchase 05/04 08:20p #1472   APPLE.COM/BILL     866-712-7753  CA 24126 | 1.62 | | 90,262.11 |
| 05/07/24 | Debit Card Purchase 05/02 08:45a #1472   GO GREEN DRY CLEANERS  PALM BEACH    FL 24125   Misc Personal Services | 87.73 | | 90,174.38 |
| 05/07/24 | Debit Card Purchase 05/03 #1472   IC* INSTACART*159     San Francisco CA 24125   Food & Beverages | 177.84 | | 89,996.54 |
| 05/09/24 | Debit Card Purchase 05/04 01:09p #1472   B2P*TAX COLL DMV PALM  WEST PALM BEA FL 24129   Specialty Retail stores | 50.15 | | 89,946.39 |
| 05/09/24 | Debit Card Purchase 05/06 09:22a #1472   GO GREEN DRY CLEANERS  PALM BEACH    FL 24129   Misc Personal Services | 120.79 | | 89,825.60 |
| 05/10/24 | Debit Card Purchase 05/08 04:21a #1472   APPLE.COM/BILL     866-712-7753  CA 24130 | 9.99 | | 89,815.61 |
| 05/10/24 | Mobile Purchase Sign Based 05/07 05:18p #1472   AMZN Mktp US*D86VU5W63 Amzn.com/bill WA 24130   Specialty Retail stores | 137.56 | | 89,678.05 |
| 05/10/24 | Check # 2251 | 15,995.43 | | 73,682.62 |
| 05/13/24 | Mobile Purchase Sign Based 05/09 05:06p #1472   AMZN Mktp US*0561189XL3 Amzn.com/bill WA 24131   Specialty Retail stores | 556.40 | | 73,126.22 |
| 05/14/24 | Mobile Purchase Sign Based 05/13 12:04a #1472   AMAZON PRIME*AY9W69ML3 888-802-3080 WA 24134 | 3.79 | | 73,122.43 |
| 05/14/24 | Mobile Purchase Sign Based 05/12 10:20p #1472   AMAZON PRIME*R219E3K33 888-802-3080 WA 24134 | 3.79 | | 73,118.64 |
| 05/14/24 | Mobile Purchase Sign Based 05/10 11:06p #1472   Prime Video Channels   amzn.com/bill WA 24132 | 8.99 | | 73,109.65 |
| 05/14/24 | Debit Card Purchase 05/11 12:21p #1472   APPLE.COM/BILL     CUPERTINO    CA 24134 | 8.99 | | 73,100.66 |
| 05/14/24 | Debit Card Purchase 05/10 12:26p #1472   APPLE.COM/BILL     866-712-7753  CA 24132 | 9.99 | | 73,090.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:05p #1472   RAV-LOCALS     CENTENNIAL    CO 24132 | 50.00 | | 73,040.67 |
| 05/14/24 | Debit Card Purchase 05/10 06:57p #1472   CITY PIZZA     WEST PALM BCH FL 24132   Restaurant/Bar | 113.23 | | 72,927.44 |

010/R1/20FF000
0

May 1 - May 19, 2024
RUDOLPH W. GIULIANI
Citigold Account    ▓▓▓312

Page 4 of 6

# Checking   Continued

Citigold Interest Checking ▓▓▓312

Checking
Activity
Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/14/24 | Debit Card Purchase 05/11 06:03p #1472  TST* BICE PALM BEACH   Palm Beach   FL 24133<br>Restaurant/Bar | 119.07 | | 72,808.37 |
| 05/14/24 | Mobile Purchase Sign Based 05/09 09:55p #1472<br>Amazon.com*GY1369RU3 Amzn.com/bill WA 24132<br>Specialty Retail stores | 149.70 | | 72,658.67 |
| 05/14/24 | Debit Card Purchase 05/10 03:11p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24132<br>Food & Beverages | 159.98 | | 72,498.69 |
| 05/14/24 | Debit Card Purchase 05/09 06:22p #1472   BRICKTOP'S PALM BEACH PALM BEACH   FL 24133<br>Restaurant/Bar | 166.96 | | 72,331.73 |
| 05/16/24 | Debit Card Purchase 05/14 01:09a #1472   APPLE.COM/BILL      866-712-7753 CA 24136 | 87.06 | | 72,244.67 |
| 05/16/24 | Mobile Purchase Sign Based 05/15 #1472  IC* INSTACART*159   San Francisco CA 24136<br>Food & Beverages | 171.64 | | 72,073.03 |
| 05/17/24 | Mobile Purchase Sign Based 05/16 12:41a #1472<br>AMAZON PRIME*CN2N06FP3 888-802-3680 WA 24137<br>Specialty Retail stores | 3.79 | | 72,069.24 |
| 05/17/24 | Mobile Purchase Sign Based 05/14 07:41p #1472<br>AMZN Mktp US*4J25Y5VL03 Amzn.com/bill WA 24137<br>Specialty Retail stores | 12.99 | | 72,056.25 |
| 05/17/24 | Debit Card Purchase 05/15 10:39a #1472   AMAZON.COM*1X01C7DL3   SEATTLE      WA 24137<br>Specialty Retail stores | 32.18 | | 72,024.07 |
| 05/17/24 | Mobile Purchase Sign Based 05/15 04:39p #1472<br>AMZN Mktp US*J8S03K3 Amzn.com/bill WA 24137<br>Specialty Retail stores | 34.98 | | 71,989.09 |
| 05/17/24 | Debit Card Purchase 05/14 07:22p #1472   AMZN Mktp US*QU8486CO3 Amzn.com/bill WA 24137<br>Specialty Retail stores | 172.75 | | 71,816.34 |
| 05/17/24 | Interest paid for 19 days,   Annual Percentage Yield Earned 0.01% | | 0.37 | 71,816.71 |
| | Total Subtracted/Added | 19,405.90 | 32,000.37 | |
| 05/19/24 | Closing Balance | | | 71,816.71 |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

