# Exhibit "12" – Bank Statement – Giuliani Communications LLC – May 2024



# Parkside Financial
## BANK & TRUST

GIULIANI COMMUNICATIONS LLC          Date  5/31/24          Page    1
1 IRVING PL APT UPHC                 Account Number
NEW YORK NY 10003                    Enclosures                XXX7580

## CHECKING ACCOUNTS

| Small Business Checking | | Item Truncation | |
|---|---|---|---|
| Account Number | XXX7580 | Statement Dates   5/01/24 thru  6/02/24 | |
| Previous Balance | 273,683.39 | Days in the statement period | 33 |
| 8 Deposits/Credits | 38,731.38 | Average Ledger | 261,302.31 |
| 22 Checks/Debits | 75,305.05 | Average Collected | 260,955.72 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 237,109.72 | | |

## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 5/06 | TRANSFER    TWITTER PAID FEA<br>4270465600          24/05/06<br>ID #- ST-L4T9D2A5O4B0<br>TRACE #- 111000022696346 | 1,319.25 |
| 5/10 | PAYMENT     NEWSMAXTV08259<br>1371701523          24/05/10<br>ID #- 105890<br>TRACE #- 041000123113554 | 8,333.33 |
| 5/13 | TRANSFER    TWITTER PAID FEA<br>4270465600          24/05/13<br>ID #- ST-W6N5I6O8B6O2<br>TRACE #- 111000029275078 | 349.67 |
| 5/13 | DDA MOBILE DEPOSIT | 4,000.00 |
| 5/13 | DDA MOBILE DEPOSIT | 7,437.50 |
| 5/15 | PAYROLL    RED APPLE MEDIA<br>9009637262          24/05/15<br>ID #- 07390300041538X<br>TRACE #- 091000010026183 | 15,486.00 |
| 5/28 | TRANSFER    TWITTER PAID FEA<br>4270465600          24/05/28<br>ID #- ST-J0D3L9S6P406<br>TRACE #- 111000023390126 | 578.33 |



# Parkside Financial
## BANK & TRUST

Date  5/31/24          Page     2
Account Number         XXX7580
Enclosures

Small Business Checking          XXX7580   (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| 5/29 | VENDOR PAY My Pillow Inc<br>1270478020          24/05/29<br>ID #-<br>TRACE #- 056009470000068 | 1,227.30 |

**Checks and Withdrawals**

| Date | Description | Amount |
|------|-------------|--------|
| 5/03 | ADP FEES    ADP PAYROLL FEES<br>9659605001          24/05/03<br>ID #- 929633609985<br>TRACE #- 021000027760766 | 114.40- |
| 5/07 | WIRE TRANSFER DEBIT<br>RUDOLPH GIULIANI<br>021000089<br>6791895812<br>45 EAST 66TH STREET<br>APT 10<br>NEW YORK CITY, NY 10065<br>CITIBANK<br>REF: 2401-2404 OWNER DRAW<br>20240507MMQFMPWM000015<br>20240507B1Q8021R018634<br>05071039FT01 | 20,000.00- |
| 5/07 | WIRE TRANSFER FEE | 30.00- |
| 5/10 | ADP FEES    ADP PAYROLL FEES<br>9659605001          24/05/10<br>ID #- 387593442143<br>TRACE #- 021000021212751 | 118.20- |
| 5/14 | PAY-BY-PAY ADP PAY-BY-PAY<br>9555555505          24/05/14<br>ID #- 740057913465W4J<br>TRACE #- 021000020392497 | 44.24- |
| 5/14 | ADP Tax    ADP Tax<br>1223006057          24/05/14 | 1,547.27- |



# Parkside Financial
## BANK & TRUST

Date  5/31/24          Page     3
Account Number         XXX7580
Enclosures

Small Business Checking          XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | ID #- KMW4J 051507A01 | |
| | TRACE #- 021000022767245 | |
| 5/14 | WAGE PAY    ADP WAGE PAY | 4,280.55- |
| | 9333006057          24/05/14 | |
| | ID #- 740057913464W4J | |
| | TRACE #- 021000020802323 | |
| 5/16 | ACH PMT     AMEX EPAYMENT | 7,664.78- |
| | 0005000008          24/05/16 | |
| | ID #- W0324 | |
| | TRACE #- 091000018982500 | |
| 5/20 | FORDCREDIT FORD MOTOR CR | 782.19- |
| | 3534610001          24/05/20 | |
| | ID #- 062877716 | |
| | TRACE #- 021000026672968 | |
| 5/21 | WIRE TRANSFER DEBIT | 25,000.00- |
| | RUDOLPH GIULIANI | |
| | 021000089 | |
| | 6791895812 | |
| | 45 EAST 66TH STREET | |
| | APT 10 | |
| | NEW YORK CITY, NY 10065 | |
| | CITIBANK | |
| | REF: 2405 OWNER DRAW | |
| | 20240521MMQFMPWM000023 | |
| | 20240521B1Q8021R037912 | |
| | 05211544FT01 | |
| 5/21 | WIRE TRANSFER FEE | 30.00- |
| 5/24 | ADP FEES    ADP PAYROLL FEES | 118.20- |
| | 9659605001          24/05/24 | |
| | ID #- 926732982818 | |
| | TRACE #- 021000027046791 | |
| 5/30 | PAY-BY-PAY ADP PAY-BY-PAY | 44.24- |
| | 9555555505          24/05/30 | |
| | ID #- 943529610726W4J | |
| | TRACE #- 021000027233798 | |



