UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On June 25, 2024 deponent served a copy of the **Operating Report – May 2024** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 25th
day of June, 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20 27

U.S. Trustee
United States Trustee
Office of the United States Trustee
One Bowling Green, Room 534
New York, New York 10004

Andrea Beth Schwartz, Esq.
United States Trustee
One Bowling Green, Room 534
New York, New York 10004

Creditor Committee
Official Committee of Unsecured Creditors
c/o Ira Dizengoff, Esq.
Akin Gump Struss Hauer & Feld, LLP
One Bryant Park
New York, New York 10036

Davidoff Hutcher & Citron, LLP
605 Third Avenue
New York, New York 10158

Abbe D. Lowell, Esq.
Winston & Strawn, LLP
1901 L St., N.W.
Washington, D.C. 20036-3508

Abrams Fensterman, LLP
Attn: Maureen T. Bass, Esq.
2280 East Avenue, 1st Floor
Rochester, New York 14610

Abrams Fensterman, LLP
Attn: Justin T. Kelton, Esq.
1 Metrotech Center, Suite 1701
Brooklyn, New York 11201

Benesch, Friedlander, Copan & Aronoff, LLP
Attn: Daniel N. Brogan & Jennifer R. Hoover
1313 N. Market Street, Suite 1201
Wilmington, DE 19801

Benesch, Friedlander, Copan & Aronoff, LLP
Attn: Sven T. Nylen
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606

Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Attn: Anthony J. Napolitano
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017

Dominion Voting Systems Corporation
c/o Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Attn: Anthony J. Napolitano
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017

Dominion Voting Systems Corporation
c/o Susman Godfrey, LLP
Attn: Stephen Shackelford
1301 6th Avenue, 32nd Floor
New York, New York 10019

Dominion Voting Systems, Inc.
c/o Buchalter, a Professional Corporation
Attn: Joel G. Samuels
Attn: Anthony J. Napolitano
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017

Dominion Voting Systems, Inc.
c/o Susman Godfrey, LLP
Attn: Stehen Shackelford
1301 6th Avenue, 32nd Floor
New York, New York 10019

Enid Nagler Stuart
Assistant Attorney General
Office of the NYS Attorney General
28 Liberty Street, 17th Floor
New York, New York 10005

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Leo Gagion
Assistant Attorney General
Office of the NYS Attorney General
28 Liberty Street, 17th Floor
New York, New York 10005

Michael J. Gottlieb
Meryl C. Governski
Aaron E. Nathan
Willkie Farr & Gallagher, LLP
1875 K Street NW
Washington, DC 20006

Noelle Dunphy
2280 East Avenue, 1st Floor
Rochester, New York 14610

Rachel C. Strickland
James H. Burbage
M. Annie Houghton-Larsen
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

Rachel Goodman
John Langford
United to Protect Democracy
82 Nassau Street, #601
New York, New York 10038

Robert Hunter Biden
c/o Winston & Strawn, LLP
1901 L Street, N.W.
Washington, DC 20036

Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, New York 10011

Von A. DuBose
Dubose Miller, LLC
75 14th Street, NE, Suite 2110
Atlanta, GA 30309

Timothy W. Walsh
Winston & Strawn, LLP
200 Park Avenue
Ne York, New York 10166

Sussman Godfrey, LLP
Attn: Stephen Shackelford
1301 6th Avenue, 32nd Floor
New York, New York 10019

US Dominion, Inc.
c/o Susman Godfre, LLP
Attn: Stephen Shackelford
1301 6th Avenue, 32nd Floor
New York, New York 10019

Cain & Skarnulis, PLLC
P.O. Box 1064
Salida, Colorado 81202

Cozen O'Connor
Frederick E. Schmidt, Jr.
3 WTC
175 Greenwich Street, 55th Floor
New York, New York 10007

Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701

Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701