Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                      Chapter 11

RUDOLPH W. GIULIANI                                      Case No: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                                        Debtor
-------------------------------------------------------------X

### NOTICE OF HEARING ON THE DEBTOR'S RENEWED MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ALLOWING THE DEBTOR TO PROCEED WITH PROSECUTING AND PERFECTING THE FREEMAN APPEAL BEFORE THE D.C. CIRCUIT

**PLEASE TAKE NOTICE** that on upon the annexed motion (the "Motion") of Rudolph W. Giuliani, the debtor and debtor-in-possession herein ("Debtor"), by his attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP dated June 25, 2024 for an order modifying the automatic stay for the limited purpose of allowing the Debtor to proceed with prosecuting and perfecting the *Freeman* appeal before the D.C. Circuit pursuant to  Section 362(d) of the Bankruptcy Code, and for such other and further relief as may be just and proper, there will be a hearing before the Honorable Sean H. Lane, United States Bankruptcy Judge, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **July 23, 2024 at 11:00 a.m.**, or as soon thereafter as counsel can be hearing (the "Hearing Date");

**PLEASE TAKE FURTHER NOTICE**, that all hearing participants must register with eCourt Appearances two days in advance of all appearances.  Registration is required by both attorneys and non-attorneys.  If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF.  If you do not have a CM/ECF account, you

may access eCourt Appearances on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nyebAppearances.pl.

    **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested to the Motion, if any, are required to be served on or before July 15, 2024.

Dated: Syosset, New York
       June 25, 2024

                                        BERGER, FISCHOFF, SHUMER,
                                        WEXLER & GOODMAN, LLP
                                        *Attorneys for the Debtor*


                                        ___/s/ Gary C. Fischoff_____
                                        Gary C. Fischoff, Esq.
                                        6901 Jericho Turnpike, Suite 230
                                        Syosset, New York 11791