UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI

Chapter 11
Case No.: 23-12055

Debtor

------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    ss:

I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

On June 28, 2024 deponent served a copy of the **Notice of Motion** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 28th
day of June, 2024

_____
NOTARY PUBLIC

STEVEN E. SHUMER
Notary Public, State of New York
No. 02SH5007184
Qualified in Suffolk County
Commission Expires January 25, 20 27

```
Label Matrix for local noticing        Davidoff Hutcher & Citron LLP         Dominion Voting Systems Corporation
0208-1                                 605 Third Avenue, 34th Floor          c/o Buchalter, A Professional Corp.
Case 23-12055-shl                      New York, NY 10158-3499               Attn: Anthony J. Napolitano
Southern District of New York                                                1000 Wilshire Blvd., Ste. 1500
Manhattan                                                                    Los Angeles, CA 90017-1730
Thu Jun 27 14:03:57 EDT 2024

Internal Revenue Service               Official Committee Of Unsecured Creditors    SGO Corporation Limited
PO Box 7346                            c/o Ira Dizengoff                            c/o Benesch Friedlander Coplan & Aronoff
Philadelphia, PA 19101-7346            Akin Gump Strauss Hauer & Feld LLP           Sven T. Nylen, Esq.
                                       One Bryant Park                              71 South Wacker Drive, Suite 1600
                                       New York, NY 10036-6730                      Chicago, IL 60606-4637

SMARTMATIC USA CORP.                   Smartmatic International Holding B.V.        US Dominion, Inc.
c/o Benesch Friedlander Coplan & Aronoff   c/o Benesch Friedlander Coplan & Aronoff c/o Buchalter, A Professional Corp.
Sven T. Nylen, Esq.                    Sven T. Nylen                                Attn: Anthony J. Napolitano, Esq.
71 South Wacker Drive, Suite 1600      71 South Wacker Drive, Suite 1600            1000 Wilshire Blvd., Suite 1500
Chicago, IL 60606-4637                 Chicago, IL 60606-4637                       Los Angeles, CA 90017-1730

Manhattan Division                     ABRAMS FENSTERMAN, LLP                ABRAMS FENSTERMAN, LLP
One Bowling Green                      Attn: Justin T. Kelton, Esq.          Attn: Maureen T. Bass, Esq.
New York, NY 10004-1415                1 Metrotech Center                    2280 East Avenue
                                       Suite 1701                            First Floor
                                       Brooklyn, New York 11201-3949         Rochester, New York 14610-2562

Abbe D. Lowell                         American Express National Bank        BST & CO. CPAS, LLC
WINSTON & STRAWN LLP                   c/o Becket and Lee LLP                250 PARK AVENUE, 7TH FLOOR
1901 L St., N.W.                       PO Box 3001                           NEW YORK, NY 10177-0799
Washington, DC 20036-3510              Malvern PA 19355-0701

Benesch, Friedlander, Coplan           Benesch, Friedlander, Coplan          Benesch, Friedlander, Coplan
& Aronoff LLP                          & Aronoff LLP                         & Aronoff LLP
Attn: Sven T. Nylen                    Daniel N. Brogan                      Jennifer R. Hoover
71 S. Wacker Drive, Suite 1600         1313 N. Market Street, Suite 1201     1313 N. Market Street, Suite 1201
Chicago, IL 60606-4637                 Wilmington, DE 19801-6101             Wilmington, DE 19801-6101

Berger, Fischoff, Shumer,              Bradley A. Kloewer                    Buchalter, a Professional Corporation
Wexler & Goodman, LLP                  CAIN & SKARNULIS PLLC                 Attn: Joel G. Samuels
6901 Jericho Turnpike, Suite 230       P.O. Box 1064                         Anthony J. Napolitano
Syosset, New York 11791-4420           Salida, Colorado 81201-1064           1000 Wilshire Blvd., 15th Floor
                                                                             Los Angeles, California 90017-2457

(p)JPMORGAN CHASE BANK  N A            CITIBANK/BROOKS BROTHERS              CITICARDS/AMERICAN AIRLINES AADVANTAGE
BANKRUPTCY MAIL INTAKE TEAM            5800 SOUTH CORPORATE PLACE            PO BOX 6500
700 KANSAS LANE FLOOR 01               SIOUX FALLS, SD 57108-5027            SIOUX FALLS, SD 57117-6500
MONROE LA 71203-4774

CITIGOLD                               COZEN OCONNOR                         COZEN OCONNOR
ATTN:C.G.S.                            Frederick E. Schmidt, Jr.             Marla S. Benedek
100 CITIBANK DRIVE                     3 WTC                                 1201 North Market Street
SAN ANTONIO, TX 78245-3202             175 Greenwich Street, 55th Floor      Suite 1001
                                       New York, NY 10007-2450               Wilmington, DE 19801-1807

Charles J. Cain                        DANIEL GILL                           DAVIDOFF HUTCHER & CITRON LLP
CAIN & SKARNULIS PLLC                  C/O LAW OFFICE OF RONALD L. KUBY      605 THIRD AVENUE
P.O. Box 1064                          119 WEST 23RD STREET, SUITE 900       NEW YORK, NY 10158-3499
Salida, Colorado 81201-1064            NEW YORK, NY 10011-6342
```

