UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                        Chapter 11

RUDOLPH W. GIULIANI                                          Case No. 23-12044
a/k/a RUDOLPH WILLIAM GIULIANI

                    Debtor.
------------------------------------------------------------X

## ORDER TO CONVERT CHAPTER 11 TO CHAPTER 7

UPON the annexed application of Rudolph W. Giuliani, the debtor and debtor-in-possession herein and pursuant to 11 U.S.C. 1112(a) and just cause appearing therefore, it is

ORDERED, that the Chapter 11 case filed by the debtor on the December 21, 2023 be and the same hereby is converted to a proceeding under 11 U.S.C. Chapter 7; and it is further

ORDERED that the Debtor shall file a list of unpaid Chapter 11 administrative debts, if any, within ten (10) days of the date of this Order; and it is further

ORDERED that the UST shall promptly appoint a Chapter 7 Trustee, and it is further

ORDERED that until a Chapter 7 Trustee takes possession of the Debtor's books and records, the Debtor shall not transfer or dispose of any records, property or assets of the Debtor, and that all assets shall remain at the Debtor's premises.