AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of
Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a **RUDOLPH WILLIAM GIULIANI,** | Case No. 23-12055 (SHL) |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

I, Brenda Kemp, certify that:

1.       I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2300 N. Field Street, Suite 1800, Dallas TX 75201, counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.       I hereby certify that, on June 28, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions* [Docket No. 275]
- *Declaration of David F. Hill, IV in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions, and Affirmation of Good Faith Pursuant to Local Bankruptcy Rule 7007-1* [Docket No. 276]

3.  I hereby certify that, on July 1, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions* [Docket No. 275]
- *Declaration of David F. Hill, IV in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions, and Affirmation of Good Faith Pursuant to Local Bankruptcy Rule 7007-1* [Docket No. 276]

4.  I hereby certify that, on July 1, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via first class mail on the parties listed in **Exhibit C** attached hereto.

- *Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions* [Docket No. 275]
- *Declaration of David F. Hill, IV in Support of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order: (I) Compelling the Debtor and Certain Related Parties to Produce Documents in Response to the Committee's Requests for the Production of Documents, (II) Holding Them in Contempt and (III) Granting Sanctions, and Affirmation of Good Faith Pursuant to Local Bankruptcy Rule 7007-1* [Docket No. 276]

Dallas, TX                                                  */s/ Brenda Kemp*
Dated: July 1, 2024                                   Brenda Kemp

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Maria Ryan**
maria.ryan@giulianipartners.com

## EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408

## EXHIBIT C

**Giuliani Partners, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

**Giuliani Communications, LLC**
United Corporate Services, Inc.
10 Bank Street, Suite 560
White Plains, NY 10606

**Giuliani Security & Safety, LLC**
The Corporate Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

**Giuliani Group, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

**Giuliani & Company, LLC**
National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19802

**WorldCapital Payroll Corporation**
United Corporate Services, Inc.
800 North State Street, Suite 304
Dover, DE 19901

**Maria Ryan**
418 Walnut St.
Manchester, NH 03104-2543