UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                              Chapter 11

RUDOLPH W. GIULIANI                                               Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                          Debtor
----------------------------------------------------------X

## NOTICE OF HEARING

      PLEASE TAKE NOTICE that the Motion Convert [Dkt No: 277] has been scheduled for a status conference on **July 3, 2024 at 10:00 a.m.** (Eastern Time) and will be conducted via Zoom.

      PLEASE TAKE FURTHER NOTICE that to participate in the hearing parties are required to register their appearances by **4:00 p.m.** (Eastern Time) one business day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: Syosset, New York
       July 2, 2024

                                                BERGER, FISCHOFF, SHUMER,
                                                WEXLER & GOODMAN, LLP

                                               /s/ Heath S. Berger
                                               _____
                                               Heath S. Berger, Esq.
                                               6901 Jericho Turnpike, Suite 230
                                               Syosset, New York 11791