UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                          Chapter 11

RUDOLPH W. GIULIANI                                          Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                            Debtor
----------------------------------------------------------X

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Debtor's Application to Convert [Dkt No: 277] has been scheduled for a hearing on **July 10, 2024 at 11:00 a.m.** (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief requested in the Application shall be served as to be actually received by the Court and Debtor's attorney no later than **July 8, 2024 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that to participate in the hearing parties are required to register their appearances by **4:00 p.m.** (Eastern Time) one business day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: Syosset, New York
           July 3, 2024

                                                            BERGER, FISCHOFF, SHUMER,
                                                            WEXLER & GOODMAN, LLP

                                                            /s/ Heath S. Berger
                                                            _____
                                                            Heath S. Berger, Esq.
                                                            6901 Jericho Turnpike, Suite 230
                                                            Syosset, New York 11791