UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                   Chapter 11

RUDOLPH W. GIULIANI                                      Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                          Debtor
-------------------------------------------------------X

## AGENDA FOR JULY 10, 2024 CASE CONFERENCE

Time and Date of Hearing:     July 10, 2024 at 11:00 a.m.

Hybrid Hearing:               The Hearing will take place before the Honorable Sean H. Lane,
                              United States Bankruptcy Judge, United States Bankruptcy Court
                              For the Southern District of New York, 300 Quarropas Street, White
                              Plains, New York 10601.  (prevailing Eastern Time).

                              Parties wishing to appear at the Hearing, whether marking a "live"
                              or "listen only" appearance, must make an electronic appearance (an
                              "eCourt Appearance") through the Court's website at
                              https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.   eCourt
                              Appearances must be made by April 3, 2024 at 4:00 p.m. (prevailing
                              Eastern Time).

Copies of Pleadings:          Copies of the pleadings filed in this Chapter 11 case may be obtained
                              by vising the Court's website at http://www.nysb.uscourts.gov in
                              accordance with the procedures and fees set forth therein.

## CASE STATUS CONFERENCE

1.  General Status Update. The parties will provide an updated with respect to case status.

## CONTESTED MATTERS

1.  Debtor's Motion to Convert Case to Chapter 7 [Docket No. 277].

    Objection Deadline: July 8, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: An Objection has been filed on July 8, 2024 [Docket No. 281] by the
    Official Committee of Unsecured Creditors.  An Objection has been filed on July 8, 2024
    [Docket No. 282] by the Freeman Plaintiff's.

    Replies Filed: None

Status: This matter is proceeding forward.

## UNCONTESTED MATTERS

2. Scheduling conference on the Motion of the Official Committee of Unsecured Creditors for entry of an Order establishing procedures for interim compensation and reimbursement of expenses of Committee professionals. [Docket No: 241].

Objection Deadline: July 3, 2024

Responses Filed: None

Replies Filed: None

Status: This matter is proceeding forward.

Dated: July 9, 2024

_____
BERGER, FISCHOFF, SHUMER
WEXLER & GOODMAN, LLP
Attorneys for the Debtor
Heath S. Berger, Esq.
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791