UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

## NOTICE OF DEBTOR'S CONSENT TO DISMISSAL
## AND PROPOSED FORM OF ORDER

Rudolph W. Giuliani (the "Debtor"), having reviewed the *Objection of Ruby Freeman and Wandrea' ArShaye Moss to Debtor's Application to Convert Chapter 11 to Chapter 7* filed by Ruby Freeman and Wandrea' ArShaye Moss (the "Freeman Plaintiffs") [Docket No. 282] and the *Objection of the Official Committee of Unsecured Creditors to Debtor's Application to Convert Chapter 11 to Chapter 7* filed by the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 281], hereby notifies the Court that the Debtor has changed his position on the appropriate disposition of his pending *Application to Convert Chapter 11 Case to Chapter 7* [Docket No. 277]. The Debtor now requests that the Court grant the relief requested by the Freeman Plaintiffs and dismiss the case in accordance with the form of order attached hereto as **Exhibit A**. Alternatively, the Debtor requests that the chapter 11 case be converted to chapter 7. The Committee has not agreed to the dismissal of this chapter 11 case.

[Signature Page Follows]

/s/ *Gary C. Fischoff*
Gary C. Fischoff, Esq.
BERGER, FISCHOFF, SHUMER, WEXLER
& GOODMAN, LLP
2801 Emmons Ave
Suite 104
Brooklyn, NY 11235
Telephone: (519)747-1136
gfischoff@bfslawfirm.com

*Counsel to Debtor Rudolph W. Giuliani*