**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL)<br><br>**Ref. Docket No. 277** |

**ORDER (I) APPROVING DISMISSAL OF
CHAPTER 11 CASE; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the *Application to Convert Chapter 11 to Chapter 7* [Docket No. 277] (the "Application") of Mr. Rudolph W. Giuliani a/k/a Rudolph William Giuliani (the "Debtor") in the above-caption case, pursuant to sections 105(a), 349, and 1112 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rules 1017 and 2002 of the Federal Rules of Bankruptcy Procedure, for the entry of an order dismissing the chapter 11 case and granting related relief and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code, the chapter 11 case is dismissed with prejudice effective as of the entry of this Order. Following entry of this Order, the Debtor shall be prohibited from voluntarily filing for relief under any chapter of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for a period of one (1) year.

3.      The Debtor's creditors and parties in interest have received reasonable notice of the proposed dismissal through the Application and *Notice of Debtor's Consent to Dismissal and Proposed Form of Order* [Docket No. ●].

4.      Each of the approved professional retentions by the Debtor's estate is terminated, effective upon the dismissal of this case without the need for further action on the part of this Court, the Debtor, or such firms.

5.      The Committee is hereby dissolved as of the dismissal of this case without the need for further action on the part of this Court or the Committee or its members.

6.      Until the dismissal of this case becomes effective, the Debtor shall not use, transfer, or dispose of any assets, property, books or records of the Debtor.

7.      The Debtor is authorized to take any and all actions necessary to effectuate the relief granted pursuant to this Order.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2024
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE