**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136   Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811   Fax: 516.740.0887

Reply to: [x] Syosset Office
         [ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

July 11, 2024

Via ECF
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

Please accept this letter as an update on the status of the outstanding administrative claim of Global Data Risk, LLC, the retention of which was approved on April 19, 2024 [Docket No: 189]. The Debtor has been in discussions with the Committee and the Freeman Plaintiff's to reach a resolution. We have not achieved a resolution yet. Discussions are continuing.

In the interim, if the Court is inclined to dismiss the case, it is suggested by the Debtor, the Court dismiss the case but retain jurisdiction to issue appropriate orders in the future resolving this issue.

Respectfully yours,

Gary C. Fischoff

cc:   Rachel Biblo Block, Esq.
      James Burbage, Esq.
      Aaron E. Nathan, Esq.

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)