AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **RUDOLPH W. GIULIANI** : | **Case No. 23-12055 (SHL)** |
| a/k/a **RUDOLPH WILLIAM GIULIANI,** : | |
| : | |
| **Debtor.** : | |

---------------------------------------------------------------x

### NOTICE OF CANCELATION OF JULY 12, 2024 HEARING

**PLEASE TAKE NOTICE** that, at the direction of the Court, the hearing scheduled for July 12, 2024 at 1:00 p.m. (prevailing Eastern Time) with respect to the *Motion of the Official Committee of Unsecured Creditors of Rudolph W. Giuliani for Entry of an Order Directing the Immediate Appointment of a Trustee Pursuant to 11 U.S.C. § 1104* [Docket No. 233] (the "Trustee Motion") and the Debtor's *Application to Convert Chapter 11 to Chapter 7* [Docket No. 277] (the "Conversion Application") has been canceled because the Court will issue a written decision today in respect of the Trustee Motion and Conversion Application.

| | |
|---|---|
| Dated: July 12, 2024<br>New York, New York | By: */s/ Philip C. Dublin*<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>One Bryant Park<br>New York, New York 10036<br>Tel:   (212) 872-1000<br>Fax:   (212) 872-1002<br>Email: idizengoff@akingump.com<br>            pdublin@akingump.com<br>            aqureshi@akingump.com<br><br>- and -<br><br>Rachel Biblo Block (admitted *pro hac vice*)<br>2300 N. Field St., Suite 1800<br>Dallas, Texas 75201<br>Tel:   (214) 969-2800<br>Fax:   (214) 969-4343<br>Email: rbibloblock@akingump.com<br><br>*Counsel to the Official Committee of*<br>*Unsecured Creditors of Rudolph W. Giuliani* |