**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |

## NOTICE OF PRESENTMENT OF ORDER OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to the Court's Memorandum of Decision entered July 12, 2024 [Docket No. 289], and in accordance with Local Bankruptcy Rule 9074-1(a), Ruby Freeman and Wandrea' ArShaye Moss (together, the "Freeman Plaintiffs"), through their undersigned counsel, will present the Proposed Order of Dismissal attached hereto as **Exhibit A** (the "Proposed Order"), to the Honorable Sean H. Lane, United States Bankruptcy Judge, for settlement and signature on **July 15, 2024 at 4:00 p.m.** The Official Committee of Unsecured Creditors supports entry of the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that to the extent there is a counter-proposed order or objection to the Proposed Order, it must be in writing, and be filed on ECF and served on the Freeman Plaintiffs, the Official Committee for Unsecured Creditors, the Debtor, and the United States Trustee, by no later than **July 15, 2024 at 12:00 p.m.** (the "Objection Deadline"). Any objections to the proposed order must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the Proposed Order is received before the Objection Deadline, the Proposed Order may be signed and entered by the Court without further notice.

Dated: July 12, 2024  
New York, New York

/s/ Rachel C. Strickland  
Rachel C. Strickland  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019  
(212) 728-8000  
rstrickland@willkie.com

*Counsel for Ruby Freeman & Wandrea' ArShaye Moss*