UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI | Case No. 23-12055 (SHL) |
| Debtor. |  |

## NOTICE OF PRESENTMENT OF COUNTER ORDER OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to the Court's Memorandum of Decision entered July 12, 2024 [Docket No. 289], and in accordance with Local Bankruptcy Rule 9074-1(a), the Debtor, through his undersigned counsel, will present the Proposed Counter Order of Dismissal attached hereto as Exhibit "A" (the "Proposed Counter Order") to the Honorable Sean H. Lane, United States Bankruptcy Judge, for settlement signature on July 17, 2024 at 11:30 a.m.

Dated:     Syosset, New York
           January 10, 2024

BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP

_____
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791