# Berger, Fischoff, Shumer, Wexler & Goodman, LLP
## Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136   Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811   Fax: 516.740.0887

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

Reply to: [ ] Syosset Office
         [ ] Brooklyn Office

July 15, 2024

Via ECF
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

The Debtor has reviewed the proposed order of dismissal filed jointly by the Freeman Plaintiff's and the Committee. The terms of the proposed order are onerous, punitive and overreaching. The creditors want it both ways, they want the case dismissed while they also exercise complete control over the Debtor.

The disagreement in essence is just about timing. The Debtor does consent to Global Data Risk, LLC placing a lien on the New York City apartment to ensure they are paid the fees awarded by the Court.

We believe the Debtor's filed proposed counter order is consistent with the Court's decision and provides Global with adequate protection.

Respectfully,

Gary C. Fischoff

cc:   Aaron E. Nathan, Esq. – via email
      James H. Burbage, Esq. – via email
      Rachel Biblo Block, Esq. – via email
      Andrea B. Schwartz, Esq. – via email

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)