UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

RUDOLPH W. GIULIANI                                       Case No.: 23-12055
a/k/a RUDOLPH WILLIAM GIULIANI

                            Debtor
--------------------------------------------------------X

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been scheduled for **July 17, 2024 at 11:30 a.m.** (Eastern Time) and will be conducted via Zoom.

PLEASE TAKE FURTHER NOTICE that to participate in the hearing parties are required to register their appearances by **4:00 p.m.** (Eastern Time) one business day before the status conference at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: Syosset, New York
       July 16, 2024

                                                BERGER, FISCHOFF, SHUMER,
                                                WEXLER & GOODMAN, LLP

                                                _____
                                                Gary C. Fischoff, Esq.
                                                6901 Jericho Turnpike, Suite 230
                                                Syosset, New York 11791