| | |
|---|---|
| WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br>U.S. Department of Justice<br>Office of the United States Trustee<br>One Bowling Green<br>New York, NY 10004<br>Tel. (212) 510-0500<br>andrea.b.schwartz@usdoj.gov<br>By:    Andrea B. Schwartz, Esq., Trial Attorney | **Hearing Date and Time:**<br>**July 17, 2024, at 11:30 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                           :        Chapter 11
                                                                                     :
RUDOLPH W. GIULIANI, a/k/a,                                   :        Case No. 23-12055 (SHL)
  RUDOLPH WILLIAM GIULIANI,                              :
                                                                                     :
                                                    Debtor.              :
------------------------------------------------------------X

### NOTICE OF FILING OF UNITED STATES TRUSTEE'S COUNTER-PROPOSED FORM OF ORDER DISMISSING CHAPTER 11 CASE

TO THE HONORABLE SEAN H. LANE,
UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2, respectfully submits this counter-proposed form of order dismissing the above-captioned chapter 11 case consistent with the Court's Memorandum Decision issued on July 12, 2024 [ECF No. 289] and in response to the proposed form of order that Ruby Freeman and Wandrea' ArShaye Moss (the "Freeman Plaintiffs") submitted to the Court. [ECF No. 288].

Dated: New York, New York
           July 16, 2024                                                        Respectfully submitted,

                                                                                          WILLIAM K. HARRINGTON
                                                                                          UNITED STATES TRUSTEE

                                                                        By:    */s/ Andrea B. Schwartz*
                                                                                          Andrea B. Schwartz