UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                            : Chapter 11
                                                  :
RUDOLPH W. GIULIANI                               : Case No. 23-12055 (SHL)
a/k/a RUDOLPH WILLIAM GIULIANI,                   :
                                                  :
                    Debtor.                       :
------------------------------------------------------------x

## ORDER GRANTING
## MOTION OF GLOBAL DATA RISK LLC FOR
## LEAVE TO REDACT AND FILE UNDER SEAL CERTAIN CONFIDENTIAL
## INFORMATION RELATED TO GLOBAL DATA RISK LLC'S FEE APPLICATIONS

Upon the motion (the "Motion")[1] of Global Data Risk LLC ("GDR"), as forensic financial advisor to the Official Committee of Unsecured Creditors of Rudolph W. Giuliani (the "Debtor"), for entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), granting GDR leave to redact and file under seal certain Confidential Information in GDR Fee Applications; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York entered February 1, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, his creditors and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Motion establish just cause for the relief granted herein; and this Court having determined that the relief sought herein is warranted under, and must be protected by, 11 U.S.C. § 107(c); and upon all of the proceedings had before this Court; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is granted as set forth herein.

2. GDR is authorized to file redacted versions of its Fee Applications on the docket in this chapter 11 case, redacting only the Confidential Information (as defined in the Motion).

3. Contemporaneously with filing the redacted version of its Fee Applications, GDR shall file unredacted versions of its Fee Applications under seal and provide copies of the unredacted versions to the Court and to the U.S. Trustee.

4. The unredacted versions of GDR's fee applications shall not be made available to anyone other than the Court, the U.S. Trustee or any other party as may be agreed to by GDR or required by further order of the Court.

5. Notwithstanding the dismissal of the Debtor's bankruptcy case, all Confidential Information filed under seal pursuant to this Order shall remain under seal until further order of the Court.

6. To the extent Confidential Information in GDR's Fee Applications is referenced in any future filings by any party granted access to the Confidential Information in the unredacted Fee Applications under paragraph 4 of this Order, the party shall also file such portions of its future filings referencing the Confidential Information under seal, consistent with paragraph 3 of this Order.

7. GDR shall contact the Clerk's Office regarding the return or disposition of GDR's unredacted Fee Applications as soon as practicable following the effective date of any chapter 11 plan in the above-captioned chapter 11 case or any successor case or, as applicable, upon entry of a final decree or dismissal of the case.

8. This Order is without prejudice to the rights of any party in interest or the U.S. Trustee to seek to unseal GDR's Fee Applications.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

10. GDR is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

11. This Court retains exclusive jurisdiction with respect to all matters arising from, or related to, the implementation, interpretation and enforcement of this Order.

Dated: July 18, 2024  
White Plains, New York

*/s/ Sean H. Lane*  
United States Bankruptcy Judge