**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136   Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811   Fax: 516.740.0887

Reply to:  [ ]  Syosset Office
           [ ]  Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

July 18, 2024

Via ECF
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

Pursuant to the Court's directive on July 17, 2024 please allow this letter to serve as an update regarding the resolution of the competing orders of dismissal. The parties have been engaged in extensive negotiations over the last 24 hours and unfortunately, a final resolution has not been reached at this point. The parties are still talking and I am hopeful a joint resolution will be forthcoming shortly.

Respectfully,

Heath S. Berger

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)