

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136   Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811   Fax: 516.740.0887

Reply to: [X] Syosset Office
[ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

July 19, 2024

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York

Re: Rudolph W. Giuliani
Chapter 11 Case No: 23-12055

Dear Judge Lane:

We are in receipt of the letter filed by Ms. Strickland and wish to clarify some issues. The parties were engaged in good faith negotiations in trying to resolve this matter. We provided Ms. Strickland and member of the Committee bank statements as originally requested and made numerous offers to try and resolve the issues.

Contrary to Ms. Strickland's allegations, the day was not spent trying to get in touch with the Debtor. I had been in contact all day with the Debtor which allowed me to make numerous offers to the parties in an attempt to resolve this matter.

Respectfully,

Heath S. Berger

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)