July 5, 2021

Dear Judge Lane,

I am thoroughly disgusted with Rudy Giuliani and his disrespect of the judicial system, especially as he used to be a lawyer and a prosecutor. From what I have read he has not complied with anything he was supposed to do in regard to his bankruptcy. He has been spending money "like a drunken sailor" and living "high on the hog" when he owes Ms. Moss and Ms. Freeman $148,000 for defamation, as well as owing money to others.

Since he has refused to follow what he is required to do I have some suggestions. I am not a lawyer or an accountant just a single person who has to pay my bills and follow the law. Mr. Giuliani's spending over $120,000 for one month is absolutely ludicrous, that's more than twice what I spend in a year. So he is just being frivolous.

You should assign an experienced bankruptcy Trustee to handle all of Mr. Giuliani's finances. The Trustee will also preside over the business account that was recently found in a different state.

The bankruptcy Trustee should get a forensic accountant to go back 6 to 10 years and research where Mr. Giuliani's money came from and where it went or to whom. (I believe that he has hidden some (lots) of his money.)

All of Mr. Giuliani's credit cards should be canceled and any other accounts that he might have such as Netflix and Uber should be closed. A fraud alert should be filed with the credit agencies, one is Experian, – that will prevent Mr. Giuliani from easily opening another account. All of the credit agencies should be notified that he is in bankruptcy and everything is frozen. Having a fraud alert does not prevent him from applying for another card/account but it does take time and is more difficult. The Trustee will probably have to check the credit agencies several times per month because Mr. Giuliani will probably try to open other accounts.

Since his business partner was paid a large amount of money as reimbursement for what the partner paid for some stuff she says she purchased for Mr. Giuliani. She should be sent a letter that anything she purchases for Mr. Giuliani will be a gift unless the Bankruptcy Trustee has approved the purchase and reimbursement beforehand. Otherwise Mr. Giuliani will have her buy him what he wants and then say she has to be reimbursed and he will keep spending with no control.

The Bankruptcy Trustee needs to handle paying all the bills from Mr. Giuliani's accounts. Monthly maintenance for the condos, alimony, utilities, and bills from Mr. Giuliani's business. He can get a Roku stick for approx. $50 if TV is not included with the condo association fee, much cheaper than cable.

The Trustee will give Mr. Giuliani either a prepaid gift card for a specified amount for the month. Or a special bank account will be opened that Mr. Giuliani will have a debit card to access the money. The amount for the month should be about $4,000. This to me is an outrageous amount for expenditures for a month as really all he will need to be paying for is his meals and public transportation.

Mr. Giuliani will not be able to purchase any clothing unless he gains or loses a lot of weight usually about 20 pounds or more. I am sure that he has many clothes, He does not need to replace his wardrobe. Maybe in the fall he might need to replace a couple of shirts. If he has more than 10 ties he

does not need any more.  His problem is going to be laundry – hopefully there is a CD One Price cleaners near his home to get his suits cleaned.  He will either need to learn to do the laundry or cut down on the cost of eating out.  He should be able to wear a suit several times before it needs to go to the cleaners, although I will surmise that he sends a suit to the cleaners each time he wears it.

When he needs to travel to GA or any other state for his other trails the Bankruptcy Trustee will purchase the ticket from the cheapest flight that flies between NYC and say Atlanta.  Southwest airlines has cheap prices but seats are not assigned but that works out OK.  The Trustee will also find a motel/hotel room that also includes complimentary breakfast.  I know that Super 8 is one such chain of motels/hotels that have a breakfast included that is a reasonable cost.  Unfortunately, the Trustee will need to make the reservations because if Mr. Giuliani is allowed to make the reservation he will probably want to travel 1st class and stay at a high priced hotel and not make a reservation for one that includes breakfast.

The only way that Mr. Giuliani's creditors will get any money from Mr. Giuliani is that the Trustee controls what Mr. Giuliani is allowed to spend.

In addition to controlling what Mr. Giuliani is allowed to spend the Trustee will need to sell his possessions.  I am sure that as mayor of New York City he has many collectable items that if auctioned at a good auction house will bring in a decent amount of money.  But the monitor will need to sell all of the collectibles, furniture, and other household goods from both NYC and Florida condos.

The court will need to have Mr. Giuliani decide where he will live.  He can only have one place to live until he has paid off all of his creditors in full.  To begin with, regardless of where he decides to live, he should just rent an apartment.  If he decides to live in NYC he probably won't be living in Manhattan but possibly in Brooklyn or another less expensive area or possibly a suburb.

Mr. Giuliani has demonstrated that he will not cooperate with the court's directives.  He has not been forced by the court to comply with the court's orders and he has not been disciplined for noncompliance, so he will keep ignoring the directives he's given.  If anyone else who is not well known was in that position they would not be allowed to ignore the court's orders and continuously be given multiple chances to do what they were directed to do the first time.

As far as the charges that he is facing in GA and AZ he is going to have to use PDs instead of hiring private lawyers until his creditors are fully paid.  The money to pay the fees that he would normally pay for private lawyers needs to go to his creditors.

All of Mr. Giuliani's creditors need the court to be more aggressive in finding the money owed and selling the condos and other possessions so that they can begin to collect what is owed to them.  Mr. Giuliani and his other cohort, Mr. Trump, keep thumbing their noses at the courts and it seems that some judges just go along with it.  They need to realize that the courts mean business.  Which also means that the courts do not keep giving them more time to not do what they should have already done.

*Mary McCarthy*
Mary McCarthy