**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136   Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811   Fax: 516.740.0887

Reply to:  [X] Syosset Office
           [ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Andrew S. Nachamie**
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Joan A. Keely
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
Jeffrey L. Wechsler

also admitted in New Jersey*
also admitted in District of Columbia**

July 23, 2024

Via ECF
Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Rudolph W. Giuliani Chapter 11 Case No: 23-12055

Dear Judge Lane:

On July 18, 2024 the Creditors Committee's Counsel filed a letter which included reference to an unsubstantiated rumor about the Debtor purchasing first class tickets to fly to the Republican National Convention.

To clarify the record, attached is a letter from Frank Speech representing that they paid for the Debtor's first class tickets and his lodging to attend the Republican National Convention.

Respectfully,

Gary C. Fischoff

cc:   Aaron E. Nathan, Esq. – via email
      James H. Burbage, Esq. – via email
      Rachel Biblo Block, Esq. – via email
      Andrea B. Schwartz, Esq. – via email

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)



July 22nd, 2024

Attention Gary Fischoff;

This representation letter is provided to confirm FrankSpeech has paid for Rudolph Giuliani's first-class airfare and hotel for the RNC form July 14th-July 20th, 2024. These expenses were covered entirely by FrankSpeech.

Thank you,

Name: _____

Title: President

Date: 7/22/2024