AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a **RUDOLPH WILLIAM GIULIANI,** | Case No. 23-12055 (SHL) |
| **Debtor.** | |

# CERTIFICATE OF SERVICE

I, Amy Laaraj, certify that:

1.    I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 1 Bryant Park, New York, NY 10036, counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2.    I hereby certify that, on August 19, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the party listed in **Exhibit A** attached hereto.

- *Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 310]

3.  I hereby certify that, on August 20, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via electronic mail on the parties listed in **Exhibit B** attached hereto.

- *Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 310]

4.  I hereby certify that, on August 20, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the document listed below to be served via hand delivery on the parties listed in **Exhibit C** attached hereto.

- *Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 310]

New York, NY  　　　　　　　　　　　　　　　*/s/ Amy Laaraj*
Dated:  August 20, 2024  　　　　　　　　　　　Amy Laaraj

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

## **EXHIBIT B**

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

## EXHIBIT C

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408