```
                                                                    1

 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   - - - - - - - - - - - - - - - - - - - -x

 5

 6   In the Matter of:

 7   RUDOLPH W. GIULIANI,                        Main Case No.

 8          Debtor.                              23-12055-shl

 9

10   - - - - - - - - - - - - - - - - - - - -x

11

12              United States Bankruptcy Court

13              One Bowling Green

14              New York, New York

15

16              May 30, 2024

17              2:00 PM

18

19

20

21   B E F O R E:

22   HON. SEAN H. LANE

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   ART
```

2

1

2  Doc. #214 Motion To Retain Sotheby's International Realty As

3  Real Estate Broker

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:  River Wolfe

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (800) 257-0885

25  operations@escribers.net

3

A P P E A R A N C E S (All present by video or telephone):

BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP

    Attorneys for Debtor

    6901 Jericho Turnpike

    Suite 230

    Syosset, NY 11791

BY:   HEATH S. BERGER, ESQ.

      GARY C. FISCHOFF, ESQ.

WILLKIE FARR & GALLAGHER LLP

    Attorneys for Ruby Freeman and Wandrea ArShaye Moss

    787 Seventh Avenue

    New York, NY 10019

BY:   ALISON R. AMBEAULT, ESQ.

      JAMES BURBAGE, ESQ.

      MARINE LOISON, ESQ.

      AARON E. NATHAN, ESQ.

4

```
 1
 2  WILLKIE FARR & GALLAGHER LLP
 3       Attorneys for Ruby Freeman and Wandrea ArShaye Moss
 4       1875 K Street, Northwest
 5       Washington, DC 20006
 6
 7  BY:  MAGGIE MACCURDY, ESQ.
 8
 9
10  A.M. SACCULLO LEGAL, LLC
11       Attorneys for Sotheby's International Realty
12       27 Crimson King Drive
13       Bear, DE 19701
14
15  BY:  MARY AUGUSTINE, ESQ.
16
17
18  AKIN GUMP STRAUSS HAUER & FELD LLP
19       Attorneys for Official Committee of Unsecured Creditors
20       2300 North Field Street
21       Suite 1800
22       Dallas, TX 75201
23
24  BY:  SAM BAHAM, ESQ.
25       RACHEL L. BIBLO BLOCK, ESQ.
```

```
                                                                    5
 1
 2   AKIN GUMP STRAUSS HAUER & FELD LLP
 3         Attorneys for Official Committee of Unsecured Creditors
 4         One Bryant Park
 5         New York, NY 10036
 6
 7   BY:   AMELIA DANOVITCH, ESQ.
 8         PHILIP C. DUBLIN, ESQ.
 9         ABID QURESHI, ESQ.
10
11
12   DAVIDOFF HUTCHER & CITRON LLP
13         Attorneys for Davidoff Hutcher & Citron LLP
14         605 Third Avenue
15         New York, NY 10158
16
17   BY:   ROBERT L. RATTET, ESQ.
18
19
20   U.S. DEPARTMENT OF JUSTICE
21         Attorneys for Office of the U.S. Trustee
22         One Bowling Green
23         New York, NY 10004
24
25   BY:   ANDREA BETH SCHWARTZ, ESQ.
```

ALSO PRESENT:

