AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **RUDOLPH W. GIULIANI** a/k/a RUDOLPH WILLIAM GIULIANI, | Case No. 23-12055 (SHL) |
| **Debtor.** |  |

## CERTIFICATE OF SERVICE

I, Brenda Kemp, certify that:

1. I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2300 N. Field Street, Suite 1800, Dallas, Texas 75201, counsel for the Official Committee of Unsecured Creditors of Rudolph W. Giuliani.

2. I hereby certify that, on September 19, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served by the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York on all registered ECF users and via electronic mail on the parties listed in **Exhibit A** attached hereto.

- *Reply of Global Data Risk LLC to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 315]
- *Supplemental Declaration of Erik Laykin in Support of the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 316]
- *Emergency Motion of Global Data Risk LLC for Leave to File a Late Reply to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 317]

3.      I hereby certify that, on September 20, 2024, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via hand delivery on the parties listed in **Exhibit B** attached hereto.

- *Reply of Global Data Risk LLC to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 315]
- *Supplemental Declaration of Erik Laykin in Support of the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11,2024* [Docket No. 316]
- *Emergency Motion of Global Data Risk LLC for Leave to File a Late Reply to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 317]

Dallas, TX                                              */s/ Brenda Kemp*
Dated:  September 20, 2024                Brenda Kemp

## **EXHIBIT A**

**Andrea B. Schwartz**
andrea.b.schwartz@usdoj.gov
*Office of the United States Trustee*

**Gary Fischoff**
gfischoff@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

**Heath Berger**
hberger@bfslawfirm.com
*Berger, Fischoff, Shumer, Wexler, & Goodman, LLP*
*Counsel for the Debtor*

# EXHIBIT B

**Chambers of the Honorable Sean H. Lane**
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

**Andrea B. Schwartz**
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408