AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Philip C. Dublin
Abid Qureshi
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Rachel Biblo Block (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel to the Official Committee of*
*Unsecured Creditors of Rudolph W. Giuliani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RUDOLPH W. GIULIANI | : | Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

## AGENDA FOR SEPTEMBER 24, 2024 HEARING

**Time and Date of Hearing**: September 24, 2024 at 11:00 a.m. (prevailing Eastern Time).

**Hybrid Hearing**: The Hearing will take place before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance, must make an electronic appearance (an "eCourt Appearance") through the Court's website at *https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*. eCourt Appearances must be made by **September 23, 2024 at 4:00 p.m.** (prevailing Eastern Time).

**Copies of Pleadings**:    Copies of the pleadings filed in this chapter 11 case may be obtained by visiting the Court's website at *http://www.nysb.uscourts.gov* in accordance with the procedures and fees set forth therein.

## CONTESTED MATTERS

1. **GDR Fee Application.** *Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 310]

    Objection Deadline: September 13, 2024 at 5:00 p.m. (prevailing Eastern Time)

    Responses Filed:

    a.  *Debtor's Opposition to the Fee Application of Global Data Risk, LLC.* [Docket No. 314]

    Replies Filed:

    a.  *Reply of Global Data Risk LLC to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 315]

    Related Documents:

    a.  *Supplemental Declaration of Erik Laykin in Support of the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 316]

    Status:  This matter is going forward on a contested basis.

## OTHER MATTERS

1. **Motion for Leave.** *Emergency Motion of Global Data Risk LLC for Leave to File a Late Reply to the Debtor's Opposition to the Final Fee Application of Global Data Risk LLC, Specialized Forensic Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 9, 2024 through July 11, 2024* [Docket No. 317]

    Objection Deadline: September 24, 2024 at 11:00 a.m. (prevailing Eastern Time)

    Responses Filed:  None

    Replies Filed:  None

    Related Documents:  None

    Status:  This matter is going forward.

| | |
|---|---|
| Dated: September 20, 2024 | */s/ Philip C. Dublin* <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> Ira S. Dizengoff <br> Philip C. Dublin <br> Abid Qureshi <br> One Bryant Park <br> New York, New York 10036 <br> Tel:    (212) 872-1000 <br> Fax:   (212) 872-1002 <br> Email:  idizengoff@akingump.com <br>             pdublin@akingump.com <br>             aqureshi@akingump.com <br> <br> - and - <br> <br> Rachel Biblo Block (admitted *pro hac vice*) <br> 2300 N. Field St., Suite 1800 <br> Dallas, Texas 75201 <br> Tel:    (214) 969-2800 <br> Fax:   (214) 969-4343 <br> Email:  rbibloblock@akingump.com <br> <br> *Counsel to the Official Committee of* <br> *Unsecured Creditors of Rudolph W. Giuliani* |

3