UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| RUDOLPH W. GIULIANI | : Case No. 23-12055 (SHL) |
| a/k/a RUDOLPH WILLIAM GIULIANI, | : |
| | : |
| Debtor. | : |

------------------------------------------------------------x

### ORDER GRANTING FINAL FEE APPLICATION OF GLOBAL DATA RISK LLC, SPECIALIZED FORENSIC FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 9, 2024 THROUGH JULY 11, 2024

Upon consideration of the application [Docket No. 310] (the "Application") of Global Data Risk LLC ("GDR") for allowance on a final basis of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the period commencing February 9, 2024 through July 11, 2024; and a hearing ~~(if applicable)~~ *[SHL]* having been held before this Court to consider the Application *on September 24, 20024 (the "Hearing") [SHL]*; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor *and for the reasons stated on the record at the Hearing [SHL]*, it is hereby **ORDERED**:

1. The Application is granted on a final basis to the extent set forth in **Schedule A** attached hereto.

2. In accordance with the *Order (I) Dismissing Chapter 11 Case, (II) Establishing Procedures for the Allowance and Payment of Professional Fees; and (III) Granting Related Relief* [Docket No. 309] (the "Dismissal Order"), Berger, Fischoff, Shumer, Wexler & Goodman, LLP ("BFS") is authorized and directed upon entry of this Order to remit payment of the Initial

Professional Fee Amount[1] (as defined in the Dismissal Order) to GDR from the funds deposited into BFS's escrow account on behalf of the Debtor in accordance with the Dismissal Order.

3. In accordance with Dismissal Order, the Debtor is authorized and directed upon entry of this Order to remit payment, or facilitate the payment, of the Stub Professional Fee Amount[2] (as defined in the Dismissal Order) from the proceeds of the first of the following properties of the Debtor to be sold: (A) the NYC Apartment (as defined in the Dismissal Order), and (B) the Florida Condo (as defined in the Dismissal Order), in each case, immediately upon the closing of such sale.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 3, 2024                    */s/ Sean H. Lane*
                                          United States Bankruptcy Judge

---

[1] Pursuant to the Dismissal Order, the "Initial Professional Fee Amount" means $100,000.00.
[2] Pursuant to the Dismissal Order, the "Stub Professional Fee Amount" means GDR's approved fees and expenses in excess of the Initial Professional Fee Amount.

Case No.: 23-12055 (SHL)     **CURRENT INTERIM FEE PERIOD**     Schedule A
Case Name: In re Rudolph W. Giuliani     2/9/24 – 7/11/24
           a/k/a Rudolph William Giuliani

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Global Data Risk LLC | August 19, 2024 [Docket No. 310] | $324,843.75 | $300,480.47[3] | $300,480.47 | $0.00 | $300,480.47 | $6,854.29 | $5,615.10[4] |

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: <u>10-3-2024</u>     INITIALS: <u>SHL</u> USBJ

---

[3] In response to objections that the United States Trustee raised informally, GDR agreed to voluntarily reduce its fees by $7,562.50. The Court reduced the total fees to be paid by an additional $16,800.78.

[4] In response to objections that the United States Trustee raised informally, GDR agreed to voluntarily reduce its expenses by $1,239.19.

Case No.: 23-12055 (SHL)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: In re Rudolph W. Giuliani  2/9/24 – 7/11/24
 a/k/a Rudolph William Giuliani

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Global Data Risk LLC | $324,843.75 | $300,480.47[1] | $6,854.29 | $5,615.10[2] |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 10-3-2024    INITIALS: SHL USBJ

---

[1] In response to objections that the United States Trustee raised informally, GDR agreed to voluntarily reduce its fees by $7,562.50. The Court reduced the total fees to be paid by an additional $16,800.78.

[2] In response to objections that the United States Trustee raised informally, GDR agreed to voluntarily reduce its expenses by $1,239.19.