1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:

RUDOLPH W. GIULIANI,                    Main Case No.

          Debtor.                       23-12055-shl

- - - - - - - - - - - - - - - - - - - -x

                    United States Bankruptcy Court

                    300 Quarropas Street

                    White Plains, New York

                    September 24, 2024

                    12:08 PM

B E F O R E:

HON. SEAN H. LANE

U.S. BANKRUPTCY JUDGE

ECRO:  ART

2

1

2  Doc. #319 Notice of Agenda

3

4  Doc. # 310 Application For Final Professional Compensation /

5  Final Fee Application Of Global Data Risk LLC, Specialized

6  Forensic Financial Advisor To The Official Committee Of

7  Unsecured Creditors For The Period From February 9, 2024

8  Through July 11, 2024 For Global Data Risk LLC, Other

9  Professional, Period: 2/9/2024 To 7/11/2024, Fee: $324,843.75,

10 Expenses: $6,854.29

11

12

13 Doc. # 314 Debtor's Opposition To The Final Fee Application Of

14 Global Data Risk LLC, Specialized Forensic Financial Advisor To

15 The Official Committee Of Unsecured Creditors For The Period

16 From February 9, 2024 Through July 11, 2024

17

18

19 Doc. #315 Reply Of Global Data Risk LLC To The Debtor's

20 Opposition To The Final Fee Application Of Global Data Risk

21 LLC, Specialized Forensic Financial Advisor To The Official

22 Committee Of Unsecured Creditors For The Period From February

23 9, 2024 Through July 11, 2024

24

25

3

1

2    Doc. # 316 Supplemental Declaration Of Erik Lakin In Support Of

3    The Final Fee Application Of Global Data Risk LLC, Specialized

4    Forensic Financial Advisor To The Official Committee Of

5    Unsecured Creditors For The Period From February 9, 2024

6    Through July 11, 2024

7

8

9    Doc. #317 Emergency Motion To Approve /Emergency Motion Of

10   Global Data Risk LLC For Leave To File A Late Reply To The

11   Debtor's Opposition To The Final Fee Application Of Global Data

12   Risk LLC, Specialized Forensic Financial Advisor To The

13   Official Committee Of Unsecured Creditors For The Period From

14   February 9, 2024 Through July 11, 2024

15

16

17

18

19

20   Transcribed by:  Jamie Gallagher

21   eScribers, LLC

22   7227 North 16th Street, Suite #207

23   Phoenix, AZ 85020

24   (800) 257-0885

25   operations@escribers.net

4

A P P E A R A N C E S:

BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP

        Attorneys for Debtor

        6901 Jericho Turnpike

        Suite 230

        Syosset, NY 11791


BY:   HEATH S. BERGER, ESQ.

        GARY C. FISCHOFF, ESQ.



WILKIE FARR & GALLAGHER LLP

        Attorneys for Ruby Freeman and Wandrea ArShaye Moss

        787 Seventh Avenue

        New York, NY 10019


BY:   AARON E. NATHAN, ESQ.

5

1

2  AKIN GUMP STRAUSS HAUER & FELD LLP

3       Attorneys for Official Committee of Unsecured Creditors

4       One Bryant Park

5       New York, NY 10036

6

7  BY:   AMELIA E. DANOVITCH, ESQ.

8        ABID QURESHI, ESQ.

9

10  AKIN GUMP STRAUSS HAUER & FELD LLP

11       Attorneys for Official Committee of Unsecured Creditors

12       2300 N. Field Street

13       Dallas, TX 75201

14

15  BY:   RACHEL BIBLO BLOCK, ESQ.

16        SAMANTHA BAHAM, ESQ.

17

18  U.S. DEPARTMENT OF JUSTICE

19       Attorneys for Office of the U.S. Trustee

20       One Bowling Green

21       New York, NY 10004

22

23  BY:   ANDREA SCHWARTZ, ESQ.

24

25

6

1

2 ALSO APPEARING:

3 ERIK LAYKIN, Global Data Risk

4

5

6

7                          P R O C E E D I N G S

8          THE COURT:  And we'll start belatedly with the 11

9 o'clock calendar.  My apologies to folks who've been here

10 waiting.  And I appreciate everybody's patience.  So 11 o'clock

11 is Rudolph W. Giuliani, Chapter 11 case, which has actually

12 been dismissed, for which the Court retained jurisdiction to

13 address fees that were owed for the professionals hired by the

14 official committee.

15          And I understand we have people in the courtroom, and

16 I understand we have the U.S. Trustee on the Zoom.  So let me

17 get appearances from the people in the courtroom, starting with

18 debtor's counsel.

19          MR. BERGER:  Yeah.  Good morning, Your Honor.  Heath

20 Berger of Berger, Fischoff, Shumer, Wexler, and Goodman,

21 attorney for the debtor.  And I also have with me my partner,

22 Gary Fischoff.

23          MR. FISCHOFF:  Good morning, Your Honor.

24          THE COURT:  Good morning.  And I know we have folks

25 for Global Data Risk, LLC.

7

1        MS. DANOVITCH:  Good morning, Your Honor.  Amelia

2   Danovitch.  Akin, Gump, Strauss, Hauer and Feld.  I'm joined

3   here today with my colleagues Abid Qureshi, Rachel Biblo Block,

4   and Samantha Baham.

5        And Your Honor, Erik Laykin is present in the

6   courtroom from Global Data Risk.  He's the CEO of the company.

7        THE COURT:  All right.  Good to have you all here.

8   Anyone else in the courtroom who needs to make an appearance?

9   All right.

10       With that, we'll turn to folks who might be on Zoom.

11  And so I see Ms. Schwartz in the U.S. Trustee's Office.  Let me

12  get her appearance.

13       MS. SCHWARTZ:  Good morning, Your Honor.  Andrea

14  Schwartz for the U.S. Trustee.

15       THE COURT:  All right.  You can easily be forgiven for

16  saying morning, afternoon.  So --

17       MS. SCHWARTZ:  I don't know.  We've been on a while

18  so --

19       THE COURT:  Yes.  Yes, you have.

20       So with that, anyone else who's on Zoom who wishes to

21  make an appearance?

22       MR. NATHAN:  Good afternoon, Your Honor.  Aaron,

23  Nathan, Wilkie, Farr & Gallagher for creditors Ruby Freeman and

24  Wandrea ArShaye Moss.

25       THE COURT:  All right.  Good morning.  Anyone else?

**RUDOLPH W. GIULIANI**

8

1          All right.  So we have in front of us the application

2    for final professional compensation for the forensic financial

3    advisor to the official committee of unsecured creditors.  That

4    is Global Data Risk, LLC.

5          I have an opposition to that request by the debtor.

6    And then I have a reply.

7          There is a motion to approve essentially a late reply.

8    Frankly, I think we can dispense that easily, talking with the

9    U.S. Trustee's Office and trying to sort of handle this

10   holistically.  I don't have a problem with a late reply in this

11   circumstance.  So I'm happy to grant that motion.  And so we

12   can just turn to the merits of it.

13         I will say I have read everybody's papers, and so I

14   don't need people to -- there's a lot of history here.  And so

15   I think we don't need to revisit all the history.  I think it's

16   a question about the application.  So I understand, just to

17   sort of review the bidding, that the application itself seeks,

18   and let me get the precise number here, seeks $331,698.04.

19   After consultation with the U.S. Trustee's Office, there was a

20   reduction of some 7,562 dollars, which is roughly 2.3 percent.

21   Close enough.  And the objection by the debtor sought a much

22   larger reduction.  And again, I think off the base number of

23   331,000 and change, the request was to reduce the fees by

24   77,275 dollars.  And so that's where we are.

25         So I'm happy to hear any status if there have been any

9

1    developments since the papers were filed.  Otherwise, my

2    thought would be to briefly hear from the parties and give you

3    a decision before you leave today.

4         So unless there's some update status-wise, I'll hear

5    from the party who is the movant.

6         MS. DANOVITCH:  Thank you, Your Honor.  Again, for the

7    record.  Amelia Danovitch, Akin Gump Strauss Hauer & Feld.

8         The Global Data Risk's final fee application, which is

9    at Docket No. 310 seeks final allowance and approval of

10   compensation for services rendered to the committee for the

11   period from February 9th, when GDR was retained, through July

12   11th, when the debtor's case was dismissed.

