PETER M. LEVINE
444 Madison Avenue, Suite 410
New York, New York 10022
212-599-0009
212-838-8663 (fax)

Attorney for Global Data Risk, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RUDOLPH W. GIULIANI
a/k/a RUDOLPH WILLIAM GIULIANI,

                 Debtor.

**Chapter 11**

**Case No. 23-12055 (SHL)**

**NOTICE OF
STATUS CONFERENCE**

        **PLEASE TAKE NOTICE** that a status conference has been scheduled by Hon. Sean Lane for March 11, 2025 at 2:30 p.m. at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, for the purpose of setting a date certain for the payment in full of the allowed administrative claim held by Global Data Risk, LLC.

Dated: New York, New York
       February 24, 2025

                                                      /s/ Peter M. Levine
                                                      PETER M. LEVINE
                                                      Attorney for Global Data Risk, LLC
                                                      444 Madison Avenue, Suite 410
                                                      New York, New York 10022
                                                      212-599-0009
                                                      chief@pmlevinelaw.com