## AFFIRMATION OF SERVICE BY EMAIL

PETER LEVINE, being duly admitted to practice law before the Courts of the State of New York, affirms the following under penalty of perjury:

I am not a party to the action, am over 18 years of age and reside in Westchester County, New York.

On February 24, 2025, I served a true copy of these papers:

**Memorandum Endorsed Order dated February 24, 2025**
**Notice of Status Conference dated February 24, 2025**

by email to the last known e-mail address listed below:

Joseph M. Cammarata, Esq.
Cammarata & De Meyer P.C.
Counsel for Debtor Rudolph W. Giuliani
Joe@CDLawPC.com

Dated: New York, New York
       February 14, 2025

/s/ Peter M. Levine_____
PETER M. LEVINE