# Savings

Citi® Savings ▓▓▓▓20

Citi®
Savings
Account Activity

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/01/24 | Opening Balance | | | 352.02 |
| 05/17/24 | Interest paid for 19 days,   Annual Percentage Yield Earned 0.11% | | 0.02 | 352.04 |
| 05/19/24 | Closing Balance | | | 352.04 |

010/R1/20F000

Page 5 of 6

May 1 - May 19, 2024
RUDOLPH W. GIULIANI
Citigold Account            5812

## Important Disclosures

### Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products shown on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following paragraph applies to the error resolution procedures described above about **International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
If you think there has been an error or problem with your remittance transfer, you must contact us within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; the amount of the transfer; (3) the reference code for the transfer; and 4) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; the amount of the transfer; (3) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedies. We will determine whether an error occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in an amount necessary to resolve the error for those cases where bank error is substantiated, in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day they are received, adding all the daily balances for the statement period and dividing the total by the number of days in the statement period. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest Charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the daily balances by the number of days for that rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate is subject to change and the corresponding Annual Percentage Rate may vary. The total Interest Charges paid during the year will be shown on your statement. We may report Interest Charges and fees assessed on regular monthly checking account to the IRS, if applicable, as a personal loan interest expense.
**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. While we investigate your question, you must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary – What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on the amount in question. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.



Citibank is an Equal Housing Lender.

Citibank, N.A. Member FDIC

**May 1 - May 19, 2024**
RUDOLPH W. GIULIANI
Citigold Account

**This page has been intentionally left blank.**

010R1/20F900

May 20 - May 31, 2024
Citigold Private Client Account ▬▬▬▬428    C32091677
CPWM ACCOUNT

CITIGOLD PRIVATE CLIENT SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

**For Citigold Private Client Servicing: 888-500-5008**
For banking, call your Relationship Manager:
*Scott Borg, 718-492-2703*
For investments, call your Financial Advisor:
*James Nicolaidis & Sean Broderick, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

*See Pag 3*

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc.
The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | 76,967.91 | 93,154.52 |
| **Citibank Total** | **$76,967.91** | **$93,154.52** |
| Citi Personal Wealth Management Accounts [1] | | |
| Total IRA Account Value [2] | 1,036,960.66 | 1,067,925.94 |
| **Citi Personal Wealth Management Total** | **$1,036,960.66** | **$1,067,925.94** |
| **Citigold Private Client Relationship Total** | **$1,113,928.57** | **$1,161,080.46** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| Citi Personal Wealth Management Accounts [1] | | |
| Total IRA Account Value [2] | 2,229.79 | 14,435.69 |
| **Citi Personal Wealth Management Total** | **$2,229.79** | **$14,435.69** |
| **Citigold Private Client Relationship Total** | **$2,229.79** | **$14,437.81** |

* To ensure quality service, calls are randomly monitored and may be recorded.
† INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
  • Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
  • Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
  • Subject to investment risks, including possible loss of the principal amount invested.
2 This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

010/R1/20F000 0

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account⬛⬛⬛⬛728

Page 2 of 8

## Messages From Citigold Private Client

Unless you enroll in Tier Acceleration, your CAMB is reviewed on the last calendar day of the month, which may be before your Statement Period Date. If you join a Relationship Tier before your Statement Period Date, you will receive a partial-month Account Statement beginning on your existing Statement Period start date and ending on the day before you join a Relationship Tier ("Partial Month" statement). Unless you are eligible for a fee waiver as shown on your Partial Month statement, you will be charged Monthly Service Fees and Non-Citi ATM Fees.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## You are Citigold Private Client for May 2024

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| May 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non-Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | 1371428 | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | 6791895812 | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ▬28