# Parkside Financial
## BANK & TRUST

Date  5/31/24          Page      4
Account Number          XXX7580
Enclosures

Small Business Checking          XXX7580   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 5/30 | ADP Tax     ADP Tax<br>1223006057        24/05/30<br>ID #- KMW4J 053108A01<br>TRACE #- 021000020479208 | 1,547.27- |
| 5/30 | WAGE PAY    ADP WAGE PAY<br>9333006057        24/05/30<br>ID #- 943529610725W4J<br>TRACE #- 021000027309900 | 4,280.55- |
| 5/31 | WIRE TRANSFER DEBIT<br>MICHAEL RAGUSA<br>121000248<br>7571760045<br>9030 FORT HAMILTON PARKWAY<br>BROOKLYN, NY 11209<br>WELLS FARGO<br>MAY 2024 HOURS<br>20240531MMQFMPWM000031<br>20240531I1B7033R031323<br>05311522FT01 | 875.00- |
| 5/31 | WIRE TRANSFER DEBIT<br>THEODORE GOODMAN<br>041000124<br>4161402172<br>1220 12TH STREET, NW<br>#411<br>WASHINGTON, DC 20005<br>PNC BANK<br>MAY 2024 RETAINER<br>20240531MMQFMPWM000032<br>20240531MMQFMPNG002825<br>05311523FT01 | 3,200.00- |
| 5/31 | WIRE TRANSFER DEBIT<br>RICCI & COMPANY<br>021000021<br>280901122 | 4,150.00- |



# Parkside Financial
## BANK & TRUST

Date  5/31/24          Page      5
Account Number          XXX7580
Enclosures

Small Business Checking                 xxx7580   (Continued)

### Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|  | 6 ARBOR FIELD WAY |  |
|  | LAKE GROVE, NY 11755 |  |
|  | CHASE |  |
|  | MAY 2024 RETAINER |  |
|  | 20240531MMQFMPWM000033 |  |
|  | 20240531MMQFMP2H118403 |  |
|  | 05311525FT01 |  |
| 5/31 | WIRE TRANSFER FEE | 30.00- |
| 5/31 | WIRE TRANSFER FEE | 30.00- |
| 5/31 | WIRE TRANSFER FEE | 30.00- |

### Checks in Serial Number Order

| Date | Check No | Amount |
|------|----------|--------|
| 5/28 | 7005 | 1,388.16 |

*Indicates Skip in Check Number

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 273,683.39 | 5/14 | 268,988.48 | 5/28 | 250,069.48 |
| 5/03 | 273,568.99 | 5/15 | 284,474.48 | 5/29 | 251,296.78 |
| 5/06 | 274,888.24 | 5/16 | 276,809.70 | 5/30 | 245,424.72 |
| 5/07 | 254,858.24 | 5/20 | 276,027.51 | 5/31 | 237,109.72 |
| 5/10 | 263,073.37 | 5/21 | 250,997.51 |  |  |
| 5/13 | 274,860.54 | 5/24 | 250,879.31 |  |  |

FOR A COPY OF OUR PRIVACY POLICY VISIT WWW.PFBT.COM
FOR A LOST OR STOLEN DEBIT CARD PLEASE CALL (888)297-3416

# Exhibit "13" – Payroll –
# Giuliani Communications LLC – May 2024

## Payroll Details

**Pay Frequency: Semimonthly**

**Employee: Fenderson, Vanessa D** — SSN: xxx-xx-xxxx

| | 0.00 | 833.34 | FED SOCSEC | 51.67 | 2.60 | | 758.54 | FED SOCSEC-ER | 51.66 |
Regular | 0.00 | 833.34 | FED | 12.09 | | | | FED MEDCARE-ER | 12.08 |
| | | | MEDCARE | 5.34 | | New York | | FED FUTA | 5.00 |
| | | | NY SIT | 3.10 | | voluntary disability | | NY SUI-ER | 34.16 |
| | | | NY PFL | | 2.60 | | | | 102.90 |
| | | | | 72.20 | | | | | |

Check Date: 05/15/2024 / Direct Deposit / Savings / Account No: XXXX6174   $379.27
Check Date: 05/31/2024 / Direct Deposit / Savings / Account No: XXXX6174   $379.27