| | | |
|---|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>605 Third Avenue<br>New York, New York 10158-3499 | DIAMOND PHARMACY<br>645 KOLTER DRIVE<br>INDIANA, PA 15701-3570 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dominion Voting Systems Corporation<br>c/o Buchalter, A Professional Corp.<br>Attn:  Joel G. Samuels, Esq.<br>        Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA  90017-1730 | Dominion Voting Systems Corporation<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | EMERALD DUNES CLUB<br>2100 EMERALD DUNES DRIVE<br>WEST PALM BEACH, FL 33411-2707 |
| ENID NAGLER STUART<br>ASST ATTY GENERAL<br>OFFICE OF THE NYS ATTY GENERAL<br>28 LIBERTY ST., 17TH FL<br>NEW YORK, NY 10005-1495 | ERIC COOMER, PH.D.<br>C/O CAIN & SKARNULIS, PLLC<br>P.O. BOX 1064<br>SALIDA, CO 81201-1064 | Enid Nagler Stuart, Ass't Attorney Gene<br>Counsel for NYS Dep't of Taxation<br>28 Liberty Street - 17th floor<br>New York, NY 10005-1495 |
| GIULIANI PARTNERS LLC<br>45 EAST 66TH STREET<br>APARTMENT 10W<br>NEW YORK, NY 10065-6159 | IRS<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901-2021 | LAW OFFICES OF AIDALA, BERTUNA & KAMINS<br>546 FIFTH AVENUE, 6TH FLOOR<br>NEW YORK, NY 10036-5000 | LEO GAGION<br>ASST. ATTY GENERAL<br>OFFICE OF NYS ATTY GENERAL<br>28 LIBERTY ST., 17TH FL.<br>NEW YORK, NY 10005-1495 |
| MOMENTUM TELECOM, INC.<br>C/O ABRAMSON BROOKS LLP<br>1051 PORT WASHINGTON BOULEVARD, #32<br>PORT WASHINGTON, NY 11050-0108 | MORNINGSTAR SENIOR SOLUTIONS<br>175 W. NORTH STREET<br>ATTN: FINANCE<br>NAZARETH, PA 18064-1410 | Michael J. Gottlieb<br>Meryl C. Governski<br>Aaron E. Nathan<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006-1239 |
| NOELLE DUNPHY<br>C/O ABRAMS FENSTERMAN, LLP<br>1 METROTECH CENTER, SUITE 1701<br>BROOKLYN, NY 11201-3949 | NYC DEPARTMENT OF FINANCE<br>59 MAIDEN LANE<br>28TH FL<br>NEW YORK, NY 10038-4502 | NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT-TCD<br>BLDG 8 ROOM 455<br>ALBANY, NY 12227-0001 |
| New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Department of Tax & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| Noelle Dunphy<br>2280 East Avenue<br>First Floor<br>Rochester, New York 14610-2562 | Official Committee of Unsecured Creditors<br>c/o Ira Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036-6730 | Palm Beach County Tax Collector<br>Attn Legal Services<br>PO Box 3715<br>West Palm Beach FL 33402-3715 |
| RHIDAYA TRIVEDI<br>Law Office of Ronald L. Kuby<br>119 West 23rd Street Suite 900<br>New York, NY 10011-6342 | ROBERT HUNTER BIDEN<br>C/O WINSTON AND STRAWN, LLP<br>1901 L STREET NW<br>WASHINGTON, DC 20036-3510 | RONALD L. KUBY<br>119 WEST 23RD STREET<br>SUITE 900<br>NEW YORK, NY 10011-6342 |