  UDAY GORREPATI, ABI Project

  DIETRICH KNAUTH, Reuters

  EILEEN SULLIVAN, New York Times

  MICHAEL TOMBACK, Reorg

```
 1                    P R O C E E D I N G S
 2          THE COURT:  Good afternoon.  This is Judge Sean Lane
 3   in the United States Bankruptcy Court for the Southern District
 4   of New York.  And we're here for a few matters on at 2 o'clock,
 5   the first of which is the Rudolph W. Giuliani Chapter 11 case.
 6          And so we'll start by getting appearances.  So let's
 7   start with the debtor's counsel.
 8          MR. BERGER:  Yeah.  Good afternoon, Your Honor.  Heath
 9   Berger of Berger, Fischoff, Shumer, Wexler & Goodman, attorneys
10   for the debtor.
11          THE COURT:  All right.  Good afternoon.
12          And on behalf of the official committee of unsecured
13   creditors.
14          MS. BIBLO BLOCK:  Good afternoon, Your Honor.  Rachel
15   Biblo Block with Akin Gump Strauss Hauer & Feld on behalf of
16   the official committee of unsecured creditors.  And I'm joined
17   by my colleague Phil Dublin and Amelia Danovitch.
18          THE COURT:  All right.  Good afternoon.
19          On behalf of the Freeman plaintiffs.
20          MR. BURBAGE:  Good afternoon, Your Honor.  Jim Burbage
21   of Willkie Farr & Gallagher.  I'm here with my colleague Aaron
22   Nathan.
23          THE COURT:  All right.  Good afternoon.
24          I believe we may have someone here on behalf of
25   Sotheby's.
```

8

1  MS. AUGUSTINE: Yes. Good afternoon, Your Honor.
2  Mary Augustine on behalf of Sotheby's International Realty.
3  And my pro hac motion was filed last night.
4  THE COURT: All right. Good afternoon.
5  And on behalf of the United States Trustee's office.
6  MS. SCHWARTZ: Good afternoon, Your Honor. Andrea
7  Schwartz for the United States Trustee.
8  THE COURT: All right. Good afternoon.
9  So we are here for a motion to retain Sotheby's that
10 was filed on behalf of the debtors. And of course, we're also
11 here, really, as a status conference generally, just to see
12 about the status of the case. I know that there are some
13 motions -- there's a motion teed up for June 17th. And so I'll
14 just throw it open to debtor's counsel and then anybody else
15 about status before we turn to the motion.
16 So Mr. Berger.
17 MR. BERGER: Yeah, Your Honor. Heath Berger.
18 Status, Judge, from when we were on last week, really,
19 Judge, we're moving forward with the motion. We did get served
20 with the motion from the committee, so we'll be working on
21 dealing with that. We also resolved last time with the signed
22 order in regard to the injunction and again, moving forward and
23 getting the property listed hopefully today on the retention on
24 Sotheby's. Other than that, Judge, no different status than
25 when we were here last week.

1       THE COURT:  All right.  Thank you very much.
2       And I'll throw it open to the virtual room.  See if
3  anyone has anything they wanted to address as to status before
4  we turn to the Sotheby's motion.
5       All right.  Hearing nothing, let's go forward with the
6  motion.  Back to you, Mr. Berger.
7       MR. BERGER:  Yeah.  Thank you, Your Honor.  Heath
8  Berger of Berger, Fischoff, Shumer, Wexler & Goodman, attorneys
9  for the debtor.
10      Your Honor, this is the debtor's motion to employ and
11 retain Sotheby's International Realty as its real estate broker
12 to sell the property located at 45 East 66th Street, Apartment
13 10-W, in the City.  Judge, they're going to be retained
14 pursuant to the listing agreement that was filed with the
15 declaration.  The commission agreement is four percent.  If
16 it's a direct sale, then it's five percent because it's
17 cobroken.  There has been no objections.
18      There has been a proposed order that's been circulated
19 between the parties.  The U.S. Trustee had a couple of comments
20 that we spoke about this morning.  So I'm making those changes,
21 and I'll get them out to the official committee and all parties
22 involved.  So hopefully, we should have an order for the Court
23 to sign within the next twenty-four hours.  But there have been
24 no objections, Your Honor, and it's that important step moving
25 forward on this case.