13        During the fee period, GDR provided the committee with

14   asset tracing, investigative and forensic financial advisory

15   services, in each case in accordance with the terms of GDR's

16   retention as set forth in the GDR retention order, which is at

17   Docket No. 189.  Specifically, GDR conducted open source

18   research, investigated the debtor's historical financial

19   records and transactions, and drafted investigative reports in

20   connection with GDR's efforts to uncover additional assets and

21   sources of income.

22        Throughout the case, GDR reviewed and analyzed the

23   debtors financial documents and filings in order to advise the

24   committee about the debtor's assets, sources of income, and pre

25   and post-petition transfers, among other things.  In

**RUDOLPH W. GIULIANI**

1   furtherance of these efforts, the GDR team members regularly

2   conducted interim -- internal meetings, met with Akin Gump

3   attorneys.

4          THE COURT:  So let me back up, because I've read the

5   papers and I've gone through the backups.  So I have a -- and

6   your papers put things in particular categories, so I have a

7   pretty good handle on all that.  So the argument that I -- that

8   has been made by the other side is one of duplication.  Right?

9   So it's too many people, too many duplicate entries.  Your

10  response, as I understand, was a couple of things, one of which

11  was that, you know, the definition of a meeting is more than

12  one person getting together.  So that's not really a valid

13  basis for an objection when you just have two folks.

14         So to make it more specific then, I think, as I read

15  the objection and put a little more nuance on it, it would be

16  the number of people on the engagement or the number of people

17  when you have multiple people, say, going to a court hearing or

18  multiple people at internal meetings, things of that sort, and

19  with the backdrop being the thirteen folks on the engagement.

20         So I think that's the issue.  So what can you tell me

21  on that?

22         MS. DANOVITCH:  So, Your Honor, GDR was careful in

23  staffing this matter.  The committee hired GDR for its team

24  members' diverse skill sets.  Among those, the financial

25  advisory side of things.  Then there was the investigative

1   side, the asset tracing side.  And each member of the team, as

2   GDR staff did, had a different role to play, whether that was

3   the specific skill set that sort of spoke to that role, whether

4   it was, you know, the advisory side or the investigation side

5   levels of seniority.  And then similarly, different folks were

6   responsible for different work streams.

7          So from, like, the most zoomed out perspective, that's

8   how GDR staffed the matter itself.  With respect to specific

9   meetings, GDR was careful to always ensure that the least

10  amount of GDR timekeepers attended a meeting that would

11  actually be able to speak to what was at issue at a particular

12  meeting or, you know, for example, at committee calls would be

13  able to speak to committee questions, advise the committee so

14  that the committee could carry out its fiduciary duties, and

15  likewise, if there were follow ups, you know, who on the team

16  was responsible for overseeing case strategy.  You know, the

17  most senior members of the team would be present at those

18  meetings so that they would be able to, you know, speak to

19  questions and also attend to follow up issues and staff, you

20  know, follow up matters appropriately.

21          And I can speak to some of the more specific meetings

22  if that's helpful.

23          THE COURT:  I didn't think there was a particular one

24  that stood out.  I think there were some that were -- I mean,

25  there was a long -- in the opposition, there's a long list, but

**RUDOLPH W. GIULIANI**

1   I think the ones that were, as I understand it, there were

2   meetings with Akin, there were meetings with the actual

3   committee itself, and then there were internal meetings, and

4   then there were also folks attending court hearings.  So that's

5   how I sort of generally broke it down.

6          So you know, however, if you have any particular

7   things you wanted to address in that context.

8          MS. DANOVITCH:  So I think with respect to the

9   committee meetings, it was always the most senior folks that

10  were on the calls.  Similarly, with the Akin team meetings,

11  those again were, you know -- it was, you know, particularly

12  the GDR timekeeper who was responsible for financial advisory

13  matters.  She was often on calls to be able to, you know, speak

14  with Akin attorneys about, you know, filings, financial, you

15  know, documents we'd received from the debtor.

16         Likewise, the same sort of senior management of the

17  team who were present on committee calls were likewise present

18  on Akin calls, again, to be able to speak to case strategy,

19  direction, those sorts of items.  Within the GDR internal team

20  meetings, those were frequently attended by the folks that were

21  responsible for different work streams.  And so you know, one

22  member of the team who would be responsible for, for example,

23  like investigative work, drafting investigative reports, those

24  folks would have to report on what they were finding, what they

25  were looking into to the rest of the team so that they were

1   able to stay aligned with, you know, someone on the other side

2   of the shop who was working on forensic financial advisory,

3   looking at all of the documents.  It was just required for

4   coordination to make sure that the whole team was on the same

5   page.

6          And GDR made sure to keep those meetings to the folks

7   that were speaking to particular issues.

8          THE COURT:  All right.  I did have one question.  I

9   did see there was --

10          MS. SCHWARTZ:  Your Honor?  Your Honor, this is Andrea

11   Schwartz.  I might be able to provide some --

12          THE COURT:  I can't -- no.  I can't hear from more

13   than one person at a time, so I will get to everybody.  But I

14   need to hear first from one person, then I'll go right down the

15   list.  So  --

16          MS. SCHWARTZ:  That's okay, Judge.  I was just -- I

17   didn't know if you were going to go issue by issue, that's all.

18          THE COURT:  No, no.  I'm not.

19          So counsel, I did have one question for you --

20          MS. SCHWARTZ:  Sorry about that.

21          THE COURT:  -- about one of the tasks.  It talks about

22   report writing and development of briefing products.  And

23   there's some 101 hours on that.  And so drafting investigative

24   reports, obviously I'm just hoping you could put that in

25   context what that is.  Obviously, there's financial forensic

1   analysis, as well as sort of open source work done.  I get all

2   that.  That's pretty -- you don't have to be a rocket scientist

3   to trace what that looks like.

4          So my question is for you, with the reporting that's

5   being done to the committee, to Akin, what is the report

6   writing and development of briefing products?  Can you give

7   some context for that?

8          MS. DANOVITCH:  Sure.  So maybe taking just one step

9   back for a moment, Your Honor.  A lot of the investigative work

10  that GDR had to do in the first instance was necessitated by

11  the fact that the committee was not receiving transparency from

12  the debtor.  The debtor was not forthcoming.  I will step away

13  from the history, but so a lot of the --

14         THE COURT:  Yeah, yeah.  No, no.  I get that and that,

15  again, looking at the tasks that are identified -- and give me

16  a second here to find.  There's some charts, various charts,

17  some of which I have flags on, some of which I mistakenly

18  don't.  But certainly when you're talking about the financial

19  forensic analysis and sort of the open source stuff, that's

20  pretty obvious to understand what that is, particularly in the

21  context of this case, where so much of the case was about a

22  lack of transparency by the debtor into the debtor's affairs.

23         So financial forensic analysis, I get that and also I

24  think there's something called open source work, meaning just

25  trying to find information about the debtor's assets from

1   wherever you can find it.  So those -- open source research, I

2   get those, but I'm just -- so but the report writing and

3   development of briefing products is less obvious to me what

4   that is.  So some context would be helpful.

5          MS. DANOVITCH:  Yes, of course.  Right.  And so that

6   context is that was the information that GDR was compiling and

7   then compiling that -- taking that information from the

8   research efforts, from the investigative efforts, that was what

9   was being compiled into comprehensive reports to be able to

10  keep track of what GDR was looking into, what sources of

11  information that they had found that would help progress GDR's

12  efforts as part of their investigative mandate.

13          So these were summary reports that put together the

14  information that was --

15          THE COURT:  So you're memorializing the information --

16          MS. DANOVITCH:  Exactly.  That's right.

17          THE COURT:  -- that's been gathered.  All right.  I

18  got it.  All right.

19          Counsel, anything else you want to tell me?

20          MS. DANOVITCH:  I think the only other point that I

21  would highlight just with respect to the amounts that GDR is

22  now seeking.

23          So as was previewed and you know, as Ms. Schwartz will

24  speak to as well, GDR engaged in very constructive discussions

25  with Ms. Schwartz to resolve the United States Trustee's

1   comments to GDR final fee application.  GDR thanks Ms. Schwartz

2   for all of her efforts.

3          The fee reduction that GDR has agreed to with Ms.

4   Schwartz was a total reduction of $8,801.69.  That's across

5   both the fees and expenses.

6          THE COURT:  Got it.

7          MS. DANOVITCH:  And then the total new requested

8   amount is $322,896.35, which reflects the agreement to

9   voluntary reductions reached with the United States Trustee's

10  Office.

11         So I think that's the only other point I would --

12         THE COURT:  All right.  Thank you very much.

13         And with that, I think it makes sense here from the

14  U.S. Trustee's Office and then have the debtor respond to

15  whatever's been said.