Page 3 of 8

## Checking

### Checking Activity

**Regular Checking ▬28**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | 4,717.00 | 9,868.20 |
| 05/22/24 | ACH Electronic Credit XXSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,868.20 |
| | Total Subtracted/Added | 0.00 | 4,717.00 | |
| 05/31/24 | Closing Balance | | | 9,868.20 |

### Checking Activity

**Regular Checking ▬12**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 71,816.71 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 71,816.71 |
| 05/20/24 | Debit Card Purchase 05/16 12:26a #1472  AMZN Mktp US*TC0WU7PS3 Amzn.com/bill WA 24138  Specialty Retail stores | 128.39 | | 71,688.32 |
| 05/21/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 25,000.00 | 96,688.32 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 12:28a #1472  AMAZON PRIME*E321M8GN3 888-802-3080 WA 24139  Specialty Retail stores | 3.79 | | 96,684.53 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 10:24a #1472  Amzn.com/bill WA 24140  Specialty Retail stores | 10.99 | | 96,673.54 |
| 05/21/24 | Mobile Purchase Sign Based 05/16 06:53p #1472  AMZN Mktp US*2308X05RB3 Amzn.com/bill WA 24139  Specialty Retail stores | 24.60 | | 96,648.94 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 07:38a #1472  Amzn.com*DL4FP27W3 Amzn.com/bill WA 24140  Specialty Retail stores | 37.95 | | 96,610.99 |
| 05/22/24 | Mobile Purchase Returns 05/20 #1472  AMZN Mktp US Amzn.com/bill WA 24142 | | 24.60 | 96,635.59 |
| 05/23/24 | Mobile Purchase Sign Based 05/21 10:58a #1472  ATT* BILL PAYMENT  DALLAS  TX 24143  Phones, Cable & Utilities | 228.36 | | 96,407.23 |
| 05/24/24 | ACH Electronic Debit  VERIZON  PAYMENTREC | 256.79 | | 96,150.44 |
| 05/24/24 | Mobile Purchase Sign Based 05/22 11:43a #1472  AMAZON PRIME*DX204E283 888-802-3080 WA 24144 | 11.99 | | 96,138.45 |
| 05/24/24 | Debit Card Purchase 05/22 03:16p #1472  METRO INTEGRATIVE PHAR NEW YORK  NY 24144 | 69.99 | | 96,068.46 |
| 05/24/24 | Mobile Purchase Sign Based 05/23 05:25p #1472  Prime Video Channels amzn.com/bill WA 24145  Food & Beverages | 9.05 | | 96,059.41 |
| 05/28/24 | Debit Card Purchase 05/23 06:42p #1472  CITY PIZZA  WEST PALM BCH FL 24145  Restaurant/Bar | 114.40 | | 95,945.01 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:13p #1472  Prime Video Channels amzn.com/bill WA 24149 | 7.92 | | 95,937.09 |

010R120F000
0

010R1/20F000

May 20 - May 31, 2024
RUDOLPH W. GIULIANI
Citigold Private Client Account ●●●28

Page 4 of 8

## Checking · Continued

**Regular Checking** ●●●12

Checking Activity Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp USFXL7WA6JY3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 14.03 | | 95,923.06 |
| 05/29/24 | Debit Card Purchase 05/24 07:27a #1472   APPLE.COM/BILL     866-712-7753 CA 24146 | 49.50 | | 95,873.56 |
| 05/29/24 | Debit Card Purchase 05/24 01:37p #1472   BURGERFI CITY PLACE WP WEST PALM BEA FL 24146<br>Restaurant/bar | 52.04 | | 95,821.52 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 01:25a #1472<br>AMZN Mktp USYXG1WF8WH3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 82.16 | | 95,739.36 |
| 05/29/24 | Check # 2327 | 12,000.00 | | 83,739.36 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL     866-712-7753 CA 24150 | 1.62 | | 83,737.74 |
| 05/30/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp USFE129W1U63 Amzn.com/bill WA 24150<br>Specialty Retail stores | 13.99 | | 83,723.75 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL     866-712-7753 CA 24150 | 130.64 | | 83,593.11 |
| 05/30/24 | Debit Card Purchase 05/28 #1472   AMAZON GROCEFU311X2903 SEATTLE       WA 24150<br>Food & Beverages | 138.82 | | 83,454.29 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 10:49p #1472   Prime Video Channels   amzn.com/bill WA 24151 | 4.99 | | 83,449.30 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 12:00p #1472<br>Amazon Tips*S873L1BiC8 Amzn.com/bill WA 24151<br>Specialty Retail stores | 10.00 | | 83,439.30 |
| 05/31/24 | Debit Card Purchase 05/29 02:03p #1472   MILANO         NEW YORK     NY 24151 | 52.98 | | 83,386.32 |
| 05/31/24 | Debit Card Purchase 05/29 05:47p #1472   EXXON BISMA SERVICE CE NEW YORK   NY 24151<br>Autos (rental, service, gas) | 100.00 | | 83,286.32 |
| | **Total Subtracted/Added** | 13,554.99 | 25,024.60 | |
| 05/31/24 | Closing Balance | | | 83,286.32 |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