**Employee: Ryan, Maria R** — SSN: xxx-xx-xxxx

| | 0.00 | 10,000.00 | FED FIT | 869.34 | 2.60 | | 7,802.56 | FED SOCSEC-ER | 620.00 |
Regular | 0.00 | 10,000.00 | FED SOCSEC | 620.00 | | | | FED MEDCARE-ER | 145.00 |
| | | | FED | 145.00 | | New York | | | 765.00 |
| | | | MEDCARE | | | voluntary disability | | | |
| | | | NY SIT | 523.20 | | | | | |
| | | | NY PFL | 37.30 | 2.60 | | | | |
| | | | | 2,194.84 | | | | | |

Check Date: 05/15/2024 / Direct Deposit / Checking / Account No: XX4941   $3,901.28
Check Date: 05/31/2024 / Direct Deposit / Checking / Account No: XX4941   $3,901.28

**Pay Frequency Totals: Semimonthly:**

| | 0.00 | $10,833.34 | FED FIT | $869.34 | $5.20 | | $8,561.10 | FED SOCSEC-ER | $671.66 |
Regular | 0.00 | $10,833.34 | FED SOCSEC | $671.67 | | | | FED MEDCARE-ER | $157.08 |
| | | | FED | $157.09 | | New York | | FED FUTA | $5.00 |
| | | | MEDCARE | $528.54 | | voluntary disability | | NY SUI-ER | $34.16 |
| | | | NY SIT | $40.40 | | | | | $867.90 |
| | | | NY PFL | $2,267.04 | $5.20 | | | | |

**Total Employees - Semimonthly: 2**

**Company Totals:**

| | 0.00 | $10,833.34 | FED FIT | $869.34 | $5.20 | | $8,561.10 | FED SOCSEC-ER | $671.66 |
Regular | 0.00 | $10,833.34 | FED SOCSEC | $671.67 | | | | FED MEDCARE-ER | $157.08 |
| | | | FED | $157.09 | | New York | | FED FUTA | $5.00 |
| | | | MEDCARE | $528.54 | | voluntary disability | | NY SUI-ER | $34.16 |
| | | | NY SIT | $40.40 | | | | | $867.90 |
| | | | NY PFL | $2,267.04 | $5.20 | | | | |

**Total Employees - Company: 2**

Company: Giuliani Communications LLC
Check dates from: 5/15/2024 - Payroll 1 to: 5/31/2024 - Payroll 1
Pay Period from: 05/01/2024 to: 05/31/2024

1 of 1

Date Printed: 06/14/2024 19:22

## Payroll Details

**Pay Frequency: Semimonthly**

**Department: GP - GP**

**Employee: Fenderson, Vanessa D**   SSN: xxx-xx-xxxx

| | Hours/Units | | | Taxes | | Deductions | | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 1,993.41 | 24.0376 | 14,166.78 | FED FIT | 501.50 | New York | 29.90 | FED SOCSEC-ER | 878.33 |
| | | | 14,166.78 | FED SOCSEC | 878.34 | voluntary disability | 29.90 | FED MEDCARE-ER | 205.36 |
| | | | | FED | 205.42 | | | FED FUTA | 42.00 |
| | | | | MEDCARE | 295.50 | | | | 1,125.69 |
| | | | | NY SIT | 64.49 | | | 12,191.63 | |
| | | | | NY PFL | 1,945.25 | | | | |

Check Date: 01/05/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 01/13/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 01/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 02/14/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 02/28/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.81
Check Date: 03/22/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.83
Check Date: 03/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 04/14/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.81
Check Date: 04/28/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.83
Check Date: 05/15/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.82
Check Date: 05/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $698.81
Check Date: 06/15/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 06/30/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 07/14/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.38
Check Date: 07/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 08/15/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.37
Check Date: 08/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 09/15/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 09/29/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.38
Check Date: 10/13/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 10/31/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39
Check Date: 11/15/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.37
Check Date: 11/16/2023 / Direct Deposit / Savings / Account No: XXXX6174 $375.39

**Employee: Ryan, Maria R**   SSN: xxx-xx-xxxx

| | Hours/Units | | | Taxes | | Deductions | | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 105,833.37 | FED FIT | 9,235.35 | New York | 29.90 | FED SOCSEC-ER | 6,561.63 |
| | 0.00 | | 105,833.37 | FED SOCSEC | 6,561.67 | voluntary disability | | FED MEDCARE-ER | 1,534.62 |
| | | | | | | | 29.90 | FED FUTA | 42.00 |
| | | | | | | | | | 82,662.18 |