| | | |
|---|---|---|
| RUBY FREEMAN & WANDREA MOSS<br>C/O WILLKIE FARR & GALLAGHER LLP<br>1875 K STREET NW<br>WASHINGTON, DC 20006-1239 | Rachel C. Strickland<br>James H. Burbage<br>M. Annie Houghton-Larsen<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Rachel Goodman<br>John Langford<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038-3703 |
| Robert Hunter Biden<br>c/o Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036-3510 | Robert J. Costello<br>c/o Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>New York, NY 10158-3499 | Ruby Freeman<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Ave.<br>New York, NY 10019-6018<br>Attn: R. Strickland and J. Burbage |
| Ryan E. Chapple<br>CAIN & SKARNULIS PLLC<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701-0137 | SMARTMATIC USA CORP.<br>C/O KISHNER MILLER HIMES P.C.<br>40 FULTON STREET, 12TH FLOOR<br>NEW YORK, NY 10038-5085 | Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 |
| TABNER, RYAN K KENIRY, LLP<br>18 CORPORATE WOODS BOULEVARD, SUITE 8<br>ALBANY, NY 12211-2522 | THE SOUTHLAKE CONDOMINIUM ASSOCIATION<br>NASON YEAGER GERSON HARRIS & FUMERO P.C.<br>750 PARK OF COMMERCE BOULEVARD<br>SUITE 210<br>BOCA RATON, FL 33487-3611 | TRUMP INTERNATIONAL GOLF CLUB L.C.<br>3505 SUMMIT BOULEVARD<br>WEST PALM BEACH, FL 33406-4111 |
| Timothy W. Walsh<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4002 | US DOMINION, INC.<br>C/O SUSMAN GODFREY LLP<br>1000 LOUISIANA STREET, SUITE 5100<br>HOUSTON, TX 77002-5091 | US Dominion, Inc.<br>c/o Buchalter, A Professional Corporatio<br>Attn:  Joel G. Samuels, Esq.<br>        Anthony J. Napolitano, Esq.<br>1000 Wilshire Blvd., Ste. 1500<br>Los Angeles, CA 90017-1730 |
| US Dominion, Inc.<br>c/o Susman Godfrey LLP<br>Attn: Stephen Shackelford<br>1301 6th Ave., 32nd Floor<br>New York, NY 10019-7736 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 | Von A. DuBose<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309-3644 |
| Wandrea ArShaye Moss<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018<br>Attn: R. Strickland & J. Burbage | Christine McHugh<br>10 E Chestnut St<br>Bordentown, NJ 08505-2024 | Eric Coomer<br>c/o Cain & Skarnulis PLLC<br>303 Colorado Street<br>Suite 2850<br>Austin, TX 78701-0137 |
| Gary C. Fischoff<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Heath S. Berger<br>Berger, Fischoff, Shumer,<br>Wexler & Goodman, LLP<br>6901 Jericho Turnpike, Suite 230<br>Syosset, NY 11791-4420 | Noelle Dunphy<br>Abrams Fensterman, LLP<br>2280 East Avenue<br>First Floor<br>Rochester, NY 14610-2562 |
| Rudolph W. Giuliani<br>45 East 66th Street<br>Apartment 10W<br>New York, NY 10065-6159 | | |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CHASE BANK                                      DISCOVER
PO BOX 15298                                    PO BOX 3008
WILMINGTON, DE 19850-5298                       NEW ALBANY, OH 43054-3008




                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(u)Board of Directors of 45 East 66th Street    (d)Dominion Voting Systems, Inc.               (u)Herring Networks, Inc. d/b/a One America N
                                                c/o Buchalter, A Professional Corp.
                                                Attn: Anthony J. Napolitano
                                                1000 Wilshire Blvd., Ste. 1500
                                                Los Angeles, CA 90017-1730


(u)Ms. Ruby Freeman and Ms. Wandrea' ArSha      (u)New York State Department of Taxation and   (u)Sotheby's International Realty




(u)Daniel Gill                                  (d)Davidoff Hutcher & Citron LLP               (d)Dominion Voting Systems, Inc.
                                                605 Third Avenue                               c/o Buchalter, A Professional Corp.
                                                New York, NY 10158-3499                        Attn: Joel G. Samuels, Esq.
                                                                                                     Anthony J. Napolitano, Esq.
                                                                                               1000 Wilshire Blvd., Ste. 1500
                                                                                               Los Angeles, CA  90017-1730

(d)Dominion Voting Systems, Inc.                (d)Wandrea' ArShaye Moss                       (u)Chanel Rion
c/o Susman Godfrey LLP                          c/o Willkie Farr & Gallagher LLP
Attn: Stephen Shackelford                       787 Seventh Avenue
1301 6th Ave., 32nd Floor                       New York, NY 10019-6018
New York, NY 10019-7736                         Attn: R. Strickland & J. Burbage


(u)Charles Herring                              (u)Daniel Gill                                 (u)Maria Ryan
                                                c/o Ronald L. Kuby
                                                119 West 23rd Street
                                                Suite 900


(u)Robert Hunter Biden                          (u)Robert , Sr. Herring                        End of Label Matrix
                                                                                               Mailable recipients    84
                                                                                               Bypassed recipients    17
                                                                                               Total                 101
```