1  THE COURT: All right. Thank you very much.
2  Anything on behalf of the committee?
3  MS. BIBLO BLOCK: Your Honor, we're in favor of taking
4  steps to monetize the debtor's assets, so we're supportive.
5  THE COURT: All right. Thank you very much.
6  Anything on behalf of the Freeman plaintiffs?
7  MR. BURBAGE: No, Your Honor.
8  THE COURT: All right. Thank you very much.
9  On behalf of the United States Trustee's office?
10  MS. SCHWARTZ: No, Your Honor. We don't have an
11  objection.
12  THE COURT: All right. Thank you very much.
13  And last but not least, anything on behalf of
14  Sotheby's?
15  MS. AUGUSTINE: Your Honor, Mary Augustine for
16  Sotheby's again. I wasn't aware of any proposed changes to the
17  order this morning, so I just ask that I be included in those
18  proposed changes.
19  MR. BERGER: Absolutely, Your Honor. That was part of
20  who we'll get the revisions sent out, which we just worked on
21  about an hour ago.
22  THE COURT: Okay. Thank you very much for that
23  comment.
24  And I am happy to grant the motion to employ and
25  retain Sotheby's International Realty as the real estate broker

1  to market and sell the Manhattan apartment at 45 East 66th
2  Street.  It has been much discussed and been the focus of much
3  tension in terms of the case moving forward.  And so it's a
4  sea -- well, it's a nice, happy point of agreement among all
5  parties in a sea of contentious matters.  And so I very happy
6  to be able to approve it.  And I find it satisfies all the
7  requirements of applicable law.  It's appropriate under all the
8  facts and circumstances of the case.  And so I will await the
9  revised proposed order.
10          And with that, let me ask Mr. Berger if there's
11 anything else that we need to discuss here this afternoon.
12          MR. BERGER:  I don't believe so, Your Honor.  Thank
13 you.
14          THE COURT:  All right.  Thank you very much.
15          And I'll throw it open to the virtual room if there's
16 anything else anybody else needs to discuss.  And if not, I
17 will see all you nice in June.  All right.
18          MR. BERGER:  Thank you, Your Honor.
19          THE COURT:  Hearing nothing, thank you very much, Mr.
20 Berger.  Your predictions for a quick hearing today turned out
21 to be accurate.  Again, happy to see everybody be able to get
22 behind the sale and look forward to seeing that move forward.
23 Thanks so much.  Have a good rest of your day.
24          MR. BERGER:  Thank you, Your Honor.
25          (Whereupon these proceedings were concluded at 2:19 PM)

```
 1
 2                              I N D E X
 3   RULINGS:                                          PAGE    LINE
 4   Debtor's motion to retain Sotheby's as             10      24
 5   real estate broker is granted
```

13

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

River Wolfe (CDLT-265)

TTA-Certified Digital Legal Transcriber

eScribers

7227 North 16th Street, Suite #207

Phoenix, AZ 85020

Date: June 2, 2024

In the Matter of: RUDOLPH W. GIULIANI

May 30, 2024

## A

**Aaron (1)**
7:21
**ABI (1)**
6:3
**ABID (1)**
5:9
**able (2)**
11:6,21
**Absolutely (1)**
10:19
**accurate (1)**
11:21
**address (1)**
9:3
**afternoon (12)**
7:2,8,11,14,18,20,
23;8:1,4,6,8;11:11
**again (3)**
8:22;10:16;11:21
**ago (1)**
10:21
**agreement (3)**
9:14,15;11:4
**AKIN (3)**
4:18;5:2;7:15
**AMELIA (2)**
5:7;7:17
**among (1)**
11:4
**ANDREA (2)**
5:25;8:6
**Apartment (2)**
9:12;11:1
**appearances (1)**
7:6
**applicable (1)**
11:7
**appropriate (1)**
11:7
**approve (1)**
11:6
**ArShaye (1)**
4:3
**assets (1)**
10:4
**Attorneys (8)**
4:3,11,19;5:3,13,
21;7:9;9:8
**AUGUSTINE (5)**
4:15;8:1,2;10:15,15
**Avenue (1)**
5:14
**await (1)**
11:8
**aware (1)**
10:16