16         So Ms. Schwartz, you're up.

17         MS. SCHWARTZ:  Thank you, Your Honor.  I apologize for

18  jumping in.

19         THE COURT:  No, that's fine.  It's one of the hazards

20  of Zoom hearings.  It's fine.  No worries.

21         MS. SCHWARTZ:  Yeah, I just -- I just thought I was --

22  as you were asking the questions that you were asking, many of

23  those questions were things that I had conversations with the

24  actual GDR professionals about.

25         So with respect to the number of meetings and you

**RUDOLPH W. GIULIANI**

17

1    know, the number of people at meetings and then meetings with

2    Akin, meetings with the committee, et cetera, et cetera, we

3    talked about that at great length, and it was helpful, Your

4    Honor, because it -- you know, as you might recall from this

5    engagement, first of all, the rates are below many of the rates

6    we see for financial advisors that come across cases,

7    especially big cases or high profile cases.

8           But the type of work they do is a little different.

9    You know, it's really investigative financial advisory based on

10   sources that some of which couldn't be disclosed and so forth.

11   So the time records were not that detailed to be able to

12   determine why are they having all these meetings and so forth.

13          So I think Your Honor was spot on in asking those

14   questions.  And I went through those with Erik Laykin, the CEO,

15   and his colleague Brian Ebert, and they explained many of the

16   things that you just heard from counsel for the committee.

17          I will say, Your Honor, that part of the reduction of

18   the fees is that they did reduce the fees for one professional,

19   Peter Orfanos (ph.), for 5.5 hours taking off approximately

20   1,500 dollars.

21          It's hard, Your Honor, when one is reviewing the fees

22   to know specifically what all the conversations were and so

23   forth.  But I can say, Your Honor, from, you know, dealing with

24   a lot of professionals for committees, it's a fact of that

25   practice that there are a lot of meetings.  There are meetings

1  where they have -- just with the committee, there are meetings

2  just with the committee's advisors.  So I actually thought that

3  the amount of time and the people that were attending was

4  reasonable.  Their time records were a bit vague, but this is

5  really the first time they were submitting an application here.

6          So I do what I normally do.  I kind of, you know, give

7  them guidance on how to write better time records.  And if we

8  were to go to a second application, then it would be more -- we

9  would be more critical of that.

10         So but I will say that I had two very long

11  conversations with the principals, if it gives the Court any

12  comfort going over all those meetings.

13         The other thing I want to mention is that the time

14  that was spent on fee application preparation, I felt was not

15  reasonable.  They reduced their hours by twenty-two hours of

16  that time.  Again, the number might not sound that big, which

17  is 6,000, you know, 6,000 dollars, but it's --

18         THE COURT:  Twenty-two hours of fifty-seven hours.  So

19  it's significant.

20         MR. BERGER:  Yeah.

21         MS. SCHWARTZ:  And also their rates are low.  So

22  that's why the dollar amount doesn't sound as great.

23         In addition, I reviewed all their expense receipts.

24  They were very cooperative, submitted all their expense

25  receipts, and they agreed learning, you know, the guidelines

1   that our Court has put forth to make certain reductions.  They

2   made reductions for taxis and Ubers.  They reduced the meals to

3   20 dollars a meal.  They reduced the airfare to coach, you

4   know, the types of things that we normally request.

5          So with those reductions and based on their

6   conversations that I had with him -- them and their rates, I

7   think that the ultimate request is reasonable and the work that

8   they did provide.

9          THE COURT:  All right.  Thank you very much.  And with

10  that, let me hear from debtor's counsel.

11         MR. BERGER:  Sure.  Thank you, Your Honor.

12         MS. SCHWARTZ:  Judge.  Judge, I'm sorry.

13         THE COURT:  Yeah.

14         MS. SCHWARTZ:  Just one last thing I wanted to raise.

15         You know, this case got cut off short in a way, if you

16  will.  You know, we didn't get to the -- more parts of

17  discovery of assets or pursuing assets or more hearings on

18  that.

19         And one of the factors that I took into consideration

20  while I was reviewing the fees is the principle that, you know,

21  you have to look at what the professionals did at the time that

22  they were doing it and why they were doing it, not whether it

23  led to, you know, actually securing additional assets for the

24  estate and so forth.  So I just wanted the Court to know that

25  that was the prism that I looked at the fees in.

1    THE COURT:  All right.  And that, I think, is the

2    correct way to look at them, because you can't use hindsight.

3    Hindsight is always 20/20 and no one knows how things are going

4    to unfold.

5    So with that, Mr. Berger.

6    MR. BERGER:  Sure.  Good afternoon, Your Honor.  Heath

7    Berger of Berger Fischoff Shumer, attorneys for the debtor.

8    Your Honor, I'm not a big fan, and my partner is not a

9    big fan of objecting to people's fees.  You know, we're all

10   professionals.  We all want to get paid for our work.  So this

11   is actually something that we usually don't do in cases.

12   However, when we did receive the fee app, we saw that

13   there was almost, you know, 1,200 hours billed, and we started

14   to look into it a little bit further and doing a little bit

15   deeper dive.  We had a lot of issues and questions concerning

16   some of the timing, some of the meetings, some of the just

17   duplicative billing, some of the excessive billing, which we

18   kind of laid out in our papers for Your Honor.

19   I mean, I understand Ms. Schwartz indicated that she

20   was able to get some greater details pursuant to her

21   conversations, which we weren't privy to.  But, Your Honor, I

22   do think if you start looking at all the hours billed, some of

23   the overlap, some of the duplicity of it, I do believe it's

24   excessive.  I think the Court needs to look at it.  It does

25   need to kind of reduce down what's owed, whether it's to what

1  we're asking or some number less.

2         We -- I just believe, Your Honor, based upon the hours

3  worked, it just seems excessive.  And we just, again, rely on

4  the papers, rely on everything that we laid out to the Court

5  and have the Court render a decision in regard to the

6  appropriate fees.

7         THE COURT:  All right.  Thank you very much.

8         All right.  So I will reduce the fees, but by a much

9  smaller amount than is requested.

10        So I think there are a couple of things that guide the

11 decision of where I ended up.  One is there was an alarming and

12 inappropriate lack of financial transparency by the debtor,

13 which led to the need for not only this work, but an extensive

14 amount of work, much higher than normal amount of this work.

15 And that's the context in which I asked about the report

16 writing and development of briefing products, because I wanted

17 to make sure I connected the dots correctly.

18        I recognize that in the Court, we didn't necessarily

19 see a lot of this work product because the case was dismissed.

20 But that's certainly and, in fact, the committee had suggested

21 that the case go with it.  There was suggestions by various

22 parties about it -- a Trustee or about a Chapter 7.  And so the

23 whole idea would be to figure out what the financial

24 circumstances are.  So I'm very aware of that.  And again

25 hindsight is 2020, but it is not the appropriate way to view a

**RUDOLPH W. GIULIANI**

22

1  fee request like this, particularly in a case like this.

2          I also recognize in reaching my conclusion that

3  there's a blended rate here.  And so it is part of the

4  engagement.  Right?  So it doesn't absolve any and all issues,

5  but it has to be understood -- it's the context in which the

6  request has to be understood.  So if you look, for example, at

7  the compensation by timekeeper chart in the application at

8  Docket 310 and you look at page 24 -- I'm sorry, 23 of 64, it

9  goes through the -- each of the individuals, the normal hourly

10 billing rate, the total amount billed, and the total

11 compensation.  And it essentially has two grand total numbers,

12 one of which is what the number would be without the blended

13 billing rate and what the number is with the blended billing

14 rate.

15         And it's basically half with the blended billing rate.

16 So that's relevant in considering the request here.

17         I appreciate the explanation about the different

18 skillsets, which necessitates different people doing different

19 things.  And again, this case presented different challenges

20 than a lot of cases because of the lack of financial

21 transparency.  And so need I remind folks, people showed up for

22 hearings and there were oftentimes where things were said, Your

23 Honor, we just found out X or somebody on the other side of the

24 courtroom has just told me Y.  This is the first we're hearing

25 of it.  I mean, that was a constant issue in the case.

1          So I do appreciate the conversations between the firm

2    and the United States Trustee's Office in considering the

3    application.  That's very appropriate and very helpful.  And it

4    sounds like all folks were focusing on the issues we're talking

5    about here.