010R1/20R000
0

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ⬤28

Page 5 of 8

## Retirement Accounts

This reports your retirement account balances and activity from May 1 through May 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**

- **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
- **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
- **Subject to investment risks, including possible loss of the principal amount invested.**

**Citi Personal Wealth Management Retirement Plans**

**CITI RETIREMENT ACCOUNT**

Total CGMI Retirement Investments                    $1,067,925.94

010R1120P5000

May 20 - May 31, 2024                                                                                                   Page 6 of 8
RUDOLPH W. GIULIANI
Citigold Private Client Account          428

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are unable. See your Client Manual Agreement for details.
Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located are may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
The following special procedures apply to errors or questions about International wire transfers and transfers or International Citibank Global Transfers to your account. We must hear from you within 180 days of the date you contacted us, you, that the funds would be made available to the recipient of the transfer, whichever is earlier. When you contact us, we may ask for the following information: 1) your name and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error) for those cases where an error has occurred. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and subtracting any payments as of the day received, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and corresponding Annual Percentage Rate may vary.
*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "Average Daily Balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in any new advances and adjustments, and subtract any payments or credits. This gives us the daily balance. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate) disclosed as Balance Subject to Interest Rate, the Daily Periodic Rate, and the corresponding Annual Percentage Rate multiplied by the number of days in the billing period. Late payments, missed payments, or other default may result in the Interest Charges paid during the year will be shown in your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other default may result in the Interest Charges paid during the year will be shown in your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other default may be reflected in your credit report.
*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A. PO Box 78005, Phoenix, AZ 85062-8005. A payment received after 5 p.m. local time at the payment location may be credited as of the next day. There is no charge for a personal loan obligation.
*Other Information:* Checks drawn against a business account or that are not acceptable as payment for a personal loan obligation.

**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.

You are entitled to remedies under the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as required by law. See your Client Manual Agreement for details.

**Billing Rights Summary -- What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
  • *Account information:* Your name and account number.
  • *Dollar amount:* The dollar amount of the suspected error.
  • *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount.
  • The charge in question may remain on your statement, and we may continue to charge you interest on the amount in question or any interest in question.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
Notice about entries affecting your regular monthly credit card statement(s):
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.

Citibank, N.A. Member FDIC


EQUAL HOUSING
LENDER

May 20 - May 31, 2024
RUDOLPH W. GIULIANI
Citigold Private Client Account ⬛28

Page 7 of 8

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members (Members) successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening. Through account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening. Through but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD Balance meets the Balance Range for the same or a higher Relationship Tier for one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your Individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among joint owners.

Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of a Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.

3. CAMB Balance Range Chart

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| To attain Relationship Tier | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| To remain in Relationship Tier | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ▮▮▮▮28

Page 8 of 8

4. Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

**Account Fees and Waiver Eligibility**

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more   Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more   or   Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more   or   Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

# Exhibit "3" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Account ████28 – May 2024

### Rudolph Giuliani Account ▉▉▉28 - May 2024 Transaction Report - Last month
5/1/2024 through 5/31/2024

| 6/15/2024 Date | Account | Num | Description | Memo | Category | Clr | Page 1 Amount |
|---|---|---|---|---|---|---|---|
| **BALANCE 4/30/2024** | | | | | | | **5,151.20** |
| 5/22/2024 | RG Checki... | DEP | Social Security Administration | | Social Security Income | | 4,717.00 |
| **5/1/2024 - 5/31/2024** | | | | | | | **4,717.00** |
| **BALANCE 5/31/2024** | | | | | | | **9,868.20** |

| | | |
|---|---|---|
| **TOTAL INFLOWS** | | **4,717.00** |
| **TOTAL OUTFL...** | | **0.00** |
| **NET TOTAL** | | **4,717.00** |

## Rudolph Giuliani Citibank Checking Account ████28 - Last month
### 5/1/2024 through 5/31/2024

6/15/2024                                                                                                          Page 1

| Category | 5/1/2024-<br>5/31/2024 |
|---|---|
| **INFLOWS** | |
| Social Security Income | 4,717.00 |
| **TOTAL INFLOWS** | **4,717.00** |
| | |
| **OVERALL TOTAL** | **4,717.00** |

# Exhibit "4" – Bank Statement - Rudolph Giuliani
## Citibank Account ◼◼◼◼28 – May 2024

RUDOLPH W. GIULIANI
45 E. 66TH ST APT 10W
NEW YORK NY          10065-6159

May 20 - May 31, 2024
Citigold Private Client Account ▬▬28          Page 1 of 8
CPWM ACCOUNT          C32091677