Company: WORLD CAPITAL PAYROLL CORP

Check dates from: 1/5/2023 - Payroll 1 to: 11/16/2023 - Payroll 1

Pay Period from: 12/16/2022 to: 11/30/2023

1 of 3

Date Printed: 06/18/2024 12:49

# Payroll Details



| Individual Records | | Taxes | Benefits | Deductions | Employer Taxes |
|---|---|---|---|---|
| Check Date: 01/05/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | FED | | | |
| Check Date: 01/13/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | MEDCARE | 5,410.26 | | |
| Check Date: 01/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | NY SIT | 399.43 | | |
| Check Date: 02/14/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | NY PFL | | | |
| Check Date: 02/28/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | | 23,141.29 | | |
| Check Date: 03/22/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | | | | |
| Check Date: 03/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | | | | |
| Check Date: 04/14/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | | | | |
| Check Date: 04/28/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.03 | | | | |
| Check Date: 05/15/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.02 | | | | |
| Check Date: 05/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,278.04 | | | | |
| Check Date: 06/15/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 06/30/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 07/14/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 07/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 08/15/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 08/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 09/15/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 09/29/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,876.81 | | | | |
| Check Date: 10/13/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,890.69 | | | | |
| Check Date: 10/31/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,899.56 | | | | |
| Check Date: 11/15/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,899.56 | | | | |
| Check Date: 11/16/2023 / Direct Deposit / Checking / Account No: XX4941 | $3,899.56 | | | | |

**Department Totals: - GP - GP:**

| | | | | |
|---|---|---|---|---|
| Regular | 1,993.41 | $120,000.15 | FED FIT | $9,736.85 | New York | $59.80 | FED SOCSEC-ER | $7,439.96 |
| | 1,993.41 | $120,000.15 | FED SOCSEC | $7,440.00 | voluntary disability | | FED MEDCARE-ER | $1,739.98 |
| | | | FED | $1,740.00 | | $59.80 | FED FUTA | $84.00 |
| | | | MEDCARE | $5,705.76 | | | | $9,263.94 |
| | | | NY SIT | | | | | |
| | | | NY PFL | $463.92 | | | | |
| | | | | $25,086.54 | | $94,853.81 | | |

**Total Employees - GP - GP: 2**

Company: WORLD CAPITAL PAYROLL CORP
Check dates from: 1/5/2023 - Payroll 1 to: 11/16/2023 - Payroll 1
Pay Period from: 12/16/2022 to: 11/30/2023

2 of 3

Date Printed: 06/18/2024 12:49

Regular: 8,138.25
Other: 29.90
Taxes: 1,534.58

## Payroll Details

| Description | Hours and Earnings | Wages | Taxes | Earnings | Deductions | Amount | Taxes | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|

**Pay Frequency Totals: Semimonthly**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 1,993.41 | $120,000.15 | FED FIT | $9,736.85 | New York | $59.80 | $94,853.81 | FED SOCSEC-ER | $7,439.96 |
| | 1,993.41 | $120,000.15 | FED SOCSEC | $7,440.01 | voluntary disability | | | FED MEDCARE-ER | $1,739.98 |
| | | | FED | $1,740.00 | | $59.80 | | FED FUTA | $84.00 |
| | | | MEDCARE | | | | | | $9,263.94 |
| | | | NY SIT | $5,705.76 | | | | | |
| | | | NY PFL | $463.92 | | | | | |
| | | | | $25,086.54 | | | | | |

**Total Employees - Semimonthly: 2**

**Company Totals:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 1,993.41 | $120,000.15 | FED FIT | $9,736.85 | New York | $59.80 | $94,853.81 | FED SOCSEC-ER | $7,439.96 |
| | 1,993.41 | $120,000.15 | FED SOCSEC | $7,440.01 | voluntary disability | | | FED MEDCARE-ER | $1,739.98 |
| | | | FED | $1,740.00 | | $59.80 | | FED FUTA | $84.00 |
| | | | MEDCARE | | | | | | $9,263.94 |
| | | | NY SIT | $5,705.76 | | | | | |
| | | | NY PFL | $463.92 | | | | | |
| | | | | $25,086.54 | | | | | |

**Total Employees - Company: 2**

Company: WORLD CAPITAL PAYROLL CORP                                        Date Printed: 06/18/2024 12:49
Check dates from: 1/5/2023 - Payroll 1 to: 11/16/2023 - Payroll 1
Pay Period from: 12/16/2022 to: 11/30/2023                 3  of  3