## B

**Back (1)**
9:6
**BAHAM (1)**
4:24
**Bankruptcy (1)**
7:3
**Bear (1)**
4:13
**behalf (11)**
7:12,15,19,24;8:2,5,
10;10:2,6,9,13
**behind (1)**
11:22
**BERGER (16)**
7:8,9,9;8:16,17,17;
9:6,7,8,8;10:19;11:10,
12,18,20,24
**BETH (1)**
5:25
**BIBLO (4)**
4:25;7:14,15;10:3
**BLOCK (4)**
4:25;7:14,15;10:3
**Bowling (1)**
5:22
**broker (2)**
9:11;10:25
**Bryant (1)**
5:4
**BURBAGE (3)**
7:20,20;10:7

## C

**case (5)**
7:5;8:12;9:25;11:3,
8
**changes (3)**
9:20;10:16,18
**Chapter (1)**
7:5
**circulated (1)**
9:18
**circumstances (1)**
11:8
**CITRON (2)**
5:12,13
**City (1)**
9:13
**cobroken (1)**
9:17
**colleague (2)**
7:17,21
**comment (1)**
10:23
**comments (1)**
9:19
**commission (1)**
9:15
**Committee (7)**
4:19;5:3;7:12,16;
8:20;9:21;10:2
**concluded (1)**
11:25
**conference (1)**
8:11
**contentious (1)**
11:5
**counsel (2)**
7:7;8:14
**couple (1)**
9:19
**course (1)**
8:10
**COURT (16)**
7:2,3,11,18,23;8:4,
8;9:1,22;10:1,5,8,12,
22;11:14,19
**Creditors (4)**
4:19;5:3;7:13,16
**Crimson (1)**
4:12

## D

**Dallas (1)**
4:22
**DANOVITCH (2)**
5:7;7:17
**DAVIDOFF (2)**
5:12,13
**day (1)**
11:23
**DC (1)**
4:5
**DE (1)**
4:13
**dealing (1)**
8:21
**debtor (2)**
7:10;9:9
**debtors (1)**
8:10
**debtor's (4)**
7:7;8:14;9:10;10:4
**declaration (1)**
9:15
**DEPARTMENT (1)**
5:20
**DIETRICH (1)**
6:4
**different (1)**
8:24
**direct (1)**
9:16
**discuss (2)**
11:11,16
**discussed (1)**
11:2
**District (1)**
7:3
**Drive (1)**
4:12
**DUBLIN (2)**
5:8;7:17

## E

**East (2)**
9:12;11:1
**EILEEN (1)**
6:5
**else (4)**
8:14;11:11,16,16
**employ (2)**
9:10;10:24
**ESQ (9)**
4:7,15,24,25;5:7,8,
9,17,25
**estate (2)**
9:11;10:25
**everybody (1)**
11:21

## F

**facts (1)**
11:8
**FARR (2)**
4:2;7:21
**favor (1)**
10:3
**FELD (3)**
4:18;5:2;7:15
**few (1)**
7:4
**Field (1)**
4:20
**filed (3)**
8:3,10;9:14
**find (1)**
11:6
**first (1)**
7:5
**Fischoff (2)**
7:9;9:8
**five (1)**
9:16
**focus (1)**
11:2
**forward (7)**
8:19,22;9:5,25;
11:3,22,22
**four (1)**
9:15
**Freeman (3)**
4:3;7:19;10:6

## G

**GALLAGHER (2)**
4:2;7:21
**generally (1)**
8:11
**Giuliani (1)**
7:5
**Good (12)**
7:2,8,11,14,18,20,
23;8:1,4,6,8;11:23
**Goodman (2)**
7:9;9:8
**GORREPATI (1)**
6:3
**grant (1)**
10:24
**Green (1)**
5:22
**GUMP (3)**
4:18;5:2;7:15