6          All that said, I do find a slight reduction to be

7    appropriate.  And I'll sort of just -- I frankly am loathe to

8    criticize.  I'm not criticizing the work.  The work was vitally

9    important.  I'm trying to put on my first guess hat and sort of

10   the biggest number that pops out to me is the thirteen people

11   on the engagement.  That's a lot of folks.  And that leads to

12   the need to include more folks, and that sort of just builds on

13   itself.

14         And again, I know there are times -- there's junior

15   folks and there are senior folks, and that all is tied in with

16   the blended billing rate.  I get that, but that's a lot of

17   folks on an engagement.

18         And so I think it's the kind of thing that drives

19   particularly internal meetings and the number of hours there,

20   which is over one hundred hours, I think it's 112.5.

21         So and that also, I think, just drives the number of

22   people, whether it's coming to court with three or four people

23   coming to court for things or whether it's driving the number

24   of people who are meeting with the Akin, the weekly

25   coordination meetings, and then the weekly meetings with the

1  committee itself.

2          And so all that said, I think the U.S. Trustee's

3  Office had a reduction of somewhere in the two percent, 2.3%

4  range.  And I end up -- I think five percent is maybe not -- is

5  in the ballpark.  Ten percent is clearly, I think, in my view,

6  too high.  So I end up with a number of 7.5 percent reduction

7  on the original number.  That's including the U.S. Trustee fee

8  reduction.

9          And so that number, as I calculated it on my back of

10 the envelope off the fees of $331,698.04 would be some

11 $24,877.35.  But that's all subject to you confirming my math.

12 I don't claim to have a monopoly on wisdom.  And so that, I

13 think, is more than appropriate.  And frankly, it's erring on

14 the side of caution because I have no problem with the fact

15 that the committee had to hire a professional who is going to

16 have -- need to be aggressive and have extensive work to -- to

17 do the work that needed to be done in this case.

18          So my thing is just driven by number of people and

19 that's a sort of a classic bankruptcy judge way of looking at

20 these things in terms of thinking about it in the moment rather

21 than afterwards.  And I do appreciate counsel's explanation --

22 additional explanation about how the teams work, the different

23 skill sets.  I appreciate the blended rate.  And I appreciate,

24 again, the conversations that came before getting here today.

25          So that's my ruling.  So again, that number, the

 1   24,000 dollars is -- includes the U.S. Trustee fees.  So it's

 2   the total off the -- it's off the total.  And so -- and so

 3   whatever the 7.5 number is, I'd like to think my math is, if

 4   not right, than close, but you all will double check me on

 5   that.

 6           And -- but again, I, appreciate the engagement.  Was a

 7   significant one and an important one.  So with that, those are

 8   the only comments I had.  I don't like to be here on

 9   professional fee requests either, frankly.  I think folks try

10   to work these things out ahead of time.  I recognize in this

11   case, you went as far as you could go.  And so I appreciate

12   that effort.  And --

13           MS. SCHWARTZ:  Your Honor, I have a question for you.

14           THE COURT:  Yeah.

15           MS. SCHWARTZ:  Okay.  So what I would suggest, I know

16   you aggregated the reductions of the U.S. Trustee, but our

17   reductions were approximately --

18           THE COURT:  Well, I had them for --

19           MS. SCHWARTZ:  -- 6,000 on fees and -- or

20   approximately 6,500 on fees and 1,000 on expenses.  I'm not --

21   don't hold me to that.  I'm just going roughly.

22           THE COURT:  Well, it doesn't really -- it doesn't

23   really matter.  My number is my number off the fee number.  And

24   so it --

25           MS. SCHWARTZ:  Okay.

**RUDOLPH W. GIULIANI**

26

1    THE COURT:  I'm not double counting any number that

2    the U.S. Trustee's Office because I conducted my own --

3    MS. SCHWARTZ:  I understand that.  No, no, no.

4    THE COURT:  I conducted my own I conducted my own

5    independent review as I'm supposed to do.

6    MS. SCHWARTZ:  Right.

7    THE COURT:  And so I'll leave it to you all to

8    reconcile the math as you deem appropriate.

9    MS. SCHWARTZ:  Okay.  I just -- it was only a

10   recording question that I had.  That that was why I was asking.

11   I fully understood that the aggregate of the 24,000 would

12   subtract the aggregate of what the U.S. Trustee and the GDR had

13   voluntarily agreed to reduce.

14   THE COURT:  I'm looking at fees.  That's what I'm

15   looking at.  And the expenses, I'm not monkeying with the

16   expenses and the expense reduction that you all worked out.  So

17   thank you for pointing that out.  I want to be a little more

18   clear on that.

19   All right.  Any other questions or comments?

20   All right.  I appreciate you all being here in person,

21   and I hope you enjoy the fine City of White Plains.  There are

22   numerous lunch opportunities if you want to do that before you

23   jump back on the train to wherever you're going.  But with

24   that, the Court is adjourned.  Thank you so much.

25   MR. BERGER:  Thank you very much, Your Honor.

**RUDOLPH W. GIULIANI**

27

1        MS. SCHWARTZ:  Thank you, Your Honor.

2        THE COURT:  And thank you for coming in person.  I

3   never quite know the genesis of all that, but I leave that to

4   you all.  And have yourself a wonderful afternoon.

5        (Whereupon these proceedings were concluded at 12:37 PM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

1

2                          I N D E X

3   RULINGS:                                    PAGE    LINE

4   Doc. # 310 Application For Final             21       8

5   Professional Compensation / Final Fee

6   Application Of Global Data Risk LLC,

7   Specialized Forensic Financial Advisor

8   To The Official Committee Of Unsecured

9   Creditors For The Period From February

10  9, 2024 Through July 11, 2024 For

11  Global Data Risk LLC, Other

12  Professional, Period: 2/9/2024 To

13  7/11/2024, Fee: $324,843.75, Expenses:

14  $6,854.29

15

16  Doc. #317 Emergency Motion To Approve         8       7

17  /Emergency Motion Of Global Data Risk

18  LLC For Leave To File A Late Reply To

19  The Debtor's Opposition To The Final

20  Fee Application Of Global Data Risk

21  LLC, Specialized Forensic Financial

22  Advisor To The Official Committee Of

23  Unsecured Creditors For The Period

24  From February 9, 2024 Through July 11,

25  2024

29

1

2                     C E R T I F I C A T I O N

3

4    I, Jamie Gallagher, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8

9    _____

10   Jamie Gallagher (CET-1243)

11   AAERT Certified Electronic Transcriber

12

13   eScribers

14   7227 North 16th Street, Suite #207

15   Phoenix, AZ 85020

16

17   Date:  September 25, 2024

18

19

20

21

22

23

24

25

## $

**$24,877.35 (1)**
24:11
**$322,896.35 (1)**
16:8
**$331,698.04 (2)**
8:18;24:10
**$8,801.69 (1)**
16:4

## A

**Aaron (1)**
7:22
**ABID (2)**
5:8;7:3
**able (10)**
11:11,13,18;12:13,
18;13:1,11;15:9;
17:11;20:20
**absolve (1)**
22:4
**accordance (1)**
9:15
**across (2)**
16:4;17:6
**actual (2)**
12:2;16:24
**actually (5)**
6:11;11:11;18:2;
19:23;20:11
**addition (1)**
18:23
**additional (3)**
9:20;19:23;24:22
**address (2)**
6:13;12:7
**adjourned (1)**
26:24
**advise (2)**
9:23;11:13
**advisor (1)**
8:3
**advisors (2)**
17:6;18:2
**advisory (6)**
9:14;10:25;11:4;
12:12;13:2;17:9
**affairs (1)**
14:22
**afternoon (4)**
7:16,22;20:6;27:4
**afterwards (1)**
24:21
**again (13)**
8:22;9:6;12:11,18;
14:15;18:16;21:3,24;
22:19;23:14;24:24,
25;25:6
**aggregate (2)**
26:11,12