CITIGOLD PRIVATE CLIENT SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

**For Citigold Private Client Servicing: 888-500-5008**
For banking, call your Relationship Manager:
 Scott Borg, 718-492-2703*
For investments, call your Financial Advisor:
 James Nicolaidis & Sean Broderick, 718-351-8679*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

*See Page 3*

Your Citigold Private Client simplified banking Account Statement. Citi Personal Wealth Management ("CPWM") is a business of Citigroup Inc., which offers investment products
through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Insurance is offered through Citigroup Life Agency LLC ("CLA"). In California, CLA does business as Citigroup Life
Insurance Agency, LLC (license number 0G56746). Unless otherwise indicated, investment products are held in a Citi Personal Wealth Management brokerage account, which is
carried on behalf of CGMI by Pershing LLC, member SIPC, NYSE, FINRA. Citibank N.A., CLA and CGMI are affiliated companies under the common control of Citigroup Inc.
The following summary portion of this statement is provided for information purposes and includes assets held at different entities.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 76,967.91 | 93,154.52 |
| **Citibank Total** | **$76,967.91** | **$93,154.52** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 1,036,960.66 | 1,067,925.94 |
| **Citi Personal Wealth Management Total** | **$1,036,960.66** | **$1,067,925.94** |
| **Citigold Private Client Relationship Total** | **$1,113,928.57** | **$1,161,080.46** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 2.12 |
| **Citibank Total** | **$0.00** | **$2.12** |
| **Citi Personal Wealth Management Accounts** [1] | | |
| Total IRA Account Value [2] | 2,229.79 | 14,435.69 |
| **Citi Personal Wealth Management Total** | **$2,229.79** | **$14,435.69** |
| **Citigold Private Client Relationship Total** | **$2,229.79** | **$14,437.81** |

* To ensure quality service, calls are randomly monitored and may be recorded.
1 INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
 • Not Insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank
 • Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank
 • Subject to investment risks, including possible loss of the principal amount invested.
2 This is a combined total, as applicable, of all your traditional, Roth, SEP, SAR-SEP, and SIMPLE IRAs.

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ●●●●28

## Messages From Citigold Private Client

Unless you enroll in Tier Acceleration, your CAMB is reviewed on the last calendar day of the month, which may be before your Statement Period Date. If you join a Relationship Tier before your Statement Period Date, you will receive a partial-month Account Statement beginning on your existing Statement Period start date and ending on the day before you join a Relationship Tier ("Partial Month" statement). Unless you are eligible for a fee waiver as shown on your Partial Month statement, you will be charged Monthly Service Fees and Non-Citi ATM Fees.

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-500-5008(TTY: We accept 711 or other Relay Service).

## You are Citigold Private Client for May 2024

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| May 2024 | $1,000,000 - $4,999,999 | Citigold Private Client |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | 1371428 | None | None | N/A | No Fee - CPC Waiver |
| Regular Checking | 6791895812 | None | None | N/A | No Fee - CPC Waiver |
| Total | | None | None | | |

Fees. When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ⬛⬛⬛28

Page 3 of 8

## Checking

### Checking Activity

**Regular Checking ⬛⬛⬛28**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 5,151.20 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 5,151.20 |
| 05/20/24 | ACH Electronic Credit  xxSOCIAL SECURITY FOR RUDOLPH W GIULIANI | | 4,717.00 | 9,868.20 |
| 05/22/24 | Total Subtracted/Added | 0.00 | 4,717.00 | |
| 05/31/24 | Closing Balance | | | 9,868.20 |