## Payroll Summary

| Check Date | Name | Hours | Total Pay | Taxes | Deductions | Net Pay | Check No | Employer Contrib | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 11/16/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,099.14 | 1.30 | 3,899.56 | DD | 382.50 | 5,382.50 |
| 11/15/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 40.00 | 1.30 | 375.37 | DD | 31.87 | 448.54 |
| 11/15/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,099.14 | 1.30 | 3,899.56 | DD | 382.50 | 5,382.50 |
| 10/31/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 10/31/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,099.14 | 1.30 | 3,899.56 | DD | 382.50 | 5,382.50 |
| 10/13/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 10/13/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,108.01 | 1.30 | 3,890.69 | DD | 382.50 | 5,382.50 |
| 09/29/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.99 | 1.30 | 375.38 | DD | 31.87 | 448.54 |
| 09/29/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 09/15/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 09/15/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 08/31/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 08/31/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 08/15/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 40.00 | 1.30 | 375.37 | DD | 31.87 | 448.54 |
| 08/15/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 07/31/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 07/31/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 07/14/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.99 | 1.30 | 375.38 | DD | 31.87 | 448.54 |
| 07/14/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 06/30/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 06/30/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 06/15/2023 | Fenderson, Vanessa D | 86.67 | 416.67 | 39.98 | 1.30 | 375.39 | DD | 31.87 | 448.54 |
| 06/15/2023 | Ryan, Maria R | 0.00 | 5,000.00 | 1,121.89 | 1.30 | 3,876.81 | DD | 382.50 | 5,382.50 |
| 05/31/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.23 | 1.30 | 698.81 | DD | 63.75 | 897.09 |
| 05/31/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.33 | 1.30 | 3,278.04 | DD | 318.75 | 4,485.42 |
| 05/15/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 63.75 | 897.09 |
| 05/15/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.35 | 1.30 | 3,278.02 | DD | 318.75 | 4,485.42 |
| 04/28/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.21 | 1.30 | 698.83 | DD | 65.75 | 899.09 |
| 04/28/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 04/14/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.23 | 1.30 | 698.81 | DD | 68.75 | 902.09 |
| 04/14/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 03/31/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.21 | 1.30 | 698.83 | DD | 68.75 | 902.09 |
| 03/31/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 03/22/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 03/22/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 02/28/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 02/28/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 02/14/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 02/14/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 01/31/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 01/31/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 318.75 | 4,485.42 |
| 01/13/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 01/13/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 335.75 | 4,502.42 |
| 01/05/2023 | Fenderson, Vanessa D | 86.67 | 833.34 | 133.22 | 1.30 | 698.82 | DD | 68.75 | 902.09 |
| 01/05/2023 | Ryan, Maria R | 0.00 | 4,166.67 | 887.34 | 1.30 | 3,278.03 | DD | 343.75 | 4,510.42 |
| **Department Totals: GP - GP** | | 1,993.41 | 120,000.15 | 25,086.54 | 59.80 | 94,853.81 | | 9,263.94 | 129,264.09 |

Company: WORLD CAPITAL PAYROLL CORP
Check dates from: 1/5/2023 - Payroll 1 to: 11/16/2023 - Payroll 1
Pay Period from: 12/16/2022 to: 11/30/2023

1 of 2

Date Printed: 06/18/2024 12:49

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No. | Employer Liability | Due to Payroll |
|---|---|---|---|---|---|---|---|---|---|
| **Total Net Pays for GP - GP: 46** | | | | | | | | | |
| Pay Frequency Totals: Semimonthly | | 1,993.41 | $120,000.15 | $25,086.54 | $59.80 | $94,853.81 | | $9,263.94 | $129,264.09 |
| **Total Net Pays for Semimonthly frequency: 46** | | | | | | | | | |
| Company Totals: | | 1,993.41 | $120,000.15 | $25,086.54 | $59.80 | $94,853.81 | | $9,263.94 | $129,264.09 |
| **Total Net Pays for Company: 46** | | | | | | | | | |

Company: WORLD CAPITAL PAYROLL CORP
Check dates from: 1/5/2023 - Payroll 1 to: 11/16/2023 - Payroll 1
Pay Period from: 12/16/2022 to: 11/30/2023