## H

**hac (1)**
8:3
**happy (4)**
10:24;11:4,5,21
**HAUER (3)**
4:18;5:2;7:15
**Hearing (3)**
9:5;11:19,20
**Heath (3)**
7:8;8:17;9:7
**Honor (17)**
7:8,14,20;8:1,6,17;
9:7,10,24;10:3,7,10,
15,19;11:12,18,24
**hopefully (2)**
8:23;9:22
**hour (1)**
10:21
**hours (1)**
9:23
**HUTCHER (2)**
5:12,13

## I

**important (1)**
9:24
**included (1)**
10:17
**injunction (1)**
8:22
**International (4)**
4:11;8:2;9:11;
10:25
**involved (1)**
9:22

## J

**Jim (1)**
7:20
**joined (1)**
7:16
**Judge (5)**
7:2;8:18,19,24;9:13
**June (2)**
8:13;11:17
**JUSTICE (1)**
5:20

**K**

**King (1)**
4:12
**KNAUTH (1)**
6:4

**L**

**Lane (1)**
7:2
**last (5)**
8:3,18,21,25;10:13
**law (1)**
11:7
**least (1)**
10:13
**LEGAL (1)**
4:10
**listed (1)**
8:23
**listing (1)**
9:14
**LLC (1)**
4:10
**LLP (5)**
4:2,18;5:2,12,13
**located (1)**
9:12
**look (1)**
11:22

**M**

**MACCURDY (1)**
4:7
**MAGGIE (1)**
4:7
**making (1)**
9:20
**Manhattan (1)**
11:1
**market (1)**
11:1
**MARY (3)**
4:15;8:2;10:15
**matters (2)**
7:4;11:5
**may (1)**
7:24
**MICHAEL (1)**
6:6
**monetize (1)**
10:4
**morning (2)**
9:20;10:17
**Moss (1)**
4:3
**motion (10)**
8:3,9,13,15,19,20;
9:4,6,10;10:24
**motions (1)**
8:13
**move (1)**
11:22
**moving (4)**
8:19,22;9:24;11:3
**much (11)**
9:1;10:1,5,8,12,22;
11:2,2,14,19,23

**N**

**Nathan (1)**
7:22
**need (1)**
11:11
**needs (1)**
11:16
**New (5)**
5:5,15,23;6:5;7:4
**next (1)**
9:23
**nice (2)**
11:4,17
**night (1)**
8:3
**North (1)**
4:20
**Northwest (1)**
4:4
**NY (3)**
5:5,15,23

**O**

**objection (1)**
10:11
**objections (2)**
9:17,24
**o'clock (1)**
7:4
**Office (3)**
5:21;8:5;10:9
**Official (5)**
4:19;5:3;7:12,16;
9:21
**One (2)**
5:4,22
**open (3)**
8:14;9:2;11:15
**order (5)**
8:22;9:18,22;10:17;
11:9
**out (3)**
9:21;10:20;11:20

**P**

**Park (1)**
5:4
**part (1)**
10:19
**parties (3)**
9:19,21;11:5
**percent (2)**
9:15,16
**Phil (1)**
7:17
**PHILIP (1)**
5:8
**plaintiffs (2)**
7:19;10:6
**PM (1)**
11:25
**point (1)**
11:4
**predictions (1)**
11:20
**PRESENT (1)**
6:2
**pro (1)**
8:3
**proceedings (1)**
11:25
**Project (1)**
6:3
**property (2)**
8:23;9:12
**proposed (4)**
9:18;10:16,18;11:9
**pursuant (1)**
9:14

**Q**

**quick (1)**
11:20
**QURESHI (1)**
5:9

**R**

**RACHEL (2)**
4:25;7:14
**RATTET (1)**
5:17
**real (2)**
9:11;10:25
**really (2)**
8:11,18
**Realty (4)**
4:11;8:2;9:11;
10:25
**regard (1)**
8:22
**Reorg (1)**
6:6
**requirements (1)**
11:7
**resolved (1)**
8:21
**rest (1)**
11:23
**retain (3)**
8:9;9:11;10:25
**retained (1)**
9:13
**retention (1)**
8:23
**Reuters (1)**
6:4
**revised (1)**
11:9
**revisions (1)**
10:20
**right (13)**
7:11,18,23;8:4,8;
9:1,5;10:1,5,8,12;
11:14,17
**ROBERT (1)**
5:17
**room (2)**
9:2;11:15
**Ruby (1)**
4:3
**Rudolph (1)**
7:5