**aggregated (1)**
25:16
**aggressive (1)**
24:16
**agreed (3)**
16:3;18:25;26:13
**agreement (1)**
16:8
**ahead (1)**
25:10
**airfare (1)**
19:3
**AKIN (12)**
5:2,10;7:2;9:7;
10:2;12:2,10,14,18;
14:5;17:2;23:24
**alarming (1)**
21:11
**aligned (1)**
13:1
**allowance (1)**
9:9
**almost (1)**
20:13
**always (3)**
11:9;12:9;20:3
**AMELIA (3)**
5:7;7:1;9:7
**among (2)**
9:25;10:24
**amount (8)**
11:10;16:8;18:3,22;
21:9,14,14;22:10
**amounts (1)**
15:21
**analysis (3)**
14:1,19,23
**analyzed (1)**
9:22
**ANDREA (3)**
5:23;7:13;13:10
**apologies (1)**
6:9
**apologize (1)**
16:17
**app (1)**
20:12
**appearance (3)**
7:8,12,21
**appearances (1)**
6:17
**APPEARING (1)**
6:2
**application (10)**
8:1,16,17;9:8;16:1;
18:5,8,14;22:7;23:3
**appreciate (9)**
6:10;22:17;23:1;
24:21,23,23;25:6,11;
26:20
**appropriate (6)**
21:6,25;23:3,7;
24:13;26:8

**appropriately (1)**
11:20
**approval (1)**
9:9
**approve (1)**
8:7
**approximately (3)**
17:19;25:17,20
**argument (1)**
10:7
**ArShaye (1)**
7:24
**asset (2)**
9:14;11:1
**assets (6)**
9:20,24;14:25;
19:17,17,23
**attend (1)**
11:19
**attended (2)**
11:10;12:20
**attending (2)**
12:4;18:3
**attorney (1)**
6:21
**Attorneys (6)**
5:3,11,19;10:3;
12:14;20:7
**aware (1)**
21:24
**away (8)**
14:12

## B

**back (4)**
10:4;14:9;24:9;
26:23
**backdrop (1)**
10:19
**backups (1)**
10:5
**BAHAM (2)**
5:16;7:4
**ballpark (1)**
24:5
**bankruptcy (1)**
24:19
**base (1)**
8:22
**based (3)**
17:9;19:5;21:2
**basically (1)**
22:15
**basis (1)**
10:13
**belatedly (1)**
6:8
**below (1)**
17:5
**BERGER (10)**
6:19,20,20;18:20;
19:11;20:5,6,7,7;

26:25
**better (1)**
18:7
**BIBLO (2)**
5:15;7:3
**bidding (1)**
8:17
**big (4)**
17:7;18:16;20:8,9
**biggest (1)**
23:10
**billed (3)**
20:13,22;22:10
**billing (7)**
20:17,17;22:10,13,
13,15;23:16
**bit (3)**
18:4;20:14,14
**blended (6)**
22:3,12,13,15;
23:16;24:23
**BLOCK (2)**
5:15;7:3
**both (1)**
16:5
**Bowling (1)**
5:20
**Brian (1)**
17:15
**briefing (4)**
13:22;14:6;15:3;
21:16
**briefly (1)**
9:2
**broke (1)**
12:5
**Bryant (1)**
5:4
**builds (1)**
23:12

## C

**calculated (1)**
24:9
**calendar (1)**
6:9
**called (1)**
14:24
**calls (5)**
11:12;12:10,13,17,
18
**came (1)**
24:24
**can (8)**
7:15;8:8,12;10:20;
11:21;14:6;15:1;
17:23
**careful (2)**
10:22;11:9
**carry (1)**
11:14
**case (16)**

**6:11;9:12,15,22;**
11:16;12:18;14:21,
21;19:15;21:19,21;
22:1,19,25;24:17;
25:11
**cases (5)**
17:6,7,7;20:11;
22:20
**categories (1)**
10:6
**caution (1)**
24:14
**CEO (2)**
7:6;17:14
**certain (1)**
19:1
**certainly (2)**
14:18;21:20
**cetera (2)**
17:2,2
**challenges (1)**
22:19
**change (1)**
8:23
**Chapter (2)**
6:11;21:22
**chart (1)**
22:7
**charts (2)**
14:16,16
**check (1)**
25:4
**circumstance (1)**
8:11
**circumstances (1)**
21:24
**City (1)**
26:21
**claim (1)**
24:12
**classic (1)**
24:19
**clear (1)**
26:18
**clearly (1)**
24:5
**Close (2)**
8:21;25:4
**coach (1)**
19:3
**colleague (1)**
17:15
**colleagues (1)**
7:3
**comfort (1)**
18:12
**coming (3)**
23:22,23;27:2
**comments (3)**
16:1;25:8;26:19
**Committee (23)**
5:3,11;6:14;8:3;
9:10,13,24;10:23;

11:12,13,13,14;12:3,
9,17;14:5,11;17:2,16;
18:1;21:20;24:1,15
**committees (1)**
17:24
**committee's (1)**
18:2
**company (1)**
7:6
**compensation (4)**
8:2;9:10;22:7,11
**compiled (1)**
15:9
**compiling (2)**
15:6,7
**comprehensive (1)**
15:9
**concerning (1)**
20:15
**concluded (1)**
27:5
**conclusion (1)**
22:2
**conducted (5)**
9:17;10:2;26:2,4,4
**confirming (1)**
24:11
**connected (1)**
21:17
**connection (1)**
9:20
**consideration (1)**
19:19
**considering (2)**
22:16;23:2
**constant (1)**
22:25
**constructive (1)**
15:24
**consultation (1)**
8:19
**context (8)**
12:7;13:25;14:7,21;
15:4,6;21:15;22:5
**conversations (7)**
16:23;17:22;18:11;
19:6;20:21;23:1;
24:24
**cooperative (1)**
18:24
**coordination (2)**
13:4;23:25
**correctly (1)**
21:17
**counsel (5)**
6:18;13:19;15:19;
17:16;19:10
**counsel's (1)**
24:21
**counting (1)**
26:1
**couple (2)**
10:10;21:10

**course (1)**
15:5
**COURT (44)**
6:8,12,24;7:7,15,19,
25;10:4,17;11:23;
12:4;13:8,12,18,21;
14:14;15:15,17;16:6,
12,19;18:11,18;19:1,
9,13,24;20:1,24;21:4,
5,7,18;23:22,23;
25:14,18,22;26:1,4,7,
14,24;27:2
**courtroom (5)**
6:15,17;7:6,8;22:24
**Creditors (4)**
5:3,11;7:23;8:3
**critical (1)**
18:9
**criticize (1)**
23:8
**criticizing (1)**
23:8
**cut (1)**
19:15

**D**

**Dallas (1)**
5:13
**DANOVITCH (12)**
5:7;7:1,2;9:6,7;
10:22;12:8;14:8;15:5,
16,20;16:7
**Data (5)**
6:3,25;7:6;8:4;9:8
**dealing (1)**
17:23
**debtor (10)**
6:21;8:5,21;12:15;
14:12,12,22;16:14;
20:7;21:12
**debtors (1)**
9:23
**debtor's (7)**
6:18;9:12,18,24;
14:22,25;19:10
**decision (3)**
9:3;21:5,11
**deem (1)**
26:8
**deeper (1)**
20:15
**definition (1)**
10:11
**DEPARTMENT (1)**
5:18
**detailed (1)**
17:11
**details (1)**
20:20
**determine (1)**
17:12
**development (4)**

13:22;14:6;15:3;
21:16
**developments (1)**
9:1
**different (10)**
11:2,5,6;12:21;
17:8;22:17,18,18,19;
24:22
**direction (1)**
12:19
**disclosed (1)**
17:10
**discovery (1)**
19:17
**discussions (1)**
15:24
**dismissed (3)**
6:12;9:12;21:19
**dispense (1)**
8:8
**dive (1)**
20:15
**diverse (1)**
10:24
**Docket (3)**
9:9,17;22:8
**documents (3)**
9:23;12:15;13:3
**dollar (1)**
18:22
**dollars (6)**
8:20,24;17:20;
18:17;19:3;25:1
**done (3)**
14:1,5;24:17
**dots (1)**
21:17
**double (1)**
25:4;26:1
**down (3)**
12:5;13:14;20:25
**drafted (1)**
9:19
**drafting (2)**
12:23;13:23
**driven (1)**
24:18
**drives (2)**
23:18,21
**driving (1)**
23:23
**duplicate (1)**
10:9
**duplication (1)**
10:8
**duplicative (1)**
20:17
**duplicity (1)**
20:23
**During (1)**
9:13
**duties (1)**
11:14

13:22;14:6;15:3;