### Checking Activity

**Regular Checking ⬛⬛⬛12**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/20/24 | Opening Balance | | | 71,816.71 |
| 05/20/24 | Reimagine Product Conversion: from Int Checking to Reg Chec | | | 71,816.71 |
| 05/20/24 | Debit Card Purchase 05/16 12:26a #1472   AMZN Mktp US*7C0WUP93 Amzn.com/bill WA 24138 | 128.39 | | 71,688.32 |
| 05/21/24 | Incoming Wire Transfer  WIRE FROM GIULIANI COMMUNICATIONS LLC | | 25,000.00 | 96,688.32 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 12:28a #1472   AMAZON PRIME*EG21M9GN3 888-802-3080 WA 24139 | 3.79 | | 96,684.53 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 10:24a #1472   Amazon.com*3732M2TT3 Amzn.com/bill WA 24140  Specialty Retail stores | 10.99 | | 96,673.54 |
| 05/21/24 | Mobile Purchase Sign Based 05/16 06:53p #1472   AMZN Mktp US*T2X0BX5R63 Amzn.com/bill WA 24139  Specialty Retail stores | 24.60 | | 96,648.94 |
| 05/21/24 | Mobile Purchase Sign Based 05/18 07:38a #1472   Amazon.com*DL4PP27W3 Amzn.com/bill WA 24140  Specialty Retail stores | 37.95 | | 96,610.99 |
| 05/22/24 | Mobile Purchase Returns 05/20 #1472   AMZN Mktp US   Amzn.com/bill WA 24142  Specialty Retail stores | | 24.60 | 96,635.59 |
| 05/23/24 | Mobile Purchase Sign Based 05/21 10:58a #1472   ATT* BILL PAYMENT   DALLAS   TX 24143  Phones, Cable & Utilities | 228.36 | | 96,407.23 |
| 05/24/24 | ACH Electronic Debit  VERIZON   PAYMENTREC | 256.79 | | 96,150.44 |
| 05/24/24 | Mobile Purchase Sign Based 05/22 11:43a #1472   AMAZON PRIME*KR0048Z93 888-802-3080 WA 24144 | 11.99 | | 96,138.45 |
| 05/24/24 | Debit Card Purchase 05/22 03:16p #1472   METRO INTEGRATIVE PHAR NEW YORK   NY 24144  Food & Beverages | 69.99 | | 96,068.46 |
| 05/28/24 | Mobile Purchase Sign Based 05/23 05:25p #1472   Prime Video Channels   amzn.com/bill WA 24145 | 9.05 | | 96,059.41 |
| 05/28/24 | Debit Card Purchase 05/23 06:42p #1472   CITY PIZZA   WEST PALM BCH FL 24145  Restaurant/Bar | 114.40 | | 95,945.01 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:13p #1472   Prime Video Channels   amzn.com/bill WA 24149 | 7.92 | | 95,937.09 |

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ●●●●●28

## Checking Continued

### Regular Checking ●●●●●2

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/29/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*AL7W46JY0 Amzn.com/bill WA 24149<br>Specialty Retail stores | 14.03 | | 95,923.06 |
| 05/29/24 | Debit Card Purchase 05/24 07:27a #1472   APPLE.COM/BILL      866-712-7753 CA 24146 | 49.50 | | 95,873.56 |
| 05/29/24 | Debit Card Purchase 05/24 01:37p #1472   BURGERFI CITY PLACE WP WEST PALM BEA FL 24146<br>Restaurant/Bar | 52.04 | | 95,821.52 |
| 05/29/24 | Mobile Purchase Sign Based 05/27 01:25a #1472<br>AMZN Mktp US*XG31WF8K0H3 Amzn.com/bill WA 24149<br>Specialty Retail stores | 82.16 | | 95,739.36 |
| 05/29/24 | Check # 2327 | 12,000.00 | | 83,739.36 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL      866-712-7753 CA 24150 | 1.62 | | 83,737.74 |
| 05/30/24 | Mobile Purchase Sign Based 05/27 03:42p #1472<br>AMZN Mktp US*E129W1U8s3 Amzn.com/bill WA 24150<br>Specialty Retail stores | 13.99 | | 83,723.75 |
| 05/30/24 | Debit Card Purchase 05/27 08:30a #1472   APPLE.COM/BILL      866-712-7753 CA 24150 | 130.64 | | 83,593.11 |
| 05/30/24 | Debit Card Purchase 05/28 #1472   AMAZON GROCEF*J11X2903 SEATTLE      WA 24150<br>Food & Beverages | 138.82 | | 83,454.29 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 10:49p #1472   Prime Video Channels   amzn.com/bill WA 24151 | 4.99 | | 83,449.30 |
| 05/31/24 | Mobile Purchase Sign Based 05/29 12:00p #1472<br>Amazon Tips*G373L8pC8 Amzn.com/bill WA 24151<br>Specialty Retail stores | 10.00 | | 83,439.30 |
| 05/31/24 | Debit Card Purchase 05/29 02:03p #1472   MILANO          NEW YORK      NY 24151<br>Food & Beverages | 52.98 | | 83,386.32 |
| 05/31/24 | Debit Card Purchase 05/29 05:47p #1472   EXXON BISMA SERVICE CE NEW YORK    NY 24151<br>Autos (rental, service, gas) | 100.00 | | 83,286.32 |
| | Total Subtracted/Added | 13,554.99 | 25,024.60 | |
| 05/31/24 | Closing Balance | | | 83,286.32 |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

010R1\20F000

Page 5 of 8

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ⬤8

## Retirement Accounts

This reports your retirement account balances and activity from May 1 through May 31, 2024. Citibank, N.A. is the custodian of your Citibank IRA and the trustee of your Citibank Keogh Plan. Funds invested in your IRA/Keogh FDIC-insured accounts are held as deposits of Citibank, N.A. Securities transactions in the Citibank Keogh investment account are through Citigroup Global Markets Inc. ("CGMI"), member SIPC. If you maintain IRA/Keogh Plans through Citi Personal Wealth Management, the custodian of your IRA and the trustee of your Keogh Plan is Pershing LLC. Citibank, N.A. and CGMI are affiliated companies under the common control of Citigroup, Inc.