2 of 2

Date Printed: 06/18/2024 12:49

**Exhibit "14" –**
**Debtor's expenditures for the month of May 2024 by payee**

## 12. Debtor's expenditures for the month of May 2024 by payee - Last month
### 5/1/2024 through 5/31/2024

6/18/2024

Page 1

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| **45 East 66 Owners Corp.** | | | | | | **-12,000.00** |
| 5/21/2024 | Rudolph Giuliani C... | 2327 | 45 East 66 Owners Corp. | | Condominium Comm... | -12,000.00 |
| **Amazon** | | | | | | **-1,892.19** |
| 5/1/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -4.99 |
| 5/2/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -1.99 |
| 5/2/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -24.38 |
| 5/2/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -112.77 |
| 5/6/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -148.08 |
| 5/10/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -137.56 |
| 5/13/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -556.40 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -3.79 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -3.79 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -8.99 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -8.99 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -149.70 |
| 5/17/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -3.79 |
| 5/17/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -12.99 |
| 5/17/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -32.18 |
| 5/17/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -34.98 |
| 5/17/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -172.75 |
| 5/20/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -128.39 |
| 5/21/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -3.79 |
| 5/21/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -10.99 |
| 5/21/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -24.60 |
| 5/21/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -37.95 |
| 5/22/2024 | Rudolph Giuliani C... | EFT | Amazon | Credit return | Supplies Bought | 24.60 |
| 5/24/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -11.99 |
| 5/28/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -9.05 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -7.92 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -14.03 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -82.16 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -13.99 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Amazon | Groceries | Supplies Bought | -138.82 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Amazon | | Prime Video | -4.99 |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Amazon | | Supplies Bought | -10.00 |
| **Apple.Com** | | | | | | **-290.42** |
| 5/7/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -1.62 |
| 5/10/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -9.99 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -9.99 |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -87.06 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -49.50 |
| 5/29/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -1.62 |
| 5/30/2024 | Rudolph Giuliani C... | EFT | Apple.Com | | Telephone Expense | -130.64 |
| **AT&T** | | | | | | **-228.36** |
| 5/23/2024 | Rudolph Giuliani C... | EFT | AT&T | | Telephone Expense | -228.36 |
| **Bice** | | | | | | **-119.07** |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Bice | | Food Expense | -119.07 |
| **Bricktop** | | | | | | **-166.96** |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Bricktop | | Food Expense | -166.96 |
| **BurgerFi** | | | | | | **-52.04** |
| 5/29/2024 | Rudolph Giuliani C... | EFT | BurgerFi | | Food Expense | -52.04 |

## 12. Debtor's expenditures for the month of May 2024 by payee - Last month
### 5/1/2024 through 5/31/2024

6/18/2024

Page 2

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| **City Pizza** | | | | | | **-227.63** |
| 5/14/2024 | Rudolph Giuliani C... | EFT | City Pizza | | Food Expense | -113.23 |
| 5/28/2024 | Rudolph Giuliani C... | EFT | City Pizza | | Food Expense | -114.40 |
| **Exxon** | | | | | | **-100.00** |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Exxon | | Auto Expense | -100.00 |
| **Giuliani Communications LLC** | | | | | | **45,000.00** |
| 5/7/2024 | Rudolph Giuliani C... | DEP | Giuliani Communications LLC | | Earnings | 20,000.00 |
| 5/21/2024 | Rudolph Giuliani C... | DEP | Giuliani Communications LLC | | Earnings | 25,000.00 |
| **Go Green Dry Cleaners** | | | | | | **-208.52** |
| 5/7/2024 | Rudolph Giuliani C... | EFT | Go Green Dry Cleaners | | Personal Care:Laundry | -87.73 |
| 5/9/2024 | Rudolph Giuliani C... | EFT | Go Green Dry Cleaners | | Personal Care:Laundry | -120.79 |
| **Instacart** | | | | | | **-349.48** |
| 5/7/2024 | Rudolph Giuliani C... | EFT | Instacart | Groceries | Supplies Bought | -177.84 |
| 5/16/2024 | Rudolph Giuliani C... | EFT | Instacart | Groceries | Supplies Bought | -171.64 |
| **Interest Income** | | | | | | **0.37** |
| 5/17/2024 | Rudolph Giuliani C... | DEP | Interest Income | | Interest Income | 0.37 |
| **Merry Maids** | | | | | | **-390.00** |
| 5/3/2024 | Rudolph Giuliani C... | EFT | Merry Maids | | Cleaning services | -195.00 |
| 5/3/2024 | Rudolph Giuliani C... | EFT | Merry Maids | | Cleaning services | -195.00 |
| **Metro Integrative Pharmacy** | | | | | | **-229.97** |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Metro Integrative Pharmacy | | Medicine | -159.98 |
| 5/24/2024 | Rudolph Giuliani C... | EFT | Metro Integrative Pharmacy | | Medicine | -69.99 |
| **Milano** | | | | | | **-52.98** |
| 5/31/2024 | Rudolph Giuliani C... | EFT | Milano | | Food Expense | -52.98 |
| **Mint Eco Car Wash** | | | | | | **-43.00** |
| 5/6/2024 | Rudolph Giuliani C... | EFT | Mint Eco Car Wash | | Auto Expense | -43.00 |
| **Publix** | | | | | | **-233.30** |
| 5/1/2024 | Rudolph Giuliani C... | EFT | Publix | Groceries | Food Expense | -233.30 |
| **Rav-Locals** | | | | | | **-50.00** |
| 5/14/2024 | Rudolph Giuliani C... | EFT | Rav-Locals | | Misc. | -50.00 |
| **Ricci & Company** | | | | | | **12,000.00** |
| 5/6/2024 | Rudolph Giuliani C... | DEP | Ricci & Company | Refund | Accounting Fees | 12,000.00 |
| **Southlake Condo Associates** | | | | | | **-15,995.43** |
| 5/10/2024 | Rudolph Giuliani C... | 2251 | Southlake Condo Associates | | Condominium Comm... | -15,995.43 |
| **Tax Collector Palm Beach** | | | | | | **-50.15** |
| 5/7/2024 | Rudolph Giuliani C... | EFT | Tax Collector Palm Beach | | Auto Expense | -50.15 |
| **Verizon** | | | | | | **-256.79** |
| 5/24/2024 | Rudolph Giuliani C... | EFT | Verizon | | Telephone Expense | -256.79 |
| | | | | | **OVERALL TO...** | **24,064.08** |