**S**

**SACCULLO (1)**
4:10
**sale (2)**
9:16;11:22
**SAM (1)**
4:24
**satisfies (1)**
11:6
**SCHWARTZ (4)**
5:25;8:6,7;10:10
**sea (2)**
11:4,5
**Sean (1)**
7:2
**seeing (1)**
11:22
**sell (2)**
9:12;11:1
**sent (1)**
10:20
**served (1)**
8:19
**Shumer (2)**
7:9;9:8
**sign (1)**
9:23
**signed (1)**
8:21
**someone (1)**
7:24
**Sotheby's (10)**
4:11;7:25;8:2,9,24;
9:4,11;10:14,16,25
**Southern (1)**
7:3
**spoke (1)**
9:20
**start (2)**
7:6,7
**States (4)**
7:3;8:5,7;10:9
**status (6)**
8:11,12,15,18,24;
9:3
**step (1)**
9:24
**steps (1)**
10:4
**STRAUSS (3)**
4:18;5:2;7:15
**Street (4)**
4:4,20;9:12;11:2
**Suite (1)**
4:21
**SULLIVAN (1)**
6:5
**supportive (1)**
10:4

**T**

**teed (1)**
8:13
**tension (1)**
11:3
**terms (1)**
11:3
**Thanks (1)**
11:23
**Third (1)**
5:14
**throw (3)**
8:14;9:2;11:15
**Times (1)**
6:5
**today (2)**
8:23;11:20
**TOMBACK (1)**
6:6
**Trustee (3)**
5:21;8:7;9:19
**Trustee's (2)**
8:5;10:9
**turn (2)**
8:15;9:4
**turned (1)**
11:20
**twenty-four (1)**
9:23
**TX (1)**
4:22

**U**

**UDAY (1)**
6:3
**under (1)**
11:7
**United (4)**
7:3;8:5,7;10:9
**Unsecured (4)**
4:19;5:3;7:12,16
**up (1)**

23-12055-shl Doc 313 Filed 08/07/24 Entered 08/21/24 15:11:07 Main Document
In the Matter of: RUDOLPH W. GIULIANI Pg 16 of 16

May 30, 2024
23-12055-shl    Doc 313    Filed 08/07/24    Entered 08/21/24 15:11:07    Main Document
In the Matter of: RUDOLPH W. GIULIANI    Pg 16 of 16

May 30, 2024

8:13

**V**

**virtual (2)**
9:2;11:15

**W**

**Wandrea (1)**
4:3
**Washington (1)**
4:5
**week (2)**
8:18,25
**Wexler (2)**
7:9;9:8
**Whereupon (1)**
11:25
**WILLKIE (2)**
4:2;7:21
**within (1)**
9:23
**worked (1)**
10:20
**working (1)**
8:20

**Y**

**York (5)**
5:5,15,23;6:5;7:4

**1**

**10004 (1)**
5:23
**10036 (1)**
5:5
**10158 (1)**
5:15
**10-W (1)**
9:13
**11 (1)**
7:5
**17th (1)**
8:13
**1800 (1)**
4:21
**1875 (1)**
4:4
**19701 (1)**
4:13

**2**

**2 (1)**
7:4
**2:19 (1)**
11:25
**20006 (1)**
4:5
**2300 (1)**

4:20
**27 (1)**
4:12

**4**

**45 (2)**
9:12;11:1

**6**

**605 (1)**
5:14
**66th (2)**
9:12;11:1

**7**

**75201 (1)**
4:22