**E**

**easily (2)**
7:15;8:8
**Ebert (1)**
17:15
**effort (1)**
25:12
**efforts (6)**
9:20;10:1;15:8,8,
12;16:2
**either (1)**
25:9
**else (4)**
7:8,20,25;15:19
**end (2)**
24:4,6
**ended (1)**
21:11
**engaged (1)**
15:24
**engagement (7)**
10:16,19;17:5;22:4;
23:11,17;25:6
**enjoy (1)**
26:21
**enough (1)**
8:21
**ensure (1)**
11:9
**entries (1)**
10:9
**envelope (1)**
24:10
**ERIK (3)**
6:3;7:5;17:14
**erring (1)**
24:13
**especially (1)**
17:7
**ESQ (5)**
5:7,8,15,16,23
**essentially (2)**
8:7;22:11
**estate (1)**
19:24
**et (2)**
17:2,2
**everybody (1)**
13:13
**everybody's (2)**
6:10;8:13
**Exactly (1)**
15:16
**example (1)**
11:12;12:22;22:6
**excessive (3)**
20:17,24;21:3
**expense (3)**
18:23,24;26:16
**expenses (4)**
16:5;25:20;26:15,

16
**explained (1)**
17:15
**explanation (3)**
22:17;24:21,22
**extensive (2)**
21:13;24:16

**F**

**fact (4)**
14:11;17:24;21:20;
24:14
**factors (1)**
19:19
**fan (2)**
20:8,9
**far (2)**
25:11
**Farr (1)**
7:23
**February (1)**
9:11
**fee (10)**
9:8,13;16:1,3;
18:14;20:12;22:1;
24:7;25:9,23
**fees (16)**
6:13;8:23;16:5;
17:18,18,21;19:20,25;
20:9;21:6,8;24:10;
25:1,19,20;26:14
**FELD (4)**
5:2,10;7:2;9:7
**felt (1)**
18:14
**fiduciary (1)**
11:14
**Field (1)**
5:12
**fifty-seven (1)**
18:18
**figure (1)**
21:23
**filed (1)**
9:1
**filings (2)**
9:23;12:14
**final (4)**
8:2;9:8;9:16:1
**financial (16)**
8:2;9:14,18,23;
10:24;12:12,14;13:2,
25;14:18,23;17:6,9;
21:12,23;22:20
**find (4)**
14:16,25;15:1;23:6
**finding (1)**
12:24
**fine (3)**
16:19,20;26:21
**firm (1)**
23:1

23-12055-shl    Doc 322    Filed 09/25/24    Entered 10/11/24 15:17:05    Main Document
In the Matter of Rudolph Guiliani
Pg 32 of 35

September 24, 2024

**first (6)**
  13:14;14:10;17:5;
  18:5;22:24;23:9
**Fischoff (4)**
  6:20,22,23;20:7
**five (1)**
  24:4
**flags (1)**
  14:17
**focusing (1)**
  23:4
**folks (19)**
  6:9,24;7:10;10:13,
  19;11:5;12:4,9,20,24;
  13:6;22:21;23:4,11,
  12,15,15,17;25:9
**follow (3)**
  11:15,19,20
**forensic (6)**
  8:2;9:14;13:2,25;
  14:19,23
**forgiven (1)**
  7:15
**forth (6)**
  9:16;17:10,12,23;
  19:1,24
**forthcoming (1)**
  14:12
**found (2)**
  15:11;22:23
**four (1)**
  23:22
**Frankly (4)**
  8:8;23:7;24:13;
  25:9
**Freeman (1)**
  7:23
**frequently (1)**
  12:20
**front (1)**
  8:1
**fully (1)**
  26:11
**further (1)**
  20:14
**furtherance (1)**
  10:1

**G**

**Gallagher (1)**
  7:23
**Gary (1)**
  6:22
**gathered (1)**
  15:17
**GDR (25)**
  9:11,13,16,17,22;
  10:1,22,23;11:2,8,9,
  10;12:12,19;13:6;
  14:10;15:6,10,21,24;
  16:1,1,3,24;26:12
**GDR's (3)**

**9:15,20;15:11**
**generally (1)**
  12:5
**genesis (1)**
  27:3
**Giuliani (1)**
  6:11
**gives (1)**
  18:11
**Global (5)**
  6:3,25;7:6;8:4;9:8
**goes (1)**
  22:9
**Good (10)**
  6:19,23,24;7:1,7,13,
  22,25;10:7;20:6
**Goodman (1)**
  6:20
**grand (1)**
  22:11
**grant (1)**
  8:11
**great (2)**
  17:3;18:22
**greater (1)**
  20:20
**Green (1)**
  5:20
**guess (1)**
  23:9
**guidance (1)**
  18:7
**guide (1)**
  21:10
**guidelines (1)**
  18:25
**GUMP (5)**
  5:2,10;7:2;9:7;10:2

**H**

**half (1)**
  22:15
**handle (2)**
  8:9;10:7
**happy (2)**
  8:11,25
**hard (1)**
  17:21
**hat (1)**
  23:9
**HAUER (4)**
  5:2,10;7:2;9:7
**hazards (1)**
  16:19
**hear (6)**
  8:25;9:2,4;13:12,
  14;19:10
**heard (1)**
  17:16
**hearing (2)**
  10:17;22:24
**hearings (4)**

**12:4;16:20;19:17;**
  22:22
**Heath (2)**
  6:19;20:6
**help (1)**
  15:11
**helpful (4)**
  11:22;15:4;17:3;
  23:3
**high (2)**
  17:7;24:6
**higher (1)**
  21:14
**highlight (1)**
  15:21
**hindsight (3)**
  20:2,3;21:25
**hire (1)**
  24:15
**hired (2)**
  6:13;10:23
**historical (1)**
  9:18
**history (3)**
  8:14,15;14:13
**hold (1)**
  25:21
**holistically (1)**
  8:10
**Honor (27)**
  6:19,23;7:1,5,13,
  22;9:6;10:22;13:10,
  10;14:9;16:17;17:4,
  13,17,21,23;19:11;
  20:6,8,18,21;21:2;
  22:23;25:13;26:25;
  27:1
**hope (1)**
  26:21
**hoping (1)**
  13:24
**hourly (1)**
  22:9
**hours (11)**
  13:23;17:19;18:15,
  15,18,18;20:13,22;
  21:2;23:19,20
**hundred (1)**
  23:20

**I**

**idea (1)**
  21:23
**identified (1)**
  14:15
**important (2)**
  23:9;25:7
**inappropriate (1)**
  21:12
**include (1)**
  23:12
**includes (1)**

**25:1**
**including (1)**
  24:7
**income (2)**
  9:21,24
**independent (1)**
  26:5
**indicated (1)**
  20:19
**individuals (1)**
  22:9
**information (6)**
  14:25;15:6,7,11,14,
  15
**instance (1)**
  14:10
**interim (1)**
  10:2
**internal (5)**
  10:2,18;12:3,19;
  23:19
**into (6)**
  12:25;14:22;15:9,
  10;19:19;20:14
**investigated (1)**
  9:18
**investigation (1)**
  11:4
**investigative (10)**
  9:14,19;10:25;
  12:23,23;13:23;14:9;
  15:8,12;17:9
**issue (5)**
  10:20;11:11;13:17,
  17;22:25
**issues (5)**
  11:19;13:7;20:15;
  22:4;23:4
**items (1)**
  12:19

**J**

**joined (1)**
  7:2
**Judge (4)**
  13:16;19:12,12;
  24:19
**July (1)**
  9:11
**jump (1)**
  26:23
**jumping (1)**
  16:18
**junior (1)**
  23:14
**jurisdiction (1)**
  6:12
**JUSTICE (1)**
  5:18

**K**

**keep (2)**
  13:6;15:10
**kind (4)**
  18:6;20:18,25;
  23:18
**knows (1)**
  20:3

**L**

**lack (3)**
  14:22;21:12;22:20
**laid (2)**
  20:18;21:4
**larger (1)**
  8:22
**last (1)**
  19:14
**late (2)**
  8:7,10
**LAYKIN (3)**
  6:3;7:5;17:14
**leads (1)**
  23:11
**learning (1)**
  18:25
**least (1)**
  11:9
**leave (3)**
  9:3;26:7;27:3
**led (2)**
  19:23;21:13
**length (1)**
  17:3
**less (2)**
  15:3;21:1
**levels (1)**
  11:5
**likewise (3)**
  11:15;12:16,17
**list (2)**
  11:25;13:15
**little (5)**
  10:15;17:8;20:14,
  14;26:17
**LLC (2)**
  6:25;8:4
**LLP (2)**
  5:2,10
**loathe (1)**
  23:7
**long (3)**
  11:25,25;18:10
**look (5)**
  19:21;20:2,14,24;
  22:6,8
**looked (1)**
  19:25
**looking (8)**
  12:25;13:3;14:15;
  15:10;20:22;24:19;
  26:14,15
**looks (1)**