> **INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS)**
> **ARE NOT BANK PRODUCTS AND:**
>
> - **Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank**
> - **Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank**
> - **Subject to investment risks, including possible loss of the principal amount invested.**

**Citi Personal Wealth Management Retirement Plans**

**CITI RETIREMENT ACCOUNT**

Total CGMI Retirement Investments                                    $1,067,925.94

0107R1/20FP00

Page 6 of 8

May 20 - May 31, 2024
RUDOLPH W. GIULIANI
Citigold Private Client Account •••• 28

**Important Disclosures**

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of this statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of the individual products reported here may be different from the addressee(s) on the first page.

**CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT**
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627-3999. For TTY: we accept 711 or other Relay Service.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields in the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wires transfers of International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available for pickup or delivery, or the date by which you sent the electronic funds transfer. When you contact us, please tell us: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; and 4) the reference code for the transfer. We will determine whether an error occurred within 90 days after you contact us and we will correct any error promptly. For those cases where bank error is found). We will determine whether an error has occurred and we will promptly correct that error in an amount necessary to resolve the error or alternatively, resend a corrected credit (or a credit to your account in an amount necessary to resolve the error or alternatively, resend a corrected credit (or a credit to your account in an amount necessary to resolve the error), if we determine that an error has not occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRA AND KEOGH PLANS** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CHECKING PLUS DISCLOSURES**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits and unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the New Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid Interest or other finance charges and any payments of credits. This gives us the daily balance. Then for (1) multiplying each of the average daily balance, then multiply by the number of days in the billing cycle. For Fixed Rate: the daily periodic rate is the Annual Percentage Rate divided by 365, and by (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these numbers together. (All of these numbers can be found in the table about "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, to obtain the daily periodic rate. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate divided by 365, to obtain the daily periodic rate. The total Interest Charges paid during the year will be shown on your statement. We may report Interest Charges are assessed to Citibank, N.A. We may make available to you from your account. The balance is available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report Interest Charges are assessed to Citibank, N.A. We make payments, or other defaults on your account may be reflected in your credit report. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Instructions:** You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003

**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
**Billing Rights Summary: What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
• **Account Information:** Your name and account number.
• **Dollar amount:** The dollar amount of the suspected error.
• **Description of the Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
Citibank credit cards are issued by Citibank, N.A. Citibank credit cards are issued by Citibank, N.A. and are registered trademarks of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Citibank is an Equal Housing Lender.

Citibank, N.A. Member FDIC


EQUAL HOUSING LENDER

**May 20 - May 31, 2024**
RUDOLPH W. GIULIANI
Citigold Private Client Account ●●●28

Page 7 of 8

1. Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

   Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a legacy relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2. Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship") customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening. Through but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their Relationship Tier's minimum Balance Range for three consecutive calendar months.

   You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

   Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

   *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

   *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3. CAMB Balance Range Chart

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| To attain Relationship Tier | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| To remain in Relationship Tier | $30,000-199,999.99 | $180,000-999,999.99 | $900,000 or more |

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

## Account Fees and Waiver Eligibility

| Description | Account Fees | | Monthly Service Fee and Non-Citi ATM Fee Waived In months where the following situations apply | | |
| --- | --- | --- | --- | --- | --- |
| | Monthly Service Fee | Non-Citi ATM Fee | Activity | Citigold Private Client, Citigold or Citi Priority Relationship Tiers | Month of account opening and for the first 3 full calendar months after account opening. |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

\* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card that do not qualify as an Enhanced Direct Deposit.

# Exhibit "5" –Rudolph Giuliani Citibank Individual Distributions

| IRA withdrawals - Citibank account 2024 | | |
|---|---|---|
| 4/16/2024 | Distribution from IRA to Rudolph  Giuliani | $ 27,000.00 |
| 4/18/2024 | Distribution from IRA to Rudolph  Giuliani | $ 23,000.00 |
| 1/25/2024 | Distribution from IRA to Rudolph  Giuliani | $ 47,000.00 |
| | **TOTAL IRA DISTRIBUTION IN 2024** | **$ 97,000.00** |