**Exhibit "15" –  Bills
from Amazon**



May 1, 2024                        $148.08                        Rudolph Giuliani

Q Search Amazon.com

**Delivered May 2, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Pt

Anker USB C Cable 100W 10ft, USB C to USB C Cable USB 2.0, Type C Charging Cable Fast Charge, Compatible with iPhone 15/15 pro, MacBook, iPad, Samsung Galaxy S23, for Home and Daily Use
Return window closed on Jun 1, 2024

**Buy it again**

10FT iPad Charger Cord, 20W USB C Fast Charger with Long Charging Cable for iPad Pro 12.9 6th/5th/4th/3rd, 11 inch 4th/3rd/2nd/1st, iPad 10th Generation, iPad Air 5th/4th Generation, iPad Mini 6
Return window closed on Jun 1, 2024

**Buy it again**

**Delivered May 2, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Roberto

Anker Prime 100W USB C Charger, Anker GaN Wall Charger, 3-Port Compact Fast PPS Charger, for MacBook Pro/Air, Pixelbook, iPad Pro, iPhone 14/Pro, Galaxy S23/S22, Note20, Pixel, Apple Watch, and More
Return window closed on Jun 1, 2024

**Buy it again**

USB C to USB C Cable, 2Pack 10FT USB C Charger Cable, Long Type C Fast Charging Cable Nylon Braided USBC Charger Cord Compatible with iPhone 15/15 Pro/15 Plus/15 Pro Max/Samsung Galaxy S23/LG/Switch
Return window closed on Jun 1, 2024

**Buy it again**







search Amazon.com

## Order Details

Ordered on May 7, 2024    Order # ████1018

**Shipping Address**
Rudolph Giuliani
315 S LAKE DR
PALM BEACH, FL 33480-4525
United States

**Payment method**
Mastercard ending in 1472

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $128.55 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $128.55 |
| Estimated tax to be collected: | $9.01 |
| **Grand Total:** | **$137.56** |

˅ Transactions

## 6 Shipments

### Delivered May 8, 2024
It was handed directly to a receptionist or someone at a front desk.

Amazon Essentials Men's Active Performance Tech T-Shirt (Available in Big & Tall), Pack of 2, Black, XX-Large
Sold by: Amazon.com Services, Inc
Return window closed on Jun 7, 2024
$22.80
Condition: New

[ Buy it again ]

Track package

### Delivered May 11, 2024
It was handed directly to a receptionist or someone at a front desk.

Track package





Amazon.com

# Order Details

Ordered on May 14, 2024    Order# ████████1416

**Shipping Address**
Rudolph W Giuliani
45 E 66TH ST APT.10W
NEW YORK, NY 10065-6159
United States

**Payment method**
● Mastercard ending in 1472

✔ Transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $12.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $12.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$12.99** |

Track package

## Delivered May 20, 2024

6 Pairs Mens Dress Socks Multi Color Casual Work Size 10-13 Crew
Sold by: USA GIFT ZONE
Return eligible through Jun 19, 2024
$12.99
Condition: New

Buy it again

Contact seller

# Order Details

Ordered on May 15, 2024 | Order# ██████6256

**Shipping Address**
Rudolph W Giuliani
45 E 66TH ST APT 10W
NEW YORK, NY 10065-6159
United States

**Payment method**
Mastercard ending in 1472

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.56 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.56 |
| Estimated tax to be collected: | $2.62 |
| **Grand Total:** | **$32.18** |

Track package

❯ Transactions

## Delivered May 16, 2024

It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman



Quartet Glass Board Dry Erase Markers, Premium Whiteboard Markers, Bullet Tip, Assorted Colors, 12 Pack (79554)
Sold by: Amazon.com Services, Inc
Return window closed on Jun 15, 2024
$29.56
**Condition:** New
Auto-delivered: Every 2 months

Buy it again

View your Subscribe & Save



Search Amazon.com

Mastercard ending in 1472

∧ Transactions

Items shipped: May 15, 2024 – MasterCard ending in 1472: $34.98

Total: $34.98

Grand Total:  $34.98

**2 Shipments**

**Delivered May 16, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman

Track package

Tommy Hilfiger Men's Dress Socks – Lightweight Patterned Comfort Crew Socks (5 Pack), Size 7-12, Khaki Argyle
Sold by: PVH Legwear Prime
Return window closed on Jun 15, 2024
$19.99
Condition: New