23-12055-shl    Doc 322    Filed 09/25/24    Entered 10/11/24 15:17:05    Main Document
In the Matter of Rudolph Guiliani
Pg 33 of 35

September 24, 2024

14:3
**lot (10)**
8:14;14:9,13;17:24,
25;20:15;21:19;
22:20;23:11,16
**low (1)**
18:21
**lunch (1)**
26:22

## M

**makes (1)**
16:13
**management (1)**
12:16
**mandate (1)**
15:12
**many (5)**
10:9;9;16:22;17:5,
15
**math (3)**
24:11;25:3;26:8
**matter (3)**
10:23;11:8;25:23
**matters (2)**
11:20;12:13
**maybe (2)**
14:8;24:4
**meal (1)**
19:3
**meals (1)**
19:2
**mean (3)**
11:24;20:19;22:25
**meaning (1)**
14:24
**meeting (4)**
10:11;11:10,12;
23:24
**meetings (25)**
10:2,18;11:9,18,21;
12:2,2,3,9,10,20;13:6;
16:25;17:1,1,2,12,25,
25;18:1,12;20:16;
23:19,25,25
**member (2)**
11:1;12:22
**members (2)**
10:1;11:17
**members' (1)**
10:24
**memorializing (1)**
15:15
**mention (1)**
18:13
**merits (1)**
8:12
**met (1)**
10:2
**might (4)**
7:10;13:11;17:4;
18:16

**mistakenly (1)**
14:17
**moment (2)**
14:9;24:20
**monkeying (1)**
26:15
**monopoly (1)**
24:12
**more (12)**
10:11,14,15;11:21;
13:12;18:8,9;19:16,
17;23:12;24:13;26:17
**morning (7)**
6:19,23,24;7:1,13,
16,25
**Moss (1)**
7:24
**most (3)**
11:7,17;12:9
**motion (2)**
8:7,11
**movant (1)**
9:5
**much (9)**
8:21;14:21;16:12;
19:9;21:7,8,14;26:24,
25
**multiple (2)**
10:17,18

## N

**NATHAN (2)**
7:22,23
**necessarily (1)**
21:18
**necessitated (1)**
14:10
**necessitates (1)**
22:18
**need (8)**
8:14,15;13:14;
20:25;21:13;22:21;
23:12;24:16
**needed (1)**
24:17
**needs (2)**
7:8;20:24
**New (3)**
5:5,21;16:7
**normal (2)**
21:14;22:9
**normally (2)**
18:6;19:4
**nuance (1)**
10:15
**number (24)**
8:18,22;10:16,16;
16:25;17:1;18:16;
21:1;22:12,13;23:10,
19,21,23;24:6,7,9,18,
25;25:3,23,23;26:1
**numbers (1)**

22:11
**numerous (1)**
26:22
**NY (2)**
5:5,21

## O

**objecting (1)**
20:9
**objection (3)**
8:21;10:13,15
**obvious (2)**
14:20;15:3
**obviously (2)**
13:24,25
**o'clock (2)**
6:9,10
**off (7)**
8:22;17:19;19:15;
24:10;25:2,2,23
**Office (9)**
5:19;7:11;8:9,19;
16:10,14;23:2;24:3;
26:2
**Official (4)**
5:3,11;6:14;8:3
**often (1)**
12:13
**oftentimes (1)**
22:22
**One (24)**
5:4,20;10:8,10,12;
11:23;12:21;13:8,13,
14,19,21;14:8;16:19;
17:18,21;19:14,19;
20:3;21:11;22:12;
23:20;25:7,7
**ones (1)**
12:1
**only (5)**
15:20;16:11;21:13;
25:8;26:9
**open (5)**
9:17;14:1,19,24;
15:1
**opportunities (1)**
26:22
**opposition (2)**
8:5;11:25
**order (2)**
9:16,23
**Orfanos (1)**
17:19
**original (1)**
24:7
**Otherwise (1)**
9:1
**out (11)**
11:7,14,24;20:18;
21:4,23;22:23;23:10;
25:10;26:16,17
**over (2)**

18:12;23:20
**overlap (1)**
20:23
**overseeing (1)**
11:16
**owed (2)**
6:13;20:25
**own (3)**
26:2,4,4

## P

**page (2)**
13:5;22:8
**paid (1)**
20:10
**papers (6)**
8:13;9:1;10:5,6;
20:18;21:4
**Park (1)**
5:4
**part (3)**
15:12;17:17;22:3
**particular (5)**
10:6;11:11,23;12:6;
13:7
**particularly (4)**
12:11;14:20;22:1;
23:19
**parties (2)**
9:2;21:22
**partner (2)**
6:21;20:8
**parts (1)**
19:16
**party (1)**
9:5
**patience (1)**
6:10
**people (17)**
6:15,17;8:14;10:9,
16,16,17,18;17:1;
18:3;22:18,21;23:10,
22,22,24;24:18
**people's (1)**
20:9
**percent (5)**
8:20;24:3,4,5,6
**period (2)**
9:11,13
**person (5)**
10:12;13:13,14;
26:20;27:2
**perspective (1)**
11:7
**Peter (1)**
17:19
**ph (1)**
17:19
**Plains (1)**
26:21
**play (1)**
11:2

**PM (1)**
27:5
**point (2)**
15:20;16:11
**pointing (1)**
26:17
**pops (1)**
23:10
**post-petition (1)**
9:25
**practice (1)**
17:25
**pre (1)**
9:24
**precise (1)**
8:18
**preparation (1)**
18:14
**present (4)**
7:5;11:17;12:17,17
**presented (1)**
22:19
**pretty (3)**
10:7;14:2,20
**previewed (1)**
15:23
**principals (1)**
18:11
**principle (1)**
19:20
**prism (1)**
19:25
**privy (1)**
20:21
**problem (2)**
8:10;24:14
**proceedings (1)**
27:5
**product (1)**
21:19
**products (4)**
13:22;14:6;15:3;
21:16
**professional (4)**
8:2;17:18;24:15;
25:9
**professionals (5)**
6:13;16:24;17:24;
19:21;20:10
**profile (1)**
17:7
**progress (1)**
15:11
**provide (2)**
13:11;19:8
**provided (1)**
9:13
**pursuant (1)**
20:20
**pursuing (1)**
19:17
**put (6)**
10:6,15;13:24;

15:13;19:1;23:9

## Q

**quite (1)**
27:3
**QURESHI (2)**
5:8;7:3

## R

**RACHEL (2)**
5:15;7:3
**raise (1)**
19:14
**range (1)**
24:4
**rate (7)**
22:3,10,13,14,15;
23:16;24:23
**rates (4)**
17:5,5;18:21;19:6
**rather (1)**
24:20
**reached (1)**
16:9
**reaching (1)**
22:2
**read (3)**
8:13;10:4,14
**really (5)**
10:12;17:9;18:5;
25:22,23
**reasonable (3)**
18:4,15;19:7
**recall (1)**
17:4
**receipts (2)**
18:23,25
**receive (1)**
20:12
**received (1)**
12:15
**receiving (1)**
14:11
**recognize (3)**
21:18;22:2;25:10
**reconcile (1)**
26:8
**record (1)**
9:7
**recording (1)**
26:10
**records (4)**
9:19;17:11;18:4,7
**reduce (5)**
8:23;17:18;20:25;
21:8;26:13
**reduced (3)**
18:15;19:2,3
**reduction (10)**
8:20,22;16:3,4;
17:17;23:6;24:3,6,8;

26:16
**reductions (6)**
16:9;19:1,2,5;
25:16,17
**reflects (1)**
16:8
**regard (1)**
21:5
**regularly (1)**
10:1
**relevant (1)**
22:16
**rely (2)**
21:3,4
**remind (1)**
22:21
**render (1)**
21:5
**rendered (1)**
9:10
**reply (3)**
8:6,7,10
**report (5)**
12:24;13:22;14:5;
15:2;21:15
**reporting (1)**
14:4
**reports (5)**
9:19;12:23;13:24;
15:9,13
**request (7)**
8:5,23;19:4,7;22:1,
6,16
**requested (2)**
16:7;21:9
**requests (1)**
25:9
**required (1)**
13:3
**research (3)**
9:18;15:1,8
**resolve (1)**
15:25
**respect (4)**
11:8;12:8;15:21;
16:25
**respond (1)**
16:14
**response (1)**
10:10
**responsible (5)**
11:6,16;12:12,21,
22
**rest (1)**
12:25
**retained (2)**
6:12;9:11
**retention (2)**
9:16,16
**review (2)**
8:17;26:5
**reviewed (2)**
9:22;18:23