| IRA withdrawals - Citibank account 2023 | | |
|---|---|---|
| 12/1/2023 | Distribution from IRA to Rudolph  Giuliani | $ 100,000.00 |
| 11/1/2023 | Distribution from IRA to Rudolph  Giuliani | $ 134,408.59 |
| 10/17/2023 | Distribution from IRA to Rudolph  Giuliani | $ 45,454.41 |
| 10/18/2023 | Distribution from IRA to Rudolph  Giuliani | $ 57,545.59 |
| 9/21/2023 | Distribution from IRA to Rudolph  Giuliani | $ 50,000.00 |
| 8/24/2023 | Distribution from IRA to Rudolph  Giuliani | $ 50,000.00 |
| 7/28/2023 | Distribution from IRA to Rudolph  Giuliani | $ 100,000.00 |
| 6/7/2023 | Distribution from IRA to Rudolph  Giuliani | $ 100,000.00 |
| 5/10/2023 | Distribution from IRA to Rudolph  Giuliani | $ 75,000.00 |
| 4/25/2023 | Distribution from IRA to Rudolph  Giuliani | $ 100,000.00 |
| 3/8/2023 | Distribution from IRA to Rudolph  Giuliani | $ 100,000.00 |
| 1/18/2023 | Distribution from IRA to Rudolph  Giuliani | $ 50,000.00 |
| | **TOTAL IRA DISTRIBUTION IN 2023** | **$ 962,408.59** |

| IRA withdrawals - Citibank account 2022 | | |
|---|---|---|
| 2022 | Distribution from IRA to Rudolph  Giuliani | $ 837,000.00 |
| | | |

| **Rollover IRA - 2022** | **$ 2,463,314.14** |
|---|---|

# Citi Personal Wealth Management

**citi**

**Recipient's Name and Address**

0001626 01 AB   0.488 01   X44RAD01 TR 00005

CITI RETIREMENT ACCOUNT
PERSHING LLC AS CUSTODIAN
IRA FBO RUDOLPH W GIULIANI
ROLLOVER ACCOUNT
45 E 66TH ST APT 10W
NEW YORK NY 10065-6159

**Your Financial Advisor**

BRODERICK/NICOLARDIS
1492 HYLAND BLVD
STATEN ISLAND NY 10305-1938
ID: 828

## 2022 Retirement Account Tax Information Statement

**Payer's Information**

PERSHING LLC
ONE PERSHING PLAZA
JERSEY CITY NJ 07399

**Customer Service Phone Number:** 718-351-8679

**Payer's Federal Identification Number:** █████556

**Recipient's Information:**

**Account Number:** █████877
**Recipient's Identification Number:** XXX-XX-4285

**OMB No.1545-0119**

| 2022 Form 1099-R | Distributions from Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. | | |
|---|---|---|---|
| **Copy C: For Recipient's Records** | | | |
| Box | | **Box** | |
| 1 Gross Distribution | $837,000.00 | 9a Your Percentage of Total Distribution | % |
| 2a Taxable Amount | $837,000.00 | 9b Total Employee Contributions | $0.00 |
| 2b Taxable Amount Not Determined | [X] | 10 Amount allocable to IRR within 5 years | |
| Total Distribution | [X] | 11 1st Year of Designated Roth Contribution | |
| 3 Capital Gain (included in Box 2a) | $0.00 | 12 FATCA Filing Requirement | [ ] |
| 4 Federal Income Tax Withheld | $0.00 | 13 Date of Payment | |
| 5 Employee Contributions/Designated Roth Contributions or Insurance Premiums | $0.00 | 14 State Tax Withheld | $0.00 |
| | | 15 State/Payer's State Number | NY/13-3718556 |
| 6 Net Unrealized Appreciation in Employer's Securities | $0.00 | 16 State Distribution | |
| 7 Distribution Code(s) | 7 | 17 Local Tax Withheld | $0.00 |
| IRA/SEP/SIMPLE | [X] | 18 Name of Locality | |
| 8 Other Amount | $0.00 | 19 Local Distribution | $0.00 |
| Other Percentage | 0.00% | | |

**This information is being furnished to the Internal Revenue Service.**
The above represents a summary of your retirement account distribution activity for Tax Year 2022. The Internal Revenue Service instructions are on the back of this page.

CIWM-TAX

See B/C32 (O950)

▶ **go paperless**
Ask about e-delivery

Accounts carried by Pershing LLC,
member FINRA, NYSE, SIPC.

# Exhibit "6" – Cash Flow statement and transaction report - Rudolph Giuliani Citibank Individual Retirement Account – May 2024

## Rudolph Giuliani Individual Retirement Account - Year to Date
### 1/1/2024 through 6/15/2024

6/15/2024

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **BALANCE 12/31/2023** | | | | | | | **0.00** |
| 4/30/2024 | Rudolph Gi... | | Opening Balance | | [Rudolph Giuliani Individu... | R | 1,036,960.66 |
| 5/31/2024 | Rudolph Gi... | DEP | Change In Value | | | | 30,965.28 |
| **1/1/2024 - 6/15/2024** | | | | | | | **1,067,925.94** |
| | | | | | | | |
| **BALANCE 6/15/2024** | | | | | | | **1,067,925.94** |

|  | TOTAL INFLOWS | 1,067,925.94 |
|---|---|---|
| | TOTAL OUTFL... | 0.00 |
| | NET TOTAL | 1,067,925.94 |