Buy it again

Get product support

**Delivered May 16, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Doorman

Track package

Bly Whole Bean Coffee – Perfectly Roasted Whole Coffee Beans – Etiopia Bold Roast – Gentle Notes of Jasmine – Floral Notes
100% Arabica Coffee – No Preservatives – 8.8 Ounce
Sold by: Amazon.com Services, Inc
Return window closed on Jun 15, 2024
$14.99
Condition: New

Buy it again



Search Amazon.com

## Order Details

Ordered on May 18, 2024 | Order# ██████ 9409

**Shipping Address**
Rudolph W Giuliani
315 S LAKE DR
P
PALM BEACH, FL 33480-4525
United States

**Payment method**
● Mastercard ending in 1472

∨ Transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $10.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $10.99 |
| Estimated tax to be collected: | $0.00 |
| **Grand Total:** | **$10.99** |

Track package

### Delivered May 19, 2024

It was handed directly to a receptionist or someone at a front desk.
Signed by: Justvo



illy Whole Bean Coffee - Perfectly Roasted Whole Coffee Beans – Intenso Dark Roast – Warm Notes of Cocoa & Dried Fruit – Full-Bodied – 100% Arabica Coffee – No Preservatives – 8.8 Ounce
illy
Sold by: Amazon.com Services, Inc
Return window closed on Jun 18, 2024
$10.99
Condition: New

Buy it again



Ordered on May 18, 2024    Order#                    8B10

**Shipping Address**
Rudolph W Giuliani
315 S LAKE DR
P
PALM BEACH, FL 33480-4525
United States

**Payment method**
● Mastercard ending in 1472

**Order Summary**
Item(s) Subtotal:           $35.47
Shipping & Handling:        $2.99
Free Shipping:              -$2.99
Total before tax:           $35.47
Estimated tax to be
collected:                   $2.48

**Grand Total:**            $37.95

∨ Transactions

**2 Shipments**

**Delivered May 18, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Ru

Jergens Natural Glow Instant Sun Sunless Tanning Moisturizer + Bronzer, Self Tanner, Deep Bronze, for Natural-Looking Tan, 6 Ounce
Sold by: Amazon.com Services, Inc
Return window closed on Jun 17, 2024
$15.47
Condition: New

Buy it again

Track package

**Delivered May 19, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Benjamin Lurry

GOLDTOE Men's Harrington Crew Socks, Multipairs, Taupe Marl/Khaki (6-Pairs), Large
Sold by: Amazon.com Services, Inc
Return window closed on Jun 17, 2024
$22.00

Track package





ORDER PLACED
May 25, 2024

TOTAL
$82.16

SHIP TO
Rudolph W Giuliani

## Delivered May 28, 2024

It was handed directly to a receptionist or someone at a front desk.

Signed by: Doorman

Jergens Natural Glow Instant Sun Sunless Tanning Moisturizer + Bronzer, Self Tanner, Deep Bronze, for Natural-Looking Tan, 6 Ounc

Return eligible through Jun 27, 2024

**Buy it again**

YAQ Wireless Earbuds Bluetooth Headphones, 40H Playtime Stereo IPX5 Waterproof Ear Buds, LED Power Display Cordless in-Ear Ea

Microphone for iOS Android Cell Phone Sports

Return eligible through Jun 27, 2024

**Buy it again**

Menaji HDPV Anti-Shine Powder (Sunless Tan) | Anti-Shine Face Make-Up for Men | High-Definition Face Powder | Skin-Friendly Face

All-Occasion Face Powder | Contains Vitamin C & E

Return eligible through Jun 27, 2024

**Buy it again**



Q Search Amazon.com

**Delivered May 8, 2024**
It was handed directly to a receptionist or someone at a front desk.

RBOCOTT Red Yellow Stripe Tie and Pocket Square with Tie Clip Sets for Men Business Necktie(27)
Return window closed on Jun 7, 2024

Buy it again

Track package

**Delivered May 8, 2024**
It was handed directly to a receptionist or someone at a front desk.

Amazon Essentials Men's Active Performance Tech T-Shirt (Available In Big & Tall), Pack of 2, Navy/Red, XX-Large
Return window closed on Jun 7, 2024

Buy it again

DiBanGu Men's Red Gold Stripe Ties Pocket Square Cufflinks Silk Necktie Business Party
Return window closed on Jun 7, 2024

Buy it again

Track package

**Delivered May 11, 2024**
Package was left inside the residence's mailbox

Quartet Dry Erase Markers, Whiteboard Markers, Bullet Tip, EnduraGlide, White Board Dry Erase Pens for Teachers, Home School & Office Supplies, Assorted Classic Colors, 4 Pack (5001-1MA)
Return window closed on Jun 10, 2024

Buy it again

Track package

**Delivered May 9, 2024**
It was handed directly to a receptionist or someone at a front desk.
Signed by: Front Desk

DiBanGu Plaid Tie Men's Silk Tie and Pocket Square Cufflinks Tie Clip Set Wedding Business (White Orange)
Return window closed on Jun 8, 2024

Buy it again

Track package