**reviewing (2)**
17:21;19:20
**revisit (1)**
8:15
**right (22)**
7:7,9,15,25;8:1;
10:8;13:8,14;15:5,16,
17,18;16:12;19:9;
20:1;21:7,8;22:4;
25:4;26:6,19,20
**Risk (4)**
6:3,25;7:6;8:4
**Risk's (1)**
9:8
**rocket (1)**
14:2
**role (2)**
11:2,3
**roughly (2)**
8:20;25:21
**Ruby (1)**
7:23
**Rudolph (1)**
6:11
**ruling (1)**
24:25

## S

**SAMANTHA (2)**
5:16;7:4
**same (2)**
12:16;13:4
**saw (1)**
20:12
**saying (1)**
7:16
**SCHWARTZ (28)**
5:23;7:11,13,14,17;
13:10,11,16,20;15:23,
25;16:1,4,16,17,21;
18:21;19:12,14;
20:19;25:13,15,19,25;
26:3,6,9;27:1
**scientist (1)**
14:2
**second (2)**
14:16;18:8
**securing (1)**
19:23
**seeking (1)**
15:22
**seeks (3)**
8:17,18;9:9
**seems (1)**
21:3
**senior (4)**
11:17;12:9,16;
23:15
**seniority (1)**
11:5
**sense (1)**
16:13

**services (2)**
9:10,15
**set (2)**
9:16;11:3
**sets (2)**
10:24;24:23
**shop (1)**
13:2
**short (1)**
19:15
**showed (1)**
22:21
**Shumer (2)**
6:20;20:7
**side (9)**
10:8,25;11:1,1,4,4;
13:1;22:23;24:14
**significant (2)**
18:19;25:7
**similarly (2)**
11:5;12:10
**skill (3)**
10:24;11:3;24:23
**skillsets (1)**
22:18
**slight (1)**
23:6
**smaller (1)**
21:9
**somebody (1)**
22:23
**someone (1)**
13:1
**somewhere (1)**
24:3
**Sorry (3)**
13:20;19:12;22:8
**sort (12)**
8:9,17;10:18;11:3;
12:5,16;14:1,19;23:7,
9,12;24:19
**sorts (1)**
12:19
**sought (1)**
8:21
**sound (2)**
18:16,22
**sounds (1)**
23:4
**source (5)**
9:17;14:1,19,24;
15:1
**sources (4)**
9:21,24;15:10;
17:10
**speak (7)**
11:11,13,18,21;
12:13,18;15:24
**speaking (1)**
13:7
**specific (4)**
10:14;11:3,8,21
**Specifically (2)**

9:17;17:22
**spent (1)**
18:14
**spoke (1)**
11:3
**spot (1)**
17:13
**staff (2)**
11:2,19
**staffed (1)**
11:8
**staffing (1)**
10:23
**start (2)**
6:8;20:22
**started (1)**
20:13
**starting (1)**
6:17
**States (3)**
15:25;16:9;23:2
**status (1)**
8:25
**status-wise (1)**
9:4
**stay (1)**
13:1
**step (2)**
14:8,12
**stood (1)**
11:24
**strategy (2)**
11:16;12:18
**STRAUSS (4)**
5:2,10;7:2;9:7
**streams (2)**
11:6;12:21
**Street (1)**
12:5
**stuff (1)**
14:19
**subject (1)**
24:11
**submitted (1)**
18:24
**submitting (1)**
18:5
**subtract (1)**
26:12
**suggest (1)**
25:15
**suggested (1)**
21:20
**suggestions (1)**
21:21
**summary (1)**
15:13
**supposed (1)**
26:5
**sure (6)**
13:4,6;14:8;19:11;
20:6;21:17

**T**

talked (1)
17:3
talking (3)
8:8;14:18;23:4
talks (1)
13:21
tasks (2)
13:21;14:15
taxis (1)
19:2
team (11)
10:1,23;11:1,15,17;
12:10,17,19,22,25;
13:4
teams (1)
24:22
Ten (1)
24:5
terms (2)
9:15;24:20
thanks (1)
16:1
thinking (1)
24:20
thirteen (2)
10:19;23:10
thought (3)
9:2;16:21;18:2
three (1)
23:22
Throughout (1)
9:22
tied (1)
23:15
timekeeper (2)
12:12;22:7
timekeepers (1)
11:10
times (1)
23:14
timing (1)
20:16
today (3)
7:3;9:3;24:24
together (2)
10:12;15:13
told (1)
22:24
took (1)
19:19
total (7)
16:4,7;22:10,10,11;
25:2,2
trace (1)
14:3
tracing (2)
9:14;11:1
track (1)
15:10
train (1)

26:23
transactions (1)
9:19
transfers (1)
9:25
transparency (4)
14:11,22;21:12;
22:21
Trustee (8)
5:19;6:16;7:14;
21:22;24:7;25:1,16;
26:12
Trustee's (9)
7:11;8:9,19;15:25;
16:9,14;23:2;24:2;
26:2
try (1)
25:9
trying (3)
8:9;14:25;23:9
turn (2)
7:10;8:12
twenty-two (2)
18:15,18
two (4)
10:13;18:10;22:11;
24:3
TX (1)
5:13
type (1)
17:8
types (1)
19:4

**U**

Ubers (1)
19:2
ultimate (1)
19:7
uncover (1)
9:20
understood (3)
22:5,6;26:11
unfold (1)
20:4
United (3)
15:25;16:9;23:2
unless (1)
9:4
Unsecured (3)
5:3,11;8:3
up (8)
10:4;11:19,20;
16:16;21:11;22:21;
24:4,6
update (1)
9:4
upon (1)
21:2
ups (1)
11:15
use (1)

20:2
usually (1)
20:11

**V**

vague (1)
18:4
valid (1)
10:12
various (2)
14:16;21:21
view (2)
21:25;24:5
vitally (1)
23:8
voluntarily (1)
26:13
voluntary (1)
16:9

**W**

waiting (1)
6:10
Wandrea (1)
7:24
way (4)
19:15;20:2;21:25;
24:19
weekly (2)
23:24,25
weren't (1)
20:21
Wexler (1)
6:20
whatever's (1)
16:15
what's (1)
20:25
Whereupon (1)
27:5
wherever (2)
15:1;26:23
White (1)
26:21
whole (2)
13:4;21:23
who's (1)
7:20
who've (1)
6:9
Wilkie (1)
7:23
wisdom (1)
24:12
wishes (1)
7:20
Within (1)
12:19
without (1)
22:12
wonderful (1)

27:4
work (19)
11:6;12:21,23;14:1,
9,24;17:8;19:7;20:10;
21:13,14,14,19;23:8,
8;24:16,17,22;25:10
worked (2)
21:3;26:16
working (1)
13:2
worries (1)
16:20
write (1)
18:7
writing (4)
13:22;14:6;15:2;
21:16

**Y**

York (2)
5:5,21

**Z**

Zoom (4)
6:16;7:10,20;16:20
zoomed (1)
11:7

**1**

1,000 (1)
25:20
1,200 (1)
20:13
1,500 (1)
17:20
10004 (1)
5:21
10036 (1)
5:5
101 (1)
13:23
11 (3)
6:8,10,11
112.5 (1)
23:20
11th (1)
9:12
12:37 (1)
27:5
189 (1)
9:17

**2**

2.3 (1)
8:20
2.3% (1)
24:3
20 (1)
19:3

20/20 (1)
20:3
2020 (1)
21:25
23 (1)
22:8
2300 (1)
5:12
24 (1)
22:8
24,000 (2)
25:1;26:11

**3**

310 (2)
9:9;22:8
331,000 (1)
8:23

**5**

5.5 (1)
17:19

**6**

6,000 (1)
18:17,17;25:19
6,500 (1)
25:20
64 (1)
22:8

**7**

7 (1)
21:22
7,562 (1)
8:20
7.5 (2)
24:6;25:3
75201 (1)
5:13
77,275 (1)
8:24

**9**

9th (1)
9:11